# EXHIBIT 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-301-747**

**EFFECTIVE DATE OF REGISTRATION**

| 3 | 23 | 06 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Blaze Advisor 3.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼      Number ▼          Issue Date ▼       On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
Blaze Software Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ circa June   Day ▶ 1   Year ▶ 2000
United States   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Fair Isaac Corporation
901 Marquette Avenue, Suite 3200
Minneapolis, MN 55402

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
by assignment, merger, and change of name

**APPLICATION RECEIVED**
March 23, 2006

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
March 23, 2006

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

EXAMINED BY _____   **FORM TX**

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶                     **Year of Registration** ▶

**6** **DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous version                                                                                  **a**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

new programming text                                                                              **b**

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                              **Account Number** ▼                        **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼  **b**

Dorsey & Whitney LLP, Intellectual Property Dept.
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

Area code and daytime telephone number ▶ (612) 340-2656          Fax number ▶ (612) 340-8856

Email ▶  ip.docket@dorsey.com

**8** **CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                                      ☐ author
                                                      ☐ other copyright claimant
                    Check only one ▶                  ☐ owner of exclusive right(s)
                                                      ☒ authorized agent of  Fair Isaac Corporation
                                                                             Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Travis L. Bachman                                                      Date▶ March 22, 2006

        Handwritten signature (X) ▼
X _____

**9**

**Certificate**
**will be**
**mailed in**
**window**
**envelope**
**to this**
**address:**

Name ▼
Dorsey & Whitney LLP, Intellectual Property Dept.

Number/Street/Apt ▼
50 South Sixth Street, Suite 1500

City/State/ZIP ▼
Minneapolis, MN 55402

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ⊕ Printed on recycled paper                          U.S. Government Printing Office: 2000-461-113/20,021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-301-748**

EFFECTIVE DATE OF REGISTRATION

**3** Month    **23** Day    **06** Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
Blaze Advisor 4.0

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼
Blaze Software Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶  United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
◀ 2001 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ circa Dec.    Day ▶ 1    Year ▶ 2001
United States  ◀ Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Fair Isaac Corporation
901 Marquette Avenue, Suite 3200
Minneapolis, MN 55402

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
by assignment, merger, and change of name

APPLICATION RECEIVED
March 23, 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
March 23, 2006
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY ___ *EAS* | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶        **Year of Registration** ▶

**5**

---

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous version

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

new programming text

**b**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼        **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   **Name / Address / Apt / City / State / ZIP** ▼

Dorsey & Whitney LLP, Intellectual Property Dept.
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

**b**

Area code and daytime telephone number ▶ (612) 340-2656      Fax number ▶ (612) 340-8856

Email ▶   ip.docket@dorsey.com

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Fair Isaac Corporation

*Name of author or other copyright claimant, or owner of exclusive right(s)* ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Travis L. Bachman        Date ▶ March 22, 2006

Handwritten signature (X) ▼

X _____*[signature]*_____

---

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | **Name** ▼<br>Dorsey & Whitney LLP, Intellectual Property Dept. | • Complete all necessary spaces<br>• Sign your application in space 8 | **9** |
|---|---|---|---|
| | **Number/Street/Apt** ▼<br>50 South Sixth Street, Suite 1500 | 1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to *Register of Copyrights*<br>3. Deposit material | |
| | **City/State/ZIP** ▼<br>Minneapolis, MN 55402 | Library of Congress<br>Copyright Office - TX<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6222 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ℗ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-301-746**

**EFFECTIVE DATE OF REGISTRATION**

| 3 | 23 | 06 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**
Blaze Advisor 5.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.      **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**2**
**a**
**NAME OF AUTHOR ▼**
Fair, Isaac & Company, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003
This information must be given in all cases.

