IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>CHUBB & SON INC., a New York corporation,<br><br>        Defendant. | Case No. 16-cv-1054 (WMW/TNL)<br><br>**Jury Trial Demanded** |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Fair Isaac Corporation ("FICO") hereby submits the following statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Fair Isaac Corporation ("FICO") is not owned by any parent corporation, nor is there any publicly held company that owns 10% or more of Plaintiff Fair Isaac Corporation's stock.

Dated: April 22, 2016

MERCHANT & GOULD, P.C.

/s/ Allen Hinderaker
Allen Hinderaker, MN Bar # 45787
Michael A. Erbele, MN Bar # 393635
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081

John T. Winemiller,* TN Bar # 21084
9719 Cogdill Road, Suite 101
Knoxville, TN  37932-3322
Tel:  (865) 380-5960
Fax:  (865) 380-5999
jwinemiller@merchantgould.com
*not yet admitted

*Attorneys for Plaintiff FICO*