# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Fair Isaac Corporation,

*Plaintiff,*

v.  Case No. 0:16–cv–01054–WMW–TNL

Chubb & Son, Inc.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  Chubb & Son, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Allen W Hinderaker
        80 S 8th St Ste 3200
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*  By:

                                        Signature of Clerk or Deputy Clerk
                                        Leah Gilgenbach

Date of Issuance:  April 22, 2016

STATE OF MINNESOTA

COUNTY OF HENNEPIN

**AFFIDAVIT OF SERVICE**

*METRO LEGAL SERVICES*

William R. Jensen, being duly sworn, on oath says:

that on April 22, 2016, at 1:51 PM he served the attached:

Summons, Complaint, Civil Cover Sheet and Exhibits upon:

Chubb & Son, Inc., a New York corporation, therein named, personally at:

100 South 5th Street, Suite 1075, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Jenny Schurhamer, Agent for C.T. Corporation System, Inc., authorized to accept service, the Registered Agent for Chubb & Son, Inc., a New York corporation, a true and correct copy thereof.

_____ 4/22/2016
William R. Jensen, Process Server

Subscribed and sworn to before me on

4/22 2016

_____

JEREMY MICHAEL FUCHS
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2017

*2073863 - 1*

-1-

RE: 15081.0008USZA