UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br>　v.<br><br>CHUBB & SON INC., a New York corporation,<br><br>　　　　Defendant. | Court File No. 16-cv-1054 (WMW/TNL)<br><br>**STIPULATION TO EXTEND THE TIME TO RESPOND TO COMPLAINT** |

Plaintiff Fair Isaac Corporation ("FICO") and Defendant Chubb & Son Inc. ("Chubb"), through their undersigned counsel, stipulate that Defendant Chubb shall have until June 3, 2016, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated:  May 11, 2016

*s/ Allen Hinderaker*
Allen Hinderaker, MN Bar #45787
ahinderaker@merchantgould.com
Michael A. Erbele, MN Bar #393635
merbele@merchantgould.com
**MERCHANT & GOULD P.C.**
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone:  612.332.5300
Facsimile:  612.332.9081

John T. Winemiller, TN Bar #21084 *(pro hac vice)*
jwinemiller@merchantgould.com
**MERCHANT & GOULD P.C.**
9719 Cogdill Road, Suite 101
Knoxville, TN 37932-3322
Telephone:  865.380.5960

        Facsimile:  865.380.5999

        ***Attorneys for Plaintiff FICO***

Dated:  May 11, 2016        *s/ Nikola L. Datzov*
        Lora M. Friedemann (#0259615)
        lfriedemann@fredlaw.com
        Nikola L. Datzov (#0392144)
        ndatzov@fredlaw.com
        **FREDRIKSON & BYRON, P.A.**
        200 South Sixth Street, Suite 4000
        Minneapolis, MN  55402-1425
        Telephone:  612.492.7000
        Facsimile:  612.492.7077

        ***Attorneys for Defendant***

58712487