UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>CHUBB & SON INC., a New York corporation,<br><br>          Defendant. | Court File No.  16-cv-1054 (WMW/TNL)<br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

I hereby certify that on May 11, 2016, I caused the following proposed order:

**[Proposed] Order Extending Time for Defendant to Respond to Complaint**

To be filed with the court via e-mail to the following judge who is considering the matter:

   Magistrate Judge Tony N. Leung          *leung_chambers@mnd.uscourts.gov*

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

   Allen W. Hinderaker          ahinderaker@merchantgould.com
   Michael A. Erbele            merbele@merchantgould.com
   John T. Winemiller           jwinemiller@merchantgould.com

Dated:  May 11, 2016          *s/ Nikola L. Datzov*
                              Lora M. Friedemann (#0259615)
                              lfriedemann@fredlaw.com
                              Nikola L. Datzov (#0392144)
                              ndatzov@fredlaw.com
                              **FREDRIKSON & BYRON, P.A.**
                              200 South Sixth Street, Suite 4000
                              Minneapolis, MN  55402-1425
                              Telephone:  612.492.7000
                              Facsimile:  612.492.7077

                              *Attorneys for Defendant*

58724107