UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>CHUBB & SON INC., a New York corporation,<br><br>Defendant. | Court File No. 16-cv-1054 (WMW/TNL)<br><br>**ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Pursuant to the Stipulation to Extend the Time to Respond to Complaint (ECF No. 9), entered into by the Plaintiff Fair Isaac Corporation ("FICO") and Defendant Chubb & Son Inc. ("Chubb"),

**IT IS HEREBY ORDERED** that the Stipulation (ECF No. 9) is APPROVED and the time for Defendant Chubb to answer, move or otherwise respond to Plaintiff's Complaint shall be extended until and including June 3, 2016.

Dated:  May 16, 2016           *s/Tony N. Leung*
                               Tony N. Leung
                               United States Magistrate Judge