UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/TNL) |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** |
| CHUBB & SON INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Chubb & Son Inc. moves the Court for an Order dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted. In support of this motion, Defendant relies upon the accompanying Memorandum of Law, the arguments at the time of the hearing, and the entire record herein.

Respectfully submitted,

Dated: June 3, 2016

s/ Lora M. Friedemann
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Nikola L. Datzov (#0392144)
ndatzov@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendant*

58880704