UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FAIR ISAAC CORPORATION,

      Plaintiff,

   v.

CHUBB & SON INC.,

      Defendant.

Court File No.  16-cv-1054 (WMW/TNL)

**NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

---

PLEASE TAKE NOTICE that on September 7, 2016 at 9:00 a.m., before the

Honorable Wilhelmina M. Wright, United States District Court, Courtroom 3B, 316 N.

Robert Street, St. Paul, Minnesota 55101, Defendant Chubb & Son Inc. will move the

Court for an Order dismissing Plaintiff's Complaint.  This motion is made pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure.

                Respectfully submitted,

Dated:  June 3, 2016

s/ Lora M. Friedemann
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Nikola L. Datzov (#0392144)
ndatzov@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendant*

58880675