UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CHUBB & SON INC.,<br><br>Defendant. | Court File No. 16-cv-1054 (WMW/TNL)<br><br>**MEET AND CONFER STATEMENT FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** |

I, Lora M. Friedemann, representing the Defendant, hereby certify that:

Nikola Datzov and I met and conferred with the opposing party by:

Telephone conference with: Allen Hinderaker

On: June 1, 2016

Discussing the following motions:

**Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(B)(6)**

As a result of the meet-and-confer, the parties:

(Check the box that applies)

☒ Do not agree on the resolution of any part of the motion.

☐ Agree on all or part of the motion and request that the Court incorporate the following agreement in an Order:

- 2 -

Respectfully submitted,

Dated:  June 3, 2016                         s/ Lora M. Friedemann
                                             Lora M. Friedemann (#0259615)
                                             lfriedemann@fredlaw.com
                                             Nikola L. Datzov (#0392144)
                                             ndatzov@fredlaw.com
                                             **FREDRIKSON & BYRON, P.A.**
                                             200 South Sixth Street, Suite 4000
                                             Minneapolis, MN  55402-1425
                                             (612) 492-7000 (tel.)
                                             (612) 492-7077 (fax)

                                             *Attorneys for Defendant*

58881514