UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br>      v.<br><br>CHUBB & SON INC., a New York corporation,<br><br>            Defendant. | Court File No.  16-cv-1054 (WMW/TNL)<br><br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

---

I hereby certify that on June 3, 2016, I caused the following proposed order:

**[Proposed] Order Granting Defendant's Motion to
Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)**

To be filed with the court via e-mail to the following judge who is considering the matter:

   Judge Wilhelmina M. Wright        *wright_chambers@mnd.uscourts.gov*

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

   Allen W. Hinderaker      ahinderaker@merchantgould.com
   Michael A. Erbele         merbele@merchantgould.com
   John T. Winemiller       jwinemiller@merchantgould.com

Dated:  June 3, 2016                    *s/ Lora M. Friedemann*
                                        Lora M. Friedemann (#0259615)
                                        lfriedemann@fredlaw.com
                                        Nikola L. Datzov (#0392144)
                                        ndatzov@fredlaw.com
                                        **FREDRIKSON & BYRON, P.A.**
                                        200 South Sixth Street, Suite 4000
                                        Minneapolis, MN  55402-1425
                                        Telephone:  612.492.7000
                                        Facsimile:  612.492.7077

58868396                                *Attorneys for Defendant*