## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

FAIR ISAAC CORPORATION,             CIVIL NO.  16-CV-1054 (WMW/TNL)

    PLAINTIFF,

V.                                                     **ORDER**

CHUBB & SON, INC.,

    DEFENDANT.

---

TO:    Plaintiff and Plaintiff's attorneys: Allen W. Hinderaker and Michael A. Erbele, Merchant & Gould PC, 80 South Eighth Street, Suite 3200, Minneapolis, MN 55402; John T. Winemiller, Merchant & Gould, P.C., 9717 Cogdill Road, Suite 101, Knoxville, TN 37932.

Defendant and Defendant's attorneys:  Lora Mitchell Friedemann and Nikola L. Datzov, Fredrikson & Byron, PA, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402.

On June 3, 2016, a motion to dismiss [Docket No. 12] was filed in this matter.

**IT IS HEREBY ORDERED:**

1. Within 30 days of the motion being decided, Plaintiff shall contact the chambers of Magistrate Judge Tony Leung, by letter or e-mail, for the purpose of scheduling the pretrial conference.

2. Failure to comply with this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.


Dated: June 3, 2016

                                                                       *s/Tony N. Leung*
                                                     Magistrate Judge Tony N. Leung
                                                     United States District Court