# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (WMW/TNL) |
| Plaintiff, | ) ) | |
| v. | ) ) | **Jury Trial Demanded** |
| CHUBB & SON INC., a New York corporation, | ) ) ) | |
| Defendant. | ) ) | |

## LOCAL RULE 7.1(f) CERTIFICATION

I hereby certify that Plaintiff's Opposition to Defendant's Motion to Dismiss, filed electronically on June 24, 2016, complies with the word limit imposed by Local Rule 7.1(f), with a total word count of 6,568 words, including headings, footnotes, and quotations.

I further certify that the accompanying document was created in Microsoft® Office Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

Dated:  June 24, 2016

/s/ Allen Hinderaker
Allen Hinderaker, MN Bar # 45787
Michael A. Erbele, MN Bar # 393635
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
merbele@merchantgould.com

John T. Winemiller, *pro hac vice*
MERCHANT & GOULD P.C.
9719 Cogdill Road, Suite 101
Knoxville, TN  37932-3322
Tel:  (865) 380-5960
Fax:  (865) 380-5999
jwinemiller@merchantgould.com

*Attorneys for Plaintiff FICO*