UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>CHUBB & SON INC.,<br><br>      Defendant. | Court File No. 16-cv-1054 (WMW/TNL)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

---

Chubb & Son, misidentified as "Chubb & Son, Inc." in the Complaint, provides the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Chubb & Son is a division of Federal Insurance Company. Federal Insurance Company is a wholly-owned subsidiary of Chubb INA Group Holdings, Inc. Chubb INA Group Holdings, Inc. is 80% owned by Chubb Group Holdings, Inc., and 20% by Chubb Ltd. Chubb Group Holdings, Inc. is a wholly-owned subsidiary of Chubb Ltd.

Dated:  August 24, 2016
                                              s/ Nikola L. Datzov
                                              Lora M. Friedemann (#0259615)
                                              lfriedemann@fredlaw.com
                                              Nikola L. Datzov (#0392144)
                                              ndatzov@fredlaw.com
                                              **FREDRIKSON & BYRON, P.A.**
                                              200 South Sixth Street, Suite 4000
                                              Minneapolis, MN  55402-1425
                                              (612) 492-7000 (tel.)
                                              (612) 492-7077 (fax)

                                              *Attorneys for Defendant*

59481181