# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Fair Isaac Corp., | **COURT MINUTES** |
| Plaintiff, | BEFORE:  Wilhelmina M. Wright |
| | United States District Judge |
| v. | |
| Chubb & Son, Inc., | Case No:  16-cv-1054  (WMW/TNL) |
| | Date:  September 7, 2016 |
| Defendant. | Courthouse:  Saint Paul |
| | Courtroom:  3B |
| | Deputy:  Terianne Bender |
| | Court Reporter:  Lori Simpson |
| | Time Commenced:  8:59 a.m. |
| | Time Concluded:  10:08 a.m. |
| | Time in Court:  69 minutes |

Hearing on:  **Defendant's Motion to Dismiss [Dkt. 12]**

APPEARANCES:

    Plaintiff:    Allen Hinderaker, Merchant & Gould, on behalf of Fair Isaac Corp.
    Defendant:   Lora Friedemann, Fredrikson & Byron, on behalf of Chubb & Son, Inc.

PROCEEDINGS:
    The motion was argued and taken under advisement.  Order to follow.


Date:  September 7, 2016                                                                s/Terianne Bender
                                                                                                                 Courtroom Deputy to
                                                                                                    Judge Wilhelmina M. Wright