UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>           Plaintiff,<br><br>v.<br><br>CHUBB & SON INC.,<br><br>           Defendant. | Court File No.  16-cv-1054 (WMW/TNL)<br><br>**STIPULATION TO EXTEND TIME<br>TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel of record, that the deadline for Defendant Chubb & Son Inc. to answer or otherwise respond to the Complaint is extended to and shall include February 6, 2017.  The parties request that the Court enter an Order accordingly.

Dated:  January 5, 2017

/s/ Allen Hinderaker
Allen Hinderaker (#45787
Michael A. Erbele (#393635)
**MERCHANT & GOULD P.C.**
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081

John T. Winemiller
**MERCHANT & GOULD P.C.**
9719 Cogdill Road, Suite 101
Knoxville, TN  37932-3322
Tel:  (865) 380-5960
Fax:  (865) 380-5999
jwinemiller@merchantgould.com

*Attorneys for Plaintiff*

2

Dated:  January 5, 20917 /s/ Lora M. Friedemann
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Nikola L. Datzov (#0392144)
ndatzov@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendant*

60436319_1.docx