### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,

        Plaintiff,

v.

CHUBB & SON INC.,

        Defendant.

Court File No.  16-cv-1054 (WMW/TNL)

**ORDER EXTENDING TIME TO**
**RESPOND TO COMPLAINT**

      Pursuant to the Stipulation to Extend Time to Respond to Complaint (Docket No. 31) submitted by the parties,

      **IT IS HEREBY ORDERED** that the Stipulation is **APPROVED** and the time for Defendant Chubb & Son Inc. to answer or otherwise respond to the Complaint is extended to and including **February 6, 2017**.

Dated: January 5, 2017

                                 *s/Tony N. Leung*_____
                                 Tony N. Leung
                                 United States Magistrate Judge