UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054(WMW/TNL) |
| Plaintiff, | ) ) ) | **STIPULATION REGARDING SUBSTITUTION OF DEFENDANT AND LEAVE TO AMEND PLEADINGS** |
| v. | ) ) | |
| CHUBB & SON INC., a New York corporation, | ) ) ) | **Jury Trial Demanded** |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel of record, as follows.

1. The proper defendant in this lawsuit is Federal Insurance Company, an Indiana corporation, which shall be substituted for Chubb & Son Inc.

2. This Court has specific personal jurisdiction over Federal Insurance Company in this action, and Federal Insurance Company agrees to submit to the Court's jurisdiction.

3. In accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, Fair Isaac Corporation, may amend its pleadings to identify Federal Insurance Company as the defendant and to remove the claim dismissed by the Court in its Order of December 22, 2016, [Doc. 28].  A copy of the proposed amended complaint is attached as Exhibit 1.

4. Federal Insurance Company shall have 14 days from the date on which the amended complaint is filed to serve an answer.

The parties request that the Court enter an Order accordingly.

Dated: January 31, 2017

        MERCHANT & GOULD, P.C.

        s/ Allen Hinderaker
        Allen Hinderaker, MN Bar # 45787
        Michael A. Erbele, MN Bar # 393635
        MERCHANT & GOULD P.C.
        3200 IDS Center
        80 South Eighth Street
        Minneapolis, MN  55402-2215
        Tel:  (612) 332-5300
        Fax:  (612) 332-9081

        John T. Winemiller*, TN Bar # 21084
        9719 Cogdill Road, Suite 101
        Knoxville, TN  37932-3322
        Tel:  (865) 380-5960
        Fax:  (865) 380-5999
        jwinemiller@merchantgould.com

        *Attorneys for Plaintiff FICO*

        *Admitted *Pro Hac Vice*


        s/ Lora M. Friedemann
        Lora M. Friedemann (#0259615)
        lfriedemann@fredlaw.com
        Nikola L. Datzov (#0392144)
        ndatzov@fredlaw.com
        FREDRIKSON & BYRON, P.A.
        200 South Sixth Street, Suite 4000
        Minneapolis, MN 55402-1425
        (612)492-7000 (tel)
        (612) 492-7077 (fax)

        *Attorneys for Chubb & Son, Inc.*