UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>     Plaintiff,<br><br>v.<br><br>CHUBB & SON INC., a New York corporation,<br>     Defendant. | Case No. 16-cv-1054(WMW/TNL)<br><br>**CERTIFICATE OF SERVICE<br>OF PROPOSED ORDER** |

I hereby certify that on January 31, 2017, I caused the following proposed order:

 *Granting Substitution of Defendant and Leave to Amend Pleadings*

to be filed with the court via email to the following judge who is hearing the motion:

 *Magistrate Judge Tony N. Leung:*  leung_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed as noted below, to the following:

  Lora M. Friedemann
  lfriedemann@fredlaw.com
  Nikola L. Datzov
  ndatzov@fredlaw.com

Dated:  January 31, 2017           s/ Allen W. Hinderaker
                   Allen W. Hinderaker