UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054(WMW/TNL) |
| Plaintiff, | ) ) | **ORDER GRANTING SUBSTITUTION OF DEFENDANT AND LEAVE TO AMEND PLEADINGS** |
| v. | ) ) ) | |
| CHUBB & SON INC., a New York corporation, | ) ) | **Jury Trial Demanded** |
| Defendant. | ) | |

Pursuant to the Stipulation Regarding Substitution of Defendant and Leave to Amend Pleadings, [Doc. 33], submitted by the parties,

**IT IS HEREBY ORDERED** as follows.

1. Federal Insurance Company, an Indiana corporation, is substituted for Chubb & Son Inc. as the defendant in this action.

2. In accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, Fair Isaac Corporation, may amend its pleadings to identify Federal Insurance Company as the defendant, conform its allegations to reflect the substitution, and remove the claim dismissed by the Court in its Order of December 22, 2016, [Doc. 28].

3. Federal Insurance Company shall have 14 days from the date on which the amended complaint is filed to serve an answer.

Dated: February 1, 2017         _____s/Tony N. Leung_____
                                TONY N. LEUNG
                                UNITED STATES MAGISTRATE JUDGE