# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Fair Isaac Corporation,
*a Delaware corporation*,

                    Plaintiff,

v.

Federal Insurance Company,
*an Indiana corporation,*

                    Defendant.

COURT MINUTES – CIVIL
BEFORE:  TONY N. LEUNG
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 16-cv-1054 (WMW/TNL) |
| Date: | February 28, 2017 |
| Courthouse: | St. Paul |
| Courtroom: | 342 |
| Recording: | None |
| Time Commenced: | 10:00 AM |
| Time Concluded: | 10:30 AM |
| Time in Court: | 30 Minutes |

Hearing on:  **RULE 16 PRETRIAL CONFERENCE**

## APPEARANCES:

Plaintiff:     Allen W. Hinderaker

Defendant:   Lora Mitchell Friedemann

## PROCEEDINGS:

☐     In person

☐     By telephone

**Other Remarks:**

Discussion of pretrial deadlines – Pretrial scheduling order will be issued.

The Court encouraged the parties to work diligently and to consider possibilities for resolving the matter.

                                        *s/ Holly McLelland*
                                        Judicial Assistant