# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) Case No. 16-cv-1054 (WMW/TNL) ) |
| Plaintiff, | ) ) |
| v. | ) **STIPULATION REGARDING** ) **PROTECTIVE ORDER AND** ) **E-DISCOVERY ORDER** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | ) ) ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel of record, as follows.

1.  In accordance with the Pretrial Scheduling Order (Doc. 40), the parties submit a proposed Stipulated Protective Order and Proposed E-Discovery Order. A copy of the proposed protective order is attached as Exhibit 1. A copy of the proposed e-discovery order is attached as Exhibit 2.

The parties request that the Court enter the Orders accordingly.

Dated: March 10, 2017

| | |
|---|---|
| MERCHANT & GOULD, P.C. | FREDRIKSON & BYRON, P.A. |
| /s/ Allen Hinderaker | /s/ Lora M. Friedemann |
| Allen Hinderaker, MN Bar # 45787 | Lora M. Friedemann (#0259615) |
| Michael A. Erbele, MN Bar # 393635 | lfriedemann@fredlaw.com |
| MERCHANT & GOULD P.C. | Nikola L. Datzov (#0392144) |
| 3200 IDS Center | ndatzov@fredlaw.com |
| 80 South Eighth Street | FREDRIKSON & BYRON, P.A. |
| Minneapolis, MN 55402-2215 | 200 South Sixth Street, Suite 4000 |
| Tel: (612) 332-5300 | Minneapolis, MN 55402-1425 |
| Fax: (612) 332-9081 | (612)492-7000 (tel) |
| ahinderaker@merchantgould.com | (612) 492-7077 (fax) |
| merbele@merchantgould.com | |
| | *Attorneys for Federal Insurance Co.* |
| John T. Winemiller (*Pro Hac Vice*) | |
| 9719 Cogdill Road, Suite 101 | |
| Knoxville, TN 37932-3322 | |
| Tel: (865) 380-5960 | |
| Fax: (865) 380-5999 | |
| jwinemiller@merchantgould.com | |
| | |
| *Attorneys for Plaintiff FICO* | |