UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| FAIR ISAAC CORPORATION, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: DAVID T. SCHULTZ | |
| Plaintiff(s), | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | Civil 16-1054 (WMW/DTS) |
| | ) | Date: | May 18, 2017 |
| FEDERAL INSURANCE COMPANY, | ) | Courtroom: | Mpls. 9E |
| | ) | Time Started: | 9:00 a.m. |
| Defendant(s). | ) | Time Concluded: | 7:00 p.m. |
| | ) | Time in Court: | 10 Hours |

SETTLEMENT CONFERENCE

APPEARANCES:

    Plaintiff(s):    Allen Hinderaker, Esq.

    Defendant(s)    Lora Mitchell Friedemann, Esq.

PROCEEDINGS:

  **X**  No settlement reached

  ___  Binding settlement reached. Terms stated on the record. Any transcript or copy of the audio file of the terms of settlement is CONFIDENTIAL and shall be SEALED, with access being allowed only to the parties and their counsel.

    (Audio File: Courtroom 9E/date/time)

Other Remarks:

s/KH
Courtroom Deputy