UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054(WMW/DTS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | ) ) ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

Pursuant to the Local Rules of the United States District Court for the District of Minnesota, PLEASE TAKE NOTICE that the undersigned attorney hereby notifies the Court and counsel that Heather J. Kliebenstein shall appear as counsel of record for Plaintiff, Fair Isaac Corporation in this case.

MERCHANT & GOULD, P.C

DATE: July 18, 2017

s/Heather J. Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather J. Kliebenstein MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081

John T. Winemiller*, TN Bar # 21084
9719 Cogdill Road, Suite 101
Knoxville, TN  37932-3322
Tel:  (865) 380-5960
Fax:  (612) 332-9081
jwinemiller@merchantgould.com

*Attorneys for Plaintiff FICO*