# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO COMPEL DISCOVERY** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | |
| Defendant. | |

Defendant hereby moves the Court to enter an order compelling Plaintiff Fair Isaac Corporation to provide the following discovery:

(a) Plaintiff Fair Isaac Corporation shall produce all documents relating to its licensing of the asserted copyrighted works;

(b) Plaintiff Fair Isaac Corporation shall produce complete, unredacted copies of responsive documents redacted on the basis of responsiveness or any basis other than privilege;

(c) Plaintiff Fair Isaac Corporation shall produce agreements relating to the asserted copyrighted works;

(d) Plaintiff Fair Isaac Corporation shall provide complete answers to Interrogatory Nos. 6, 7, 8, and 9.

This motion is based on Rules 26, 33, 34, and 37 of the Federal Rules of Civil Procedure, the accompanying memorandum, the Declaration of Nikola L. Datzov and

- 2 -

supporting exhibits, the arguments of counsel, and all of the files, exhibits, records, and proceedings herein.

                                            Respectfully submitted,

Dated:  January 29, 2018                 s/ Nikola L. Datzov
                                            Lora M. Friedemann (#0259615)
                                            lfriedemann@fredlaw.com
                                            Nikola L. Datzov (#0392144)
                                            ndatzov@fredlaw.com
                                            **FREDRIKSON & BYRON, P.A.**
                                            200 South Sixth Street, Suite 4000
                                            Minneapolis, MN  55402-1425
                                            (612) 492-7000 (tel.)
                                            (612) 492-7077 (fax)

                                            ***Attorneys for Defendant***

63183100