# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation,<br><br>　　　　Defendant. | Court File No.  16-cv-1054 (WMW/DTS)<br><br><br>**NOTICE OF HEARING ON<br>DEFENDANT'S MOTION TO<br>COMPEL DISCOVERY** |

　　PLEASE TAKE NOTICE that on February 12, 2018 at 2:00 p.m., before the Honorable David T. Schultz, United States District Court, Courtroom 9E, 300 South Fourth Street, Minneapolis, Minnesota 55415, Defendant Federal Insurance Company will move the Court for an order compelling production of documents and interrogatory responses from Plaintiff Fair Isaac Corporation.  This motion is made pursuant to Rules 26, 33, 34, and 37 of the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  January 29, 2018　　　　　　　s/ Nikola L. Datzov
　　　　　　　　　　　　　　　　　　　　Lora M. Friedemann (#0259615)
　　　　　　　　　　　　　　　　　　　　lfriedemann@fredlaw.com
　　　　　　　　　　　　　　　　　　　　Nikola L. Datzov (#0392144)
　　　　　　　　　　　　　　　　　　　　ndatzov@fredlaw.com
　　　　　　　　　　　　　　　　　　　　**FREDRIKSON & BYRON, P.A.**
　　　　　　　　　　　　　　　　　　　　200 South Sixth Street, Suite 4000
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402-1425
　　　　　　　　　　　　　　　　　　　　(612) 492-7000 (tel.)
　　　　　　　　　　　　　　　　　　　　(612) 492-7077 (fax)
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

63182936