# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **DECLARATION OF NIKOLA L. DATZOV IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL DISCOVERY** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | |
| Defendant. | |

I, Nikola L. Datzov, declare as follows:

1. I am an attorney at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendant Federal Insurance Company in this case.

2. Attached as **Exhibit A** is a true and correct copy of Fair Isaac Corporation's First Supplemental Answers to Defendant's First Set of Interrogatories, dated August 16, 2017.

3. Attached as **Exhibit B** is a true and correct copy of Federal Insurance Company's First Set of Requests for Production of Documents to Fair Isaac Corporation, dated April 18, 2017.

4. Attached as **Exhibit C** is a true and correct copy of Fair Isaac Corporation's Responses to Defendant's Requests for Production of Documents, dated May 18, 2017.

5. Attached as **Exhibit D** is a true and correct copy of a letter sent by Heather Kliebenstein on January 16, 2018.

6. Attached as **Exhibit E** is a true and correct copy of an e-mail and its attachment sent internally within Fair Isaac Corporation on March 1, 2006 as it was produced by Fair Isaac Corporation (FILED UNDER SEAL). The attachment appears to provide summary information relating to Fair Isaac Corporation's licensing efforts with numerous third parties for the copyrighted works at issue. The attachment consists of 140 pages, with all but 7 pages redacted by Fair Isaac Corporation. For the sake of brevity, this Exhibit contains the first 25 pages and the last page of the attachment. Pages 26 through 139 of the attachment, all redacted in full by Fair Isaac Corporation, have been excerpted out.

7. Attached as **Exhibit F** is a true and correct copy of an e-mail and its attachment sent internally within Fair Isaac Corporation on December 1, 2006 as it was produced by Fair Isaac Corporation (FILED UNDER SEAL). The attachment appears to provide summary information relating to Fair Isaac Corporation's licensing efforts with numerous third parties for the copyrighted works at issue. The attachment consists of 251 pages, with all but 6 pages redacted by Fair Isaac Corporation. For the sake of brevity, this Exhibit contains the first 25 pages and the last page of the attachment. Pages 26 through 250 of the attachment, all redacted in full by Fair Isaac Corporation, have been excerpted out.

8. Attached as **Exhibit G** is a true and correct copy of Federal Insurance Company's First Set of Interrogatories to Fair Isaac Corporation, dated April 18, 2017.

9. On January 23, 2018, Defendant and Plaintiff, through counsel, participated in a meet-and-confer phone call regarding Defendant's discovery requests sent on April

18, 2017.  During the call, Defendant asked why Plaintiff had redacted the two documents included herein as Exhibits E and F.  Plaintiff stated that the redactions in these documents were made based on relevance, not privilege or work product.

     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  January 29, 2018                        s/ Nikola L. Datzov

                                                    Nikola L. Datzov