## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation,<br><br>      Defendant. | Court File No.  16-cv-1054 (WMW/DTS)<br><br><br>**STATEMENT TO E-FILE UNDER SEAL EXHIBITS E AND F TO THE DECLARATION OF NIKOLA L. DATZOV** |

Defendant hereby states that Exhibits E and F to the Declaration of Nikola L. Datzov in Support of Defendant's Motion to Compel Discovery are to be filed under seal due to the fact that these documents are confidential and that redaction is impracticable.

| EX. NO. | DESCRIPTION OF DOCUMENT | REASON WHY DOCUMENT SHOULD BE SEALED AND REDACTION IS IMPRACTICABLE |
|---|---|---|
| E | March 1, 2006 e-mail and attachment relating to Fair Isaac Corporation's licensing efforts with third parties. | All pages of the documents have been designated as Confidential – Attorneys' Eyes Only under the protective order. |
| F | December 1, 2006 e-mail and attachment relating to Fair Isaac Corporation's licensing efforts with third parties. | All pages of the documents have been designated as Confidential – Attorneys' Eyes Only under the protective order. |

Dated:  January 29, 2018

s/Nikola L. Datzov
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Nikola L. Datzov (#0392144)
ndatzov@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendant*

63186299