UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation,<br><br>        Defendant. | Court File No.  16-cv-1054 (WMW/DTS)<br><br><br>**DEFENDANT'S MEET AND CONFER STATEMENT FOR ITS MOTION TO COMPEL DISCOVERY** |

I, Nikola Datzov, representing the Defendant, hereby certify that:

I met and conferred with the opposing party by:

   Telephone conference with:  Heather Kliebenstein and Michael Erbele

   On:  January 23, 2018

   Discussing the following motions:

   **Defendant's Motion to Compel Discovery**

As a result of the meet-and-confer, the parties:

   (Check the box that applies)

   ☒    Do not agree on the resolution of any part of the motion.

   ☐    Agree on all or part of the motion and request that the Court incorporate the

   following agreement in an Order:

- 2 -

                                      Respectfully submitted,

Dated:  January 29, 2018        s/ Nikola L. Datzov
                                      Lora M. Friedemann (#0259615)
                                      lfriedemann@fredlaw.com
                                      Nikola L. Datzov (#0392144)
                                      ndatzov@fredlaw.com
                                      **FREDRIKSON & BYRON, P.A.**
                                      200 South Sixth Street, Suite 4000
                                      Minneapolis, MN  55402-1425
                                      (612) 492-7000 (tel.)
                                      (612) 492-7077 (fax)

                                      ***Attorneys for Defendant***

63183216