UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | |
| Defendant. | |

The above-entitled matter came before the Court on Defendant Federal Insurance Company's Motion to Compel Discovery. Based upon the parties' submissions, the arguments of counsel, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Compel Discovery is **GRANTED**;

2. Within thirty (30) days from the date of this Order, Plaintiff shall provide the following discovery to Defendant:

    a. Plaintiff Fair Isaac Corporation shall produce all documents relating to its licensing of the asserted copyrighted works;

    b. Plaintiff Fair Isaac Corporation shall produce complete, unredacted copies of responsive documents redacted on any basis other than privilege;

    c. Plaintiff Fair Isaac Corporation shall produce agreements relating to the asserted copyrighted works;

- 2 -

      d.  Plaintiff Fair Isaac Corporation shall provide complete answers to Interrogatory Nos. 6, 7, 8, and 9.

SO ORDERED:

Dated: _____, 2018.

                                                                       _____
Magistrate Judge David T. Schultz
United States District Court

63183167