UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **Jury Trial Demanded** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | |
| Defendant. | |

## **PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rules 7.1 and 37.1, Plaintiff Fair Isaac Corporation ("FICO") moves to compel Defendant Federal Insurance Company ("Federal") to comply fully with FICO's written discovery requests. This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the Declaration of Michael Erbele and Exhibits attached to the Erbele Declaration, the papers and records on file herein, and on such information and evidence as may be presented at any hearing on this Motion.

| | |
|---|---|
| Dated:  January 29, 2018 | MERCHANT & GOULD, P.C.<br><br>/s/ Heather Kliebenstein<br>Allen Hinderaker, MN Bar # 45787<br>Heather Kliebenstein, MN Bar # 337419<br>Michael A. Erbele, MN Bar # 393635<br>MERCHANT & GOULD P.C.<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402-2215<br>Tel:  (612) 332-5300<br>Fax:  (612) 332-9081<br>ahinderaker@merchantgould.com<br>hkliebenstein@merchantgould.com<br>merbele@merchantgould.com<br><br>John T. Winemiller, *pro hac vice*<br>MERCHANT & GOULD P.C.<br>9719 Cogdill Road, Suite 101<br>Knoxville, TN  37932-3322<br>Tel:  (865) 380-5960<br>Fax:  (865) 380-5999<br>jwinemiller@merchantgould.com<br><br>*Attorneys for Plaintiff FICO* |