UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>　　　　　Defendant. | Case No. 16-cv-1054 (WMW/DTS)<br><br><br><br>**Jury Trial Demanded** |

## PLAINTIFF'S NOTICE OF HEARING ON MOTION TO COMPEL

PLEASE TAKE NOTICE that Plaintiff Fair Isaac Corporation ("FICO") will move this Court, at a hearing on Monday, February 12, 2018 at 2:00 p.m., before the Honorable David T. Schultz, United States Magistrate Judge for the U.S. District Court for the District of Minnesota, in Courtroom 9E, United States District Court, 300 South Fourth Street, Minneapolis, MN 55415, for an order granting Plaintiff's Motion to Compel.  The grounds for this Motion will be set forth and supported in an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the arguments of counsel, and all of the papers and proceedings in this matter.

Dated:  January 29, 2018                MERCHANT & GOULD, P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com

John T. Winemiller, *pro hac vice*
MERCHANT & GOULD P.C.
9719 Cogdill Road, Suite 101
Knoxville, TN  37932-3322
Tel:  (865) 380-5960
Fax:  (865) 380-5999
jwinemiller@merchantgould.com

*Attorneys for Plaintiff FICO*