**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **Jury Trial Demanded** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF MICHAEL ERBELE IN SUPPORT
OF FAIR ISAAC CORPORATION'S MOTION TO COMPEL**

I, Michael Erbele, declare as follows:

1.      I am an attorney with the law firm of Merchant & Gould P.C.  I am one of the attorneys of record for the plaintiff, Fair Isaac Corporation, in the above-captioned matter.

2.      I make this declaration on my own information, knowledge, and belief in support of Fair Isaac Corporation's Motion to Compel.

3.      Attached hereto as Exhibit 1 is a true and correct excerpt of The Chubb Corporation's Form 10-K filed with the United States Securities and Exchange Commission for the fiscal year ending December 31, 2014.

4.      Attached hereto as Exhibit 2 is a true and correct copy of a Bates numbered document FED000255_0001-0034 titled "Rules and Process Management for Insurers" dated October 30, 2008.  (FILED UNDER SEAL)

5.      Attached hereto as Exhibit 3 is a true and correct copy of Federal Insurance Company's Supplemental Answers to Plaintiff's First Set of Interrogatories dated June 15, 2017.

6.      Attached hereto as Exhibit 4 is a true and correct copy of Federal Insurance Company's Response to Plaintiff's First Set of Requests for Production of Documents dated May 11, 2017.

7.      Attached hereto as Exhibit 5 is a true and correct copy of Federal Insurance Company's Answers to Plaintiff's First Set of Interrogatories dated May 11, 2017.

8.      Attached hereto as Exhibit 6 is a true and correct copy of a Bates numbered document FICO0005919-5920, "Insurance Underwriting – What is the cost of not being a cognitive business?" by Mark Popolano, dated March 9, 2017.

9.      Attached hereto as Exhibit 7 is a true and correct copy of a Bates numbered document FED001320_0001-0028 titled "CICC IT Organization."  (FILED UNDER SEAL)

10.     Attached hereto as Exhibit 8 is a true and correct copy of a Bates numbered document FED001314_0001-0021 titled "Systems Strategy."  (FILED UNDER SEAL)

11.     Attached hereto as Exhibit 9 is a true and correct copy of a Bates numbered document FED000270_0001-0065 titled "An Introduction to Business Rules" dated October, 2009.  (FILED UNDER SEAL)

12.     Attached hereto as Exhibit 10 is a true and correct copy of a Bates numbered document FICO0005315-5317 titled "Repeatable Solution: Insurance Underwriting."  (FILED UNDER SEAL)

13.     Attached hereto as Exhibit 11 is a true and correct copy of a Bates numbered document FED000190_0001-0009 titled "Enhancing BPM with Business Rules."  (FILED UNDER SEAL)

14.     Attached hereto as Exhibit 12 is a true and correct copy of a Bates numbered document FICO0005292-5305 titled "The Value of Embedding the FICO Blaze Advisor Decision Rules Management System."  (FILED UNDER SEAL)

15.     Attached hereto as Exhibit 13 is a true and correct copy of a Bates numbered document FED000141_0001-0004, Gartner Report titled "Real-Time Decision-Making Applications Can Increase Revenue and Reduce Costs in the Contact Center."  (FILED UNDER SEAL)

16.     Attached hereto as Exhibit 14 is a true and correct copy of a letter from Lora M. Friedemann to Heather Kliebenstein dated October 3, 2017.


        I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.


Dated:  January 29, 2018                    s/Michael Erbele
                                               Michael Erbele