UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | ) ) | |
| v. | ) ) | **Jury Trial Demanded** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## **STATEMENT OF NO REDACTION**

Pursuant to LR 5.6, Exhibits 2, 7-12 and 13 to the Declaration of Michael Erbele have been filed under temporary seal in connection with the Motion to Seal. Exhibits 2, 7-11 and 13 were not redacted because the entire document is marked "Confidential" or "Confidential – Attorneys' Eyes Only" under the Protective Order (Dkt. No. 44) entered in the case. Therefore, it is impracticable to redact.

Dated: January 29, 2018

MERCHANT & GOULD, P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com

hkliebenstein@merchantgould.com
merbele@merchantgould.com

John T. Winemiller, *pro hac vice*
MERCHANT & GOULD P.C.
9719 Cogdill Road, Suite 101
Knoxville, TN 37932-3322
Tel: (865) 380-5960
Fax: (865) 380-5999
jwinemiller@merchantgould.com

*Attorneys for Plaintiff FICO*