## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>  Defendant. | Case No. 16-cv-1054 (WMW/DTS)<br><br>**Jury Trial Demanded** |

## **[PROPOSED] ORDER**

The matter is before the Court on Fair Isaac Corporation's ("FICO's") Motion to Compel. Upon consideration of FICO's Motion and supporting Memorandum of Law and the entire record herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. Fair Isaac Corporation's Motion to Compel is hereby GRANTED.

2. Federal Insurance Company shall produce documents in response to FICO's Request for Production Nos. 30-32 and fully answer Interrogatory Nos. 4 and 6.

**IT IS SO ORDERED**.

Dated: _____

_____
Honorable David T. Schultz
United States Magistrate Judge