# EXHIBIT A
# REDACTED

**No image available for this record.**

Confidential - Attorneys' Eyes Only

FICO0000830





