# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

FAIR ISAAC CORPORATION,

      Plaintiff,

    v.

FEDERAL INSURANCE COMPANY,
an Indiana corporation,

      Defendant.

Court File No.  16-cv-1054 (WMW/DTS)

**WORD COUNT COMPLIANCE
CERTIFICATE**

---

I certify that this brief conforms to the requirements of LR 7.1(f) for a brief produced with a proportional font.  The length of this brief is 4,659 words.  This brief was prepared using Microsoft Word 2010 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Respectfully submitted,

Dated:  February 5, 2018

s/ Nikola L. Datzov
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Nikola L. Datzov (#0392144)
ndatzov@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)
*Attorneys for Defendant*

63242857.1