UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **DECLARATION OF NIKOLA L. DATZOV IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | |
| Defendant. | |

I, Nikola L. Datzov, declare as follows:

1. I am an attorney at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendant Federal Insurance Company in this case.

2. Attached as **Exhibit H** are true and correct copies of emails Bates numbered FICO0003278-3279, produced by Fair Isaac Corporation in this litigation (FILED UNDER SEAL).

3. Attached as **Exhibit I** are true and correct copies of emails Bates numbered FICO0001758-1759, produced by Fair Isaac Corporation in this litigation (FILED UNDER SEAL).

4. Attached as **Exhibit J** are true and correct copies of emails and the accompanying attachment Bates numbered FICO0001996-1998, produced by Fair Isaac Corporation in this litigation (FILED UNDER SEAL).

- 2 -

5. Attached as **Exhibit K** is a true and correct copy of a spreadsheet printout Bates numbered FICO0003249-3254, produced by Fair Isaac Corporation in this litigation (FILED UNDER SEAL).

6. Attached as **Exhibit L** is a true and correct copy of an excerpt printout of a spreadsheet Bates numbered FICO0005129, produced by Fair Isaac Corporation in this litigation (FILED UNDER SEAL). The date "Created" listed in the file properties of the spreadsheet is October 14, 2015.

7. Attached as **Exhibit M** are true and correct copies of emails Bates numbered FICO0001965-1967, produced by Fair Isaac Corporation in this litigation (FILED UNDER SEAL).

8. Attached as **Exhibit N** are true and correct copies of emails Bates numbered FICO0002448-2449, produced by Fair Isaac Corporation in this litigation (FILED UNDER SEAL).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 5, 2018            s/ Nikola L. Datzov
                                   Nikola L. Datzov