# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **STATEMENT TO E-FILE UNDER SEAL EXHIBITS H, I, J, K, L, M, AND N TO THE DECLARATION OF NIKOLA L. DATZOV** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | |
| Defendant. | |

Defendant hereby states that Exhibits H, I, J, K, L, M and N to the Declaration of Nikola L. Datzov in Support of Defendant's Opposition to Plaintiff's Motion to Compel Discovery are to be filed under seal due to the fact that these documents are confidential and that redaction is impracticable.

| EX. NO. | DESCRIPTION OF DOCUMENT | REASON WHY DOCUMENT SHOULD BE SEALED AND REDACTION IS IMPRACTICABLE |
|---|---|---|
| H | FICO emails relating to Blaze Advisor software use. | All pages of the documents have been designated as Confidential – Attorneys' Eyes Only under the protective order. |
| I | FICO emails relating to Blaze Advisor software use. | All pages of the documents have been designated as Confidential – Attorneys' Eyes Only under the protective order. |
| J | FICO emails and attachment relating to Blaze Advisor software use. | All pages of the documents have been designated as Confidential – Attorneys' Eyes Only under the protective order. |
| K | FICO spreadsheet relating to Blaze Advisor business opportunities. | All pages of the documents have been designated as Confidential – Attorneys' Eyes Only under the protective order. |
| L | A FICO spreadsheet relating to Blaze Advisor software use. | The spreadsheet file has been designated as Confidential – Attorneys' Eyes Only under the protective order. |
| M | FICO emails relating to Blaze Advisor software use. | All pages of the documents have been designated as Confidential – Attorneys' Eyes Only under the protective order. |
| N | FICO emails relating to Blaze Advisor software use. | All pages of the documents have been designated as Confidential – Attorneys' Eyes Only under the protective order. |

Dated:  February 5, 2018

s/ Nikola L. Datzov
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Nikola L. Datzov (#0392144)
ndatzov@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendant*

63238704