

3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Telephone: 612.332.5300
Fax: 612.332.9081
www.merchantgould.com

A Professional Corporation

Direct Contact | **Allen Hinderaker**
ahinderaker@merchantgould.com
612-371-5292

February 12, 2018

**VIA ECF**

Magistrate Judge David T. Schultz
United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

> *Re:   Fair Isaac Corporation v. Federal Insurance Company*
> *Court File No. 16-1054 (WMW/DTS)*

Dear Magistrate Judge Schultz:

    The purpose of this letter is to correct a misstatement at page 14 of the Memorandum in Opposition to Defendant's Motion to Compel, Dkt. No. 75. FICO incorrectly said there is no evidence the parties negotiated Paragraph 10.8 of the Agreement.  Today, we discovered that is in error.  The parties exchanged emails and competing redline versions of that provision before the Agreement was signed on June 30, 2006.  For Federal's reference, see FICO0000148-164 and FICO0000131-147. We apologize for the mistake.

Sincerely,

*/s/ Allen Hinderaker*

Allen Hinderaker

AH:can
cc:      Counsel of Record via ECF