UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES

Fair Isaac Corporation,

    Plaintiff,

v.

Federal Insurance Company,

    Defendant.

COURT MINUTES - CIVIL
BEFORE: DAVID T. SCHULTZ
U.S. Magistrate Judge

Case No.: 16-cv-1054 (WMW/DTS)

| | |
|---|---|
| Date: | February 14, 2018 |
| Location: | Mpls. 9E |
| Time: | 3:30 to 4:55 p.m. |
| | 5:04 to 5:30 p.m. |
| Total Time: | 1 hour 11 minutes |

APPEARANCES:

    Allen Hinderaker, Esq. and Heather Kliebenstein, Esq. on behalf of plaintiff

    Nikola Datzov, Esq. and Lora Friedemann, Esq. on behalf of defendant

PROCEEDINGS:
    #49  Defendant's Motion to Compel Discovery
    #58  Plaintiff's Motion to Compel Discovery
    #74  Joint Motion to Amend Pretrial Scheduling Order

X    Order to be issued

K.Reierson
*Law Clerk*