UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES - **CORRECTED**

| | |
|---|---|
| Fair Isaac Corporation, | COURT MINUTES - CIVIL |
| | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No.: 16-cv-1054 (WMW/DTS) |
| Federal Insurance Company, | |
| Defendant. | Date: February 14, 2018 |
| | Location: Mpls. 9E |
| | Time: 3:30 to 4:55 p.m. |
| | 5:04 to 5:30 p.m. |
| | Total Time: 1 hour 51 minutes |
| | **[correction of statement of total time]** |

APPEARANCES:

Allen Hinderaker, Esq. and Heather Kliebenstein, Esq. on behalf of plaintiff

Nikola Datzov, Esq. and Lora Friedemann, Esq. on behalf of defendant

PROCEEDINGS:
- #49   Defendant's Motion to Compel Discovery
- #58   Plaintiff's Motion to Compel Discovery
- #74   Joint Motion to Amend Pretrial Scheduling Order

X   Order to be issued

K.Reierson
*Law Clerk*