| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br>(Rev. 01/2017) | TRANSCRIPT ORDER<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>Please read instructions on next page. | COURT USE ONLY<br>**NOTES:** |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER**<br>Kristin M. Drieman | **2a. CONTACT PHONE NUMBER**<br>612-336-4703 | **3. CONTACT EMAIL ADDRESS**<br>kdrieman@merchantgould.com |
| **1b. ATTORNEY NAME (if different)**<br>Allen Hinderaker | **2b. ATTORNEY PHONE NUMBER**<br>612-371-5292 | **3. ATTORNEY EMAIL ADDRESS**<br>ahinderaker@merchantgould.com |
| **4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**<br>Merchant & Gould P.C.<br>3200 IDS Center<br>80 S. Eighth Street<br>Minneapolis, MN 55402 | **5. CASE NAME** (Include defendant number, for criminal cases only)<br>Fair Isaac Corp. v. Federal Insurance Company | **6. CASE NUMBER**<br>16-cv-1054 (WMW/DTS) |
| **7. COURT REPORTER NAME, if applicable**<br>Audio Recording | **8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):**    CJA: <u>Do not use this form; use AUTH24</u> in CJA.<br>☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>X NON-APPEAL    X CIVIL    ☐ Standing Order (**MDL** only) | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S)<br>*NOTE: ECF access is included.* | | | | c. DELIVERY TYPE<br>*Delivery times are not guaranteed.* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE<br>(initials) | PORTION<br>If requesting less than full hearing, specify portion (e.g. witness or time) | PDF<br>(email) | TEXT/ASCII<br>(email) | PAPER | CONDENSED | ORDINARY<br>(30-day) | 14-Day | EXPEDITED<br>(7-day) | DAILY<br>(Next day) | HOURLY<br>(2 hrs) | REALTIME<br>(rough draft) |
| 02/14/2018 | DTS | | X | X | | | X | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br><br>**11. SIGNATURE**<br>s/Allen Hinderaker | **12. DATE**<br>02/16/2018 |
|---|---|