| UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA (Rev. 01/2017) | TRANSCRIPT ORDER CJA counsel please complete an AUTH24 in CJA eVoucher *Please read instructions on next page.* | COURT USE ONLY NOTES: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER Katheryn Hanson | 2a. CONTACT PHONE NUMBER 612.492.7651 | 3. CONTACT EMAIL ADDRESS kmhanson@fredlaw.com |
| 1b. ATTORNEY NAME (if different) Lora M. Friedemann | 2b. ATTORNEY PHONE NUMBER 612.492.7185 | 3. ATTORNEY EMAIL ADDRESS lfriedemann@fredlaw.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Fredrikson & Byron, PA 200 South Sixth Street Suite 4000 Minneapolis, MN 55402-1425 | 5. CASE NAME (Include defendant number, for criminal cases only) Fair Isaac Corp. v. Federal Insurance Company | 6. CASE NUMBER 16-cv-1054 (WMW/DTS) |
|---|---|---|
| 7. COURT REPORTER NAME, if applicable | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):   CJA: Do not use this form; use AUTH24 in CJA. ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached) ☐ NON-APPEAL   X CIVIL   ☐ Standing Order (**MDL** only) | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S) NOTE: ECF access is included. | | | | c. DELIVERY TYPE *Delivery times are not guaranteed.* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 2/14/18 | DTS | | X | | | | | | x | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional). 11. SIGNATURE S/ Lora M. Friedemann | 12. DATE 2/19/2018 |
|---|---|