UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation, <br><br> Defendant. | Case No. 16-cv-1054 (WMW/DTS) |

**JOINT MOTION REGARDING CONTINUED SEALING**

Documents have been filed under temporary seal in connection with the following motions:

| | |
|---|---|
| *Defendant's Motion to Compel Discovery* | *49* |
| *Plaintiff's Motion to Compel* | *58* |

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | **Parties Agree Doc. Should Remain Sealed** | **Parties Agree Doc. Should Be Unsealed** | **Parties Disagree** | | |
| 53 | Exhibit E to Datzov Declaration (March 1, 2006 email and attachment relating to Plaintiff's licensing efforts with third parties) | X | | | N/A | The documents contain confidential business analyses and strategies relating to licensing efforts. |
| 54 | Exhibit F to Datzov Declaration (December 1, 2006 email and attachment relating to Plaintiff's licensing efforts with third parties) | X | | | N/A | The documents contain confidential business analyses and strategies relating to licensing efforts. |
| 60 | Memorandum in Support of Plaintiff's Motion to Compel | X | | | N/A | The document contains references to confidential financial information and proprietary business information. A redacted version has been filed. |
| 63 | Exhibit 2 to Erbele Declaration (Presentation titled "Rules and Process Management for Insurers" dated October 30, 2008) | X | | | N/A | Confidential business strategy internal presentation. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | Exhibit 7 to Erbele Declaration (Presentation titled "CICC IT Organization") | X | | | N/A | Confidential business and financial internal presentation. |
| 65 | Exhibit 8 to Erbele Declaration (Presentation titled "Systems Strategy") | X | | | N/A | Confidential business and financial internal presentation. |
| 66 | Exhibit 9 to Erbele Declaration (Presentation titled "An Introduction to Business Rules" dated October 2009) | X | | | N/A | Confidential business strategy and financial internal presentation. |
| 67 | Exhibit 10 to Erbele Declaration (Document titled "Repeatable Solution: Insurance Underwriting") | X | | | N/A | Confidential document containing business strategy and third-party information. |
| 68 | Exhibit 11 to Erbele Declaration (White paper titled "Enhancing BPM with Business Rules" dated May 2010) | X | | | N/A | Confidential white paper containing third-party information. |
| 69 | Exhibit 12 to Erbele Declaration (White paper titled "The Value of Embedding the FICO Blaze Advisor Decision Rules Management System" dated August 2017) | X | | | N/A | Confidential white paper containing third-party information. |
| 70 | Exhibit 13 to Erbele Declaration (Gartner Report titled "Real-Time Decision-Making Applications Can Increase Revenue and | X | | | N/A | Confidential third-party research report. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Reduce Costs in the Contact Center" dated March 3, 2009) | | | | | |
| 75 | Plaintiff's Memorandum in Opposition to Defendant's Motion to Compel | X | | | N/A | This document contains references to licensing and pricing practices that Plaintiff maintains in good faith is confidential under the Court's Protective Order.  A redacted version has been filed. |
| 77 | Waid Declaration Opposing Defendant's Motion to Compel | X | | | N/A | This document describes licensing and pricing practices that Plaintiff maintains in good faith is confidential under the Court's Protective Order.  A redacted version has been filed. |
| 79 | Exhibit A to Waid Declaration Opposing Defendant's Motion to Compel (Pricing matrix) | X | | | N/A | Pricing matrix that contains licensing and pricing practices that Plaintiff maintains in good faith is confidential under the Court's Protective Order.  A redacted version has been filed. |
| 81 | Defendant's Memorandum in Opposition to Plaintiff's Motion to Compel | X | | | N/A | This document contains references to communications and licensing information that Plaintiff maintains in good faith is confidential under the Court's Protective Order.  A redacted version has been filed. |
| 84 | Exhibit H to Datzov Declaration (August 14, 2012 email exchange relating to Blaze Advisor software license) | X | | | N/A | Confidential discussion regarding the Blaze Advisor software license and use of the software. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 85 | Exhibit I to Datzov Declaration (March 11, 2015 email exchange relating to Blaze Advisor software use) | X | | | N/A | Confidential discussion regarding the Blaze Advisor software license and use of the software. |
| 86 | Exhibit J to Datzov Declaration (April 1, 2015 email exchange and attachment relating to the Blaze Advisor software license) | X | | | N/A | Confidential discussion and information regarding the Blaze Advisor software license and use of the software. |
| 87 | Exhibit K to Datzov Declaration (Spreadsheet relating to Blaze Advisor business opportunities) | X | | | N/A | Confidential internal spreadsheet relating to licensing and financial information. |
| 88 | Exhibit L to Datzov Declaration (Spreadsheet relating to Blaze Advisor software use) | X | | | N/A | Confidential licensing internal spreadsheet. |
| 89 | Exhibit M to Datzov Declaration (February 2015 email exchange relating to Blaze Advisor software use) | X | | | N/A | Confidential discussion regarding licensing and Blaze Advisor software use. |
| 90 | Exhibit N to Datzov Declaration (November 26, 2008 email relating to Blaze Advisor software use) | X | | | N/A | Confidential discussion regarding license negotiations and license information. |

Respectfully submitted,

Dated: February 23, 2018  /s/Nikola L. Datzov
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Nikola L. Datzov (#0392144)
ndatzov@fredlaw.com
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel)
(612) 492-7077 (fax)

*Attorneys for Federal Insurance Company*

Dated: February 23, 2018  /s/Michael A. Erbele
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com

John T. Winemiller, *pro hac vice*
MERCHANT & GOULD P.C.
9719 Cogdill Road, Suite 101
Knoxville, TN 37932-3322
Tel: (865) 380-5960
Fax: (865) 380-5999
jwinemiller@merchantgould.com

*Attorneys for Plaintiff Fair Isaac Corporation*