# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>           Plaintiff,<br><br>    v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation,<br><br>           Defendant. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**DECLARATION OF NIKOLA L. DATZOV IN SUPPORT OF DEFENDANT'S OBJECTION TO ORDER GRANTING-IN-PART PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |

I, Nikola L. Datzov, declare as follows:

1. I am an attorney at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendant Federal Insurance Company in this case.

2. Attached as **Exhibit A** is a true and correct copy of the transcript of the motions hearing held on February 14, 2018 before Magistrate Judge David T. Shultz on the parties' cross-motions to compel discovery.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 28, 2018                    s/ Nikola L. Datzov
                                            Nikola L. Datzov