UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,                     CIVIL NO. 16-1054 (WMW/DTS)

    Plaintiff,

v.                                                                          ORDER

FEDERAL INSURANCE COMPANY,

    Defendant.

---

Pursuant to the Joint Motion Regarding Continued Sealing [Docket No. 100] and Minn L.R. 5.6(d)(2),

IT IS HEREBY ORDERED that:

1. The parties' Joint Motion Regarding Continued Sealing [Docket No. 100] is GRANTED.

2. The Clerk is directed to keep the following documents sealed: Docket Nos. 53, 54, 60, 63-70, 75, 77, 79, 81, 84-90.

Dated:    March 12, 2018

                                                  *s/ David T. Schultz*
                                                DAVID T. SCHULTZ
                                                United States Magistrate Judge