# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br>    Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation, <br><br>    Defendant. | Case No. 16-cv-1054 (WMW/DTS) <br><br><br> **Jury Trial Demanded** |

## LOCAL RULE 7.1(f) CERTIFICATION

I hereby certify that Plaintiff's Memorandum in Opposition to Defendant's Objection to Order Granting-In-Part Plaintiff's Motion to Compel, filed electronically on March 14, 2018, complies with the word limit imposed by Local Rule 7.1(f), with a total word count of 3,318 words, including headings, footnotes, and quotations.

I further certify that the accompanying document was created in Microsoft® Office Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

Dated:  March 14, 2018

MERCHANT & GOULD P.C.

/s/ Allen Hinderaker
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215

2

Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com

*Attorneys for Plaintiff FICO*