UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>   Defendant. | Court File No. 16-cv-1054 (WMW/DTS)<br><br><br>**NOTICE OF APPEARANCE<br>OF COUNSEL** |

The undersigned attorney hereby notifies the Court and counsel that Leah C. Janus shall appear as counsel of record for Defendant Federal Insurance Company in this case.

Dated: July 10, 2018

*s/Leah C. Janus*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham ((#0390165)
cpham@fredlaw.com
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendant*