UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FAIR ISAAC CORPORATION,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY,

    Defendant.

Court File No. 16-cv-1054 (WMW/DTS)

**NOTICE OF APPEARANCE OF COUNSEL**

---

The undersigned attorney hereby notifies the Court and counsel that Terrence J. Fleming shall appear as counsel of record for Defendant Federal Insurance Company in this case.

Dated: July 10, 2018

*s/Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham ((#0390165)
cpham@fredlaw.com
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

***Attorneys for Defendant***