# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) Case No. 16-cv-1054 (WMW/DTS) ) ) |
| Plaintiff, | ) ) |
| v. | ) **Jury Trial Demanded** ) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | ) ) ) |
| Defendant. | ) ) ) |

## PLAINTIFF'S MOTION TO AMEND

Pursuant to Rules 15(a)(2) and 16(b)(4) of the Federal Rules of Civil Procedure and Local Rules 7.1, 15.1, and 16.3, Plaintiff Fair Isaac Corporation ("FICO") moves to amend and serve and file the proposed Second Amended Complaint. This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the Declaration of Michael Erbele and Exhibits attached to the Erbele Declaration, the papers and records on file herein, and on such information and evidence as may be presented at any hearing on this Motion.

| | |
|---|---|
| Dated:  August 27, 2018 | MERCHANT & GOULD P.C. |
| | /s/Allen Hinderaker<br>Allen Hinderaker, MN Bar # 45787<br>Heather Kliebenstein, MN Bar # 337419<br>Michael A. Erbele, MN Bar # 393635<br>MERCHANT & GOULD P.C.<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402-2215<br>Tel:  (612) 332-5300<br>Fax:  (612) 332-9081<br>ahinderaker@merchantgould.com<br>hkliebenstein@merchantgould.com<br>merbele@merchantgould.com |
| | *Attorneys for Plaintiff FICO* |