# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, ) ) ) | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, ) ) | |
| v. ) ) | **Jury Trial Demanded** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, ) ) ) | |
| Defendant. ) ) | |

## **PLAINTIFF'S NOTICE OF HEARING ON MOTION TO AMEND**

PLEASE TAKE NOTICE that Plaintiff Fair Isaac Corporation ("FICO") will move this Court, at a hearing on Thursday, September 13, 2018 at 9:00 a.m., before the Honorable David T. Schultz, United States Magistrate Judge for the U.S. District Court for the District of Minnesota, in Courtroom 9E, United States District Court, 300 South Fourth Street, Minneapolis, MN 55415, for an order granting Plaintiff's Motion to Amend.  The grounds for this Motion will be set forth and supported in an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the arguments of counsel, and all of the papers and proceedings in this matter.

| | |
|---|---|
| Dated:  August 27, 2018 | MERCHANT & GOULD P.C.<br><br>/s/Allen Hinderaker<br>Allen Hinderaker, MN Bar # 45787<br>Heather Kliebenstein, MN Bar # 337419<br>Michael A. Erbele, MN Bar # 393635<br>MERCHANT & GOULD P.C.<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402-2215<br>Tel:  (612) 332-5300<br>Fax:  (612) 332-9081<br>ahinderaker@merchantgould.com<br>hkliebenstein@merchantgould.com<br>merbele@merchantgould.com<br><br>*Attorneys for Plaintiff FICO* |