## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) Case No. 16-cv-1054 (WMW/DTS) ) ) |
| Plaintiff, | ) ) |
| v. | ) **Jury Trial Demanded** ) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | ) ) ) |
| Defendant. | ) ) ) |

## **DECLARATION OF MICHAEL A. ERBELE IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND**

I, Michael A. Erbele, declare as follows:

1. I am an attorney with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this declaration on my own information, knowledge, and belief in support of Plaintiff's Motion to Amend.

3. Attached hereto as Exhibit 1 is Plaintiff Fair Isaac Corporation's Proposed Second Amended Complaint. **THIS DOCUMENT IS FILED UNDER SEAL.**

4. Attached hereto as Exhibit 2 is redline version of Plaintiff Fair Isaac Corporation's Proposed Second Amended Complaint showing how the proposed amended pleading differs from the operative pleading, Plaintiff Fair Isaac Corporation's Amended Complaint (Dkt. 36). **THIS DOCUMENT IS FILED UNDER SEAL.**

5.     Attached hereto as Exhibit 3 is a true and correct copy of the transcript of the August 2, 2018 deposition of John Taylor, Senior Vice President of Federal Insurance Company and Senior Vice President of ACE American Insurance Company, in condensed form. The transcript was received by Plaintiff's counsel on August 15, 2018. **THIS DOCUMENT IS FILED UNDER SEAL.**

6.     Attached hereto as Exhibit 4 is a true and correct copy of excerpts of ACE American Insurance Company's 2017 Annual Statement filed with the National Association of Insurance Commissioners (NAIC).

7.     Attached hereto as Exhibit 5 is a true and correct copy of excerpts of Federal Insurance Company's 2017 Annual Statement filed with the National Association of Insurance Commissioners (NAIC).

8.     Attached hereto as Exhibit 6 is a true and correct copy of Federal Insurance Company's verified answers to Federal Insurance Company's Second Supplemental Answer to Interrogatory Nos. 2, 3, and 4, served August 13, 2018.

9.     Attached hereto as Exhibit 7 is a true and correct copy of a document Bates numbered FED013551, which was produced by Federal Insurance Company on June 28, 2018. This document includes the Services Agreement between Federal Insurance Company and ACE American Insurance Company, effective March 14, 2016 (FED013551_0003-12) and Amendment 1 to Service Agreement between Federal Insurance Company and ACE American Insurance Company, effective January 1, 2018 (FED013551_0001-02). **THIS DOCUMENT IS FILED UNDER SEAL.**

10. Attached hereto as Exhibit 8 is a true and correct copy of an email exchange from April 26, 2017 between Allen Hinderaker, counsel for Fair Isaac Corporation, and Lora Friedemann, counsel for Federal Insurance Company.

11. Attached hereto as Exhibit 9 is a true and correct copy of Plaintiff Fair Isaac Corporation's First Set of Interrogatories to Defendant Federal insurance Company, served April 11, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

August 27, 2018 /s/ Michael A. Erbele
Michael A. Erbele