# EXHIBIT 4

PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION



# ANNUAL STATEMENT

For the Year Ended December 31, 2017
of the Condition and Affairs of the

# ACE AMERICAN INSURANCE COMPANY

| | | |
|---|---|---|
| NAIC Group Code.....626, 626 *(Current Period) (Prior Period)* | NAIC Company Code..... 22667 | Employer's ID Number..... 95-2371728 |
| Organized under the Laws of PA | State of Domicile or Port of Entry PA | Country of Domicile US |
| Incorporated/Organized..... November 1, 1945 | Commenced Business..... January 1, 1946 | |
| Statutory Home Office | 436 Walnut Street..... Philadelphia ..... PA ..... US ..... 19106 *(Street and Number)   (City or Town, State, Country and Zip Code)* | |
| Main Administrative Office | 436 Walnut Street..... Philadelphia ..... PA ..... US..... 19106 *(Street and Number)   (City or Town, State, Country and Zip Code)* | 215-640-1000 *(Area Code) (Telephone Number)* |
| Mail Address | 436 Walnut Street P.O. Box 1000..... Philadelphia ..... PA ..... US ...... 19106 *(Street and Number or P. O. Box)   (City or Town, State, Country and Zip Code)* | |
| Primary Location of Books and Records | 436 Walnut Street..... Philadelphia ..... PA ..... US ..... 19106 *(Street and Number)   (City or Town, State, Country and Zip Code)* | 215-640-1000 *(Area Code) (Telephone Number)* |
| Internet Web Site Address | www.chubb.com | |
| Statutory Statement Contact | John Paul Taylor *(Name)* | 215-640-5259 *(Area Code) (Telephone Number) (Extension)* |
| | john.taylor4@chubb.com *(E-Mail Address)* | 215-640-5525 *(Fax Number)* |

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| 1. JOHN JOSEPH LUPICA | CHAIRMAN OF THE BOARD - PRESIDENT | 2. REBECCA LYNN COLLINS | SECRETARY |
| 3. DREW KIEHN SPITZER | TREASURER | 4. | |

### OTHER

| | | | |
|---|---|---|---|
| JOHN JOSEPH ALFIERI | Executive Vice President | WALTER BRIAN BARNES # | Executive Vice President |
| ROSS ROBERT BERTOSSI | Executive Vice President | JOHN MICHAEL BUCKLEY # | Chief Financial Officer |
| CAROLINE JAMES CLOUSER | Executive Vice President | MICHAEL JOSEPH COLEMAN | Executive Vice President |
| CATHERINE ANN FABBITTI | Executive Vice President | BRUCE LLOYD KESSLER | Executive Vice President |
| PAUL JOSEPH KRUMP | Executive Vice President | DAVID JAMES LUPICA | Executive Vice President |
| CHRISTOPHER ANTHONY MALENO | Executive Vice President | PATRICK MARKOWSKI # | Executive Vice President |
| MATTHEW GEORGE MERNA | Executive Vice President | FRANCES DUGAN O'BRIEN | Executive Vice President |
| DOUGLAS POETZSCH | Executive Vice President | KEVIN MICHAEL RAMPE | Executive Vice President |
| DEBORAH ANN GISS STALKER | Executive Vice President | JOHN PAUL TAYLOR | Senior Vice President |
| EDWARD DOMINIC ZACCARIA | Executive Vice President | | |

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| WALTER BRIAN BARNES # | CAROLINE JAMES CLOUSER | PAUL JOSEPH KRUMP | JOHN JOSEPH LUPICA |
| PATRICK MARKOWSKI # | FRANCES DUGAN O'BRIEN | DOUGLAS POETZSCH | KEVIN MICHAEL RAMPE |
| DREW KIEHN SPITZER | EDWARD DOMINIC ZACCARIA | | |

State of........ PENNSYLVANIA
County of..... PHILADELPHIA

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC *Annual Statement Instructions* and *Accounting Practices and Procedures* manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| (Signature) | (Signature) | (Signature) |
|---|---|---|
| JOHN JOSEPH LUPICA | REBECCA LYNN COLLINS | DREW KIEHN SPITZER |
| 1. (Printed Name) | 2. (Printed Name) | 3. (Printed Name) |
| CHAIRMAN OF THE BOARD - PRESIDENT | SECRETARY | TREASURER |
| (Title) | (Title) | (Title) |

Subscribed and sworn to before me
This _____ day of _____ 2018

a. Is this an original filing?       Yes [X]   No [ ]
b. If no   1. State the amendment number
              2. Date filed
              3. Number of pages attached