# EXHIBIT 5

PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION



*2028120172010010 0*

# ANNUAL STATEMENT

For the Year Ended December 31, 2017
of the Condition and Affairs of the

# FEDERAL INSURANCE COMPANY

| | | |
|---|---|---|
| NAIC Group Code.....626, 626 *(Current Period) (Prior Period)* | NAIC Company Code..... 20281 | Employer's ID Number..... 13-1963496 |
| Organized under the Laws of IN | State of Domicile or Port of Entry  IN | Country of Domicile   US |
| Incorporated/Organized..... February 15, 1901 | Commenced Business..... March 2, 1901 | |
| Statutory Home Office | One American Square, 202 N Illinois St, Suite 2600..... Indianapolis ..... IN ..... US ..... 46282 | |
| | *(Street and Number)     (City or Town, State, Country and Zip Code)* | |
| Main Administrative Office | 202B Hall's Mill Road..... Whitehouse Station ..... NJ ..... US..... 08889 | 215-640-1000 |
| | *(Street and Number)     (City or Town, State, Country and Zip Code)* | *(Area Code) (Telephone Number)* |
| Mail Address | 202B Hall's Mill Road..... Whitehouse Station ..... NJ ..... US ..... 08889 | |
| | *(Street and Number or P. O. Box)    (City or Town, State, Country and Zip Code)* | |
| Primary Location of Books and Records | One American Square, 202 N Illinois St, Suite 2600..... Indianapolis ..... IN ..... US ..... 46282 | 215-640-1000 |
| | *(Street and Number)   (City or Town, State, Country and Zip Code)* | *(Area Code) (Telephone Number)* |
| Internet Web Site Address | www.chubb.com | |
| Statutory Statement Contact | John Paul Taylor | 215-640-5259 |
| | *(Name)* | *(Area Code) (Telephone Number) (Extension)* |
| | john.taylor4@chubb.com | 215-640-5525 |
| | *(E-Mail Address)* | *(Fax Number)* |

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| 1. Paul Joseph Krump | President | 2. Drew Kiehn Spitzer | Treasurer |
| 3. Brandon Michael Peene | Secretary | 4. | |

### OTHER

| | | | |
|---|---|---|---|
| Paul Gerard O'Connell | Senior Vice President & Chief Actuary | Bay Hon Chin | Senior Vice President |
| Jason Paul Howard | Senior Vice President | Frances Dugan O'Brien | Senior Vice President |
| John Paul Taylor | Senior Vice President | | |

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Walter Brian Barnes   # | Paul Joseph Krump | John Joseph Lupica | Allison Williams Meta |
| Francis Dugan O'Brien   # | Kevin Michael Rampe | Drew Kiehn Spitzer | Edward Dominic Zaccaria   # |

State of........ PENNSYLVANIA
County of..... PHILADELPHIA

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC *Annual Statement Instructions* and *Accounting Practices and Procedures* manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively.  Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement.  The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| (Signature) | (Signature) | (Signature) |
|---|---|---|
| Paul Joseph Krump | Drew Kiehn Spitzer | Brandon Michael Peene |
| 1. (Printed Name) | 2. (Printed Name) | 3. (Printed Name) |
| President | Treasurer | Secretary |
| (Title) | (Title) | (Title) |

Subscribed and sworn to before me
This _____ day of _____ 2018

a. Is this an original filing?   Yes [X]   No [ ]
b. If no    1. State the amendment number _____
            2. Date filed _____
            3. Number of pages attached _____