# EXHIBIT 8

| | |
|---|---|
| **From:** | Friedemann, Lora |
| **To:** | Allen Hinderaker |
| **Cc:** | Michael Erbele |
| **Subject:** | RE: FICO Damages Claims |
| **Date:** | Wednesday, April 26, 2017 12:05:59 PM |

Al,

We understand that FICO is seeking those damages and agree that it is not necessary to amend the complaint.

Lora

From: Allen Hinderaker [mailto:AHinderaker@merchantgould.com]
Sent: Wednesday, April 26, 2017 10:51 AM
To: Friedemann, Lora
Cc: Michael Erbele
Subject: FICO Damages Claims

In preparing for today's settlement discussion I noticed that while the prayer for relief in the Amended Complaint seeks recovery of "actual damages and all profits derived by Federal as a result of copyright infringement" under Section 504, and our Initial Disclosures were similarly explicit in disclosing that FICO seeks to recover "its actual damages and all profits derived by Federal as a result of its copyright infringement" under Section 504, our pleading of Counts II and III of the Amended Complaint are not as clear regarding disgorgement of profits.

We agreed that rather than presenting the Court with a motion for an amendment of the Amended Complaint to remove any ambiguity, it was sufficient for us, on behalf of our clients, to acknowledge that FICO's theory of damages for copyright infringement includes recovery of its actual damages and all profits derived by Federal as a result of copyright infringement, or statutory damages at FICO elects under 17 U.S.C. 504.

Please acknowledge this conforms with your understanding of FICO's damages claims. Thank you for your courtesies in this regard.

Allen Hinderaker
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
USA

Telephone (612) 371-5292
Mobile (612) 759-5330

Fax (612) 332-9081
www.merchantgould.com <http://www.merchantgould.com>

GUARDIANS OF GREAT IDEAS ®

Atlanta | Denver | Knoxville | Madison | Minneapolis | New York | Silicon Valley* | Washington, D.C. area

Note:  This e-mail message is confidential and may be privileged or otherwise protected by law.  If you are not the intended recipient, please: (1) reply via e-mail to sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.  Thank you.

   *Practicing in California as Merchant & Gould LLP