UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **Jury Trial Demanded** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## STATEMENT OF NO REDACTION

Pursuant to LR 5.6, Exhibits 3 and 7 to the Declaration of Michael Erbele in Support of Plaintiff's Motion to Amend have been filed under temporary seal. Exhibits 3 and 7 were not redacted because the entire document is marked "Confidential" or "Confidential – Attorneys' Eyes Only" under the Protective Order (Dkt. No. 44) entered in the case. Therefore, it is impracticable to redact.

Dated:  August 27, 2018

MERCHANT & GOULD P.C.

/s/ Allen Hinderaker
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com

                                        hkliebenstein@merchantgould.com
                                        merbele@merchantgould.com

*Attorneys for Plaintiff FICO*