# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**FAIR ISAAC CORPORATION, a**
**Delaware corporation,**

Plaintiff(s),

vs.                                                          Case No. **16-cv-1054 (WMW/DTS)**

**FEDERAL INSURANCE**
**COMPANY, an Indiana**
**corporation,**

Defendant(s).

## MEET-AND-CONFER STATEMENT

I, (name) **Allen Hinderaker**                                          , representing the

(party)   **Plaintiff(s)**                                          , hereby certify that:

I met and conferred with the opposing party by:

Meeting with: **Terry Fleming**                                          (party/parties
or attorney/attorneys you met with)

On: **August,**      **27th**   **2018**           (date you met and conferred)

Discussing the following motion:

**Motion to Amend**

As a result of the meet-and-confer, the parties:

(Check the box that applies)

☑ Do **not** agree on the resolution of any part of the motion.

☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Signed this **27th** day of **August,** **2018**

Signature of Party    /s/ Allen Hinderaker

Mailing Address    **MERCHANT & GOULD P.C.**
**3200 IDS Center**
**80 South Eighth Street**
**Minneapolis, MN  55402-2215**

Telephone Number  **(612) 332-5300**

Note:  All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).