UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | ) ) | |
| v. | ) ) | **Jury Trial Demanded** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | ) ) ) | |
| Defendant. | ) ) | |

## [PROPOSED] ORDER

The matter is before the Court on Fair Isaac Corporation's ("FICO's") Motion to Amend. Upon consideration of FICO's Motion and supporting Memorandum of Law and the entire record herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. Fair Isaac Corporation's Motion to Amend is hereby GRANTED.

2. Fair Isaac Corporation shall file and serve its Second Amended Complaint.

**IT IS SO ORDERED**.

Dated: _____

_____
Honorable David T. Schultz
United States Magistrate Judge