UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TELEPHONE CONFERENCE MINUTES

| | | | |
|---|---|---|---|
| FAIR ISAAC CORPORATION, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE:  DAVID T. SCHULTZ | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | Civil 16-1054 (WMW/DTS) |
| | ) | Date: | August 29, 2018 |
| FEDERAL INSURANCE CO., | ) | Time Commenced: | 4:00 p.m. |
| | ) | Time Concluded: | 4:30 p.m. |
| Defendant. | ) | Total Time: | 30 Minutes |
| | ) | | |

APPEARANCES:   Heather Kliebenstein, Esq. on behalf of plaintiff

Christopher Pham, Esq. and Leah Janus, Esq. on behalf of defendant

PROCEEDINGS:   Informal telephone conference with counsel with regard to discovery dispute.

<u>s/KH</u><br>
Courtroom Deputy