UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **Jury Trial Demanded** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | |
| Defendant. | |

**PLAINTIFF'S AMENDED UNOPPOSED MOTION TO AMEND**

Pursuant to Rules 15(a)(2) and 16(b)(4) of the Federal Rules of Civil Procedure and Local Rules 7.1, 15.1, and 16.3, Plaintiff Fair Isaac Corporation ("FICO") moves to amend and serve and file the proposed Second Amended Complaint.  This Amended Motion is unopposed by Defendant Federal Insurance Company, which consents to the entry of the proposed Second Amended Complaint.  It is supported by the previously filed Memorandum of Law (Dkt. No. 117), the Declaration of Michael Erbele with Exhibits (Dkt. Nos. 119-125), the papers and records on file herein, and on such information and evidence as may be presented at any hearing on this Motion.  The proposed Second Amended Complaint was previously submitted as an Exhibit to the Declaration of Michael Erbele. (*See* Dkt. Nos. 121-22.)

2

| | |
|---|---|
| Dated:  September 5, 2018 | MERCHANT & GOULD P.C.<br><br>/s/Allen Hinderaker<br>Allen Hinderaker, MN Bar # 45787<br>Heather Kliebenstein, MN Bar # 337419<br>Michael A. Erbele, MN Bar # 393635<br>MERCHANT & GOULD P.C.<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402-2215<br>Tel:  (612) 332-5300<br>Fax:  (612) 332-9081<br>ahinderaker@merchantgould.com<br>hkliebenstein@merchantgould.com<br>merbele@merchantgould.com<br><br>*Attorneys for Plaintiff FICO* |