UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | CIVIL NO. 16-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | ORDER |
| FEDERAL INSURANCE COMPANY, | |
| Defendant. | |

The above matter came before the undersigned upon Plaintiff's Amended Unopposed Motion to Amend [Docket No. 130], in which Plaintiff is seeking to file a Second Amended Complaint. Defendant does not object to the motion.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's Amended Unopposed Motion to Amend [Docket No. 130] is GRANTED.

2. On or before September 14, 2018, Plaintiff shall serve and file its Second Amended Complaint as attached to the Declaration of Michael Erbele [Docket Nos. 121-22].

3. The September 13, 2018 hearing is CANCELED.

Dated:   September 6, 2018

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge