UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation. | |
| Defendants. | |

**<u>JOINT MOTION REGARDING CONTINUED SEALING</u>**

Documents have been filed under temporary seal in connection with the following motions:

    Plaintiff's Motion to Amend, Dkt. No. 115

    Plaintiff's Amended Unopposed Motion to Amend, Dkt. No. 130

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 117 | Unredacted copy of Memorandum in Support of Plaintiff's Motion to Amend | X | | | N/A | The document contains references to Defendant's confidential financial information and proprietary business information. A redacted version has been filed. |
| 120 | Unredacted Exhibit 1 to the Declaration of Michael Erbele (Second Amended Complaint) | | X | | N/A | The document was originally redacted to protect Defendant's confidential information. Defendant has agreed to treat the information contained in the redacted paragraphs as public. |
| 122 | Unredacted Exhibit 2 to the Declaration of Michael Erbele (Second Amended Complaint - Redlined) | | X | | N/A | The document was originally redacted to protect Defendant's confidential information. Defendant has agreed to treat the information contained in the redacted paragraphs as public. |
| 124 | Exhibit 3 to the Declaration | X | | | N/A | The document contains |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | of Michael Erbele (Deposition Transcript of John Taylor 30(b)(6)) | | | | | references to Defendant's confidential financial information and proprietary business information. |
| 125 | Exhibit 7 to the Declaration of Michael Erbele (Amendment 1 to Service Agreement) | X | | | N/A | The document contains references to Defendant's confidential financial information and proprietary business information. |
| 132 | Unredacted copy of the Second Amended Complaint | | X | | N/A | The document was originally redacted to protect Defendant's confidential information. Defendant has agreed to treat the information contained in the redacted paragraphs as public. |

3

Dated: September 18, 2018                            /s/ Heather Kliebenstein
                                                     Allen Hinderaker, MN Bar # 45787
                                                     Heather Kliebenstein, MN Bar # 337419
                                                     Michael A. Erbele, MN Bar # 393635
                                                     MERCHANT & GOULD P.C.
                                                     3200 IDS Center
                                                     80 South Eighth Street
                                                     Minneapolis, MN  55402-2215
                                                     Tel:  (612) 332-5300
                                                     Fax:  (612) 332-9081
                                                     ahinderaker@merchantgould.com
                                                     hkliebenstein@merchantgould.com
                                                     merbele@merchantgould.com

                                                     *Attorneys for Plaintiff FICO*

                                                     -AND-

                                                     s/ Christopher D. Pham
                                                     Terrence J. Fleming (#0128983)
                                                     tfleming@fredlaw.com
                                                     Lora M. Friedemann (#0259615)
                                                     lfriedemann@fredlaw.com
                                                     Leah C. Janus (#0337365)
                                                     ljanus@fredlaw.com
                                                     Christopher D. Pham (#0390165)
                                                     cpham@fredlaw.com
                                                     **FREDRIKSON & BYRON, P.A.**
                                                     200 South Sixth Street, Suite 4000

Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*