# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Fair Isaac Corporation,

                *Plaintiff,*

v.                                        Case No. 0:16−cv−01054−WMW−DTS

Chubb & Son, Inc., et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   ACE American Insurance Company

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           Allen W Hinderaker
           80 S 8th St Ste 3200
           Mpls, MN
           55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Kimberly Krulas

Date of Issuance:  September 13, 2018

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16−cv−01054−WMW−DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   ACE American Insurance Company

Date of Service:   September 13, 2018

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

__X__ Other (specify):   Service of Summons and Second Amended Complaint via E-mail upon Terrence J. Fleming

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $ 0____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Kristin M. Drieman

Signature of Server:   *Kristin M. Drieman*

Date:   September 13, 2018

Server's Address:   Merchant & Gould P.C.
3200 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402