UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TELEPHONE CONFERENCE MINUTES

| | |
|---|---|
| FAIR ISAAC CORPORATION, | COURT MINUTES - CIVIL |
| | BEFORE:  DAVID T. SCHULTZ |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No: 16-cv-1054 WMW/DTS |
| | Date: October 18, 2018 |
| FEDERAL INSURANCE COMPANY, | Time Commenced: 1:00 p.m. |
| ACE AMERICAN INSURANCE COMPANY, | Time Concluded: 1:15 p.m. |
| | Total Time: 15 minutes |
| Defendants. | |

APPEARANCES:   Heather Kliebenstein, Esq. on behalf of plaintiff

Christopher Pham, Esq., Terrence Fleming, Esq. on behalf of defendants

PROCEEDINGS:   Informal telephone conference with counsel.

s/Amy Halverson
Courtroom Deputy