UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>        Defendants. | Case No. 16-cv-1054 (WMW/DTS)<br><br>**Jury Trial Demanded** |

## FOURTH JOINT MOTION TO AMEND PRETRIAL SCHEDULING ORDER

In follow up to the parties' October 18, 2018 conference with the Court, Plaintiff Fair Isaac Corporation ("FICO") and Defendants Federal Insurance Company ("Federal") and ACE American Insurance Company ("ACE") hereby jointly move the Court, pursuant to Fed. R. Civ. P. 16(b)(4) and D. Minn. L.R. 16.3, for an Order extending the deadlines set forth in the Court's Second Amended Pretrial Scheduling Order (Dkt. No. 111). As requested by the Court, the proposed schedule maintains the August 12, 2019 trial ready date and moves the summary judgment date back by one week, from April 12 to April 19, 2019.

Fact discovery is currently pending and is set to close October 31, 2018. Expert discovery has not yet begun.

Good cause exists to grant the present Motion for several reasons. First, Federal continues to search for documents responsive to FICO's document requests and

information responsive to FICO's interrogatories.  That process is ongoing and not yet complete.

Second, while several fact depositions have been taken, others are scheduled and remain to be scheduled.  Due to witness availability, these depositions cannot be completed by October 31, 2018.  In addition, Federal has requested additional documents and information following the depositions of certain FICO witnesses.  That process is not yet complete.

Third, the parties have not begun written discovery directed to ACE, a newly-added party.  The Court granted FICO's amended unopposed motion to amend on September 6, 2018. (Dkt. 130; 131.)  The Second Amended Complaint added ACE as a party to the lawsuit and added an additional Count against Federal. (Dkt. 132.)  FICO served ACE on September 13, 2018. (Dkt. 136.)  Federal and ACE filed their Answer to the Second Amended Complaint on October 10, 2018.  As explained in the memorandum in support of FICO's initial motion to amend (Dkt. 117), FICO intends to serve a focused and relatively small set of interrogatories and document requests to discover the full extent of ACE's use of FICO's Blaze Advisor® software, and take additional depositions.  This written discovery cannot be completed until after discovery is set to close on October 31, 2018.

ACCORDINGLY, the parties hereby move, by and through their undersigned counsel, for an extension of the deadlines in the Second Amended Pretrial Scheduling Order, as set forth in the redlined proposed Fourth Amended Pretrial Scheduling Order filed concurrently herewith.

| | |
|---|---|
| Dated:  October 26, 2018 | Respectfully submitted,<br><br>MERCHANT & GOULD P.C.<br><br>/s/ Heather Kliebenstein<br>Allen Hinderaker, MN Bar # 45787<br>Heather Kliebenstein, MN Bar # 337419<br>Michael A. Erbele, MN Bar # 393635<br>MERCHANT & GOULD P.C.<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402-2215<br>Tel:  (612) 332-5300<br>Fax:  (612) 332-9081<br>ahinderaker@merchantgould.com<br>hkliebenstein@merchantgould.com<br>merbele@merchantgould.com<br><br>*Attorneys for Plaintiff Fair Isaac Corporation*<br><br>/s/ Terrence J. Fleming<br>Terrence J. Fleming (#0128983)<br>tfleming@fredlaw.com<br>Lora M. Friedemann (#0259615)<br>lfriedemann@fredlaw.com<br>Leah Janus (#0337365)<br>ljanus@fredlaw.com<br>Christopher D. Pham (#0390165)<br>cpham@fredlaw.com<br><br><br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402-1425<br>(612) 492-7000 (tel)<br>(612) 492-7077 (fax)<br><br>*Attorneys for Defendants Federal Insurance Company and ACE American Insurance Company* |