UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

The matter is before the Court on Fair Isaac Corporation's ("FICO's") Motion to Compel discovery from Federal Insurance Company "Federal".  Upon consideration of FICO's Motion and supporting Memorandum of Law and the entire record herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. FICO's Motion to Compel is hereby GRANTED.

2. The gross written premium (sometimes called direct premium) disclosed in the annual financial reports of Federal and its subsidiaries is deemed to be premium from insurance policies in connection with which Blaze Advisor® software was used.

3. Federal may not introduce evidence of deductible expenses to reduce gross written premium to determine an amount of profit from that revenue.

4.	FICO's Blaze Advisor® software is deemed to have contributed to the gross written premium disclosed in the annual financial reports of Federal and its subsidiaries.

5.	Federal shall provide unqualified answers to Admission Nos. 13-16 and 20-28 by Wednesday, December 5, 2018.

6.	Federal shall pay FICO's reasonable attorney fees and costs incurred in bringing the present Motion.

**IT IS SO ORDERED**.

Dated: _____

_____
Honorable David T. Schultz
United States Magistrate Judge