UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TELEPHONE CONFERENCE MINUTES

| | | | |
|---|---|---|---|
| FAIR ISAAC CORPORATION, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: DAVID T. SCHULTZ | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 16-cv-1054 (WMW/DTS) |
| | ) | Date: | November 13, 2018 |
| FEDERAL INSURANCE COMPANY, | ) | Time Commenced: | 3:00 PM |
| | ) | Time Concluded: | 3:15 PM |
| Defendant. | ) | Total Time: | 15 minutes |
| | ) | | |

APPEARANCES:   Heather Kliebenstein, Esq. on behalf of plaintiff

Christopher Pham, Esq. on behalf of defendant

PROCEEDINGS:   Informal telephone conference with counsel.  Court conducted a status conference re: discovery issues.

s/Terianne Bender
Courtroom Deputy