UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>            Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**PLAINTIFF FAIR ISAAC CORPORATION'S
AMENDED NOTICE OF HEARING ON MOTION TO COMPEL**

PLEASE TAKE NOTICE that Plaintiff Fair Isaac Corporation ("FICO") will move this Court, at a hearing on Monday, December 17, 2018 at 10:00 a.m., before the Honorable David T. Schultz, United States Magistrate Judge for the U.S. District Court for the District of Minnesota, in Courtroom 9E, United States District Court, 300 South Fourth Street, Minneapolis, MN 55415, for an Order granting Plaintiff's Motion to Compel.  The grounds for this Motion are set forth and supported in the Memorandum of Law filed in compliance with Local Rule 7.1 (Dkt. 149), the arguments of counsel, and all of the papers and proceedings in this matter.

2

| | |
|---|---|
| Dated: December 7, 2018 | MERCHANT & GOULD P.C. |
| | |
| | /s/ Heather Kliebenstein |
| | Allen Hinderaker, MN Bar # 45787 |
| | Heather Kliebenstein, MN Bar # 337419 |
| | Michael A. Erbele, MN Bar # 393635 |
| | MERCHANT & GOULD P.C. |
| | 3200 IDS Center |
| | 80 South Eighth Street |
| | Minneapolis, MN  55402-2215 |
| | Tel:  (612) 332-5300 |
| | Fax:  (612) 332-9081 |
| | ahinderaker@merchantgould.com |
| | hkliebenstein@merchantgould.com |
| | merbele@merchantgould.com |
| | |
| | *Attorneys for Plaintiff FICO* |

2