# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation. | |
| Defendants. | |

## JOINT MOTION REGARDING CONTINUED SEALING

Documents have been filed under temporary seal in connection with the following motions:

    Plaintiff's Motion to Compel, Dkt. No. 147

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN ||| NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 149 | Unredacted copy of Memorandum in Support of Plaintiff's Motion to Amend | | | X | N/A | The document was originally redacted to protect Defendant's confidential information. The commercially confidential information, which contains Defendants' internal processes and technology should remain sealed. |
| 152 | Exhibit 1 to the Declaration of Heather Kliebenstein | | | X | N/A | The document was originally filed under seal to protect Defendants' confidential information. The commercially confidential information, which contains Defendants' internal processes and technology should remain sealed. |
| 153 | Exhibit 2 to the Declaration of Heather Kliebenstein | | | X | N/A | The document was originally filed under seal to protect Defendants' confidential |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | information. The commercially confidential information, which contains Defendants' internal processes and technology should remain sealed. |
| 154 | Exhibit 29 to the Declaration of Heather Kliebenstein | | | X | N/A | The document was originally filed under seal to protect Defendants' confidential information. The commercially confidential information, which contains Defendants' internal processes and technology should remain sealed. |
| 155 | Exhibit 30 to the Declaration of Heather Kliebenstein | | | X | N/A | The document was originally filed under seal to protect Defendants' confidential information. The commercially confidential information, which contains Defendants' internal processes and technology should remain sealed. |
| 156 | Exhibit 34 to the Declaration of Heather Kliebenstein | | | X | N/A | The document was originally filed under seal to protect Defendants' confidential information. |

Dated:  December 11, 2018

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com

*Attorneys for Plaintiff FICO*

-AND-

s/ Christopher D. Pham
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000

4

Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*