UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES

| | |
|---|---|
| Fair Isaac Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>Federal Insurance Company,<br><br>          Defendant. | COURT MINUTES - CIVIL<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No.: 16-cv-1054 (WMW/DTS)<br><br><br>Date:           December 17, 2018<br>Location:       Mpls. 9E<br>Court Reporter: Renee Rogge<br>Time:           10:31 - 11:14 AM<br>                11:22 AM - 12:25 PM<br>Total Time:     1 hour 46 minutes |

APPEARANCES:
   Heather Kliebenstein, Esq. for Plaintiff

   Christopher Pham, Esq. and Terrence Fleming, Esq. for Defendant

PROCEEDINGS:
   #147  Plaintiff's Motion to Compel Discovery

NOTES:

x_____ Motion GRANTED IN PART and DENIED IN PART from the bench as stated in detail on the record at the hearing

x_____ No written order to be issued*

The parties will appear for a status conference at 10:00 AM on Thursday, December 27, 2018.

* As stated at the hearing, if either party chooses to appeal the Court's ruling, the party shall promptly notify Chambers and a written order will be prepared.

                                                                K.Reierson
                                                                *Law Clerk*