| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br>(Rev. 03/2018) | **TRANSCRIPT ORDER**<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>*Please read instructions on next page.* || COURT USE ONLY<br>**NOTES:** |
|---|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Heather Kliebenstein | 2a. CONTACT PHONE NUMBER<br>612-371-5213 || 3. CONTACT EMAIL ADDRESS<br>hkliebenstein@merchantgould.com and kdrieman@merchantgould.com |
| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER || 3. ATTORNEY EMAIL ADDRESS |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Merchant & Gould P.C.<br>Suite 3200, 80 South Eighth St.<br>Minneapolis, MN 55402 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>Fair Isaac Corporation v. Federal Insurance Company || 6. CASE NUMBER<br>16-cv-1054 |
| | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):   CJA: <u>Do not use this form; use AUTH24</u> in CJA. |||
| 7. COURT REPORTER NAME, if applicable<br>Renee Rogge | ❏ APPEAL       ❏ CRIMINAL<br>❏ NON-APPEAL   X CIVIL || ❏ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>❏ Standing Order (**MDL** only) |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. | HEARING(S) (OR PORTIONS OF HEARINGS) | | b. | SELECT FORMAT(S)<br>*NOTE: ECF access is included.* | | | | c. | DELIVERY TYPE<br>*Delivery times are not guaranteed.* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE<br>(initials) | PORTION<br>If requesting less than full hearing, specify portion (e.g. witness or time) | | PDF<br>(email) | TEXT/ASCII<br>(email) | PAPER | CONDENSED | | ORDINARY<br>(30-day) | 14-Day | EXPEDITED<br>(7-day) | EXPEDITED<br>(3-day) | DAILY<br>(Next day) | HOURLY<br>(2 hrs) | REALTIME<br>(rough draft) |
| 12/17/18 | DTS | | | X | | | | | | | | X | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE<br>s/Heather J. Kliebenstein | 12. DATE<br>12/19/18 |
|---|---|

| (Rev. 3/2018) | **INSTRUCTIONS** |
|---|---|