| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br>(Rev. 03/2018) | TRANSCRIPT ORDER<br>CJA counsel please complete an AUTH24 in CJA eVoucher<br>Please read instructions on next page. | COURT USE ONLY<br>NOTES: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Christopher D. Pham | 2a. CONTACT PHONE NUMBER<br>612-492-7388 | 3. CONTACT EMAIL ADDRESS<br>cpham@fredlaw.com |
| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3. ATTORNEY EMAIL ADDRESS |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN  55402 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>Fair Isaac Corporation v. Federal Insurance Company | 6. CASE NUMBER<br>16-cv-1054 |
|---|---|---|
| 7. COURT REPORTER NAME, if applicable<br>Renee Rogge | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):<br>☐ APPEAL   ☐ CRIMINAL<br>☐ NON-APPEAL   X CIVIL | CJA: Do not use this form; use AUTH24 in CJA.<br>☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>☐ Standing Order (MDL only) |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S) NOTE: ECF access is included. | | | | c. DELIVERY TYPE Delivery times are not guaranteed. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 12/17/18 | DTS | | X | | | | | | | X | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE<br>s/Christopher D. Pham | 12. DATE<br>12/26/18 |
|---|---|