**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**STATUS CONFERENCE MINUTES**

---

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| | BEFORE:  David T. Schultz |
| Plaintiff, | United States Magistrate Judge |
| | |
| v. | Case No.    16-cv-1054 (WMW/DTS) |
| | Date:           December 27, 2018 |
| Federal Insurance Company, | Time Commenced:  10:00 a.m. |
| | Time Concluded:    11:00 a.m. |
| Defendant | Total Time:              1 hour |

---

APPEARANCES:

    Plaintiff:
    Defendant:

PROCEEDINGS:       Conference with counsel to discuss status of case.



Date:  December 27, 2018                               s/Terianne Bender
                                                                              Courtroom Deputy