**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Fair Isaac Corporation,

      Plaintiff,

v.

Federal Insurance Company,

      Defendant.

Case No. 16-cv-1054 (WMW/DTS)

**ORDER**

IT IS HEREBY ORDERED:

## MERGER AGREEMENT

1.     By close of business on January 3, 2019, Defendant will produce the index to the entire merger agreement to Plaintiff;

2.     By close of business on January 4, 2019, counsel will meet and confer to resolve what portions of the merger agreement will be produced and the date by which they will be produced.

3.     If the issue is not fully resolved during the meet and confer conference, it will be addressed at the Court's next status conference on January 7, 2019.

## DEPOSITIONS OF DEFENDANT REPRESENTATIVES

1.     The currently noticed 30(b)(6) will go forward on January 22, 2019. It is specifically contemplated that in addition to the topics already noticed the 30(b)(6) deponent(s) will be fully prepared to address the issue of what applications used the Blaze Advisor software and the rationale for not including applications on the June chart and the December chart produced by Defendant.

2.      Henry Mirolyuz's deposition: By close of business January 4, 2019, Defendant will provide a date and location for the deposition; the deposition shall be completed by January 25, 2019.

## DOCUMENT PRODUCTION BY DEFENDANT

1.      By close of business on January 4, 2019, Defendant will produce the 250 documents regarding business justification for Blaze Advisor software that it has already reviewed.

2.      All additional documents to be gathered from custodians regarding business justifications for use of Blaze Advisor software shall be gathered by January 11, 2019.  Thereafter, counsel shall meet and confer regarding search terms and production of those documents.

3.      *All* Documents to be produce by Defendant will be produced by January 18, 2019.

## DEPOSITIONS OF PLAINTIFF

1.      Depositions of current FICO personnel currently noticed shall go forward as noticed.

2.      The deposition of William Wade will go forward as noticed on January 16, 2019.

3.      By close of business on January 11, 2019, counsel for the parties shall meet to agree upon the date, topics, and location of the 30(b)(6) corporate representative deposition. In the event the parties cannot agree, the issue shall be presented to the Court at the Court's status conference on January 14, 2019.

4.      Depositions of former FICO employees:  by January 7, 2019, counsel for Plaintiff shall provide a date and location for those depositions. If counsel cannot provide a date and location for the depositions, defendant may serve deposition notices forthwith.

The Court will hold status conferences on **January 7, 2019, at 1:00 p.m.** (telephonically) and on **January 14, 2019 at 1:00 p.m.** (telephonically).

Date: January 2, 2019                                        s/David T. Schultz
                                                             DAVID T. SCHULTZ
                                                             United States Magistrate Judge