**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**STATUS CONFERENCE MINUTES**

---

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| | BEFORE:  David T. Schultz |
| Plaintiff, | United States Magistrate Judge |
| | |
| v. | Case No.    16-cv-1054 (WMW/DTS) |
| | Date:            January 2, 2019 |
| Federal Insurance Company, | Time Commenced:  3:00 pm |
| | Time Concluded:   4:30 pm |
| Defendant | Total Time:           1 hour 30 min |

---

APPEARANCES:

    Plaintiff:    Heather Kliebenstein; Allen Hinderaker
    Defendant:    Chris Pham; Terrence Fleming

PROCEEDINGS:    Conference with counsel to discuss discovery.


Date:  January 2, 2019                                          s/Terianne Bender
                                                                                 Courtroom Deputy