**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**STATUS CONFERENCE MINUTES**

| | |
|---|---|
| Fair Isaac Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Federal Insurance Company,<br><br>    Defendant | **COURT MINUTES**<br>BEFORE:  David T. Schultz<br>United States Magistrate Judge<br><br>Case No.    16-cv-1054 (WMW/DTS)<br>Date:           January 7, 2019<br>Time Commenced:  2:00 pm<br>Time Concluded:    2:15 pm<br>Total Time:            15 min |

APPEARANCES:

    Plaintiff:    Heather Kliebenstein; Allen Hinderaker

    Defendant:    Chris Pham; Terrence Fleming

PROCEEDINGS:    Conference with counsel to discuss discovery.


Date:  January 7, 2019                                         s/Terianne Bender
                                                                               Courtroom Deputy