# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTES

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| | BEFORE: David T. Schultz |
| Plaintiff, | United States Magistrate Judge |
| | |
| v. | Case No.   16-cv-1054 (WMW/DTS) |
| | Date:   January 14, 2019 |
| Federal Insurance Company, | Time Commenced: 1:00 pm |
| | Time Concluded:   1:35 pm |
| Defendant | Total Time:   35 min |

APPEARANCES:

    Plaintiff:    Heather Kliebenstein; Allen Hinderaker

    Defendant:    Chris Pham; Terrence Fleming;

PROCEEDINGS:    Conference with counsel to discuss status of case.

**IT IS HEREBY ORDERED:**

1. Documents responsive to FICO's requests for production (RFP) Nos. 73-78 shall be produced by 5:00 p.m. on January 18, 2019;

2. As regards FICO's RFP Nos. 55-70, counsel shall meet and confer no later than 5:00 p.m. on January 15, 2019, to refine search terms. All documents responsive to these RFPs shall be produced no later than 5:00 p.m. on January 18, 2019;

3. The Court will conduct a status conference at 11:00 a.m. on January 18, 2019. The parties will initiate the call.


Date: January 14, 2019                                                        s/Terianne Bender
                                                                                                                  Courtroom Deputy