UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TELEPHONE CONFERENCE MINUTES

Fair Isaac Corporation,

    Plaintiff,

v.

Federal Insurance Company,

    Defendant

**COURT MINUTES**
BEFORE: David T. Schultz
United States Magistrate Judge

Case No.   16-cv-1054 (WMW/DTS)
Date:   January 18, 2019
Time Commenced:  10:00 am
Time Concluded:   10:10 am
Total Time:   10 min

APPEARANCES:

    Plaintiff:   Allen Hinderaker

    Defendant:   Chris Pham

PROCEEDINGS:   Conference with counsel to discuss Status

Date: January 18, 2019

s/Terianne Bender
Courtroom Deputy