UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>           Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>           Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

## [PROPOSED] ORDER

The matter is before the Court on Fair Isaac Corporation's ("FICO's") letter request for a protective order directed at Defendants' Amended Notice of Rule 30(b)(6) Deposition (Dkt. No. 178). Upon consideration of FICO's request and the entire record herein, good cause exists to GRANT FICO's request.

**IT IS HEREBY ORDERED** that:

1. FICO's request is hereby GRANTED.

2. Topics 4, 6 and 9 are stricken from Defendants' Amended Notice of Rule 30(b)(6) Deposition.

3. FICO's designation of a witness or witnesses to testify to Topics 14, 15 and 16, and Defendants 30(b)(6) examination of those topics will occur within a reasonable time after a failure of the parties to agree to stipulated testimony directed regarding them.

2

**IT IS SO ORDERED**.


Dated: _____

_____
Honorable David T. Schultz
United States Magistrate Judge