**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TELEPHONE CONFERENCE MINUTES**

---

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| | BEFORE: David T. Schultz |
| Plaintiff, | United States Magistrate Judge |
| | |
| v. | Case No.   16-cv-1054 (WMW/DTS) |
| | Date:   January 24, 2019 |
| Federal Insurance Company, | Time Commenced:  3:05 pm |
| | Time Concluded:   3: 35 pm |
| Defendant | Total Time:   30 min |

---

APPEARANCES:

    Plaintiff:    Heather Kliebenstein; Allen Hinderaker

    Defendant:    Chris Pham; Leah Janus

PROCEEDINGS:    Informal Telephone Conference with counsel.


Date: January 24, 2019                                        s/Terianne Bender
                                                                               Courtroom Deputy