**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Fair Isaac Corporation,                              Case No. 16-cv-1054 (WMW/DTS)

        Plaintiff,

                                                      **ORDER**

v.

Federal Insurance Company,

        Defendant.

---

IT IS HEREBY ORDERED:

### FEDERAL'S 30(b)(6) DEPOSITION OF FICO

1.    Federal will submit its letter response to FICO's letter regarding topics 4, 6, 9, 14-16 by 5:00 p.m. on Monday, January 28, 2019.

2.    The Court will have a telephone conference on this issue at 2:30 p.m. CST on Tuesday, January 29, 2019. Attorneys for the parties will initiate the call.

### FEDERAL'S UK DOCUMENT CUSTODIAN PRODUCTION

1.    Documents received by Federal on January 22, 2019 will be produced to FICO on or before 5:00 p.m. on January 28, 2019.

2.    Parties will meet and confer on or before 5:00 p.m. on January 28, 2019 regarding a schedule for production of documents received by Federal on January 23, 2019.

**STIPULATION REGARDING TOPICS 1-5 OF FICO'S 30(b)(6)
DEPOSITION OF FEDERAL**

1.    Parties will execute a signed stipulation on these topics on or before 5:00 p.m. on February 1, 2019.

2.    If unable to stipulate, 30(b)(6) depositions on those topics will be scheduled to take place during the period February 6 through February 13, 2019.

**MOTION REGARDING FEDERAL'S INTERROGATORIES AND
REQUEST FOR PRODUCTION RESPONSES**

1.    FICO is to submit a letter by Close of Business on January 25, 2019.

2.    Federal shall reply by Close of Business on January 30, 2019.

3.    The Court will hold a telephone conference and issue a ruling on **January 31, 2019, at 11:00 a.m.**

Date: January 25, 2019                              s/David T. Schultz

                                                   DAVID T. SCHULTZ
                                                   United States Magistrate Judge

2