UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**[PROPOSED] ORDER**

The matter is before the Court on Fair Isaac Corporation's ("FICO's") letter request directed at Defendants' discovery responses (Dkt. No. 184). Upon consideration of FICO's request and the entire record herein, good cause exists to GRANT FICO's request.

**IT IS HEREBY ORDERED** that:

1. FICO's request is hereby GRANTED.

2. Federal shall provide full answers to FICO's Interrogatory Nos. 16-20 on or before _____.

3. The Court shall freeze the factual record for Defendants' experts such that Defendants' damages expert opinion cannot rely on any information that is not in the discovery record as of January 28, 2019.

2

**IT IS SO ORDERED**.


Dated: _____              _____
                                     Honorable David T. Schultz
                                     United States Magistrate Judge