# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Fair Isaac Corporation,

    Plaintiff,

v.

Federal Insurance Company,

    Defendant.

Case No. 16-cv-1054 (WMW/DTS)

**ORDER**

IT IS HEREBY ORDERED:

### FEDERAL'S 30(b)(6) DEPOSITION OF FICO

1. Federal's 30(b)(6) deposition of FICO letter regarding topics 4 and 6 may proceed as noticed. The deposition as to Topic 9 will proceed with the following limitations: Federal may discover any underlying facts on which a damages analysis could be constructed and any damages calculations or estimates the FICO performed as part of its business operations (as distinct from calculations or analyses overseen by counsel or directed by or involving a retained expert).

### FEDERAL'S UK DOCUMENT CUSTODIAN PRODUCTION

1. Documents received by Federal on January 23, 2019 will be produced to FICO on or before 5:00 p.m. on February 4, 2019.

### STIPULATION REGARDING TOPICS 1-5 OF FICO'S 30(b)(6) DEPOSITION OF FEDERAL

1. Parties will execute a signed stipulation on these topics on or before 5:00 p.m. on February 1, 2019.

2.	If unable to stipulate by that time, the 30(b)(6) depositions on those topics will go forward during the period February 6 through February 13, 2019.

**MOTION REGARDING FEDERAL'S INTERROGATORIES AND
REQUEST FOR PRODUCTION RESPONSES AND SANCTIONS**

1.	The Court will hold a telephone conference and issue a ruling on **January 31, 2019, at 3:30 p.m.**

Date: January 29, 2019                                  /s/ David T. Schultz

                                                        DAVID T. SCHULTZ
                                                        United States Magistrate Judge