**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TELEPHONE CONFERENCE MINUTES**

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| Plaintiff, | BEFORE: David T. Schultz<br>United States Magistrate Judge |
| v. | Case No.   16-cv-1054 (WMW/DTS)<br>Date:   January 29, 2019 |
| Federal Insurance Company, | Time Commenced:  2:30 pm<br>Time Concluded:   3:30 pm |
| Defendant | Total Time:   1 hour |

APPEARANCES:

    Plaintiff:    Heather Kliebenstein; Michael Erbele

    Defendant:    Chris Pham; Terrence Fleming; Leah Janus

PROCEEDINGS:    Conference with counsel .

Date: January 29, 2019        s/Terianne Bender
        Courtroom Deputy