**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TELEPHONE CONFERENCE MINUTES**

---

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| Plaintiff, | BEFORE:  David T. Schultz<br>United States Magistrate Judge |
| v. | Case No.    16-cv-1054 (WMW/DTS)<br>Date:           February 7, 2019 |
| Federal Insurance Company, | Time Commenced:  3:30 pm<br>Time Concluded:    3:55 pm |
| Defendant | Total Time:             25 min |

---

APPEARANCES:

    Plaintiff:     Heather Kliebenstein;

    Defendant:    Chris Pham; Terrence Fleming; Leah Janus,

PROCEEDINGS:    Informal telephone conference with counsel.


Date:  February 7, 2019                                s/Terianne Bender
                                                                                     Courtroom Deputy