UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,   Case No. 16-cv-1054 (WMW/DTS)

    Plaintiff,

v.   ORDER

FEDERAL INSURANCE COMPANY
and ACE AMERICAN INSURANCE
COMPANY,

    Defendants.

---

This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing [Docket No. 167] and Minn. Local Rule 5.6(d)(2).

The Joint Motion addressed six documents that were filed under temporary seal in connection with Plaintiff's Motion to Compel [Docket Nos. 147]. In their Joint Motion, for each document, the parties checked the box stating they disagree about whether it should remain sealed. They did not, however, explain their disagreement and each party's position, as required by Local Rule 5.6. Therefore, the Court has insufficient information upon which to evaluate and resolve their disagreement and rule on their Joint Motion.

Accordingly, **IT IS HEREBY ORDERED** that, within 20 days after the filing of this Order, the parties shall file a revised chart in support of their Joint Motion that includes, for each document listed, a specific explanation of each party's position on why particular information in the document, or the document as a whole, should be sealed from the public, or unsealed.

Date: February 8, 2019

                                            s/David T. Schultz
                                            DAVID T. SCHULTZ
                                            United States Magistrate Judge