UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br>  Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation. <br><br>  Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**JOINT MOTION REGARDING CONTINUED SEALING**

Documents have been filed under temporary seal in connection with the following letter requests:

    Defendant's Response to Letter Request, Dkt. No. 182
    Plaintiff's Letter Request, Dkt. No. 184
    Defendant's Response to Letter Request, Dkt. No. 193

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 182 | Unredacted copy of Defendant's Letter Request to Magistrate Judge Schultz regarding Federal's 30(b)(6) Deposition Topic Nos. 4, 6 and 9 | X | | | N/A | This document should remain sealed. The quoted testimony of William Waid in the unredacted letter request reveals FICO's confidential pricing information and pricing processes, including its application-based pricing model. FICO would experience economic harm, including competitive harm, if the pricing information in this document was made public. FICO's competitors could use this information to target FICO's customers and undercut FICO's pricing. Public knowledge of FICO's pricing information would also place FICO at a disadvantage when negotiating |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | with potential customers.<br><br>This commercial confidential information was designated Confidential, Attorneys' Eyes Only under the Protective Order and should remain sealed. |
| 182 – Tab A | Plaintiff Fair Isaac Corporation's Second Supplemental Answers to Defendant's Interrogatory Nos. 6-9 | X | | | N/A | This document should remain sealed. FICO's Second Supplemental Answers to Federal's Interrogatory Nos. 6-9 included in Tab A reveal FICO's confidential pricing information and pricing processes, including its application-based pricing model. FICO would experience economic harm, including competitive harm, if the pricing information in this document was made public. FICO's competitors could use this information to target FICO's customers and undercut FICO's pricing. Public knowledge of FICO's pricing information would also place FICO at a disadvantage when negotiating with potential customers. |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | This commercial confidential information was designated Confidential, Attorneys' Eyes Only under the Protective Order and should remain sealed. |
| 182 – Tab B | Excerpts from the Deposition Transcript of William Waid dated January 16, 2019 | X | | | N/A | This document should remain sealed. The testimony of William Waid included in Tab B reveals FICO's confidential pricing information and pricing processes, including its application-based pricing model and enterprise pricing model. FICO would experience economic harm, including competitive harm, if the pricing information in this document was made public. FICO's competitors could use this information to target FICO's customers and undercut FICO's pricing. Public knowledge of FICO's pricing information would also place FICO at a disadvantage when negotiating with potential customers.<br><br>This commercial confidential |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | information was designated Confidential, Attorneys' Eyes Only under the Protective Order and should remain sealed. |
| 184 | Unredacted copy of Plaintiff's Letter Request to Magistrate Judge Schultz regarding Interrogatory Nos. 16-20 | X | | | N/A | This document was filed under seal to protect Defendants' commercially confidential information. This commercially confidential information, including the deposition testimony of Henry Mirolyuz, was designated Confidential, Attorneys' Eyes Only under the Protective Order. |
| 187 | Exhibit B to Plaintiff's Letter Request to Magistrate Judge Schultz regarding Interrogatory Nos. 16-20 | X | | | N/A | This document was filed under seal to protect Defendants' commercially confidential information. This commercially confidential information, including the deposition testimony of Henry Mirolyuz, was designated Confidential, Attorneys' Eyes Only under the Protective Order. |
| 188 | Exhibit C to Plaintiff's Letter Request to Magistrate Judge Schultz regarding Interrogatory Nos. 16-20 | X | | | N/A | This document was filed under seal to protect Defendants' commercially confidential information. This commercially |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | confidential information, including Defendants' financial information, was designated Confidential, Attorneys' Eyes Only under the Protective Order. |
| 189 | Exhibit D to Plaintiff's Letter Request to Magistrate Judge Schultz regarding Interrogatory Nos. 16-20 | X | | | N/A | This document was filed under seal to protect Defendants' commercially confidential information. This commercially confidential information, including Defendants' financial information, was designated Confidential, Attorneys' Eyes Only under the Protective Order. |
| 193 | Unredacted copy of Defendant's Response to Letter Request to Magistrate Judge Schultz regarding Interrogatory Nos. 16-20 | X | | | N/A | The document was filed under seal to protect Defendants' confidential information. This commercially confidential information, including Defendants' financial information and the deposition testimony of Ramesh Pandey and Henry Mirolyuz, was designated Confidential, Attorneys' Eyes Only under the Protective Order. |
| 194 | Exhibit A to Defendant's Response to Letter Request | X | | | | This document was filed under seal to protect Defendants' |

6

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | to Magistrate Judge Schultz regarding Interrogatory Nos. 16-20 |  |  |  |  | commercially confidential information, including Defendants' financial information. |
| 195 | Exhibit B to Defendant's Response to Letter Request to Magistrate Judge Schultz regarding Interrogatory Nos. 16-20 | X |  |  |  | This document was filed under seal to protect Defendants' commercially confidential information. This commercially confidential information, including Defendants' financial information, was designated Confidential, Attorneys' Eyes Only under the Protective Order. |
| 196 | Exhibit C to Defendant's Response to Letter Request to Magistrate Judge Schultz regarding Interrogatory Nos. 16-20 | X |  |  |  | This document was filed under seal to protect Defendants' commercially confidential information. This commercially confidential information, including the deposition testimony of Ramesh Pandey, was designated Confidential, Attorneys' Eyes Only under the Protective Order. |
| 197 | Exhibit D to Defendant's Response to Letter Request to Magistrate Judge Schultz regarding Interrogatory Nos. 16-20 | X |  |  |  | This document was filed under seal to protect Defendants' commercially confidential information. This commercially confidential information, |

|  |  |  |  |  |  | including the deposition testimony of Ramesh Pandey, was designated Confidential, Attorneys' Eyes Only under the Protective Order. |
|---|---|---|---|---|---|---|

Dated: February 20, 2019            /s/ Heather Kliebenstein
                                        Allen Hinderaker, MN Bar # 45787
                                        Heather Kliebenstein, MN Bar # 337419
                                        Michael A. Erbele, MN Bar # 393635
                                        MERCHANT & GOULD P.C.
                                        3200 IDS Center
                                        80 South Eighth Street
                                        Minneapolis, MN  55402-2215
                                        Tel:  (612) 332-5300
                                        Fax:  (612) 332-9081
                                        ahinderaker@merchantgould.com
                                        hkliebenstein@merchantgould.com
                                        merbele@merchantgould.com

*Attorneys for Plaintiff FICO*

-AND-

s/ Christopher D. Pham
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000

9

Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*