# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTES

| | |
|---|---|
| Fair Isaac Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>Federal Insurance Company,<br><br>  Defendant | **COURT MINUTES**<br>BEFORE: David T. Schultz<br>United States Magistrate Judge<br><br>Case No.   16-cv-1054 (WMW/DTS)<br>Date:   February 22, 2019<br>Time Commenced:  3:00 pm<br>Time Concluded:   3:15 pm<br>Total Time:   15 min |

APPEARANCES:

    Plaintiff:    Heather Kliebenstein; Allen Hinderaker

    Defendant:    Chris Pham; Terrence Fleming; Leah Janus

PROCEEDINGS:    Conference with counsel to discuss status of case and next steps.

Date: February '

    s/Terianne Bender
    Courtroom Deputy