# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation. | |
| Defendants. | |

## AMENDED JOINT MOTION REGARDING CONTINUED SEALING

Documents have been filed under temporary seal in connection with the following motions:

    Plaintiff's Motion to Compel, Dkt. No. 147

Pursuant to LR 5.6 and the Court's Order of February 8, 2019 (Dkt. 204), the parties submit this Amended Joint Motion Regarding Continued Sealing.

| DKT. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 149 | Unredacted copy of Memorandum in Support of Plaintiff's Motion to Compel | X | | | N/A | The document was originally redacted to protect Defendant's confidential information. The commercially confidential information, which contains Defendants' internal processes and technology should remain sealed.<br><br>FICO's Position: FICO filed this document under seal to preserve information that was marked by Defendants as "Confidential" and/or "Confidential, Attorneys' Eyes Only" under the protective order. FICO does not take a position on whether the information actually meets the standard for sealing, since the |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | information is not its own, but agrees that the information should be maintained under seal as long as it meets the standard for sealing. |
| 152 | Exhibit 1 to the Declaration of Heather Kliebenstein | X | | | N/A | The document was originally filed under seal to protect Defendants' confidential information. The commercially confidential information, which contains Defendants' internal processes and technology should remain sealed.<br><br>FICO's Position: FICO filed this document under seal to preserve information that was marked by Defendants as "Confidential" and/or "Confidential, Attorneys' Eyes Only" under the protective order. FICO does not take a position on whether the information actually meets the standard for sealing, since the information is not its own, but agrees that the information should be maintained under seal as long as it meets the standard |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | for sealing. |
| 153 | Exhibit 2 to the Declaration of Heather Kliebenstein | X | | | N/A | The document was originally filed under seal to protect Defendants' confidential information. The commercially confidential information, which contains Defendants' internal processes and technology should remain sealed.<br><br>FICO's Position: FICO filed this document under seal to preserve information that was marked by Defendants as "Confidential" and/or "Confidential, Attorneys' Eyes Only" under the protective order. FICO does not take a position on whether the information actually meets the standard for sealing, since the information is not its own, but agrees that the information should be maintained under seal as long as it meets the standard for sealing. |
| 154 | Exhibit 29 to the Declaration of Heather Kliebenstein | X | | | N/A | The document was originally filed under seal to protect Defendants' confidential |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | information. The commercially confidential information, which contains Defendants' internal processes and technology should remain sealed.<br><br>FICO's Position: FICO filed this document under seal to preserve information that was marked by Defendants as "Confidential" and/or "Confidential, Attorneys' Eyes Only" under the protective order. FICO does not take a position on whether the information actually meets the standard for sealing, since the information is not its own, but agrees that the information should be maintained under seal as long as it meets the standard for sealing. |
| 155 | Exhibit 30 to the Declaration of Heather Kliebenstein | X | | | N/A | The document was originally filed under seal to protect Defendants' confidential information. The commercially confidential information, which contains Defendants' internal processes and technology should |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | remain sealed.<br><br>FICO's Position: FICO filed this document under seal to preserve information that was marked by Defendants as "Confidential" and/or "Confidential, Attorneys' Eyes Only" under the protective order. FICO does not take a position on whether the information actually meets the standard for sealing, since the information is not its own, but agrees that the information should be maintained under seal as long as it meets the standard for sealing. |
| 156 | Exhibit 34 to the Declaration of Heather Kliebenstein | X | | | N/A | The document was originally filed under seal to protect Defendants' confidential information.<br><br>FICO's Position: FICO filed this document under seal to preserve information that was marked by Defendants as "Confidential" and/or "Confidential, Attorneys' Eyes Only" under the protective |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | order. FICO does not take a position on whether the information actually meets the standard for sealing, since the information is not its own, but agrees that the information should be maintained under seal as long as it meets the standard for sealing. |

Dated:  February 28, 2019

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com

*Attorneys for Plaintiff FICO*

-AND-

s/ Christopher D. Pham
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000

8

Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*