UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TELEPHONE CONFERENCE MINUTES

---

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| | BEFORE:  David T. Schultz |
| Plaintiff, | United States Magistrate Judge |
| | |
| v. | Case No.    16-cv-1054 (WMW/DTS) |
| | Date:          March 6, 2019 |
| Federal Insurance Company, | Time Commenced:  10:30 a.m. |
| | Time Concluded:    11:00 a.m. |
| Defendant | Total Time:            30 min |

---

APPEARANCES:

    Plaintiff:    Heather Kliebenstein; Allen Hinderaker;

    Defendant:    Chris Pham; Terrence Fleming; Leah Janus,

PROCEEDINGS:    Conference with counsel to discuss trial depositions.


Date:  March 6, 2019                                                         s/Terianne Bender
                                                                                   Courtroom Deputy