UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fair Issac Corporation,

    Plaintiff,

v.

Federal Insurance Company,

    Defendant.

Case No. 16-cv-1054 (WMW/DTS)

**ORDER**

---

**IT IS HEREBY ORDERED**:

1. A second deposition of Chris Ivey may go forward.

2. Federal is prohibited from using the prior deposition of Mr. Ivey except for the impeachment purposes during trial.

3. The Rule 30(b)(6) deposition of Fair Isaac may proceed under the amended notice; the Court also construes topics 4 and 6 to include Fair Isaac's knowledge of the use of Blaze Advisor software outside the United States.

4. The question of whether trial testimony or preservation depositions may be taken is reserved.

5. No other depositions may be taken without leave of the Court.


Dated: March 15, 2019

                                                        s/David T. Schultz
                                                        DAVID T. SCHULTZ
                                                       United States Magistrate Judge