UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | ORDER |
| FEDERAL INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY, | |
| Defendants. | |

The Court enters the following Order pursuant to its February 8, 2019 Order [Docket No. 204] regarding the parties' Joint Motion Regarding Continued Sealing [Docket No. 167]; the parties' Amended Joint Motion Regarding Continued Sealing [Docket No. 218]; and Minn. Local Rule 5.6(d)(2).

At issue are six documents filed under temporary seal in connection with Plaintiff's Motion to Compel [Docket No. 147]. In their original Joint Motion [Docket No. 167], the parties said they disagreed about whether the six documents should remain sealed but did not explain their respective positions as required by Local Rule 5.6, leaving the Court with no way to evaluate and rule on their motion. The Court therefore ordered them to submit a revised chart to explain the basis for their disagreement. *See* Order, Docket No. 204. In their Amended Joint Motion [Docket No. 218], the parties agreed the documents should remain sealed.

IT IS HEREBY ORDERED that:

1. The parties' Joint Motion and Amended Joint Motion Regarding Continued Sealing [Docket Nos. 167 and 218] are GRANTED.

2

2. The Clerk is directed to keep the following documents sealed: Docket Nos. 149 and 152-56.

Dated: March 21, 2019

s/David T. Schultz  
DAVID T. SCHULTZ  
United States Magistrate Judge