**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation. | ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT MOTION REGARDING CONTINUED SEALING

Documents have been filed under temporary seal in connection with Defendants' Letter Request, Dkt. Nos. 208 - 216. Pursuant to Local Rule 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOCUMENT CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 208 | Defendant's Letter Request to Magistrate Judge Schultz regarding Deposition Limits, 30(b)(6) Deposition Topics 4 and 6, and Trial Preservation Depositions – Filed Under Seal | X | | | N/A | This document should remain sealed. This letter was filed under seal to protect the Parties' commercially confidential information. This commercially confidential information includes the terms of the Software License Agreement that is the subject of this dispute. The license agreement was designated as confidential by Plaintiff under the Protective Order. This document also contains excerpts and quotations from documents FICO has designated |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Confidential, Attorneys' Eyes Only under the Protective Order, which contain FICO's confidential business information. |
| 209 – Tab A | Plaintiff Fair Isaac Corporation's Initial Disclosures dated March 17, 2017 | | X | | N/A | |
| 210 – Tab B | Excerpts from the Deposition Transcript of Christopher Ivey dated January 30, 2019 | X | | | N/A | This document should remain sealed. This document was filed under seal to protect FICO's commercially confidential information. The deposition transcript of Christopher Ivey has been designated Confidential, Attorneys' Eyes Only under the Protective Order because it reveals FICO's confidential |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | business information. |
| 211 – Tab C | Plaintiff Fair Isaac Corporation's Third Supplemental Initial Disclosures dated February 22, 2019 | | X | | N/A | |
| 212 – Tab D | Defendant Federal Insurance Company's Amended Notice of 30(b)(6) Deposition of Plaintiff Fair Isaac Corporation | | X | | N/A | |
| 213 – Tab E | Defendant Federal Insurance Company's Renewed and Second Amended Notice of 30(b)(6) Deposition of Plaintiff Fair Isaac Corporation | | X | | N/A | |

| 214 – Tab F | February 17, 2019 Email from H. Kliebenstein to L. Janus | X | | | N/A | This document should remain sealed. This document reveals the content of confidential communications between Counsel for both Parties. Counsel discussed documents that have been marked Confidential, Attorney's Eyes Only under the Protective Order. This includes information regarding FICO's confidential software pricing methods. FICO would experience economic harm, including competitive harm, if its pricing information was made public. FICO's competitors could use this information to target FICO's customers and undercut FICO's pricing. Public |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | knowledge of FICO's pricing information would also place FICO at a disadvantage when negotiating with potential customers. |
| 215 – Tab G | January 29, 2019 Email from L. Janus to A. Hinderaker | X | | | N/A | This document should remain sealed. This document reveals the content of confidential communications between Counsel for both Parties. Counsel discussed documents that have been marked Confidential, Attorney's Eyes Only under the Protective Order. This includes information regarding FICO's confidential software pricing methods. FICO would experience economic harm, including competitive harm, if its pricing information was |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | made public. FICO's competitors could use this information to target FICO's customers and undercut FICO's pricing. Public knowledge of FICO's pricing information would also place FICO at a disadvantage when negotiating with potential customers. |
| 216 – Tab H | August 28, 2013 email from Oliver James Clark to Richard Hill | X | | | N/A | This document should remain sealed. FICO designated this document Confidential, Attorneys' Eyes Only under the Protective Order in order to protect the commercially confidential information it contains. This includes information regarding FICO's confidential software pricing methods. FICO would |

| | | | | | | experience economic harm, including competitive harm, if its pricing information was made public. FICO's competitors could use this information to target FICO's customers and undercut FICO's pricing. Public knowledge of FICO's pricing information would also place FICO at a disadvantage when negotiating with potential customers. |
|---|---|---|---|---|---|---|

Dated: March 27, 2019

/s/ Michael A. Erbele
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Tel: (612) 332-5300
Fax: (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com

Attorneys for Plaintiff FICO

-AND-

s/ Terrence J. Fleming
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)
Attorneys for Defendants

66323599.1

9