UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**PLAINTIFF FAIR ISAAC CORPORATION'S MOTION TO STRIKE DEFENDANTS' UNTIMELY DISCLOSED WITNESSES**

Pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure and Local Rules 7.1 and 37.1, Plaintiff Fair Isaac Corporation ("FICO") moves to strike Defendants' Federal Insurance Company and ACE American Insurance Company (collectively "Federal") untimely disclosed witnesses and for an order precluding Defendants' from using any of the untimely disclosed witnesses to supply evidence on a motion, at a hearing, or at a trial. This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the Declaration of Heather Kliebenstein and Exhibits attached to the Kliebenstein Declaration, the papers and records on file herein, and on such information and evidence as may be presented at any hearing on this Motion.

2

Dated: April 5, 2019						MERCHANT & GOULD P.C.

/s/Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com

*Attorneys for Plaintiff FICO*