UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>            Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**<u>DECLARATION OF HEATHER J. KLIEBENSTEIN IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MOTION TO STRIKE DEFENDANTS' UNTIMELY DISCLOSED WITNESSES</u>**

I, Heather J. Kliebenstein, declare as follows:

1. I am a shareholder with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this declaration on my own information, knowledge, and belief in support of Plaintiff's Motion to Strike Defendants' Untimely Disclosed Witnesses.

3. Attached hereto as Exhibit 1 is a true and correct copy of Federal Insurance Company's Rule 26(a)(1) Supplemental Disclosures, served on January 28, 2019.

4. Attached hereto as Exhibit 2 is a true and correct copy of Federal Insurance Company's Rule 26(a)(1) Second Supplemental Disclosures, served on March 22, 2019.

5.  Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of Federal Insurance Company's Supplemental Answers to Plaintiff's First Set of Interrogatories, served on June 15, 2017.

6.  Attached hereto as Exhibit 4 is a true and correct copy Federal Insurance Company's Second Supplemental Answers to Interrogatory Nos. 2, 3, and 4, served on May 25, 2018.

Dated: April 5, 2019                               /s/ Heather J. Kliebenstein
                                                   Heather J. Kliebenstein