# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**FEDERAL INSURANCE COMPANY'S RULE 26(A)(1) SUPPLEMENTAL DISCLOSURES** |

Defendant Federal Insurance Company ("Federal") makes the following supplemental disclosures under Federal Rule of Civil Procedure 26(a)(1). These supplemental disclosures are based on the information reasonably available to Federal. Federal reserves the right to supplement or amend these disclosures in accordance with the Federal Rules of Civil Procedure.

**A.     The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

**RESPONSE:**

The following individuals are likely to have discoverable information that Federal may use to support its claims and defenses.  Discovery is ongoing, and Federal reserves its right to supplement these disclosures as it becomes necessary.

| NAME | SUBJECTS OF INFORMATION |
|---|---|
| Tamra Pawloski<br>Vice President, Global IT Vendor Management - Software and Compliance<br><br>Contact through counsel for Federal | Ms. Pawloski has knowledge regarding meetings and communications between the parties, Federal's use of the Blaze Advisor software, and the Scope of Work agreement for installation and use of the Blaze Advisor in the United Kingdom. |
| Henry Mirolyuz<br>Senior Systems Architect<br><br>Contact through counsel for Federal | Mr. Mirolyuz has knowledge regarding Federal's use of the licensed software, communications between the parties, and a request made by a third party consultant to FICO regarding the Blaze Advisor software. |
| Pamela Lopata<br>Assistant Counsel<br><br>Contact through counsel for Federal | Ms. Lopata has knowledge regarding communications between the parties. |
| Ramesh Pandey<br>Enterprise Architect Practice<br><br>Contact through counsel for Federal | Mr. Pandey has knowledge regarding Federal's use of the licensed software and communications between the parties. |
| Thomas F. Carretta<br>Associate General Counsel, FICO | Mr. Carretta has knowledge regarding a letter sent to Joseph F. Wayland dated January 27, 2016. |
| Zorica Todorovic<br>SVP – Operations and IT, CIO Chubb Insurance Company of Canada<br><br>Contact through counsel for Federal | Ms. Todorovic may have knowledge regarding Federal's use of Blaze Advisor in Canada. |
| Russell Hodey<br><br>Contact through counsel for Federal | Mr. Hodey may have knowledge regarding Federal's use of Blaze Advisor in Australia. |
| David Gibbs<br>Federal (Former)<br><br>Contact through counsel for Federal | Mr. Gibbs may have knowledge regarding Federal's use of Blaze Advisor in the United Kingdom. |

| NAME | SUBJECTS OF INFORMATION |
|---|---|
| Jim Black<br>Federal (Former)<br><br>Contact through counsel for Federal | Mr. Black is a former Federal employee who was involved in negotiations regarding the 2006 software license agreement. |
| Owen Williams<br>Federal (Former)<br><br>Contact through counsel for Federal | Mr. Williams is a former Federal employee who was involved in negotiations regarding the 2006 software license agreement. |
| Mark Berthiaume<br>Federal (Former)<br><br>Contact through counsel for Federal | Mr. Berthiaume is a former Federal employee who may have discussed the scope of the 2006 software license agreement with employee(s) of FICO. |
| Phil Folz<br>Federal (Former)<br><br>Contact through counsel for Federal | Mr. Folz is a former Federal employee who was involved in negotiations regarding the 2006 software license agreement. |
| Oliver Clark | Mr. Clark is a FICO employee who was involved in discussions with Federal employees regarding use of Blaze Advisor outside the United States. |
| Lawrence Wachs<br>FICO (Former) | Mr. Wachs is a former FICO employee who was involved in negotiations regarding the 2006 software license agreement. |
| Russell Schreiber<br>FICO (Former) | Mr. Schreiber is a former FICO employee who may have knowledge regarding the 2006 software license agreement. |

**B.** A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

**RESPONSE:**

    1.    Software License and Maintenance Agreement and Amendments.

    2.    Communications between the parties relating to the Software License and Maintenance Agreement.

- 3 -

3. Documents reflecting Federal's use of the licensed software before and after Federal's parent company, The Chubb Corporation, merged with ACE INA Holdings, Inc.

4. Scope of work agreement and related documents concerning Federal's use of the licensed software in the United Kingdom.

**C.  A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

**RESPONSE:**

Federal is seeking damages based on FICO's breach of contract and violation of the implied covenant of good faith and fair dealing. Federal's damages include the attorney's fees, costs and expenses incurred in this lawsuit, and continue to accrue. Federal also seeks an award of full costs, including attorney's fees under 15 U.S.C. § 505.

**D.  For inspection and copying under Rule 34 any insurance agreement under which an insurance business may be liable to satisfy part or all of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**RESPONSE:**

Not applicable.

| | |
|---|---|
| Dated:  January 28, 2019 | /s/Terrence J. Fleming <br> Terrence J. Fleming (#0128983) <br> tfleming@fredlaw.com <br> Lora M. Friedemann (#0259615) <br> lfriedemann@fredlaw.com <br> Leah Janus (#0337365) <br> ljanus@fredlaw.com <br> Christopher D. Pham (#0390165) <br> cpham@fredlaw.com <br> **FREDRIKSON & BYRON, P.A.** <br> 200 South Sixth Street, Suite 4000 <br> Minneapolis, MN  55402-1425 <br> (612) 492-7000 (tel.) <br> (612) 492-7077 (fax) <br><br> *Attorneys for Defendants* |

64139065.1