# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

## **[PROPOSED] ORDER**

The matter is before the Court on Fair Isaac Corporation's ("FICO's") Motion to Strike Defendants' Untimely Disclosed Witnesses (Dkt. No. 224). Upon consideration of FICO's request and the entire record herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. FICO's motion is hereby GRANTED.

2. Defendants are not allowed to use any of the witnesses first disclosed on March 22, 2019, to supply evidence on a motion, at a hearing, or at a trial.

**IT IS SO ORDERED**.

Dated: _____         _____
                                                                                  Honorable David T. Schultz
                                                                                  United States Magistrate Judge