UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>                Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>                Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

## NOTICE OF APPEARANCE

Pursuant to the Local Rules of the United States District Court for the District of Minnesota, please take notice that the undersigned attorney hereby notifies the Court and counsel that Joseph Dubis shall appear as counsel of record for Plaintiff, Fair Isaac Corporation in this case.

|  |  |
|---|---|
|  | MERCHANT & GOULD P.C. |
| DATE: April 5, 2019 | s/Joseph Dubis<br>Allen Hinderaker, MN Bar # 45787<br>Heather J. Kliebenstein MN Bar # 337419<br>Michael A. Erbele, MN Bar # 393635<br>Joseph Dubis, MN Bar # 0398344<br>MERCHANT & GOULD P.C.<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402-2215<br>Tel:  (612) 332-5300<br>Fax:  (612) 332-9081<br><br>*Attorneys for Plaintiff FICO* |