# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **DEFENDANTS' MEET AND CONFER STATEMENT FOR THEIR MOTION TO COMPEL DISCOVERY** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

I, Chris Pham, representing the Defendants, hereby certify that:

I met and conferred with the opposing party by:

Telephone conference with: Heather Kliebenstein

On: March 29, 2019

Discussing the following motions:

**Defendants' Motion to Compel Discovery**

As a result of the meet-and-confer, the parties:

(Check the box that applies)

☒  Do not agree on the resolution of any part of the motion.

☐  Agree on all or part of the motion and request that the Court incorporate the following agreement in an Order:

- 2 -

                Respectfully submitted,

Dated: April 5, 2019        *s/ Christopher D. Pham*
                Terrence J. Fleming (#0128983)
                tfleming@fredlaw.com
                Lora M. Friedemann (#0259615)
                lfriedemann@fredlaw.com
                Leah Janus (#0337365)
                ljanus@fredlaw.com
                Christopher D. Pham (#0390165)
                cpham@fredlaw.com
                **FREDRIKSON & BYRON, P.A.**
                200 South Sixth Street, Suite 4000
                Minneapolis, MN 55402-1425
                (612) 492-7000 (tel.)
                (612) 492-7077 (fax)

                ***Attorneys for Defendants***