UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/TNL) |
| Plaintiff, | |
| v. | **DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO FAIR ISAAC CORPORATION** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation | |
| Defendant. | |

In accordance with Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Federal Insurance Company requests that Fair Isaac Corporation furnish responses to the following document requests within thirty (30) days of service. Federal further requests that the documents be produced on the 30th day following the date of service at Fredrikson & Byron, P.A., 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402-1425.

## DEFINITIONS

1. "Document" has the broadest meaning that can be ascribed to it pursuant to the Federal Rules of Civil Procedure. Among other things, "document" means the original and any non-identical copy of any written, printed, electronic, recorded, graphic or photographic matter or sound reproduction, however produced or reproduced, including, but not limited to, correspondence, telegrams, other written communications, contracts, agreements, diaries, memoranda, logs, notes, forms,


EXHIBIT 8

by you, or in your possession, custody or control, and/or whose identity, existence, and location are known by you. As used herein, "document" shall include things, and "thing" shall include documents.

2. "FICO," "you," or "your" means Plaintiff Fair Isaac Corporation, its employees, representatives, agents, attorneys, successors, predecessors, parent companies, subsidiaries, and any other persons or entities acting on its behalf or at its direction.

3. "Federal" means Federal Insurance Company and its operating division Chubb & Son.

4. "Work" and "Works" refers to the copyrighted works referenced in Paragraph 10 of the Complaint.

5. "Agreement" means the Software License and Maintenance Agreement between FICO and Federal.

## DOCUMENT REQUESTS

**REQUEST FOR PRODUCTION NO. 24:** All phone records, calendars and other documents that refer or relate to phone calls between Mike Sawyer and Elie Merheb in December 2015 relating to ACE's acquisition of Chubb.

**REQUEST FOR PRODUCTION NO. 25:** All documents that evidence, refer or relate to other FICO clients with whom FICO had software license agreements that merged or were acquired by another company, and how FICO responded.

**REQUEST FOR PRODUCTION NO. 26:** All documents that evidence, refer or relate to the criteria used by FICO in sizing Blaze Advisor.

**REQUEST FOR PRODUCTION NO. 27:** All documents sufficient to identify the compensation formula for FICO's Client Partners during the time Mike Sawyer was a Client Partner.

**REQUEST FOR PRODUCTION NO. 28:** All emails, files, and documents that refer or relate to Oliver Clark's computer folder that he referenced during his deposition. (*See* O. Clark Depo. pp. 10-12).

Dated: November 12, 2018                    FREDRIKSON & BYRON, P.A.

/s/ Christopher D. Pham
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Phone: (612) 492-7000
(612) 492-7077 (fax)

***Attorneys for Defendant***