UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>   Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

Defendants Federal Insurance Company ("Federal") and Ace American Insurance Company ("ACE")  (collectively, "Defendants"), in connection with their April 5, 2019 Motion to Compel and certain supporting documents, filed as Dockets No. 237 (Memorandum of Law), and 239-256 (Declaration of Christopher D. Pham and Exhibits), which contain information designated as "Confidential" under the Court's Protective Order [Doc. No. 44].  Defendants now file this Statement Instead of Redacted Document because large portions of the Memorandum and Exhibits are confidential or include confidential information, and therefore, redaction is impracticable.

|  |  |
|---|---|
| Dated:  April 6, 2019 | *s/Christopher D. Pham* |
|  | Terrence J. Fleming (#0128983) |
|  | tfleming@fredlaw.com |
|  | Lora M. Friedemann (#0259615) |
|  | lfriedemann@fredlaw.com |
|  | Leah C. Janus (#0337365) |
|  | ljanus@fredlaw.com |
|  | Christopher D. Pham (#0390165) |
|  | cpham@fredlaw.com |
|  | **FREDRIKSON & BYRON, P.A.** |
|  | 200 South Sixth Street, Suite 4000 |
|  | Minneapolis, MN  55402-1425 |
|  | Phone:  (612) 492-7000 |
|  | (612) 492-7077 (fax) |
|  | |
|  | *Attorneys for Defendants* |

66431167.1