# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

Defendants Federal Insurance Company ("Federal") and Ace American Insurance Company ("ACE") (collectively, "Defendants"), in connection with their April 12, 2019 Motion in Opposition to Plaintiff's Motion to Strike Defendants' Disclosed Witnesses and certain supporting documents, filed as Dockets No. 261(Exhibits 2-6 to the Declaration of Christopher D. Pham), and 263 (Exhibit 8 to the Declaration of Christopher D. Pham), which contain information designated as "Confidential" under the Court's Protective Order [Doc. No. 44]. Defendants now file this Statement Instead of Redacted Document because large portions of the Memorandum and Exhibits are confidential or include confidential information, and therefore, redaction is impracticable.

2

| | |
|---|---|
| Dated: April 12, 2019 | *s/Christopher D. Pham* <br> Terrence J. Fleming (#0128983) <br> tfleming@fredlaw.com <br> Lora M. Friedemann (#0259615) <br> lfriedemann@fredlaw.com <br> Leah C. Janus (#0337365) <br> ljanus@fredlaw.com <br> Christopher D. Pham (#0390165) <br> cpham@fredlaw.com <br> **FREDRIKSON & BYRON, P.A.** <br> 200 South Sixth Street, Suite 4000 <br> Minneapolis, MN  55402-1425 <br> Phone:  (612) 492-7000 <br> (612) 492-7077 (fax) <br><br> *Attorneys for Defendants* |

66486510.1