# EXHIBIT 7

| | |
|---|---|
| **From:** | Pham, Christopher <CPham@fredlaw.com> |
| **Sent:** | Tuesday, April 2, 2019 4:32 PM |
| **To:** | Michael Erbele |
| **Cc:** | Fleming, Terrence; Janus, Leah; Allen Hinderaker; Heather Kliebenstein |
| **Subject:** | RE: FICO v. Federal -- Third Party Production |

**CAUTION - External.**

Michael,

The Oracle production was received on Friday, March 29 around 6:30 p.m., but did not include a link to download the documents.  We followed up with Oracle's counsel to obtain a link yesterday, but did not receive a response until around 2 p.m.  The production was processed and downloaded late yesterday afternoon.  We will produce a link to the production by EOD.

In addition, there are two small productions (consisting only of the licensing agreements and settlement agreements) from Xerox and Dell.  The link to these documents will also be produced by EOD, which only includes documents that FICO has already produced.

Thanks,

**Christopher D. Pham**
Fredri*k*son & Byron, P.A.
612.492.7388
cpham@fredlaw.com
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402-1425

**From:** Michael Erbele [mailto:MErbele@MerchantGould.com]
**Sent:** Tuesday, April 02, 2019 2:13 PM
**To:** Pham, Christopher
**Cc:** Fleming, Terrence; Janus, Leah; Allen Hinderaker; Heather Kliebenstein
**Subject:** FICO v. Federal -- Third Party Production

Chris,

It has come to our attention that Federal is in receipt of a significant document production from third party Oracle America Inc. made pursuant to Federal's subpoena of February 22, 2019. It appears from our records that FICO has not received any production from Oracle. Please produce all Oracle productions to FICO immediately, provide the date on which Federal received those productions, and explain any unreasonable delay in producing these documents to FICO.

Furthermore, please confirm that Federal is not in possession of any other third party production received in response to a subpoena in this case that it has not produced to FICO. FICO reserves its rights with respect to Federal's failure to provide any such productions to FICO.

Regards,
Michael

**Michael Erbele**
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
USA

**Telephone** (612) 336-4670
**Fax** (612) 332-9081
[merchantgould.com](merchantgould.com)

GUARDIANS OF GREAT IDEAS®

Note: This e-mail message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via e-mail to sender; (2) destroy this communica ion entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.
Please consider the environment before printing this email. Thank you.