# EXHIBIT E

# Abigail E. Krueger

| | |
|---|---|
| **From:** | Heather Kliebenstein |
| **Sent:** | Thursday, April 11, 2019 2:42 PM |
| **To:** | Pham, Christopher; Fleming, Terrence; Janus, Leah |
| **Cc:** | Allen Hinderaker; '15081.0008USZA.active@ef.merchantgould.com'; Joe Dubis, Ph.D. |
| **Subject:** | RE: RFP 89-90: CIS Claims and Adapt (Australia) |
| **Importance:** | High |

Counsel, following up again.  Please advise.

Heather

**From:** Heather Kliebenstein
**Sent:** Friday, April 5, 2019 10:02 AM
**To:** 'Pham, Christopher' <CPham@fredlaw.com>; Fleming, Terrence <TFleming@fredlaw.com>; Janus, Leah <LJanus@fredlaw.com>
**Cc:** Allen Hinderaker <AHinderaker@merchantgould.com>; '15081.0008USZA.active@ef.merchantgould.com' <15081.0008usza.active@ef.merchantgould.com>; Joe Dubis, Ph.D. <JDubis@MerchantGould.com>
**Subject:** RFP 89-90: CIS Claims and Adapt (Australia)

Counsel,

The attached document is still missing CIS Claims and Adapt for Australia.  When will we receive that additional information?

Thank you,

Heather

**Heather Kliebenstein**
Partner
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
USA

**Telephone** (612) 371-5213
**Fax** (612) 332-9081
**Email** hkliebenstein@merchantgould.com
merchantgould.com

GUARDIANS OF GREAT IDEAS®

Note: This e-mail message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via e-mail to sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.
Please consider the environment before printing this email. Thank you.