# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a<br>Delaware corporation, | ) | Case No. 16-cv-1054 (WMW/DTS) |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
| an Indiana corporation, and ACE | ) | |
| AMERICAN INSURANCE | ) | |
| COMPANY, a Pennsylvania | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## STATEMENT OF NO REDACTION

Pursuant to LR 5.6, Exhibit A to Plaintiff Fair Isaac Corporation's Letter Request (Dkt. No. 271) has been filed under temporary seal.  Exhibit A was not redacted because the entire document is marked "Confidential" or "Confidential – Attorneys' Eyes Only" under the Protective Order (Dkt. No. 44) entered in the case.  Therefore, it is impracticable to redact.

Dated:  April 12, 2019

MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street

Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*