## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | )<br>)<br>) Case No. 16-cv-1054(WMW/DTS)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## JOINT MOTION REGARDING CONTINUED SEALING

Documents have been filed under temporary seal in connection with the following motion:

**Plaintiff's Letter Request (Dkt. No. 231)**

Pursuant to Local Rule 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 231 | 232 | Plaintiff's Letter Request to Magistrate Judge Schultz regarding improperly clawed back documents by Federal based on privilege. | (a) The parties agree all redacted material shall remain sealed/redacted.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This letter was filed under seal to protect the Federal's commercially confidential information, including information regarding Federal's due diligence processes. This document contains excerpts and quotations from documents Federal has designated Confidential, Attorneys' Eyes Only under a protective order issued in this case (Docket No. 44). |

| | | | | | |
|---|---|---|---|---|---|
| 233 | N/A | Exhibit A to the letter request; email communications produced by Federal. | (a) The parties agree this exhibit should remain under seal.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This document was filed under seal to protect the Federal's commercially confidential information, including information regarding Federal's due diligence processes. It contains information designated as "Confidential - Attorneys' Eyes Only" under a protective order issued in this case (Docket No. 44). |
| 233-1 | N/A | Exhibit B to the letter request; Deposition Transcript of Tamra Pawloski dated January 18, 2019. | (a) The parties agree this exhibit should remain under seal.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This document was filed under seal to protect the Federal's commercially confidential information, including information regarding Federal's due diligence processes. It contains information designated as "Confidential" under a protective order issued in this case (Docket No. 44). |

| | | | | | |
|---|---|---|---|---|---|
| 233-2 | N/A | Exhibit C to the letter request; Deposition Exhibit No. 248 to the Pawloski deposition. | (a) The parties agree this exhibit should remain under seal.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This document was filed under seal to protect the Federal's commercially confidential information, including information regarding Federal's due diligence processes. It contains information designated as "Confidential - Attorneys' Eyes Only" under a protective order issued in this case (Docket No. 44). |

Dated:  April 26, 2019

MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*

-AND-

s/ Christopher D. Pham
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*