UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TELEPHONE CONFERENCE MINUTES

| | |
|---|---|
| Fair Isaac Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>Federal Insurance Company,<br><br>        Defendant | **COURT MINUTES**<br>BEFORE:  David T. Schultz<br>United States Magistrate Judge<br><br>Case No.     16-cv-1054 (WMW/DTS)<br>Date:           May 3, 2019<br>Time Commenced:  3:00 pm<br>Time Concluded:    3:30 pm<br>Total Time:            30  min |

APPEARANCES:

    Plaintiff:      Heather Kliebenstein

    Defendant:    Chris Pham; Terrence Fleming; Leah Janus

PROCEEDINGS:    Conference with counsel.

Date:  May 3, 2019                                               s/Terianne Bender
                                                                                                 Courtroom Deputy