UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES

| | |
|---|---|
| Fair Isaac Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Federal Insurance Company and<br>ACE American Insurance Company,<br><br>    Defendants. | COURT MINUTES - CIVIL<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No. 16-cv-1054 (WMW/DTS)<br><br>Date:              May 8, 2019<br>Location:       Mpls. 9E<br>Court Reporter: Maria Weinbeck<br>Sealed Time:   n/a<br>Total Time:    3 hours 10 minutes |

APPEARANCES:

    Heather Kliebenstein, Esq. and Allen Hinderaker, Esq. for Plaintiff

    Terrence Fleming, Esq., Christopher Pham, Esq., and Leah Janus, Esq. for Defendants

PROCEEDINGS:
    #224  Plaintiff's Motion to Strike Defendants' Untimely Disclosed Witnesses
    #235  Defendants' Motion to Compel Discovery
    #286  Plaintiff's Letter request regarding Request for Production 90

NOTES:

X    Plaintiff's motion #224 GRANTED IN PART and DENIED IN PART from the bench as stated in detail on the record
- Plaintiff may depose any or all of the sixteen (16) newly disclosed witnesses at its convenience between now and trial;
- All depositions shall take place in Minneapolis;
- Attorney's fees for depositions: Defendants shall pay Plaintiff's reasonable attorney's fees for 50% of the time spent in the deposition of any of the 16 witnesses they depose.

1

X    Defendants' motion #235 GRANTED IN PART and DENIED IN PART from the bench as stated in detail on the record
- Plaintiff shall produce all documents identified by the Court on the record at the hearing;
- The Court will review the transcripts of the Rule 30(b)(6) depositions of William Waid and Thomas Carretta and will determine whether to grant the request to re-open the depositions;
- Plaintiff shall submit the documents in Privilege Log entries 656, 662, and 665 to the Court for *in camera* review.

X    Plaintiff's request #286 regarding RFP 90 is taken under advisement. As stated at the hearing, Defendants shall determine whether, when, and how the requested information can be extracted and produced and at what cost. Defendants' counsel shall report its findings in writing to this Court and opposing counsel within fifteen (15) days of this order.

X    No written order will be issued

K.Reierson
*Law Clerk*