UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TELEPHONE CONFERENCE MINUTES

| | |
|---|---|
| Fair Isaac Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Federal Insurance Company,<br><br>　　　　Defendant | **COURT MINUTES**<br>BEFORE:  David T. Schultz<br>United States Magistrate Judge<br><br>Case No.	16-cv-1054 (WMW/DTS)<br>Date:	May 16, 2019<br>Time Commenced:  10:30 am<br>Time Concluded:	10:55 am<br>Total Time:	25 min |

APPEARANCES:

　　　Plaintiff:　　　Heather Kliebenstein; Allen Hinderaker

　　　Defendant:　　Chris Pham; Leah Janus

PROCEEDINGS:　　Conference with counsel.


Date:  May 16, 2019　　　　　　　　　　　　　　　s/Terianne Bender
　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy