

3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Allen Hinderaker
612.371.5292
ahinderaker@merchantgould.com

May 22, 2019                                                                                              **VIA ECF**

Honorable David T. Schultz
United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:   *Fair Isaac Corp. v. Federal Insurance Co. et al.,*
      **No. 16-cv-01054-WMW-DTS (D. Minn. filed April 21, 2016)**

Dear Judge Schultz:

Following the Motion Hearing on May 8, 2019, the Court issued its Civil Motion Hearing Minutes (Dkt. 288) taking FICO's request No. 286 regarding RFP 90 under advisement. Request for Production No. 90 states: "Specific to each application that uses or used Blaze Advisor® software, all documents relating to the business rules of each application." The Court ordered Federal to report to the Court and opposing counsel by May 23, 2019: "whether, when, and how the requested information can be extracted and produced and at what cost."

After the hearing and the Court's order, Federal served its expert reports. Federal's experts place great significance on the business rules that Blaze Advisor automates and their contribution to revenue and profits. FICO requests permission to file and serve a letter brief of no more than three (3) pages explaining the significance the documents requested in RFP 90 have to the case, assisting the Court in balancing the burden and cost of production against the need.

    Thank you for your consideration of this request.

Respectfully,

*Allen Hinderaker*

Allen Hinderaker


cc:     All Counsel of Record (via ECF)