UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fair Isaac Corporation,

        Plaintiff,

v.

Federal Insurance Company,

        Defendant.

Case No. 16-cv-1054 (WMW/DTS)

**ORDER**

---

**IT IS HEREBY ORDERED:**

1. The Privileged Log Entry Numbers 656, 662, and 665 are privileged and shall not be produced.

2. Fair Isaac must produce all potentially responsive emails between Fair Isaac employees and third-party customers (Query 1) by close of business on June 21, 2019.

3. Federal must extract the repository files (.xml) and business object model files (JAE (JAVA Archive) files) on or before June 14, 2019.

4. By close of business today, each side may designate up to fifteen (15) persons by name and title, who will have access to the exchanged privileged information for purposes of the settlement conference. The Court and the opposing party must be notified of any objections by close of business on June 5, 2019. The Court will resolve objections, if any, on Thursday, June 6, 2019.

Dated: June 4, 2019

        s/David T. Schultz
        DAVID T. SCHULTZ
        United States Magistrate Judge