# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE MINUTES

---

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| Plaintiff, | BEFORE: David T. Schultz<br>United States Magistrate Judge |
| v. | Case No.   16-cv-1054 (WMW/DTS)<br>Date:   June 4, 2019 |
| Federal Insurance Company, | Time Commenced:  11:00 am<br>Time Concluded:   11:54 am |
| Defendant | Total Time:   54 min |

---

APPEARANCES:

    Plaintiff:   Heather Kliebenstein; Joseph Dubis

    Defendant:   Chris Pham; Terrence Fleming; Leah Janus,

PROCEEDINGS:   Conference with counsel.


Date:  June 4, 2019                                         s/Terianne Bender
                                                                                            Courtroom Deputy