| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA<br>(Rev. 03/2018) | TRANSCRIPT ORDER<br>*CJA counsel please complete an AUTH24 in CJA eVoucher*<br>*Please read instructions on next page.* | COURT USE ONLY<br>NOTES: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Brenda Haberman | 2a. CONTACT PHONE NUMBER<br>612-492-7678 | 3. CONTACT EMAIL ADDRESS<br>bhaberman@fredlaw.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Christopher Pham | 2b. ATTORNEY PHONE NUMBER<br>612-492-7388 | 3. ATTORNEY EMAIL ADDRESS<br>cpham@fredlaw.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Fredrikson & Byron P.A.<br>200 South Sixth Street<br>Suite 4000<br>Minneapolis, MN 55402 | 5. CASE NAME (Include defendant number, for criminal cases only)<br>Fair Isaac Corporation v. Federal Insurance Company and Ace American Insurance Company | 6. CASE NUMBER<br>16-cv-1054 (WMW/DTS) |
|---|---|---|
| 7. COURT REPORTER NAME, if applicable | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):  CJA: Do not use this form; use AUTH24 in CJA.<br>☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)<br>☐ NON-APPEAL  X CIVIL   ☐ Standing Order (**MDL** only) | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS) — b. SELECT FORMAT(S) *NOTE: ECF access is included.* — c. DELIVERY TYPE *Delivery times are not guaranteed.*

| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/04/19 | DTS | | | X | | | | | | | X | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE
/s/Christopher D. Pham

12. DATE
06/15/19