| UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA (Rev. 03/2018) |  | TRANSCRIPT ORDER *CJA counsel please complete an AUTH24 in CJA eVoucher* *Please read instructions on next page.* |  | COURT USE ONLY **NOTES:** |
|---|---|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER Kristin Drieman | 2a. CONTACT PHONE NUMBER 612.336.4703 | 3. CONTACT EMAIL ADDRESS kdrieman@merchantgould.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different) Heather Kliebenstein | 2b. ATTORNEY PHONE NUMBER 612.371.5213 | 3. ATTORNEY EMAIL ADDRESS hkliebenstein@merchantgould.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Merchant & Gould P.C. 3200 IDS Center 80 S. 8th Street Minneapolis, MN 55402 | 5. CASE NAME (Include defendant number, for criminal cases only) Fair Isaac Corp. v. Federal and ACE | 6. CASE NUMBER 16-cv-1054 (WMW/DTS) |
|---|---|---|
| 7. COURT REPORTER NAME, if applicable |  | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):   CJA: Do not use this form; use AUTH24 in CJA. ☐ APPEAL   ☐ CRIMINAL         ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached) ☐ NON-APPEAL   X CIVIL         ☐ Standing Order (**MDL** only) |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a.   HEARING(S) (OR PORTIONS OF HEARINGS)    b.   SELECT FORMAT(S)   *NOTE: ECF access is included.*    c.   DELIVERY TYPE   *Delivery times are not guaranteed.*

| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/4/19 | DTS | | X | X | | | | | | X | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE         /s/Heather J. Kliebenstein

12. DATE
June 5, 2019