

June 13, 2019

**VIA ECF**

Honorable David T. Schultz
United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

Re:   Fair Isaac Corp. v. Federal Insurance Co., et al.
       No. 16-cv-01054-WMW-DTS (D. Minn. Filed April 21, 2016)

Dear Judge Schultz:

Pursuant to the Court's June 4, 2019 Order, Federal has been ordered to "extract the repository files (.xml) and business model files (JAE (JAVA Archive) files) on or before June 14, 2019" (the "Rules Order").  (Dkt. 305).

Federal Rule of Civil Procedure 72(a) provides that "a party may serve and file objections to the [magistrate judge's] order within 14 days after being served with a copy."  Federal will serve and file its objections to the June 4 Rules Order by June 18, 2019, in compliance with Rule 72(a).

In the interim, Federal respectfully requests that the Court stay the Rules Order requiring Federal's production of information pending the appeal.

Best regards,

Christopher D. Pham
**Direct Dial:** 612.492.7388
**Email:** cpham@fredlaw.com

67045052.1