# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SETTLEMENT CONFERENCE MINUTES

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| | BEFORE: David T. Schultz |
| Plaintiff, | United States Magistrate Judge |
| | |
| v. | Case No.   16-cv-1054 (WMW/DTS) |
| | Date:   June 12, 2019 |
| Federal Insurance Company, | Time Commenced:  9:00 a.m. |
| | Time Concluded:   7:00 p.m. |
| Defendant. | Total Time:   10 hrs |

APPEARANCES:

    Plaintiff:    Heather Kliebenstein; Allen Hinderaker

    Defendant:    Chris Pham; Terrence Fleming; Leah Janus

PROCEEDINGS:

    _X_    No settlement reached.

    ___    Binding settlement reached. Terms stated on the record. Any transcript or copy of the audio file of the terms of settlement is CONFIDENTIAL and shall be SEALED, with access being allowed only to the parties and their counsel.


Date:  June 12, 2019                                                                  s/Terianne Bender
                                                                                      Courtroom Deputy