# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SETTLEMENT CONFERENCE MINUTES

---

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| | BEFORE:  David T. Schultz |
| Plaintiff, | United States Magistrate Judge |
| | |
| v. | Case No.      16-cv-1054 (WMW/DTS) |
| | Date:          June 13, 2019 |
| Federal Insurance Company, | Time Commenced:  9:00 a.m. |
| | Time Concluded:     11:00 a.m. |
| Defendant. | Total Time:   2 hrs |

---

APPEARANCES:

      Plaintiff:      Allen Hinderaker

      Defendant:      Chris Pham; Terrence Fleming; Leah Janus

PROCEEDINGS:

  _ X _    No settlement reached.

  ___    Binding settlement reached.  Terms stated on the record.  Any transcript or copy of the audio file of the terms of settlement is CONFIDENTIAL and shall be SEALED, with access being allowed only to the parties and their counsel.


Date:  June 13, 2019

                                s/Terianne Bender
                                  Courtroom Deputy