Message
_____

**From:**      Wachs, Lawrence C (Larry) [/O=FAIRISAAC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=LARRYWACHS]
**Sent:**      11/26/2008 8:49:11 AM
**To:**        Schreiber, Russell (Russ) [RussSchreiber@fairisaac.com]
**Subject:**   Global View of Chubb
_____

In reviewing my notes and some archived e-mails it's apparent to me that the corporate ELA that was negotiated with Phil Folz and June Drewey intended to include the Global license. Here's one of the emails that was sent to lock the team before the first negotiation. "Global" is referenced twice. In my recollection they were adamant about keeping Global on the table but they did take Cobol, Smartforms off the table to wait for projects requiring that functionality.
Call with any questions

Larry

From: Wachs, Lawrence C (Larry)
Sent: Tuesday, December 12, 2006 11:10 AM
To: Layden, Mark
Cc: Gordon, Michael J (Mike); Waid, William P (Bill); Haines, John K; Schreiber, Russell (Russ)
Subject: Chubb ELA Pricing Rationale - from Russ and Larry- the "Pursuit Team"


Attendees at the meeting include: Phil Folz — Corporate SVP and a direct report to the corporate CIO, Julia Boland — SVP of the Shared Resource procurement department and Jim Black — Procurement manager and contract administrator.


Original Negotiations in June of '06

- We quoted Chubb $1.6 mil for a Corporate ELA for .Net and Java — limited dev seats


- In June, after negotiation — (we were asking $500k) for the Specialty lines — we settled for $350,000 for 10 seats, Java and .Net. The buy was separated into 200k in June then another 150k within 30 days due to signature requirements on the Chubb side.


- We also agreed to hold 100% of the license fees paid as creditable towards the 1.6 mil corporate ELA for 12 months. Resulting in a $1,250,000 corp ELA with limited dev seats.


December Discussions

- We were told that 75% of the $1,250,000 or $937,500 would get it done but they realize we couldn't go that far. We offered to lower the ELA to $1,100,000 to get it done which is a split right down the middle of the 1.25m and the 937k


- Then the Cobol & SmartForms and unlimited seat discussions came up. We came in at $1,500,000 for everything.


- They backed off everything saying they didn't have projects on the board and asked us to sharpen our pencils on ELA and unlimited seats. We countered by dropping the ELA to $1,050,000 and adding in the unlimited dev seats for 50k.


Pricing Rational



EXHIBIT
3

Confidential - Attorneys' Eyes Only                                                FICO0002448

Following is a breakdown of premium revenue ('05) by business unit at Chubb:

Specialty – $3 billion – 24.4%

Commercial – $5 billion – 40.7%

Personal - $3.3. billion – 26.8%

Global- Other $ 1 billion  - 8.1%


With Specialty representing 24% of the revenue the equivalent ELA would be $1,458,333 using the $350k price we gave to Specialty.  Backing out the $350k brings the $1,458,333 down to roughly $1.1m and we're still not talking unlimited dev seats.  Said another way - CSI represented 24% of the revenue of Chubb Corporate and we tried to maintain that parity in the Corporate ELA – and we threw in a valuable kicker – unlimited seats.


Again we're at $1,050,000 for global ELA plus $50k for unlimited seats.  Maintenance at 15% is on top of it.


I think we need to find out what # they're trying to fit to so we can possible offer the ELA in chunks as we did the June deal.  Chunks could include .net, Java, and or unlimited dev seats.


Good luck today…we're all counting on you!


Larry



Larry Wachs
Account Executive
Fair Isaac Corporation/EDM Technology Group
516-791-5139 – H.O. Tel.
917-968-5959 – Mobile


 It's just a smarter way to do business.

 <http://www.myinteract.com>

Message

| | |
|---|---|
| **From:** | Sawyer, Michael L (Mike) [/O=FAIRISAAC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MIKESAWYER] |
| **Sent:** | 8/14/2012 2:44:56 PM |
| **To:** | Hill, Richard [RichardHill@fico.com] |
| **CC:** | Schreiber, Russell (Russ) [RussSchreiber@fico.com]; Jacobson, Laurence Charl (Larry) [LarryJacobson@fico.com] |
| **Subject:** | RE: Chubb (again) |

It's probably 2-3 years old at this point.  They did a POC of Blaze vs Drools and selected Blaze.  I helped some folks at Chubb US put together a position paper to influence their decision.  I believe it is automated renewal underwriting.

Mike Sawyer
Client Partner - Insurance & Healthcare

FICO
Boston, MA

T  617 589 4651
C  617 401 1380
mikesawyer@fico.com
www.fico.com

-----Original Message-----
From: Hill, Richard
Sent: Tuesday, August 14, 2012 3:43 PM
To: Sawyer, Michael L (Mike)
Cc: Schreiber, Russell (Russ); Jacobson, Laurence Charl (Larry)
Subject: Re: Chubb (again)

Thanks Mike

Its just come in as a lead so will speak with the Chubb guy tomorrow.

Have cc'd Larry as he was involved with me a while ago when we tried to extend Blaze to Chubb UK.

Do you know more about the UW app in the UK as that's a new one to me?

Thanks
Richard Hill
Client Services - Partner
+44 (0)7930 451758
www.fico.com

Sent using Blackberry
Apologies for typos or brevity

----- Original Message -----
From: Sawyer, Michael L (Mike)
Sent: Tuesday, August 14, 2012 01:54 PM
To: Hill, Richard
Cc: Schreiber, Russell (Russ)
Subject: RE: Chubb (again)

Richard -

I am the CP for Chubb.  They do have a Global ELA for Blaze and have an automated UW Application running in the UK already.  As Russ pointed out, our upside is around Model Central, Decision Simulator and PS and we are doing a MC POC for them right now.  Blaze Advisor is the standard for rule deployments at Chubb and their enterprise architect has mandated that any project that requires a rule engine will use Blaze.  Henry Mirolyuz is the technical resource at Chubb responsible for Blaze and pretty much all projects run through him.

Let me know how I can help.

Mike Sawyer
Client Partner - Insurance & Healthcare

FICO





Confidential - Attorneys' Eyes Only

Boston, MA

T   617 589 4651
C   617 401 1380
mikesawyer@fico.com
www.fico.com

-----Original Message-----
From: Schreiber, Russell (Russ)
Sent: Tuesday, August 14, 2012 12:54 PM
To: Hill, Richard
Cc: Sawyer, Michael L (Mike)
Subject: Re: Chubb (again)

They do have a blaze ela, we're working a model central poc.  The need model central, simulator and
always buy services in varying quantities

Check w mike sawyer on the lay of the land

Russ Schreiber
+1 917 214 2614

----- Original Message -----
From: Hill, Richard
Sent: Tuesday, August 14, 2012 11:34 AM
To: Schreiber, Russell (Russ)
Subject: Chubb (again)

Hey Russ

Chubb UK have started being interested in Blaze (again) and I'll try and speak with the new contact who
apparently wants to do a POC for underwriting.

If memory serves, Owen Williams was the FICO supportive VP in Chubb Speciality and Ian Brodie the CP.

Let me lknow if anything has changes - good or bad - and more importantly whether we can actually sell
anything new here as I seem to remember their US blaze license allowed them the software for free...

Hope all good with you and you enjoyed the London Olympics on TV

R
Richard Hill
Client Services - Partner
+44 (0)7930 451758
www.fico.com

Sent using Blackberry
Apologies for typos or brevity

Confidential - Attorneys' Eyes Only

Message

| | |
|---|---|
| **From:** | Brynteson, Oliver [/O=FAIRISAAC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=OLIVERBRYNTESON] |
| **Sent:** | 8/28/2012 11:12:28 AM |
| **To:** | Clark, Oliver James [OliverClark@fico.com] |
| **Subject:** | FW: Chubb - Personal Lines Insurance - Blaze Expansion and development opportunity |

**Oliver Brynteson** | Business Development

EMEA

# FICO

5th Floor Cottons Centre, Hays Lane,

London, SE1 2QP

Mobile: + 44 (0) 7940 912160

www.fico.com

**From:** Brynteson, Oliver
**Sent:** 28 August 2012 17:02
**To:** Hill, Richard
**Cc:** Lawrence, Gary (GaryLawrence@fico.com); Young, Nigel; Clark, Ernest (Ernie)
**Subject:** Chubb - Personal Lines Insurance - Blaze Expansion and development opportunity

Hi Richard,

I met with these guys from Chubb Personal Lines Insurance:

- Matthew Male: PM and Tech Analyst

- Paul Davy: BA

- Mark Wilson: Technical Architect

These guys are based in Fenchurch Street but were over at Cottons meeting a guy called Craig Worth (PM Blaze) and others so arranged to meet the three off them in Cottons while we had the opportunity. They don't know much if anything about Blaze Advisor at the moment so are putting the feelers out there with the aim of building a go forward plan by the end of September. As Blaze is already in the company and is well liked they are keen to go down that route rather than pull in another solution that will need to go through the US for approval and more than likely take 2years before anything happens. They clearly need guidance on our offering and are keen for FICO to be involved in this process. It could present opportunities to sell additional software/upgrade (depending what is included on their Blaze ELA), consultancy and training.



EXHIBIT
46

EXHIBIT
5

Confidential

The budget for this work hasn't been fixed yet and there are discussions going internally about where this would come from, although this shouldn't be an issue according to Matthew.

Key points they mentioned:

- Enabling business users to amend rules themselves. So a business user friendly front end was crucial.
- What if analysis – i.e. if a rule is changed how do this affect the rest of the system
- Pricing automation – particularly for their broker facing website (less important but was mentioned)

Re-engineer and modernise – they currently have a myriad of different rules engines (4 implementations of rules engines apparently) and pieces of software and is viewed by the business that to improve they need to consolidate and move to a single platform to help them meet their business needs. Blaze would therefore be a good fit.

I have invited them to attend the London Tools User Forum and have been given the all clear to offer a free entry. They seemed keen to attend (Paul Davy will more than likely be the one to attend). I have provided them with a number of FICO whitepapers and case studies that they have taken away to review.

I have provided the names of Richard Hill and Larry Jacobson as the go to people with FICO.

Next steps:

- Organise a follow up meeting with them either in Cottons or their Fenchurch Street offices with appropriate FICO resources – ASAP. (Oli and Rich)
- Chase for attendance of tools user forum (Oli)
- Understand current contract status (Rich)

**Oliver Brynteson** | Business Development

EMEA

# FICO

5th Floor Cottons Centre, Hays Lane,

London, SE1 2QP

Mobile: + 44 (0) 7940 912160

www.fico.com

**From:** markwilson@chubb.com [mailto:markwilson@chubb.com]
**Sent:** 28 August 2012 14:40
**To:** Brynteson, Oliver
**Subject:** RE: Re Blaze Advisor Trial

Hi Oliver

Just to confirm as discussed earlier, we'll pop in around 3:30 for a quick hello, just for your records we are

Matthew Male,  PM and Tech Analyst
Paul Davy,      BA
and myself as Technical Architect

We work for Personal Lines Insurance based in Fenchurch St

Regards

Mark

From:     "Brynteson, Oliver" <OliverBrynteson@fico.com>
To:       "markwilson@chubb.com" <markwilson@chubb.com>
Cc:       "Hill, Richard" <RichardHill@fico.com>
Date:     28/08/2012 14:15
Subject:  RE: Re Blaze Advisor Trial

Hi Mark,

Thanks for the email.

I have just spoken to my colleague Richard Hill.  He confirmed that he will reach out to you shortly to catch up with you.

Is there a good time for Richard to call you today or tomorrow?

Best regards,
Oliver

**Oliver Brynteson** | Business Development
EMEA
FICO
5th Floor Cottons Centre, Hays Lane,
London, SE1 2QP
Mobile:  + 44 (0) 7940 912160
www.fico.com

**From:** markwilson@chubb.com [mailto:markwilson@chubb.com]
**Sent:** 28 August 2012 13:53
**To:** Brynteson, Oliver
**Subject:** Re Blaze Advisor Trial

Hi Oliver

I got your address from Gary's out of office message.

                                          FICO0002017

I work for Chubb Europe in London. we have been doing a POC to see if/how Blaze could help in our insurance underwriting system. We have been playing a bit with the trial version and are getting to the point where we have more questions than answers. I also see from the FICO website there is a rules simulation tool that sounds like the sort of thing our business have been asking for.

