UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FAIR ISAAC CORPORATION,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
an Indiana corporation, and and ACE
AMERICAN INSURANCE COMPANY,
a Pennsylvania corporation,

    Defendants.

Court File No. 16-cv-1054 (WMW/DTS)

**[PROPOSED] ORDER OVERTURNING MAGISTRATE JUDGE'S JUNE 4, 2019 ORDER**

---

The above-entitled matter came before the Court on Defendants' Objection to the Court's June 4, 2019 Order. Based upon the parties' submissions and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Magistrate Judge's June 4, 2019 Order (Dkt. No. 305) is **OVERTURNED**, and:

    a. The communications identified on FICO's privilege log at entry numbers 656, 662 & 665 are not privileged and shall be produced immediately;

    b. In the alternative, FICO shall provide revised descriptions for the communications identified on its privilege log at entry numbers 656, 662 & 665; and

    c. The portion of the June 4, 2019 Order requiring Federal "extract the repository files (.xml) nd business object model files (JAE (JAVA Archive) files) on or before June 14, 2019" is hereby stricken. Federal is not required to produce any further documents in response to FICO's Request for Production Nos. 89 & 90.

- 2 -

SO ORDERED:

Dated: _____, 2019.    _____
                                                                                                Judge Wilhelmina M. Wright
                                                                                                United States District Court Judge

67093915.1