# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY, a<br>Pennsylvania corporation,<br><br>    Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**STATEMENT INSTEAD OF<br>REDACTED DOCUMENT** |

Defendants Federal Insurance Company ("Federal") and Ace American Insurance Company ("ACE")  (collectively, "Defendants"), in connection with their June 18, 2019 Objection to Judge Schultz's June 4, 2019 Order and supporting documents, filed as Dockets No. 316 (Objection), and 317, 317-1, 317-2 and 317-3  (Declaration of Christopher D. Pham and Exhibits), which contain information  designated as "Confidential" under the Court's Protective Order [Doc. No. 44].  Defendants now file this Statement Instead of Redacted Document because large portions of the Memorandum and Exhibits are confidential or include confidential information, and therefore, redaction is impracticable.

|  |  |
|---|---|
| Dated: June 18, 2019 | *s/Christopher D. Pham* |
|  | Terrence J. Fleming (#0128983) |
|  | tfleming@fredlaw.com |
|  | Lora M. Friedemann (#0259615) |
|  | lfriedemann@fredlaw.com |
|  | Leah C. Janus (#0337365) |
|  | ljanus@fredlaw.com |
|  | Christopher D. Pham (#0390165) |
|  | cpham@fredlaw.com |
|  | **FREDRIKSON & BYRON, P.A.** |
|  | 200 South Sixth Street, Suite 4000 |
|  | Minneapolis, MN  55402-1425 |
|  | Phone:  (612) 492-7000 |
|  | (612) 492-7077 (fax) |
|  | |
|  | *Attorneys for Defendants* |

66431167.1