## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY, a<br>Pennsylvania corporation,<br><br>　　　　　Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br><br>**STATEMENT INSTEAD OF<br>REDACTED DOCUMENT** |

Defendants Federal Insurance Company ("Federal") and ACE American Insurance Company ("ACE") (collectively, "Defendants"), in connection with their June 19, 2019 Exhibit 2 to Declaration of Christopher D. Pham in Support of Objection to Court's June 4, 2019 Order filed as Docket No. 320, contains information designated as "confidential" under the Court's Protective Order [Doc. No. 44]. Defendants now file this Statement Instead of Redacted Document because the entire document is confidential and redaction is impracticable.

| | |
|---|---|
| Dated:  June 19, 2019 | *s/Christopher D. Pham* <br> Terrence J. Fleming (#0128983) <br> tfleming@fredlaw.com <br> Lora M. Friedemann (#0259615) <br> lfriedemann@fredlaw.com <br> Leah C. Janus (#0337365) <br> ljanus@fredlaw.com <br> Christopher D. Pham (#0390165) <br> cpham@fredlaw.com <br> **FREDRIKSON & BYRON, P.A.** <br> 200 South Sixth Street, Suite 4000 <br> Minneapolis, MN  55402-1425 <br> Phone:  (612) 492-7000 <br> (612) 492-7077 (fax) <br><br> *Attorneys for Defendants* |

67101121.1