UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**DECLARATION OF MICHAEL A. ERBELE IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S OPPOSITION TO OBJECTION TO ORDER GRANTING-IN-PART PLAINTIFF'S MOTION TO COMPEL**

I, Michael A. Erbele, declare as follows:

1. I am an attorney with Merchant & Gould P.C. I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this declaration on my own information, knowledge, and belief in support of Plaintiff's Opposition to Objection to Order Granting-in-Part Plaintiff's Motion to Compel, filed concurrently herewith.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the May 8, 2019 Hearing Transcript.

4. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the June 4, 2019 Hearing Transcript.

5.     Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the Software License and Maintenance Agreement.

6.     Attached hereto as <u>Exhibit 4</u> is a true and correct copy of an excerpt of the February 26, 2019 deposition transcript of Lawrence Wachs.

**7.**     Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Deposition Exhibit No. 241 to the January 18, 2019 deposition of Tamara Pawloski. This document is filed under seal.

8.     Attached hereto as <u>Exhibit 6</u> is a true and correct copy of an excerpt of the October 9, 2018 deposition transcript of Thomas Carretta. This document is filed under seal.

9.     Attached hereto as <u>Exhibit 7</u> is a true and correct copy of Federal Insurance Company's Response to Request for Production 90, served on January 28, 2019.

Dated: July 2, 2019                             /s/ Michael A. Erbele
                                                Michael A. Erbele