# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br><br>**MOTION TO STRIKE PLAINTIFF'S JURY DEMAND ON DISGORGEMENT REMEDY** |

Defendants hereby move the Court to enter an order striking Plaintiff Fair Isaac Corporation's ("FICO") demand for a trial by jury as to the remedy of disgorging any of Defendants' profits attributable to the use of Blaze Advisor under the Copyright Act, 17 U.S.C. § 504(b).

This motion is based on Rule 39 of the Federal Rules of Civil Procedure, the accompanying memorandum, the Declaration of Terrence J. Fleming and supporting exhibits, the arguments of counsel, and all of the files, exhibits, records, and proceedings herein.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 10, 2019 | *s/ Terrence J. Fleming*<br>Terrence J. Fleming (#0128983)<br>tfleming@fredlaw.com<br>Lora M. Friedemann (#0259615)<br>lfriedemann@fredlaw.com<br>Leah Janus (#0337365)<br>ljanus@fredlaw.com<br>Christopher D. Pham (#0390165)<br>cpham@fredlaw.com<br>**FREDRIKSON & BYRON, P.A.**<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN  55402-1425<br>(612) 492-7000 (tel.)<br>(612) 492-7077 (fax)<br><br>*Attorneys for Defendants* |

67302806.1