# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br>　v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br><br><br>**NOTICE OF HEARING ON MOTION TO STRIKE PLAINTIFF'S JURY DEMAND ON DISGORGEMENT REMEDY** |

PLEASE TAKE NOTICE that on July 30, 2019, at 1:00 p.m., before the Honorable David T. Schultz, United States District Court, Courtroom 9E, 300 South Fourth Street, Minneapolis, Minnesota 55415, Defendants Federal Insurance Company and Ace American Insurance Company will move the Court for an order striking Plaintiff Fair Isaac Corporation's jury demand as to the remedy of disgorgement of profits under 17 U.S.C. § 504.  This motion is made pursuant to Rule 39 of the Federal Rules of Civil Procedure.

|  |  |
|---|---|
| Dated:  July 10, 2019 | *s/ Terrence J. Fleming* |
|  | Terrence J. Fleming (#0128983) |
|  | tfleming@fredlaw.com |
|  | Leah Janus (#0337365) |
|  | ljanus@fredlaw.com |
|  | Christopher D. Pham (#0390165) |
|  | cpham@fredlaw.com |
|  | **FREDRIKSON & BYRON, P.A.** |
|  | 200 South Sixth Street, Suite 4000 |
|  | Minneapolis, MN  55402-1425 |
|  | (612) 492-7000 (tel.) |
|  | (612) 492-7077 (fax) |
|  | |
|  | *Attorneys for Defendants* |

67298359.1