# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br>　v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**DEFENDANTS' MEET AND CONFER STATEMENT FOR THEIR MOTION TO STRIKE PLAINTIFF'S JURY DEMAND ON DISGORGEMENT REMEDY** |

I, Christopher D. Pham, representing the Defendants, hereby certify that:

I, as well as Terrence J. Fleming, met and conferred with the opposing party by:

Telephone conference with: Heather Kliebenstein and Allen Hinderaker

On: July 8, 2019

Discussing the following motions:

**Defendants' Motion to Strike Plaintiff's Jury Demand on Disgorgement Remedy**

As a result of the meet-and-confer, the parties:

(Check the box that applies)

☒　Do not agree on the resolution of any part of the motion.

☐　Agree on all or part of the motion and request that the Court incorporate the following agreement in an Order:

                                            Respectfully submitted,

Dated: July 10, 2019          *s/ Christopher D. Pham*
                                            Terrence J. Fleming (#0128983)
                                            tfleming@fredlaw.com
                                            Lora M. Friedemann (#0259615)
                                            lfriedemann@fredlaw.com
                                            Leah Janus (#0337365)
                                            ljanus@fredlaw.com
                                            Christopher D. Pham (#0390165)
                                            cpham@fredlaw.com
                                            **FREDRIKSON & BYRON, P.A.**
                                            200 South Sixth Street, Suite 4000
                                            Minneapolis, MN  55402-1425
                                            (612) 492-7000 (tel.)
                                            (612) 492-7077 (fax)

                                            ***Attorneys for Defendants***

67305789.1