# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>　　　　Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**DECLARATION OF<br>CHRISTOPHER D. PHAM IN<br>SUPPORT OF MOTION TO STRIKE<br>PLAINTIFF'S JURY DEMAND ON<br>DISGORGEMENT REMEDY** |

I, Christopher D. Pham, declare as follows:

1. I am an attorney at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Federal") in this case.

2. Attached as **Exhibit 1** is a copy of the June 30, 2006 Software License and Maintenance Agreement for Blaze Advisor between Fair Isaac Corporation and Federal Insurance Company (FICO0000208-223).

3. Attached as **Exhibit 2** is a copy of the August 1, 2006 Amendment One to the Software License and Services Agreement between Fair Isaac Corporation and Federal Insurance Company (FICO0002118-119).

4. Attached as **Exhibit 3** is a copy of the December 28, 2006 Amendment Two to the Software License and Services Agreement between Fair Isaac Corporation and Federal Insurance Company (FICO0000226-228).

5. Attached as **Exhibit 4** is a copy of excerpts of the Expert Report of William S. McCarter, dated May 17, 2019.

6. Attached as **Exhibit 5** is a copy of excerpts of the Expert Report of Neil J. Zoltowski with Respect to Damages, dated April 19, 2019.

7. Attached as **Exhibit 6** is a copy of excerpts from the June 14, 2019 deposition of Neil J. Zoltowski.

8. Attached as **Exhibit 7** is a copy of excerpts from the June 19, 2019 deposition of Brooks Hilliard.

9. Attached as **Exhibit 8** is a copy of excerpts from the June 27, 2019 deposition of Randolph Bickley Whitener.

10. Attached as **Exhibit 9** is a copy of excerpts from the June 5, 2019 deposition of Billy McCarter.

11. Attached as **Exhibit 10** is a copy of *Equitable Infringement Remedies Before 1800,* from the Research Handbook on the History of Copyright Law.

12. Attached as **Exhibit 11** is a copy of Bruce S. Sperling's *The Right To Jury Trial In A Federal Action For Trademark Infringement Or Unfair Competition*.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  July 10, 2019                         s/ Christopher D. Pham
                                              Christopher D. Pham

67044941.1