UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY, a<br>Pennsylvania corporation,<br><br>　　　　Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

Defendants Federal Insurance Company ("Federal") and Ace American Insurance Company ("ACE") (collectively, "Defendants"), in connection with their Memorandum in Support of Defendants' Motion to Strike Plaintiff's Jury Demand on Disgorgement Remedy, filed as Docket No. 331, and Exhibits 1 through 9 to the Declaration of Christopher D. Pham in Support of Motion to Strike Plaintiff's Jury Demand on Disgorgement Remedy, filed as Docket No. 334 contains information designated as "confidential" under the Court's Protective Order [Doc. No. 44].  Defendants now file this Statement Instead of Redacted Document because large portions of these documents are confidential and redaction is impracticable.

Dated:  July 10, 2019

*s/Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**

                                            200 South Sixth Street, Suite 4000
                                            Minneapolis, MN  55402-1425
                                            Phone:  (612) 492-7000
                                            (612) 492-7077 (fax)

                                            *Attorneys for Defendants*