UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>  Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>  Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE PLAINTIFF'S JURY DEMAND ON DISGORGEMENT REMEDY** |

The above-entitled matter came before the Court on Defendants Federal Insurance Company and Ace American Insurance Company's Motion to Strike Plaintiff's Jury Demand on Disgorgement Remedy.  Based upon the parties' submissions, the arguments of counsel, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Strike Plaintiff's Jury Demand on Disgorgement Remedy is **GRANTED**;

2. All necessary accommodations related to the presentation of evidence outside the presence of the jury, or any other issues that this Order gives rise to related to trial, will be handled at a later date.

SO ORDERED:

Dated: _____, 2019.

                                                           Magistrate Judge David T. Schultz
                                                           United States District Court

67298558.1