## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

FAIR ISAAC CORPORATION, a
Delaware corporation,

        Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
an Indiana corporation, and ACE
AMERICAN INSURANCE COMPANY,
a Pennsylvania corporation,

        Defendants.

Court File No.  16-cv-1054 (WMW/DTS)


**DEFENDANTS' MOTION TO
COMPEL DISCOVERY**

---

Defendants hereby move the Court for the following relief:

- An Order requiring FICO to respond fully to Defendants' Fifth Set of Requests for Production of Documents, which Defendants served on June 28, 2019.

- An Order requiring FICO to produce Brooks Hilliard for another expert deposition at FICO's expense, to respond fully to the questions Mr. Hilliard previously refused to answer during his first deposition.

This Motion is based on Rules 26, 30, 34, and 37 of the Federal Rules of Civil Procedure, the accompanying memorandum, the Declaration of Terrence J. Fleming and supporting exhibits, the arguments of counsel, and all of the files, exhibits, records, and proceedings here.

Dated:  July 12, 2019

*s/ Terrence J. Fleming*

Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*