# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **NOTICE OF HEARING ON DEFENDANTS' MOTION TO COMPEL DISCOVERY** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

PLEASE TAKE NOTICE that on **Tuesday, July 30, 2019 at 2:00 p.m.**, before the Honorable David T. Schultz, United States District Court, Courtroom 9E, 300 South Fourth Street, Minneapolis, Minnesota 55415, Defendants Federal Insurance Company and Ace American Insurance Company will move the Court for an order compelling production of documents from Plaintiff Fair Isaac Corporation as well as a re-opening of Brooks Hilliard's expert deposition. This motion is made pursuant to Rules 26, 30, 34, and 37 of the Federal Rules of Civil Procedure.

Dated: July 12, 2019

*s/ Christopher D. Pham*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*

67330866.1