# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>　　　　Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**DECLARATION OF TERRENCE J. FLEMING IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DISCOVERY** |

I, Terrence J. Fleming, declare as follows:

1.　I am an attorney at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants Federal Insurance Company and Ace American Insurance Company in this case.

2.　I took the deposition of Plaintiff's expert witness Brooks Hilliard on June 19, 2019.

3.　Attached as **Exhibit 1** is a true and correct copy of excerpts from the Expert Report of Brooks Hilliard dated May 31, 2019.

4.　Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition of Brooks Hilliard that I took on June 19, 2019.

5.　Attached as **Exhibit 3** is a true and correct copy of Versata Software's Petition and attachments from *Business Automation Assocs., Inc. v. Versata Software, Inc.*, No. D-1-GN-17-006229, 200th Judicial Dist., Travis Cty., TX.

6. Attached as **Exhibit 4** is a true and correct copy of Versata's Amended Answer and Counterclaims from *Business Automation Assocs., Inc. v. Versata Software, Inc.*, No. D-1-GN-17-006229, 200th Judicial Dist., Travis Cty., TX.

7. Attached as **Exhibit 5** is a true and correct copy of the Affidavit of Paul A. Navratil, Ph. D. on behalf of Defendant Versata Software, Inc. from *Business Automation Assocs., Inc. v. Versata Software, Inc.*, No. D-1-GN-17-006229, 200th Judicial Dist., Travis Cty., TX.

8. Attached as **Exhibit 6** is a true and correct copy of Defendants' Fifth Set of Requests for Production, which were served on Plaintiff on June 28, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  July 12, 2019              *s/ Terrence J. Fleming*
                                   Terrence J. Fleming

67332437.1