UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>  Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>  Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY** |

The above-entitled matter came before the Court on Defendants Federal Insurance Company and Ace American Insurance Company's Motion to Compel Discovery. Based upon the parties' submissions, the arguments of counsel, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Compel Discovery is **GRANTED**;

2. Within ten (10) days from the date of this Order, Plaintiff shall fully respond to Defendants' Fifth Set of Requests for Production of Documents to Fair Isaac Corporation.

   a. Plaintiff shall produce all documents that have been filed with the court or exchanged between the parties in Case Number D-1-GN-17-006229, captioned *Business Auotmation Associates, Inc. v. Versata Software*, Inc., which is venued in the 200th Judicial District Court of Travis County, Texas.

    b. Plaintiff shall produce all communications between Brooks Hilliard and counsel for Versata Software, Inc., or any related entity, from the case *Ford Motor Co. v. Versata Software Inc.*, et al., No. 2:15-cv-10628, venued in the Federal Court for the Eastern District of Michigan, or from any related case.

3. Brooks Hilliard's deposition shall be reopened for a period of 8 hours to be conducted in Minneapolis, Minnesota;

    a. Mr. Hilliard is ordered to answer questions regarding the Versata proceedings and any related questions.

    b. Plaintiff shall pay Defendants' reasonable attorneys' fees, along with associated costs, for the time spent in taking Mr. Hilliard's second deposition.

SO ORDERED:


Dated: _____, 2019.   _____
                                                                      Magistrate Judge David T. Schultz
                                                                      United States District Court