# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**DEFENDANTS' MEET AND CONFER STATEMENT REGARDING MOTION TO COMPEL DISCOVERY** |

I, Terrence J. Fleming, representing the Defendants, hereby certify that:

I met and conferred with the opposing party by:

In person conference with:  Allen Hinderaker

On:  June 28, 2019

Discussing the following motion:

**Defendants' Motion to Compel Discovery**

As a result of the meet-and-confer, the parties:

(Check the box that applies)

☒   Do not agree on the resolution of any part of the motion.

☐   Agree on all or part of the motion and request that the Court incorporate the following agreement in an Order:

Respectfully submitted,

Dated: July 12, 2019

*s/ Terrence J. Fleming*

Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*

67338614.1