UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

## LOCAL RULE 7.1(f) CERTIFICATION

I hereby certify that Plaintiff Fair Isaac Corporation's Opposition to Motion to Strike Plaintiff's Jury Demand on Disgorgement Remedy, filed electronically on July 17, 2019, complies with the word limit imposed by Local Rule 7.1(f), with a total word count of 5,977 words, including headings, footnotes, and quotations.

I further certify that the accompanying document was created in Microsoft® Office Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

Dated:  July 17, 2019

MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344

>MERCHANT & GOULD P.C.
>3200 IDS Center
>80 South Eighth Street
>Minneapolis, MN  55402-2215
>Tel:  (612) 332-5300
>Fax:  (612) 332-9081
>ahinderaker@merchantgould.com
>hkliebenstein@merchantgould.com
>merbele@merchantgould.com
>jdubis@merchantgould.com
>
>*Attorneys for Plaintiff FICO*