# EXHIBIT 3

**FILED UNDER SEAL**

Page 1

1      UNITED STATES DISTRICT COURT
2         DISTRICT OF MINNESOTA
3
4   CASE NUMBER: 16-cv-1054 (WMW/DTS)
5   ----------------------------------------------
6   Fair Isaac Corporation, a Delaware corporation,
7      Plaintiff,
8   versus
9   Federal Insurance Company, an Indiana corporation,
    and ACE American Insurance Company, a Pennsylvania
10  corporation,
11     Defendants.
    ----------------------------------------------
12
13
14      VIDEOTAPED DEPOSITION OF EXPERT WITNESS
15
16             CHRIS BAKEWELL
17
18
19
20
21
22
23
24
25  TAKEN: 28 June 2019          BY: Jackie McKone

Page 54

1 Q. And how do you know that?
2 A. Because the businesses that comprise Federal are
3    some of the oldest and most established businesses
4    in the country. In addition to seeing more
5    specific information and testimony.
6 Q. Is it your opinion in your report that Federal's
7    existing customer relationships drive revenue?
8 A. Yes.
9 Q. And do you know what percent of Federal's revenue
10    existing customer relationships drive?
11 A. I don't think I can give you a specific number,
12    but it's very high.
13 Q. And what's your -- what's your support for that?
14 A. Same things we just discussed.
15 Q. Which are -- just so I've got it right, why don't
16    you recap those, that support for me.
17 A. Sure. Just broadly, we talked about how this
18    industry works, property and casualty insurance,
19    and the cites that you asked me about in
20    Paragraphs 44 and I think 43. We talked about the
21    Federal businesses and their long history. This
22    is also explained in annual reports of Chubb, and
23    then I referred to deposition testimony and other
24    documents that describe how Chubb's business works
25    fundamentally, and ACE, and Federal.

Page 55

1 Q. But you haven't seen a marketing survey or
2    anything like that that says existing customer
3    relationships drive 33 percent of revenues?
4    Nothing that specific; is that correct?
5 A. There's nothing that is -- has a number like 33
6    percent in response to a question like you just
7    provided that I've seen. The information that
8    I've seen is more fundamental than that, and
9    pervasive.
10 Q. I also saw you mention strong management team
11    throughout your report. Do you believe that
12    Federal's revenues are generated by a strong
13    management team as well?
14 A. I do.
15 Q. And can you identify a percent for me?
16 A. I can't give you a percentage for that.
17 Q. And is your support for that opinion the same
18    types of information we just discussed?
19 A. Yes.
20 Q. The next is know-how of Federal's workforce. Is
21    it your opinion that the know-how of Federal's
22    workforce contributes to revenues at Federal?
23 A. Absolutely.
24 Q. And do you know a percent?
25 A. No.

Page 56

1 Q. And what is your support for that statement?
2 A. Which statement? No or yes?
3 Q. Your -- the support for your statement that
4    know-how of the workforce at Federal attributes --
5    attributes or contributes to revenue?
6 A. It comes from gaining an understanding of the
7    business and the industry that it operates in. It
8    comes from financial statements and annual
9    reports. It comes from documents prepared in the
10    ordinary course of business as well as deposition
11    testimony. Those would be some examples and not
12    an exhaustive list.
13 Q. I'm going to try to ask this generally. Maybe we
14    can, maybe we can't.
15 A. Let's try.
16 Q. I have a few -- I have about ten other things on
17    my list that I want to ask you the same questions
18    about the percentage -- the percentage of revenue
19    that is attributable to these different factors
20    and then your support for that. So I'll -- I'll
21    list them, and if we have to go through them one
22    at a time, let me know; brand recognition, ability
23    to maintain strong financial ratings, underwriting
24    expertise, business infrastructure, global
25    presence, price, product offerings, scope and type

