UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **Jury Trial Demanded** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### JOINT STIPULATION REGARDING BRIEFING SCHEDULE UNDER LOCAL RULE 7.1 – DISPOSITIVE MOTIONS

WHEREAS the default rules regarding responses to dispositive motions filed on July 26, 2019, would provide for briefing deadlines on August 16, 2019 and August 30, 2019;

WHEREAS the parties mutually believe that an extension of these deadlines would result in more comprehensive briefing to the Court;

WHEREAS the Court's Practice Pointers permit the parties to agree to a revised briefing schedule "as long as any reply memorandum is filed at least fourteen days before the scheduled hearing";

WHEREAS the parties have come to an agreement regarding a modification of those deadlines;

WHEREAS the agreed-upon deadlines provide for Replies to be filed at least fourteen days before the hearing scheduled for September 24, 2019, in accordance with the Court's Practice Pointers.

Therefore, the parties hereto stipulate that Responses to Dispositive Motions are due on August 26, 2019 and that the Replies are due on September 9, 2019.

Dated:  July 18, 2019

MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*

-AND-

/s/ Christopher D. Pham
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000

Minneapolis, MN 55402-1425
(612) 492-7000 (tel)
(612) 492-7077 (fax)

*Attorneys for Defendants*