UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS)<br><br>**Jury Trial Demanded** |

## [PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE UNDER LOCAL RULE 7.1 – DISPOSITIVE MOTIONS

This matter comes before the Court on the parties Joint Stipulation Regarding Briefing Schedule Under Local Rule 7.1 – Dispositive Motions (Dkt. No. 350) in the above-referenced proceeding.

For the dispositive motions filed on July 26, 2019, the Response briefing shall be due on August 26, 2019 and the Reply briefing shall be due on September 9, 2019.

Dated: _____

_____
United States District Judge
The Honorable Wilhelmina M. Wright