UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fair Isaac Corporation,　　　　　　　　　　　Case No. 16-cv-1054 (WMW/DTS)

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　**ORDER**

Federal Insurance Company,

　　　　Defendant.

---

This matter is before the Court on the Parties' Joint Motions Regarding Continued Sealing [Docket Nos. 206, 223, 281, 285, 289] and Minn. Local Rule 5.6(d)(2).

The Joint Motions address documents that were filed under temporary seal in connection with various motion hearings held before the undersigned. Because some of the documents contain sensitive business data and other information that should remain sealed, **IT IS HEREBY ORDERED**:

　　　　1.　　The parties' Joint Motions Regarding Continued Sealing [Docket Nos. 206, 223, 281, 285, 289] are **GRANTED**.

　　　　2.　　The Clerk is directed to **unseal** the following documents: Docket Nos. 209; 211; 212; 213; 239; 240-1; 241-3, 241-5; 241-6; 241-7; 242-5; 242-7; 242-8; 242-9; .

　　　　3.　　The Clerk is directed to keep **sealed** the following documents: Docket Nos. 182; 184; 187; 188; 189; 193; 194; 195; 196; 197; 208; 210; 214; 215; 216; 231; 233; 237; 240; 241; 241-1; 241-2; 241-4; 242; 242-1; 242-2; 242-3; 242-4; 242-6; 243; 244; 245; 246; 247; 248; 249; 250; 251; 252; 253; 254; 255; 256; 261; 263; 266; 269; 272, 275, and 278.

4. Within 30 days, attorneys for Defendant are to refile the documents at Docket Nos. 243; 244; and 252, separating the exhibits into individual attachments.

Dated: July 19, 2019                                    s/David T. Schultz
                                                                          DAVID T. SCHULTZ
                                                                          United States Magistrate Judge