UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

## STATEMENT OF NO REDACTION

Pursuant to LR 5.6, Plaintiff Fair Isaac Corporation's Memorandum in Opposition to Defendants' Motion to Compel Discovery (Dkt. No. 353) has been filed under temporary seal. The Memorandum in Opposition was not redacted because large portions of the Memorandum contain "Confidential" or "Confidential – Attorneys' Eyes Only" information under the Protective Order (Dkt. No. 44) entered in the case. Therefore, it is impracticable to redact.

Dated:  July 19, 2019　　　　　　　　　　　　MERCHANT & GOULD P.C.

　　　　　　　　　　　　　　　　　　　　　　/s/ Allen Hinderaker
　　　　　　　　　　　　　　　　　　　　　　Allen Hinderaker, MN Bar # 45787
　　　　　　　　　　　　　　　　　　　　　　Heather Kliebenstein, MN Bar # 337419
　　　　　　　　　　　　　　　　　　　　　　Michael A. Erbele, MN Bar # 393635
　　　　　　　　　　　　　　　　　　　　　　Joseph Dubis, MN Bar # 0398344
　　　　　　　　　　　　　　　　　　　　　　MERCHANT & GOULD P.C.

3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*