UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**DECLARATION OF ALLEN W. HINDERAKER IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S OPPOSITION TO MOTION TO COMPEL DISCOVERY**

I, Allen W. Hinderaker, declare as follows:

1. I am an attorney with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this declaration on my own information, knowledge, and belief in support of Plaintiff's Fair Isaac Corporation's Opposition to Motion to Compel Discovery.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Expert Report of Brooks L. Hilliard CMC® CCP, served on May 31, 2019. This document is filed UNDER SEAL.

4.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the June 19, 2019 deposition of Brooks Hilliard. This document is filed UNDER SEAL.

Dated: July 19, 2019                                           /s/ Allen W. Hinderaker
                                                                              Allen W. Hinderaker