UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) Case No. 16-cv-1054 (WMW/DTS) )  )  ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation. | ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT MOTION REGARDING CONTINUED SEALING

Documents have been filed under temporary seal in connection with Defendants' Objection to the Court's June 4, 2019 Order, Dkt. Nos. 315, 316, 317, 317-1, 317-2, 317-3, 320, 324, and 327. Pursuant to Local Rule 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

1

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 315 | | Defendants' Objection to the Court's June 4 Order (Document Filed in Error/Duplicate Refiled at Dkt. No. 316) | X | | | N/A | This document should remain sealed. This motion was filed under seal to protect the Parties' commercially confidential information. This commercially confidential information includes the terms of the Software License Agreement that is the subject of this dispute. The license agreement was designated as Confidential and Attorneys' Eyes Only by Plaintiff under the Protective Order. This motion also contains excerpts and quotations from documents and depositions that the parties have designated Confidential, Attorneys' Eyes Only under the Protective Order because they contain the Parties' confidential business information. |
| 316 | | Defendants' Objection to the Court's June 4 | X | | | N/A | This document should remain sealed. This motion was filed under seal to protect the |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | Order | | | | | Parties' commercially confidential information. This commercially confidential information includes the terms of the Software License Agreement that is the subject of this dispute. The license agreement was designated as Confidential and Attorneys' Eyes Only by Plaintiff under the Protective Order. This motion also contains excerpts and quotations from documents and depositions that the parties have designated Confidential, Attorneys' Eyes Only under the Protective Order because they contain the Parties' confidential business information. |
| 317 | | Declaration of Christopher D. Pham in Support of Defendant's Objection to the | | X | | N/A | |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | Court's June 4, 2019 Order | | | | | |
| 317-1 | | Exhibits 1 – 2 to the Declaration of Christopher D. Pham in Support of Defendant's Objection to the Court's June 4, 2019 Order | X | | | N/A | This document should remain sealed. This document was filed under seal to protect the Parties' commercially confidential information. This document contains communications and descriptions of privileged documents, which have been marked Confidential, Attorneys' Eyes Only under the Protective Order because they contain the Parties' confidential and privileged business information. |
| 317-2 | | Exhibits 3 – 10 to the Declaration of Christopher D. Pham in Support of Defendant's Objection to the Court's June 4, 2019 Order | X | | | N/A | This document should remain sealed. This document was filed under seal to protect the Parties' commercially confidential information. This document contains communications discussing the terms of the Software License Agreement that is the subject of this dispute. The |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | | | | | | License Agreement was designated confidential under the Protective Order. The communications were also designated Confidential and Confidential, Attorneys' Eyes Only under the Protective Order because they contain the parties' confidential business information. |
| 317-3 | | Exhibits 11 – 19 to the Declaration of Christopher D. Pham in Support of Defendant's Objection to the Court's June 4, 2019 Order | X* | | | N/A | *The Parties agree that Exhibit 14 as part of this document should remain sealed. Exhibit 14 contains Defendants' commercially confidential business information. Defendants have designated this information Confidential or Confidential, Attorneys' Eyes Only under the Protective Order because it contains the Defendants' confidential business information.<br><br>*The Parties agree that Exhibits 11-13 and 15-19 as |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | | | | | | part of this document may be unsealed. |
| 320 | | Plaintiff's First Amended Privilege Log | X | | | | The document contains FICO's privilege log. Disclosure of this document to the public identifies FICO's confidential communications related to negotiating contracts, enforcing its contracts, pricing, and other related topics. This commercial information has been designated Confidential, Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 324 | 325 | Plaintiff Fair Isaac Corporation's Opposition to Objection to Order Granting-in-Part Plaintiff's Motion to Compel | X | | | | This document should remain sealed. The non-confidential portions of this document are available in Dkt. No. 325. This document was filed under seal to protect the confidential portions of the document that include the Parties' commercially confidential information. This |

6

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | | | | | | commercially confidential information includes the terms of the Software License Agreement that is the subject of this dispute. The license agreement was designated as Confidential and Attorneys' Eyes Only by Plaintiff under the Protective Order. This document also contains excerpts and quotations from documents and depositions that the parties have designated Confidential, Attorneys' Eyes Only under the Protective Order because they contain the Parties' confidential business information. |
| 327 | | Exhibits 5 and 6 in Support of FICO's Opposition to Objection to Order Granting-in-Part Plaintiff's | X | | | | This document should remain sealed to protect the Parties' confidential information. This document includes Federal's interpretation of the Licensing Agreement and deposition transcripts which relate to FICO's interpretation of the |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | Motion to Compel | | | | | contract and internal communications. The Parties have designated Confidential, Attorneys' Eyes Only under the Protective Order because they contain the Parties' confidential business information, disclosure of which would be detrimental to either Party's business interests. |

Dated: July 23, 2019

/s/ *Joseph Dubis*
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Tel: (612) 332-5300
Fax: (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

***Attorneys for Plaintiff***

-AND-

/s/ *Christopher D. Pham*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

***Attorneys for Defendants***