UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

## PLAINTIFF FAIR ISAAC CORPORATION'S MOTION TO EXCLUDE TESTIMONY OF WILLIAM MCCARTER

Pursuant to Federal Rules of Evidence 702 and the *Daubert* standard, Plaintiff Fair Isaac Corporation ("FICO") respectfully moves the Court to exclude the testimony of William McCarter related to paragraphs 21-30, 44-99, 101-105, 113-121, 126-140, 145, 147, 150-152, 154-158, and Appendix A.  This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the Declaration of Heather Kliebenstein and Exhibits attached to the Kliebenstein Declaration, the papers and records on file herein, and on such information and evidence as may be presented at any hearing on this Motion.

| | |
|---|---|
| Dated:  July 26, 2019 | MERCHANT & GOULD P.C.<br><br>/s/ Heather Kliebenstein<br>Allen Hinderaker, MN Bar # 45787<br>Heather Kliebenstein, MN Bar # 337419<br>Michael A. Erbele, MN Bar # 393635<br>Joseph W. Dubis, MN Bar # 398344<br>MERCHANT & GOULD P.C.<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402-2215<br>Tel:  (612) 332-5300<br>Fax:  (612) 332-9081<br>ahinderaker@merchantgould.com<br>hkliebenstein@merchantgould.com<br>merbele@merchantgould.com<br>jdubis@merchantgould.com<br><br>*Attorneys for Plaintiff FICO* |