UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**PLAINTIFF FAIR ISAAC CORPORATION'S NOTICE OF HEARING ON MOTION TO EXCLUDE TESTIMONY OF WILLIAM MCCARTER**

PLEASE TAKE NOTICE that Plaintiff Fair Isaac Corporation ("FICO") will move this Court, at a hearing on Tuesday, September 24, 2019 at 2:30 p.m., before the Honorable Wilhelmina M. Wright, United States District Judge for the U.S. District Court for the District of Minnesota, in Courtroom 7A, United States District Court, 316 N. Robert Street, St. Paul, MN 55101, for an order granting Plaintiff's Motion to Exclude Testimony of William McCarter.  The grounds for this Motion will be set forth and supported in an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the arguments of counsel, and all of the papers and proceedings in this matter.

2

| | |
|---|---|
| Dated:  July 26, 2019 | MERCHANT & GOULD P.C. |
| | |
| | /s/ Heather Kliebenstein |
| | Allen Hinderaker, MN Bar # 45787 |
| | Heather Kliebenstein, MN Bar # 337419 |
| | Michael A. Erbele, MN Bar # 393635 |
| | Joseph W. Dubis, MN Bar # 398344 |
| | MERCHANT & GOULD P.C. |
| | 3200 IDS Center |
| | 80 South Eighth Street |
| | Minneapolis, MN  55402-2215 |
| | Tel:  (612) 332-5300 |
| | Fax:  (612) 332-9081 |
| | ahinderaker@merchantgould.com |
| | hkliebenstein@merchantgould.com |
| | merbele@merchantgould.com |
| | jdubis@merchantgould.com |
| | |
| | *Attorneys for Plaintiff FICO* |