# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

### DECLARATION OF HEATHER J. KLIEBENSTEIN IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF WILLIAM MCCARTER

I, Heather J. Kliebenstein, declare as follows:

1. I am a shareholder with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this declaration on my own information, knowledge, and belief in support of Plaintiff's Motion to Exclude Testimony of William McCarter.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Expert Report of William S. McCarter, served on May 17, 2019.  This document is filed UNDER SEAL.

4. Attached hereto as Exhibit 2 is a true and correct copy of Expert Report of R. Bickley (Bick) Whitener, served April 19, 2019. This document is filed UNDER SEAL.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript of the June 5, 2019 deposition of William McCarter. This document is filed UNDER SEAL.

6. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of the 2018 Annual Report of Chubb Limited.

7. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of the Expert Report of W. Christopher Bakewell Regarding Damages served on May 17, 2019. This document is filed UNDER SEAL.

8. Attached hereto as Exhibit 6 is a true and correct copy of an April 2010 Chubb Corporation PowerPoint entitled Business Rules Overview Deposition produced as bates numbered document FED000171. This document is filed UNDER SEAL.

Dated: July 26, 2019     /s/ Heather J. Kliebenstein
                         Heather J. Kliebenstein