UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

## STATEMENT OF NO REDACTION

Pursuant to LR 5.6, Exhibits 1, 2, 3, 5, and 6 to the Declaration of Heather J. Kliebenstein in Support of Plaintiff Fair Isaac Corporation's Motion to Exclude Testimony of William McCarter (Dkt. No. 360) have been filed under temporary seal. Exhibits 1, 2, 3, 5, and 6 were not redacted because the entire document is marked "Confidential" or "Confidential – Attorneys' Eyes Only" information under the Protective Order (Dkt. No. 44) entered in the case. Therefore, it is impracticable to redact.

Dated: July 26, 2019

MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635

Joseph Dubis, MN Bar # 0398344
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*