## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF FAIR ISAAC CORPORATION'S MOTION TO EXCLUDE TESTIMONY OF WILLIAM MCCARTER

This matter is before the Court on Fair Isaac Corporation's ("FICO's") Motion to Exclude Testimony of William McCarter (Dkt. No. 360).  Upon consideration of FICO's request and the entire record herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. FICO's motion is hereby GRANTED.

2. Defendants are not allowed to use the testimony of William McCarter related to paragraphs 21-30, 44-99, 101-105, 113-121, 126-140, 145, 147, 150-152, 154-158, and Appendix A at trial.

**IT IS SO ORDERED.**

Dated:

_____

United States District Judge
The Honorable Wilhelmina M. Wright