UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**DECLARATION OF HEATHER J. KLIEBENSTEIN IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF DR. STEVEN KURSH**

I, Heather J. Kliebenstein, declare as follows:

1. I am a shareholder with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this declaration on my own information, knowledge, and belief in support of Plaintiff's Motion to Exclude Testimony of Dr. Steven Kursh.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Steven R. Kursh, Ph.D., CSDP, CLP, served on May 17, 2019. This document is filed UNDER SEAL.

4. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the June 25, 2019 deposition of Dr. Steven Kursh. This document is filed UNDER SEAL.

5.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the Software License and Maintenance Agreement, Bates numbers FICO0001702-1720.  This document is filed UNDER SEAL.

6.      Attached hereto as <u>Exhibit 4</u> is a true a correct copy of FICO's Sizing Matrix, produced as Bates numbered document FICO0000830 and used as Kursh Deposition Exhibit 516.  This document is filed UNDER SEAL.

7.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of FICO's Global Price List, produced as Bates numbers FICO0057386-412 and used as Waid Deposition Exhibit 421. This document is filed UNDER SEAL.

8.      Attached hereto as <u>Exhibit 6</u> is a true and correct copy of Federal's Application Sizing Chart produced as Bates numbered document FED017914 and used as McCarter Deposition Exhibit 454.  This document is filed UNDER SEAL.

Dated: July 26, 2019                                         /s/ Heather J. Kliebenstein
                                                             Heather J. Kliebenstein