## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>          Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>          Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**DEFENDANTS' MOTION TO EXCLUDE PORTIONS OF EXPERT REPORT AND TESTIMONY OF RANDOLPH BICKLEY WHITENER** |

Defendants Federal Insurance Company and ACE American Insurance Company respectfully move the Court for an order granting their Motion to Exclude Portions of Expert Report and Testimony of Randolph Bickley Whitener, as they relate to disgorgement of indirect profits, pursuant to Federal Rule of Evidence 702.

Dated: July 26, 2019

*s/Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

***Attorneys for Defendants***