UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**DEFENDANTS' MEET AND CONFER STATEMENT FOR THEIR MOTION TO EXCLUDE PORTIONS OF EXPERT REPORT AND TESTIMONY OF RANDOLPH BICKLEY WHITENER** |

　　　　I, Terrence J. Fleming, representing the Defendants, hereby certify that:

I met and conferred with the opposing party by:

　　Telephone conference with: Heather Kliebenstein

　　On: July 25, 2019

　　Discussing the following motions:

　　**Defendants' Motion to Exclude Portions of Expert Report and Testimony of Randolph Bickley Whitener**

As a result of the meet-and-confer, the parties:

　　(Check the box that applies)

　　☒　　Do not agree on the resolution of any part of the motion.

　　☐　　Agree on all or part of the motion and request that the Court incorporate the

　　following agreement in an Order:

Respectfully submitted,

Dated:  July 26, 2019

*s/ Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*