UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>    Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**DECLARATION OF<br>TERRENCE J. FLEMING IN<br>SUPPORT OF DEFENDANTS'<br>MOTION TO EXCLUDE EXPERT<br>REPORT AND TESTIMONY OF<br>BROOKS HILLIARD** |

I, Terrence J. Fleming, declare as follows:

1. I am an attorney at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants Federal Insurance Company ("Federal") and ACE American Insurance Company in this case.

2. Attached as **Exhibit 1** is a copy of the Rebuttal Expert Report of Brooks Hilliard.

3. Attached as **Exhibit 2** is a copy of the June 30, 2006 Software License and Maintenance Agreement (FICO0000208-FICO0000223).

4. Attached as **Exhibit 3** is a copy of August 1, 2006 Amendment One to Software License and Services Agreement (FICO0002118-FICO0002119).

5. Attached as **Exhibit 4** is a copy of December 28, 2006 Amendment Two to Software License and Services Agreement (FICO0000226-FICO0000228).

1

6. Attached as **Exhibit 5** is a copy of excerpts from the expert deposition of Brooks Hilliard.

7. Attached as **Exhibit 6** is a copy of excerpts from the deposition of Michael Sawyer.

8. Attached as **Exhibit 7** is a copy of Deposition Exhibit 121.

9. Attached as **Exhibit 8** is a copy of Deposition Exhibit 123.

10. Attached as **Exhibit 9** is a copy of Deposition Exhibit 81.

11. Attached as **Exhibit 10** is a copy of the document Bates labeled FICO0003090.

12. Attached as **Exhibit 11** is a copy of Deposition Exhibit 90.

13. Attached as **Exhibit 12** is a copy of the document Bates labeled FICO000050.

14. Attached as **Exhibit 13** is a copy of the document Bates labeled ORCL_FICO00000001.

15. Attached as **Exhibit 14** is a copy of the document Bates labeled FICO0061245.

16. Attached as **Exhibit 15** is a copy of the document Bates labeled FICO0060446.

17. Attached as **Exhibit 16** is a copy of excerpts from FICO's First Amended Privilege Log, Entries 656 and 662.

18. Attached as **Exhibit 17** is a copy of the document Bates labeled FICO0000379.

19. Attached as **Exhibit 18** is a copy of the Expert Report of Steven Kursh.

20. Attached as **Exhibit 19** is a copy of the Written Answers to Questions from the Rule 30(b)(6) Deposition of William Waid.

21. Attached as **Exhibit 20** is a copy of Deposition Exhibit 380.

22. Attached as **Exhibit 21** is a copy of the Expert Report of William McCarter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 26, 2019                                         s/ Terrence J. Fleming