UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**DEFENDANTS' MEET AND CONFER STATEMENT FOR THEIR MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF BROOKS HILLIARD** |

I, Terrence J. Fleming, representing the Defendants, hereby certify that:

I met and conferred with the opposing party by:

Telephone conference with: Heather Kliebenstein

On: July 25, 2019

Discussing the following motions:

**Defendants' Motion to Exclude Expert Report and Testimony of Brooks Hilliard**

As a result of the meet-and-confer, the parties:

(Check the box that applies)

☒    Do not agree on the resolution of any part of the motion.

☐    Agree on all or part of the motion and request that the Court incorporate the

following agreement in an Order:

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  July 26, 2019 | *s/ Terrence J. Fleming* |
|  | Terrence J. Fleming (#0128983) |
|  | tfleming@fredlaw.com |
|  | Leah Janus (#0337365) |
|  | ljanus@fredlaw.com |
|  | Christopher D. Pham (#0390165) |
|  | cpham@fredlaw.com |
|  | **FREDRIKSON & BYRON, P.A.** |
|  | 200 South Sixth Street, Suite 4000 |
|  | Minneapolis, MN  55402-1425 |
|  | (612) 492-7000 (tel.) |
|  | (612) 492-7077 (fax) |
|  | *Attorneys for Defendants* |

- 2 -