# EXHIBIT 13

## FILED UNDER SEAL

HENRY MIROLYUZ - 07/31/2018

```
 1              UNITED STATES DISTRICT COURT

 2              DISTRICT OF MINNESOTA

 3              CASE NO. 16-CV-1054 (WMW/DTS)

 4   - - - - - - - - - - - - - - - - - - - - - - - - -

 5   FAIR ISAAC CORPORATION, a Delaware corporation,

 6              Plaintiff,

 7        vs.

 8   FEDERAL INSURANCE COMPANY, an Indiana corporation,

 9              Defendant.

10   - - - - - - - - - - - - - - - - - - - - - - - - -

11

12              TRANSCRIPT of the stenographic notes of

13   the 30(b)(6)videotaped deposition of Henry Mirolyuz in

14   the above-entitled matter, as taken by and before

15   LORRAINE B. ABATE, a Certified Court Reporter and

16   Notary Public of the State of New Jersey and

17   Registered Professional Reporter, held at the offices

18   of Regus, 55 Madison Avenue, Morristown, New Jersey,

19   on Tuesday, July 31, 2018, commencing at 9:10 a.m.,

20   pursuant to Notice.

21

22

23

24   Job No. MP-182592

25   Pages: 1 - 80
```

Page 2

```
 1  A P P E A R A N C E S :
 2              MERCHANT & GOULD, ESQS.
                Attorneys for the Plaintiff
 3                80 South Eighth Street
                  Minneapolis, Minnesota 55402-2215
 4
                BY: ALLEN W. HINDERAKER, ESQ.
 5                  (612)371-5292
                    ahinderaker@merchantgould.com
 6
 7              FREDRIKSON & BYRON, P.A.
                Attorneys for the Defendant
 8                200 South Sixth Street, Suite 4000
                  Minneapolis, MN 55402-1425
 9
                BY:  TERRENCE J. FLEMING, ESQ.
10                  (612)492-7496
                    tfleming@fredlaw.com
11
                     -and-
12
                Chubb Insurance Company
13                202A Halls Mill Road
                  Whitehouse, NJ  08889
14
                BY:  KEVIN MURPHY, ESQ.
15                  (908) 903-3726
                    kevinmurphy@chubb.com
16
17  A L S O   P R E S E N T :
18              James Woodward
19              Marcelo Rivera, Videographer
20
21
22
23
24
25
```

Page 3

```
 1                  I N D E X
 2
 3
 4  WITNESS          EXAMINATION BY          PAGE
 5  Henry Mirolyuz  Mr. Hinderaker            7
 6
 7
 8
 9                E X H I B I T S
10  EXHIBIT                                  PAGE
11   1   Second Amended Notice of Deposition   5
12   2   Resume                               13
13   3   E-Mail Chain                         32
14   4   E-Mail Chain                         41
15   5   E-Mail dated July 29, 2013           45
16   6   Second Supplemental Answers to
17       Interrogatories Nos. 2, 3 and 4      51
18   7   E-Mail Chain                         53
19   8   E-Mail Chain                         57
20   9   E-Mail dated May 5, 2011             57
21  10   E-Mail Chain                         61
22  11   E-Mail dated June 18, 2012           63
23  12   E-Mail Chain                         64
24  13   E-Mail Chain                         67
25  14   Meeting Invite                       68
```

Page 4

```
 1                E X H I B I T S
 2                  (CONTINUED)
 3  EXHIBIT                                  PAGE
 4  15     Surety Information System Slide Deck   69
 5  16     Chubb Arch PLD Project Statement of Work 72
 6
 7                  * * * * *
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1              (Exhibit 1, Second Amended Notice of
 2  Deposition, marked for identification, as of this
 3  date.)
 4              THE VIDEOGRAPHER:  This is the digitized
 5  deposition video of Mr. Henry Mirolyuz in the matter
 6  of Fair Isaac Corporation, a Delaware corporation,
 7  versus Federal Insurance Company, an Indiana
 8  corporation.
 9              This deposition is being held at Regus
10  located at 55 Madison Avenue, suite 400 in
11  Morristown, New Jersey on July 31st, 2018 at
12  approximately 9:10 a.m. My name is Marcelo Rivera
13  from the firm of Epiq and I'm the legal video
14  specialist.  The court reporter is Lorraine Abate,
15  also with Epiq.
16              All present counsel, please introduce
17  themselves for the record.
18              MR. HINDERAKER:  On behalf of Fair Isaac
19  Corporation, Allen Hinderaker of Merchant & Gould,
20  and James Woodward of FICO.
21              MR. FLEMING:  Terry Fleming of
22  Fredrikson Law firm representing Federal Insurance
23  Company.  With me is Kevin Murphy, general counsel,
24  Chubb.
25              THE VIDEOGRAPHER:  Will the court
```

