# EXHIBIT 19

# FILED UNDER SEAL

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,

Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
an Indiana corporation,

Defendant.

Court File No.  16-cv-1054 (WMW/DTS)

**FEDERAL INSURANCE COMPANY'S
SECOND SUPPLEMENTAL
ANSWERS TO INTERROGATORY
NOS. 2, 3, AND 4**

To:   Plaintiff and its attorneys, Allen Hinderaker and Michael A. Erbele, Merchant &
Gould PC, 3200 IDS Center, 80 South Eighth Street, Minneapolis, MN  55402.

Defendant Federal Insurance Company ("Federal"), for its Second Supplemental

Answers to Plaintiff's First Set of Interrogatories, states and alleges as follows:

### GENERAL RESPONSES

1.     Federal objects to the Definitions and Instructions to the extent that they

seek to impose obligations on Federal that either exceed, or are different from, what is

required under the Federal Rules of Civil Procedure, District of Minnesota Local Rules,

and the Stipulated E-Discovery Order.

2.     Federal's responses and objections are made to the best of Federal's present

knowledge, information, and belief.  Federal's responses and objections are limited to

information within its possession, custody, or control.  Federal reserves the right to

amend, supplement, or change any responses and objections if and when additional, different, or more accurate information becomes available and/or facts are developed.

3.      Federal gives these Responses subject to all objections to admissibility that may be interposed in this proceeding.

## ANSWERS TO FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 2:**  Identify every person, division, or entity, other than employees of the division Chubb & Son, to whom Federal has disclosed the FICO Blaze Advisor® software after June 30, 2006, and:

        a.      State the date of each such disclosure;

        b.      Identify all Persons known to you to have knowledge of each such disclosure; and

        c.      Identify all documents relating to each such disclosure.

**SECOND SUPPLEMENTAL ANSWER:**  Federal objects to this Interrogatory as over broad and unduly burdensome to the extent that it seeks identification of all individuals to whom disclosure has been made, rather than the entities or divisions to which disclosure has been made.  Federal further objects to this Interrogatory as overbroad and unduly burdensome because it is unlimited in time.  Federal may appropriately limit its answer to available information after April 22, 2010, which is six years prior to the lawsuit being filed, but has not, at this time, withheld information based on this objection.  Federal also objects to the term "disclosed" in this context as undefined and vague.

Subject to, and without waiving these objections, disclosure of the Blaze Advisor software was made to at least the following:  (1) Chubb Insurance Company of Europe SE, (2) Chubb Insurance Company of Canada, including through its relationship with

2

AppCentrica, and (3) Chubb Insurance Company of Australia Limited, including through its relationship with the DWS Group. Disclosure of the Blaze Advisor software to the Chubb & Son division of Federal occurred on or around June 30, 2006 with FICO's knowledge and participation. Information regarding the Blaze Advisor software and accessibility to it were provided on internal Chubb organization shared space. Disclosure of the Blaze Advisor software was made to Chubb Insurance Company of Canada in 2011 with FICO's knowledge and participation. Disclosure was made to Chubb Insurance Company of Europe SE at least by 2010, with FICO's knowledge and participation. Disclosure was made to Chubb Insurance Company of Australia Limited at least by 2015.

Federal identifies Tamra Pawloski, Henry Mirolyuz, Ewen Setti, Hamish Tonkin, Alexander Pavlenko, Zorica Todorovic, Tony Zhang, Lei Lanz, Dalli Yang, Duff Sorli, Ramesh Pandey, Patrick Sullivan, Benku Thomas, John White, Miranda Chiang, Mark Ruscitto, Dan Tedeschi, Kott Sivakumar, Peter Tribulski, Russell Hodey, David Gibbs, David Rowlands, Peter Davis, Dejan Stojkovic, Ken Kitamura, Ben Pullinger, Martin Sill, Craig Worth, John Fagan, Jeff Pruski, Tanya Filstein, Russell Frost, Charles Nikolas, Diptesh Patel, Oliver Clark (FICO), Michael Sawyer (FICO), Ian Brodie (FICO), and Russell Schreiber (FICO) as persons who may have knowledge regarding use of the Blaze Advisor software.

Further answering Interrogatory No. 2, pursuant to Fed. R. Civ. P. 33(d), Federal refers to emails sent and received, including corresponding documents, by such individuals regarding use of the Blaze Advisor software in the United Kingdom, Canada,

and Australia, and states that the burden of identifying the emails relating to the use of
the software in the United Kingdom, Canada, and Australia is substantially the same for
both parties.

 **INTERROGATORY NO. 3:** Identify every person, division, or entity, other
than employees of the division Chubb & Son of which Federal is aware, that has used the
FICO Blaze Advisor® software after June 30, 2006, and:

  a. State the date of first use and, if applicable, the date of the last
use for each person, division, or entity;

  b. Identify all Persons known to you to have knowledge of each
such use; and

  c. Identify all documents relating to each such disclosure.

