# EXHIBIT 34

# FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Sawyer, Michael L (Mike) [/O=FAIRISAAC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MIKESAWYER] |
| **Sent:** | 8/14/2012 2:44:56 PM |
| **To:** | Hill, Richard [RichardHill@fico.com] |
| **CC:** | Schreiber, Russell (Russ) [RussSchreiber@fico.com]; Jacobson, Laurence Charl (Larry) [LarryJacobson@fico.com] |
| **Subject:** | RE: Chubb (again) |

It's probably 2-3 years old at this point.  They did a POC of Blaze vs Drools and selected Blaze.  I helped some folks at Chubb US put together a position paper to influence their decision.  I believe it is automated renewal underwriting.

Mike Sawyer
Client Partner – Insurance & Healthcare

FICO
Boston, MA

T  617 589 4651
C  617 401 1380
mikesawyer@fico.com
www.fico.com


-----Original Message-----
From: Hill, Richard
Sent: Tuesday, August 14, 2012 3:43 PM
To: Sawyer, Michael L (Mike)
Cc: Schreiber, Russell (Russ); Jacobson, Laurence Charl (Larry)
Subject: Re: Chubb (again)

Thanks Mike

Its just come in as a lead so will speak with the Chubb guy tomorrow.

Have cc'd Larry as he was involved with me a while ago when we tried to extend Blaze to Chubb UK.

Do you know more about the UW app in the UK as that's a new one to me?

Thanks
Richard Hill
Client Services - Partner
+44 (0)7930 451758
www.fico.com

Sent using Blackberry
Apologies for typos or brevity

----- Original Message -----
From: Sawyer, Michael L (Mike)
Sent: Tuesday, August 14, 2012 01:54 PM
To: Hill, Richard
Cc: Schreiber, Russell (Russ)
Subject: RE: Chubb (again)

Richard -

I am the CP for Chubb.  They do have a Global ELA for Blaze and have an automated UW Application running in the UK already.  As Russ pointed out, our upside is around Model Central, Decision Simulator and PS and we are doing a MC POC for them right now.  Blaze Advisor is the standard for rule deployments at Chubb and their enterprise architect has mandated that any project that requires a rule engine will use Blaze.  Henry Mirolyuz is the technical resource at Chubb responsible for Blaze and pretty much all projects run through him.

Let me know how I can help.

Mike Sawyer
Client Partner – Insurance & Healthcare

FICO


EXHIBIT 47

Boston, MA

T  617 589 4651
C  617 401 1380
mikesawyer@fico.com
www.fico.com

-----Original Message-----
From: Schreiber, Russell (Russ)
Sent: Tuesday, August 14, 2012 12:54 PM
To: Hill, Richard
Cc: Sawyer, Michael L (Mike)
Subject: Re: Chubb (again)

They do have a blaze ela, we're working a model central poc.  The need model central, simulator and always buy services in varying quantities

Check w mike sawyer on the lay of the land

Russ Schreiber
+1 917 214 2614

----- Original Message -----
From: Hill, Richard
Sent: Tuesday, August 14, 2012 11:34 AM
To: Schreiber, Russell (Russ)
Subject: Chubb (again)

Hey Russ

Chubb UK have started being interested in Blaze (again) and I'll try and speak with the new contact who apparently wants to do a POC for underwriting.

If memory serves, Owen Williams was the FICO supportive VP in Chubb Speciality and Ian Brodie the CP.

Let me lknow if anything has changes - good or bad - and more importantly whether we can actually sell anything new here as I seem to remember their US blaze license allowed them the software for free...

Hope all good with you and you enjoyed the London Olympics on TV

R
Richard Hill
Client Services - Partner
+44 (0)7930 451758
www.fico.com

Sent using Blackberry
Apologies for typos or brevity

Confidential - Attorneys' Eyes Only