# EXHIBIT 37

# FILED UNDER SEAL

**From:** CN=Ewen Setti/OU=EUZ/O=ChubbMail
**Sent:** Friday, October 25, 2013 5:40 AM
**To:** Clark, Oliver James <OliverClark@fico.com>
**Subject:** RE: Blaze Advisor slides, Decision Requirements Analysis

Hi Olly -

Thanks very much for testing this out; I've managed to resolve the issue: turns out I was blaming the wrong part of the decision table for the error; the fault actually lay in the "initially" bit of the result variable!

It's validating fine now.

Best Regards,
Ewen


From: "Clark, Oliver James" <OliverClark@fico.com>
To: "esetti@chubb.com" <esetti@chubb.com>
Date: 24/10/2013 17:06
Subject: RE: Blaze Advisor slides, Decision Requirements Analysis


Hello Ewen,

I just tried replicating your example, with a Result class with an attribute 'result' of type string, and a dual axis decision table that sets that value through an action, but the rules seem to validate fine (see below).

Does the problem persist if you try a different tack, such as having the decision table return a "Result"?

Regards,

Olly


From: esetti@chubb.com [mailto:esetti@chubb.com]
Sent: 24 October 2013 15:54
To: Clark, Oliver James
Subject: RE: Blaze Advisor slides, Decision Requirements Analysis

Hi Olly -

I was just thinking about you! (I really was)

We've agreed the way forward to implementing our rules, which is to use Decision Tables where ever possible, and we're aiming to get everything live by the end of February. This was all agreed in a follow-up workshop for which I have a presentation; I'd be happy to take you through it if you like (and have


EXHIBIT 51

30 - 45 mins spare sometime).

I'm working on the first of those Decision Tables now, which is a dual axis one, with a view to that being the "pattern" for the developer who will create the rest of the templates to follow. To that end I have a technical query that you'll likely be able to answer in a second....

Each Decision Table will take a "submission" data structure and a "coverages" pattern as parameters. A local variable is used to hold the result of the Decision Table rules, and the idea is that this will be added to a collection on the "submission" data structure.

The Action Cell group of the Decision Table uses a Dual List Provider to enable the rule author to select either "Approved", "Rejected" or "Unknown" from a drop-down list. The corresponding content values as "A", "R" and "U".

I created a custom code template to link the Dual List Provider to the Action Cell via the Cell Format.

In summary what I've implemented is similar to the "Payee" Action Cell in the Single-Axis Decision Table example from the Blaze Examples Repository.

When I build my project is that I get the error:

Error: The assignment target is invalid. You can assign values only to variables, properties and indexed properties.

A sample rule from the Decision Table instance is:

```
if ((submission.financialHealth = "NRA") and
(anyCoverage.limit <= 5000000 GBP) and
((submission.branch.country.code ="IT") or (submission.branch.country.code ="ES")))
then {
set result.result to "R"
}
```

Where result is the local variable which has an attribute also called result.
Any ideas?

Many thanks and regards!

Ewen


Ewen Setti | Development Manager | Chubb Insurance Company of Europe SE
106 Fenchurch Street, London, EC3M 5NB UK | Direct Line: +44 20 7956 5502 |
Fax: +44 (0) 20 7956 5900 | Mobile: n/a

This email (which includes any attachments) is confidential and intended to be read only by the person(s) to whom it is addressed. It may also be legally privileged or exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such an event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.

CHUBB INSURANCE COMPANY OF EUROPE SE, a European company incorporated in England and Wales and registered under Company Number SE13. CHUBB MANAGING AGENT LTD, a company incorporated in England and Wales and registered under Company Number 7116876.
The above companies have their Registered Offices at: 106 Fenchurch Street, London EC3M 5NB, England. Main Number: +44 20 7956 5000. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct

Authority and Prudential Regulation Authority. To view a list of all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website: http://www.chubb.com/international/uk/corporate/chubb11572.html
"Clark, Oliver James" ---24/10/2013 15:08:04---Hello Ewen, It's been a while since we last spoke. How is the work on the auto-renewals project goin

From: "Clark, Oliver James" <OliverClark@fico.com>
To: "esetti@chubb.com" <esetti@chubb.com>
Date: 24/10/2013 15:08
Subject: RE: Blaze Advisor slides, Decision Requirements Analysis

Hello Ewen,

It's been a while since we last spoke. How is the work on the auto-renewals project going?

