# EXHIBIT 39

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Andrew Millyard/EUZ/ChubbMail |
| **Sent:** | Thursday, June 26, 2008 2:37 AM |
| **To:** | Russell Hodey <rhodey@chubb.com>; Craig Worth <craigworth@chubb.com> |
| **Subject:** | Fw: Fair Isaac Enterprise Licence |
| **Attach:** | pic07446.gif |

Hi Guys,

If you see below, the current licence is <u>not</u> a worldwide licence, nor does it cover Chubb's subsidiaries (us).

Interesting that Tamra does go on to mention on the last point that she can help amend the contract to include EUZ. It would be worth investigating exactly what is meant by this point. I would have assumed that would mean licencing costs from us??

Rgds,
Andrew


Andrew Millyard
Business Analyst - Adapt Team
Chubb Insurance Company of Europe S.A.
Cottons Centre, Hays Lane
London SE1 2QP, UK
Direct Line: +44 (0) 20 7895 3109
Mobile: 07885 520762
Switchboard: +44 (0) 20 7956 5000
Fax:

**We are designed to be different**
**We are Chubb Insurance**

Before printing, think about ENVIRONMENTAL responsibility
----- Forwarded by Andrew Millyard/EUZ/ChubbMail on 26/06/2008 08:36 -----

| | | |
|---|---|---|
| Tamra A Pawloski/ChubbMail<br><br>25/06/2008 13:12 | To<br>cc<br>Subject | Andrew Millyard/EUZ/ChubbMail@ChubbMail<br><br>Re: Fair Isaac Enterprise Licence |

Andrew,
See the information below.

Tamra Pawloski
Chubb & Son
Global Strategic Sourcing
908-903-2054


This E-mail (which includes any attachment) is intended to be read only by the person(s) to whom it is addressed. This E-mail contains confidential, proprietary information. If you have received this E-mail in error, do not print it, forward it or disseminate it or its contents. In such event, please notify the sender by return E-mail (or by phone at the number shown above) and delete the E-mail file immediately thereafter. Thank you for your cooperation.

Andrew Millyard/EUZ/ChubbMail

| | | |
|---|---|---|
| Andrew Millyard/EUZ/ChubbMail | To<br>cc | Tamra A Pawloski/ChubbMail@ChubbMail |



06/24/2008 08:44 AM          Subject     Re: Fair Isaac Enterprise Licence

Hi Tamra,

Just writing to ascertain whether you have made any progress in clarifying the Fair Isaac licencing questions below? Is it proving quite difficult to get answers to just some of the below questions?

The most important question for us is whether Chubb has a world wide enterprise licence for Blaze Advisor. The other questions are certainly relevant but are not as pressing.

Kind Regards,
Andrew


Andrew Millyard
Business Analyst - Adapt Team
Chubb Insurance Company of Europe S.A.
Cottons Centre, Hays Lane
London SE1 2QP, UK
Direct Line: +44 (0) 20 7895 3109
Mobile: 07885 520762
Switchboard: +44 (0) 20 7956 5000
Fax:

**We are designed to be different**
**We are Chubb Insurance**

Before printing, think about ENVIRONMENTAL responsibility

Tamra A Pawloski/ChubbMail

| | | |
|---|---|---|
| Tamra A Pawloski/ChubbMail | To | Andrew Millyard/EUZ/ChubbMail@ChubbMail |
| 11/06/2008 21:33 | cc | Craig Worth/EUZ/ChubbMail@ChubbMail |
| | Subject | Re: Fair Isaac Enterprise Licence |

Andrew,
I am still getting you the answers to the below. The agreement is longer than I anticipated and getting the answers to your questions is taking a lot more digging.
Thank you for your patience,

Tamra Pawloski
Chubb & Son
Global Strategic Sourcing
908-903-2054


This E-mail (which includes any attachment) is intended to be read only by the person(s) to whom it is addressed. This E-mail contains confidential, proprietary information. If you have received this E-mail in error, do not print it, forward it or disseminate it or its contents. In such event, please notify the sender by return E-mail (or by phone at the number shown above) and delete the E-mail file immediately thereafter. Thank you for your cooperation.

Andrew Millyard/EUZ/ChubbMail

| | | |
|---|---|---|
| Andrew Millyard/EUZ/ChubbMail | To | Tamra A Pawloski/ChubbMail@ChubbMail |
| 06/03/2008 10:49 AM | cc | Craig Worth/EUZ/ChubbMail@ChubbMail |

Subject     Fair Isaac Enterprise Licence

Hi Tamra,

I work for Chubb Insurance Company of Europe S.A. and have been given your name by David Cotgrove as the person to talk to regarding Chubb software licences.

We are looking at Fair Isaac's 'Blaze Advisor' Business Rules Management System (BRMS) as we understand that Chubb Corporation owns an Enterprise licence for this software. As such, I was hoping that you could answer some questions regarding this licence:

- Do you know whether this licence is a worldwide licence (i.e. are Chubb Insurance Company of Europe S.A. entitled to use the Fair Isaac software under the current Chubb Corporation licence?) The license is not a worldwide license nor does it cover our subsidiaries
- Are there any limitations associated with the use of this licence? 5 Seats used solely in conjunction with the Named Application.
- Is the licence that Chubb Corporation holds specifically for Blaze Advisor BRMS or does the licence cover other modules that Fair Isaacs provide? It covers Blaze Advisor only.
- Is there any free support / consultancy included as part of the licence that we could potentially utilise? no
- Is there any other relevant information with regard to the licence that we need to consider in terms of cost, use through different countries in Europe e.t.c. I can help amend the contract to include EUZ.

Any answers that you could provide on the above questions would be greatly appreciated as any implementation of Blaze Advisor in the business would of course be hugely dependent on licencing cost.

Kind Regards,
Andrew


Andrew Millyard
Business Analyst - Adapt Team
Chubb Insurance Company of Europe S.A.
Cottons Centre, Hays Lane
London SE1 2QP, UK
Direct Line: +44 (0) 20 7895 3109
Mobile: 07885 520762
Switchboard: +44 (0) 20 7956 5000
Fax:

**We are designed to be different**

**We are Chubb Insurance**

Before printing, think about ENVIRONMENTAL responsibility

Confidential     FED016515_0003