# EXHIBIT 40

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | CN=Russell Hodey/OU=EUZ/O=ChubbMail |
| **Sent:** | Tuesday, September 8, 2009 9:45 AM |
| **To:** | CN=Henry Mirolyuz/O=ChubbMail@ChubbMail |
| **Cc:** | CN=Jennifer L Reed/O=ChubbMail@ChubbMail |
| **Subject:** | Re: Blaze follow-up |

Henry,
No news is good news!! We have implemented (due to go live at the start of October) the first set of rules and are very happy with the ease of using Blaze. The business are also very happy with the solution we have devised using Blaze - so all round its great news.
Happy to have a catch up but I am afraid it will have to wait a few weeks as I am on holiday later this week and the following. How about sometime after the 23rd?

It is definitely a tool we expect to work more with going forward

THANKS

Russell Hodey
A+H EUZ IT Project Manager
Direct Line: 02078953318 | Fax:
Mobile: +44 (0) 7944091334
CHUBB – Number one for overall service, underwriting skills, quality of cover, claims handling and access to decision makers.
2008 Newsquest survey of 468 UK & Ireland brokers
We are designed to be different
We are Chubb Insurance Before printing, think about ENVIRONMENTAL responsibility
Henry Mirolyuz/ChubbMail
08/09/2009 15:38

To
Russell Hodey/EUZ/ChubbMail@ChubbMail
cc
Jennifer L Reed/ChubbMail@ChubbMail
Subject
Blaze follow-up

EXHIBIT 4
7/31/18  L. ABATE, CCR, RPR

Hi Russell,

It's been a while since we talked last and I would like to schedule a follow up meeting to talk about project progress and your experience with Blaze and also give you update on upcoming BR CoE activities.

Please let me know what time works best for you over next couple of days and I will setup this meeting.

Thanks,

Henry Mirolyuz

Business Rules CoE
Chubb & Son, Inc
hmirolyuz@chubb.com
Phone: 860 408-2428

Confidential