# EXHIBIT 42

# FILED UNDER SEAL

HENRY MIROLYUZ - 01/11/2019

```
 1                UNITED STATES DISTRICT COURT
                     DISTRICT OF MINNESOTA
 2

 3

 4   _____

 5
     FAIR ISAAC CORPORATION, a      X
 6   Deleware corporation

 7              Plaintiff(s)

 8
            -vs-                    X    CASE NO. 16-cv-1054
 9                                       (WMW/DTS)
     FEDERAL INSURANCE COMPANY, an
10   Indiana corporation, and ACE
     AMERICAN INSURANCE COMPANY, a
11   Pennsylvania corporation
                                    X
12              Defendant(s)

13   _____

14

15

16          DEPOSITION OF HENRY MIROLYUZ

17

18        DATE:  JANUARY 11, 2019

19              HELD AT:

20          HUSEBY - CONNECTICUT
              249 Pearl Street
21          Hartford, Connecticut

22                  ---

23

24        Dawn C. Mahoney, LSR #142

25
```

Page 26

1    A    Service Business Unit.
2    Q    Okay.  And then do you know what "CAH"
3  stands for?
4    A    CAH, Canadian Accident and Health.
5    Q    And on the third line is -- and Canadian
6  Accident and Health, does that -- do you understand
7  that to mean that the Adapt ABL is an application that
8  is run in Canada?
9    A    Correct.
10   Q    Okay.  And then we have CAH NEU Adapt, and
11 you understand that that is -- that application called
12 Adapt is also run in the European zone?
13   A    I cannot answer this one way or another.
14   Q    Okay.
15   A    Because I'm not familiar with that
16 abbreviation, "CAH NEU."
17   Q    Fair enough.  The top three lines have Blaze
18 version Blaze Advisor 7.1 listed.  Do you interpret
19 that as saying that Blaze Advisor 7.1 is the version
20 being used for Adapt ABL and Adapt?
21   A    Correct.
22   Q    And then in red -- and then you see the next
23 three entries in red with different Blazer Advisor
24 versions.  Do you have any understanding of what the
25 red designates?

Page 27

1    A    Red designate that we are behind the current
2  version.  So 7.1 is the current version.  That
3  particular application could be using version which is
4  behind the current one.
5    Q    Okay.  SO then we go down the remainder of
6  that column, we would have the same answers to those
7  questions:  When it's in black, that's the version
8  that is being used, and when it's in red, it
9  designates that the version being used is behind the
10 most recent version?
11   A    Correct.
12   Q    All right.  And then there are the entries
13 with cross-throughs?
14   A    Yes.
15   Q    Do you know what those mean?
16   A    The cross-through mean the application has
17 been upgraded to more recent version.  At some point
18 it was behind Blaze Advisor 6.9 and now it's Blaze
19 Advisor 7.1.
20   Q    Thank you.
21        (Plaintiff's Exhibit 187 marked for
22        identification.)
23   Q    I'm now giving you Exhibit 187, October 9,
24 2013.  And if you go to the table at the back, you'll
25 see that it's very similar to the table that I just

Page 28

1  showed you.  I'd like to direct my questions to the
2  second to the last line where it says "EUZ" and then
3  "Exari Pilot."  Do you see where I'm saying?
4    A    Yeah.
5    Q    Do you know what the application Exari Pilot
6  is?
7    A    I do not.
8    Q    The document itself says it's running on
9  Blaze Advisor version 7.1.  Do you agree?
10   A    Yes, according to the table.
11   Q    According to the table.  Okay.  Do you find
12 in that nicely organized stack the second exhibit, the
13 30(b)(6)?
14   A    This one?
15   Q    Yes, sir.  If you would go to Topic 15,
16 which is on page 8.
17   A    Because mine ends on page 7.
18   Q    How can that be?  Can I see it?
19   A    Sure.
20   Q    Got it.  Let's go to page 5, Topic 15, and
21 you'll see, just to set the table, Topic 15 is any
22 assistance by FICO, including identification of the
23 FICO employees in the installation of Blaze Advisor
24 software on servers located outside of the United
25 States, including, but not limited to, the United

Page 29

1  Kingdom, Canada, and Australia.  This is one of the
2  topics you've been designated to testify.
3        MR. FLEMING:  I'd like to just raise at
4    this time, at the prior deposition, beginning on
5    page 36 and continuing through page 57, you asked
6    questions of Mr. Mirolyuz about that exact topic.
7    We're going to object to any questions in which
8    you are simply repeating the same question where
9    he's already responded to that.
10       MR. FLEMING:  Well, then raise your
11   objection when you wish.
12   Q    So Mr. Mirolyuz, we talked about the
13 assistance, this topic of the assistance of FICO in
14 the installations outside of the United States before.
15       My understanding is that you do not have any
16 firsthand knowledge of FICO personnel assisting in the
17 installation of Blaze Advisor outside of the United
18 States, correct?
19   A    Correct.
20   Q    Have you done anything to prepare yourself
21 to testify to this topic today giving us the knowledge
22 of the corporation?
23   A    I reviewed the e-mails, reviewed the
24 information which was available to me, as well as I
25 had discussion with the CHUBB employees.

