UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>            Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**STATEMENT OF NO REDACTION**

Pursuant to LR 5.6, Exhibits 1, 3-17, 19-27 and 29-42 to the Declaration of Allen Hinderaker in Support of Plaintiff Fair Isaac Corporation's Motion for Summary Judgment of Federal's Liability for Breach of Contract (Dkt. No. 396) have been filed under temporary seal. Exhibits 1, 3-17, 19-27 and 29-42 were not redacted because the entire document is marked "Confidential" or "Confidential – Attorneys' Eyes Only" information under the Protective Order (Dkt. No. 44) entered in the case. Therefore, it is impracticable to redact.

Dated: July 26, 2019

MERCHANT & GOULD P.C.

/s/ Allen Hinderaker
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635

Joseph Dubis, MN Bar # 0398344
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*