UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**[PROPOSED] ORDER GRANTING PLAINTIFF FAIR ISAAC CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF FEDERAL'S LIABILITY FOR BREACH OF CONTRACT**

This matter is before the Court on Fair Isaac Corporation's ("FICO's") Motion for Summary Judgment on Federal's Liability for Breach of Contract (Dkt. No. 396). Upon consideration of FICO's request and the entire record herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. Summary judgment is entered in favor of Plaintiff Fair Isaac Corporation.

2. Federal is liable for breach of Paragraphs 3.1, 10.8, and 9.3 of the Agreement.

3. The Court strikes the affirmative defenses of waiver and estoppel.

**IT IS SO ORDERED.**

Dated: _____

                                          United States District Judge
                                          The Honorable Wilhelmina M. Wright