UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>  Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**DEFENDANTS' MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF NEIL J. ZOLTOWSKI** |

---

Defendants Federal Insurance Company and ACE American Insurance Company respectfully move the Court for an order granting their Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski pursuant to Federal Rule of Evidence 702.

Dated:  July 26, 2019

*s/Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

***Attorneys for Defendants***