UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>       Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>       Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF NEIL J. ZOLTOWSKI** |

PLEASE TAKE NOTICE that on **Tuesday, September 24, 2019 at 2:30 p.m.**, before the Honorable Wilhelmina M. Wright, United States District Court, 774 Federal Building, 316 North Robert Street, St. Paul, Minnesota, 55101, Defendants Federal Insurance Company and ACE American Insurance Company will move the Court for an order granting their Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski.  This motion is made pursuant to Federal Rule of Evidence 702.

| | |
|---|---|
| Dated:  July 26, 2019 | *s/ Terrence J. Fleming*<br>Terrence J. Fleming (#0128983)<br>tfleming@fredlaw.com<br>Leah Janus (#0337365)<br>ljanus@fredlaw.com<br>Christopher D. Pham (#0390165)<br>cpham@fredlaw.com<br>**FREDRIKSON & BYRON, P.A.**<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN  55402-1425<br>(612) 492-7000 (tel.)<br>(612) 492-7077 (fax)<br><br>***Attorneys for Defendants*** |