# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **DEFENDANTS' MEET AND CONFER STATEMENT FOR THEIR MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF NEIL J. ZOLTOWSKI** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

I, Terrence J. Fleming, representing the Defendants, hereby certify that:

I met and conferred with the opposing party by:

Telephone conference with: Heather Kliebenstein

On: July 25, 2019

Discussing the following motions:

**Defendants' Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski**

As a result of the meet-and-confer, the parties:

(Check the box that applies)

☒ Do not agree on the resolution of any part of the motion.

☐ Agree on all or part of the motion and request that the Court incorporate the

following agreement in an Order:

Respectfully submitted,

Dated:  July 26, 2019

*s/ Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*