## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF NEIL J. ZOLTOWSKI** |

The above-entitled matter came before the Court on Defendants Federal Insurance Company and ACE American Insurance Company's Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski.  Based on the parties' submissions, the arguments of counsel, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

　　1.　　Defendants' Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski is **GRANTED;**

　　2.　　Plaintiff may not rely upon opinions of Neil J. Zoltowski in support of, or in opposition to, any dispositive motions; and

　　3.　　All opinions of Neil J. Zoltowski are hereby excluded at trial.

Date: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Wilhelmina M. Wright
　　　　　　　　　　　　　　　　　　　　Judge of the U.S. District Court

67485646.1