UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

### DECLARATION OF HEATHER J. KLIEBENSTEIN IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF W. CHRISTOPHER BAKEWELL

I, Heather J. Kliebenstein, declare as follows:

1. I am a shareholder with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this declaration on my own information, knowledge, and belief in support of Plaintiff's Motion to Exclude Testimony of W. Christopher Bakewell.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of W. Christopher Bakewell, served on May 17, 2019. This document is filed UNDER SEAL.

4. Attached hereto as Exhibit 2 is a true and correct copy of Expert Report of Neil J. Zoltowski, served April 19, 2019. This document is filed UNDER SEAL.

5.	Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the transcript of the June 28, 2019 deposition of W. Christopher Bakewell. This document is filed UNDER SEAL.

6.	Attached hereto as <u>Exhibit 4</u> is a true and correct copy of excerpts from the transcript of the June 25, 2019 deposition of Steven Kursh. This document is filed UNDER SEAL.

7.	Attached hereto as <u>Exhibit 5</u> is a true and correct copy of excerpts from the transcript of the March 25, 2019 deposition of Kevin Harkin. This document is filed UNDER SEAL.


Dated: July 26, 2019	/s/ Heather J. Kliebenstein
	Heather J. Kliebenstein