**EXHIBIT 5**

**FILED UNDER SEAL**

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MINNESOTA
 2
                            - - - - -
 3

 4   FAIR ISAAC CORPORATION,      NO. 16-cv-1054(WMW/DTS)
                Plaintiff,
 5

 6            vs.

 7
     FEDERAL INSURANCE COMPANY,
 8   and Indiana corporation, and
     ACE AMERICAN INSURANCE
 9   COMPANY, a Pennsylvania
     corporation,
10            Defendant.

11                          - - - - -

12
                   Monday, March 25, 2019
13

14                          - - - - -

15   ***HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY***

16                          - - - - -

17            Video Deposition of KEVIN HARKIN, taken at

18   the offices of Regus, 55 Madison Avenue, Suite 400,

19   Morristown, New Jersey, commencing at 9:05 a.m., by

20   and before Robin L. Clark, Registered Professional

21   Reporter and Notary Public in and for the State of

22   New Jersey.

23                          - - - - -

24

25   Job No. MP-212897
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
KEVIN HARKIN - 03/25/2019

Page 2

```
 1   APPEARANCES:
 2
             MERCHANT & GOULD, P.C.
 3           BY:  HEATHER KLIEBENSTEIN, ESQ.
             3200 IDS Center
 4           80 South Eighth Street
             Minneapolis, Minnesota 55402-2215
 5           612-332-5300
             hkliebenstein@merchantgould.com
 6                For the Plaintiff
 7
 8           FREDRIKSON & BYRON, P.A.
             BY:  LEAH C. JANUS, ESQ.
 9           200 South Sixth Street, Suite 4000
             Minneapolis, Minnesota 55402-1425
10           612-492-7349
             ljanus@fredlaw.com
11                For the Defendants
12   ALSO PRESENT:
13           ADAM KOWALCZYK, VIDEOGRAPHER
14           KEVIN S. MURPHY, ESQ.
15                - - - - -
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              I N D E X
 2   WITNESS                              PAGE
 3   KEVIN HARKIN
        BY MS. KLIEBENSTEIN:                7
 4      BY MS. JANUS:                     219
 5
 6            E X H I B I T S
 7   NUMBER    DESCRIPTION           MARKED
 8   Harkin
 9   Exhibit 403  Amended Third Notice of    15
                  Deposition
10
     Exhibit 404  Chart Bates FED017886_0001  20
11
     Exhibit 406  Chart Bates FED-017912_0001  51
12
     Exhibit 407  Answers to Interrogatories   62
13                No. 16 and 7
14   Exhibit 408  Notes                       67
15   Exhibit 405  SEC Filing                  106
16   Exhibit 409  Spreadsheet Bates           118
                  FED017882_0001 to 20
17
     Exhibit 410  Sixth Supplemental Answer   153
18                to Interrogatory No. 18
19   Exhibit 411  Subsidiaries of the         155
                  Registrant
20
     Exhibit 412  Fifth Supplemental Answer   160
21                to Interrogatory No. 18
22   Exhibit 413  Chart Bates FED017885_0001  163
23   Exhibit 414  Chart Bates FED017354_0001  175
24   Exhibit 415  Fifth Supplemental Answer   176
                  to Interrogatory No. 20
25
```

