UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**[PROPOSED] ORDER GRANTING PLAINTIFF FAIR ISAAC CORPORATION'S MOTION TO EXCLUDE TESTIMONY OF W. CHRISTOPHER BAKEWELL**

This matter is before the Court on Fair Isaac Corporation's ("FICO's") Motion to Exclude Testimony of W. Christopher Bakewell (Dkt. No. 419). Upon consideration of FICO's request and the entire record herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. FICO's motion is hereby GRANTED.

2. Defendants are not allowed to use the testimony of W. Christopher Bakewell at trial.

**IT IS SO ORDERED.**

2

Dated:                                                              
_____
United States District Judge
The Honorable Wilhelmina M. Wright