UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Defendants") respectfully move the Court for an order granting summary judgment in favor of Defendants as follows:

1. All of Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**; and

2. Defendants' Counterclaim for Breach of Contract is **GRANTED** as to liability with damages to be determined at trial.

| | |
|---|---|
| Dated:  July 26, 2019 | *s/Terrence J. Fleming* |
| | Terrence J. Fleming (#0128983) |
| | tfleming@fredlaw.com |
| | Leah Janus (#0337365) |
| | ljanus@fredlaw.com |
| | Christopher D. Pham (#0390165) |
| | cpham@fredlaw.com |
| | **FREDRIKSON & BYRON, P.A.** |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN 55402-1425 |
| | (612) 492-7000 (tel.) |
| | (612) 492-7077 (fax) |

*Attorneys for Defendants*