UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that on **Tuesday, September 24, 2019 at 2:30 p.m.**, before the Honorable Wilhelmina M. Wright, United States District Court, 774 Federal Building, 316 North Robert Street, St. Paul, Minnesota, 55101, Defendants Federal Insurance Company and ACE American Insurance Company will move the Court for an order granting their Motion for Summary Judgment.  This motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated:  July 25, 2019

*s/ Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*