UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

The above-entitled matter came before the Court on Defendants Federal Insurance Company and ACE American Insurance Company's Motion for Summary Judgment. Based on the parties' submissions, the arguments of counsel, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment is **GRANTED**;

2. All of Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**; and

3. Defendants' Counterclaim for Breach of Contract is **GRANTED** as to liability with damages to be determined at trial.

Date: _____

_____
The Honorable Wilhelmina M. Wright
Judge of the U.S. District Court

67102662.1