# EXHIBIT 14

# FILED UNDER SEAL



PLAINTIFF'S EXHIBIT Mirolyuz 183 1/11/19 DM

| | |
|---|---|
| **From:** | CN=Russell Hodey/OU=EUZ/O=ChubbMail |
| **Sent:** | Thursday, May 28, 2009 9:01 AM |
| **To:** | CN=Henry Mirolyuz/O=ChubbMail@ChubbMail |
| **Cc:** | CN=Angus Mochrie/OU=EUZ/O=ChubbMail@ChubbMail; CN=Richard D Johnson/OU=EUZ/O=ChubbMail@ChubbMail |
| **Subject:** | Re: Fw: Blaze contact |

Henry,
This is great news!
For your info Rich is now on paternity leave, as of today, so I am afraid this
will have to wait a while.

Thanks


Henry Mirolyuz/ChubbMail
28/05/2009 14:57

To
Richard D Johnson/EUZ/ChubbMail@ChubbMail
cc
Angus Mochrie/EUZ/ChubbMail@ChubbMail, Russell Hodey/EUZ/ChubbMail@ChubbMail
Subject
Re: Fw: Blaze contact



Richard/Angus,

I want to follow up with you to make sure that you were able to download and
install Blaze Advisor successfully.

I also created a small prototype based on rules that Russell sent to me, so we
can review it when you are ready.

Thanks,

Henry Mirolyuz

Business Rules CoE
Chubb & Son, Inc
hmirolyuz@chubb.com
Phone: 860 408-2428



Richard D Johnson/EUZ/ChubbMail
05/26/2009 05:21 AM

Confidential

FED014355_0001

To
Henry Mirolyuz/ChubbMail@ChubbMail
cc
Angus Mochrie/EUZ/ChubbMail@ChubbMail
Subject
Re: Fw: Blaze contact

Hi Henry,

We're ready to start some hands-on prototyping with Blaze. Could you let us know where we can get the files and maybe a short 'quick start' on how to get up and running?

I'll be off on paternity leave any day now so could you copy in Angus on any reply?

Many thanks, looking forward to working with this,

Richard


Richard Johnson
Analyst Developer
Direct Line: +44 20 7895 3151 | Fax:

CHUBB – Number one for overall service, underwriting skills, quality of cover, claims handling and access to decision makers.
2008 Newsquest survey of 468 UK & Ireland brokers

We are designed to be different
We are Chubb Insurance
Before printing, think about ENVIRONMENTAL responsibility


Angus Mochrie/EUZ/ChubbMail
26/05/2009 10:02

To
Richard D Johnson/EUZ/ChubbMail@ChubbMail
cc

Subject
Fw: Blaze contact

Angus Mochrie
Senior Software Developer
Direct Line: +44 (0) 20 7895 3148 | Fax:

CHUBB – Number one for overall service, underwriting skills, quality of cover, claims handling and access to decision makers.
2008 Newsquest survey of 468 UK & Ireland brokers

We are designed to be different
We are Chubb Insurance
Before printing, think about ENVIRONMENTAL responsibility
----- Forwarded by Angus Mochrie/EUZ/ChubbMail on 26/05/2009 10:02 -----

Henry Mirolyuz/ChubbMail
22/05/2009 14:49

To
Russell Hodey/EUZ/ChubbMail@ChubbMail
cc
Angus Mochrie/EUZ/ChubbMail@ChubbMail
Subject
Re: Blaze contact

Feel free to contact me when you are ready.

Thanks,

Henry Mirolyuz

Business Rules CoE
Chubb & Son, Inc
hmirolyuz@chubb.com
Phone: 860 408-2428

Russell Hodey/EUZ/ChubbMail
05/22/2009 06:46 AM

To
Angus Mochrie/EUZ/ChubbMail@ChubbMail
cc

Confidential
FED014355_0003

Henry Mirolyuz/ChubbMail@ChubbMail
Subject
Blaze contact

Angus - this is the contact for Henry, who we spoke to yesterday.

Henry - I assume it ok to contact you so we can start to download the appropriate Blaze software?

Thanks Russell.

Russell Hodey
ABL EUZ IT Project Manager
Direct Line: 02078953318 | Fax:
Mobile: +44 (0) 7944091334

CHUBB – Number one for overall service, underwriting skills, quality of cover, claims handling and access to decision makers.
2008 Newsquest survey of 468 UK & Ireland brokers

We are designed to be different
We are Chubb Insurance
Before printing, think about ENVIRONMENTAL responsibility