UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FAIR ISAAC CORPORATION,

      Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
and ACE American Insurance Company,

      Defendants.

Court File No.  16-cv-1054 (WMW/DTS)

**NOTICE OF APPEARANCE
OF COUNSEL**

---

The undersigned attorney hereby notifies the Court and counsel that Christian V. Hokans shall appear as counsel of record for Defendant Federal Insurance Company and Defendant ACE American Insurance Company in this case.

Dated:  July 30, 2019

*s/ Christian V. Hokans*

Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham ((#0390165)
cpham@fredlaw.com
Christian V. Hokans (#0400377)
chokans@fredlaw.com
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*