

150 South Fifth Street
Suite 2200
Minneapolis, MN 55402

Allen Hinderaker
612.371.5292
ahinderaker@merchantgould.com

August 08, 2019

**VIA ECF**

Honorable Wilhelmina M. Wright
United States District Court
334 Federal Building
316 N. Robert Street
St. Paul, Minnesota 55101

Re:   Fair Isaac Corporation v. Federal Insurance Company
      Court File No. 16-1054 (WMW/DTS)

Dear Judge Wright:

The purpose of this letter is to correct an error at page 31 of the Memorandum in Support of Plaintiff's Motion for Summary Judgment, Dkt. No. 398. The paragraph following subheading "a" should read as follows:

> On June 25, 2008, Tamra Pawloski, Chubb & Son Global Strategic Sourcing, advised her colleagues the Agreement "is not a worldwide license." (Decl., Ex. 6, 90:10-13; Ex. ~~41~~ 39 (emphasis original).) The next year by email dated May 21, 2009, she advised her colleagues otherwise, saying the Agreement is "a worldwide enterprise license." (Decl., Ex. ~~39~~ 41.) . . .

We mixed the exhibit references. This error is not reflected in the Declaration of Allen Hinderaker; the descriptions of the exhibits are accurate. We apologize for the mistake.

Sincerely,

*Allen Hinderaker*

Allen Hinderaker

cc: Counsel of Record via ECF