UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED ANSWER** |

Defendants hereby move the Court for an order granting them leave to file the attached proposed Amended Answer to Plaintiff's Second Amended Complaint. This motion is based on Rules 15 and 16 of the Federal Rules of Civil Procedure, the accompanying memorandum, the Declaration of Terrence J. Fleming and supporting exhibits, the arguments of counsel, and all of the files, exhibits, records, and proceedings herein.

1

| | |
|---|---|
| Dated:  August 8, 2019 | *s/ Terrence J. Fleming* |
| | Terrence J. Fleming (#0128983) |
| | tfleming@fredlaw.com |
| | Leah Janus (#0337365) |
| | ljanus@fredlaw.com |
| | Christopher D. Pham (#0390165) |
| | cpham@fredlaw.com |
| | **FREDRIKSON & BYRON, P.A.** |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN  55402-1425 |
| | (612) 492-7000 (tel.) |
| | (612) 492-7077 (fax) |
| | |
| | *Attorneys for Defendants* |

67604256.1