## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>            Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED ANSWER** |

PLEASE TAKE NOTICE that on August 22, 2019, at 1:30 p.m., before the Honorable David T. Schultz, United States District Court, Courtroom 9E, 300 South Fourth Street, Minneapolis, Minnesota 55415, Defendants Federal Insurance Company and ACE American Insurance Company will move the Court for an order granting them leave to file an Amended Answer to Plaintiff's Second Amended Complaint.  This motion is made pursuant to Rules 15 and 16 of the Federal Rules of Civil Procedure.

Dated:  August 8, 2019

*s/ Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*