UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation, a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>Federal Insurance Company, an Indiana corporation, and Ace American Insurance Company, a Pennsylvania corporation,<br><br>            Defendants. | Court File No.  16-cv-01054<br>(WMW/TNL)<br><br>**[PROPOSED] AMENDED ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS** |

Defendants Federal Insurance Company ("Federal") and ACE American Insurance Company ("ACE American") (collectively, "Defendants"), hereby answer the Second Amended Complaint of Plaintiff Fair Isaac Corporation ("FICO") as follows:

To the extent not expressly admitted, denied or otherwise qualified, Defendants deny each and every allegation in the Second Amended Complaint.

**NATURE OF ACTION**

1.   This is an action for breach of contract and copyright infringement related to business software owned by FICO and licensed to Chubb & Son, a division of Federal Insurance Company ("Chubb & Son").

**RESPONSE**:  Answering Paragraph 1, Defendants admit that FICO asserts claims for breach of contract and copyright infringement.  Defendants deny any breach or infringement and states that FICO's claims are without merit.

