Brooks Hilliard - 6/19/2019
CASE 0:16-cv-01054-DTS  Doc. 460-11  Filed 08/08/19  Page 1 of 2
Fair Isaac Corporation vs. Federal Insurance Company, et al.

```
 1                UNITED STATES DISTRICT COURT
                     DISTRICT OF MINNESOTA
 2   _____
     FAIR ISAAC CORPORATION,        Court File No.
 3                                  16-cv-1054(WMS/DTS)
            PLAINTIFF,
 4
       VS.
 5
     FEDERAL INSURANCE COMPANY
 6   and ACE AMERICAN INSURANCE
     COMPANY,
 7
            DEFENDANTS.
 8   _____

 9

10

11

12   ------------------------------------------------------

13              VIDEOTAPED DEPOSITION OF

14                  BROOKS HILLIARD

15   ------------------------------------------------------

16

17

18

19

20

21

22

23

24

25   Taken June 19, 2019         By Brandi Bigalke, RPR
```

EXHIBIT 11

Brooks Hilliard - 6/19/2019
Fair Isaac Corporation vs. Federal Insurance Company, et al.
CASE 0:16-cv-01054-DTS Doc. 460-11 Filed 08/08/19 Page 2 of 2

worldwide -- worldwide was removed from the Blaze license; is that right?

A. At the top of the page, I reference a June 26 draft where the United States of America was lined through and worldwide was substituted.

And then in the following paragraph I reference a June 27 draft which changes that section to read, "territory with respect to the installation and physical location of the Fair Isaac products means the United States."

So a change from territory means worldwide in the June 26, to territory with respect to the installation and physical location means the United States of America in the June 27th.

Is that what you're asking about?

Q. Let me show you what's previously been marked as Exhibit 312. Have you reviewed this e-mail and this draft of the software license agreement before?

A. This is an exhibit to -- whose deposition is this an exhibit to?

Q. This is an e-mail from Jandeen Boone, the same person you referenced.

Page 149

MR. HINDERAKER: He was asking if you know whose deposition this was an exhibit to.

MR. FLEMING: Well, I mean, it says Boone deposition at the bottom of the tab --

THE WITNESS: Then I have seen it because --

MR. FLEMING: -- I'm assuming that was --

THE WITNESS: -- I looked at the exhibits to the Boone deposition.

BY MR. FLEMING:

Q. Okay. And do you see where on this draft under the license grant, the phrase in Section 2.1, "but only within the territory and" is redlined out?

A. I see that.

Q. What is your understanding as to why the parties would agree to remove territory from the license grant if, as you say, they meant to incorporate this term into the section?

A. The license grant says "subject to the terms, conditions and limitations of this agreement," and up above it says the following terms of which territory is one, so the License Grant 2.1 is subject to the terms including the

Page 150

term territory, which limits the installation and physical location.

But taking it out of Section 2.1 doesn't necessarily restrict usage with the same -- at least as I understand it, and I'm not a lawyer.

But looking at it from what would be my view and what I believe is normal and customary, that taking it out of here would open usage outside of the territory, where the territory limits installation and physical location.

Q. So you're interpreting the contract?

A. I'm giving you my understanding of what would be a normal and customary understanding in the industry of what industry people would look at this contract and understand from it.

Q. So are you familiar with other FICO Blaze software agreements that actually have a reference to the territory in the license grant section?

A. In the two weeks that I had to do this report, I don't recall whether I saw any

Page 151

other such agreements. I may have, but I don't recall having seen any other such agreements.

Q. Okay. So you've referenced a couple of times short time period you had between receiving the report and writing the report.

Are you saying that because that posed some obstacles to you in providing the report that you wanted to prepare and provide?

A. No. What I'm saying is from the date when Dr. Kursh and Mr. McCarter's reports that I was rebutting became available until the date when my report was due, I had a limited period of time.

I focused my time on the subject of my opinions that are stated Opinions 1 through 5. I didn't necessarily look at issues that did not seem to me -- such as license agreements with other FICO licensees, that didn't seem to be -- to me to be relevant to rebutting Dr. Kursh's opinions.

Q. Well, let's look at Dr. Kursh's report on page 23, if you could.

A. I don't believe -- oh.

MR. HINDERAKER: Yeah, it's one --

THE WITNESS: 501? Is it 501?

Page 152