*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 3.0: Summary of Opinions**

**Lost Software License, Support and Maintenance Fees (Breach of Contract)**

| | | | |
|---|---|---|---:|
| Domestic | *Schedule 4.0* | $ | 16,099,581 |
| Foreign | *Schedule 5.0* | | 21,262,691 |
| **TOTAL** | | **$** | **37,362,272** |

**Premiums from Copyright Infringement**

| | | | |
|---|---|---|---:|
| Domestic | *Schedule 8.0* | $ | 28,354,140,400 |
| Foreign | *Schedule 9.0* | | 2,521,900,482 |
| **TOTAL** | | **$** | **30,876,040,881** |

**Lost Software License, Support and Maintenance Fees (Copyright Infringement)**

| | | | |
|---|---|---|---:|
| Domestic | *Supplemental Schedule 4.0* | $ | 16,099,581 |
| Foreign | *Supplemental Schedule 5.0* | | 17,970,360 |
| **TOTAL** | | **$** | **34,069,940** |

**EXHIBIT 13**

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 4.0: Summary of Lost Fees for Domestic Applications (Copyright Infringement)**

| Domestic Application | License, Support, and Maintenance (a) | Damages Period Start Date (b) | End Date (c) | Years | Total Lost Fees |
|---|---:|---|---|---|---:|
| CSI eXPRESS | $ 634,095 | 3/31/2016 | 12/9/2019 | 3.7 | $ 2,341,942 |
| Automated Renewals Process (ARP) | 480,375 | 3/31/2016 | 12/9/2019 | 3.7 | 1,774,198 |
| Profitability Indicator | 440,573 | 3/31/2016 | 12/9/2019 | 3.7 | 1,627,193 |
| Decision Point | 549,000 | 3/31/2016 | 12/9/2019 | 3.7 | 2,027,655 |
| Commercial Underwriting Workstation (CUW) | 823,500 | 3/31/2016 | 12/9/2019 | 3.7 | 3,041,483 |
| Premium Booking | 260,775 | 3/31/2016 | 12/9/2019 | 3.7 | 963,136 |
| Texas Accident Prevention System (TAPS) | 138,623 | 3/31/2016 | 12/9/2019 | 3.7 | 511,983 |
| Individual Rate Modification Application (IRMA) | 220,973 | 3/31/2016 | 12/9/2019 | 3.7 | 816,131 |
| CIS Claims | 590,175 | 3/31/2016 | 12/9/2019 | 3.7 | 2,179,729 |
| Cornerstone | 220,973 | 3/31/2016 | 12/9/2019 | 3.7 | 816,131 |
| **Total** | **$ 4,359,060** | | | | **$ 16,099,581** |

*Note/Source(s):*
(a) See **Schedule 6.0**.
(b) I understand the damages period starts at the date of termination of the SLM Agreement (i.e., March 31, 2016). (FED004437_0001.)
(c) I understand the trial ready date is December 9, 2019.

**EXPERT REPORT OF N. ZOLTOWSKI**
**CASE NO. 16-CV-1054 (WMW/DTS)**

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 5.0: Summary of Lost Fees for Foreign Applications (Copyright Infringement)**

| Foreign Application | Region | License, Support, and Maintenance (a) | Damages Period Start Date | | Damages Period End Date (b) | | Years | Total Lost Fees |
|---|---|---:|---|---|---|---|---:|---:|
| ADAPT | Australia | $ 452,925 | 4/21/2013 | (c) | 12/9/2019 | | 6.6 | $ 3,005,860 |
| ADAPT | U.K. | 452,925 | 4/21/2013 | (d) | 12/9/2019 | | 6.6 | 3,005,860 |
| Evolution | Australia | 440,573 | 2017 | (c) | 12/9/2019 | | 2.9 | 1,294,276 |
| Evolution | Canada | 634,095 | 9/6/2013 | (e) | 12/9/2019 | | 6.3 | 3,968,627 |
| EZER | U.K. and Europe | 440,573 | 4/21/2013 | (c) | 12/9/2019 | | 6.6 | 2,923,882 |
| Exari | U.K. | 440,573 | 10/9/2013 | (f) | 1/27/2016 | (f) | 2.3 | 1,014,433 |
| Broker Site | Canada | 440,573 | 9/6/2013 | (e) | 12/9/2019 | | 6.3 | 2,757,423 |
| | Total | $ 3,302,235 | | | | | | $ 17,970,360 |

*Note/Source(s):*

(a) See **Schedule 7.0**.
(b) I understand the trial ready date is December 9, 2019.
(c) I understand the damages period starts at the latter of the first year of gross written premiums reported per interrogatory responses or 3 years before the filing date of April 21, 2016 (i.e., April 21, 2013). See **Schedule 12.0**.
(d) I understand FICO asserts that ADAPT (Europe) was used in 2009. (FED014415_0001-0003.)
(e) I understand FICO asserts that Evolution (Canada) was used in 2013. Further, I understand the Broker Site application is integrated with the Evolution (Canada) application. (Mirolyuz 1/11/2019 Deposition at Exhibit 186 (FED008481_0001-FED008482_0001); Harkin Deposition at 206-209.)
(f) I understand the development of the Exari application started in 2013 and was abandoned in 2016. (Mirolyuz 1/11/2019 Deposition at Exhibit 187 (FED12301_0001; FED12303-0001); FED017913_0001-0002.)