UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY, a<br>Pennsylvania corporation,<br><br>　　　　Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br><br>**STATEMENT INSTEAD OF<br>REDACTED DOCUMENT** |

　　　　Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Defendants"), in connection with their Memorandum of Law in Support of Motion for Leave to File Amended Answer, filed as Docket No. 458, and Exhibit A, Exhibits 1through 14 and Exhibit 16 to the Declaration of Terrence J. Fleming, filed as Docket Nos. 460, 460-1 through 460-15, contain information designated as "Confidential" under the Court's Protective Order [Doc. No. 44].  Defendants now file this Statement Instead of Redacted Document because large portions of these documents are confidential and redaction is impracticable.

Dated:  August 8, 2019	*s/Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Phone:  (612) 492-7000
(612) 492-7077 (fax)

*Attorneys for Defendants*

67610278.1