# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED ANSWER** |

The above-entitled matter came before the Court on Defendants Federal Insurance Company and ACE American Insurance Company's Motion for Leave to File Amended Answer. Based on the parties' submissions, the arguments of counsel, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1.　　Defendants' Motion for Leave to File Amended Answer is **GRANTED**.

Date:

　　　　　　　　　　　　　　　　　　　　　　The Honorable David T. Schultz
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge of the U.S. District Court

67610447.1