## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>　　　　Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br><br><br>**WORD COUNT COMPLIANCE<br>CERTIFICATE** |

　　I certify that this brief conforms to the requirements of LR 7.1(f) for a brief produced with a proportional font.  The length of this brief is 3,799 words.  This brief was prepared using Microsoft Word 2010 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

| | |
|---|---|
| Dated:  August 8, 2019 | FREDRIKSON & BYRON, P.A.<br><br>*s/Terrence J. Fleming*　　　　　　　<br>Terrence J. Fleming (#0128983)<br>tfleming@fredlaw.com<br>Leah C. Janus (#0337365)<br>ljanus@fredlaw.com<br>Christopher D. Pham (#0390165)<br>cpham@fredlaw.com<br>**FREDRIKSON & BYRON, P.A.**<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN  55402-1425<br>Phone:  (612) 492-7000<br>(612) 492-7077 (fax)<br><br>*Attorneys for Defendants* |