# EXHIBIT 8

```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF MINNESOTA

 3                CASE NO. 16-CV-1054 (WMW/DTS)

 4    - - - - - - - - - - - - - - - - - - - - - - - -

 5    FAIR ISAAC CORPORATION, a Delaware corporation,

 6              Plaintiff,

 7        vs.

 8    FEDERAL INSURANCE COMPANY, an Indiana corporation,

 9              Defendant.

10    - - - - - - - - - - - - - - - - - - - - - - - -

11

12              TRANSCRIPT of the stenographic notes of

13    the 30(b)(6)videotaped deposition of Henry Mirolyuz in

14    the above-entitled matter, as taken by and before

15    LORRAINE B. ABATE, a Certified Court Reporter and

16    Notary Public of the State of New Jersey and

17    Registered Professional Reporter, held at the offices

18    of Regus, 55 Madison Avenue, Morristown, New Jersey,

19    on Tuesday, July 31, 2018, commencing at 9:10 a.m.,

20    pursuant to Notice.

21

22

23

24    Job No. MP-182592

25    Pages: 1 - 80
```