# EXHIBIT 1

# FILED UNDER SEAL

# In the Matter Of:

## *FAIR ISAAC CORPORATION*

*vs*

## *FEDERAL INSURANCE COMPANY, et al.*

---

## *HENRY MIROLYUZ*

*January 11, 2019*

---



Page 10

1  this as efficiently as possible and as respectfully to
2  the witness as possible.
3            MR. HINDERAKER:  And Counsel, we will
4       be doing the same thing, on some of your upcoming
5       noticed depositions, designating those witnesses
6       for some topics, and I'll asking for the same
7       courtesies.
8            MR. FLEMING:  I understand your
9       position.  This is the second day that
10      Mr. Mirolyuz has appeared for a deposition, at
11      great inconvenience on both occasions.  I believe
12      you ought to be able to conclude the individual
13      deposition and the topics that he's been
14      designated for in one day, and we do not have any
15      agreement beyond that.
16      Q    (By Mr. Hinderaker)  And I understand,
17 Mr. Mirolyuz, you've been designated for three topics?
18      A    I believe so.
19      Q    Okay.  One of those topics, 15, I was
20 advised last night about 8:30 p.m.  So if we can in
21 the future give a little bit more notice that would be
22 appreciated.
23           I've had -- the court report has marked this
24 as Exhibit 178.  You'll see it's a subpoena to
25 testify today.  Do you understand that you are here to

Page 11

1  testify pursuant to subpoena?
2       A    I do.
3            MR. FLEMING:  Did you say 158?
4            MR. HINDERAKER:  I said 178.
5       Q    This, sir, is Deposition Exhibit 179.  Have
6  you seen this 30(b)(6) Notice of Deposition before
7  this morning?
8       A    I did.
9       Q    Okay.  So just to reaffirm, you intend to
10 testify on a 30(b)(6) basis to Topics 15, 16 and 17.
11 Is that correct?
12      A    That is correct.
13      Q    Thank you.  When we last met during a
14 30(b)(6) deposition, I asked you for who you were
15 employed by at that time.  You answered CHUBB, IT
16 Claims, and we just go let it go at that and we moved
17 on.  I'd like to get more clarity at the moment.  I
18 understand that you've left the employment?
19      A    Correct.
20      Q    Okay.  At the time you left your employment,
21 what was the specific company for whom you were
22 working?  What was on your paycheck?
23      A    I believe -- I do not recall, quite frankly.
24 I did see my paycheck.  I have a direct deposit.  So
25 quite frankly, I'm never interested what's in the

Page 12

1  paycheck.  My assumption was I was employed by CHUBB.
2       Q    CHUBB is a big thing.  So my particular
3  question is:  Were you employed by Ace American
4  Insurance Company just before you left?
5       A    I'm not sure.  Again, I do not -- I cannot
6  answer your question one way or another.  My
7  assumption is irrelevant in that case.
8       Q    Pardon me?
9       A    My assumption is irrelevant --
10           (Court reporter asked for
11      clarification.)
12      A    -- is probably irrelevant in this case.  I
13 do not know because I haven't looked in my paycheck.
14      Q    All right.  So you don't know one way or the
15 other?
16      A    Yes, exactly.
17      Q    Who employs you now?
18      A    Altair Technical Services.
19      Q    And when did you start that employment?
20      A    January 1st of 2019.
21      Q    Do you recall when you moved from your
22 position working with Blaze Advisor software to we'll
23 call it CHUBB IT Claims?
24      A    I believe in the beginning of 2015.
25      Q    Now, the merger between CHUBB and Ace was

Page 13

1  2016?
2       A    Correct.
3       Q    And so you think it was a year before the
4  merger?
5       A    A year before, yes.  Because of the internal
6  reorganization.
7            (Plaintiff's Exhibit 180 marked for
8       identification.)
9       Q    As you'll see, Exhibit 180 is a May 21, 2009
10 e-mail, and you are on the string of e-mails, so you
11 see.  It references an EUZ meeting with Henry to work
12 on proof of concept to implement Blaze and EEU.  Are
13 you familiar with that?
14      A    Yes.
15      Q    My question to you, sir -- and when we were
16 together before, you mentioned that while Blaze
17 Advisor had been hosted -- was hosted on servers in
18 Canada, CHUBB was in -- big CHUBB was in the process
19 of migrating Blaze Advisor and Blaze Advisor
20 applications to servers in North Carolina?
21      A    Correct.
22      Q    Okay.  I'm going to have a similar set of
23 questions with respect to Europe and the UK.  Could
24 the European CHUBB company benefit -- use Blaze
25 Advisor applications for the sale of insurance

