# EXHIBIT 3

# FILED UNDER SEAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, and<br>ACE AMERICAN INSURANCE COMPANY<br><br>  Defendants. | Case No. 16-CV-1054(WMW/DTS)<br><br>**EXPERT REPORT OF**<br>**NEIL J. ZOLTOWSKI**<br>**WITH RESPECT TO DAMAGES** |

Respectfully submitted this 19th day of April, 2019

_____

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

### B.  Profits from Using and Distributing Blaze Advisor

111. FICO may be entitled to disgorge Defendants' profits from written premiums generated using Blaze Advisor.[228] Between March 31, 2016 and March 2019, Defendants generated gross written premiums in the United States of $28.4 billion. (See **Schedules 3.0** and **8.0**.) FICO may also be entitled to disgorge the profits from written premiums generated by certain foreign entities that used Blaze Advisor in Canada, Australia, the United Kingdom and certain other European countries between April 2013 and March 2019 of $2.5 billion. (See **Schedules 3.0** and **9.0**). In total, FICO may be entitled to disgorge the profits from written premiums generated using Blaze Advisor of $30.9 billion. (See **Schedule 3.0**).

## VII.  ANALYSIS OF DAMAGES

112. For purposes of my damages analysis, I have assumed that Defendants Federal and ACE American are liable for the causes of action asserted by FICO and as a result of Defendants' actions, FICO has suffered economic harm, and/or Defendants have realized improper economic benefits.

### A.  Lost FICO Software License, Support, and Maintenance Fees

#### i.  Nature of Defendants' License Agreements

113. The appropriate measure of FICO's lost domestic license fees for the period from March 31, 2016 (i.e., the termination date) to December 2019 (i.e., the trial ready date in this matter) is FICO's annual named-application deployment and development seat license fees for the period each Blaze Advisor application is used without FICO's licensed consent. This is the appropriate measure of loss to FICO because it reflects the value of its software for each year of unlicensed use in each unlicensed application until that use is enjoined.

---

[228] I understand based on the Copyright Act (17 U.S.C. § 504(b)) that: "In establishing the infringer's profits, the copyright owner is required to present proof only of the infringer's gross revenue, and the infringer is required to prove his or her deductible expenses and the elements of profit attributable to factors other than the copyrighted work." As a result, the damages presented related to copyright infringement damages reflect the dollar amounts associated with the gross written premiums through Defendants' allegedly infringing use of Blaze Advisor.

39

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SCHEDULE 5.0: Summary of Lost Fees for Foreign Applications**

| Foreign Application | Region | License, Support, and Maintenance (a) | Damages Period Start Date | | Damages Period End Date (b) | | Years | Total Lost Fees |
|---|---|---|---|---|---|---|---|---|
| ADAPT | Australia | $ 452,925 | 4/21/2010 | (c) | 12/9/2019 | | 9.6 | $ 4,364,945 |
| ADAPT | U.K. | 452,925 | 4/21/2010 | (d) | 12/9/2019 | | 9.6 | 4,364,945 |
| Evolution | Australia | 440,573 | 2017 | (c) | 12/9/2019 | | 2.9 | 1,294,276 |
| Evolution | Canada | 634,095 | 9/6/2013 | (e) | 12/9/2019 | | 6.3 | 3,968,627 |
| EZER | U.K. and Europe | 440,573 | 2012 | (c) | 12/9/2019 | | 7.9 | 3,498,043 |
| Exari | U.K. | 440,573 | 10/9/2013 | (f) | 1/27/2016 | (f) | 2.3 | 1,014,433 |
| Broker Site | Canada | 440,573 | 9/6/2013 | (e) | 12/9/2019 | | 6.3 | 2,757,423 |
| | Total | $ 3,302,235 | | | | | | $ 21,262,691 |

*Note/Source(s):*

(a) See **Schedule 7.0**.
(b) I understand the trial ready date is December 9, 2019.
(c) I understand the damages period starts at the latter of the first year of gross written premiums reported per interrogatory responses or 6 years before the filing date of April 21, 2016 (i.e., April 21, 2010). See **Schedule 12.0**.
(d) I understand FICO asserts that ADAPT (Europe) was used in 2009. (FED014415_0001-0003.)
(e) I understand FICO asserts that Evolution (Canada) was used in 2013. Further, I understand the Broker Site application is integrated with the Evolution (Canada) application. (Mirolyuz 1/11/2019 Deposition at Exhibit 186 (FED008481_0001-FED008482_0001); Harkin Deposition at 206-209.)
(f) I understand the development of the Exari application started in 2013 and was abandoned in 2016. (Mirolyuz 1/11/2019 Deposition at Exhibit 187 (FED12301_0001; FED12303-0001); FED017913_0001-0002.)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*
**SCHEDULE 9.0: Summary of Defendants' Foreign Gross Written Premiums**

*April 21, 2013 to March 2019*

| Foreign Applications | Region | All Writing Companies (a) | Chubb Corporation and Chubb INA Holdings, Inc. Subsidiaries (b) | Federal, Subsidiaries and Pooling Entities (c) | Non-Subsidiaries and Non-Pooling Entities (d) |
|---|---|---|---|---|---|
| ADAPT | Australia | $ 104,643,020 | $ 104,643,020 | $ 76,090,876 | $ 28,552,143 |
| ADAPT | U.K. | 265,034,167 | 265,034,167 | 213,529,232 | 51,504,935 |
| Evolution | Australia | 87,984,461 | 87,984,461 | - | 87,984,461 |
| Evolution (e) | Canada | 1,278,000,000 | 1,278,000,000 | 534,000,000 | 744,000,000 |
| EZER | Europe | 786,223,356 | 786,223,356 | 672,408,758 | 113,814,598 |
| EZER | U.K. | 15,477 | 15,477 | 15,477 | - |
| Broker Site (e) | Canada | n/a | n/a | n/a | n/a |
| **TOTAL** | | **$ 2,521,900,482** | **$ 2,521,900,482** | **$ 1,496,044,344** | **$ 1,025,856,138** |

*Note/Source(s):*
(a)  See **Schedule 11.1**.
(b)  See **Schedule 11.2**.
(c)  See **Schedule 11.3**.
(d)  Calculated as the difference between (b) and (c).
(e)  I understand the Evolution (Canada) and Broker Site (Canada) applications share the same underlying database and therefore report the same gross written premiums. (Harkin Deposition at 206-209.)