UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

## STATEMENT OF NO REDACTION

Pursuant to LR 5.6, Exhibits 1-3, 5-7, and 10-12 to the Declaration of Allen Hinderaker in Support of Fair Isaac Corporation's Opposition to Defendants' Motion for Leave to File Amended Answer (Dkt. No. 471) have been filed under temporary seal. Exhibits 1-3, 5-7, and 10-12 were not redacted because the entire document is marked "Confidential" or "Confidential – Attorneys' Eyes Only" information under the Protective Order (Dkt. No. 44) entered in the case. Therefore, it is impracticable to redact.

Dated: August 15, 2019

MERCHANT & GOULD P.C.

/s/ Allen Hinderaker
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635

2

Joseph Dubis, MN Bar # 0398344
MERCHANT & GOULD P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN  55402-2215
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*