## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## <u>LOCAL RULE 7.1(f) CERTIFICATION</u>

I hereby certify that Plaintiff Fair Isaac Corporation's Memorandum in Opposition to Defendants' Motion to Exclude Expert Report and Testimony of Randolph Bickley Whitener, filed electronically on August 26, 2019, complies with the word limit imposed by Local Rule 7.1(f), with a total word count of 7,357 words, including headings, footnotes, and quotations.

I further certify that the accompanying document was created in Microsoft® Office Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

2

Dated:  August 26, 2019                    MERCHANT & GOULD P.C.

                                           /s/ Allen Hinderaker
                                           Allen Hinderaker, MN Bar # 45787
                                           Heather Kliebenstein, MN Bar # 337419
                                           Michael A. Erbele, MN Bar # 393635
                                           Joseph W. Dubis, MN Bar # 398344
                                           MERCHANT & GOULD P.C.
                                           3200 IDS Center
                                           80 South Eighth Street
                                           Minneapolis, MN  55402-2215
                                           Tel:  (612) 332-5300
                                           Fax:  (612) 332-9081
                                           ahinderaker@merchantgould.com
                                           hkliebenstein@merchantgould.com
                                           merbele@merchantgould.com
                                           jdubis@merchantgould.com

                                           *Attorneys for Plaintiff FICO*