**EXHIBIT 9**

**FILED UNDER SEAL**

Page 1

1              UNITED STATES DISTRICT COURT
2                  DISTRICT OF MINNESOTA
3
4      CASE NUMBER:  16-cv-1054 (WMW/DTS)
5      ----------------------------------------------
6      Fair Isaac Corporation, a Delaware corporation,
7         Plaintiff,
8      versus
9      Federal Insurance Company, and Indiana
       corporation, and ACE American Insurance Company, a
10     Pennsylvania corporation,
11        Defendants.
       ----------------------------------------------
12
13
14           VIDEOTAPED DEPOSITION OF EXPERT WITNESS
15
16                     BILLY McCARTER
17
18
19
20
21
22
23
24
25     TAKEN:  5 June 2019         BY:  Jackie McKone

Page 46

1  Is that quote accurate?
2  A. Um-hm. Yes.
3  Q. In your quote, you say that, "The STG billing
4     solution allows customers to quickly respond to
5     market changes."
6  A. Um-hm.
7  Q. Can you explain that phrase for me? What does
8     that mean, quickly respond to market changes?
9  A. In terms of billing, which is what this is focused
10    on, new billing plans, as the market changes for
11    new billing plans, they can make those changes
12    within the billing system.
13 Q. Can you give me an example of that?
14 A. Pay twice a year, pay every quarter, one -- a lump
15    sum payment with monthly small payments. Just
16    different billing plans associated with the
17    product.
18 Q. And how would different billing plans benefit a
19    customer of the STG billing product?
20 A. Matches their cash flow needs.
21 Q. And then I see that the STG billing solution
22    helped -- would allow customers to bring new
23    products and services to market ahead of their
24    competitors. Give me an example of that.
25 A. Feedback from the customer through the billing

Page 47

1     process to identify new -- new products or new
2     capabilities that they would like.
3  Q. And why would an insurance company want to bring
4     new product -- new products to market?
5  A. To make money. To sell policies.
6  Q. At Majesco, were there any other products the
7     company sold besides the STG product?
8  A. Globally we had a product called Elixir, which was
9     a life insurance platform.
10 Q. And what did Elixir -- what were its functions?
11 A. It was a policy administration solution for the
12    life insurance market. At that time, it had not
13    sold any products in the US.
14 Q. Any -- any other products?
15 A. We acquired a software company called Vector
16    Insurance Services that had a software product for
17    new business underwriting for the life market, and
18    that was sold in the US marketplace.
19 Q. For life insurance companies; right?
20 A. For life insurance companies. Correct.
21 Q. And what was that product called that was brought
22    over from Vector Insurance?
23 A. Yeah. It was Vector Insurance Services. I -- I
24    honestly don't remember the name of the product.
25    It was a component that we integrated into other

Page 48

1     policy administration systems. It was just for
2     new business underwriting in the life market.
3  Q. And did -- did that product ever get sold directly
4     to customers?
5  A. It did before we acquired the company.
6  Q. So after Majesco, you moved to Dell Services?
7  A. Correct.
8  Q. And what was your -- what was your job function at
9     Dell Services?
10 A. Yeah. I was a large financial services client
11    sales for Dell third party administration
12    services.
13 Q. Did that involve software product sales?
14 A. No. It was services.
15 Q. And how long were you at Dell?
16 A. Couple of years, or less than a couple of years I
17    guess.
18 Q. And then next you joined CGI Technologies?
19 A. Correct.
20 Q. Why did you move -- why did you move from Majesco
21    to Dell to CGI?
22 A. So Majesco went through a global reorganization,
23    excuse me, changed CEOs five times in four years,
24    and I was working for the CEO for the first three
25    year, and then after the last couple of years, I

Page 49

1     decided it was time to leave.
2  Q. And what about the Dell to CGI move; what prompted
3     that move?
4  A. Got a -- got a call from a colleague that says
5     we're looking to fill the North American insurance
6     solutions -- solutions business leadership role,
7     and you're the perfect candidate for it.
8  Q. I see you were responsible for five product lines.
9  A. Um-hm.
10 Q. Ratabase was one of them?
11 A. Correct.
12 Q. And what was the functionality of Ratabase?
13 A. It -- it was a -- a dynamic rating and pricing
14    solution. It's a rules engine for dynamic rating
15    and pricing.
16 Q. Is that product competitive with Blaze Advisor?
17 A. We felt so.
18 Q. What is your experience over the years with Blaze
19    Advisor?
20 A. I learned about it when we were acquiring iLog
21    through the process of buying iLog, became aware
22    of Blaze. We looked at the marketplace and
23    decided to go with iLog at the time. I've kept
24    track of Blaze through the years as we built our
25    own rules components versus acquiring a third

