# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>    Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br><br><br>**WORD COUNT COMPLIANCE<br>CERTIFICATE** |

I certify that this brief conforms to the requirements of LR 7.1(f) for a brief produced with a proportional font.  The length of this brief is 7,404 words.  This brief was prepared using Microsoft Word 2010 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Dated:  August 26, 2019              FREDRIKSON & BYRON, P.A.

                                                            *s/Terrence J. Fleming*
                                                            Terrence J. Fleming (#0128983)
                                                            tfleming@fredlaw.com
                                                            Leah C. Janus (#0337365)
                                                            ljanus@fredlaw.com
                                                            Christopher D. Pham (#0390165)
                                                            cpham@fredlaw.com
                                                            **FREDRIKSON & BYRON, P.A.**
                                                            200 South Sixth Street, Suite 4000
                                                            Minneapolis, MN  55402-1425
                                                            Phone:  (612) 492-7000
                                                            (612) 492-7077 (fax)

                                                            *Attorneys for Defendants*