UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **DECLARATION OF TERRENCE J. FLEMING IN OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF WILLIAM MCCARTER** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

I, Terrence J. Fleming, declare as follows:

1. I am an attorney at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants Federal Insurance Company ("Federal") and ACE American Insurance Company in this case.

2. Attached as **Exhibit 1** are excerpts from Randolph Bickley Whitener's deposition transcript, which deposition took place on June 27, 2019.

3. Attached as **Exhibit 2** is a copy of an April 2007 letter from Unitrin, one of Whitener's former employers, noting that "we deploy Blaze Decision System in our environment" (FICO0057765).

4. Attached as **Exhibit 3** are excerpts from William McCarter's deposition transcript, which deposition took place on June 5, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

1

Dated:  August 26, 2019        s/ Terrence J. Fleming