UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY, a<br>Pennsylvania corporation,<br><br>　　　　　Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**STATEMENT INSTEAD OF<br>REDACTED DOCUMENT** |

　　　　Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Defendants"), in connection with their Memorandum of Law in Opposition to Plaintiff's Motion to Exclude Testimony of W. Christopher Bakewell, filed as Docket No. 494, contains information designated as "Confidential" under the Court's Protective Order [Doc. No. 44].  Defendants now file this Statement Instead of Redacted Document because large portions of these documents are confidential and redaction is impracticable.

|  |  |
|---|---|
| Dated:  August 26, 2019 | *s/Terrence J. Fleming* |
|  | Terrence J. Fleming (#0128983) |
|  | tfleming@fredlaw.com |
|  | Leah C. Janus (#0337365) |
|  | ljanus@fredlaw.com |
|  | Christopher D. Pham (#0390165) |
|  | cpham@fredlaw.com |
|  | **FREDRIKSON & BYRON, P.A.** |
|  | 200 South Sixth Street, Suite 4000 |
|  | Minneapolis, MN  55402-1425 |
|  | Phone:  (612) 492-7000 |
|  | (612) 492-7077 (fax) |
|  | |
|  | ***Attorneys for Defendants*** |

67810407 v1