UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES

| | |
|---|---|
| Fair Isaac Corporation, | COURT MINUTES - CIVIL<br>BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No. 16-cv-1054 (WMW/DTS) |
| Federal Insurance Company and<br>ACE American Insurance Company, | |
| Defendants. | Date: August 26, 2019<br>Location: Mpls. 9E<br>Court Reporter: Renee Rogge<br>Sealed Time: n/a<br>Total Time: 25 minutes |

**APPEARANCES:**

Allen Hinderaker, Heather Kliebenstein, and Joseph Dubis appeared by telephone for Plaintiff

Terrence Fleming and Leah Janus appeared by telephone for Defendants

**PROCEEDINGS:**

Court's verbal ruling GRANTING, SUBJECT TO THE CONDITIONS stated on the record, #456 Defendants' Motion for Leave to File Amended Answer to Plantiff's Second Amended Complaint

<u> X </u>   Written order will be issued

K.Reierson
*Law Clerk*

1