UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

## STATEMENT OF NO REDACTION

Pursuant to LR 5.6, Plaintiff Fair Isaac Corporation's Memorandum in Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 499) has been filed under temporary seal. The Memorandum was not redacted because large portions of the Memorandum contain "Confidential" or "Confidential – Attorneys' Eyes Only" information under the Protective Order (Dkt. No. 44) entered in the case. Therefore, it is impracticable to redact.

Dated:  August 26, 2019          MERCHANT & GOULD P.C.

/s/ Allen Hinderaker
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
MERCHANT & GOULD P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN  55402

Tel: (612) 332-5300
Fax: (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*