UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Fair Isaac Corporation, | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Federal Insurance Company and ACE American Insurance Company, | |
| Defendants. | |

_____

Oral argument was held in the above matter on August 22, 2019 on Defendants' Motion for Leave to File Amended Answer to Plaintiff's Second Amended Complaint [Docket No. 456].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, and for the reasons stated on the record on August 26, 2019, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Amended Answer to Plaintiff's Second Amended Complaint [Docket No. 456] is GRANTED, SUBJECT TO THE CONDITIONS stated on the record.

Dated: August 26, 2019

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge