# Exhibit 4

Case 3:14-cv-00313-HSG   Document 12-1   Filed 01/28/14   Page 1 of 2

1    Mary E. McPherson, Esq. SBN 177194
     mmcpherson@treslerllp.com
2    Yeun C. Yim, Esq., SBN 253748
     yyim@treslerllp.com
3    TRESSLER LLP
     18100 Von Karman Avenue, Suite 800
4    Irvine, CA 92612
     Telephone:  (949) 336-1200
5    Facsimile:  (949) 752-0645

6    Attorneys for Defendants FEDERAL INSURANCE
     COMPANY and CHUBB & SON INC.
7

8                    **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

10

11   ANGELICA JONES,                          Case No.  3:14-cv-00313-RS
                                              Judge:  Hon. Richard Seeborg
12                Plaintiffs,

13        v.                                  **DECLARATION OF DOUGLAS A.
                                              NORDSTROM IN SUPPORT OF**
14   FEDERAL INSURANCE COMPANY, a New         **DEFENDANT CHUBB & SON INC.'S**
     Jersey corporation, CHUBB & SON INC.     **NOTICE OF MOTION AND MOTION TO**
15   (incorrectly referred to as "a Division of Federal   **DISMISS PLAINTIFF'S COMPLAINT**
     Insurance Company") a New Jersey corporation,
16   and DOES 1 through 20, inclusive,        Fed. Rule Civ. Proc. 12(b)(6)

17                Defendants.                 **Hearing Date:      March 6, 2014**
                                              **Hearing Time:      1:30 p.m.**
18                                            **Courtroom:         3**

19                                            [Filed concurrently with Notice of Motion and
                                              Motion; Memorandum of Points and
20                                            Authorities in Support Thereof; and [Proposed]
                                              Order]
21

22

23

24   I, Douglas A. Nordstrom, declare as follows:

25        1.      I am over the age of 18 and have personal knowledge regarding the matters set

26   forth in this Declaration and, if called upon as a witness, would competently testify as to the facts

27   set forth herein.

28

                                              1
     DECLARATION OF DOUGLAS A. NORDSTROM IN SUPPORT OF DEFENDANT
     CHUBB & SON INC.'S NOTICE OF MOTION AND MOTION TO DISMISS

1      2.      I am a Vice President and Treasurer of The Chubb Corporation and of Chubb &
2  Son Inc. I am also a Senior Vice President and Treasurer of Chubb & Son, a Division of Federal
3  Insurance Company.

4      3.      Chubb & Son Inc. is a wholly owned subsidiary of The Chubb Corporation.

5      4.      Chubb & Son Inc. is an inactive corporation and has not transacted business in
6  California, or any other state, for over 15 years. Chubb & Son Inc. had previously acted as the
7  U.S. Insurance Manager for certain U.S. insurance companies that are direct and/or indirect
8  subsidiaries of The Chubb Corporation. Chubb & Son Inc., however, ceased providing any
9  services to these insurers as of January 1, 1998. Since that time, Chubb & Son Inc. has not
10 entered into any contracts with these insurers to provide underwriting or claims or any other
11 services. Although Chubb & Son Inc. still exists as a New York corporation, it has had no
12 employees since January 1, 1998. Chubb & Son Inc. does not do business as Chubb Group of
13 Insurance Companies.

14     5.      Effective January 1, 1998, Chubb & Son, a division of Federal Insurance
15 Company assumed the operations of Chubb & Son Inc.

16     6.      Although inactive, Chubb & Son Inc. serves as a holding company for some
17 subsidiaries.

18     7.      Chubb & Son Inc. is not an insurance company; it does not accept applications for
19 insurance contracts or sell insurance; it does not issue insurance policies; it does not collect
20 premiums; it does not service insurance policies; and it does not transact any other insurance
21 business in any state or jurisdiction.

