# Exhibit 24



SINCE 1828

# expand verb

ex·pand | \ ik-ˈspand    \

**expanded**; **expanding**; **expands**

## Definition of *expand*

*transitive verb*

**1**    **:** to open up **:** UNFOLD

**2**    **:** to increase the extent, number, volume, or scope of **:** ENLARGE

**3**    **a**    **:** to express at length or in greater detail

    **b**    **:** to write out in full
       // *expand* all abbreviations

    **c**    **:** to subject to mathematical expansion
       // *expand* a function in a power series

*intransitive verb*

**1**    **:** to open out **:** SPREAD

**2**    **:** to increase in extent, number, volume, or scope

**3**    **:** to speak or write fully or in detail

**Other Words from** *expand*

**Synonyms & Antonyms**

**Choose the Right Synonym**

**More Example Sentences**

**Learn More about** *expand*

*Keep scrolling for more*

## Other Words from *expand*

**expandability**  \ ik-ˌspan-də-ˈbi-lə-tē  \ *noun*

**expandable**  \ ik-ˈspan-də-bəl  \ *adjective*

## Synonyms & Antonyms for *expand*

**Synonyms**

amplify, develop, dilate (on *or* upon), elaborate (on), enlarge (on *or* upon), flesh (out)

**Antonyms**

abbreviate, abridge, condense, shorten

Visit the Thesaurus for More

## Choose the Right Synonym for *expand*

EXPAND, AMPLIFY, SWELL, DISTEND, INFLATE, DILATE mean to increase in size or volume. EXPAND may apply regardless of the manner of increase (such as growth, unfolding, addition of parts). **//** a business that *expands* every year **//** AMPLIFY implies the extension or enlargement of something inadequate. **//** *amplify* the statement with details **//** SWELL implies gradual expansion beyond a thing's original or normal limits. **//** the bureaucracy *swelled* to unmanageable proportions **//** DISTEND implies outward extension caused by pressure from within. **//** a *distended* abdomen **//** INFLATE implies expanding by introduction of air or something insubstantial and suggests a vulnerability to sudden collapse. **//** an *inflated* ego **//** DILATE applies especially to expansion of circumference. **//** *dilated* pupils **//**

## Examples of *expand* in a Sentence

**//** The liquid *expands* and contracts with changes in temperature.

**//** His business has *expanded* to serve the entire state.

See More

## Recent Examples on the Web

**//** That leaves game officials, farmers and private industry to contend with the *expanding* pig crisis.
— oregonlive.com, "Think 30-50 feral hogs is a joke? Millions more are rampaging across the country.," 6 Aug. 2019

**//** On Tuesday, a search team with more than 170 people, including a helicopter and sniffer dogs, *expanded* their hunt for Nora Anne Quoirin, 15, who was last seen in her bedroom at the Dusun eco-resort in southern Negeri Sembilan state Saturday night.
— *Fox News*, "British teen with special needs vanishes from Malaysian resort; family, police at odds over foul play," 6 Aug. 2019

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'expand.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More

## First Known Use of *expand*

15th century, in the meaning defined at transitive sense 1

## History and Etymology for *expand*

Middle English *expaunden*, from Latin *expandere*, from *ex-* + *pandere* to spread — more at FATHOM

*Keep scrolling for more*

## Learn More about *expand*

### Share *expand*

Facebook    Twitter

### Resources for *expand*

Time Traveler

### Dictionary Entries near *expand*

exotoxin

exotropism

### Phrases Related to *expand*

expand on/upon

St

La

11

exp

**expand**

expanded

expanded metal

expanded plastic

*Keep scrolling for more*

# More Definitions for *expand*

## expand  verb

### English Language Learners Definition of *expand*

**:** to increase in size, range, or amount **:** to become bigger

**:** to cause (something) to increase in size, range, or amount **:** to make (something) bigger

**:** to write (something) in full form

See the full definition for *expand* in the English Language Learners Dictionary

Lo

To

# expand  verb

ex·pand  |  \ ik-ˈspand    \

**expanded**; **expanding**

## Kids Definition of *expand*

**1**   **:** to grow or increase in size, number, or amount
   **//** The airport is *expanding*.

**2**   **:** to open wide **:** UNFOLD
   **//** The eagle's wings *expanded*.

**3**   **:** to take up or cause to take up more space
   **//** Metals *expand* under heat.

**4**   **:** to speak or write about in greater detail
   **//** Would you *expand* on that idea?

*Keep scrolling for more*

## More from Merriam-Webster on *expand*

Rhyming Dictionary: Words that rhyme with *expand*

Thesaurus: All synonyms and antonyms for *expand*

Spanish Central: Translation of *expand*

Nglish: Translation of *expand* for Spanish Speakers

Britannica English: Translation of *expand* for Arabic Speakers

## Comments on *expand*

What made you want to look up *expand*? Please tell us where you read or heard it (including the quote, if possible).

Show Comments

Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

**WORDS AT PLAY**

**The Good, The Bad, & The Semantically Imprecise - 8/23/19**

Words from the week of 8/23/2019

### Getting to the Heart of 'Epicenter'

The Earth-shaking truth

### 'Conscience' vs. 'Conscious': Let Us Be Your Guide

Avoiding confusion involves grammar and 'science'

### It's a Scorcher! Words for the Summer Heat

Remember to stay hydrated.

**ASK THE EDITORS**

**On Contractions of Multiple Words**

You all would not have guessed some of these

**A Look at Uncommon Onomatopoeia**

Some imitative words are more surprising than others

**Literally**

How to use a word that (literally)

drives some people nuts.

### Is Singular 'They' a Better Choice?

The awkward case of 'his or her'

**WORD GAMES**

### Summer 2019 Words of the Day Quiz

The Word of the Day takes no vacation.

**TAKE THE QUIZ ›**

## Obscure Shapes

Surprisingly specific words for shapes.

**TAKE THE QUIZ >**

## How Strong Is Your Vocabulary?

Test your vocabulary with our 10-question quiz!

**TAKE THE QUIZ >**

## SCRABBLE® Sprint

SCRABBLE® fans, sharpen your skills!

**PLAY THE GAME >**

Learn a new word every day. Delivered to your inbox!

OTHER MERRIAM-WEBSTER DICTIONARIES

SPANISH CENTRAL

LEARNER'S ESL DICTIONARY

WORDCENTRAL FOR KIDS

VISUAL DICTIONARY

SCRABBLE® WORD FINDER

MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY

BRITANNICA ENGLISH - ARABIC TRANSLATION

NGLISH - SPANISH-ENGLISH TRANSLATION

Browse the Dictionary:  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Video | Favorites | Word of the Year | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary | Browse the Spanish-English Dictionary

© 2019 Merriam-Webster, Incorporated