# Exhibit 45

**PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION**



# ANNUAL STATEMENT
### For the Year Ended December 31, 2017
of the Condition and Affairs of the

# ACE AMERICAN INSURANCE COMPANY

| | | |
|---|---|---|
| NAIC Group Code..... 626, 626 <br> *(Current Period) (Prior Period)* | NAIC Company Code..... 22667 | Employer's ID Number..... 95-2371728 |
| Organized under the Laws of PA | State of Domicile or Port of Entry  PA | Country of Domicile   US |
| Incorporated/Organized..... November 1, 1945 | Commenced Business..... January 1, 1946 | |
| Statutory Home Office | 436 Walnut Street..... Philadelphia ..... PA ..... US ..... 19106 <br> *(Street and Number)    (City or Town, State, Country  and Zip Code)* | |
| Main Administrative Office | 436 Walnut Street..... Philadelphia ..... PA ..... US..... 19106 <br> *(Street and Number)    (City or Town, State, Country  and Zip Code)* | 215-640-1000 <br> *(Area Code)  (Telephone Number)* |
| Mail Address | 436 Walnut Street P.O. Box 1000..... Philadelphia ..... PA ..... US ..... 19106 <br> *(Street and Number or P. O. Box)     (City or Town, State, Country and Zip Code)* | |
| Primary Location of Books and Records | 436 Walnut Street..... Philadelphia ..... PA ..... US ..... 19106 <br> *(Street and Number)    (City or Town, State, Country  and Zip Code)* | 215-640-1000 <br> *(Area Code)  (Telephone Number)* |
| Internet Web Site Address | www.chubb.com | |
| Statutory Statement Contact | John Paul Taylor <br> *(Name)* <br> john.taylor4@chubb.com <br> *(E-Mail Address)* | 215-640-5259 <br> *(Area Code)  (Telephone Number)  (Extension)* <br> 215-640-5525 <br> *(Fax Number)* |

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| 1. JOHN JOSEPH LUPICA | CHAIRMAN OF THE BOARD - PRESIDENT | 2. REBECCA LYNN COLLINS | SECRETARY |
| 3. DREW KIEHN SPITZER | TREASURER | 4. | |

### OTHER

| | | | |
|---|---|---|---|
| JOHN JOSEPH ALFIERI | Executive Vice President | WALTER BRIAN BARNES  # | Executive Vice President |
| ROSS ROBERT BERTOSSI | Executive Vice President | JOHN MICHAEL BUCKLEY  # | Chief Financial Officer |
| CAROLINE JAMES CLOUSER | Executive Vice President | MICHAEL JOSEPH COLEMAN | Executive Vice President |
| CATHERINE ANN FABBITTI | Executive Vice President | BRUCE LLOYD KESSLER | Executive Vice President |
| PAUL JOSEPH KRUMP | Executive Vice President | DAVID JAMES LUPICA | Executive Vice President |
| CHRISTOPHER ANTHONY MALENO | Executive Vice President | PATRICK  MARKOWSKI  # | Executive Vice President |
| MATTHEW GEORGE MERNA | Executive Vice President | FRANCES DUGAN O'BRIEN | Executive Vice President |
| DOUGLAS  POETZSCH | Executive Vice President | KEVIN MICHAEL RAMPE | Executive Vice President |
| DEBORAH ANN GISS STALKER | Executive Vice President | JOHN PAUL TAYLOR | Senior Vice President |
| EDWARD DOMINIC ZACCARIA | Executive Vice President | | |

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| WALTER BRIAN BARNES  # | CAROLINE JAMES CLOUSER | PAUL JOSEPH KRUMP | JOHN JOSEPH LUPICA |
| PATRICK  MARKOWSKI  # | FRANCES DUGAN O'BRIEN | DOUGLAS  POETZSCH | KEVIN MICHAEL RAMPE |
| DREW KIEHN SPITZER | EDWARD DOMINIC ZACCARIA | | |

State of........ PENNSYLVANIA
County of..... PHILADELPHIA

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC *Annual Statement Instructions* and *Accounting Practices and Procedures* manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively.  Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement.  The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| (Signature) | (Signature) | (Signature) |
|---|---|---|
| JOHN JOSEPH LUPICA | REBECCA LYNN COLLINS | DREW KIEHN SPITZER |
| 1. (Printed Name) | 2. (Printed Name) | 3. (Printed Name) |
| CHAIRMAN OF THE BOARD - PRESIDENT | SECRETARY | TREASURER |
| (Title) | (Title) | (Title) |

Subscribed and sworn to before me
This _____ day of _____ 2018

a. Is this an original filing?           Yes [X]  No [ ]
b. If no    1. State the amendment number _____
            2. Date filed _____
            3. Number of pages attached _____

Notes to Financial Statements

1. *Summary of Significant Accounting Policies and Going Concern*

    A. *Accounting Practices*

    The financial statements of ACE American Insurance Company ("ACE American" or the "Company") are presented on the basis of accounting practices prescribed or permitted by the Pennsylvania Insurance Department (the "Department").

    The Department recognizes only statutory accounting practices prescribed or permitted by the Commonwealth of Pennsylvania (the "Commonwealth") for use in determining and reporting the financial condition and results of operations of an insurance company and for determining its solvency under Pennsylvania Insurance Laws. The National Association of Insurance Commissioner's ("NAIC") Accounting Practices and Procedures manual ("NAIC SSAP") has been adopted as a component of prescribed or permitted practices by the Commonwealth; except when noted, these financial statements have been completed in accordance with NAIC SSAP. All amounts shown are whole dollars, unless otherwise indicated.

    The Commonwealth has adopted prescribed accounting practices which differ from those found under NAIC SSAP. Specifically, the Commonwealth regulations prescribe that non-tabular workers' compensation reserves can be discounted. Under NAIC SSAP, with the exception of fixed and reasonably determinable payments, such as Workers' Compensation tabular reserves, property and casualty reserves may not be discounted. In addition, the Commissioner of Insurance for the Commonwealth has the right to permit other specific practices that deviate from prescribed practices and NAIC SSAP. The discontinuance of the use of the practice prescribed by the Department would not trigger a risk based capital regulatory event for the Company.

    Below is a reconciliation of the Company's income statement and statutory surplus between practices prescribed by the Commonwealth and NAIC SSAP:

    | ($000's) | SSAP # | F/S Page | F/S Line # | 2017 | 2016 |
    |---|---|---|---|---|---|
    | **NET INCOME** | | | | | |
    | (1) State basis (Page 4, Line 20, Columns 1 & 2) | XXX | XXX | XXX | $ 401,018 | $ 180,923 |
    | (2) State Prescribed Practices that increase / (decrease) NAIC SAP: | | | | | |
    | Non-tab discounting of Workers' Compensation reserves | 65 | 4 | 2 | 14,433 | 7,176 |
    | (3) State Permitted Practices that increase/(decrease) NAIC SAP | | | | - | - |
    | (4) NAIC SAP (1 – 2 – 3 = 4) | XXX | XXX | XXX | $ 386,585 | $ 173,747 |
    | **SURPLUS** | | | | | |
    | (5) State basis (Page 3, line 37, Columns 1 & 2) | XXX | XXX | XXX | $ 2,531,806 | $ 2,812,366 |
    | (6) State Prescribed Practices that increase/(decrease) NAIC SAP: | | | | | |
    | Non-tabular discounting of Workers' Compensation reserves | 65 | 3 | 1 | 284,428 | 269,995 |
    | Subsidiary's non-tabular discounting of Workers' Compensation reserves | 65 | 2 | 2.2 | 136,833 | 129,889 |
    | (7) State Permitted Practices that increase/(decrease) NAIC SAP | | | | - | - |
    | (8) NAIC SAP (5 – 6 – 7 = 8) | XXX | XXX | XXX | $ 2,110,546 | $ 2,412,482 |

    B. *Use of Estimates in the Preparation of the Financial Statements*

    The preparation of financial statements in conformity with statutory accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities. It also requires disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenue and expenses during the period. Actual results could differ from those estimates.

    C. *Accounting Policy*

    Short term investments and cash equivalents (NAIC designations 1 & 2) are stated at cost or amortized cost. Short term investments and cash equivalents (NAIC designations 3 to 6) are carried at lower of cost or fair value.

    Bonds (NAIC designations 1 & 2) are stated at amortized cost using the effective interest method. Bonds (NAIC designations 3 to 6) are carried at the lower of amortized cost or fair value.

    Unaffiliated common stocks are stated at fair value except investments in stocks of non-insurance subsidiaries and affiliates are carried on the equity basis in accordance with NAIC SSAP 97, *Investments in Subsidiary Controlled and Affiliated Entities, A Replacement of SSAP No. 88* ("SSAP 97"). Investments in insurance subsidiaries and affiliates are valued based on the underlying statutory surplus of the respective entity's financial statements.

    High quality redeemable preferred stocks (NAIC designations 1 & 2), which have characteristics of debt securities, are valued at cost or amortized cost. All others (NAIC designations 3 to 6) are reported at the lower of cost or fair value.

    High quality perpetual preferred stocks (NAIC designations 1 & 2), which have characteristics of equity securities, are valued using unit prices as reported in the *NAIC Valuations of Securities* manual. All other perpetual preferred stocks (NAIC designations 3 to 6) are reported at the lower of cost or fair value.

The Company has no mortgage loans on real estate.

Loan backed and structured securities are stated at amortized cost or the lower of amortized cost or fair market value in accordance with NAIC SSAP 43R, *Loan-backed and Structured Securities* ("SSAP 43R"). Additionally the retrospective adjustment method is used to aid in the valuation of these securities.

Investments in joint ventures and partnerships are valued based on the underlying audited GAAP equity of the investee.

All derivative investments are stated at fair value.

The Company anticipates investment income as a factor in the premium deficiency calculation, in accordance with NAIC SSAP 53, *Property and Casualty Contracts-Premiums*. (See Note 30)

Unpaid losses and loss adjustment expenses include an amount determined from individual case estimates and loss reports and an amount, based on past experience, for losses incurred but not reported. Such liabilities are necessarily based on assumptions and estimates and while management believes the amount is adequate, the ultimate liability may be in excess of, or less than, the amount provided. The methods for making such estimates and for establishing the resulting liabilities are continually reviewed and any adjustments are reflected in the period determined.

The Company has not modified its capitalization policy from prior period.

The Company has no pharmaceutical rebates receivable.

Securities sold under reverse repurchase agreements are accounted for as collateralized investments and borrowings and are recorded at the contractual repurchase amounts plus accrued interest. Assets to be repurchased are the same, or substantially the same, as the assets transferred and the transferor, through right of substitution, maintains the right and ability to redeem the collateral on short notice. The carry value of the underlying securities is included in fixed maturities and equity securities. The use of cash received is not restricted. The Company reports its obligation to return the cash as short term debt.

D. *Going Concern*

Management does not have any substantial doubt about the Company's ability to continue as a going concern.

2. *Accounting Changes and Correction of Errors*

In accordance with NAIC SSAP 3, *Accounting Changes and Corrections of Errors* ("SSAP 3"), the following item is being reported as a direct adjustment to surplus as of December 31, 2017:

As part of its continuing account reconciliation process, the Company recorded a direct charge to surplus of $10,144,843, net of tax benefit of $3,550,695, for a net charge of $6,594,148.

During 2016, the Company reported no direct adjustments to surplus under NAIC SSAP 3.

3. *Business Combinations and Goodwill*

Not Applicable

4. *Discontinued Operations*

Not Applicable

5. *Investments*

    A. *Mortgage Loans, including Mezzanine Real Estate Loans*

    Not Applicable

    B. *Debt Restructuring*

    Not Applicable

    C. *Reverse Mortgages*

    Not Applicable

Notes to Financial Statements

D. *Loan-Backed Securities*

1. Prepayment assumptions for single class and multi class mortgage-backed and asset-backed securities were obtained from Bloomberg.

2. Other Than Temporary Impairments ("OTTI")

|  |  | 1<br>Amortized cost<br>Basis Before<br>OTTI | 2<br>OTTI<br>Recognized<br>in Loss | 3<br>Fair Value<br>1-2 |
|---|---|---:|---:|---:|
|  | OTTI recognized 1st Quarter |  |  |  |
| a. | Intent to Sell | $ - | $ - | $ - |
| b. | Inability or lack of intent to retain the investment in the security for a period of time sufficient to recover the amortized cost basis. | 7,159,292 | 12,851 | 7,146,441 |
| c. | Total 1st Quarter | $7,159,292 | 12,851 | $7,146,441 |
| d-f. | OTTI recognized 2nd Quarter | - | - | - |
| g-i. | OTTI recognized 3rd Quarter | - | - | - |
| j-l. | OTTI recognized 4th Quarter | - | - | - |
| m. | Annual Aggregate Total |  | $12,851 |  |

3.

| CUSIP | BV before<br>Current OTTI | PV of<br>Projected<br>Cash Flows | OTTI | Amortized<br>Cost After<br>OTTI | Fair Value at<br>time of OTTI | Date of<br>Statement<br>Reported |
|---|---:|---:|---:|---:|---:|---:|
| 3138EKAT2 | $7,159,292 | 102.89559 | $12,851 | $7,146,441 | $7,146,441 | 03/31/17 |
| Total | $7,159,292 |  | $12,851 | $7,146,441 | $7,146,441 |  |

3. *Mortgage-backed securities*

For mortgage-backed securities, credit impairment is assessed using a cash flow model that estimates the cash flows on the underlying mortgages, using the security-specific collateral and transaction structure. The model estimates cash flows from the underlying mortgage loans and distributes those cash flows to various tranches of securities, considering the transaction structure and any subordination and credit enhancements that exist in that structure. The cash flow model incorporates actual cash flows on the mortgage-backed securities through the current period and then projects the remaining cash flows using a number of assumptions, including default rates, prepayment rates, and loss severity rates (the par value of a defaulted security that will not be recovered) on foreclosed properties.

The Company develops specific assumptions using market data, where available, and includes internal estimates as well as estimates published by rating agencies and other third-party sources. The Company projects default rates by mortgage sector considering current underlying mortgage loan performance, generally assuming lower loss severity for Prime sector bonds versus ALT-A, and Sub-prime bonds;
These estimates are extrapolated along a default timing curve to estimate the total lifetime pool default rate. Other assumptions used contemplate the actual collateral attributes, including geographic concentrations, rating agency loss projections, rating actions, and current market prices. If cash flow projections indicate that losses will exceed the credit enhancement for a given tranche, then the Company does not expect to recover its amortized cost basis and recognizes an estimated credit loss in net income.

4. All impaired securities for which OTTI has not been recognized in earnings as a realized loss (including securities with a recognized OTTI for non-interest related declines when a non-recognized interest related impairment remains):

a. The aggregate amount of unrealized losses.

| | | |
|---|---|---:|
| Less than 12 months: | $ | (3,173,466) |
| Greater than 12 months: | $ | (4,695,558) |

b. The aggregated related fair value of securities with unrealized losses.

| | | |
|---|---|---:|
| Less than 12 months: | $ | 600,830,300 |
| Greater than 12 months: | $ | 187,599,533 |

5. Not Applicable

E. *Dollar Repurchase Agreements and/or Securities Lending Transactions*

1. Not Applicable

2. Not Applicable

14.2

**14.2**

Notes to Financial Statements

3. *Collateral Received*

   a. Aggregate Amount Collateral Received

      |   |   | Fair Value |
      |---|---|---|
      | 1. | Securities Lending | |
      |    | (a) Open | $ - |
      |    | (b) 30 days or less | 101,040,607 |
      |    | (c) – (g) | - |
      |    | (h) Total Collateral Received | $101,040,607 |

   b. Not Applicable

   c. Not applicable; see Schedule DL.

4. Not Applicable

5. *Collateral Reinvested*

   a. Aggregate Amount Collateral Reinvested

      |   |   | Amortized Cost | Fair Value |
      |---|---|---|---|
      | 1. | Securities Lending | | |
      |    | (a) Open | $ - | $ - |
      |    | (a) 30 days or less | 101,040,607 | 101,040,607 |
      |    | (c) - (l) | - | - |
      |    | (m) Total Collateral Received | $ 101,040,607 | $ 101,040,607 |
      | 2. | Dollar-Repurchase Agreement | | |
      |    | (a) – (l) | $ - | $ - |
      |    | (m) Total Collateral Received | $ - | $ - |

   b. Not Applicable

6. Not Applicable

7. Not Applicable

F. *Repurchase Agreements Transactions Accounted for as Secured Borrowings*

   Not Applicable

G. *Reverse Repurchase Agreements Transactions Accounted for as a Secured Borrowing*

   Not Applicable

H. *Repurchase Agreements Transactions Accounted for as a Sale*

   Not Applicable

I. *Reverse Repurchase Agreements Transactions Accounted for as a Sale*

   Not Applicable

J. *Real Estate*

   Not Applicable

K. *Low Income Housing Tax Credits (LIHTC)*

   Not Applicable

Notes to Financial Statements

L. *Restricted Assets*

1. Restricted Assets (Including Pledged)

| | Gross Restricted | | | | | | | | | Percentage | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current Year | | | | | 6 | 7 | 8 | 9 | 10 | 11 |
| | 1 | 2 | 3 | 4 | 5 | | | | | | |
| Restricted Asset Category | Total General Account (G/A) | G/A Supporting Protected Cell Account Activity (a) | Total Protected Cell Account Restricted Assets | Protected Cell Account Assets Supporting G/A Activity (b) | Total (1 plus 3) | Total From Prior Year | Increase/ (Decrease) (5 minus 6) | Total Nonadmitted Restricted | Total Admitted Restricted (5 minus 8) | Gross (Admitted & Nonadmitted) Restricted to Total (c) | Admitted Restricted to Total Admitted Assets (d) |
| a. Not Applicable | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - | - |
| b. Collateral held under security lending agreements | 101,040,607 | - | - | - | 101,040,607 | 3,925,128 | 97,115,479 | - | 101,040,607 | 0.69% | 0.74% |
| c. Subject to repurchase agreements | 373,378,267 | - | - | - | 373,378,267 | 387,932,317 | (14,554,050) | - | 373,378,267 | 2.53% | 2.74% |
| d. - i. Not Applicable | - | - | - | - | - | - | - | - | - | - | - |
| j. On deposit with states | 662,510,587 | - | - | - | 662,510,587 | 639,035,698 | 23,474,889 | - | 662,510,587 | 4.50% | 4.87% |
| k. Not Applicable | - | - | - | - | - | - | - | - | - | - | - |
| l. Pledged as collateral not captured in other categories | 691,087,107 | - | - | - | 691,087,107 | 551,672,299 | 139,414,808 | - | 691,087,107 | 4.69% | 5.08% |
| m-n. Not Applicable | - | - | - | - | - | - | - | - | - | - | - |
| o. Total Restricted Assets | $ 1,828,016,567 | $ - | $ - | $ - | $ 1,828,016,567 | $ 1,582,565,442 | $ 245,451,125 | $ - | $ 1,828,016,567 | 12.41% | 13.44% |

(a) Subset of column 1
(b) Subset of column 3
(c) Column 5 divided by Asset Page, Column 1, line 28
(d) Column 9 divided by Asset Page, Column 3, line 28

2. Detail of Assets Pledged as Collateral Not Captured in Other Categories

| | Gross Restricted | | | | | | | 9 | Percentage | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Current Year | | | | | 6 | 7 | | 10 | 11 |
| | 1 | 2 | 3 | 4 | 5 | | | | | |
| Other Restricted Assets | Total General Account (G/A) | G/A Supporting Protected Cell Account Activity (a) | Total Protected Cell Account Restricted Assets | Protected Cell Account Assets Supporting G/A Activity (b) | Total (1 plus 3) | Total From Prior Year | Increase/ (Decrease) (5 minus 6) | Total Current Year Admitted Restricted | Gross (Admitted & Nonadmitted) Restricted to Total (c) | Admitted Restricted to Total Admitted Assets (d) |
| Trust account for the benefit of California State Association of Counties Excess Insurance Company | $21,010,380 | $ - | $ - | $ - | $21,010,380 | $21,715,917 | ($705,537) | $21,010,380 | 0.14% | 0.15% |
| Trust account for the benefit of ADP Indemnity, Inc. | 670,076,726 | - | - | - | 670,076,726 | 529,956,382 | 140,120,345 | 670,076,726 | 4.55% | 4.92% |
| Total | $691,087,107 | $ - | $ - | $ - | $691,087,107 | $551,672,299 | $139,414,808 | $691,087,107 | 4.69% | 5.08% |

3. Detail of Other Restricted Assets

Not Applicable

4. Collateral Received and Reflected as Assets Within the Reporting Entity's Financial Statements

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Collateral Assets | Book/Adjusted Carrying Value (BACV) | Fair Value | % of BACV to Total Assets (Admitted and Nonadmitted)* | % of BACV to Total Admitted Assets** |
| Schedule DL, Part 1 | $ 101,040,607 | $ 101,040,607 | 0.72% | 0.79% |
| Total Collateral Assets | $ 101,040,607 | $ 101,040,607 | 0.72% | 0.79% |

\* Column 1 divided by Asset Page, Line 26 (Column 1)
\*\* Column 1 divided by Asset Page, Line 26 (Column 3)

| | 1 | 2 |
|---|---|---|
| | Amount | % of Liability to Total Liabilities* |
| Recognized Obligation to Return Collateral Asset | $ 101,040,607 | 1.00% |

\* Column 1 divided by Liability Page, Line 26 (Column 1)

M. *Working Capital Finance Investments*

Not Applicable

N. *Offsetting and Netting of Assets and Liabilities*

Not Applicable

O. *Structured Notes*

Not Applicable

P. *5\* Securities*

Not Applicable

14.4

**14.4**

Notes to Financial Statements

    Q.    *Short Sales*

           Not Applicable

    R.    *Prepayment Penalty and Acceleration Fees*

|  | General Account | Protected Cell |
|---|---|---|
| (1) Number of CUSIPs | 174 | 0 |
| (2) Aggregate Amount of Investment Income | $ 10,318,598 | $ - |

6.    *Joint Ventures, Partnerships and Limited Liability Companies*

    A.    The Company has no investments in Joint Ventures, Partnerships or Limited Liability Companies that exceed 10% of its admitted assets.

    B.    Company did not recognize any impairment write down for the investments in Joint Ventures, Partnerships and Limited Liability Companies, either individually or in groups.

7.    *Investment Income*

    A.    Investment income due and accrued is aged and reviewed to determine the feasibility of collecting overdue payments. Amounts deemed uncollectible are written off through the income statement and the Company ceases accruing interest income.

    B.    All investment income due and accrued excludes securities in default.

8.    *Derivative Instruments*

           Not Applicable

Notes to Financial Statements

9. *Income Taxes*

A. The components of the net deferred tax asset/(liability) at December 31 are as follows:

1.

|  | 12/31/2017 ||| 12/31/2016 ||| Change |||
|---|---|---|---|---|---|---|---|---|---|
|  | (1) Ordinary | (2) Capital | (3) (Col 1+2) Total | (4) Ordinary | (5) Capital | (6) (Col 4+5) Total | (7) (Col 1-4) Ordinary | (8) (Col 2-5) Capital | (9) (Col 7+8) Total |
| (a) Gross Deferred Tax Assets | $ 397,861,450 | $ 34,814,788 | $ 432,676,238 | $ 565,071,935 | $ 49,398,474 | $ 614,470,409 | $ (167,210,485) | $ (14,583,686) | $ (181,794,171) |
| (b) Statutory Valuation Allowance Adjustment | - | - | - | - | - | - | - | - | - |
| (c) Adjusted Gross Deferred Tax Assets (1a-1b) | 397,861,450 | 34,814,788 | 432,676,238 | 565,071,935 | 49,398,474 | 614,470,409 | (167,210,485) | (14,583,686) | (181,794,171) |
| (d) Deferred Tax Assets Nonadmitted | 242,648,081 | 4,178,454 | 246,826,535 | 333,335,017 | 13,586,358 | 346,921,375 | (90,686,936) | (9,407,904) | (100,094,840) |
| (e) Subtotal - Net Deferred Admitted Tax Asset (1c-1d) | 155,213,369 | 30,636,334 | 185,849,703 | 231,736,918 | 35,812,116 | 267,549,034 | (76,523,549) | (5,175,782) | (81,699,331) |
| (f) Deferred Tax Liabilities | 25,346,845 | 30,636,334 | 55,983,179 | 46,844,209 | 35,812,116 | 82,656,325 | (21,497,364) | (5,175,782) | (26,673,146) |
| (g) Net Admitted Deferred Tax Asset/(Net Deferred Tax Liability) (1e-1f) | $ 129,866,524 | $ - | $ 129,866,524 | $ 184,892,709 | $ - | $ 184,892,709 | $ (55,026,185) | $ - | $ (55,026,185) |

2.

|  | 12/31/2017 ||| 12/31/2016 ||| Change |||
|---|---|---|---|---|---|---|---|---|---|
|  | (1) Ordinary | (2) Capital | (3) (Col 1+2) Total | (4) Ordinary | (5) Capital | (6) (Col 4+5) Total | (7) (Col 1-4) Ordinary | (8) (Col 2-5) Capital | (9) (Col 7+8) Total |

Admission Calculation Components SSAP No. 101

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (a) Federal Income Taxes Paid in Prior Years Recoverable through Loss Carrybacks | $ 103,976,003 | $ - | $ 103,976,003 | $ 158,543,180 | $ - | $ 158,543,180 | $ (54,567,177) | $ - | $ (54,567,177) |
| (b) Adjusted Gross Deferred Tax Assets Expected to be Realized (Excluding the amount of Deferred Tax Assets From 2(a) above) After Application of the Threshold Limitation. (The Lesser of 2(b)1 and 2(b)2 Below | 25,890,522 | - | 25,890,522 | 26,349,529 | - | 26,349,529 | (459,007) | - | (459,007) |
| (1) Adjusted Gross Deferred Tax Assets Expected to be Realized Following the Balance Sh | 25,890,522 | - | 25,890,522 | 26,349,529 | - | 26,349,529 | (459,007) | - | (459,007) |
| (2) Adjusted Gross Deferred Tax Assets allowed per Limitation Threshold | xxxxx | xxxxx | 334,576,024 | xxxx | xxxx | 361,280,782 | xxxx | xxxx | (26,704,758) |
| (c) Adjusted Gross Deferred Tax Assets (Excluding The Amount of Deferred Tax Assets from 2(a) and 2(b) above) Offset by Gross Deferred Tax Liabilities | 25,346,845 | 30,636,334 | 55,983,179 | 46,844,209 | 35,812,116 | 82,656,325 | (21,497,364) | (5,175,782) | (26,673,146) |
| (d) Deferred Tax Assets Admitted of the result of Application of SSAP No. 101. Total (2(a) + 2(b) + 2(c)) | $ 155,213,370 | $ 30,636,334 | $ 185,849,704 | $ 231,736,918 | $ 35,812,116 | $ 267,549,034 | $ (76,523,548) | $ (5,175,782) | $ (81,699,330) |

The reporting entity has not elected to admit DTA's pursuant to SSAP 101.

3.

| | 2017 | 2016 |
|---|---|---|
| Ratio Percentage used to Determine Recovery Period and Threshold Limitation Amount | 15% | 15% |
| Amount of Adjusted Capital and Surplus Used to Determine Recovery Period and Threshold Limitation in 2(b) Above | $ 2,230,506,829 | $ 2,408,538,547 |

4.

|  | 12/31/2017 || 12/31/2016 || Change ||
|---|---|---|---|---|---|---|
|  | (1) Ordinary | (2) Capital | (3) Ordinary | (4) Capital | (5) (Col 1-3) Ordinary | (6) (Col 2-4) Capital |

Impact of Tax Planning Strategies:

| | | | | | | |
|---|---|---|---|---|---|---|
| (a) Determination of Adjusted Gross Deferred Tax Assets and Net Admitted Deferred Tax Assets, By Tax character As A Percentage. | | | | | | |
| 1. Adjusted Gross DTAs Amount From Note 9A1(c) | $ 397,861,450 | $ 34,814,788 | $ 565,071,935 | $ 49,398,474 | $ (167,210,485) | $ (14,583,686) |
| 2. Percentage of Adjusted Gross DTAs By Tax Character Attributable To the Impact of Tax Planning Strategies | - | - | - | - | - | - |
| 3. Net Admitted Adjusted Gross DTAs Amount From Note 9A1 (e) | 155,213,369 | 30,636,334 | 231,736,918 | 35,812,116 | (76,523,549) | (5,175,782) |
| 4. Percentage Of Net Admitted Adjusted Gross DTAs By Tax character Admitted Because of The Impact Of Tax Planning Strategies | - | - | - | - | - | - |
| (b) Does the Company's tax-planning strategies include the use of reinsurance? | Yes ___ | | No X | | | |

B. The Company does not have any material deferred tax liabilities that have not been recognized.

14.6

**14.6**

Notes to Financial Statements

C. Current income taxes incurred consist of the following major components:

|  | (1) 12/31/2017 | (2) 12/31/2016 | (3) (Col 1-2) Change |
|---|---:|---:|---:|
| **1. Current Income Tax** | | | |
| (a) Federal | $ 45,020,079 | $ 103,399,921 | $ (58,379,842) |
| (b) Foreign | 8,416,902.00 | 1,070,701.00 | $ 7,346,201 |
| (c) Subtotal | 53,436,981 | 104,470,622 | (51,033,641) |
| (d) Federal Income tax on net capital gains | 11,314,989 | 1,840,000 | 9,474,989 |
| (e) Utilization of capital loss carry-forwards | - | - | - |
| (f) Other | - | - | - |
| (g) Federal and foreign income taxes incurred | $ 64,751,970 | $ 106,310,622 | $ (41,558,652) |
| **2. Deferred Tax Assets:** | | | |
| (a) Ordinary | | | |
| (1) Discounting of unpaid losses | $ 30,992,027 | $ 69,158,600 | $ (38,166,573) |
| (2) Unearned premium reserve | 33,517,630 | 83,105,706 | (49,588,076) |
| (3) Policyholder Reserves | | | |
| (4) Investments | - | - | - |
| (5) Deferred Acquisition Costs | - | - | - |
| (6) Policyholder Dividends accrual | - | - | - |
| (7) Fixed Assets | (47,973,039) | (54,570,375) | 6,597,336 |
| (8) Compensation and benefits accrual | 177,971,997 | - | 177,971,997 |
| (9) Pension Accrual | - | - | - |
| (10) Receivables - nonadmitted | 185,410,496 | 280,858,790 | (95,448,294) |
| (11) Net operating loss carry-forward | - | - | - |
| (12) Tax credit carryforward | - | - | - |
| (13) Other | 17,942,339 | 186,519,214 | (168,576,875) |
| (99) Subtotal | 397,861,450 | 565,071,935 | (167,210,485) |
| (b) Statutory valuation allowance adjustment | - | - | - |
| (c) Nonadmitted | 242,648,081 | 333,335,017 | (90,686,936) |
| (d) Admitted ordinary deferred tax assets (2a99 - 2b - 2c) | $ 155,213,369 | $ 231,736,918 | $ (76,523,549) |
| (e) Capital | | | |
| (1) Investments | $ 33,853,696 | $ 49,605,593 | $ (15,751,897) |
| (2) Net capital loss carryforward | - | - | - |
| (3) Real Estate | - | - | - |
| (4) Unrealized capital loss | - | - | - |
| (5) Other | 961,092 | (207,119) | 1,168,211 |
| (99) Subtotal | 34,814,788 | 49,398,474 | (14,583,686) |
| (f) Statutory valuation allowance adjustment | - | - | - |
| (g) Nonadmitted | 4,178,454 | 13,586,358 | (9,407,904) |
| (h) Admitted capital deferred tax assets (2e99 - 2f - 2g) | 30,636,334 | 35,812,116 | (5,175,782) |
| (i) Admitted deferred tax assets (2d + 2h) | $ 185,849,703 | $ 267,549,034 | $ (81,699,331) |
| **3. Deferred Tax Liabilities:** | | | |
| (a) Ordinary | | | |
| (1) Investments | $ 23,960,635 | $ 39,035,009 | $ (15,074,374) |
| (2) Fixed Assets | - | - | - |
| (3) Deferred and uncollected premium | - | - | - |
| (4) Policyholder reserves | 842,940 | 6,800,500 | - |
| (5) Salvage and subrogation | 543,270 | 1,008,700 | (465,430) |
| (6) Other | - | - | - |
| (99) Subtotal | 25,346,845 | 46,844,209 | (21,497,364) |
| (b) Capital | | | |
| (1) Investments | 382,144 | 623,200 | (241,056) |
| (2) Real Estate | - | - | - |
| (3) Unrealized Capital Gains | 30,254,190 | 35,188,916 | (4,934,726) |
| (4) Other | - | - | - |
| (99) Subtotal | 30,636,334 | 35,812,116 | (5,175,782) |
| (c) Deferred tax liabilities (3a99 + 3b99) | 55,983,179 | 82,656,325 | (26,673,146) |
| **4. Net deferred tax assets/(liabilities) (2i - 3c)** | $ 129,866,524 | $ 184,892,709 | $ (55,026,185) |

| *Change in Net Deferred Income Taxes:* | 12/31/2017 | 12/31/2016 | Change |
|---|---:|---:|---:|
| Total DTA (admitted and nonadmitted) | $ 432,676,238 | $ 614,470,410 | $ (181,794,172) |
| Total DTL | (55,983,179) | (82,656,326) | 26,673,147 |
| Net DTA (admitted and nonadmitted) | $ 376,693,059 | $ 531,814,084 | $ (155,121,025) |

| Unrealized (Gains)/Losses Tax (Expense)/Benefit | |
|---|---:|
| Tax Effect/Translation Adjustment | 2,089,286 |
| US Tax Reform Impact - Tax (Expense)/Benefit | 18,267,570 |
| Current Period Tax (Expense)/ Benefit | (15,234,736) |
| Change in Net Deferred Income Taxes | (160,243,145) |

14.7

**14.7**

CASE 0:19-cv-01254-DTS Document 502 Filed 08/26/19 Page 11 of 13

Annual Statement for the year 2017 of the ACE AMERICAN INSURANCE COMPANY
Annual Statement for the Year 2017 of the ACE American Insurance Company

## Notes to Financial Statements

On December 22, 2017, the U.S government enacted comprehensive tax legislation commonly referred to as the Tax Cuts and Jobs Act ("US Tax Reform"). US Tax Reform makes broad and complex changes to the U.S. tax code that affect 2017, including, but not limited to the reduction of the U.S. federal corporate tax rate from 35 percent to 21 percent. As shown in Note 9C, the Company has recorded tax on net unrealized gains/losses, if any, to reflect the revaluation of deferred taxes resulting from the change in tax rates from 35% to 21%. In addition, as shown in Note 9D, the Company has recorded a change in net deferred income tax associated with the revaluation of deferred taxes (other than taxes on net unrealized gains/losses) resulting from the change in tax rates from 35% to 21%. These amounts have been recorded on a provisional basis, consistent with Staff Accounting Bulletin No. 118 (SAB 118) and SSAP No. 101.

D. Among the more significant book to tax adjustments were the following:

|  | (1) 12/31/2017 | (2) Effective Tax Rate |
|---|---|---|
| (a) Statutory tax expense at federal tax rate of 35% | $ 163,019,574 | 35.0% |
| (b) Tax-exempt interest income (including proration) | (8,715,899) | (1.9%) |
| (c) Dividends received deduction (including proration) | (1,022,388) | (0.2%) |
| (d) Non-deductible meals & entertainment expenses | 650,067 | 0.1% |
| (e) Non-deductible lobbying expenses | 1,392,003 | 0.3% |
| (f) Non-deductible fines & penalties | 71,458 | 0.0% |
| (g) §162(m) compensation adjustment | 958,917 | 0.2% |
| (h) FAS 123 stock options | (22,476,792) | (4.8%) |
| (i) COLI | (36,970,381) | (7.9%) |
| (j) Prior years' tax adjustments | (4,785,603) | (1.0%) |
| (k) Change in non-admitted assets | (28,158,704) | (6.0%) |
| (l) Intercompany dividend exclusion | (110,250,000) | (23.7%) |
| (m) Change in net deferred income tax related to US Tax Reform | 269,396,275 | 57.8% |
| (n) Other | 1,886,588 | 0.4% |
| Subtotal | 61,975,541 | 13.3% |
| Total statutory tax expense | $ 224,995,115 | 48.3% |
| (l) Current income tax expense | $ 64,751,970 | 13.9% |
| (m) Change in net deferred income taxes | 160,243,145 | 34.4% |
|  | $ 224,995,115 | 48.3% |

E. *The Company's Net Operating Loss Carryforwards & Income Tax Recoupment at December 31, 2017 are as follows:*

| | |
|---|---|
| Net operating loss carryforward expiring through the year 2036 of: | $ - |
| Capital loss carryforwards expiring through the year 2021 of: | $ - |
| AMT credit carryforwards which does not expire in the amount of: | $ - |
| Deposits admitted under IRC §6603 in the amount of: | $ - |

The following is income tax expense for 2016 and 2017 that is available for recoupment in the event of future net losses:

| Year | Ordinary | Capital | Total |
|---|---|---|---|
| 2016 | $ 65,334,770 | $ 7,873,492 | $ 73,208,262 |
| 2017 | 95,586,664 | 4,498,411 | 100,085,075 |
| Total | $ 160,921,434 | $ 12,371,903 | $ 173,293,337 |

F. Consolidated Federal Income Tax Return and Tax Sharing Agreement:

1. Effective January 1, 2017, The Company's Federal Income Tax return is consolidated with the following entities:

| | |
|---|---|
| 1250 Diehl Corp. | Chubb Services Corporation |
| 1717 Naperville Corp. | Chubb Structured Products Inc. |
| ACE American Insurance Company | Chubb US Holdings, Inc. |
| ACE Fire Underwriters Insurance Company | Combined Insurance Company of America |
| ACE INA Overseas Insurance Company Ltd. | Combined Life Insurance Company of New York |
| ACE Insurance Company of the Midwest | Conference Facilities, Inc. |
| ACE Life Insurance Company | Cover Direct, Inc. |
| ACE Property and Casualty Insurance Company | Cravens Dargan & Company, Pacific Coast |
| AFIA (Chubb) Corporation Limited | DHC Corporation |

Notes to Financial Statements

| | |
|---|---|
| AFIA (INA) Corporation, Limited | ESIS, Inc. |
| AFIA Finance Corporation | Executive Risk Indemnity Inc. |
| Agri General Insurance Company | Executive Risk Specialty Insurance Company |
| Agri General Insurance Service, Inc. | Federal Insurance Company |
| Ally Insurance Holdings, LLC | Great Northern Insurance Company |
| American Lenders Facilities, Inc. | Halifax Plantation Golf, Inc. |
| Atlantic Employers Insurance Company | Halifax Plantation Golf Management, Inc. |
| Bankers Standard Insurance Company | Halifax Plantation Realty, Inc. |
| Bellemead Development Corporation | Halifax Plantation, Inc. |
| Bellemead Marina Del Rey Corporation | Harbor Island Indemnity Ltd. |
| Brandywine Holdings Corporation | Illinois Union Insurance Company |
| Century Indemnity Company | INA Corporation |
| Century International Reinsurance Company Ltd. | INA Financial Corporation |
| Chubb & Son Inc. | INA Holdings Corporation |
| Chubb Alternative Risk Solutions Inc. | INA Tax Benefits Reporting, Inc. |
| Chubb Asset Management Inc. | INAMAR Insurance Underwriting Agency, Inc. |
| Chubb Atlantic Indemnity Ltd. | INAMAR Insurance Underwriting Agency, Inc. of Texas |
| Chubb Brazil Holdings, Ltd. | Indemnity Insurance Company of North America |
| Chubb Canada Holdings Inc. | Insurance Company of North America |
| Chubb Computer Services, Inc. | NewMarkets Insurance Agency, Inc. |
| Chubb Custom Insurance Company | Pacific Employers Insurance Company |
| Chubb Custom Market Inc. | Pacific Indemnity Company |
| Chubb Executive Risk Inc. | Pembroke Reinsurance, Inc. |
| Chubb Financial Solutions (Bermuda) Ltd. | Penn Millers Agency, Inc. |
| Chubb Financial Solutions, Inc. | Penn Millers Holding Corporation |
| Chubb Global Financial Services Corporation | Penn Millers Insurance Company |
| Chubb Excess & Surplus Insurance Services, Inc. | PMMHC Corporation |
| Chubb INA Excess & Surplus Insurance Services, Inc. | Proclaim America, Inc. |
| Chubb INA Financial Institution Solutions Inc. | Rain and Hail Financial, Inc. |
| Chubb INA G.B. Holdings Ltd. | Rain and Hail Insurance Service International, Inc. |
| Chubb INA Holdings Inc. | Rain and Hail Insurance Service, Inc. |
| Chubb INA International Holdings Ltd. | Recovery Services International, Inc. |
| Chubb INA Overseas Holdings Inc. | Sullivan Kelly, Inc. |
| Chubb INA Properties Inc. | Texas Pacific Indemnity Company |
| Chubb Indemnity Insurance Company | Transit Air Services, Inc. |
| Chubb Insurance Company of New Jersey | Vigilant Insurance Company |
| Chubb Insurance Solutions Agency, Inc. | Westchester Fire Insurance Company |
| Chubb International Management Corporation | Westchester Specialty Insurance Services, Inc. |
| Chubb Investment Holdings Inc. | Westchester Surplus Lines Insurance Company |
| Chubb Lloyds Insurance Company of Texas | |
| Chubb Multinational Manager, Inc. | |
| Chubb National Insurance Company | |
| Chubb Re, Inc. | |
| Chubb Seguros Mexico Holdings, Inc. | |
| Chubb Seguros Holdings Chile, Inc. | |

2. The direct and indirect subsidiaries of Chubb Group Holdings, Inc. including the Company are included in a U.S. consolidated federal income tax return for the period January 1, 2017 through December 31, 2017. Company's tax sharing allocation agreement provides that any subsidiary having taxable income will pay a tax liability equivalent to what that subsidiary would have paid if it had filed a separate federal income tax return for the year. If the separately calculated federal income tax return for any subsidiary results in a tax loss, the current tax benefit resulting from such loss, to the extent utilizable on a separate return basis, will be paid to that subsidiary.

Notes to Financial Statements

G. *Supplemental Information*

The 2007 and prior "Total Net Losses and Expenses Unpaid" (Schedule P Part 1, Column 24, Line 1) is separately reported by accident year as follows (in thousands):

| Schedule P | Accident Years | | | | | |
|---|---|---|---|---|---|---|
| | 2007 | 2006 | 2005 | 2004 | 2003 | Prior |
| Part 1A | 91 | 222 | 525 | 1,167 | 1,101 | 3,016 |
| Part 1B | 0 | 0 | 0 | 0 | 0 | 2,003 |
| Part 1C | 1,036 | 667 | 469 | 594 | 81 | 3,080 |
| Part 1D | 49,815 | 58,861 | 4,239 | 2,257 | 145 | 62,600 |
| Part 1E | 0 | 0 | 0 | 1,905 | 0 | 12,916 |
| Part 1F-Section 1 | 177 | 3 | 111 | 78 | 0 | 0 |
| Part 1F-Section 2 | 542 | 0 | 0 | 0 | 0 | 39 |
| Part 1G | 219 | 488 | 45 | 244 | 0 | -1 |
| Part 1H-Section 1 | 23,595 | 27,369 | 11,156 | 14,239 | 1,833 | 43,338 |
| Part 1H-Section 2 | 0 | 10,155 | 0 | 0 | 0 | -1 |
| Part M | 0 | 0 | 0 | 0 | 0 | 2,261 |
| Part N | 0 | 0 | 0 | 0 | 0 | 1,148 |
| Part O | 2,963 | 1,784 | 1,637 | 1,595 | 0 | 218,817 |
| Part P | 0 | 92 | 62 | 231 | 325 | 699 |
| Part 1R-Section 1 | 0 | 1,435 | 2,278 | 659 | 188 | 4,655 |
| Part 1R-Section 2 | 117 | 0 | 0 | 0 | 0 | 2,452 |

10. *Information Concerning Parent, Subsidiaries, and Affiliates*

The affiliated transactions of the following U.S. insurers, which are either owned or controlled by or otherwise affiliated with Chubb Limited, and domiciled in Pennsylvania, are reported hereunder:

1. ACE American
2. ACE Fire Underwriters Insurance Company ("ACE Fire")
3. ACE Property and Casualty Insurance Company ("ACE P&C")
4. Bankers Standard Insurance Company ("BSIC")
5. Century Indemnity Company ("Century Indemnity")
6. Indemnity Insurance Company of North America ("Indemnity")
7. Insurance Company of North America ("INA")
8. Pacific Employers Insurance Company ("PEIC")
9. Penn Millers Insurance Company ("Penn Millers")
10. Westchester Fire Insurance Company ("WFIC")

A. The Company is indirectly owned by Chubb Limited; see Schedule Y, Part 1 for full particulars. See Note 21C, for information regarding the Chubb acquisition.

B.&C. The Company had no 2017 non-insurance transactions that involved more than ½ of 1% of the total admitted assets, except as shown in Note 10D below.