# Exhibit 15
## (Filed Under Seal)

| | |
|---|---|
| **From:** | CN=Henry Mirolyuz/O=ChubbMail |
| **Sent:** | Tuesday, May 26, 2009 9:40 AM |
| **To:** | CN=Richard D Johnson/OU=EUZ/O=ChubbMail@ChubbMail |
| **Cc:** | CN=Angus Mochrie/OU=EUZ/O=ChubbMail@ChubbMail |
| **Subject:** | Re: Fw: Blaze contact |

Hi Richard,

I am sending you a link to a BR CoE Wiki site page which contains download location as well as installation instructions for Blase Advisor 6.7

http://cbwiki.chubb.com/coe/index.php/Blaze_Advisor_6.7_for_Java_Installation_Guide

My suggestion would be for us to schedule a meeting where I can walk you and Angus through the Business Rules Framework which is a part of BR CoE wiki site and contains guidelines. best practices and templates for business rules project. It will also give us an opportunity to identify initial steps for the POC.

Please let me know what you think.

Thanks,

Henry Mirolyuz

Business Rules CoE
Chubb & Son, Inc
hmirolyuz@chubb.com
Phone: 860 408-2428

EXHIBIT 3
7/31/18  L. ABATE, CCR, RPR

Richard D Johnson/EUZ/ChubbMail
05/26/2009 05:21 AM

To
Henry Mirolyuz/ChubbMail@ChubbMail
cc
Angus Mochrie/EUZ/ChubbMail@ChubbMail
Subject
Re: Fw: Blaze contact


Hi Henry,

We're ready to start some hands-on prototyping with Blaze. Could you let us know where we can get the files and maybe a short 'quick start' on how to get

Confidential                                    FED008753_0001

up and running?

I'll be off on paternity leave any day now so could you copy in Angus on any reply?

Many thanks, looking forward to working with this,

Richard


Richard Johnson
Analyst Developer
Direct Line: +44 20 7895 3151 | Fax:

CHUBB – Number one for overall service, underwriting skills, quality of cover, claims handling and access to decision makers.
2008 Newsquest survey of 468 UK & Ireland brokers

We are designed to be different
We are Chubb Insurance
Before printing, think about ENVIRONMENTAL responsibility


Angus Mochrie/EUZ/ChubbMail
26/05/2009 10:02

To
Richard D Johnson/EUZ/ChubbMail@ChubbMail
cc

Subject
Fw: Blaze contact




Angus Mochrie
Senior Software Developer
Direct Line: +44 (0) 20 7895 3148 | Fax:

CHUBB – Number one for overall service, underwriting skills, quality of cover, claims handling and access to decision makers.
2008 Newsquest survey of 468 UK & Ireland brokers

We are designed to be different
We are Chubb Insurance

Before printing, think about ENVIRONMENTAL responsibility
----- Forwarded by Angus Mochrie/EUZ/ChubbMail on 26/05/2009 10:02 -----

Henry Mirolyuz/ChubbMail
22/05/2009 14:49

To
Russell Hodey/EUZ/ChubbMail@ChubbMail
cc
Angus Mochrie/EUZ/ChubbMail@ChubbMail
Subject
Re: Blaze contact

Feel free to contact me when you are ready.

Thanks,

Henry Mirolyuz

Business Rules CoE
Chubb & Son, Inc
hmirolyuz@chubb.com
Phone: 860 408-2428

Russell Hodey/EUZ/ChubbMail
05/22/2009 06:46 AM

To
Angus Mochrie/EUZ/ChubbMail@ChubbMail
cc
Henry Mirolyuz/ChubbMail@ChubbMail
Subject
Blaze contact

Angus - this is the contact for Henry, who we spoke to yesterday.

Henry - I assume it ok to contact you so we can start to download the appropriate Blaze software?

Thanks Russell.

Russell Hodey
ABL EUZ IT Project Manager
Direct Line: 02078953318 | Fax:
Mobile: +44 (0) 7944091334

CHUBB – Number one for overall service, underwriting skills, quality of cover, claims handling and access to decision makers.
2008 Newsquest survey of 468 UK & Ireland brokers

We are designed to be different
We are Chubb Insurance
Before printing, think about ENVIRONMENTAL responsibility