# Exhibit 41
## (Filed Under Seal)







## FICO Insurance Forum: New York

Game Changing Technology for Insurance Success
November 1, 2011
New York City

# Positioning for Growth:
# A Legacy System Modernization Story

Mike Meyer
Assistant Vice President
Chubb Group of Insurance
Companies

Diptesh Patel
Sr. Systems Architect
Chubb Group of Insurance
Companies

Mike Sawyer
Client Services
FICO

Date, 2011

Copyright. This presentation is provided for personal use and review. No transmittal or reproduction of this visual. Corporation is express written. ©2011 Fair Isaac Corporation.





# Agenda

» FICO Introduction

» Premium Booking Modernization Project

» Background

» Chubb & FICO Collaboration

» Things we learned

» BRMS Implementation using Blaze Advisor

» Questions



# The Chubb Group of Insurance Companies

## Premium Booking Modernization Project

© 2011 Fair Isaac Corporation. Confidential.

3

FED006784_0003



**FICO.**

Premium Booking Modernization Program
A Legacy Modernization Story

## » The Chubb Group of Insurance Companies



» Chubb Corporation is a holding company for a family of property and casualty insurance and affiliated companies known as The Chubb Group of Insurance Companies or Chubb.

» Chubb is the eleventh-largest P&C U.S. insurer with a worldwide network of 120 offices and 10,200 worldwide employees in 27 countries.

» According to Fortune magazine, Chubb is the 176th largest U.S.-based corporation. Forbes listed Chubb as one of America's 400 Best Big Companies

» In 2010, the Chubb Corporation reported $50 billion in assets and $13 billion in revenues.

» Chubb serves commercial and personal customers through approximately 8,500 independent agents and brokers worldwide.

» Three of Chubb's member companies are among the select insurers that have achieved A.M. Best Company's highest rating for more than 50 years. Chubb also earns high ratings from Standard & Poor's and Moody's for financial strength.

©2011, Fair Isaac Corporation. Confidential.

FED006784_0004



## FICO.

### Premium Booking Modernization Program
A Legacy Modernization Story

## Background

The legacy systems that support the policy booking capability serve as the gateway to our downstream financial systems. Booked business must be validated for compliance to Chubb's policy and product rules before it can flow downstream. Adding new business involves a time consuming and complicated integration effort with the booking system.

## Legacy Booking Systems Characteristics

- Business rules embedded in 1000+ COBOL programs
- Little transparency of business rules and business process
  - Obsolete and inaccurate rules being executed
  - Rules not organized around business model
  - Duplicated rules across modules

© 2011 Fair Isaac Corporation. Confidential.

Confidential

FED006784_0005



**FICO.**

Premium Booking Modernization Program
A Legacy Modernization Story

## Legacy System Challenges

- Dependency on key business and IT subject matter experts for new integrations
- Redundant and inconsistent application of policy validation rules by multiple policy administration systems
- Redundant and tightly coupled point to point integrations with booking services
- Multi-day batch process
- Manual error correction process
- Legacy architecture not conducive to SOA

© 2011 Fair Isaac Corporation. Confidential.



FED006784_0007



Redundant direct point to point integrations complicate the premium booking process.

FED006784_0008



# Premium Booking Modernization Program
## A Legacy Modernization Story



## The Business Goal

The primary goal of the Premium Booking Modernization Program is to improve the flexibility and responsiveness of Chubb's premium booking capabilities to more quickly and efficiently respond to new business opportunities.

» More effectively enable speed to market for new business opportunities

» Reduce dependency on key business and IT subject matter experts

» Reduce complexity associated with premium booking and downstream integration processing

» Reduce IT development and maintenance costs by establishing an architecture for premium booking and downstream integration that aligns with the Enterprise Business, Information, Application and Technical Architectures

## The Business opportunity

Chubb Custom Market (CCM) had the opportunity to increase revenue by $25 million in new business. In April 2008 a decision was made to build an enterprise booking capability to support CCM's program business platform expansion.

©2011 Fair Isaac Corporation. Confidential.



Premium Booking Modernization Program
A Legacy Modernization Story

**FICO.**

# Key Elements of the Premium Booking Modernization Program

» Booking Services Consumer Integration Process Standardization

  » Premium Booking Knowledge Network (PBKN)

  » Wiki, playbooks, engagement process documentation

  » SME directory

» Knowledge Management

  » Rules harvesting and documentation

  » Rules analysis, translation, and business validation

  » Booking metadata repository

» Technical and Information Architecture

  » Enterprise Architecture – reference architecture, development methods and tools

  » Integration Competency Center (ICC) – SOA reference architecture, infrastructure

  » Business Rules CoE—BRMS expertise and Blaze Advisor support

  » Information Services—Common Integration Model (CIM) business objects, Metadata repository

» Program Management

  » Large distributed team

  » High level of collaboration and coordination required

  » Highly visible effort

  » Vendor management, Strategic Partnerships



© 2011 Fair Isaac Corporation. Confidential.

FED006784_0010



# Premium Booking Modernization Program
## A Legacy Modernization Story

## What We Learned



FED006784_0011



# Premium Booking Modernization Program
## A Legacy Modernization Story

**FICO**

# Booking Services Consumer Integration Process Standardization



| page | discussion | view source | history |

## Premium Booking Services - Main Page
(Redirected from Main Page)

### Welcome to the Premium Booking Wiki

The purpose of this Wiki is to provide an area to collaborate and share information related to the Premium Booking Process.

- For more information on policies and procedures visit the About Premium Booking Wiki page.

#### Overview
Premium Booking Overview

#### Integration Process
- Integration with Premium Booking
  - Integration Process
  - Integration Process Tools and Techniques

#### Business and Data Requirements
- Premium Booking Validation Rules
  - PVSA System System Document Group Validity Rules
  - PVSA System System Document Group Publishing Rules
  - Translation Processing Rules

#### Projects/Priorities
- Premium Booking Modernization Project
  - Program Charters
  - Initiative Profiles

#### Organization
- Premium Booking Knowledge Network
- Subject Matter Expert (SME) Directory

#### Architecture and Strategy
- Current Systems Architecture
- Future Architectures
- MPS Risk Analysis

#### Integration Initiatives
- Star Analyzer
- @Vantage

search

| Go | Search |

navigation
- Main Page
- Chub list
- Recent changes
- Random page
- Help

toolbox
- What links here
- Related changes
- Upload file
- Special pages
- Printable version
- Permanent link

© 2011 Fair Isaac Corporation. Confidential.

8 Log In



# Premium Booking Modernization Program
## A Legacy Modernization Story

## Knowledge Management



| Revision | Param or Logic | Line of Buss | Risk Cxtrl | Release / RISM | Rulesel Knocksn Rule | Freq of Change | Type of Change | Handled at the Scheme level | Business Element | Business Metric CIM | Policy Object Terms | Custodian Object Terms | Si... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | BookTransactionPolicy.cust | | |
| BR22 | 1.ALL | | | | | None | n/a | | Vesting Program Code | | Booking.TransactionPolicyTerm::fraudProtectionMarketingProgramCode | | |
| | | | | | | | | | | | Booking.TransactionPolicyTerm::compNumber | | |
| BR22 | 1.PREM | | | | | None | n/a | | Write Profit Indicator | | Booking.TransactionPolicyTerm::noncoloatedWriteBusinessWriteProfitIndicator | | |
| BR23 | 1.PREM | | | | | None | n/a | | Write Profit Indicator | | Booking.TransactionPolicyTerm::noncoloatedWriteBusinessWriteProfitIndicator | | |
| | | | | | | | | | | | Booking.TransactionPolicyTerm::noncoloatedWriteBusinessWritetargetedRevenuepbpCode | | |
| BR22 | 1.PREM | | | | | None | n/a | | Policy Audit Frequency Code | | Booking.TransactionPolicyAuditdaysforAuditFrequencyTerm | | |

© 2011 Fair Isaac Corporation. Confidential.



Premium Booking Modernization Program
A Legacy Modernization Story

FICO

Technical and Information Architecture

FED006784_0014



# Premium Booking Modernization Program
## A Legacy Modernization Story

# FICO.

## Technical and Information Architecture



### RMA Design

### Reusable Caching Framework

### Blaze IDE—Reusable Templates

### Business Rules—Business Object Model

FED006784_0015



Premium Booking Modernization Program
A Legacy Modernization Story

**Technical and Information Architecture**



**FICO.**

Premium Booking Modernization Program
A Legacy Modernization Story

## Program Management



**Business Integration Initiatives**
Starr Aviation Program Integration
CCM WKFC Agency Property Program
@Vantage Canadian Coml Lines Integration
CCI Workers Comp conversion to PARS
CCI Package
New Integrations

**Technology Enhancements**
SOA Booking Services
Rules Management / Engine
Reject / Status Facility

**Rules Harvesting & Documentation**
Edit Rules Analysis & Documentation
Mapping Rules Analysis & Documentation

**Process Enhancement**
Integration Processes / WIKI / Playbook
Change management
Knowledge Community Implementation

**Information Architecture**
Common API Structure – CIM-Book
IA Policy ODS integration with Claims

2007   2008   2009   2010   2011

17   ©2011 Fair Isaac Corporation. Confidential.



# Premium Booking Modernization Program
## A Legacy Modernization Story

## Results

### 2009 vs. 2010
### CCM Program Business
Gross Written Premium by Account Month



**400% increase** in Gross Written Premium processed via the Integration Platform compared to same time last year: $15 mil 06/2009 vs $60 mil as 06/2010

» Integration of new products to booking and down stream financial feeds reduced from months to weeks.

» Business rules around Premium Booking are now understood and documented in a single, accessible repository. Our business customers verified harvested rules and eliminated a significant number of outdated, incorrect, and redundant rules.

» Single point of contact for all integrations, Premium Booking Knowledge Network (PBKN).

» Single common integration model for all business that interfaces with the Premium Booking Capability. Common Integration Model, CIM Book object definition.

» Increase in booked premium from CCM business.







# Premium Booking Modernization Program
## A Legacy Modernization Story

FICO

### Things to Take Away from Our Experience

- Importance of standard processes, development methodologies and tools, common integration models.
- Establishment of Enterprise Architecture best practices and target architecture.
- Collaboration and communication is key when dealing with a team composed of many diverse departments and CoEs with responsibility for building various components of the solution.
- Need to develop the skills and gain experience in roles such as Rules Analyst, Rules Architect, and Rules Developer.
- Importance of foundational work harvesting, verifying, analyzing business rules before any solution is designed.
- Choosing the right vendor to partner with before taking on a major, high visibility project.

© 2011 Fair Isaac Corporation. Confidential.

# The Chubb Group of Insurance Companies

## BRMS Implementation Using Blaze Advisor

© 2011 Fair Isaac Corporation. Confidential.




# Premium Booking Modernization Program
## A Legacy Modernization Story

**FICO**

## Background tasks

» Caching of data

  » Data cached from DB2 and TMF

  » Avoid leaving rule service to make call to database

» Object Model

  » CIM Book model pre-defined by Integration Competency Center (ICC)

  » Created as a Java object for use as BOM

  » Added sections for Abstractions

FED006784_0021

**FICO.**

# Premium Booking Modernization Program
## A Legacy Modernization Story

## Software version

» IDE:  Blaze Advisor 6.9.3 (moving to 6.10.2 soon)

» RMA:Next Generation RMA

» Web Server:  WAS 7

» SCM:CVS

FED006784_0022



**FICO.**

Premium Booking Modernization Program
A Legacy Modernization Story

## Roles and Responsibilities

**Rules Analyst**
» Creates Rule Requirements docs

**Rules Architect**
» Analyzes Rule Requirements
» Designs Blaze and Java artifacts

**Blaze Developer**
» Builds Blaze Artifacts

**Java Developer**
» Builds Java Artifacts

**Rules Developer**
» Enters rule through RMA
» Unit testing using BRUnit

**CVS Administrator**
» Determines CVS Branching needs and creates CVS Branches as needed
» Merges code across CVS Branches or to CVS Head
» Builds rule services

**QA**
» Testing using Black Box Tester

23



FED006784_0023



# Premium Booking Modernization Program
## A Legacy Modernization Story

## Repository Layout

## Rule Repository based on BOM layout

» Policy

» Location

» Base Coverage

» Specific Coverage

© 2011 Fair Isaac Corporation. Confidential.

25

FED006784_0024



# Premium Booking Modernization Program
## A Legacy Modernization Story

FICO

## Repository Layout (Cont'd.)

### Separate Test Project per Ruleset

» End up with large number of Projects

» Better performance in RMA

» Ease in Navigation



```
Testing
    CommonTestProject
    BusinessTestCases
    AbstractionTestProject
    BaseCoverageTestProject
        BaseCoverageCommonBookCovOnlyRulesetTestProject
        BaseCoverageCommonRulesetTestProject
        BaseCoverageKnockOutRulesetTestProject
        BaseCoverageMultiCoverageRulesetTestproject
        BaseCoveragePremiumAndLossBookCovOnlyRulesetTestProject
        BaseCoveragePremiumAndLossRulesetTestProject
        BaseCoverageRequiredRulesetTestProject
        SpecificCoverageMultiCoverageRulesetTestProject
        SurchargeRulesetTestProject
    CommercialPropertyRulesetTestProject
    CommercialPropertyTestProject
    ExceptionsTestProject
    GeneralLiabilityTestProject
    LocationTestProject
    PolicyTestProject
    AbstractionTests
    CoverageTests
    ExceptionTests
    LocationTests
    PolicyTests
```

© 2011 Fair Isaac Corporation. Confidential.

26

FED006784_0025



# Premium Booking Modernization Program
## A Legacy Modernization Story

» **Rulesets**

  » Rules stored separately

    » Change Management

    » Concurrent development

» **Abstractions**

» **Decision Tables (pseudo)**

  » Actually implemented as rulesets

  » Requirements managed and maintained as a Decision Table

FED006784_0026



**FICO.**

## Premium Booking Modernization Program
### A Legacy Modernization Story



## Rule Flow

» Policy, Location and Base Coverage in Rule Flow

» Specific Coverage implemented programmatically using apply ruleset()

  » Created Decision Flow Template

©2011 Fair Isaac Corporation. Confidential.

22

FED006784_0027



# Premium Booking Modernization Program
## A Legacy Modernization Story

## Rule Flow

**Manage specific coverage flow;**

- commercialStructure canadaCommercialPropertyBookingCoverages   abLocation Selection   Rulesets to be Invoked
- commercialStructure commercialPropertyBookingCoverages   abLocation Selection   Rulesets to be Invoked
- businessOperations generalLiabilityBookingCoverages   abLocation Selection   Rulesets to be Invoked
- businessOperations generalLiabilityBookingCoverages   abLocation Selection   Rulesets to be Invoked
- businessOperations generalLiabilityBookingCoverages   abLocation Selection   Rulesets to be Invoked

©2011 Fair Isaac Corporation. Confidential.

22



FICO.

Premium Booking Modernization Program
A Legacy Modernization Story

## Rule Flow

**Select abLocation(s) for coverage: " CanadaCommercialPropertyBookingCoverage " :**

Abstract value abLocation is in list
{
Canadian
Domestic
Foreign
}

© 2011 Fair Isaac Corporation. Confidential.

29

FED006784_0029



**FICO.**

# Premium Booking Modernization Program
## A Legacy Modernization Story

# Rule Flow

**Rulesets to be invoked for the coverage: " CanadaCommercialPropertyBookingCoverage "**

**Exception Rulesets :**
○ RS_CommonPropertyBookingCoverageExceptionRuleset

**Data Validation Rulesets :**
○ RS_CommonPropertyBookingCoverageRuleset
○ RS_CanadaCommercialPropertyBookingCoverageRuleset

© 2011 Fair Issac Corporation. Confidential.



Premium Booking Modernization Program
A Legacy Modernization Story

FICO.

# Working with FICO Professional Services

» FICO Principal Rules Architect
  » POC
  » Performance Testing
» FICO Solutions Integration Architect
  » System Architecture
  » Black Box Tester
» FICO Decision Analyst
  » Rules analysis
» FICO Rules Architect
  » Application Design
  » Deployment
» FICO Rules Developer
  » Application Development



FED006784_0031



**FICO.**

Premium Booking Modernization Program
A Legacy Modernization Story

# Using Blaze APIs

## Login Page

PVDS Rule Maintenance Center

User name:

Password:

Connect to:
active

Select branch ..

Log on



# Premium Booking Modernization Program
## A Legacy Modernization Story

# Using Blaze APIs





Change
Management
Administration

FED006784_0033



Premium Booking Modernization Program
A Legacy Modernization Story

Using Blaze APIs

User
Management





FED006784_0034



# Premium Booking Modernization Program
## A Legacy Modernization Story



# Using Blaze APIs

## Project BOM



FED006784_0035



Premium Booking Modernization Program
A Legacy Modernization Story

FICO.

# Using Blaze APIs

**Global Update**
» Update entire workspace

**Copy/Paste**
» Copy/paste an instance (rules and test cases)

# Questions

Premium Booking Modernization Program
A Legacy Modernization Story

FICO.




## THANK YOU

**FICO Insurance Forum: New York**
Game Changing Technology for Insurance Success
November 1, 2011
New York City

Mike Meyer
Assistant Vice President
Chubb Group of Insurance
Companies

Diptesh Patel
Sr. Systems Architect
Chubb Group of Insurance
Companies

Mike Sawyer
Client Services
FICO

Confidential. This presentation is provided for the personal use and enjoyment of recipient of Chubb affiliated FICO Data Corporation a private customer.
© 2011 all rights reserved.

FED006784_0038