# Exhibit 44
(Filed Under Seal)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*
**Summary of Defendants' Domestic Gross Written Premiums**

|  | March 31, 2016 to March 2019 | | | | |
| --- | --- | --- | --- | --- | --- |
| **Domestic Applications** | **All Writing Companies** (a) | **Chubb INA Holdings, Inc. Subsidiaries** (b) | **Defendants, Subsidiaries and Pooling Entities** (c) | **Non-Subsidiaries and Non-Pooling Entities** (d) | **Federal and ACE American** |
| Commercial Underwriting Workstation (CUW) | $ 21,383,446,632 | $ 21,151,270,694 | $ 21,109,818,196 | $ 41,452,498 | $ 19,521,402,495 |
| CSI eXPRESS (e) | 4,325,229,977 | 4,325,229,977 | 4,009,182,762 | 316,047,214 | 3,914,978,139 |
| Premium Booking | 1,324,107,605 | 1,324,107,605 | 1,324,107,605 | - | 1,324,107,605 |
| Texas Accident Prevention System (TAPS) | 692,382,681 | 692,382,681 | 692,382,681 | - | 606,874,651 |
| Cornerstone | 576,117,660 | 576,117,660 | 548,732,926 | 27,384,734 | 534,451,140 |
| Individual Rate Modification Application (IRMA) | 271,875,166 | 271,869,120 | 248,022,035 | 23,847,085 | 242,561,720 |
| Decision Point | 13,162,664 | 13,162,664 | 13,113,632 | 49,032 | 13,078,996 |
| **TOTAL** | **$ 28,586,322,385** (f) | **$ 28,354,140,400** (f) | **$ 27,945,359,837** | **$ 408,780,563** | **$ 26,157,454,744** |

*Note/Source(s):*
(a) See **Zoltowski Schedule 10.1**.
(b) See **Zoltowski Schedule 10.2**.
(c) See **Zoltowski Schedule 10.3**.
(d) Calculated as the difference between (b) and (c).

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*
**Summary of Defendants' Foreign Gross Written Premiums**

*April 21, 2013 to March 2019*

| Foreign Applications | Region | All Writing Companies (a) | Chubb Corporation and Chubb INA Holdings, Inc. Subsidiaries (b) | Federal, Subsidiaries and Pooling Entities (c) | Non-Subsidiaries and Non-Pooling Entities (d) | Federal and ACE American |
|---|---|---|---|---|---|---|
| ADAPT | Australia | $ 104,643,020 | $ 104,643,020 | $ 76,090,876 | $ 28,552,143 | $ 76,090,876 |
| ADAPT | U.K. | 265,034,167 | 265,034,167 | 213,529,232 | 51,504,935 | 213,529,232 |
| Evolution | Australia | 87,984,461 | 87,984,461 | - | 87,984,461 | - |
| Evolution (e) | Canada | 1,278,000,000 | 1,278,000,000 | 534,000,000 | 744,000,000 | 534,000,000 |
| EZER | Europe | 786,223,356 | 786,223,356 | 672,408,758 | 113,814,598 | 672,408,758 |
| EZER | U.K. | 15,477 | 15,477 | 15,477 | - | 15,477 |
| Broker Site (e) | Canada | n/a | n/a | n/a | n/a | n/a |
| **TOTAL** | | **$ 2,521,900,482** | **$ 2,521,900,482** | **$ 1,496,044,344** | **$ 1,025,856,138** | **$ 1,496,044,344** |

*Note/Source(s):*
(a)  See **Zoltowski Schedule 11.1**.
(b)  See **Zoltowski Schedule 11.2**.
(c)  See **Zoltowski Schedule 11.3**.
(d)  Calculated as the difference between (b) and (c).

CONFIDENTIAL-ATTORNEYS' EYES ONLY