**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | ) | Case No. 16-cv-1054 (WMW/DTS) |

**STATEMENT OF NO REDACTION**

Pursuant to LR 5.6, Exhibits 1-2, 5-21, 23, 25-44 to the Declaration of Allen Hinderaker in Support Plaintiff Fair Isaac Corporation's Memorandum in Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 502) have been filed under temporary seal. Exhibits 1-2, 5-21, 23, 25-44 were not redacted because large portions of the documents contain "Confidential" or "Confidential – Attorneys' Eyes Only" information under the Protective Order (Dkt. No. 44) entered in the case. Therefore, it is impracticable to redact.

Dated: August 26, 2019

MERCHANT & GOULD P.C.

/s/ Allen Hinderaker
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
MERCHANT & GOULD P.C.

150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
Tel: (612) 332-5300
Fax: (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*