## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D. C. 20549

# FORM 10-K

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE FISCAL YEAR ENDED DECEMBER 31, 2005

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM          TO

Commission File No. 1-8661

# The Chubb Corporation

*(Exact name of registrant as specified in its charter)*

**New Jersey**
*(State or other jurisdiction of incorporation or organization)*

**13-2595722**
*(I.R.S. Employer Identification No.)*

**15 Mountain View Road, P.O. Box 1615**
**Warren, New Jersey**
*(Address of principal executive offices)*

**07061-1615**
*(Zip Code)*

**(908) 903-2000**

*(Registrant's telephone number, including area code)*

**Securities registered pursuant to Section 12(b) of the Act:**

*(Title of each class)*
Common Stock, par value $1 per share
Series B Participating Cumulative
   Preferred Stock Purchase Rights
Common Stock Purchase Contracts[1]
2.25% Senior Notes due 2008[1]

*(Name of each exchange on which registered)*
New York Stock Exchange
New York Stock Exchange

New York Stock Exchange
New York Stock Exchange

[1] Offered together in the form of 7% Equity Units.

**Securities registered pursuant to Section 12(g) of the Act:**

None
*(Title of class)*



EXHIBIT 1

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes [✓] No [ ]

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes [ ] No [✓]

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to

such filing requirements for the past 90 days. Yes [✓] No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act.

Large accelerated filer [✓]   Accelerated filer [ ]   Non-accelerated filer [ ]

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes [ ] No [✓]

The aggregate market value of common stock held by non-affiliates of the registrant was $16,942,712,627 as of June 30, 2005, computed on the basis of the closing sale price of the common stock on that date.

207,408,188<br>
<em>Number of shares of common stock outstanding as of February 28, 2006</em>

### Documents Incorporated by Reference

Portions of the definitive Proxy Statement for the 2006 Annual Meeting of Shareholders are incorporated by reference in Part III of this Form 10-K.

## CONTENTS

| | ITEM | DESCRIPTION | PAGE |
|---|---|---|---|
| PART I | 1 | Business | 3 |
| | 1A | Risk Factors | 12 |
| | 1B | Unresolved Staff Comments | 17 |
| | 2 | Properties | 17 |
| | 3 | Legal Proceedings | 17 |
| | 4 | Submission of Matters to a Vote of Security Holders | 18 |
| PART II | 5 | Market for the Registrant's Common Stock and Related Stockholder Matters | 20 |
| | 6 | Selected Financial Data | 21 |
| | 7 | Management's Discussion and Analysis of Financial Condition and Results of Operations | 22 |
| | 7A | Quantitative and Qualitative Disclosures About Market Risk | 57 |
| | 8 | Consolidated Financial Statements and Supplementary Data | 60 |
| | 9 | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 60 |
| | 9A | Controls and Procedures | 60 |
| | 9B | Other Information | 60 |
| PART III | 10 | Directors and Executive Officers of the Registrant | 62 |
| | 11 | Executive Compensation | 62 |
| | 12 | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 62 |
| | 13 | Certain Relationships and Related Transactions | 62 |
| | 14 | Principal Accountant Fees and Services | 62 |
| PART IV | 15 | Exhibits, Financial Statements and Schedules | 63 |
| | | Signatures | 64 |
| | | Index to Financial Statements and Financial Statement Schedules | F-1 |
| | | Exhibits Index | E-1 |

# PART I.

## Item 1. *Business*

### General

The Chubb Corporation (Chubb) was incorporated as a business corporation under the laws of the State of New Jersey in June 1967. Chubb and its subsidiaries are referred to collectively as the Corporation. Chubb is a holding company for a family of property and casualty insurance companies known informally as the Chubb Group of Insurance Companies (the P&C Group). Since 1882, the P&C Group has provided property and casualty insurance to businesses and individuals around the world. According to A.M. Best, the P&C Group is the 10th largest U.S. property and casualty insurance group based on 2004 net written premiums.

At December 31, 2005, the Corporation had total assets of $48.1 billion and shareholders' equity of $12.4 billion. Revenues, income before income tax and assets for each operating segment for the three years ended December 31, 2005 are included in Note (14) of the Notes to Consolidated Financial Statements. The Corporation employed approximately 10,800 persons worldwide on December 31, 2005.

The Corporation's principal executive offices are located at 15 Mountain View Road, Warren, New Jersey 07059, and our telephone number is (908) 903-2000.

The Corporation's internet address is www.chubb.com. The Corporation's annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and amendments to those reports filed or furnished pursuant to Section 13(a) or 15(d) of the Securities Exchange Act of 1934 are available free of charge on this website as soon as reasonably practicable after they have been electronically filed with or furnished to the Securities and Exchange Commission. Chubb's Corporate Governance Guidelines, charters of certain key committees of its Board of Directors, Restated Certificate of Incorporation, By-Laws, Code of Business Conduct and Code of Ethics for CEO and Senior Financial Officers are also available on the Corporation's website or by writing to the Corporation's Corporate Secretary.

### Property and Casualty Insurance

The P&C Group is divided into four strategic business units. Chubb Commercial Insurance offers a full range of commercial customer insurance products, including coverage for multiple peril, casualty, workers' compensation and property and marine. Chubb Commercial Insurance is known for writing niche business, where our expertise can add value for our agents, brokers and policyholders. Chubb Specialty Insurance offers a wide variety of specialized professional liability products for privately and publicly owned companies, financial institutions, professional firms and healthcare organizations. Chubb Specialty Insurance also includes our surety business. Chubb Personal Insurance offers products for individuals with fine homes and possessions who require more coverage choices and higher limits than standard insurance policies. Reinsurance Assumed includes the business produced by Chubb Re. In December 2005, the Corporation transferred its ongoing reinsurance assumed business to Harbor Point Limited. For a further discussion of this transaction, see the Property and Casualty Insurance — Transfer of Ongoing Reinsurance Assumed Business section of Management's Discussion and Analysis of Financial Condition and Results of Operations (MD&A).

The P&C Group provides insurance coverages principally in the United States, Canada, Europe, Australia, and parts of Latin America and Asia. Revenues of the P&C Group by geographic area for the three years ended December 31, 2005 are included in Note (14) of the Notes to Consolidated Financial Statements.

The principal members of the P&C Group are Federal Insurance Company (Federal), Pacific Indemnity Company (Pacific Indemnity), Vigilant Insurance Company (Vigilant), Great Northern Insurance Company (Great Northern), Chubb Custom Insurance Company (Chubb Custom), Chubb National Insurance Company (Chubb National), Chubb Indemnity Insurance Company (Chubb Indemnity), Chubb Insurance Company of New Jersey (Chubb New Jersey), Texas Pacific Indemnity Company, Northwestern Pacific Indemnity Company, Executive Risk Indemnity Inc. (Executive Risk

Indemnity), Executive Risk Specialty Insurance Company (Executive Risk Specialty) and Quadrant Indemnity Company (Quadrant) in the United States, as well as Chubb Atlantic Indemnity Ltd. (a Bermuda company), Chubb Insurance Company of Canada, Chubb Insurance Company of Europe, S.A., Chubb Insurance Company of Australia Limited, Chubb Argentina de Seguros, S.A. and Chubb do Brasil Companhia de Seguros.

Federal is the manager of Vigilant, Pacific Indemnity, Great Northern, Chubb National, Chubb Indemnity, Chubb New Jersey, Executive Risk Indemnity, Executive Risk Specialty and Quadrant. Federal also provides certain services to other members of the P&C Group. Acting subject to the supervision and control of the boards of directors of the members of the P&C Group, Federal provides day to day executive management and operating personnel and makes available the economy and flexibility inherent in the common operation of a group of insurance companies.

*Premiums Written*

A summary of the P&C Group's premiums written during the past three years is shown in the following table:

| Year | Direct Premiums Written | Reinsurance Premiums Assumed(a) | Reinsurance Premiums Ceded(a) | Net Premiums Written |
|---|---|---|---|---|
| | | (in millions) | | |
| 2003 | $11,337.7 | $1,266.0 | $1,535.8 | $11,067.9 |
| 2004 | 12,001.3 | 1,397.7 | 1,346.1 | 12,052.9 |
| 2005 | 12,179.6 | 1,119.7 | 1,016.7 | 12,282.6 |

(a) Intercompany items eliminated.

The net premiums written during the last three years for major classes of the P&C Group's business are included in the Property and Casualty Insurance — Underwriting Results section of MD&A.

One or more members of the P&C Group are licensed and transact business in each of the 50 states of the United States, the District of Columbia, Puerto Rico, the Virgin Islands, Canada, Europe, Australia, and parts of Latin America and Asia. In 2005, approximately 80% of the P&C Group's direct business was produced in the United States, where the P&C Group's businesses enjoy broad geographic distribution with a particularly strong market presence in the Northeast. The four states accounting for the largest amounts of direct premiums written were New York with 12%, California with 10%, Texas with 5% and New Jersey with 5%. No other state accounted for 5% of such premiums. Approximately 11% of the P&C Group's direct premiums written was produced in Europe and 4% was produced in Canada.

*Underwriting Results*

A frequently used industry measurement of property and casualty insurance underwriting results is the combined loss and expense ratio. The P&C Group uses the combined loss and expense ratio calculated in accordance with statutory accounting principles. This ratio is the sum of the ratio of losses and loss expenses to premiums earned (loss ratio) plus the ratio of statutory underwriting expenses to premiums written (expense ratio) after reducing both premium amounts by dividends to policyholders. When the combined ratio is under 100%, underwriting results are generally considered profitable; when the combined ratio is over 100%, underwriting results are generally considered unprofitable. Investment income is not reflected in the combined ratio. The profitability of property and casualty insurance companies depends on the results of both underwriting operations and investments.

4

Exhibit 21.1

## THE CHUBB CORPORATION

### SUBSIDIARIES OF THE REGISTRANT

Significant subsidiaries at December 31, 2005 of The Chubb Corporation, a New Jersey corporation, and their subsidiaries (indented), together with the percentages of ownership, are set forth below.

| Company | Place of Incorporation | Percentage of Securities Owned |
|---|---|---|
| Federal Insurance Company | Indiana | 100% |
|   Vigilant Insurance Company | New York | 100 |
|   Pacific Indemnity Company | Wisconsin | 100 |
|     Northwestern Pacific Indemnity Company | Oregon | 100 |
|     Texas Pacific Indemnity Company | Texas | 100 |
|   Great Northern Insurance Company | Minnesota | 100 |
|   Chubb Insurance Company of New Jersey | New Jersey | 100 |
|   Chubb Custom Insurance Company | Delaware | 100 |
|   Chubb National Insurance Company | Indiana | 100 |
|   Chubb Indemnity Insurance Company | New York | 100 |
|   Executive Risk Indemnity Inc. | Delaware | 100 |
|     Executive Risk Specialty Insurance Company | Connecticut | 100 |
|     Quadrant Indemnity Company | Connecticut | 100 |
|   CC Canada Holdings Ltd. | Canada | 100 |
|     Chubb Insurance Company of Canada | Canada | 100 |
|   Chubb Insurance Company of Europe, S.A. | Belgium | 100 |
|   Chubb Insurance Company of Australia Limited | Australia | 100 |
|   Chubb Argentina de Seguros, S.A. | Argentina | 100 |
| Chubb Atlantic Indemnity Ltd. | Bermuda | 100 |
|   DHC Corporation | Delaware | 100 |
|     Chubb do Brasil Companhia de Seguros | Brazil | 99 |
| Bellemead Development Corporation | Delaware | 100 |
| Chubb Capital Corporation | New Jersey | 100 |
| Chubb Financial Solutions, Inc. | Delaware | 100 |
| Chubb Financial Solutions LLC | Delaware | 100 |

Certain other subsidiaries of Chubb and its consolidated subsidiaries have been omitted since, in the aggregate, they would not constitute a significant subsidiary.