Message

| | |
|---|---|
| **From**: | Haines, John K [/O=FAIRISAAC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JOHNHAINES] |
| **Sent**: | 6/16/2006 9:56:33 AM |
| **To**: | Waid, William P (Bill) [BillWaid@fairisaac.com] |
| **CC**: | Wachs, Lawrence C (Larry) [larrywachs@fairisaac.com] |
| **Subject**: | RE: Chubb Question |

More Financial Data

## THE CHUBB CORPORATION

### SUPPLEMENTARY FINANCIAL DATA

(Unaudited)

|  | Periods Ended December 31 | | | |
|---|---|---|---|---|
|  | Fourth Quarter | | Twelve Months | |
|  | 2005 | 2004 | 2005 | 2004 |
|  | *(in millions)* | | | |
| **PROPERTY AND CASUALTY INSURANCE** | | | | |
| Underwriting | | | | |
| Net Premiums Written............................................... | $3,097.3 | $3,080.2 | $12,282.6 | ######### # |
| Increase in Unearned Premiums........................................ | (17.7) | (55.1) | (106.6) | (417.2) |
| Premiums Earned.................................................... | 3,079.6 | 3,025.1 | 12,176.0 | 11,635.7 |
| Losses and Loss Expenses.............................................. | 1,899.2 | 1,892.6 | 7,813.5 | 7,320.9 |
| Operating Costs and Expenses.......................................... | 852.0 | 857.2 | 3,435.7 | 3,515.9 |
| Increase in Deferred Policy Acquisition Costs.......................... | (6.4) | (11.6) | (16.7) | (76.6) |
| Dividends to Policyholders............................................ | 3.9 | 7.6 | 22.9 | 29.4 |
| Underwriting Income.................................................. | 330.9 | 279.3 | 920.6 | 846.1 |
| Investments | | | | |
| Investment Income Before Expenses.................................... | 349.8 | 322.0 | 1,342.3 | 1,207.0 |
| Investment Expenses.................................................. | 6.4 | 5.5 | 27.0 | 22.7 |

**EXHIBIT 8**

Confidential - Attorneys' Eyes Only

FICO0001895

| | | | | |
|---|---|---|---|---|
| Investment Income................................................... | 343.4 | 316.5 | 1,315.3 | 1,184.3 |
| Other Income (Charges).................................................. | 2.3 | (1.0) | (.6) | (4.7) |
| **Property and Casualty Income............................…** | **676.6** | **594.8** | **2,235.3** | **2,025.7** |
| CHUBB FINANCIAL SOLUTIONS NON-INSURANCE BUSINESS.................................................. | 1.0 | (.2) | (6.2) | (17.2) |
| CORPORATE AND OTHER.................................................. | (17.7) | (33.5) | (165.6) | (158.5) |
| CONSOLIDATED OPERATING INCOME BEFORE INCOME TAX......................................... | 659.9 | 561.1 | 2,063.5 | 1,850.0 |
| Federal and Foreign Income Tax........................................... | 166.9 | 140.1 | 485.3 | 447.6 |
| **CONSOLIDATED OPERATING INCOME...........................................** | **493.0** | **421.0** | **1,578.2** | **1,402.4** |
| REALIZED INVESTMENT GAINS AFTER INCOME TAX........................................…. | 121.4 | 46.6 | 247.7 | 146.0 |
| **CONSOLIDATED NET INCOME...........................................** | **$ 614.4** | **$ 467.6** | **$ 1,825.9** | **#########** |
| PROPERTY AND CASUALTY INVESTMENT INCOME AFTER INCOME TAX............................................................…............…  | $ 275.5 | $ 253.5 | $ 1,055.9 | ######### |

John Haines | Director Sales EDM Technologies Eastern Region

Fair Isaac Corporation | Enterprise Decision Management Technologies

338 Woodbury Road Cold Spring Harbor, NY 11724

Office: (631) 367-3665 | Cell: (516) 982-9341 | Fax: (631) 367-8270

Email: johnhaines@fairisaac.com

Confidential - Attorneys' Eyes Only

-----Original Message-----
From: Waid, William P (Bill)
Sent: Friday, June 16, 2006 10:47 AM
To: Haines, John K
Cc: Wachs, Lawrence C (Larry)
Subject: Re: Chubb Question

What are the annual revenues?


-----Original Message-----
From: Haines, John K
To: Waid, William P (Bill)
CC: Wachs, Lawrence C (Larry)
Sent: Fri Jun 16 09:32:45 2006
Subject: Chubb Question

Bill,



Chubb is inquiring again about an Enterprise Price but they want to know if this would include International. I have attached the quote for your review but I think that if they wanted to do an ELA then for this price we could grant them Global Rights. They may need more Dev Seats beyond the 10 so maybe we bump it to a 30 Pack.



Please let me know your thoughts.



John Haines | Director Sales EDM Technologies Eastern Region

Fair Isaac Corporation | Enterprise Decision Management Technologies

338 Woodbury Road Cold Spring Harbor, NY 11724

Office: (631) 367-3665 | Cell: (516) 982-9341 | Fax: (631) 367-8270

Email: johnhaines@fairisaac.com <mailto:billwaid@fairisaac.com>

Confidential - Attorneys' Eyes Only

Confidential - Attorneys' Eyes Only

FICO0001898