Message

| | |
|---|---|
| **From**: | Sawyer, Michael L (Mike) [/O=FAIRISAAC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MIKESAWYER] |
| **Sent**: | 11/14/2008 8:19:33 AM |
| **To**: | Schreiber, Russell (Russ) [RussSchreiber@fairisaac.com] |
| **Subject**: | Chubb |
| **Attachments**: | 30073_ChubbandSon_SftwrLicMaintAgmt-Blaze_6-30-06.pdf; 30274_ChubbandSon_Blaze_Amend1-toSftwrLicMaintAgmt_8-1-06.pdf; 33073_ChubbandSon_Blaze_AmendTwo-toSLSA_12-28-06.pdf; chubb8316.pdf; FI_Email-Footer_05.jpg |

Russ -

I have attached 4 PDFs.  The first three are the SLSA and subsequent expansion amendments.  The fourth is their 2007 annual report.  Take a look at page 26 & 27 of the annual report.

Mike Sawyer

|Manager, Client Service - Insurance | Fair Isaac Corporation |Boston, MA|

Office | 617.589.4651
Mobile| 617.401.1380

 <http://www.myinteract.com/>

EXHIBIT 12

Confidential - Attorneys' Eyes Only                                                                                    FICO0002101



# THE CHUBB CORPORATION
## Annual Report 2007

*Service:*
*The Chubb Difference*

FICO0002123

## The Chubb Corporation

### Officers

*Chairman, President and
Chief Executive Officer*
JOHN D. FINNEGAN

*Lead Director*
JOEL J. COHEN

*Vice Chairman and
Chief Operating Officer*
THOMAS F. MOTAMED

*Vice Chairman and
Chief Administrative Officer*
JOHN J. DEGNAN

*Vice Chairman and
Chief Financial Officer*
MICHAEL O'REILLY

*Executive Vice Presidents*
NED I. GERSTMAN
MARJORIE D. RAINES

*Executive Vice President and
General Counsel*
MAUREEN A. BRUNDAGE

*Senior Vice Presidents*
DANIEL J. CONWAY
FREDERICK W. GAERTNER
PAUL R. GEYER
MARK E. GREENBERG
ANDREW A. MCELWEE, JR.
GLENN A. MONTGOMERY
HENRY B. SCHRAM
ROBERT M. WITKOFF

*Vice Presidents*
STEPHEN A. FULLER
MARC R. HACHEY
MARYLU KORKUCH
ROBERT A. MARZOCCHI
THOMAS J. SWARTZ, III
STEVEN M. VERSAGGI

*Vice President, Corporate
Counsel and Secretary*
W. ANDREW MACAN

*Vice President and Treasurer*
DOUGLAS A. NORDSTROM

## Chubb & Son, a division of Federal Insurance Company

### Officers

*Chairman and
Chief Executive Officer*
JOHN D. FINNEGAN

*President and
Chief Operating Officer*
THOMAS F. MOTAMED

*Executive Vice Presidents*
ROBERT C. COX
JOHN J. DEGNAN
JUNE E. DREWRY
SUNITA HOLZER
PAUL J. KRUMP
ANDREW A. MCELWEE, JR.
HAROLD L. MORRISON, JR.
MICHAEL O'REILLY
DINO E. ROBUSTO
JANICE M. TOMLINSON

*Executive Vice President and
General Counsel*
MAUREEN A. BRUNDAGE

*Administrative Committee*
W. BRIAN BARNES
MAUREEN A. BRUNDAGE
TERRENCE W. CAVANAUGH
ROBERT C. COX
JOHN J. DEGNAN
JUNE E. DREWRY
JOHN D. FINNEGAN
MARK E. GREENBERG
SUNITA HOLZER
PAUL J. KRUMP
ANDREW A. MCELWEE
HAROLD L. MORRISON
THOMAS F. MOTAMED
MICHAEL O'REILLY
DINO E. ROBUSTO
HENRY B. SCHRAM
JANICE M. TOMLINSON

*Senior Vice Presidents*
VALERIE A. AGUIRRE
JAMES E. ALTMAN
JOHN C. ANDERSON
JOEL D. ARONCHICK
WILLIAM D. ARRIGHI
GREGORY P. BARABAS
DONALD E. BARB
JOHN A. BARRETT
MARK L. BERTHIAUME
JON C. BIDWELL
PETER G. BOCCHER
JULIA T. BOLAND
JAMES P. BRONNER
DEBORAH L. BRONSON
ALAN C. BROWN
R. JEFFERY BROWN
TIMOTHY D. BUCKLEY
GERARD M. BUTLER
JOHN F. CASELLA
MICHAEL J. CASELLA
TERRENCE W. CAVANAUGH
GARDNER R. CUNNINGHAM, JR.
ROBERT F. DADD
DAVID S. DALTON
JAMES A. DARLING
GARY R. DELONG
CHRISTOPHER N. DI SIPIO
TIMOTHY R. DIVELEY
KATHLEEN M. DUBIA
MARK D. DUGLE
ALEXIS R. DURCAN, JR.

MARY M. ELLIOTT
KATHLEEN S. ELLIS
TIMOTHY T. ELLIS
MICHELE N. FINCHER
PHILIP W. FISCUS
THOMAS V. FITZPATRICK
PHILIP G. FOLZ
PAUL W. FRANKLIN
ANTHONY S. GALBAN
THOMAS J. GANTER
MICHAEL GARCEAU
JAMES E. GARDNER
JOHN C. GIBSON, JR.
CHRISTOPHER J. GILES
JOHN H. GILLESPIE
BAXTER W. GRAHAM
JEFFREY S. GRANGE
RICK A. GRAY
MARK E. GREENBERG
DONNA M. GRIFFIN
CHARLES S. GUNTER
MARC R. HACHEY
JAMES R. HAMILTON
STEVEN D. HERNANDEZ
JEFFREY HOFFMAN
KEVIN G. HOGAN
KIM D. HOGREFE
PATRICIA A. HURLEY
GERALD A. IPPOLITO
HOPE JARVIS
DORIS M. JOHNSON
BETTINA F. KELLY
JOHN J. KENNEDY
JAMES P. KNIGHT
MARK P. KORSGAARD
ERIC T. KRANTZ
ULLI KRELL
JOHN B. KRISTIANSEN
ANDREW N. LAGRAVENESE
JAMES V. LALOR
KATHLEEN S. LANGNER
PAUL A. LARSON
KEVIN J. LEIDWINGER
PAUL L. LEWIS
ROBERT A. LIPPERT
BEVERLY J. LUEHS
AMELIA C. LYNCH
MICHAEL J. MALONEY
MICHAEL L. MARINARO
KATHLEEN P. MARVEL
ROBERT A. MARZOCCHI
DAVID P. MC KEON
MICHELLE D. MIDDLETON
ROBERT P. MIDWOOD
JOHN J. MIZZI
ELLEN J. MOORE
FRANK MORELLI
LYNN S. NEVILLE
FRANCES D. O'BRIEN
MOSES I. OJEISEKHOBA
MICHAEL W. O'MALLEY
MICHAEL D. OPPE
ROLANDO A. ORAMA
DANIEL A. PACICCO
NANCY D. PATE-NELSON
JANE M. PETERSON
GARY C. PETROSINO
STEVEN R. POZZI
EDWARD J. RADZINSKI
BARBARA RING
CHRISTOPH C. RITTERSON
ERIC M. RIVERA
JAMES C. ROMANELLI
EVAN J. ROSENBERG
JUDITH A. SAMMARCO

TIMOTHY M. SHANNAHAN
RICHARD I. SIMON
MICHAEL A. SLOR
KEVIN G. SMITH
GAIL W. SOJA
RICHARD P. SOJA
JODY E. SPECHT
EDWARD G. SPELL
SCOTT R. SPENCER
KURT R. STEMMLER
KENNETH J. STEPHENS
JOHN M. SWORDS
TIMOTHY J. SZERLONG
JOEL M. TEALER
CLIFTON E. THOMAS
BRUCE W. THORNE
KATHLEEN M. TIERNEY
GARY TRUST
PETER J. TUCKER
WILLIAM P. TULLY
WILLIAM C. TURNBULL, JR.
MICHELE E. TWYMAN
JEFFREY A. UPDYKE
SUSAN M. VELLA
PETER H. VOGT, II
CHARLES J. WALKONIS
SUSAN C. WALTERMIRE
CAROLE J. WEBER
JAMES L. WEST
JEREMY N.R. WINTER

*Senior Vice President and
Chief Accounting Officer*
HENRY B. SCHRAM

*Senior Vice President and
Chief Actuary*
W. BRIAN BARNES

*Senior Vice Presidents and
Actuaries*
JAMES E. BILLER
LINDA M. GROH
ROBERT J. HOPPER
ADRIENNE B. KANE
MICHAEL F. MCMANUS
KEITH R. SPALDING

*Senior Vice President and
Deputy General Counsel*
JUDITH A. HEIM

*Senior Vice Presidents and
Associate General Counsels*
MATTHEW CAMPBELL
SUZANNE JOHNSON
KIRK J. RASLOWSKY
LINDA F. WALKER

*Senior Vice President and
Treasurer*
DOUGLAS A. NORDSTROM

*Vice Presidents*
JAMES R. ABERCROMBIE
JILL A. ABERE
DEREK R. ADAMS
WILLIAM M. ADAMS
ELIZABETH A. AGUINAGA
JAMES D. ALBERTSON
BRENDA I. ALBIAR
GEORGE N. ALLPORT
ANGELA W. ALPER
MARY S. AQUINO
MICHAEL ARCURI

RONALD J. ARIGO
BRENDAN ARNOTT
DOROTHY M. BADGER
SYBIL O. BAFFOE
KIRK O. BAILEY
GREGORY W. BANGS
ACHILES I. BARBATSOULIS
DAVID A. BARCLAY
FRANCES M. BARFOOT
CYNTHIA L. BARNHART
RICHARD W. BARNETT
WILLIAM E. BARR, JR.
DAVID BAUMAN
JOHN L. BAYLEY
ARTHUR J. BEAVER
WILLIAM R. BELL, III
DONNA A. BELVEDERE
R. KERRY BESNIA
DAVID H. BISSELL
STANLEY V. BLOOM
JULIE BOND
ODETTE M. BONVOULOIR
CHARLES A. BORDA
DANIEL J. BOSOLD
DENNIS L. BOSTEDO, JR.
JEFFREY M. BROWN
JEFF H. BRUNDRETT
JOHN E. BRYER, III
JOHN A. BURKHART, III
JAMES D. BUTCHART
SABINE B. CAIN
WALTER K. CAIN
RONALD CALAVANO
W. MICHAEL CAMFIELD
JAMES M. CARSON
JOHN C. CAVANAUGH
MICHAEL A. CHANG
BARNES L. CHATELAIN
KENNETH CHUNG
RICHARD A. CIULLO
THOMAS C. CLANSEN
LAURA B. CLARK
FRANK L. CLAYBROOKS
ARTHUR W. COHEN
RICHARD N. CONSOLI
JUDITH A. COOK
ROBERTA CORBETT
BRIAN B. COTTONE
EDWIN E. CRETER
RAYMOND L. CRISCI, JR.
WILLIAM S. CROWLEY
TIMOTHY E. DADIK
CHRISTINE A. DART
MICHAEL D. DAUGHERTY
MARK W. DAVIS
JANET DECOSTRO
DAVID S. DEETS
CAROL A. DEFRANCE
MICHAEL C. DEMARCO
PHILLIP C. DEMMEL
SUSAN DEVRIES AMELANG
JOANNE C. DIAMOND
DEBRA A. DIKEN
JAMES S. DOBSON
ROBERT J. DONNELLY
BRIAN J. DOUGLAS
WENDY J. DOWD
ALFRED C. DROWNE
KEITH M. DUNFORD
LESLIE L. EDSALL
RICHARD J. EDSALL
TIMOTHY D. EHRHART
JAMES P. EKDAHL
ROBERT C. ELLIS, JR.
VICTORIA S. ESPOSITO

HEATHER S. EVANS
CRAIG M. FARINA
TIMOTHY J. FARR
THOMAS J. FAZIO
DREW A. FELDMAN
AMY L. FELLER
KAREN E. FEUERHERM
JEFFREY B. FISCHER
JAMES A. FISKE
BRIAN J. FLYNN
PETER A. FLYNN
PATRICK G. FOUCHE
JILL A. FRANCIS
JOHN B. FUOSS
FREDERICK W. GAERTNER
EILEEN L. GALLAGHER
TREVOR S. GANDY
WALLACE W. GARDNER, JR.
DONALD M. GARVEY, JR.
MARK D. GATLIFF
IRENE T. GAUGHAN
PATRICK GERRITY
NED I. GERSTMAN
RALPH GIORDANO
KAREN R. GLADDEN
AARON GOLDSTEIN
CHRISTINE GOMES
EUGENE B. GOODRIDGE
FRANK F. GOUDSMIT
ANNE S. GOUIN
PERRY S. GRANOF
CRAIG M. GRANT
JOSEPH GRESIA, JR.
PATRICIA L. HALL
NANCY HALPIN-BIRKNER
ROBERT A. HAMBURGER
NOEL P. HANNON
RICHARD W. HARAN
PATRICIA F. HARRIS
PETER J. HARRISON
WILLIAM R. HARRISON
GARY L. HEARD
MICHAEL W. HEEMBROCK
LYNNE J. HEIDELBACH
RANDOLPH L. HEIN
LORRAINE C. HEINEN
RAYMOND HENDRICKSON
FREDERICK P. HESSENTHALER
STEVEN M. HILL
PAMELA D. HOFFMAN
EDWARD I. HOWARD
MICHAEL S. HOWEY
THOMAS B. HOWLAND
JOAQUIN O. HOYOS
ANTHONY IOVINE
ROBERT A. ISKOLS
MICHAEL E. JACKSON
STEVEN JAKUBOWSKI
MARK S. JAMES
JOHN M. JEFFREY
COLLEEN A. JENNINGS
BRADLEY M. JOHN
LATRELL JOHNSON
KENNETH C. JONES
LISA M. JONES
JOHN J. JUAREZ, JR.
CELINE E. KACMAREK
ARVIND KAPOOR
DENNIS C. KEARNS
JAMES P. KEBBEKUS
DAVID L. KEENAN
DEBRA ANN KEISER
ROBERT G. KELLY
TIMOTHY J. KELLY
AMY F. KENDALL

THOMAS R. KERR
ELSBETH KIRKPATRICK
JEFFREY KNEESHAW
CILLE KOCH
JOSEPH M. KORKUCH
DIETER W. KORTE
KATHLEEN W. KOUFACOS
JOSEPH E. KOZLOWSKI
EDGAR KROEZE
RALPH LA CANNA
KATHLEEN V. LAFEMINA
ANNE LA FONTAINE
BARBARA J. LANGIONE
TERRI L. LATHAN
MARY M. LEAHY
JAMES W. LENZ
KELLY LEWIS
ROBERT D. LINDBERG
FREDERICK W. LOBDELL
MARK A. LOCKE
DONNA M. LOMBARDI
MATTHEW E. LUBIN
JOHN W. LUTHRINGER
ROBERT LYNCH
DAVID E. MACK
MICHAEL G. MANGINI
LEONA E. MANTIE
KEITH D. MARKS
JOHN C. MARQUES
PATRICIA S. MARTZ
BRIAN MATES
EILEEN G. MATHEWS
RICHARD D. MAUK
ANTHONY MCCULLER
ELIZABETH MCDAID
SANDRA K. MC DANIEL
FRANCES K. MC GUINN
PENNY L. MCGUIRE
MICHELLE MCLAUGHLIN
EDWARD J. MCLOUGHLIN, JR.
NEIL W. MCPHERSON
DENISE B. MELICK
ROBERT MEOLA
ALLISON W. META
SCOTT D. MEYERS
ANN M. MINZNER CONLEY
JOSEPH D. MISKELL
TIMOTHY L. MOEHLENPAH
ANDREA M. MOLLICA
GREGORY E. MONROE
TERRY D. MONTGOMERY
MICHAEL K. MOONEY
PAUL N. MORRISSETTE
RICHARD P. MUNSON
PATRICK P. MURPHY
JEFFERY A. NEIGHBORS
RUTH T. NELSON
JENNIFER K. NEWSOM
CATHERINE J. NIKODEN
DAVID B. NORRIS, JR.
NANCY A. O'DONNELL
STEPHEN S. OH
KELLY P. O'LEARY
THOMAS P. OLSON
JOHN A. O'MARA
KATHLEEN A. ORENCZAK
JOHN S. OSABEN
MARK C. PACCIONE
CATHERINE M. PADALINO
PETER PALERMO
MICHAEL PALUMBO
CHRISTOPHER PARKER
LOUISE T. PATREGNANI
JOANNA B. PERRON
AUDREY L. PETERSEN

## Chubb & Son, a division of Federal Insurance Company (continued)

### Officers

Jeffrey Peterson
Irene D. Petillo
Donald W. Petrin
Michael S. Phillips
Mary Beth Pittinger
Robert J. Price
Ramona D. Pringle
Scott F. Pringle
Jennifer L. Proce
James H. Proferes
William J. Puleo
Danette Purkis
David L. Pych
Robert S. Rafferty
Marjorie D. Raines
Richard D. Reed
Richard P. Reed
Robert Reedy
Walead A. Refai
Michael K. Reicher, II
James L. Rhyner
Merrily Riesebeck
Gary V. Rispoli

Nicholas Rizzi
Mark J. Robinson
Anne Rocco
Edward F. Rochford
Beatriz Rodriguez
Thomas J. Roessel
Jorge A. Rosas
June A. Rose
Victoria S. Rossetti
Jeffrey W. Ryan
Ruth M. Ryan
Carolyn M. Salapa
Barbara N. Sandelands
Franklin D. Sanders, Jr.
Robert F. Santoro
Eric D. Schall
Melissa P. Scheffler
Anthony C. Schiavone
Robert F. Schmid
Michael A. Schraer
Robert D. Schuck
Russell J. Schuren
Mark L. Schussel

Roma K. Seudat
Mary T. Sheridan
Leigh A. Sherman
Kristine A. Shields
Anthony W. Shine
Donald L. Siegrist, Jr.
Jason Skrant
Patricia S. Smith
Scott E. Smith
T. Clarke Smith, III
Richard E. Soleau
Veronica Somarriba
Victor J. Sordillo
Peter D. Spicer
Mario A. Stassi
Brian J. Steele
Victor C. Stewman
Lloyd J. Stoik
Michael C. Strakhov
Beth A. Strapp
Dorit D. Straus
Robert K. Streeter
Jacquelyn C. Strobel

Patrick F. Sullivan
Scott B. Teller
James S. Thieringer
Jonathan Thomas
Charles E. Thompson
Eric W. Thompson
Peter J. Thompson
John J. Tomaine
Dionysia G. Toregas
Richard E. Towle
Joel S. Townsend
J. Tracy Tucker
John T. Tucker
Roy C. Tyson, III
Richard L. Ughetta
Paula C. Umreiko
Louise E. Vallee
Nivaldo Venturini
Bennett C. Verniero
Tracey A. Vispoli
John T. Volanski
Richard Vreeland
Kevin M. Waldron

Christine Wartella
Walter B. Washington
Maureen B. Waterbury
Ryan L. Watson
Gregory Wells
Janece E. White
Patricia S. Whitehouse
David B. Williams
Grenes Eugene Williams
Owen E. Williams
Thomas R. Wing, Jr.
Suzanne L. Witt
Barbara A. Wittick
Bert Wolff, Jr.
Archyne S. Woodard
Gary C. Woodring
Steven Yacik
Jack S. Zacharias
John J. Zanzalari
Stephen J. Zappas
Ann H. Zaprazny
Cynthia Zegel
Dominick Zenzola

*Vice President and Secretary*
W. Andrew Macan

*Vice Presidents and Actuaries*
Peter V. Burchett
Joseph E. Freedman
Hye-Sook Kang
Kevin A. Kesby
Shu C. Lin
Kraig P. Peterson

*Vice President and Coverage Counsel*
Louis Nagy

*Vice Presidents and Associate Counsels*
Gail Arkin
James W. Gunson
James Sharkey

## Federal Insurance Company

### Officers

*Chief Executive Officer*
John D. Finnegan

*Chairman, President and Chief Operating Officer*
Thomas F. Motamed

*Senior Vice President and Chief Administrative Officer*
John J. Degnan

*Senior Vice President and Chief Financial Officer*
Michael O'Reilly

*Senior Vice President and General Counsel*
Maureen A. Brundage

*Senior Vice Presidents*
Brendon R. Allan
Stephen Blasina
Stanley V. Bloom
Paul Chapman
Michael Collins
Ian Cook
Andre Dallaire
Christopher J. Giles
Christopher Hamilton
Mark T. Lingafelter
Frederick W. Lobdell
Kevin O'Shiel
Gary C. Petrosino
Doreen Yip

*Vice Presidents*
James E. Altman
Paul Baldacchino
Kemsley Brennan
Roger C.P. Brookhouse
J. Airton Carvalho
Michael J. Casella
Terrence W. Cavanaugh
Jackie Chang
Bay Hon Chin
William C. Clarkson
Ann Maree Cook
Stephen De Gruchy
Mario Delrosso
Gregory D. Dodds
Jonathan Doherty

Matthew T. Doquile
Frederick W. Gaertner
Shasi Gangadharan
Ned I. Gerstman
Paul R. Geyer
Andrew R. Gourley
Baxter W. Graham
Rick A. Gray
Jason Howard
Michael S. Howey
George X.Z. Huang
Karen A. Humphreys
James E. Kerns
Helen Koustas
Christopher R. Lees
Irene Liang
Amelia C. Lynch

Robert A. Marzocchi
Dermot McComiskey
David P. Mc Keon
Mark B. Mitchell
Glenn A. Montgomery
David B. Norris, Jr.
Rolando A. Orama
Steven J. Ord
Emma Osborne
Matthew Pasterfield
Marjorie D. Raines
Jorge A. Rosas
Francis Row
Andrew Russell
Leo A. Schmidt
Henry B. Schram
John X. Stabelos

Jik C. Tay
Janice M. Tomlinson
Stephen P. Warren
Kyle Williams
Robert M. Witkoff
Esther Wong
Kiyoshi Yamamoto

*Vice President and Actuary*
W. Brian Barnes

*Vice President and Secretary*
W. Andrew Macan

*Vice President and Treasurer*
Douglas A. Nordstrom

## Chubb Insurance Company of Canada

### Officers

*Chairman*
Janice M. Tomlinson

*President and Chief Executive Officer*
Ellen J. Moore

*Senior Vice President and Chief Financial Officer*
Geoffrey D. Shields

*Senior Vice President, General Counsel and Secretary*
John F. Cairns

*Senior Vice Presidents*
Jean Bertrand
Nicole Brouillard
Giovanni Damiano
Paul N. Morrissette
James V. Newman

Andrew Steen
Susan Watts
David B. Williams

*Vice Presidents*
Barry Blackburn
LeeAnn Boyd

Dale Chow
Patricia Ewen
Paul Johnstone
Gale Lewis
Mary Maloney
Jeffrey Marit
Christina Mcavella

Robert Murray
Michel Rousseau

*Vice President and Actuary*
Philip Jeffery

## Chubb Insurance Company of Europe, S.A.

### Officers

*President and Chief Executive Officer*
Christopher J. Giles

*Senior Vice Presidents*
Paul Chapman
Gardner R. Cunningham, Jr.
Thierry Daucourt
Johannes Etten
Carolyn Hamilton
Andrew McKee
Carlos Merino
Moses I. Ojeisekhoba

Jalil Rehman
Fred Shurbaji
Bernardus Van Der Vossen
Paul R. Van Pelt
Simon Wood

*Senior Vice President and Chief Financial Officer*
Kevin O'Shiel

*Senior Vice President and Actuary*
Colin Crouch

*Vice President, General Counsel and Secretary*
Ranald T. I. Munro

*Vice Presidents*
David Adams
Jan Auerbach
Ron Bakker
Hubert Belanger
Thierry Bourguignon
Bernhard Budde
Robert Cage
David Casement
Fiona Cox
Bijan Daftari

Guillaume Deal
Mark Edmondson
Halcyon Ellis
Richard Eveleigh
Andrew Francis
David Gibbs
Marta Gomez-Llorente
Brian Hardwick
Erik Hassel
Simon Hayter
Isabelle Hilaire
Monique Kooijman
Neil Lee-Amies
Philippe Leostic

Andreas Luberichs
Daniel Maurer
Jeremy Miles
Simon Mobey
Miguel Molina
Tom Newark
Rene Nieuwland
Stuart Payne
Bjorn Petersen
Hugh Pollington
Jonathan Poole
John Roome
Feliciano Ruiz
Vittorio Scala

Henrik Schwiening
Covington Shackleford
Alan Sheil
Veronica Somarriba
Chris Tait
Peter Thomas
Michael Thyssen
Lynn Twinn
Monique Van Der Linden
Sophie Van T'il Leedham
Brian Vosloh
Bernd Wiemann
Nigel Williams
Miles Wright

FICO0002151