Message

| | |
|---|---|
| **From**: | Mike Sawyer [MikeSawyer@ficorp.onmicrosoft.com] |
| **Sent**: | 12/1/2015 4:13:23 PM |
| **To**: | Clayton Dukes [ClaytonDukes@fico.com] |
| **Subject**: | Chubb Blaze Applications.pptx |
| **Attachments**: | Chubb Blaze Applications.pptx |

Here's another one.



Confidential - Attorneys' Eyes Only

FICO0005450



# Chubb Blaze Projects

- **Chubb Specialty Lines**
  - Automated Renewal Processing (ARP) Phase 1 & 2
    - Main Contact: Henry Mirolyuz
  - Decision Point Underwriting Guidance
    - Main Contact: Henry Mirolyuz
  - Surety
    - Main Contact: Henry Mirolyuz
  - Web Quote
    - Main Contact: Miranda Courtman

- **Chubb Corporate Business Systems**
  - Premium Booking Decision Service (PVDS)
    - Main Contact: Michael Meyer
- **Chubb Commercial Lines**
  - Underwriting Referral
    - Main Contact: Pete Davis
- **Chubb Personal Lines**
  - Form Selection Project (Print)
    - Main Contact: Marry Higgins

- **Chubb International**
  - EUZ Automated Underwriting
    - Main Contact: Contact Henry Mirolyuz for current contact.

2   © 2014 Fair Isaac Corporation. Confidential.

FICO



Confidential - Attorneys' Eyes Only

FICO0005453