Message

| | |
|---|---|
| **From**: | Tom Carretta [tomcarretta@fico.com] |
| **Sent**: | 3/11/2016 8:41:48 PM |
| **To**: | andrew.hopp@chubb.com |
| **Subject**: | Chubb _FICO |
| **Attachments**: | Chubb and Sons 2016 License -Clean.doc |

Hello Andrew,

I understand the respective business teams have made some progress. While this process has elongated longer than expected and has been exasperated by finding two non-compliant applications outside the authorized U.S. territory, I am hopeful we will receive a substantive and reflective response on Monday as indicated by the Chubb business contact. In that regard, I am enclosing a draft framework agreement. It will require terms population based on the outcome of Monday's meeting.

I will follow up with you next week Tuesday latest. Thank you.

Tom Carretta

Vice President Legal and Associate General Counsel

**FICO**

tomcarretta@fico.com

www.fico.com

Rosedale Corporate Plaza

2665 Long Lake Road

Building C

Roseville, MN 55113 USA

Tel:  +1(612)-758-5494

Fax: +1(612-758-5201

Cell: +1(612)-205-0146

This message is confidential, may contain privileged information and is intended only for the recipient(s) named above. If you are not an intended recipient, do not review, disseminate, copy or otherwise distribute this email or its contents/attachments. If you feel you may have received this email in error, please immediately inform the sender and delete the email and any attachments. Information transmitted via the public internet is not secure and may be intercepted by third parties. Fair Isaac Corporation accepts no liability for any such interception or damages related thereto and similarly accepts no liability for any virus transmitted by this email or its contents.

EXHIBIT
**15**