| | |
|---|---|
| **Message** | |
| From: | Paul Swyny [paulswyny@fico.com] |
| Sent: | 3/21/2016 7:03:53 AM |
| To: | Mike Sawyer [MikeSawyer@ficorp.onmicrosoft.com]; Erwan Layman [ErwanLayman@fico.com]; James Chaban [jchaban@fico.com] |
| CC: | Pradeep Ballal [PradeepBallal@fico.com]; Russ Schreiber [RussSchreiber@fico.com]; Jeremy Chen [jeremychen@fico.com] |
| Subject: | RE: Blaze Advisor - help with trial license issue |

Mike,

Just to be clear, we should refrain from talking to the person from DWS who purport to be working on Blaze on behalf of Chubb, right?

We were put in touch with DWS via a post they made on our message board, requesting help.

Regards,

Paul Swyny
FICO Client Partner
Ph +61 448 886825

Sent from mobile device, please excuse spelling mistakes and abbreviations


On Mon, Mar 21, 2016 at 4:50 AM -0700, "Mike Sawyer" <MikeSawyer@fico.com> wrote:

Team –


I am not aware of any relationship between Chubb and Software AG.  As for Chubb and Blaze Advisor, we are currently in high level negotiations with Chubb to resolve a license breach issue.  Chubb's Blaze Advisor license was limited to use in the United States although they may acquire global rights to Blaze Advisor as part of our current negotiations.   Will Lansing will likely be speaking with Chubb in the next couple business days to try and resolve this issue.  Given sensitivity around this issue, I would appreciate if you do not speak with anyone about this and allow our negotiations here in the US to play out.


If your Chubb counterparts ask about their license rights, please just let them know you believe their rights were limited to use in the United States.


Please keep me updated on any discussions that take place.


Thank you,


**Mike Sawyer**

Client Partner, Insurance & Healthcare


**FICO**

**EXHIBIT 19**

Boston, MA

T  508 530 3116

C  617 401 1380

[mikesawyer@fico.com](mailto:mikesawyer@fico.com)

[www.fico.com](http://www.fico.com)

**From:** Erwan Layman
**Sent:** Monday, March 21, 2016 6:45 AM
**To:** James Chaban; Mike Sawyer
**Cc:** Paul Swyny; Pradeep Ballal; Russ Schreiber
**Subject:** RE: Blaze Advisor - help with trial license issue

Hi Jamie, Mike,

We are not totally sure, but we think this prospect may be one of those that got Blaze Advisor through the Software AG partnership. If you are aware of such an arrangement, let us know.

Thanks,

erwan

**From:** James Chaban
**Sent:** Monday, March 21, 2016 5:37 PM
**To:** Erwan Layman; Mike Sawyer
**Cc:** Paul Swyny; Pradeep Ballal; Russ Schreiber
**Subject:** Re: Blaze Advisor - help with trial license issue

Hi Erwan -

I'll refer you to Mike Sawyer CP for Chubb on this issue.

Mike – can you please help Erwan in APAC?

**Jamie Chaban**
Mobile  +1 484 994 7840

**From:** Erwan Layman
**Date:** Monday, March 21, 2016 at 1:05 AM
**To:** James Chaban
**Cc:** Paul Swyny, Pradeep Ballal
**Subject:** RE: Blaze Advisor - help with trial license issue

Hi Jamie,

Do you know if Chubb has a global/enterprise Blaze Advisor licence? We have a company, DWS in Melbourne (Australia), that claims to be doing work with/for Chubb. In case this turns out to be a new opportunity, we want to know whether there is any new licence revenue to be had.

Thanks,

erwan

**From:** Paul Swyny
**Sent:** Monday, March 21, 2016 11:17 AM
**To:** Pradeep Ballal; Erwan Layman
**Subject:** RE: Blaze Advisor - help with trial license issue

Thanks guys. Just be mindful you are not spending too much time on supporting someone who maybe should go via the support desk. Also, do Chubb have a global license etc

Regards,

Paul Swyny
FICO - Client Partner
Ph +61 04 4888 6825

---

**From:** Pradeep Ballal
**Sent:** 21/03/2016 1:58 PM
**To:** Erwan Layman; Paul Swyny
**Subject:** RE: Blaze Advisor - help with trial license issue

Thanks Erwan.

I can call Imran on his cell phone today and we can follow that up with a WebEx tomorrow. Let me call him within the next couple of hours and try to get some more information and we can follow that up with a WebEx session tomorrow.

Thank you,

Pradeep

**From:** Erwan Layman
**Sent:** Monday, March 21, 2016 10:56 AM
**To:** Paul Swyny; Pradeep Ballal
**Subject:** RE: Blaze Advisor - help with trial license issue

Hi Paul,

If I recall correctly, Chubb (in the US) is an existing BA user. In any case, a trial licence can be had from the FICO web site as part of the evaluation programme.

On this client's issue, today is a full day for me. I can offer tomorrow 1pm (SG) for a Webex if it's not too late.

e.

**From:** Paul Swyny
**Sent:** Monday, March 21, 2016 10:46 AM
**To:** Pradeep Ballal; Erwan Layman
**Subject:** RE: Blaze Advisor - help with trial license issue

Thanks, but are either of you two able to give Imran a call to see if or how we can help?

I'm not sure where Chubb got their Blaze license, but it may be via Software AG – I don't know for sure as they are not my account.

Regards,

Paul Swyny
Client Partner



Mobile  +61 44 888 6825
www.fico.com

**From:** Pradeep Ballal
**Sent:** Monday, 21 March 2016 1:40 PM
**To:** Paul Swyny
**Cc:** Erwan Layman
**Subject:** Re: Blaze Advisor - help with trial license issue

Confidential - Attorneys' Eyes Only

As far as I can remember Blaze license is not tied to a version, at least for the perpetual ones. That's why the Yarra Valley issue also got resolved the moment we used the old license with the new software. Unless things have changed or we have a different agreement with software ag. Erwan any thought or comments on this?

Thx

Pradeep

Sent from my iPhone

On 21 Mar 2016, at 10:34 AM, Paul Swyny <paulswyny@fico.com> wrote:

Pradeep, Erwan, anything on this?

**From:** Paul Swyny
**Sent:** Monday, 21 March 2016 9:38 AM
**To:** Pradeep Ballal; Erwan Layman
**Subject:** Blaze Advisor - help with trial license issue

Hi Pradeep, Erwan,

I contacted Imran today (on +61422678419) – he works for a medium sized consulting/software firm called DWS based here in Melbourne. It appears that he has an evaluation license for Blaze 7.3 (a 90 trial) and is trying to upgrade an earlier Blaze project to 7.3 but has run into some problems which I was unable to help with.

I'm not sure how he came across the trial license (can this be downloaded by anyone without getting their contact details?) but he's after some help from us and apparently we (via Jeremy) have suggested a webinar to help him with whatever he's trying to do.

Would either of you be able to contact him today to try and find out exactly what he's up to and what they are using Blaze for – I'm not sure if he was being secretive or just didn't really know as he was a techie.

Happy to discuss further if you'd like.

Regards,

Confidential - Attorneys' Eyes Only

Paul Swyny
Client Partner

<image001.png>

Mobile  +61 44 888 6825
www.fico.com

**From:** Pradeep Ballal
**Sent:** Saturday, 19 March 2016 2:43 AM
**To:** Peter Burns; Paul Swyny
**Cc:** Erwan Layman
**Subject:** Fwd: FICO Analytic Cloud Contact Submission

Hi Peter, Paul,

FYI, are you aware of this existing customer trying out our cloud?

Thx

Pradeep

Sent from my iPhone

Begin forwarded message:

**From:** Jeremy Chen <jeremychen@fico.com>
**Date:** 18 March 2016 at 11:38:32 PM SGT
**To:** Erwan Layman <ErwanLayman@fico.com>, Pradeep Ballal <PradeepBallal@fico.com>
**Subject: FW: FICO Analytic Cloud Contact Submission**

Erwan, Pradeep,

This person has been trying to upgrade a Blaze project on his own and has been struggling. I came to know this through his posts on our community site at https://community.fico.com/message/69415. He says that they are a potential buyer, but he seems to have an existing project that he's trying to upgrade.

Could you please reach out to him to find out what is going on?

Thanks

Confidential - Attorneys' Eyes Only
FICO0000720

Jeremy

**From:** "imran.aziz@dws.com.au" <imran.aziz@dws.com.au>
**Date:** Thursday, March 17, 2016 at 9:07 PM
**To:** ML_FAC_Platform <ML_FAC_Platform@fico.com>, ML_FAC_Products <ML_FAC_Products@fico.com>
**Subject:** FICO Analytic Cloud Contact Submission

First Name: Shaikh Imran

Last Name: Aziz

Email Address: imran.aziz@dws.com.au

Title: IT Consultant

Company: DWS

Phone: +61422678419

Extension: 123

Country: Australia

State:

Industry: Banking - Mortgage

Nature of Inquiry: Platform,FICO Products

Brief Description of request: Hi There, There are multiple question I need to ask on the community. How can I speed up the process. We are potential buyer of this product, hence need proper proper attention towards our issues. Please call me up on my cell and connect me to some of your technical person. I believe we might have to go through the webex meeting. Thanks Imran

This e-mail was sent from the Contact Us form on FICO Analytic Cloud.

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.