| | |
|---|---|
| Message | |
| **From**: | Brynteson, Oliver [/O=FAIRISAAC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=OLIVERBRYNTESON] |
| **Sent**: | 8/28/2012 11:12:28 AM |
| **To**: | Clark, Oliver James [OliverClark@fico.com] |
| **Subject**: | FW: Chubb - Personal Lines Insurance - Blaze Expansion and development opportunity |

**Oliver Brynteson** | Business Development

EMEA

# FICO

5th Floor Cottons Centre, Hays Lane,

London, SE1 2QP

Mobile: + 44 (0) 7940 912160

www.fico.com

**From:** Brynteson, Oliver
**Sent:** 28 August 2012 17:02
**To:** Hill, Richard
**Cc:** Lawrence, Gary (GaryLawrence@fico.com); Young, Nigel; Clark, Ernest (Ernie)
**Subject:** Chubb - Personal Lines Insurance - Blaze Expansion and development opportunity

Hi Richard,

I met with these guys from Chubb Personal Lines Insurance:

- Matthew Male: PM and Tech Analyst
- Paul Davy: BA
- Mark Wilson: Technical Architect

These guys are based in Fenchurch Street but were over at Cottons meeting a guy called Craig Worth (PM Blaze) and others so arranged to meet the three off them in Cottons while we had the opportunity.  They don't know much if anything about Blaze Advisor at the moment so are putting the feelers out there with the aim of building a go forward plan by the end of September.  As Blaze is already in the company and is well liked they are keen to go down that route rather than pull in another solution that will need to go through the US for approval and more than likely take 2years before anything happens.  They clearly need guidance on our offering and are keen for FICO to be involved in this process. It could present opportunities to sell additional software/upgrade (depending what is included on their Blaze ELA), consultancy and training.

EXHIBIT 20

Confidential                                                                                                                                                                                          FICO0002015

The budget for this work hasn't been fixed yet and there are discussions going internally about where this would come from, although this shouldn't be an issue according to Matthew.

Key points they mentioned:

- Enabling business users to amend rules themselves.  So a business user friendly front end was crucial.
- What if analysis – i.e. if a rule is changed how do this affect the rest of the system
- Pricing automation – particularly for their broker facing website (less important but was mentioned)
- Re-engineer and modernise – they currently have a myriad of different rules engines (4 implementations of rules engines apparently) and pieces of software and is viewed by the business that to improve they need to consolidate and move to a single platform to help them meet their business needs.  Blaze would therefore be a good fit.

I have invited them to attend the London Tools User Forum and have been given the all clear to offer a free entry.  They seemed keen to attend (Paul Davy will more than likely be the one to attend).  I have provided them with a number of FICO whitepapers and case studies that they have taken away to review.

I have provided the names of Richard Hill and Larry Jacobson as the go to people with FICO.

Next steps:

- Organise a follow up meeting with them either in Cottons or their Fenchurch Street offices with appropriate FICO resources – ASAP. (Oli and Rich)
- Chase for attendance of tools user forum (Oli)
- Understand current contract status (Rich)


**Oliver Brynteson** | Business Development

EMEA

# FICO

5th Floor Cottons Centre, Hays Lane,

London, SE1 2QP

Mobile:  + 44 (0) 7940 912160

www.fico.com


**From:** markwilson@chubb.com [mailto:markwilson@chubb.com]
**Sent:** 28 August 2012 14:40
**To:** Brynteson, Oliver
**Subject:** RE: Re Blaze Advisor Trial


Hi Oliver

Just to confirm as discussed earlier, we'll pop in around 3:30 for a quick hello, just for your records we are

Matthew Male,  PM and Tech Analyst
Paul Davy,      BA
and myself as Technical Architect

We work for Personal Lines Insurance based in Fenchurch St

Regards

Mark


| | |
|---|---|
| From: | "Brynteson, Oliver" <OliverBrynteson@fico.com> |
| To: | "markwilson@chubb.com" <markwilson@chubb.com> |
| Cc: | "Hill, Richard" <RichardHill@fico.com> |
| Date: | 28/08/2012 14:15 |
| Subject: | RE: Re Blaze Advisor Trial |


Hi Mark,

Thanks for the email.

I have just spoken to my colleague Richard Hill.  He confirmed that he will reach out to you shortly to catch up with you.

Is there a good time for Richard to call you today or tomorrow?

Best regards,
Oliver

**Oliver Brynteson** | Business Development
EMEA

**FICO**
5th Floor Cottons Centre, Hays Lane,
London, SE1 2QP
Mobile:  + 44 (0) 7940 912160
www.fico.com

**From:** markwilson@chubb.com [mailto:markwilson@chubb.com]
**Sent:** 28 August 2012 13:53
**To:** Brynteson, Oliver
**Subject:** Re Blaze Advisor Trial

Hi Oliver

I got your address from Gary's out of office message.

Confidential

I work for Chubb Europe in London. we have been doing a POC to see if/how Blaze could help in our insurance underwriting system. We have been playing a bit with the trial version and are getting to the point where we have more questions than answers. I also see from the FICO website there is a rules simulation tool that sounds like the sort of thing our business have been asking for.

Could you, or one of your colleagues please get in touch, Gary suggested one of the names below, but I have not been contacted by anybody. Could you please help?

Regards

Mark

----- Forwarded by Mark Wilson/EUZ/ChubbMail on 28/08/2012 13:47 -----

| | |
|---|---|
| From: | "Lawrence, Gary" <garylawrence@fico.com> |
| To: | "markwilson@chubb.com" <markwilson@chubb.com> |
| Date: | 14/08/2012 15:46 |
| Subject: | RE: Your Blaze Advisor Trial Download |

Dear Mark

Thanks very much for the background information. I am aware that we had some meetings before at Cottons (where we are also based!) yet I will let my colleagues expound on this and provide you with relevant contacts in US too.

Either Richard Hill, Client Partner, or Larry Jacobson, Insurance Specialist, will reach out to you soon to discuss your needs in greater depth.

Thanks

Gary

**From:** markwilson@chubb.com [mailto:markwilson@chubb.com]
**Sent:** 14 August 2012 12:26 PM
**To:** Lawrence, Gary
**Subject:** RE: Your Blaze Advisor Trial Download

Hi Gary

My full contact details are as follows:

Mark Wilson
106 Fenchurch Street
London
EC3M 5NB

020 7956 5550

Confidential                                                                                                                                                       FICO0002018

I believe one of our teams based in the Cottons Centre here in London have also used Blaze, my contacts there are Craig Worth, or Richard Johnson, if your colleagues have come across them. Unfortunately with summer holidays the first I can get a meeting with Craig is 28th August.

As for the application, its underwriting automation

Yes I have been going through our corporate governance standards etc hence I know Blaze is the preferred tool, and I can get a list of business areas that use it, but unfortunately finding actual Chubb contacts is not so clear. So if you have some actual names it might be very handy.

Regards

Mark


| | |
|---|---|
| From: | "Lawrence, Gary" <garylawrence@fico.com> |
| To: | "markwilson@chubb.com" <markwilson@chubb.com> |
| Date: | 14/08/2012 09:49 |
| Subject: | RE: Your Blaze Advisor Trial Download |


Hi Mark,

It would be good to find out more on your potential project needs around Blaze Advisor. Can you send me your full contact details please so I can pass on to appropriate colleagues who have had dealings with Chubb previously so they can discuss further with you directly?

At a high-level, are you considering rules-based applications for claims or underwriting automation and/or for fraud detection or other areas?

You are probably also aware that Chubb use Blaze Advisor in the US and my colleagues can provide further details if needed.

Regards
Gary

**From:** markwilson@chubb.com [mailto:markwilson@chubb.com]
**Sent:** 13 August 2012 2:49 PM
**To:** Lawrence, Gary
**Subject:** Re: Your Blaze Advisor Trial Download

Hi Gary

Apologies for the very long time in getting back to you, but I didn't want to engage with you too early. We have now been

given a formal remit to look into rules and Blaze to see if it will fit and to perform a PoC so that we can demonstrate the capabilities to our business users.

We are currently working on a draft outline of what a PoC should cover, I can get that to you as soon as its available. In the meantime it might be worth us having a quick phone call

Regards

Mark


From:     Gary Lawrence <garylawrence@fico.com>
To:       "markwilson@chubb.com" <markwilson@chubb.com>
Date:     19/03/2012 16:44
Subject:  Your Blaze Advisor Trial Download


Dear Mark,

Thank you for your interest in Fair Isaac® Blaze Advisor® business rules management system.

With Blaze Advisor, organizations can:
*Automate and maximize control over high volume operational decisions at unmatched processing speeds.
*Deploy and manage rules across all platforms from a centralized repository.
*Enable business users to change and manage rules without IT involvement
*Simulate and optimize your rules faster than the competition
*Inject predictive analytics into rules-based applications to increase precision and value.
*Develop SOA-based decision services to extend legacy systems while minimizing technical risk.

I'd like the opportunity to discuss why you're evaluating rules management technologies and quickly determine how, if and when Blaze Advisor can meet your future objectives.

Please contact me directly if you have interest in a Blaze Advisor personalized demonstration that could be shown within your specific industry and decision process requirements. For more information and demo support please visit:
http://brforum.fairisaac.com/blaze/

Kind regards,

Gary Lawrence
Business Development Consultant
FICO
London, England
Tel +44 (0)207 9408716
garylawrence@fairisaac.com

Confidential                                                                 FICO0002020

Fair Isaac is now FICO, please visit www.fico.com

**Mark Wilson | Technical Architect | Chubb Insurance Company of Europe SE**
106 Fenchurch Street, London, EC3M 5NB UK | Direct Line: 020 7956 5550 | Fax: | Mobile: n/a

This email (which includes any attachments) is confidential and intended to be read only by the person(s) to whom it is addressed. It may also be legally privileged or exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such an event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.
CHUBB INSURANCE COMPANY OF EUROPE SE - Registered office: 106 Fenchurch Street, London EC3M 5NB, England - a European company incorporated in England & Wales, registered under Company Number SE13, authorised and regulated by the Financial Services Authority. Main Number: +44 20 7956 5000. To view all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website http://www.chubb.com/corporate/chubb11887.html

```
This email and any files transmitted with it are confidential, proprietary
and intended solely for the individual or entity to whom they are
addressed.
If you have received this email in error please delete it immediately.
```

**Mark Wilson | Technical Architect | Chubb Insurance Company of Europe SE**
106 Fenchurch Street, London, EC3M 5NB UK | Direct Line: 020 7956 5550 | Fax: | Mobile: n/a

This email (which includes any attachments) is confidential and intended to be read only by the person(s) to whom it is addressed. It may also be legally privileged or exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such an event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.
CHUBB INSURANCE COMPANY OF EUROPE SE - Registered office: 106 Fenchurch Street, London EC3M 5NB, England - a European company incorporated in England & Wales, registered under Company Number SE13, authorised and regulated by the Financial Services Authority. Main Number: +44 20 7956 5000. To view all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website http://www.chubb.com/corporate/chubb11887.html

```
This email and any files transmitted with it are confidential, proprietary
and intended solely for the individual or entity to whom they are
addressed.
If you have received this email in error please delete it immediately.
```

**Mark Wilson | Technical Architect | Chubb Insurance Company of Europe SE**
106 Fenchurch Street, London, EC3M 5NB UK | Direct Line: 020 7956 5550 | Fax: | Mobile: n/a

**Who insures you doesn't matter. Until it does.**

Get the latest commentary and opinion from Chubb Insurance in the UK & Ireland at www.chubb-dialogue.co.uk

 Please consider the environment before printing

This email (which includes any attachments) is confidential and intended to be read only by the person(s) to whom it is addressed. It may also be legally privileged or exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such an event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.
CHUBB INSURANCE COMPANY OF EUROPE SE - Registered office: 106 Fenchurch Street, London EC3M 5NB, England - a European company incorporated in England & Wales, registered under Company Number SE13, authorised and regulated by the Financial Services Authority. Main Number: +44 20 7956 5000. To view all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website http://www.chubb.com/corporate/chubb11887.html
We are now able to offer an encrypted email capability for secure communication purposes. If you wish to take advantage of this service or learn more about it, please email securemyemail@chubb.com

```
This email and any files transmitted with it are confidential, proprietary
and intended solely for the individual or entity to whom they are addressed.
If you have received this email in error please delete it immediately.
```

**Mark Wilson | Technical Architect | Chubb Insurance Company of Europe SE**
106 Fenchurch Street, London, EC3M 5NB UK | Direct Line: 020 7956 5550 | Fax: | Mobile: n/a

This email (which includes any attachments) is confidential and intended to be read only by the person(s) to whom it is addressed. It may also be legally privileged or exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such an event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your

cooperation.

CHUBB INSURANCE COMPANY OF EUROPE SE - Registered office: 106 Fenchurch Street, London EC3M 5NB, England - a European company incorporated in England & Wales, registered under Company Number SE13, authorised and regulated by the Financial Services Authority. Main Number: +44 20 7956 5000. To view all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website http://www.chubb.com/corporate/chubb11887.html

Confidential