Calendar Entry
# Notice
Updated information from CN=Henry Mirolyuz/O=ChubbMail

| | |
|---|---|
| **Subject:** | Decision Simulator demo (added WebEx information) |
| **Chair:** | Henry Mirolyuz/ChubbMail |
| **Invitees** | |
| **Required (to):** | Alexander Pavlenko/ChubbMail@ChubbMail; Dejan Stojkovic/ChubbMail@ChubbMail; Ewen Setti/EUZ/ChubbMail@ChubbMail; Heidi M Clapprood/ChubbMail@ChubbMail; ken.kitamura@appcentrica.com; MikeSawyer@fico.com; Svjetlana Golubovic/ChubbMail@ChubbMail; Tony Zhang/ChubbMail@ChubbMail; Zorica Todorovic/ChubbMail@ChubbMail |
| **Optional (cc):** | Patrick F Sullivan/ChubbMail@ChubbMail |
| **When** | **Date** Wednesday 09/04/2013<br>**Time** 02:00 PM - 03:00 PM (1 hour) |

Please find WebEx information below:

Topic: Decision Simulator Overview
Date: Wednesday, September 4, 2013
Time: 3:00 pm, Eastern Daylight Time (New York, GMT-04:00)
Meeting Number: 746 175 983
Meeting Password: (This meeting does not require a password.)

-------------------------------------------------------
To join the online meeting (Now from mobile devices!)
-------------------------------------------------------
1. Go to https://fico.webex.com/fico/j.php?ED=220257427&UID=0&RT=MiMxMQ%3D%3D
2. If requested, enter your name and email address.
3. If a password is required, enter the meeting password: (This meeting does
not require a password.)
4. Click "Join".

To view in other time zones or languages, please click the link:
https://fico.webex.com/fico/j.php?ED=220257427&UID=0&ORT=MiMxMQ%3D%3D

-------------------------------------------------------
To join the teleconference only
-------------------------------------------------------
Provide your phone number when you join the meeting to receive a call back.
Alternatively, you can call: Call-in toll-free number: 1-888-7205952  (US)
Call-in number: 1-972-6757983  (US)
Show global numbers:
https://www.tcconline.com/offSite/OffSiteController.jpf?cc=3422595129
Conference Code: 342 259 5129

Confidential     EXHIBIT 27     FED001537_0001