| | |
|---|---|
| **From:** | CN=Henry Mirolyuz/O=ChubbMail |
| **Sent:** | Tuesday, September 3, 2013 10:07 AM |
| **To:** | Sawyer, Michael L (Mike) <MikeSawyer@fico.com> |
| **Subject:** | Re: Accepted: Decision Simulator demo |

Hi Mike,

I want to let you know that Ewen Setti from Chubb's London office will join this demo as well. If you could provide international dial-in number as part of WebEx information that would be great.

Thanks,

Henry

Henry Mirolyuz ● Senior Technical Analyst ● Chubb Specialty Insurance ● Chubb Group of Insurance Companies
82 Hopmeadow Rd • Simsbury, CT 06070 • Phone:(860) 408-2428 • Cell:(860) 294-6866 • * hmirolyuz@chubb.com

[IMAGE]
Accepted:  Decision Simulator demo

Wed 09/04/2013 3:00 PM - 4:00 PM

No Location Information

"Sawyer, Michael L (Mike)"
has accepted this meeting invitation

[IMAGE]

Confidential

EXHIBIT 28

FED008847_0001

Required:
Alexander Pavlenko/ChubbMail@ChubbMail, Dejan Stojkovic/ChubbMail@ChubbMail, ken.kitamura@appcentrica.com, MikeSawyer@fico.com, Svjetlana Golubovic/ChubbMail@ChubbMail, Zorica Todorovic/ChubbMail@ChubbMail


Optional:
Patrick F Sullivan/ChubbMail@ChubbMail

Confidential                                                                                                                                      FED008847_0002