| | |
|---|---|
| From: | Google Calendar <calendar-notification@google.com> |
| Sent: | Wednesday, September 4, 2013 1:59 PM |
| To: | Henry <hmirolyuz@chubb.com> |
| Subject: | Accepted: Decision Simulator demo (added WebEx information) @ Wed 4 Sep 2013 3pm - 4pm (ken.kitamura@appcentrica.com) |
| Attach: | invite.ics |

Ken Kitamura has accepted this invitation.

Decision Simulator demo (added WebEx information)

Please find WebEx information below:

Topic: Decision Simulator Overview
Date: Wednesday, September 4, 2013
Time: 3:00 pm, Eastern Daylight Time (New York, GMT-04:00)
Meeting Number: 746 175 983
Meeting Password: (This meeting does not require a password.)


-------------------------------------------------------
To join the online meeting (Now from mobile devices!)
-------------------------------------------------------
1. Go to https://fico.webex.com/fico/j.php?ED=220257427&UID=0&RT=MiMxMQ%3D%3D
2. If requested, enter your name and email address.
3. If a password is required, enter the meeting password: (This meeting does
not require a password.)
4. Click "Join".

To view in other time zones or languages, please click the link:
https://fico.webex.com/fico/j.php?ED=220257427&UID=0&ORT=MiMxMQ%3D%3D


-------------------------------------------------------
To join the teleconference only
-------------------------------------------------------
Provide your phone number when you join the meeting to receive a call back.
Alternatively, you can call:
Call-in toll-free number: 1-888-7205952  (US)
Call-in number: 1-972-6757983  (US)
Show global numbers:
https://www.tcconline.com/offSite/OffSiteController.jpf?cc=3422595129
Conference Code: 342 259 5129

When
Wed 4 Sep 2013 3pm – 4pm Eastern Time - Toronto
Calendar
ken.kitamura@appcentrica.com
Who

- 
Henry- organiser

Confidential

EXHIBIT 29

FED009164_0001

- Ken Kitamura- creator
- Heidi M Clapprood/ChubbMail
- Dejan Stojkovic/ChubbMail
- Zorica Todorovic/ChubbMail
- Alexander Pavlenko/ChubbMail
- Ewen Setti/EUZ/ChubbMail
- mikesawyer@fico.com
- Tony Zhang/ChubbMail
- Svjetlana Golubovic/ChubbMail
- Patrick F Sullivan/ChubbMail - optional


Invitation from Google Calendar

You are receiving this courtesy email at the account hmirolyuz@chubb.com because you are an attendee of this event.

To stop receiving future notifications for this event, decline this event. Alternatively, you can sign up for a Google account at https://www.google.com/calendar/ and control your notification settings for your entire calendar.

- invite.ics