CASE 0:16-cv-01054-DTS   Doc. 510-30   Filed 08/26/19   Page 1 of 4

Chris Ivey  -  3/14/2019
Fair Isaac Corporation vs. Federal Insurance Company, et al.

```
 1                  UNITED STATES DISTRICT COURT
                        DISTRICT OF MINNESOTA
 2      -----------------------------------------------------
        FAIR ISAAC CORPORATION,
 3
                          Plaintiff,
 4

 5         v.             Court File No. 16-cv-1054(WMW/DTS)

 6


 7      FEDERAL INSURANCE COMPANY,
        an Indiana corporation, and ACE
 8      AMERICAN INSURANCE COMPANY,
        a Pennsylvania corporation,
 9
                          Defendants.
10      -----------------------------------------------------

11

12


13                      VIDEO DEPOSITION OF

14                         CHRIS IVEY

15                       MARCH 14, 2019

16                         8:41 A.M.

17

18

19

20

21

22

23

24                                                    EXHIBIT
                                                        32
25
```

**EXHIBIT 32**

CASE 0:16-cv-01054-DTS Doc. 510-30 Filed 08/26/19 Page 2 of 4
Chris Ivey - 3/14/2019
Fair Isaac Corporation vs. Federal Insurance Company, et al.

**Page 134**

1 A. Okay.
2 Q. -- relating to the Document Print Project?
3 A. Correct.
4 Q. What does that relate to?
5 A. I don't recall that project.
6 (Exhibit Nos. 376 and 377 were marked for
7 identification.)
8 BY MS. JANUS:
9 Q. Showing you what's been marked as document 377,
10 this is a change order dated October 15, 2010, and
11 this is Extension of Rule Maintenance & Versioning
12 Strategy for Chubb Specialty Insurance, correct?
13 A. This is -- sorry, can you repeat that?
14 Q. What does this relate to?
15 A. Oh, sorry, yes, the Extension of Rule Maintenance
16 & Versioning Strategy for Chubb Specialty
17 Insurance.
18 Q. And what is that?
19 A. I don't know what the CSI project was, but it
20 sounds like we were helping them to walk through
21 issues that -- concerns they had about maintaining
22 and versioning their business rules.
23 Q. What does versioning business rules mean?
24 A. That would be like we talked earlier about how you
25 would implement a -- or change a rule or implement

**Page 135**

1 a rule and -- or change a rule in a test
2 environment and then promote it to production, so
3 it would take over a new version which you could
4 then -- you know, if things didn't go well, you
5 presumably roll back to the last version.
6 (Exhibit No. 378 was marked for identification.)
7 BY MS. JANUS:
8 Q. Showing you what's been marked as document 378.
9 MS. KLIEBENSTEIN: We missed 376. We can --
10 I mean, you can just stick it in there. Whatever.
11 This is 377. 375.
12 MS. JANUS: Oh, I have 376.
13 MS. KLIEBENSTEIN: You have it right there?
14 MS. JANUS: Oh, I bet -- what's your 375?
15 MS. KLIEBENSTEIN: Here's 375.
16 MS. JANUS: Yeah, okay. That's correct. So
17 can I have that -- 377 back?
18 THE WITNESS: 377 back?
19 MS. JANUS: Well, no, forget it. Just keep
20 that.
21 THE WITNESS: Okay.
22 MS. KLIEBENSTEIN: So this is 77?
23 MS. JANUS: Yep. And now you have 378?
24 THE WITNESS: I do.
25 MS. JANUS: Which is June 1, 2010? No.

**Page 136**

1 MS. KLIEBENSTEIN: October 29th.
2 THE WITNESS: October 29, yeah.
3 MS. JANUS: Okay. That's 378?
4 MS. KLIEBENSTEIN: Just put it on the next
5 one.
6 MS. JANUS: Right. I just don't know what --
7 378 -- okay -- October 29, 2010 Statement
8 of Work change order.
9 THE WITNESS: Correct.
10 BY MS. JANUS:
11 Q. Take a moment to review this and let me know what
12 it relates to.
13 A. It looks as though it's another consulting
14 assistance type of Statement of Work that talks to
15 kind of us bringing in some industry expertise
16 around insurance personal lines.
17 Q. Where are you looking?
18 A. Part ii.
19 Q. Where specifically?
20 A. Sorry. I guess I'm just talking generally over
21 the -- we're going to -- consulting assistance for
22 the following, that we would do an industry --
23 bringing -- consult them on an industry overview,
24 the rules taxonomy, rules harvesting, underwriting
25 rules use cases.

**Page 137**

1 Q. So generally, I -- obviously we can read the
2 document, but --
3 A. Right.
4 Q. -- what -- explain in your own words what this
5 Statement of Work would relate to then.
6 A. It generally sounds like -- okay. So it's in the
7 context of Center of Excellence, so it's a
8 continuation of the -- I think the education
9 around the -- of the Center of Excellence at
10 Chubb.
11 Q. And it's for 320 hours?
12 A. Correct.
13 Q. Based on this and other Statements of Work we've
14 seen, it appears that FICO had detailed knowledge
15 of Chubb's Center of Excellence?
16 A. I mean, I would assume that we knew what, yeah,
17 what Chubb was trying to achieve with the Center
18 of Excellence and that this was part of the
19 education, yeah.
20 Q. In connection with that, I take it that FICO would
21 have to have knowledge of how Blaze was being
22 used?
23 A. I mean, again, I think we -- you know, we
24 participated in enough of the projects here, based
25 on the Statements of Work, that we knew how it was

CASE 0:16-cv-01054-DTS Doc. 510-30 Filed 08/26/19 Page 3 of 4
Chris Ivey - 3/14/2019
Fair Isaac Corporation vs. Federal Insurance Company, et al.

**Page 138**

1 being used in those projects.
2 　　As far as the Center of Excellence, it
3 seems like the Center of Excellence is a little
4 more agnostic like we talked about where it's kind
5 of a Center of Excellence, so it's not based on
6 one specific project.
7 Q. Right. So it's more generalized, right?
8 A. Correct.
9 Q. And it relates presumably to all of the uses of
10 　 Blaze within the Chubb entities, correct?
11 A. Correct.
12 Q. We've seen Statements of Work that really aren't
13 　 related to a particular project as well, correct?
14 A. Correct.
15 Q. Those Statements of Work, some of them have
16 　 provided that FICO will provide general support to
17 　 Chubb in connection with Blaze, correct?
18 A. Correct.
19 Q. Showing you what's been marked as Exhibit 376,
20 　 this is an amendment dated November 5, 2010 and
21 　 it's an extension of time, correct?
22 A. Correct.
23 Q. Is that the primary purpose of this or are there
24 　 other --
25 A. It does seem to be the primary purpose of this.

**Page 139**

1 　 Wish to extend the timeframe. It seems like
2 　 they've changed the allocation of hours, but
3 　 essentially it's moving, yeah, little pieces
4 　 around.
5 　 (Exhibit No. 379 was marked for identification.)
6 　 BY MS. JANUS:
7 Q. Showing you what's been marked as Exhibit 379,
8 　 this is a Statement of Work dated July 8, 2011.
9 　 Take a moment to review this, let me know --
10 A. Yep. Okay.
11 Q. What does this relate to?
12 A. So this is another Blaze Advisor fundamentals job
13 　 course delivered to Chubb.
14 Q. Do you know whether there were additional
15 　 Statements of Work entered into after 2011?
16 A. I don't know.
17 Q. Are Statements of Work and the monies paid
18 　 pursuant to Statements of Work on top of
19 　 maintenance fees?
20 A. Yes.
21 Q. Or I should say in addition to maintenance fees?
22 A. Yes.
23 Q. Okay. And you said you don't know whether there
24 　 were additional Statements of Work entered into by
25 　 Chubb and FICO?

**Page 140**

1 A. I'm not aware. I don't know.
2 Q. Okay.
3 A. There may have been.
4 　 (Exhibit No. 380 was marked for identification.)
5 　 BY MS. JANUS:
6 Q. Showing you what's been marked as Deposition
7 　 Exhibit 380, this is a document that we are
8 　 producing today, Heather, that shows the payments
9 　 from Chubb to FICO. Have you -- you testified you
10 　 did not know what the payments from Chubb to FICO
11 　 were in total, correct?
12 A. That's correct.
13 Q. If you take a look at the last page of Exhibit
14 　 380, you see the line Total for Currency?
15 A. Yes.
16 Q. The number there is $6,619,560. Do you see that?
17 A. I do.
18 Q. Do you know whether that represents the amount
19 　 that Chubb has paid to FICO in connection with the
20 　 Blaze Advisor software and the professional
21 　 services it received?
22 A. I can't speak to that.
23 Q. Do you have any reason to think that that number
24 　 is inaccurate?
25 A. I mean, if -- I have no reason to believe that

**Page 141**

1 　 this isn't a document that shows all the payments
2 　 to FICO and that it totals 6.6 million if that's
3 　 what you're asking.
4 Q. Okay. We talked about the number of hours that
5 　 FICO spent providing professional services to
6 　 Chubb in connection with Blaze, correct?
7 A. Correct.
8 Q. Would it surprise you if it was more than 3,000
9 　 hours over the course of the license agreement?
10 A. It wouldn't surprise me based on what we've looked
11 　 at.
12 Q. Would you agree with me that FICO had in-depth
13 　 knowledge of the ways in which the Chubb group of
14 　 entities were using Blaze?
15 A. I think there were specific individuals at various
16 　 points in time, yes, that had knowledge of the
17 　 projects, to my knowledge.
18 　　I know territories are an issue here, so
19 　 I know that those resources were North American
20 　 based and would have been aware what I perceive to
21 　 be the North American projects that we were
22 　 working on.
23 Q. So sticking with your answer for a moment then, so
24 　 FICO had in-depth knowledge of the projects that
25 　 involved Blaze that were being carried out in

CASE 0:16-cv-01054-DTS Doc. 510-30 Filed 08/26/19 Page 4 of 4
Chris Ivey - 3/14/2019
Fair Isaac Corporation vs. Federal Insurance Company, et al.

**Page 142**

1 North America?
2 A. Yes.
3 Q. Let's talk about FICO's knowledge of projects in
4 other territories as well.
5 A. Okay.
6 Q. FICO had some knowledge, I take it, of projects
7 that Chubb was carrying out relating to Blaze in
8 the UK, correct?
9 A. In my review of Mike Sawyer's testimony, that's --
10 generally they were -- there was discussion of
11 this topic, yes.
12 Q. And so my question to you is, was FICO aware that
13 Chubb was using Blaze in the UK, in Europe?
14 A. I can't speak personally to it, but I will rely on
15 Mike Sawyer's testimony. I wouldn't presume to
16 dispute anything that was in his testimony.
17 Q. Sure. And so the answer is yes, that FICO was
18 aware that Chubb was using Blaze in Europe?
19     MS. KLIEBENSTEIN: Objection, asked and
20 answered.
21     THE WITNESS: I'll just --
22     BY MS. JANUS:
23 Q. I don't think -- okay.
24 A. Sorry.
25 Q. I get that you're relying on Mike Sawyer's

**Page 143**

1 testimony.
2 A. Yeah.
3 Q. I just haven't got an answer to the question yet.
4 Okay. So the question is, was FICO aware that
5 Chubb was using the Blaze software in Europe?
6 A. So I can't personally answer that because I don't
7 know, but I know that Mike Sawyer and Russ were
8 deposed on that topic. I don't know their
9 specific answers. I mean, it was obviously a long
10 testimony, so I'll have to rely on their knowledge
11 of it. I was not personally aware of any use.
12 Q. Sure. Okay. I get that.
13 A. Okay.
14     MS. JANUS: So let's maybe -- I'll circle
15 back to that in a moment, but can we just take a
16 quick --
17     THE WITNESS: Yeah.
18     MS. JANUS: -- 5-, 7-minute break and then
19 reconvene?
20     THE WITNESS: Yeah.
21     (Recess taken 1:20 p.m. to 1:29 p.m.)
22     BY MS. JANUS:
23 Q. So we were talking about FICO's knowledge of the
24 use of Blaze outside of the United States, and
25 you've been designated to testify about that topic

**Page 144**

1 pursuant to Topic 6 of the deposition notice
2 marked as 340, right?
3 A. Correct.
4 Q. Okay. And so my question was, did FICO know about
5 the use of Blaze outside of the United States by
6 Chubb or any affiliated entity?
7 A. Yep.
8 Q. And your answer was that you don't have personal
9 knowledge of that and that you have to defer to
10 the testimony of Mike Sawyer and Russell
11 Schreiber, correct?
12 A. Correct.
13 Q. And so what about Oliver Clark, did you review his
14 testimony?
15 A. I did review his testimony as well, yeah.
16 Q. Okay. So do you defer to that testimony as well?
17 A. I guess I can speak to what I believe they had
18 testified on if I'm sort of acting as
19 representative?
20 Q. Yeah. Yep.
21 A. I guess that's what -- now I realize what
22 you're --
23 Q. Yep. Yep.
24 A. So I believe that -- okay. In the testimony that
25 I read, I believe Mike and Russ knew of some

**Page 145**

1 limited use of -- whether it be a POC or something
2 they were doing in the UK. I don't recall if
3 Oliver had knowledge of that. He seemed like he
4 was more in the sales aspect of it, but I think
5 that Mike and Russ were available and I think that
6 Russ testified that he believed it to be very
7 small and sort of testing the waters type of thing
8 and that given we had a good relationship with
9 Chubb that -- that he -- you know, he knew of it
10 anyway that -- yeah.
11 Q. Okay. So there was knowledge that Chubb or an
12 affiliated entity was using Blaze in Europe? FICO
13 did have knowledge of use of Blaze in Europe?
14 A. Mike and Russ knew this, yes.
15 Q. Okay. And they were the primary people at FICO in
16 charge of the Chubb account, correct?
17 A. They were the sales teams in charge of the Chubb
18 account, or the sales personnel, yes.
19 Q. Okay. Well -- and is that sort of the primary
20 person in charge of the --
21 A. Yes.
22 Q. -- account?
23 A. Sorry. Yes. Yes.
24 Q. Okay. Was there any assistance provided by FICO
25 for Chubb's use of Blaze outside of the United