# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, )<br><br>Defendants. ) | Case No. 16-cv-1054 (WMW/DTS) |

## STATEMENT OF NO REDACTION

Pursuant to LR 5.6, Corrected Exhibit 38 to the Declaration of Allen Hinderaker in Support Plaintiff Fair Isaac Corporation's Memorandum in Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 521) have been filed under temporary seal. Exhibit 38 was not redacted because large portions of the documents contain "Confidential" or "Confidential – Attorneys' Eyes Only" information under the Protective Order (Dkt. No. 44) entered in the case.  Therefore, it is impracticable to redact.

Dated:  August 27, 2019              MERCHANT & GOULD P.C.

                                     /s/ Allen Hinderaker
                                     Allen Hinderaker, MN Bar # 45787
                                     Heather Kliebenstein, MN Bar # 337419
                                     Michael A. Erbele, MN Bar # 393635
                                     Joseph Dubis, MN Bar # 0398344
                                     MERCHANT & GOULD P.C.

150 South Fifth Street, Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*