# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) Case No. 16-cv-1054 (WMW/DTS) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation. | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

## JOINT MOTION REGARDING CONTINUED SEALING

    Documents have been filed under temporary seal in connection with Defendants' Motion for Leave to File Amended Answer, Dkt. Nos. 458, 460, 460-1 through 460-14, 464, 465, 468, and 471. Pursuant to Local Rule 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

1

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 458 | | Memorandum of Law in Support of Defendants' Motion for Leave to File Amended Answer – Only First Page Filed in Error, Refiled at Dkt. 464 | | X | | N/A | The Parties agree there is no confidential information in this document. The document should be unsealed. |
| 460 | | Exhibit A to Declaration of Terrence Fleming in Support of Defendants' Motion for Leave to File Amended Answer – Only First Page Filed in Error, Refiled at Dkt. 465 | | X | | N/A | The Parties agree there is no confidential information in this document. The document should be unsealed. |
| 460-1 | | Exhibit 1 to Declaration of Terrence | X | | | N/A | Defendants contend this document should remain sealed. Defendants will file a |

2

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | Fleming in Support of Defendants' Motion for Leave to File Amended Answer | | | | | redacted version of this document forthwith. This contract was filed under seal to protect the Parties' commercially confidential information. This commercially confidential information includes the terms of the Software License Agreement that is the subject of this dispute. The license agreement was designated as Confidential by Plaintiff under the Protective Order. |
| 460-2 | | Exhibit 2 to Declaration of Terrence Fleming in Support of Defendants' Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. This document was filed under seal to protect the Parties' commercially confidential information. |
| 460-3 | | Exhibit 3 to Declaration of | X | | | N/A | This document should remain sealed. This document was |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | Terrence Fleming in Support of Defendants' Motion for Leave to File Amended Answer | | | | | filed under seal to protect the Parties' commercially confidential information. |
| 460-4 | | Exhibit 4 to Declaration of Terrence Fleming in Support of Defendants' Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. This document was filed under seal to protect the Parties' commercially confidential information. |
| 460-5 | | Exhibit 5 to Declaration of Terrence Fleming in Support of Defendants' Motion for Leave to File Amended | | X | | N/A | The Parties agree there is no confidential information in this exhibit. It should be unsealed. |

4

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | Answer | | | | | |
| 460-6 | | Exhibit 6 to Declaration of Terrence Fleming in Support of Defendants' Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. This document was filed under seal to protect the Parties' commercially confidential information. This commercially confidential information includes the terms of the Software License Agreement that is the subject of this dispute. The license agreement was designated as Confidential by Plaintiff under the Protective Order. |
| 460-7 | | Exhibit 7 to Declaration of Terrence Fleming in Support of Defendants' Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. This document was filed under seal to protect the Parties' commercially confidential information. |
| 460-8 | | Exhibit 8 to Declaration of Terrence | X | | | N/A | This document should remain sealed. This deposition transcript was filed under seal |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | Fleming in Support of Defendants' Motion for Leave to File Amended Answer | | | | | to protect the Parties' commercially confidential information. |
| 460-9 | | Exhibit 9 to Declaration of Terrence Fleming in Support of Defendants' Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. This deposition transcript was filed under seal to protect the Parties' commercially confidential information. |
| 460-10 | | Exhibit 10 to Declaration of Terrence Fleming in Support of Defendants' Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. This expert damages report was filed under seal to protect the Parties' commercially confidential information. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 460-11 | | Exhibit 11 to Declaration of Terrence Fleming in Support of Defendants' Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. This deposition transcript was filed under seal to protect the Parties' commercially confidential information. |
| 460-12 | | Exhibit 12 to Declaration of Terrence Fleming in Support of Defendants' Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. This expert report was filed under seal to protect the Parties' commercially confidential information. |
| 460-13 | | Exhibit 13 to Declaration of Terrence Fleming in Support of Defendants' Motion for | X | | | N/A | This document should remain sealed. This expert damages report was filed under seal to protect the Parties' commercially confidential information. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | Leave to File Amended Answer | | | | | |
| 460-14 | | Exhibit 14 to Declaration of Terrence Fleming in Support of Defendants' Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. This deposition transcript was filed under seal to protect the Parties' commercially confidential information. |
| 464 | | Memorandum of Law in Support of Defendants' Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. Defendants will file a redacted version of this motion forthwith. This motion was filed under seal to protect the Parties' commercially confidential information. This motion also contains excerpts and quotations from documents and depositions that the parties have designated Confidential, Attorneys' Eyes Only under the Protective |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | | | | | | Order because they contain the Parties' confidential business information. |
| 465 | | Exhibit A to Declaration of Terrence Fleming in Support of Defendants' Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. Defendants will file a redacted version of this document forthwith. The unredacted version of this document was filed under seal to protect the Parties' commercially confidential information. |
| 468 | | Fair Isaac Corporation's Opposition to Defendants' Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. Plaintiff will file a redacted version of this document forthwith. This motion was filed under seal to protect the Parties' commercially confidential information. |
| 471 | | Exhibit 1 to Declaration of Allen W. Hinderaker in | X | | | N/A | This document should remain sealed. This deposition transcript was filed under seal to protect the Parties' |

9

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN ||| NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | Support of Fair Isaac Corporation's Opposition to Defendant's Motion for Leave to File Amended Answer | | | | | commercially confidential information. |
| 471-1 | | Exhibit 2 to Declaration of Allen W. Hinderaker in Support of Fair Isaac Corporation's Opposition to Defendant's Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. This deposition transcript was filed under seal to protect Defendants' commercially confidential information. |
| 471-2 | | Exhibit 3 to Declaration of Allen W. Hinderaker in Support of Fair | X | | | N/A | This expert report should remain sealed. This report was filed under seal to protect the Parties' commercially confidential information. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | Isaac Corporation's Opposition to Defendant's Motion for Leave to File Amended Answer | | | | | |
| 471-3 | | Exhibit 5 to Declaration of Allen W. Hinderaker in Support of Fair Isaac Corporation's Opposition to Defendant's Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. This email transcript was filed under seal to protect the Parties' commercially confidential information. |
| 471-4 | | Exhibit 6 to Declaration of Allen W. Hinderaker in Support of Fair Isaac | X | | | N/A | This document should remain sealed. This email transcript was filed under seal to protect the Parties' commercially confidential information. |

11

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN ||| NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | Corporation's Opposition to Defendant's Motion for Leave to File Amended Answer | | | | | |
| 471-5 | | Exhibit 7 to Declaration of Allen W. Hinderaker in Support of Fair Isaac Corporation's Opposition to Defendant's Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. This email transcript was filed under seal to protect the Parties' commercially confidential information. |
| 471-6 | | Exhibit 10 to Declaration of Allen W. Hinderaker in Support of Fair Isaac Corporation's | X | | | N/A | This document should remain sealed. This interrogatory answer was filed under seal to protect the Defendants' commercially confidential information. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| | | Opposition to Defendant's Motion for Leave to File Amended Answer | | | | | |
| 471-7 | | Exhibit 11 to Declaration of Allen W. Hinderaker in Support of Fair Isaac Corporation's Opposition to Defendant's Motion for Leave to File Amended Answer | X | | | N/A | This document should remain sealed. This email was filed under seal to protect the Parties' commercially confidential information. |
| 471-8 | | Exhibit 12 to Declaration of Allen W. Hinderaker in Support of Fair Isaac Corporation's Opposition to | X | | | N/A | This document should remain sealed. This email was filed under seal to protect the Parties' commercially confidential information. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|---|
| | | | **Parties Agree Doc. Should Remain Sealed** | **Parties Agree Doc. Should Be Unsealed** | **Parties Disagree** | | |
| | | Defendant's Motion for Leave to File Amended Answer | | | | | |

Dated: September 5, 2019

*/s/ Joseph Dubis*
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Tel: (612) 332-5300
Fax: (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff*

-AND-

*/s/ Christopher D. Pham*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*