UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS)<br><br>**Jury Trial Demanded** |

DECLARATION OF HEATHER KLIEBENSTEIN IN SUPPORT OF PLAINTIFF'S OBJECTION TO ORDER GRANTING DEFENDANT'S MOTION TO AMEND

I, Heather Kliebenstein, declare as follows:

1. I am a shareholder with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this Declaration on my own information, knowledge, and belief in support of Plaintiff's Fair Isaac Corporation's Objection to Order Granting Defendant's Motion to Amend.

3. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff' Fair Isaac Corporation's First Set of Requests for Production of Documents to Defendant Federal Insurance Company dated April 11, 2017.

1

4.       Attached hereto as Exhibit 2 is a true and correct copy of Defendant's Notice of 30(b)(6) Deposition of Plaintiff Fair Isaac Corporation dated July 27, 2018.

5.       Attached hereto as Exhibit 3 is a true and correct copy of the September 11, 2018 deposition transcript of Oliver Clark.  This document is filed UNDER SEAL.

6.       Attached hereto as Exhibit 4 is a true and correct copy of the July 29, 2013 email between Chubb employees Ewen Setti and Henry Mirolyuz and produced as FED012641_0001 - FED012641_0002.  This document is filed UNDER SEAL.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.


Dated:  September 9, 2019                             /s/ Heather Kliebenstein
                                                                                  Heather Kliebenstein