UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER OVERTURNING
MAGISTRATE JUDGE'S AUGUST 26, 2019 ORDER**

The above-entitled matter came before the Court on Plaintiff's Objection to the Court's August 26, 2019 Order Granting Defendants' Motion to Amend. Based upon the parties' submissions and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Leave to File Amended Answer (Dkt. 456) is **DENIED**;

2. Defendants waived the statute of limitations affirmative defense.

SO ORDERED:

Dated: _____, 2019      _____
                                          Judge Wilhelmina M. Wright
                                          United States District Court Judge