**EXHIBIT 9**

**FILED UNDER SEAL**

In the Matter Of:

## *FAIR ISAAC CORPORATION*

*vs*

## *FEDERAL INSURANCE COMPANY, ET AL.*

*KEVIN HARKIN*

*March 25, 2019*

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



epiq court reporting solutions

Page 50
1  either operational cash or investment or
2  custodial cash.
3      Q.   And are those bank accounts
4  organized by -- I'll get something to help us
5  with this.
6      A.   Do you mind if we take five
7  minutes?
8      Q.   Not a problem.
9      A.   My mouth is starting to get dry.  I
10 need some water.
11              THE VIDEOGRAPHER:  Here
12         marks the end of file number one.
13              MS. KLIEBENSTEIN:  Stay
14         hydrated.  Stay fit.
15              THE VIDEOGRAPHER:  We're
16         going off the record.  The time is
17         10:05 a.m.
18              - - - - -
19      (A recess was taken at this time.)
20              - - - - -
21              THE VIDEOGRAPHER:  Here
22         marks the beginning of file number two.
23         We are back on the record.  The time is
24         10:24 a.m.
25              - - - - -

Page 51
1         (Chart Bates FED-017912_0001 marked
2         Harkin Exhibit 406 for identification.)
3              - - - - -
4  BY MS. KLIEBENSTEIN:
5      Q.   Mr. Harkin, I have handed you what
6  has been marked as Exhibit No. 406.  Is
7  Exhibit 406 an update to Exhibit 404?
8      A.   Yes, it is.
9      Q.   And the changes I see between 404
10 and 406 is two rows, two extra rows, one titled
11 "ADAPT-ABL" and one titled "User"?
12     A.   Uh-huh.
13     Q.   Do you agree with that?
14     A.   Yes.
15     Q.   Now, your testimony about the
16 meaning of each one of these columns, given
17 with respect to 404, is it, would your answers
18 be the same for Exhibit 406?
19     A.   Yes.
20     Q.   Now, there's one other change that
21 I see here in the third column, complexity of
22 rules, I see where it's high, medium, low, do
23 you see that as well?
24     A.   Yes.
25     Q.   Do those words, those words relate

Page 52
1  to the complexity of rules?
2      A.   Yes.
3      Q.   That we spoke about earlier,
4  correct?
5      A.   Yes.
6      Q.   Now, let's look at the row entitled
7  ADAPT-ABL is the bottom?
8      A.   Yes.
9      Q.   Do you see under average number per
10 month real-time transactions N/A, do you see
11 that as well?
12     A.   Yes.
13     Q.   I assume that means not applicable?
14     A.   Yes.
15     Q.   Do you know why not applicable is
16 in that cell?
17     A.   I believe ADAPT is no longer being
18 used presently.
19     Q.   And so let's go back up to
20 Automated Renewal Process.
21     A.   Uh-huh.
22     Q.   I see N/A in that fourth column as
23 well, what is the meaning of not applicable in
24 that cell?
25     A.   I don't know the answer to that.

Page 53
1      Q.   What about under the row, in the
2  row for TAPS, I also see an N/A.  What is --
3      A.   I don't know the answer to that.
4      Q.   And Premium Booking, what does the
5  N/A mean in the premium book?
6      A.   I don't know why the N/A is there
7  or the meaning of the N/A.
8      Q.   And the same question for
9  Evolution?
10     A.   I don't know.
11     Q.   But for ADAPT-ABL, you believe N/A
12 is there because that application does not use
13 Blaze Advisor?
14     A.   I believe so.
15     Q.   And what is the source of your
16 information?
17     A.   I had a conversation with Mike
18 Hutchinson in our UK office, and I had a
19 conversation with Peta, our head of A&H in
20 Australia, who both confirmed that they're no
21 longer using the ADAPT application.
22     Q.   Let's move to EZER, is this, EZER
23 in the EU?
24     A.   Yes.
25     Q.   And I see an N/A in that fourth

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
KEVIN HARKIN - 03/25/2019                              Pages 54..57

Page 54
1  column as well, what is the reason for the N/A
2  in that fourth column?
3       A.  I would have to speculate, I don't
4  know.
5                 MS. JANUS:  And I just note
6            that the questions that we have been
7            going through on the realtime
8            transactions are outside the scope of
9            the 30(b)(6) notice, but you can
10           continue.
11 BY MS. KLIEBENSTEIN:
12      Q.  Is this the sheet you used to
13 prepare to testify on topic 13, Exhibit 406?
14      A.  Yes, it is.
15      Q.  Let's move back to the reporting
16 that we discussed for Legacy Chubb and Chubb
17 today.  I understood your testimony to be that
18 internally, Chubb today reports revenues,
19 expenses, losses, et cetera on a
20 line-of-business basis?
21      A.  Correct.
22      Q.  For expenses, explain to me how
23 that collection of information and reporting
24 occurs?
25      A.  Would you mind clarifying your

Page 55
1  question when you say "collection of
2  information"?
3       Q.  I'll try.  Can you explain for me
4  the accounting methods used to gather and
5  report expenses on a line-of-business basis?
6       A.  So the accounting methods are based
7  on an accrual basis for expenses.
8       Q.  Understood.  I think, I'm wondering
9  how the expenses are tracked and then fed into
10 the accounting system.
11      A.  The expenses are tracked as
12 incurred through a variety of different means.
13      Q.  Can you tell me about those
14 different means?
15      A.  Sure.  So, the means are either
16 direct or bulk.
17      Q.  Explain to me direct expenses?
18      A.  Direct expenses are expenses that
19 attribute at a policy level.
20      Q.  Can you give me an example?
21      A.  Commissions.
22      Q.  What else?
23      A.  That is probably, that is probably
24 it.
25      Q.  And what about bulk, what does bulk

Page 56
1  mean?
2       A.  Bulk would be expenses that are
3  incurred in part of running the operations or
4  complying with regulatory guidelines that are
5  not at the policy level.
6       Q.  Can those bulk expenses be linked
7  to a particular policy?
8       A.  No.  Not typically, no.
9       Q.  Can those bulk expenses be linked
10 to a product type?
11      A.  They can be.
12      Q.  Give me an example of a bulk
13 expense that could be linked to a product type.
14      A.  An example would be an
15 underwriter's salary who works on a particular
16 product.
17      Q.  On one particular product?
18      A.  Uh-huh, yes.
19      Q.  Now, let's say that underwriter
20 worked on multiple products, could you then
21 attribute that bulk expense to one particular
22 product?
23      A.  You cannot attribute it directly,
24 no.
25      Q.  What other types of bulk expenses

Page 57
1  can you think of?
2       A.  There are premium taxes, licenses,
3  or fees.
4       Q.  What's a premium tax?
5       A.  A premium tax is a tax levied by
6  typical state jurisdictions over premium
7  written in that state.
8       Q.  For any of those bulk expenses, can
9  you -- would it be possible to attribute them
10 to one particular product line?
11      A.  Typically not.  Unless it's the
12 only product line written in that statement.
13      Q.  What about attributing bulk
14 expenses to a line of business, is it possible
15 to attribute certain, any bulk expenses to a
16 particular line of business?
17      A.  Some of them.
18      Q.  Give me an example of a bulk
19 expense that you can attribute to a particular
20 line of business.
21      A.  Along the lines of the same example
22 I gave before, an underwriter or a series of
23 underwriters that write products in those
24 lines.
25      Q.  So those underwriters would only

Page 58

1  write products to those lines?
2       A.   Correct.
3       Q.   So, three categories I believe you
4  mentioned were premium taxes, licenses, and
5  fees?
6       A.   Uh-huh.
7       Q.   We went through premium taxes.
8  Licenses, can you define that for me?
9       A.   Sure, it's various
10 compliance-related licenses that occurs that
11 Chubb as an organization would have to pay.
12      Q.   Give me an example, please?
13      A.   Producers, producer licensing.
14      Q.   In the United States, that's
15 typically a license fee at the state level,
16 right?
17      A.   Correct.
18      Q.   And then fees, give me an example
19 on the fees?
20      A.   State assessments.
21      Q.   Give me an example of a state
22 assessment, an assessment for what?
23      A.   A guarantee fund.
24      Q.   A guaranteed fund?
25      A.   Guarantee fund.

Page 59

1       Q.   Guarantee fund.  Now, let's talk
2  about losses.  With the same types of
3  questions, how are losses tracked at the Chubb
4  company today?
5       A.   There are several components within
6  losses, is there one in particular that I could
7  answer?
8       Q.   What are the components?
9       A.   So there are paid losses.  There
10 are reserves.  And there are claims-related
11 expenses.
12      Q.   So paid losses, I'm going to
13 suspect those are, that's money given to
14 customers?
15      A.   Correct.
16      Q.   For loss claims?
17      A.   Correct.
18      Q.   And what are reserves?
19      A.   Reserves are liabilities associated
20 with future claim payments.
21      Q.   Give me an example?
22      A.   Your homeowners example from
23 earlier where you had a $50,000 loss, that
24 50,000 would be a reserve until the claims are
25 paid.

Page 60

1       Q.   And what about claims-related
2  expenses?
3       A.   Claims-related expenses are
4  operating expenses incurred associated with the
5  handling of claims.
6       Q.   Give me an example, please?
7       A.   An example would be legal costs
8  associated with the defense of a claim.
9       Q.   So let's take each three of these
10 buckets.  So for paid losses, how are those
11 losses tracked at Chubb?  Are they tracked on a
12 product basis or a line-of-business basis or
13 something else?
14      A.   The tracking is actually at a claim
15 level.
16      Q.   And reporting is at a
17 line-of-business basis, correct?
18      A.   The reporting is at a
19 line-of-business basis.
20      Q.   What about claims-related expenses?
21      A.   Claims-related expenses, they are
22 tracked, they can be tracked at a claim level.
23 They can be bulk.
24      Q.   Is there a typical rule of thumb as
25 to when claims-related expenses are tracked at

Page 61

1  a claim level versus bulk?
2       A.   The rule of thumb -- typically,
3  it's not a rule of thumb, I think it's
4  prescribed in accounting guidance, if the
5  expense can be directly attributable to a
6  claim, it is tracked at that claim level.
7       Q.   And what about reserves?
8       A.   Reserves --
9       Q.   Go ahead?
10      A.   I'm sorry.  I interrupted you,
11 sorry.
12      Q.   How are reserves tracked today?
13      A.   Reserves are tracked either at a
14 claim level or in bulk.
15      Q.   And would the same principal apply
16 the same prescribed rule of thumb, if they can
17 be attributed to a claim they're tracked that
18 way versus if they cannot be, they're in the
19 bulk category?
20      A.   If a reserve is attributable direct
21 to a claim, it is tracked at a claim level.
22      Q.   Let's talk about pre-merger Chubb
23 regarding losses, would those, is the -- was it
24 handled the same way?
25      A.   Yes.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
KEVIN HARKIN - 03/25/2019                     Pages 62..65

Page 62

1    Q.   All right.
2            MS. KLIEBENSTEIN:  Leah, I
3        typically have an extra one if you ever
4        need one.
5            MS. JANUS:  Okay, do you
6        want to follow along with one?
7            THE COURT REPORTER:  Yeah,
8        please.
9            MS. JANUS:  Okay.  Great.
10       Thank you.  Are we on 407?
11           THE WITNESS:  Yes.
12               - - - - -
13       (Answers to Interrogatories No. 16
14       and 7 marked Harkin Exhibit 407 for
15       identification.)
16               - - - - -
17   BY MS. KLIEBENSTEIN:
18   Q.   Mr. Harkin, are you familiar with
19   Exhibit 407?
20   A.   Yes.
21   Q.   And did you read this document
22   while you were preparing for this deposition?
23   A.   Yes.
24   Q.   So, I'm going to start at page 3.
25   Let's look at that first table, "For Decision

Page 63

1    Point."
2    A.   Yes.
3    Q.   At a 10,000-foot level, what is
4    your understanding of the information that's
5    contained in that first table titled "For
6    Decision Point"?
7    A.   My  understanding is that this is
8    gross written premium and policy count
9    information by writing company for policies
10   that ran through Decision Point and utilized
11   the Blaze software.
12   Q.   And I'm going to ask you some silly
13   questions, but we need this for the record.
14   "Gross written premium," can you define that
15   for me?
16   A.   Gross written premium is direct
17   premium associated with each policy issued.
18   Q.   So that would, essentially, that's
19   the amount of money that a policyholder is
20   charged to hold the policy?
21   A.   That is the amount that a
22   policyholder would be charged for an insurance
23   policy, yes.
24   Q.   And "policy count," can you tell me
25   what the policy count means?

Page 64

1    A.   The policy count is the number of
2    policies that ran through a system using the
3    Blaze software.
4    Q.   And the -- what's the writing
5    company?
6    A.   The writing company is the legal
7    entity.
8    Q.   It's the legal entity that wrote
9    the policy?
10   A.   Correct.
11   Q.   And would that legal entity have
12   received the gross written premium for that
13   policy?
14   A.   When you say "received the gross
15   written premium," can you be more specific?
16   Q.   Sure.  Let's just get into it, and
17   then I'll ask the questions.  So, the writing
18   company, I see CICNJ?
19   A.   Uh-huh, yes.
20   Q.   Can you tell me what's the full
21   name of that writing company?
22   A.   The Chubb Insurance Company of New
23   Jersey.
24   Q.   And FIC-D?
25   A.   That is the Federal Insurance

Page 65

1    Company.
2    Q.   And so for the first one, the Chubb
3    Insurance Company of New Jersey wrote those 11
4    policies?
5    A.   Yes.
6    Q.   And so my question was, when the
7    customers pay that gross written premium, does
8    the Chubb Insurance Company of New Jersey, is
9    the check made out to the Chubb Insurance
10   Company of New Jersey?
11   A.   It can vary --
12           MS. JANUS:  And which topic
13       does this -- does that relate to,
14       Heather?
15           MS. KLIEBENSTEIN:  I mean, I
16       had put it in six through nine to
17       understand how the -- how the financial
18       and the costs and accounting methods
19       worked.
20           MS. JANUS:  But that's, I
21       mean -- yeah, I just think it's outside
22       of the scope, because I view these
23       topics as asking for accounting for
24       Chubb Corporation and Chubb Limited.
25       And I don't even know, honestly, we

Page 114
1      A.   It is a variety of products
2  underneath our middle market distribution that
3  are certain marine products, certain
4  environmental liability products, certain
5  excess liability products, and then a small
6  subset of the Legacy ACE financial lines
7  products.
8      Q.   And so what -- under what line of
9  business would those Legacy ACE products be put
10 into today?
11     A.   They would be put under the
12 commercial insurance segments in the variety of
13 lines based on the product.
14     Q.   The North American Commercial
15 Insurance?
16     A.   North America Commercial segment.
17     Q.   Segment.  And what about the
18 Overseas General segment?
19     A.   No.
20          MS. KLIEBENSTEIN:  We can
21      break, if you would like to.  The
22      answer is yes.
23          THE VIDEOGRAPHER:  Here
24      marks the end of file number three.
25      We're going off the record.  The time

Page 115
1       is 12:20 p.m.
2             - - - - -
3       (A recess was taken at this time.)
4             - - - - -
5           THE VIDEOGRAPHER:  Here
6       marks the beginning of file number
7       four.  We are back on the record.  The
8       time is 1:07 p.m.
9  BY MS. KLIEBENSTEIN:
10     Q.   All right, Mr. Harkin.  We left off
11 on page 16 of the Exhibit 407.  And for the
12 table titled "For TAPS," can you tell me what
13 information is reflected in that table?
14     A.   Yes, it is policy count and written
15 premium associated with those policies and
16 writing companies for the policies that
17 utilized the TAPS application and the Blaze
18 software within it.
19     Q.   And can you tell me what products
20 are included in the policy count?
21     A.   Workers' compensation products.
22     Q.   And are any of those products
23 Legacy ACE products?
24     A.   No.
25     Q.   And was the data for this TAPS

Page 116
1  table, was it gathered and collected in the
2  same manner as the information for TAPS in
3  Interrogatory No. 16?
4      A.   It was.
5      Q.   Moving to page 18.  And you have
6  the table for the Cornerstone policy for
7  written premiums, correct?
8      A.   Yes.
9      Q.   And can you tell me at a
10 10,000-foot level what information is contained
11 in that table?
12     A.   This is the policy count and
13 associated gross written premium and writing
14 company of the policies that went through the
15 Cornerstone application.
16     Q.   Now, I've asked you a few times
17 whether any policy counts include Legacy ACE
18 products.  Can you tell me, are there any
19 Legacy ACE products that are planned in the
20 future to be supported by an application using
21 Blaze Advisor?
22     A.   No.
23     Q.   No products other than what are
24 currently supported by a Blaze Advisor software
25 application?

Page 117
1      A.   I believe, no, no ACE products are
2  being planned to be supported by the Blaze
3  Advisor software.
4      Q.   None other than the ones we've
5  talked about?
6      A.   I believe none.
7      Q.   So, I just -- just so I understand
8  this, when we were talking about the CUW-IM
9  underwriting tool, some of the policies were
10 for products that are Legacy ACE products,
11 correct?
12     A.   Uh-huh.
13     Q.   Are you telling that's being phased
14 out in the future?
15     A.   Uh-huh.
16     Q.   And is that phaseout just happening
17 for those Legacy ACE products?
18     A.   I don't know.
19     Q.   So, is the CUW-IM application being
20 phased out, is there a plan to phase that
21 application out in the future?
22     A.   I don't know.
23     Q.   You just know that -- strike that.
24 So, I'm going to flip away from the
25 interrogatories.  If I may, I'm going to keep

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
KEVIN HARKIN - 03/25/2019          Pages 118..121

Page 118

1  this larger copy, because it's much -- I have a
2  ton of copying.  I can read this one better.
3                  MS. JANUS:  Is that 409?
4                  THE WITNESS:  409, yes, 409,
5       it's what I have.
6                  - - - - -
7            (Spreadsheet Bates FED017882_0001
8            to 20 marked Harkin Exhibit 409 for
9            identification.)
10                 - - - - -
11 BY MS. KLIEBENSTEIN:
12      Q.   Mr. Harkin, are you familiar with
13 this exhibit?
14      A.   Yes, I am.
15      Q.   Can you tell me at a 10,000-foot
16 level what information is contained in these 21
17 pages of Exhibit 409?
18      A.   So, this is written premium, gross
19 written premium, and net written premium, as
20 well as the components of underwriting income
21 for the underlying lines of business within
22 Chubb Specialty Insurance, Chubb Commercial
23 Insurance, as best as we could approximate
24 under the new org structure.
25      Q.   So, CSI and CCI no longer exist,

Page 119

1  correct?
2       A.   Correct.
3       Q.   So, how was the information in this
4  exhibit pulled?
5       A.   It was an approximation.  It was
6  our best approximation of what the components
7  of the North America Commercial segment would
8  comprise, a current view of Chubb Specialty
9  Insurance.
10      Q.   So did you assist in gathering this
11 data?
12      A.   My staff gathered the data.  I
13 oversaw that process with them.
14      Q.   And so what steps did you go
15 through to gather this data?
16      A.   The steps varied 2016 versus 2017
17 and 2018.  The step in 2016 was to use the
18 Legacy Chubb general ledger, because we had not
19 yet integrated the general ledgers, to pull as
20 best we could the results by class report,
21 which was a control report that Legacy Chubb
22 had used in their normal course that identifies
23 their lines of business, gross net, written
24 premium, and underwriting income by line of
25 business.  We then had to filter that report in

Page 120

1  this particular deliverable for the U.S. and
2  Canadian business, because as I mentioned
3  earlier, the Chubb Specialty Insurance was
4  worldwide.
5       Q.   So, does the data in Exhibit 409,
6  is that U.S. only, or does it include Canada as
7  well?
8       A.   It includes Canada as well.
9       Q.   Now, when we were looking at
10 Interrogatory No. 17, I recall seeing some
11 companies that looked like they were from
12 Brazil and Mexico.  Would Exhibit 409 have the
13 gross written premium and expense data from
14 those entities as well?
15      A.   It would have part of that
16 information.
17      Q.   And what part would it have?
18      A.   So, the part that would have been
19 underwritten out of the U.S., despite the fact
20 that the local issuing company was Mexico or
21 Brazil.
22      Q.   So, what part of the data would it
23 have and wouldn't it have?
24      A.   It would have the components of
25 data, it just wouldn't have all policies,

Page 121

1  necessarily.  It would have a subset of
2  policies to the extent those policies were
3  underwritten out of the U.S.
4       Q.   So, the data in Exhibit 409 is not
5  specific to policies that touch Blaze Advisor
6  in some way; is that right?
7       A.   That's correct.
8       Q.   And Exhibit 409, this is not a
9  report that's run as part of your typical
10 reporting processes, correct?
11      A.   Correct.
12      Q.   And it was prepared for this
13 lawsuit?
14      A.   Correct.
15      Q.   We also, in Interrogatory No. 17,
16 there were also a few writing companies that
17 were Legacy ACE writing companies.  Would the
18 policy and premium information from those
19 Legacy ACE companies be reflected in
20 Exhibit 409 as well?
21      A.   It would not.
22      Q.   Let's take -- you mentioned that
23 there were, you used different methods to
24 gather the data for 2017 and 2018, correct?
25 Can you tell me about the methods used to

Page 122

1   gather and compile this document for 2017?
2       A.   For 2017 and for 2018, the
3   methodology was the same.  We had identifiers
4   that identified the lines of business that were
5   Legacy Chubb within the general ledger in the
6   aggregate, and pulled only the Legacy Chubb
7   identifiers by line.
8       Q.   Give me an example of the
9   identifiers, the identifiers that identify line
10  of business, lines of business that were
11  related to Chubb.
12      A.   If you refer to page 6 of the
13  exhibit.
14      Q.   I'm there.
15      A.   The numbers above the gross written
16  premium headers are the identifiers.
17      Q.   So, 0030011 refers to what?
18      A.   Chubb middle market directors and
19  officers business.
20      Q.   And so that was a product line that
21  existed pre-merger?
22      A.   Correct.
23      Q.   Does it exist post-merger?
24      A.   Yes, it does.
25      Q.   So when I look at pages 6 and 7 --

Page 123

1       A.   Six and seven, yup.
2       Q.   -- I suppose six, seven, eight, and
3   nine, which is the total specialty insurance as
4   of December 31st, 2017, data?
5       A.   Yup.
6       Q.   That's not going to include any
7   Legacy ACE writing information either, correct?
8       A.   Correct.
9       Q.   So, why did you pull Legacy Chubb
10  only and not Legacy ACE?
11      A.   The Legacy ACE information is on
12  subsets of individual lines.  It's not
13  necessarily a pure line.  It's very difficult
14  for us to generate a P&L for products that use
15  a certain software.  We don't typically have
16  that information in the normal course.  I would
17  note though that there are items on this that
18  do not use the Blaze software.  So, this is
19  probably a little bit conservative.
20      Q.   Now, for 2018, was the data
21  pulled -- explain to me the methodology of
22  pulling the data for 2018?  Was it different
23  than in 2017?
24      A.   It was the same as 2017.
25      Q.   All right.  So, let's go back to

Page 124

1   the beginning and help me understand the
2   specific data that's in here.  I'll ask you a
3   question, hold on.  Let me figure it out.  So,
4   looking at the first two pages, that's for the
5   CSI, what was previously named the CSI business
6   line, correct?
7       A.   Correct.
8       Q.   And then when I look at page 11 of
9   Exhibit 407, is there a way for me to link the
10  gross written premium dollars for Decision
11  Point and CSI eXPRESS to these first three
12  pages on Exhibit 409?
13      A.   Not definitively, no.
14      Q.   And why is that?
15      A.   Because the chart on page 11 of the
16  interrogatory was an extract from a
17  registration system that was able to identify
18  policies used on the Blaze software.  We do not
19  have the ability to generate underwriting
20  income information at that level.  So, we had
21  to do our best to approximate what information
22  we had, which is at a line-of-business level.
23      Q.   So, Chubb doesn't -- doesn't keep
24  or generate underwriting income at the product
25  level, right?

Page 125

1       A.   Correct.
2       Q.   And at the policy level?
3       A.   Correct.
4       Q.   The interrogatory response lists
5   writing companies.  Do the writing companies
6   overlap between Exhibit 409 and 407?
7       A.   They do.
8       Q.   Are all of the writing companies --
9   do they match precisely, though?  My question
10  is, are there -- is there data from more
11  writing companies in 409 than are listed in
12  407?
13      A.   In 409, there would be data that
14  does not use the Blaze software.  To the extent
15  they're on a writing company not identified in
16  this table, then yes.
17      Q.   So the data for 409 is -- strike
18  that.  Is there a way to separate what data is
19  Canadian versus U.S.?
20      A.   I don't believe on the 2016
21  information, no.  On the 2017 and 2018
22  information, yes.
23      Q.   Is the 2017 and 2018 data just U.S.
24  or is it U.S. and Canada?
25      A.   It's U.S. and Canada.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
KEVIN HARKIN - 03/25/2019          Pages 126..129

**Page 126**

1   Q. So, Exhibit 409 reflects
2   consolidated financial data for a number of
3   writing companies, correct?
4   A. Correct.
5   Q. And when I use the phrase
6   "consolidated financial data," what does that
7   phrase mean to you?
8   A. It means there are a number of
9   writing companies that can be comprised within
10  each line of business column that I've
11  identified.
12  Q. Taking the first three pages of
13  409, can you walk me through each column
14  header, starting with "D&O By Business Unit
15  Code W/W," and explain for me what the phrase
16  means and what type of data is reflected below
17  the name?
18  A. You want me to -- do you want me to
19  just walk you through the column header and
20  what it is?
21  Q. Yes.
22  A. Column 1, is our D&O. The business
23  unit code is W/W, which signifies worldwide,
24  however, the D&O designation is a U.S. and
25  Canadian filter applied to it. So, as I was

**Page 127**

1   explaining earlier, the Mexico or Brazil
2   entities that may have underwriting in the
3   U.S., the worldwide filter helps pull them in.
4   The U.S. dollar is an indication that this is
5   the U.S. dollar currency. The current year to
6   date means it's full year 2016 and the "A"
7   means actual information.
8   Q. So total FI D&O, what does that --
9   what do those acronyms stand for?
10  A. D&O is our directors and officers
11  coverage. FI is for financial institutions.
12  Q. And E&O?
13  A. Errors and omissions.
14  Q. I am going to guess FI E&O is
15  financial institution E&O?
16  A. Yes.
17  Q. And the financial institution, it's
18  just a different type of client, right?
19  A. It's a different type of client,
20  correct. We differentiate that line.
21  Q. And EPO?
22  A. Employment practices liability.
23  Q. "Total Kidnap Ransom Reg. Mail"?
24  A. That's registered mail.
25  Q. What kind of policy is that?

**Page 128**

1   A. I don't know the nature of that
2   coverage specifically.
3   Q. One that I don't need. I guess I
4   should just be thankful. "EHC Medical"?
5   A. Executive healthcare.
6   Q. "CFS"?
7   A. Chubb Financial Solutions.
8   Q. "Total Fiduciary"?
9   A. Those are our fiduciary policies.
10  Q. "Total crime"?
11  A. Those are our crime or fidelity
12  policies.
13  Q. "Total Kidnap Ransom"?
14  A. That is another kidnap ransom
15  column, it differentiates from the registered
16  mail product.
17  Q. And "Surety Credit Risk"?
18  A. That's our surety, predominantly
19  our surety information.
20  Q. And so all of the policy types
21  that -- or product types that we just
22  discussed, those were historically in the
23  pre-merger CSI unit?
24  A. Correct.
25  Q. Where do they fit today?

**Page 129**

1   A. They are in our financial lines
2   with the exception of surety.
3   Q. All right. Now, walk me through
4   the meaning of the words in the second column.
5   We've talked about written premium before.
6   A. What page?
7   Q. Very first page.
8   A. Okay.
9   Q. How does earned premium differ from
10  written premium?
11  A. So, earned premium is our revenue
12  under U.S. GAAP. Written premium is the amount
13  that a policyholder will pay on a cash basis.
14  The earned premium is the recognized revenue on
15  that policy.
16  Q. The dollars in the door at that
17  time, correct?
18  A. No, the recognized revenue.
19  Q. Can you explain to me again what
20  recognized revenue means?
21  A. Under GAAP accounting, you're on an
22  accrual basis, not a case basis.
23  Q. Okay. Next row, "Losses and LAE
24  Incurred"?
25  A. Uh-huh.

Page 130

1  Q. What are those?
2  A. That is, that is the income
3  statement captioned for losses related to
4  claims and loss adjustment expenses.
5  Q. Can you give me an example of a
6  loss adjustment expense?
7  A. Legal defense of a claim.
8  Q. That's what we talked about
9  earlier?
10 A. Correct.
11 Q. And so those losses are reported at
12 the company -- and so the tracking for these
13 losses, is that -- on what level are the losses
14 tracked that are reflected in this first page,
15 on a product level, line of business level?
16 A. It's a combination of direct and
17 bulk.
18 Q. And how is it that you were able to
19 connect -- well, let's just take the first
20 example under the directors and officers
21 column, there's about 220K in losses and --
22 A. 220 million.
23 Q. Million. In losses and LAE. How
24 were you able to connect that 220 million to
25 directors -- the D&O, the D&O products?

Page 131

1  A. The direct expenses are tracked at
2  a policy level, so we can aggregate that to the
3  line of business.  The bulk reserves are
4  allocated at that line of business level.
5  Q. And what does that mean, "the bulk
6  are allocated at that business level"?
7  A. There are direct reserves that are
8  associated with an individual claim, and then
9  there are bulk reserves for those that are not.
10 The bulk reserves that are not attributable to
11 an individual claim by definition have to have
12 the lowest level of granularity, in this case,
13 it's a line of business.
14 Q. But the D&O is not a line of
15 business, right?
16 A. It is, yes, directors and officers.
17 Q. I thought CSI was the line of
18 business and D&O would be the product.  Do I
19 have that wrong?
20 A. CSI is the segment.
21 Q. So, the accounting tracks the bulk
22 losses too at the -- so, now I'm confused.  So,
23 CSI is a segment and D&O is a line of business?
24 A. Correct.
25 Q. And so, a product would be a

Page 132

1  subcategory of D&O under the line of business?
2  A. Correct.
3  Q. So, commissions, can you tell me
4  what type of commissions?
5  A. These are policy level commissions.
6  Q. Commissions to who?
7  A. Agents and brokers.
8  Q. And G&A, what does that refer to?
9  A. General and administrative
10 expenses.
11 Q. And what about TLF?
12 A. Taxes, licenses, and fees.
13 Q. And those are both, are those both
14 bulk expenses?
15 A. Correct.
16 Q. And on what level are they tracked?
17 A. We allocate to a line of business
18 level.
19 Q. When you say "We allocate to a line
20 of business level," does that mean they're
21 tracked at the line of business level, or that
22 they're tracked in a larger bucket and
23 apportioned?
24 A. They're tracked in a larger bucket
25 and apportioned.

Page 133

1  Q. Apportioned on what basis?
2  A. A variety of bases, depending on
3  the nature of the expense.
4  Q. So for the -- for the G&A, on the
5  G&A expenses, on what basis are those
6  apportioned?
7  A. It's a variety of bases depending
8  on the nature of the expense.
9  Q. Give me an example.
10 A. I worked in the finance department,
11 the expenses for my department, the staff, the
12 personnel, the salaries, we do not do any work
13 that directly correlates to an individual
14 product, so, we allocate our expenses based off
15 of the level of gross written premium and/or
16 bulk reserve associated with each product.
17 Q. So, let me try an example.  So
18 let's say, let's say D&O was 80 percent of
19 Chubb's business.
20 A. Uh-huh.
21 Q. Under that methodology, would
22 80 percent of the finance department's costs
23 get assigned or allocated to the D&O line of
24 business?
25 A. Within the segment, correct.

Page 134

1  Q.  So, essentially, G&A is a fixed
2  cost that gets apportioned in your accounting
3  methodology?
4  A.  It's a fixed -- yes, yes.
5  Q.  What types of -- what types of
6  expenses fall under G&A?
7  A.  Salaries and benefits for staff
8  associated with the North America segments.  IT
9  expenses for the applications that we use,
10 mostly to generate the premium registration,
11 and policy administration, and the financial
12 reporting.  Travel, underwriters travel, any
13 specific advertising or consulting costs that
14 we may have.
15 Q.  And what about TLF?
16 A.  Taxes, licenses, and fees are the
17 premium tax where we pay on an individual state
18 basis, and we allocate as best we can to the
19 products within that state.
20 Q.  We talked about those before, and
21 so your same testimony about --
22 A.  Same testimony applies.
23 Q.  About those would apply.  Now
24 expenses incurred.  How is -- what's in that
25 bucket?

Page 135

1  A.  It's a sum of the two rows above
2  it.
3  Q.  And what is underwriting gain or
4  loss?
5  A.  That is the underwriting profit of
6  that particular product.  It is the earned
7  premium minus the loss and LAE incurred, minus
8  the expenses incurred.
9  Q.  And what information is in the
10 combined ratio?
11 A.  The combined ratio is the summation
12 of the loss ratio and the expense ratio.
13 Q.  So, 69.6 percent, that's a combined
14 ratio of the loss ratio with the expense ratio?
15 A.  Correct.
16 Q.  And so, would it be the lower or
17 the higher combined ratio that reflects a more
18 profitable line of business?
19 A.  Typically, a lower combined ratio
20 would reflect a higher profit.
21 Q.  Now, looking down below, we have
22 net instead of gross for the same buckets of
23 information.
24 A.  Uh-huh.
25 Q.  Explain to me the difference

Page 136

1  between the net written premium and the gross
2  written premium.
3  A.  The net is the premium net of
4  reinsurance.
5  Q.  And what -- I am not an insurance
6  guru.  What does that mean, "net of
7  reinsurance"?
8  A.  Reinsurance payments, reinsurance
9  premium payments are a reduction of our gross
10 written premium.
11 Q.  Give me an example of that.
12 A.  Of a reinsurance payment?  It would
13 be payment to a reinsurer under an established
14 reinsurance treaty that we have.
15 Q.  So, like another company?
16 A.  It would be to another company.
17 Q.  And so, what about earned premium,
18 what's the difference between the net premium,
19 earned premium, and the gross earned premium?
20 A.  Same difference, it's net of
21 reinsurance.
22 Q.  And where is the reinsurance data
23 in this table?
24 A.  The reinsurance data is simply just
25 the difference between the two.

Page 137

1  Q.  Okay.  And so, when it comes to
2  losses and LAE incurred, how is that -- I
3  notice that the net is lower than the gross.
4  If the difference between the net and the gross
5  is this reinsurance, these reinsurance figures,
6  how -- how are the losses and the LAE reduced
7  as well?
8  A.  The reinsurance as it relates to
9  premium is a payment, therefore, a reduction in
10 premium.  The reinsurance as it relates to loss
11 and recoveries, therefore, a reduction in your
12 net loss.
13 Q.  Based on recoveries?
14 A.  Based on recoveries.
15 Q.  And I notice that G&A and TLF also
16 went down in the net group.  Explain that
17 reduction for me as well.
18 A.  That's ever so slightly.
19 Occasionally, you are able to recover certain
20 expenses under a reinsurance policy.  It's
21 rare.  So, the difference between the two
22 should not be much.
23 Q.  And based on the data that we have
24 right before us in 409, we can't tell if that
25 reduction on any policy would have been for a

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
KEVIN HARKIN - 03/25/2019          Pages 162..165

Page 162
1  difficult for him to pull it the first time
2  around.  I don't have more specifics,
3  unfortunately, on that.
4       Q.   So, you mentioned complication of
5  the matter relative to how the integration
6  occurred in the UK.
7       A.   Uh-huh.
8       Q.   What integration?
9       A.   I mentioned earlier that the Chubb
10 Insurance Company of Europe is now part of the
11 Chubb European Group.  It was kind of combined
12 under one umbrella.  As I'm aware, the Federal
13 Insurance Company UK branch, I believe had
14 integration activity with it as well, although
15 I don't know the specifics of it.
16      Q.   So, who does Mr. Hutchinson work
17 for?
18      A.   He's the systems director in
19 London, so he reports up through our Overseas
20 General segment.
21      Q.   And is the EZER application,
22 what -- the magnitude of difference just seems
23 large to me, so I'm just trying to figure out
24 why the difference.  And he didn't mention
25 anything to you about pulling the responses a

Page 163
1  second time?
2       A.   He may have in the middle, in the
3  prep session.  I don't recall specifically the
4  rationale.  I would say, you know, point of
5  magnitude on the difference though is, you
6  know, a few million dollars and less than 100
7  policies.  Relatively speaking, it's a
8  generally small amount for that particular
9  segment.
10      Q.   So, does the EZER application, does
11 that application still interface with the
12 branch of Federal Insurance Company that
13 operates in the UK?
14      A.   I don't believe so, no.
15      Q.   Has it been retired?
16      A.   I don't know that formally.
17      Q.   What about for the Chubb European
18 Group, does the EZER application interface
19 with --
20      A.   I don't believe so.
21      Q.   Okay.
22                - - - - -
23           (Chart Bates FED017885_0001 marked
24      Harkin Exhibit 413 for identification.)
25                - - - - -

Page 164
1  BY MS. KLIEBENSTEIN:
2       Q.   I'm handing you what has been
3  marked as Exhibit 413.
4       A.   Uh-huh, yes.
5       Q.   Are you familiar with this
6  document?
7       A.   Yes.
8       Q.   What is this document?
9       A.   This is an attempt by the
10 controller, Paul Johnston, of our Chubb
11 European Group to demonstrate the written
12 premium and components of underwriting as it
13 relates to our accident and health and Chubb
14 Specialty products running through,
15 historically run through the EZER and/or ADAPT
16 application.
17      Q.   Does this data include data from
18 the United Kingdom?
19      A.   Yes.
20      Q.   So, similar to what we did with the
21 other spreadsheet, let's walk through the
22 acronyms and the rows and the columns so that I
23 can understand what data is reflected in it.
24 So at the top, I see "X CCI"?
25      A.   Uh-huh.

Page 165
1       Q.   What does that row of words
2  acronyms mean?
3       A.   Sure.  That's excluding Chubb
4  Commercial Insurance, the old Legacy Chubb
5  segments.  Duncanson & Holt, Duncanson & Holt
6  is an affiliation that they have to write
7  business with our Lloyd's partners in London.
8  High network that is personal lines business,
9  surety business, and political risk.
10      Q.   And what's "CICE plus Federal"?
11      A.   CICE is the Chubb Insurance Company
12 of Europe, and Federal is the UK branch of the
13 Federal Insurance Company.
14      Q.   Do you know what writing company's
15 written premium data is reflected in here?
16      A.   It would be the UK branch of the
17 Federal Insurance Company or the Chubb
18 Insurance Company of Europe, as best they could
19 approximate.
20      Q.   Was this document prepared for this
21 lawsuit?
22      A.   Yes, it was.
23      Q.   Does it otherwise exist in the
24 ordinary course of business?
25      A.   No, it does not.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
KEVIN HARKIN - 03/25/2019        Pages 166..169

Page 166
1  Q.  Is it possible to align any of the
2  gross written premium dollars to policies that
3  touch Blaze Advisor?
4  A.  No.  It is an approximation as best
5  they could to show the premium dollars within
6  each line and then the -- derived under running
7  income.
8  Q.  So, the gross written premium
9  dollars, the lowest level of reporting is a
10 line of business?
11 A.  In this particular instance, it is
12 a line of business for the Chubb Specialty
13 Insurance.
14 Q.  So, I see A&H and I see CSI.  Those
15 are segments, not lines of business, right?
16 The lines of business are things like D&O --
17 A.  A&H is a -- in the UK, A&H is a
18 line of business.
19 Q.  Okay.
20 A.  CSI is a segment.
21 Q.  And for CSI, in 2016, that was no
22 longer a segment of the Chubb Company's
23 business, right?
24 A.  Correct.
25 Q.  It would have been under the

Page 167
1  Overseas General?
2  A.  Correct.
3  Q.  So, how does the data in this
4  table -- what were the steps in gathering this
5  data?
6  A.  So, Legacy Chubb information, so
7  they pulled the data, the written premium data
8  from a Legacy Chubb source, the same source
9  that we used in the U.S. for 2016, but not
10 filtering to U.S. and Canada, filtering to the
11 UK.
12 Q.  The UK or Europe in general?
13 A.  I believe Europe in general, but I
14 can't confirm that definitively.
15 Q.  And the reason I ask is because,
16 correct me if I am wrong, is the ADAPT program
17 used in Europe?
18 A.  The ADAPT program, as far as I'm
19 aware, is not currently used at all.
20 Q.  And so A&H is a line of business
21 and that refers to accident and health, right?
22 A.  Correct.
23 Q.  And then we've got three columns,
24 gross, net, and reinsurance?
25 A.  Correct.

Page 168
1  Q.  If I subtract gross from net, do I
2  end up at reinsurance?
3  A.  Yes.
4  Q.  On the left-hand side, we talked
5  about written premium before.
6  A.  Uh-huh.
7  Q.  What does "UPR FLUCN" refer to?
8  A.  It stands for UPR fluctuation.
9  Q.  And what is that?
10 A.  It is the change in the unearned
11 premium reserve.
12 Q.  Change based on what?
13 A.  The time period.  So, in this
14 particular instance, the beginning of 2016 to
15 the end of 2016.
16 Q.  Is that based on currency
17 fluctuations?
18 A.  No, it's based off the GAAP accrual
19 method of accounting.
20 Q.  Is that a -- this may not be the
21 right phrase to use, but is that fluctuation a
22 direct or a bulk line item?
23 A.  It's a direct line item.
24 Q.  Because you can associate it
25 directly with a particular policy; is that

Page 169
1  right?
2  A.  Correct.
3  Q.  And earned premium, we've talked
4  about that before.
5  A.  Uh-huh.
6  Q.  Incurred loss, tell me what --
7  what's an incurred loss?
8  A.  Within incurred losses are the
9  components of paid losses, reserves, and loss
10 adjustment expenses.
11 Q.  And we've talked about those
12 before, correct?
13 A.  Correct.
14 Q.  And so, the paid losses, can you --
15 those are direct expenses, correct?
16 A.  The paid losses are direct
17 expenses.
18 Q.  What about reserves?
19 A.  They're either direct or bulk,
20 depending on the reserve.
21 Q.  But from this, from this
22 spreadsheet, we can't tell?
23 A.  Correct.
24 Q.  And then loss adjustment expenses
25 are bulk.  And is the accounting methodology, I

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
KEVIN HARKIN - 03/25/2019          Pages 206..209

Page 206
1  than 50 percent?
2      A.   It's less than 50 percent.
3      Q.   Do you know what percentage of
4  products from the PRS business unit ran through
5  Evolution?
6      A.   I do not.
7      Q.   Do you know if it's greater or less
8  than 50 percent?
9      A.   It's greater than 50 percent.
10     Q.   Is it 100 percent or less?
11     A.   It's less than 100 percent, I
12 believe.
13     Q.   Looking at the second bullet on
14 page 3, it says "The Broker Site application is
15 a front-end quoting system with an integrated
16 database with Evolution."  Does that simply
17 mean that the Broker Site application and the
18 Evolution application share a database?
19     A.   Yes.
20     Q.   And are you familiar with the Work
21 Manager component?
22     A.   At a 10,000-foot level, I'm
23 familiar with it, yes.
24     Q.   Tell me what you understand the
25 Work Management component to be?

Page 207
1      A.   It is a workflow tool used in the
2  renewal process, personal lines policies.
3      Q.   And is the Work Manager component
4  part of the Evolution application?
5      A.   Yes.
6      Q.   And what database does Broker Site
7  and Evolution share?
8      A.   It's the underlying policy
9  database.
10     Q.   And what information is stored in
11 that underlying policy database?
12     A.   The policies that would have flown
13 through the Broker Site and/or Evolution system
14 or application.
15     Q.   I see three sentences in though, it
16 says "Accordingly, there are no policies issued
17 or gross written premium generated by the
18 Broker Site application."
19     A.   Correct.
20     Q.   So Broker Site quotes --
21     A.   Correct.
22     Q.   -- policies.  So, it doesn't issue
23 the policies, is that the distinction?
24     A.   Correct.
25     Q.   So, if Broker Site quotes a policy

Page 208
1  to a customer, and then they accept the policy,
2  what happens then?
3      A.   It would go back through the
4  Evolution database and into the registration
5  systems.
6      Q.   So, it's kind of a circle?
7      A.   Yes.
8      Q.   So, Broker Site will quote,
9  customer accepts or doesn't accept, and if the
10 customer accepts, then the policy is routed
11 through Evolution?
12     A.   Correct.
13     Q.   So, the same policy that touches,
14 the same policy that is generated by Broker
15 Site could then touch the Evolution --
16     A.   Correct.
17     Q.   -- application?  Looking down at
18 the -- looking at the table at the bottom of
19 page 3, can you tell me what information is
20 reflected in that table?
21     A.   The information reflected in that
22 table are policies that would have run through
23 the Broker Site application and are identical
24 to the policies that run through the Evolution
25 application above it.

Page 209
1      Q.   So, for the policies that are
2  quoted by Broker Site, we've talked about --
3  the policies that are quoted through Broker
4  Site, once they're accepted, do all of them
5  then go through Evolution or just some of them?
6      A.   I don't know the answer to that.
7      Q.   And for the policy count out of the
8  Evolution application, do any of those, are any
9  of those policies based on products that were
10 Legacy ACE products?
11     A.   No.
12     Q.   And how do you know that?
13     A.   Legacy ACE prior to the acquisition
14 had minimal to no personalized products in
15 Canada.
16     Q.   And for the Evolution chart, are
17 renewals included in that data?
18     A.   Yes.
19              - - - - -
20         (Chart Bates FED17883_0001 to 0004
21         marked Harkin Exhibit 418 for
22         identification.)
23              - - - - -
24 BY MS. KLIEBENSTEIN:
25     Q.   I'm handing you what has been

Page 210

1  marked as Exhibit 418.  Have you seen this
2  document before?
3       A.   I have.
4       Q.   What is it?
5       A.   This is a profit and loss
6  underwriting components, gross and net written
7  premium for all personal lines products in
8  Canada for the second half of 2015, 2016, 2017,
9  and 2018.
10      Q.   And is that the same as the PRS
11 business unit in Canada?
12      A.   Correct.
13      Q.   Is this chart limited to gross
14 written premium that touched Blaze Advisor in
15 Canada?
16      A.   No.
17      Q.   Now, how does 418 reconcile with
18 409, if at all?
19      A.   409 does not have any of our
20 personal lines of business.  So, it does not
21 reconcile at all.
22      Q.   So, how was the -- how was the data
23 in this spreadsheet gathered?
24      A.   The data was gathered in a similar
25 manner as 409.  The first page, which is the

Page 211

1  second half of 2015, was pulled out of the
2  Legacy Chubb ledger system in their -- in their
3  report as part of the normal course.  Beginning
4  in 2016, they used the unique identifier to
5  establish the personal lines, Legacy Chubb
6  Canada business within the consolidated ledger.
7  And they pulled information for the personal
8  lines segment in Canada in total.
9       Q.   Moving down to the -- well, let's
10 talk about reinsurance.  How does the
11 reinsurance component factor into this table?
12      A.   The difference between the gross
13 written premium and the net written premium is
14 the applicable reinsurance.
15      Q.   And net earned premium is what
16 again?
17      A.   The net earned premium is the gross
18 earned premium reflecting the reduction for
19 reinsurance already.
20      Q.   Okay.  And total losses in LAE
21 incurred, how -- let's talk for the homeowners
22 product line, 28 million, how is that
23 calculated?
24      A.   So, that is a number that is net of
25 reinsurance recoveries.  And it is the number

Page 212

1  that includes both the direct component of
2  losses and the bulk component of losses.
3       Q.   So, for the direct component, how
4  was that -- can we tell from this spreadsheet
5  what percentage was the direct component versus
6  the bulk component?
7       A.   Not from this spreadsheet, no.
8       Q.   And is that true for all of the
9  losses in LAE incurred in this spreadsheet?
10      A.   In this spreadsheet, yes.
11      Q.   Would there be data somewhere that
12 could make that determination for us, what
13 percentage of the losses in LAE incurred were
14 direct versus bulk?
15      A.   That data exists.
16      Q.   Now, moving to the total expenses,
17 what expenses are under that category?
18      A.   There's a sub-breakout below it
19 with an arrow going down.  Commissions, taxes,
20 licenses and fees, and A&G is the same,
21 administrative and general expense.
22      Q.   So the commission incurred is a
23 direct expense, correct?
24      A.   Correct.
25      Q.   What about supplemental commission?

Page 213

1       A.   That is a bulk commission.
2       Q.   And what about taxes, licenses, and
3  fees in Canada, is that a bulk?
4       A.   That's a bulk number.
5       Q.   So let's look at the further
6  breakout of A&G.
7       A.   Uh-huh.
8       Q.   Are all of these expenses listed
9  under that further breakout of A&G bulk
10 expenses?
11      A.   They are bulk expenses, yes.
12      Q.   So they can't be allocated to a
13 particular gross written premium?
14      A.   Not definitively, no.
15      Q.   And so for these expenses, again,
16 taking the homeowners, how were these expense
17 figures calculated for the homeowners line of
18 business?
19      A.   The expenses were a combination of
20 the direct expenses or the bulk expenses, which
21 were then allocated to the homeowners line.
22      Q.   Now, let's take advertising and
23 marketing, 92,000.  How -- I presume there's a
24 larger number for advertising and marketing
25 for -- actually, who is the writing company for