UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>    Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**DECLARATION OF TERRENCE J. FLEMING IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF RANDOLPH BICKLEY WHITENER** |

I, Terrence J. Fleming, declare as follows:

1. I am an attorney at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants Federal Insurance Company ("Federal") and ACE American Insurance Company in this case.

2. Attached as **Exhibit A** is a copy of component views, Bates labeled FED017917_0001-0007, which depict the use of Blaze in Federal's CSI Express, CUW, IRMA, TAPS, Premium Booking and Evolution applications.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 9, 2019                      s/ Terrence J. Fleming