UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS)<br><br>**Jury Trial Demanded** |

**PLAINTIFF FAIR ISAAC CORPORATION'S MOTION TO STRIKE THE DECLARATION OF PATRICK SULLIVAN IN SUPPORT OF FEDERAL'S OPPOSITION TO SUMMARY JUDGMENT AND PORTIONS OF FEDERAL'S BRIEF IN OPPOSITION TO SUMMARY JUDGMENT**

Fair Isaac Corporation, ("FICO") moves under Federal Rule of Civil Procedure 37 to strike the Declaration of Patrick Sullivan (Dkt. 516).  FICO also moves to strike that portion of Defendants' Federal Insurance Company and ACE American Insurance Co. ("Federal") brief in opposition to summary judgment asserting a statute of limitations defense (Dkt. 507 at p. 37).  This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the papers and records on file herein, and on such information and evidence as may be presented at any hearing on this Motion.

Dated:  September 9, 2019        MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 398344
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*