UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**PLAINTIFF FAIR ISAAC CORPORATION'S NOTICE OF MOTION ON MOTION TO STRIKE THE DECLARATION OF PATRICK SULLIVAN IN SUPPORT OF FEDERAL'S OPPOSITION TO SUMMARY JUDGMENT AND PORTIONS OF FEDERAL'S BRIEF IN OPPOSITION TO SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that Plaintiff Fair Isaac Corporation ("FICO") will move this Court, at a hearing on a date and time to be determined before the Honorable Wilhelmina M. Wright, United States District Judge for the U.S. District Court for the District of Minnesota, in Courtroom 7A, United States District Court, 316 N. Robert Street, St. Paul, MN 55101, for an order granting Plaintiff's Motion to Strike the Declaration of Patrick Sullivan in Support of Federal's Opposition to Summary Judgment and Portions of Federal's Brief in Opposition to Summary Judgment. The grounds for this Motion will be set forth and supported in an accompanying Memorandum of Law to

be filed in compliance with Local Rule 7.1, the arguments of counsel, and all of the papers and proceedings in this matter.

Dated: September 9, 2019

MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 398344
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*