# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**FAIR ISAAC CORPORATION, a Delaware corporation,**

        Plaintiff(s),

vs.

**FEDERAL INSURANCE COMPANY, and ACE AMERICAN INSURANCE COMPANY,**

Case No. **16-cv-1054 (WMW/DTS)**

        Defendant(s).

## MEET-AND-CONFER STATEMENT

I, (name) **Heather J. Kliebenstein**, representing the

(party) **Plaintiff(s)**, hereby certify that:

I attempted to meet and confer with the opposing party by
~~I met and conferred with the opposing party by:~~

    Meeting with: **Terrence Fleming** (party/parties or attorney/attorneys you met with)

    On: **September, 9th   2019** (date you met and conferred)

    Discussing the following motion:

    **Motion to Strike the Declaration of Patrick Sullivan in Support of Federal's Opposition to Summary Judgment**

~~As a result of the meet-and-confer, the parties:~~
Federal was unable to meet and confer, therefore, the parties:

(Check the box that applies)

☑ Do **not** agree on the resolution of any part of the motion.

☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Signed this **9th**   day of **September, 2019**

Signature of Party    /s/ **Heather Kliebenstein**

Mailing Address

**MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402**

Telephone Number  **(612) 332-5300**

Note:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).