UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**[PROPOSED[ ORDER GRANTING PLAINTIFF FAIR ISAAC CORPORATION'S MOTION TO STRIKE THE DECLARATION OF PATRICK SULLIVAN IN SUPPORT OF FEDERAL'S OPPOSITION TO SUMMARY JUDGMENT AND PORTIONS OF FEDERAL'S BRIEF IN OPPOSITION TO <u>SUMMARY JUDGMENT</u>**

This matter is before the Court on Fair Isaac Corporation's ("FICO's") Motion to Strike the Declaration of Patrick Sullivan in Support of Federal's Opposition to Summary Judgment and Portion of Federal's Brief in Opposition to Summary Judgment (Dkt. No. 551). Upon consideration of FICO's request and the entire record herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. The Declaration of Patrick Sullivan is stricken from Federal's Opposition to Summary Judgment; and

2

2. All arguments relating to the statute of limitations from Federal's Opposition to FICO's Summary Judgment are stricken.

**IT IS SO ORDERED.**

Dated:                                          _____
                                                United States District Judge
                                                The Honorable Wilhelmina M. Wright