UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**DECLARATION OF ALLEN W. HINDERAKER IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF FEDERAL'S LIABILITY FOR BREACH OF CONTRACT**

I, Allen W. Hinderaker, declare as follows:

1. I am an attorney with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this declaration on my own information, knowledge, and belief in support of Plaintiff's Fair Isaac Corporation's Reply in Support of its Motion for Summary Judgment of Federal's Liability for Breach of Contract.

3. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of The Chubb Corporation Annual Report 2006.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Management Agreement between Chubb Indemnity Insurance Company and Chubb & Son a division

of Federal Insurance dated January 1, 1998 with addendums produced as Bates numbered document FED013541_0001–FED013541_0010.  This document is filed UNDER SEAL.

5.	Attached hereto as Exhibit 3 is a true and correct copy of the Service Agreement between Pacific Indemnity Company and Chubb & Son a division of Federal Insurance Company dated January 1, 1998 with addendums, produced as Bates numbered document FED013547_0001–FED013547_0009.  This document is filed UNDER SEAL.

6.	Attached hereto as Exhibit 4 is a true and correct copy of the Management Agreement between Texas Pacific Indemnity Company and Chubb & Son a division of Federal Insurance Company dated June 1, 2004 with addendum, produced as Bates numbered document FED013548_0001–FED013548_0008.  This document is filed UNDER SEAL.

7.	Attached hereto as Exhibit 5 is a true and correct copy of the Management Agreement between Vigilant Insurance Company and Chubb & Son a division of Federal Insurance Company dated January 1, 1998 with addendums, produced as Bates numbered document FED013549_0001–FED013549_0011.  This document is filed UNDER SEAL.

8.	Attached hereto as Exhibit 6 is a true and correct copy of the Management Agreement between Chubb National Insurance Company and Chubb & Son a division of Federal Insurance Company dated January 1, 1998 with addendum, produced as Bates numbered document FED013542_0001–FED013542_0008.  This document is filed UNDER SEAL.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Management Agreement between Executive Risk Specialty Insurance Company and Chubb & Son a division of Federal Insurance Company dated January 1, 2008 with addendums, produced as Bates numbered document FED013545_0001–FED013548_0011. This document is filed UNDER SEAL.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Management Agreement between Executive Risk Indemnity Inc. and Chubb & Son a division of Federal Insurance Company dated January 1, 2000 with addendum, produced as Bates numbered document FED013544_0001–FED013548_0010. This document is filed UNDER SEAL.

11. Attached hereto as Exhibit 9 is a true and correct copy of the Management Agreement between Great Northern Insurance Company and Chubb & Son a division of Federal Insurance Company dated January 1, 1998 with addendum, produced as Bates numbered document FED013546_0001–FED013548_0008. This document is filed UNDER SEAL.

12. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt from the transcript of the July 31, 2018 30(b)(6) deposition of Henry Mirolyuz. This document is filed UNDER SEAL.

13. Attached hereto as Exhibit 11 is a true and correct copy of an excerpt from the transcript of the November 13, 2018 deposition of Ramesh Pandey. This document is filed UNDER SEAL.

14. Attached hereto as Exhibit 12 is a true and correct copy of June 7, 2013 email from Henry Mirolyuz email to Tony Zhang produced as Bates numbered document FED009153_0001–FED009153_0004.  This document is filed UNDER SEAL.

15. Attached hereto as Exhibit 13 is a true and correct copy of July 29, 2013 email from Ewen Setti email to Henry Mirolyuz produced as Bates numbered document FED012641_0001–FED012641_0002.  This document is filed UNDER SEAL.

16. Attached hereto as Exhibit 14 is a true and correct copy of an excerpt from the transcript of the October 9, 2018 deposition of Thomas Carretta.  This document is filed UNDER SEAL.

17. Attached hereto as Exhibit 15 is a true and correct copy of an excerpt from the transcript of the January 18, 2019 deposition of Tamra Pawloski.  This document is filed UNDER SEAL.

18. Attached hereto as Exhibit 16 is a true and correct copy of an excerpt from the transcript of the March 22, 2019 deposition of Thomas Carretta.  This document is filed UNDER SEAL.

Dated: September 9, 2019                                         /s/ Allen W. Hinderaker
                                                                 Allen W. Hinderaker