# EXHIBIT 15

**FILED UNDER SEAL**

In the Matter Of:

*FAIR ISAAC CORPORATION*

*vs*

*FEDERAL INSURANCE COMPANYT, ET AL.*

*TAMRA PAWLOSKI*

*January 18, 2019*

CONFIDENTIAL



CONFIDENTIAL
TAMRA PAWLOSKI - 01/18/2019        Pages 174..177

Page 174

1   Q    So you did have conversations
2   about the pricing methodology used by FICO,
3   just after this March 2nd letter?
4   A    Correct.
5   Q    I am handing you what I have
6   marked Exhibits 258 and 259.
7        (The above described documents were
8        marked Exhibits 258 and 259 for
9        identification as of this date.)
10  Q    Are you familiar with these
11  documents?
12  A    Yes.
13  Q    So 259 is a second copy of page
14  2 of 258, because you can't really read.
15       You only got one page of 258?
16  A    Yes.
17       MS. KLIEBENSTEIN:  Then together
18  we have a complete document.
19  Q    Looking at 258 and 259, is
20  Exhibit 259 the letter that was e-mailed to you
21  from Mike Sawyer on March 6, 2016?
22  A    Yes, it was.

Page 175

1   Q    And this is four days after the
2   date of the letter we looked at in 257, is that
3   correct?
4   A    That's correct.
5   Q    So between March 2nd and March
6   6th, did you have any conversations with FICO
7   personnel about the business negotiations?
8   A    Yes.
9   Q    And what were those
10  conversations?
11  A    Actually at this point it got
12  escalated to my leadership.
13       So Bill Harlam and myself had a
14  discussion with Bill Waid on the numbers to
15  help us understand why, we were very confused
16  as why they came in so high, so we had a phone
17  call with Bill.
18  Q    What did Bill tell you, what do
19  you recall?
20  A    That he was going to come back
21  and give us an explanation for how they came to
22  the numbers.

Page 176

1   He did not provide that on the
2   phone.
3   Q    Do you recall anything else that
4   was discussed in that phone call?
5   A    No, I was not lead on the call.
6   Q    You mentioned the name Bill
7   Harlan?
8   A    Harlam.
9   Q    Who was he?
10  A    He was my new boss.
11  Q    And your old boss was?
12  A    Bill Stickle.
13  Q    Bill Stickle.  Did Bill Harlam
14  come from legacy ACE?
15  A    Yes, he did.
16  Q    What was Bill Harlem's role at
17  Chubb LTD?
18  A    He was the head of vendor
19  management.
20  Q    So, did the vendor management,
21  after the merger did the vendor management
22  functions of ACE and Chubb merge together as a

Page 177

1   group?
2   A    Yes.
3   Q    And some people stayed and some
4   people went?
5   A    That's correct.
6   Q    So looking at the letter that is
7   Exhibit 259, walk me through your understanding
8   of the pricing options and the license options
9   provided by FICO to you.
10  A    So the intent of this letter was
11  to show us from legacy Chubb pricing to the new
12  Chubb LTD pricing.
13       And this was the first time for
14  myself that I knew it was based upon revenue.
15  I was not aware of that prior to this.
16       So this is just -- this letter
17  now outlines what the legacy Chubb revenue was
18  in 2006 -- yeah, 2006.
19       And then what the 2016 combined
20  company revenues were, and then how Blaze
21  was -- how the equation, how FICO priced their
22  product.

CONFIDENTIAL
TAMRA PAWLOSKI - 01/18/2019          Pages 178..181

Page 178
1   Q    And you understood at this time
2   that the pricing you were seeing was based on
3   the estimated U.S. revenue of the new company,
4   correct?
5   A    Correct.
6   Q    Not that you agreed with the
7   pricing, just that that's what the new U.S.
8   revenue was the basis for the pricing from
9   FICO's perspective?
10  A    Correct.
11  Q    And Chubb rejected this offer,
12  correct?
13  A    Yes.
14  Q    And why was that?
15       MR. FLEMING:  I'm going to object
16       to the extent it requires disclosure of
17       its attorney-client communications.
18       On the basis of privilege you
19       should not disclose those.
20  A    Can you ask your question again?
21  Q    Sure.
22       Why did Chubb reject this offer?

Page 179
1   A    Because once again, senior
2   leadership felt that this was -- this license
3   fee was still extremely high in comparison to
4   the investment already made with FICO.
5   Q    Did you believe that -- well,
6   Chubb's position in these business
7   negotiations, it was not that -- Chubb didn't
8   think it needed to pay a new license fee at
9   all, did it?
10       MR. FLEMING:  I object to the
11       extent it calls for attorney-client
12       communications, which you should not
13       disclose on the basis of privilege.
14  A    No, we didn't.  We had a hard
15  time with that.
16  Q    So the issue wasn't -- the
17  problem from the business perspective from
18  Chubb's point of view wasn't that FICO's
19  pricing model was flawed, rather that Chubb
20  already had a license and shouldn't be forced
21  to pay more, correct?
22       MR. FLEMING:  I object, misstates

Page 180
1       her prior testimony, and it's multiple
2       questions.
3   A    Can you repeat that again?
4   Q    Sure, I will try.
5       Chubb rejected this offer in
6   Exhibit 259, correct?
7   A    Yes.
8   Q    And the reason Chubb rejected
9   this offer is -- well, I will ask it a
10  different way.
11       Was the reason Chubb rejected
12  this offer because FICO bases its licensing
13  figures on company revenue?
14  A    No.
15  Q    So the problem with this offer
16  wasn't -- wasn't FICO's pricing models, it was
17  instead the history between the parties and
18  because Chubb thought it had already had a
19  license, right?
20       MR. FLEMING:  Objection, multiple
21       questions and misstates her prior
22       testimony.

Page 181
1   A    No, there was -- we still had an
2   issue with this pricing model.
3   Q    Chubb had a problem with the
4   ultimate price, not necessarily the model,
5   correct?
6       MR. FLEMING:  Objection, that's
7       been asked and answered.
8   A    No, we had a problem with the
9   model as well.
10  Q    Can you tell me what the problem
11  with the model was?
12       MR. FLEMING:  I object to the
13       extent it calls for attorney-client
14       privileged communications.
15  A    If you take a look at the global
16  revenue, it's $14 billion at an estimate of $11
17  billion for $2.4 million.
18       In 2016 it was 20, but yet we
19  were asked to pay double if not triple what we
20  were paying from when we originally purchased.
21       So, the calculation of how they
22  came to 20, that was not disclosed, just that