UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**DECLARATION OF CHRISTOPHER D. PHAM IN SUPPORT OF REPLY MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY OF BROOKS HILLIARD** |

I, Christopher D. Pham, declare as follows:

1. I am an attorney at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Federal") in this case.

2. Attached as **Exhibit A** is a copy of excerpts from the June 19, 2019 Deposition of Brooks Hilliard.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 9, 2019            s/ Christopher D. Pham
                                                              Christopher D. Pham

67935226 v1

1