## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>    Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br><br><br>**WORD COUNT COMPLIANCE<br>CERTIFICATE** |

I certify that this brief conforms to the requirements of LR 7.1(f) for a brief produced with a proportional font.  The length of this brief is 4,179 words.  This brief was prepared using Microsoft Word 2010 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Dated:  September 16, 2019　　　　　　FREDRIKSON & BYRON, P.A.

　　　　　　　　　　　　　　　　　　　　*s/Terrence J. Fleming*
　　　　　　　　　　　　　　　　　　　　Terrence J. Fleming (#0128983)
　　　　　　　　　　　　　　　　　　　　tfleming@fredlaw.com
　　　　　　　　　　　　　　　　　　　　Leah C. Janus (#0337365)
　　　　　　　　　　　　　　　　　　　　ljanus@fredlaw.com
　　　　　　　　　　　　　　　　　　　　Christopher D. Pham (#0390165)
　　　　　　　　　　　　　　　　　　　　cpham@fredlaw.com
　　　　　　　　　　　　　　　　　　　　**FREDRIKSON & BYRON, P.A.**
　　　　　　　　　　　　　　　　　　　　200 South Sixth Street, Suite 4000
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402-1425
　　　　　　　　　　　　　　　　　　　　Phone:  (612) 492-7000
　　　　　　　　　　　　　　　　　　　　(612) 492-7077 (fax)

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

68002604 v1