**Fleming, Terrence**

**From:** Fleming, Terrence
**Sent:** Thursday, September 12, 2019 3:40 PM
**To:** 'Heather Kliebenstein'
**Subject:** FW: Meet and Confer

Heather, I called you at 3:30 p.m. and left a phone message.
Call if you would like at 612-492-7496.

Terry

---

**From:** Fleming, Terrence
**Sent:** Thursday, September 12, 2019 11:16 AM
**To:** 'Heather Kliebenstein'
**Subject:** RE: Meet and Confer

Heather, yes I am available at 3:30 p.m. today.

**From:** Heather Kliebenstein [mailto:HKliebenstein@merchantgould.com]
**Sent:** Wednesday, September 11, 2019 6:08 PM
**To:** Fleming, Terrence
**Subject:** RE: Meet and Confer

[EXTERNAL E-MAIL]

Terry, are you available for a call at about 3:30 central tomorrow?

**From:** Fleming, Terrence <TFleming@fredlaw.com>
**Sent:** Tuesday, September 10, 2019 11:47 AM
**To:** Heather Kliebenstein <HKliebenstein@merchantgould.com>; Hokans, Christian <CHokans@fredlaw.com>; Pham, Christopher <CPham@fredlaw.com>; Janus, Leah <LJanus@fredlaw.com>
**Cc:** Allen Hinderaker <AHinderaker@merchantgould.com>; Kristin M. Drieman <KDrieman@merchantgould.com>; Karen Beckman, Ph.D. <kbeckman@merchantgould.com>
**Subject:** RE: Meet and Confer

**CAUTION - External.**

Heather, I put on my calendar a meet and confer at 11:30 a.m. but did not respond to your email below.
If you would still like to discuss this please call.

Terry



**Terrence J. Fleming**
**Shareholder**

tfleming@fredlaw.com
**200 South Sixth Street, Suite 4000**
**Minneapolis, Minnesota**
**612-492-7496 Phone**

1



612-492-7077 Fax

Brenda Haberman
Legal Assistant/Paralegal
612-492-7678
bhaberman@fredlaw.com

**This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 492-7000. The name and biographical data provided above are for informational purposes only and are not intended to be a signature or other indication of an intent by the sender to authenticate the contents of this electronic message.**

**From:** Heather Kliebenstein [mailto:HKliebenstein@merchantgould.com]
**Sent:** Monday, September 09, 2019 3:04 PM
**To:** Fleming, Terrence; Hokans, Christian; Pham, Christopher; Janus, Leah
**Cc:** Allen Hinderaker; Kristin M. Drieman; Karen Beckman, Ph.D.
**Subject:** RE: Meet and Confer

[EXTERNAL E-MAIL]

Terry, thanks. I will call you at 11:30 tomorrow if that works.

Heather

**From:** Fleming, Terrence <TFleming@fredlaw.com>
**Sent:** Monday, September 9, 2019 11:28 AM
**To:** Heather Kliebenstein <HKliebenstein@merchantgould.com>; Hokans, Christian <CHokans@fredlaw.com>; Pham, Christopher <CPham@fredlaw.com>; Janus, Leah <LJanus@fredlaw.com>
**Cc:** Allen Hinderaker <AHinderaker@merchantgould.com>; Kristin M. Drieman <KDrieman@merchantgould.com>; Karen Beckman, Ph.D. <kbeckman@merchantgould.com>
**Subject:** RE: Meet and Confer

**CAUTION - External.**

Heather,

We are not available today. There are a few filings we are working on.
But I am available anytime tomorrow or Wednesday if you would like to meet and confer then.

Terry

Fredrikson

**Terrence J. Fleming**
**Shareholder**

tfleming@fredlaw.com
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota
612-492-7496 Phone
612-492-7077 Fax

Brenda Haberman
Legal Assistant/Paralegal
612-492-7678
bhaberman@fredlaw.com

**This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 492-7000. The name and biographical data provided above are for informational purposes only and are not intended to be a signature or other indication of an intent by the sender to authenticate the contents of this electronic message.**

**From:** Heather Kliebenstein [mailto:HKliebenstein@merchantgould.com]
**Sent:** Monday, September 09, 2019 9:25 AM
**To:** Hokans, Christian; Pham, Christopher; Janus, Leah; Fleming, Terrence
**Cc:** Allen Hinderaker; Kristin M. Drieman; Karen Beckman, Ph.D.; '15081.0008USZA.active@ef.merchantgould.com'
**Subject:** Meet and Confer

[EXTERNAL E-MAIL]

Counsel,

I write to request a meet and confer.

We are filing a motion today to strike the declaration of Patrick Sullivan and Federal's statute of limitations defense from Federal's response to FICO's Motion for Summary Judgment. Mr. Sullivan was not disclosed as a witness with knowledge in this case, and FICO is prejudiced as a result. As to Federal's newly asserted affirmative defense of statute of limitations in its summary judgment response, the inclusion of new arguments and new defenses in a summary judgment memorandum is not proper. Further, the discovery period regarding Federal's statute of limitations defense is still open, rendering summary judgment improper.

Please advise whether you will withdraw the Sullivan Declaration and the statute of limitations defense from Federal's response to FICO's Motion for Summary Judgment by **12:00 pm today**. I am available for a phone conference if you would like to discuss these issues.

Best,

Heather

**Heather Kliebenstein**
Partner
Merchant & Gould P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402-4247
USA

**Telephone** (612) 371-5213
**Fax** (612) 332-9081
**Email** hkliebenstein@merchantgould.com
**merchantgould.com**

GUARDIANS OF GREAT IDEAS®

3

## Merchant & Gould has moved!
As of August 5th, 2019, our address is:
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402

Note: This e-mail message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via e-mail to the sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.
Please consider the environment before printing this email. Thank you.