1    UNITED STATES DISTRICT COURT

2    DISTRICT OF MINNESOTA

3    -----------------------------------------x

4    FAIR ISAAC CORPORATION, a Delaware
     corporation,
5                   Plaintiff,

6                       Case No.  16-cv-1054

7                   v.

8    FEDERAL INSURANCE COMPANY, an
     Indiana corporation, and ACE
9    AMERICAN INSURANCE COMPANY, a
     Pennsylvania corporation,
10                  Defendants.

11   -----------------------------------------x

12                   8:30 a.m.
                     January 18, 2019
13
                     767 Third Avenue
14                   New York, New York

15                   * CONFIDENTIAL *

16         DEPOSITION of TAMRA PAWLOSKI, a Plaintiff

17   in the above entitled matter, pursuant to Notice,

18   before Stephen J. Moore, a Registered Professional

19   Reporter, Certified Realtime Reporter and Notary

20   Public of the State of New York.

21

22   Job No. MP-204293

**EXHIBIT 6**

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
TAMRA PAWLOSKI - 01/18/2019          Pages 46..49

Page 46

1    Q    Sure, so the contracts in 238
2  and 239, they were negotiated, handled, signed
3  just by the business unit, and a lawyer from
4  Chubb & Sons didn't get in the middle and
5  review it while it was being finalized?
6    A    Correct, because it was on the
7  template.
8    Q    Exactly.
9    A    Yes.
10    Q    So it is true that legal at
11  Chubb & Sons does not read every single
12  contract that Chubb & Sons entered into?
13    A    As long as it's a template that
14  they have approved; correct.
15    Q    Let me know if you need a break
16  at any time?
17    A    Okay.
18    Q    I am handing you what's been
19  marked as Exhibit 40, I'm not going to ask you
20  questions about it now, I just -- I may, I
21  think you've seen it before, Terry.
22        MR. FLEMING:  I have.

Page 47

1    Q    Do you recall while you were at
2  Chubb & Sons, were you ever asked about the
3  scope of the license for Blaze Advisor?
4    A    I was.
5    Q    When you would get asked that
6  question, did you have a general protocol you
7  would follow to answer it?
8    A    I would go back to the Ariba
9  system and pull the contract.
10    Q    And there are a number of
11  contracts that Chubb had with FICO, correct?
12    A    That's correct.
13    Q    And all of these would be stored
14  in the Ariba system?
15    A    Yes.
16    Q    You know what, I see the word
17  Novatus System?
18    A    Ariba, Novatus, it's the same
19  thing.
20    Q    So all the contracts --
21    A    Novatus was purchased by Ariba;
22  so --

Page 48

1    Q    So all of the FICO contracts
2  would be stored in the Ariba system.
3        To answer the question of the
4  scope of the license for Blaze Advisor, what
5  contract would you look at, if you recall?
6    A    I would pull the master
7  contract, whatever was listed in there.
8    Q    The master services contract or
9  the master?
10    A    The master license agreement.
11        MS. KLIEBENSTEIN:  I'm handing
12    you what's been marked as 241.
13        (The above described document was
14    marked Exhibit 241 for identification as
15    of this date.)
16    Q    Are you familiar with this
17  e-mail?
18    A    Now that I'm looking at it, yes.
19    Q    In the back of this e-mail
20  chain, Andrew Millyard e-mailed you to ask
21  about the scope of the Fair Isaac Blaze Advisor
22  license, is that correct?

Page 49

1    A    That's correct.
2    Q    And Andrew Millyard was a
3  businesses analyst for Chubb Insurance Company
4  of Europe S.A., is that right?
5    A    That's correct.
6    Q    Do you recall what his job roles
7  were.
8        What did he do?
9    A    He was on the IT side.
10    Q    In Europe, right?
11    A    Correct.
12    Q    And you responded to him on
13  November 6, 2008, "Andrew, I'm still getting
14  you the answers below.  The agreement is longer
15  than I anticipated and getting answers to your
16  questions is taking a lot more digging."
17        Do you recall when you got this
18  request what was the first step that you took
19  to try to answer the question about the scope
20  of the Blaze Advisor license?
21    A    I went to the system to look to
22  see what was in there.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
TAMRA PAWLOSKI - 01/18/2019      Pages 50..53

Page 50

1   Q      And do you remember what you
2  saw?
3   A      The master agreement.
4   Q      The master license agreement?
5   A      Yes.
6   Q      And I have handed you Exhibit
7  240.
8          (The above described document was
9          marked Exhibit 240 for identification, as
10         of this date.)
11  Q      Is that the document that you
12  saw?
13  A      Yes.
14  Q      You went into the system, you
15  found the license agreement, then what did you
16  do?
17  A      I responded based upon Exhibit A
18  in the agreement attached here.
19  Q      You responded to whom?
20  A      I responded to Andrew's
21  questions.
22  Q      And what was your answer?

Page 51

1   A      In accordance with Exhibit A,
2  they were five seats and it was for the --
3  what's the definition of the application.
4          And I went by the license grant,
5  so shared with him what I found from this
6  contract.
7          So if you take a look right, I
8  think that's -- so I didn't see any worldwide
9  license grant, five seats, yes.
10         And the product was Blaze
11  Advisor only.
12  Q      So you mentioned there was no
13  worldwide license grant, are you looking at
14  section 2.1?
15  A      Correct.
16  Q      In your November 6th response to
17  Andrew, you mentioned that getting the answers
18  to your questions is taking a lot more digging.
19         What digging were you doing?
20  A      Because I was told that there
21  was an enterprise agreement on this one and
22  I -- so there had to be some other e-mails,

Page 52

1  but -- but I couldn't find it, this was the
2  only document that I had found at the time.
3          I was newer to the company, so I
4  was there less than a year, and I -- I'm sure I
5  grabbed this and took a look at it.
6          MS. KLIEBENSTEIN:  I am handing
7          you what's been marked as Exhibit 242.
8          (The above described document was
9          marked Exhibit 242 for identification as
10         of this date.)
11  Q      Are you familiar with this
12  e-mail?
13  A      I am after looking at it, I
14  wasn't familiar -- I mean I knew I had to have
15  wrote it, so --
16  Q      Below I see on May 21, 2009, you
17  were asked to confirm whether the Blaze IDE
18  developer tool licensing for Henry and Patrick
19  Sullivan?
20  A      Yes.
21  Q      What was your response to that
22  e-mail?

Page 53

1   A      I sent him the amendment number
2  2.
3   Q      And before we get to amendment
4  number 2 let's look at the first page, the one
5  marked FED 011791, what am I looking at here.
6          Is this a printout from the
7  Ariba system?
8   A      No, the Ariba system we didn't
9  actually institute, this was prior, so this was
10  a system that was in place prior to me coming
11  there.
12         So I'm not sure exactly what
13  system they used; but it wasn't the Ariba
14  system.
15  Q      So what information is -- what
16  information am I looking at an on this page?
17  A      Oh, this would tell us who the
18  business partner was and then a high level, so
19  this was a summary of the negotiations done by
20  Jim Black.
21         So if you see here it says Chubb
22  vendor manager contact, that was the person who

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
TAMRA PAWLOSKI - 01/18/2019          Pages 54..57

Page 54

1  was in my role, so he used to be -- I replaced
2  him, that's probably the best way to say it.
3        Q      Who would have filled out the
4  data in this template?
5        A      Jim.
6        Q      When would he have done that?
7        A      When he completed the
8  negotiations, so I guess it was around December
9  of 2016 -- 2006.
10       Q      And I see that you in response
11 to Patrick Sullivan, you attached a copy of the
12 amendment, an amendment, but I'm asking you a
13 different question.
14              What was your response, did you
15 advise Patrick that the work that Henry and
16 Patrick wanted to do, that they were licensed
17 or they weren't licensed?
18       A      I did not provide any input at
19 this time, I just gave him a copy of the
20 amendment, so I didn't give any opinion on
21 here.
22       Q      Did you give him an opinion at a

Page 55

1  later date?
2        A      I'm sure I did.
3        Q      And do you recall what your
4  opinion would have been, was it a yes or a no?
5        A      A yes or no to what, sorry?
6        MR. FLEMING:  Is the question
7        whether she did give an opinion?
8        MS. KLIEBENSTEIN:  I will ask it
9        again.
10       Q      Do you recall whether you
11 informed Mr. Sullivan that, in fact, in
12 response to his May 21st, 2009 request, that
13 there was Blaze IDE developer tool licensing
14 for him and Henry Mirolyuz?
15       A      Yes.
16       Q      You know, I think I will ask it
17 a different way again.
18       A      That's okay.
19       Q      So, the very bottom request,
20 from Patrick to you, did you ultimately answer
21 that request with a yes or no?
22       A      No, I sent him the copy, I did

Page 56

1  not answer that direct question.
2        Q      You never did?
3        A      No.  I don't know what IDE meant
4  at the time.
5        Q      Looking at FED 011791_0002, are
6  you familiar with this document?
7        A      Yes.
8        Q      And this is an amendment to the
9  Fair Isaac software license and software
10 agreement related to Blaze, correct?
11       A      Yes.
12       Q      It's dated -- it's executed in
13 2006, correct?
14       A      Yes.
15       Q      Would a copy of this amendment
16 have been in the Ariba system?
17       MR. FLEMING:  At what time?
18       Foundation.
19       Q      Flipping to -- flipping to
20 Exhibit 241, that request from Andrew Millyard
21 to you in 2008, at that time would the second
22 amendment that we see in Exhibit 242, would

Page 57

1  that have been in the Ariba system at that
2  time?
3        A      I don't recall if it was or
4  wasn't.  Jim had a tendency not putting all of
5  his documents in, I had to go find them.
6        Q      Do you recall a point in time
7  when this amendment 2 was in the Ariba system?
8        A      Yes.
9        Q      What time was that?
10       A      After I had done my research,
11 and I will be honest, Mark Berthume called me
12 and said I have an enterprise agreement, let me
13 send you the copy of the amendment.
14              So that's why I am surprised
15 there is not another e-mail.
16       Q      When did Mark make that phone
17 call to you?
18       A      After I had sent that e-mail
19 that stated it was only for five seats, he
20 corrected me.
21       Q      And the e-mail you are referring
22 to is Exhibit 241?

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
TAMRA PAWLOSKI - 01/18/2019          Pages 58..61

Page 58

1      A    Oh, yes.
2      Q    Sticking with 242 for just a
3  minute longer, I see in Patrick's May 21st,
4  2009 e-mail to you, "We are sure we can deploy
5  the server and repository."
6           Do you know what that meant?
7  What does deploy the server and repository
8  mean?
9      A    I know what deploy means, it
10 means issue the software -- install the server
11 on to the software, but I'm not quite sure what
12 exactly he meant specifically about the
13 repository.
14     Q    You just said install the server
15 on to the software?
16     A    The software on to the server,
17 sorry; I apologize.
18          THE WITNESS:  In about ten
19          minutes can we take a break.
20          MS. KLIEBENSTEIN:  Why don't we
21          take one right now.
22          THE VIDEOGRAPHER:  The time is

Page 59

1  9:53 a.m. and we are going off the
2  record.
3           (At this point in the proceedings
4           there was a recess, after which the
5           deposition continued as follows:)
6           THE VIDEOGRAPHER:  This is the
7           start of media labeled number 2, the
8           time now is 10:03 a.m. and we are back
9           on the record.
10     Q    I handed you Exhibit 243, Ms.
11
12          (The above described document was
13          marked Exhibit 243 for identification as
14          of this date.)
15     Q    This is an e-mail string from
16 2008.
17          Focusing on the -- when you turn
18 to the second page, you will see that same 2008
19 e-mail from Andrew Millyard to you asking about
20 the scope of the Blaze Advisor license; do you
21 see that?
22     A    I do see that.

Page 60

1      Q    And then at the very top is an
2  e-mail from Russ Hodey to Andrew Millyard
3  stating, "Andy, right approach and some good
4  questions, but please hold fire with any
5  further comes on this until we have spoken.
6  This could stir up all sorts of politics."
7           Were there any political issues
8  within Chubb about enterprise licensing?
9           MR. FLEMING:  Objection,
10          foundation.
11     A    No.
12     Q    So you don't know what Mr. Hodey
13 might have been referring to in this e-mail?
14          MR. FLEMING:  Same objection.
15     A    No.
16     Q    I am handing you what's been
17 marked as Exhibit 244.
18          (The above described document was
19          marked Exhibit 244 for identification, as
20          of this date.)
21     Q    Are you familiar with this
22 e-mail string?

Page 61

1      A    I actually don't recall this
2  one.
3      Q    This is an e-mail string between
4  you, Dean Lawton and Russell Hodey in the
5  October 2008 time period, correct?
6      A    Yes.
7      Q    And do you have any reason to
8  believe that this is not a true and accurate
9  scope of that e-mail correspondence?
10     A    Oh, no.
11     Q    Now moving back to the very
12 first e-mail in this exhibit dated October 16,
13 2008, you reached out to Russ and Dean to do an
14 informal survey of sorts, is that right?
15     A    Yes.
16     Q    And what was your informal
17 survey about?
18     A    It was to find out how we can
19 support the zones better.
20     Q    When you say zones, what are you
21 referring to?
22     A    The regions, so yeah, the