**Thomas Carretta  -  3/22/2019**
CASE 0:16-cv-01054-DTS   Doc. 576-5   Filed 09/16/19   Page 1 of 6
**Fair Isaac Corporation vs. Federal Insurance Company, et al.**

```
 1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MINNESOTA
 2        ------------------------------------------------------
          FAIR ISAAC CORPORATION,
 3
                           Plaintiff,
 4

 5           v.              Court File No. 16-cv-1054(WMW/DTS)

 6

 7        FEDERAL INSURANCE COMPANY,
          an Indiana corporation, and ACE
 8        AMERICAN INSURANCE COMPANY,
          a Pennsylvania corporation,
 9
                           Defendants.
10        ------------------------------------------------------

11

12

13                       VIDEO DEPOSITION OF

14                         THOMAS CARRETTA

15                         MARCH 22, 2019

16                           9:31 A.M.

17

18

19

20

21

22

23

24

25
```

**EXHIBIT**

**7**

**Thomas Carretta - 3/22/2019**
CASE 0:16-cv-01054-DTS Doc. 576-5 Filed 09/16/19 Page 2 of 6
Fair Isaac Corporation vs. Federal Insurance Company, et al.

**Page 64**

1 agreement and Chubb's use of Blaze in Europe,
2 correct?
3 A. No, I don't know what it is. I mean, they were
4 having a conversation -- obviously they're a
5 client -- the Chubb license agreement and an
6 opportunity to work with Chubb Europe. So I don't
7 know what the plan was.
8 Q. But the discussion of Chubb's plan in Europe was
9 being discussed in November of 2008, correct?
10 A. They were going to discuss the Chubb license
11 agreement and a plan for Chubb Europe.
12 Q. Showing you what's previously been marked as
13 Exhibit 116.
14 Can he use that one? I don't have an extra
15 copy of that one.
16 A. Do you want me to use that one of this?
17 Q. It's this one, yeah.
18 A. Okay. I've got it.
19 Q. Have you -- take a moment to look at the e-mail.
20 Have you seen this before?
21 A. I don't remember this.
22 Q. So this is an e-mail from Lawrence Wachs to Russ
23 Schreiber dated November 26, 2008, correct?
24 A. Yes.
25 Q. Okay. So this is in the same time period as the

**Page 65**

1 meeting planner we looked at marked as Exhibit 73,
2 correct?
3 A. Yes.
4 Q. And also the same time period as the e-mails on
5 the log that we looked at that involved you,
6 correct?
7 A. Right.
8 Q. And in this e-mail, Lawrence Wachs says, "In
9 reviewing my notes and some archived e-mails it's
10 apparent to me that the corporate ELA" -- which is
11 enterprise license agreement, correct? Well,
12 anyway, "that the corp" --
13 A. I'm not sure what he's trying to explain here.
14 Like I said, I've never seen this before.
15 Q. So he says, "In reviewing my notes and some
16 archived e-mails it's apparent to me that the
17 corporate ELA that was negotiated with Phil Folz
18 and June Drewey intended to include the global
19 license." Do you see that?
20 A. I see the sentence, yes.
21 Q. Okay. So does this further confirm for you that
22 FICO was considering the issue of Chubb's use of
23 Blaze in Europe in the November 2008 time period?
24 MS. KLIEBENSTEIN: Objection, calls for
25 speculation.

**Page 66**

1 THE WITNESS: Again, I don't know what he's
2 talking about here. I don't know this. I've
3 never seen it.
4 BY MS. JANUS:
5 Q. Are you aware that several months after the
6 discussion of Chubb's use of Blaze in Europe in
7 November of 2008 Mike Sawyer began engaging with
8 Chubb about the use of Blaze in Europe?
9 MS. KLIEBENSTEIN: Could you repeat that
10 question for me?
11 (The question was read back by the court
12 reporter.)
13 MS. KLIEBENSTEIN: Objection,
14 mischaracterizes the testimony of the documents.
15 BY MS. JANUS:
16 Q. I'll withdraw the question.
17 A. Okay.
18 Q. Are you aware that -- I think I asked this before,
19 but I'm going to make sure. Do you know whether
20 the result of those November 2008 conversations
21 was the conclusion on the part of FICO that Chubb
22 had the right to use Blaze in Europe under the
23 license agreement?
24 A. I don't recall that.
25 Q. So you just don't know?

**Page 67**

1 A. No.
2 (Exhibit No. 394 was marked for identification.)
3 BY MS. JANUS:
4 Q. Showing you what's been marked as Exhibit 394, let
5 me know when you've had a chance to take a look at
6 this document.
7 A. Okay.
8 Q. This is an e-mail exchange between Henry Mirolyuz
9 at Chubb and Ian Brodie and Donald Likeum at FICO,
10 correct?
11 A. It looks like it was a forwarded note from Henry
12 Mirolyuz to somebody named Owen Williams and
13 Patrick Sullivan and that it included some
14 embedded e-mails.
15 Q. Okay. And I guess I was looking at the embedded
16 e-mail --
17 A. Okay.
18 Q. -- between Chubb and FICO, correct?
19 A. I see one, yes.
20 Q. Okay. And that's from Ian Brodie and Donald --
21 no, I'm sorry, I'm misreading it. It's from Mike
22 Sawyer to Henry Mirolyuz, correct?
23 A. Yes.
24 Q. Okay. And it copies Ian Brodie and Donald Likeum
25 at FICO, correct?

Thomas Carretta - 3/22/2019
CASE 0:16-cv-01054-DTS Doc. 576-5 Filed 09/16/19 Page 3 of 6
Fair Isaac Corporation vs. Federal Insurance Company, et al.

1 A. Yes.
2 Q. The date of this e-mail is May 11, 2009, correct?
3 A. May 12th. Oh, I'm sorry, yeah, it was -- it's May
4 11th.
5 Q. Okay. And the subject is Drools versus Blaze,
6 correct?
7 A. Yes.
8 Q. So this is five and a half months or so after the
9 e-mails we reviewed relating to the consideration
10 of Chubb's use of Blaze in Europe, correct?
11 MS. KLIEBENSTEIN: Objection,
12 mischaracterizes the previous exhibits and
13 testimony.
14 THE WITNESS: I don't know what they were
15 talking about in November, and then this is a
16 subsequent communication.
17 BY MS. JANUS:
18 Q. Okay. This communication is about five and a half
19 months after the discussions we looked at that
20 were taking place in November of 2008, correct?
21 A. Yes.
22 Q. And you said that's the first time you saw
23 Mr. Wach's e-mail concluding that the enterprise
24 license agreement was global?
25 MS. KLIEBENSTEIN: Objection,
Page 68

1 mischaracterizes the document.
2 THE WITNESS: I don't remember ever seeing
3 that document, no. I'm not on it.
4 BY MS. JANUS:
5 Q. Do you know whether this e-mail and the attachment
6 relates to Chubb's use of Blaze in Europe?
7 A. No, this document seems to be doing some sort of
8 comparison.
9 Q. And are you aware that FICO was involved in
10 assisting Chubb in Europe with its analysis of
11 whether to use Blaze or Drools?
12 MS. KLIEBENSTEIN: Objection, calls for
13 speculation.
14 Could you read back the question for me
15 again?
16 (The question was read back by the court
17 reporter.)
18 MS. KLIEBENSTEIN: Objection, calls for
19 speculation.
20 THE WITNESS: I don't know the content of
21 this really to be honest, and I don't recall this.
22 BY MS. JANUS:
23 Q. Do you see the last sentence of Mr. Sawyer's
24 e-mail to Mr. Mirolyuz is, "Also, when do you plan
25 to meet with the team in the UK to discuss this
Page 69

1 issue?"
2 A. I see that sentence, yes.
3 Q. Would you say that at least by this point in time,
4 May of 2009, FICO was aware that Chubb was
5 contemplating the use of Blaze in Europe?
6 MS. KLIEBENSTEIN: Objection, calls for
7 speculation.
8 THE WITNESS: I don't know the answer to
9 that.
10 BY MS. JANUS:
11 Q. Could you take a look at Exhibit 74?
12 A. Should I look at this book or should I use that?
13 Q. Yeah, you can use that book, the document
14 previously marked as Exhibit 74.
15 A. Okay.
16 Q. This is dated July 22, 2009, and it's an e-mail
17 from Mike Sawyer to Henry Mirolyuz, correct?
18 A. Yes, it is.
19 Q. In the e-mail, Mr. Sawyer says, "Hi Henry, per our
20 call earlier, attached is the Blaze case study
21 with Aviva in the UK that might serve as a good
22 source of information as you try and promote the
23 use of Blaze in the Europe," right?
24 A. Yes.
25 Q. Does it appear that again as of July of 2009 FICO
Page 70

1 was aware that Chubb was considering the use of
2 Blaze in Europe?
3 MS. KLIEBENSTEIN: Objection, calls for
4 speculation.
5 THE WITNESS: I can only reflect on what he
6 says here.
7 BY MS. JANUS:
8 Q. Based on that, do you -- are you able to form a
9 conclusion about FICO's knowledge?
10 A. Not really. He sent a case study for another
11 insurance company from the looks of it.
12 Q. Showing you what's been marked previously as
13 Exhibit 47, this is a string of e-mails dated
14 August 14, 2012. Let me know when you've had a
15 chance to review it.
16 A. Okay.
17 Q. If you take a look at the first e-mail in the
18 chain, so on the second page, it's from Richard
19 Hill to Russ Schreiber dated August 14, 2012,
20 correct?
21 A. Yes.
22 Q. And Richard Hill was involved in the e-mails that
23 we looked at from November of 2008, correct?
24 A. He was indicated as inside of these ex -- yeah,
25 394 -- or 310, excuse me.
Page 71

**Thomas Carretta - 3/22/2019**
CASE 0:16-cv-01054-DTS · Doc. 576-5 · Filed 09/16/19 · Page 4 of 6
Fair Isaac Corporation vs. Federal Insurance Company, et al.

1   that?

2       THE WITNESS:  Yep.

3   BY MS. JANUS:

4   Q.   Okay.  And then Mike Sawyer says, "It's probably

5       two to three years old at this point.  They did a

6       POC of Blaze versus Drools and selected Blaze.  I

7       helped some folks at Chubb US put together a

8       position paper to influence their decision.  I

9       believe it is automated renewal underwriting."  Do

10      you see that?

11  A.   Yes.

12  Q.   Okay.  And you recall that we looked at Exhibit

13      394 --

14  A.   Yes.

15  Q.   -- which was Mike Sawyer sending Chubb a Drools

16      versus Blaze document, right?

17  A.   Yes.

18  Q.   It appears that Mike Sawyer in Exhibit 47 is

19      referring back to that Drools versus Blaze

20      analysis, correct?

21  A.   Yes.

22  Q.   And he says that Chubb Europe selected Blaze in

23      that analysis, correct?

24      MS. KLIEBENSTEIN:  Objection, calls for

25      speculation.

Page 76

---

1       THE WITNESS:  Yeah, I don't know.

2   BY MS. JANUS:

3   Q.   Well, he says, "They did a POC of Blaze versus

4       Drools and selected Blaze."  Do you see that?

5   A.   Yes, I do.

6   Q.   Okay.  Does this show you that FICO knew about

7       Chubb's use of Blaze in Europe?

8       MS. KLIEBENSTEIN:  Objection, calls for

9       speculation.

10      THE WITNESS:  No, it sounds like the opposite

11      to me when I read this, so I don't really know,

12      but --

13      BY MS. JANUS:

14  Q.   Why do you say that?

15  A.   **It says -- Richard Hill says have cc Larry as he**

16      **was involved with me a while ago when we tried to**

17      **extend Blaze to Chubb UK.  So it sounds like it**

18      **never happened.**

19  Q.   What about Mike Sawyer's e-mail that we just read?

20  A.   **Mike is the U.S. guy, so it looks like these guys**

21      **are trying to find their way through the woods,**

22      **but I'm just guessing.**

23  Q.   Okay.  So this -- so Mike Sawyer's e-mail saying,

24      "They did a POC" -- which is proof of concept,

25      right?

Page 77

---

1   A.   **That's typically what it refers to, yes.**

2   Q.   -- "of Blaze versus Drools and selected Blaze,"

3       and he says, "I helped some folks at Chubb U.S.

4       put together a position paper to influence their

5       decision.  I believe it is automated renewal

6       underwriting," that does not indicate to you that

7       FICO knew about Chubb's use of Blaze in Europe?

8       MS. KLIEBENSTEIN:  Objection, calls for

9       speculation.

10      THE WITNESS:  Yeah, I don't know what they

11      concluded here.

12      BY MS. JANUS:

13  Q.   And you did not talk with Mike Sawyer in

14      preparation for your deposition today, correct?

15  A.   **No.  No, I did not.**

16  Q.   Have you ever talked with Mike Sawyer about the

17      extent of his knowledge about Chubb's use of Blaze

18      in Europe?

19  A.   **I did in late December 2015 or early January 2016.**

20  Q.   Okay.  At that point, did you learn that Mike

21      Sawyer knew that Chubb was using Blaze in Europe?

22  A.   **No.**

23  Q.   So Mike Sawyer's position was that he did not know

24      about any use of Blaze in Europe?

25      MS. KLIEBENSTEIN:  Objection, I'll put the

Page 78

---

1       work product, attorney/client privilege in there.

2       You can answer if you're not going to reveal any

3       protected communications.

4       THE WITNESS:  I don't recall that.

5       BY MS. JANUS:

6   Q.   Okay.  So you just don't recall the conversation?

7   A.   **No.  No, I don't.**

8   Q.   Do you know whether Russ Schreiber knew about

9       Chubb's use of Blaze in Europe?

10  A.   **No, I don't recall that.**

11  Q.   Do you know what FICO knew about Chubb's use of

12      Blaze in Canada prior to the merger?

13  A.   **No.**

14  Q.   Was that something that you looked into in

15      preparation for your deposition today?

16  A.   **No.**

17  Q.   Did you investigate that issue prior to asserting

18      a claim that use in Canada was a violation of the

19      license agreement?

20  A.   **In connection -- after the merger was completed,**

21      **yes.**

22  Q.   Okay.  And what did you conclude about whether

23      FICO was aware of Chubb's use of Canada -- of

24      Chubb's use of Blaze in Canada?

25  A.   **Are you asking me as a lawyer?**

Page 79

**Thomas Carretta - 3/22/2019**
CASE 0:16-cv-01054-DTS Doc. 576-5 Filed 09/16/19 Page 5 of 6
Fair Isaac Corporation vs. Federal Insurance Company, et al.

**Page 80**

1 Q. I'm asking what FICO's knowledge was --

2 A. Okay.

3 Q. -- of Chubb's use of Blaze in Canada.

4 A. FICO investigated and saw the maintenance tickets

5 that we discussed earlier --

6 Q. Okay.

7 A. -- so we became aware at that point, yes.

8 Q. Was any investigation done to determine whether

9 FICO was aware of Chubb's use in Canada

10 pre-merger?

11 A. No, not that I recall.

12 Q. Do you know now whether FICO was aware of Chubb's

13 use in Canada prior to the merger?

14 A. No, it was -- the merger event is what triggered

15 our looking into this matter, so prior to that

16 date, we weren't aware that they were using

17 anything up there or that they were accessing it

18 or distributing it to anybody or anything.

19 Q. Okay.

20 (Exhibit No. 395 was marked for identification.)

21 BY MS. JANUS:

22 Q. Showing you what's been marked as Exhibit 395, let

23 me know when you've had a chance to review this.

24 A. Okay.

25 Q. This is an e-mail from Patrick Sullivan to Henry

**Page 81**

1 Mirolyuz dated November 23, 2011, subject line

2 Blaze for Canada, correct?

3 A. Yes.

4 Q. And below that is another e-mail from Henry

5 Mirolyuz to Patrick Sullivan dated 11/22/2011,

6 same subject line, correct?

7 A. That's what it says.

8 Q. In the e-mail from Mr. Mirolyuz there are numbered

9 paragraphs under the first paragraph of the

10 e-mail. Do you see that?

11 A. Yes.

12 Q. And the first one is, "Introductory conference

13 call with FICO (participants: Canada team, FICO

14 rep, BR CoE/Henry)," correct?

15 A. Yes.

16 Q. Are you aware that FICO met with the Canada team

17 to discuss Canada's use of Blaze in Europe in

18 2011?

19 A. No, not that I recall.

20 Q. Did you investigate that issue?

21 A. No.

22 Q. Did you do anything to look into when FICO became

23 aware of Canada -- Chubb's use of Blaze in Canada

24 in connection with your deposition today?

25 A. After the merger, yes, then we did, we looked into

**Page 82**

1 this and became aware of this.

2 Q. So you became aware after the merger that FICO

3 knew about Chubb's use of Blaze in Canada in

4 December -- I mean, November of 2011?

5 MS. KLIEBENSTEIN: I don't think I totally --

6 could you read the question back?

7 (The question was read back by the court

8 reporter.)

9 THE WITNESS: No, I think the prior question

10 was you said if I had investigated, and I said

11 after the merger I investigated, and that's when

12 we became aware.

13 BY MS. JANUS:

14 Q. Right, but you see that this e-mail we're looking

15 at is dated from 2011, correct?

16 A. Yeah, this is a Chubb internal document, yes.

17 Q. Right. And it's talking about meetings that are

18 being set up with FICO personnel to discuss

19 Canada's -- Chubb in Canada's use of Blaze,

20 correct?

21 A. I -- this is not my -- our FICO document, so

22 you're asking me to guess at what this guy is

23 talking about, and I don't know what he's talking

24 about. I mean --

25 Q. Well, and that's what -- my question is, did you

**Page 83**

1 look into or investigate whether FICO was aware

2 back in 2011 or 2012 or 2013 that Chubb in Canada

3 was using Blaze?

4 MS. KLIEBENSTEIN: So -- okay. No, go ahead.

5 THE WITNESS: No, we only became aware after

6 the merger because that's when we went and looked

7 back, and that was in 2016.

8 BY MS. JANUS:

9 Q. You say "we only became aware" --

10 A. Right.

11 Q. -- but did you look into whether -- who do you

12 mean by "we"?

13 A. FICO.

14 Q. Who do you mean by FICO?

15 A. The company.

16 Q. How do you define that FICO became aware?

17 A. Well, because a number of people were spun up

18 after the merger to say, okay, well, let's look at

19 what we have here because we believe there was a

20 violation of the agreement and let's look at what

21 other facts are out there, and that's when we saw

22 the call tickets and the maintenance.

23 MS. JANUS: What did you say?

24 MS. KLIEBENSTEIN: Uh?

25 MS. JANUS: What did you say?

Thomas Carretta  -  3/22/2019
CASE 0:16-cv-01054-DTS  Doc. 576-5  Filed 09/16/19  Page 6 of 6
Fair Isaac Corporation vs. Federal Insurance Company, et al.

1   MS. KLIEBENSTEIN:  What?
2   MS. JANUS:  You just said something.  You
3   said "this is just stupid"?
4   THE WITNESS:  I didn't hear that.
5   MS. KLIEBENSTEIN:  I can tell you why if
6   you'd like.  I mean, this is -- your own
7   interrogatory responses served just weeks ago
8   showed that there's no written premiums or
9   policies in Canada prior to 2015, so you're
10  asking -- anyways, that's -- you can ask the
11  witness your questions.
12       If your position is that --
13  MS. JANUS:  I'm sorry --
14  MS. KLIEBENSTEIN:  -- Federal was using --
15  MS. JANUS:  -- are you --
16  MS. KLIEBENSTEIN:  -- in 2011, then we've got
17  a lot of other issues.
18  MS. JANUS:  My questions are aimed at
19  understanding what FICO knew about use that it
20  claims was a violation of the license agreement
21  prior to it claiming that uses of violation of the
22  license agreement.  That's what my questions are
23  aimed at.  This indicates that FICO was aware of
24  the fact that Canada was considering using Blaze.
25       So in any case, I'd like it if you'd

Page 84

1   actually conduct yourself professionally and not
2   audibly assert that the questioning is stupid.
3       So you said that we did not know until
4   after the merger that Canada, Chubb in Canada used
5   Blaze, correct?
6   THE WITNESS:  Right.
7   BY MS. JANUS:
8 Q.  And so my question for you is, how do you define
9   that it's FICO that knows something?
10 A.  **Well, because we asked a number of people around**
11  **the company who were senior level people to**
12  **inquire into what do you know.**
13 Q.  Okay.  And so the knowledge of the FICO employees
14  is used to assess what FICO knows, correct?
15 A.  **Well, FICO conducted an investigation, yes,**
16  **some -- it involved employees, yes.**
17 Q.  Okay.  And who did you speak to about the
18  knowledge of use of Blaze in Canada to determine
19  whether FICO knew about that use prior to the
20  merger?
21 A.  **Chris Ivey provided that information or somebody**
22  **that worked for Chris Ivey because they were able**
23  **to ping the maintenance logs.**
24 Q.  Did you inquire whether Russ Schreiber knew about
25  any use by Chubb in Canada of Blaze?

Page 85

1 A.  **After the merger, I asked Schreiber about that,**
2   **yes.**
3 Q.  Okay.  And did he reveal that he did know about
4   Chubb in Canada's use of Blaze?
5 A.  **He didn't recall.**
6 Q.  Okay.  What about Mike Sawyer, did he know that
7   Chubb in Canada used Blaze?
8 A.  **No, I don't think -- I don't recall Mike knowing**
9   **either after the merger.**
10  (Exhibit No. 396 was marked for identification.)
11  BY MS. JANUS:
12 Q.  Showing you what's been marked as 396, this is an
13  e-mail from Mike Sawyer to Henry Mirolyuz, the
14  subject is Chubb Canada, correct?
15 A.  **Yes.**
16 Q.  Let me know when you've had a chance to review it.
17 A.  **I have.**
18 Q.  Okay.  In the e-mail, he says, "It looks like I
19  will be in Toronto on July 25th and my morning is
20  open right now."  Do you see that?
21 A.  **Yes.**
22 Q.  Then he says, "I was thinking it might make sense
23  for me to stop in and have a cup of coffee with
24  your colleagues up there.  Can you check with them
25  to see if they would be interested in a quick

Page 86

1   meeting with me to open the lines of
2   communication?"
3 A.  **I see that.**
4 Q.  Okay.  So at this point in July of 2012, is it
5   fair to conclude that FICO knew that Chubb in
6   Canada was considering the use of Blaze?
7 A.  **No, I wouldn't draw that conclusion.  This is what**
8   **I referred to as sales chatter.  It looks like**
9   **he's trying to sell something.**
10  MS. JANUS:  All right.  I think now is a good
11  time for a break.
12  (Recess taken from 11:55 a.m. to 12:50 p.m.)
13  BY MS. JANUS:
14 Q.  Mr. Carretta, we were talking about the use of
15  Blaze by Chubb in Canada prior to the break,
16  correct?
17 A.  **Yes.**
18  (Exhibit No. 397 was marked for identification.)
19  BY MS. JANUS:
20 Q.  Showing you what's been marked as Exhibit 397, let
21  me know when you've had a chance to review this
22  document.
23  MS. KLIEBENSTEIN:  Is this 6 or 7?  Oh, 7,
24  yep.  You're good.
25  THE WITNESS:  Okay.

Page 87