| | |
|---|---|
| **From:** | CN=Ewen Setti/OU=EUZ/O=ChubbMail |
| **Sent:** | Wednesday, September 12, 2007 10:10 AM |
| **To:** | CN=Patrick F Sullivan/O=ChubbMail@ChubbMail |
| **Cc:** | CN=David F Gibbs/OU=EUZ/O=ChubbMail@ChubbMail |
| **Subject:** | Re: Blaze |

That's great news - Thanks Sully.


Patrick F Sullivan/ChubbMail
12/09/2007 15:32

To
Ewen Setti/EUZ/ChubbMail@ChubbMail
cc
David F Gibbs/EUZ/ChubbMail@ChubbMail
Subject
Re: Blaze



The blaze license is global for both java and .net

Good news!

> From: Ewen Setti
> Sent: 09/11/2007 07:02 PM GDT
> To: Patrick Sullivan
> Cc: David Gibbs
> Subject: Re: Blaze

Hi Sully -

Thanks very much: your efforts are much appreciated - I'll buy you a beer next time you come over to London :-)

I'm off on holiday from next Tuesday ('till the 10th October), so if Vendor Management don't get back to you before then can you copy David (cc'ed) in on any response?

Cheers,
Ewen



Patrick F Sullivan/ChubbMail

**EXHIBIT 10**

11/09/2007 18:04

To
Ewen Setti/EUZ/ChubbMail@ChubbMail
cc

Subject
Blaze

Not ignoring you...
I have a call in to vendor management and I'm waiting to hear back