| | |
|---|---|
| **From:** | CN=Patrick F Sullivan/O=ChubbMail |
| **Sent:** | Wednesday, November 23, 2011 7:25 AM |
| **To:** | CN=Henry Mirolyuz/O=ChubbMail@ChubbMail |
| **Subject:** | Re: Blaze for Canada |

Can we do a test migration in CSi to 6.10 or 7.0
Seems like you are off support already.....


From: Henry Mirolyuz/ChubbMail
To: Patrick F Sullivan/ChubbMail@ChubbMail
Date: 11/22/2011 05:33 PM
Subject: Blaze for Canada


Sul - Below is an initial roadmap I would like to propose to Canada to
streamline their Blaze implementation.

1. Introductory conference call with FICO (participants: Canada team, FICO rep, BR CoE/Henry)
2. 1-2 days project overview session /Blaze project architecture overview - can be conducted over the phone or in-person (participants: Canada team, BR CoE/Henry, FICO team - optional, no cost to Chubb).
3. 3.5 days Business Rule Requirements Analysis course (participants: Canada team, FICO team - cost $1600 +T&E, please see enclosed curriculum)

Checkpoint: At that time decision can be made to determine resource requirement and timelines and if outside help is required for completion of the project.

4. 3-5 day long Architecture and Design sessions spread across 2 weeks (participants: Canada team, BR CoE/Henry, FICO Architect if outside help is required)

Checkpoint: Define detail plan regarding future steps required for completion of the project and level of BR CoE/Henry involvement)

Outstanding issues:

1.
Blaze Advisor version: I had 2 discussions with FICO in the past couple of days regarding their support structure. I am going to created a document which would outline our concerns regarding support timelines. I will distribute it for team's review and will pass it to FICO. I am planning to have more detail discussion with Blaze product manager on December 7th regarding this issue. I would include Pete Davis and please let me know if someone else should be included as well.

As a fall back plan Canada can start developing on Blaze Advisor 6.10 which is not significantly different from Blaze Advisor 6.9. That should give them support until the end of 2012, and that time they should be able to upgrade to Blaze Advisor 7.1





Confidential                                                      FED004062_0001

2.
Retainer hours: FICO will provide me rates for retainer hours early next week. I found out today that CBS is looking to purchase some retainer hours as well for PARS modernization project, so we would be able to negotiate better deal if we could combine both efforts (if you decide to purchase hours for BR CoE).

Please let me know if this roadmap makes sense.

Thanks,

Henry


[attachment "FICO Business Rule Requirements Analysis Course.pdf" deleted by Patrick F Sullivan/ChubbMail]
Henry Mirolyuz | It Technical Analyst | Chubb Business Rules CoE
82 Hopmeadow Rd | Simsbury, CT 06070 | W: (860) 408-2428 | C: (860) 294-6866
| * hmirolyuz@chubb.com