| | |
|---|---|
| **From:** | CN=Henry Mirolyuz/O=ChubbMail |
| **Sent:** | Monday, August 26, 2013 11:11 AM |
| **To:** | CN=Zorica Todorovic/O=ChubbMail@ChubbMail |
| **Cc:** | CN=Alexander Pavlenko/O=ChubbMail@ChubbMail; CN=Dejan Stojkovic/O=ChubbMail@ChubbMail; ken.kitamura@appcentrica.com; CN=Svjetlana Golubovic/O=ChubbMail@ChubbMail |
| **Subject:** | Re: Decision Simulator demo |

Hi Zorica,

Thank you for your response. I confirmed with FICO that 3 pm September 4th would work for them as well. I will send out meeting invite shortly.

Thanks,

Henry

Henry Mirolyuz • Senior Technical Analyst • Chubb Specialty Insurance • Chubb Group of Insurance Companies
82 Hopmeadow Rd • Simsbury, CT 06070 • Phone:(860) 408-2428 • Cell:(860) 294-6866 • * hmirolyuz@chubb.com


From: Zorica Todorovic/ChubbMail
To: Henry Mirolyuz/ChubbMail@ChubbMail
Cc: Dejan Stojkovic/ChubbMail@ChubbMail, Alexander Pavlenko/ChubbMail, ken.kitamura@appcentrica.com, Svjetlana Golubovic/ChubbMail@ChubbMail
Date: 08/26/2013 09:36 AM
Subject: Re: Decision Simulator demo


Hi Henry,

We just need the Decision Simulator piece - we already are in progress with implementing the rules engine piece of Blaze for our Referrals component of the Evolution Work Manager project.

The names of the people are myself, and the team that I've cc'd on this email. Ken/Alex - please let me and Henry know if anyone else from our team needs to attend this session.

Could 3pm on September 4th work as a time? We have a standing architecture meeting with most of the team at that time, so I know that availability would work for everyone?

Otherwise, I would be available on Friday September 6th, anytime after 10:30.

Thanks so much for reaching out and for setting up this discussion with FICO!



Zorica Todorovic
SVP – CIO
Chubb Insurance Company of Canada

Business Excellence Through Technology

( (416) 359-3181 | *: ztodorovic@chubb.com

THIS E-MAIL (WHICH INCLUDES ANY ATTACHMENTS) IS INTENDED TO BE READ ONLY BY THE

PERSON(S) TO WHOM IT IS ADDRESSED. THIS E-MAIL MAY CONTAIN CONFIDENTIAL, PROPRIETARY INFORMATION.  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, DO NOT PRINT IT, FORWARD IT OR DISSEMINATE IT OR ITS CONTENTS.  IN SUCH EVENT, PLEASE NOTIFY THE SENDER BY RETURN E-MAIL (OR BY PHONE AT THE NUMBER SHOWN ABOVE) AND
DELETE THE E-MAIL IMMEDIATELY THEREAFTER.  THANK YOU FOR YOUR CO-OPERATION.

From: Henry Mirolyuz/ChubbMail
To: Zorica Todorovic/ChubbMail@ChubbMail
Date: 08/23/2013 05:12 PM
Subject: Decision Simulator demo

Hi Zorica,

I spoke with Sully today and he asked me to reach out to you to setup a demo of the Decision Simulator.
I have couple of questions which would help me better prepare for this session
- Do you want to included Blaze overview as part of this demo or should we only concentrate on Decision Simulator?
- Could you please give me the names of the people from your team who should be invited?
- Please advise what day\time slots would work for you? Since we don't have this software in-house I already reached out to FICO. There will be no issue to have FICO demo it for us but they will need couple of days to prepare it. If this session would cover only Decision Simulator we will need no more than an hour: approximately 30 min for demo and the rest of the time for Q&A.

Thank you,

Henry

Henry Mirolyuz • Senior Technical Analyst • Chubb Specialty Insurance • Chubb Group of Insurance Companies
82 Hopmeadow Rd • Simsbury, CT 06070 • Phone:(860) 408-2428 • Cell:(860) 294-6866 • * hmirolyuz@chubb.com

Confidential                                                                                          FED006530_0003