UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No.  16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | **WORD COUNT COMPLIANCE CERTIFICATE** |
| Defendants. | |

I certify that this brief conforms to the requirements of LR 7.1(f) for a brief produced with a proportional font.  The length of this brief is 3,446 words.  This brief was prepared using Microsoft Word 2010 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Dated:  September 23, 2019    FREDRIKSON & BYRON, P.A.

*s/Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Phone:  (612) 492-7000
(612) 492-7077 (fax)

*Attorneys for Defendants*