# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br>        Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY, a<br>Pennsylvania corporation,<br><br>        Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Defendants"), in connection with their Response in Opposition to Plaintiff's Objection to Order Granting Defendants' Motion to Amend, filed as Docket No. 578, contains information designated as "Confidential" under the Court's Protective Order [Doc. No. 44].  Defendants now file this Statement Instead of Redacted Document because large portions of these documents are confidential and redaction is impracticable.

Dated:  September 23, 2019

*s/Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Phone:  (612) 492-7000
(612) 492-7077 (fax)

*Attorneys for Defendants*

67937733