UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**DECLARATION OF CHRISTOPHER D. PHAM IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S OBJECTION TO ORDER GRANTING DEFENDANTS' MOTION TO AMEND** |

I, Christopher D. Pham, declare as follows:

1. I am an attorney at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company (collectively referred to herein as "Federal") in this case.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the January 11, 2019 deposition of Henry Mirolyuz.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff Fair Isaac Corporation's Answers to Defendant's First Set of Interrogatories dated May 18, 2017.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff Fair Isaac Corporation's First Supplemental Answers to Defendant's First Set of Interrogatories dated August 16, 2017.

1

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the transcript of the October 2, 2018 deposition of Michael Sawyer.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the August 22, 2019 hearing before Magistrate Judge Schultz.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: September 23, 2019                    s/ Christopher D. Pham