*16-cv-1054 (WMW/DTS)*

# EXHIBIT 1
# *(Filed Under Seal)*

HENRY MIROLYUZ - 01/11/2019

```
 1            UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
 2

 3

 4     _____

 5
       FAIR ISAAC CORPORATION, a      X
 6     Deleware corporation

 7              Plaintiff(s)

 8
                -vs-                  X    CASE NO. 16-cv-1054
 9                                          (WMW/DTS)
       FEDERAL INSURANCE COMPANY, an
10     Indiana corporation, and ACE
       AMERICAN INSURANCE COMPANY, a
11     Pennsylvania corporation
                                      X
12              Defendant(s)

13     _____

14

15

16          DEPOSITION OF HENRY MIROLYUZ

17

18        DATE:   JANUARY 11, 2019

19             HELD AT:

20          HUSEBY - CONNECTICUT
              249 Pearl Street
21          Hartford, Connecticut

22                 ---

23

24      Dawn C. Mahoney, LSR #142

25
```

**EXHIBIT 1**

Page 30

1  Q   Which CHUBB employees?
2  A   I spoke in the past with --
3          MR. FLEMING: Objection; asked and
4  answered at the last deposition.
5          MR. HINDERAKER: Go ahead.
6          THE WITNESS: I spoke with Miranda
7  Chang, I spoke with Ramesh Pandey, and I spoke --
8  as part of the people that I can remember -- and
9  I spoke with Zorica Todorovic.
10  Q   Did you speak with anybody -- that was in
11  the past. Did you speak with anybody to prepare
12  yourself for your testimony on Topic 15 today?
13  A   I spoke with Zorica Todorovic to prepare on
14  topic today.
15  Q   So spoke with that person again?
16  A   Yes.
17  Q   Anyone else?
18  A   No.
19  Q   Based upon that, can you identify any person
20  from FICO that assisted in the installation of Blaze
21  Advisor in the UK?
22          MR. FLEMING: Objection; asked and
23  answered in the last deposition.
24          MR. HINDERAKER: Go ahead.
25          THE WITNESS: I cannot identify those.

Page 31

1  They dealt with the help desk support and they
2  would raise the tickets. So they did not -- that
3  worked generically as FICO. Mike Sawyer would be
4  the contact person for me in case any additional
5  assistance would be needed.
6  Q   Do you recall yourself contacting or
7  engaging Mike Sawyer and yourself?
8  A   I did.
9  Q   And when was that?
10  A   That's during the -- between 2010 and 2014
11  if my memory serves me correctly.
12  Q   Okay. Tell me about your contacts with Mike
13  Sawyer.
14  A   I got informed by developers that there was
15  an issue and they need to be resolved quickly. So I
16  would just make him aware. Because as a client
17  representative of FICO, he has an influence to
18  expedite the request to go to the help desk.
19  Q   Is it fair to say that you advised Mike
20  Sawyer making him aware that people in the UK were
21  reaching out to the help desk for help?
22  A   Correct. In the UK or U.S. That was normal
23  part of my working relationship with him.
24  Q   Do you recall specifically reaching out to
25  Mike Sawyer specific to install issues in the UK?

Page 32

1  A   I believe I did.
2  Q   You believe you did?
3  A   Yes.
4  Q   Do you recall when?
5  A   I don't recall the exact date.
6  Q   Same questions with respect to installations
7  in Canada.
8  A   Again, I did -- yes, I did. And I do not
9  recall the exact date.
10  Q   So again, there's no individual person at
11  FICO that you know of that assisted in the
12  installation?
13  A   No.
14  Q   To your knowledge, who do you -- did anybody
15  tell you -- as opposed to your assumptions, did
16  anybody tell you that Canadian CHUBB representatives
17  placed tickets at the help desk?
18  A   My conversations in the past with Tony Zahn,
19  who was the architect for the Canadian zone, that they
20  opened the ticket.
21  Q   Okay. The same question with respect to
22  Australia.
23  A   I did not work with Australia or was not
24  engaged by anybody in Australia regarding the use of
25  Blaze.

Page 33

1  Q   Okay. So you don't know the answer to that
2  one way or the other?
3  A   I don't, yeah.
4  Q   Your understanding after speaking with these
5  people, let me see if it I have clear, is that CHUBB
6  representatives in the UK, CHUBB representatives in
7  Canada use the internal CHUBB website to download
8  Blaze Advisor on their respective servers?
9  A   Not correct. Not to the respective desktop
10  or laptops or virtual machines.
11  Q   All right. To download Blaze Advisor
12  software on their respective laptops or their
13  respective servers, whichever --
14  A   We do not download software from the website
15  to the server. It would always be downloaded to the
16  personal workstation.
17  Q   And then how does it get to the servers?
18  Let's say that CHUBB has servers in Toronto. How does
19  it get to those servers?
20  A   Blaze itself is never installed on the
21  server. It gets deployed as part of the application.
22  Q   Let's just take an application that's
23  running to support the insurance sales in Europe.
24  Let's call the application Evolution.
25  A   Correct.

Page 34

1  Q   Blaze Advisor is downloaded on what in the
2  UK?
3  A   It will get downloaded to the developer's
4  workstation.
5  Q   Okay. And then the developer -- and his
6  workstation will develop the Evolution application?
7  A   Correct.
8  Q   And then when somebody in Europe, anybody in
9  Europe, is using the Evolution application, whether
10 CHUBB or broker or agent, that application is -- where
11 is the Blaze Advisor software on which that
12 application is running hosted?
13 A   Blaze Advisor software gets packaged as a
14 part of the application and deployed to the server,
15 whatever the team -- specific IT team decided to
16 deploy. Location of the server being known only to
17 the team itself.
18 Q   Could you say that again?
19     MR. FLEMING: Could you read the
20     answer.
21     (The requested testimony was read back
22     by the court reporter.)
23 Q   Is it accurate to say that the Blaze Advisor
24 software is -- I'm sorry. Is it accurate to say that
25 the application includes the Blaze Advisor software?

Page 35

1  A   Correct.
2  Q   Okay. So the application that is being run
3  to support the sale of insurance in Europe is on
4  computers in Europe?
5  A   No, it is not. It is in the computers used
6  by people in Europe, but computers could be located in
7  the United States or any other geographical region.
8  Q   Do you know one way or the other whether the
9  applications running is Europe were -- the Blaze
10 Advisor applications running in Europe were hosted on
11 computers in Europe?
12 A   I don't know one way or another.
13 Q   Not one way or the other?
14 A   Never interested me.
15     (Court reporter asked for
16     clarification.
17 A   It never interested me. It was not part of
18 the my duties.
19 Q   So then with respect to applications that
20 support the sale of insurance in Canada, the Blaze
21 Advisor -- the applications include the Blaze Advisor
22 software?
23 A   Correct.
24 Q   Do you know one way or the other where the
25 applications that include the Blaze Advisor software

Page 36

1  are hosted?
2  A   It was -- for the Canada it was hosted on
3  the U.S. servers.
4  Q   All right. But before you told us that in
5  Canada applications were being migrated to North
6  Carolina?
7  A   Yes, it was my mistake. That was my
8  original deposition. Based on my recent conversation
9  with Zorica, I got ahold of the more correct
10 information.
11 Q   So is your testimony today that there has
12 never been a migration to the United States from
13 Canada?
14 A   To my knowledge -- I'm not sure. I cannot
15 speak if it was migration or not. I know that the
16 application, per her statement -- per my conversation
17 with Zorica, application is hosted and was hosted on
18 the U.S. server in the time Blaze was developed.
19 Q   And then computers in Canada are running the
20 application?
21 A   It's computers -- again, computers running
22 Blaze software are also hosted the United States.
23 Q   To your knowledge, the testimony that you're
24 giving today is that the Blaze Advisor software
25 applications have not been migrated from Canada to the

Page 37

1  United States?
2  A   Blaze Advisor -- to my knowledge, Blaze
3  Advisor was not -- application running Blaze Advisor
4  was not. It could have been migrated before, but the
5  Blaze Advisor software and the application using the
6  Blaze Advisor was hosted in the United States.
7  Q   Always?
8  A   To my knowledge, yes.
9     MR. FLEMING: We've been going about an
10    hour. When you get to the end of a topic, can we
11    take a break?
12    MR. HINDERAKER: Sure. Now is fine.
13    THE VIDEOGRAPHER: We're going off
14    record. The time would be approximately at 9:56.
15    (Recess taken from 9:56 to 10:09)
16    THE VIDEOGRAPHER: We are back on
17    record. The time is approximately 10:09. You
18    may continue.
19 Q   (By Mr. Hinderaker) Welcome back.
20 A   Thank you.
21 Q   What caused you to change your testimony
22 regarding the fact of Blaze Advisor software being
23 hosted on servers in Canada?
24    MR. FLEMING: I'll object. It's
25    argumentative.

Page 38

1  THE WITNESS: Conversation with Zorica
2  Todorovic. She clarified. I did not have an
3  opportunity to talk to her when I had original
4  testimony. She clarified that.
5  Q    When did you have that conversation?
6  A    Yesterday.
7  Q    What caused you to change your testimony
8  regarding Blaze Advisor software being hosted on
9  servers in Europe?
10        MR. FLEMING: Objection; argumentative.
11        THE WITNESS: I'm not sure I understand
12  the question because --
13  Q    I understood in our time together before we
14  looked at e-mails and saw that Blaze Advisor software
15  was hosted on servers in the UK, correct?
16  A    Correct.
17  Q    Today, are you saying that Blaze Advisor
18  software was not hosted on servers in the UK?
19  A    I did not say one way or another.
20  Q    Okay.
21  A    Conversation with Zorica led me to believe
22  that some of the assumptions I made during the
23  original might not be correct.
24  Q    With respect to Canada?
25  A    Canada and the UK as well.

Page 39

1  Q    But did you speak with anybody about the UK?
2  A    No, I did not.
3  Q    So with respect to Blaze Advisor software
4  being hosted on servers in the UK, you don't know one
5  way or the other?
6  A    I don't know one way or another. Correct.
7  Q    Let's just speak to Canada for a moment. If
8  the Blaze Advisor software was not hosted on servers
9  in Canada, what's the point of a Canadian
10  representative putting a ticket with support at FICO?
11  A    Hypothetically --
12        MR. FLEMING: I object because you're
13  calling for a hypothetical. He's not an expert
14  witness.
15  Q    You testified earlier that your
16  understanding is that representatives of CHUBB Canada
17  put in support tickets to FICO with respect to
18  downloading Blaze Advisor software.
19  A    Correct.
20  Q    Okay. Do you have an understanding of why
21  they would do that?
22  A    Because they're responsible for maintenance
23  of that particular application.
24  Q    My question was in the context of the
25  installation of the software.

Page 40

1  A    Installation and use -- software can be
2  installed on location but used by the people in a
3  different geographical location. So hypothetically
4  speaking, software could be installed in the U.S. but
5  used by the people in Canada in this particular
6  example.
7  Q    Okay. We already spoke about the lack of
8  your own firsthand knowledge. When you spoke with
9  representatives from Canada yesterday or earlier, did
10  they identify for you from their knowledge any
11  instance in which they placed a ticket for support
12  with FICO?
13  A    They did not. In the past, they identified
14  in general that they placed the ticket because they
15  had trouble installing the software.
16  Q    A general statement?
17  A    Yes.
18  Q    Nothing particular?
19  A    Nothing particular.
20  Q    Okay. Have you spoken with anybody in the
21  UK about a UK representative placing a support ticket
22  with FICO?
23  A    The same scenario. They would reach out to
24  me asking for the course of action and I would advise
25  them to raise the ticket with FICO.

Page 41

1  Q    Do you remember any particular instance of
2  that?
3  A    I do not.
4  Q    Let me show you Exhibit 149. As you see, it
5  says a date of September 2015 and it has a title
6  "Specialty Lines System Integration Roadmap."
7  A    Correct.
8  Q    All right. Have you seen this set of slides
9  before?
10  A    I did not.
11  Q    Okay. When did you go to IT Claims
12  relative -- did you go to IT Claims at CHUBB before or
13  after September of 2015?
14  A    I believe after.
15  Q    After?
16  A    After.
17  Q    All right. Let's just set the document
18  aside if you haven't seen it before and let me just
19  ask you some questions in general, then.
20        Before the merger between CHUBB and Ace, you
21  know that CHUBB had policy administration systems?
22        (Telephonic interruption.)
23        THE WITNESS: My apologies.
24  Q    You know that CHUBB had policy
25  administration systems?