

Suite 2200
150 South Fifth Street
Minneapolis, MN 55402


Heather Kliebenstein
612.371.5213
hkliebenstein@merchantgould.com

September 25, 2019

**VIA ECF**

Honorable Wilhelmina M. Wright
United States District Court
334 Federal Building
316 N. Robert Street
St. Paul, Minnesota 55101

**Re:** ***Fair Isaac Corp. v. Federal Insurance Co. et al.,***
**No. 16-cv-01054-WMW-DTS (D. Minn. filed April 21, 2016)**

Dear Judge Wright,

The parties jointly write to request a status update regarding the trial ready date set in the matter *Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*, Cv. No. 16-cv-1054 (WMW/DTS).  The current trial ready date is December 9, 2019.  (Dkt. No. 205.)  The summary judgment hearing was moved by the Court from September 24 to December 4, 2019.  In view of this scheduling change, and in order to best accommodate scheduling of the trial for counsel, the parties and their witnesses, the parties request clarification regarding the status of the current December 9 trial ready date at this time.

Honorable Wilhelmina M. Wright
September 25, 2019
Page **2** of **2**

Sincerely,

FAIR ISAAC CORPORATION

*s/Heather Kliebenstein*_____
Heather Kliebenstein
*Attorney for Plaintiff*

FEDERAL INSURANCE CO.

*s/Terrence Fleming*_____
Terrence Fleming
*Attorney for Defendant*

merchantgould.com