# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) Case No. 16-cv-1054(WMW/DTS) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT MOTION REGARDING CONTINUED SEALING

Documents have been filed under temporary seal in connection with the following motions:

**Plaintiff Fair Isaac Corporation's Motion to Exclude Testimony of William McCarter (Dkt. 360)**

**Plaintiff Fair Isaac Corporation's Motion to Exclude Testimony of Dr. Steven Kursh (Dkt. 369)**

**Defendants' Federal Insurance Co. and ACE American Insurance Co.'s Motion to Exclude Portions of Expert Report and Testimony of Randolph Bickley Whitener (Dkt. 378)**

**Defendants' Federal Insurance Co. and ACE American Insurance Co.'s Motion to Exclude Expert Report and Testimony of Brooks Hilliard (Dkt. 386)**

**Plaintiff Fair Isaac Corporation's Motion for Summary Judgment of Federal's Liability for Breach of Contract (Dkt. 396)**

**Defendants' Federal Insurance Co. and ACE American Insurance Co.'s Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski (Dkt. 404)**

**Plaintiff Fair Isaac Corporation's Motion to Exclude Testimony of W. Christopher Bakewell (Dkt. 419)**

**Defendants' Federal Insurance Co. and ACE American Insurance Co.'s Motion for Summary Judgment (Dkt. 428)**

**Plaintiff's Objection to Order Granting Defendants' Motion to Amend (Dkt. 530)**

**Plaintiff Fair Isaac Corporation's Motion to Strike the Declaration of Patrick Sullivan in Support of Federal's Opposition to Summary Judgment and Portions of Federal's Brief in Opposition to Summary Judgment (Dkt. 551)**

Pursuant to Local Rule 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 362 | N/A | Plaintiff Fair Isaac Corporation's Memorandum in Support of Motion to Exclude Testimony of William McCarter | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect Federal's commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 365, 361-1 to 365-4 | N/A | Exhibit 1-3 and 5-6 to Declaration of Heather J. Kliebenstein in Support of Plaintiff Fair Isaac Corporation's Memorandum in Support of Motion to Exclude Testimony of William McCarter | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | These documents should remain sealed. These documents were filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY:<br>a) The information that the parties agree should remain sealed;<br>b) The information the parties agree should be unsealed; and<br>c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 371 | N/A | Plaintiff Fair Isaac Corporation's Memorandum in Support of Motion to Exclude Testimony of Dr. Steven Kursh | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This exhibit was filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit.<br>This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 374, 374-1 to 374-5 | N/A | Exhibits 1-6 to Declaration of Heather J. Kliebenstein in Support of Plaintiff Fair Isaac Corporation's Memorandum in Support of Motion to Exclude Testimony of Dr. Steven Kursh | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | These documents should remain sealed. These documents were filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit.<br>This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 380 | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Memorandum in Support of Motion to Exclude Portions of Expert Report and Testimony of Randolph Bickley Whitener | (a) The Parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the memorandum. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 382, 382-1 | N/A | Exhibits 1 and 2 to Declaration of Terrence J. Fleming in Support of Defendants' Motion to Exclude Portions of Expert Report and Testimony of Randolph Bickley Whitener | (a) The Parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | These documents should remain sealed.  The expert report and deposition transcript contained in these exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these documents.  This commercial information, as well as the documents themselves, have been designated Confidential and/or Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 388 | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Memorandum in Support of Motion to Exclude Expert Report and Testimony of Brooks Hilliard | (a) The Parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the memorandum. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 390 | N/A | Exhibits 1-5 to Declaration of Terrence J. Fleming in Support of Defendants' Motion to Exclude Expert Report and Testimony of Brooks Hilliard | (a) The Parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed.<br><br>However, the Parties also agree that Exhibits 2 through 4 are amenable to redaction. Defendants will file redacted copies of these exhibits with the Court forthwith. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 391 | N/A | Exhibits 6-10 to Declaration of Terrence J. Fleming in Support of Defendants' Motion to Exclude Expert Report and Testimony of Brooks Hilliard | (a) The Parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 392 | N/A | Exhibits 11-21 to Declaration of Terrence J. Fleming in Support of Defendants' Motion to Exclude Expert Report and Testimony of Brooks Hilliard | (a) The Parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 398 | N/A | Plaintiff Fair Isaac Corporation's Memorandum in Support of Its Motion for Summary Judgment of Federal's Liability for Brach of Contract | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit.<br>This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 401, 401-1 to 401-11, 401-13 to 401-38 | N/A | Exhibit 1, 3-8, -13, 15-17, 19-27, 29-42  to Declaration of Allen Hinderaker in Support of Plaintiff's Motion for Summary Judgment of Federal's Liability for Breach of Contract | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | These documents should remain sealed. These documents were filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit.<br>This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 401-12 | N/A | Exhibit 14 to Declaration of Allen Hinderaker in Support of Plaintiff's Motion for Summary Judgment of Federal's Liability for Breach of Contract | a) None<br><br>(b) The parties agree this document should be unsealed.<br><br>(c) None. | | This document was filed in error. The parties agree it may be unsealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 406 | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Memorandum in Support of Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski | (a) The parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 408 | N/A | Exhibits 1-5 to Declaration of Terrence J. Fleming in Support of Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski | (a) The parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. However, the Parties also agree that Exhibit 4 is amenable to redaction. Defendants will file a redacted copy of this exhibit with the Court forthwith. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY:<br>a) The information that the parties agree should remain sealed;<br>b) The information the parties agree should be unsealed; and<br>c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 409 | N/A | Exhibit 6 to Declaration of Terrence J. Fleming in Support of Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This exhibit was filed under seal to protect Plaintiff's commercially confidential information, which appears throughout this exhibit. Plaintiff designated this confidential information Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and it should remain sealed. |
| 410 | N/A | Exhibit 7 to Declaration of Terrence J. Fleming in Support of Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This exhibit was filed under seal to protect Plaintiff's commercially confidential information, which appears throughout this exhibit. Plaintiff designated this confidential information Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and it should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 411 | N/A | Exhibits 8-10 to Declaration of Terrence J. Fleming in Support of Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski | (a) The parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. However, the Parties also agree that Exhibit 10 is amenable to redaction. Defendants will file a redacted copy of this exhibit with the Court forthwith. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 412 | N/A | Exhibits 11-22 to Declaration of Terrence J. Fleming in Support of Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski | (a) The parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. However, the parties also agree that Exhibit 11 is amenable to redaction. Defendants will file a redacted copy of this exhibit with the Court forthwith. |
| 413 | N/A | Exhibits 23-24 to Declaration of Terrence J. Fleming in Support of Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski | (a) The parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 414 | N/A | Exhibit 25 to Declaration of Terrence J. Fleming in Support of Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 415 | N/A | Exhibits 26-35 to Declaration of Terrence J. Fleming in Support of Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed.<br><br>However, the parties also agree that Exhibit 35 may be filed unsealed. Defendants will re-file a copy of this exhibit with the Court forthwith. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY:<br>a) The information that the parties agree should remain sealed;<br>b) The information the parties agree should be unsealed; and<br>c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 421 | N/A | Plaintiff Fair Isaac Corporation's Memorandum in Support of Motion to Exclude Testimony of W. Christopher Bakewell | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit.<br>This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 424, 424-1 to 424-4 | N/A | Exhibits 1-5 to Declaration of Heather J. Kliebenstein in Support of Plaintiff Fair Isaac Corporation's Memorandum in Support of Motion to Exclude Testimony of W. Christopher Bakewell | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | These documents should remain sealed. These documents were filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit.<br>This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 430 | N/A | Page 1 of Defendants' Memorandum of Law in Support of Summary Judgment (filed in error) | a) None.<br><br>(b) The Parties agree this document may be unsealed.<br><br>(c) None. | | |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 432 | N/A | Exhibits 1-2 to Declaration of Terrence J. Fleming in Support of Defendants' Motion for Summary Judgment | a) The Parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. However, the parties also agree that Exhibit 1 may be filed unsealed. Defendants will re-file a copy of this exhibit with the Court forthwith. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 433 | N/A | Exhibit 3 to Declaration of Terrence J. Fleming in Support of Defendants' Motion for Summary Judgment | a) The Parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This exhibit was filed under seal to protect the parties' commercially confidential information, which appears throughout this exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed.<br><br>However, the Parties also agree this exhibit is amenable to redaction. Defendants will file a redacted version of this exhibit with the court forthwith. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 434 | N/A | Exhibits 4-7 to Declaration of Terrence J. Fleming in Support of Defendants' Motion for Summary Judgment | a) The Parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout this exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed.<br><br>However, the Parties also agree that Exhibits 4 and 5 are amenable to redaction. Defendants will file redacted versions of these exhibits with the court forthwith. |
| 435 | N/A | Exhibit 8 to Declaration of Terrence J. Fleming in Support of Defendants' Motion for Summary Judgment | a) The Parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This exhibit was filed under seal to protect the parties' commercially confidential information, which appears throughout this exhibit. Plaintiff designated this document confidential under a protective order issued in this case (Dkt. No. 44) and it should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 436 | N/A | Exhibits 9-13 to Declaration of Terrence J. Fleming in Support of Defendants' Motion for Summary Judgment | a) The Parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout this exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 437 | N/A | Exhibits 14-20 to Declaration of Terrence J. Fleming in Support of Defendants' Motion for Summary Judgment | a) The Parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed.<br><br>However, the Parties also agree that Exhibit 14 is amenable to redaction. Defendants will file a redacted version of this exhibit with the court forthwith. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 438 | N/A | Exhibits 21-30 to Declaration of Terrence J. Fleming in Support of Defendants' Motion for Summary Judgment | a) The Parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 439 | N/A | Exhibit 31 to Declaration of Terrence J. Fleming in Support of Defendants' Motion for Summary Judgment | a) The Parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. This exhibit was filed under seal to protect the parties' commercially confidential information, which appears throughout this exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 440 | N/A | Exhibits 32-43 to Declaration of Terrence J. Fleming in Support of Motion for Summary Judgment | a) The Parties agree this document shall remain sealed.  (b) None.  (c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 441, 441-1 | N/A | Declaration of Ramesh Pandey in Support of Defendants' Motion for Summary Judgment and Exhibit A to Declaration | a) The Parties agree this document shall remain sealed.  (b) None.  (c) None. | | This document should remain sealed. This declaration and exhibit were filed under seal to protect the parties' commercially confidential information, which appears throughout these documents. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 442 | N/A | Declaration of John P. Taylor in Support of Defendants' Motion for Summary Judgment | a) The Parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. This declaration was filed under seal to protect the parties' commercially confidential information, which appears throughout this declaration. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 445 | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Memorandum of Law in Support of Motion for Summary Judgment (corrected filing) | a) The Parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the Parties' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 446 | N/A | Exhibit 14 to Declaration of Allen Hinderaker in Support of Plaintiff's Motion for Summary Judgment of Federal's Liability for Breach of Contract | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This email was filed under seal to protect the Defendants' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 453 | N/A | Corrected Exhibit 9 to Declaration of Allen Hinderaker in Support of Plaintiff's Motion for Summary Judgment of Federal's Liability for Breach of Contract | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This email was filed under seal to protect the Defendants' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 475 | N/A | Plaintiff's Memorandum in Opposition to Defendants' Motion to Exclude Expert Report and Testimony of Brooks Hilliard | a) The parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 478, 478-1 | N/A | Exhibits 1-2 to Declaration of Heather Kliebenstein in Support of Plaintiff's Memorandum in Opposition to Defendants' Motion to Exclude Expert Report and Testimony of Brooks Hilliard | a) The parties agree this document shall remain sealed. (b) None. (c) None. | | These documents should remain sealed. These documents were filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 480 | N/A | Plaintiff Fair Isaac Corporation's Memorandum in Opposition to Defendants' Motion to Exclude the Expert Report and Testimony of Randolph Bickley | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit.<br>This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 483, 483-1 to 483-8 | N/A | Exhibits 1-9 to Declaration of Allen W. Hinderaker in Support of Plaintiff Fair Isaac Corporation's Memorandum in Opposition to Defendants' Motion to Exclude the Expert Report and Testimony of Randolph Bickley | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | These documents should remain sealed. These documents were filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit.<br>This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 485 | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co. Memorandum in Opposition to Motion to Exclude Testimony of William McCarter | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 487, 487-1 to 487-3 | N/A | Exhibits 1-3 to Declaration of Terrence J. Fleming in Opposition to Motion to Exclude Testimony of William McCarter | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | These documents should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 489 | N/A | Plaintiff Fair Isaac Corporation's Memorandum in Opposition to Defendants' Motion to Exclude Expert Report and Testimony of Neil Zoltowski | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 492, 492-1 to 492-8 | N/A | Exhibits 1-9 to Declaration of Heather Kliebenstein in Support of Plaintiff Fair Isaac Corporation's Opposition to Defendants' Motion to Exclude Expert Report and Testimony of Neil Zoltowski | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | These documents should remain sealed. These documents were filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 494 | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Memorandum in Opposition to Plaintiff's Motion to Exclude Testimony of W. Christopher Bakewell | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the memorandum. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 496 | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Memorandum in Opposition to Plaintiff's Motion to Exclude Testimony of Dr. Steven Kursh | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the memorandum. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY:<br>a) The information that the parties agree should remain sealed;<br>b) The information the parties agree should be unsealed; and<br>c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 499 | N/A | Plaintiff Fair Isaac Corporation's Memorandum in Opposition to Defendants' Motion for Summary Judgment | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit.<br>This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 503, 503-1 to 503-17 | N/A | Exhibits 1-2, 5-10 to Declaration of Allen Hinderaker in Support of Plaintiff Fair Isaac Corporation's Opposition to Defendants' Motion for Summary Judgment with Non-Confidential Exhibits | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | These documents should remain sealed. These documents were filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit.<br>This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 504, 504-1 to 504-21 | N/A | Exhibits 21, 23, 25-44 to Declaration of Allen Hinderaker in Support of Plaintiff Fair Isaac Corporation's Opposition to Defendants' Motion for Summary Judgment with Non-Confidential Exhibits | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | These documents should remain sealed. These documents were filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 507 | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Memorandum in Opposition to Plaintiff's Motion for Summary Judgment | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This document was filed under seal to protect the parties' commercially confidential information, which appears throughout this memorandum. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 510, 510-1 to 510-30 | N/A | Exhibits 2-32 to Declaration of Terrence J. Fleming in Support of Opposition to Plaintiff's Motion for Summary Judgment | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 512 | N/A | Declaration of Philip G. Folz | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This declaration was filed under seal to protect the parties' commercially confidential information, which appears throughout this declaration. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY:<br>a) The information that the parties agree should remain sealed;<br>b) The information the parties agree should be unsealed; and<br>c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 513, 513-1 | N/A | Declaration of Pamela Lopata and Exhibit A | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This declaration and accompanying exhibit were filed under seal to protect the parties' commercially confidential information, which appears throughout this declaration and exhibit.  This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 514 | N/A | Declaration of Zorica Todorovic | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This declaration was filed under seal to protect the parties' commercially confidential information, which appears throughout this declaration.  This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY:<br>a) The information that the parties agree should remain sealed;<br>b) The information the parties agree should be unsealed; and<br>c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 515 | N/A | Declaration of David Gibbs | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This declaration was filed under seal to protect the parties' commercially confidential information, which appears throughout this declaration. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 516 | N/A | Declaration of Patrick Sullivan | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This declaration was filed under seal to protect the parties' commercially confidential information, which appears throughout this declaration. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 517 | N/A | Declaration of Ewen Setti | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This declaration was filed under seal to protect the parties' commercially confidential information, which appears throughout this declaration. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 521 | N/A | Exhibit 38 to Declaration of Allen Hinderaker in Support of Plaintiff Fair Isaac Corporation's Opposition to Defendants' Motion for Summary Judgment with Non-Confidential Exhibits | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This interrogatory answer was filed under seal to protect the Defendants' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

33

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 530 | N/A | Memorandum in Support of Plaintiff's Objection to Order Granting Defendant's Motion to Amend | a) The parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the Defendants' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 533, 533-1 | N/A | Exhibits 3-4 to Declaration of Heather Kliebenstein in Support of Plaintiff's Objection to Order Granting Defendant's Motion to Amend | a) The parties agree this document shall remain sealed. (b) None. (c) None. | | These documents should remain sealed. These documents were filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 536 | N/A | Plaintiff Fair Isaac Corporation's Reply in Support of its Motion to Exclude Testimony of William McCarter | a) The parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the Defendants' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 538 | N/A | Plaintiff Fair Isaac Corporation's Reply in Support of its Motion to Exclude Testimony of W. Christopher Bakewell | a) The parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the Defendants' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY:<br>a) The information that the parties agree should remain sealed;<br>b) The information the parties agree should be unsealed; and<br>c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 541, 541-1 to 541-8 | N/A | Exhibits 1-9 to Declaration of Heather Kliebenstein in Support of Plaintiff's Reply to its Motion to Exclude Testimony of W. Christopher Bakewell | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | These documents should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit.<br>This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 543 | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Reply Memorandum in Support of Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the memorandum.<br>This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 545, 545-1 | N/A | Exhibits 1 and 2 to Declaration of Terrence J. Fleming in Support of Reply Memorandum in Support of Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski | a) The parties agree this document shall remain sealed. (b) None. (c) None. | | These documents should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 547 | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Reply Memorandum in Support of Motion to Exclude Expert Report and Testimony of Randolph Bickley Whitener | a) The parties agree this document shall remain sealed. (b) None. (c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout this memorandum. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 549 | N/A | Exhibit A to Declaration of Terrence J. Fleming in Support of Reply Memorandum in Support of Motion to Exclude Expert Report and Testimony of Randolph Bickley Whitener. | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This exhibit was filed under seal to protect the parties' commercially confidential information, which appears throughout this memorandum. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 556 | N/A | Plaintiff Fair Isaac Corporation's Reply in Support of its Motion to Exclude Testimony of Steven Kursh | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY:<br>a) The information that the parties agree should remain sealed;<br>b) The information the parties agree should be unsealed; and<br>c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 558 | N/A | Plaintiff Fair Isaac Corporation's Reply in Support of Its Motion for Summary Judgment of Federal's Liability for Brach of Contract | (a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the Defendants' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 561, 561-1 to 561-15 | N/A | Exhibit 2-16 to Declaration of Allen Hinderaker in Support of Plaintiff Fair Isaac Corporation's Reply in Support of its Motion for Summary Judgment of Federal's Liability for Breach of Contract | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | These documents should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit.<br>This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 563 | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Reply Memorandum in Support of Motion to Exclude Expert Report and Testimony of Brooks Hilliard | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the memorandum. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 565 | N/A | Exhibit A to Declaration of Christopher D. Pham in Support of Reply Memorandum in Support of Motion to Exclude Expert Report and Testimony of Brooks Hilliard | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This exhibit was filed under seal to protect the parties' commercially confidential information, which appears throughout the exhibit. This commercial information has been designated Confidential or Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 567 | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Reply Memorandum in Support of Their Motion for Summary Judgment | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the memorandum. This commercial information has been designated Confidential or Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 574 | N/A | Defendants' Response in Opposition to Plaintiff's Motion to Strike the Declaration of Patrick Sullivan in Support of Federal's Opposition to Summary Judgment and Portions of Federal's Brief in Opposition to Summary Judgment | a) The parties agree this document shall remain sealed.<br><br>(b) None.<br><br>(c) None. | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the memorandum. This commercial information has been designated Confidential or Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 576, 576-1 to 576-15 | N/A | Exhibits 2-17 to Declaration of Terrence J. Fleming in Support of Defendants' Response in Opposition to Plaintiff's Motion to Strike the Declaration of Patrick Sullivan in Support of Federal's Opposition to Summary Judgment and Portions of Federal's Brief in Opposition to Summary Judgment | (a) The parties agree this document shall remain sealed. (b) None. (c) None | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the memorandum. This commercial information has been designated Confidential or Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |
| 578 | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Response to Plaintiff's Objection to Magistrate Decision | (a) The parties agree this document shall remain sealed. (b) None. (c) None | | This document should remain sealed. This memorandum was filed under seal to protect the parties' commercially confidential information, which appears throughout the memorandum. This commercial information has been designated Confidential or Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 581, 581-1 to 581-4 | N/A | Exhibits 1-5 to Declaration of Christopher D. Pham in Support of Defendants' Response to Plaintiff's Objection to Magistrate Decision | (a) The parties agree this document shall remain sealed. (b) None. (c) None | | These documents should remain sealed. These exhibits were filed under seal to protect the parties' commercially confidential information, which appears throughout these exhibits. This commercial information has been designated Confidential and Attorneys' Eyes Only under a protective order issued in this case (Dkt. No. 44) and should remain sealed. |

Dated:  September 30, 2019

/s/ Joseph Dubis
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
MERCHANT & GOULD P.C.
150 South 5th Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*

-AND-

/s/ Christopher D. Pham
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Christian V. Hokans (#0400377)
chokans@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*