UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TELEPHONE CONFERENCE MINUTES

| | |
|---|---|
| Fair Isaac Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Federal Insurance Company,<br><br>    Defendant | **COURT MINUTES**<br>BEFORE:  David T. Schultz<br>United States Magistrate Judge<br>Court Reporter:  Maria Weinbeck<br>Case No.    16-cv-1054 (WMW/DTS)<br>Date:         October 9, 2019<br>Time Commenced:  4:00 pm<br>Time Concluded:   4:16 pm<br>Total Time:          16 min |

APPEARANCES:

    Plaintiff:      Heather Kliebenstein; Joseph Dubis

    Defendant:   Terrence Fleming; Leah Janus, Christian Hokans

PROCEEDINGS:   Expediated hearing on Defendant's telephonic request to seal docket #588.

Date: October 9, 2019

s/Terianne Bender
Courtroom Deputy