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ circa May   Day ▶ 1   Year ▶ 2003
United States   ◀ Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Fair Isaac Corporation
901 Marquette Avenue, Suite 3200
Minneapolis, MN 55402

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
by change of name

**APPLICATION RECEIVED**
March 23, 2006
ONE DEPOSIT RECEIVED

**TWO DEPOSITS RECEIVED**
March 23, 2006
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | Eh | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous version

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

new programming text

**a**
**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Dorsey & Whitney LLP, Intellectual Property Dept.
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402

**b**

Area code and daytime telephone number ▶ (612) 340-2656          Fax number ▶ (612) 340-8856
Email ▶ ip.docket@dorsey.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Fair Isaac Corporation
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Travis L. Bachman                              Date ▶ March 22, 2006

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ Dorsey & Whitney LLP, Intellectual Property Dept. | **9** |
| --- | --- | --- |
| | Number/Street/Apt ▼ 50 South Sixth Street, Suite 1500 | |
| | City/State/ZIP ▼ Minneapolis, MN  55402 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxxi   Web Rev: July 2003   ⊕ Printed on recycled paper                                    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-301-745**

**EFFECTIVE DATE OF REGISTRATION**

3 / 23 / 06
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Blaze Advisor 6.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a  NAME OF AUTHOR ▼**
Fair Isaac Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ▼ Year in all cases.
2005

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ circa Mar.   Day ▶ 1   Year ▶ 2005
United States     ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Fair Isaac Corporation
901 Marquette Avenue, Suite 3200
Minneapolis, MN 55402

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED** March 23, 2006
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED** March 23, 2006
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY $\mathcal{E}I_b$ | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ **CORRESPONDENCE** Yes | | **FOR COPYRIGHT OFFICE USE ONLY** |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous version

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

new programming text

**6** a

**6** b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name / Address / Apt / City / State / ZIP ▼

Dorsey & Whitney LLP, Intellectual Property Dept.
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402

Area code and daytime telephone number ▶ (612) 340-2656          Fax number ▶ (612) 340-8856

Email ▶   ip.docket@dorsey.com

**7** b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Fair Isaac Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Travis L. Bachman                                   Date ▶ March 22, 2006

Handwritten signature (X) ▼

X _____

| **Certificate will be mailed in window envelope to this address:** | Name ▼ Dorsey & Whitney LLP, Intellectual Property Dept. |
|---|---|
| | Number/Street/Apt ▼ 50 South Sixth Street, Suite 1500 |
| | City/State/ZIP ▼ Minneapolis, MN  55402 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

*Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write to the Copyright Office, or call (202) 707-3000.*

Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx  Web Rev: July 2003  ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

Additional certificate...

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Mary Beth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary ...

TX 6–595–049

(TX)        TXU

**EFFECTIVE DATE OF REGISTRATION**

Month **8**   Day **27**   Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Blaze Advisor v. 6.5

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Blaze Advisor

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
Fair Isaac Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer Program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2007 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ **March**   Day ▶ **30**   Year ▶ **2007**   ◀ Nation

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Fair Isaac Corporation
901 Marquette Avenue, Suite 3200
Minneapolis, MN  55402

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
AUG 2 7 2007
**ONE DEPOSIT RECEIVED**
AUG 2 7 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of **2** pages

| EXAMINED BY | *Cc* | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶    TX6-301-745(also see #6)    **Year of Registration** ▶    2006

---

**DERIVATIVE WORK OR COMPILATION**

**a**   **6**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous Versions of Software: Blaze Advisor v. 6.0 (TX 6-301-745); Blaze Advisor v. 5.0 (TX 6-301-746); Blaze Advisor v. 4.0 (TX 6-301-748); and Blaze Advisor v. 3.0 (TX 6-301-747)

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New Programming Text

**b**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a**   **7**

Name ▼        Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

**b**

Dorsey & Whitney LLP, Intellectual Property Department
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

Area code and daytime telephone number ▶ 612-492-6853      Fax number ▶ 612-340-8856

Email ▶ ip.docket@dorsey.com

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

**8**

Check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Fair Isaac Corporation
}

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jeffrey R. Cadwell         Date▶ 8/22/07

Handwritten signature ▼

*Jeffrey R Cadwell*

---

| Certificate will be mailed in window envelope to this address: | Name ▼<br>Dorsey & Whitney LLP, Intellectual Property Department |
|---|---|
| | Number/Street/Apt ▼<br>50 South Sixth Street, Suite 1500 |
| | City/State/Zip ▼<br>Minneapolis, MN 55402-1498 |

**9**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full   Rev: 11/2006   Print: 11/2006—30,000   Printed on recycled paper            U.S. Government Printing Office: 2006-xx-xxx/60,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-622-453**

**Effective date of registration:**

January 10, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Blaze Advisor 6.5.5 |
| **Previous or Alternative Title:** | Blaze Advisor 6.5 for Java - Service Pack 5 |
| | Blaze Advisor |

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 7, 2008          **Nation of 1st Publication:** United States

## Author

- **Author:** Fair Isaac Corporation

  **Author Created:** computer program

  **Work made for hire:** Yes

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Fair Isaac Corporation

Rosedale Corporate Plaza, 2665 Long Lake Road, Bldg C, Roseville, MN, 55113, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previous version of software

**Previous registration and year:** TX 6-301-745      2006

TX 6-301-746      2006

**New material included in claim:** New programming text

## Rights and Permissions

**Organization Name:** Fair Isaac Corporation

**Address:** Rosedale Corporate Plaza

2665 Long Lake Road, Bldg C

Roseville, MN 55113  United States

## Certification

|  |  |
|---|---|
| **Name:** | Jeffrey R. Cadwell, Attorney for Applicant |
| **Date:** | January 10, 2013 |
| **Applicant's Tracking Number:** | M237239 |



**Registration #:**   TX0007622453
**Service Request #:**   1-875719396

Dorsey & Whitney LLP, Intellectual Property Department
Jeffrey R Cadwell
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-622-554

**Effective date of
registration:**

January 10, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Blaze Advisor 6.6 |
| **Previous or Alternative Title:** | Blaze Advisor 6.6 for Java |
| | Blaze Advisor |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2008 | | |
| **Date of 1st Publication:** | October 6, 2008 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■  **Author:** | Fair Isaac Corporation |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States   **Domiciled in:**   United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Fair Isaac Corporation |
| | Rosedale Corporate Plaza, 2665 Long Lake Road, Bldg C, Roseville, MN, 55113, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previous version of software |
| **Previous registration and year:** | Pending eCo       2013<br>claim 1-<br>875719396<br>TX 6-595-049     2007 |
| **New material included in claim:** | New programming text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Fair Isaac Corporation |
| **Address:** | Rosedale Corporate Plaza |
| | 2665 Long Lake Road, Bldg C |
| | Roseville, MN 55113  United States |

## Certification

              **Name:**    Jeffrey R. Cadwell, Attorney for Applicant

              **Date:**    January 10, 2013

**Applicant's Tracking Number:**    M237240



**Registration #:** TX0007622554
**Service Request #:** 1-875719528



Dorsey & Whitney LLP, Intellectual Property Department
Jeffrey R Cadwell
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402  United States

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-622-555

**Effective date of
registration:**

January 10, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Blaze Advisor 6.7 |
| **Previous or Alternative Title:** | Blaze Advisor 6.7 for Java |
| | Blaze Advisor |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | March 13, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Fair Isaac Corporation | | |
| **Author Created:** | computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Fair Isaac Corporation |
| | Rosedale Corporate Plaza, 2665 Long Lake Road, Bldg C, Roseville, MN, 55113, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previous version of software |
| **Previous registration and year:** | Pending eCo   2013 claim 1-875719528 Pending eCo   2013 claim 1-875719396 |
| **New material included in claim:** | New programming text |

## Rights and Permissions

**Registration #:**   TX0007622555
**Service Request #:**   1-875719635

Dorsey & Whitney LLP, Intellectual Property Department
Jeffrey R Cadwell
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402  United States

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-622-557**

**Effective date of
registration:**

January 10, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Blaze Advisor 6.8.1 |
| **Previous or Alternative Title:** | Blaze Advisor 6.8 for Java - Service Pack 1 |
| | Blaze Advisor |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | November 16, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| **Author:** | Fair Isaac Corporation | | |
| **Author Created:** | computer program | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Fair Isaac Corporation |
| | Rosedale Corporate Plaza, 2665 Long Lake Road, Bldg C, Roseville, MN, 55113, United States |

## Limitation of copyright claim

| | | |
|---|---|---|
| **Material excluded from this claim:** | Previous version of software | |
| **Previous registration and year:** | Pending eCo claim 1-875719635 | 2013 |
| | Pending eCo claim 1-875719528 | 2013 |
| **New material included in claim:** | New programming text | |

## Rights and Permissions

**Organization Name:** Fair Isaac Corporation

**Address:** Rosedale Corporate Plaza

2665 Long Lake Road, Bldg C

Roseville, MN 55113  United States

## Certification

**Name:** Jeffrey R. Cadwell, Attorney for Applicant

**Date:** January 10, 2013

**Applicant's Tracking Number:** M237242



**Registration #:**   TX0007622557
**Service Request #:**   1-875719812



Dorsey & Whitney LLP, Intellectual Property Department
Jeffrey R Cadwell
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-622-556

**Effective date of registration:**

January 10, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Blaze Advisor 6.9 |
| **Previous or Alternative Title:** | Blaze Advisor 6.9 for Java |
| | Blaze Advisor |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | April 16, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Fair Isaac Corporation |
| **Author Created:** | computer program |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Fair Isaac Corporation |
| | Rosedale Corporate Plaza, 2665 Long Lake Road, Bldg C, Roseville, MN, 55113, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previous version of software |
| **Previous registration and year:** | Pending eCo claim 1-875719812      2013 |
| | Pending eCo claim 1-875719635      2013 |
| **New material included in claim:** | New programming text |

## Rights and Permissions

**Organization Name:** Fair Isaac Corporation

**Address:** Rosedale Corporate Plaza

2665 Long Lake Road, Bldg C

Roseville, MN 55113  United States

## Certification

**Name:** Jeffrey R. Cadwell, Attorney for Applicant

**Date:** January 10, 2013

**Applicant's Tracking Number:** M237243



**Registration #:**   TX0007622556

**Service Request #:**   1-875719859



Dorsey & Whitney LLP, Intellectual Property Department
Jeffrey R Cadwell
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402  United States

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
TX 7-504-713

**Effective date of registration:**
February 14, 2012

## Title
**Title of Work:** Blaze Advisor 7.0
**Previous or Alternative Title:** Blaze Advisor

## Completion/ Publication
**Year of Completion:** 2011
**Date of 1st Publication:** October 31, 2011      **Nation of 1st Publication:** United States

## Author
■     **Author:** Fair Isaac Corporation
**Author Created:** computer program

**Work made for hire:** Yes
**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Fair Isaac Corporation
901 Marquette Avenue, Suite 3200, Minneapolis, MN, 55402, United States

## Limitation of copyright claim
**Material excluded from this claim:** Previous version of software
**Previous registration and year:** TX 6-301-745     2006
TX 6-301-746     2006
**New material included in claim:** New programming text

## Rights and Permissions
**Organization Name:** Fair Isaac Corporation
**Address:** 901 Marquette Avenue
Suite 3200
Minneapolis, MN 55402  United States

## Certification

**Registration #:**   TX0007504713
**Service Request #:**   1-723508512

Dorsey & Whitney LLP, Intellectual Property Department
Jeffrey R. Cadwell
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

TX 7-776-962

**Effective date of registration:**

August 2, 2013

## Title

**Title of Work:** Blaze Advisor 7.2

**Previous or Alternative Title:** Blaze Advisor

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** August 2, 2013          **Nation of 1st Publication:** United States

## Author

■  **Author:** Fair Isaac Corporation

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Fair Isaac Corporation

181 Metro Drive, Suite 600, San Jose, CA, 95110, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previous version of software

**Previous registration and year:** TX 7-504-713   2012

TX 7-622-556   2013

**New material included in claim:** New programming text

## Rights and Permissions

**Organization Name:** Fair Isaac Corporation

**Address:** 181 Metro Drive

Suite 600

San Jose, CA 95110  United States

## Certification

**Registration #:** TX0007776962
**Service Request #:** 1-973544592



Dorsey & Whitney LLP, Intellectual Property Department
Jeffrey R Cadwell
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402  United States