Could you, or one of your colleagues please get in touch, Gary suggested one of the names below, but I have not been contacted by anybody. Could you please help?

Regards

Mark

----- Forwarded by Mark Wilson/EUZ/ChubbMail on 28/08/2012 13:47 -----

From:      "Lawrence, Gary" <garylawrence@fico.com>
To:        "markwilson@chubb.com" <markwilson@chubb.com>
Date:      14/08/2012 15:46
Subject:   RE: Your Blaze Advisor Trial Download

Dear Mark

Thanks very much for the background information. I am aware that we had some meetings before at Cottons (where we are also based!) yet I will let my colleagues expound on this and provide you with relevant contacts in US too.

Either Richard Hill, Client Partner, or Larry Jacobson, Insurance Specialist, will reach out to you soon to discuss your needs in greater depth.

Thanks

Gary

**From:** markwilson@chubb.com [mailto:markwilson@chubb.com]
**Sent:** 14 August 2012 12:26 PM
**To:** Lawrence, Gary
**Subject:** RE: Your Blaze Advisor Trial Download

Hi Gary

My full contact details are as follows:

Mark Wilson
106 Fenchurch Street
London
EC3M 5NB

020 7956 5550

Confidential

I believe one of our teams based in the Cottons Centre here in London have also used Blaze, my contacts there are Craig Worth, or Richard Johnson, if your colleagues have come across them. Unfortunately with summer holidays the first I can get a meeting with Craig is 28th August.

As for the application, its underwriting automation

Yes I have been going through our corporate governance standards etc hence I know Blaze is the preferred tool, and I can get a list of business areas that use it, but unfortunately finding actual Chubb contacts is not so clear. So if you have some actual names it might be very handy.

Regards

Mark


From:      "Lawrence, Gary" <garylawrence@fico.com>
To:        "markwilson@chubb.com" <markwilson@chubb.com>
Date:      14/08/2012 09:49
Subject:   RE: Your Blaze Advisor Trial Download

---

Hi Mark,

It would be good to find out more on your potential project needs around Blaze Advisor. Can you send me your full contact details please so I can pass on to appropriate colleagues who have had dealings with Chubb previously so they can discuss further with you directly?

At a high-level, are you considering rules-based applications for claims or underwriting automation and/or for fraud detection or other areas?

You are probably also aware that Chubb use Blaze Advisor in the US and my colleagues can provide further details if needed.

Regards
Gary

**From:** markwilson@chubb.com [mailto:markwilson@chubb.com]
**Sent:** 13 August 2012 2:49 PM
**To:** Lawrence, Gary
**Subject:** Re: Your Blaze Advisor Trial Download

Hi Gary

Apologies for the very long time in getting back to you, but I didn't want to engage with you too early. We have now been

given a formal remit to look into rules and Blaze to see if it will fit and to perform a PoC so that we can demonstrate the capabilities to our business users.

We are currently working on a draft outline of what a PoC should cover, I can get that to you as soon as its available. In the meantime it might be worth us having a quick phone call

Regards

Mark


From:       Gary Lawrence <garylawrence@fico.com>
To.         "markwilson@chubb.com" <markwilson@chubb.com>
Date:       19/03/2012 16:44
Subject:    Your Blaze Advisor Trial Download

---

Dear Mark,

Thank you for your interest in Fair Isaac® Blaze Advisor® business rules management system.

With Blaze Advisor, organizations can:
*Automate and maximize control over high volume operational decisions at unmatched processing speeds.
*Deploy and manage rules across all platforms from a centralized repository.
*Enable business users to change and manage rules without IT involvement
*Simulate and optimize your rules faster than the competition
*Inject predictive analytics into rules-based applications to increase precision and value.
*Develop SOA-based decision services to extend legacy systems while minimizing technical risk.

I'd like the opportunity to discuss why you're evaluating rules management technologies and quickly determine how, if and when Blaze Advisor can meet your future objectives.

Please contact me directly if you have interest in a Blaze Advisor personalized demonstration that could be shown within your specific industry and decision process requirements. For more information and demo support please visit:
http://brforum.fairisaac.com/blaze/

Kind regards,

Gary Lawrence
Business Development Consultant
FICO
London, England
Tel +44 (0)207 9408716
garylawrence@fairisaac.com

Fair Isaac is now FICO, please visit www.fico.com

**Mark Wilson | Technical Architect | Chubb Insurance Company of Europe SE**
**106 Fenchurch Street, London, EC3M 5NB UK | Direct Line: 020 7956 5550 | Fax: | Mobile: n/a**
This email (which includes any attachments) is confidential and intended to be read only by the person(s) to whom it is addressed. It may also be legally privileged or exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such an event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.
CHUBB INSURANCE COMPANY OF EUROPE SE - Registered office: 106 Fenchurch Street, London EC3M 5NB, England - a European company incorporated in England & Wales, registered under Company Number SE13, authorised and regulated by the Financial Services Authority. Main Number: +44 20 7956 5000. To view all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website http://www.chubb.com/corporate/chubb11887.html

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed.
If you have received this email in error please delete it immediately.

**Mark Wilson | Technical Architect | Chubb Insurance Company of Europe SE**
**106 Fenchurch Street, London, EC3M 5NB UK | Direct Line: 020 7956 5550 | Fax: | Mobile: n/a**
This email (which includes any attachments) is confidential and intended to be read only by the person(s) to whom it is addressed. It may also be legally privileged or exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such an event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.
CHUBB INSURANCE COMPANY OF EUROPE SE - Registered office: 106 Fenchurch Street, London EC3M 5NB, England - a European company incorporated in England & Wales, registered under Company Number SE13, authorised and regulated by the Financial Services Authority. Main Number: +44 20 7956 5000. To view all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website http://www.chubb.com/corporate/chubb11887.html

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed.
If you have received this email in error please delete it immediately.

**Mark Wilson | Technical Architect | Chubb Insurance Company of Europe SE**
106 Fenchurch Street, London, EC3M 5NB UK | Direct Line: 020 7956 5550 | Fax: | Mobile: n/a

**Who insures you doesn't matter. Until it does.**

Get the latest commentary and opinion from Chubb Insurance in the UK & Ireland at www.chubb-dialogue.co.uk

Please consider the environment before printing
This email (which includes any attachments) is confidential and intended to be read only by the person(s) to whom it is addressed. It may also be legally privileged or exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such an event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.
CHUBB INSURANCE COMPANY OF EUROPE SE - Registered office: 106 Fenchurch Street, London EC3M 5NB, England - a European company incorporated in England & Wales, registered under Company Number SE13, authorised and regulated by the Financial Services Authority. Main Number: +44 20 7956 5000. To view all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website http://www.chubb.com/corporate/chubb11887.html
We are now able to offer an encrypted email capability for secure communication purposes. If you wish to take advantage of this service or learn more about it, please email securemyemail@chubb.com

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed.
If you have received this email in error please delete it immediately.

**Mark Wilson | Technical Architect | Chubb Insurance Company of Europe SE**
**106 Fenchurch Street, London, EC3M 5NB UK | Direct Line: 020 7956 5550 | Fax: | Mobile: n/a**
This email (which includes any attachments) is confidential and intended to be read only by the person(s) to whom it is addressed. It may also be legally privileged or exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such an event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your

cooperation.

CHUBB INSURANCE COMPANY OF EUROPE SE - Registered office. 106 Fenchurch Street. London EC3M 5NB, England - a European company incorporated in England & Wales, registered under Company Number SE13, authorised and regulated by the Financial Services Authority. Main Number. +44 20 7956 5000. To view all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website http://www.chubb.com/corporate/chubb11887.html

Confidential

Message

| | |
|---|---|
| **From:** | Russ Schreiber [RussSchreiber@fico.com] |
| **Sent:** | 3/26/2015 9:35:47 AM |
| **To:** | Andy Moffat |
| **CC:** | Mark Collingwood [MarkCollingwood@fico.com]; Larry Jacobson [LarryJacobson@fico.com]; Oliver Clark [OliverClark@fico.com] |
| **Subject:** | RE: Licenses |

It was done years ago ... in multi steps. Rough order of magnitude is $1.5m - $1.9m USD

You can pull up the contracts in pramata for precise answers

Russ Schreiber

m +1.917.214.2614

**From:** Andy Moffat
**Sent:** Thursday, March 26, 2015 9:24 AM
**To:** Russ Schreiber
**Cc:** Mark Collingwood; Larry Jacobson; Oliver Clark
**Subject:** RE: Licenses

Thanks Russ.

Can we get an idea of what the license cost for the ELA is and then we can try and work out a cost for Decision Simulator.

Can you also confirm if it's a perp or term (if term how many years?) and % for maintenance?

Thanks

Andy

**From:** Russ Schreiber
**Sent:** 26 March 2015 12:50
**To:** Andy Moffat
**Cc:** Mark Collingwood; Larry Jacobson; Oliver Clark
**Subject:** Re: Licenses



EXHIBIT
57

Confidential - Attorneys' Eyes Only

I'd sell them regional

Russ

m 917.214.2614

Sent from my phone

On Mar 26, 2015, at 8:28 AM, Andy Moffat <AndyMoffat@fico.com> wrote:

Thanks Russ, so to summarise there's no additional licensing costs for this except to included Decision Simulator – would that be a regional addition or global?

Would have thought regional to allow sales elsewhere if needed?

Cheers

Andy

**From:** Russ Schreiber
**Sent:** 26 March 2015 12:27
**To:** Andy Moffat
**Cc:** Mark Collingwood; Larry Jacobson; Oliver Clark
**Subject:** Re: Licenses

Chubb has global ela for blaze but no simulator

Russ

m 917.214.2614

Sent from my phone

On Mar 26, 2015, at 6:53 AM, Andy Moffat <AndyMoffat@fico.com> wrote:

Hi Russ,

Hope you are well?

Larry and Oily recently met with Chubb in London and we are looking to do some work with them:

1. Additional Blaze license for commercial property (European wide)
2. Check if they have Decision Simulator as part of the contract

Confidential - Attorneys' Eyes Only                                              FICO0001770

Can you help here?

Happy to crack on  but need sight of the existing commercials and contract terms.

Thanks

Andy

**From:** Oliver Clark
**Sent:** 25 March 2015 15:57
**To:** Andy Moffat
**Cc:** Mark Collingwood
**Subject:** FW: Licenses

More information for you Andy.

**From:** htonkin@chubb.com [mailto:htonkin@chubb.com]
**Sent:** 25 March 2015 15:54
**To:** Oliver Clark
**Cc:** davidgibbs@chubb.com
**Subject:** Re: Licenses

Yes, correct thanks Olly.

If your account exec can back to us ASAP with a pricing model that would be great as we need to seek funding for this.
Hint- don't make it too steep day one as it will make the business case in the future for global adoption less appealing ;-)

Cheers

Hamish

Hamish Tonkin

**Hamish Tonkin | CAH Global Enterprise Architect / APZ Architecture Authority | Chubb Insurance Company of Europe SE**
Cottons Centre, Hays Lane, London, SE1 2QP UK | Direct Line: 0207 895 3435 | Mobile: +44 (0)7500 063178

Confidential - Attorneys' Eyes Only

On 25 Mar 2015, at 12:38, "Oliver Clark" <OliverClark@fico.com> wrote:

Thanks Hamish – I have forwarded this request to the FICO Account Executive for Chubb. I am assuming that this is purely to cover commercial property insurance, on a pan-European basis?

Regards,

Olly

**From:** htonkin@chubb.com [mailto:htonkin@chubb.com]
**Sent:** 24 March 2015 16:01
**To:** Oliver Clark
**Cc:** davidgibbs@chubb.com
**Subject:** Re: Licenses

Thanks Olly,

The usage would be policy admin system

Cheers

Hamish

Hamish Tonkin

**Hamish Tonkin | CAH Global Enterprise Architect / APZ Architecture Authority | Chubb Insurance Company of Europe SE**
Cottons Centre, Hays Lane, London, SE1 2QP UK | Direct Line: 0207 895 3435 | Mobile: +44 (0)7500 063178

On 24 Mar 2015, at 16:00, "Oliver Clark" <OliverClark@fico.com> wrote:

Hello Hamish,

Good to meet you again, also.

I don't believe your current licence covers the usage of the Decision Simulator module, but let me check the contracts library. Blaze Advisor licenses are typically scoped by application area – could you please supply me with a description of the application(s) you would like to use this within?

Confidential - Attorneys' Eyes Only

Regards,

Olly

**From:** htonkin@chubb.com [mailto:htonkin@chubb.com]
**Sent:** 24 March 2015 09:57
**To:** Oliver Clark
**Cc:** davidgibbs@chubb.com
**Subject:** Licenses

Hi Oli,

good to meet up again.

Would you please be able to chase down whether we have Decision Simulator as part of our license agreement.

If not, can you please provide a high level cost for this component?

**Many** thanks

Hamish

Hamish Tonkin

Hamish Tonkin | **CAH Global Enterprise Architect / APZ Architecture Authority | Chubb Insurance Company of Europe SE**
Cottons Centre, Hays Lane, London, SE1 2QP UK | Direct Line: 0207 895 3435 | Mobile: +44 (0)7500 063178

 Please consider the environment before printing
**Hamish Tonkin**
**CAH Global Enterprise Architect**
**Chubb Insurance Company of Europe SE**
Cottons Centre, Hays Lane, London, SE1 2QP UK

**T:** **F:**
**M:** **W:** www.chubb.com/uk **Twitter:**

Please be advised that with effect from 1 May 2015, Chubb Europe's registered offices and London correspondence address will move to One America Square, 17 Crosswall, London, EC3N 2AD. Our switchboard number will remain the same. Outside of London, our correspondence addresses will remain unchanged.

## Choose certainty. Choose Chubb.

 Please consider the environment before printing

Confidential - Attorneys' Eyes Only                    FICO0001773

Fair Isaac Services Limited (Co. No. 01998476) and Fair Isaac (Adeptra) Limited (Co. No. 03295455) are registered in England and Wales and have a registered office address of Cottons Centre, 5th Floor, Hays Lane, London, SE1 2QP.

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.

**Hamish Tonkin**
**CAH Global Enterprise Architect**
**Chubb Insurance Company of Europe SE**
Cottons Centre, Hays Lane, London, SE1 2QP UK

T:              F:
M:              W: www.chubb.com/uk **Twitter:**

Please be advised that with effect from 1 May 2015, Chubb Europe's registered offices and London correspondence address will move to One America Square, 17 Crosswall, London, EC3N 2AD. Our switchboard number will remain the same. Outside of London, our correspondence addresses will remain unchanged.

**Choose certainty. Choose Chubb.**

 Please consider the environment before printing

Fair Isaac Services Limited (Co. **No.** 01998476) and Fair Isaac (Adeptra) Limited (Co. **No.** 03295455) are registered in England and Wales and have a registered office address of Cottons Centre, 5th Floor, Hays Lane, London, SE1 2QP.

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.

Confidential - Attorneys' Eyes Only

**Hamish Tonkin**
**CAH Global Enterprise Architect**
**Chubb Insurance Company of Europe SE**
Cottons Centre, Hays Lane, London, SE1 2QP UK

**T:** ~~+1 20 7956 900~~ **F:**
**M:** ~~+44 780 14~~ **W:** www.chubb.com/uk **Twitter:** ~~@~~

Please be advised that with effect from 1 May 2015, Chubb Europe's registered offices and London correspondence address will move to One America Square, 17 Crosswall, London, EC3N 2AD. Our switchboard number will remain the same. Outside of London, our correspondence addresses will remain unchanged.

**Choose certainty. Choose Chubb.**

 Please consider the environment before printing

This email (which includes any attachments) is confidential and intended to be read only by the person(s) to whom it is addressed. It may also be legally privileged or exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such an event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.
CHUBB INSURANCE COMPANY OF EUROPE SE, a European company incorporated in England and Wales and registered under Company Number SE13.
CHUBB MANAGING AGENT LTD, a company incorporated in England and Wales and registered under Company Number 7116876.
The above companies have their Registered Offices at: 106 Fenchurch Street, London EC3M 5NB, England. Main Number: +44 20 7956 5000. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and Prudential Regulation Authority. To view a list of all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website: http://www.chubb.com/international/uk/corporate/chubb11572.html

We are now able to offer an encrypted email capability for secure communication purposes. If you wish to take advantage of this service or learn more about it, please email securem₂email@chubb.com

Confidential - Attorneys' Eyes Only

Message

| | |
|---|---|
| **From:** | Oliver Clark [OliverClark@fico.com] |
| **Sent:** | 4/1/2015 6:59:06 AM |
| **To:** | Richard Lagerweij [richardlagerweij@fico.com] |
| **Subject:** | FW: Decision Simulator Proposal |
| **Attachments:** | FICO_ChubbInsurance_DecisionSimulator_Issued010415docx.docx |

**Importance:** High

Tactical error – too high and scoped to UK only. Better to start lower and with a per-application scope.

**From:** Andy Moffat
**Sent:** 01 April 2015 11:07
**To:** htonkin@chubb.com
**Cc:** davidgibbs@chubb.com; Mark Collingwood; Oliver Clark; Larry Jacobson
**Subject:** Decision Simulator Proposal
**Importance:** High

Hi Hamish,

Please see the attached proposal for the licensing costs and associated training for Decision Simulator. The prices are heavily discounted in line with the existing Blaze contract. No additional Blaze license(s) are needed as it is covered within the overall global Blaze ELA.

Happy to talk through / organise a call if needed?

Kind regards

Andy

Andy Moffat

Senior Account Executive

# FICO

5th Floor Cottons Centre,

Hays Lane,

London, SE1 2QP

Mobile: +447515 066012

andymoffat@fico.com



Confidential - Attorneys' Eyes Only

www.fico.com

Confidential - Attorneys' Eyes Only





| | |
|---|---|
| **Subject:** | **Decision Simulator** |
| **Distribution:** | **Hamish Tonkin (Chubb Insurance)** |
| | **David Gibbs (Chubb Insurance)** |
| | **Larry Jacobson (FICO)** |
| | **Mark Collingwood (FICO)** |
| | **Oliver Clark (FICO)** |
| **Date:** | **1st April 2015** |
| **Author:** | **Andy Moffat (FICO)** |

### (A) Introduction

This document is FICO's proposal for the provision for Decision Simulator within FICO Blaze Advisor. Below are the requirements and costs.

Chubb Europe, are embarking on a project to systematise their corporate property insurance spreadsheets, with Blaze Advisor positioned as the tool in which to do this.

### (B) Project Requirements

- Decision Simulator to be included in existing Blaze ELA contract
- Decision Simulator training

### (C) Costs

For the provision of a regional (UK) license for the use of Decision Simulator and the associated training course.

| Service | Cost |
|---|---|
| Decision Simulator UK license | £140,000 |
| Decision Simulator Training (DSA – 1.5 days)* | £8,000 |

*Assuming that Chubb have already had Blaze Fundamentals and RMA training.

All prices valid for 30 days only.

### (D) Next Steps

Following confirmation of Chubb Insurance's decision on how best to proceed, FICO will provide a short contract for review.

Should you have any questions on this offer, please do not hesitate to contact:

Andy Moffat
Senior Account Executive
T: 07515 066012
E: andymoffat@fico.com

Mark Collingwood
Sales Director
T: 07951 268505
E: andymoffat@fico.com

Confidential - Attorneys' Eyes Only                    FICO0001998

| | |
|---|---|
| **From:** | Hopp, Andrew D <Andrew.Hopp@Chubb.com> |
| **Sent:** | Wednesday, March 23, 2016 1:14 PM |
| **To:** | Lopata, Pamela <plopata@chubb.com>; Pawloski, Tamra A <tpawloski@chubb.com>; Harlam, William <Bill.Harlam@chubb.com> |
| **Subject:** | Fwd: New Chubb and FICO Dispute re Blaze Software License -Confidential Settlement Proposal Subject to FRCP Rule 408 |
| **Attach:** | Chubb LTD License Expansion Amendment 03-23-16 V5.doc; ATT00001.htm |

REDACTED

Begin forwarded message:

**From:** Tom Carretta <tomcarretta@fico.com>
**Date:** March 23, 2016 at 2:01:53 PM EDT
**To:** "andrew.hopp@chubb.com" <andrew.hopp@chubb.com>
**Subject: New Chubb and FICO Dispute re Blaze Software License - Confidential Settlement Proposal  Subject to FRCP Rule 408**

Hello Andrew.

As you are likely aware, the respective business teams have been working together on various proposals to resolve the dispute regarding breach of the license agreement between the Chubb &Sons division of Federal Insurance Company under "Old Chubb" as a result of the violation of the anti-assignment provision in Section 10 of the Agreement.  Additionally, we have become aware of two UK installations of the subject software, which is outside the scope of the Agreement.  Lastly, we have now become apprised of a probable third installation of the subject Blaze software in Canada, which is again outside the scope of the license Agreement.  The settlement proposals thus made do not include this third concern, save the enterprise proposal.

The proper license by Chubb & Sons  is limited to installation in the United States and only for Chubb & Sons and it's enterprise applications within the United States, where enterprise means Chubb & Sons controlled affiliates.  These applications include several core processing applications that rely on Blaze to effectuate business on Chubb & Sons behalf.

That said, FICO has extended  the settlement negotiation period longer than expected and FICO is now advising that we are concluding the extension of the cure period at end of business on March 30, 2016.  In the hope that we can conclude a business  based settlement, I am enclosing an updated Amendment designed to encompass an enterprise license to cure all defects and enable New Chubb to operate across all geographies (save those barred by law such as Iran and Syria).  Please let me know the direction of New Chubb and if you will be providing redlines and by when.  Short of a business solution, FICO will pursue all of its legal remedies.

Thank you.

Tom Carretta
Vice President Legal and Associate General Counsel
**FICO**
tomcarretta@fico.com
www.fico.com
Rosedale Corporate Plaza





Confidential

FED009413_0001

2665 Long Lake Road
Building C
Roseville, MN 55113 USA
Tel:  +1(612)-758-5494
Fax: +1(612-758-5201
Cell: +1(612)-205-0146
This message is confidential, may contain privileged information and is intended only for the recipient(s)
named above. If you are not an intended recipient, do not review, disseminate, copy or otherwise distribute
this email or its contents/attachments. If you feel you may have received this email in error, please
immediately inform the sender and delete the email and any attachments. Information transmitted via the
public internet is not secure and may be intercepted by third parties. Fair Isaac Corporation accepts no
liability for any such interception or damages related thereto and similarly accepts no liability for any virus
transmitted by this email or its contents.


This email and any files transmitted with it are confidential, proprietary and intended solely for the
individual or entity to whom they are addressed. If you have received this email in error please
delete it immediately.

FED009413_0002

**Amendment Three and License Transfer to**
**Software License and Services Agreement**

This Amendment Three ("**Amendment Three**") is dated March__, 2016 ("**Amendment Three Effective Date**") and is between Fair Isaac Corporation ("**Fair Isaac**") and Chubb Limited, through its division Chubb & Son ("**Client**").

A.  Fair Isaac and Client entered into the Software License and Services Agreement dated June 30, 2006 (LR30073) whereby Client licensed certain Fair Isaac Products known as Blaze Advisor on a Named Application basis.

B.  Fair Isaac and Client entered into Amendment One on August 01, 2006 whereby the Named Application license was expanded to a Divisional Enterprise License as more fully described therein.

C.  Fair Isaac and Client entered into Amendment Two on December 28, 2006 whereby the Divisional Enterprise License was expended to an Enterprise License as more fully described therein.

D.  Ace Limited, now known as Chubb Ltd., acquired The Chubb Corporation on January 14, 2016 effecting a change of control requiring consent to assign the Agreement from Chubb and Son, a division of Federal Insurance Company, which itself is a wholly owned and controlled subsidiary of the Chubb Corporation. The Agreement requires Fair Isaac consent to transfer and assign the Agreement to Chubb Limited.

E.  Additionally, Chubb & Son is utilizing three Named Applications outside the authorized Territory under the Agreement.

F.  The parties desire to have the Blaze Advisor Enterprise license provided under the Agreement transferred to Chubb Limited and to otherwise modify and rectify the Agreement to reflect current and future use as described herein, and to otherwise compromise, settle and resolve any disputes related to the foregoing.

G.  In consideration of the foregoing, and other consideration, the receipt and sufficiency of which is acknowledged by the parties, the parties hereby agree as follows:

　　1.　Replacement License. The parties agree the license to use the Fair Isaac Products set forth in the Agreement is hereby terminated and of no further force and effect; and that in lieu thereof, Fair Isaac hereby grants Client a license to use the Fair Isaac Products listed on Exhibit A attached hereto on the terms and conditions listed in the Agreement and as set forth in Exhibit A.

　　2.　General. Unless otherwise indicated, capitalized terms used in this Amendment Three have the meanings given them in the Agreement. Except as expressly amended by this Amendment Three, the provisions of the Agreement continue in full force and effect. If there is a conflict between the Agreement and this Amendment Three, the terms of this Amendment Three control. This Amendment Three, together with the terms of the Agreement, constitute the full and entire understanding and agreement between the parties with regard to the subject matter hereof, and supersedes all prior or contemporaneous proposals and all other oral or written understandings, representations,

FED009414_0001

conditions, and other communications between the parties relating to such subject matter, as well as the terms of all existing or future purchase orders and acknowledgements.

Fair Isaac and Client are signing this Amendment Three as of the Amendment Three Effective Date, notwithstanding the date of the parties' actual signatures.

**Fair Isaac Corporation**                    **Chubb Limited**

By: _____        By: _____

Name: _____        Name: _____

Title: _____        Title: _____

Date Signed: _____       Date Signed: _____

Instructions to Client:

1. *Appropriate corporate officer should execute 2 copies of the document.*

2. *Complete all requested information below:*

| Information For Notices: | For Client: | For Fair Isaac: |
|---|---|---|
| Address: | | 3661 Valley Centre Drive, Suite 500 |
| | | Reference LR 1810755 |
| City/State: | | San Diego, CA |
| Zip/Code: | | 92130 |
| Country: | | USA |
| Attention: | | Contracts Administrator |
| Fax: | | 858-523-4450 |

3. *Complete information below if different from above:*

| | Return executed contract to Client at: | Client's billing information: | Deliver Software to: |
|---|---|---|---|
| Address: | | | |
| | | | |
| City/State: | | | |
| Zip/Code: | | | |
| Country: | | | |
| Attention: | | | |
| Phone: | | | |
| Fax (optional): | | | |
| Email: | | | |

FED009414_0003

**EXHIBIT A - PRODUCTS, FEES, PAYMENTS, AND ADDITIONAL TERMS**

**Blaze Advisor**

### 1.    FAIR ISAAC PRODUCT DESCRIPTION

1.1.    "**Fair Isaac Product(s)**" means the Blaze Advisor products and Model Translator for SPLM (SRL) product listed below. The Blaze Advisor Development product allows a developer to utilize design and testing tools and to run a non-production deployment environment for testing use only. The Blaze Advisor Deployment product consists of the Blaze Advisor Rule Server and Engine and allows the software to be run on a system handling production-level processing. The Model Translator for SPLM products allows a developer to translate SAS code to Blaze Advisor's native programming language (SRL) for deployment.

### 2.    LICENSE AND SUPPORT AND MAINTENANCE FEES

| Product | Item # | Term | Scope/Quantity | Price | Total |
|---|---|---|---|---|---|
| Blaze Advisor Development Platform: JAVA and .Net | 280-DVLI-03 | Perpetual | Enterprise use within the Territory | $990,000 | $990,000 |
| Blaze Advisor Deployment Platform: JAVA and .Net | 280-DPLI-03 | Perpetual | Enterprise use within the Territory | $2,720,000 | $2,720,000 |
| Documentation for Blaze Advisor and Decision Simulator: User guide (available in HTML or PDF) | N/A | Perpetual | 1 set | Electronic copy included with software license | Included in license fees above |
| Model Translator for SPLM (SRL) | 280-MTSL-PL | Perpetual | Enterprise use within the Territory | $1,100,000 | $1,100,000 |
| Documentation for Model Translator for SPLM (SRL) | N/A | Perpetual | 1 set | Electronic copy included with software license | Included in license fees above |
| Gross License Fees | | | | | $4,810,000 |
| 100% Credit for All Previous Blaze Advisor License Fees Paid Under the Agreement | | | | | <$1,473,750> |
| Total Net License Fees | | | | | $3,336,250 |
| Support and Maintenance Fee for Blaze Advisor and Model Translator for SPLM (SRL) | 280-OOMN-08 280-MTSM-MN | Initial Term: One year | 1 | $962,000 Per Year: 20% of Total Gross License Fees | $962,000* Year One (Annual fee thereafter - subject to annual adjustment) |
| **TOTAL NET LICENSE AND FIRST YEAR SUPPORT AND MAINTENANCE FEES – ($USD)** | | | | | **$4,298,250** |

FED009414_0004

| Amendment One to Fair Isaac Software License and Services Agreement | | Page 5 of 9 |
|---|---|---|
| FI Contract Number: | | FI LR |

\* If Client has paid any support and maintenance fees under the Agreement, those amounts received by Fair Isaac and applicable to periods after the date of this Amendment 3 shall be applied to the first year support and maintenance fees listed above. The Client's anniversary date for support and maintenance renewals shall be the Amendment 3 Effective Date.

## 3.    PAYMENT OF FEES AND EXPENSES

3.1    License Fees. Client owes the license fees described above once this Amendment Three has been executed by both parties. Notwithstanding any otherwise applicable payment terms, Client shall pay the license fees according to the following schedule:

| Payment Number | Payment Amount | Payment Due Date* |
|---|---|---|
| 1 | $ 1,668,125 | Upon execution of this Amendment |
| 2 | $ 1,668,125 | January 02, 2017 |

\* Amounts are due and payable on this date regardless of the invoice date or any otherwise applicable payment terms.

3.2    Support and Maintenance Fees. Client will be invoiced for the  the Support and Maintenance Fees in the amount of $962,000 for the first year once this Amendment Three has been executed by both parties. Client shall pay Support and Maintenance Fees annually thereafter in advance while support and maintenance is in effect. The Support and Maintenance Fees set forth above cover only the licenses to the Fair Isaac Products set forth in this document and do not cover any other licenses to the Fair Isaac Products granted to Client under any other agreement. The total Support and Maintenance Fees for the Fair Isaac Products for future years will be calculated based on the total license fees paid by Client for the Fair Isaac Products under this document and all other agreements.

3.3    Ongoing Fees. All ongoing fees specified in this Order Form will be reviewed approximately each anniversary of the Effective Date and may be increased by Fair Isaac. Any increase in fees resulting from that review will not exceed the most recently available annual change in the United States CPI. "CPI" means the Consumer Price Index for All Urban Consumers (CPI-U) for the U.S. City Average for All Items, 1982-84=100, as published by the US Bureau of Labor Statistics.

## 4.    ADDITIONAL TERMS

4.1    Client's licenses to the Fair Isaac Product(s) are limited as follows:

(a)    **Territory:** Worldwide except those countries to which exports are prohibited by the laws of the United States.

(b)    **License Scope:** Enterprise-Wide as defined in Section 4.3

(c)    **Additional Limitations:** .NET and JAVA platforms only

4.2    Platforms/Options. Client's license to the Fair Isaac Product includes the right to use only the Java and .NET version of the Fair Isaac Product If Client desires versions of the Fair

| Amendment One to Fair Isaac Software License and Services Agreement | | Page 6 of 9 |
|---|---|---|
| FI Contract Number: | | FI LR |

Isaac Product for additional supported platforms, an additional fee applies. Unless specifically noted as being purchased in this Exhibit A, Client does not obtain any right to options or additional related products (e.g., Compiled Sequential,) by virtue of its purchase of a license to the Fair Isaac Product.

    4.3    Enterprise-Wide License.   For purposes of this Amendment Three, the Enterprise-Wide License shall mean that the Client and its Affiliates may use the Fair Isaac Product within the Territory for their internal business purposes, with no limitation on the number of Seats or CPUs, subject to and in accordance with all of the provisions of the Agreement. "Affiliates" shall mean any other entity directly or indirectly controlled by Client, where "control" means the ownership of more than 50% of the aggregate of all voting interests (representing the right to vote for the election of directors or other managing authority) in an entity. Such other entity is an Affiliate only during the period that such "control: exists. Client shall at all times be responsible for its Affiliates' use of the Fair Isaac Product.

FED009414_0006

| Amendment One to Fair Isaac Software License and Services Agreement | | Page 7 of 9 |
| --- | --- | --- |
| FI Contract Number: | | **FI LR** |

## EXHIBIT C - FAIR ISAAC SOFTWARE SUPPORT AND MAINTENANCE POLICY

### 1.    DEFINITIONS

"**Client**" means Chubb Limited

"**Fair Isaac**" means Fair Isaac Corporation and its subsidiaries.

"**Fair Isaac Product**" means **FICO Blaze Advisor and FICO Model Translator for SPLM (SRL)**

"**Errors**" means persistent malfunctions, inherent within the Software, that prevent the Software from operating according to its technical documentation.

"**Maintenance Fees**" means the support and maintenance fees applicable to the Software licensed by Client. In the case of software licensed on a subscription basis, the Maintenance Fees are included in the applicable subscription fees.

"**Product Support Hours**" are 6:00 a.m. to 5:00 p.m. Pacific Time, Monday through Friday, excluding holidays observed by Fair Isaac in the United States.

"**Software**" means the following Fair Isaac software product(s) licensed by Client:

### 2.    SUPPORT AND MAINTENANCE SERVICES GENERALLY

2.1.    Subject to payment of the appropriate Maintenance Fees by Client, and compliance by Client with the terms of this policy and the applicable license agreement, Fair Isaac shall provide Client with support and maintenance services for the Software as set forth in this policy.

2.2.    Fair Isaac provides support and maintenance services for licensed Software during both implementation and production use when operated on supported platforms installed on designated or approved equipment, as set forth in the technical documentation for the Software. Support is currently provided in the English language only.

2.3.    Subject to Article 5 (Exclusions), maintenance includes any standard Software versions and releases generally made available to Fair Isaac's customers that are current on Maintenance Fees. Those versions and releases will be provided to Client under this policy on an if-and-when-available basis.

### 3.    TECHNICAL SUPPORT

3.1.    Fair Isaac will make commercially reasonable efforts, during Product Support Hours, to address Client's questions about the Software, to resolve operating problems that are attributable to the Software, and to resolve verified, reproducible Errors in the Software.

3.2.    Client agrees: (i) to set up primary and secondary liaisons who have been trained on the Software; (ii) that all support requests will be centralized through the primary and secondary liaisons; (iii) to use commercially reasonable efforts to diagnose and resolve problems in the operation of the Software prior to contacting Fair Isaac for support; (iv) to use commercially reasonable efforts to verify that reported problems are due to a malfunction of the

FED009414_0007

| Amendment One to Fair Isaac Software License and Services Agreement | | Page 8 of 9 |
|---|---|---|
| FI Contract Number: | | FI LR |

Software, and not due to the operating system, hardware, data, interfaces, or improper use of the Software, prior to contacting Fair Isaac for support; and (v) and to submit support requests to Fair Isaac Product Support through the designated contacts or other methods that Fair Isaac may provide.

## 4.    TERM; TERMINATION; REINSTATEMENT

4.1.    Fair Isaac's support and maintenance obligations under this policy commence upon shipment of the Software and will continue for an initial term of one year. Maintenance Fees will be invoiced on an annual basis in advance. For as long as Fair Isaac makes maintenance for the Software generally available to all of its customers, the support and maintenance service will automatically renew for consecutive one-year terms unless Client gives Fair Isaac 30 days' written notice, prior to the end of the current term, of its intent not to renew. Support and maintenance during renewal terms will be subject to the Support and Maintenance Policy in effect for the Software at the time of renewal. Maintenance Fees applicable to renewal terms may be increased by Fair Isaac, but no increase may exceed the most recently available annual change in the CPI. "CPI" means the Consumer Price Index for All Urban Consumers (CPI-U) for the U.S. City Average for All Items, 1982-84=100, as published by the US Bureau of Labor Statistics.

4.2.    Fair Isaac may terminate support and maintenance services under this policy upon at least 30 days' written notice if Client is in breach under this policy or any license agreement relating to the Software and does not cure the breach before the end of the notice period. Fair Isaac will have no obligation to resume support and maintenance services following a termination for cause under this section.

4.3.    Fair Isaac may, at its sole discretion, reinstate lapsed or terminated support and maintenance services, in accordance with its then-current policies, upon payment by Client of the applicable reinstatement fee.

## 5.    EXCLUSIONS

5.1.    Services outside the scope of this policy are subject to availability of resources and will be charged for separately at Fair Isaac's then-current rates for those services. The following are outside the scope of this policy:

(a)    Support services provided outside of Product Support Hours or any other hours as are provided for in Section 6 (Severity Levels and Response Times).

(b)    Support service that becomes necessary due to failure of computer hardware, equipment or programs not provided by Fair Isaac; negligence of Client or any third party; operator error; improper use of hardware or software (including the Software); any problem or loss not solely attributable to the Software; problems stemming from Client not applying all required maintenance releases; or problems due to unauthorized modification or adaptation of the Software by Client.

(c)    Development, customization, coding, installation, integration, consulting and training.

(d)    Optional, separately-priced Software features that may be made available by Fair Isaac with new versions or releases of the Software.

FED009414_0008

| Amendment One to Fair Isaac Software License and Services Agreement | Page 9 of 9 |
|---|---|
| FI Contract Number: | FI LR |

5.2.    Unless otherwise indicated in the applicable Order Form or license agreement, Fair Isaac has no obligation to provide support or maintenance services for other than (i) the current release of the Software and (ii) one prior release of the Software, but only for a maximum of one year after release of a subsequent release.

6.    **SEVERITY LEVELS AND RESPONSE TIMES**. Upon Client's report of a problem with the Software, a Fair Isaac representative will acknowledge the report by issuing a confirmation to Client, either by phone or email, and Fair Isaac will assign a Severity Level to the problem based on the type of issue reported, according to the following schedule:

| Severity | Condition | Response Time/Action |
|---|---|---|
| 1 | **Production Down Emergency: An Error in the production environment that inhibits all or substantially all of the Software from functioning in accordance with its documentation. A severity "one" problem is both severe and mission-critical.:** | Provide: (a) a phone response within 1 hour during Fair Isaac's Product Support Hours and |
| | | (b) an action plan within 4 hours for the development of a patch or a bypass for the Error. |
| | | Following the development of the patch or bypass, Fair Isaac will notify Client of inclusion of the patch or a solution in a revision of the Software. |
| | | Once identified and logged, Fair Isaac will provide all necessary services to resolve a Severity-One condition on a diligent-efforts priority basis seven days per week until that condition has been patched or bypassed. |
| 2 | **Production Impaired: An Error in the production environment where major functionality of the Software is inhibited, but the Error does not materially disrupt Client's business** | Provide: (a) a written or phone response within 4 hours during Fair Isaac's Product Support Hours and |
| | | (b) an action plan within 2 business days for a bypass for the Error or |
| | | (c) an action plan within 5 business days for developing a patch for the Error. |
| | | Following the development of the patch or bypass, Fair Isaac will notify Client of inclusion of the patch or a solution in a revision of the Software. |
| | | Fair Isaac will work on the Error during Product Support Hours. |
| 3 | **Production Inhibited: An Error in the production environment where a feature of the Software is inhibited, but the Error does not materially disrupt Client's business** | Provide: (a) a written or phone response within one business day and |
| | | (b) Consider for correction or inclusion in the next revision of the Software. |
| 4 | **General Assistance: A "how to" question; an Error that is minor or cosmetic in nature; or an enhancement request to be considered for a future revision of the Software** | Provide: (a) a written or phone response within 2 business days and |
| | | (b) Consider for correction or inclusion in the next revision of the Software. |

FED009414_0009

Confidential



Fair Isaac Corporation
3661 Valley Centre Drive
San Diego, CA 92130 USA
T 858 369 8000
F 858 369 8001
www.fico.com

Mr. Andrew D. Hopp
Deputy General Counsel
Chubb Ltd.
436 Walnut Street
Philadelphia, PA 19106

Make every decision count.™

Via Email and FEDEX                        andrew.hopp@chubb.com

March 30, 2016

RE:   **Software License and Maintenance Agreement (Blaze Advisor) dated June 30, 2006, as Amended, by and between Fair Isaac Corporation ("FICO") and Chubb & Son, a division of Federal Insurance Company ("Chubb & Son") (FI LR#30073) (the "Agreement")**

Dear Mr. Hopp,

As you are aware, FICO notified Chubb Limited by letter dated January 27, 2016, addressed to Mr. Joseph F. Wayland, General Counsel, that the merger of Chubb Corporation and ACE Limited, resulting in Chubb Limited ("New Chubb") and subsequent attempt to assign the agreement to New Chubb is a breach of Section 10.8 of the above-referenced Agreement, and the attempted transfer and assignment is void and of no force or effect. Further, FICO had notified its Chubb client contact prior to the merger that consent was required.

Additionally, I notified you via email on March 11, 2016 that FICO had become aware of a further material breach due to the use of the Software outside the United States in two applications utilized in the United Kingdom. Moreover, during the period of time in which FICO and New Chubb attempted to resolve the breach of Section 10.8, we became aware of a further application in Canada, and the disclosure of confidential information to an unauthorized third party consultant; this information was conveyed to the New Chubb business counterpart Tamra Pawloski, VP of Software Compliance and Optimization.

Attempts to amicably resolve this dispute over the last several months have been unsuccessful. Accordingly, this letter serves as notice that the Agreement is terminated effective on March 31, 2016 at 5 p.m. Eastern Standard Time. Please take further notice of the provisions of Section 9.3 of the Agreement. As noted in my January 27, 2016 letter, FICO considers New Chubb's current use, and any future use, of the software as a breach of the Agreement and willful infringement of all applicable intellectual property rights, including but not limited to FICO's underlying copyrights and patents.

Sincerely,

FAIR ISAAC CORPORATION

Thomas F. Carretta
Associate General Counsel

EXHIBIT
**7**

EXHIBIT
*103*
10-9-18 Carretta

Thomas Carretta - CONFIDENTIAL - ATTORNEYS' EYES ONLY  -  10/9/2018
Fair Isaac Corporation vs. Federal Insurance Company, et al.

```
1                 UNITED STATES DISTRICT COURT

2                    DISTRICT OF MINNESOTA

3
       --------------------------------------------------
4    FAIR ISAAC CORPORATION, )
                             )
5            Plaintiff(s),)
                             )
6        vs.                 ) File No. 16-cv-1054(WME/DTS)
                             )
7    FEDERAL INSURANCE       )
     COMPANY,                )
8    and ACE AMERICAN        )
     INSURANCE COMPANY,      )
9                            )
             Defendant(s).)
10     --------------------------------------------------

11

12

13                      CONFIDENTIAL

14                   ATTORNEYS' EYES ONLY

15

16                       DEPOSITION

17        The following is the videotaped deposition of

18   THOMAS CARRETTA, taken before Julie A. Brooks, Notary

19   Public, Registered Professional Reporter, pursuant to

20   Notice of Taking Deposition, at Fredrikson & Byron,

21   4000 US Bank Plaza, 200 South Sixth Street,

22   Minneapolis, Minnesota, commencing at 9:09 a.m.,

23   Tuesday, October 9, 2018.

24                                          EXHIBIT

25                                            8
```

CASE 0:16-cv-01054-DTS   Doc. 317-2   Filed 06/18/19   Page 37 of 48
Thomas Carretta - CONFIDENTIAL - ATTORNEYS' EYES ONLY   -   10/9/2018
Fair Isaac Corporation vs. Federal Insurance Company, et al.

1 issue to your attention, correct?
2     A.  Yes.
3     Q.  So you see here, at the bottom of the
4 first page of -- or the front page of Exhibit 47, it
5 says -- Mike Sawyer writes, "Richard, I am the CP for
6 Chubb."  What is CP?
7     A.  Client partner.
8     Q.  "They do have a Global ELA for Blaze and
9 have automated UW Application running in the UK
10 already."  Do you see that?
11     A.  I do.
12     Q.  What is UW application?
13     A.  I have no idea.
14     Q.  Does this indicate to you that FICO was
15 well aware of Chubb's use of Blaze in Europe as early
16 as at least 2012?
17     A.  No.
18     Q.  Why not?
19     A.  It indicates that the client partner
20 thinks he understands the contract and is making an
21 opinion.  It doesn't mean FICO did.
22     Q.  Okay.  And you think he's wrong about
23 the contract?
24     A.  I do.
25     Q.  Is it significant to you that the

Page 209

1 contract was interpreted by the client partner
2 throughout the term of the license and Chubb used the
3 license pursuant to that interpretation?
4     MS. KLIEBENSTEIN:  Objection.  Vague.
5 And I -- given his position as a lawyer, I think that's
6 going to call for work product as it relates to the
7 present dispute.
8     MS. JANUS:  Are you going to answer the
9 question?
10     MS. KLIEBENSTEIN:  If you need the
11 question re-read back to you, before you decide to
12 answer it --
13     THE WITNESS:  No.  You are asking me for
14 my analysis.  That's work product.
15 BY MS. JANUS:
16     Q.  I'm just asking if -- I mean, you've
17 taken the position, in writing, to Chubb several times
18 that you just became aware of non-compliant uses
19 outside of the United States.  That's correct?
20     A.  Yes.
21     Q.  I'm asking, wouldn't you want to know
22 about the way FICO actually conducted its business and
23 interpreted the contract during the pendency of the
24 license to form that conclusion?
25     MS. KLIEBENSTEIN:  Same objection.  The

Page 210

1 question calls for work product.
2     You can answer it if doing so won't
3 reveal any investigation work product.
4     THE WITNESS:  I would want to know
5 what's in the file and what authorized officers of FICO
6 said.
7 BY MS. JANUS:
8     Q.  It does not matter to you how the client
9 partner at FICO interpreted the scope of the contract;
10 is that fair?
11     MS. KLIEBENSTEIN:  I'm going to object
12 to that on work product grounds.
13     I'm going to instruct you not to answer.
14     (Instruction not to answer.)
15     THE REPORTER:  I didn't get the answer.
16 I'm sorry.
17     THE WITNESS:  The answer is:  That's
18 work product, for sure, and I won't answer that.
19 BY MS. JANUS:
20     Q.  Is a client partner an authorized
21 representative of Chubb?
22     A.  No.
23     Q.  A client partner is the -- I'm sorry.
24 Is a client partner an authorized representative of
25 FICO?

Page 211

1     A.  No.
2     Q.  And the client partner is the FICO
3 employee who primarily interfaces with a particular
4 client, correct?
5     A.  I don't know if I agree it is primarily.
6 They are one of the people that interface with
7 clients.
8     Q.  Does any other position at FICO
9 interface with clients more than a client partner
10 would?
11     MS. KLIEBENSTEIN:  Objection.  Calls for
12 speculation, foundation.
13     THE WITNESS:  I think the answer is
14 probably yes.  There is professional services people
15 that are on engagements that involve many hours.
16 There's client partners.  There's client service
17 managers.  There's the maintenance organization.
18 There's all kinds of interfacing.
19 BY MS. JANUS:
20     Q.  And so if a client needs something,
21 whether it's additional product or additional services,
22 the client partner is often the first point of contact
23 for the client; is that fair?
24     A.  I don't know if I'd agree with that.  I
25 think every circumstance is different with the

Page 212

**Thomas Carretta - CONFIDENTIAL - ATTORNEYS' EYES ONLY  -  10/9/2018**
**Fair Isaac Corporation vs. Federal Insurance Company, et al.**

1 relationships.  They're part of the process.

2      Q.  And if the client asks the client

3 partner what the scope of the software license is that

4 governs their relationship, can the client rely upon

5 the client partner's response to that question?

6      MS. KLIEBENSTEIN:  Objection.

7 Foundation, speculation.

8      THE WITNESS:  I don't know what your

9 client would do.

10 BY MS. JANUS:

11      Q.  That's not my question.  My question is:

12 From your perspective, can the client rely upon the

13 client partner's response to that question?

14      MS. KLIEBENSTEIN:  Objection.

15 Foundation, speculation.

16      THE WITNESS:  I would point you to the

17 contract that says you have to have written

18 amendments.

19 BY MS. JANUS:

20      Q.  Can the client rely upon the client

21 partner's answer to the question?

22      A.  I don't know what your clients can do.

23      Q.  I'm not asking you if you know what my

24 client is going to do.  I'm asking you whether, based

25 on your understanding, the client can rely upon the

                                        Page 213

1 on what they agreed to in writing.

2      (Exhibit 100 marked.)

3 BY MS. JANUS:

4      Q.  I'm showing you what's been marked as

5 Exhibit 100.  This is an e-mail from you to Andrew Hopp

6 at Chubb.  In the first paragraph, in the middle of the

7 paragraph, you say, "Additionally, we have become aware

8 of two UK installations OF the software, which

9 is outside of the scope of the Agreement."

10      Again, so now do you understand that, in

11 fact, the business people at FICO had been aware of the

12 UK installations of the software for several years at

13 the time you wrote this email?

14      A.  I don't know what those guys knew when.

15 I just know what I know.

16      Q.  And you didn't check with them?

17      A.  I checked the inquiries that were made

18 within the maintenance organization, somebody that logs

19 a ticket from overseas indicates that they have a

20 question about the software use or how it functions.

21      Q.  You are writing it as if you just became

22 aware.  "Additionally, we have become aware of two UK

23 installations," as if this is new information,

24 correct?

25      A.  This was new information to me.

                                        Page 215

1 answer he or she gets from the client partner relating

2 to the scope of the contract?

3      A.  The prior question asked me can the

4 client rely on what a client partner might say.

5      Q.  About the scope of the contract, yeah.

6      A.  My answer is I don't know what your

7 client is going to do.  I'm not your client.

8      Q.  But do you think they are entitled to

9 rely upon the answer they receive from the client

10 partner?

11      MS. KLIEBENSTEIN:  Objection.

12 Speculation, foundation.

13      THE WITNESS:  I don't know if they are

14 entitled or not.  But they understand they have a

15 contract, and the contract, mutually agreed, says

16 they'll both agree to things in writing.

17 BY MS. JANUS:

18      Q.  You don't know if they are entitled to

19 rely on what the client partner's answer is, though?

20      A.  I think they've agreed that they are

21 only going to rely on what they agreed in writing.

22      Q.  So they should not agree on what the

23 client partner says is the scope of the contract?

24      A.  I didn't say that.  I said that they can

25 rely on what the contract says, that they should rely

                                        Page 214

1      Q.  Okay.  Did you think, maybe I should

2 check into how long the business people at FICO knew

3 about the U.K. installations prior to writing the

4 email?

5      MS. KLIEBENSTEIN:  Objection.  Calls for

6 work product.

7      THE WITNESS:  It is absolutely work

8 product.  I won't answer that question.  I don't

9 appreciate your tone, either.

10 BY MS. JANUS:

11      Q.  Well, you are representing here, we,

12 FICO, have become aware of two U.K. installations.

13 Your representation is this is new information to FICO.

14 That's false.

15      MS. KLIEBENSTEIN:  Wait for a

16 question.

17      THE WITNESS:  I'm waiting for your

18 question.  You are just making an accusation.

19 BY MS. JANUS:

20      Q.  Well, the question I asked was:  Did you

21 think you should inquire as to whether that would be a

22 false statement?

23      A.  You are again asking for work product

24 here.  How I run my practice is my business.  How I

25 interface with my clients is my business.

                                        Page 216

**Thomas Carretta - CONFIDENTIAL - ATTORNEYS' EYES ONLY   -   10/9/2018**
**Fair Isaac Corporation vs. Federal Insurance Company, et al.**

Page 217

1  Q.  Do you understand now it is a false
2  statement?
3       A.  It is not a false statement.
4       MS. KLIEBENSTEIN:  Objection.  Hold on.
5  Objection.  Argumentative, mischaracterizes his
6  testimony.
7  BY MS. JANUS:
8       Q.  In the last paragraph, you state, "In
9  the hope that we can conclude a business based
10  settlement, I am enclosing an updated Amendment
11  designed to encompass an enterprise license to cure all
12  defects and enable New CHUBB to operate across all
13  geographies."  "Let me know the direction of New Chubb
14  and if you'll be providing redlines and by when."
15       In your attachment in Exhibit 100,
16  Exhibit A lists the license fees that Chubb would be
17  required to pay, correct?
18       A.  It has got some pricing in there, yes.
19       Q.  And in this proposal that you sent on
20  March 23rd, the total net license and first year
21  support and maintenance fees are $4,298,250, correct?
22       A.  Yes.  Including maintenance, yes.
23       Q.  So under this proposal, for Chubb to
24  continue using the Blaze software, they would be
25  required to pay an additional $4,298,250, correct?

Page 218

1       A.  Yeah.  In this proposal, yes.  There's
2  some extra software in there, I think, Model
3  Translator.
4       (Exhibit 101 marked.)
5  BY MS. JANUS:
6       Q.  I'm showing you what's been marked as
7  Exhibit 101.  This appears to be Chubb's response to
8  the latest proposal.  In this proposal, Chubb proposes
9  paying an additional $818,750 to continue using the
10  Chubb -- the Blaze software, correct?
11       A.  No.  Because it talks about different
12  changes within the license terms, as well.  So for
13  instance, it has an SAS SRL bit in there and a few
14  other changes.  I think this reflects what Chubb thinks
15  they need.
16       Q.  And their proposal is to pay an
17  additional $818,750, correct?
18       A.  That's what their proposal says, if I
19  understand it correctly, plus maintenance.
20       (Exhibit 102 marked.)
21  BY MS. JANUS:
22       Q.  I'm showing you what's been marked as
23  102.  This is -- oh, you have two copies there.  One is
24  for your lawyer.  This is an email dated March 27th
25  from Russ Schreiber to Tamra Pawloski.  And he advises

Page 219

1  that the offer she sent was not acceptable to FICO,
2  correct?
3       A.  I don't know.  I haven't read this.  It
4  looks like an explanation of FICO's -- a rejection of
5  their proposal from Tamra Pawloski and a reiteration of
6  what the FICO offer is.
7       Q.  Ultimately, what ended up happening with
8  these proposals that went back and forth?
9       (Exhibit 103 marked.)
10       MS. KLIEBENSTEIN:  This is 103?
11       THE WITNESS:  Yes.
12       MS. KLIEBENSTEIN:  Was there -- could
13  you read back that question?
14  BY MS. JANUS:
15       Q.  What happened with the proposals that
16  went back and forth, ultimately?
17       A.  They never reached agreement.
18       Q.  Okay.  And so what happened next?
19       A.  Terminated the license by this letter.
20       Q.  So Exhibit 103 is your license
21  termination letter?
22       A.  Uh-huh.
23       Q.  Yes?
24       A.  Yes.  Sorry.
25       Q.  And the grounds for the termination are

Page 220

1  set forth in the letter; is that right?
2       A.  They were stated in the earlier breach
3  notice and, additionally, in additional letters that
4  are referenced in this Exhibit 103.
5       Q.  In your view, based on your experience
6  with FICO software licenses, what does it mean that
7  FICO cannot unreasonably withhold its consent to a
8  transfer of a license?
9       MS. KLIEBENSTEIN:  Objection.  Calls for
10  a legal conclusion.  I'm going to -- and an expert -- I
11  mean, that's a legal issue, right, so --
12       THE WITNESS:  You are asking me to draw
13  a legal conclusion about something and also for my
14  thought processes.  I don't want to provide you my
15  thought processes, because they're work product --
16       MS. JANUS:  Okay.  So --
17       THE WITNESS:  -- in the context of all
18  this.
19  BY MS. JANUS:
20       Q.  So you are refusing to answer that
21  question?
22       A.  Uh-huh.
23       Q.  Yes?
24       A.  Yes.
25       Q.  Do you believe that Chubb's refusal to

1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MINNESOTA
2   -----------------------------------------------
    FAIR ISAAC CORPORATION,
3
                        Plaintiff,
4

5        v.              Court File No. 16-cv-1054(WMW/DTS)

6

7   FEDERAL INSURANCE COMPANY,
    an Indiana corporation, and ACE
8   AMERICAN INSURANCE COMPANY,
    a Pennsylvania corporation,
9
                        Defendants.
10  -----------------------------------------------

11

12

13                    VIDEO DEPOSITION OF

14                    THOMAS CARRETTA

15                    MARCH 22, 2019

16                     9:31 A.M.

17

18

19

20

21

22

23                                          EXHIBIT

24                                             9

25

1 A.   Yes.

2 Q.   The date of this e-mail is May 11, 2009, correct?

3 A.   **May 12th.  Oh, I'm sorry, yeah, it was -- it's May**
4     **11th.**

5 Q.   Okay.  And the subject is Drools versus Blaze,
6     correct?

7 A.   **Yes.**

8 Q.   So this is five and a half months or so after the
9     e-mails we reviewed relating to the consideration
10    of Chubb's use of Blaze in Europe, correct?

11    MS. KLIEBENSTEIN:  Objection,
12    mischaracterizes the previous exhibits and
13    testimony.

14    THE WITNESS:  I don't know what they were
15    talking about in November, and then this is a
16    subsequent communication.

17    BY MS. JANUS:

18 Q.   Okay.  This communication is about five and a half
19    months after the discussions we looked at that
20    were taking place in November of 2008, correct?

21 A.   **Yes.**

22 Q.   And you said that's the first time you saw
23    Mr. Wach's e-mail concluding that the enterprise
24    license agreement was global?

25    MS. KLIEBENSTEIN:  Objection,

Page 68

1     issue?"

2 A.   I see that sentence, yes.

3 Q.   Would you say that at least by this point in time,
4     May of 2009, FICO was aware that Chubb was
5     contemplating the use of Blaze in Europe?

6     MS. KLIEBENSTEIN:  Objection, calls for
7     speculation.

8     THE WITNESS:  I don't know the answer to
9     that.

10    BY MS. JANUS:

11 Q.   Could you take a look at Exhibit 74?

12 A.   **Should I look at this book or should I use that?**

13 Q.   Yeah, you can use that book, the document
14    previously marked as Exhibit 74.

15 A.   **Okay.**

16 Q.   This is dated July 22, 2009, and it's an e-mail
17    from Mike Sawyer to Henry Mirolyuz, correct?

18 A.   **Yes, it is.**

19 Q.   In the e-mail, Mr. Sawyer says, "Hi Henry, per our
20    call earlier, attached is the Blaze case study
21    with Aviva in the UK that might serve as a good
22    source of information as you try and promote the
23    use of Blaze in the Europe," right?

24 A.   **Yes.**

25 Q.   Does it appear that again as of July of 2009 FICO

Page 70

1     mischaracterizes the document.

2     THE WITNESS:  I don't remember ever seeing
3     that document, no.  I'm not on it.

4     BY MS. JANUS:

5 Q.   Do you know whether this e-mail and the attachment
6     relates to Chubb's use of Blaze in Europe?

7 A.   **No, this document seems to be doing some sort of**
8     **comparison.**

9 Q.   And are you aware that FICO was involved in
10    assisting Chubb in Europe with its analysis of
11    whether to use Blaze or Drools?

12    MS. KLIEBENSTEIN:  Objection, calls for
13    speculation.

14    Could you read back the question for me
15    again?

16    (The question was read back by the court
17    reporter.)

18    MS. KLIEBENSTEIN:  Objection, calls for
19    speculation.

20    THE WITNESS:  I don't know the content of
21    this really to be honest, and I don't recall this.

22    BY MS. JANUS:

23 Q.   Do you see the last sentence of Mr. Sawyer's
24    e-mail to Mr. Mirolyuz is, "Also, when do you plan
25    to meet with the team in the UK to discuss this

Page 69

1     was aware that Chubb was considering the use of
2     Blaze in Europe?

3     MS. KLIEBENSTEIN:  Objection, calls for
4     speculation.

5     THE WITNESS:  I can only reflect on what he
6     says here.

7     BY MS. JANUS:

8 Q.   Based on that, do you -- are you able to form a
9     conclusion about FICO's knowledge?

10 A.   **Not really.  He sent a case study for another**
11    **insurance company from the looks of it.**

12 Q.   Showing you what's been marked previously as
13    Exhibit 47, this is a string of e-mails dated
14    August 14, 2012.  Let me know when you've had a
15    chance to review it.

16 A.   **Okay.**

17 Q.   If you take a look at the first e-mail in the
18    chain, so on the second page, it's from Richard
19    Hill to Russ Schreiber dated August 14, 2012,
20    correct?

21 A.   **Yes.**

22 Q.   And Richard Hill was involved in the e-mails that
23    we looked at from November of 2008, correct?

24 A.   **He was indicated as inside of these ex -- yeah,**
25    **394 -- or 310, excuse me.**

Page 71

1 Q. So he was on the log in 310. He -- you exchanged
2 an e-mail or two with Richard Hill in November of
3 2008, correct?
4 A. Yeah, one e-mail apparently.
5 Q. He e-mailed you on November 12, 2008, correct?
6 A. No, he e-mailed Simon and I was on the cc line.
7 Q. So you were on the e-mail that he sent in --
8 A. I was carbon copied, yes.
9 Q. On November 12, 2008, correct?
10 A. That's right.
11 Q. And then you e-mailed him on November 24th?
12 A. Yes. 25th.
13 Q. 25, 2008. Okay. So this is that Richard Hill,
14 right?
15 A. Yeah, same person.
16 Q. Okay. And he was also on the meeting planner that
17 we looked at from that same time period to discuss
18 a plan for Chubb in Europe, correct? That's
19 Exhibit 73 if you need to confirm.
20 A. Yes.
21 Q. In this e-mail on August 14, 2012, Richard Hill
22 writes to Russ Schreiber, "Chubb UK have started
23 being interested in Blaze (again) and I'll try to
24 speak with the new contact who apparently wants to
25 do a POC for underwriting," correct?

Page 72

1 A. Yep, that's the first sentence.
2 Q. And the third paragraph of the e-mail, he says,
3 "Let me know if anything has changes good or bad,
4 and more importantly whether we can actually sell
5 anything new here as I seem to remember their US
6 Blaze license allowed them the software for free."
7 Do you see that?
8 A. Yes, I do.
9 Q. Does this indicate to you that FICO determined in
10 November of 2008 that Chubb Europe could use the
11 Blaze software pursuant to the license agreement?
12 A. No.
13 Q. Does this indicate to you that FICO knew about
14 Chubb Europe's use of the Blaze software?
15 A. No.
16 Q. On the bottom of the first page of Exhibit 47,
17 Mike Sawyer responds back to Richard Hill with a
18 copy to Russ Schreiber and says, "Richard, I am
19 the CP for Chubb. They do have a global ELA for
20 Blaze and have an automated UW" -- is that
21 underwriting?
22 MS. KLIEBENSTEIN: Objection, calls for
23 speculation.
24 THE WITNESS: I don't know the answer to
25 that.

Page 73

1 BY MS. JANUS:
2 Q. -- "application running in the UK already." Do
3 you see that?
4 A. I do see that sentence, yes.
5 Q. Does that indicate to you that the conclusion in
6 November 2008 was that Chubb had a global
7 enterprise license agreement?
8 A. That seems to be Mike's understanding, Mike
9 Sawyer's understanding, but I don't know.
10 Certainly doesn't on behalf of FICO.
11 Q. Would your position on that change if Mike Sawyer
12 or Richard Hill or Russ Schreiber consulted with
13 the FICO legal department in coming to that
14 conclusion?
15 MS. KLIEBENSTEIN: Objection, calls for
16 speculation.
17 THE WITNESS: I don't know what they've
18 consulted with, and if I did know, it would be
19 attorney/client privilege anyway.
20 BY MS. JANUS:
21 Q. And my question is simply, would that be relevant
22 to your conclusion that Mike Sawyer's
23 understanding of the license isn't binding on
24 FICO?
25 MS. KLIEBENSTEIN: Could you re-read that

Page 74

1 question?
2 (The question was read back by the court
3 reporter.)
4 THE WITNESS: I don't know what Mike Sawyer
5 would think.
6 BY MS. JANUS:
7 Q. That's not my question.
8 A. Maybe I misunderstood it.
9 MS. KLIEBENSTEIN: Could you maybe ask the
10 question again?
11 BY MS. JANUS:
12 Q. Sure.
13 MS. KLIEBENSTEIN: I think some of the
14 confusion is what "that" means.
15 THE COURT REPORTER: Do you want me to read
16 it back?
17 MS. JANUS: No. Sorry. I'm just looking.
18 We'll move on.
19 If you look at the top e-mail on Exhibit
20 47, this is an e-mail from Mike Sawyer to Richard
21 Hill, and in this e-mail Michael Sawyer is
22 answering a question from Richard Hill. Do you
23 see that? Richard Hill in the e-mail below said,
24 "Do you know more about the underwriting app in
25 the UK as that's a new one to me?" Do you see

Page 75

1  that?

2  THE WITNESS: Yep.

3  BY MS. JANUS:

4  Q. Okay. And then Mike Sawyer says, "It's probably

5  two to three years old at this point. They did a

6  POC of Blaze versus Drools and selected Blaze. I

7  helped some folks at Chubb US put together a

8  position paper to influence their decision. I

9  believe it is automated renewal underwriting." Do

10  you see that?

11  A. Yes.

12  Q. Okay. And you recall that we looked at Exhibit

13  394 --

14  A. Yes.

15  Q. -- which was Mike Sawyer sending Chubb a Drools

16  versus Blaze document, right?

17  A. Yes.

18  Q. It appears that Mike Sawyer in Exhibit 47 is

19  referring back to that Drools versus Blaze

20  analysis, correct?

21  A. Yes.

22  Q. And he says that Chubb Europe selected Blaze in

23  that analysis, correct?

24  MS. KLIEBENSTEIN: Objection, calls for

25  speculation.

Page 76

1  A. That's typically what it refers to, yes.

2  Q. -- "of Blaze versus Drools and selected Blaze,"

3  and he says, "I helped some folks at Chubb U.S.

4  put together a position paper to influence their

5  decision. I believe it is automated renewal

6  underwriting," that does not indicate to you that

7  FICO knew about Chubb's use of Blaze in Europe?

8  MS. KLIEBENSTEIN: Objection, calls for

9  speculation.

10  THE WITNESS: Yeah, I don't know what they

11  concluded here.

12  BY MS. JANUS:

13  Q. And you did not talk with Mike Sawyer in

14  preparation for your deposition today, correct?

15  A. No. No, I did not.

16  Q. Have you ever talked with Mike Sawyer about the

17  extent of his knowledge about Chubb's use of Blaze

18  in Europe?

19  A. I did in late December 2015 or early January 2016.

20  Q. Okay. At that point, did you learn that Mike

21  Sawyer knew that Chubb was using Blaze in Europe?

22  A. No.

23  Q. So Mike Sawyer's position was that he did not know

24  about any use of Blaze in Europe?

25  MS. KLIEBENSTEIN: Objection, I'll put the

Page 78

1  THE WITNESS: Yeah, I don't know.

2  BY MS. JANUS:

3  Q. Well, he says, "They did a POC of Blaze versus

4  Drools and selected Blaze." Do you see that?

5  A. Yes, I do.

6  Q. Okay. Does this show you that FICO knew about

7  Chubb's use of Blaze in Europe?

8  MS. KLIEBENSTEIN: Objection, calls for

9  speculation.

10  THE WITNESS: No, it sounds like the opposite

11  to me when I read this, so I don't really know,

12  but --

13  BY MS. JANUS:

14  Q. Why do you say that?

15  A. It says -- Richard Hill says have cc Larry as he

16  was involved with me a while ago when we tried to

17  extend Blaze to Chubb UK. So it sounds like it

18  never happened.

19  Q. What about Mike Sawyer's e-mail that we just read?

20  A. Mike is the U.S. guy, so it looks like these guys

21  are trying to find their way through the woods,

22  but I'm just guessing.

23  Q. Okay. So this -- so Mike Sawyer's e-mail saying,

24  "They did a POC" -- which is proof of concept,

25  right?

Page 77

1  work product, attorney/client privilege in there.

2  You can answer if you're not going to reveal any

3  protected communications.

4  THE WITNESS: I don't recall that.

5  BY MS. JANUS:

6  Q. Okay. So you just don't recall the conversation?

7  A. No. No, I don't.

8  Q. Do you know whether Russ Schreiber knew about

9  Chubb's use of Blaze in Europe?

10  A. No, I don't recall that.

11  Q. Do you know what FICO knew about Chubb's use of

12  Blaze in Canada prior to the merger?

13  A. No.

14  Q. Was that something that you looked into in

15  preparation for your deposition today?

16  A. No.

17  Q. Did you investigate that issue prior to asserting

18  a claim that use in Canada was a violation of the

19  license agreement?

20  A. In connection -- after the merger was completed,

21  yes.

22  Q. Okay. And what did you conclude about whether

23  FICO was aware of Chubb's use of Canada -- of

24  Chubb's use of Blaze in Canada?

25  A. Are you asking me as a lawyer?

Page 79

1  Q.  And then at the top of the same page, he says, "I
2      have forwarded this request to the FICO Account
3      Executive for Chubb," right?
4  A.  Yes.
5  Q.  And then if you look at the bottom of page -- the
6      page marked 1770, Andy Moffat at FICO writes to
7      Russ Schreiber, and this is on March 26, 2015, it
8      says, "Hi Russ, I hope you are well," and then he
9      talks about a meeting with Chubb in London to do
10     some work with them, and he says, "1. Additional
11     Blaze license for commercial property (European
12     wide)," and then "2. Check if they have Decision
13     Simulator as part of the contract," and then he
14     says, "Can you help here?"  Is that right?
15 A.  Yes.
16 Q.  So Andy Moffat at FICO is writing to Russ
17     Schreiber inquiring about getting assistance on
18     selling Chubb Europe additional licenses, right?
19 A.  Yes, additional Blaze license and Decision
20     Simulator.
21 Q.  And then Russ Schreiber writes back and says,
22     "Chubb has Global ela for Blaze but no simulator,"
23     right?
24 A.  Yes.
25 Q.  So Russ Schreiber concluded that Chubb Europe

Page 100

1  "Chubb has global ela for Blaze."
2  A.  Right, he wrote that.
3  Q.  Okay.  And then Andy Moffat writes back
4      confirming.  He says, "So to summarise there's no
5      additional licensing costs for this except to
6      include Decision Simulator - would that be a
7      regional addition or global?"  See that?
8  A.  Yes.
9  Q.  And then Russ's response to that is, "I'd sell
10     them regional," right?
11 A.  Yes.
12 Q.  And there he's talking about Decision Simulator,
13     right?
14 A.  I don't know.  It doesn't say that.
15 Q.  Well, can you tell that from the question that
16     Andy Moffat asks?
17 A.  No.  I don't know what he's referring to, regional
18     or sales elsewhere.
19 Q.  And then Andy Moffat responds, "Thanks Russ, Can
20     we get an idea of what the license cost for the
21     ELA is and then we can try to work out a cost for
22     Decision Simulator," right?
23 A.  Yes.
24 Q.  And that's when Russ responds, "It was done years
25     ago...in multi steps.  Rough order of magnitude

Page 102

1      would not need an additional license for Blaze in
2      Europe, correct?
3  A.  I'm not sure if he concluded that because he says,
4      "You can pull up the contracts" (unintelligible.)
5          THE COURT REPORTER:  Wait, can you start
6      over?
7          THE WITNESS:  Sure.
8          THE COURT REPORTER:  "I'm not sure if he
9      concluded that because he says, 'you can pull up
10     the contracts and" --
11         THE WITNESS:  -- "in pramata" --
12     P-R-A-M-A-T-A -- "for precise answers."  It was
13     done years ago, so he's obviously working off
14     memory.
15     BY MS. JANUS:
16 Q.  Well, let's go through it, see what he's referring
17     to there.  So in response to his message that
18     Chubb has global ela for Blaze, Andy Moffat writes
19     back and says, "Thanks Russ, so to summarise
20     there's no additional licensing costs for this
21     except to include Decision Simulator."  See that?
22 A.  No.  Which page are you on?
23 Q.  This is the page marked 1770.
24 A.  Okay.
25 Q.  And in the middle of the page Russ Schreiber says,

Page 101

1      1.5 - 1.9 million.  You can pull up the contracts
2      in pramata for precise answers," right?
3  A.  That's right.
4  Q.  So it appears Russ is saying that in response to
5      the question about license costs for the ELA,
6      right?
7  A.  It doesn't say that.  It just says, "pull up the
8      contracts in pramata for precise answers."
9  Q.  So you can't tell whether -- from the context of
10     the e-mail whether that's what it's referring to?
11 A.  No.
12 Q.  Based on this e-mail exchange, would you conclude
13     that FICO knew that Chubb Europe was using Blaze
14     as of March of 2015?
15 A.  No.
16 Q.  Would you conclude that FICO believed that Chubb
17     Europe could use Blaze pursuant to the enterprise
18     license?
19 A.  No.
20 Q.  Why not?
21         MS. KLIEBENSTEIN:  Objection, calls for a
22     legal conclusion.
23         THE WITNESS:  This is not a very clear
24     exchange, number 1; number 2, it's clearly a sales
25     cycle; and number 3, as I've explained,

Page 103

**Page 104**

1  Mr. Schreiber is not one of those who has the
2  authority to bind the company. That's limited to
3  a very small group of people.
4  And this process would have flowed
5  through to surface, and obviously it never
6  surfaced because I don't believe there's any
7  contracts signed for any of this stuff in the
8  existing agreements that we have.
9  BY MS. JANUS:
10 Q.  When you say that this isn't a very clear
11     exchange, with respect to whether the enterprise
12     license allows the use of Blaze in Europe, would
13     you say it's a clear exchange?
14 A.  No.
15 Q.  What is unclear about it?
16 A.  Mr. Schreiber says, "You can pull up the contracts
17     in pramata for precise answers." He says it was
18     done years ago, so he obviously hasn't looked at
19     anything, so that tells me he hasn't looked at
20     anything, he's just guessing.
21 Q.  Anything else unclear about the exchange?
22 A.  Yeah, I'm not even sure what he's talking about
23     for regional or -- regional or -- he says, "I'd
24     sell them regional." I don't know what that
25     means.

**Page 105**

1  Q.  And Decision Simulator, that's like an add-on
2      software to Blaze; is that correct?
3  A.  Honestly I don't know the answer to that. It's a
4      product. That's as much as I know.
5  Q.  But it's a separate product from Blaze?
6  A.  Yes.
7  Q.  And do you know whether Decision Simulator can
8      only be used in connection with Blaze?
9  A.  I don't know.
10 Q.  Showing you what's been attached -- what's been
11     previously marked as Exhibit 60, this is -- let me
12     know when you've had a chance to take a look at
13     it.
14 A.  Okay.
15 Q.  Have you seen this document before?
16 A.  No.
17 Q.  This is an exchange between -- well, let's look at
18     the second e-mail on Exhibit 60 which is an e-mail
19     from Andy Moffat to Hamish at Chubb, correct?
20 A.  Yes.
21 Q.  And it's dated April 1, 2015, correct?
22 A.  Yes.
23 Q.  And the e-mail we were looking at that's marked as
24     Exhibit 57 was dated March 26, 2015, correct?
25 A.  Yes.

**Page 106**

1  Q.  So this is just a few days after that?
2  A.  Like five days later.
3  Q.  And in this e-mail -- and -- apologies, Andy
4      Moffat is a senior account executive at FICO
5      located in London, correct?
6  A.  That's what his address says, yes.
7  Q.  And in this e-mail, Mr. Moffat writes to Hamish at
8      Chubb and says, "Please see the attached proposal
9      for the licensing costs and associated training
10     for Decision Simulator. The prices are heavily
11     discounted in line with the existing Blaze
12     contract. No additional Blaze license(s) are
13     needed as it is covered within the overall global
14     Blaze ELA." Do you see that?
15 A.  I do.
16 Q.  So based on this e-mail, would you conclude that
17     FICO believed that use of Blaze in Chubb Europe
18     was allowed under the license?
19 A.  No, I wouldn't conclude that.
20 Q.  And why is that?
21 A.  This is a sales guy, and there's just a layer of
22     people relying what other people think all the way
23     down the line, so I don't know if he's even looked
24     at the contract and he's not in a position to
25     judge anyway.

**Page 107**

1  Q.  If you look at the attachment to the e-mail, there
2      is a formal proposal attached, right?
3  A.  Yes, it says, "This document is FICO's proposal."
4  Q.  And he certainly would have needed approval from
5      higher-ups to make a proposal like this, correct?
6  A.  No. The system is automated where they're given
7      pricing, they have a pricing engine and then they
8      can discount based upon a certain amount of
9      parameters, so I can't tell any of that here, but
10     he could have definitely made a proposal on his
11     own.
12 Q.  And the proposal assumes that the Blaze Advisor
13     enterprise license applies to Chubb Europe,
14     correct?
15 A.  The asterisk says, "Assuming that Chubb have
16     already had Blaze Fundamentals and RMA training."
17     I don't see anything about underlying license.
18 Q.  Well, if you look at subpart B, Project
19     Requirements --
20 A.  Yes.
21 Q.  -- it says, "Decision Simulator to be included in
22     existing Blaze ELA contract."
23 A.  Uh-huh.
24 Q.  Do you see that?
25 A.  Uh-huh.

1 Q. Yes?

2 A. Yes, I do. There's a bullet there.

3 Q. Okay. So does that indicate to you that the
4 proposal also consistent with the e-mail is made
5 on the premise that the Blaze enterprise license
6 applies to Chubb Europe?

7 A. That appears to be what Andy Moffat thinks, again,
8 based upon this chain of e-mails, but one
9 person doesn't -- nobody has read the contract and
10 they just keep remembering certain things, so it's
11 just a proposal.

12 Q. Who would need to have approved this for you to
13 say that FICO knew that Chubb Europe was using
14 Blaze and the license covered Chubb Europe?

15 MS. KLIEBENSTEIN: Objection, calls for a
16 legal conclusion.

17 THE WITNESS: It goes through a process --
18 there's a whole number of steps of processes, and
19 at a particular point in that process it needs to
20 go in front of the finance group, it needs to go
21 in front of the legal group, it needs to manifest
22 itself in a signed agreement. Until there's a
23 signed agreement, it's nothing.

24 BY MS. JANUS:

25 Q. Well -- so here we're talking about -- or I should

Page 108

1 say -- I'm talking about Exhibit 60, and Andy
2 Moffat has sent an e-mail about an existing
3 license, right?

4 A. No, it says what it says.

5 Q. And I asked a question.

6 A. He says that he wants to sell a proposal for
7 licensing training for Decision Simulator, and he
8 references what he believes is an overall global
9 Blaze ELA.

10 Q. Right. And so my questions for you have been
11 about his statement relating to the existing
12 global Blaze ELA. Do you understand that?

13 A. Uh-huh.

14 Q. Yes?

15 A. Yes.

16 Q. Okay. And so his statement is, "No additional
17 Blaze license(s) are needed as it is covered
18 within the overall global Blaze ELA," right?

19 A. That's what he says, yes.

20 Q. Okay. So my question for you is, who -- and your
21 position has been that this statement is not
22 binding on FICO because Andy Moffat is a senior
23 account executive, right?

24 A. He does not have authority to sign contracts, no.
25 He can't bind the company.

Page 109

1 Q. Right, but is your position -- my question was
2 different than that. My question was, is it your
3 position that this statement "No additional Blaze
4 license(s) are needed as it is covered within the
5 overall global Blaze ELA" is not binding on FICO
6 because Andy Moffat is a senior account executive?

7 A. Right, he's just the senior account executive and
8 they don't have authority to bind the company.

9 Q. Okay. Now, who would have needed to approve this
10 position relating to Chubb's use of Blaze in
11 Europe for it to be binding on FICO?

12 A. Like I said, it would go through a process and
13 then be incorporated into an agreement and then a
14 number of people would have to approve it, so the
15 finance people would have to approve it, the
16 product person has to approve it, the legal folks
17 have to approve it; and that would be in general.
18 At a minimum, those folks would have to approve
19 it.

20 Q. But how does that apply when you already have an
21 agreement that's being discussed?

22 A. It works exactly the same way every time and you
23 end up with a contract, either a Statement of
24 Work, a licensed schedule or some other contract
25 signed by both parties.

Page 110

1 Q. Right, but this statement he's making is about an
2 existing enterprise license agreement, right?

3 A. But he's still talking -- first of all, he's
4 obviously mistaken, right, because of that set of
5 errors I guess that I referred to, but it's also
6 adding onto an existing agreement, so the whole
7 thing gets refiltered again through the approval
8 process.

9 Q. And I'm just -- I'm really just asking about how
10 that would apply, how your analysis would apply
11 where there's no --

12 He's not talking about entering into
13 another Blaze enterprise license agreement, right?
14 He's talking about the existing Blaze enterprise
15 license agreement?

16 A. That's what he thinks.

17 Q. Okay. And so is it your position that it really
18 doesn't matter what anyone at FICO said to anyone
19 at Chubb about the existing enterprise license
20 agreement or the scope of the agreement?

21 A. What I'm saying is that the parties both agreed
22 that the only thing that's binding is something
23 signed by both parties. Everything else is just
24 conversations and informational.

25 So Andy is not allowed to bind the

Page 111

Message

| | |
|---|---|
| **From:** | Oliver Clark [OliverClark@fico.com] |
| **Sent:** | 4/1/2015 6:59:06 AM |
| **To:** | Richard Lagerweij [richardlagerweij@fico.com] |
| **Subject:** | FW: Decision Simulator Proposal |
| **Attachments:** | FICO_ChubbInsurance_DecisionSimulator_Issued010415docx.docx |
| **Importance:** | High |

Tactical error – too high and scoped to UK only. Better to start lower and with a per-application scope.

**From:** Andy Moffat
**Sent:** 01 April 2015 11:07
**To:** htonkin@chubb.com
**Cc:** davidgibbs@chubb.com; Mark Collingwood; Oliver Clark; Larry Jacobson
**Subject:** Decision Simulator Proposal
**Importance:** High

Hi Hamish,

Please see the attached proposal for the licensing costs and associated training for Decision Simulator. The prices are heavily discounted in line with the existing Blaze contract. No additional Blaze license(s) are needed as it is covered within the overall global Blaze ELA.

Happy to talk through / organise a call if needed?

Kind regards

Andy

Andy Moffat

Senior Account Executive

FICO

5ᵗʰ Floor Cottons Centre,

Hays Lane,

London, SE1 2QP

Mobile: +447515 066012

andymoffat@fico.com





Confidential - Attorneys' Eyes Only

FICO0001996



**FICO**

| | |
|---|---|
| **Subject:** | **Decision Simulator** |
| **Distribution:** | **Hamish Tonkin (Chubb Insurance)** |
| | **David Gibbs (Chubb Insurance)** |
| | **Larry Jacobson (FICO)** |
| | **Mark Collingwood (FICO)** |
| | **Oliver Clark (FICO)** |
| **Date:** | **1st April 2015** |
| **Author:** | **Andy Moffat (FICO)** |

## (A) Introduction

This document is FICO's proposal for the provision for Decision Simulator within FICO Blaze Advisor. Below are the requirements and costs.

Chubb Europe, are embarking on a project to systematise their corporate property insurance spreadsheets, with Blaze Advisor positioned as the tool in which to do this.

## (B) Project Requirements

- Decision Simulator to be included in existing Blaze ELA contract
- Decision Simulator training

## (C) Costs

For the provision of a regional (UK) license for the use of Decision Simulator and the associated training course.

| Service | Cost |
|---|---|
| Decision Simulator UK license | £140,000 |
| Decision Simulator Training (DSA – 1.5 days)* | £8,000 |

*Assuming that Chubb have already had Blaze Fundamentals and RMA training.

All prices valid for 30 days only.

## (D) Next Steps

Following confirmation of Chubb Insurance's decision on how best to proceed, FICO will provide a short contract for review.

Should you have any questions on this offer, please do not hesitate to contact:

Andy Moffat
Senior Account Executive
T: 07515 066012
E: andymoffat@fico.com

Mark Collingwood
Sales Director
T: 07951 268505
E: andymoffat@fico.com

Page 1 of 1