Page 57

1    of distribution system, customer service quality,
2    and use of technology.
3       So for that -- that bucket of factors, can
4    you tell me what percent of Federal's revenues are
5    attributable to those different elements?
6 A. I don't think I have a specific percentage for
7    each of those.
8 Q. Do you have a specific percentage for any of them?
9 A. Not committed to memory. There might be a
10    document somewhere that measures something like
11    that, but I can't give you anything off the top of
12    my head.
13 Q. Do you believe those things, those aspects of
14    Federal's business attribute to the revenue?
15 A. I don't understand your question. What do you
16    mean attribute to?
17 Q. Is Federal's revenue -- couldn't identify a
18    percentage, but is Federal's revenue in general
19    attributed to all of those factors I just listed?
20 A. I don't know what you mean by attributed to there.
21    That sounds like an easy enough word, but that can
22    be, like, a term of art in my field. So it's --
23    it would be easier if you use a different word for
24    me.
25 Q. Why don't we try just one and see if we can work

Page 58

1  through it. So brand recognition.
2  A. Yes.
3  Q. Do you believe that any of Federal's revenue is
4     attributed to brand recognition?
5  A. Attributable to? Toward it? What do you mean?
6     Why did you say attributed to in the past tense?
7     That's a weird -- that's weird to me.
8  Q. I can use attributable.
9  A. Okay.
10 Q. Brand recognition. Are any of Federal's revenues
11    attributable to brand recognition?
12 A. Yes.
13 Q. And do you know a specific percent?
14 A. I can't tell you a specific number.
15 Q. And what is your support for your opinion that
16    Federal -- Federal's revenues are attributable to
17    brand recognition?
18 A. Well, there's two things fundamentally. First
19    that Chubb and ACE are two very highly regarded
20    brands, and my experience is that in a field like
21    this that you can -- it's possible to identify a
22    specific value that's attributable to a brand, or
23    to brands like those, and second, Chubb just went
24    through a re-branding effort, and I just read
25    about it recently where Chubb's management talked

Page 59

1     about the value expects to create from that brand
2     and the refinement on the Chubb side, and the
3     integration of the ACE business, and the reasons
4     why it -- it did that relate to revenues, and
5     that's described at length in documents that I've
6     seen.
7  Q. So the next subject is the ability to maintain
8     strong financial ratings. Is it your opinion that
9     Federal's revenues are attributable to the ability
10    to maintain strong financial ratings?
11 A. Yes.
12 Q. Do you have a percentage?
13 A. No. I can't give you a percentage. Not right --
14    sitting right here. If I was tasked with doing
15    that, I might be able to.
16 Q. And what is your support for that opinion, that
17    Federal's revenues are attributable to the ability
18    to maintain strong financial ratings?
19 A. Well, it's how the business works, and I think
20    that there's some examples from my experience
21    where if you're an insured you can be required to
22    obtain insurance from a company that has a certain
23    rating. That wouldn't be unusual for me to see in
24    a contract, and that's consistent with how Federal
25    describes its business in a variety of places that

Page 60

1     I've seen.
2  Q. The next is underwriting expertise. Are Federal's
3     revenues attributable to underwriting expertise?
4  A. Yes.
5  Q. Do you have a percent?
6  A. No.
7  Q. And what is your support for that opinion?
8  A. It's from understanding how the business works
9     fundamentally is -- and the different sources that
10    I gave you for each of the other categories would
11    probably apply to this category as well.
12 Q. If you were tasked with trying to figure out a
13    percentage of the revenues that were attributable
14    to underwriting expertise, how would you go about
15    doing that?
16 A. At the highest level, I would use the tools that I
17    have in my -- my toolbox as a valuation expert,
18    and those -- in the toolbox, there's three big
19    bins that I put the tools into.
20        One would be what I'll call income
21    approach, that bin. The other one would be the
22    cost approach, and the -- the third would be the
23    market approach, and I would think about what
24    tools are available under each of those bins.
25        Under the income approach, I would -- I'm

Page 61

1     inclined to say that's probably going to be the
2     best fit here, and surveys would be -- would be
3     one way to do it. I think I could do some
4     comparisons using statistics between companies
5     that have different ratings and see if there's a
6     correlation between ratings changes and revenues.
7         That's just off the top of my head how I
8     would go about doing -- solving that problem.
9  Q. Business infrastructure. Is it your opinion that
10    Federal's business structure -- strike that. Let
11    me ask it again. Are Federal's revenues
12    attributable to its business structure?
13 A. You said business infrastructure, and then you
14    said business structure. Which one do you mean?
15 Q. I mean infrastructure. I get so flummoxed trying
16    to say attributable that I can't say it. Go
17    ahead.
18 A. I don't understand your question. I don't think
19    that was a question.
20 Q. Are Federal's revenues attributable to business
21    infrastructure?
22 A. Maybe.
23 Q. Are Federal's revenues attributable to its global
24    presence?
25 A. Yes.

16 (Pages 58 - 61)

Page 62

1  Q.  And can you identify the percent of Federal's
2      revenues that are attributable to its global
3      presence?
4  A.  I can't give you a specific number as I sit here
5      right now.
6  Q.  If you were asked to try to come up with a
7      specific number, how would you go about doing
8      that?
9  A.  I'd get my toolbox out that I just described for
10     you, has three big compartments in it, and then
11     think about what specific tools within each
12     compartment or which compartment I would try to
13     use and.
14 Q.  And what is your support for your opinion that
15     Federal's revenues are attributable to its global
16     presence?
17 A.  Because there are businesses that operate globally
18     and they require global insurance companies,
19     global coverage, and I think that if somehow
20     Federal artificially -- this is very artificial by
21     the way in the case of Federal and its companies,
22     was only able to operate in one geography, then
23     there would be -- I'd have to do some thinking
24     about what the impact is of that, and my
25     experience is that having worked for a global

Page 63

1      company and observed the globalization trends,
2      particularly as they affect the United States,
3      that's a consideration in the real world.
4  Q.  And price and product offerings; do you have an
5      opinion as to whether Federal's revenues are
6      attributable to prices and product offerings?
7  A.  Yes.
8  Q.  And can you identify a percentage of Federal's
9      revenues that are attributable to price and
10     product offerings?
11 A.  Not that broadly as I sit here right now.
12 Q.  If you were tasked with figuring out a percentage,
13     how would you go about doing that?
14 A.  I would get out the toolbox and think about the
15     tools in each compartment that I would use.
16 Q.  And what is your support for your opinion that
17     Federal's revenues are attributable to its product
18     offerings and their prices?
19 A.  Well, let's address each one.  The first one,
20     product offerings, your -- it's such a circular --
21     what's the word?  It's self-referencing or
22     tautology.  If you -- you need product offerings
23     to generate revenues.  So that's the first one,
24     and then the second one, pricing, that's an issue
25     that I'm always interested in studying.  Price

Page 64

1      elasticity and demand is, like, one of the
2      fundamental considerations as a -- as a
3      financial/economic expert that I -- I'm interested
4      in understanding anytime I assess a business and
5      measuring when it's appropriate.
6  Q.  Thinking about the insurance industry
7      specifically, is there anything -- anything else
8      that -- beyond the fact that you need products to
9      sell to make money?  Is there any other support
10     for your opinion that Federal's product offerings
11     the revenues are attributable to Federal's product
12     offerings?
13 A.  Sure.
14 Q.  And what's that?
15 A.  Well, another thing that comes to mind is I can
16     draw on my own experience when I was in industry
17     one of the things I was responsible for was
18     managing and procuring property casualty --
19     property and casualty insurance, and I -- I can
20     remember that figuring out the different vendors
21     and their relationships with brokers and how
22     things were underwritten was an important part of
23     that decision-making process, and I actually -- I
24     can remember taking -- I actually took a week once
25     to take a deep dive and learn all about that

Page 65

1      stuff.  I went to the Lloyd's Market in London,
2      and toured that, and interviewed people, and tried
3      to learn as much as I could because it was an
4      important part of our business.  So I have a very
5      good understanding I think of how that -- how that
6      works.
7          The product offerings and mix, and having a
8      different sources for different products can be
9      important.  Sometimes it would make sense to have
10     multiple services and products purchased from one
11     underwriter and broker, and sometimes it would
12     make sense to -- to split that stuff up.  That's
13     important.
14 Q.  So you mentioned a trip to Lloyd's in London; is
15     that right?
16 A.  Sure.  Yeah.  I did.  I mentioned that.
17 Q.  For what purpose?
18 A.  I was trying to give some color to my answer and
19     what I was remembering about how I learned that
20     products -- different products are important.
21 Q.  And -- and what was the purpose of this trip?
22 A.  To learn how -- I mean, that's a market that's
23     been around for literally centuries, and to learn
24     how the industry has developed over the years.
25 Q.  And was there a particular -- was there a

17 (Pages 62 - 65)