HENRY MIROLYUZ - 07/31/2018          Pages 22..25

Page 22

1  providers means.  Is that part of it?
2       A.      It's a functionality of the Blaze
3  Advisor software which allows creation of customized
4  screens for the end users.
5       Q.      And so you were part of the design or
6  architecture of those, of what those customized
7  screens would be?
8       A.      Correct.  Components, yes.
9       Q.      And this bullet point, as you see from
10  the document for the time frame 2006 to 2008, it
11  talks about automated renewal process 1, ARP1.
12       A.      Correct.  It's automated part 1.
13       Q.      And just a few moments ago, you were
14  talking -- you identified ARP2.
15       A.      Correct.
16       Q.      Are those the same project, part 1, part
17  2?
18       A.      Part 2, yes.  Subsequent implementation.
19       Q.      So thank you for that, your background.
20       Let me turn to a series of questions
21  that are really all around the physical location of
22  servers on which Blaze Advisor is installed that --
23  maybe I should just sort of back up for somebody's
24  benefit, I guess, that first, Blaze Advisor is
25  software licensed from the Chubb, once upon a time

Page 23

1  licensed from FICO, correct?
2       A.      Correct.
3       Q.      And the Blaze Advisor software resides
4  on what's called servers, correct?
5       A.      Correct.
6       Q.      And I would appreciate your more -- your
7  definition of a server.  What is a server?
8       A.      It's a machine located -- not assigned
9  to a specific individual, and accessible by one or
10  many developers or parties, depends on the rights and
11  also, the authorization provided by Chubb.
12       Q.      Okay.  And when you say a server is a
13  machine, is it a computer?
14       A.      Computer.
15       Q.      And of course, computers reside at
16  physical locations?
17       A.      Correct.
18       Q.      So does Blaze Advisor software -- well,
19  where does Blaze Advisor software -- where do the
20  servers -- where are the servers located on which
21  Blaze Advisor software is installed?
22       A.      I would not be privy for such
23  information.  I know they are located -- it depends
24  on the geographical zone.  However, it was not my
25  responsibility to know and understand where the

Page 24

1  servers are located.
2       Q.      What do you mean -- I'm sorry, servers
3  allocated?
4       A.      Servers are located.
5       Q.      I don't understand what you mean by
6  allocated.
7       A.      No, located.  Location.
8       Q.      Located.
9       A.      At some point of time, servers changed.
10  That could change location, and I would not be --
11  this information would not be provided to me.
12       Q.      All right.  All right.  Well, let's talk
13  about the United States.
14       In the United States, do you know where
15  Blaze Advisor software is installed on servers?
16       A.      Yes.  They are located in Chubb data
17  center in North Carolina.
18       Q.      And when you say Chubb data center, is
19  it more accurate to say the data center of Chubb &
20  Son, a Division of Federal?
21       A.      I would not be able to comment on that.
22  From my perspective, it's Chubb.
23       Q.      Okay.  So whether technically it's Chubb
24  & Son, a Division of Federal, or it's Chubb or is
25  Federal, that's beyond your knowledge?

Page 25

1       A.      That's beyond my knowledge.
2       Q.      Is Blaze Advisor -- in the United
3  States, is Blaze Advisor software installed on
4  servers located anywhere else?
5       A.      Not to the best of my knowledge.
6       Q.      Did you inquire of, interview people, to
7  understand that better?
8       A.      I did.
9       Q.      And so based upon your best knowledge
10  following your investigation, the only place you know
11  that the Blaze Advisor software is installed is in
12  North Carolina?
13       A.      Correct.
14       Q.      What city?
15       A.      I believe it's Raleigh.
16       Q.      And just to be I guess very clear about
17  it, to your personal knowledge but more particularly
18  to your status here as a 30(b)(6) witness, following
19  the investigation, that's the only location in the
20  United States on which -- or at which Blaze Advisor
21  software is installed?
22       A.      Based on my knowledge and conversation
23  with other people, yes.
24       Q.      So then how about outside the United
25  States; is Blaze Advisor installed on servers outside

Page 26

1  of the United States?
2      A.    Based on my conversation, yes, it was.
3      Q.    Okay.  So let's take it -- if there is
4  more than one, we'll take it one by one.
5      Outside of the United States, where are
6  servers located on which Blaze Advisor software is
7  installed?
8      A.    The servers, based on my conversation,
9  servers located in United Kingdom.
10      Q.    Is that -- do you know if they're in
11  London or some place else?
12      A.    I don't know.
13      Q.    Okay.
14      A.    And I don't have this information.  I
15  was only provided the fact that it's located in --
16  the information that the server is located in United
17  Kingdom.
18      Q.    All right.  What other country?
19      A.    There is -- initially, the servers were
20  Canada, were hosting the Blaze Advisor.  However,
21  they may also be consolidated at this point of time
22  to the North America, to the United States or
23  application were migrated to the North America
24  servers.
25      Q.    Are you saying maybe?

Page 27

1      A.    Potentially, yes.
2      Q.    Do you know one way or the other?
3      A.    I know there is a process of migration.
4  I'm not sure if migration has been complete or not.
5  I'm not involved in that area.
6      Q.    Okay.  This is something you learned as
7  part of your interviews.
8      A.    Interviews.
9      Q.    All right.  We'll go back to the U.K.
10  after.  Let's finish this Canada off.
11      Your understanding after interviews
12  testifying here on behalf of the company is that
13  Blaze Advisor has been installed on servers in
14  Canada, correct?
15      A.    Correct.
16      Q.    Whether the Blaze Advisor software is
17  still on Canadian servers is something you do not
18  know one way or the other?
19      A.    Correct.
20      Q.    You are testifying that there is a
21  process in place for migration to the United States,
22  correct?
23      A.    Correct.
24      Q.    And what does migration mean?
25      A.    It's relocation of the -- or copying of

Page 28

1  the application, copying of the application from one
2  server to another.
3      Q.    Did you use the word capping?
4      A.    Copying, copying.
5      Q.    Copying.  All right.  And when the
6  process of migration is complete, then will Blaze
7  Advisor be still installed on any servers in Canada?
8      A.    It will not be.
9      Q.    Do you know when the process of
10  migration began?
11      A.    I don't have this information.
12      Q.    Did it come to you as part of the
13  interviews, apparently?
14      A.    Yes.
15      Q.    Okay.  Do you know if the process of
16  migration was post-merger?
17      A.    I believe so, but I don't know that for
18  the fact.
19      Q.    Did you get any information as to a goal
20  for the end date when the process of migration is
21  complete?
22      A.    There was no goal in particular or at
23  least I was not told the goal was to consolidate all
24  the assets in one data center for the North America.
25      Q.    Did you say assets?

Page 29

1      A.    Assets, all the applications.  All the
2  applications in one data center.
3      Q.    All right.  So you just used the phrase
4  to get the applications in one data center.
5      What is an application?
6      A.    It's a software which allows user to
7  perform specific functions.  Depends on the
8  components of the application.
9      Q.    And is an application something that
10  you, as the -- in your role on the technical side,
11  you were involved in designing the architecture for
12  those applications?
13      A.    Part of the architecture.
14      Q.    Part of it.  All right.
15      At least the Blaze Advisor part of it?
16      A.    Correct.
17      Q.    So you're making a distinction between
18  the Blaze Advisor software and an application that
19  uses Blaze Advisor?
20      A.    That is correct.
21      Q.    Staying with Canada, when the Blaze
22  Advisor software is installed on servers in Canada --
23  it was true that the applications that used Blaze
24  Advisor -- certain applications that employed Blaze
25  Advisor were used in Canada?

HENRY MIROLYUZ - 07/31/2018          Pages 30..33

Page 30

1     A.     Correct.
2     Q.     And do you know if that was used by the
3 Chubb Insurance Company of Canada?
4     A.     Yes, correct.
5     Q.     So Blaze Advisor software and the
6 applications that used Blaze Advisor were installed
7 on servers in Canada to support the Canadian use of
8 certain applications?
9     A.     That's absolutely correct.
10    Q.     And then when the migration process is
11 completed, if it is, how will, as your understanding
12 for the company, how will the Chubb Insurance Company
13 of Canada -- will the insurance -- let me ask a
14 different question.  Your understanding is that these
15 applications that the Insurance Company of Canada has
16 used, will they continue to be able to use those
17 applications after the migration?
18    A.     I believe so.
19    Q.     Okay.  So whoever is the user in Canada
20 will access that software through servers located in
21 North Carolina?
22    A.     Correct.
23    Q.     So the migration includes the Blaze
24 Advisor software and all of the applications used in
25 Canada?

Page 31

1     A.     Correct.
2     Q.     Okay.  Now, let's go back to the U.K.
3        So in the U.K., there would be -- in the
4 U.K., there is Blaze Advisor software installed on
5 servers in the U.K.?
6     A.     Correct.
7     Q.     And then are the applications that use
8 Blaze Advisor software also installed on the servers
9 in the U.K.?
10    A.     That's correct.
11    Q.     And so whoever are the users and whoever
12 used that software and applications from those
13 servers, access or not, from the U.K. servers?
14    A.     That's correct.
15    Q.     And do you know it's the Chubb Insurance
16 Company of Europe SE that uses the Blaze Advisor
17 software and those applications on software being
18 installed in the U.K.?
19    A.     I'm not sure about the exact name, but I
20 believe that's correct.
21    Q.     Is Blaze Advisor software installed on
22 servers in Australia?
23    A.     Not to the my knowledge in any people I
24 talk to.  Don't believe it was installed in the
25 servers in Australia.

Page 32

1     Q.     Was it ever installed on servers in
2 Australia?
3     A.     Not to my knowledge.
4     Q.     All right.  To your knowledge, has the
5 applications using Blaze Advisor software been used
6 by people in Australia to sell insurance?
7     A.     Not to my knowledge as well.
8     Q.     All right.  Good.  That will help.  We
9 will return to that.
10          Anywhere else in the world that you know
11 of Blaze Advisor software has been installed on
12 servers?
13    A.     No, I don't.  I don't know.  I'm not
14 aware of any other location where the Blaze Advisor
15 is installed.
16          MR. HINDERAKER:  Would you mark that,
17 please.
18          (Exhibit 3, E-Mail Chain, marked for
19 identification, as of this date.)
20    Q.     Sir, the court reporter has handed you
21 what we marked as Exhibit 3, and you identified that
22 as an e-mail from yourself to a Richard Johnson and
23 others dated May 26, 2009, the top heading.
24    A.     Correct.
25    Q.     And I have a few questions on it, but

Page 33

1 please, my questions are really limited to the first
2 page, but take whatever time you want to familiarize
3 yourself with it and then I'll ask.
4     A.     Please.
5     Q.     Okay.  Great.
6        Who is Richard D. Johnson?
7     A.     I believe he is -- if I remember
8 correctly, he is a developer who was responsible for
9 working with Blaze Advisor in European zone,
10 specifically in London.
11    Q.     In London.  Okay.  And again, by the
12 way, when you say developer, that's the same thing as
13 saying somebody who writes code?
14    A.     Correct.
15    Q.     And you say "Hi, Richard."  Then you say
16 "I am sending you a link to a BR CoE Wiki site."
17        What is a BR CoE Wiki site?
18    A.     It's business rule center of excellence
19 Wikipedia site.  It's a website created to provide
20 the information regarding the Blaze Advisor.
21    Q.     Is this an internal website to Chubb?
22    A.     Correct.
23    Q.     No external access to that website,
24 correct?
25    A.     No.

HENRY MIROLYUZ - 07/31/2018          Pages 34..37

Page 34

1    Q.      And why did you send him a link with the
2  download location and instructions for Blaze Advisor
3  6.7?
4    A.      In looking at the e-mail and refreshing
5  my memory, he was looking to create a POC or product
6  type of using Blaze Advisor software, and he asked me
7  to provide him the installation files as well as some
8  documentation regarding the usage of such software.
9    Q.      Okay.  Is it fair to characterize what
10 you just said as saying he was working on proof of
11 concept for an application that used Blaze Advisor
12 software?
13   A.      He was working on the -- Richard was
14 working on that.
15   Q.      On that?
16   A.      Yeah.  I was not.
17   Q.      Was Richard part of Chubb Insurance
18 Company of Europe SE, do you know?
19   A.      Based on the e-mail address, yes.  At
20 least he was the person who -- let me rephrase that.
21 He was granted the Chubb e-mail address.
22   Q.      Fair enough.
23           And can we conclude that Blaze Advisor
24 6.7 was installed on servers in the U.K.?
25   A.      No, we cannot based on this e-mail.

Page 35

1  This e-mail just only speaks about the software for
2  development use.
3    Q.      Okay.  As we've mentioned already, you
4  do know that Blaze Advisor software was installed on
5  servers in the U.K.?
6    A.      Correct, but based on this e-mail -- my
7  statement is that based on this e-mail, we cannot
8  conclude if -- the way it was or was not installed.
9    Q.      I understand.
10   A.      This is just a link to the installation
11 files.
12   Q.      I understand.  So are we taking, to be
13 clear, that whether Blaze Advisor software was
14 installed using that link at this time or was not
15 installed using -- or was not installed, you can't
16 say one way or the other?
17   A.      Based on his e-mail, no, I cannot.
18   Q.      Understood.
19           And as a matter of your knowledge and
20 your interviews, do you know the first date that
21 Blaze Advisor software was installed on servers in
22 the U.K.?
23   A.      I do not.
24   Q.      Okay.  Would you run me through the
25 process by which someone in the U.K. installs Blaze

Page 36

1  Advisor software on a U.K. server.
2    A.      The software will be installed, initial
3  version, on the developer's laptop or workstation.
4    Q.      Let me back you up.  When you say
5  developer, you're talking about the person in the
6  U.K.?
7    A.      Person in the U.K.  So Richard in that
8  particular case.
9    Q.      Okay.  My question could be more
10 precise.
11           Where does that person get the Blaze
12 software installed?
13   A.      He would get it by running the
14 installation files provided in this link.  He would
15 get the software installed and he would provide the
16 files created during the installation process to the
17 release management team which is responsible for
18 deploying application as a part of application to the
19 servers.
20   Q.      What is a risk management team?
21   A.      The release.
22   Q.      Release.
23   A.      Release management.
24   Q.      Okay.  So this is something that can be
25 done or was done completely internal to Chubb?

Page 37

1    A.      Correct.
2    Q.      It's accurate to say there is no
3  involvement of FICO personnel in this process of
4  installing Blaze Advisor on servers in the U.K.?
5    A.      They could assist with, could have
6  assisted with any troubleshooting or any potential
7  issues.  So once again, I can't say one way or
8  another.  Each case-by-case basis.  So they could
9  have been -- if there was an issue, FICO could have
10 been involved and helped, as any vendor, with
11 troubleshooting or installing the software.
12   Q.      So are you aware of any instance where
13 FICO was called in to help with the trouble -- help
14 troubleshoot or address an issue on a U.K.
15 installation of Blaze Advisor?
16   A.      I believe so.  I believe -- that was
17 based on my conversation with developers, FICO
18 actually provided assistance with installing the
19 software.
20   Q.      And with whom did you have that
21 conversation?
22   A.      David Gibbs as well as the conversation
23 with the developers back at that time, and as well as
24 conversation with the FICO representative.
25   Q.      And what FICO representative?

Page 70

1   the course of life in 2014.
2           MR. FLEMING:  Okay.
3           MR. HINDERAKER:  June 30th.
4           MR. FLEMING:  Lack of foundation, then.
5       A.   I assume that this is the attachment for
6   this e-mail?
7       Q.   Yes.
8       A.   I cannot say one way or another because
9   the file name is not listed in the document.
10      Q.   The document doesn't have the file name
11  to tell you exactly, right?
12      A.   Yeah.
13      Q.   Do you have any reason to believe that
14  it's not?
15      A.   I have no reason to believe any way,
16  either way.
17      Q.   Either way?
18      A.   Yeah.
19      Q.   Fair enough.
20           So if we go to page 18 entitled Surety
21  Bond Services, what that means is a subject for
22  somebody else, do we agree?
23      A.   Correct.
24      Q.   And then on page 19, I just want to
25  point out, it says the booking system for U.S.,

Page 71

1   Canada and Australia.  And then on page 20, it says
2   rules validation via Blaze.  Under fact sheet, it
3   says rules validation via Blaze.
4           Do you know one way or the other whether
5   Blaze Advisor software was installed on servers in
6   Australia to support surety bond services?
7       A.   No, I believe surety bond services was
8   installed in the U.S. servers.
9       Q.   Do you know that Australian -- the
10  people in Australia accessed that application from
11  Australia to the U.S. servers?
12      A.   I don't know that.
13      Q.   One way or the other?
14      A.   One way or another.
15      Q.   Okay.
16      A.   Only speak to the technical fact that
17  that was installed in U.S., on U.S. servers.
18      Q.   All right.  So whether it was used in
19  Australia, you don't know one way or the other?
20      A.   No.
21      Q.   Because earlier you told us that to your
22  best knowledge, Blaze Advisor software was not
23  installed in Australia?
24      A.   Correct.
25      Q.   So does this information change your

Page 72

1   understanding in that regard?
2       A.   It does not.  It says application itself
3   was installed on U.S. servers which confirm what I
4   said before.
5       Q.   Okay.
6           (Exhibit 16, Chubb Arch PLD Project
7   Statement of Work, marked for identification, as of
8   this date.)
9           THE VIDEOGRAPHER:  The time is
10  11:11 a.m. and we are going off the record.
11          (Discussion off the record.)
12          THE VIDEOGRAPHER:  The time is
13  11:19 a.m. and we're back on the record.
14  BY MR. HINDERAKER:
15      Q.   Did I give you Exhibit 16?  You have it.
16  The court reporter gave it to you.  Good.  All right.
17          Are you familiar with this document from
18  days gone by?
19      A.   I'm not.
20      Q.   All right.  Do you know who or what
21  AppCentrica is?
22      A.   It's an IT window providing services to
23  Chubb.
24      Q.   IT vendor?
25      A.   IT vendor.

Page 73

1       Q.   All right.  And do you know what Chubb
2   Arch PLD Project means?
3       A.   It means that it's a Chubb architecture
4   physical analogical design document.  It's just the
5   name of the template for the document.
6       Q.   Physical analogical design.  All right.
7       A.   Yeah.  Unless I'm mistaken, the PLD
8   architect -- let me rephrase it.  I'm not familiar
9   with the PLD acronym.
10      Q.   But your best understanding, that's what
11  you think it means, correct?
12      A.   Yeah.
13      Q.   All right.  It's not -- let me direct
14  your attention to the third page.  And we can just
15  read together that the document provides a statement
16  of work for the Evolution engagement in 2015 and 2016
17  between the vendor, AppCentrica and Chubb Insurance
18  Company of Canada, agreed?
19      A.   Agreed.
20      Q.   And what is Evolution?
21      A.   It is the name of the policy
22  administration system used in Canada.
23      Q.   Okay.  And this document goes on to say
24  "The focus of the work," and then I'll skip a few
25  words, "over the next two years will be the design