**SECOND SUPPLEMENTAL ANSWER:**

 Federal objects to this Interrogatory as over broad and unduly burdensome to the
extent that it seeks identification of all individuals who have used the software, rather
than the entities or divisions that have used the software.  Federal further objects to this
Interrogatory as overbroad and unduly burdensome because it is unlimited in time.
Federal may appropriately limit its answer to available information after April 22, 2010,
which is six years prior to the lawsuit being filed, but has not, at this time, withheld
information based on this objection.  Federal also objects to the term "use" in this context
as undefined and vague.

 Subject to, and without waiving these objections, use of the Blaze Advisor
software was made by at least the following:  (1) Chubb Insurance Company of Europe
SE, (2) Chubb Insurance Company of Canada, including through its relationship with
AppCentrica, and (3) Chubb Insurance Company of Australia Limited, including through

its relationship with the DWS Group.  Federal began using the Blaze Advisor software in its Chubb & Son division on or around June 30, 2006 and did so with FICO's knowledge and participation.  Information regarding the Blaze Advisor software and accessibility to it were provided on internal Chubb organization shared space.  Chubb Insurance Company of Canada has used Blaze Advisor software since at least 2011, and did so with FICO's knowledge and participation.  Chubb Insurance Company of Europe SE has used Blaze Advisor software since at least 2010, and did so with FICO's knowledge and participation.   Chubb Insurance Company of Australia Limited has used Blaze software since at least 2015.

Federal identifies Tamra Pawloski, Henry Mirolyuz, Ewen Setti, Hamish Tonkin, Alexander Pavlenko, Zorica Todorovic, Tony Zhang, Lei Lanz, Dalli Yang, Duff Sorli, Ramesh Pandey, Patrick Sullivan, Benku Thomas, John White, Miranda Chiang, Mark Ruscitto, Dan Tedeschi, Kott Sivakumar, Peter Tribulski, Russell Hodey, David Gibbs, David Rowlands, Peter Davis, Dejan Stojkovic, Ken Kitamura, Ben Pullinger, Martin Sill, Craig Worth, John Fagan, Jeff Pruski, Tanya Filstein, Russell Frost, Charles Nikolas, Diptesh Patel, Oliver Clark (FICO), Michael Sawyer (FICO), Ian Brodie (FICO), and Russell Schreiber (FICO) as persons who may have knowledge regarding use of the Blaze Advisor software.

Further answering Interrogatory No. 3, pursuant to Fed. R. Civ. P. 33(d), Federal refers to emails sent and received, including corresponding documents, by such individuals regarding use of the Blaze Advisor software in the United Kingdom, Canada, and Australia, and states that the burden of identifying the emails relating to the use of

5

the software in the United Kingdom, Canada, and Australia is substantially the same for both parties.

**INTERROGATORY NO. 4:**  Identify every software application and/or system utilized by Chubb & Son, a division of Federal, or by any division or entity other than Chubb & Son, that utilizes in any way the Blaze Advisor® software, and:

     a.     Identify all Persons known to you to have knowledge of each such software application and/or system; and

     b.     Identify all documents relating to each such software application and/or system.

**SUPPLEMENTAL ANSWER:**  Federal objects to this Interrogatory as unduly burdensome, over broad, and because it seeks information that is not relevant to any claim or defense in this action.  To the extent this Interrogatory can be read to ask for identifying groups within or without the Chubb organization that have at any time used any applications, which at some time utilized in any way the Blaze Advisor software, Federal objects to the Interrogatory as vague and ambiguous and overly burdensome, in particular because it does not include any time limitation, as seeking information not relevant to the claims and defenses in this action, and as not proportional to the needs of the case.  Federal will limit its answer to reasonably available information after April 22, 2010, which is six years prior to the lawsuit being filed and reflects the outermost limit of the statute of limitations.  Subject to, and without waiving these objections, Federal identifies the below business units and software applications as having utilized Blaze Advisor software:

| SBU | Application |
|---|---|
| CSI | CSI Express, including CIS Claims |
|  | Decision Point |
|  | Automated Renewal Process |
| CCI | CUW |
|  | IRMA (Individual Rate Modification Application) |
|  | TAPS (Texas Accident Prevention System) |
| CBS (Corporate Business Systems) | Premium Booking |
| Surety | Cornerstone |
| CAH | Evolution |
| EUZ | Adapt-ABL |
|  | EZER |

Further answering Interrogatory No. 4, Federal states that it does not track use of the above software applications by entity or division, but rather by business unit. The column on the left in the chart above identifies the business units that have used the software, including Chubb Specialty Insurance, Chubb Commercial Insurance, Chubb Business Systems, Claims, Surety, Canada Accident and Health, European Zone. Further answering Interrogatory No. 4, pursuant to Fed. R. Civ. P. 33(d), Federal refers to emails sent and received, along with corresponding documents, regarding use of these applications, including for example FED001501, FED004571, FED005531, FED006252, FED008482, FED009343, FED009344, FED009615, FED009617, FED009623,

FED009625, FED009648, FEDO09169, FED009913, FED010034, FED010686,

FED010821, FED010823, FEDO10968, FED010970, FED011702, FED012278,

FED012303, FED012308, FEDO12349, and states that the burden of further identifying

the emails and documents relating to the use of the applications is substantially the same

for both parties.


Dated:  June 21, 2018

s/Terrence J. Fleming
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendant*

8

## VERIFICATION

Henry Mirolyuz states under oath that he is a Senior Systems Architect at Chubb Insurance; that he is authorized to respond to Fair Isaac Corporation's Interrogatories on behalf of Federal Insurance Company; that he has relied on directors, employees, agents, and attorneys to provide information used in formulating the answers to interrogatories; and that the answers are true and correct to the best of his knowledge.

Subscribed and sworn to before me this 30th day of July, 2018.

Notary Public

61909906

SHERRON ROWE-HOHN
Notary Public - State of New Jersey
My Commission Expires Sep 5, 2021

9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

FAIR ISAAC CORPORATION,

                Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
an Indiana corporation, and ACE
AMERICAN INSURANCE COMPANY, a
Pennsylvania corporation,

                Defendants.

Court File No. 16-cv-1054 (WMW/DTS)

**FEDERAL INSURANCE COMPANY'S**
**SEVENTH SUPPLEMENTAL**
**ANSWER TO PLAINTIFF'S**
**INTERROGATORY NO. 17**

---

To:   Plaintiff and its attorneys, Allen Hinderaker, Heather Kliebenstein and Michael A.
Erbele, Merchant & Gould P.C., 3200 IDS Center, 80 South Eighth Street, Minneapolis,
MN 55402.

Defendant Federal Insurance Company ("Federal"), for its Seventh Supplemental Answer

to Plaintiff's Interrogatory No. 17, states and alleges as follows:

**GENERAL RESPONSES**

1.      Federal objects to the Definitions and Instructions to the extent that they seek to

impose obligations on Federal that either exceed, or are different from, what is required under

the Federal Rules of Civil Procedure, District of Minnesota Local Rules, and the Stipulated E-

Discovery Order.

2.      Federal objects to the requests to the extent that they seek information protected

from discovery under the attorney-client privilege or work product doctrine.

3.      Federal's responses and objections are made to the best of Federal's present

knowledge, information, and belief. Federal's responses and objections are limited to

information within its possession, custody, or control. Federal reserves the right to amend,

1

supplement, or change any responses and objections if and when additional, different, or more accurate information becomes available and/or facts are developed.

4.      Federal gives these Responses subject to all objections to admissibility that may be interposed in this proceeding.

### SEVENTH SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 17

**INTERROGATORY NO. 17**: For all insurance policies in connection with which the Blaze Advisor® software was used, the gross written premium of Defendants and the gross written premium of each related company, including the specific identification of each related company, for each quarter from March 30, 2016 to date. For clarity, this Interrogatory is not seeking investment income, other income, or capital and surplus accounts.

**SUPPLEMENTAL ANSWER**: Federal objects to the request for "all" insurance policies as overbroad, unduly burdensome, and not proportional to the needs of this case. Federal also objects to this Interrogatory as compound and impermissibly constituting multiple interrogatories, which are limited in number under the Federal Rules. Federal also objects to this Interrogatory as vague and ambiguous in failing to identify the relevant "use" and calling for insurance policies "in connection with." Federal further objects to this Interrogatory because "the gross written premium" of Defendants and the "gross written premium of each related company" are not relevant to any claim or defense in this action, including because Defendants' profits are not reasonably related to the alleged infringement, as is necessary for FICO to obtain an award of the defendants' profits. *See, e.g., Francois v. Ruch*, 2006 WL 3735950, at *3 (C.D. Ill. Dec. 15, 2006). Federal further objects to the extent the Interrogatory seeks information not in the possession, custody, or control of Federal, and thus exceeds the scope of discovery under Federal Rule 26(b)(1).

Subject to, and without waiving these objections, Federal states the following:

- For the Financial Lines Unit (post-merger) for the years identified below, the following applications use Blaze Advisor® software: CSI Express, Decision Point, Automated Renewal Process, Profitability Indicator, and Defined Book Run. The approximate gross

written premiums, policy counts, and identification of the insurance writing companies that issued insurance policies that used these applications, in connection with which the Blaze Advisor® software was used, is provided in the charts below for the years requested.

- **For Decision Point (DP)**:

| Year / Writing Company | Gross Written Premium | Policy Count |
|---|---|---|
| **2019** | **$1,347,731.00** | **466.00** |
| CICNJ | $80,257.00 | 19.00 |
| ERII | $14,133.00 | 1.00 |
| FIC-D | $1,253,341.00 | 446.00 |
| **2018** | **$4,814,337.77** | **1697.00** |
| CICNJ | $236,749.00 | 71.00 |
| ERII | $34,899.00 | 5.00 |
| FIC-D | $4,542,689.77 | 1621.00 |
| **2017** | **$4,319,855.92** | **1447.00** |
| CICNJ | $319,436.68 | 82.00 |
| ERII | $34,636.00 | 3.00 |
| FIC-D | $3,965,783.24 | 1362.00 |
| **2016** | **$3,547,608.80** | **1162.00** |
| CICNJ | $182,249.80 | 43.00 |
| ERII | $5,465.00 | 1.00 |
| FIC-D | $3,359,894.00 | 1118.00 |

- **For CSI eXPRESS (CSIX), Automated Renewal Process (ARP), Profitability Indicator (PI), and Defined Book Run (DBR)**:

| Year / Writing Company | Gross Written Premium | Policy Count |
|---|---|---|
| **2016** | **$1,526,511,534.36** | **90555** |
| **CSIX/ARP/PI** | **$1,444,514,455.23** | **82191** |
| CICNJ | $21,543,942.90 | 1893 |
| ERII | $74,655,072.17 | 5326 |
| ERSIC | $31,403,417.00 | 1466 |
| FIC-D | $1,210,424,578.61 | 68552 |
| PACIFICPI | $150,747.00 | 64 |
| VIG-D | $7,425,581.00 | 98 |
| CICC-CN | $98,911,116.55 | 4792 |
| **New Business PI excluding DP** | **$81,997,079.13** | **8364** |
| CICNJ | $2,212,095.00 | 268 |
| ERII | $492,570.48 | 52 |
| ERSIC | $1,026,440.46 | 72 |
| FIC-D | $75,579,124.19 | 7694 |
| PACIFICPI | $206,637.00 | 34 |
| CICC-CN | $2,480,212.00 | 244 |
| **2017** | **$1,462,910,856.49** | **91631** |

3

| Year / Writing Company | Gross Written Premium | Policy Count |
|---|---|---|
| **CSIX/ARP/PI** | **$1,351,871,992.43** | **82188** |
| CICNJ | $20,940,256.13 | 1999 |
| ERII | $62,459,326.84 | 4808 |
| ERSIC | $28,856,329.46 | 1389 |
| FIC-D | $1,132,709,567.53 | 69042 |
| PACIFICPI | $331,853.03 | 86 |
| VIG-D | $6,697,327.00 | 71 |
| CICC-CN | $99,877,332.44 | 4793 |
| **New Business PI excluding DP** | **$111,038,864.06** | **9443** |
| CICNJ | $2,916,920.00 | 250 |
| ERII | $441,480.80 | 23 |
| ERSIC | $1,256,712.58 | 93 |
| FIC-D | $101,305,050.77 | 8483 |
| PACIFICPI | $262,033.00 | 44 |
| VIG-D | $3,346.00 | 1 |
| CICC-CN | $4,853,320.91 | 549 |
| **2018** | **$1,406,041,567.67** | **93653** |
| **CSIX/ARP/PI** | **$1,268,911,770.98** | **82523** |
| CCIC | $3,309,818.00 | 195 |
| CICNJ | $22,833,376.00 | 2098 |
| ERII | $49,158,127.00 | 4254 |
| ERSIC | $11,370,649.00 | 797 |
| FIC-D | $1,084,053,466.78 | 70090 |
| PACIFICPI | $384,509.00 | 55 |
| VIG-D | $5,071,070.00 | 53 |
| CICC-CN | $92,730,755.20 | 4981 |
| **New Business PI excluding DP** | **$137,129,796.69** | **11130** |
| CCIC | $1,210,985.00 | 46 |
| CICNJ | $3,180,349.00 | 376 |
| ERII | $10,429.00 | 4 |
| ERSIC | $1,377,654.00 | 100 |
| FIC-D | $126,368,941.69 | 10050 |
| PACIFICPI | $101,678.00 | 21 |
| CICC-CN | $4,879,760.00 | 533 |
| **2019** | **$302,773,970.00** | **30021** |
| **CSIX/ARP/PI** | **$275,066,375.00** | **27267** |
| CCIC | $2,618,203.00 | 184 |
| CICNJ | $6,335,054.00 | 702 |
| ERII | $11,593,477.00 | 1323 |
| FIC-D | $241,187,027.00 | 23734 |
| PACIFICPI | $105,626.00 | 22 |
| VIG-D | $220,288.00 | 11 |
| CICC-CN | $13,006,700.00 | 1291 |
| **New Business PI excluding DP** | **$27,707,595.00** | **2754** |

| Year / Writing Company | Gross Written Premium | Policy Count |
|---|---|---|
| CCIC | $209,354.00 | 17 |
| CICNJ | $588,605.00 | 77 |
| FIC-D | $26,215,624.00 | 2562 |
| PACIFICPI | $5,075.00 | 2 |
| VIG-D | $2,296.00 | 1 |
| CICC-CN | $686,641.00 | 95 |

- CSI eXPRESS, Automated Renewal Process, and Profitability Indicator are combined all together in one chart because creating a separate chart for each application would result in triple-counting of the policy counts and gross written premiums. In other words, policies and premiums that go through one of these applications goes through the other two applications as well.

- Defined Book Run, a process within CSI eXPRESS, is used to generate profitability analyses for informational purposes. The DBR process has been used on policies that do not reside within CSI eXPRESS and are not included in the premium and writing company information above. For these policies outside CSI eXPRESS, the writing company names are not captured, and the premiums actually charged are not required to be and were generally not specified, and therefore, are generally not available. DBR is not used to generate any premiums, or write any policy.

- For Corporate Business Systems (CBS), which is not a strategic business unit (SBU), the following application uses Blaze Advisor® software: Premium Booking. The approximate gross written premiums and policy counts that used these applications, in connection with which the Blaze Advisor® software was used, is provided in the charts below for the years requested. Discovery is continuing.

| Year | Gross Written Premium | Policy Count |
|---|---|---|
| 2018 | $500,850,828.90 | 57,023 |
| 2017 | $442,839,931.87 | 60,142 |
| 2016 | $503,432,073.43 | 57,219 |

- The data for Premium Booking is extracted from a mainframe DB2 table that is specifically tracking the policies that passed through the Premium Booking "rules" as constructed in/using the Blaze Advisor® tool. Unfortunately, this table does not include writing company and that information could not be correlated to the policy count/gross written premium values being provided.

- For the Chubb Commercial Insurance (CCI) business unit for the years identified below (post-merger), the following applications use Blaze Advisor® software: CUW-IM, TAPS, and IRMA. The approximate gross written premiums, policy counts, and identification of the insurance writing companies that issued insurance policies that used these applications, in connection with which the Blaze Advisor® software was used, is provided in the charts below for the years requested. Discovery is continuing.

- **For CUW-IM**:[1]

| YEAR | WRITING COMPANY | POLICY COUNT | WRITTEN PREMIUM |
|------|-----------------|--------------|-----------------|
| 2016 | CHUBB CUSTOM INSURANCE COMPANY | 2,127 | $217,444,131.00 |
|      | CHUBB DE MEXICO COMPANIA DE SEGUROS, S.A. | 8 | $41,810.00 |
|      | CHUBB EUROPEAN GROUP SE | 44 | $260,360.00 |
|      | CHUBB INDEMNITY INSURANCE COMPANY | 4,475 | $515,778,122.00 |
|      | CHUBB INSURANCE AUSTRALIA LIMITED | 6 | $223,981.00 |
|      | CHUBB INSURANCE COMPANY LIMITED | 4 | $10,686.00 |
|      | CHUBB INSURANCE COMPANY OF CANADA | 7 | $173,352.00 |
|      | CHUBB INSURANCE COMPANY OF NEW JERSEY | 3,635 | $69,278,561.00 |
|      | CHUBB NATIONAL INSURANCE COMPANY | 1,223 | $50,975,438.00 |
|      | CHUBB SEGUROS BRASIL, S.A. | 2 | $4,281.00 |
|      | EXECUTIVE RISK INDEMNITY INC. | 13 | $2,167,006.00 |
|      | EXECUTIVE RISK SPECIALTY INSURANCE COMPANY | 28 | $4,528,627.00 |
|      | FEDERAL INSURANCE COMPANY | 141,235 | $4,800,540,559.00 |
|      | GREAT NORTHERN INSURANCE COMPANY | 30,523 | $868,809,231.00 |
|      | PACIFIC INDEMNITY COMPANY | 4,568 | $426,214,814.00 |
|      | VIGILANT INSURANCE COMPANY | 6,478 | $307,080,046.00 |
|      | ACE American Insurance Co | 2,890 | $108,983,073.98 |
|      | ACE Fire Underwriters Ins | 38 | $1,092,991.43 |
|      | ACE Property and Casualty | 768 | $106,304,729.88 |
|      | Illinois Union Insurance | 1,183 | $81,709,115.00 |
|      | Indemnity Insurance Co of | 97 | $17,014,247.06 |
|      | Pacific Employers Insurance | 6 | $469,700.00 |
|      | Westchester Surplus Lines | 132 | $12,587,416.00 |
|      | WFIC for Bus.Eff.1/1/11 | 1,010 | $31,266,954.00 |
| 2017 | CHUBB CUSTOM INSURANCE COMPANY | 1,119 | $125,046,576.00 |
|      | CHUBB DE MEXICO COMPANIA DE SEGUROS, S.A. | 2 | $12,403.00 |
|      | CHUBB EUROPEAN GROUP SE | 40 | $368,955.00 |
|      | CHUBB INDEMNITY INSURANCE COMPANY | 5,986 | $581,425,852.00 |
|      | CHUBB INSURANCE AUSTRALIA LIMITED | 2 | $5,554.00 |
|      | CHUBB INSURANCE COMPANY LIMITED | 3 | $7,913.00 |
|      | CHUBB INSURANCE COMPANY OF CANADA | 2 | $14,184.00 |
|      | CHUBB INSURANCE COMPANY OF NEW JERSEY | 3,432 | $65,809,698.00 |
|      | CHUBB NATIONAL INSURANCE COMPANY | 1,906 | $68,554,767.00 |
|      | CHUBB SEGUROS BRASIL, S.A. | 2 | $16,297.00 |
|      | EXECUTIVE RISK INDEMNITY INC. | 11 | $2,732,882.00 |
|      | EXECUTIVE RISK SPECIALTY INSURANCE COMPANY | 11 | $1,102,030.00 |
|      | FEDERAL INSURANCE COMPANY | 147,481 | $5,098,798,285.00 |
|      | GREAT NORTHERN INSURANCE COMPANY | 31,605 | $912,720,319.00 |
|      | PACIFIC INDEMNITY COMPANY | 4,825 | $468,474,693.00 |
|      | VIGILANT INSURANCE COMPANY | 6,461 | $324,338,205.00 |
|      | ACE American Insurance Co | 8,243 | $354,885,926.81 |
|      | ACE Fire Underwriters Ins | 53 | $1,722,590.00 |
|      | ACE Property and Casualty | 2,413 | $248,919,844.00 |

---

[1] We understand that this financial information includes policies that were brought in under a system that includes policies that are renewed using Blaze, but automatically at the same time includes the prior transaction involving the same policy regardless whether it uses Blaze. We are seeking a way to not include the prior policy since it results in the financial information having inflated numbers.

| YEAR | WRITING COMPANY | POLICY COUNT | WRITTEN PREMIUM |
|------|-----------------|-------------|-----------------|
| | Illinois Union Insurance | 3,444 | $255,341,641.00 |
| | Indemnity Insurance Co of | 281 | $21,351,439.00 |
| | Pacific Employers Insurance | 21 | $869,381.00 |
| | Westchester Surplus Lines | 476 | $45,285,709.00 |
| | WFIC for Bus.Eff.1/1/11 | 2,246 | $67,191,783.00 |
| 2018 | CHUBB CUSTOM INSURANCE COMPANY | 610 | $68,563,377.00 |
| | CHUBB DE MEXICO COMPANIA DE SEGUROS, S.A. | 1 | $16,435.00 |
| | CHUBB EUROPEAN GROUP SE | 16 | $85,623.00 |
| | CHUBB INDEMNITY INSURANCE COMPANY | 4,962 | $443,033,892.00 |
| | CHUBB INSURANCE AUSTRALIA LIMITED | 1 | $25,208.00 |
| | CHUBB INSURANCE COMPANY LIMITED | 1 | $6,135.00 |
| | CHUBB INSURANCE COMPANY OF CANADA | 1 | $6,754.00 |
| | CHUBB INSURANCE COMPANY OF NEW JERSEY | 1,799 | $32,946,513.00 |
| | CHUBB NATIONAL INSURANCE COMPANY | 1,582 | $66,309,955.00 |
| | CHUBB SEGUROS BRASIL, S.A. | 1 | $642.00 |
| | EXECUTIVE RISK INDEMNITY INC. | 6 | $1,661,561.00 |
| | EXECUTIVE RISK SPECIALTY INSURANCE COMPANY | 3 | $213,165.00 |
| | FEDERAL INSURANCE COMPANY | 90,925 | $3,558,748,157.00 |
| | GREAT NORTHERN INSURANCE COMPANY | 22,807 | $710,266,687.00 |
| | PACIFIC INDEMNITY COMPANY | 3,356 | $369,995,206.00 |
| | VIGILANT INSURANCE COMPANY | 4,193 | $227,639,141.00 |
| | ACE American Insurance Co | 6,740 | $274,751,661.00 |
| | ACE Fire Underwriters Ins | 38 | $1,498,240.00 |
| | ACE Property and Casualty | 1,971 | $191,070,156.00 |
| | Illinois Union Insurance | 3,372 | $240,820,970.00 |
| | Indemnity Insurance Co of | 175 | $13,196,308.00 |
| | Pacific Employers Insurance | 14 | $51,084.00 |
| | Westchester Surplus Lines | 602 | $49,388,448.00 |
| | WFIC for Bus.Eff.1/1/11 | 1,273 | $36,242,321.00 |
| 2019 | CHUBB CUSTOM INSURANCE COMPANY | 43 | $6,693,927.00 |
| | CHUBB INDEMNITY INSURANCE COMPANY | 486 | $50,083,542.00 |
| | CHUBB INSURANCE COMPANY OF NEW JERSEY | 97 | $2,469,028.00 |
| | CHUBB NATIONAL INSURANCE COMPANY | 124 | $6,526,910.00 |
| | FEDERAL INSURANCE COMPANY | 6,032 | $417,370,954.00 |
| | GREAT NORTHERN INSURANCE COMPANY | 1,745 | $97,044,347.00 |
| | PACIFIC INDEMNITY COMPANY | 233 | $39,736,490.00 |
| | VIGILANT INSURANCE COMPANY | 220 | $25,155,354.00 |
| | ACE American Insurance Co | 374 | $13,255,599.00 |
| | ACE Fire Underwriters Ins | 2 | $185,620.00 |
| | ACE Property and Casualty | 23 | $7,502,715.00 |
| | Illinois Union Insurance | 270 | $24,843,797.00 |
| | Indemnity Insurance Co of | 4 | $66,049.00 |
| | Westchester Surplus Lines | 3 | $538,022.00 |
| | WFIC for Bus.Eff.1/1/11 | 18 | $174,830.00 |

• **For TAPS**:

| YEAR | WRITING COMPANY | POLICY COUNT | WRITTEN PREMIUM |
|------|-----------------|-------------|-----------------|
| 2016 | CHUBB INDEMNITY INSURANCE COMPANY | 207 | $73,264,108.51 |

| YEAR | WRITING COMPANY | POLICY COUNT | WRITTEN PREMIUM |
|---|---|---|---|
| | CHUBB NATIONAL INSURANCE COMPANY | 7 | $561,041.00 |
| | FEDERAL INSURANCE COMPANY | 536 | $143,625,269.12 |
| | GREAT NORTHERN INSURANCE COMPANY | 20 | $8,309,789.00 |
| | PACIFIC INDEMNITY COMPANY | 79 | $42,217,709.72 |
| | VIGILANT INSURANCE COMPANY | 47 | $17,102,989.00 |
| 2017 | CHUBB INDEMNITY INSURANCE COMPANY | 239 | $45,571,577.11 |
| | CHUBB NATIONAL INSURANCE COMPANY | 10 | $1,864,828.00 |
| | FEDERAL INSURANCE COMPANY | 496 | $144,179,731.68 |
| | GREAT NORTHERN INSURANCE COMPANY | 14 | $5,976,054.00 |
| | PACIFIC INDEMNITY COMPANY | 88 | $45,768,062.54 |
| | VIGILANT INSURANCE COMPANY | 34 | $8,858,947.00 |
| 2018 | CHUBB INDEMNITY INSURANCE COMPANY | 248 | $39,388,714.07 |
| | CHUBB NATIONAL INSURANCE COMPANY | 23 | $5,073,844.00 |
| | FEDERAL INSURANCE COMPANY | 484 | $123,103,492.27 |
| | GREAT NORTHERN INSURANCE COMPANY | 18 | $5,192,985.00 |
| | PACIFIC INDEMNITY COMPANY | 78 | $37,960,159.00 |
| | VIGILANT INSURANCE COMPANY | 19 | $5,771,749.00 |
| 2019 | CHUBB INDEMNITY INSURANCE COMPANY | 15 | $428,683.00 |
| | CHUBB NATIONAL INSURANCE COMPANY | 3 | $27,056.00 |
| | FEDERAL INSURANCE COMPANY | 54 | $5,438,248.00 |
| | PACIFIC INDEMNITY COMPANY | 13 | $1,779,809.00 |
| | VIGILANT INSURANCE COMPANY | 4 | $578,262.00 |

- **For IRMA**:

| YEAR | WRITING COMPANY | POLICY COUNT | WRITTEN PREMIUM |
|---|---|---|---|
| 2016 | ALBANY INSURANCE COMPANY | 1 | $7,252.00 |
| | CHUBB CUSTOM INSURANCE COMPANY | 92 | $615,040.00 |
| | CHUBB DE MEXICO | 2 | $19,419.68 |
| | CHUBB DE MEXICO COMPANIA DE SEGUROS, S.A. | 4 | $5,451.43 |
| | CHUBB INSURANCE AUSTRALIA LIMITED | 7 | $33,636.74 |
| | CHUBB INSURANCE COMPANY LIMITED | 6 | $3,758.22 |
| | CHUBB INSURANCE COMPANY OF CANADA | 1815 | $10,045,178.53 |
| | CHUBB INSURANCE COMPANY OF NEW JERSEY | 253 | $1,108,829.00 |
| | FEDERAL INSURANCE COMPANY | 11876 | $68,744,410.52 |
| | GREAT NORTHERN INSURANCE COMPANY | 3839 | $17,031,473.49 |
| | PACIFIC INDEMNITY COMPANY | 459 | $3,894,125.04 |
| | SELF-INSURED RETENTION | 1 | $750.00 |
| | VIGILANT INSURANCE COMPANY | 714 | $3,757,327.16 |
| 2017 | CHUBB CUSTOM INSURANCE COMPANY | 6 | $13,803.00 |
| | CHUBB DE MEXICO | 1 | $7,175.34 |
| | CHUBB DE MEXICO COMPANIA DE SEGUROS, S.A. | 2 | $4,582.26 |
| | CHUBB EUROPEAN GROUP SE | 1 | $32,575.09 |
| | CHUBB INSURANCE AUSTRALIA LIMITED | 2 | $10,500.40 |
| | CHUBB INSURANCE COMPANY LIMITED | 4 | $15,067.52 |
| | CHUBB INSURANCE COMPANY OF CANADA | 1863 | $10,196,153.18 |
| | CHUBB INSURANCE COMPANY OF NEW JERSEY | 248 | $889,740.00 |
| | FEDERAL INSURANCE COMPANY | 11534 | $66,294,342.58 |

| YEAR | WRITING COMPANY | POLICY COUNT | WRITTEN PREMIUM |
|---|---|---|---|
| | GREAT NORTHERN INSURANCE COMPANY | 3723 | $16,015,552.22 |
| | PACIFIC INDEMNITY COMPANY | 420 | $2,860,462.66 |
| | VIGILANT INSURANCE COMPANY | 684 | $3,348,817.42 |
| 2018 | CHUBB CUSTOM INSURANCE COMPANY | 2 | $4,782.00 |
| | CHUBB INSURANCE COMPANY OF CANADA | 1831 | $11,668,247.00 |
| | CHUBB INSURANCE COMPANY OF NEW JERSEY | 217 | $966,870.00 |
| | FEDERAL INSURANCE COMPANY | 10318 | $59,180,523.71 |
| | GREAT NORTHERN INSURANCE COMPANY | 3444 | $15,149,787.68 |
| | PACIFIC INDEMNITY COMPANY | 388 | $2,586,049.98 |
| | VIGILANT INSURANCE COMPANY | 644 | $3,085,724.04 |

- ERCIS Claims is a claims system (not a policy system), and therefore, there is no gross written premium or policy count associated with the application.

- For the Surety business unit for the years identified below (post-merger), the following application does not use Blaze Advisor® software: Cornerstone. However, as ordered by the Court, below are the approximate gross written premiums, policy counts, and identification of the insurance writing company that issued insurance policies that used Cornerstone:

| Year/Writing Company | Policy Count | Gross Written Premium |
|---|---|---|
| **2016** | **324291** | **$237,436,826** |
| Chubb Ins Co of Canada | 13961 | $7,408,108 |
| Federal Ins Co - Canada | 10 | $0 |
| Federal Insurance Co | 285113 | $220,608,093 |
| Great Northern Insurance Co | 18 | $0 |
| Pacific Indemnity Co | 7427 | $5,000,954 |
| Vigilant Insurance Co | 17762 | $4,419,671 |
| **2017** | **318828** | **$259,641,111** |
| Chubb Ins Co of Canada | 13966 | $11,328,070 |
| Federal Insurance Co | 280763 | $235,297,734 |
| Great Northern Insurance Co | 20 | $670 |
| Pacific Indemnity Co | 7309 | $9,784,435 |
| Vigilant Insurance Co | 16770 | $3,230,203 |
| **2018** | **303229** | **$137,058,165** |
| Chubb Ins Co of Canada | 21276 | $14,657,186 |
| Federal Insurance Co | 261448 | $116,145,727 |
| Great Northern Insurance Co | 37 | $1,205 |
| Pacific Indemnity Co | 6540 | $4,497,351 |
| Vigilant Insurance Co | 13928 | $1,756,697 |

Dated: July 16, 2019

s/Terrence J. Fleming
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*

## VERIFICATION

Sarada Kotha states under oath that she is an IT Business Analyst; that she is authorized to respond to Plaintiff's Interrogatory No. 17 on behalf of Federal Insurance Company as it relates to Defined Book Run; that she has relied on directors, employees, agents, and attorneys to provide information used in formulating the answer to the above interrogatory; and that the answer is true and correct to the best of her knowledge.

_____

Sarada Kotha

Subscribed and sworn to before me
this _____ day of _____, 2019.

_____
Notary Public

SHERRON ROWE-HOHN
Notary Public · State of New Jersey
My Commission Expires Sep 5, 2021

11