Regards,

Olly

From: esetti@chubb.com [mailto:esetti@chubb.com]
Sent: 12 September 2013 12:31
To: Clark, Oliver James
Subject: RE: Blaze Advisor slides, Decision Requirements Analysis
Hi Olly -

We're using a global Blaze Advisor license, which is maintained by our colleagues in Chubb in the U.S. I'm not sure they'd permit us to get our own DS license; and it's also not something we've budgeted for in this project. That situation could change, but for now I'd say hold off on this.

Many thanks,
Ewen


Ewen Setti | Development Manager | Chubb Insurance Company of Europe SE
106 Fenchurch Street, London, EC3M 5NB UK | Direct Line: +44 20 7956 5502 |
Fax: +44 (0) 20 7956 5900 | Mobile: n/a

This email (which includes any attachments) is confidential and intended to be read only by the person(s) to whom it is addressed. It may also be legally privileged or exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such an event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.

CHUBB INSURANCE COMPANY OF EUROPE SE, a European company incorporated in England and Wales and registered under Company Number SE13. CHUBB MANAGING AGENT LTD, a company incorporated in England and Wales and registered under

Company Number 7116876.
The above companies have their Registered Offices at: 106 Fenchurch Street, London EC3M 5NB, England. Main Number: +44 20 7956 5000. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and Prudential Regulation Authority. To view a list of all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website: http://www.chubb.com/international/uk/corporate/chubb11572.html
"Clark, Oliver James" ---12/09/2013 11:49:03---Hello Ewen, I forgot to mention, on the topic of Decision Simulator, I can ask one of our commercial

From: "Clark, Oliver James" <OliverClark@fico.com>
To: "esetti@chubb.com" <esetti@chubb.com>
Date: 12/09/2013 11:49
Subject: RE: Blaze Advisor slides, Decision Requirements Analysis

Hello Ewen,

I forgot to mention, on the topic of Decision Simulator, I can ask one of our commercial people to put together a project price for the use of this module. You mentioned a few other projects that were planning to use Blaze – is these would also benefit from DS we could perhaps provide a licensing model that benefits from economies of scale.

Would you like me to look into this?

Olly

From: Clark, Oliver James
Sent: 10 September 2013 12:49
To: esetti@chubb.com
Subject: Blaze Advisor slides, Decision Requirements Analysis

Hello Ewen,

Thanks for your time today, it was good to meet you.

Here is a slide deck that you can re-use for your presentation on Friday, and also a deck on Decision Requirements Analysis (DRA) from our recent Decision Management Tools event held in London. The latter is fairly complete but you will find a completed Decision Requirements Diagram (DRD) on page 28. The DRD describes the output from the DRA method and can be used in conjunction with your business stakeholders to map out the decision to be mapped by Blaze.

Please do let me know if you need any assistance, either for ad-hoc queries or for any training requirements you feel are needed by you or your tam.

Regards,

Olly

Oliver Clark
Pre Sales Consulting, Senior Consultant

FICO
5th Floor, Cottons Centre
Hays Lane, London, SE1 2QP UK

M +44 7944 214 700
F +44 207 403 8981
oliverclark@fico.com
www.fico.com

Fair Isaac Services Limited (Co. No. 01998476) and Fair Isaac (Adeptra) Limited (Co. No. 03295455) are registered in England and Wales and have a registered office address of Cottons Centre, 5th Floor, Hays Lane, London, SE1 2QP.

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.

Fair Isaac Services Limited (Co. No. 01998476) and Fair Isaac (Adeptra) Limited (Co. No. 03295455) are registered in England and Wales and have a registered office address of Cottons Centre, 5th Floor, Hays Lane, London, SE1 2QP.

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.

Fair Isaac Services Limited (Co. No. 01998476) and Fair Isaac (Adeptra) Limited (Co. No. 03295455) are registered in England and Wales and have a registered office address of Cottons Centre, 5th Floor, Hays Lane, London, SE1 2QP.

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.