Page 30

1  Q   Which CHUBB employees?
2  A   I spoke in the past with --
3         MR. FLEMING: Objection; asked and
4  answered at the last deposition.
5         MR. HINDERAKER: Go ahead.
6         THE WITNESS: I spoke with Miranda
7  Chang, I spoke with Ramesh Pandey, and I spoke --
8  as part of the people that I can remember -- and
9  I spoke with Zorica Todorovic.
10 Q   Did you speak with anybody -- that was in
11 the past. Did you speak with anybody to prepare
12 yourself for your testimony on Topic 15 today?
13 A   I spoke with Zorica Todorovic to prepare on
14 topic today.
15 Q   So spoke with that person again?
16 A   Yes.
17 Q   Anyone else?
18 A   No.
19 Q   Based upon that, can you identify any person
20 from FICO that assisted in the installation of Blaze
21 Advisor in the UK?
22        MR. FLEMING: Objection; asked and
23 answered in the last deposition.
24        MR. HINDERAKER: Go ahead.
25        THE WITNESS: I cannot identify those.

Page 31

1  They dealt with the help desk support and they
2  would raise the tickets. So they did not -- that
3  worked generically as FICO. Mike Sawyer would be
4  the contact person for me in case any additional
5  assistance would be needed.
6  Q   Do you recall yourself contacting or
7  engaging Mike Sawyer and yourself?
8  A   I did.
9  Q   And when was that?
10 A   That's during the -- between 2010 and 2014
11 if my memory serves me correctly.
12 Q   Okay. Tell me about your contacts with Mike
13 Sawyer.
14 A   I got informed by developers that there was
15 an issue and they need to be resolved quickly. So I
16 would just make him aware. Because as a client
17 representative of FICO, he has an influence to
18 expedite the request to go to the help desk.
19 Q   Is it fair to say that you advised Mike
20 Sawyer making him aware that people in the UK were
21 reaching out to the help desk for help?
22 A   Correct. In the UK or U.S. That was normal
23 part of my working relationship with him.
24 Q   Do you recall specifically reaching out to
25 Mike Sawyer specific to install issues in the UK?

Page 32

1  A   I believe I did.
2  Q   You believe you did?
3  A   Yes.
4  Q   Do you recall when?
5  A   I don't recall the exact date.
6  Q   Same questions with respect to installations
7  in Canada.
8  A   Again, I did -- yes, I did. And I do not
9  recall the exact date.
10 Q   So again, there's no individual person at
11 FICO that you know of that assisted in the
12 installation?
13 A   No.
14 Q   To your knowledge, who do you -- did anybody
15 tell you -- as opposed to your assumptions, did
16 anybody tell you that Canadian CHUBB representatives
17 placed tickets at the help desk?
18 A   My conversations in the past with Tony Zahn,
19 who was the architect for the Canadian zone, that they
20 opened the ticket.
21 Q   Okay. The same question with respect to
22 Australia.
23 A   I did not work with Australia or was not
24 engaged by anybody in Australia regarding the use of
25 Blaze.

Page 33

1  Q   Okay. So you don't know the answer to that
2  one way or the other?
3  A   I don't, yeah.
4  Q   Your understanding after speaking with these
5  people, let me see if it I have clear, is that CHUBB
6  representatives in the UK, CHUBB representatives in
7  Canada use the internal CHUBB website to download
8  Blaze Advisor on their respective servers?
9  A   Not correct. Not to the respective desktop
10 or laptops or virtual machines.
11 Q   All right. To download Blaze Advisor
12 software on their respective laptops or their
13 respective servers, whichever --
14 A   We do not download software from the website
15 to the server. It would always be downloaded to the
16 personal workstation.
17 Q   And then how does it get to the servers?
18 Let's say that CHUBB has servers in Toronto. How does
19 it get to those servers?
20 A   Blaze itself is never installed on the
21 server. It gets deployed as part of the application.
22 Q   Let's just take an application that's
23 running to support the insurance sales in Europe.
24 Let's call the application Evolution.
25 A   Correct.