Page 4

```
 1   Exhibit 416  Pro Forma Schedule Bates     193
                  FED017884_0001 to 0003
 2
     Exhibit 417  Fifth Supplemental Answer    203
 3                to Plaintiff's
                  Interrogatory No. 19
 4
     Exhibit 418  Chart Bates FED17883_0001    209
 5                to 0004
 6
 7            PREVIOUSLY MARKED EXHIBIT
 8   Exhibit 158  Email dated May 9, 2017       97
 9                Bates FED010033_0001
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1         DEPOSITION SUPPORT INDEX
 2
               - - - - -
 3
 4   Direction to Witness Not to Answer
 5   Page  Line
 6   NONE
 7   Request for Production of Documents
 8   Page  Line
 9   NONE
10   Question Marked
11   Page  Line
12   NONE
13
14
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
KEVIN HARKIN - 03/25/2019                    Pages 54..57

Page 54

1  column as well, what is the reason for the N/A
2  in that fourth column?
3       A.   I would have to speculate, I don't
4  know.
5              MS. JANUS:  And I just note
6       that the questions that we have been
7       going through on the realtime
8       transactions are outside the scope of
9       the 30(b)(6) notice, but you can
10      continue.
11 BY MS. KLIEBENSTEIN:
12      Q.   Is this the sheet you used to
13 prepare to testify on topic 13, Exhibit 406?
14      A.   Yes, it is.
15      Q.   Let's move back to the reporting
16 that we discussed for Legacy Chubb and Chubb
17 today.  I understood your testimony to be that
18 internally, Chubb today reports revenues,
19 expenses, losses, et cetera on a
20 line-of-business basis?
21      A.   Correct.
22      Q.   For expenses, explain to me how
23 that collection of information and reporting
24 occurs?
25      A.   Would you mind clarifying your

Page 55

1  question when you say "collection of
2  information"?
3       Q.   I'll try.  Can you explain for me
4  the accounting methods used to gather and
5  report expenses on a line-of-business basis?
6       A.   So the accounting methods are based
7  on an accrual basis for expenses.
8       Q.   Understood.  I think, I'm wondering
9  how the expenses are tracked and then fed into
10 the accounting system.
11      A.   The expenses are tracked as
12 incurred through a variety of different means.
13      Q.   Can you tell me about those
14 different means?
15      A.   Sure.  So, the means are either
16 direct or bulk.
17      Q.   Explain to me direct expenses?
18      A.   Direct expenses are expenses that
19 attribute at a policy level.
20      Q.   Can you give me an example?
21      A.   Commissions.
22      Q.   What else?
23      A.   That is probably, that is probably
24 it.
25      Q.   And what about bulk, what does bulk

Page 56

1  mean?
2       A.   Bulk would be expenses that are
3  incurred in part of running the operations or
4  complying with regulatory guidelines that are
5  not at the policy level.
6       Q.   Can those bulk expenses be linked
7  to a particular policy?
8       A.   No.  Not typically, no.
9       Q.   Can those bulk expenses be linked
10 to a product type?
11      A.   They can be.
12      Q.   Give me an example of a bulk
13 expense that could be linked to a product type.
14      A.   An example would be an
15 underwriter's salary who works on a particular
16 product.
17      Q.   On one particular product?
18      A.   Uh-huh, yes.
19      Q.   Now, let's say that underwriter
20 worked on multiple products, could you then
21 attribute that bulk expense to one particular
22 product?
23      A.   You cannot attribute it directly,
24 no.
25      Q.   What other types of bulk expenses

Page 57

1  can you think of?
2       A.   There are premium taxes, licenses,
3  or fees.
4       Q.   What's a premium tax?
5       A.   A premium tax is a tax levied by
6  typical state jurisdictions over premium
7  written in that state.
8       Q.   For any of those bulk expenses, can
9  you -- would it be possible to attribute them
10 to one particular product line?
11      A.   Typically not.  Unless it's the
12 only product line written in that statement.
13      Q.   What about attributing bulk
14 expenses to a line of business, is it possible
15 to attribute certain, any bulk expenses to a
16 particular line of business?
17      A.   Some of them.
18      Q.   Give me an example of a bulk
19 expense that you can attribute to a particular
20 line of business.
21      A.   Along the lines of the same example
22 I gave before, an underwriter or a series of
23 underwriters that write products in those
24 lines.
25      Q.   So those underwriters would only

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
KEVIN HARKIN - 03/25/2019          Pages 58..61

Page 58

1  write products to those lines?
2      A.   Correct.
3      Q.   So, three categories I believe you
4  mentioned were premium taxes, licenses, and
5  fees?
6      A.   Uh-huh.
7      Q.   We went through premium taxes.
8  Licenses, can you define that for me?
9      A.   Sure, it's various
10 compliance-related licenses that occurs that
11 Chubb as an organization would have to pay.
12     Q.   Give me an example, please?
13     A.   Producers, producer licensing.
14     Q.   In the United States, that's
15 typically a license fee at the state level,
16 right?
17     A.   Correct.
18     Q.   And then fees, give me an example
19 on the fees?
20     A.   State assessments.
21     Q.   Give me an example of a state
22 assessment, an assessment for what?
23     A.   A guarantee fund.
24     Q.   A guaranteed fund?
25     A.   Guarantee fund.

Page 59

1      Q.   Guarantee fund.  Now, let's talk
2  about losses.  With the same types of
3  questions, how are losses tracked at the Chubb
4  company today?
5      A.   There are several components within
6  losses, is there one in particular that I could
7  answer?
8      Q.   What are the components?
9      A.   So there are paid losses.  There
10 are reserves.  And there are claims-related
11 expenses.
12     Q.   So paid losses, I'm going to
13 suspect those are, that's money given to
14 customers?
15     A.   Correct.
16     Q.   For loss claims?
17     A.   Correct.
18     Q.   And what are reserves?
19     A.   Reserves are liabilities associated
20 with future claim payments.
21     Q.   Give me an example?
22     A.   Your homeowners example from
23 earlier where you had a $50,000 loss, that
24 50,000 would be a reserve until the claims are
25 paid.

Page 60

1      Q.   And what about claims-related
2  expenses?
3      A.   Claims-related expenses are
4  operating expenses incurred associated with the
5  handling of claims.
6      Q.   Give me an example, please?
7      A.   An example would be legal costs
8  associated with the defense of a claim.
9      Q.   So let's take each three of these
10 buckets.  So for paid losses, how are those
11 losses tracked at Chubb?  Are they tracked on a
12 product basis or a line-of-business basis or
13 something else?
14     A.   The tracking is actually at a claim
15 level.
16     Q.   And reporting is at a
17 line-of-business basis, correct?
18     A.   The reporting is at a
19 line-of-business basis.
20     Q.   What about claims-related expenses?
21     A.   Claims-related expenses, they are
22 tracked, they can be tracked at a claim level.
23 They can be bulk.
24     Q.   Is there a typical rule of thumb as
25 to when claims-related expenses are tracked at

Page 61

1  a claim level versus bulk?
2      A.   The rule of thumb -- typically,
3  it's not a rule of thumb, I think it's
4  prescribed in accounting guidance, if the
5  expense can be directly attributable to a
6  claim, it is tracked at that claim level.
7      Q.   And what about reserves?
8      A.   Reserves --
9      Q.   Go ahead?
10     A.   I'm sorry.  I interrupted you,
11 sorry.
12     Q.   How are reserves tracked today?
13     A.   Reserves are tracked either at a
14 claim level or in bulk.
15     Q.   And would the same principal apply
16 the same prescribed rule of thumb, if they can
17 be attributed to a claim they're tracked that
18 way versus if they cannot be, they're in the
19 bulk category?
20     A.   If a reserve is attributable direct
21 to a claim, it is tracked at a claim level.
22     Q.   Let's talk about pre-merger Chubb
23 regarding losses, would those, is the -- was it
24 handled the same way?
25     A.   Yes.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
KEVIN HARKIN - 03/25/2019        Pages 130..133

Page 130

1      Q.    What are those?
2      A.    That is, that is the income
3  statement captioned for losses related to
4  claims and loss adjustment expenses.
5      Q.    Can you give me an example of a
6  loss adjustment expense?
7      A.    Legal defense of a claim.
8      Q.    That's what we talked about
9  earlier?
10     A.    Correct.
11     Q.    And so those losses are reported at
12 the company -- and so the tracking for these
13 losses, is that -- on what level are the losses
14 tracked that are reflected in this first page,
15 on a product level, line of business level?
16     A.    It's a combination of direct and
17 bulk.
18     Q.    And how is it that you were able to
19 connect -- well, let's just take the first
20 example under the directors and officers
21 column, there's about 220K in losses and --
22     A.    220 million.
23     Q.    Million.  In losses and LAE.  How
24 were you able to connect that 220 million to
25 directors -- the D&O, the D&O products?

Page 131

1      A.    The direct expenses are tracked at
2  a policy level, so we can aggregate that to the
3  line of business.  The bulk reserves are
4  allocated at that line of business level.
5      Q.    And what does that mean, "the bulk
6  are allocated at that business level"?
7      A.    There are direct reserves that are
8  associated with an individual claim, and then
9  there are bulk reserves for those that are not.
10 The bulk reserves that are not attributable to
11 an individual claim by definition have to have
12 the lowest level of granularity, in this case,
13 it's a line of business.
14     Q.    But the D&O is not a line of
15 business, right?
16     A.    It is, yes, directors and officers.
17     Q.    I thought CSI was the line of
18 business and D&O would be the product.  Do I
19 have that wrong?
20     A.    CSI is the segment.
21     Q.    So, the accounting tracks the bulk
22 losses too at the -- so, now I'm confused.  So,
23 CSI is a segment and D&O is a line of business?
24     A.    Correct.
25     Q.    And so, a product would be a

Page 132

1  subcategory of D&O under the line of business?
2      A.    Correct.
3      Q.    So, commissions, can you tell me
4  what type of commissions?
5      A.    These are policy level commissions.
6      Q.    Commissions to who?
7      A.    Agents and brokers.
8      Q.    And G&A, what does that refer to?
9      A.    General and administrative
10 expenses.
11     Q.    And what about TLF?
12     A.    Taxes, licenses and fees.
13     Q.    And those are both, are those both
14 bulk expenses?
15     A.    Correct.
16     Q.    And on what level are they tracked?
17     A.    We allocate to a line of business
18 level.
19     Q.    When you say "We allocate to a line
20 of business level," does that mean they're
21 tracked at the line of business level, or that
22 they're tracked in a larger bucket and
23 apportioned?
24     A.    They're tracked in a larger bucket
25 and apportioned.

Page 133

1      Q.    Apportioned on what basis?
2      A.    A variety of bases, depending on
3  the nature of the expense.
4      Q.    So for the -- for the G&A, on the
5  G&A expenses, on what basis are those
6  apportioned?
7      A.    It's a variety of bases depending
8  on the nature of the expense.
9      Q.    Give me an example.
10     A.    I worked in the finance department,
11 the expenses for my department, the staff, the
12 personnel, the salaries, we do not do any work
13 that directly correlates to an individual
14 product, so, we allocate our expenses based off
15 of the level of gross written premium and/or
16 bulk reserve associated with each product.
17     Q.    So, let me try an example.  So
18 let's say, let's say D&O was 80 percent of
19 Chubb's business.
20     A.    Uh-huh.
21     Q.    Under that methodology, would
22 80 percent of the finance department's costs
23 get assigned or allocated to the D&O line of
24 business?
25     A.    Within the segment, correct.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
KEVIN HARKIN - 03/25/2019        Pages 134..137

Page 134

1    Q.   So, essentially, G&A is a fixed
2  cost that gets apportioned in your accounting
3  methodology?
4        A.   It's a fixed -- yes, yes.
5        Q.   What types of -- what types of
6  expenses fall under G&A?
7        A.   Salaries and benefits for staff
8  associated with the North America segments.  IT
9  expenses for the applications that we use,
10 mostly to generate the premium registration,
11 and policy administration, and the financial
12 reporting.  Travel, underwriters travel, any
13 specific advertising or consulting costs that
14 we may have.
15       Q.   And what about TLF?
16       A.   Taxes, licenses, and fees are the
17 premium tax where we pay on an individual state
18 basis, and we allocate as best we can to the
19 products within that state.
20       Q.   We talked about those before, and
21 so your same testimony about --
22       A.   Same testimony applies.
23       Q.   About those would apply.  Now
24 expenses incurred.  How is -- what's in that
25 bucket?

Page 135

1        A.   It's a sum of the two rows above
2  it.
3        Q.   And what is underwriting gain or
4  loss?
5        A.   That is the underwriting profit of
6  that particular product.  It is the earned
7  premium minus the loss and LAE incurred, minus
8  the expenses incurred.
9        Q.   And what information is in the
10 combined ratio?
11       A.   The combined ratio is the summation
12 of the loss ratio and the expense ratio.
13       Q.   So, 69.6 percent, that's a combined
14 ratio of the loss ratio with the expense ratio?
15       A.   Correct.
16       Q.   And so, would it be the lower or
17 the higher combined ratio that reflects a more
18 profitable line of business?
19       A.   Typically, a lower combined ratio
20 would reflect a higher profit.
21       Q.   Now, looking down below, we have
22 net instead of gross for the same buckets of
23 information.
24       A.   Uh-huh.
25       Q.   Explain to me the difference

Page 136

1  between the net written premium and the gross
2  written premium.
3        A.   The net is the premium net of
4  reinsurance.
5        Q.   And what -- I am not an insurance
6  guru.  What does that mean, "net of
7  reinsurance"?
8        A.   Reinsurance payments, reinsurance
9  premium payments are a reduction of our gross
10 written premium.
11       Q.   Give me an example of that.
12       A.   Of a reinsurance payment?  It would
13 be payment to a reinsurer under an established
14 reinsurance treaty that we have.
15       Q.   So, like another company?
16       A.   It would be to another company.
17       Q.   And so, what about earned premium,
18 what's the difference between the net premium,
19 earned premium, and the gross earned premium?
20       A.   Same difference, it's net of
21 reinsurance.
22       Q.   And where is the reinsurance data
23 in this table?
24       A.   The reinsurance data is simply just
25 the difference between the two.

Page 137

1        Q.   Okay.  And so, when it comes to
2  losses and LAE incurred, how is that -- I
3  notice that the net is lower than the gross.
4  If the difference between the net and the gross
5  is this reinsurance, these reinsurance figures,
6  how -- how are the losses and the LAE reduced
7  as well?
8        A.   The reinsurance as it relates to
9  premium is a payment, therefore, a reduction in
10 premium.  The reinsurance as it relates to loss
11 and recoveries, therefore, a reduction in your
12 net loss.
13       Q.   Based on recoveries?
14       A.   Based on recoveries.
15       Q.   And I notice that G&A and TLF also
16 went down in the net group.  Explain that
17 reduction for me as well.
18       A.   That's ever so slightly.
19 Occasionally, you are able to recover certain
20 expenses under a reinsurance policy.  It's
21 rare.  So, the difference between the two
22 should not be much.
23       Q.   And based on the data that we have
24 right before us in 409, we can't tell if that
25 reduction on any policy would have been for a