Page 14

1 policies in Europe with those applications and Blaze
2 Advisor hosted in the United States?
3     A    I do not have this information.
4     Q    Okay.  So technically, you don't know the
5 answer to that one way or the other?
6     A    Yes, exactly.
7     Q    In this e-mail, then, Russell Hodey reports
8 that they'd like to do a proof of concept to prove the
9 usage and implementation of Blaze over in the EUZ.  So
10 to run the proof of concept they had to install Blaze
11 Advisor in the UK.
12    A    They could or could not.  It doesn't
13 necessarily mean that it physically was installed in
14 the UK.
15    Q    You don't know one way or the other?
16    A    I don't know one way or another.
17    Q    All right.  It could have been installed
18 only in the United States and had Blaze Advisor
19 applications in the UK?
20    A    Used by UK but installed in the United
21 States.  It could have been.
22    Q    Technically that's possible?
23    A    Technically it's possible.  Was it there or
24 not?  I cannot tell you.
25    Q    Whether they did or not, I understand.  But

Page 15

1 technically it is possible?
2     A    Correct.
3     Q    And their e-mail concludes that this
4 obviously depends on us being able to use the
5 Enterprise license agreement for all elements of
6 Blaze.  Henry said he will confirm this shortly.
7          Do you recall following up on that?
8     A    I did not follow -- I follow up with Patrick
9 Sullivan, who was the chief architect at that time at
10 CHUBB.  And as you can see on that e-mail, he
11 confirmed that we have unlimited licenses.
12    Q    Okay.  What he says is, "We have unlimited
13 developer licenses."
14    A    Correct.
15    Q    Did you have any conversations with anyone
16 with respect to the geographic scope of the license?
17    A    No, I did not.
18         (Plaintiff's Exhibit 181 marked for
19    identification.)
20    Q    Mr. Mirolyuz, do you recognize 181 as an
21 e-mail you received from Russell Hodey around May 22,
22 2009?
23    A    I do.
24    Q    Thank you.
25         (Plaintiff's Exhibit 182 marked for

Page 16

1    identification.)
2     Q    Mr. Mirolyuz, do you recognize this as an
3 e-mail dated May 28, 2009 that you received from
4 Russell Hodey?
5     A    Yes, I do.
6     Q    Do you conclude from this document that
7 Blaze Advisor was installed in Europe?
8     A    I do not.
9     Q    Do you know one way or the other?
10    A    I don't.
11         (Plaintiff's Exhibit 183 marked for
12    identification.)
13         MR. HINDERAKER:  Counsel, you'll have
14    to look over his shoulder.  I don't have a second
15    copy for some reason.  I have many copies of the
16    second page but not the first page.
17    Q    Do you recognize this as an e-mail dated
18 November -- Exhibit 183.  Do you have it, sir?
19         MR. FLEMING:  Just one second.
20    Q    Do you recognize Exhibit 183 as an e-mail of
21 dated November 5, 2009 between yourself -- well, from
22 Craig Thompson?
23    A    I do not because I don't believe I'm on this
24 e-mail.
25    Q    I'm not suggesting that you are.  Do you see

Page 17

1 that this an e-mail November 5, 2009 from Craig
2 Thompson to a number of people?
3     A    Yes, I do.
4     Q    All right.  And I'm just going to ask you
5 for your understanding of what it might mean.  You see
6 it says, "Can either of you answer which version of
7 Blaze you're running on?"
8          Let me back up.  Do you know who Stuart
9 Fisher is?
10    A    No.  He's somebody in the European zone.
11 But who he is, I don't know.
12    Q    And Russell Hodey is in the European zone as
13 well?
14    A    Yes.
15    Q    All right.  And Craig Thompson, is he --
16 where does he come from?
17    A    He was in United States.
18    Q    All right.  So we have somebody from the
19 United States asking folks in Europe, "Can either of
20 you answer which version of Blaze you're running on?"
21    A    Correct.
22    Q    Understood.  The next sentence says, "I
23 assume you're running on our infrastructure over
24 here."  Craig Thompson is saying that.
25         I understand you're not on the e-mail.  What