Page 50

1  party to integrate for the products, and
2  ultimately have just been aware of it through --
3  through the trades. That's pretty much it.
4  Q. At STG, the externalized business rules management
5  technology what technology did you use at STG?
6  A. I think it was built-in in .net, or DB -- some
7  visual basic .net, or something like that. I
8  don't recall exactly the technology.
9  Q. So was it a third party, or was it homegrown?
10 A. It was built by Renaissance or the STG company
11 before we acquired them.
12 Q. So back to Ratabase, in your opinion, how was
13 Ratabase different and similar to Blaze Advisor?
14    MS. JANUS: And I'll just object to the
15 extent it's -- you phrased it as in your opinion.
16 It's not within the scope of his opinions, but ...
17    THE WITNESS: I can answer?
18    MS. JANUS: Yeah.
19    THE WITNESS: Okay. So Ratabase is a rules
20 engine that you load business rules into, and it
21 does the same process that Blaze would do by
22 taking in data, comparing it to the rules, routing
23 decisions or creating responses to those based on
24 the company's business logic and rules around
25 rating and pricing primarily.

Page 51

1     It was a rating -- it was a rules engine
2  that could do more than rating and pricing, and
3  some customers did use it for that, but the
4  primary focus was rating and pricing.
5  BY MS. KLIEBENSTEIN:
6  Q. Were you involved in the selling of Ratabase to
7  customers, potential customers?
8  A. At an executive level.
9  Q. And what was the value proposition used when
10 selling Ratabase?
11 A. Externalizing the rating rules and pricing rules.
12 Rapid changes to those rules.
13 Q. So what were the business benefits that -- the
14 business benefits that CGI would tout from using
15 Ratabase?
16 A. Efficiency and rules management for rating and
17 pricing. The ability to quickly change the rules.
18 Q. So one function is the ability to change the rules
19 quickly?
20 A. Um-hm.
21 Q. What would be another feature that STG would tout
22 as a selling point?
23    MS. JANUS: Object to the premise of the
24 question.
25    THE WITNESS: It's a rules management

Page 52

1  technology. So the ability to externalize the
2  rules, maintain the rules quickly.
3  BY MS. KLIEBENSTEIN:
4  Q. So the -- the ability to externalize the rules?
5  What would be a business benefit from
6  externalizing the rules?
7  A. The -- the ability to change them quickly.
8  Q. Okay.
9  A. When the market needed them changed.
10    (Whereupon material was marked for
11 identification as Exhibit 448.)
12 BY MS. KLIEBENSTEIN:
13 Q. I'm handing you what's been marked as Exhibit 448.
14 Are you familiar with this article?
15 A. I am. Press release.
16 Q. And PEMCO was a customer of CGI?
17 A. It was.
18 Q. And PEMCO -- did they license Ratabase?
19 A. Correct.
20 Q. So I see in the top of the second paragraph,
21 "PEMCO will use the most recent version of
22 Ratabase to decrease the time needed to implement
23 rate changes."
24 A. Correct.
25 Q. And that's what we were just talking about; right?

Page 53

1  A. Correct.
2  Q. And the next sentence reads, "In doing so, it
3  plans to improve speed to market, efficiency, and
4  agent experience." Speed to market; speed to
5  market of what? Do you know?
6  A. Rate changes.
7  Q. And so give me -- give me an example that -- where
8  speed to market of a rate change -- why a company
9  would want that.
10 A. You're incorrectly priced in a certain market you
11 need to adjust your rates to be competitive.
12 Q. And so explain to me how the Ratabase software
13 would assist in that. What would it -- how did it
14 work? What would it do?
15 A. It was generally integrated into a bigger
16 platform, and that platform would allow users to
17 go in, bring up the rates, maintain them, update
18 the rules that are in the rating engine that do
19 that more quickly than going through an IT
20 development process.
21 Q. So with the ability to implement rate changes
22 quicker, theoretically a company would lose less
23 money or -- or make more money; correct?
24    MS. JANUS: Object to the form of the
25 question. Calls for hypothetical, and