22     8.      Chubb & Son Inc. did not issue the insurance policy at issue in this lawsuit.
23 I declare under penalty of perjury under the laws of the State of California that the foregoing is
24 true and correct.
25      Dated this 27th day of January, 2014 at ___11:26 AM___.
26
27                                           Douglas A. Nordstrom
28 OC#46941

2

Case 3:14-cv-00313-HSG Document 2 Filed 01/21/14 Page 1 of 3

1 | Mary E. McPherson (SBN 177194)
mmcpherson@tresslerllp.com
2 | Yeun C. Yim (SBN 253748)
yyim@tresslerllp.com
3 | TRESSLER LLP
18100 Von Karman Avenue, Suite 800
4 | Irvine, CA 92612
Telephone:(949) 336-1200
5 | Facsimile: (949) 752-0645

6 | Attorneys for Defendants FEDERAL INSURANCE COMPANY
and CHUBB & SON INC.
7

8

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

11 | ANGELICA JONES,                                  | Case No.:
                                                       Courtroom:
12 |                      Plaintiffs,

13 |         v.                                        **DEFENDANTS FEDERAL
                                                        INSURANCE COMPANY AND
14 | FEDERAL INSURANCE COMPANY, a New                  CHUBB & SON INC.'S
     Jersey corporation, CHUBB & SON, INC. (a          CERTIFICATION OF INTERESTED
15 | Division of Federal Insurance Company), a New      ENTITIES OR PERSONS**
16 | Jersey corporation, and DOES 1 through 20,
     inclusive,
17

18 |                      Defendants.

19

20 |        Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for defendant

21 | Federal Insurance Company and Chubb & Son Inc., certifies that the following listed parties may

22 | have a pecuniary interest in the outcome of this case. These representations are made to enable

23 | the Court to evaluate possible disqualification or recusal:

24 | ///

25 | ///

26 | ///

27 | ///

28

1

DEFENDANTS FEDERAL INSURANCE COMPANY AND CHUBB & SON INC.'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1    Federal Insurance Company is a wholly owned subsidiary of The Chubb Corporation, a

2  publicly traded company on the New York Stock Exchange.

3    Chubb & Son Inc., which is an improper party in the State Action, is a wholly owned

4  subsidiary of The Chubb Corporation.  It is incorporated under the laws of the state of New

5  York, and for purposes of diversity jurisdiction, has a principal place of business in New Jersey.

6  However, while Chubb & Son Inc. exists as a New York corporation, it no longer conducts any

7  business in any state or jurisdiction, has not had any employees since January 1, 1998, and has

8  been inactive since January 1, 1998.  While it is inactive, Chubb & Son Inc. serves as a holding

9  company for some subsidiaries.

10

11  Dated: January 21, 2014               TRESSLER LLP

12

13                                     By:    _Mary McPherson_

14                                            Mary E. McPherson
                                             Yeun C. Yim
15                                            Attorneys for Defendants FEDERAL INSURANCE
                                             COMPANY and CHUBB & SON INC.
16
   OC#46755
17

18

19

20

21

22

23

24

25

26

27

28

                                             2

1

*Angelica Jones v. Federal Ins. Co. et al.*
United States District Court, Northern District of California
Oakland Division, Case No. TBD
**Our File No. 2246-754**

2

3

4     I hereby certify that on the date indicated below, I served the foregoing:
**DEFENDANTS FEDERAL INSURANCE COMPANY AND CHUBB & SON INC.'S**
5   **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** with the Clerk of the
Court using the CM/ECF system. Notification of such filing has also been sent to counsel or all
6   represented parties, including the following:

7
James J. Matson, Esq.
8   LAW OFFICES OF JAMES J. MATSON
1333 N. California Blvd., Suite 620
9   Walnut Creek, CA 94596
Telephone:      (925) 934-1980
10   Facsimile:      (925) 934-1978
11   Email:          jmatson@sonic.net

12   Attorneys for Plaintiff ANGELICA JONES

13

14      ☒      **BY MAIL** (Fed.Civ.Pro. Rule 5 and CCP § 1013) - I deposited such envelope(s)
for processing in the mailroom in our offices. I am "readily familiar" with the firm's practices of
15   collection and processing correspondence for mailing. It is deposited with the U. S. Postal
Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary
16   course of business. I am aware that on motion of a party served, service is presumed invalid if
17   postal cancellation date or postage meter date is more than one day after the date of deposit for
mailing in affidavit.

18

Dated:   January 21, 2014                          /s/ Johnetta Caldwell
19                                                  Johnetta Caldwell

20

21

22

23

24

25

26

27

28

3

DEFENDANTS FEDERAL INSURANCE COMPANY AND CHUBB & SON INC.'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS