# EXHIBIT 3
## (Redacted)

### (Previously Filed Under Seal as DI 365-2)

Page 1

1                    UNITED STATES DISTRICT COURT

2                       DISTRICT OF MINNESOTA

3

4     CASE NUMBER:  16-cv-1054 (WMW/DTS)

5     ----------------------------------------------------

6     Fair Isaac Corporation, a Delaware corporation,

7        Plaintiff,

8     versus

9     Federal Insurance Company, and Indiana

      corporation, and ACE American Insurance Company, a

10    Pennsylvania corporation,

11       Defendants.

      ----------------------------------------------------

12

13

14          VIDEOTAPED DEPOSITION OF EXPERT WITNESS

15

16                       BILLY McCARTER

17

18

19

20

21

22

23

24

25    TAKEN:  5 June 2019          BY:  Jackie McKone

Page 2

```
 1   APPEARANCES:
 2
 3   MERCHANT GOULD
     80 South Eighth Street, Suite 3200
 4   Minneapolis, Minnesota 55402
     PHONE:   (612) 332-5300
 5   FAX:     (612) 332-9081
     E-MAIL:  hkliebenstein@merchantgould.com
 6
     BY:  Heather Kliebenstein
 7   For the Plaintiff
 8
 9   FREDRIKSON BYRON
     200 South Sixth Street, Suite 4000
10   Minneapolis, Minnesota 55402
     PHONE:   (612) 492-7000
11   FAX:     (612) 492-7077
     E-MAIL:  ljanus@fredlaw.com
12
     BY:  Leah Janus
13   For the Defendants
14
15
16   Also present:
17   James Woodward, FICO
18
19
20
21
22   Videographer:  Dave Young, Paradigm
23
24
25
```

Page 3

```
 1              I N D E X
 2
 3   Examination by Ms. Kliebenstein, Page 6
 4   Examination by Ms. Janus, Page 235
 5
 6            E X H I B I T S
 7
 8   Exhibit 444   McCarter expert report, Page 9
 9   Exhibit 445   InformationWeek article, Page 22
10   Exhibit 446   Majesco article, Page 43
11   Exhibit 447   Business Wire article, Page 45
12   Exhibit 448   InformationWeek article, Page 52
13   Exhibit 449   Harvard Business article, Page 96
14   Exhibit 450   Chubb 2018 annual report, Page 105
15   Exhibit 451   Ivey deposition transcript, Pg 128
16   Exhibit 452   PowerPoint, Page 145
17          FED 000122_0001-0029
18   Exhibit 453   PowerPoint, Page 164
19          FED 000171_0001-0028
20   Exhibit 454   Rules document, Page 182
21          FED 017914_0001
22
23       PREVIOUSLY MARKED EXHIBIT
24   Exhibit 143   Chubb RFI processing rules, Pg 87
25          FICO 0057280-0057304
```

Page 4

```
 1            P R O C E E D I N G S
 2        The following is the videotaped deposition
 3   of expert witness Billy McCarter, taken at
 4   Merchant Gould, 80 South Eighth Street in
 5   Minneapolis, Minnesota commencing at 9:05 a.m. on
 6   5 June 2019 pursuant to notice.
 7                  * * *
 8        THE VIDEOGRAPHER:  Good morning.  We are
 9   going on the record at 9:05 a.m. on June 5th,      0
10   2019.
11        Please note the microphones are sensitive,
12   might pick up whispering, private conversations,
13   and cellular interference.  Please turn off all
14   cellphones and place them away from the
15   microphones as they can interfere with the
16   deposition audio.
17        Audio and video recording will continue to
18   take place unless all parties agree to go off the
19   record.
20        This is Media Unit 1 in the video recorded
21   deposition of Billy McCarter taken in the matter
22   of Fair Isaac Corporation versus Federal Insurance
23   Company, et al. filed in the United States
24   District Court, District of Minnesota, Case Number
25   16 CV 1054.
```

Page 5

```
 1        This deposition is being held at the law
 2   offices of Merchant and Gould located in
 3   Minneapolis, Minnesota.  My name is Dave Young.  I
 4   am representing Veritext Legal Solutions.  I'm the
 5   videographer.  The court reporter is Jackie
 6   McKone, also representing Veritext Legal
 7   Solutions.  I am not related to any party in this
 8   action nor am I financially interested in the
 9   outcome.
10        Counsel who are now present in the room
11   will announce state their appearances and
12   affiliations for the record.  If there are any
13   objections to this proceeding, please state them
14   at the time of your appearance beginning with the
15   noticing attorney.
16        MS. KLIEBENSTEIN:  Heather Kliebenstein for
17   the plaintiff Fair Isaac from Merchant and Gould.
18        MS. JANUS:  Leah Janus, Fredrikson and
19   Byron, for defendants.
20        THE VIDEOGRAPHER:  And will the court
21   reporter please swear in the witness, and then we
22   can proceed.
23                  * * *
24            BILLY McCARTER
25   after having been duly sworn deposes and says
```

2 (Pages 2 - 5)

Page 6

1    under oath as follows.
2    * * *
3    EXAMINATION
4    BY MS. KLIEBENSTEIN:
5    Q.  Good morning Mr. McCarter.  How are you today?
6    A.  I'm fine.  Good morning.
7    Q.  Have you been deposed before?
8    A.  I have.
9    Q.  How many times?
10   A.  Just once.
11   Q.  How long ago was that?
12   A.  It was probably in 2006 time frame.
13   Q.  In what matter was that in connection with?
14   A.  It was a former employer that -- where I -- while
15   I was working with them I had signed an agreement,
16   software and service agreement with a software
17   company and a services company, and they decided
18   to cancel the agreement, and in the process of
19   doing that, there was litigation, and they asked
20   me to come and be a fact witness for them.
21   Q.  Did you end up going to trial in that matter?
22   A.  No it did not.
23   Q.  So as you know from that deposition experience, I
24   will be asking you a number of questions today.
25   A.  Um-hm.

Page 7

1    Q.  The court reporter prefers that you answer with a
2    verbal yes or no.  She can't take down head
3    shakes.  If you have any questions or don't
4    understand what I've asked you, feel free to ask
5    me to clarify.  If you need a break at any time,
6    just let us know.
7    A.  Okay.
8    Q.  This isn't a test to see how long you can sit in a
9    chair.  So we're happy to -- happy to take breaks
10   when you need it.  We will -- let's just get into
11   it.
12       So Mr. McCarter, who are you employed with
13   today?
14   A.  BRICLYN Advisory Services, which is my own
15   consulting company.
16   Q.  And what does -- where did the name come from?
17   A.  It's an acronym.
18   Q.  For?
19   A.  Brad, Eric, and Lynn.  Family members.
20   Q.  That's what I figured.  Brad, Eric, and Lynn, and
21   what does BRICLYN Advisory Services do?  What is
22   its business?
23   A.  The principal business is consulting for insurance
24   carriers, insurance software solutions and
25   services firm, and for insurance analyst firms

Page 8

1    that cover the insurance marketplace.
2    Q.  What type of consulting?
3    A.  IT solutions and services consulting.  Also --
4    BRICLYN also does some work with investment
5    banking firms where we -- we help software and
6    services companies get prepared for sales, buys,
7    or recapitalization.
8    Q.  So IT solutions and services.  Can you expand for
9    me or give me some examples as to what that means.
10   A.  Sure.  So insurance companies use a lot of
11   technology, significant amount of technology,
12   policy administration systems, claims systems,
13   billing systems, distribution systems, et cetera,
14   and I've implemented and -- built and implemented
15   many of those solutions over my career.  So I
16   provide best practices consulting services around
17   those technologies.
18   Q.  And how many cases have you served as an expert
19   witness over your career?
20   A.  This is the first.
21   Q.  And I -- I see in your report that you serve as a
22   senior advisor for FOCUS LLC.
23   A.  Um-hm.
24   Q.  What does FOCUS LLC -- what are their functions?
25   A.  They are an investment banking firm as I mentioned

Page 9

1    previously.  They do buy side, sell side, and
2    recapitalization of transactions in various
3    verticals, including financial services and
4    insurance.
5    Q.  And so when you're helping prepare for an
6    acquisition or a sale --
7    A.  Um-hm.
8    Q.  -- what type of services do you provide?
9    A.  I can go in and look at the product side of the
10   business to see where their product is positioned,
11   and where it's penetrated the market, what it's
12   being used for, all those kinds of activities.
13   Mostly marketing related activities.  Also product
14   development, and looking at their product
15   development organization.
16   Q.  Does BRICLYN Advisory Services have any employees
17   besides yourself?
18   A.  No.  It's a single member LLC.
19       MS. KLIEBENSTEIN:  I'm going to reach.
20       (Whereupon material was marked for
21       identification as Exhibit 444.)
22       BY MS. KLIEBENSTEIN:
23   Q.  I'm handing you a copy of your expert report in
24   this matter.  Have you seen this before?
25   A.  Um-hm.

3 (Pages 6 - 9)

Page 10

1    MS. JANUS:  What exhibit number?
2    MS. KLIEBENSTEIN:  444.
3    BY MS. KLIEBENSTEIN:
4  Q.  And this is a copy of the report that you
5    submitted in this matter?
6  A.  Yes.  It appears to be.  Yes.
7  Q.  Is there anything missing?
8  A.  The signature.
9  Q.  Ah.  Yes.  We got two -- there are two copies of
10    your report.  One had a signature, one did not.
11    It was represented to us that the one without the
12    signature was the same as the one without the
13    signature.
14  A.  It should be.
15  Q.  I'll think about whether I want to get another
16    copy with the signature and introduce it, but
17    let's just work with this one for now.
18  A.  Okay.
19  Q.  So I see in Paragraph 6 that you were compensated
20    at a rate of $275 an hour; is that accurate?
21  A.  That's correct.
22  Q.  Do you know how much you have charged overall for
23    your expert services in this case to date?
24  A.  I'd have to go add it up, but -- I don't want to
25    ballpark it.

Page 11

1  Q.  Is it -- is it more than $50,000, less than
2    $50,000?
3  A.  I would say yes.  More than 50, but less than
4    $100,000.
5  Q.  Okay.  What about 75; do you think it's more or
6    less --
7  A.  It's less than that, less than $75,000.
8  Q.  Let's move to your qualifications and education
9    section.
10  A.  Um-hm.
11  Q.  The first sentence mentions the phrase core
12    insurance software solutions and services.
13  A.  Um-hm.
14  Q.  What does the word core mean?
15  A.  It's the primary systems that support the
16    insurance operations.
17  Q.  In the case of Federal, can you give me an example
18    of that, what would be a core system?
19  A.  Sure.  CSI Express would be one.
20  Q.  Any others come to mind?
21  A.  CUW, TAPS, C -- CIS Claims.
22  Q.  All of the -- all of the applications that are at
23    issue in this case would you consider those core
24    applications?
25  A.  Not all of them, but the utility applications

Page 12

1    aren't necessarily core.
2  Q.  And which are the utility applications again?
3  A.  Would be -- have to look at the names in the list,
4    but it would be -- TAPS would be one of them would
5    be a utility application that's part of the --
6    what's integrated into a core.  It's the
7    compliance application that they use.
8  Q.  I see in your report that you worked with
9    Allianz --
10  A.  Um-hm.
11  Q.  -- for a while.  Can you explain your -- your work
12    duties at Allianz for me?
13  A.  Sure.  I was the North American chief information
14    officer responsible for all of the IT operations
15    for seven operating companies in North America,
16    Canada, Mexico, and the US.
17      It included property and casualty insurance
18    companies, life insurance -- insurance company,
19    and asset management insurance, and also included
20    PIMCO, the mutual fund company.
21  Q.  PIMCO is P-E-M --
22  A.  P-I-M-C-O.
23  Q.  P-I-M-C-O.  So PIMCO was within Allianz; is that
24    right?
25  A.  It was owned by -- it was owned by Allianz

Page 13

1    globally.
2  Q.  Okay.
3  A.  Um-hm.
4  Q.  Now, as the CIO, what sorts of job duties did you
5    perform?
6  A.  I had responsibility for strategy and delivery of
7    all the information technology for the North
8    American region as part of Allianz.
9  Q.  Do you recall what sorts of projects did you work
10    on?
11  A.  There's many.  Policy administration for
12    commercial insurance, policy information --
13    administration for personal lines of insurance
14    where we put in a new system, built a new claims
15    system for Allianz, or for Fireman's Fund which
16    was part of our Allianz.
17      Those are the major kind of programs we
18    did, and major transformation of the architecture
19    and moved at the time from, you know, Legacy
20    technologies to new modern technology.
21  Q.  Why did the business want to move from Legacy
22    technology to new advanced technology?
23  A.  To take advantage of the new technology.  In some
24    cases, the technology we had was aging and
25    couldn't continue to be operated.  Other cases

4 (Pages 10 - 13)

Page 14

1  there were functionalities that needed to support
2  certain processes that we delivered that needed to
3  be implemented.
4  Q.  When you say take advantage of new technology,
5  what exactly does that mean?
6  A.  There may have been new functionality that the
7  software provided that was not in the older
8  versions of software that we had.
9  Q.  And so take a company like Allianz.  Why -- why
10  did a company like Allianz want to use technology
11  in their business?
12  A.  To support the business.
13  Q.  To support in -- in what way?
14  A.  Improve efficiency.  Mostly justified based on
15  expense management, expense reduction.
16  Q.  You -- you mentioned improve efficiency.  Approve
17  -- improve efficiency of what?
18  A.  The operation.  Various parts of the operation
19  whether it be claims, billing, policy
20  administration, reinsurance.
21  Q.  Underwriting as well?
22  A.  Underwriting is included as part of policy
23  administration.
24  Q.  So when we talk about improving the efficiency of
25  -- the efficiency of policy administration, can

Page 15

1  you give me some examples, some concrete examples
2  of improved efficiency in policy administration?
3  MS. JANUS:  Objection.  Are you talking
4  about from Allianz?
5  MS. KLIEBENSTEIN:  Yeah.
6  MS. JANUS:  His time at Allianz?
7  THE WITNESS:  So think back to then.  It
8  would have been to implement new coverage
9  capability where you needed functionality to
10  process input from the agents or input from
11  internal resources, and capture that data and be
12  more efficient with it instead of sending paper or
13  faxing applications, or you know, at this point in
14  time, we're talking about 2000, early 2000, late
15  1999.  So technology was emerging to provide a lot
16  more efficiencies and helping human resources do
17  their job better.
18  MS. KLIEBENSTEIN:  I know I remember my
19  little cellphone.  My first in college.
20  BY MS. KLIEBENSTEIN:
21  Q.  So efficiencies.  Helping people do their job
22  faster; would you agree?
23  A.  Sure.
24  Q.  You also mentioned expense reduction.  What kind
25  of expenses could be reduced by the implementation

Page 16

1  of, say, a new policy administration system at
2  Allianz?
3  A.  Well, you could eliminate -- certainly eliminate
4  paper moving back and forth, postage, all things
5  like that.  You can, in some cases, reduce the
6  number of resources or constrain the growth of
7  resources more importantly, but it still was used
8  by the human, you know, resources, actuaries,
9  underwriters, claim adjudicators, et cetera.
10  Q.  When you say constrain the -- the growth of
11  resources, would you agree that would mean you
12  wouldn't have to hire people to process more work?
13  A.  An individual could take on more work.  Correct.
14  Q.  And would that -- would that affect profitability?
15  MS. JANUS:  Object to the line of
16  questioning as calling for hypotheticals, and
17  vague, but ...
18  THE WITNESS:  It would avoid expense and
19  only would -- would affect profit -- profitability
20  if the new business was profitable.  That's not
21  guaranteed.
22  BY MS. KLIEBENSTEIN:
23  Q.  Let's move on to your work at the Fireman's Fund
24  Insurance Company.
25  A.  Um-hm.

Page 17

1  Q.  What were your job duties at the Fireman's Fund?
2  A.  I was the CIO for Fireman's Fund Insurance
3  Company.
4  Q.  And why did you make the move from Allianz to
5  Fireman's Fund?
6  A.  Fireman's Fund is owned by Allianz.
7  Q.  So it was a shift within the company?
8  A.  Actually, I served in both capacities
9  simultaneously.  I was the North American CIO, and
10  I was the CIO of Allianz, or the CIO of Fireman's
11  Fund at the same time.
12  Q.  We call that a promotion with no benefit at
13  Merchant and Gould.
14  A.  You understand the insurance company.
15  Q.  Right.  So your job duties were essentially the
16  same as Fireman's Fund as --
17  A.  Specifically for Fireman's Fund, which was a
18  property and casualty company.
19  Q.  So tell me about the iLog business rules and
20  management system.
21  A.  Yes.
22  Q.  What was that?
23  A.  We purchased iLog to support the commercial
24  insurance business.
25  Q.  And what did it do to support the commercial

Page 18

1 insurance business?
2 A. It -- it provided rules management for commercial
3 rules. Very similar to other rules management
4 systems, including Blaze.
5 Q. I see that you developed a business case for the
6 iLog business rule management system; is that
7 right?
8 A. That's correct. I -- I was involved in the -- I
9 didn't do all of the work on the business case,
10 but I -- I had to present it to our capital
11 committee to buy the technology.
12 Q. And what -- what was the business case that was
13 made? Do you recall?
14 A. Efficiencies. It was around more volume of
15 commercial business products.
16 Q. And what -- what was -- what was the business
17 benefit of efficiencies?
18 A. Faster, being able to process faster.
19 Q. And why would a company want to process faster in
20 the insurance industry?
21 A. To avoid expense, one. Two, to reduce, you know,
22 take home more volume, and hopefully get better
23 business as a result of it.
24 Q. When you say get better business as a result of
25 it, what does that mean? What is better business?

Page 19

1 A. Better, more profitable business.
2 Q. So how could -- how could implementation of iLog
3 linking efficiencies result in hopefully the
4 acquisition of more profitable business? Explain
5 that link to me.
6 A. Well, it would allow them to look at applications
7 that come in and determine whether they want to
8 underwrite that application or they want to reject
9 the application.
10    It's all based on the -- the underwriting
11 rules and the rules that the company had set out
12 for what accounts to accept and which ones not to
13 accept.
14 Q. So walk me through how -- how the iLog application
15 would -- would do that. What were its features
16 and functionalities that would help folks in the
17 business decide which applications were -- should
18 be accepted versus which should not?
19 A. So iLog was integrating into a policy
20 administration underwriting solution. It was the
21 underwriting solution that the internal users
22 used, and they would -- an application would show
23 up in their in box on -- online. They would
24 review the application, actually make some
25 decisions about what they wanted to do, and the

Page 20

1 underwriting application was integrated with iLog
2 to go pull the rules to test to see if they
3 complied with the company's underwriting
4 guidelines, and if it didn't, reject it.
5    If it did, it may then execute additional
6 rules to further get underwriting criteria to
7 determine whether that's a appropriate risk to
8 write, and then based on that, the underwriting
9 application would either approve or reject the
10 application. So I don't know if I've answered
11 your question, but ...
12 Q. You did. So how did -- how did the Fireman's Fund
13 handle that process that you just described before
14 iLog and that policy administration separation?
15 A. They had Legacy systems where the rules were
16 embedded in the Legacy systems. They weren't
17 externalized to a rules engine.
18 Q. So how -- how would that underwriter then -- so
19 how would that work if the rules were not
20 externalized?
21 A. Under -- the underwriter would have no idea how
22 the rules were being interrogated behind the
23 scenes. They -- they would see no difference
24 whether it was a rules engine or embedded rules.
25 Q. Okay. So why do you make the -- why did you make

Page 21

1 the recommendation to go to rules that were --
2 correct me if I get this wrong, rules that were
3 embedded versus rules that were externalized? Did
4 I get that right?
5 A. Yeah. Applications that have embedded rules have
6 to be maintained by programmers, and rules that
7 are part of a rules engine typically -- in some
8 companies, they are managed by programmers still.
9 Other companies they -- they have the business
10 users maintain the rules and submit the changes.
11    So it was a shift of responsibility in some
12 cases to the source of where the rules come from,
13 which are the underwriters, the actuaries, whoever
14 is making the changes to the rules, and it was the
15 ability to quickly change the rules when you
16 needed to change them because you're starting to
17 see an experience where a -- a rule is causing you
18 to lose money not make money.
19 Q. Um-hm, and so the iLog application would allow
20 folks on the front lines to make those rule
21 changes quickly; is that -- is that right?
22 A. I wouldn't say frontline because there's a lot of
23 governance that goes on in an insurance company
24 before rules are changed, but it -- it allows it
25 to move out of in some cases the information

Page 22

1  technology organization to the business and let
2  those business users that are authorized to do
3  that make changes.
4  Q.  So essentially the rules could be changed quicker;
5     is that the bottom line?
6  A.  Sure.
7  Q.  Okay.
8        (Whereupon material was marked for
9     identification as Exhibit 445.)
10 BY MS. KLIEBENSTEIN:
11 Q.  I'm handing you what's been marked Exhibit 445.
12 A.  Um-hm.
13 Q.  You should feel special.  We made color copies for
14    you apparently.
15 A.  Um-hm.  Um-hm.
16 Q.  Are you familiar with this article?
17 A.  I am.
18 Q.  The article is dated 2002 --
19 A.  Um-hm.
20 Q.  -- when you were working with Fireman's Fund; is
21    that correct?
22 A.  That's correct.
23 Q.  Do you recall how this article came -- came to be?
24    Did you get -- tell me:  How did this article come
25    to be?

Page 23

1  A.  I don't recall exactly how it originated, but it
2     would have originated in the small commercial
3     business, which is where iLog was being used at
4     the time, and I probably worked with the business
5     leader there at the time to -- to get an article
6     published.
7        I mean, there was - there was a process in
8     Allianz and Fireman's Fund to make sure you go
9     through approvals to get these published.
10 Q.  And the focus of this article is -- it's a feature
11    on your work as a CIO at Fireman's Fund?
12 A.  Yes.
13 Q.  And how you -- you brought -- how you took a
14    unique approach to technology at the Fireman's
15    Fund; is that right?
16 A.  Not just the technology.  It was the -- the
17    intersection of people, process, and technology.
18    That -- that's what the article was about.  I
19    looked at all different types of sourcing
20    strategies to better handle our IT capabilities
21    within the company that included people, process,
22    and technology.
23 Q.  And how is that -- how is that strategy different
24    from other CIOs at the time?
25 A.  Many CIOs in the insurance company were very much

Page 24

1  internally focused heads down building
2  technologies and not buying off-the-shelf
3  technologies to integrate to create solutions.
4        On the technology side, I found a -- an
5  opportunity to do that.  On the people side, I had
6  an average tenure of IT people of 17 years of
7  experience, and needless to say, they weren't
8  bringing in new ideas of how to implement
9  technology in better ways.  So I outsourced a
10 portion of the IT staff and left a portion there
11 that were kind of the critical knowledge of the
12 environment.  So it was a -- it was an all
13 encompassing strategy to right size and implement
14 new technology.
15 Q.  So essentially to approach how technology had been
16    done in the insurance industry in a different way?
17 A.  Sure.  Yup.
18 Q.  And you mentioned that your -- part of your
19    strategy was to buy off-the-shelf technology to
20    help?
21 A.  Point solutions.  Yeah.
22 Q.  Point solutions?
23 A.  Point solutions.  Very targeted functionality that
24    would integrate with other functionality to create
25    a solution.

Page 25

1  Q.  And why did you find a benefit in that strategy?
2  A.  Insurance companies can be, you know, have the
3     greatest IT environment in the world but it won't
4     move their stock price one iota.  If they sell
5     more insurance and are more profitable, that's
6     what moves their stock price.
7        So the driver for this was -- was looking
8     at core competencies and making sure that the
9     insurance company focused on their core competency
10    and not tried to become a technology company.
11 Q.  Got it.  So you would look for off-the-shelf --
12    you would look for third party tools --
13 A.  Best practices.
14 Q.  -- that you could bring in instead of developing
15    things from the ground up?
16 A.  Correct.
17 Q.  In the article on the second page --
18 A.  Um-hm.
19 Q.  -- in the first full paragraph --
20 A.  First paragraph?
21 Q.  Um-hm.  At the end, there's a quote from you that
22    says, "We can run the best data center in the
23    world without influencing our market
24    capitalization." --
25 A.  Um-hm.

Page 26

1 Q. -- "but if we deliver solutions that meet
2   customers' needs better than our competitors, then
3   we can influence the overall value of the
4   company."
5 A. Um-hm.
6 Q. Influencing the overall value of the company is
7   that another way to say, just like your previous
8   example, make the stock price move?
9 A. Improve the attractiveness of the stock price.
10 Q. And improve the profitability?
11 A. Yup.
12 Q. Then starting in the paragraph that starts with in
13   the past --
14 A. Um-hm.
15 Q. -- there's another quote from you, "It was a
16   decision between the line of business head and the
17   IT leader without any formal rigorous cost benefit
18   analysis."
19 A. Um-hm.
20 Q. I'm taking from that quote that your preferred
21   method would be to do a rigorous cost benefit
22   analysis when considering a new technology
23   feature; is that right?
24 A. Correct.
25 Q. And what in -- in your work experience, what type

Page 27

1   of cost benefit analysis would you perform before
2   deciding whether to implement a new technology
3   into the company you were working for?
4 A. It would depend on the business need and the
5   variables associated with that particular need.
6   What -- you know, am I buying services, am I
7   buying software, or am I having to set up a new
8   department. There's so many variables that go
9   into a cost benefit analysis that I don't know
10   that there's an easy answer to that question.
11 Q. Good clarification. Let's take -- as we mentioned
12   before, let's take a policy administration system.
13 A. Um-hm.
14 Q. If you were at a company looking at employing a
15   new -- considering employing a new policy
16   administration system, what sort of cost benefit
17   analysis would you undertake?
18   MS. JANUS: Objection. Vague. Calls for
19   speculation.
20   THE WITNESS: It, again, depends on the
21   insurance products that are being processed by
22   that policy administration system.
23   In our industry of insurance, we're a
24   collection of exceptions. Auto products in one
25   company don't look like auto products in another

Page 28

1   company. There are different coverages. That's
2   what differentiates them.
3   So you would have to look at what's needed
4   to build, market, sell, administer, support, and
5   -- those products that that policy administration
6   system is focused on, and in many -- in Fireman's
7   Fund at this time, we had 11 policy administration
8   systems supporting 55 different insurance
9   products.
10   So there's -- to come up with an answer,
11   I'd have to know the particulars of what was
12   required for those products.
13 BY MS. KLIEBENSTEIN:
14 Q. Let's -- let's take the iLog business rules
15   management system project --
16 A. Um-hm.
17 Q. -- let's take that one in particular.
18 A. Um-hm.
19 Q. Did you and your team perform a cost benefit
20   analysis in that case?
21 A. The -- the business owner was responsible for the
22   CBA, and I provided the technology aspect of that
23   cost benefit analysis.
24 Q. So in that example, the -- the benefit analysis
25   came from the business owner, and the cost

Page 29

1   analysis came --
2 A. Only the technology -- I provided the input on
3   what technology would be needed to enable that
4   business case.
5 Q. Okay.
6 A. You know, they wanted to do this -- the business
7   case was outlined on what they wanted to do, and I
8   -- I don't recall very specifically everything
9   that was being done with iCustomer, but it was in
10   the area of business owner products, we call them
11   BOP products for small commercial, and they were
12   looking to build a community online of small
13   commercial customers, and they wanted a system to
14   support that -- that interface with the customer.
15 Q. Do you remember -- for the iLog scenario, do you
16   remember -- do you remember what the business case
17   was?
18 A. It was -- it was building a -- a platform of some
19   kind, and I'd have to go back and look at the
20   detail from 2002. I just don't recall all the
21   different components that were involved, but the
22   rules management was one of those components.
23 Q. Let's move to the next page.
24 A. Okay.
25 Q. Paragraph that starts with among these.

8 (Pages 26 - 29)

Page 30

1  A.  Um-hm.
2  Q.  Tell me about the iCustomer series.
3  A.  There was an application to -- for small
4    commercial BOP products.
5      MS. JANUS:  Sorry.  I just want to make
6    sure you take whatever time you need to actually
7    look at what she's pointing you to.  I didn't know
8    if you had already read it.
9      THE WITNESS:  Yeah.  It's what I was
10   mentioning a minute ago with the online capability
11   for BOP products.
12  BY MS. KLIEBENSTEIN:
13  Q.  And do you remember what the iCustomer series
14   product -- what -- what its functions were?
15  A.  Not all of them.  You know, a customer could go
16   online, review our products that were available.
17   It was a -- it was built -- at that time, if you
18   think about intranets, and extranets, and all of
19   those, it was built to be able to create a
20   community online and share information among those
21   customers of best practices so that -- Fireman's
22   Fund was offering more than just an insurance
23   product.  It was offering the product plus
24   additional services, you know, knowledge sharing
25   and best practices within the small commercial

Page 31

1    marketplace.
2  Q.  And would it be agents primarily that were looking
3    at this iCustomer platform?
4  A.  Yes.
5  Q.  Not the end policyholder?
6  A.  It -- it could have been some -- there could have
7    been features that would go all the way to the end
8    customer, but there would always be an agent, you
9    know, the agent is the access to the customer in
10   most cases, and so they -- they could -- the agent
11   could see more than the customer could see, but
12   the customer could see certain things associated
13   with their account and their product.
14  Q.  I see in the middle there's a quote, "Agents have
15   to earn the right to get iCustomer because there's
16   significant value for them.  We expect value from
17   it."
18  A.  Right.
19  Q.  When you say significant value, does that mean
20   additional revenue?
21  A.  No.  Not necessarily.  Could have been a retention
22   play, but the earn the right to get it was based
23   on agent profitability, and we did an economic
24   value added analysis on every customer -- every
25   agent to determine who's bringing us good business

Page 32

1    and who's bringing us bad business.  They had to
2    earn the right to get access to the system based
3    on bringing us good business.
4  Q.  And -- and why did you -- why did you gate-keep
5    the iCustomer series in that way?
6  A.  Gate-keep?  I don't know -- would you clarify
7    that?
8  Q.  Sure.  Why -- why would -- why was the choice made
9    only to give access to those relationships that
10   were profitable as opposed to not profitable?
11  A.  We wanted profitable agents.
12  Q.  So it was kind of an incentivized -- incentivizing
13   benefit?
14  A.  Yeah.  If they qualified for access, they were
15   able to access benefits that they wouldn't get
16   otherwise as being part of that community.
17  Q.  The last phrase of that quote, "We expect value
18   from it," what type of value was Fireman's
19   expecting from the iCustomer series platform?
20  A.  I would have assumed more business, and more
21   profitable business.
22  Q.  I see after you -- you left Allianz in 2002 to go
23   to ePolicy Solutions?
24  A.  Correct.
25  Q.  And why did you make that move?

Page 33

1  A.  I was kind of wooed away by the ex-CEO of
2    Fireman's Fund, who was on the board of ePolicy,
3    to come and be their ultimately chief operating
4    officer.
5  Q.  And what were your job duties at ePolicy?
6  A.  Initially it was to set up the infrastructure for
7    the -- supporting all of the customer
8    relationships and management but moved very
9    quickly to become the COO and took over all the
10   product delivery, implementation, et cetera.
11  Q.  Go ahead.
12  A.  ePolicy at the time I joined them was an online
13   broker for BOP products, selling BOP products
14   online, and they had built a system that did that.
15     The company wanted to commercialize that
16   system and sell it to other insurance companies
17   and flip their business model to becoming a
18   commercial software provider and not an online
19   broker.  Because at that point in time, people
20   didn't buy insurance online.  They shopped online,
21   but they didn't buy online, and so the agent and
22   the broker still became the most important part of
23   it.
24     So I helped transition the company from an
25   online broker to a commercial software company

9 (Pages 30 - 33)

Page 34

1  selling commercial software to the insurance
2  marketplace.
3  Q.  And one of those -- one of those products was
4  called RightRisk?
5  A.  RightRisk was their product.
6  Q.  So that's what they changed?
7  A.  They -- they went from being an online broker
8  selling insurance to selling their system to
9  insurance carriers that could then sell BOP
10  products.
11  Q.  And so what -- what were the -- what was the
12  functionality of RightRisk?
13  A.  It was a policy administration system that had
14  from front to back distribution, underwriting,
15  policy endorsement processing, issuance, booking,
16  binding, claims management.
17  Q.  And why did ePolicy Solutions want to start
18  selling that to -- directly to insurance
19  companies?
20  A.  Because that's where the technology was more
21  valuable than their online broker -- broker
22  business.
23  Q.  So the insurance company would essentially pay
24  more than ePolicy would get selling their own
25  policies?

Page 35

1  A.  Yeah.  They were making more money by licensing
2  their commercial software than they were from
3  selling BOP products online, which was more of a
4  commission-based approach.
5  Q.  So is RightRisk similar to Blaze Advisor, or is it
6  different?
7  A.  No.  RightRisk was way beyond.  It had a component
8  within RightRisk.  We developed our own internal
9  rules engine to support rules management, and that
10  was a component of RightRisk.
11  RightRisk had multiple applications that
12  made up that platform, and maybe for terminology
13  system, RightRisk was a system that consisted of
14  many applications and components.
15  Q.  Were you involved in helping sell RightRisk to
16  insurance companies?
17  A.  Yes.
18  Q.  And when you were doing that work, did you have a
19  value proposition that you would promote to the
20  insurance companies?
21  A.  We did.
22  Q.  What was that?
23  A.  It was around efficiencies and replacing Legacy
24  systems.
25  Q.  What types of efficiencies?

Page 36

1  A.  Improving policy administration, endorsement
2  processing, application submissions, issuance,
3  reducing the cycle times.  Had nothing to do with
4  the rules piece of it.  If that's the question.
5  Q.  So improving the endorsement piece; what does that
6  mean?
7  A.  When you make endorsements on an insurance policy,
8  there's non-financial endorsements and there's
9  financial endorsements, and giving them the
10  capability to be able to make those endorsements,
11  the non-financial ones don't require a licensed
12  agent, financial ones required a licensed agent.
13  So we gave them capabilities to handle -- better
14  handle their -- their endorsement process.  That's
15  one feature of the platform.  There's many others.
16  Q.  Sure.  Yeah.
17  A.  That was just one.
18  Q.  So when you say to better handle the endorsement
19  process, does that mean speed it up so they can
20  figure out which bucket a policy can go into
21  faster?
22  A.  No.  That's -- that's not what I meant.
23  Q.  So tell me where I'm wrong.  What am I not
24  understanding?
25  A.  Endorsement processing is not about speeding up

Page 37

1  policies.  It's about making endorsement changes
2  to a policy.
3  So if an agent gets a call from a customer
4  and says I need to add another vehicle to an auto
5  policy, they go online and add another vehicle to
6  the policy.
7  Many of the Legacy systems at the time
8  didn't do that quite -- very well.  You could have
9  what's called out of sequence endorsements,
10  endorsements that were made that were retroactive
11  back to a time period, and our system provided
12  better handling of out of sequence endorsement
13  processing.  That was one of the reasons we were
14  able -- that was part of our value proposition.
15  So it's -- it helped -- it helped do the
16  endorsement processing better, not necessarily in
17  all cases faster but provided more functionality,
18  more accurate functionality.
19  Q.  How did RightRisk improve -- improve application
20  submissions?
21  A.  It provided them an online method to do that
22  because at the time many of the insurance
23  companies were using green screens from IBM or
24  other companies.
25  So, I mean, if you put this in context of

1  the time period, there were -- those companies
2  lacked a lot of capability.
3 Q.  And having an online method to submit applications
4  why would that -- why would that be a good thing?
5  Why is that a benefit?
6 A.  Gets it processed quicker, and doesn't have to
7  wait for postage, mail, activity like that.
8 Q.  So you can process more faster; is that right?
9 A.  Correct.
10 Q.  And reduce cycle times; that was another
11  improvement?
12 A.  Yup.
13 Q.  Can you explain that one for me maybe with an
14  example?
15 A.  Well, if you're mailing versus sending it online,
16  you get it a lot quicker, and it reduces the cycle
17  time to get the application reviewed and
18  decisioned.
19 Q.  So again, RightRisk would allow a company to do --
20  to process more applications faster?
21 A.  Correct.
22 Q.  Was there -- was there any other business case
23  that was presented for RightRisk?
24 A.  Primarily focused on Legacy replacement and
25  improved functionality of their existing systems.

1 Q.  And did you ever receive any feedback from
2  customers?
3 A.  We did.
4 Q.  Do you recall any of that feedback?
5 A.  Not specifically.  No.  Other than we were
6  successful in our implementations.
7 Q.  Did any of the customers ever note that they had
8  -- did they -- did they ever state that they had
9  noted an increase in revenue after implementing
10  RightRisk?
11 A.  No.
12 Q.  Did any of them ever report a decrease in revenue
13  after implementing RightRisk?
14 A.  No.
15 Q.  What about profitability; did any of them ever
16  mention an increase in profitability after
17  implementing RightRisk?
18 A.  Not that I recall.
19      MS. JANUS:  If you're moving to the next
20  one Heather, we've been going about an hour.
21      MS. KLIEBENSTEIN:  Yeah.  Would you like a
22  break?
23      THE WITNESS:  Yeah.  We can take a quick
24  break.
25      MS. JANUS:  Is that an okay time for you?

1      MS. KLIEBENSTEIN:  Yes.
2      THE VIDEOGRAPHER:  We're going off the
3  record.  The time is 9:56.                    0
4      (Whereupon a short break was taken from
5  9:56 a.m. to 10:07 a.m.)                       0
6      THE VIDEOGRAPHER:  We are back on the
7  record.  It's the beginning of Media Number 2.
8  The time is 10:06.
9 BY MS. KLIEBENSTEIN:
10 Q.  All right.  So after ePolicy Solutions, you went
11  to MajescoMastek?  Is that --
12 A.  Right.
13 Q.  Is that how to pronounce it?
14 A.  Correct.
15 Q.  That's a mouthful.  So why did you make that move?
16 A.  MajescoMastek was one of the suppliers to ePolicy,
17  and ePolicy was acquired by Insurity, and I was a
18  condition of the sale.  I was the only executive
19  in ePolicy that went to Insurity, and I had a -- I
20  had a minimum amount of time I had to be there,
21  and that's in there, and after my time was up, I
22  -- I was offered a job is MajescoMastek to run
23  their US insurance operation and help them build a
24  footprint for insurance solutions in that -- in
25  the US market.  So ...

1 Q.  So Majesco was a supplier to ePolicy.  A supplier
2  of what?
3 A.  Services.
4 Q.  What type of services?
5 A.  IT services.
6 Q.  And I read in your report that Majesco acquired a
7  policy administration and billing system called
8  Renaissance.
9 A.  Correct.
10 Q.  They -- they purchased it, acquired it,
11  Renaissance?
12 A.  (Witness nodded head in the affirmative.)
13 Q.  And what does the Renaissance product do?
14 A.  It was a policy administration claims and billing
15  solution.
16 Q.  And how was it different than RightRisk?
17 A.  Not a lot, difference had maybe more functionality
18  in certain areas than RightRisk.
19 Q.  And you re-branded it to STG policy administration
20  and STG billing; is that right?
21 A.  Correct.
22 Q.  And I see that both of these solutions had
23  externalized business rules management technology,
24  meaning they had features similar to Blaze
25  Advisor?

Page 42

1  A.  They had a component.  Yeah.
2  Q.  And were you involved in the sale of the STG
3      product as well?
4  A.  I was.  Yes.
5  Q.  And what was the value proposition for that
6      product?
7  A.  Very similar to RightRisk.  It was replacing
8      Legacy systems within carriers for policy AD-MIN
9      claims and billing, and offering additional
10     functionality to improve the -- the operation of
11     the insurance carrier.
12 Q.  And did you receive any feedback from customers
13     that purchased the STG solution?
14 A.  I did.
15 Q.  You did?
16 A.  Yes.
17 Q.  And what sort of feedback did you receive?
18 A.  Billing solution is probably the best in the
19     marketplace.  Success with the implementations.
20     That's primarily the feedback.
21 Q.  And when you say success with the implementations,
22     what do you mean?
23 A.  Successful installations of the product.  Working
24     with our team.  They loved our team.
25         (Whereupon material was marked for

Page 43

1      identification as Exhibit 446.)
2      BY MS. KLIEBENSTEIN:
3  Q.  I'm handing you what's been marked as Exhibit 446.
4  A.  Um-hm.
5  Q.  Are you familiar with this article?
6  A.  I am.
7  Q.  Were you involved in helping place this article,
8      get it run?
9  A.  I -- I was interviewed by our -- our marketing
10     department that does press releases and
11     communications.
12 Q.  And this article is about the features and
13     benefits of that STG solution; correct?
14 A.  No.  It's about the electronic bill payment and
15     presentment module, which was a component of that.
16     There was a lot more functionality beyond this.
17 Q.  And I'd like to focus on the last paragraph of
18     that article, which is a quote from you; correct?
19 A.  It is.
20 Q.  And is that an accurate quote from you?
21 A.  Yeah.
22 Q.  Can you explain to me how -- well, let me ask a
23     initial question.  So the STG electronic bill
24     payment module that was all about paying bills
25     online; correct?

Page 44

1  A.  Correct.
2  Q.  Obviously, and so can you explain for me why
3      paying bills on time -- online led to the benefit
4      of improved cash flow?
5  A.  They were able to get their money quicker after it
6      was paid online.
7  Q.  So essentially the software sped up the payment
8      process so that the insurance company could get
9      more money sooner; right?
10 A.  Yes.
11 Q.  Let's turn to the last page, the very last
12     paragraph, and that's also a quote from you;
13     correct?
14 A.  Um-hm.
15 Q.  And is it an accurate quote?
16 A.  Yes.
17 Q.  I see the phrase competitive advantage at the
18     bottom.  What does that phrase mean to you?
19 A.  It -- it helps the insurance company be -- stay
20     competitive with their -- in their market and
21     gives them an advantage over companies that don't
22     have that capability.
23 Q.  Gives them what kind of advantage?
24 A.  Ease of doing business with their clients.
25 Q.  So a competitive advantage would be some sort of

Page 45

1      tool that makes it easier to do business?
2  A.  Yes.
3  Q.  Or some sort of tool that customers like so they
4      will give more business to that company?
5  A.  I wouldn't call it a tool.  A user interface.  I
6      mean, something to ease -- ease of doing business.
7      Yeah.
8  Q.  So user interface is a type of technology that can
9      -- can result in competitive advantage?
10 A.  Right now, yes, absolutely.
11 Q.  I forget.  Did the STG billing solution have --
12     yes.  It had an externalized business rules
13     management technology; correct?
14 A.  It had its own component that was used for rules
15     management.  It wasn't a product that we sold
16     separately.
17 Q.  Understood.
18         (Whereupon material was marked for
19     identification as Exhibit 447.)
20     BY MS. KLIEBENSTEIN:
21 Q.  I'm handing you what's been marked as Exhibit 447.
22 A.  Um-hm.
23 Q.  Are you familiar with is this article?
24 A.  I am.
25 Q.  And in the last paragraph, I see a quote from you.

Page 46

1 Is that quote accurate?
2 A. Um-hm. Yes.
3 Q. In your quote, you say that, "The STG billing
4 solution allows customers to quickly respond to
5 market changes."
6 A. Um-hm.
7 Q. Can you explain that phrase for me? What does
8 that mean, quickly respond to market changes?
9 A. In terms of billing, which is what this is focused
10 on, new billing plans, as the market changes for
11 new billing plans, they can make those changes
12 within the billing system.
13 Q. Can you give me an example of that?
14 A. Pay twice a year, pay every quarter, one -- a lump
15 sum payment with monthly small payments. Just
16 different billing plans associated with the
17 product.
18 Q. And how would different billing plans benefit a
19 customer of the STG billing product?
20 A. Matches their cash flow needs.
21 Q. And then I see that the STG billing solution
22 helped -- would allow customers to bring new
23 products and services to market ahead of their
24 competitors. Give me an example of that.
25 A. Feedback from the customer through the billing

Page 47

1 process to identify new -- new products or new
2 capabilities that they would like.
3 Q. And why would an insurance company want to bring
4 new product -- new products to market?
5 A. To make money. To sell policies.
6 Q. At Majesco, were there any other products the
7 company sold besides the STG product?
8 A. Globally we had a product called Elixir, which was
9 a life insurance platform.
10 Q. And what did Elixir -- what were its functions?
11 A. It was a policy administration solution for the
12 life insurance market. At that time, it had not
13 sold any products in the US.
14 Q. Any -- any other products?
15 A. We acquired a software company called Vector
16 Insurance Services that had a software product for
17 new business underwriting for the life market, and
18 that was sold in the US marketplace.
19 Q. For life insurance companies; right?
20 A. For life insurance companies. Correct.
21 Q. And what was that product called that was brought
22 over from Vector Insurance?
23 A. Yeah. It was Vector Insurance Services. I -- I
24 honestly don't remember the name of the product.
25 It was a component that we integrated into other

Page 48

1 policy administration systems. It was just for
2 new business underwriting in the life market.
3 Q. And did -- did that product ever get sold directly
4 to customers?
5 A. It did before we acquired the company.
6 Q. So after Majesco, you moved to Dell Services?
7 A. Correct.
8 Q. And what was your -- what was your job function at
9 Dell Services?
10 A. Yeah. I was a large financial services client
11 sales for Dell third party administration
12 services.
13 Q. Did that involve software product sales?
14 A. No. It was services.
15 Q. And how long were you at Dell?
16 A. Couple of years, or less than a couple of years I
17 guess.
18 Q. And then next you joined CGI Technologies?
19 A. Correct.
20 Q. Why did you move -- why did you move from Majesco
21 to Dell to CGI?
22 A. So Majesco went through a global reorganization,
23 excuse me, changed CEOs five times in four years,
24 and I was working for the CEO for the first three
25 year, and then after the last couple of years, I

Page 49

1 decided it was time to leave.
2 Q. And what about the Dell to CGI move; what prompted
3 that move?
4 A. Got a -- got a call from a colleague that says
5 we're looking to fill the North American insurance
6 solutions -- solutions business leadership role,
7 and you're the perfect candidate for it.
8 Q. I see you were responsible for five product lines.
9 A. Um-hm.
10 Q. Ratabase was one of them?
11 A. Correct.
12 Q. And what was the functionality of Ratabase?
13 A. It -- it was a -- a dynamic rating and pricing
14 solution. It's a rules engine for dynamic rating
15 and pricing.
16 Q. Is that product competitive with Blaze Advisor?
17 A. We felt so.
18 Q. What is your experience over the years with Blaze
19 Advisor?
20 A. I learned about it when we were acquiring iLog
21 through the process of buying iLog, became aware
22 of Blaze. We looked at the marketplace and
23 decided to go with iLog at the time. I've kept
24 track of Blaze through the years as we built our
25 own rules components versus acquiring a third

13 (Pages 46 - 49)

Page 50

1  party to integrate for the products, and
2  ultimately have just been aware of it through --
3  through the trades. That's pretty much it.
4  Q.  At STG, the externalized business rules management
5  technology what technology did you use at STG?
6  A.  I think it was built-in in .net, or DB -- some
7  visual basic .net, or something like that. I
8  don't recall exactly the technology.
9  Q.  So was it a third party, or was it homegrown?
10  A.  It was built by Renaissance or the STG company
11  before we acquired them.
12  Q.  So back to Ratabase, in your opinion, how was
13  Ratabase different and similar to Blaze Advisor?
14      MS. JANUS:  And I'll just object to the
15  extent it's -- you phrased it as in your opinion.
16  It's not within the scope of his opinions, but ...
17      THE WITNESS:  I can answer?
18      MS. JANUS:  Yeah.
19      THE WITNESS:  Okay.  So Ratabase is a rules
20  engine that you load business rules into, and it
21  does the same process that Blaze would do by
22  taking in data, comparing it to the rules, routing
23  decisions or creating responses to those based on
24  the company's business logic and rules around
25  rating and pricing primarily.

Page 51

1      It was a rating -- it was a rules engine
2  that could do more than rating and pricing, and
3  some customers did use it for that, but the
4  primary focus was rating and pricing.
5  BY MS. KLIEBENSTEIN:
6  Q.  Were you involved in the selling of Ratabase to
7  customers, potential customers?
8  A.  At an executive level.
9  Q.  And what was the value proposition used when
10  selling Ratabase?
11  A.  Externalizing the rating rules and pricing rules.
12  Rapid changes to those rules.
13  Q.  So what were the business benefits that -- the
14  business benefits that CGI would tout from using
15  Ratabase?
16  A.  Efficiency and rules management for rating and
17  pricing.  The ability to quickly change the rules.
18  Q.  So one function is the ability to change the rules
19  quickly?
20  A.  Um-hm.
21  Q.  What would be another feature that STG would tout
22  as a selling point?
23      MS. JANUS:  Object to the premise of the
24  question.
25      THE WITNESS:  It's a rules management

Page 52

1  technology.  So the ability to externalize the
2  rules, maintain the rules quickly.
3  BY MS. KLIEBENSTEIN:
4  Q.  So the -- the ability to externalize the rules?
5  What would be a business benefit from
6  externalizing the rules?
7  A.  The -- the ability to change them quickly.
8  Q.  Okay.
9  A.  When the market needed them changed.
10      (Whereupon material was marked for
11  identification as Exhibit 448.)
12  BY MS. KLIEBENSTEIN:
13  Q.  I'm handing you what's been marked as Exhibit 448.
14  Are you familiar with this article?
15  A.  I am.  Press release.
16  Q.  And PEMCO was a customer of CGI?
17  A.  It was.
18  Q.  And PEMCO -- did they license Ratabase?
19  A.  Correct.
20  Q.  So I see in the top of the second paragraph,
21  "PEMCO will use the most recent version of
22  Ratabase to decrease the time needed to implement
23  rate changes."
24  A.  Correct.
25  Q.  And that's what we were just talking about; right?

Page 53

1  A.  Correct.
2  Q.  And the next sentence reads, "In doing so, it
3  plans to improve speed to market, efficiency, and
4  agent experience."  Speed to market; speed to
5  market of what?  Do you know?
6  A.  Rate changes.
7  Q.  And so give me -- give me an example that -- where
8  speed to market of a rate change -- why a company
9  would want that.
10  A.  You're incorrectly priced in a certain market you
11  need to adjust your rates to be competitive.
12  Q.  And so explain to me how the Ratabase software
13  would assist in that.  What would it -- how did it
14  work?  What would it do?
15  A.  It was generally integrated into a bigger
16  platform, and that platform would allow users to
17  go in, bring up the rates, maintain them, update
18  the rules that are in the rating engine that do
19  that more quickly than going through an IT
20  development process.
21  Q.  So with the ability to implement rate changes
22  quicker, theoretically a company would lose less
23  money or -- or make more money; correct?
24      MS. JANUS:  Object to the form of the
25  question.  Calls for hypothetical, and

14 (Pages 50 - 53)

Page 54

1  speculation.
2      THE WITNESS: Should I answer? Oh. Those
3  are attributes that -- to avoid losses as opposed
4  to -- it's not just a revenue issue. It's a loss
5  mitigation issue.
6  BY MS. KLIEBENSTEIN:
7  Q. So one aspect is a loss mitigation issue?
8  A. Um-hm.
9  Q. But another aspect could be a revenue creation
10  issue; right?
11  A. Could be.
12      MS. JANUS: Objection. Yeah. Object to
13  the form of the question. Calls for speculation.
14  Hypothetical.
15  BY MS. KLIEBENSTEIN:
16  Q. Now moving to the second page, I see a quote from
17  you. Is this quote accurate?
18  A. It is.
19  Q. And the first sentence says, "In a highly
20  competitive auto market, rating speed is
21  critical to -- to what?
22  A. Having the right price in the marketplace.
23  Q. And having the right price in the marketplace has
24  what effect?
25  A. It -- it affects both the premium revenue as well

Page 55

1  as the loss, claims.
2  Q. And then I see in the next sentence, "CGI's Rata,"
3  -- "Ratabase 8 will help PEMCO generate new
4  business while retaining existing customers." How
5  would Ratabase 8 help generate new business?
6  A. Assuming they priced their business properly and
7  got the new rate into the marketplace quickly,
8  they could potentially get new business.
9  Q. More customers; right?
10  A. More policies.
11  Q. And how would Ratabase 8 help retain existing
12  customers?
13  A. By making sure they are getting the right price.
14  Q. By the right price, what do you mean by that; the
15  best price or ...
16  A. Price that doesn't cause them to move to another
17  insurance carrier.
18  Q. Why don't you tell me about your educational
19  background.
20  A. Okay. So I went --
21  Q. You can start in college.
22  A. Start in college. So I started with an associate
23  degree in applied science and computer science. I
24  worked for a number of years and then got my
25  bachelor's degree in human resource management,

Page 56

1  and then from there, got an MBA with a
2  concentration in information systems.
3  Q. Any other educational experience or
4  certifications?
5  A. I -- I went to the Wharton School for
6  certification in insurance executives sponsored by
7  the American Institute of Property and Casualty
8  Underwriters. Also have certification in
9  strategic change from Darden Graduate School,
10  University of Virginia. I have a number of
11  certifications in -- in technical technologies
12  from IBM's Systems Science Institute. They are
13  just -- they are, you know, COBOL, CICS, stuff
14  like that. Networking.
15  Q. And in this case, I see all the way back in
16  Paragraph 5 you were asked to provide your opinion
17  on the use of Blaze Advisor in conducting
18  Federal's day-to-day insurance business and the
19  role that Blaze Advisor has on Federal's insurance
20  revenues and profits.
21  A. Um-hm.
22  Q. And is that the scope of your opinions?
23  A. That's correct.
24  Q. Is there anything -- anything else you intend to
25  opine on?

Page 57

1  A. No.
2  Q. Could you please provide me with an overview of
3  your opinions.
4  A. So the fundamental overview is Federal really
5  provides all of the business logic rules, rates,
6  everything that basically drives their revenue and
7  profits, and that Blaze is -- it does not have
8  that capability of business rules and business
9  logic to drive revenue. It's a tool used to
10  improve the efficiency of the process, but it
11  could also cause -- if the rules are not done
12  correctly by the client, do financial harm to the
13  client as well.
14      So like any -- no one technology in an
15  insurance company is capable of -- of driving
16  revenue and profit. It's all in support of the
17  business. It starts with the business logic, the
18  knowledge of the business, the access to the
19  markets, and then you add people, process, and
20  technology to -- to support it.
21  Q. Can you identify for me in your opinion the
22  methodology that you used to arrive at that
23  opinion?
24  A. Basically over the years in my experience, every
25  proposal I've done in terms of acquiring

15 (Pages 54 - 57)

Page 58

1  technology has never been based on driving revenue
2  or profit. It's been on improving the efficiency
3  of the operation, which hopefully leads to that
4  but is not responsible directly for it.
5      It's usually the business and their
6  knowledge of the business in using the technology
7  and incorporating the technology that drives the
8  revenue and profits.
9  Q. Got it. I'm asking about something a little bit
10  different. I'm asking about the -- the
11  methodology that you used. So you had a -- you
12  had a request to develop an opinion?
13  A. Um-hm.
14  Q. And what was your -- what was your process to
15  develop that opinion?
16  A. So I went through and looked at all the
17  case-related documents, the complaint. I
18  researched Blaze and where it is now in the
19  marketplace from when I had previously known what
20  Blaze contributed.
21      I reviewed -- did research into insurance
22  carrier -- mostly companies and how they generate
23  revenue and profit, and -- and then formed my
24  opinion based on that research methodology if you
25  will.

Page 59

1  Q. And in your field, your industry, is that -- is
2  that an accepted methodology at arriving at an
3  opinion in your field?
4  A. This is the first expert witness approach. I
5  think it's an appropriate methodology for that. I
6  don't -- I don't render opinions in the normal
7  course of IT consulting other than the use of
8  technology and services.
9  Q. Can you identify for me the paragraphs in your
10  report that identify the methodology used to
11  express your opinions?
12  A. It's on -- under documents and information
13  considered would be from -- from 17 on, 17-18.
14  Q. And what time frame do your opinions address?
15  A. From what time frame? Would you clarify that?
16  Q. Yeah. Is -- today are your opinions about -- let
17  me be more specific. So I take it your major
18  opinion is that Federal generates revenue and
19  profits using core competencies and not Blaze
20  Advisor or any other software technology.
21  A. That's correct.
22  Q. And is -- is your opinion directed at today, or
23  back in 2006 when Blaze was acquired, or something
24  in between?
25  A. I think specifically back when they were acquired

Page 60

1  in 2006 and through the time of 2016. However, I
2  would still hold that opinion today.
3  Q. Did you personally write every paragraph of your
4  report?
5  A. I did.
6  Q. And did you share your report with any other
7  expert in this case?
8  A. Not my report. No.
9  Q. I'd like to ask you a couple of questions to make
10  sure I understand the ins and outs of your
11  opinion.
12  A. Okay.
13  Q. So is it your opinion that Blaze Advisor does not
14  in any way contribute to the revenues, the gross
15  written premiums of Federal?
16  A. Yes.
17  Q. So zero percent?
18  A. Yes.
19  Q. And is it your opinion that Blaze Advisor does not
20  contribute in any way to expense reduction at
21  Federal?
22  A. No.
23  Q. So you -- it is your opinion that Blaze Advisor
24  contributes at least some amount to expense
25  reduction?

Page 61

1  A. It's hard to say that it contributed directly to
2  expense reduction, but my assumption would be that
3  by implementing Blaze as part of a process the
4  process was improved, and therefore there were
5  expense savings. I have no evidence of that in
6  any of the documents I've seen.
7  Q. So it's your opinion that there -- there was at
8  least some, you're not sure how much, on the
9  expense savings side?
10  A. Yes.
11  Q. If you were asked to determine the amount of
12  expense savings achieved through use of Blaze
13  Advisor, how would you go -- what would be your
14  methodology to answer that question?
15  A. To get -- to identify expense savings, you need to
16  set a benchmark up front. You then have to track
17  the work over time, and then you would have to
18  look at where you are at the end, and based on
19  that, determine whether there was actual expense
20  savings or not.
21  Q. In your work in preparing your opinions, did you
22  ask Federal if they had any documentation of
23  expense savings achieved through use of Blaze
24  Advisor?
25  A. Yes.

Page 62

1 Q. What was the answer?

2 A. I did not receive any.

3 Q. You did not receive an answer?

4 A. Of the people I asked, the answer was there was no

5    documentation on it.

6 Q. Did you speak to anyone in preparing your

7    opinions?

8 A. I did.

9 Q. And is that list of people on Page 7 of your

10    report?

11 A. It is.

12 Q. Is there anybody else that was left off the list?

13 A. I spoke with on the phone with one of the -- both

14    experts, Chris Bakewell and Steve Kirsch.

15 Q. And that's it?

16 A. That's it.

17 Q. So let's start from the top. I'd like to

18    understand who you spoke to and what you spoke to

19    them about.

20    Let's take Mr. Mirolyuz. Can you tell me

21    what questions you asked Mr. Mirolyuz?

22 A. Not specific questions, but generally we discussed

23    the -- his role and the rules environment at -- at

24    Chubb and how Blaze was being used at Chubb in

25    those -- in the applications that they were

Page 63

1    integrated with.

2 Q. And what did Mr. Mirolyuz tell you?

3 A. He basically reinforced what was already in

4    depositions that I had read. Didn't really learn

5    a lot of new information directly talking to him.

6 Q. Did you ask Mr. Mirolyuz if Federal had received

7    any expense savings through use of Blaze Advisor?

8 A. I don't remember asking that specifically. No.

9 Q. Did you ask Mr. Mirolyuz if the use of Blaze

10    Advisor had directly or indirectly resulted in

11    additional gross written premium dollars?

12 A. No. I didn't ask him that. His role was an

13    application architect. He would have deferred to

14    the business probably.

15 Q. Do you recall which of these individuals listed in

16    Paragraph 16 which you did ask whether Blaze

17    Advisor had resulted in expense or cost savings at

18    Federal?

19 A. I don't remember directly asking any of these

20    individuals. I looked at their depositions, the

21    ones that had taken depositions, asking them that

22    question about revenue.

23 Q. But you did ask someone. Was that -- was that

24    counsel? You don't need to tell me the contents

25    about that.

Page 64

1    MS. JANUS: Don't testify about

2    conversations with any of the lawyers in case. So

3    it --

4    THE WITNESS: If there was -- let me just

5    look and make sure. Counsel being internal and

6    external?

7    MS. JANUS: Yes. Correct. So don't

8    testify about any conversations you had with

9    either internal or external counsel.

10    THE WITNESS: Okay. So I did not ask any

11    of these individuals that question.

12 BY MS. KLIEBENSTEIN:

13 Q. Why not?

14 A. Because they were technical -- mostly technical

15    resources or business operations people. They

16    didn't own the business units. They didn't drive

17    the revenue, or the profits. They were in support

18    roles.

19 Q. Did you ask to speak with anybody in the business

20    units that had a business role?

21 A. I did not.

22 Q. Why not?

23 A. Because I found all the information I needed in

24    the case documents, and then the research that I

25    did.

Page 65

1 Q. Did any of the case documents expressly say Blaze

2    Advisor has not resulted in any increase in

3    revenue?

4 A. Most of them didn't address revenue at all. It

5    was all about efficiencies.

6 Q. So from -- from the information about

7    efficiencies, you concluded that there -- it did

8    not lead to revenue growth, Blaze Advisor did not

9    lead to revenue growth?

10 A. My experience tells me the efficiencies doesn't

11    necessarily lead to revenue growth.

12 Q. So efficiencies don't necessarily lead to revenue

13    growth. That's different than saying efficiencies

14    never lead to revenue growth; is that right?

15 A. In this particular case, revenue -- the revenue

16    was generated by the rules that the company sets

17    out, not by the technology that they used.

18 Q. My question was different than that. So yes or

19    no; efficiencies never lead to revenue growth?

20 A. In the insurance market, no. They lead to expense

21    reduction.

22 Q. I guess what I don't understand is how those two

23    things are mutually exclusive. So did you ask

24    anyone on this list whether Blaze Advisor had

25    resulted directly or indirectly in any revenue

17 (Pages 62 - 65)

Page 66

1  growth?
2  A. I don't recall asking anyone on that list that
3     question, but I could have.
4  Q. And did you ask to talk to any -- any employees in
5     the business units?
6  A. No.
7  Q. Let's move to Kevin Murphy. How many -- on how
8     many occasions did you speak with Mr. Murphy?
9  A. Maybe a handful of times. I don't know exact
10    number, but he was on a number of calls that I was
11    on.
12 Q. Did you -- and just answer this yes or no. Did
13    you have any independent calls with him to -- to
14    gain factual knowledge?
15 A. No.
16 Q. Ms. Ellen Garnes. How many times did you speak
17    with Ms. Garnes?
18 A. She was on two different phone calls.
19 Q. And what was the subject matter of those phone
20    calls?
21 A. How Blaze was being used in specific applications
22    to support those applications.
23 Q. Do you recall which applications?
24 A. TAPS was one of them. Let's get the list. CUW
25    was one of them.

Page 67

1        THE VIDEOGRAPHER: Your microphone.
2     BY MS. KLIEBENSTEIN:
3  Q. And do you recall what questions --
4        THE VIDEOGRAPHER: I didn't catch what he
5     said, his last answer.
6        THE WITNESS: CUW was one. I'm sorry. You
7     asked another question.
8     BY MS. KLIEBENSTEIN:
9  Q. What questions did you ask Ms. Garnes, and what
10    answers did she give you?
11 A. I don't remember specific questions, but it was
12    generally about the use of and how they were using
13    it, why they were using it, what they did with it,
14    what the alternatives were to -- using Blaze
15    for those applications. Things around -- around
16    that nature.
17 Q. Did you ever -- did you ever use Blaze, or did you
18    ever use any of the applications in which Blaze is
19    used at Federal? Did you -- did you get a tour of
20    them, a demo, any of the applications?
21 A. Reviewed screenshots of various applications that
22    were being used. I didn't physically go onto the
23    applications and use them.
24 Q. And why not?
25 A. Wasn't necessary.

Page 68

1  Q. Did you -- in your -- in your work in preparing
2     your opinions, did you read any of the rules that
3     are -- that were loaded into Blaze Advisor?
4  A. Through some of the -- the exhibits and documents,
5     I read business logic that would have been
6     converted into rules.
7  Q. How many documents with that business logic did
8     you read?
9  A. I don't recall the number. There was quite a few
10    documents.
11 Q. I'm just talking about the ones that had business
12    logic or rules on them. Was it was more than ten,
13    less than ten?
14 A. Honestly don't recall. It was -- it was not a
15    lot.
16 Q. Miss Helen Mencke. What did you speak with her
17    about?
18 A. The same thing; CUW, TAPS. She was in the
19    business operations group.
20 Q. And what questions did you ask her?
21 A. The use of the application, why they -- she wasn't
22    even aware -- both her and Ellen didn't even know
23    Blaze was involved. It was a component behind the
24    scenes to them, and they basically said this is
25    what the application does, this is how rules

Page 69

1     impact that application, and it was all about the
2     usage of the product or of the application.
3  Q. And Miss Verduin. What questions did you ask Miss
4     Verduin?
5  A. She was on a call, on the same call, and I didn't
6     ask her any direct questions, but she was on the
7     call so I assume I listed her on the list.
8  Q. And Mr. Schraer. How many times did you speak
9     with Mr. Schraer?
10 A. Couple times. He was on phone calls when we were
11    talking about the usage of the applications as
12    well.
13 Q. Which applications?
14 A. It was generally this whole list of applications
15    (indicating) that are in the -- on -- it's not --
16    it's not the selling stuff, that's an error, but
17    it's a -- 17914 I think is the Fed number. I
18    can't remember exactly.
19 Q. I think you're right. That's impressive. So what
20    you're -- what you're referring to right now for
21    the record is -- is the chart that's below
22    Paragraph 94?
23 A. Correct.
24 Q. And which applications did Mr. Schraer have
25    knowledge about?

18 (Pages 66 - 69)

Page 70

1  A.  He did -- as I recall, he didn't have specific
2      knowledge about the technologies that are in the
3      application. It was more around the business use
4      of the applications that he was -- was talking to
5      him. So -- he was speaking to.
6  Q.  And for the business, you said the applications.
7      What do you mean by that?
8  A.  How they use CSI Express, DecisionPoint, et
9      cetera. Automated renewal.
10 Q.  And what did he tell you?
11 A.  Not much more than what was in the case documents
12     to be honest. These were folks that -- that
13     weren't -- weren't mostly aware Blaze was even
14     involved in their applications and how they were
15     being used. It was more about the business
16     functionality that those systems provided.
17 Q.  And then Alissa Theberge.
18 A.  Let's see who Alissa was, see what her role was.
19     Most of these happened on -- on scheduled calls
20     with the same people.
21 Q.  How many times --
22 A.  She was an -- she was an underwriter, and talked
23     about the -- as I recall, we -- we talked about
24     the use of CSI Express, and under -- for
25     underwriting.

Page 71

1  Q.  And what did she tell you?
2  A.  Basically about how they use it, and again, most
3      of the -- I don't recall her -- she specifically
4      said it, but they weren't even aware of Blaze
5      Advisor other than this case where they were
6      instructed this is why they are meeting with an
7      expert to discuss it.
8  Q.  Did you talk with Miss Theberge about the features
9      within CSI Express enabled by Blaze Advisor?
10 A.  They didn't know anything about Blaze, Blaze
11     Advisor. So no. I did not.
12        I asked them about the functionality of the
13     application and what it was used for, and from
14     that is where they -- one of them said, "We didn't
15     even know Blaze was involved until we got called
16     to this meeting."
17 Q.  So within CSI Express, Blaze Advisor provides
18     functionality relating to underwriting decision;
19     is that right?
20 A.  It provides a rules service related to
21     underwriting decisions.
22 Q.  And did you ask Ms. Theberge about that specific
23     functionality within CSI Express?
24 A.  I asked all of these folks if they were aware of
25     Blaze and what it provided, and the answer was no.

Page 72

1  Q.  Okay, but you knew what Blaze provided within that
2      application?
3  A.  Correct.
4  Q.  And the function that it provided?
5  A.  Yes.
6  Q.  And did you ask her about that function and what
7      her opinion was of that function?
8  A.  She said that that's all handled by the IT group
9      on the rules. If they need a change to the
10     business rules that need to be made, they submit a
11     request to IT.
12        Very similar to if it was embedded into an
13     application, which somewhat negates the benefit of
14     the externalization of the rules. They didn't put
15     it in the hands of the business users. It was
16     still the IT folks that maintain the business
17     rules.
18 Q.  Got it, but you didn't ask her about any of the
19     specific functions that Blaze Advisor provides
20     within CSI Express?
21 A.  She wasn't aware of Blaze so she couldn't answer
22     that question. I -- I didn't -- I asked her about
23     underwriting. I didn't ask her about Blaze, or
24     whatever the business processes were.
25 Q.  Understood. My question is a little bit

Page 73

1      different. It's about the functionality within
2      CSI Express --
3  A.  Um-hm.
4  Q.  -- that Blaze provides.
5  A.  Um-hm.
6  Q.  And Ms. Theberge is an underwriter; correct?
7  A.  Um-hm.
8  Q.  So she would be a person that was interacting with
9      CSI Express?
10 A.  She's using the functionality that is -- the user
11     interface gives her, and it doesn't say this is
12     Blaze or a rule issue. It's all handled behind
13     the scenes.
14 Q.  Right, but you would agree that Blaze is enabling
15     certain functionality within CSI Express?
16 A.  It's -- it's supporting the underlying process.
17     Yes.
18 Q.  And you did not ask her any questions about the
19     benefits of that functionality; right?
20 A.  The benefits of an underwriting application versus
21     the benefits of Blaze is two different things.
22 Q.  Understood. Did you ask her --
23 A.  I asked her about the application, you know, of
24     the CSI Express application functionality, and
25     it's -- it's basically a -- a policy

19 (Pages 70 - 73)

Page 74

1  administration system with all the functionality
2  to underwrite a insurance policy. I mean -- and
3  there's functionality that sits behind the scenes,
4  not just Blaze, many other components that sit
5  behind the scenes that are utilized that are not
6  even visible to most of these people.
7  Q.  So you asked her what it does?
8  A.  It's an underwriting application. Yeah.
9  Q.  Not --
10 A.  Or policy avenue.
11 Q.  Not what she perceived to be the benefits?
12 A.  Yeah. She -- no. I did not ask her about the
13  benefits to her. What we talked about the
14  benefits was really Ellen and Helen who basically
15  said they could do some of this work -- once they
16  found out Blaze was there, they said it's really a
17  check the box application, and we don't -- we
18  could have done this in Excel.
19 Q.  That's for the TAPS application?
20 A.  TAPS. I think TAPS was the one. Yeah. I'd have
21  to go back and look.
22 Q.  TAPS was the one. Okay, but aside from Ms. Garnes
23  and Ms. Mencke, you did not ask any of the other
24  individuals on this list about the benefits of the
25  functionality of any of the applications that are

Page 75

1  at issue in this case?
2  A.  It's not the applications that are -- it's Blaze
3  that I was interested in researching, not the
4  functionality that's provided by Federal's own
5  applications. I mean ...
6  Q.  Right. I was starting broad and then going to go
7  a little bit deeper. So your answer to that
8  questions on the applications is no?
9  A.  No.
10 Q.  And then moving down to the features, within those
11  applications that are enabled by Blaze, you did
12  not ask any of these individuals in Paragraph 16
13  what the benefits were from those features
14  separate from the functionality?
15 A.  I -- I did not ask them the benefits of those
16  features from a Blaze perspective because they
17  told me up front they didn't even know what Blaze
18  was.
19 Q.  So Miss Santucci. How many times did you speak
20  with Ms. Santucci?
21 A.  I think that she was on one phone calls, and these
22  were always group calls with multiple people.
23 Q.  And -- and what did you ask Ms. Santucci?
24 A.  I just -- the same discussion around CSI Express,
25  CUW to just clarify what I was reading within

Page 76

1  various case documents, depositions, et al., and
2  it was clarification basically.
3  Q.  Did she -- did she chime in and provide you with
4  any -- any information in those group calls?
5  A.  She clarified, for example, in CUW, the inventory
6  management, the role of that functionality within
7  inventory management, but I don't know if it was
8  Jennifer or one of the others that said it. I
9  don't have my notes, but basically they clarified
10  the functionality of certain activities that used
11  Blaze, but they didn't know it used Blaze at the
12  end of the discussion.
13 Q.  So Miss Santucci clarified the functionality of
14  certain activities within the inventory management
15  part of CUW that used Blaze?
16 A.  Yeah. I think that was correct, and I think it
17  was her. I'd -- I'd have to go check my notes,
18  but all these folks that are on the same calls
19  together, not all of them at the same time
20  obviously, but -- but the operations folks, the
21  underwriting folks that are on this list all were
22  on the same calls together. So just had to
23  clarify who -- who gave me the response.
24 Q.  So Ms. Santucci knew of functions of certain
25  activities that use Blaze even though she didn't

Page 77

1  know it was Blaze Advisor behind the scenes?
2  A.  Yes. Yeah.
3  Q.  Anything else that you discussed with Ms.
4  Santucci?
5  A.  Not that I recall.
6  Q.  Moving on to Mr. Pandey, what did you speak with
7  him about?
8  A.  The overall information technology architecture, a
9  number of systems, number of applications where
10  Blaze was used.
11     He was the IT side, and I -- I had more --
12  he was aware of Blaze, and where it was being
13  used, and how it was being used within a number of
14  different applications. So he helped clarify what
15  I was reading in a lot of documents that were
16  produced by Mirolyuz and others.
17 Q.  And what about Mr. Folz; what did you speak with
18  him about?
19 A.  About the original justification for acquiring
20  Blaze. He was the controller back at the time.
21  He's no longer with the company.
22 Q.  And what role did Mr. Folz have in that -- back in
23  2006; right?
24 A.  Um-hm.
25 Q.  What role did he have in that process to acquire a

20 (Pages 74 - 77)

Page 78

1  business rules management system?
2  A.  He was the divisional IT controller.  He
3  participated in the business case I guess.
4  Q.  And what was his -- what was the nature of his
5  participation in the business case?
6  A.  I don't know how detailed he got into the business
7  case.  He's a financial guy looking at the numbers
8  I'm sure.
9  Q.  A controller is -- I mean, he was -- he was part
10  of finance; correct?
11  A.  Yes.  Yeah.
12  Q.  He was not in the underwriting group; correct?
13  A.  No.  As far as I know.
14  Q.  Did you ask him what role he had in the -- the
15  request for information, the RFI process, back in
16  2006?
17  A.  No I did not.
18  Q.  Did he tell you what was his role in those 2006
19  negotiations?
20  A.  Reviewing the financials associated with and the
21  -- and the overall business case for buying it.
22  Q.  But Mr. Folz did not put together the business
23  case for --
24  A.  As far as I know, he did not.
25  Q.  And what questions did you ask Mr. Folz?

Page 79

1  A.  What was the original justification for bringing
2  Blaze into the organization.
3  Q.  And what did he tell you?
4  A.  To externalize the rules that were in the Legacy
5  system to create efficiencies and rule management.
6  Q.  Did -- was Mr. Folz the individual that approved
7  the purchase of the Blaze license?
8  A.  I did not ask him that question.
9  Q.  Did you ask him how many hours he spent on the
10  project?
11  A.  No.
12  Q.  Did you ask him his basis for saying -- so did Mr.
13  Folz tell you the only reason that Blaze Advisor
14  was acquired was to externalize the rules that
15  were within the -- the Legacy system?
16  A.  Yes.
17  Q.  And do you know was he reviewing any documents in
18  order to give you that information?
19  A.  I don't know.  It was a phone call so I don't know
20  if he had documents with him or not, but ...
21  Q.  So that was based on his recollection from 2006?
22  A.  As far as I know.  Yes.
23  Q.  But you don't know how significant his role was in
24  that process?
25  A.  Based on what he told me, he reviewed the

Page 80

1  financials associated with it.
2  Q.  So he reviewed the financials, but we don't know
3  if he approved them?
4  A.  I don't know -- I don't know if he was the
5  approver or not.
6  Q.  How long was your conversation with Mr. Folz?
7  A.  Probably a half hour.
8  Q.  Did you talk about -- did he recall what Blaze
9  Advisor did, what the functionality was?
10  A.  He knew about it in terms of rules management.
11  That was basically what he knew it did.
12  Q.  Do you know -- do you know why the business wanted
13  to externalize the rules that were within the
14  Legacy system?
15  A.  I don't remember specifically him saying anything
16  other than to externalize the rules and create
17  efficiencies in managing the business rules.
18  Q.  Did you ask him why the business wanted to
19  externalize the rules that were within the Legacy
20  system?
21  A.  There was a business case being put together for
22  the -- for I think it was CSI Express at the time,
23  and they had -- they were going to integrate it
24  into that system.
25  Q.  And so we -- we don't know what that business case

Page 81

1  was?
2  A.  I -- I know now what it was because I saw the RFI
3  associated with that, but I -- I didn't get that
4  from him.
5  Q.  And when did you review the RFI?
6  A.  Early on in -- when I got involved and the
7  documents came to me, or I was -- they gave me
8  access to some documents.  I saw that RFI.
9  Q.  And did you ask Mr. Folz about that RFI?
10  A.  I did not at the time I spoke with him have that
11  RFI in front of me to talk to him about it.
12  Q.  Why didn't you ask Mr. Folz about that RFI?
13  A.  I asked him about the business case in general,
14  and we didn't get into the specifics of the RFI
15  other than what Blaze being acquired for.  I
16  think if ...
17  Q.  Mr. Claudio's last name?
18  A.  Ghislanzoni.
19  Q.  Ghislanzoni?
20  A.  Ghislanzoni.
21  Q.  Ghislanzoni.  Mr. Ghislanzoni.  You spoke with Mr.
22  Ghislanzoni?
23  A.  Um-hm.
24  Q.  And what did you speak with him about?
25  A.  About the overall number of applications in -- in

21 (Pages 78 - 81)

Page 82

1  Federal, and how the component diagrams of CSI
2  Express, that is in my report, his team I think
3  put that together, and so we talked about the
4  components, how many components, number of
5  applications that use Blaze versus the number of
6  applications that are within the organization
7  necessary to conduct their business, et cetera.
8  Q.  Can you look at Paragraph 83 of your report.
9  A.  83?  Okay.
10 Q.  And in that paragraph, you state that Federal
11     licensed Blaze as a business rules management
12     system to externalize the business rules that were
13     existing in Federal applications.
14 A.  Um-hm.
15 Q.  Is your support for that opinion your phone call
16     with Mr. Folz?
17 A.  Primarily.  Yeah.
18 Q.  Anything else?
19 A.  In a lot of the documents, the -- the efficiencies
20     identified to externalized rules management that
21     Blaze marketed at the time.  So it was more their
22     marketing documents that were incorporated in a
23     number of Federal's presentations apparently.
24 Q.  So efficiencies, and you -- you mentioned that
25     earlier, to create efficiencies.  What type of

Page 83

1  efficiencies?
2  A.  Improve the time to market, speed at which changes
3      could be made.  Those were the primary focus I
4      think of most of the -- the documents I read.
5  Q.  And speed to change you mean the speed to change
6      the rules; correct?
7  A.  Updating rules more quickly.
8  Q.  What about faster policy administration, quote,
9      book, buying, et cetera?
10 A.  What I saw was Blaze was integrated with a policy
11     AD-MIN system that -- that handled all of that
12     functionality.
13        So booking a policy doesn't necessarily
14     need Blaze except for certain decision points
15     where it reaches out to it, gets an answer, and
16     comes back.  So the -- the functionality of the
17     policy administration system is what handles all
18     of that, not -- not Blaze.
19 Q.  And in the second sentence of Paragraph 83, you
20     wrote, "Federal's justification for acquiring
21     Blaze did not include a benefit of improved
22     revenue or growth from the," -- "from the use of
23     Blaze," and your support again is your phone call
24     with Mr. Folz?
25 A.  Yes.

Page 84

1  Q.  Did you ask him that specifically?  Did you ask
2      him did Federal acquire Blaze to improve revenue?
3  A.  Yes I did.
4  Q.  And what did he say?
5  A.  He said -- he said that it was not justified on
6      increasing revenue because then they would have to
7      benchmark it, track it, and justify it, and be
8      held accountable to it, and that's not the way the
9      cost benefit analysis process worked within Chubb.
10        None of the business owners would sign up
11     for additional revenue for buying technology that
12     they -- they justified it on efficiencies and
13     expense.
14 Q.  So if a business owner -- if a business owner at
15     -- if a -- if a business person at Federal
16     requested a technology and set increased revenue
17     as a benchmark, they didn't want -- they didn't
18     want to go about acquiring technology that way?
19 A.  They -- their process would -- he said it was a
20     practice within Chubb not to justify any
21     technology based on growth of revenue or ...
22 Q.  And why was that again?
23 A.  I don't recall his exact words, but if -- if
24     revenue was used as a justification, it would have
25     to be benchmarked, technology implemented,

Page 85

1  tracked, and then the revenue that it created
2  would have to be identified, and justified, and
3  held account -- they would be held accountable to
4  that -- that revenue.
5  Q.  So if revenue was used as a justification for
6      technology, the corporate headache would just
7      increase; right?
8  A.  And by the way, that's a common practice within
9      the industry, and I ...
10 Q.  So designating a piece of technology -- putting in
11     a request for a piece of technology based on
12     efficiencies versus revenue was -- was based on --
13     was based on just the internal practice at Federal
14     at that time; correct?
15 A.  I can't say that specifically, but ...
16 Q.  You can't say that specifically -- specifically,
17     but you did say it was a common practice within
18     the IT field not to benchmark to revenue but to
19     benchmark to expenses; correct?
20 A.  It -- for cost -- cost benefit, generally focused
21     on hard dollar savings not soft dollar savings,
22     things you could measure and count, and there are
23     so many variables in generating revenue.
24     Technology is only one small piece of the process,
25     and you can't tie it directly.

22 (Pages 82 - 85)

Page 86

1 Q.  Can't tie it directly to what?
2 A.  To revenue.
3 Q.  But that's different than saying a technology
4    piece can never contribute to revenue; wouldn't
5    you agree?
6 A.  In the case of insurance and generating policies,
7    you never know whether the revenue is going to be
8    profitable or not. So technology -- you -- you
9    can't tie it directly to the revenue for a
10    insurance company.
11 Q.  Because tying it to the revenue is difficult to
12    do; right? Is that what you're saying? Let me
13    ask that a different way. That was a bad
14    question.
15        If you take a piece of technology and you
16    try to benchmark its value to revenue, that's more
17    difficult to measure than its benefit to expenses;
18    is that -- am I saying that right?
19 A.  Technology in isolation doesn't generate revenue.
20    Technology as part of the overall ecosystem of
21    people processing technology generate revenue.
22 Q.  Right, but technology is a part of that ecosystem;
23    correct?
24 A.  From a process point of view, yeah.
25 Q.  I'm handing you what's already been marked as

Page 87

1    Exhibit 143.
2 A.  Um-hm.
3 Q.  Is this the RFI that you were referring to
4    earlier?
5 A.  Yes.
6 Q.  And what is your standing -- understanding of this
7    RFI? How did it play in the process of eventually
8    acquiring the license to Blaze Advisor?
9 A.  So as the first page shows, it's a RFI for
10    maintenance of rule -- renewal processing rules.
11    That's the purpose of it.
12        It was supporting a business need to be
13    integrated into the CSI Express application to
14    support rules management. The functionality that
15    they were looking to acquire as part of this RFI
16    is -- is outlined on -- Page 12.
17        Overall, the requirement is that rules
18    processing solution is to include the user's
19    ability to do these things and so forth, those six
20    bullet points.
21        So my understanding of this is they had a
22    business, they had a business case, they had a
23    system, and they needed a rules management tool,
24    and they issued this to buy the rules management
25    tool, and they gave them, as this said, background

Page 88

1    as to why they are doing it but not the reason for
2    buying Blaze, or rules management. It's we're
3    doing this, and we need a rules management
4    capability.
5 Q.  And why did Federal need a rules management
6    capability --
7 A.  To --
8 Q.  -- under this RFI?
9 A.  -- make it more efficient within the application.
10 Q.  To make what more efficient?
11 A.  Rules management. The ability to add, change, and
12    delete rules, which is what they state on Page 12.
13 Q.  And let's take it -- take it up a level in the
14    business case. Based on it this RFI, what's your
15    understanding as to why Federal wanted to make
16    their -- their rules management more efficient?
17 A.  It was an opportunity to take the rules outside,
18    externalize the rules, and make it more efficient
19    from an IT point of view.
20 Q.  But why? Why would they want to do that from a
21    business standpoint?
22 A.  To -- to minimize the IT expense associated with
23    maintaining the rules, and improve the time to
24    market to make rule changes.
25 Q.  And those -- those features would support the

Page 89

1    overall business initiative of moving into the mid
2    market and smaller accounts; is that right?
3 A.  Yeah.
4        MS. JANUS: Objection.
5    BY MS. KLIEBENSTEIN:
6 Q.  Did you ask Mr. Folz about that business case, the
7    -- well, I'll anchor you with a sentence here. So
8    in the third paragraph --
9 A.  Um-hm.
10 Q.  -- on Page 5 of the RFI --
11 A.  Um-hm.
12 Q.  -- it states, "The key strategic initiative in
13    this area is expanding and growing the business in
14    the mid market and small account."
15 A.  Um-hm.
16 Q.  Did -- did you talk with Mr. Folz about that key
17    strategic initiative?
18 A.  We did not. We talked about the justification for
19    Blaze.
20 Q.  And why did you not ask him about that key
21    strategic initiative?
22 A.  Because I'm assuming -- I assumed Blaze was one
23    with component of a much bigger ecosystem that was
24    driving that business, and the document already
25    said the RFI is for maintenance of renewal

23 (Pages 86 - 89)

Page 90

1   processing rules.
2   Q.   So you only spoke with Mr. Folz about the very
3        specific project of how did Federal go about
4        determining who to use to externalize the rules,
5        what vendor to use?
6   A.   I asked him what was the justification for
7        bringing in Blaze.
8   Q.   To externalize the business rules?
9   A.   To externalize the business rules.
10  Q.   But you didn't go up a level in the business, why
11       did you want to externalize the business rules
12       with Mr. Folz?
13  A.   No I did not.  I already had this information
14       (indicating).
15  Q.   Did you speak with anyone at Federal about this
16       2006 RFI?
17  A.   It came up in one of the calls with Henry I guess.
18  Q.   And tell me about that conversation.
19  A.   It was, again, about maintenance of the business
20       rules, and his role in that process.  We didn't go
21       into the business case of commercial business
22       because he -- and I -- I do recall him -- you have
23       to ask the -- the business leaders, I'm not
24       responsible, or something along that line.
25  Q.   Now, this RFI was about implementing a rules

Page 91

1   management system into CSI Express; is that right?
2   A.   That's correct.  That's what this says.
3   Q.   And after that 2006 initial engagement, Federal
4        then expanded their use of Blaze into other
5        applications; isn't that right?
6   A.   That's correct.
7   Q.   And did you speak with any other individuals or
8        review any other documents about the business
9        justifications for implementation in Blaze into
10       those other applications?
11  A.   There were a number of documents I recall
12       reviewing that basically repeated the same
13       justification for multiple instances of precision,
14       and agility, and quality, and all of the
15       efficiencies that you get out of externalizing
16       rules, and managing rules, and so forth.
17  Q.   Precision, consistency, agility, speed, time, and
18       cost?
19  A.   Yeah.
20  Q.   Are those the -- the various factors that you saw
21       repeated throughout the various PowerPoint
22       presentations?
23  A.   Yeah, and those were originated I think in a
24       PowerPoint from FICO when we were -- they were
25       looking at setting up the COE.

Page 92

1   Q.   And you characterized those -- those five things
2        as efficiencies; correct?
3   A.   Generally speaking, yes.
4   Q.   Generally speaking, they are efficiencies.  Do you
5        -- do you dispute that Blaze Advisor can achieve
6        those five, as you call them, efficiencies?
7   A.   No.  I don't dispute that.
8   Q.   So to conclude what I was asking a few questions
9        ago, you did not speak with anyone at Federal
10       about the business case for implementing Blaze
11       Advisor into other applications beyond your
12       conversation with Mr. Folz relating to CSI
13       Express; is that right?
14  A.   Ask that again.
15  Q.   You did not speak with anyone at Federal about the
16       -- the reason Blaze Advisor was implemented into
17       other applications beyond the original 2006 CSI
18       Express application?
19  A.   I recall conversations with Ramesh, conversations
20       with Claudio where Blaze initially was brought
21       into a division and then was expanded into the
22       other applications as it became the standard for
23       rules management, and they wanted to leverage the
24       investment they were making in CSI Express rules,
25       to leverage that across other applications instead

Page 93

1   of buying additional rules management capabilities
2   or different vendors for other -- they -- they
3   talked about it in terms of it became a standard
4   within Chubb because they already had that
5   investment, they wanted to leverage that
6   development across other businesses, other
7   opportunities.
8   Q.   And so I'm clear, you have never worked at
9        Federal, Chubb, ACE; correct?
10  A.   Worked at or for?
11  Q.   Well, let's just start with at; correct?
12  A.   I was with a supplier that sold services into
13       Chubb at one point.  Chubb, not Federal.
14  Q.   What I'm trying to confirm is that you don't have
15       personal knowledge of -- of the materials in your
16       report?
17  A.   No.  No I do not.
18  Q.   So you were -- let's close that loop.  You worked
19       for a supplier that sold services into Chubb?
20  A.   Yeah.  Chubb bought Ratabase.  Chubb has Ratabase
21       in their organization, and I was the executive
22       responsible for the Ratabase product.
23  Q.   So you were working at?
24  A.   CGI.
25  Q.   CGI at the time Chubb bought Ratabase?

24 (Pages 90 - 93)

1  A.  No.  They bought it before I started with CGI.
2      Long before I started with CGI.  They have had it
3      for years.
4  Q.  They had a license to Ratabase?
5  A.  Correct.
6  Q.  And did you work with Chubb at all during your
7      time at -- help me out here, ePolicy -- no.  No.
8      Majesco?
9  A.  No.
10 Q.  Which one of the companies that you worked for --
11 A.  CGI.
12 Q.  CGI.  Okay.  Let's back this up.  Did you work
13     with Chubb directly during your time at CGI?
14 A.  No.  Not directly.  I was the executive
15     responsible for the -- for the product, and the
16     salespeople may call me in occasionally to have a
17     meeting, mostly a customer relationship management
18     meeting.
19 Q.  Do you recall any meetings with Chubb?
20 A.  Back before they acquired ACE?  Yes.
21 Q.  And tell me about those meetings.  What do you
22     recall?
23 A.  It was just meeting -- meeting on their use of
24     Ratabase, and obviously we wanted to expand the
25     use of Ratabase in the -- in the organization, and

1      so I met with the -- with the -- with a
2      representative from Chubb that was in the IT area
3      that used Ratabase in the business.
4  Q.  And what was the subject matter of that meeting?
5  A.  Ratabase, and discussing their use of it,
6      potential uses they could use it for in other
7      parts of their business, et cetera.
8  Q.  And do you recall, from the CGI perspective, did
9      CGI tell Chubb why Chubb should expand their use
10     of Ratabase?
11 A.  Basically to leverage their investment.  Because I
12     was in that discussion with -- with them, to
13     leverage their investment into other areas of the
14     company.
15 Q.  Were there any business benefits that CGI outlined
16     for -- for Chubb in that meeting?
17 A.  We had no detail about those other areas of the
18     business other than we know we've used it those
19     areas before.  So we had no quantified benefits to
20     share with them.
21 Q.  Were there any unquantified benefits that were
22     shared with Chubb in that meeting?
23 A.  Just marketing material about the efficiency of
24     using a rules -- an externalized rules management.
25     No -- no -- nothing other than that.  I mean, it

1      was all about leveraging the external rules
2      management capability.
3  Q.  And did you get any feedback from Chubb in that
4      meeting about their opinion of -- of Ratabase?
5  A.  In the business unit they were using it, they were
6      very happy with it, but it wasn't the corporate
7      standard for --
8  Q.  And --
9  A.  For that function.
10 Q.  And why were they happy with Ratabase?
11     MS. JANUS:  Objection.  Lacks foundation.
12     THE WITNESS:  It -- it was working for
13     them, and they were happy with it, and they got
14     the functionality they needed for that particular
15     application that was using it.
16 BY MS. KLIEBENSTEIN:
17 Q.  Before we break for lunch, I'd like to talk about
18     -- let's move to Paragraph 21 of your report.
19 A.  Um-hm.
20 Q.  You mentioned the core competencies?
21 A.  Um-hm.
22     (Whereupon material was marked for
23     identification as Exhibit 449.)
24 BY MS. KLIEBENSTEIN:
25 Q.  I'm handing you what has been marked as Exhibit

1      449.
2  A.  Yup.
3  Q.  Are you familiar with this article?
4  A.  I am.
5  Q.  And is this the article that forms -- is this the
6      article referencing the same core competencies
7      that you reference in Paragraph 21?
8  A.  It is.
9  Q.  And I'd like for you to tell me about the concept
10     of core competencies.  What is that concept, and
11     how does it apply in business in your opinion?
12 A.  In order to be in business, you have to have a
13     certain set of core competencies that include
14     people, process, and technology to -- to deliver
15     capabilities that generate revenue, generate
16     profit.  So you -- without the -- without those
17     core competencies, you can't be in business.
18 Q.  And technology forms one leg of the core
19     competency of a company; correct?
20 A.  The use of technology.
21 Q.  Why -- how did I get it wrong?  Why did you
22     correct me to say the use of technology?
23 A.  Technology in and of itself isn't a core
24     competency of an insurance company for example,
25     but it is a -- something they use, and how they

Page 98

1  use it determines whether they are going to be
2  successful or not.
3  Q.  Is technology ever a core competency of a company
4  in general --
5  A.  If you're a technology company.
6  Q.  So what is the support to say that an --
7  technology can never be a core competency of an
8  insurance company?
9  A.  They don't sell technology. They don't market
10  technology. They don't access technology markets.
11  They -- they use technology to support their
12  business.
13  Q.  So let's take Federal today --
14  A.  Um-hm.
15  Q.  What do you view as Federal's core competencies
16  today?
17  A.  Their underwriting ability.
18  Q.  When you say underwriting ability, what does that
19  include?
20  A.  It includes their knowledge and expertise of the
21  risks that they want to take and write and
22  support.
23  Q.  Anything else besides the underwriting ability?
24  A.  Their people are a core competency.
25      MS. KLIEBENSTEIN: Would you tell them

Page 99

1  we're good for now. We're good for now. Thank
2  you so much.
3  BY MS. KLIEBENSTEIN:
4  Q.  So the people are a core competency of Federal,
5  but Federal doesn't sell people; right?
6  A.  No.
7  Q.  They use people to support their business; right?
8  A.  Correct.
9  Q.  So how are people different than technology?
10  Because I heard you say Federal doesn't sell
11  technology, they use it to support their business,
12  but it's not a core competency.
13  A.  The insurance knowledge and expertise sets in
14  those people in their minds.
15  Q.  So we've got underwriting ability, we've got
16  people. Anything else that's a core competency of
17  Federal today?
18  A.  I would -- how they put it all together to deliver
19  it to the market is a core competency of theirs.
20  Q.  And this article uses a phrase for that. What was
21  it?
22  A.  Production skills I guess is what -- what the
23  article references.
24  Q.  Complex harmonization of skills. So on the -- the
25  very first page, kind of the prologue, I see in

Page 100

1  the bottom third a section titled Build Core
2  Competencies.
3  A.  Um-hm.
4  Q.  "Once you've identified core competencies, enhance
5  them. Invest in needed technology." Would you
6  agree that technology can enhance core competency?
7  A.  Yes.
8  Q.  Have you used this article in your professional
9  activities before?
10  A.  Yes.
11  Q.  Tell me how.
12  A.  Used it in the -- at Allianz to focus on its core
13  competencies for insurance and what made it
14  successful.
15  Q.  And did you do any -- did you undertake any effort
16  to determine what Allianz' core competencies were
17  when you -- when you worked at Allianz?
18  A.  Actually, it was Fireman's Fund specifically
19  within Allianz, but yes, I looked at the
20  capabilities of the organization, their knowledge
21  and expertise, what made them successful and what
22  didn't, and focused on growing the things that
23  made them successful versus the things that did
24  not.
25  Q.  So is a core competency simply -- can a core

Page 101

1  competency be boiled down to some thing, some
2  aspect, some trait of a company that makes them
3  successful?
4  A.  When you say traits, capability of a company.
5  Q.  So a capability that makes that company successful
6  compared to its competitors?
7  A.  Correct.
8  Q.  So at Allianz, what -- what were the core
9  competencies that you identified?
10  A.  The markets they were in, the underwriting that
11  they did in those marketplace, their ability to
12  invest -- invest premium and make money,
13  investment income.
14  Q.  So for Federal today, the core competencies are,
15  just so I'm sure I have it, the underwriting
16  ability, people, and how they -- how they put
17  all together; those are the three --
18  A.  How they harmonize the people, the process, the
19  technologies.
20  Q.  And what was your methodology to arrive at the
21  opinions regarding what are Federal's core
22  competencies?
23  A.  Based on my experience. Evaluating what they do.
24  Q.  Did you speak to anyone at Federal about their
25  core competencies?

26 (Pages 98 - 101)

Page 102

1  A.  Not directly, but indirectly by talking about
2      their technology, their underwriting, their -- the
3      markets they were in.
4  Q.  What documents support your conclusion as to these
5      three -- what documents support your opinions
6      identifying these three core competencies of
7      Federal?
8  A.  Of the ones I've reviewed, I'd say it's the annual
9      reports.
10 Q.  What annual -- which annual reports did you
11     review?
12 A.  I looked at '16 through '18.
13 Q.  Did you look at the 2006 annual report?
14 A.  Didn't go back to 2006. No. It wasn't available
15     to me.
16 Q.  Why not?
17 A.  I didn't ask for it.
18 Q.  Why didn't you feel you needed to go review the
19     2006 annual report?
20 A.  The time frame we were looking for was from '14 to
21     '16, and the '16 report was for -- for '15, and I
22     figured that was the -- the starting point for me.
23 Q.  So to confirm, technology, not just Blaze Advisor,
24     technology in general is not a core competency of
25     Federal?

Page 103

1  A.  I wouldn't consider technology in isolation a core
2      competency of Federal.
3  Q.  So my question was kind of a yes or no. Is
4      technology a core competency of Federal, yes or
5      no, but I think --
6      MS. JANUS:  Asked and answered.
7      BY MS. KLIEBENSTEIN:
8  Q.  -- you're somewhere in the middle on that?
9  A.  No. I stand by my answer. It's not --
10 Q.  You're not --
11 A.  In isolation, technology is not their core
12     competency.
13 Q.  So technology is -- technology at Federal is not a
14     capability that makes it successful compared to
15     its competitors?
16 A.  I didn't say that. What I said it's not their
17     core competency.
18 Q.  And I understood. Earlier we talked about how you
19     would define a core competency, and I wrote down
20     that you said a core competency is a capability
21     that makes it, a company, successful compared to
22     its competitors.
23 A.  Um-hm.
24 Q.  Agreed?
25 A.  Um-hm.

Page 104

1  Q.  And you've also told me that technology is not a
2      core competency in isolation of Federal?
3  A.  Um-hm.
4  Q.  So I'm putting those two together. At Federal,
5      technology is not a capability that makes it
6      successful compared to its competitors; would you
7      agree with that?
8  A.  No.
9  Q.  Why not?
10 A.  Because it's the integration of people, process,
11     and technology that makes them successful.
12 Q.  So technology is a core competency of Federal, but
13     only along with and tied together with the people
14     and the processes; did I get that right?
15 A.  Technology is not a core competency of Federal.
16 Q.  The integration of people, processes, and
17     technology is a core competence of Federal?
18 A.  Yes.
19 Q.  Okay. So just so I'm clear though, technology is
20     a part of one of the core competencies of Federal;
21     right? It's part of people, process, and
22     technology?
23 A.  Technology is used by Federal as part of the
24     process to do their business.
25 Q.  We'll go through this one, and then we'll take a

Page 105

1      lunch break. Not every page.
2      (Whereupon material was marked for
3      identification as Exhibit 450.)
4      THE WITNESS:  Thank you.
5      BY MS. KLIEBENSTEIN:
6  Q.  Is this one of the annual reports that you read in
7      preparation for your opinions today?
8  A.  It is.
9  Q.  Can you point out to me where in this 2018 annual
10     report -- well, let me back up.
11     You used this annual report to develop your
12     opinions as to what are the core competencies of
13     the Federal; correct?
14 A.  Correct.
15 Q.  Can you point out for me in this document what
16     supports those opinions?
17 A.  Well, the -- the comparison to peers --
18 Q.  Help me out here.
19 A.  Okay. I'll have to go through this again to look
20     exactly where it is.
21 Q.  And you can take your time.
22 A.  The craft of underwriting was an area that I
23     focused on.
24 Q.  Can you say that again, and help me out by giving
25     me pages and --

27 (Pages 102 - 105)

1  A.  Oh.  I'm sorry.  The craft of underwriting
2     starting on Page 5.
3  Q.  Okay.
4  A.  And it talks to their success in underwriting
5     compared to peers.  Their ability to -- to invest
6     money and make a return on Page 6, investment
7     income.
8  Q.  So the section that starts titled Record
9     Investment Income?
10 A.  Investment income, yup, and if you look on Page 6
11    at the bottom, it shows a peer comparison of the
12    share value, book value, share growth, and then on
13    the growth strategies, starting on Page 8 and
14    going through I think it's Page 14.
15 Q.  So the section titled Growing Profitable
16    Profitably while Preserving Margins?
17 A.  Yup, and then on Page 10, seizing growth
18    opportunities against market realities, and again
19    on Page 12, the growth segments increasing
20    earnings contributors.  I think that was largely
21    from a summary point of view where I focused my
22    opinion.  The rest of it was detail breakdown of
23    their financials and their strategy by line of
24    business by geography and so forth.
25 Q.  So the core competencies that you identified were

1     underwriting ability, people, and how they put it
2     together?
3  A.  How they put all that together to grow and be
4     successful.
5  Q.  And so I see a section on underwriting in this
6     2018 annual report, but explain to me how the
7     other sections, the record investment income,
8     growing profitably while preserving margin,
9     seizing growth opportunity and growth segments,
10    how do those get to the opinion that it's the
11    other core competencies are the people and how
12    they put it all together.
13 A.  Well, it takes people to do this, and their -- you
14    compare to their peer groups they outperformed in
15    all the categories to the peer groups, and it
16    takes technology to implemented to support all of
17    this, and the way they put all of that together
18    formed my opinion that they were better than the
19    others, and it's their core competency.
20 Q.  On the top of Page 10 --
21 A.  Um-hm.
22 Q.  -- Mr. Greenberg, the chairman and CEO of -- of
23    Chubb wrote, "A competitive advantage of Chubb is
24    our expense management."
25 A.  Um-hm.

1  Q.  Do you agree with that statement?
2  A.  Based on the -- what they have produced
3     financially, yes.
4  Q.  "Which contributes toward a lower combined ratio."
5  A.  Um-hm.
6  Q.  That's another way of saying a higher
7     profitability ratio; right?
8  A.  A lower combined ratio has higher underwriting
9     profit, but not necessarily overall profit.
10 Q.  And you would agree Blaze Advisor, whether or not
11    it contributes to revenue is one thing, but at the
12    very least, it contributes to expense are
13    reduction; correct?
14        MS. JANUS:  Object to the form of the
15    question.  Misstates the testimony.
16        THE WITNESS:  I cannot tie with what I've
17    got information expense savings to Blaze.
18 BY MS. KLIEBENSTEIN:
19 Q.  Do you have enough information to be able to tie
20    expense savings to any other factor?
21 A.  That wasn't the scope of my review.
22        MS. KLIEBENSTEIN:  Do you need to change
23    the tape?  Yeah.  Go for it.
24        THE VIDEOGRAPHER:  We are going off the
25    record.  The time is 12:02.

1        (Whereupon a short break was taken from
2     12:02 p.m. to 12:05 p.m.)
3        THE VIDEOGRAPHER:  We are back on the
4     record.  This is the beginning of Media Number 3.
5     The time is 12:04.
6  BY MS. KLIEBENSTEIN:
7  Q.  Let's move to Page 14 of the annual report.  I'd
8     like to focus on the section entitled Insuring
9     Chubb is Compelling in a Digital Age --
10 A.  Um-hm.
11 Q.  You did not identify this section as informing
12    your opinions.  Why is that?
13 A.  I looked at this more as where they are headed,
14    not where they have been.
15 Q.  Did you look to see whether the 2006 annual report
16    had a similar section focused on the use of
17    technology?
18 A.  I did not.
19 Q.  And why not?
20 A.  I didn't feel I needed to go back to 2006 for that
21    information, but ...
22 Q.  About two-thirds of the way down in the first
23    paragraph --
24 A.  Um-hm.
25 Q.  -- it says, "This is the industry's arms race, and

Page 110

1  it will determine the future industry winners
2  while making our industry more vital and
3  relevant."
4  A.  Um-hm.
5  Q.  And Mr. Greenberg is talking about technology in
6  that sentence; correct?
7  A.  Correct.
8  Q.  Do you have any reason to disagree with that
9  opinion from Mr. Greenberg?
10 A.  No.
11 Q.  And again, you didn't look back at earlier annual
12  reports to determine if similar statements were in
13  earlier annual reports; correct?
14 A.  I did not.  I didn't go back to 2006, and I don't
15  recall seeing a heading like this about
16  technology.  They talk about technology in '14 --
17  '15 or '16, '17, '18, but it's all forward
18  looking.  It's not backward looking.
19 Q.  And in the middle column --
20 A.  Um-hm.
21 Q.  -- the second paragraph in on investments --
22 A.  Um-hm.
23 Q.  -- it says, "Our investments in new technology and
24  digital innovation are contributing to our risk
25  reduction and pricing capabilities."

Page 111

1  A.  Um-hm.
2  Q.  Do you have any reason to disagree with Mr.
3  Greenberg's opinion there?
4  A.  I do not.
5  Q.  And again, you don't know whether a similar
6  statement exists in -- in prior annual reports;
7  correct?
8  A.  I do not.
9  Q.  And at the end of this paragraph, a sentence
10  starts, "These technology also enhance customer
11  experience at the point of sale with two questions
12  quoting small commercial and quote buying in a
13  matter of minutes as near term objectives."
14 A.  Um-hm.
15 Q.  That's a capability that Blaze Advisor provides
16  for Federal, correct, already?
17 A.  The application that uses Blaze provides customer
18  interface.  There's a lot of factors that go into
19  that -- that customer experience.  So again, it's
20  not the fact that Blaze can serve up a rule
21  quickly.  You could have network problems that
22  provided a bad customer experience.
23  So, yes, Blaze is involved in the
24  application that does quoting, but it's not the
25  reason they get the complete experience, customer

Page 112

1  experience.
2  Q.  It's not the reason they get the complete customer
3  experience.  I don't -- I don't understand what
4  you mean by that.
5  A.  If an agent went on to get a quote --
6  Q.  Right.
7  A.  -- and Blaze was being used as part of the
8  application to get the quote, there's many other
9  factors that determine the customer experience,
10  not just Blaze.
11 Q.  And you haven't done any investigation to
12  determine what percentage of that experience is
13  related to Blaze Advisor; correct?
14 A.  I have not.
15 Q.  Over in the first column at the bottom, it says,
16  "At Chubb, we intend to be one of those winners."
17 A.  Um-hm.
18 Q.  "We are continuing to execute on our strategic
19  plans to transform ourselves to insure Chubb is
20  compelling in a digital age."
21 A.  Um-hm.
22 Q.  "We are making good progress and our
23  transformation is already contributing to revenue
24  growth and expense reduction opportunities."
25  Did you -- did you consider that paragraph

Page 113

1  in developing your opinions?
2  A.  I read that paragraph.  In terms of my opinion,
3  all of this was forward looking to me.  They are
4  transforming, and I don't know what they are
5  transforming.  It could be people.  It could be
6  process.  It could be either IT organization, it
7  could be technology.
8  Q.  Do you disagree with Mr. Greenberg's statement
9  there?
10 A.  I don't disagree with his statement, but I don't
11  have enough detail to -- to know what he's talking
12  about when he's talking about transformation.
13 Q.  And the sentence starts, "We are making good
14  progress," which suggests that it's already
15  happening; correct?
16 A.  And I -- and I don't see any evidence of tying
17  that progress to technology.
18 Q.  Did you ask for any?
19 A.  No.
20 Q.  Did you ask anybody at Chubb about Mr. Greenberg's
21  opinions relating to what he says is "our
22  transformation is already contributing to revenue
23  growth," --
24 A.  That was not the scope of my review.
25 Q.  On the top of the third column on Page 14 --

29 (Pages 110 - 113)

Page 114

1  A.  Yup.
2  Q.  -- again, continuing on with the discussions of
3      technology, Mr. Greenberg wrote, "In terms of
4      efficiencies, the use of robotics and artifical
5      intelligence will allow our underwriters to spend
6      more of their time on higher value portfolio level
7      activities and our claims handlers on more time
8      sensitive complex claims."
9  A.  Um-hm.
10 Q.  Do you have any reason to disagree with that
11     statement?
12 A.  No.
13 Q.  The next sentence says, "By eliminating low value
14     activities and their expense, we project hundreds
15     of millions of dollars in savings over the course
16     of the next five years."
17         Do you have any reason to disagree with
18     that statement from Mr. Greenberg?
19 A.  No.
20 Q.  Would you agree with me that a business rules
21     management system like Blaze Advisor allows
22     underwriters to spend more of their time on higher
23     value portfolio level activities?
24 A.  I don't know.  I don't have any evidence of that,
25     but I suspect that this comment was robotics and

Page 115

1      artificial intelligence, which is not part of the
2      use of Blaze.
3          So in the context of robotics and artifical
4      intelligence is where I took him to mean they are
5      eliminating low value activities.
6  Q.  You spoke with some underwriters at Federal,
7      correct, in preparing your opinions?
8  A.  I did.
9  Q.  And did you ask them whether the applications at
10     issue in this case allowed them to spend their
11     time on higher value activities as opposed to
12     manually approving applications?
13 A.  I didn't ask them that specific question, no, but
14     they -- they used the CSI Express application,
15     which is Federal's application, and they were
16     happy with the functionality that it provided.
17         MS. KLIEBENSTEIN:  I think we can take a
18     lunch break.
19         THE VIDEOGRAPHER:  We are going off the
20     record.  The time now is 12:14.
21         (Whereupon a lunch break was taken from
22     12:15      p.m. to 1:12 p.m.
23         THE VIDEOGRAPHER:  We're back on the
24     record.  The time now is 1:11.
25     BY MS. KLIEBENSTEIN:

Page 116

1  Q.  Moving to Paragraph 23 of your report Mr.
2      McCarter, what is your support for the opinions in
3      Paragraph 23?
4  A.  That's my experience.
5  Q.  The second sentence uses the phrase in any -- in
6      any appreciable sense.  It says, "Federal's use of
7      Blaze in connection with some of its software
8      applications does not contribute to Federal's
9      overall gross written premium revenue and profit
10     in any appreciable sense."  What does that phrase
11     mean; any appreciable sense?
12 A.  It basically means that it's part of the process,
13     but it's not directly tied to it.
14 Q.  Part of the process of what?
15 A.  Of the applications that it's used in to generate
16     the revenue and profit.  It's an additional
17     component.
18 Q.  So those -- is it your opinion that those software
19     applications, the ten that you identify in your
20     report --
21 A.  Um-hum.
22 Q.  -- do those software applications contribute to
23     Federal's overall growth strength and premium
24     revenue?
25 A.  I would say the same thing, that it takes the

Page 117

1      business logic, the business rules, and so forth
2      to load into those applications to allow them to
3      generate revenue.  So they in no -- they --
4      there's more technology there to contribute to the
5      process, but it's still the revenue is being
6      generated by the knowledge that's being loaded
7      into there; rates, pricing, et al.
8  Q.  So the revenue -- in your opinion, the revenue is
9      not generated by the software application?
10 A.  That's correct.
11 Q.  There's one sentence in this paragraph that says,
12     "Federal at times implemented rules that reduced
13     gross written premium revenue." --
14 A.  Um-hm.
15 Q.  -- "and revenue growth based on its underwriting
16     requirements."  Can you give me an example?
17 A.  They changed rate for coverage downward, and
18     therefore the policies that were generated as a
19     result of it would have had less revenue than if
20     they had changed -- moved the rate up.
21 Q.  And you're -- in making that conclusion, you're
22     presuming that the number of policies sold stayed
23     the same?
24 A.  Not necessarily, but it could have stayed the
25     same.  They could have even increased it depending

30 (Pages 114 - 117)

Page 118

1  on whether the price went down too.
2  Q.  So if the rate decreases but the number of
3    policies sold increases, there could have been a
4    -- an increase in revenue?
5  A.  I can't answer that. I don't -- I don't know what
6    the rate decreased to or what -- how many policies
7    were ultimately generated.
8  Q.  So this sentence, "Federal at times implemented
9    rules that reduced gross written premium
10   revenue," --
11 A.  Um-hm.
12 Q.  -- that's a hypothetical?
13 A.  It's based on my experience.
14 Q.  Because you don't know one way or the other
15   whether that actually happened at Federal?
16 A.  I don't have the evidence of the number of
17   policies or the rates. No.
18 Q.  The next sentence says, "Federal also had at times
19   quality issues with rules that led to bad
20   decisions." Can you give me an example of that
21   scenario?
22 A.  That I was told that -- that in changing rules and
23   missed -- certain things may have been missed in
24   testing that allowed a-- a rule to get through
25   that caused the wrong rate to be applied to a

Page 119

1  coverage, or the wrong rule to be applied to a
2  coverage.
3        So again, based on my experience, it was
4  logical that that would have happened.
5  Q.  And in that instance, revenue would go down?
6  A.  Potentially.
7  Q.  Who told you about this example happening at
8    Federal?
9  A.  I don't recall.
10 Q.  And you -- you mentioned something happened that
11   allowed a bad rule to get through. What is a bad
12   rule?
13 A.  It was a rule that was loaded with -- that was
14   supposed to do one function or one provide one
15   data point, and it provided the wrong data point.
16   So therefore the decision that was made was not
17   consistent with what the expectation was
18   originally when the rule was loaded.
19 Q.  And that -- that was a problem in the rule itself,
20   not the loading?
21 A.  Correct.
22 Q.  So in that instance, that example, human error
23   essentially could have led to revenue decrease; is
24   that right?
25 A.  It -- assuming the -- the software was working

Page 120

1  correctly, it would have been whoever loaded the
2  rule.
3  Q.  But again, you're not sure if that actually led to
4    a revenue decrease?
5  A.  I'm not. I don't have any evidence of that.
6  Q.  Did you ever ask for evidence or ask any of the
7    people that you talked to about an example where
8    the rules as loaded into Blaze Advisor resulted in
9    an increase to the gross written premium revenue?
10 A.  No.
11 Q.  Why not?
12 A.  Based on the case documents I reviewed, I had the
13   information I needed about what it was being used
14   for, and based on my opinion, it's -- it's the
15   content of the rules, not -- that drive the
16   revenue, not the fact that the rule is loaded into
17   Blaze.
18        It's whatever rules were put in the intent
19   was to either increase revenue, or reduce revenue,
20   or increase loss, or increase the -- the chance
21   against loss on the policy.
22        So I mean, the business intent is always to
23   make money and grow revenue with anything they do.
24   So I didn't feel the need to talk to them about
25   it, the people that I talked to.

Page 121

1  Q.  And technology is just a tool to enhance that
2    revenue growth; correct?
3        MS. JANUS:  Object to the form of the
4    question.
5        THE WITNESS:  It's a tool to support the
6    business process.
7    BY MS. KLIEBENSTEIN:
8  Q.  My question was though: Do you agree that
9    technology is a tool to enhance revenue growth?
10       MS. JANUS:  Object to the form of the
11   question.
12       THE WITNESS:  There's no guarantee that the
13   tool would generate revenue growth. It's a tool
14   to support the business process.
15   BY MS. KLIEBENSTEIN:
16 Q.  And the business process -- based on your
17   experience, the business process at Federal is to
18   increase revenues; correct?
19 A.  It's to -- it's to grow the business. Yes.
20 Q.  Did you ever ask for documents, or did you ever
21   ask any of the employees you talked to about an
22   example where the rules as loaded into Blaze
23   Advisor reduced expenses?
24 A.  I don't recall asking that specifically. No.
25 Q.  Why not?

Page 122

1  A.  I had documents that alluded to the IT savings
2      that they would have achieved by externalizing the
3      rules, which was the business case for -- for
4      Blaze.
5  Q.  And how did those documents inform your opinion?
6  A.  They provided data that said there -- there was
7      improvement in the IT efficiency.
8  Q.  Improvement in -- what do you mean by that,
9      improvement in IT efficiency?
10 A.  Faster turnaround of changes.  Primarily I think
11     they focused on the -- the amount of time it took
12     to make those changes to the rules.
13 Q.  So you would agree that based on your review of
14     the documents by use of Blaze Advisor Federal
15     experienced a reduction in the amount of time it
16     took Federal to make changes to the rules?
17 A.  Overall, I don't know.  I have no evidence of it.
18     So I can't say one way or another it did, but the
19     goal as outlined in the marketing documents were
20     -- were to do that.
21 Q.  Turning to Paragraph 25 of your report.
22 A.  Yup.
23 Q.  You state that, "Mr. Whitener does not undertake
24     to measure any efficiencies Blaze provided to
25     Federal."  Did you undertake to measure any

Page 123

1      efficiencies Blaze provided to Federal?
2  A.  I -- I did not.
3  Q.  And why not?
4  A.  Wasn't in my scope to do that.
5  Q.  And remind me of your -- the specific scope of
6      your -- your job here in this case.
7  A.  The use of -- how Blaze Advisor is used in the
8      normal course of the day-to-day business of
9      Federal, and the impact that it would make on
10     revenue and profits.
11 Q.  Profits is revenue minus expenses; correct?
12 A.  Yes.
13 Q.  So if you're assessing the impact that Blaze has
14     on profits, why wouldn't you assess its impact on
15     expenses as well?
16 A.  I had no metrics that were provided to determine
17     what the impact would have been or would not have
18     been.  My opinion is it has no effect on revenue
19     or profits, and so I felt no need to try to create
20     metrics from the past that would be needed to see
21     if there was truly an impact or not because I
22     don't believe there is an impact on revenue and
23     profits.
24 Q.  So setting aside the revenue, how can you have an
25     opinion on the impact on profits if you undertook

Page 124

1      no investigation of the impact on -- the impact of
2      Blaze Advisor on expenses?
3  A.  Because I don't -- I don't believe there was
4      metrics for me to be able to come up with any
5      efficiencies that were gained.  It's -- it's a
6      goal in every document I read, but it was never
7      articulated as did they actually achieved those
8      with -- with empirical data that suggested it
9      would.
10 Q.  So your opinion is that Blaze Advisor in the
11     normal course of business had no impact on profits
12     because there's an absence of metrics regarding
13     its impact on expenses?
14 A.  No.  Because I don't -- I think it's the decision
15     -- it's the rules and decisions that the people
16     make that impact the revenue and profits, not the
17     technology itself.
18 Q.  Understood on the revenue.  I'm focused on the
19     profit here.
20 A.  Same on profits.  I mean, making something faster
21     doesn't necessarily improve the profits.  You can
22     get -- I can -- I can look at a thousand more
23     applications for insurance, but if they are bad
24     applications, I lose profits.
25 Q.  You lose revenue?

Page 125

1  A.  And profit.
2  Q.  Understood.  Focusing on the expense part of the
3      profits.
4  A.  Again, I have no -- I have no evidence that there
5      was expense savings.  I have -- in the data that I
6      reviewed and the discussions that I had with Chubb
7      employees, which ...
8  Q.  Would you agree with me that in assessing
9      profitability of -- in assessing profitability --
10     strike that.
11         Would you agree -- you did agree with me
12     that profits is essentially revenue minus
13     expenses; correct?
14 A.  Correct.
15 Q.  I just don't understand how you can have an
16     opinion on profitability when you undertook no
17     study about the expenses.
18 A.  My -- my opinion is it's not the technology that
19     drives the profits.  It's -- it's everything
20     involved in running the business, and to be to
21     able to point to a particular technology to drive
22     profits, you can't do it.
23 Q.  But expenses in part drive profits; correct?
24 A.  I'm sorry?
25         MS. JANUS:  This is asked and answered

1  several times now. So, I mean, at a certain
2  point, you're going to have to move on, but --
3  because this is the third time you've gone through
4  this line of questions, but go ahead.
5       If you have something to add or -- I
6  understand you're trying to understand, but it's
7  the same question over and over. You're not
8  getting the answer you want, or whatever, but we
9  have to move on.
10      MS. KLIEBENSTEIN: Could you -- I had a
11  question. What was that?
12      (Whereupon the material was read by the
13  shorthand reporter.)
14      MS. JANUS: Same objection. Asked and
15  answered.
16      THE WITNESS: I have no evidence that the
17  technology drove additional profit, either
18  increased it or decreased it.
19  BY MS. KLIEBENSTEIN:
20  Q. Right. That wasn't my question though. My
21  question was: Expenses in part drive profits?
22      MS. JANUS: Same objection. Asked and
23  answered several times.
24      THE WITNESS: Expenses in parts drive
25  profits? That was your question?

1  BY MS. KLIEBENSTEIN:
2  Q. Um-hm.
3  A. I don't understand your question.
4  Q. So if you have $10 in revenue --
5  A. Um-hm.
6  Q. -- and you have $7 in expense, your profit is
7  what?
8  A. $3.
9  Q. $3. If you have $10 -- $10 in revenue and $6 in
10  expense, your profit is what?
11  A. $4.
12  Q. So in that hypothetical, fewer expenses led to
13  higher profits; correct?
14  A. Yes, but those -- yes.
15  Q. So that -- that was the predicate for my question,
16  that expenses -- you would agree that expenses in
17  part drive profit?
18  A. Yes.
19  Q. Paragraph 26. What is your support for this
20  paragraph?
21  A. Chris Ivey, and several other depositions, talked
22  about Federal had to provide all of the rules for
23  conducting its business that were loaded into
24  Blaze, and Chris Ivey basically said out of the
25  box it doesn't have insurance rules, that those

1  have to be provided by the client, and the client
2  has all the knowledge of the -- the rules.
3       So -- and I looked on the website, I
4  didn't see any insurance-specific rules being
5  provided by FICO.
6       (Whereupon material was marked for
7  identification as Exhibit 451.)
8  BY MS. KLIEBENSTEIN:
9  Q. Handed you what's been marked as Exhibit 451.
10  Looking at Footnote 9 --
11  A. Um-hm.
12  Q. -- can we walk through the Ivey deposition where
13  you cited it, and can you explain to me where the
14  passages support your opinion?
15  A. 23, 25. The -- 8 was the out of the box passages;
16  right?
17  Q. Um-hm. I'm asking about Footnote 9.
18  A. I'm sorry?
19  Q. I'm asking about the statement, "FICO did not
20  provide Federal any insurance business rules."
21  A. 23, 23. When Chubb purchased Blaze, Blaze did not
22  come with a set of rules that Chubb could use to
23  -- in its business, correct, and the answer was
24  correct.
25  Q. Now, looking at Page 24 of the Ivey deposition --

1  A. Um-hm.
2  Q. -- Lines 1 through 8 --
3  A. Um-hm.
4  Q. -- the question was, "Any rules that would
5  ultimately be used by Blaze would be developed by
6  Chubb ultimately; correct?" Answer, "Not
7  necessarily, but the business knowledge would come
8  from Chubb, but the development of the rules may
9  be a blend of the rules that would have come from
10  Chubb as well as sort of the main knowledge that
11  we would have brought with the implementation."
12  A. Um-hm.
13  Q. Did you consider that passage in the preparation
14  of your opinions?
15  A. I did, and the domain that was referenced was
16  rules management domain, not insurance domain.
17  Because he had already stated they didn't have
18  insurance knowledge, they didn't have insurance
19  rules, and I assumed that the -- the domain
20  knowledge they brought to the table was their
21  expertise in business rules management.
22  Q. Did you ask anyone at Federal whether FICO
23  provided any business -- any -- any business rules
24  to Federal?
25  A. I did. I did. Henry Mirolyuz in the discussion

Page 130

1  with him I confirmed what I had been reading that
2  FICO or Federal developed all of their business
3  rules, or had developed, had someone develop them
4  for them.
5  Q.  Did you -- are you aware that the -- the parties
6  engaged in professional services, statements of
7  work for a number of years after 2006?
8  A.  I am.
9  Q.  Did you review those statements of work?
10  A.  I reviewed some of them, not all of them.
11  Q.  Do you know which ones?
12  A.  No.  I don't recall which exact ones.
13  Q.  In developing your opinions, did you consider the
14  value of the professional service provided by FICO
15  to Federal with regard to implementation of Blaze
16  Advisor?
17  A.  I assumed Federal paid them as their agent to --
18  to implement it because they had more knowledge
19  about it initially on how to implement the -- the
20  technology than -- than Federal did.  So they used
21  them as a contracting service to implement -- to
22  train them on how to do it, and to ultimately
23  implement it.
24  Q.  And did you review the -- do you have any opinion
25  as to who owned the result of that -- that work

Page 131

1  together between FICO and Federal?
2  A.  My -- my opinion would be that Federal owns any
3  derivative works from the product.
4  Q.  Did you confirm that with a -- a review of the
5  statements of work?
6  A.  I did not.
7  Q.  And why not?
8  A.  I wasn't looking at the IP ownership issue.  I was
9  looking at the use of Blaze.
10  Q.  Would it change your opinions in any way if you
11  learned that FICO did own the results of those
12  deliverables and those professional service
13  engagements?
14      MS. JANUS:  Object to the form of the
15  question.  Misstates the record.
16      THE WITNESS:  I don't think it would change
17  my opinion because the data -- the insurance
18  knowledge came from Federal, not from FICO, but my
19  assumptions would be Federal owns it.
20  BY MS. KLIEBENSTEIN:
21  Q.  Understood.  Setting aside the knowledge for one
22  minute and focusing on just the rules, would it
23  change your opinion at all if -- if you learned
24  that FICO owned any of the rules?
25  A.  The -- the rules are the knowledge.  So I can't

Page 132

1  set the -- the knowledge aside.  The rules are the
2  knowledge of the business.
3  Q.  The rules are the expression of that knowledge;
4  correct?
5  A.  I guess.  Depends on how you're using expression,
6  but the rules -- the rules that were developed
7  were put into the FICO language, but they are
8  Federal's rules and data that run their business.
9  Q.  Have you --
10  A.  And they own it.
11  Q.  I apologize.  Have you -- I asked that question.
12  Was Mr. Mirolyuz involved in every implementation
13  of Blaze into each application?
14  A.  I -- I don't think he was.  No.
15  Q.  And he -- Mr. Mirolyuz, besides the Ivey
16  deposition is your -- is your support for
17  Paragraph 26; correct?
18  A.  Yes, but also had interviews with Ramesh and
19  Claudio, and they confirmed that Federal generated
20  all the rules that were loaded into Blaze.  I
21  guess I could have cited those there.
22  Q.  So Claudio, Ramesh, and Henry Mirolyuz, and the
23  Ivey transcript is that the -- the basis for your
24  support?
25  A.  That's what I recall.  Yeah.

Page 133

1  Q.  In the second to last sentence, your report says,
2  "Blaze is analogous to an Excel spreadsheet that
3  must be loaded with data and the rules in order to
4  generate output."
5      Is it your contention -- is it your opinion
6  that Federal could simply substitute Blaze, or
7  could have in 2006, with Excel and achieve the
8  same results?
9  A.  Excel was not a rules engine, but it was similar
10  in the -- in the form that you had to put data in
11  it, run calculations, and produce data out of it.
12  Q.  And my question was:  Is it your opinion that
13  Federal could have simply used Excel instead of
14  Blaze in each one of these applications and
15  achieve the same results?
16  A.  I don't know what result -- I don't have the
17  evidence of the results achieved.  So could they
18  have used Excel for certain function -- rules
19  functionality?  Yes.  Whether -- whether it would
20  have provided the same or a different result, I
21  have -- I don't know.
22  Q.  Let's move to Paragraph 40.
23  A.  Did you say 40?
24  Q.  I did.  In Paragraph 40, what is your evidentiary
25  support?

34 (Pages 130 - 133)

Page 134

1  A.  It's -- it's my experience in the insurance
2  industry I've worked with many insurance companies
3  over the years. They all measure combined ratio
4  pretty much the same way.
5  Q.  Did you confirm that Federal calculates combined
6  ratio the same way?
7  A.  Based on this definition, yes.
8  Q.  How did you confirm that Federal calculates
9  combined ratio the same way?
10  A.  I asked during the calls -- one of the calls.
11  Q.  You don't recall which one?
12  THE WITNESS:  Yup?
13  MS. JANUS:  Can we table that and talk
14  about it at our next break just so I can
15  understand what's going on? Or do you want us to
16  -- can we take a moment to talk now if you want to
17  continue?
18  BY MS. KLIEBENSTEIN:
19  Q.  Are you concerned that answering the question will
20  -- will review -- will reveal attorney-client
21  privilege?
22  A.  It's privileged. Yes.
23  Q.  So the phone call involved -- did not involve a
24  Federal employee, it was a call with just lawyers?
25  A.  It did -- it did involve Federal employee.

Page 135

1  MS. KLIEBENSTEIN:  Then I --
2  MS. JANUS:  I need to have a conversation
3  with him to just understand what the situation --
4  it's fine, you don't need to say anything more
5  about it, but I think we just need to have a short
6  conversation. We can do that now Heather, or we
7  can do it at our next break. It's up to you.
8  BY MS. KLIEBENSTEIN:
9  Q.  So the question was:  Do you remember which call?
10  A.  Yes.
11  Q.  And who was in attendance on that call?
12  A.  External counsel.
13  Q.  Um-hm.
14  A.  Internal counsel.
15  Q.  So was it -- was it Mr. Murphy that provided you
16  with this factual information?
17  MS. JANUS:  Let's table that for now. I'm
18  going to object to that, and I've -- I've asked
19  now several times. I'd like to be able to have a
20  conversation with the witness to assess the
21  privilege situation and then be able to form a
22  final conclusion on whether there's privilege. I
23  just can't do it sitting here right now without
24  having an opportunity to talk with him.
25  MS. KLIEBENSTEIN:  I'll just keep asking

Page 136

1  questions.
2  BY MS. KLIEBENSTEIN:
3  Q.  So is the concept of combined ratio just a
4  different way to present profitability?
5  A.  It's the way the insurance company requires you to
6  report profitability.
7  Q.  And so --
8  A.  On an indirect basis.
9  Q.  -- anything over 100 percent reflects a profit,
10  and anything under a hundred percent reflects a
11  loss?
12  A.  Loss. Correct.
13  Q.  And at Federal, do you know if this combined ratio
14  includes all gross written premium dollars and all
15  company expenses?
16  A.  It would include earned premium dollars.
17  Q.  And what expenses?
18  A.  It would include loss expenses as well as internal
19  and external expense.
20  Q.  And what are internal expenses?
21  A.  People, buildings, equipment. Things like that.
22  Q.  What's an external expense?
23  A.  Commission, premium tax to the government. Stuff
24  that they have to pay to do business.
25  Q.  And did you confirm that those are -- those

Page 137

1  expenses are included in the Federal combined
2  ratio expenses?
3  A.  Yes. By looking at their annual report.
4  Q.  Looking at 41 --
5  A.  Um-hm.
6  Q.  -- what's the basis for your opinion in 41?
7  A.  My experience in the insurance industry as a
8  senior executive at Allianz.
9  Q.  The last sentence says, "Federal improves its
10  combined ratio by adjusting premium rates and
11  reducing expenses." Did you confirm that
12  statement with anyone at Federal?
13  A.  I saw evidence of that in a lot of documents that
14  I read. I don't remember specifically asking that
15  question directly.
16  Q.  Did you identify -- can you remember which
17  documents you saw that in?
18  A.  Rates and rules. I'd have to -- I don't -- I
19  don't know. I'd have to look at the case
20  documents again.
21  Q.  Can you explain to me how reducing expenses
22  improves a combined ratio?
23  A.  Less money paid out.
24  Q.  Could you flush that out a little bit more for the
25  record? Less money paid out what?

Page 138

1  A.  For claims or external expenses or internal
2      expenses.  So reducing the expense improves the
3      profitability of the business.
4  Q.  In Paragraph 43, you state, "FICO and the software
5      Blaze has no involvement," -- "involvement in the
6      development and implementation of Federal's growth
7      strategies."  What is your support for that
8      statement?
9  A.  I looked at the annual report, the growth
10     strategies, and it talks about their focus on
11     markets their focus on products.  It doesn't
12     highlight that -- that FICO provided any input
13     into that, or Blaze provided any input to those
14     growth strategies, and I think in a -- a
15     conversation I confirmed that, that FICO wasn't
16     consulted on for the growth strategies.
17 Q.  You would agree with me though that in the 2018
18     annual report we just looked at technology was
19     featured as a growth strategy; correct?
20 A.  Technology.  It didn't say Blaze.  There's a lot
21     of technologies at Federal, significant amount.
22 Q.  Looking at -- moving into Paragraph 44, 44 through
23     50 --
24 A.  Um-hm.
25 Q.  -- what is your support for Paragraphs 44 through

Page 139

1      50?
2  A.  It's my expertise in the insurance marketplace.
3  Q.  And Paragraph 45 you discuss actuaries?
4  A.  Um-hm.
5  Q.  Did you confirm with anyone at Federal that these
6      statements apply -- these statements in Paragraph
7      45 apply to actuaries at Federal?
8  A.  I did not speak to a Federal actuary, but in order
9      for them to conduct business in this market, they
10     have to have actuaries that do these
11     functionalities.
12 Q.  And the same question for -- I'll try to group
13     this all together.  The same question for product
14     managers starting on Paragraph 46, underwriters,
15     compliance managers, and claims managers, you
16     provide several opinions about what each of those
17     groups of people do.
18         Did you confirm with anyone at Federal that
19     at Federal these groups of employees perform the
20     functions set forth in your report?
21 A.  So on underwriters, yes.  I didn't on claims
22     because it's not used in claims, it's used by
23     actuaries based on the latest information, and
24     product managers I didn't -- let me -- let me look
25     at the team to make sure.  I kind of vaguely

Page 140

1      recall a conversation on product.  No.  I can't
2      say that I spoke to a product manager, and on
3      compliance, I did speak with compliance folks.
4      That was part of my conversation with Ellen and
5      Helen.
6  Q.  So you spoke to underwriters, and you spoke to
7      some compliance managers?
8  A.  Correct.
9  Q.  Did they provide you with the content for
10     Paragraphs 47 through 49?
11 A.  They -- they confirmed what I wrote in a
12     conversation.
13 Q.  So the actuaries at Federal -- do you know how
14     many actuaries Federal employs?
15 A.  I do not know the number.
16 Q.  So you don't know what percentage of the 35,000
17     people are actuaries?
18 A.  I do not know that number.
19 Q.  For each of these groups, product managers,
20     underwriters, compliance managers, claims
21     managers, do you know the relative percentage of
22     employees of those 35,000 people that those groups
23     of employees are?
24 A.  I do not.
25 Q.  Do you know how many Federal employees fall

Page 141

1      outside of those categories?
2  A.  I do not.
3  Q.  Taking the actuaries, do any of the -- based on
4      your experience, do any of the -- the functions
5      that actuaries perform does that impact revenue in
6      any way at an insurance company?
7  A.  Yes.
8  Q.  In what way?
9  A.  Actuaries determine the price that you're going to
10     pay for a coverage.
11 Q.  So how does that impact -- how could that
12     potentially impact revenue?
13 A.  If they set the price correctly, then they will
14     get revenue.  If they set the price incorrectly,
15     they may lose revenue, or have losses.
16 Q.  Moving to product managers, taking the job duties
17     of product managers, based on your experience, how
18     do product managers impact revenue?
19 A.  They develop new products or adjust existing
20     products to reflect the market conditions and
21     needs.
22 Q.  And how does that function impact revenue?
23 A.  They can grow revenue from product -- new product
24     introduction, or they can adjust revenue on
25     existing products based on new features and

Page 142

1  functions.
2  Q.  And moving to underwriters, how do -- how do
3  underwriters performing their job duties affect
4  revenue?
5  A.  They understand the level of risk that needs to be
6  taken on an existing product, or coverage.  They
7  decide what policies to accept, which ones to
8  reject based on their judgment, their experience.
9  Q.  And how does that impact revenue?
10  A.  It can reduce revenue, or it can increase revenue
11  depending on decisions they make.
12  Q.  So if an underwriter makes a good decision, that
13  increases revenue.  If an underwriter makes a bad
14  decision, that decreases revenue?
15  A.  Or loss, or increases loss.
16  Q.  And loss is considered an expense; correct?
17  A.  A loss expense.  Correct.
18  Q.  And what about compliance managers; how do
19  compliance managers affect revenue at Federal?
20  A.  They insure that the products being sold are in
21  compliance with regulation.
22  Q.  And how does that affect revenue?
23  A.  If it's not in compliance, it would probably not
24  affect revenue, it would affect expense through
25  fines for being out of compliance.

Page 143

1  Q.  And claims managers; how do claims managers affect
2  revenue at Federal?
3  A.  They don't have a direct effect on revenue.  They
4  have a -- more of an indirect approach.  They
5  effect claims expense or loss expense, and they
6  feed back those loss expenses and criteria back to
7  the actuaries so the actuaries can adjust pricing.
8  That would affect revenue.
9  Q.  Where do renewals fit in this process?  The people
10  that manage renewals; what's their title?
11  A.  It's handled by the underwriters primarily.
12  Q.  Moving to Paragraph 51 --
13  A.  Um-hm.
14  Q.  -- you state, "Automation helps improve the
15  employee workload."
16  A.  Um-hm.
17  Q.  Why is -- why is that opinion in this report,
18  while automation helps -- why are you addressing
19  automation in this paragraph?
20  A.  We -- the whole purpose behind the rules
21  management is a efficiency on automation of rules.
22  Q.  Okay.  So you state, "While automation helps
23  improve the employee workload," --
24  A.  Um-hm.
25  Q.  Can you flush that out a little bit for me?  How

Page 144

1  does it help improve employee workload?
2  A.  Handle more volume.  Handle only things that they
3  want to see.
4  Q.  Can you flip to Paragraph 132 of your report.
5  There's nine bullets in Paragraph 132.  Are those
6  are those examples of improving the employee
7  workload?
8  A.  Agents and brokers are not part of the company,
9  but generally speaking, these are efficiencies
10  that -- that I would -- that would help them do
11  their workload better.  I would -- I would take
12  exception though with improving the accuracy of
13  underwriters.
14  Q.  Why?
15  A.  Because it's the underwriter that puts in the
16  rule.  How can it improve it if they put in a bad
17  rule?
18  Q.  I'm -- I'm confused as to why you called that one
19  out in particular.  Maybe flush that out a little
20  bit more for me.
21  A.  In all these cases, the rules are loaded in there
22  have a -- the accuracy of a rule versus the time
23  and speed of a rule is two different things.
24  I agree with the time and speed.  I'm not
25  necessarily agreeing with the accuracy and

Page 145

1  precision comment because those are -- those are
2  human judgment made.  You know, volumes are one
3  thing, but the quality of the rule is a human
4  decision, not a technology decision.
5  Q.  Well, quality and accuracy are two different --
6  two different things; right?
7  We don't have an answer to that question
8  yet.  The question was quality and accuracy are
9  two different things; right?
10  A.  I think they are related.
11  (Whereupon material was marked for
12  identification as Exhibit 452.)
13  BY MS. KLIEBENSTEIN:
14  Q.  I'm handing you what's been marked as Exhibit 452.
15  A.  Yup.
16  Q.  Are you familiar with this document?
17  A.  I've seen this.  Yes.
18  Q.  When you mentioned quality versus accuracy, Pages
19  4 and 5 of this presentation jump out at me as
20  illustrative of quality versus accuracy.
21  So on Page 4, the picture shown is showing
22  an accurate decision -- no, yeah, an accurate
23  decision but not a quality decision; correct?
24  A.  I wouldn't relate accuracy and quality.  It hit
25  something, but it didn't hit the mark is -- but

1   it's the underwriter that did -- did this, not the
2   technology that did this.
3  Q.  It's the underwriter that did what?
4  A.  That made the decision, that shot the arrow, not
5   the --
6  Q.  Right.
7  A.  Not the technology. So again, I -- I disagree
8   that the accuracy precision is -- is a efficiency
9   play because it's whatever the human judgment puts
10   in it.
11      Volumes I can -- you can handle more volume
12   of bad stuff, that's fine, and time -- time-wise
13   but when it comes to accuracy, it's all about
14   putting in the right information to get the right
15   answer out.
16  Q.  Putting in the right information consistently time
17   over time; correct?
18  A.  Initially.
19  Q.  You would -- you would agree with that; correct?
20      MS. JANUS: Objection. Asked and answered.
21      THE WITNESS: No. Initially. I mean ...
22  BY MS. KLIEBENSTEIN:
23  Q.  So let's take a scenario where you've got ten
24   underwriters, and Federal has more than ten;
25   right?

1  A.  I'm sure they do.
2  Q.  Probably more than --
3  A.  Hundreds, thousands.
4  Q.  Thousands of people. Is it your opinion that all
5   thousands of those underwriters have the exact
6   same skill when it comes to underwriting?
7  A.  No. They are focused on their product lines, and
8   their markets, and so no.
9  Q.  Would you agree that some of them are probably
10   better than others at underwriting?
11      MS. JANUS: Objection. Calls for
12   speculation. Lacks foundation.
13      THE WITNESS: They are all in the business
14   of underwriting risk. They should know the risk
15   that they are underwriting.
16  BY MS. KLIEBENSTEIN:
17  Q.  But you don't know if all several thousands of
18   those underwriters at Federal are of the same
19   quality in workmanship; correct?
20  A.  Every company has junior underwriters, senior
21   underwriters, and the role they are giving is
22   based on their experience. That's -- that's just
23   the nature of the business.
24  Q.  My question was different than that. You don't
25   know one way or the other if all of the

1   underwriters at Federal have the same quality of
2   workmanship?
3  A.  I don't know that one way or another.
4  Q.  And isn't it possible that some of those
5   underwriters more accurately judge risk than
6   others?
7  A.  Their judgment -- some are -- have better judgment
8   than others. Yes.
9  Q.  And isn't that one of the benefits of business
10   rules management software automation is to
11   standardize the underwriting process so that the
12   overall quality of the risk assessment is better?
13  A.  That's -- that's part of the people, the process,
14   and the technology to be more consistent in your
15   underwriting.
16  Q.  And the people are a part of that?
17  A.  They are the most important part of it.
18  Q.  But the technology is part of it too. Because
19   without the rules engine, you couldn't automate
20   the process; right?
21  A.  Insurance has been done for 400 years, and they
22   have made money without technology, but -- but it
23   improves their workload. Absolutely.
24  Q.  You just mentioned that insurance companies have
25   made money for how many thousands of years?

1  A.  400 years.
2  Q.  400 years. Only 400?
3  A.  Been in the industry since 400.
4  Q.  Only since the dawn of the evolution.
5  A.  I was just a little boy then.
6  Q.  And it was all done by hand back then; right?
7  A.  Oh sure.
8  Q.  Right, but that's not the way today's marketplace
9   works; correct?
10  A.  No.
11  Q.  These companies employ technologies, like business
12   roles management software, to help make the
13   decisions within the company; correct?
14  A.  Some do, some don't. There are still many
15   insurance companies that have embedded rules in
16   their applications, they don't use business rules
17   management systems.
18  Q.  Companies that are -- I think I saw Tier 1
19   mentioned in your report. Companies that are not
20   Tier 1?
21  A.  Sure.
22  Q.  Which ones?
23  A.  Take Fireman's Fund. It was a $5 billion dollar
24   organization. They had 11 policy systems. Half
25   -- more than half the policy systems had embedded

Page 150

1  rules.
2  Q.  And during what year?
3  A.  Well, this was during my employment with them.  So
4      six years beginning in, like, '96 through 2002,
5      but honestly that's kept on.  There are still
6      companies today that you're selling, you know, I'm
7      assuming FICO sells rules engine and companies
8      that don't have rules engine right now.
9  Q.  Do you know if Fireman's Fund uses any business
10     rules management software today?
11 A.  I assume they still use iLog system.  I don't
12     know.
13 Q.  You don't know one way or the other?
14 A.  Yeah.
15 Q.  We'll come back to 452.
16 A.  Okay.
17 Q.  Paragraph 52, the first sentence, "Federal's
18     organization is complex and large and made up of
19     insurance experts that make all the business rules
20     and decisions relative to its business
21     operations."
22 A.  Correct.
23 Q.  What's your support for that statement?
24 A.  My -- my research into Chubb, and the
25     organization, and the products they sell, and the

Page 151

1      way insurance companies operate.
2  Q.  And you've cited -- you cited Page 13 of this
3      PowerPoint presentation; is that correct?
4  A.  Which one?  Where are you at?  On 52?
5  Q.  450 -- Paragraph 52 --
6  A.  Yup.
7  Q.  Footnote 18.
8  A.  Yup.
9  Q.  Which is the PowerPoint --
10 A.  Same PowerPoint.
11 Q.  -- in Exhibit 452.
12 A.  Yup.  That was Page 13, Page 13.
13 Q.  Can you point out for me the cited support for
14     that statement?
15 A.  Yeah.  Right -- in the -- all companies have
16     business rules, and lines of computer code, and
17     policy manuals, and memos in the minds of
18     experience employees, and this whole section was
19     talking about the employees at insurance company
20     like Chubb -- or Federal rather.
21 Q.  And is this PowerPoint presentation -- who
22     authored this PowerPoint presentation?  Do you
23     know?
24 A.  I know that it's a mix of Chubb and -- or Federal
25     and FICO because some of the slides appear in FICO

Page 152

1      documents and some of the slides appear in Federal
2      documents.  So it was kind of -- and I did -- and
3      I'm trying to remember whether I read this in a
4      deposition or I -- I spoke with somebody directly.
5      I couldn't discern because it wasn't marked as a
6      Federal or Chubb document whether it was one or
7      the other.
8  Q.  Well, it's got at the bottom a -- a Federal
9      production number.
10 A.  Yeah.  I just assumed that they -- Federal gave --
11     produced the document, but the content of the
12     document came from multiple sources.
13 Q.  Do you know what the purpose of the document is?
14 A.  It's a primer, educate people, and according to
15     the deposition I read with Henry, it was used to
16     educate internal Federal employees on -- that
17     would be touching the rules management.
18 Q.  And educate them for what purpose?
19 A.  On what -- you know, what is a rules engine, and
20     what is -- who is Fair Isaac, and ...
21 Q.  So turning to Slide 6, this slide is discussing
22     enterprise decision management.  Do you see that?
23 A.  Um-hm.
24 Q.  And Blaze Advisor is a form of enterprise decision
25     management; correct?

Page 153

1  A.  It's a tool that supports enterprise decision
2      management I guess.  I mean, it's separated on --
3      for a reason, for enterprise rules management.  In
4      looking at FICO's product, decision management was
5      a separate offering.
6  Q.  Move to Slide 11.
7  A.  Um-hm.
8  Q.  This slide talks about Blaze Advisor specifically;
9      correct?
10 A.  It appears to.  Yes.
11 Q.  Did you discuss this page with Mr. Mirolyuz?
12 A.  I did not.
13 Q.  Now, you see over in the callout box on the right,
14     "Improve agility, make changes quickly without
15     programming, integrate models to accurately
16     segment customers, and give business units," --
17     "users control."  Do you see that?
18 A.  I see that.  Yeah.
19 Q.  Would you agree with me that those are some of the
20     listed benefits of using Blaze Advisor?
21 A.  Yeah.  It shows up on multiple marketing slides.
22 Q.  But do you have any opinion one way or the other
23     about -- well, let's just take them one by one.
24         Improve agility.  Do you understand what
25     that means in the insurance context?

Page 154

1 A. In the -- absolutely.
2 Q. What does it mean in the insurance context?
3 A. To me, it's the ability to dynamically change
4    things quickly, be able to be agile to move when
5    the market moves.
6 Q. And what's -- what's the benefit of improving
7    agility, the business benefit of improving agility
8    in the insurance field?
9 A. To provide what the customer is looking for.
10 Q. Whether it's a -- whether that's a new product, or
11    a different price; is that right?
12 A. Or different coverage.
13 Q. And the point is to increase revenue; correct?
14 A. Every business is looking to increase revenue.
15 Q. So the answer is yes; the point of improving
16    agility in the insurance context is to improve
17    revenue?
18 A. Not always, but if I make a quick move, I might
19    lose money and lose revenue. So I don't want to
20    -- I can't -- I would not say agility always
21    contributes to revenue. It may not.
22 Q. Oh. That -- that wasn't my question. A goal of
23    improving agility in the insurance question -- in
24    the insurance industry is to -- let me ask it a
25    different way.

Page 155

1       At least one goal from improving agility in
2    the insurance context is to increase revenues;
3    correct?
4 A. That's a goal.
5 Q. So the answer is yes; at least one goal?
6 A. A goal of -- of anything you do is to increase
7    revenue, but ...
8 Q. And the second bullet, make changes quickly
9    without programming, do you know what -- what
10    capability that refers to in the insurance
11    context?
12 A. Yeah. It's -- it's the reason that Federal
13    acquired Blaze was to move the rules from the IT
14    programmers to externalize rules.
15 Q. And what is the business benefit from doing that?
16 A. Faster changes to the rules.
17 Q. And can faster changes to the rules lead to
18    increased revenue?
19       MS. JANUS: Object to the form of the
20    question. Calls for hypothetical. Calls for
21    speculation. It's vague.
22       THE WITNESS: Depends on how the rule
23    changes.
24    BY MS. KLIEBENSTEIN:
25 Q. Right. My question was not does it. My question

Page 156

1    was: Being able to make changes quickly can that
2    lead to increased revenue in the insurance field?
3       MS. JANUS: Same objections.
4       THE WITNESS: I would say that any change
5    made has the potential to affect it or not affect
6    it. I mean, it just depends on the rule that's
7    changing and what it's changing to.
8    BY MS. KLIEBENSTEIN:
9 Q. Why would an insurance company want the ability to
10    make changes quickly in the insurance context?
11 A. Because the -- for competitive reasons, for market
12    reasons, their -- experience losses, not
13    necessarily a top line issue but bottom line
14    issue.
15 Q. In your answer, you mentioned an insurance company
16    would want the ability to make changes quickly for
17    competitive reasons.
18 A. Um-hm.
19 Q. Give me an example.
20 A. Somebody introduced a new product and you want to
21    get your product to market to compete.
22 Q. To write more policies and get more gross written
23    premium; correct?
24       MS. JANUS: Object to the form of the
25    question.

Page 157

1       THE WITNESS: Every business wants to grow
2    its -- grow its revenue and improve its profit.
3    Every business.
4    BY MS. KLIEBENSTEIN:
5 Q. I'm not -- that's sort of an answer to my question
6    but not really. So the question was: You want to
7    get your product to market more quickly so that
8    you can hopefully, don't know for sure, hopefully
9    write more policies and get more premiums?
10 A. All of the technology and resources of an
11    insurance company are focused on trying to sell
12    more policies and reduce the amount of losses,
13    claims that they -- they have.
14       So I don't look at the technology in
15    isolation. I look at it in -- collectively, all
16    of the people, process, and technology that are
17    out there.
18       Changing a rule might require changes in
19    other parts of the business at the same time, and
20    if those changes weren't made, it would have a
21    negative effect on the business, not a positive
22    effect on the business.
23       So trying to take this in isolation is a
24    no, but take it collectively with all of the
25    technology, and people, and process that are

Page 158

1  running the business, the answer is yes.
2  Q.  And moving to the next bullet, integrate models to
3      accurately segment customers, do you understand
4      what that means in the insurance context?
5  A.  In the insurance context you want to segment your
6      customer base, but that's the rules of the
7      company, not the capability of the technology.
8  Q.  The last bullet, give business units -- users
9      control, is that any different that the -- in the
10     second bullet?
11 A.  It's the inverse; right?
12 Q.  Um-hm.
13        MS. JANUS:  Do you want to take a break?
14        THE WITNESS:  Yeah.  If I could take a
15     break real quick.
16        MS. KLIEBENSTEIN:  Sure.
17        THE VIDEOGRAPHER:  We are going off the
18     record.  The time now is 2:25.
19        (Whereupon a short break was taken from
20     2:25 p.m. to 2:38 p.m.)
21        THE VIDEOGRAPHER:  We are back on the
22     record.  This is the beginning of Media Number 4.
23     The time is 2:37.
24     BY MS. KLIEBENSTEIN:
25 Q.  Top of Page 14 of your report.

Page 159

1  A.  Um-hm.
2  Q.  You state that, "Blaze is not visible to
3      operational employees of Federal and not visible
4      to agents and brokers that interact with Federal
5      employees."
6  A.  Correct.
7  Q.  How is that statement -- how is that statement
8      relevant to the scope of your assignment in this
9      case?
10 A.  How it's used in the -- the business operation.  I
11     looked at the -- at the screens that were the UI
12     that supported the applications that are involved
13     here, and the -- the customers, the policyholders,
14     the agents don't know that rules engine set behind
15     there.  They don't know that.
16        So it's just in normal course of business
17     they are using the policy, the various AD-MIN
18     systems that -- that Federal provides them, and
19     the rules engines sets behind there.
20 Q.  And let's just accept that as true for now.
21 A.  Um-hm.
22 Q.  How does that fact play into the value of Blaze
23     Advisor with respect to the revenues and profits
24     of Federal?
25 A.  Basically Blaze is invisible, and this was

Page 160

1      prompted by the conversation I had with Ellen and
2      Helen that said they didn't even know that -- that
3      Blaze was part of the system that they use on a
4      day-to-day business -- or day-to-day.
5  Q.  And in the next paragraph, it ends with, "Blaze is
6      a technology that indirectly supports a small
7      number of over 35,000," --
8  A.  Um-hm.
9  Q.  "Federal employees."  Do you know what -- what the
10     percentage is of employees that interact with
11     Blaze?
12 A.  I don't -- I don't have a percentage, but
13     certainly could figure that out quickly.
14 Q.  And how would you go about doing that?
15 A.  Get -- get a count of the number of people
16     involved in the -- the applications that are used
17     by CSI Express, or -- which is the 80 percent of
18     the usage of Blaze I think.  Based on what I read.
19 Q.  Looking at the diagram on the top of Page 15 --
20 A.  Um-hm.
21 Q.  -- where does that diagram come from?
22 A.  It's the ID and property casualty business
23     activity model, and I thought I cited it
24     somewhere.  I did cite it.  It's on the previous
25     page.

Page 161

1  Q.  So this is not a diagram of Federal specifically?
2  A.  No.  It's -- correct.  It's an industry model for
3      a property and casualty insurance company.
4  Q.  And did you -- is it your opinion that this model
5      applies to Federal?
6  A.  Yes.
7  Q.  And how -- how did you arrive at that opinion?
8  A.  Based on my experience.  I was CIO for a global
9      property and casualty company.
10 Q.  Paragraphs 55, 56, and 57.
11 A.  Um-hm.
12 Q.  What is your support for the opinions in those
13     paragraphs?
14 A.  Make sure real quick.  This is based on my use of
15     the industry model for developing strategy to
16     support the business.
17 Q.  So the -- the opinions in Paragraph 56 stem from
18     the IBM model?
19 A.  Correct.
20 Q.  So you counted nine major business activities in
21     the IBM model?
22 A.  Major, major categories.  Yeah.  Business activity
23     categories.
24 Q.  And 59 activity groups?
25 A.  Correct.

Page 162

1 Q. And claims management specifically has 11 activity
2    groups?
3 A. Yeah. As an example.
4 Q. Claims management, and that was counted, again,
5    from the IBM model?
6 A. Correct.
7 Q. And Paragraph 57 has a number of subheadings under
8    each enumerated group. Did those subheadings also
9    come from the IBM activity model?
10 A. They did.
11 Q. And in Paragraph 58, you opine that, "Each work
12    item within an activity group is associated with
13    business rules and decisions that are being made
14    by employees within the Federal business
15    operation." Correct?
16 A. Correct.
17 Q. And what is the support for that opinion?
18 A. Again, the activity model illustrates a property
19    and casualty company and what they have to do on a
20    daily basis to operate, and based on my
21    experience, Federal does all of these activities
22    and work items associated with those activity
23    groups.
24 Q. Did you confirm with anyone at Federal that they
25    do in fact do all of these work items and

Page 163

1    activities?
2 A. No I did not. I did not.
3 Q. And did you confirm with anyone from Federal that
4    in fact each work item within an activity group is
5    associated with business rules and decisions made
6    by employees within the Federal business
7    operation?
8 A. No.
9 Q. Can you tell me what the red dots are?
10 A. Yeah. They are my interpretation of where Blaze
11    is touching those categories.
12 Q. And did you confirm with anyone at Federal that
13    your interpretation was correct?
14 A. Yes, and we compared it to the FICO chart, and
15    there are different charts. So there was
16    questions about whether they applied, but in my
17    opinion, this is where they applied in this model.
18 Q. What's the FICO chart?
19 A. FICO provided a chart that shows where Blaze
20    touches an insurance process. It's a very generic
21    chart as well.
22 Q. Can you identify that document in your report?
23 A. I did. Give me a moment. I don't remember what
24    the number was. Oh. It's 17111.
25    (Whereupon material was marked for

Page 164

1    identification as Exhibit 453.)
2    BY MS. KLIEBENSTEIN:
3 Q. I'm handing you what's been marked as Exhibit 453.
4    Is this the document you were just referring to?
5 A. I believe so. Let me look at the page and I'll
6    tell you for sure. Yes.
7 Q. So tell me what I'm looking at in Slide 11.
8 A. Slide 11 is FICO's interpretation of where Blaze
9    touches the insurance process, business processes.
10 Q. And do you agree or disagree with FICO's
11    interpretation?
12 A. The way they have categorized things I kind of
13    disagree because it's too broad and generic in
14    some cases.
15    For example, underwriting. It doesn't
16    touch every piece of underwriting. So therefore
17    it's -- it's overstating what it does in
18    underwriting, but in the other areas, like product
19    definition, they call that out three times, three
20    different areas, rate maintenance, and where Chubb
21    -- Federal is using it in product management
22    mostly in rate development and maintenance. So
23    things like that.
24 Q. You mentioned rate maintenance. Where can I find
25    that on Slide 11?

Page 165

1 A. It's not -- it's not on Slide 11. You know, I
2    guess they include it under Number 5, which is
3    pricing and rating, but that's over -- again,
4    overstating where it actually touches this from a
5    Federal point of view (indicating).
6 Q. And your position is that it -- Blaze only touches
7    rate maintenance; is that right?
8 A. Rate development and maintenance as part of
9    product management. Yeah.
10 Q. So in your report, you went through and identified
11    -- you took that information from Slide 11 and
12    then tried to fit it in where it would fit within
13    the IBM model?
14 A. No. I -- I took the applications and the
15    functions, the applications we're using, and I
16    overlaid that onto this model.
17 Q. Okay.
18 A. Which is different than what FICO shows in Slide
19    11. Because they also show it's claims
20    adjudication, and it's not being used for claims
21    adjudication within Federal.
22    At the bottom of that chart, on Page 11, it
23    shows utility functions as opposed to work groups
24    in the -- or categories in the business activity
25    model. So ... it's not a one-to-one correlation.

Page 166

1  Q.  At the bottom of Paragraph 59 --
2  A.  Um-hm.
3  Q.  -- you conclude that, "Blaze is not a significant
4      part of Federal's business activities based on my
5      review of the use of Blaze."
6  A.  Correct.
7  Q.  And how do you define Federal's business
8      activities?
9  A.  Based on this model.  They have to do all of this
10     in order to do the business.  If you look at where
11     they touch the processes, it's not significant.
12 Q.  So to drill that down a little bit better for the
13     record, the business activities you're referring
14     to in Paragraph 59 are those that are outlined in
15     Paragraph 57?
16 A.  57?  Yes.
17 Q.  And what is the basis for that opinion?
18 A.  Based on what a property and casualty insurance
19     company has to do, Blaze touches a small number of
20     the processes that are involved in conducting the
21     day-to-day operation of the business.
22 Q.  So numerically speaking, Blaze touches a small
23     number of Federal business activities; is that
24     your opinion?
25 A.  Correct.

Page 167

1  Q.  So that -- that's a quantitative analysis; would
2      you agree?
3  A.  Um-hm.
4  Q.  Did you undertake any effort to make a qualitative
5      analysis?
6  A.  Well, I didn't weigh each business activity
7      against the others.
8  Q.  In Paragraph 56, you state in your report -- I'm
9      sorry, 60, Paragraph 60.
10 A.  Okay.
11 Q.  You state, "It is difficult to measure any
12     efficiencies that Blaze may have provided to
13     Federal's business activity."
14 A.  Yes.
15 Q.  And why is that?  What's the basis for that
16     opinion?
17 A.  There was -- there was no methodology, there was
18     no benchmarking, there was nothing done, and as a
19     matter of fact, I don't know that it did create
20     any efficiencies.  I don't -- I don't think it
21     contributed significantly to the efficiency.
22 Q.  And what's the basis for that statement, that
23     Blaze Advisor did not contribute significantly to
24     efficiencies?
25 A.  Based on how I'm seeing it used within the

Page 168

1      business processes of Federal.
2  Q.  But you did not undertake any effort to measure
3      the efficiencies; correct?
4  A.  Yeah.  Nor did anyone set benchmarks to provide
5      the efficiencies.
6  Q.  And the reason there was no -- there were no
7      benchmarks available for you was a result of how
8      the request for the technology came in as a -- as
9      an expense instead of a revenue generation tool?
10     MS. JANUS:  Object to the form of the
11     question.  Misstates the record, and the
12     testimony.
13     THE WITNESS:  Would you ask your question
14     again?
15     MS. KLIEBENSTEIN:  Sure.
16     BY MS. KLIEBENSTEIN:
17 Q.  Why do you think -- you just told me that you were
18     unable to measure specifically any efficiencies
19     because there wasn't enough documentation to help
20     you do that; correct?
21 A.  That's part of it, but you know, there are so many
22     variables to determining the efficiency of
23     technology in an organization.  Then there's the
24     people, the process, who is using it, the market.
25     There's a significant amount of activity to

Page 169

1      measure.  Most of the time, it's subjective, not
2      objective.
3  Q.  So you wouldn't be able to quantify whether the
4      saved expenses were zero dollars or a billion from
5      use of Blaze Advisor; right?
6      MS. JANUS:  Object to the form of the
7      question.  Misstates the evidence, the testimony,
8      and I object to the premise of the question.
9      THE WITNESS:  It would -- I would not be
10     able to -- definitely would not be on the higher
11     end of your -- your range, and I don't believe you
12     can tie the efficiencies directly to Blaze.
13     BY MS. KLIEBENSTEIN:
14 Q.  And when you make that statement, can't tie
15     efficiencies directly to Blaze, what efficiencies
16     are you referring to?
17 A.  The efficiencies that the marketing material
18     claims; time to market, reduction in speed to
19     market.
20 Q.  Let's move to Paragraph 61.  An example of Federal
21     -- an example of how Federal uses Blaze is in rate
22     development and maintenance.
23 A.  Yup.
24 Q.  Can you summarize that business activity for me;
25     rate development and maintenance?

Page 170

1 A.  Sure.  It's -- it's basically around the actuaries
2    going through a process that does not use Blaze to
3    come up with rates and pricing and then updates
4    the rules in Blaze with -- with the output of
5    their rating calculations.
6 Q.  Does that activity have an impact on Federal's
7    revenue?
8 A.  The rates have an impact on the revenue.
9 Q.  Applying the proper rates has an impact on
10    revenue; correct?
11 A.  The actuarial rates that are developed have an
12    impact on revenue.  Apply the wrong rate, they
13    won't.
14 Q.  Paragraph 62.  The report states, "Federal uses
15    Blaze in underwriting rules and maintenance as
16    well."
17 A.  Um-hm.
18 Q.  Can you describe that business activity for me?
19 A.  Yeah.  The underwriters set the rules for the
20    acceptance or the rejection of policies based on
21    certain criteria about the risk that they want to
22    underwrite.
23       Those -- those -- that business logic is
24    then converted into rules and loaded into Blaze,
25    and when the application comes into the CSI or

Page 171

1    whatever application -- policy application they
2    are using, it compares the -- the risk to those
3    criteria and executes it accordingly.
4 Q.  And would you agree that that activity that you
5    just described has an impact on revenue?
6 A.  The rules have an impact on revenue.
7 Q.  What is the support for your opinion in Paragraphs
8    61 and 62?
9 A.  Both Henry in his deposition and I think Chris
10    Ivey's deposition, it talks -- they both talk to
11    the fact that the rules were harvested from
12    Federal employees.
13 Q.  Got that, but what about the descriptions of the
14    business functions of rate development and
15    maintenance, and underwriting rules and
16    maintenance within Federal?
17 A.  There was discussion about working with the
18    underwriters in the depositions, working with the
19    product managers to develop the rules and load the
20    roles, harvest the rules.
21       So all of this was about the rules came
22    from Federal's employees, you know, whether they
23    were actuaries, product managers, underwriters, et
24    al.
25 Q.  And in Paragraph 63, a different aspect of

Page 172

1    underwriting rules and maintenance is -- is
2    discussed; correct?
3 A.  Yeah.  This was work flow basically.  I think this
4    was the inventory management activity.
5 Q.  And tell me more about the inventory management
6    activity.  How -- what is that activity?
7 A.  Basically as an application comes in, they assess
8    what the application is, and depending on the
9    characteristics of the application, they route it
10    to the appropriate underwriter, or agent.
11 Q.  And does that activity affect revenue in any way?
12 A.  Not that I'm aware of.  Unless they send it to the
13    wrong underwriter and they lose the policy as a
14    result of it, or they send it to an underwriter
15    that would have normally lost the policy and was
16    able to use judgment and change the decision.
17 Q.  Let's move to -- back in Paragraph 63.  What is
18    your support for your opinion in Paragraph 63?
19 A.  63?  I think that might be the wrong number.
20    Yeah.  This was an error here.
21       There was a deposition and a document in
22    the deposition that talked to the inventory
23    management work flow, and I think I've got a typo
24    here in this one, but I can look up the Fed
25    document and get back to you on it, but there was

Page 173

1    discussion in one of the depositions about the
2    underwriters and inventory.  It was around
3    inventory management basically and how it was
4    being -- how Blaze was being used to do work flow
5    routing, and that supported that.
6 Q.  So moving to 65 --
7 A.  Um-hm.
8 Q.  -- the prospect quoting activity, tell me what is
9    the prospect quoting activity?
10 A.  Again, it -- there was an application that
11    basically took the information from the agent and
12    provided a quick quote that was then captured and
13    then interfaced to the -- to the policy
14    administration system.
15       Again, it was just routing more than
16    anything.  It was not calculating revenue, or it
17    was basically providing a quick view into a quote.
18 Q.  Blaze was providing that functionality?
19 A.  No.  No.  The application that used Blaze.  Blaze
20    was always called as a rules agent is my
21    understanding.
22 Q.  Going up a level, the prospect quoting business
23    activity as its referred to in Paragraph 57 under
24    the policy acquisition.
25 A.  Um-hm.

Page 174

1 Q. What is that business function generally?
2 A. That's using something that CSI Express uses, I
3    think it's called Agency Port, as their portal for
4    getting applications and quotes, and then that's
5    interfaced to Blaze as a rule service to gather
6    data about the application.
7 Q. So separate from the technology, what is prospect
8    quoting at an insurance company generally?
9 A. Oh. It's basically providing a -- a quote to an
10   agent on a particular policy.
11 Q. And would you agree that that activity, providing
12    a quote to an agent on a particular policy, can
13    have a connection to revenue?
14 A. A -- a quote is the price that the client is going
15    to pay for the policy. So if the policy is
16    successfully sold, it would add to revenue. If
17    it's not, it would not. So ...
18 Q. Moving on to Paragraph 66 --
19 A. Um-hm.
20 Q. -- it references the issuance, endorsement
21    processing, and scheduled activities --
22 A. Um-hm.
23 Q. -- business function. Can you tell me, just like
24    for prospect quoting, what is that business
25    function?

Page 175

1 A. Once the policy is accepted, the policy
2    administration system takes it through a -- set
3    of functionality to -- to bind and book the
4    policy, and will there are a lot of business rules
5    that are fired or retrieved during that process to
6    determine the status of the policy, and new versus
7    renewal, changes, all those things. So ...
8 Q. So that business function is just another step in
9    moving the quote to a policy to a collected
10    written premium --
11 A. Booking.
12 Q. -- booking, and receiving revenue; correct?
13 A. Once it's sold, it generates revenue, and then
14    this process is just storing it in a system of
15    record for later retrieval, and changes, and ...
16 Q. And what is your support for your opinions in
17    Paragraph 66?
18 A. Again, Ivey deposition talked to several of the
19    rules that needed to be loaded into the policy
20    administration requirement that came from Chubb,
21    or Federal.
22 Q. 67 mentions regulatory compliance.
23 A. Um-hm.
24 Q. Give me kind of an 10,000 foot overview of the
25    regulatory compliance business function.

Page 176

1 A. Well, as a business function, it -- they are
2    constantly monitoring what has to be reported on a
3    regulatory basis, and -- and compliance with filed
4    products and systems, and some of it -- very
5    little of it, you know, is -- is -- deals with --
6    none of it deals with generating revenue. It's
7    all about are we in compliance with the policy at
8    this point, or regulations by state, or territory,
9    or whatever country we're in, and all that stuff.
10 Q. So it's your opinion -- opinion that all
11    regulatory compliance business issues are after
12    the fact, after the policy has been sold?
13 A. Generally speaking, they are -- they are looking
14    at business that has already been transacted
15    unless there's rules put into the system ahead of
16    time to prevent noncompliance. Those will be part
17    of the underwriting rules, they would be part of
18    the pricing rules, they would be part of other
19    things. So this is really an after the fact
20    reporting process that says we did what we said we
21    were going to do.
22 Q. How did you confirm that Federal's regulatory
23    compliance business mentioned in 67 was all after
24    the fact compliance issues?
25 A. This was around TAPS and the use of TAPS as a

Page 177

1    compliance tracking application.
2 Q. And so it's your opinion that TAPS is an after the
3    fact compliance tool? Did I summarize that right?
4 A. Yes. I don't know if the underwriting rules and
5    the -- any of the upfront rules -- this is
6    disclosure I believe was this particular
7    application was about we had to disclose something
8    during the process of underwriting the risk, and
9    so it's a check box. It's basically on the
10    application they hit a box, stores it, and makes
11    sure that they are in compliance.
12       So I -- I do believe it's an after the fact
13    not before the fact, but it wouldn't -- wouldn't
14    matter either way in terms of revenue. It would
15    only matter in terms of fines if they weren't in
16    compliance.
17 Q. Well, if you're checking a box on an application,
18    that's a before the fact use; correct?
19 A. Yes, but if they don't check the box, application
20    tracks it on the back ends. It's an after --
21    after the fact. So it's checking on the back end
22    to see if they checked it on the front end, and I
23    actually complied with the disclosure. This is
24    the one that could have done it with Excel to be
25    honest.

Page 178

1 Q. You're specifically referring to TAPS; correct?
2 A. I am. I am.
3 Q. Do you know how many -- and TAPS stands for what
4    again?
5 A. Texas Accident Prevention. It's a workers' comp
6    compliance requirement for the state of Texas.
7 Q. And so some insurance applications need to comply
8    with TAPS in Texas; correct?
9 A. Correct.
10 Q. Do you know how many insurance policies that
11    affects every year?
12 A. No I do not.
13 Q. Did you ask anybody?
14 A. It doesn't matter whether it's one or many, but
15    no, I did not.
16 Q. So why do you say that the -- is it your opinion
17    that the features, functionality provided by Blaze
18    within the TAPS application could be done with an
19    Excel spreadsheet; correct?
20 A. That's what I was told. Yes.
21 Q. That's what you were told by whom?
22 A. Helen and Ellen.
23 Q. And did you do anything to independently verify
24    that that statement was true?
25 A. I looked at the descriptions of all the use of

Page 179

1    TAPS within the depositions and documents that I
2    had, and it would confirm that it's a disclosure
3    type of check the box function that we disclose
4    properly as part of the process. So that's my
5    only verification.
6 Q. And how would you use an Excel spreadsheet instead
7    of Blaze to accomplish the same functionality?
8 A. I have an individual pull up the spreadsheet, go
9    through the list of applications, and see if it
10    complied.
11 Q. But you don't know how many applications that
12    individual would have to look through?
13 A. And according to Ellen, it's a low volume
14    business. So I didn't ask how many policies. Low
15    volume usually means low, not many, and they said
16    that Blaze was used because it was there. It --
17    you know, it wasn't -- not Helen and Ellen didn't
18    say that because they didn't know Blaze existed.
19    Ramesh Pandey basically said they could have
20    easily used Excel as well.
21 Q. Do you know how many people would need to be
22    employed to undertake the same tasks as Blaze
23    Advisor with respect to the TAPS application to
24    perform the same functions using Excel
25    spreadsheet?

Page 180

1 A. I don't recall the exact number, but they said a
2    small number of people could have done this.
3 Q. How many is a small number of people?
4 A. I don't know. I didn't ask.
5 Q. Over how many years? Do you know?
6 A. No.
7 Q. You don't know how many policies it involved;
8    correct?
9 A. Other than it was a low volume business. Workers'
10    comp in Texas is poor -- is probably a very low
11    volume business.
12 Q. Chubb is one of the largest insurance companies in
13    the world; correct?
14 A. Um-hm.
15 Q. They are one of the largest suppliers of business
16    insurance in the United States; correct?
17 A. Right.
18 Q. So a low volume of business to Chubb could be --
19    strike that. So you don't have an opinion one way
20    or the other as to the cost or expense Chubb would
21    have incurred to use an Excel spreadsheet instead
22    of Blaze Advisor in the TAPS application --
23 A. I do not.
24 Q. And you don't -- you have not undertaken an
25    analysis to determine whether the use of a

Page 181

1    spreadsheet in the TAPS application instead of
2    Blaze Advisor would yield the same results;
3    correct?
4 A. I -- I'm going by the word, the folks I spoke
5    with, that they could use it that way.
6 Q. Do you know what percentage of Federal's business
7    rules were ever implemented into Blaze Advisor?
8 A. I couldn't get a count. So no I do not.
9 Q. What was your methodology then to determine in
10    Paragraph 69 to make the statement, "Only a
11    fraction of Federal's business rules and decisions
12    were ever loaded into Blaze Advisor," -- "Blaze to
13    assist Federal."?
14 A. There's hundreds of thousands of rules that are
15    executed on a daily basis as part of this business
16    activity model, and if you look at the numbers of
17    rules that are loaded -- that are on that Fed
18    17914, it's a small amount compared to the total
19    rules that are being made on a daily basis.
20 Q. Do you know how many -- how many rules decisions
21    are being made at Federal on a daily basis?
22 A. I do not.
23 Q. Did you ask anyone?
24 A. I asked for total rules relative to plays, but I
25    didn't ask them for the total rules across all of

1   their business model. No.
2   Q.   So you -- you asked to receive information on the
3        total rules relative to Blaze?
4   A.   Um-hm.
5   Q.   And what was the answer you received?
6   A.   It's in Schedule 17914 I believe, the list of
7        rules that are associated with those applications.
8   Q.   Oh. Those are the -- I'll get it for you.
9   A.   I think it's on my chart.
10           (Whereupon material was marked for
11       identification as Exhibit 454.)
12      BY MS. KLIEBENSTEIN:
13  Q.   I'm handing you what's been marked as Exhibit 454.
14  A.   Complexity of number of rules.
15  Q.   Is this a document you're referring to?
16  A.   It is.
17  Q.   Did you ask to receive information about the total
18       number of rules being made at Federal companywide?
19  A.   In one of the discussions, was there a way to
20       count the total number of rules, and couldn't get
21       that number, but they could -- because of Blaze,
22       they were able to count what rules were in Blaze.
23  Q.   So you don't have any documentary support for your
24       opinion that only a fraction of Federal's business
25       rules and decisions were ever loaded into Blaze;

1        right?
2   A.   It's in my experience, based on my experience of
3        operating all these systems for an insurance
4        company.
5   Q.   So continuing on to Page 20, the statement that,
6        "Blaze's use is relatively small based on my
7        experience with seven insurance companies in North
8        America," --
9   A.   Um-hm.
10  Q.   -- that opinion is based on your experience and
11       not any data from Federal; right?
12  A.   Correct.
13  Q.   Paragraph 70 through 73 --
14  A.   Um-hm.
15  Q.   -- is your support for those paragraphs solely
16       your experience?
17  A.   No. In 70, if we look at the Gartner article on
18       innovation technology insight basically defining
19       the business rules management system, and then
20       part of that is my own experience working with
21       Ratabase and other policy systems that had
22       components for rules management.
23  Q.   In Paragraph 73, you provide an example of where
24       you did not think a business rules engine should
25       have been employed --

1   A.   Um-hm.
2   Q.   -- is that an accurate summary?
3   A.   That's correct.
4   Q.   And you gave a hundred policy volume is a high
5        average premium; right?
6   A.   Right.
7   Q.   Do you know how many policies Federal writes in
8        any year?
9   A.   No. I don't have the exact number.
10  A.   It's in significant excess of a hundred policy in
11       any given year; correct?
12  A.   Yes. It's way more than a hundred.
13  Q.   Moving to Paragraph 74, again, as we discussed
14       earlier --
15  A.   Yeah.
16  Q.   -- you conclude -- your opinion in 74 is that
17       based on your experience and not documentary
18       support from Federal?
19  A.   Well, it's a small role, and if you look at the
20       ecosystem and the amount of technology that's
21       used, I have documentation on how many
22       applications and components, third party
23       components they use, and Blaze is a small part of
24       that overall business process and ecosystem. So I
25       do have documents from -- from Federal on that.

1   Q.   Are you referring to -- jumping over to Paragraph
2        87.
3   A.   Um-hm.
4   Q.   Were you referring to your opinion that Federal
5        has approximately 1500 applications?
6   A.   Correct.
7   Q.   How did you arrive at that opinion that Federal
8        that 1500 applications?
9   A.   Claudio Ghislanzoni communicated that to me in an
10       interview, and it supports the total number of
11       systems, which is found in Fed 6248.
12      MS. JANUS:   Just speak up when you need a
13      break.
14      THE WITNESS:   Okay.
15      BY MS. KLIEBENSTEIN:
16  Q.   One clarification on Paragraph 117. So we were
17       just referring to 1500 different applications.
18  A.   Yeah.
19  Q.   It mentions 10 out of 107 proprietary insurance --
20  A.   Yeah. That -- that should have been 1500. I
21       picked up the wrong number.
22  Q.   Okay.
23  A.   Should have been 1500.
24  Q.   Did you look at any documents to confirm Federal
25       has approximately 1500 applications?

Page 186

1  A.  I looked at a -- some inventory documents, but I
2     haven't got the final.  That's why I put in here
3     that I would reserve the right because we were
4     looking to see if we could pin down the exact --
5     exact number.  So it's around 1500.
6  Q.  And then moving to Paragraph 88.
7  A.  Okay.
8  Q.  You state that, "Each application is made up of
9     multiple," -- "multiple internally developed
10    programs and potentially uses third party
11    technologies."
12 A.  Correct.
13 Q.  What is the basis for your support for this
14    opinion?
15 A.  The component view of CSI Express that is -- and
16    the Appendix B items, but Appendix B shows you the
17    third party components that are used as part of
18    many of these applications, and then the component
19    view shows the internally developed components as
20    well.  So where's the picture?  Just making sure.
21    There it is.
22 Q.  Appendix A or Appendix B?
23 A.  B I think it is.  Is it A or B?  The third party
24    applications.  I think it's maybe A.
25       MS. JANUS:  A.

Page 187

1        THE WITNESS:  Yeah.
2  BY MS. KLIEBENSTEIN:
3  Q.  And what is your support for Appendix A?
4  A.  Received this from Ramesh Pandey in an e-mail on
5     third party software.
6  Q.  Has that e-mail been produced in this case?
7  A.  I don't know.
8        MS. JANUS:  We can check.
9  BY MS. KLIEBENSTEIN:
10 Q.  So Appendix A reflects what again?
11 A.  These are third party software components that are
12    used for very specific functionality to either
13    build out or run the applications that run the
14    business.
15 Q.  Okay.  Are each of these third party software
16    applications -- each of these pieces of third
17    party software are they used in each of the 1500
18    applications?
19 A.  Some -- no.  There's some combination.  It depends
20    on what the application does, what language it's
21    written in, what technology it needed to run on.
22    There's so many -- a lot of variables as to what
23    these -- what they need in an application.  So not
24    every application would -- none of the
25    applications would use all 45 for example.  CSI

Page 188

1     Express uses about 20 of these.
2  Q.  Which 20?
3  A.  I'd have to highlight them for you.  I don't --
4     they are in that chart.  Go back to the chart
5     there and look in the yellow on Page 26.  If you
6     look under the yellow boxes, you see the -- the
7     components that are listed in -- or some of the
8     components that are listed in Appendix A.  The red
9     boxes also are where Blaze is identified.
10 Q.  So the chart in Paragraph 97 identifies the 20
11    third party software pieces that are used in CSI
12    Express?
13 A.  Correct.
14 Q.  Do you know what third party software is used in
15    each of the applications that are at issue in this
16    case?
17 A.  No.  I'm trying to get that information for each
18    one.  They -- we specifically asked to identify
19    where Blaze was used in all the different
20    applications on a component view.  So ...
21 Q.  And why are you trying to get that information?
22 A.  Just to validate what I'm seeing in all of the
23    documentation as well as understand how -- how
24    much it's used, where Blaze is actually used
25    versus the other technologies that are involved in

Page 189

1     the -- in running their business.  Because my
2     scope was to look at where Blaze is used in
3     conducting their day-to-day business, and I need
4     to know that for every system.
5  Q.  And sitting here today, you only know that
6     information for CSI Express; correct?
7  A.  I know -- verbally I know it from most of the
8     applications in that list that it's used.  These
9     are the ten that (indicating) -- that it's used
10    in, that Blaze is used in.  They are listed on Fed
11    17914.
12 Q.  Got it, but you don't have any information sitting
13    here today as to what other third party software
14    pieces or what other pieces are within these
15    various --
16 A.  Specific pieces --
17 Q.  -- applications?
18 A.  I'm sorry.  Specific pieces no, but I do know that
19    C -- CUW for example I'm told there were somewhere
20    between 15 and 20 third party components used in
21    that application, that's the next biggest behind
22    CSI Express, and the others are quite small, you
23    know, five-ten components.
24 Q.  Are those opinions reflected in your report
25    anywhere?



Page 190

1  A.  No.  Other than I may rely on additional component
2     view charts on Paragraph 100.
3  Q.  Taking the diagram in Paragraph 97 --
4  A.  Um-hm.

11  Q.  I guess I just proved my own point.
12  A.  Yup.  Need glasses.
13  Q.  Outside of the applications that use Blaze
14     Advisor, have you undertaken any analysis to
15     determine how many third party software pieces are
16     in those applications?
17  A.  In the applications that are not on this list?
18  Q.  Correct.
19  A.  I have not.
20  Q.  Looking at Paragraph 90.
21  A.  Okay.
22  Q.  You provide the opinion Blaze is one technology of
23     Federal's 1,545 technologies, or point -- 0.06
24     percent.
25  A.  Correct.

Page 192

1  Q.  That's a quantitative analysis; correct?
2  A.  That's correct.
3  Q.  Why did you provide that statement in your report?
4  A.  To demonstrate the -- the role that Blaze plays as
5     a technology within the -- Federal.
6  Q.  The quantitative role; correct?
7  A.  The quantitative role, correct, but as an
8     ecosystem, one piece is important to the whole
9     piece; right?  So they all in that sense are
10     important.
11  Q.  In the next sentence, the report states, "Blaze
12     only works when it is integrated with core
13     insurance applications."
14  A.  Um-hm.
15  Q.  Do you -- do you have an opinion as to whether the
16     applications listed in Exhibit 454 are,
17     quote-unquote, core insurance applications?
18  A.  Yeah.  Policy administration solutions are
19     generally a core system.  CSI Express as a policy
20     system, adapt evolution, those are policy -- my
21     understanding policy administration systems.
22         So policy administration systems are
23     generally core, and a lot of the utility
24     applications, compliance applications would be not
25     considered part of the core processing piece, but

Page 193

1  it would be supportive of the core.
2  Q.  Let's -- let's talk about each one of them
3     specifically.  CSI Express.  CSI Express would you
4     agree, as you state in your report, it's a policy
5     administration system that supports the quote
6     buying book and issue functions?
7  A.  Correct.
8  Q.  And those quote buying book and issues functions
9     generate revenue; correct?
10         MS. JANUS:  Object to the form of the
11     question.
12         THE WITNESS:  No.  The -- the process
13     policies that are sold through the distribution.
14  BY MS. KLIEBENSTEIN:
15  Q.  And those policies result in gross written premium
16     once they are --
17  A.  When you sell policies, you collect premium.
18  Q.  And in your opinion, Evolution, EZER, and
19     Adapt-ABL --
20  A.  Um-hm.
21  Q.  -- would you agree that they are all policy
22     administrations similar to CSI Express?
23  A.  Functionality-wise similar, but not necessarily
24     scaled to the same level of capability.
25  Q.  How are they different?



Page 194

1 A. They handle different products, different volumes,
2    different rules.

[redacted]

13 Q. So moving on from CSI Express --
14 A. Um-hm.
15 Q. -- if you go to Paragraph 103 --
16 A. Um-hm.
17 Q. -- let's talk about the automated renewal
18    processing application.
19 A. Um-hm.
20 Q. What is your understanding of that application?
21 A. Basically there are two -- two parts of this.
22    Part 1 is it reads through the policies that need
23    to be renewed, and the ones that can -- have to be
24    renewed manually go into an underwriter queue to
25    be manually looked at and decisioned.

Page 195

1      Those that are -- can pass all of the
2    underwriting criteria and there's no issues go
3    into an automated process ARP2 to actually go
4    through CSI Express and be renewed.
5 Q. So essentially ARP supports the renewal process at
6    Federal; correct?
7 A. For CSI Express. For those products that go
8    through CSI Express.
9 Q. And do you know one way or the other in the
10    insurance industry is the -- are renewals more
11    profitable sources of revenue than brand new
12    policies?
13 A. Not necessarily. If there's no -- you renew
14    somebody that had a claim not necessarily a --
15    more profitable. You're just trying to recover
16    what you lost, but renewing -- your retaining
17    customers is important in the insurance industry,
18    and you do that by renewing their policies,
19    providing great claim service.
20 Q. Is there a business benefit to being able to renew
21    policies automatically without a human touch?
22 A. There's efficiencies, you know, theoretically
23    there's efficiencies in handling the -- more
24    renewals, but there's a -- depends on how many
25    renewals you have I guess.

Page 196

1 Q. Well, let's take a company the size of Federal.
2 A. Um-hm.
3 Q. And I'll -- I'll ask that same question again. Is
4    there a business benefit in being able to
5    automatically renew policies without human touch?
6 A. Yes.
7 Q. Moving on to DecisionPoint, what is your
8    understanding of the DecisionPoint application?
9 A. DecisionPoint is -- is a -- it's what they use to
10    model rates, I believe, the rate tables and
11    pricing tables. It provides all the rules around
12    eligibility, what are eligible to be written on.
13      I'm -- I'm not familiar with their
14    endorsement generation, but I know it does that,
15    and then it -- it kind of normalizes the data
16    that's coming in from different sources.
17 Q. And do you -- are you aware what are the business
18    benefits -- what was the business case for the
19    DecisionPoint application?
20 A. I didn't see a business case for it in the
21    documents I reviewed.
22 Q. So you -- you don't know what business goal
23    Federal was hoping to achieve by implementing the
24    DecisionPoint application?
25 A. No I don't. Not based on -- I haven't seen their

Page 197

1    business case.
2 Q. Have you seen any documents explaining the
3    business case for any of the Federal applications
4    at issue in this case?
5 A. CSI Express. I saw the initial acquisition of the
6    -- the process. I also saw some PowerPoints that
7    were targeted for expanding the specialty markets,
8    but not the actual business case to do that.
9    Those are the two I recall.
10 Q. Did you ask for information on the business case
11    behind implementing --
12 A. No.
13 Q. Behind implementing the applications at issue?
14 A. No. I -- I took what was provided to me and felt
15    I had enough information about how it was being
16    used. Wasn't about going back and re-justifying
17    the business case. It was about how it's being
18    used now.
19      MS. JANUS: Are we at a breaking spot for a
20    break?
21      MS. KLIEBENSTEIN: Sure.
22      THE WITNESS: Take a quick break?
23      MS. JANUS: Yeah.
24      THE VIDEOGRAPHER: We're going off the
25    record. The time now is 3:46.



Page 198

1  (Whereupon a short break was taken from
2  3:46 p.m. to 3:57 p.m.)
3  THE VIDEOGRAPHER: We are back on the
4  record. This is the beginning of Media Number 5.
5  The time is 3:57.
6  BY MS. KLIEBENSTEIN:
7  Q. I'd like to backtrack to Paragraph 76.
8  A. Okay.
9  Q. And Paragraph 76 through 79 discuss alternatives.
10 A. Um-hm.
11 Q. Why are you providing opinions on -- well, let me
12  first ask: Alternatives to what?
13 A. To using Blaze in conducting the day-to-day
14  business.
15 Q. And why are you providing opinions on alternatives
16  to using Blaze?
17 A. As a way to show how Blaze is being used, and --
18  and ways that you could alternatively use it, or
19  other alternatives to using it.
20 Q. And how does that -- how does that relate to your
21  opinions based on whether or not Blaze Advisor is
22  connected to revenue and profits?
23 A. On what impact it's having -- having on the
24  business.
25 Q. So the first alternative is manual lookup?

Page 199

1  A. Um-hm.
2  Q. Can you explain that alternative for me?
3  A. Yeah. It's basically using a -- a underwriting
4  manual, or a rate sheet, or some method to -- to
5  quantify the -- to look up the business rule
6  associated with the application, and then taking
7  an action based on that.
8  Q. Do you know one way or the other -- strike that.
9  Did you undertake any investigation to determine
10  whether Federal could take Blaze out of the
11  applications that use Blaze and use the manual
12  lookup methodology and receive the -- achieve the
13  same results in the same time?
14 A. I did not do that analysis. No.
15 Q. Why not?
16 A. Because I basically just gave the alternative that
17  manual lookup is an option, and I was told that
18  TAPS was a -- an application that fit that mold,
19  and based on that provided that feedback.
20 Q. So separate from TAPS -- let's take Exhibit 454
21  and look at the rest of the applications. Let's
22  take CSI Express. Do you believe that Blaze
23  Advisor could be taken out of CSI Express and
24  Federal could instead use the manual lookup
25  procedure and achieve the same results in the same

Page 200

1  time?
2  A. The volume seems pretty high for that to be an
3  option, but I don't know the complexity of all of
4  the -- the applications and whether, you know, 95
5  percent of them were simple and 5 percent were
6  difficult. It just depends on the mix of the
7  business I would -- would assume.
8  Q. So you don't know one way your the other sitting
9  here right now whether Federal could instead just
10  use the manual lookup method instead of Blaze for
11  all of the -- for -- in CSI Express?
12 A. Correct.

16 A. Don't know the complexity of the transaction so I
17  couldn't tell you. I have no opinion either way.
18 Q. Could be an hour?
19 A. Don't know.
20 Q. So to confirm, you don't know whether the manual
21  lookup method would be a viable alternative to the
22  use of Blaze in CSI Express; correct?
23 A. I do not know.
24 Q. And separate and aside from TAPS, would you agree
25  that you don't know one way or the other whether

Page 202

1   the manual lookup alternative would be a viable
2   alternative to Blaze Advisor in any of these other
3   applications listed in Exhibit 454?
4   A.   Correct.
5   Q.   And you did not undertake any analysis to
6   determine whether the manual lookup procedure
7   would be a viable alternative to Blaze in those
8   applications?
9   A.   Correct.
10  Q.   Hard coding.  Tell me about the hard coding
11  alternative.
12  A.   The hard coding is basically putting the rules
13  into programming code, homegrown code.
14  Q.   I see in Paragraph 18 -- 78 you state that, "Hard
15  coding may be a good alternative for the
16  appropriate application that has infrequent rule
17  change."
18  A.   Um-hm.
19  Q.   Are there any applications that are at issue in
20  this case that are applications that have
21  infrequent rule changes?
22  A.   I believe TAPS probably has infrequent.  I have no
23  opinion on the others because I don't know what
24  the underwriting criteria and how often it changes
25  is for those products.  So on the policy

Page 203

1   administration systems, the frequency of rule
2   changes could be low, could be high.  I don't
3   know.
4   Q.   So other than TAPS, you don't have an opinion as
5   to whether hard coding is a viable alternative to
6   Blaze Advisor and any of the other applications
7   listed on Exhibit 454?
8   A.   Correct.
9   Q.   And the third alternative you list is a business
10  rules engine?
11  A.   Um-hm.
12  Q.   Is that synonymous for just another competitor of
13  Blaze Advisor?
14  A.   Yes.
15  Q.   And have you undertaken any analysis to determine
16  whether another competitor of Blaze Advisor would
17  be a suitable alternative to the use of Blaze
18  Advisor in the applications listed on Exhibit 454?
19  A.   I -- I know they would be based on my experience
20  with rules engines.  Based on how I understand
21  Federal is using them within their applications.
22  Q.   And that opinion is based on your experience;
23  correct?
24  A.   Absolutely.
25  Q.   Moving to Paragraph 81.

Page 204

1   A.   Um-hm.
2   Q.   Your opinion -- your report states, "FICO refers
3   to the benefit of increasing speed for various
4   decisions as evidence of Blaze improving gross
5   written premium and revenue gross."
6   A.   Um-hm.
7   Q.   Did you undertake an analysis to determine whether
8   or not Blaze Advisor increased the speed of
9   various decisions in the applications that use
10  Blaze Advisor at Federal?
11  A.   I would -- I did not take an analysis, but I don't
12  believe Blaze contributes to revenue and growth as
13  I've stated in my report.  It's the core
14  competency of the organization that delivers
15  revenue and profit, and you can't tie revenue and
16  profit to a single product or single technology.
17  Q.   Focusing on the increase in speed, and setting
18  aside the contribution to revenue concept, do you
19  have any -- do you dispute that Blaze Advisor did
20  increase the speed of certain decisions in the
21  applications at which -- in the applications that
22  use Blaze Advisor at Federal?
23  A.   I don't know if it did.
24  Q.   So you -- I asked that.  If you were to undertake
25  that study to determine if Blaze Advisor increased

Page 205

1   the speed of any decisions, how would you go about
2   doing it?
3   A.   I don't think there is a way to measure every part
4   of the ecosystem and then tie that back to a
5   single technology product as something to generate
6   revenue or profit.  Otherwise companies would be
7   buying technology based on revenue and profit as
8   the motive for buying the product, and none of
9   them do it.  It's a common practice not to.
10  Q.   Explain that for me.  It's a common practice
11  not --
12  A.   The cost benefit analysis doesn't focus on revenue
13  and profit.
14  Q.   Because it's difficult to analyze; correct?
15  A.   You can't track it to that one technology.
16  Q.   And so that's why the -- the ROI, if you will, is
17  focused on expenses more often; is that right?
18  A.   Expenses of the whole process, not of that one
19  technology.
20  Q.   And that's because the expenses are easier to
21  track; is that right?
22  A.   For the whole ecosystem.
23  Q.   The expenses are easier to track for the whole
24  ecosystem; is that right?
25  A.   Correct.

52 (Pages 202 - 205)

Page 206

1  Q.  We had -- before the break, we were talking about
2      DecisionPoint.  Let's move to Premium Booking on
3      Page 28 of your report.
4  A.  Page 28?  Um-hm.
5  Q.  What is your understanding of the Premium Booking
6      application?
7  A.  It determines the type of premium that's booked,
8      and tags it, and feeds it into a database that is
9      then used for reporting purposes.  It's a feeder
10     into a reporting application.
11 Q.  And is it your opinion that the use of Blaze in
12     the Premium Booking application has zero effect on
13     the revenue of Federal?
14 A.  I think Blaze has zero effect on revenue and
15     profits.
16 Q.  So focusing on zero effect on revenue of Blaze
17     Advisor and Premium Booking, can you tell me what
18     the basis is for that opinion?
19 A.  It's a reporting application.  It's just basically
20     categorizing and putting it into a way to report
21     it back out.  It's not selling it.  It's not
22     booking it.  It's not doing anything relative to
23     the policy.  It's just reporting it.
24 Q.  Premium Booking is reporting the policies for what
25     purpose?

Page 207

1  A.  For analysis of how the premium was generated I
2      guess.
3  Q.  Do you know what the business case was for
4      developing the Premium Booking application?
5  A.  I do not.
6  Q.  Did you ask anybody what the business case was for
7      developing the Premium Booking application?
8  A.  I did not.
9  Q.  Let's talk about the commercial underwriting
10     workstation --
11 A.  Um-hm.
12 Q.  -- and inventory management.  Do you have an
13     understanding of what the business case was for
14     implementing the inventory management tool within
15     the commercial underwriting workstation?
16 A.  My -- my understanding is it's used for clearing
17     -- a clearing function.  Basically identifying the
18     right agent, broker to send the -- or underwriter
19     to send the application to.  That's one use of --
20     of that application, of Blaze in that application.
21        Again, that piece of CUW was something that
22     I was told that can be manually handled as part of
23     a -- a manual process.
24        On the predictive score side, Federal loads
25     data and algorithms and formulas they -- that they

Page 208

1      created into it, and based on the data that comes
2      in on the application, it produces a predictive
3      score that then is fed back out to the
4      underwriter, and based on that, they can decide
5      how they want to move forward with the policy.
6  Q.  And that predictive score is that a score as to
7      the insurability of the -- the potential customer?
8  A.  The -- I believe it's severity of the risk.
9  Q.  Severity of what risk?
10 A.  That's been underwritten as part of the policy.
11 Q.  So why would Federal -- moving back to inventory
12     management and sending it -- sending an
13     application to the right underwriter, why would
14     Federal have an interest in sending applications
15     to, quote-unquote, the right underwriter?
16 A.  Because the type of risk.  It might be -- may need
17     different underwriting skill sets than other risks
18     that they get through that same portal.
19 Q.  So by sending it -- sending the application to the
20     right underwriter, the risk will be underwritten
21     better?
22 A.  The assumption would be that -- that they would
23     apply their knowledge of that risk and decide
24     whether to approve it or reject it.
25 Q.  So essentially to achieve better underwriting;

Page 209

1      correct?  Get it to the right underwriting --
2      underwriter to achieve better underwriting?
3  A.  Correct.
4  Q.  And the predictive score; what business -- why
5      would Federal have an interest in generating
6      predictive scores about risk levels?
7  A.  To assess the potential of losses if they
8      underwrite that policy.
9  Q.  Would the predictive score help Federal adjust the
10     -- the premium requested?
11 A.  It would -- it would adjust what they charge for
12     the policy if they decide to underwrite it.  If
13     they decide not to underwrite it, they don't get
14     the revenue.
15 Q.  And within CUW, you mentioned that inventory
16     management could be handled manually?
17 A.  I was told that it's a very simple rule
18     requirement. and someone could look at it coming
19     in and route it to the right person, and it was
20     used for work flow routing because it was simple.
21     It was there, they were using it for predictive
22     scores, they might as well use it for that.
23 Q.  And who told you that information?
24 A.  In one of the discussions with Ramesh.
25 Q.  So looking at Exhibit 454, ███████████

Page 210

1 ████████████████████████████
2 goes through Blaze. Do you see that?
3 A. Um-hm.
4 Q. How many more people would Federal need to hire if
5 they were going to perform that task manually?
6 A. I don't know the answer. Depends on whether
7 there's peaks in volume, and how -- how many they
8 are getting at any one point in time.
9 Q. So you have not independently investigated whether
10 in the inventory management tool the manual lookup
11 procedure is a viable business alternative --
12 A. I have not.
13 Q. -- to Blaze Advisor? And the predictive score
14 feature did -- did I hear you did somebody tell
15 you whether that could be handled manually as
16 well?
17 A. No. I did not hear that as part of the discussion
18 on the application. but I also would assume it's a
19 calculation that could be done with other
20 technology. The question is the volume.
21 Q. But you have not undertaken an independent study
22 to determine whether manual lookup, hard coding,
23 or any other third party --
24 A. No.
25 Q. -- software database could be inserted for Blaze?

Page 211

1 A. Correct. I have not.
2 Q. We've already talked about TAPS. Let's move to
3 the individual rate modification application, or
4 IRMA. What is your understanding of the IRMA
5 application?
6 A. It's a compliance application to make sure that
7 the -- the policy AD-MIN is pulling from a
8 centralized set of rates for consistency.
9 Q. So there's a policy AD-MIN that is pulling rates
10 from a centralized location?
11 A. Yeah. It's a service call to Blaze which provides
12 the -- the individual policy rates, and then they
13 can modify those and model them. There's a lot of
14 activity that's going on to insure that they are
15 complying with the rates that are filed so that
16 they don't have a compliance problem.
17 So this is -- to our discussion earlier,
18 it's making sure that upfront they are in
19 compliance as opposed to checking it on the back
20 end.
21 Q. So the IRMA application helps comply with what
22 regulations?
23 A. Federal and state regulations.
24 Q. That deal with --
25 A. Mostly state regulations.

Page 212

1 Q. That deal with what?
2 A. Rates. Not charging too much. Providing the
3 right discounts. You file your rates with
4 regulatory bodies, and you have to make sure
5 you're within a threshold when you quote the
6 policies and buy the policies.
7 Q. So the IRMA application helps Federal makes sure
8 that it's within those rate boundaries before they
9 issue the policy; is that right?
10 A. Correct.
11 Q. And have you undertaken any analysis to determine
12 whether another alternative could be used in place
13 of Blaze in the IRMA application?
14 A. No, but they could use another rating agent for
15 sure. Don't know if they could use the manual
16 approach, and I'm assuming because it's a newer
17 app they are not going to go back to embedding.
18 So they could use an alternative rating engine.
19 Q. But you've not undertaken an independent analysis
20 to study that; correct?
21 A. I have not.
22 Q. Going back to TAPS, the basis for your opinions
23 regarding TAPS is a telephone call with Helen
24 Mencke and Ellen Garnes?
25 A. Correct.

Page 213

1 Q. Do you have any other bases for that support
2 regarding your opinions regarding TAPS?
3 A. Just based on experience, and based on the low
4 value of Texas workers' comp, I did a lot of work
5 with Zenith Insurance, and I know -- I know that
6 business well enough to know that it's low volume.
7 Q. But we can't sitting here today put a number,
8 quantify that low volume amount?
9 A. No. Not like this.
10 Q. Let's turn to Paragraph 112. Actually, sorry,
11 111.
12 A. Um-hm.
13 Q. In 111, your report states, "Based on my review of
14 the original license agreement and subsequent
15 amendments between FICO and Federal in this
16 case," --
17 A. Um-hm.
18 Q. -- "the initial contacting arrangement and pricing
19 seems consistent with the market pricing for
20 business rules management software at that time."
21 A. Yup.
22 Q. And what were -- what is the basis for that
23 opinion?
24 A. My experience in the marketplace. Along with what
25 I saw in the actual licensing agreement for a Tier

Page 214

1 I company, and it's a divisional -- it was for one
2 business unit within that Tier I company.
3 Q.  Were you comparing that contractual arrangement
4 with any others specifically?
5 A.  Just those that I've -- I've written over the
6 years.  I've been involved in writing a number of
7 license -- software license agreements for policy
8 AD-MIN and rules engines.
9 Q.  Have any of those agreements been produced in this
10 case?
11 A.  No.  They would be confidential to those clients I
12 would assume.
13 Q.  So there are no documents in this case that we can
14 look to to support your opinion in Paragraph 111?
15 A.  I have not gained permission to use any documents
16 from my former clients.

██████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████████

██████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████   ██████████

██████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████████████

10 Q.  What's the basis for that opinion?
11 A.  The number of contracts that I've written.
12 Q.  And none of --
13 A.  For various clients.
14 Q.  None of those contracts have been produced in this
15 case; correct?
16 A.  They have not.
17 Q.  What does Tier I mean?  A typical Tier I insurance
18 carrier?
19 A.  Generally it's over $3 billion dollars of revenue,
20 premium revenue.
21 Q.  And where does that term come from, Tier I
22 insurance carrier?
23 A.  It's -- most of the industry insurance analysts
24 use that term to -- to categorize the size of the
25 carrier, an insurance carrier.

Page 216

1      Some analysts use Tier I through Tier III.
2 Others use Tier I through Tier V depending on how
3 granular they want to break down the categories
4 the tiers.
5 Q.  Have any of those documents been produced in this
6 case?
7 A.  What documents?
8 Q.  That substantiate the definition of tiers within
9 the insurance industry?
10 A.  I'm not sure if the Celant document that I used as
11 reference for policy AD-MIN had a description of
12 Tier I to Tier V in there.  It's possible it did,
13 but no other document that I produced would have
14 had that.
15 Q.  And you mentioned earlier that you reviewed some
16 of the statements of work, but not all the
17 statements of work; correct?
18 A.  I don't think I saw all of them.  I can't tell you
19 how many.  I saw there was quite a volume of
20 paper.
21 Q.  And do you know -- what is your support for your
22 knowledge of the professional services FICO
23 provided to Federal over the years?
24 A.  It's based on the relationships that I had with
25 multiple insurance carriers over the years paying

Page 217

1 for support for rules engine.
2 Q.  And separate from support, I'm asking about the
3 professional services that --
4 A.  For development and implementation services as
5 well.  Training is included in that as well.
6 Q.  Do you know specifically how many hours FICO
7 expended in the professional services engagements
8 with Federal?
9 A.  I don't recall the actual number.  No.  I know it
10 was about approximate $7 million dollars roughly
11 of professional services, but I don't know how
12 that translated into hours.
13 Q.  And do you have a list of the projects that FICO
14 performed for Federal?
15 A.  I just have the statements of work.
16 Q.  And you don't know one way or the other whether or
17 not you've reviewed all of them?
18 A.  Yeah.  I don't.
19 Q.  Your opinion in Paragraph 112 is based solely on
20 the dollar amount charged by FICO, not necessarily
21 an analysis of the actual work performed by FICO?
22 A.  That's correct.
23 Q.  In Paragraph 113, you write, "Software is intended
24 to make the business processing more efficient for
25 human resources."

55 (Pages 214 - 217)

Page 218

1  A.  Um-hm.

2  Q.  Is the only purpose for software in a business

3  organization to make the business processing more

4  efficient for human resources?

5  A.  No.  It's not the only reason, but it's a reason.

6  Q.  What are the other -- some other reasons to use

7  software in a business environment besides -- to

8  make business processing for efficient for human

9  resources?

10  A.  To validate data.  To provide functionality for

11  processing policies, but that's not a role that

12  Blaze provided, and I was focused on Blaze for

13  this report.

14  Q.  What is your support for your opinion in Paragraph

15  113?

16  A.  Again, my experience in buying and selling

17  software for the last 22 years.

18  Q.  In Paragraph 14, you state, "Federal would not

19  profit from breaching its agreement with FICO as a

20  software company."

21  A.  Right.

22  Q.  What is your basis for that statement?

23  A.  Basically Federal is an insurance company that

24  uses technology to support their business.  They

25  are not using -- they are not selling technology

Page 219

1  and making money off the selling technology.  So

2  any alleged breach, whether proven or not, would

3  be considered a -- a profiting from -- from the

4  technology.

5  Q.  And profit again is revenue minus expenses;

6  correct?

7  A.  Correct.

8  Q.  And let's presume that FICO is right, that as a

9  result of the acquisition by ACE Federal owes more

10  license fees.

11     If Federal didn't pay those license fees,

12  they would be reducing their expenses correct?

13     MS. JANUS:  Object to the form of the

14  question.  Calls for speculation, and a

15  hypothetical.

16     THE WITNESS:  I -- I have no idea whether

17  they are going to be -- they were in breach or not

18  so I can't answer the question, but ...

19  BY MS. KLIEBENSTEIN:

20  Q.  Well, but you know enough to opine that Federal

21  would not profit from breaching its agreement --

22  A.  Correct.

23  Q.  -- with FICO as a software company?

24  A.  Correct.

25  Q.  So I'm testing the validity of that opinion.  So I

Page 220

1  don't believe it's a hypothetical that can't be

2  answered.  So let's -- let's explore that again,

3  the statement is, "Federal would not profit from

4  breaching its agreement with FICO as a software

5  company," and I understand your position that

6  Federal doesn't resell software.

7  A.  Right.

8  Q.  So it's not going to gain license fees from

9  reselling Blaze.  Agreed?  So let's take that off

10  the table.  You've agreed with me that profit is

11  revenue minus expenses?

12  A.  Um-hm.

13  Q.  If Federal breached its agreement with FICO and

14  should have paid more in license fees after the

15  acquisition but didn't, aren't they saving

16  expenses?

17     MS. JANUS:  Same objections.

18     THE WITNESS:  They are not paying out

19  anything as a result, but again, it's -- they

20  haven't -- it's not proven, and I don't know how

21  much license -- whether the license fees are valid

22  based on what they have already paid and what

23  their terms were.

24     To me, they have paid significant amount of

25  license fees and services fees that support the

Page 221

1  business that they are doing with the product.

2  BY MS. KLIEBENSTEIN:

3  Q.  So your opinion stating Federal would not profit

4  from breaching its agreement with FICO as a

5  software company is solely based on the fact that

6  Federal would not resell the software and get

7  license fees back in?

8  A.  That was the primary reason.  Yeah.

9  Q.  Okay.  Let's look at Paragraph 126.

10  A.  Okay.

11  Q.  I take your opinion to be that you do not agree

12  that realizing the benefits of precision,

13  consistency, agility, speed, and cost improves

14  revenue; correct?

15  A.  Correct.

16  Q.  And what is the basis for that opinion?

17  A.  Because doing things fast doesn't necessarily mean

18  doing them right.  Consistently delivering the

19  wrong rule is not right.  Basically, you know,

20  doing things faster doesn't necessarily mean it's

21  doing the right things.

22  Q.  One of the core competencies of Federal that

23  you've testified about earlier is the people;

24  right?

25  A.  The knowledge -- people, and the knowledge that

Page 222

1  they contain about insurance.  Correct.
2  Q.  And how likely do you think it is that Federal
3     often uses the wrong rules or the wrong logic?
4  A.  I don't have an estimate of how many times that
5     happens, but they have losses, and if you look at
6     the loss ratio, you'll see that they have
7     underwritten risks that they have taken losses on.
8     Sometimes big risks.  So it's not always accurate.
9  Q.  So human judgment is not always accurate; correct?
10 A.  And it's human judgment that -- that drives the
11    business, not technology.
12 Q.  My question was though:  Human judgment is not
13    always accurate; correct?
14 A.  Not always accurate.  Yeah.
15 Q.  Do you have any examples of Federal loading
16    inaccurate business rules that resulted in -- that
17    did not provide the intended results?
18 A.  I used the -- the loss ratio as an example of
19    making decisions on policies that were inaccurate.
20    So I don't have a policy level data to share.
21 Q.  So other than the generalized corporate loss
22    ratio, you don't have any specific evidence of
23    your opinions in Paragraph 126?
24 A.  No.
25 Q.  In looking at Paragraph 127 --

Page 223

1  A.  Um-hm.
2  Q.  -- what methodology did you use to arrive at your
3     opinions in Paragraph 127?
4  A.  So -- so basically, if I recall, that 275 -- yeah.
5     So this was based on the fact that the rules come
6     from Federal employees and are not always accurate
7     rules, which are evidenced by what we just
8     discussed on -- on losses.
9     So that's the -- the slide that they point
10    to happened to be a Federal slide that contained
11    marketing data from what I saw was a FICO slide.
12    The same data that was on a FICO slide was on the
13    Federal slide, and it was more of a marketing
14    slide than it was a realized benefits.
15 Q.  Pick up Exhibit 452.
16 A.  452.  What page?  What page?  I'm sorry.
17 Q.  Look to Slide 14.
18 A.  14.  Yeah.  Reasons for adoptions.  Again, I saw
19    this same slide in other FICO presentations.
20 Q.  So is this the type of slide that informed your
21    opinion in Paragraph 127?
22 A.  It was.
23 Q.  And so in your opinion, all of the reasons for
24    adoption listed on Slide 14 of Exhibit 452 are
25    efficiencies?

Page 224

1  A.  Yeah.  They are aspirational efficiencies.
2  Q.  Aspirational efficiencies, and you have not
3     undertaken any independent study to determine --
4     to determine whether these aspirational
5     efficiencies actually occurred; is that right?
6  A.  That's correct.
7  Q.  And based on your earlier testimony, I understand
8     that would be quite difficult to do; is that
9     right?
10 A.  Yes.  Again, technology doesn't drive revenue and
11    profit.  It's the core competency of all of the
12    people, process, and technology brought together.
13    So trying to pin down revenue and profit to a
14    technology is impossible.
15 Q.  Understood, but your opinion is that Blaze Advisor
16    does not contribute to revenue?
17 A.  I don't think any single technology does.
18 Q.  But I'm understanding your testimony to be that
19    it's the combination of people, processes, and
20    technology that combine to generate revenue.
21 A.  Support a core competency.
22 Q.  And generate revenue; correct?
23 A.  Yes.
24 Q.  And technology is a piece of that core competency;
25    correct?

Page 225

1  A.  It's part of the ecosystem that a business uses to
2     do their business.
3  Q.  So in --
4  A.  But the source of -- the source of the decisions
5     that are being made about the business come from
6     the people and what's in their heads, not from the
7     technology.  It's only a tool to present what was
8     in those people's heads.  So the technology is not
9     generating revenue.  It's the rules that the
10    people loaded into the technology that are
11    generating revenue and profit.
12 Q.  I understood you to tell me earlier that one core
13    competency of Federal was the combination of the
14    people, processes, and technology.
15 A.  I may have misunderstood what you said, but the
16    core competency of an insurance company is
17    underwriting and investment income, and they
18    support that business with people, process, and
19    technology.  That's what I thought I said.
20 Q.  I have written down you stated that it's the
21    integration of people, process, and technology
22    that is a core competence of Federal.
23 A.  If you look at how you define core competencies,
24    it takes into account the whole organization,
25    people, process, and technology, but it in and of

57 (Pages 222 - 225)

Page 226

1  itself is not a core competency.
2         Insurance companies are not -- they do not
3  have a core competency in technology. Their core
4  competency is in insurance, and creating insurance
5  products, and selling insurance products, and
6  pricing insurance products. Technology is just a
7  support to that core competency.
8  Q.  And that opinion is based on your personal
9  experience?
10 A.  Yes, and on the definition of a core competency
11     from the research I've done.
12 Q.  Did you ask anyone at Federal what they believed
13     to be their core competencies?
14 A.  Underwriting.
15 Q.  And who told you that?
16 A.  It was in a meeting with -- among -- with --
17        THE WITNESS:  Can I say Kevin?
18        MS. JANUS:  Conversations with in-house or
19     outside counsel are privileged.  You can talk
20     about conversations you had to learn facts from
21     the business people at Federal.
22        THE WITNESS:  Yeah, and they were on the
23     call as well.
24 BY MS. KLIEBENSTEIN:
25 Q.  So again, who -- who provided you with that

Page 227

1  information?
2  A.  I don't -- I was on the call with Ramesh, and
3     in-house counsel, and external counsel. I think
4     those were representatives from -- that were on
5     the call.
6  Q.  So let's move to Slide 14. One of the bulleted
7     reasons for adoption that --
8  A.  I'm sorry. What was that?
9  Q.  Oh. I apologize Slide 14 in Exhibit --
10 A.  Slide 14. Got it.
11 Q.  The first reason Chubb has listed here for
12     adoption is reduce the time and cost involved in
13     developing decision applications.
14 A.  Um-hm.
15 Q.  What business benefit would reducing the time and
16     cost involved in developing decision applications
17     achieve?
18 A.  Allow them to use the resources to do something
19     else, or the -- or the investment to do something
20     else.
21 Q.  Give me an example.
22 A.  May not -- you may have a person that can handle
23     more work, or they don't need to handle the work
24     so you have them do something else. You use that
25     resource to do something different.

Page 228

1  Q.  And the next is enable decision logic to be used
2     by multiple applications. What would be the
3     business benefit of enabling decision logic to be
4     reused by multiple applications?
5  A.  So you consistently apply that logic across
6     multiple applications.
7  Q.  Why is that -- is that a good thing?
8  A.  Could be.
9  Q.  And why -- why could that be a good thing?
10 A.  If it applies to multiple products or multiple
11     applications, you -- you want it to be
12     consistently -- it might be a compliance issue.
13     It could be a -- I would say compliance probably
14     is a big benefit. It could avoid loss.
15 Q.  So they could avoid loss is one benefit?
16 A.  It's potential. It's potential.
17 Q.  Could the company also write more issue more
18     policies in a shorter amount of time?
19 A.  You know, I have no idea of knowing what policies
20     we're talking about here. So with this particular
21     -- what decision logic we're even talking about,
22     whether it's policy, whether it's claims, whether
23     it's billing, whether it's rates, whether it's
24     rule. I mean rules are all over the place.
25 Q.  But you don't have any reason sitting here today

Page 229

1  to disagree with the reason for adoption stated in
2  that second bullet?
3  A.  If you can achieve that, it's a good thing.
4  Q.  Why would it be a good thing to achieve --
5  A.  To have consistently applied that logic across the
6     multiple applications that needed it so you don't
7     have to redevelop it multiple times. It's why you
8     externalize rules.
9  Q.  It would be a business benefit; correct?
10 A.  Potentially.
11 Q.  Let's move to the fourth bullet, cut operational
12     costs and cycle times through automation. Can you
13     explain to me what business benefit would be
14     achieved from cutting operational costs and cycle
15     times using automation?
16 A.  If you can automate something that someone is
17     doing today, you can redeploy the body, or you can
18     reduce it. Most cases they are redeploying.
19 Q.  By redeploying, you mean that person can handle
20     more work; correct?
21 A.  Or do something different that needs to be done.
22 Q.  I remember in the 2018 Chubb annual report we saw
23     that passage referring to doing higher value work.
24     Do you recall that?
25 A.  I do.

Page 230

1  Q.  Would that be an example of redeploying a person?
2  A.  You could redeploy the person to do other work.
3      Yeah.
4  Q.  The next bullet is elevate all decision-making to
5      the level of the organization top expert.  What's
6      the business value in performing that function?
7  A.  First of all, I don't think it's all
8      decision-making, but getting the expert to develop
9      the rules that drive the decisions will
10     insure that you get a better risk, better --
11     better decision, but the rules are developed by
12     the people.  So -- in all of this.  It's people
13     drive all of this, not -- technology is a carrier.
14 Q.  The next bullet is enforce consistency and
15     compliance across channels and contact forms.
16     What would be the business benefit of a -- of that
17     feature.
18 A.  To make sure the rules are consistently applied
19     across the organization to avoid compliance and
20     potential fines.
21 Q.  Could that be consistency in pricing as well?
22 A.  It says and compliance.  It's possible that this
23     could refer to pricing, but it doesn't say that.
24     So I don't know the answer to that.
25 Q.  Would there be a business benefit in applying

Page 231

1      consistent prices in the insurance industry?
2  A.  From a compliance point of view, yes.
3  Q.  Paragraph 128.  What is your -- what was your
4      methodology to arrive at the opinion in 128?
5  A.  I -- I haven't seen any objective measures from
6      Whitener or from Federal that they achieved any
7      efficiencies for improvement in the gross written
8      premium.
9  Q.  So your opinion is 128 is based on your
10     experience?
11 A.  What I basically said here is if you want to track
12     efficiencies in an operation you have to measure
13     it -- you have to set a benchmark, you have to
14     measure it over time, and then have to report out
15     whether you got it, but this isn't about
16     technology.  It's about the process and the
17     efficiencies in the process.  You can't drag it to
18     one piece of software.  Doesn't work.
19 Q.  Do you know what RMA stands for?
20 A.  RMA?
21 Q.  Yeah.
22 A.  Give me the context.  No.
23 Q.  As a -- as a feature that Blaze provides?
24 A.  I'm not familiar.  Is it the read methodology?  I
25     don't know.

Page 232

1  Q.  Okay.
2  A.  Unless it's the read methodology, and that's just
3      the -- the core of the product and how it does its
4      calculations to pattern match rules and so forth.
5      More commonly called the readout algorithm.
6      So ...
7  Q.  Would you agree with me that if an incorrect
8      business rule is loaded into Blaze that could lead
9      to an indirect -- an incorrect decision coming out
10     of Blaze and a negative impact on revenue?
11 A.  An incorrect business rule will lead to an
12     incorrect decision, whether it's through Blaze or
13     manually.
14 Q.  And would that lead to a negative impact on
15     revenue?
16 A.  It depends on what that rule is.  I mean, if it's
17     a non-financial transaction that you're
18     processing, no.  If it was a financial
19     transaction, yes, related to the policy premium.
20     A lot of times the rules are not related to
21     revenue or -- or profit at all.
22 Q.  So if it's a -- an incorrect business rule in a --
23     if it's a rule relating -- let me make sure I
24     heard you right.
25         An incorrect business rule could negatively

Page 233

1      impact revenue if the rule was about a financial
2      transaction relating to a policy premium?
3  A.  Yes.  Whether it was done manually or through
4      technology.
5  Q.  And let's take the converse of that.  Let's say a
6      correct business rule was implemented into Blaze
7      Advisor relating to a financial -- on a financial
8      transaction relating to a policy premium.  That
9      would have a positive impact on revenue?
10 A.  The rule would have a positive impact, not the
11     technology.
12 Q.  Paragraph 133.  Is Paragraph 133 -- your opinion
13     from Paragraph 133 based on any independent study
14     you can conducted?
15 A.  It's not -- not with -- not with Federal.  No.
16 Q.  In Paragraph 135, you state that, "Blaze was
17     already in use by Federal to manage the rules
18     associated with the insurance policy processing
19     for specialty markets."
20 A.  Um-hm.
21 Q.  Are you saying that Federal was already a Blaze
22     customer before 2006?
23 A.  No.  No.  This was after that.  This was the
24     under-penetrated markets; right?  This wasn't the
25     initial use of Blaze.

59 (Pages 230 - 233)

Page 234

1 Q. Got it, and again, you did not ask for documents
2 or any employee -- any employee statements about
3 the -- the business case for adoption of those
4 applications that came after CSI Express; correct?
5 A. Correct. I think the only one I had was --
6 escapes me. I stated it earlier. Slipped my
7 mind.
8 Q. Moving to Paragraph 140, your report states,
9 "Processing efficiencies as highlighted by Mr.
10 Whitener do not directly translate to improved
11 premium revenue or revenue growth."
12 A. Um-hm.
13 Q. Did you undertake any study to test that opinion?
14 A. That's based on my experience.
15 Q. Did you ask anyone at Federal whether what you
16 refer to as the processing efficiencies translated
17 into improved premium revenue or revenue growth?
18 A. I did not discuss this item from Whitener's report
19 with Federal, no, and it basically supports my
20 opinion that it takes the entire ecosystem to --
21 to do that.
22    MS. KLIEBENSTEIN: If we want to take a
23 short break, I don't think I have any additional
24 questions.
25    THE VIDEOGRAPHER: We are going off the

Page 235

1 record. The time is 5:04.          0
2    (Whereupon a short break was taken from
3 5:04 p.m. to 5:12 p.m.)          0
4    THE VIDEOGRAPHER: We are back on the
5 record. The time now is 5:12.          0
6    MS. JANUS: Heather, do you want to ...
7    MS. KLIEBENSTEIN: Oh. No further
8 questions.
9    MS. JANUS: I just have a couple.
10    EXAMINATION
11 BY MS. JANUS:
12 Q. Mr. McCarter, there was some questioning today
13 about saved expenses due to efficiencies.
14 A. Um-hm.
15 Q. Do you have an opinion as to whether any saved
16 expenses due to efficiencies were caused by or
17 contributed to by Blaze?
18 A. I don't think any expenses were achieved by Blaze.
19 It's the entire ecosystem core competency of the
20 company that creates business results, revenue and
21 profit. So no. I don't -- there's no one piece
22 of technology you can point to and say it created
23 savings or expense savings.
24 Q. You were asked generally about measuring saved
25 expenses or savings due to -- due to efficiencies

Page 236

1 and some of the difficulties of measuring that.
2    Would it even be possible in your mind to
3 measure saved expenses due to efficiencies caused
4 by Blaze?
5 A. Not directly by one piece of technology. I mean,
6 it's -- it's -- the business has people, process,
7 and technology that support the operation, and
8 generally it's not one or the other that create
9 the results. It's the combination of the whole
10 ecosystem.
11    So I -- I would not be able to tie
12 efficiencies to a specific piece of technology.
13 Q. Is that consistent with the conclusions that you
14 reached in your report?
15 A. Yes.
16 Q. Does the concept of saved expenses due to
17 efficiencies change in any way any of the
18 conclusions that you reached in your report?
19 A. No.
20 Q. Based on your experience and knowledge in the
21 industry, are you able to reach the conclusions
22 that you've reached in the report based on the
23 information that you were provided by Federal?
24 A. Yeah. I believe I had every -- all -- all the
25 information I needed to form my opinion.

Page 237

1 Q. And -- sorry. Go ahead.
2 A. And it's there in that document (indicating).
3 Q. So when you say that, do you mean that the
4 information that you relied on to reach your
5 conclusions is referenced in one way or another in
6 your report?
7 A. Yes.
8 Q. You were asked about certain business functions or
9 systems that were listed on Pages 17 through 20 of
10 your report --
11 A. Um-hm.
12 Q. -- during the deposition, and whether those
13 functions lead to revenue. Do you recall that
14 testimony?
15 A. I do.
16 Q. Do you have an opinion about whether the use of
17 Blaze in any of the described systems leads to
18 revenue?
19 A. Technology doesn't drive revenue. It's the --
20 it's the business rules, business logic that
21 supports the core competency of the organization
22 that drive revenue and profits. So no. Blaze
23 does not drive revenue and profits.
24 Q. Do you have -- I sort of asked this earlier, but I
25 want to make sure it's clear. Do you have enough

1  information about the systems at Federal that use
2  Blaze to form your conclusions and opinions?
3  A.  Yes.
4      MS. JANUS:  Those are all the questions I
5  have.
6      THE WITNESS:  Okay.
7      MS. JANUS:  Thank you.
8      MS. KLIEBENSTEIN:  I have some followups.
9          EXAMINATION
10 BY MS. KLIEBENSTEIN:
11 Q.  You just stated that technology does not lead to
12 revenue growth; correct?
13 A.  Correct.
14 Q.  I note in the core competence article that
15 technology enhances core competencies; correct?
16 A.  It supports them and enhances them.
17 Q.  The article says enhances?
18 A.  Um-hm.
19 Q.  So doesn't it follow that technology as applied to
20 the core competencies can enhance revenue?
21     MS. JANUS:  Object to the form.
22     THE WITNESS:  It starts with the business
23 logic and the business.
24 BY MS. KLIEBENSTEIN:
25 Q.  It starts with the business logic and the

1  business --
2  A.  And that's what drives revenue and profit.
3  Technology is a supporting aspect of that core
4  competency.
5  Q.  And consistent with the article on core
6  competencies though, technology can be used to
7  enhance those core competencies that drive revenue
8  and growth; correct?
9      MS. JANUS:  Object to the form.
10     THE WITNESS:  I view it as supporting the
11 business, the core competency of the business,
12 which in the case of insurance and Federal
13 specifically is their underwriting capabilities
14 and their investment income management, which is
15 what drives all their revenue and profit.
16 BY MS. KLIEBENSTEIN:
17 Q.  But the Harvard Business Review article uses the
18 word enhance doesn't it?
19     MS. JANUS:  Objection. Argumentative.
20 Asked and answered several times.
21     THE WITNESS:  Yeah. I've -- enhanced to me
22 supports the business.
23 BY MS. KLIEBENSTEIN:
24 Q.  So enhance means the same thing as support in your
25 mind?

1      MS. JANUS:  Objection. Argumentative.
2  Asked and answered several times.
3      THE WITNESS:  It supports the business.
4  That's my answer.
5      BY MS. KLIEBENSTEIN:
6  Q.  I'd like an answer to my specific question, and
7  then I'll stop asking it. Enhance means the same
8  thing as support in your mind?
9  A.  In the context of the -- supporting the business,
10 yes, and -- yes.
11 Q.  So let's recap that. In the context of the --
12 well, let me back up.
13     The article of the core competence of the
14 corporation that's essentially a foundation of
15 your opinions in this matter; correct?
16 A.  Um-hm.
17 Q.  And it's your opinion that the core competencies
18 of a business lead to revenue generation; correct?
19 A.  Correct.
20 Q.  So the core competencies lead to revenue
21 generation?
22 A.  Um-hm.
23 Q.  The article states that technology enhances core
24 competencies; correct?
25 A.  (Witness nodded head in the affirmative.)

1  Q.  And so the conclusion that I'm drawing is that I
2  recognize your opinion that a core competency is
3  what leads to revenue, but technology can enhance
4  that revenue; correct?
5  A.  And I look at that as supporting the business.
6  Q.  And your -- your definition of support is enhance;
7  correct?
8      MS. JANUS:  Objection. Misstates the
9  testimony. It's argumentative, and it's
10 repetitive, and it's beyond the scope of the
11 limited questioning that I did.
12     THE WITNESS:  Is there a question I should
13 be answering?
14     MS. KLIEBENSTEIN:  Yeah.
15 BY MS. KLIEBENSTEIN:
16 Q.  You keep inserting the word support for enhance --
17     MS. JANUS:  He's explaining his opinion
18 over and over. You keep trying to change it. You
19 don't like the answer, but that doesn't mean you
20 can argue with him.
21     MS. KLIEBENSTEIN:  I'm not arguing with
22 him. I'm trying to understand it.
23     MS. JANUS:  I don't think you are. I think
24 you're trying to change it.
25     MS. KLIEBENSTEIN:  You don't want him to

Page 242

1  say the words enhance revenue. So ...
2      MS. JANUS: It has nothing to do with me
3  Heather. It has to do with fair questioning.
4  You've had as long a leash as you want today.
5  You're going beyond the scope of the limited two
6  minutes of questions that I asked, and you're
7  simply arguing with the witness.
8      MS. KLIEBENSTEIN: Let me finish my
9  questions.
10 BY MS. KLIEBENSTEIN:
11 Q.  So with or without technology, Federal's core
12     competencies is it -- is it your -- would you
13     agree with this, that Federal's core competencies
14     would have generated the same amount of revenue?
15     MS. JANUS: Object to the form of the
16     question. It's vague. Calls for hypothetical.
17     THE WITNESS: Yeah. I -- I don't know.
18     Maybe they would have done different policies.
19     Maybe they would have -- I don't know, but
20     technology supports the business.
21 BY MS. KLIEBENSTEIN:
22 Q.  So if you strip technology out of the business --
23 A.  Um-hm.
24 Q.  -- would Federal have generated the same amount of
25     revenue?

Page 243

1  A.  Don't know. I can't answer that.
2  Q.  What would you need to answer that question?
3  A.  What would they have done without the technology?
4      What products would they have sold? Would this
5      have gone to high value premium, low volume so
6      they didn't need technology to generate the same
7      amount of revenue. Arch generated $3 billion
8      dollars on ten policies. I didn't need technology
9      for ten policies. I could have handled them all
10     manually.
11 Q.  Do you understand Federal's business model today?
12 A.  I do.
13 Q.  And the way that they conduct their business
14     today?
15 A.  I do.
16 Q.  And the way that they generate revenue today?
17 A.  I do.
18 Q.  Take out the technology that Federal uses today.
19     Could they operate the exact same business today?
20 A.  They wouldn't take out -- take out Blaze and put
21     -- they would put another rules engine in. So
22     they would effectively be doing the same thing.
23 Q.  That wasn't my question.
24 A.  But you're asking me for a hypothetical, and I
25     can't answer your question because I don't know

Page 244

1  what they would do.
2  Q.  Okay.
3  A.  Product-wise, services-wise.
4  Q.  My question wasn't about Blaze. It was about the
5      technology in the business.
6      If you take it out, do you think yes, no,
7      don't know, can't tell, maybe, do you think that
8      Federal could generate the same amount of revenue
9      without all of the technologies that it employs
10     today?
11 A.  They need technology to support the business, a
12     lot of technology, not just one piece of
13     technology, and I basically said that it's the
14     core competency of that company that drives
15     revenue and profit, and people, process, and
16     technology support that.
17     So enhancing is supporting to me because
18     it's not replacing their core competency with
19     technology. It's using their core competency to
20     do what it does. Maybe a little bit faster, maybe
21     a little bit differently, but it's their core
22     competency that drives it.
23 Q.  So is that a yes or a no? If you take out all of
24     the technology, they could generate the same
25     revenue that they do today?

Page 245

1  A.  All of the --
2      MS. JANUS: Objection. Asked and answered
3      several times.
4      THE WITNESS: Yeah. I've answered the
5      question. It -- I don't know what they would do
6      business-wise, but they would not take out all of
7      their technology. They change technology all the
8      time.
9  BY MS. KLIEBENSTEIN:
10 Q.  And why wouldn't Federal take out all of its
11     technology?
12 A.  It supports their business. It supports their
13     core competency.
14 Q.  The first question you were asked was about
15     whether you have an opinion as to whether any
16     saved expenses due to efficiencies were
17     contributed to by Blaze?
18     Have you undertaken a study to determine
19     whether Federal did in fact save any expenses due
20     to any efficiencies contributed to by Blaze?
21 A.  No I did not.
22 Q.  And you haven't -- you haven't spoken to any
23     witnesses at Federal about that; correct?
24 A.  Correct.
25 Q.  And you don't know one way or the other if Federal

Page 246

1  could have achieved the same results using a
2  different alternative; correct?
3  A.  I don't know if they could or they couldn't.
4  Q.  Then you were asked some questions about measuring
5      saved expenses, and did you ask anyone at Federal
6      whether it was possible to measure saved expenses
7      as it relates to the applications that use Blaze
8      Advisor?
9  A.  I asked Mr. Folz if there was any documentation on
10     the metrics or justification, and he wasn't aware
11     of any.
12         MS. KLIEBENSTEIN:  I think that's it.
13         MS. JANUS:  All right.  We'll read and
14  sign.
15         THE VIDEOGRAPHER:  This concludes today's
16  deposition.  The time now is 5:28 p.m.
17         (Whereupon the deposition adjourned at 5:29  0
18  p.m.)
19
20
21
22
23
24
25

Page 247

1  STATE OF MINNESOTA  )
2                     ) SS
3  COUNTY OF HENNEPIN  )
4
5  I Jacqueline McKone, certified shorthand reporter
   and notary public for the State of Minnesota,
6  certify there came before me the deponent herein
   who was sworn by me to testify to the truth
7  concerning the matters in the cause, and I certify
   this transcript is a true transcript of my
8  original shorthand notes.
9  I certify I am neither attorney nor counsel for,
   nor related to, nor employed by any of the parties
10 to the action in which this deposition is taken;
   and furthermore, I am not a relative or employee
11 of any attorney or counsel employed by the parties
   hereto or financially interested in this action.
12
   The cost of the original transcript has been
13 charged to the party noticing the deposition, and
   all parties ordering copies are charged at the
14 same rate for such copies.
15
   IN WITNESS WHEREOF, I have affixed my notary seal
16 this day:  10 June 2019
17
18  _Jacqueline McKone._
19  Jacqueline McKone
20
21
22
23
24
25

Page 248

1         Veritext Legal Solutions
2             1100 Superior Ave
              Suite 1820
              Cleveland, Ohio 44114
3           Phone: 216-523-1313
4
   June 11, 2019
5
   To: Leah Janus
6
   Case Name: Fair Isaac Corporation v. Federal Insurance Company
7
   Veritext Reference Number: 3390638
8
   Witness:  Billy McCarter        Deposition Date:  6/5/2019
9
10 Dear Sir/Madam:
11
   Enclosed please find a deposition transcript.  Please have the witness
12 review the transcript and note any changes or corrections on the
13 included errata sheet, indicating the page, line number, change, and
14 the reason for the change.  Have the witness' signature notarized and
15 forward the completed page(s) back to us at the Production address
16 shown
17 above, or email to production-midwest@veritext.com.
18
   If the errata is not returned within thirty days of your receipt of
19 this letter, the reading and signing will be deemed waived.
20
21 Sincerely,
22 Production Department
23
24
25 NO NOTARY REQUIRED IN CA

Page 249

1         DEPOSITION REVIEW
       CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 3390638
3  CASE NAME: Fair Isaac Corporation v. Federal Insurance Company
   DATE OF DEPOSITION: 6/5/2019
4  WITNESS' NAME: Billy McCarter
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7      I have made no changes to the testimony
   as transcribed by the court reporter.
8
   _____
9  Date       Billy McCarter
10     Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
       They have read the transcript;
13     They signed the foregoing Sworn
       Statement; and
14     Their execution of this Statement is of
         their free act and deed.
15
       I have affixed my name and official seal
16
   this _____ day of _____, 20_____.
17
18     Notary Public _____
19
       Commission Expiration Date _____
20
21
22
23
24
25

Page 250

1   DEPOSITION REVIEW
    CERTIFICATION OF WITNESS
2
    ASSIGNMENT REFERENCE NO: 3390638
3   CASE NAME: Fair Isaac Corporation v. Federal Insurance Company
    DATE OF DEPOSITION: 6/5/2019
4   WITNESS' NAME: Billy McCarter
5       In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7       I have listed my changes on the attached
    Errata Sheet, listing page and line numbers as
8   well as the reason(s) for the change(s).
9       I request that these changes be entered
    as part of the record of my testimony.
10
        I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
    that both be appended to the transcript of my
12  testimony and be incorporated therein.
13  _____
    Date          Billy McCarter
14
        Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
    the referenced witness did personally appear
16  and acknowledge that.
17      They have read the transcript;
        They have listed all of their corrections
18      in the appended Errata Sheet;
        They signed the foregoing Sworn
19      Statement; and
        Their execution of this Statement is of
20      their free act and deed.
21      I have affixed my name and official seal
22  this _____ day of _____, 20____.
23  _____
    Notary Public
24
25  _____
    Commission Expiration Date

Page 251

1       ERRATA SHEET
        VERITEXT LEGAL SOLUTIONS MIDWEST
2       ASSIGNMENT NO: 3390638
3   PAGE/LINE(S)      CHANGE      /REASON
4   _____
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
    Date          Billy McCarter
21  SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22  DAY OF _____, 20_____ .
23  _____
    Notary Public
24
25  _____
    Commission Expiration Date

64 (Pages 250 - 251)

**[0 - 4000]**                                                                  Page 1

| **0** |
| --- |

**0**   4:9 40:3,5 235:1
  235:3,5 246:17
**0.06**   191:23
**0001**   3:21
**0001-0028**   3:19
**0001-0029**   3:17
**000122**   3:17
**000171**   3:19
**0057280-0057304**
  3:25
**017914**   3:21

| **1** |
| --- |

**1**   4:20 115:1 129:2
  194:22
**1,545**   191:23
**1.22**   210:1
**10**   106:17 107:20
  115:10 127:4,9,9
  185:19 215:4
  247:16
**10,000**   175:24
**100**   136:9 190:2
**100,000**   11:4
**103**   194:15
**105**   3:14
**1054**   1:4 4:25
**107**   185:19
**10:06**   40:8
**10:07**   40:5
**11**   28:7 115:11
  149:24 153:6
  162:1 164:7,8,25
  165:1,11,19,22
  248:4
**1100**   248:1
**111**   213:11,13
  214:14
**112**   213:10 214:17
  217:19

**113**   217:23 218:15
**117**   185:16
**12**   87:16 88:12
  106:19 115:12
**126**   221:9 222:23
**127**   222:25 223:3
  223:21
**128**   3:15 231:3,4,9
**12:02**   108:25
  109:2
**12:04**   109:5
**12:05**   109:2
**12:14**   115:20
**12:15**   115:22
**13**   115:13 151:2,12
  151:12
**132**   144:4,5
**133**   233:12,12,13
**135**   233:16
**14**   102:20 106:14
  109:7 110:16
  113:25 115:14
  158:25 218:18
  223:17,18,24
  227:6,9,10
**140**   234:8
**143**   3:24 87:1
**145**   3:16
**15**   102:21 110:17
  115:15 160:19
  189:20
**1500**   185:5,8,17,20
  185:23,25 186:5
  187:17
**16**   1:4 4:25 63:16
  75:12 102:12,21
  102:21 110:17
  115:16
**164**   3:18
**17**   24:6 59:13
  110:17 115:17

237:9
**17-18**   59:13
**17111**   163:24
**17914**   69:17
  181:18 182:6
  189:11
**18**   102:12 110:17
  115:18 151:7
  202:14
**182**   3:20
**1820**   248:2
**19**   115:19
**1999**   15:15
**1:11**   115:24
**1:12**   115:22

| **2** |
| --- |

**2**   40:7 115:2
**20**   115:20 183:5
  188:1,2,10 189:20
  237:9 249:16
  250:22 251:22
**200**   2:9
**2000**   15:14,14
**2002**   22:18 29:20
  32:22 150:4
**2006**   6:12 59:23
  60:1 77:23 78:16
  78:18 79:21 90:16
  91:3 92:17 102:13
  102:14,19 109:15
  109:20 110:14
  130:7 133:7
  233:22
**2016**   60:1
**2018**   3:14 105:9
  107:6 138:17
  229:22
**2019**   1:25 4:6,10
  247:16 248:4
**20924**   247:18

**21**   96:18 97:7
  115:21
**216-523-1313**
  248:3
**22**   3:9 115:22
  218:17
**23**   115:23 116:1,3
  128:15,21,21
**235**   3:4
**24**   115:24 128:25
**25**   115:25 122:21
  128:15
**26**   127:19 132:17
  188:5
**275**   10:20 223:4
**28**   206:3,4
**2:25**   158:18,20
**2:37**   158:23
**2:38**   158:20

| **3** |
| --- |

**3**   109:4 115:3
  127:8,9 215:19
  243:7
**3200**   2:3
**332-5300**   2:4
**332-9081**   2:5
**3390638**   248:7
  249:2 250:2 251:2
**35,000**   140:16,22
  160:7
**3:46**   197:25 198:2
**3:57**   198:2,5

| **4** |
| --- |

**4**   115:4 127:11
  145:19,21 158:22
**40**   133:22,23,24
**400**   148:21 149:1,2
  149:2,3
**4000**   2:9

**[41 - achieved]**

**41** 137:4,6
**43** 3:10 138:4
**44** 138:22,22,25
**44114** 248:2
**444** 3:8 9:21 10:2
**445** 3:9 22:9,11
**446** 3:10 43:1,3
**447** 3:11 45:19,21
**448** 3:12 52:11,13
**449** 3:13 96:23
  97:1
**45** 3:11 139:3,7
  187:25
**450** 3:14 105:3
  151:5
**451** 3:15 128:7,9
**452** 3:16 145:12,14
  150:15 151:11
  223:15,16,24
**453** 3:18 164:1,3
**454** 3:20 182:11,13
  192:16 199:20
  202:3 203:7,18
  209:25
**46** 139:14
**47** 140:10
**49** 140:10
**492-7000** 2:10
**492-7077** 2:11

**5**

**5** 1:25 4:6 56:16
  89:10 106:2 115:5
  145:19 149:23
  165:2 198:4 200:5
**50** 11:3 138:23
  139:1
**50,000** 11:1,2
**51** 143:12
**52** 3:12 150:17
  151:4,5

**55** 28:8 161:10
**55402** 2:4,10
**56** 161:10,17 167:8
**57** 161:10 162:7
  166:15,16 173:23
**58** 162:11
**59** 161:24 166:1,14
**5:04** 235:1,3
**5:12** 235:3,5
**5:28** 246:16
**5:29** 246:17
**5th** 4:9

**6**

**6** 3:3 10:19 106:6
  106:10 115:6
  127:9 152:21
  191:8,8,10
**6/5/2019** 248:8
  249:3 250:3
**60** 167:9,9
**61** 169:20 171:8
**612** 2:4,5,10,11
**62** 170:14 171:8
**6248** 185:11
**63** 171:25 172:17
  172:18,19
**65** 173:6
**66** 174:18 175:17
**67** 175:22 176:23
**69** 181:10

**7**

**7** 62:9 115:7 127:6
  217:10
**70** 183:13,17
**73** 183:13,23
**74** 184:13,16
**75** 11:5
**75,000** 11:7
**750,000** 200:19
  201:4

**76** 198:7,9
**78** 202:14
**79** 198:9

**8**

**8** 55:3,5,11 106:13
  115:8 128:15
  129:2
**80** 2:3 4:4 160:17
**81** 203:25
**83** 82:8,9 83:19
**87** 3:24 185:2
**88** 186:6

**9**

**9** 3:8 115:9 128:10
  128:17
**90** 191:20
**94** 69:22
**95** 200:4
**96** 3:13 150:4
**97** 188:10 190:3
**9:05** 4:5,9
**9:56** 40:3,5

**a**

**a.m.** 4:5,9 40:5,5
**ability** 21:15 51:17
  51:18 52:1,4,7
  53:21 87:19 88:11
  98:17,18,23 99:15
  101:11,16 106:5
  107:1 154:3 156:9
  156:16
**abl** 193:19
**able** 18:18 30:19
  32:15 36:10 37:14
  44:5 108:19 124:4
  125:21 135:19,21
  154:4 156:1 169:3
  169:10 172:16
  182:22 195:20
  196:4 236:11,21

**absence** 124:12
**absolutely** 45:10
  148:23 154:1
  203:24
**accept** 19:12,13
  142:7 159:20
**acceptance** 170:20
**accepted** 19:18
  59:2 175:1
**access** 31:9 32:2,9
  32:14,15 57:18
  81:8 98:10
**accident** 178:5
**accomplish** 179:7
**account** 31:13
  85:3 89:14 225:24
**accountable** 84:8
  85:3
**accounts** 19:12
  89:2
**accuracy** 144:12
  144:22,25 145:5,8
  145:18,20,24
  146:8,13
**accurate** 10:20
  37:18 43:20 44:15
  46:1 54:17 145:22
  145:22 184:2
  222:8,9,13,14
  223:6
**accurately** 148:5
  153:15 158:3
**ace** 1:9 93:9 94:20
  219:9
**achieve** 92:5 133:7
  133:15 196:23
  199:12,25 208:25
  209:2 227:17
  229:3,4
**achieved** 61:12,23
  122:2 124:7

[achieved - agree]                                                    Page 3

133:17 229:14
231:6 235:18
246:1
**acknowledge**
249:11 250:16
**acquire** 77:25 84:2
87:15
**acquired** 40:17
41:6,10 47:15
48:5 50:11 59:23
59:25 79:14 81:15
94:20 155:13
**acquiring** 49:20
49:25 57:25 77:19
83:20 84:18 87:8
**acquisition** 9:6
19:4 173:24 197:5
219:9 220:15
**acronym** 7:17
190:24
**act** 249:14 250:20
**action** 5:8 199:7
247:10,11
**activities** 9:12,13
76:10,14,25 100:9
114:7,14,23 115:5
115:11 161:20
162:21 163:1
166:4,8,13,23
174:21
**activity** 38:7
160:23 161:22,24
162:1,9,12,18,22
163:4 165:24
167:6,13 168:25
169:24 170:6,18
171:4 172:4,6,6,11
173:8,9,23 174:11
181:16 211:14
**actual** 61:19 197:8
213:25 217:9,21

**actuarial** 170:11
**actuaries** 16:8
21:13 139:3,7,10
139:23 140:13,14
140:17 141:3,5,9
143:7,7 170:1
171:23
**actuary** 139:8
**ad** 42:8 83:11
159:17 211:7,9
214:8 216:11
**adapt** 192:20
193:19
**add** 10:24 37:4,5
57:19 88:11 126:5
174:16
**added** 31:24 215:3
**additional** 20:5
30:24 31:20 42:9
63:11 84:11 93:1
116:16 126:17
190:1 234:23
**address** 59:14
65:4 248:15
**addressing** 143:18
**adjourned** 246:17
**adjudication**
165:20,21
**adjudicators** 16:9
**adjust** 53:11
141:19,24 143:7
209:9,11
**adjusting** 137:10
**administer** 28:4
**administration**
8:12 13:11,13
14:20,23,25 15:2
16:1 19:20 20:14
27:12,16,22 28:5,7
34:13 36:1 41:7
41:14,19 47:11

48:1,11 74:1 83:8
83:17 173:14
175:2,20 190:11
192:18,21,22
193:5 203:1
**administrations**
193:22
**admit** 190:25
**adoption** 223:24
227:7,12 229:1
234:3
**adoptions** 223:18
**advanced** 13:22
**advantage** 13:23
14:4 44:17,21,23
44:25 45:9 107:23
**advisor** 8:22 35:5
41:25 49:16,19
50:13 56:17,19
59:20 60:13,19,23
61:13,24 63:7,10
63:17 65:2,8,24
68:3 71:5,9,11,17
72:19 77:1 79:13
80:9 87:8 92:5,11
92:16 102:23
108:10 111:15
112:13 114:21
120:8 121:23
122:14 123:7
124:2,10 130:16
152:24 153:8,20
159:23 167:23
169:5 179:23
180:22 181:2,7,12
191:14 194:4
198:21 199:23
202:2 203:6,13,16
203:18 204:8,10
204:19,22,25
206:17 210:13

224:15 233:7
246:8
**advisory** 7:14,21
9:16
**affect** 16:14,19
142:3,19,22,24,24
143:1,8 156:5,5
172:11
**affiliations** 5:12
**affirmative** 41:12
240:25
**affixed** 247:15
249:15 250:21
**age** 109:9 112:20
**agency** 174:3
**agent** 31:8,9,10,23
31:25 33:21 36:12
36:12 37:3 53:4
112:5 130:17
172:10 173:11,20
174:10,12 207:18
212:14
**agents** 15:10 31:2
31:14 32:11 144:8
159:4,14
**agile** 154:4
**agility** 91:14,17
153:14,24 154:7,7
154:16,20,23
155:1 221:13
**aging** 13:24
**ago** 6:11 30:10
92:9
**agree** 4:18 15:22
16:11 73:14 86:5
100:6 104:7 108:1
108:10 114:20
121:8 122:13
125:8,11,11
127:16 138:17
144:24 146:19

147:9 153:19
164:10 167:2
171:4 174:11
193:4,21 201:24
221:11 232:7
242:13
**agreed** 103:24
220:9,10
**agreeing** 144:25
**agreement** 6:15,16
6:18 213:14,25
218:19 219:21
220:4,13 221:4
**agreements** 214:7
214:9
**ah** 10:9
**ahead** 33:11 46:23
126:4 176:15
237:1
**al** 4:23 76:1 117:7
171:24
**algorithm** 232:5
**algorithms** 207:25
**alissa** 70:17,18
**alleged** 219:2
**allianz** 12:9,12,23
12:25 13:8,15,16
14:9,10 15:4,6
16:2 17:4,6,10
23:8 32:22 100:12
100:16,17,19
101:8 137:8
**allow** 19:6 21:19
38:19 46:22 53:16
114:5 117:2
227:18
**allowed** 115:10
118:24 119:11
**allows** 21:24 46:4
114:21

**alluded** 122:1
**alternative** 198:25
199:2,16 201:21
202:1,2,7,11,15
203:5,9,17 210:11
212:12,18 246:2
**alternatively**
198:18
**alternatives** 67:14
198:9,12,15,19
**amendments**
213:15
**america** 12:15
183:8
**american** 1:9
12:13 13:8 17:9
49:5 56:7
**amount** 8:11
40:20 60:24 61:11
122:11,15 138:21
157:12 168:25
181:18 184:20
213:8 215:6
217:20 220:24
228:18 242:14,24
243:7 244:8
**analogous** 133:2
**analysis** 26:18,22
27:1,9,17 28:20,23
28:24 29:1 31:24
84:9 167:1,5
180:25 191:14
192:1 199:14
202:5 203:15
204:7,11 205:12
207:1 212:11,19
217:21
**analyst** 7:25
**analysts** 215:23
216:1

**analyze** 205:14
**anchor** 89:7
**announce** 5:11
**annual** 3:14 102:8
102:10,10,13,19
105:6,9,11 107:6
109:7,15 110:11
110:13 111:6
137:3 138:9,18
229:22
**answer** 7:1 27:10
28:10 50:17 54:2
61:14 62:1,3,4
66:12 67:5 71:25
72:21 75:7 83:15
103:9 118:5 126:8
128:23 129:6
145:7 146:15
154:15 155:5
156:15 157:5
158:1 182:5 210:6
219:18 230:24
240:4,6 241:19
243:1,2,25
**answered** 20:10
103:6 125:25
126:15,23 146:20
220:2 239:20
240:2 245:2,4
**answering** 134:19
241:13
**answers** 67:10
**anybody** 62:12
64:19 113:20
178:13 207:6
**apologize** 132:11
227:9
**app** 212:17
**apparently** 22:14
82:23

**appear** 151:25
152:1 249:11
250:15
**appearance** 5:14
**appearances** 2:1
5:11
**appears** 10:6
153:10
**appended** 250:11
250:18
**appendix** 186:16
186:16,22,22
187:3,10 188:8
**application** 12:5,7
19:8,9,14,22,24
20:1,9,10 21:19
30:3 36:2 37:19
38:17 63:13 68:21
68:25 69:1,2 70:3
71:13 72:2,13
73:20,23,24 74:8
74:17,19 87:13
88:9 92:18 96:15
111:17,24 112:8
115:14,15 117:9
132:13 170:25
171:1,1 172:7,8,9
173:10,19 174:6
177:1,7,10,17,19
178:18 179:23
180:22 181:1
186:8 187:20,23
187:24 189:21
190:6,9,15,17
194:18,20 196:8
196:19,24 199:6
199:18 200:22
202:16 206:6,10
206:12,19 207:4,7
207:19,20,20
208:2,13,19

210:18 211:3,5,6
211:21 212:7,13
**applications** 11:22
11:24,25 12:2
15:13 19:6,17
21:5 35:11,14
38:3,20 62:25
66:21,22,23 67:15
67:18,20,21,23
69:11,13,14,24
70:4,6,14 74:25
75:2,5,8,11 77:9
77:14 81:25 82:5
82:6,13 91:5,10
92:11,17,22,25
115:9,12 116:8,15
116:19,22 117:2
124:23,24 133:14
149:16 159:12
160:16 165:14,15
174:4 178:7 179:9
179:11 182:7
184:22 185:5,8,17
185:25 186:18,24
187:13,16,18,25
188:15,20 189:8
189:17 191:13,16
191:17 192:13,16
192:17,24,24
197:3,13 199:11
199:21 200:4
202:3,8,19,20
203:6,18,21 204:9
204:21,21 208:14
227:13,16 228:2,4
228:6,11 229:6
234:4 246:7
**applied** 55:23
118:25 119:1
163:16,17 229:5
230:18 238:19

**applies** 161:5
228:10
**apply** 97:11 139:6
139:7 170:12
208:23 228:5
**applying** 170:9
230:25
**appreciable** 116:6
116:10,11
**approach** 23:14
24:15 35:4 59:4
143:4 212:16
**appropriate** 20:7
59:5 172:10
202:16
**approvals** 23:9
**approve** 14:16
20:9 208:24
**approved** 79:6
80:3
**approver** 80:5
**approving** 115:12
**approximate**
217:10
**approximately**
185:5,25
**arch** 243:7
**architect** 63:13
**architecture** 13:18
77:8
**area** 29:10 89:13
95:2 105:22
**areas** 41:18 95:13
95:17,19 164:18
164:20
**argue** 241:20
**arguing** 241:21
242:7
**argumentative**
239:19 240:1
241:9

**arms** 109:25
**arp** 195:5
**arp2** 195:3
**arrangement**
213:18 214:3
**arrive** 57:22
101:20 161:7
185:7 223:2 231:4
**arriving** 59:2
**arrow** 146:4
**article** 3:9,10,11
3:12,13 22:16,18
22:23,24 23:5,10
23:18 25:17 43:5
43:7,12,18 45:23
52:14 97:3,5,6
99:20,23 100:8
183:17 238:14,17
239:5,17 240:13
240:23
**articulated** 124:7
**artifical** 114:4
115:3
**artificial** 115:1
**aside** 74:22 123:24
131:21 132:1
201:24 204:18
**asked** 6:19 7:4
56:16 61:11 62:4
62:21 67:7 71:12
71:24 72:22 73:23
74:7 81:13 90:6
103:6 125:25
126:14,22 132:11
134:10 135:18
146:20 181:24
182:2 188:18
204:24 235:24
237:8,24 239:20
240:2 242:6 245:2
245:14 246:4,9

**asking** 6:24 58:9
58:10 63:8,19,21
66:2 92:8 121:24
128:17,19 135:25
137:14 217:2
240:7 243:24
**aspect** 28:22 54:7
54:9 101:2 171:25
239:3
**aspirational** 224:1
224:2,4
**assess** 123:14
135:20 172:7
209:7
**assessing** 123:13
125:8,9
**assessment** 148:12
**asset** 12:19
**assignment** 159:8
249:2 250:2 251:2
**assist** 53:13
181:13
**associate** 55:22
**associated** 27:5
31:12 46:16 78:20
80:1 81:3 88:22
162:12,22 163:5
182:7 199:6
233:18
**assume** 69:7
150:11 200:7
201:6 210:18
214:12
**assumed** 32:20
89:22 129:19
130:17 152:10
**assuming** 55:6
89:22 119:25
150:7 212:16
**assumption** 61:2
208:22

**assumptions**
131:19
**attached** 250:7
**attendance** 135:11
**attorney** 5:15
134:20 247:9,11
**attractiveness**
26:9
**attributes** 54:3
**audio** 4:16,17
**authored** 151:22
**authorize** 250:11
**authorized** 22:2
**auto** 27:24,25 37:4
54:20
**automate** 148:19
229:16
**automated** 70:9
194:17 195:3
**automatically**
195:21 196:5
**automation**
143:14,18,19,21
143:22 148:10
229:12,15
**available** 30:16
102:14 168:7
**ave** 248:1
**avenue** 74:10
**average** 24:6
184:5 200:18
201:5
**avoid** 16:18 18:21
54:3 228:14,15
230:19
**aware** 49:21 50:2
68:22 70:13 71:4
71:24 72:21 77:12
130:5 172:12
196:17 246:10

**b**

**b** 3:6 186:16,16,22
186:23,23
**bachelor's** 55:25
**back** 15:7 16:4
29:19 34:14 37:11
40:6 50:12 56:15
59:23,25 74:21
77:20,22 78:15
83:16 94:12,20
102:14 105:10
109:3,20 110:11
110:14 115:23
143:6,6 149:6
150:15 158:21
172:17,25 177:20
177:21 188:4
197:16 198:3
205:4 206:21
208:3,11 211:19
212:17,22 221:7
235:4 240:12
248:15
**background** 55:19
87:25
**backtrack** 198:7
**backward** 110:18
**bad** 32:1 86:13
111:22 118:19
119:11,11 124:23
142:13 144:16
146:12
**bakewell** 62:14
**ballpark** 10:25
**banking** 8:5,25
**base** 158:6
**based** 14:14 19:10
20:8 31:22 32:2
35:4 50:23 58:1
58:24 61:18 79:21
79:25 84:21 85:11

85:12,13 88:14
101:23 108:2
117:15 118:13
119:3 120:12,14
121:16 122:13
134:7 139:23
141:3,17,25 142:8
147:22 160:18
161:8,14 162:20
166:4,9,18 167:25
170:20 183:2,6,10
184:17 196:25
198:21 199:7,19
203:19,20,22
205:7 208:1,4
213:3,3,13 216:24
217:19 220:22
221:5 223:5 224:7
226:8 231:9
233:13 234:14
236:20,22
**bases** 213:1
**basic** 50:7 190:24
191:8,9
**basically** 57:6,24
63:3 68:24 71:2
73:25 74:14 76:2
76:9 80:11 91:12
95:11 116:12
127:24 159:25
170:1 172:3,7
173:3,11,17 174:9
177:9 179:19
183:18 194:21
199:3,16 202:12
206:19 207:17
218:23 221:19
223:4 231:11
234:19 244:13
**basis** 79:12 132:23
136:8 137:6

162:20 166:17
167:15,22 176:3
181:15,19,21
186:13 206:18
212:22 213:22
215:10 218:22
221:16
**becoming** 33:17
**beginning** 5:14
40:7 109:4 150:4
158:22 198:4
**believe** 123:22
124:3 164:5
169:11 177:6,12
182:6 196:10
199:22 202:22
204:12 208:8
220:1 236:24
**believed** 226:12
**benchmark** 61:16
84:7,17 85:18,19
86:16 231:13
**benchmarked**
84:25
**benchmarking**
167:18
**benchmarks** 168:4
168:7
**benefit** 17:12
18:17 25:1 26:17
26:21 27:1,9,16
28:19,23,24 32:13
38:5 44:3 46:18
52:5 72:13 83:21
84:9 85:20 86:17
154:6,7 155:15
195:20 196:4
204:3 205:12
227:15 228:3,14
228:15 229:9,13
230:16,25

**[benefits - break]**

**benefits** 32:15
43:13 51:13,14
73:19,20,21 74:11
74:13,14,24 75:13
75:15 95:15,19,21
148:9 153:20
196:18 221:12
223:14
**best** 8:16 25:13,22
30:21,25 42:18
55:15
**better** 15:17 18:22
18:24,25 19:1
23:20 24:9 26:2
36:13,18 37:12,16
107:18 144:11
147:10 148:7,12
166:12 208:21,25
209:2 230:10,10
230:11
**beyond** 35:7 43:16
92:11,17 241:10
242:5
**big** 222:8 228:14
**bigger** 53:15 89:23
**biggest** 189:21
**bill** 43:14,23
**billing** 8:13 14:19
41:7,14,20 42:9,18
45:11 46:3,9,10,11
46:12,16,18,19,21
46:25 228:23
**billion** 149:23
169:4 215:19
243:7
**bills** 43:24 44:3
**billy** 1:16 4:3,21
5:24 248:8 249:4
249:9 250:4,13
251:20

**bind** 175:3
**binding** 34:16
**bit** 58:9 72:25 75:7
137:24 143:25
144:20 166:12
244:20,21
**blaze** 18:4 35:5
41:24 49:16,18,22
49:24 50:13,21
56:17,19 57:7
58:18,20 59:19,23
60:13,19,23 61:3
61:12,23 62:24
63:7,9,16 65:1,8
65:24 66:21 67:14
67:17,18 68:3,23
70:13 71:4,9,10,10
71:15,17,25 72:1
72:19,21,23 73:4
73:12,14,21 74:4
74:16 75:2,11,16
75:17 76:11,11,15
76:25 77:1,10,12
77:20 79:2,7,13
80:8 81:15 82:5
82:11,21 83:10,14
83:18,21,23 84:2
87:8 88:2 89:19
89:22 90:7 91:4,9
92:5,10,16,20
102:23 108:10,17
111:15,17,20,23
112:7,10,13
114:21 115:2
116:7 120:8,17
121:22 122:4,14
122:24 123:1,7,13
124:2,10 127:24
128:21,21 129:5
130:15 131:9
132:13,20 133:2,6

133:14 138:5,13
138:20 152:24
153:8,20 155:13
159:2,22,25 160:3
160:5,11,18
163:10,19 164:8
165:6 166:3,5,19
166:22 167:12,23
169:5,12,15,21
170:2,4,15,24
173:4,18,19,19
174:5 178:17
179:7,16,18,22
180:22 181:2,7,12
181:12 182:3,21
182:22,25 184:23
188:9,19,24 189:2
189:10 191:13,22
192:4,11 194:4,6,7
198:13,16,17,21
199:10,11,22
200:10 201:5,6,10
201:13,22 202:2,7
203:6,13,16,17
204:4,8,10,12,19
204:22,25 206:11
206:14,16 207:20
210:2,13,25
211:11 212:13
218:12,12 220:9
224:15 231:23
232:8,10,12 233:6
233:16,21,25
235:17,18 236:4
237:17,22 238:2
243:20 244:4
245:17,20 246:7
**blaze's** 183:6
**blend** 129:9
**board** 33:2

**bodies** 212:4
**body** 229:17
**boiled** 101:1
**book** 83:9 106:12
175:3 193:6,8
**booked** 206:7
**booking** 34:15
83:13 175:11,12
206:2,5,12,17,22
206:24 207:4,7
**bop** 29:11 30:4,11
33:13,13 34:9
35:3
**bottom** 22:5 44:18
100:1 106:11
112:15 152:8
156:13 165:22
166:1 191:7
**bought** 93:20,25
94:1
**boundaries** 212:8
**box** 19:23 74:17
127:25 128:15
153:13 177:9,10
177:17,19 179:3
**boxes** 188:6,9
**boy** 149:5
**brad** 7:19,20
**brand** 195:11
**branded** 41:19
**breach** 219:2,17
**breached** 220:13
**breaching** 218:19
219:21 220:4
221:4
**break** 7:5 39:22,24
40:4 96:17 105:1
109:1 115:18,21
134:14 135:7
158:13,15,19
185:13 197:20,22

198:1 206:1 216:3
234:23 235:2
**breakdown**
106:22
**breaking** 197:19
**breaks** 7:9
**briclyn** 7:14,21
8:4 9:16
**bring** 25:14 46:22
47:3 53:17
**bringing** 24:8
31:25 32:1,3 79:1
90:7
**broad** 75:6 164:13
**broker** 33:13,19
33:22,25 34:7,21
34:21 207:18
**brokers** 144:8
159:4
**brought** 23:13
47:21 92:20
129:11,20 224:12
**bucket** 36:20
**build** 28:4 29:12
40:23 100:1
187:13
**building** 24:1
29:18
**buildings** 136:21
**built** 8:14 13:14
30:17,19 33:14
49:24 50:6,10
**bullet** 87:20 155:8
158:2,8,10 229:2
229:11 230:4,14
**bulleted** 227:6
**bullets** 144:5
**business** 3:11,13
7:22,23 9:10
13:21 14:11,12
16:20 17:19,24

18:1,5,6,9,12,15
18:16,23,24,25
19:1,4,17 21:9
22:1,2 23:3,4
26:16 27:4 28:14
28:21,25 29:4,6,10
29:16 31:25 32:1
32:3,20,21 33:17
34:22 38:22 41:23
44:24 45:1,4,6,12
47:17 48:2 49:6
50:4,20,24 51:13
51:14 52:5 55:4,5
55:6,8 56:18 57:5
57:8,8,17,17,18
58:5,6 63:14
64:15,16,19,20
66:5 68:5,7,11,19
70:3,6,15 72:10,15
72:16,24 78:1,3,5
78:6,21,22 80:12
80:17,18,21,25
81:13 82:7,11,12
84:10,14,14,15
87:12,22,22 88:14
88:21 89:1,6,13,24
90:8,9,10,11,19,21
90:21,23 91:8
92:10 95:3,7,15,18
96:5 97:11,12,17
98:12 99:7,11
104:24 106:24
114:20 117:1,1
120:22 121:6,14
121:16,17,19
122:3 123:8
124:11 125:20
127:23 128:20,23
129:7,21,23,23
130:2 132:2,8
136:24 138:3

139:9 147:13,23
148:9 149:11,16
150:9,19,20
151:16 153:16
154:7,14 155:15
157:1,3,19,21,22
158:1,8 159:10,16
160:4,22 161:16
161:20,22 162:13
162:14 163:5,6
164:9 165:24
166:4,7,10,13,21
166:23 167:6,13
168:1 169:24
170:18,23 171:14
173:22 174:1,23
174:24 175:4,8,25
176:1,11,14,23
179:14 180:9,11
180:15,18 181:6
181:11,15 182:1
182:24 183:19,24
184:24 187:14
189:1,3 195:20
196:4,17,18,20,22
197:1,3,8,10,17
198:14,24 199:5
200:7 203:9 207:3
207:6,13 209:4
210:11 213:6,20
214:2 217:24
218:2,3,7,8,24
221:1 222:11,16
225:1,2,5,18
226:21 227:15
228:3 229:9,13
230:6,16,25 232:8
232:11,22,25
233:6 234:3
235:20 236:6
237:8,20,20

238:22,23,25
239:1,11,11,17,22
240:3,9,18 241:5
242:20,22 243:11
243:13,19 244:5
244:11 245:6,12
**businesses** 93:6
**buy** 9:1 18:11
24:19 33:20,21
87:24 212:6
**buying** 24:2 27:6,7
49:21 78:21 83:9
84:11 88:2 93:1
111:12 193:6,8
205:7,8 218:16
**buys** 8:6
**byron** 2:9 5:19

c

**c** 4:1 11:21 12:22
12:23 189:19
**ca** 248:25
**calculates** 134:5,8
**calculating** 173:16
**calculation** 210:19
**calculations**
133:11 170:5
232:4
**call** 17:12 29:10
37:3 45:5 49:4
69:5,5,7 79:19
82:15 83:23 92:6
94:16 134:23,24
135:9,11 164:19
211:11 212:23
226:23 227:2,5
**called** 34:4 37:9
41:7 47:8,15,21
71:15 144:18
173:20 174:3
232:5

| | | | |
|---|---|---|---|
| **calling** 16:16 | 29:4,7,16 38:22 | **cause** 55:16 57:11 | **chair** 7:9 |
| **callout** 153:13 | 56:15 58:17 60:7 | 247:7 | **chairman** 107:22 |
| **calls** 27:18 53:25 | 64:2,24 65:1,15 | **caused** 118:25 | **chance** 120:20 |
| 54:13 66:10,13,18 | 70:11 71:5 75:1 | 235:16 236:3 | **change** 21:15,16 |
| 66:20 69:10 70:19 | 76:1 78:3,5,7,21 | **causing** 21:17 | 51:17,18 52:7 |
| 75:21,22 76:4,18 | 78:23 80:21,25 | **cba** 28:22 | 53:8 56:9 72:9 |
| 76:22 90:17 | 81:13 86:6 87:22 | **celant** 216:10 | 83:5,5 88:11 |
| 134:10,10 147:11 | 88:14 89:6 90:21 | **cellphone** 15:19 | 108:22 131:10,16 |
| 155:20,20 219:14 | 92:10 115:10 | **cellphones** 4:14 | 131:23 154:3 |
| 242:16 | 120:12 122:3 | **cellular** 4:13 | 156:4 172:16 |
| **canada** 12:16 | 123:6 137:19 | **center** 25:22 | 200:24 202:17 |
| **cancel** 6:18 | 159:9 187:6 | **centralized** 211:8 | 236:17 241:18,24 |
| **candidate** 49:7 | 188:16 196:18,20 | 211:10 | 245:7 248:13,14 |
| **capabilities** 23:20 | 197:1,3,4,8,10,17 | **ceo** 33:1 48:24 | 250:8 251:3 |
| 36:13 47:2 93:1 | 202:20 207:3,6,13 | 107:22 | **changed** 21:24 |
| 97:15 100:20 | 213:16 214:10,13 | **ceos** 48:23 | 22:4 34:6 48:23 |
| 110:25 239:13 | 215:15 216:6 | **certain** 14:2 31:12 | 52:9 117:17,20 |
| **capability** 15:9 | 234:3 239:12 | 41:18 53:10 73:15 | **changes** 21:10,14 |
| 30:10 36:10 38:2 | 248:6 249:3 250:3 | 76:10,14,24 83:14 | 21:21 22:3 37:1 |
| 44:22 57:8 88:4,6 | **cases** 8:18 13:24 | 97:13 118:23 | 46:5,8,10,11 51:12 |
| 96:2 101:4,5 | 13:25 16:5 21:12 | 126:1 133:18 | 52:23 53:6,21 |
| 103:14,20 104:5 | 21:25 31:10 37:17 | 170:21 204:20 | 83:2 88:24 122:10 |
| 111:15 155:10 | 144:21 164:14 | 237:8 | 122:12,16 153:14 |
| 158:7 193:24 | 229:18 | **certainly** 16:3 | 155:8,16,17,23 |
| **capable** 57:15 | **cash** 44:4 46:20 | 160:13 | 156:1,10,16 |
| **capacities** 12:17 | **casualty** 12:17 | **certificate** 250:11 | 157:18,20 175:7 |
| **capital** 18:10 | 17:18 56:7 160:22 | **certification** 56:6 | 175:15 202:21,24 |
| **capitalization** | 161:3,9 162:19 | 56:8 249:1 250:1 | 203:2 248:12 |
| 25:24 | 166:18 | **certifications** 56:4 | 249:7 250:7,9 |
| **capture** 15:11 | **catch** 67:4 | 56:11 | **changing** 118:22 |
| **captured** 173:12 | **categories** 107:15 | **certified** 247:5 | 156:7,7 157:18 |
| **career** 8:15,19 | 141:1 161:22,23 | **certify** 247:6,7,9 | **channels** 230:15 |
| **carrier** 42:11 | 163:11 165:24 | **cetera** 8:13 16:9 | **characteristics** |
| 55:17 58:22 | 216:3 | 33:10 70:9 82:7 | 172:9 |
| 214:20 215:18,22 | **categorize** 215:24 | 83:9 95:7 | **characterized** |
| 215:25,25 230:13 | **categorized** | **cgi** 48:18,21 49:2 | 92:1 |
| **carriers** 7:24 34:9 | 164:12 | 51:14 52:16 93:24 | **charge** 209:11 |
| 42:8 216:25 | **categorizing** | 93:25 94:1,2,11,12 | **charged** 10:22 |
| **case** 1:4 4:24 | 206:20 | 94:13 95:8,9,15 | 217:20 247:13,13 |
| 10:23 11:17,23 | **caught** 214:24 | **cgi's** 55:2 | **charging** 212:2 |
| 18:5,9,12 28:20 | | | |

[chart - company]

**chart** 69:21
163:14,18,19,21
165:22 182:9
188:4,4,10 191:6
200:13
**charts** 163:15
190:2
**check** 74:17 76:17
177:9,19 179:3
187:8
**checked** 177:22
**checking** 177:17
177:21 211:19
**chief** 12:13 33:3
**chime** 76:3
**choice** 32:8
**chris** 62:14 127:21
127:24 171:9
**chubb** 3:14,24
62:24,24 84:9,20
93:4,9,13,13,19,20
93:20,25 94:6,13
94:19 95:2,9,9,16
95:22 96:3 107:23
107:23 109:9
112:16,19 113:20
125:6 128:21,22
129:6,8,10 150:24
151:20,24 152:6
164:20 175:20
180:12,18,20
214:24,25 227:11
229:22
**cics** 56:13
**cio** 13:4 17:2,9,10
17:10 23:11 161:8
**cios** 23:24,25
**cis** 11:21
**cite** 160:24
**cited** 128:13
132:21 151:2,2,13

160:23
**civil** 249:5 250:5
**claim** 16:9 195:14
195:19
**claims** 8:12 11:21
13:14 14:19 34:16
41:14 42:9 55:1
114:7,8 138:1
139:15,21,22
140:20 143:1,1,5
157:13 162:1,4
165:19,20 169:18
228:22
**clarification** 27:11
76:2 185:16
**clarified** 76:5,9,13
**clarify** 7:5 32:6
59:15 75:25 76:23
77:14
**claudio** 92:20
132:19,22 185:9
**claudio's** 81:17
**clear** 93:8 104:19
237:25
**clearing** 207:16,17
**cleveland** 248:2
**client** 48:10 57:12
57:13 128:1,1
134:20 174:14
**clients** 44:24
214:11,16 215:13
**close** 93:18
**cobol** 56:13
**code** 151:16
202:13,13
**coding** 202:10,10
202:12,15 203:5
210:22
**coe** 91:25
**colleague** 49:4

**collect** 193:17
**collected** 175:9
**collection** 27:24
**collectively** 157:15
157:24
**college** 15:19
55:21,22
**color** 22:13
**column** 110:19
112:15 113:25
200:14 201:3
**columns** 200:17
**combination**
187:19 224:19
225:13 236:9
**combine** 224:20
**combined** 108:4,8
134:3,5,9 136:3,13
137:1,10,22
**come** 6:20 7:16
11:20 19:7 21:12
22:24 28:10 33:3
124:4 128:22
129:7,9 150:15
160:21 162:9
170:3 215:21
223:5 225:5
**comes** 83:16
146:13 147:6
170:25 172:7
190:16 208:1
**coming** 196:16
209:18 232:9
**commencing** 4:5
**comment** 114:25
145:1
**commercial** 13:12
17:23,25 18:2,15
23:2 29:11,13
30:4,25 33:18,25
34:1 35:2 90:21

111:12 194:12
207:9,15
**commercialize**
33:15
**commission** 35:4
136:23 249:19
250:25 251:25
**committee** 18:11
**common** 85:8,17
205:9,10
**commonly** 232:5
**communicated**
185:9
**communications**
43:11
**community** 29:12
30:20 32:16
**comp** 178:5
180:10 213:4
**companies** 8:6,10
12:15,18 21:8,9
25:2 33:16 34:19
35:16,20 37:23,24
38:1 44:21 47:19
47:20 58:22 94:10
134:2 148:24
149:11,15,18,19
150:6,7 151:1,15
180:12 183:7
205:6 226:2
**company** 1:9,9
4:23 6:17,17 7:15
12:18,20 14:9,10
16:24 17:3,7,14,18
18:19 19:11 21:23
23:21,25 25:9,10
26:4,6 27:3,14,25
28:1 33:15,24,25
34:23 38:19 44:8
44:19 45:4 47:3,7
47:15 48:5 50:10

53:8,22 57:15
65:16 77:21 86:10
95:14 97:19,24
98:3,5,8 101:2,4,5
103:21 136:5,15
141:6 144:8
147:20 149:13
151:19 156:9,15
157:11 158:7
161:3,9 162:19
166:19 174:8
183:4 196:1 214:1
214:2 215:6
218:20,23 219:23
220:5 221:5
225:16 228:17
235:20 244:14
248:6 249:3 250:3
**company's** 20:3
50:24
**companywide**
182:18
**compare** 107:14
**compared** 101:6
103:14,21 104:6
106:5 163:14
181:18
**compares** 171:2
**comparing** 50:22
214:3
**comparison**
105:17 106:11
**compelling** 109:9
112:20
**compensated**
10:19
**compete** 156:21
**competence**
104:17 225:22
238:14 240:13

**competencies** 25:8
59:19 96:20 97:6
97:10,13,17 98:15
100:2,4,13,16
101:9,14,22,25
102:6 104:20
105:12 106:25
107:11 221:22
225:23 226:13
238:15,20 239:6,7
240:17,20,24
242:12,13
**competency** 25:9
97:19,24 98:3,7,24
99:4,12,16,19
100:6,25 101:1
102:24 103:2,4,12
103:17,19,20
104:2,12,15
107:19 204:14
224:11,21,24
225:13,16 226:1,3
226:4,7,10 235:19
237:21 239:4,11
241:2 244:14,18
244:19,22 245:13
**competes** 194:11
**competitive** 44:17
44:20,25 45:9
49:16 53:11 54:20
107:23 156:11,17
**competitor** 203:12
203:16
**competitors** 26:2
46:24 101:6
103:15,22 104:6
**complaint** 58:17
**complete** 111:25
112:2
**completed** 248:15

**complex** 99:24
114:8 150:18
**complexity** 182:14
200:3,14,15
201:16
**compliance** 12:7
139:15 140:3,3,7
140:20 142:18,19
142:21,23,25
175:22,25 176:3,7
176:11,23,24
177:1,3,11,16
178:6 192:24
211:6,16,19
228:12,13 230:15
230:19,22 231:2
**complied** 20:3
177:23 179:10
**comply** 178:7
211:21
**complying** 211:15
**component** 35:7
35:10 42:1 43:15
45:14 47:25 68:23
82:1 89:23 116:17
186:15,18 188:20
190:1,20
**components** 29:21
29:22 35:14 49:25
74:4 82:4,4
183:22 184:22,23
186:17,19 187:11
188:7,8 189:20,23
**computer** 55:23
151:16
**concentration**
56:2
**concept** 97:9,10
136:3 204:18
236:16

**concerned** 134:19
**concerning** 247:7
**conclude** 92:8
166:3 184:16
**concluded** 65:7
**concludes** 246:15
**conclusion** 102:4
117:21 135:22
241:1
**conclusions**
236:13,18,21
237:5 238:2
**concrete** 15:1
**condition** 40:18
**conditions** 141:20
**conduct** 82:7
139:9 243:13
**conducted** 233:14
**conducting** 56:17
127:23 166:20
189:3 198:13
**confidential**
214:11
**confirm** 93:14
102:23 131:4
134:5,8 136:25
137:11 139:5,18
162:24 163:3,12
176:22 179:2
185:24 201:20
**confirmed** 130:1
132:19 138:15
140:11
**confused** 144:18
**connected** 198:22
**connection** 6:13
116:7 174:13
**consider** 11:23
103:1 112:25
129:13 130:13

considered 59:13
142:16 192:25
219:3
considering 26:22
27:15
consisted 35:13
consistency 91:17
211:8 221:13
230:14,21
consistent 119:17
148:14 213:19
231:1 236:13
239:5
consistently
146:16 221:18
228:5,12 229:5
230:18
constantly 176:2
constrain 16:6,10
consulted 138:16
consulting 7:15,23
8:2,3,16 59:7
contact 230:15
contacting 213:18
contain 222:1
contained 223:10
content 120:15
140:9 152:11
contention 133:5
contents 63:24
context 37:25
115:3 153:25
154:2,16 155:2,11
156:10 158:4,5
231:22 240:9,11
continue 4:17
13:25 134:17
continuing 112:18
114:2 183:5
contracting
130:21

contracts 215:11
215:14
contractual 214:3
contribute 60:14
60:20 86:4 116:8
116:22 117:4
167:23 224:16
contributed 58:20
61:1 167:21
235:17 245:17,20
contributes 60:24
108:4,11,12
154:21 204:12
contributing
110:24 112:23
113:22
contribution
204:18
contributors
106:20
control 153:17
158:9
controller 77:20
78:2,9
conversation 80:6
90:18 92:12 135:2
135:6,20 138:15
140:1,4,12 160:1
conversations
4:12 64:2,8 92:19
92:19 226:18,20
converse 233:5
converted 68:6
170:24
coo 33:9
copies 10:9 22:13
247:13,14
copy 9:23 10:4,16
core 11:11,14,18
11:23 12:1,6 25:8
25:9 59:19 96:20

97:6,10,13,17,18
97:23 98:3,7,15,24
99:4,12,16,19
100:1,4,6,12,16,25
100:25 101:8,14
101:21,25 102:6
102:24 103:1,4,11
103:17,19,20
104:2,12,15,17,20
105:12 106:25
107:11,19 192:12
192:17,19,23,25
193:1 204:13
221:22 224:11,21
224:24 225:12,16
225:22,23 226:1,3
226:3,7,10,13
232:3 235:19
237:21 238:14,15
238:20 239:3,5,7
239:11 240:13,17
240:20,23 241:2
242:11,13 244:14
244:18,19,21
245:13
corporate 85:6
96:6 222:21
corporation 1:6,6
1:9,10 4:22
240:14 248:6
249:3 250:3
correct 10:21
16:13 18:8 21:2
22:21,22 25:16
26:24 32:24 38:9
38:21 40:14 41:9
41:21 43:13,18,25
44:1,13 45:13
47:20 48:7,19
49:11 52:19,24
53:1,23 56:23

59:21 64:7 69:23
72:3 73:6 76:16
78:10,12 83:6
85:14,19 86:23
91:2,6 92:2 93:9
93:11 94:5 97:19
97:22 99:8 101:7
105:13,14 108:13
110:6,7,13 111:7
111:16 112:13
113:15 115:7
117:10 119:21
121:2,18 123:11
125:13,14,23
127:13 128:23,24
129:6 132:4,17
136:12 138:19
140:8 142:16,17
145:23 146:17,19
147:19 149:9,13
150:22 151:3
152:25 153:9
154:13 155:3
156:23 159:6
161:2,19,25 162:6
162:15,16 163:13
166:6,25 168:3,20
170:10 172:2
175:12 177:18
178:1,8,9,19 180:8
180:13,16 181:3
183:12 184:3,11
185:6 186:12
188:13 189:6
191:18,25 192:1,2
192:6,7 193:7,9
195:6 200:12
201:22 202:4,9
203:8,23 205:14
205:25 209:1,3
211:1 212:10,20

[correct - decisions]

Page 13

212:25 215:15
216:17 217:22
219:6,7,12,22,24
221:14,15 222:1,9
222:13 224:6,22
224:25 229:9,20
233:6 234:4,5
238:12,13,15
239:8 240:15,18
240:19,24 241:4,7
245:23,24 246:2
**corrections** 248:12
250:17
**correctly** 57:12
120:1 141:13
**correlation** 165:25
**cost** 26:17,21 27:1
27:9,16 28:19,23
28:25 63:17 84:9
85:20,20 91:18
180:20 205:12
221:13 227:12,16
247:12
**costs** 229:12,14
**counsel** 5:10 63:24
64:5,9 135:12,14
226:19 227:3,3
247:9,11
**count** 85:22
160:15 181:8
182:20,22
**counted** 161:20
162:4
**country** 176:9
**county** 247:3
249:10 250:15
**couple** 48:16,16,25
60:9 69:10 235:9
**course** 59:7
114:15 123:8
124:11 159:16

**court** 1:1 4:24 5:5
5:20 7:1 249:7
**cover** 8:1
**coverage** 15:8
117:17 119:1,2
141:10 142:6
154:12
**coverages** 28:1
**craft** 105:22 106:1
**create** 24:3,24
30:19 79:5 80:16
82:25 123:19
167:19 236:8
**created** 85:1 208:1
235:22
**creates** 190:17
235:20
**creating** 50:23
226:4
**creation** 54:9
**creek** 190:6
**criteria** 20:6 143:6
170:21 171:3
195:2 202:24
**critical** 24:11
54:21,21
**csi** 11:19 70:8,24
71:9,17,23 72:20
73:2,9,15,24 75:24
80:22 82:1 87:13
91:1 92:12,17,24
115:14 160:17
170:25 174:2
186:15 187:25
188:11 189:6,22
190:5,14,16
192:19 193:3,3,22
194:13 195:4,7,8
197:5 199:22,23
200:11 201:22
234:4

**customer** 29:14
30:15 31:8,9,11,12
31:24 33:7 37:3
46:19,25 52:16
94:17 111:10,17
111:19,22,25
112:2,9 154:9
158:6 208:7
233:2
**customers** 26:2
29:13 30:21 39:2
39:7 42:12 45:3
46:4,22 48:4 51:3
51:7,7 55:4,9,12
153:16 158:3
159:13 195:17
**cut** 229:11
**cutting** 229:14
**cuw** 11:21 66:24
67:6 68:18 75:25
76:5,15 189:19
207:21 209:15,25
**cv** 1:4 4:25
**cycle** 36:3 38:10
38:16 229:12,14

**d**

**d** 3:1 4:1
**daily** 162:20
181:15,19,21
**darden** 56:9
**data** 15:11 25:22
50:22 119:15,15
122:6 124:8 125:5
131:17 132:8
133:3,10,11 174:6
183:11 190:16
196:15 207:25
208:1 218:10
222:20 223:11,12
**database** 206:8
210:25

**date** 10:23 248:8
249:3,9,19 250:3
250:13,25 251:20
251:25
**dated** 22:18
**dave** 2:22 5:3
**dawn** 149:4
**day** 56:18,18
123:8,8 160:4,4,4
160:4 166:21,21
189:3,3 198:13,13
247:16 249:16
250:22 251:22
**days** 248:18
**db** 50:6
**deal** 211:24 212:1
**deals** 176:5,6
**dear** 248:10
**decide** 19:17 142:7
208:4,23 209:12
209:13
**decided** 6:17 49:1
49:23
**deciding** 27:2
**decision** 26:16
71:18 83:14
119:16 124:14
142:12,14 145:4,4
145:22,23,23
146:4 152:22,24
153:1,4 172:16
227:13,16 228:1,3
228:21 230:4,8,11
232:9,12
**decisioned** 38:18
194:25
**decisionpoint** 70:8
196:7,8,9,19,24
206:2
**decisions** 19:25
50:23 71:21

118:20 124:15
142:11 149:13
150:20 162:13
163:5 181:11,20
182:25 204:4,9,20
205:1 222:19
225:4 230:9
**decrease** 39:12
52:22 119:23
120:4
**decreased** 118:6
126:18
**decreases** 118:2
142:14
**deed** 249:14
250:20
**deemed** 248:19
**deeper** 75:7
**defendants** 1:11
2:13 5:19
**deferred** 63:13
**define** 103:19
166:7 225:23
**defining** 183:18
**definitely** 169:10
**definition** 134:7
164:19 216:8
226:10 241:6
**degree** 55:23,25
**delaware** 1:6
**delete** 88:12
**deliver** 26:1 97:14
99:18
**deliverables**
131:12
**delivered** 14:2
**delivering** 221:18
**delivers** 204:14
**delivery** 13:6
33:10

**dell** 48:6,9,11,15
48:21 49:2
**demo** 67:20
**demonstrate**
192:4
**department** 27:8
43:10 248:22
**depend** 27:4
**depending** 117:25
142:11 172:8
216:2
**depends** 27:20
132:5 155:22
156:6 187:19
195:24 200:6
210:6 232:16
**deponent** 247:6
**deposed** 6:7
**deposes** 5:25
**deposition** 1:14
3:15 4:2,16,21 5:1
6:23 128:12,25
132:16 152:4,15
171:9,10 172:21
172:22 175:18
237:12 246:16,17
247:10,13 248:8
248:11 249:1,3
250:1,3
**depositions** 63:4
63:20,21 76:1
127:21 171:18
173:1 179:1
**derivative** 131:3
**describe** 170:18
**described** 20:13
171:5 237:17
**description** 216:11
**descriptions**
171:13 178:25

**designating** 85:10
**detail** 29:20 95:17
106:22 113:11
**detailed** 78:6
**determine** 19:7
20:7 31:25 61:11
61:19 100:16
110:1,12 112:9,12
123:16 141:9
175:6 180:25
181:9 191:15
199:9 202:6
203:15 204:7,25
210:22 212:11
224:3,4 245:18
**determines** 98:1
206:7
**determining** 90:4
168:22
**develop** 58:12,15
105:11 130:3
141:19 171:19
230:8
**developed** 18:5
35:8 129:5 130:2
130:3 132:6
170:11 186:9,19
230:11
**developing** 25:14
113:1 130:13
161:15 207:4,7
227:13,16
**development** 9:14
9:15 53:20 93:6
129:8 138:6
164:22 165:8
169:22,25 171:14
190:22,23 217:4
**diagram** 160:19
160:21 161:1
190:3

**diagrams** 82:1
**difference** 20:23
41:17
**different** 23:19,23
24:16 28:1,8
29:21 35:6 41:16
46:16,18 50:13
58:10 65:13,18
66:18 73:1,21
77:14 86:3,13
93:2 99:9 133:20
136:4 144:23
145:5,6,9 147:24
154:11,12,25
158:9 163:15
164:20 165:18
171:25 185:17
188:19 193:25
194:1,1,2 196:16
201:4 208:17
227:25 229:21
242:18 246:2
**differentiates** 28:2
**differently** 244:21
**difficult** 86:11,17
167:11 200:6
205:14 224:8
**difficulties** 236:1
**digital** 109:9
110:24 112:20
**direct** 69:6 143:3
**directed** 59:22
**directly** 34:18
48:3 58:4 61:1
63:5,10,19 65:25
85:25 86:1,9
94:13,14 102:1
116:13 137:15
152:4 169:12,15
234:10 236:5

disagree 110:8
111:2 113:8,10
114:10,17 146:7
164:10,13 229:1
discern 152:5
disclose 177:7
179:3
disclosure 177:6
177:23 179:2
discounts 212:3
discuss 71:7 139:3
153:11 198:9
234:18
discussed 62:22
77:3 172:2 184:13
223:8
discussing 95:5
152:21
discussion 75:24
76:12 95:12
129:25 171:17
173:1 210:17
211:17
discussions 114:2
125:6 182:19
209:24
dispute 92:5,7
204:19
distribution 8:13
34:14 193:13
district 1:1,2 4:24
4:24
division 92:21
divisional 78:2
214:1
document 3:20
89:24 105:15
124:6 145:16
152:6,11,12,13
163:22 164:4
172:21,25 182:15

216:10,13 237:2
documentary
182:23 184:17
documentation
61:22 62:5 168:19
184:21 188:23
246:9
documents 58:17
59:12 61:6 64:24
65:1 68:4,7,10
70:11 76:1 77:15
79:17,20 81:7,8
82:19,22 83:4
91:8,11 102:4,5
120:12 121:20
122:1,5,14,19
137:13,17,20
152:1,2 179:1
184:25 185:24
186:1 196:21
197:2 214:13,15
216:5,7 234:1
doing 6:19 35:18
44:24 45:6 53:2
88:1,3 155:15
160:14 205:2
206:22 215:9
221:1,17,18,20,21
229:17,23 243:22
dollar 85:21,21
149:23 217:20
dollars 63:11
114:15 136:14,16
169:4 215:4,19
217:10 243:8
domain 129:15,16
129:16,19
dots 163:9
downward 117:17
drag 231:17

drawing 241:1
drill 166:12
drive 57:9 64:16
120:15 125:21,23
126:21,24 127:17
224:10 230:9,13
237:19,22,23
239:7
driver 25:7
drives 57:6 58:7
125:19 222:10
239:2,15 244:14
244:22
driving 57:15 58:1
89:24
drools 194:6,8,9
drove 126:17
dts 1:4
duck 190:6
due 235:13,16,25
235:25 236:3,16
245:16,19
duly 5:25
duties 12:12 13:4
17:1,15 33:5
141:16 142:3
dynamic 49:13,14
dynamically 154:3

e

e 2:5,11 3:1,6 4:1,1
12:21 187:4,6
earlier 82:25 87:4
103:18 110:11,13
184:14 211:17
216:15 221:23
224:7 225:12
234:6 237:24
early 15:14 81:6
earn 31:15,22 32:2
earned 136:16

earnings 106:20
ease 44:24 45:6,6
easier 45:1 205:20
205:23
easily 179:20
easy 27:10
economic 31:23
ecosystem 86:20
86:22 89:23
184:20,24 192:8
205:4,22,24 225:1
234:20 235:19
236:10
educate 152:14,16
152:18
education 11:8
educational 55:18
56:3
effect 54:24
123:18 143:3,5
157:21,22 206:12
206:14,16
effectively 243:22
efficiencies 15:16
15:21 18:14,17
19:3 35:23,25
65:5,7,10,12,13,19
79:5 80:17 82:19
82:24,25 83:1
84:12 85:12 91:15
92:2,4,6 114:4
122:24 123:1
124:5 144:9
167:12,20,24
168:3,5,18 169:12
169:15,15,17
195:22,23 223:25
224:1,2,5 231:7,12
231:17 234:9,16
235:13,16,25
236:3,12,17

245:16,20
**efficiency** 14:14
14:16,17,24,25
15:2 51:16 53:3
57:10 58:2 95:23
122:7,9 143:21
146:8 167:21
168:22
**efficient** 15:12
88:9,10,16,18
217:24 218:4,8
**effort** 100:15
167:4 168:2
**eighth** 2:3 4:4
**either** 20:9 64:9
113:6 120:19
126:17 177:14
187:12 201:17
**electronic** 43:14
43:23
**elevate** 230:4
**eligibility** 196:12
**eligible** 196:12
**eliminate** 16:3,3
**eliminating**
114:13 115:5
**elixir** 47:8,10
**ellen** 66:16 68:22
74:14 140:4 160:1
178:22 179:13,17
212:24
**email** 248:17
**embedded** 20:16
20:24 21:3,5
72:12 149:15,25
**embedding** 212:17
**emerging** 15:15
**empirical** 124:8
**employ** 149:11
**employed** 7:12
179:22 183:25

247:9,11
**employee** 134:24
134:25 143:15,23
144:1,6 234:2,2
247:10
**employees** 9:16
66:4 121:21 125:7
139:19 140:22,23
140:25 151:18,19
152:16 159:3,5
160:9,10 162:14
163:6 171:12,22
223:6
**employer** 6:14
**employing** 27:14
27:15
**employment** 150:3
**employs** 140:14
244:9
**enable** 29:3 228:1
**enabled** 71:9
75:11
**enabling** 73:14
228:3
**enclosed** 248:11
**encompassing**
24:13
**endorsement**
34:15 36:1,5,14,18
36:25 37:1,12,16
174:20 196:14
200:24
**endorsements**
36:7,8,9,10 37:9
37:10
**ends** 160:5 177:20
**enforce** 230:14
**engaged** 130:6
**engagement** 91:3
**engagements**
131:13 217:7

**engine** 20:17,24
21:7 35:9 49:14
50:20 51:1 53:18
133:9 148:19
150:7,8 152:19
159:14 183:24
203:10 212:18
215:5,7 217:1
243:21
**engines** 159:19
203:20 214:8
**enhance** 100:4,6
111:10 121:1,9
238:20 239:7,18
239:24 240:7
241:3,6,16 242:1
**enhanced** 239:21
**enhances** 238:15
238:16,17 240:23
**enhancing** 244:17
**entered** 250:9
**enterprise** 152:22
152:24 153:1,3
**entire** 234:20
235:19 249:5
250:5
**entitled** 109:8
**enumerated** 162:8
**environment**
24:12 25:3 62:23
218:7
**epolicy** 32:23 33:2
33:5,12 34:17,24
40:10,16,17,19
41:1 94:7
**equipment** 136:21
**eric** 7:19,20
**errata** 248:13,18
250:7,10,18 251:1
**error** 69:16
119:22 172:20

**escapes** 234:6
**essentially** 17:15
22:4 24:15 34:23
44:7 119:23
125:12 195:5
208:25 240:14
**estimate** 222:4
**et** 4:23 8:13 16:9
33:10 70:8 76:1
82:7 83:9 95:7
117:7 171:23
**evaluating** 101:23
**eventually** 87:7
**evidence** 61:5
113:16 114:24
118:16 120:5,6
122:17 125:4
126:16 133:17
137:13 169:7
204:4 222:22
**evidenced** 223:7
**evidentiary**
133:24
**evolution** 149:4
192:20 193:18
**ex** 33:1
**exact** 66:9 84:23
130:12 147:5
180:1 184:9 186:4
186:5 243:19
**exactly** 14:5 23:1
50:8 69:18 105:20
**examination** 3:3,4
6:3 235:10 238:9
**example** 11:17
26:8 28:24 38:14
46:13,24 53:7
76:5 97:24 117:16
118:20 119:7,22
120:7 121:22
156:19 162:3

[example - externalizing]                                          Page 17

164:15 169:20,21
183:23 187:25
189:19 222:18
227:21 230:1
**examples** 8:9 15:1
15:1 144:6 222:15
**excel** 74:18 133:2
133:7,9,13,18
177:24 178:19
179:6,20,24
180:21
**exception** 144:12
**exceptions** 27:24
**excess** 184:10
**exclusive** 65:23
**excuse** 48:23
**execute** 20:5
112:18
**executed** 181:15
200:21 250:10
**executes** 171:3
**execution** 249:14
250:19
**executive** 40:18
51:8 93:21 94:14
137:8
**executives** 56:6
**exhibit** 3:8,9,10,11
3:12,13,14,15,16
3:18,20,23,24 9:21
10:1 22:9,11 43:1
43:3 45:19,21
52:11,13 87:1
96:23,25 105:3
128:7,9 145:12,14
151:11 164:1,3
182:11,13 192:16
199:20 202:3
203:7,18 209:25
223:15,24 227:9

**exhibits** 68:4
**existed** 179:18
**existing** 38:25
55:4,11 82:13
141:19,25 142:6
**exists** 111:6
**expand** 8:8 94:24
95:9
**expanded** 91:4
92:21
**expanding** 89:13
197:7
**expect** 31:16 32:17
**expectation**
119:17
**expecting** 32:19
**expended** 217:7
**expense** 14:15,15
15:24 16:18 18:21
60:20,24 61:2,5,9
61:12,15,19,23
63:7,17 65:20
84:13 88:22
107:24 108:12,17
108:20 112:24
114:14 125:2,5
127:6,10 136:19
136:22 138:2
142:16,17,24
143:5,5 168:9
180:20 235:23
**expenses** 15:25
85:19 86:17
121:23 123:11,15
124:2,13 125:13
125:17,23 126:21
126:24 127:12,16
127:16 136:15,17
136:18,20 137:1,2
137:11,21 138:1,2
143:6 169:4

205:17,18,20,23
219:5,12 220:11
220:16 235:13,16
235:18,25 236:3
236:16 245:16,19
246:5,6
**experience** 6:23
21:17 24:7 26:25
49:18 53:4 56:3
57:24 65:10
101:23 111:11,19
111:22,25 112:1,3
112:9,12 116:4
118:13 119:3
121:17 134:1
137:7 141:4,17
142:8 147:22
151:18 156:12
161:8 162:21
183:2,2,7,10,16,20
184:17 203:19,22
213:3,24 215:4
218:16 226:9
231:10 234:14
236:20
**experienced**
122:15
**expert** 1:14 3:8
4:3 8:18 9:23
10:23 59:4 60:7
71:7 230:5,8
**expertise** 98:20
99:13 100:21
129:21 139:2
**experts** 62:14
150:19
**expiration** 249:19
250:25 251:25
**explain** 12:11 19:4
38:13 43:22 44:2
46:7 53:12 107:6

128:13 137:21
199:2 205:10
229:13
**explaining** 197:2
241:17
**explore** 220:2
**express** 11:19
59:11 70:8,24
71:9,17,23 72:20
73:2,9,15,24 75:24
80:22 82:2 87:13
91:1 92:13,18,24
115:14 160:17
174:2 186:15
188:1,12 189:6,22
190:5,14,16
192:19 193:3,3,22
194:13 195:4,7,8
197:5 199:22,23
200:11 201:22
234:4
**expression** 132:3,5
**expressly** 65:1
**extent** 50:15
**external** 64:6,9
96:1 135:12
136:19,22 138:1
215:8 227:3
**externalization**
72:14
**externalize** 52:1,4
79:4,14 80:13,16
80:19 82:12 88:18
90:4,8,9,11 155:14
229:8
**externalized** 20:17
20:20 21:3 41:23
45:12 50:4 82:20
95:24
**externalizing**
51:11 52:6 91:15

[externalizing - figure]

122:2
**extranets** 30:18
**ezer** 193:18

**f**

**fact** 6:20 111:20
  120:16 159:22
  162:25 163:4
  167:19 171:11
  176:12,19,24
  177:3,12,13,18,21
  221:5 223:5
  245:19
**factor** 108:20
**factors** 91:20
  111:18 112:9
**facts** 226:20
**factual** 66:14
  135:16
**fair** 1:6 4:22 5:17
  152:20 242:3
  248:6 249:3 250:3
**fall** 140:25
**familiar** 22:16
  43:5 45:23 52:14
  97:3 145:16
  196:13 231:24
**family** 7:19
**far** 78:13,24 79:22
**fast** 221:17
**faster** 15:22 18:18
  18:18,19 36:21
  37:17 38:8,20
  83:8 122:10
  124:20 155:16,17
  221:20 244:20
**fax** 2:5,11
**faxing** 15:13
**feature** 23:10
  26:23 36:15 51:21
  210:14 230:17
  231:23

**featured** 138:19
**features** 19:15
  31:7 41:24 43:12
  71:8 75:10,13,16
  88:25 141:25
  178:17
**fed** 3:17,19,21
  69:17 172:24
  181:17 185:11
  189:10 208:3
**federal** 1:9 4:22
  11:17 57:4 59:18
  60:15,21 61:22
  63:6,18 67:19
  82:1,10,13 84:2,15
  85:13 88:5,15
  90:3,15 91:3 92:9
  92:15 93:9,13
  98:13 99:4,5,10,17
  101:14,24 102:7
  102:25 103:2,4,13
  104:2,4,12,15,17
  104:20,23 105:13
  111:16 115:6
  117:12 118:8,15
  118:18 119:8
  121:17 122:14,16
  122:25 123:1,9
  127:22 128:20
  129:22,24 130:2
  130:15,17,20
  131:1,2,18,19
  132:19 133:6,13
  134:5,8,24,25
  136:13 137:1,9,12
  138:21 139:5,7,8
  139:18,19 140:13
  140:14,25 142:19
  143:2 146:24
  147:18 148:1
  151:20,24 152:1,6

152:8,10,16
  155:12 159:3,4,18
  159:24 160:9
  161:1,5 162:14,21
  162:24 163:3,6,12
  164:21 165:5,21
  166:23 168:1
  169:20,21 170:14
  171:12,16 175:21
  181:13,21 182:18
  183:11 184:7,18
  184:25 185:4,7,24
  192:5 194:3 195:6
  196:1,23 197:3
  199:10,24 200:9
  203:21 204:10,22
  206:13 207:24
  208:11,14 209:5,9
  210:4 211:23
  212:7 213:15
  214:17,25 215:1
  216:23 217:8,14
  218:18,23 219:9
  219:11,20 220:3,6
  220:13 221:3,6,22
  222:2,15 223:6,10
  223:13 225:13,22
  226:12,21 231:6
  233:15,17,21
  234:15,19 236:23
  238:1 239:12
  242:24 243:18
  244:8 245:10,19
  245:23,25 246:5
  248:6 249:3 250:3
**federal's** 56:18,19
  75:4 82:23 83:20
  98:15 101:21
  115:15 116:6,8,23
  132:8 138:6
  150:17 166:4,7

167:13 170:6
  171:22 176:22
  181:6,11 182:24
  191:23 242:11,13
  243:11
**fee** 214:20
**feed** 143:6
**feedback** 39:1,4
  42:12,17,20 46:25
  96:3 199:19
**feeder** 206:9
**feeds** 206:8
**feel** 7:4 22:13
  102:18 109:20
  120:24
**fees** 214:18,18,19
  215:2,2 219:10,11
  220:8,14,21,25,25
  221:7
**felt** 49:17 123:19
  197:14
**fewer** 127:12
**fico** 2:17 3:25
  91:24 128:5,19
  129:22 130:2,14
  131:1,11,18,24
  132:7 138:4,12,15
  150:7 151:25,25
  163:14,18,19
  165:18 204:2
  213:15 216:22
  217:6,13,20,21
  218:19 219:8,23
  220:4,13 221:4
  223:11,12,19
**fico's** 153:4 164:8
  164:10
**field** 59:1,3 85:18
  154:8 156:2
**figure** 36:20
  160:13

**figured** 7:20
102:22
**file** 212:3
**filed** 4:23 176:3
211:15
**fill** 49:5
**final** 135:22 186:2
**finance** 78:10
**financial** 9:3 36:8
36:9,11,12 48:10
57:12 78:7 232:17
232:18 233:1,7,7
**financially** 5:8
108:3 247:11
**financials** 78:20
80:1,2 106:23
**find** 25:1 164:24
248:11
**fine** 6:6 135:4
146:12
**fines** 142:25
177:15 230:20
**finish** 242:8
**fired** 175:5
**fireman's** 13:15
16:23 17:1,2,5,6
17:10,16,17 20:12
22:20 23:8,11,14
28:6 30:21 32:18
33:2 100:18
149:23 150:9
**firm** 7:25 8:25
**firms** 7:25 8:5
**first** 8:20 11:11
15:19 25:19,20
48:24 54:19 59:4
87:9 99:25 109:22
112:15 150:17
198:12,25 227:11
230:7 245:14

**fit** 143:9 165:12,12
199:18
**five** 48:23 49:8
92:1,6 114:16
189:23
**flip** 33:17 144:4
**flow** 44:4 46:20
172:3,23 173:4
209:20
**flush** 137:24
143:25 144:19
**focus** 8:22,24
23:10 43:17 51:4
83:3 100:12 109:8
138:10,11 205:12
**focused** 24:1 25:9
28:6 38:24 46:9
85:20 100:22
105:23 106:21
109:16 122:11
124:18 147:7
157:11 205:17
218:12
**focusing** 125:2
131:22 204:17
206:16
**folks** 19:16 21:20
70:12 71:24 72:16
76:18,20,21 140:3
181:4
**follow** 238:19
**following** 4:2
**follows** 6:1
**followups** 238:8
**folz** 77:17,22
78:22,25 79:6,13
80:6 81:9,12
82:16 83:24 89:6
89:16 90:2,12
92:12 246:9

**foot** 175:24
**footnote** 128:10,17
151:7
**footprint** 40:24
**foregoing** 249:13
250:18
**forget** 45:11
**form** 53:24 54:13
108:14 121:3,10
131:14 133:10
135:21 152:24
155:19 156:24
168:10 169:6
193:10 219:13
236:25 238:2,21
239:9 242:15
**formal** 26:17
**formed** 58:23
107:18
**former** 6:14
214:16
**forms** 97:5,18
230:15
**formulas** 207:25
**forth** 16:4 87:19
91:16 106:24
117:1 139:20
232:4
**forward** 110:17
113:3 208:5
248:15
**found** 24:4 64:23
74:16 185:11
**foundation** 96:11
147:12 240:14
**four** 48:23
**fourth** 229:11
**fraction** 181:11
182:24
**frame** 6:12 59:14
59:15 102:20

**fredlaw.com** 2:11
**fredrikson** 2:9
5:18
**free** 7:4 249:14
250:20
**frequency** 203:1
**front** 21:20 34:14
61:16 75:17 81:11
177:22
**frontline** 21:22
**full** 25:19
**function** 48:8
51:18 72:4,6,7
96:9 119:14
133:18 141:22
174:1,23,25 175:8
175:25 176:1
179:3 207:17
230:6
**functionalities**
14:1 19:16 139:11
**functionality** 14:6
15:9 24:23,24
34:12 37:17,18
38:25 41:17 42:10
43:16 49:12 70:16
71:12,18,23 73:1
73:10,15,19,24
74:1,3,25 75:4,14
76:6,10,13 80:9
83:12,16 87:14
96:14 115:16
133:19 173:18
175:3 178:17
179:7 187:12
190:6,11 193:23
218:10
**functions** 8:24
30:14 47:10 72:19
76:24 139:20
141:4 142:1

165:15,23 171:14
179:24 193:6,8
237:8,13
**fund** 12:20 13:15
16:23 17:1,2,5,6
17:11,16,17 20:12
22:20 23:8,11,15
28:7 30:22 33:2
100:18 149:23
150:9
**fundamental** 57:4
**further** 20:6 235:7
**furthermore**
247:10
**future** 110:1

**g**

**g** 4:1
**gain** 66:14 220:8
**gained** 124:5
214:15
**garnes** 66:16,17
67:9 74:22 212:24
**gartner** 183:17
**gate** 32:4,6
**gather** 174:5
**general** 81:13 98:4
102:24
**generalized**
222:21
**generally** 53:15
62:22 67:12 69:14
85:20 92:3,4
144:9 174:1,8
176:13 192:19,23
215:19 235:24
236:8
**generate** 55:3,5
58:22 86:19,21
97:15,15 116:15
117:3 121:13
133:4 193:9 205:5

224:20,22 243:6
243:16 244:8,24
**generated** 65:16
117:6,9,18 118:7
132:19 207:1
242:14,24 243:7
**generates** 59:18
175:13
**generating** 85:23
86:6 176:6 209:5
225:9,11
**generation** 168:9
196:14 240:18,21
**generic** 163:20
164:13
**geography** 106:24
**getting** 55:13
126:8 174:4 210:8
230:8
**ghislanzoni** 81:18
81:19,20,21,21,22
185:9
**give** 8:9 11:17 15:1
32:9 45:4 46:13
46:24 53:7,7
67:10 79:18
117:16 118:20
153:16 156:19
158:8 163:23
175:24 227:21
231:22
**given** 184:11
**gives** 44:21,23
73:11
**giving** 36:9 105:24
147:21
**glasses** 190:25
191:12
**global** 48:22 161:8
**globally** 13:1 47:8

**go** 4:18 9:9 10:24
20:2 21:1 23:8
27:8 29:19 30:15
31:7 32:22 33:11
36:20 37:5 49:23
53:17 61:13 67:22
74:21 75:6 76:17
84:18 90:3,10,20
102:14,18 104:25
105:19 108:23
109:20 110:14
111:18 119:5
126:4 160:14
179:8 188:4
194:15,24 195:2,3
195:7 201:14
205:1 212:17
237:1
**goal** 122:19 124:6
154:22 155:1,4,5,6
196:22
**goes** 21:23 210:2
**going** 4:9 6:21
9:19 39:20 40:2
53:19 75:6 80:23
86:7 98:1 106:14
108:24 115:19
126:2 134:15
135:18 141:9
158:17 170:2
173:22 174:14
176:21 181:4
197:16,24 201:10
201:13 210:5
211:14 212:17,22
219:17 220:8
234:25 242:5
**good** 4:8 6:5,6
27:11 31:25 32:3
38:4 99:1,1
112:22 113:13

142:12 202:15
228:7,9 229:3,4
**gosh** 190:25
**gould** 2:3 4:4 5:2
5:17 17:13
**governance** 21:23
**government**
136:23
**graduate** 56:9
**granular** 216:3
**great** 195:19
**greatest** 25:3
**green** 37:23
**greenberg** 107:22
110:5,9 114:3,18
**greenberg's** 111:3
113:8,20
**gross** 60:14 63:11
116:9 117:13
118:9 120:9
136:14 156:22
193:15 204:4,5
231:7
**ground** 25:15
**group** 68:19 72:8
75:22 76:4 78:12
139:12 162:8,12
163:4
**groups** 107:14,15
139:17,19 140:19
140:22 161:24
162:2,23 165:23
**grow** 107:3 120:23
121:19 141:23
157:1,2
**growing** 89:13
100:22 106:15
107:8
**growth** 16:6,10
65:8,9,11,13,14,19
66:1 83:22 84:21

106:12,13,17,19
107:9,9 112:24
113:23 116:23
117:15 121:2,9,13
138:6,9,14,16,19
204:12 234:11,17
238:12 239:8
**guarantee** 121:12
**guaranteed** 16:21
**guess** 48:17 65:22
78:3 90:17 99:22
132:5,21 153:2
165:2 191:11
195:25 207:2
**guidelines** 20:4
**guy** 78:7

### h

**h** 3:6
**half** 80:7 149:24
149:25
**hand** 149:6
**handed** 128:9
**handful** 66:9
**handing** 9:23
22:11 43:3 45:21
52:13 86:25 96:25
145:14 164:3
182:13
**handle** 20:13
23:20 36:13,14,18
144:2,2 146:11
194:1 227:22,23
229:19
**handled** 72:8
73:12 83:11
143:11 207:22
209:16 210:15
243:9
**handlers** 114:7
**handles** 83:17

**handling** 37:12
195:23
**hands** 72:15
**happened** 70:19
118:15 119:4,10
223:10
**happening** 113:15
119:7
**happens** 222:5
**happy** 7:9,9 96:6
96:10,13 115:16
**hard** 61:1 85:21
202:10,10,12,14
203:5 210:22
**harm** 57:12
**harmonization**
99:24
**harmonize** 101:18
**harvard** 3:13
239:17
**harvest** 171:20
**harvested** 171:11
**head** 7:2 26:16
41:12 240:25
**headache** 85:6
**headed** 109:13
**heading** 110:15
**heads** 24:1 225:6,8
**hear** 210:14,17
**heard** 99:10
232:24
**heather** 2:6 5:16
39:20 135:6 235:6
242:3
**held** 5:1 84:8 85:3
85:3
**helen** 68:16 74:14
140:5 160:2
178:22 179:17
212:23

**help** 8:5 19:16
24:20 40:23 55:3
55:5,11 94:7
105:18,24 144:1
144:10 149:12
168:19 200:13
209:9
**helped** 33:24
37:15,15 46:22
77:14
**helping** 9:5 15:16
15:21 35:15 43:7
**helps** 44:19 143:14
143:18,22 211:21
212:7
**hennepin** 247:3
**henry** 90:17
129:25 132:22
152:15 171:9
**hereto** 247:11
**high** 184:4 200:2
200:14 203:2
243:5
**higher** 108:6,8
114:6,22 115:11
127:13 169:10
229:23
**highlight** 138:12
188:3
**highlighted** 234:9
**highly** 54:19
**hire** 16:12 210:4
**hit** 145:24,25
177:10
**hkliebenstein** 2:5
**hm** 6:25 8:23 9:7
9:25 11:10,13
12:10 13:3 16:25
21:19 22:12,15,15
22:19 25:18,21,25
26:5,14,19 27:13

28:16,18 30:1
43:4 44:14 45:22
46:2,6 49:9 51:20
54:8 56:21 58:13
73:3,5,7 77:24
81:23 82:14 87:2
89:9,11,15 96:19
96:21 98:14 100:3
103:23,25 104:3
107:21,25 108:5
109:10,24 110:4
110:20,22 111:1
111:14 112:17,21
114:9 117:14
118:11 127:2,5
128:11,17 129:1,3
129:12 135:13
137:5 138:24
139:4 143:13,16
143:24 152:23
153:7 156:18
158:12 159:1,21
160:8,20 161:11
166:2 167:3
170:17 173:7,25
174:19,22 175:23
180:14 182:4
183:9,14 184:1
185:3 190:4
192:14 193:20
194:14,16,19
196:2 198:10
199:1 201:11
202:18 203:11
204:1,6 206:4
207:11 210:3
213:12,17 214:21
218:1 220:12
223:1 227:14
233:20 234:12
235:14 237:11

238:18 240:16,22
242:23
**hold** 60:2
**home** 18:22
**homegrown** 50:9
202:13
**honest** 70:12
177:25
**honestly** 47:24
68:14 150:5
**hopefully** 18:22
19:3 58:3 157:8,8
**hoping** 196:23
**hour** 10:20 39:20
80:7 201:18
**hours** 79:9 217:6
217:12
**house** 226:18
227:3
**hum** 116:21
**human** 15:16 16:8
55:25 119:22
145:2,3 146:9
195:21 196:5
217:25 218:4,8
222:9,10,12
**hundred** 136:10
184:4,10,12
**hundreds** 114:14
147:3 181:14
**hypothetical**
53:25 54:14
118:12 127:12
155:20 219:15
220:1 242:16
243:24
**hypotheticals**
16:16

**i**
**ibm** 37:23 161:18
161:21 162:5,9
165:13
**ibm's** 56:12
**icustomer** 29:9
30:2,13 31:3,15
32:5,19
**idea** 20:21 219:16
228:19
**ideas** 24:8
**identification** 9:21
22:9 43:1 45:19
52:11 96:23 105:3
128:7 145:12
164:1 182:11
**identified** 82:20
85:2 100:4 101:9
106:25 165:10
188:9
**identifies** 188:10
**identify** 47:1
57:21 59:9,10
61:15 109:11
116:19 137:16
163:22 188:18
**identifying** 102:6
207:17
**iii** 216:1
**illustrates** 162:18
**illustrative** 145:20
**ilog** 17:19,23 18:6
19:2,14,19 20:1,14
21:19 23:3 28:14
29:15 49:20,21,23
150:11
**impact** 69:1 123:9
123:13,14,17,21
123:22,25 124:1,1
124:11,13,16
141:5,11,12,18,22

142:9 170:6,8,9,12
171:5,6 198:23
232:10,14 233:1,9
233:10
**implement** 15:8
24:8,13 27:2
52:22 53:21
130:18,19,21,23
**implementation**
15:25 19:2 33:10
91:9 129:11
130:15 132:12
138:6 217:4
**implementations**
39:6 42:19,21
**implemented** 8:14
8:14 14:3 84:25
92:16 107:16
117:12 118:8
181:7 233:6
**implementing**
39:9,13,17 61:3
90:25 92:10
196:23 197:11,13
207:14
**important** 33:22
148:17 192:8,10
195:17 200:15
**importantly** 16:7
**impossible** 224:14
**impressive** 69:19
**improve** 14:14,16
14:17 26:9,10
37:19,19 42:10
53:3 57:10 83:2
84:2 88:23 124:21
143:14,23 144:1
144:16 153:14,24
154:16 157:2
**improved** 15:2
38:25 44:4 61:4

83:21 234:10,17
**improvement**
38:11 122:7,8,9
231:7
**improves** 137:9,22
138:2 148:23
221:13
**improving** 14:24
36:1,5 58:2 144:6
144:12 154:6,7,15
154:23 155:1
204:4
**inaccurate** 222:16
222:19
**incentivized** 32:12
**incentivizing**
32:12
**include** 83:21
87:18 97:13 98:19
136:16,18 165:2
**included** 12:17,19
14:22 23:21 137:1
217:5 248:13
**includes** 98:20
136:14
**including** 9:3 18:4
**income** 101:13
106:7,9,10 107:7
225:17 239:14
**incorporated**
82:22 250:12
**incorporating**
58:7
**incorrect** 232:7,9
232:11,12,22,25
**incorrectly** 53:10
141:14
**increase** 39:9,16
65:2 85:7 118:4
120:9,19,20,20
121:18 142:10

154:13,14 155:2,6
204:17,20
**increased** 84:16
117:25 126:18
155:18 156:2
204:8,25
**increases** 118:3
142:13,15
**increasing** 84:6
106:19 204:3
**incurred** 180:21
**independent** 66:13
210:21 212:19
224:3 233:13
**independently**
178:23 210:9
**indiana** 1:9
**indicating** 69:15
90:14 165:5 189:9
237:2 248:13
**indirect** 136:8
143:4 232:9
**indirectly** 63:10
65:25 102:1 160:6
**individual** 16:13
79:6 179:8,12
211:3,12
**individuals** 63:15
63:20 64:11 74:24
75:12 91:7
**industry** 18:20
24:16 27:23 59:1
85:9 110:1,2
134:2 137:7 149:3
154:24 161:2,15
195:10,17 215:23
216:9 231:1
236:21
**industry's** 109:25
**influence** 26:3

**influencing** 25:23
26:6
**inform** 122:5
**information** 12:13
13:7,12 21:25
30:20 56:2 59:12
63:5 64:23 65:6
76:4 77:8 78:15
79:18 90:13
108:17,19 109:21
120:13 135:16
139:23 146:14,16
165:11 173:11
182:2,17 188:17
188:21 189:6,12
190:13 197:10,15
200:19 209:23
227:1 236:23,25
237:4 238:1
**informationweek**
3:9,12
**informed** 223:20
**informing** 109:11
**informix** 190:12
**infrastructure**
33:6
**infrequent** 202:16
202:21,22
**initial** 43:23 91:3
197:5 213:18
233:25
**initially** 33:6
92:20 130:19
146:18,21
**initiative** 89:1,12
89:17,21
**innovation** 110:24
183:18
**input** 15:10,10
29:2 138:12,13

**ins** 60:10
**inserted** 210:25
**inserting** 241:16
**insight** 183:18
**installations** 42:23
**instance** 119:5,22
**instances** 91:13
**institute** 56:7,12
**instructed** 71:6
**insurability** 208:7
**insurance** 1:9,9
4:22 7:23,24,25
8:1,10 9:4 11:12
11:16 12:17,18,18
12:19 13:12,13
16:24 17:2,14,24
18:1,20 21:23
23:25 24:16 25:2
25:5,9 27:21,23
28:8 30:22 33:16
33:20 34:1,8,9,18
34:23 35:16,20
36:7 37:22 40:23
40:24 42:11 44:8
44:19 47:3,9,12,16
47:19,20,22,23
49:5 55:17 56:6
56:18,19 57:15
58:21 65:20 74:2
86:6,10 97:24
98:8 99:13 100:13
124:23 127:25
128:4,20 129:16
129:18,18 131:17
134:1,2 136:5
137:7 139:2 141:6
148:21,24 149:15
150:19 151:1,19
153:25 154:2,8,16
154:23,24 155:2
155:10 156:2,9,10

156:15 157:11
158:4,5 161:3
163:20 164:9
166:18 174:8
178:7,10 180:12
180:16 183:3,7
185:19 192:13,17
195:10,17 213:5
214:20 215:17,22
215:23,25 216:9
216:25 218:23
222:1 225:16
226:2,4,4,5,6
231:1 233:18
239:12 248:6
249:3 250:3
**insure** 112:19
142:20 211:14
230:10
**insuring** 109:8
**insurity** 40:17,19
**integrate** 24:3,24
50:1 80:23 153:15
158:2
**integrated** 12:6
20:1 47:25 53:15
63:1 83:10 87:13
192:12
**integrating** 19:19
**integration** 104:10
104:16 225:21
**intelligence** 114:5
115:1,4
**intend** 56:24
112:16
**intended** 217:23
222:17
**intent** 120:18,22
**interact** 159:4
160:10

interacting 73:8
interest 208:14
  209:5
interested 5:8 75:3
  247:11
interface 29:14
  45:5,8 73:11
  111:18
interfaced 173:13
  174:5
interfere 4:15
interference 4:13
internal 15:11
  19:21 35:8 64:5,9
  85:13 135:14
  136:18,20 138:1
  152:16 190:23
internally 24:1
  186:9,19 215:9
interpretation
  163:10,13 164:8
  164:11
interrogated
  20:22
intersection 23:17
interview 185:10
interviewed 43:9
interviews 132:18
intranets 30:18
introduce 10:16
introduced 156:20
introduction
  141:24
inventory 76:5,7
  76:14 172:4,5,22
  173:2,3 186:1
  207:12,14 208:11
  209:15 210:10
inverse 158:11
invest 100:5
  101:12,12 106:5

investigated 210:9
investigation
  112:11 124:1
  199:9
investment 8:4,25
  92:24 93:5 95:11
  95:13 101:13
  106:6,9,10 107:7
  225:17 227:19
  239:14
investments
  110:21,23
invisible 159:25
involve 48:13
  134:23,25
involved 18:8
  29:21 35:15 42:2
  43:7 51:6 68:23
  70:14 71:15 81:6
  111:23 125:20
  132:12 134:23
  159:12 160:16
  166:20 180:7
  188:25 214:6
  227:12,16
involvement 138:5
  138:5
iota 25:4
ip 131:8
irma 211:4,4,21
  212:7,13
isaac 1:6 4:22 5:17
  152:20 248:6
  249:3 250:3
isolation 86:19
  103:1,11 104:2
  157:15,23
issuance 34:15
  36:2 174:20
issue 11:23 54:4,5
  54:7,10 73:12

75:1 115:10 131:8
  156:13,14 188:15
  193:6 197:4,13
  202:19 212:9
  228:12,17
issued 87:24
issues 118:19
  176:11,24 193:8
  195:2
item 162:12 163:4
  234:18
items 162:22,25
  186:16
ivey 3:15 127:21
  127:24 128:12,25
  132:15,23 175:18
ivey's 171:10

**j**

jackie 1:25 5:5
jacqueline 247:5
  247:19
james 2:17
janus 2:12 3:4
  5:18,18 10:1 15:3
  15:6 16:15 27:18
  30:5 39:19,25
  50:14,18 51:23
  53:24 54:12 64:1
  64:7 89:4 96:11
  103:6 108:14
  121:3,10 125:25
  126:14,22 131:14
  134:13 135:2,17
  146:20 147:11
  155:19 156:3,24
  158:13 168:10
  169:6 185:12
  186:25 187:8
  193:10 197:19,23
  219:13 220:17
  226:18 235:6,9,11

238:4,7,21 239:9
  239:19 240:1
  241:8,17,23 242:2
  242:15 245:2
  246:13 248:5
java 190:19
jennifer 76:8
job 13:4 15:17,21
  17:1,15 33:5
  40:22 48:8 123:6
  141:16 142:3
joined 33:12 48:18
jsp 190:18,19
judge 148:5
judgment 142:8
  145:2 146:9 148:7
  148:7 172:16
  222:9,10,12
jump 145:19
jumping 185:1
june 1:25 4:6,9
  247:16 248:4
junior 147:20
justification 77:19
  79:1 83:20 84:24
  85:5 89:18 90:6
  91:13 246:10
justifications 91:9
justified 14:14
  84:5,12 85:2
justify 84:7,20
justifying 197:16

**k**

keep 32:4,6 135:25
  241:16,18
kept 49:23 150:5
kevin 66:7 226:17
key 89:12,16,20
kind 13:17 15:24
  24:11 29:19 32:12
  33:1 44:23 99:25

103:3 139:25
152:2 164:12
175:24 196:15
**kinds** 9:12
**kirsch** 62:14
**kliebenstein** 2:6
3:3 5:16,16 6:4
9:19,22 10:2,3
15:5,18,20 16:22
22:10 28:13 30:12
39:21 40:1,9 43:2
45:20 51:5 52:3
52:12 54:6,15
64:12 67:2,8 89:5
96:16,24 98:25
99:3 103:7 105:5
108:18,22 109:6
115:17,25 121:7
121:15 126:10,19
127:1 128:8
131:20 134:18
135:1,8,25 136:2
145:13 146:22
147:16 155:24
156:8 157:4
158:16,24 164:2
168:15,16 169:13
182:12 185:15
187:2,9 193:14
197:21 198:6
219:19 221:2
226:24 234:22
235:7 238:8,10,24
239:16,23 240:5
241:14,15,21,25
242:8,10,21 245:9
246:12
**knew** 72:1 76:24
80:10,11
**know** 6:23 7:6
10:22 13:19 15:13

15:18 16:8 18:21
20:10 25:2 27:6,9
28:11 29:6 30:7
30:15,24 31:9
32:6 53:5 56:13
66:9 68:22 71:10
71:15 73:23 75:17
76:7,11 77:1 78:6
78:13,24 79:17,19
79:19,22,23 80:2,4
80:4,12,12,25 81:2
86:7 95:18 111:5
113:4,11 114:24
118:5,14 122:17
130:11 133:16,21
136:13 137:19
140:13,15,16,18
140:21,25 145:2
147:14,17,25
148:3 150:6,9,12
150:13 151:23,24
152:13,19 155:9
157:8 159:14,15
160:2,9 165:1
167:19 168:21
171:22 176:5
177:4 178:3,10
179:11,17,18,21
180:4,5,7 181:6,20
184:7 187:7
188:14 189:4,5,7,7
189:18,23 194:3,5
194:7 195:9,22
196:14,22 199:8
200:3,4,8 201:16
201:19,20,23,25
202:23 203:3,19
204:23 207:3
210:6 212:15
213:5,5,6 216:21
217:6,9,11,16

219:20 220:20
221:19 228:19
230:24 231:19,25
242:17,19 243:1
243:25 244:7
245:5,25 246:3
**knowing** 228:19
**knowledge** 24:11
30:24 57:18 58:6
66:14 69:25 70:2
93:15 98:20 99:13
100:20 117:6
128:2 129:7,10,18
129:20 130:18
131:18,21,25
132:1,2,3 208:23
216:22 221:25,25
236:20
**known** 58:19

**l**

**lacked** 38:2
**lacks** 96:11 147:12
**language** 132:7
187:20 190:22
**large** 48:10 150:18
**largely** 106:20
**largest** 180:12,15
**late** 15:14
**latest** 139:23
**law** 5:1
**lawyers** 64:2
134:24
**lead** 65:8,9,11,12
65:14,19,20
155:17 156:2
232:8,11,14
237:13 238:11
240:18,20
**leader** 23:5 26:17
**leaders** 90:23

**leadership** 49:6
**leads** 58:3 237:17
241:3
**leah** 2:12 5:18
248:5
**learn** 63:4 226:20
**learned** 49:20
131:11,23
**leash** 242:4
**leave** 49:1
**led** 44:3 118:19
119:23 120:3
127:12
**left** 24:10 32:22
62:12 191:7
**leg** 97:18
**legacy** 13:19,21
20:15,16 35:23
37:7 38:24 42:8
79:4,15 80:14,19
**legal** 5:4,6 248:1
251:1
**letter** 248:19
**level** 51:8 88:13
90:10 114:6,23
142:5 173:22
193:24 222:20
230:5
**levels** 209:6
**leverage** 92:23,25
93:5 95:11,13
**leveraging** 96:1
**license** 52:18 79:7
87:8 94:4 213:14
214:7,7,18 215:2
219:10,11 220:8
220:14,21,21,25
221:7
**licensed** 36:11,12
82:11

**licensing** 35:1 213:25
**life** 12:18 47:9,12 47:17,19,20 48:2
**limited** 241:11 242:5
**line** 16:15 22:5 26:16 90:24 106:23 126:4 156:13,13 248:13 250:7 251:3
**lines** 13:13 21:20 49:8 129:2 147:7 151:16
**link** 19:5
**linking** 19:3
**list** 12:3 62:9,12 65:24 66:2,24 69:7,14 74:24 76:21 179:9 182:6 189:8 191:17 203:9 217:13
**listed** 63:15 69:7 153:20 188:7,8 189:10 192:16 202:3 203:7,18 223:24 227:11 237:9 250:7,17
**listing** 250:7
**lists** 210:1
**litigation** 6:19
**little** 15:19 58:9 72:25 75:7 137:24 143:25 144:19 149:5 166:12 176:5 244:20,21
**ljanus** 2:11
**llc** 8:22,24 9:18
**load** 50:20 117:2 171:19

**loaded** 68:3 117:6 119:13,18 120:1,8 120:16 121:22 127:23 132:20 133:3 144:21 170:24 175:19 181:12,17 182:25 225:10 232:8
**loading** 119:20 222:15
**loads** 207:24
**located** 5:2
**location** 211:10
**logic** 50:24 57:5,9 57:17 68:5,7,12 117:1 170:23 222:3 228:1,3,5,21 229:5 237:20 238:23,25
**logical** 119:4
**long** 6:11 7:8 48:15 80:6 94:2 201:12,14 242:4
**longer** 77:21
**look** 9:9 12:3 19:6 25:11,12 27:25 28:3 29:19 30:7 61:18 64:5 74:21 82:8 102:13 105:19 106:10 109:15 110:11 124:22 137:19 139:24 157:14,15 164:5 166:10 172:24 179:12 181:16 183:17 184:19 185:24 188:5,6 189:2 191:4 199:5,21 209:18 214:14 221:9 222:5

223:17 225:23 241:5
**looked** 23:19 49:22 58:16 63:20 100:19 102:12 109:13 128:3 138:9,18 159:11 178:25 186:1 194:25 201:1
**looking** 9:14 25:7 27:14 29:12 31:2 49:5 78:7 87:15 91:25 102:20 110:18,18 113:3 128:10,25 131:8,9 137:3,4 138:22 153:4 154:9,14 160:19 164:7 176:13 186:4 191:20 200:13,17 209:25 222:25
**lookup** 198:25 199:12,17,24 200:10 201:2,21 202:1,6 210:10,22
**loop** 93:18
**lose** 21:18 53:22 124:24,25 141:15 154:19,19 172:13
**loss** 54:4,7 55:1 120:20,21 136:11 136:12,18 142:15 142:15,16,17 143:5,6 222:6,18 222:21 228:14,15
**losses** 54:3 141:15 156:12 157:12 209:7 222:5,7 223:8
**lost** 172:15 195:16

**lot** 8:10 15:15 21:22 38:2,16 41:17 43:16 63:5 68:15 77:15 82:19 111:18 137:13 138:20 175:4 187:22 192:23 200:25,25 211:13 213:4 232:20 244:12
**loved** 42:24
**low** 114:13 115:5 179:13,14,15 180:9,10,18 203:2 213:3,6,8 243:5
**lower** 108:4,8
**lump** 46:14
**lunch** 96:17 105:1 115:18,21
**lynn** 7:19,20

**m**

**m** 12:21,22,23
**madam** 248:10
**mail** 2:5,11 38:7 187:4,6
**mailing** 38:15
**main** 129:10
**maintain** 21:10 52:2 53:17 72:16
**maintained** 21:6
**maintaining** 88:23
**maintenance** 87:10 89:25 90:19 164:20,22,24 165:7,8 169:22,25 170:15 171:15,16 172:1 214:18
**majesco** 3:10 41:1 41:6 47:6 48:6,20 48:22 94:8

majescomastek 40:11,16,22
major 13:17,18 59:17 161:20,22 161:22
making 21:14 25:8 35:1 37:1 55:13 92:24 110:2 112:22 113:13 117:21 124:20 186:20 211:18 219:1 222:19 230:4,8
manage 143:10 233:17
managed 21:8
management 12:19 14:15 17:20 18:2,3,6 28:15 29:22 33:8 34:16 35:9 41:23 45:13 45:15 50:4 51:16 51:25 55:25 76:6 76:7,14 78:1 79:5 80:17 82:11,20 87:14,23,24 88:2,3 88:5,11,16 91:1 92:23 93:1 94:17 95:24 96:2 107:24 114:21 129:16,21 143:21 148:10 149:12,17 150:10 152:17,22,25 153:2,3,4 162:1,4 164:21 165:9 172:4,5,23 173:3 183:19,22 194:10 207:12,14 208:12 209:16 210:10 213:20 239:14

manager 140:2
managers 139:14 139:15,15,24 140:7,19,20,21 141:16,17,18 142:18,19 143:1,1 171:19,23
managing 80:17 91:16
manual 198:25 199:4,11,17,24 200:10 201:1,20 202:1,6 207:23 210:10,22 212:15
manually 115:12 194:24,25 201:15 207:22 209:16 210:5,15 232:13 233:3 243:10
manuals 151:17
margin 107:8
margins 106:16
mark 145:25
marked 3:23 9:20 22:8,11 42:25 43:3 45:18,21 52:10,13 86:25 96:22,25 105:2 128:6,9 145:11,14 152:5 163:25 164:3 182:10,13
market 9:11 25:23 28:4 40:25 44:20 46:5,8,10,23 47:4 47:12,17 48:2 52:9 53:3,4,5,8,10 54:20 65:20 83:2 88:24 89:2,14 98:9 99:19 106:18 139:9 141:20 154:5 156:11,21

157:7 168:24 169:18,19 213:19
marketed 82:21
marketing 9:13 43:9 82:22 95:23 122:19 153:21 169:17 223:11,13
marketplace 8:1 31:1 34:2 42:19 47:18 49:22 54:22 54:23 55:7 58:19 101:11 139:2 149:8 213:24
markets 57:19 98:10 101:10 102:3 138:11 147:8 197:7 233:19,24
match 232:4
matches 46:20
material 9:20 22:8 42:25 45:18 52:10 95:23 96:22 105:2 126:12 128:6 145:11 163:25 169:17 182:10
materials 93:15
matter 4:21 6:13 6:21 9:24 10:5 66:19 95:4 111:13 167:19 177:14,15 178:14 240:15
matters 247:7
maximum 214:19 215:5
mba 56:1
mccarter 1:16 3:8 4:3,21 5:24 6:5 7:12 116:2 235:12 248:8 249:4,9 250:4,13 251:20

mckone 1:25 5:6 247:5,19
mean 11:14 14:5 16:11 18:25 23:7 31:19 36:6,19 37:25 42:22 44:18 45:6 46:8 55:14 70:7 74:2 75:5 78:9 83:5 95:25 112:4 115:4 116:11 120:22 122:8 124:20 126:1 146:21 153:2 154:2 156:6 200:22 215:17 221:17,20 228:24 229:19 232:16 236:5 237:3 241:19
meaning 41:24
means 8:9 116:12 153:25 158:4 179:15 239:24 240:7
meant 36:22
measure 85:22 86:17 122:24,25 134:3 167:11 168:2,18 169:1 205:3 231:12,14 236:3 246:6
measures 231:5
measuring 235:24 236:1 246:4
media 4:20 40:7 109:4 158:22 198:4
meet 26:1
meeting 71:6,16 94:17,18,23,23 95:4,16,22 96:4

226:16
**meetings** 94:19,21
**member** 9:18
**members** 7:19
**memos** 151:17
**mencke** 68:16
  74:23 212:24
**mention** 39:16
**mentioned** 8:25
  14:16 15:24 24:18
  27:11 82:24 96:20
  119:10 145:18
  148:24 149:19
  156:15 164:24
  176:23 194:5
  209:15 216:15
**mentioning** 30:10
**mentions** 11:11
  175:22 185:19
**merchant** 2:3 4:4
  5:2,17 17:13
**merchantgould.c...**
  2:5
**met** 95:1
**method** 26:21
  37:21 38:3 199:4
  200:10 201:21
**methodology**
  57:22 58:11,24
  59:2,5,10 61:14
  101:20 167:17
  181:9 199:12
  223:2 231:4,24
  232:2
**metrics** 123:16,20
  124:4,12 246:10
**mexico** 12:16
**microphone** 67:1
**microphones** 4:11
  4:15

**mid** 89:1,14
**middle** 31:14
  103:8 110:19
**midwest** 248:17
  251:1
**million** 200:19
  201:4 210:1 215:4
  217:10
**millions** 114:15
**min** 42:8 83:11
  159:17 211:7,9
  214:8 216:11
**mind** 11:20 191:5
  234:7 236:2
  239:25 240:8
**minds** 99:14
  151:17
**minimize** 88:22
**minimum** 40:20
**minneapolis** 2:4
  2:10 4:5 5:3
**minnesota** 1:2 2:4
  2:10 4:5,24 5:3
  247:1,5
**minus** 123:11
  125:12 219:5
  220:11
**minute** 30:10
  131:22
**minutes** 111:13
  242:6
**mirolyuz** 62:20,21
  63:2,6,9 77:16
  129:25 132:12,15
  132:22 153:11
**missed** 118:23,23
**missing** 10:7
**misstates** 108:15
  131:15 168:11
  169:7 241:8

**misunderstood**
  225:15
**mitigation** 54:5,7
**mix** 151:24 200:6
**model** 33:17
  160:23 161:2,4,15
  161:18,21 162:5,9
  162:18 163:17
  165:13,16,25
  166:9 181:16
  182:1 196:10
  211:13 243:11
**models** 153:15
  158:2
**modern** 13:20
**modification**
  211:3
**modify** 211:13
**module** 43:15,24
**mold** 199:18
**moment** 134:16
  163:23
**money** 21:18,18
  35:1 44:5,9 47:5
  53:23,23 101:12
  106:6 120:23
  137:23,25 148:22
  148:25 154:19
  219:1
**monitoring** 176:2
**month** 200:18
  201:5 210:1
**monthly** 46:15
**morning** 4:8 6:5,6
**motive** 205:8
**mouthful** 40:15
**move** 11:8 13:21
  16:23 17:4 21:25
  25:4 26:8 29:23
  32:25 40:15 48:20
  48:20 49:2,3

55:16 66:7 96:18
  109:7 126:2,9
  133:22 153:6
  154:4,18 155:13
  169:20 172:17
  206:2 208:5 211:2
  227:6 229:11
**moved** 13:19 33:8
  48:6 117:20
**moves** 25:6 154:5
**moving** 16:4 39:19
  54:16 75:10 77:6
  89:1 116:1 138:22
  141:16 142:2
  143:12 158:22
  173:6 174:18
  175:9 184:13
  186:6 194:13
  196:7 203:25
  208:11 234:8
**multiple** 35:11
  75:22 91:13
  152:12 153:21
  186:9,9 216:25
  228:2,4,6,10,10
  229:6,7
**murphy** 66:7,8
  135:15
**mutual** 12:20
**mutually** 65:23

---

**n**

**n** 3:1 4:1
**name** 5:3 7:16
  47:24 81:17 248:6
  249:3,4,15 250:3,4
  250:21
**names** 12:3
**nature** 67:16 78:4
  147:23
**near** 111:13

necessarily 12:1
31:21 37:16 65:11
65:12 83:13 108:9
117:24 124:21
129:7 144:25
156:13 193:23
195:13,14 217:20
221:17,20
necessary 67:25
82:7
need 7:5,10 27:4,5
30:6 37:4 53:11
61:15 63:24 72:9
72:10 83:14 87:12
88:3,5 108:22
120:24 123:19
135:2,4,5 178:7
179:21 185:12
187:23 189:3
190:24,25 191:1
191:12 194:22
208:16 210:4
227:23 243:2,6,8
244:11
needed 14:1,2 15:9
21:16 28:3 29:3
52:9,22 64:23
87:23 96:14 100:5
102:18 109:20
120:13 123:20
175:19 187:21
229:6 236:25
needless 24:7
needs 26:2 46:20
141:21 142:5
201:1 229:21
negates 72:13
negative 157:21
232:10,14
negatively 232:25

negotiations 78:19
neither 247:9
net 50:6,7 190:21
network 111:21
networking 56:14
never 58:1 65:14
65:19 86:4,7 93:8
98:7 124:6
new 13:14,14,20
13:22,23 14:4,6
15:8 16:1,20 24:8
24:14 26:22 27:2
27:7,15,15 46:10
46:11,22 47:1,1,1
47:4,4,17 48:2
55:3,5,7,8 63:5
110:23 141:19,23
141:25 154:10
156:20 175:6
195:11 200:23
newer 212:16
nine 144:5 161:20
nodded 41:12
240:25
non 36:8,11
232:17
noncompliance
176:16
normal 59:6 123:8
124:11 159:16
normalizes 196:15
normally 172:15
north 12:13,15
13:7 17:9 49:5
183:7
notarized 248:14
notary 247:5,15
248:25 249:10,18
250:15,23 251:23
note 4:11 39:7
238:14 248:12

noted 39:9
notes 76:9,17
247:8
notice 4:6
noticing 5:15
247:13
number 1:4 4:24
6:24 10:1 16:6
40:7 55:24 56:10
66:10,10 68:9
69:17 77:9,9,13
81:25 82:4,5,23
91:11 109:4
117:22 118:2,16
130:7 140:15,18
152:9 158:22
160:7,15 162:7
163:24 165:2
166:19,23 172:19
180:1,2,3 182:14
182:18,20,21
184:9 185:10,21
186:5 198:4
200:18,21 201:12
213:7 214:6
215:11 217:9
248:7,13
numbers 78:7
181:16 250:7
numerically
166:22

o

o 4:1 12:22,23
oath 6:1
object 16:15 50:14
51:23 53:24 54:12
108:14 121:3,10
131:14 135:18
155:19 156:24
168:10 169:6,8
193:10 219:13

238:21 239:9
242:15
objection 15:3
27:18 54:12 89:4
96:11 126:14,22
146:20 147:11
239:19 240:1
241:8 245:2
objections 5:13
156:3 220:17
objective 169:2
231:5
objectives 111:13
obviously 44:2
76:20 94:24
occasionally 94:16
occasions 66:8
occurred 224:5
offered 40:22
offering 30:22,23
42:9 153:5
officer 12:14 33:4
offices 5:2
official 249:15
250:21
oh 54:2 106:1
149:7 154:22
163:24 174:9
182:8 227:9 235:7
ohio 248:2
okay 7:7 10:18
11:5 13:2 20:25
22:7 29:5,24
39:25 50:19 52:8
55:20 60:12 64:10
72:1 74:22 82:9
94:12 104:19
105:19 106:3
143:22 150:16
165:17 167:10
185:14,22 186:7

[okay - page]                                                                    Page 30

187:15 191:21
198:8 221:9,10
232:1 238:6 244:2
**older** 14:7
**once** 6:10 74:15
100:4 175:1,13
193:16
**ones** 19:12 36:11
36:12 63:21 68:11
102:8 130:11,12
142:7 149:22
194:23
**online** 19:23 29:12
30:10,16,20 33:12
33:14,18,20,20,21
33:25 34:7,21
35:3 37:5,21 38:3
38:15 43:25 44:3
44:6
**open** 194:11
**operate** 151:1
162:20 243:19
**operated** 13:25
**operating** 12:15
33:3 183:3 190:19
**operation** 14:18
14:18 40:23 42:10
58:3 159:10
162:15 163:7
166:21 231:12
236:7
**operational** 159:3
229:11,14
**operations** 11:16
12:14 64:15 68:19
76:20 150:21
**opine** 56:25
162:11 219:20
**opinion** 50:12,15
56:16 57:21,23
58:12,15,24 59:3

59:18,22 60:2,11
60:13,19,23 61:7
72:7 82:15 96:4
97:11 106:22
107:10,18 110:9
111:3 113:2
116:18 117:8
120:14 122:5
123:18,25 124:10
125:16,18 128:14
130:24 131:2,17
131:23 133:5,12
137:6 143:17
147:4 153:22
161:4,7 162:17
163:17 166:17,24
167:16 171:7
172:18 176:10,10
177:2 178:16
180:19 182:24
183:10 184:16
185:4,7 186:14
191:22 192:15
193:18 201:17
202:23 203:4,22
204:2 206:11,18
213:23 214:14
215:10 217:19
218:14 219:25
221:3,11,16
223:21,23 224:15
226:8 231:4,9
233:12 234:13,20
235:15 236:25
237:16 240:17
241:2,17 245:15
**opinions** 50:16
56:22 57:3 59:6
59:11,14,16 61:21
62:7 68:2 101:21
102:5 105:7,12,16

109:12 113:1,21
115:7 116:2
129:14 130:13
131:10 139:16
161:12,17 175:16
189:24 198:11,15
198:21 212:22
213:2 222:23
223:3 238:2
240:15
**opportunities** 93:7
106:18 112:24
**opportunity** 24:5
88:17 107:9
135:24
**opposed** 32:10
54:3 115:11
165:23 211:19
**option** 199:17
200:3
**order** 79:18 97:12
133:3 139:8
166:10
**ordering** 247:13
**organization** 9:15
22:1 79:2 82:6
93:21 94:25
100:20 113:6
149:24 150:18,25
168:23 204:14
218:3 225:24
230:5,19 237:21
**original** 77:19
79:1 92:17 213:14
247:8,12
**originally** 119:18
**originated** 23:1,2
91:23
**outcome** 5:9
**outlined** 29:7
87:16 95:15

122:19 166:14
**outperformed**
107:14
**output** 133:4
170:4
**outs** 60:10
**outside** 88:17
141:1 191:13
226:19
**outsourced** 24:9
**overall** 10:22 26:3
26:6 77:8 78:21
81:25 86:20 87:17
89:1 108:9 116:9
116:23 122:17
148:12 184:24
**overlaid** 165:16
**overstating** 164:17
165:4
**overview** 57:2,4
175:24
**owes** 219:9
**owned** 12:25,25
17:6 130:25
131:24
**owner** 28:21,25
29:10 84:14,14
**owners** 84:10
**ownership** 131:8
**owns** 131:2,19

---

**p**

**p** 4:1 12:21,22,23
**p.m.** 109:2,2
115:22,22 158:20
158:20 198:2,2
235:3,3 246:16,18
**page** 3:3,4,8,9,10
3:11,12,13,14,16
3:18,20 25:17
29:23 44:11 54:16
62:9 87:9,16

[page - percentage]                                                                Page 31

88:12 89:10 99:25
105:1 106:2,6,10
106:13,14,17,19
107:20 109:7
113:25 128:25
145:21 151:2,12
151:12 153:11
158:25 160:19,25
164:5 165:22
183:5 188:5 206:3
206:4 223:16,16
248:13,15 250:7
251:3

**pages** 105:25
145:18 237:9

**paid** 44:6 130:17
137:23,25 214:18
215:2,3 220:14,22
220:24

**pandey** 77:6
179:19 187:4

**paper** 15:12 16:4
216:20

**paradigm** 2:22

**paragraph** 10:19
25:19,20 26:12
29:25 43:17 44:12
45:25 52:20 56:16
60:3 63:16 69:22
75:12 82:8,10
83:19 89:8 96:18
97:7 109:23
110:21 111:9
112:25 113:2
116:1,3 117:11
122:21 127:19,20
132:17 133:22,24
138:4,22 139:3,6
139:14 143:12,19
144:4,5 150:17
151:5 160:5

161:17 162:7,11
166:1,14,15 167:8
167:9 169:20
170:14 171:25
172:17,18 173:23
174:18 175:17
181:10 183:13,23
184:13 185:1,16
186:6 188:10
190:2,3 191:20
194:15 198:7,9
202:14 203:25
213:10 214:14,17
217:19,23 218:14
218:18 221:9
222:23,25 223:3
223:21 231:3
233:12,12,13,16
234:8

**paragraphs** 59:9
138:25 140:10
161:10,13 171:7
183:15

**part** 12:5 13:8,16
14:22 21:7 24:18
32:16 33:22 37:14
61:3 76:15 78:9
86:20,22 87:15
104:20,21,23
112:7 115:1
116:12,14 125:2
125:23 126:21
127:17 140:4
144:8 148:13,16
148:17,18 160:3
165:8 166:4
168:21 176:16,17
176:18 179:4
181:15 183:20
184:23 186:17
192:25 194:22

205:3 207:22
208:10 210:17
225:1 250:9

**participated** 78:3

**participation** 78:5

**particular** 27:5
28:17 65:15 96:14
125:21 144:19
174:10,12 177:6
228:20

**particulars** 28:11

**parties** 4:18 130:5
247:9,11,13

**parts** 14:18 95:7
126:24 157:19
194:21

**party** 5:7 25:12
48:11 50:1,9
184:22 186:10,17
186:23 187:5,11
187:15,17 188:11
188:14 189:13,20
191:15 210:23
247:13

**pass** 195:1

**passage** 129:13
229:23

**passages** 128:14
128:15

**pattern** 232:4

**pay** 34:23 46:14
46:14 136:24
141:10 174:15
215:6,8 219:11

**paying** 43:24 44:3
216:25 220:18

**payment** 43:14,24
44:7 46:15

**payments** 46:15

**peaks** 210:7

**peer** 106:11
107:14,15

**peers** 105:17
106:5

**pemco** 52:16,18,21
55:3

**penetrated** 9:11
233:24

**pennsylvania** 1:10

**people** 15:21
16:12 23:17,21
24:5,6 33:19
57:19 62:4,9
64:15 70:20 74:6
75:22 86:21 97:14
98:24 99:4,5,7,9
99:14,16 101:16
101:18 104:10,13
104:16,21 107:1
107:11,13 113:5
120:7,25 124:15
136:21 139:17
140:17,22 143:9
147:4 148:13,16
152:14 157:16,25
160:15 168:24
179:21 180:2,3
201:14 210:4
221:23,25 224:12
224:19 225:6,10
225:14,18,21,25
226:21 230:12,12
236:6 244:15

**people's** 225:8

**perceived** 74:11

**percent** 60:17
136:9,10 160:17
181:6 191:24
200:5,5

**percentage** 112:12
140:16,21 160:10

160:12
**perfect** 49:7
**perform** 13:5 27:1
  28:19 139:19
  141:5 179:24
  210:5
**performed** 217:14
  217:21
**performing** 142:3
  230:6
**performs** 190:7
**period** 37:11 38:1
**permission** 214:15
**person** 73:8 84:15
  209:19 227:22
  229:19 230:1,2
**personal** 13:13
  93:15 226:8
**personally** 60:3
  249:11 250:15
**perspective** 75:16
  95:8
**pg** 3:15,24
**phone** 2:4,10
  62:13 66:18,19
  69:10 75:21 79:19
  82:15 83:23
  134:23 248:3
**phrase** 11:11
  32:17 44:17,18
  46:7 99:20 116:5
  116:10
**phrased** 50:15
**physically** 67:22
**pick** 4:12 223:15
**picked** 185:21
**picture** 145:21
  186:20
**piece** 36:4,5 85:10
  85:11,24 86:4,15
  164:16 192:8,9,25

207:21 224:24
  231:18 235:21
  236:5,12 244:12
**pieces** 187:16
  188:11 189:14,14
  189:16,18 191:15
**pimco** 12:20,21,23
**pin** 186:4 224:13
**place** 4:14,18 43:7
  212:12 214:23
  228:24
**plaintiff** 1:7 2:7
  5:17
**plans** 46:10,11,16
  46:18 53:3 112:19
**platform** 29:18
  31:3 32:19 35:12
  36:15 47:9 53:16
  53:16
**play** 31:22 87:7
  146:9 159:22
**plays** 181:24 192:4
**please** 4:11,13
  5:13,21 57:2
  248:11,11
**plus** 30:23
**point** 15:13 24:21
  24:22,23 33:19
  51:22 86:24 88:19
  93:13 102:22
  105:9,15 106:21
  111:11 119:15,15
  125:21 126:2
  151:13 154:13,15
  165:5 176:8
  191:11,23 210:8
  223:9 231:2
  235:22
**pointing** 30:7
**points** 83:14 87:20

**policies** 34:25 37:1
  47:5 55:10 86:6
  117:18,22 118:3,6
  118:17 142:7
  156:22 157:9,12
  170:20 178:10
  179:14 180:7
  184:7 193:13,15
  193:17 194:22
  195:12,18,21
  196:5 206:24
  212:6,6 218:11
  222:19 228:18,19
  242:18 243:8,9
**policy** 8:12 13:11
  13:12 14:19,22,25
  15:2 16:1 19:19
  20:14 27:12,15,22
  28:5,7 34:13,15
  36:1,7,20 37:2,5,6
  41:7,14,19 42:8
  47:11 48:1 73:25
  74:2,10 83:8,10,13
  83:17 120:21
  149:24,25 151:17
  159:17 171:1
  172:13,15 173:13
  173:24 174:10,12
  174:15,15 175:1,1
  175:4,6,9,19 176:7
  176:12 183:21
  184:4,10 190:10
  190:10 192:18,19
  192:20,21,22
  193:4,21 194:10
  202:25 206:23
  208:5,10 209:8,12
  211:7,9,12 212:9
  214:7 216:11
  222:20 228:22
  232:19 233:2,8,18

**policyholder** 31:5
**policyholders**
  159:13
**poor** 180:10
**port** 174:3
**portal** 174:3
  208:18
**portfolio** 114:6,23
**portion** 24:10,10
**position** 165:6
  220:5
**positioned** 9:10
**positive** 157:21
  233:9,10
**possible** 148:4
  216:12 230:22
  236:2 246:6
**postage** 16:4 38:7
**potential** 51:7
  95:6 156:5 208:7
  209:7 228:16,16
  230:20
**potentially** 55:8
  119:6 141:12
  186:10 229:10
**powerpoint** 3:16
  3:18 91:21,24
  151:3,9,10,21,22
**powerpoints**
  197:6
**practice** 84:20
  85:8,13,17 205:9
  205:10
**practices** 8:16
  25:13 30:21,25
**precision** 91:13,17
  145:1 146:8
  221:12
**predicate** 127:15
**predictive** 207:24
  208:2,6 209:4,6,9

209:21 210:13
**preferred** 26:20
**prefers** 7:1
**premise** 51:23
  169:8
**premium** 54:25
  63:11 101:12
  116:9,23 117:13
  118:9 120:9
  136:14,16,23
  137:10 156:23
  175:10 184:5
  193:15,17 204:5
  206:2,5,7,12,17,24
  207:1,4,7 209:10
  215:20 231:8
  232:19 233:2,8
  234:11,17 243:5
**premiums** 60:15
  157:9
**preparation** 105:7
  129:13
**prepare** 9:5
**prepared** 8:6
**preparing** 61:21
  62:6 68:1 115:7
**present** 2:16 5:10
  18:10 136:4 225:7
**presentation**
  145:19 151:3,21
  151:22
**presentations**
  82:23 91:22
  223:19
**presented** 38:23
**presentment**
  43:15
**preserving** 106:16
  107:8
**press** 43:10 52:15

**presume** 201:9
  219:8
**presuming** 117:22
**pretty** 50:3 134:4
  200:2
**prevent** 176:16
**prevention** 178:5
**previous** 26:7
  160:24
**previously** 3:23
  9:1 58:19
**price** 25:4,6 26:8,9
  54:22,23 55:13,14
  55:15,16 118:1
  141:9,13,14
  154:11 174:14
**priced** 53:10 55:6
**prices** 231:1
**pricing** 49:13,15
  50:25 51:2,4,11,17
  110:25 117:7
  143:7 165:3 170:3
  176:18 196:11
  213:18,19 226:6
  230:21,23
**primarily** 31:2
  38:24 42:20 50:25
  82:17 122:10
  143:11
**primary** 11:15
  51:4 83:3 221:8
**primer** 152:14
**principal** 7:23
**printout** 214:24
**prior** 111:6
**private** 4:12
**privilege** 134:21
  135:21,22
**privileged** 134:22
  226:19

**probably** 6:12
  23:4 42:18 63:14
  80:7 142:23 147:2
  147:9 180:10
  202:22 228:13
**problem** 119:19
  211:16
**problems** 111:21
**procedure** 199:25
  202:6 210:11
  249:5 250:5
**proceed** 5:22
**proceeding** 5:13
**process** 6:18 15:10
  16:12 18:18,19
  20:13 23:7,17,21
  36:14,19 38:8,20
  44:8 47:1 49:21
  50:21 53:20 57:10
  57:19 58:14 61:3
  61:4 73:16 77:25
  78:15 79:24 84:9
  84:19 85:24 86:24
  87:7 90:20 97:14
  101:18 104:10,21
  104:24 113:6
  116:12,14 117:5
  121:6,14,16,17
  143:9 148:11,13
  148:20 157:16,25
  163:20 164:9
  168:24 170:2
  175:5,14 176:20
  177:8 179:4
  184:24 193:12
  195:3,5 197:6
  205:18 207:23
  224:12 225:18,21
  225:25 231:16,17
  236:6 244:15

**processed** 27:21
  38:6 200:16 201:5
**processes** 14:2
  72:24 104:14,16
  164:9 166:11,20
  168:1 224:19
  225:14
**processing** 3:24
  34:15 36:2,25
  37:13,16 86:21
  87:10,18 90:1
  174:21 192:25
  194:18 217:24
  218:3,8,11 232:18
  233:18 234:9,16
**produce** 133:11
**produced** 77:16
  108:2 152:11
  187:6 214:9
  215:14 216:5,13
**produces** 208:2
**product** 9:9,10,13
  9:14 30:14,23,23
  31:13 33:10 34:5
  41:13 42:3,6,23
  45:15 46:17,19
  47:4,7,8,16,21,24
  48:3,13 49:8,16
  69:2 93:22 94:15
  131:3 139:13,24
  140:1,2,19 141:16
  141:17,18,23,23
  142:6 147:7 153:4
  154:10 156:20,21
  157:7 164:18,21
  165:9 171:19,23
  194:11 204:16
  205:5,8 221:1
  232:3 244:3
**production** 99:22
  152:9 248:15,17

248:22
**products** 18:15
27:21,24,25 28:5,9
28:12 29:10,11
30:4,11,16 33:13
33:13 34:3,10
35:3 46:23 47:1,4
47:6,13,14 50:1
138:11 141:19,20
141:25 142:20
150:25 176:4
194:1,12 195:7
202:25 226:5,5,6
228:10 243:4
**professional** 100:8
130:6,14 131:12
216:22 217:3,7,11
**profit** 16:19 57:16
58:2,23 97:16
108:9,9 116:9,16
124:19 125:1
126:17 127:6,10
127:17 136:9
157:2 204:15,16
205:6,7,13 218:19
219:5,21 220:3,10
221:3 224:11,13
225:11 232:21
235:21 239:2,15
244:15
**profitability** 16:14
16:19 26:10 31:23
39:15,16 108:7
125:9,9,16 136:4,6
138:3
**profitable** 16:20
19:1,4 25:5 32:10
32:10,11,21 86:8
106:15 195:11,15
**profitably** 106:16
107:8

**profiting** 219:3
**profits** 56:20 57:7
58:8 59:19 64:17
123:10,11,14,19
123:23,25 124:11
124:16,20,21,24
125:3,12,19,22,23
126:21,25 127:13
159:23 198:22
206:15 237:22,23
**programmers**
21:6,8 155:14
**programming**
153:15 155:9
202:13
**programs** 13:17
186:10
**progress** 112:22
113:14,17
**project** 28:15
79:10 90:3 114:14
**projects** 13:9
217:13
**prologue** 99:25
**promote** 35:19
**promotion** 17:12
**prompted** 49:2
160:1
**pronounce** 40:13
**proper** 170:9
**properly** 55:6
179:4
**property** 12:17
17:18 56:7 160:22
161:3,9 162:18
166:18
**proposal** 57:25
**proposition** 35:19
37:14 42:5 51:9
**proprietary**
185:19

**prospect** 173:8,9
173:22 174:7,24
**proved** 191:11
**proven** 219:2
220:20
**provide** 8:16 9:8
15:15 56:16 57:2
76:3 119:14
127:22 128:20
139:16 140:9
154:9 168:4
183:23 191:22
192:3 218:10
222:17
**provided** 14:7
18:2 28:22 29:2
37:11,17,21 70:16
71:25 72:1,4 75:4
111:22 115:16
119:15 122:6,24
123:1,16 128:1,5
129:23 130:14
133:20 135:15
138:12,13 163:19
167:12 173:12
178:17 197:14
199:19 216:23
218:12 226:25
236:23
**provider** 33:18
215:8
**provides** 57:5
71:17,20 72:19
73:4 111:15,17
159:18 196:11
211:11 231:23
**providing** 173:17
173:18 174:9,11
195:19 198:11,15
212:2

**public** 247:5
249:10,18 250:15
250:23 251:23
**published** 23:6,9
**pull** 20:2 179:8
**pulling** 211:7,9
**purchase** 79:7
**purchased** 17:23
41:10 42:13
128:21
**purpose** 87:11
143:20 152:13,18
206:25 218:2
**purposes** 206:9
**pursuant** 4:6
**put** 13:14 37:25
72:14 78:22 80:21
82:3 99:18 101:16
107:1,3,12,17
120:18 132:7
133:10 144:16
176:15 186:2
213:7 243:20,21
**puts** 144:15 146:9
**putting** 85:10
104:4 146:14,16
202:12 206:20

## q

**qualifications** 11:8
**qualified** 32:14
**qualitative** 167:4
**quality** 91:14
118:19 145:3,5,8
145:18,20,23,24
147:19 148:1,12
**quantified** 95:19
**quantify** 169:3
199:5 213:8
**quantitative** 167:1
192:1,6,7

quarter 46:14
question 20:11
  27:10 36:4 43:23
  51:24 53:25 54:13
  61:14 63:22 64:11
  65:18 66:3 67:7
  72:22,25 79:8
  86:14 103:3
  108:15 115:13
  121:4,8,11 126:7
  126:11,20,21,25
  127:3,15 129:4
  131:15 132:11
  133:12 134:19
  135:9 137:15
  139:12,13 145:7,8
  147:24 154:22,23
  155:20,25,25
  156:25 157:5,6
  168:11,13 169:7,8
  193:11 196:3
  210:20 219:14,18
  222:12 240:6
  241:12 242:16
  243:2,23,25 244:4
  245:5,14
questioning 16:16
  235:12 241:11
  242:3
questions 6:24 7:3
  60:9 62:21,22
  67:3,9,11 68:20
  69:3,6 73:18 75:8
  78:25 92:8 111:11
  126:4 136:1
  163:16 234:24
  235:8 238:4 242:6
  242:9 246:4
queue 194:24
quick 39:23
  154:18 158:15

  161:14 173:12,17
  197:22
quicker 22:4 38:6
  38:16 44:5 53:22
quickly 21:15,21
  33:9 46:4,8 51:17
  51:19 52:2,7
  53:19 55:7 83:7
  111:21 153:14
  154:4 155:8 156:1
  156:10,16 157:7
  160:13
quite 37:8 68:9
  189:22 216:19
  224:8
quote 25:21 26:15
  26:20 31:14 32:17
  43:18,20 44:12,15
  45:25 46:1,3
  54:16,17 83:8
  111:12 112:5,8
  173:12,17 174:9
  174:12,14 175:9
  192:17 193:5,8
  208:15 212:5
quotes 174:4
quoting 111:12,24
  173:8,9,22 174:8
  174:24

r
r 4:1
race 109:25
ramesh 92:19
  132:18,22 179:19
  187:4 209:24
  227:2
range 169:11
rapid 51:12
rata 55:2
ratabase 49:10,12
  50:12,13,19 51:6

  51:10,15 52:18,22
  53:12 55:3,5,11
  93:20,20,22,25
  94:4,24,25 95:3,5
  95:10 96:4,10
  183:21
rate 10:20 52:23
  53:6,8,21 55:7
  117:17,20 118:2,6
  118:25 164:20,22
  164:24 165:7,8
  169:21,25 170:12
  171:14 196:10
  199:4 200:24
  211:3 212:8
  247:14
rates 53:11,17
  57:5 117:7 118:17
  137:10,18 170:3,8
  170:9,11 196:10
  211:8,9,12,15
  212:2,3 228:23
rating 49:13,14
  50:25 51:1,2,4,11
  51:16 53:18 54:20
  165:3 170:5 190:8
  190:10 212:14,18
ratio 108:4,7,8
  134:3,6,9 136:3,13
  137:2,10,22 222:6
  222:18,22
reach 9:19 236:21
  237:4
reached 236:14,18
  236:22
reaches 83:15
read 30:8 41:6
  63:4 68:2,5,8 83:4
  105:6 113:2 124:6
  126:12 137:14
  152:3,15 160:18

  231:24 232:2
  246:13 249:5,6,12
  250:5,6,17
reading 75:25
  77:15 130:1
  248:19
readout 232:5
reads 53:2 194:22
real 158:15 161:14
realities 106:18
realized 223:14
realizing 221:12
really 57:4 63:4
  74:14,16 157:6
  176:19
realtime 200:17
  201:7
reason 79:13 88:1
  92:16 110:8 111:2
  111:25 112:2
  114:10,17 153:3
  155:12 168:6
  218:5,5 221:8
  227:11 228:25
  229:1 248:14
  250:8 251:3
reasons 37:13
  156:11,12,17
  218:6 223:18,23
  227:7
recall 13:9 18:13
  22:23 23:1 29:8
  29:20 39:4,18
  50:8 63:15 66:2
  66:23 67:3 68:9
  68:14 70:1,23
  71:3 77:5 80:8
  84:23 90:22 91:11
  92:19 94:19,22
  95:8 110:15 119:9
  121:24 130:12

132:25 134:11
140:1 180:1 197:9
217:9 223:4
229:24 237:13
**recap** 240:11
**recapitalization**
8:7 9:2
**receipt** 248:18
**receive** 39:1 42:12
42:17 62:2,3
182:2,17 199:12
**received** 63:6
182:5 187:4
**receiving** 175:12
**recognize** 241:2
**recollection** 79:21
**recommendation**
21:1
**record** 4:9,19 5:12
40:3,7 69:21
106:8 107:7
108:25 109:4
115:20,24 131:15
137:25 158:18,22
166:13 168:11
175:15 197:25
198:4 235:1,5
250:9
**recorded** 4:20
**recording** 4:17
**recover** 195:15
**red** 163:9 188:8
**redeploy** 229:17
230:2
**redeploying**
229:18,19 230:1
**redevelop** 229:7
**reduce** 16:5 18:21
38:10 120:19
142:10 157:12
200:14 227:12

229:18
**reduced** 15:25
117:12 118:9
121:23
**reduces** 38:16
**reducing** 36:3
137:11,21 138:2
219:12 227:15
**reduction** 14:15
15:24 60:20,25
61:2 65:21 108:13
110:25 112:24
122:15 169:18
**refer** 230:23
234:16
**reference** 97:7
216:11 248:7
249:2 250:2
**referenced** 129:15
237:5 249:11
250:15
**references** 99:23
174:20
**referencing** 97:6
**referred** 173:23
**referring** 69:20
87:3 164:4 166:13
169:16 178:1
182:15 185:1,4,17
229:23
**refers** 155:10
204:2
**reflect** 141:20
**reflected** 189:24
**reflects** 136:9,10
187:10
**regard** 130:15
**regarding** 101:21
124:12 212:23
213:2,2

**region** 13:8
**regulation** 142:21
**regulations** 176:8
211:22,23,25
**regulatory** 175:22
175:25 176:3,11
176:22 212:4
**reinforced** 63:3
**reinsurance** 14:20
**reject** 19:8 20:4,9
142:8 208:24
**rejection** 170:20
**relate** 145:24
198:20
**related** 5:7 9:13
58:17 71:20
112:13 145:10
215:7 232:19,20
247:9
**relates** 246:7
**relating** 71:18
92:12 113:21
232:23 233:2,7,8
**relationship** 94:17
**relationships** 32:9
33:8 216:24
**relative** 140:21
150:20 181:24
182:3 206:22
247:10
**relatively** 183:6
**release** 52:15
**releases** 43:10
**relevant** 110:3
159:8
**relied** 237:4
**rely** 190:1
**remember** 15:18
29:15,16,16 30:13
47:24 63:8,19
67:11 69:18 80:15

135:9 137:14,16
152:3 163:23
229:22
**remind** 123:5
**renaissance** 41:8
41:11,13 50:10
**render** 59:6
**renew** 195:13,20
196:5
**renewal** 70:9
87:10 89:25 175:7
194:17 195:5
**renewals** 143:9,10
195:10,24,25
200:23
**renewed** 194:23
194:24 195:4
**renewing** 195:16
195:18
**reorganization**
48:22
**repeated** 91:12,21
**repetitive** 241:10
**replace** 194:4
**replaced** 194:6,8
**replacement** 38:24
**replacing** 35:23
42:7 244:18
**report** 3:8,14 8:21
9:23 10:4,10 12:8
39:12 41:6 59:10
60:4,6,8 62:10
82:2,8 93:16
96:18 102:13,19
102:21 105:10,11
107:6 109:7,15
116:1,20 122:21
133:1 136:6 137:3
138:9,18 139:20
143:17 144:4
149:19 158:25

[report - reviewed]

163:22 165:10
167:8 170:14
189:24 192:3,11
193:4 204:2,13
206:3,20 213:13
214:17 218:13
229:22 231:14
234:8,18 236:14
236:18,22 237:6
237:10
**reported** 176:2
**reporter** 5:5,21
7:1 126:13 247:5
249:7
**reporting** 176:20
190:13 206:9,10
206:19,23,24
**reports** 102:9,10
105:6 110:12,13
111:6 190:17
**represent** 214:19
**representative**
95:2
**representatives**
227:4
**represented** 10:11
**representing** 5:4,6
**request** 58:12
72:11 78:15 85:11
168:8 250:9,11
**requested** 84:16
209:10
**require** 36:11
157:18
**required** 28:12
36:12 248:25
**requirement**
87:17 175:20
178:6 209:18
**requirements**
117:16

**requires** 136:5
**research** 58:21,24
64:24 150:24
226:11
**researched** 58:18
**researching** 75:3
**resell** 220:6 221:6
**reselling** 220:9
**reserve** 186:3
**resource** 55:25
227:25
**resources** 15:11
15:16 16:6,7,8,11
64:15 157:10
215:9 217:25
218:4,9 227:18
**respect** 159:23
179:23
**respond** 46:4,8
**response** 76:23
**responses** 50:23
**responsibility**
13:6 21:11
**responsible** 12:14
28:21 49:8 58:4
90:24 93:22 94:15
**rest** 106:22 199:21
**result** 18:23,24
19:3 45:9 117:19
130:25 133:16,20
168:7 172:14
193:15 219:9
220:19
**resulted** 63:10,17
65:2,25 120:8
222:16
**results** 131:11
133:8,15,17 181:2
199:13,25 222:17
235:20 236:9
246:1

**retain** 55:11
**retaining** 55:4
195:16
**retention** 31:21
**retrieval** 175:15
**retrieved** 175:5
**retroactive** 37:10
**return** 106:6
**returned** 248:18
**reused** 228:4
**reveal** 134:20
**revenue** 31:20
39:9,12 54:4,9,25
57:6,9,16 58:1,8
58:23 59:18 63:22
64:17 65:3,4,8,9
65:11,12,14,15,15
65:19,25 83:22
84:2,6,11,16,21,24
85:1,4,5,12,18,23
86:2,4,7,9,11,16
86:19,21 97:15
108:11 112:23
113:22 116:9,16
116:24 117:3,5,8,8
117:13,15,19
118:4,10 119:5,23
120:4,9,16,19,19
120:23 121:2,9,13
123:10,11,18,22
123:24 124:16,18
124:25 125:12
127:4,9 141:5,12
141:14,15,18,22
141:23,24 142:4,9
142:10,10,13,14
142:19,22,24
143:2,3,8 154:13
154:14,17,19,21
155:7,18 156:2
157:2 168:9 170:7

170:8,10,12 171:5
171:6 172:11
173:16 174:13,16
175:12,13 176:6
177:14 193:9
195:11 198:22
204:5,12,15,15,18
205:6,7,12 206:13
206:14,16 209:14
215:19,20 219:5
220:11 221:14
224:10,13,16,20
224:22 225:9,11
232:10,15,21
233:1,9 234:11,11
234:17,17 235:20
237:13,18,19,22
237:23 238:12,20
239:2,7,15 240:18
240:20 241:3,4
242:1,14,25 243:7
243:16 244:8,15
244:25
**revenues** 56:20
60:14 121:18
155:2 159:23
**review** 19:24
30:16 81:5 91:8
102:11,18 108:21
113:24 122:13
130:9,24 131:4
134:20 166:5
213:13 239:17
248:12 249:1
250:1
**reviewed** 38:17
58:21 67:21 79:25
80:2 102:8 120:12
125:6 130:10
196:21 216:15
217:17

**[reviewing - running]**

reviewing  78:20
  79:17 91:12
rfi  3:24 78:15 81:2
  81:5,8,9,11,12,14
  87:3,7,9,15 88:8
  88:14 89:10,25
  90:16,25
right  12:24 17:15
  18:7 21:4,21
  23:15 24:13 26:23
  31:15,18,22 32:2
  38:8 40:10,12
  41:20 44:9 45:10
  47:19 52:25 54:10
  54:22,23 55:9,13
  55:14 65:14 69:19
  69:20 71:19 73:14
  73:19 75:6 77:23
  85:7 86:12,18,22
  89:2 91:1,5 92:13
  99:5,7 104:14,21
  108:7 112:6
  119:24 126:20
  128:16 135:23
  145:6,9 146:6,14
  146:14,16,25
  148:20 149:6,8
  150:8 151:15
  153:13 154:11
  155:25 158:11
  165:7 169:5 177:3
  180:17 183:1,11
  184:5,6 186:3
  192:9 194:3 200:9
  205:17,21,24
  207:18 208:13,15
  208:20 209:1,19
  212:3,9 218:21
  219:8 220:7
  221:18,19,21,24
  224:5,9 232:24

233:24 246:13
rightrisk  34:4,5,12
  35:5,7,8,10,11,13
  35:15 37:19 38:19
  38:23 39:10,13,17
  41:16,18 42:7
rigorous  26:17,21
risk  20:7 110:24
  142:5 147:14,14
  148:5,12 170:21
  171:2 177:8 208:8
  208:9,16,20,23
  209:6 230:10
risks  98:21 208:17
  222:7,8
rma  231:19,20
robotics  114:4,25
  115:3
roi  205:16
role  49:6 56:19
  62:23 63:12 64:20
  70:18 76:6 77:22
  77:25 78:14,18
  79:23 90:20
  147:21 184:19
  192:4,6,7 218:11
roles  64:18 149:12
  171:20
room  5:10
roughly  215:3
  217:10
route  172:9
  209:19
routing  50:22
  173:5,15 209:20
rule  18:6 21:17,20
  73:12 79:5 87:10
  88:24 111:20
  118:24 119:1,11
  119:12,13,18,19
  120:2,16 144:16

144:17,22,23
  145:3 155:22
  156:6 157:18
  174:5 199:5
  202:16,21 203:1
  209:17 221:19
  228:24 232:8,11
  232:16,22,23,25
  233:1,6,10
rules  3:20,24
  17:19 18:2,3,3
  19:11,11 20:2,6,15
  20:17,19,22,24,24
  21:1,2,3,5,6,7,10
  21:12,14,15,24
  22:4 28:14 29:22
  35:9,9 36:4 41:23
  45:12,14 49:14,25
  50:4,19,20,22,24
  51:1,11,11,12,16
  51:17,18,25 52:2,2
  52:4,6 53:18 57:5
  57:8,11 62:23
  65:16 68:2,6,12,25
  71:20 72:9,10,14
  72:17 78:1 79:4
  79:14 80:10,13,16
  80:17,19 82:11,12
  82:20 83:6,7
  87:10,14,17,23,24
  88:2,3,5,11,12,16
  88:17,18,23 90:1,4
  90:8,9,11,20,25
  91:16,16 92:23,24
  93:1 95:24,24
  96:1 114:20 117:1
  117:12 118:9,19
  118:22 120:8,15
  120:18 121:22
  122:3,12,16
  124:15 127:22,25

128:2,4,20,22
  129:4,8,9,16,19,21
  129:23 130:3
  131:22,24,25
  132:1,3,6,6,8,20
  133:3,9,18 137:18
  143:20,21 144:21
  148:10,19 149:15
  149:16 150:1,7,8
  150:10,19 151:16
  152:17,19 153:3
  155:13,14,16,17
  158:6 159:14,19
  162:13 163:5
  170:4,15,19,24
  171:6,11,15,19,20
  171:21 172:1
  173:20 175:4,19
  176:15,17,18
  177:4,5 181:7,11
  181:14,17,19,20
  181:24,25 182:3,7
  182:14,18,20,22
  182:25 183:19,22
  183:24 194:2,10
  196:11 202:12
  203:10,20 213:20
  214:8 215:5,6
  217:1 222:3,16
  223:5,7 225:9
  228:24 229:8
  230:9,11,18 232:4
  232:20 233:17
  237:20 243:21
  249:5 250:5
run  25:22 40:22
  43:8 132:8 133:11
  187:13,13,21
running  125:20
  158:1 189:1

**s**

s   3:6 4:1 191:8,9
  248:15 250:8,8
  251:3
sale   9:6 40:18 42:2
  111:11
sales   8:6 48:11,13
salespeople   94:16
santucci   75:19,20
  75:23 76:13,24
  77:4
save   245:19
saved   169:4
  235:13,15,24
  236:3,16 245:16
  246:5,6
saving   220:15
savings   61:5,9,12
  61:15,20,23 63:7
  63:17 85:21,21
  108:17,20 114:15
  122:1 125:5
  235:23,23,25
saw   81:2,8 83:10
  91:20 137:13,17
  149:18 197:5,6
  213:25 216:18,19
  223:11,18 229:22
saying   65:13 79:12
  80:15 86:3,12,18
  108:6 233:21
says   5:25 25:22
  37:4 49:4 54:19
  91:2 109:25
  110:23 112:15
  113:21 114:13
  116:6 117:11
  118:18 133:1
  137:9 176:20
  200:14 201:7
  214:25 230:22

238:17
scaled   193:24
scenario   29:15
  118:21 146:23
scenes   20:23 68:24
  73:13 74:3,5 77:1
schedule   182:6
scheduled   70:19
  174:21
school   56:5,9
schraer   69:8,9,24
science   55:23,23
  56:12
scope   50:16 56:22
  108:21 113:24
  123:4,5 159:8
  189:2 241:10
  242:5
score   207:24 208:3
  208:6,6 209:4,9
  210:13
scores   209:6,22
screens   37:23
  159:11
screenshots   67:21
seal   247:15 249:15
  250:21
second   25:17
  52:20 54:16 83:19
  110:21 116:5
  133:1 155:8
  158:10 229:2
section   11:9 100:1
  106:8,15 107:5
  109:8,11,16
  151:18
sections   107:7
see   7:8 8:21 9:10
  10:19 12:8 18:5
  20:2,23 21:17
  31:11,11,12,14

32:22 41:22 44:17
  45:25 46:21 49:8
  52:20 54:16 55:2
  56:15 70:18,18
  99:25 107:5
  109:15 113:16
  123:20 128:4
  144:3 152:22
  153:13,17,18
  177:22 179:9
  186:4 188:6 191:5
  191:7 196:20
  202:14 209:25
  210:2 222:6
seeing   110:15
  167:25 188:22
seen   9:24 61:6
  145:17 196:25
  197:2 231:5
segment   153:16
  158:3,5
segments   106:19
  107:9
seizing   106:17
  107:9
sell   9:1 25:4 28:4
  33:16 34:9 35:15
  47:5 98:9 99:5,10
  150:25 157:11
  193:17
selling   33:13 34:1
  34:8,8,18,24 35:3
  51:6,10,22 69:16
  150:6 206:21
  218:16,25 219:1
  226:5
sells   150:7
send   172:12,14
  207:18,19
sending   15:12
  38:15 208:12,12

208:14,19,19
senior   8:22 137:8
  147:20
sense   116:6,10,11
  192:9
sensitive   4:11
  114:8
sentence   11:11
  53:2 54:19 55:2
  83:19 89:7 110:6
  111:9 113:13
  114:13 116:5
  117:11 118:8,18
  133:1 137:9
  150:17 192:11
separate   75:14
  153:5 174:7
  199:20 201:24
  217:2
separated   153:2
separately   45:16
separation   20:14
sequence   37:9,12
series   30:2,13 32:5
  32:19
serve   8:21 111:20
served   8:18 17:8
service   6:16 71:20
  130:14,21 131:12
  174:5 190:19
  195:19 211:11
  214:19
services   6:17 7:14
  7:21,25 8:3,6,8,16
  9:3,8,16 10:23
  11:12 27:6 30:24
  41:3,4,5 46:23
  47:16,23 48:6,9,10
  48:12,14 59:8
  93:12,19 130:6
  215:1,7 216:22

[services - source]                                      Page 40

217:3,4,7,11
220:25 244:3
**set** 19:11 27:7 33:6
61:16 84:16 97:13
128:22 132:1
139:20 141:13,14
159:14 168:4
170:19 175:2
211:8 231:13
**sets** 65:16 99:13
159:19 208:17
**setting** 91:25
123:24 131:21
204:17
**seven** 12:15 183:7
**severity** 208:8,9
**shakes** 7:3
**share** 30:20 60:6
95:20 106:12,12
222:20
**shared** 95:22
**sharing** 30:24
**sheet** 199:4 248:13
250:7,10,18 251:1
**shelf** 24:2,19 25:11
**shift** 17:7 21:11
**shopped** 33:20
**short** 40:4 109:1
135:5 158:19
198:1 234:23
235:2
**shorter** 228:18
**shorthand** 126:13
247:5,8
**shot** 146:4
**show** 19:22 165:19
198:17
**showing** 145:21
**shown** 145:21
248:16

**shows** 87:9 106:11
153:21 163:19
165:18,23 186:16
186:19 215:1
**side** 9:1,1,9 24:4,5
61:9 77:11 207:24
**sign** 84:10 246:14
**signature** 10:8,10
10:12,13,16
247:18 248:14
**signed** 6:15 249:13
250:18
**significant** 8:11
31:16,19 79:23
138:21 166:3,11
168:25 184:10
214:18 220:24
**significantly**
167:21,23
**signing** 248:19
**similar** 18:3 35:5
41:24 42:7 50:13
72:12 109:16
110:12 111:5
133:9 193:22,23
**simple** 200:5
209:17,20
**simply** 100:25
133:6,13 242:7
**simultaneously**
17:9
**sincerely** 248:21
**single** 9:18 204:16
204:16 205:5
224:17
**sir** 248:10
**sit** 7:8 74:4
**sits** 74:3
**sitting** 135:23
189:5,12 200:8
213:7 228:25

**situation** 135:3,21
**six** 87:19 150:4
**sixth** 2:9
**size** 24:13 196:1
215:24
**skill** 147:6 208:17
**skills** 99:22,24
**slide** 152:21,21
153:6,8 164:7,8,25
165:1,11,18 223:9
223:10,11,12,13
223:14,17,19,20
223:24 227:6,9,10
**slides** 151:25
152:1 153:21
**slipped** 234:6
**small** 23:2 29:11
29:12 30:3,25
46:15 85:24 89:14
111:12 160:6
166:19,22 180:2,3
181:18 183:6
184:19,23 189:22
**smaller** 89:2
**soft** 85:21
**software** 6:16,16
7:24 8:5 11:12
14:7,8 27:7 33:18
33:25 34:1 35:2
44:7 47:15,16
48:13 53:12 59:20
116:7,18,22 117:9
119:25 138:4
148:10 149:12
150:10 187:5,11
187:15,17 188:11
188:14 189:13
190:6 191:15
210:25 213:20
214:7 217:23
218:2,7,17,20

219:23 220:4,6
221:5,6 231:18
**sold** 45:15 47:7,13
47:18 48:3 93:12
93:19 117:22
118:3 142:20
174:16 175:13
176:12 193:13
243:4
**solely** 183:15
217:19 221:5
**solution** 19:20,21
24:25 41:15 42:13
42:18 43:13 45:11
46:4,21 47:11
49:14 87:18 190:9
**solutions** 5:4,7
7:24 8:3,8,15
11:12 24:3,21,22
24:23 26:1 32:23
34:17 40:10,24
41:22 49:6,6
192:18 248:1
251:1
**somebody** 152:4
156:20 195:14
210:14
**somewhat** 72:13
**sooner** 44:9
**sorry** 30:5 67:6
106:1 125:24
128:18 167:9
189:18 191:9
213:10 223:16
227:8 237:1
**sort** 27:16 42:17
44:25 45:3 129:10
157:5 237:24
**sorts** 13:4,9
**source** 21:12
194:11 225:4,4

sources  152:12
  195:11 196:16
sourcing  23:19
south  2:3,9 4:4
speak  62:6 64:19
  66:8,16 68:16
  69:8 75:19 77:6
  77:17 81:24 90:15
  91:7 92:9,15
  101:24 139:8
  140:3 185:12
speaking  70:5
  92:3,4 144:9
  166:22 176:13
special  22:13
specialty  197:7
  233:19
specific  59:17
  62:22 66:21 67:11
  70:1 71:22 72:19
  90:3 115:13 123:5
  128:4 187:12
  189:16,18 222:22
  236:12 240:6
specifically  17:17
  29:8 39:5 59:25
  63:8 71:3 80:15
  84:1 85:15,16,16
  100:18 121:24
  137:14 153:8
  161:1 162:1
  168:18 178:1
  188:18 193:3
  214:4 217:6
  239:13
specifics  81:14
speculation  27:19
  54:1,13 147:12
  155:21 219:14
sped  44:7

speed  36:19 53:3,4
  53:4,8 54:20 83:2
  83:5,5 91:17
  144:23,24 169:18
  204:3,8,17,20
  205:1 221:13
speeding  36:25
spend  114:5,22
  115:10
spent  79:9
spoke  62:13,18,18
  81:10,21 90:2
  115:6 140:2,6,6
  152:4 181:4
spoken  245:22
sponsored  56:6
spot  197:19
spreadsheet  133:2
  178:19 179:6,8,25
  180:21 181:1
ss  247:2
staff  24:10
stand  103:9
standard  92:22
  93:3 96:7
standardize
  148:11
standing  87:6
standpoint  88:21
stands  178:3
  231:19
start  34:17 55:21
  55:22 62:17 93:11
started  55:22 94:1
  94:2
starting  21:16
  26:12 75:6 102:22
  106:2,13 139:14
starts  26:12 29:25
  57:17 106:8
  111:10 113:13

238:22,25
state  5:11,13 39:8
  82:10 88:12
  122:23 138:4
  143:14,22 159:2
  167:8,11 176:8
  178:6 186:8 193:4
  202:14 211:23,25
  218:18 233:16
  247:1,5 249:10
  250:15
stated  129:17
  204:13 225:20
  229:1 234:6
  238:11
statement  108:1
  111:6 113:8,10
  114:11,18 128:19
  137:12 138:8
  150:23 151:14
  159:7,7 167:22
  169:14 178:24
  181:10 183:5
  192:3 214:22
  218:22 220:3
  249:13,14 250:19
  250:19
statements  110:12
  130:6,9 131:5
  139:6,6 216:16,17
  217:15 234:2
states  1:1 4:23
  89:12 170:14
  180:16 192:11
  204:2 213:13
  214:17 234:8
  240:23
stating  221:3
status  175:6
stay  44:19

stayed  117:22,24
stem  161:17
step  175:8
steps  194:3
steve  62:14
stg  41:19,20 42:2
  42:13 43:13,23
  45:11 46:3,19,21
  47:7 50:4,5,10
  51:21
stock  25:4,6 26:8,9
stop  240:7
stores  177:10
storing  175:14
strategic  56:9
  89:12,17,21
  112:18
strategies  23:20
  106:13 138:7,10
  138:14,16
strategy  13:6
  23:23 24:13,19
  25:1 106:23
  138:19 161:15
street  2:3,9 4:4
strength  116:23
strike  125:10
  180:19 199:8
strip  242:22
study  125:17
  204:25 210:21
  212:20 224:3
  233:13 234:13
  245:18
stuff  56:13 69:16
  136:23 146:12
  176:9
subheadings  162:7
  162:8
subject  66:19 95:4

subjective  169:1
submissions  36:2
  37:20
submit  21:10 38:3
  72:10
submitted  10:5
subscribed  249:10
  250:14 251:21
subsequent  213:14
substantiate  216:8
substitute  133:6
success  42:19,21
  106:4
successful  39:6
  42:23 98:2 100:14
  100:21,23 101:3,5
  103:14,21 104:6
  104:11 107:4
successfully
  174:16
suggested  124:8
suggests  113:14
suitable  203:17
suite  2:3,9 248:2
sum  46:15
summarize  169:24
  177:3
summary  106:21
  184:2
superior  248:1
supplier  41:1,1
  93:12,19
suppliers  40:16
  180:15
support  11:15
  14:1,12,13 17:23
  17:25 28:4 29:14
  35:9 57:16,20
  64:17 66:22 82:15
  83:23 87:14 88:25
  98:6,11,22 99:7,11

102:4,5 107:16
116:2 121:5,14
127:19 128:14
132:16,24 133:25
138:7,25 150:23
151:13 161:12,16
162:17 171:7
172:18 175:16
182:23 183:15
184:18 186:13
187:3 213:1
214:14,22 216:21
217:1,2 218:14,24
220:25 224:21
225:18 226:7
236:7 239:24
240:8 241:6,16
244:11,16
supported  159:12
  173:5
supporting  28:8
  33:7 73:16 87:12
  239:3,10 240:9
  241:5 244:17
supportive  193:1
supports  105:16
  153:1 160:6
  185:10 193:5
  195:5 234:19
  237:21 238:16
  239:22 240:3
  242:20 245:12,12
supposed  119:14
sure  8:10 11:19
  12:13 15:23 22:6
  23:8 24:17 25:8
  30:6 32:8 36:16
  55:13 60:10 61:8
  64:5 78:8 101:15
  120:3 139:25
  147:1 149:7,21

157:8 158:16
161:14 164:6
168:15 170:1
177:11 186:20
197:21 211:6,18
212:4,7,15 216:10
230:18 232:23
237:25
suspect  114:25
swear  5:21
sworn  5:25 247:6
  249:10,13 250:14
  250:18 251:21
synonymous
  203:12
system  11:18
  13:14,15 16:1
  17:20 18:6 27:12
  27:16,22 28:6,15
  29:13 32:2 33:14
  33:16 34:8,13
  35:13,13 37:11
  41:7 46:12 74:1
  78:1 79:5,15
  80:14,20,24 82:12
  83:11,17 87:23
  91:1 114:21
  150:11 160:3
  173:14 175:2,14
  176:15 183:19
  189:4 190:19
  192:19,20 193:5
  194:11
systems  8:12,12,13
  8:13 11:15 18:4
  20:15,16 28:8
  35:24 37:7 38:25
  42:8 48:1 56:2,12
  70:16 77:9 149:17
  149:24,25 159:18
  176:4 183:3,21

185:11 192:21,22
194:4 203:1 237:9
237:17 238:1

**t**

t  3:6
table  129:20
  134:13 135:17
  220:10
tables  196:10,11
tags  206:8
take  4:18 7:2,9
  13:23 14:4,9
  16:13 18:22 27:11
  27:12 28:14,17
  30:6 39:23 59:17
  62:20 86:15 88:13
  88:13,17 98:13,21
  104:25 105:21
  115:17 134:16
  144:11 146:23
  149:23 153:23
  157:23,24 158:13
  158:14 196:1
  197:22 199:10,20
  199:22 201:12,14
  204:11 220:9
  221:11 233:5
  234:22 243:18,20
  243:20 244:6,23
  245:6,10
taken  1:25 4:3,21
  40:4 63:21 109:1
  115:21 142:6
  158:19 198:1
  199:23 222:7
  235:2 247:10
takes  107:13,16
  116:25 175:2
  190:16 225:24
  234:20

talk  14:24 66:4
   71:8 80:8 81:11
   89:16 96:17
   110:16 120:24
   134:13,16 135:24
   171:10 193:2
   194:17 207:9
   226:19
talked  70:22,23
   74:13 82:3 89:18
   93:3 103:18 120:7
   120:25 121:21
   127:21 172:22
   175:18 211:2
talking  15:3,14
   52:25 63:5 68:11
   69:11 70:4 102:1
   110:5 113:11,12
   151:19 206:1
   228:20,21
talks  106:4 138:10
   153:8 171:10
tape  108:23
taps  11:21 12:4
   66:24 68:18 74:19
   74:20,20,22
   176:25,25 177:2
   178:1,3,8,18 179:1
   179:23 180:22
   181:1 199:18,20
   201:24 202:22
   203:4 211:2
   212:22,23 213:2
targeted  24:23
   197:7
task  210:5
tasks  179:22
tax  136:23
team  28:19 42:24
   42:24 82:2 139:25

technical  56:11
   64:14,14
technologies  8:17
   13:20 24:2,3
   48:18 56:11 70:2
   101:19 138:21
   149:11 186:11
   188:25 191:23
   244:9
technology  8:11
   8:11 13:7,20,22,22
   13:23,24 14:4,10
   15:15 18:11 22:1
   23:14,16,17,22
   24:4,9,14,15,19
   25:10 26:22 27:2
   28:22 29:2,3
   34:20 41:23 45:8
   45:13 50:5,5,8
   52:1 57:14,20
   58:1,6,7 59:8,20
   65:17 77:8 84:11
   84:16,18,21,25
   85:6,10,11,24 86:3
   86:8,15,19,20,21
   86:22 97:14,18,20
   97:22,23 98:3,5,7
   98:9,10,10,11 99:9
   99:11 100:5,6
   102:2,23,24 103:1
   103:4,11,13,13
   104:1,5,11,12,15
   104:17,19,22,23
   107:16 109:17
   110:5,16,16,23
   111:10 113:7,17
   114:3 117:4 121:1
   121:9 124:17
   125:18,21 126:17
   130:20 138:18,20
   145:4 146:2,7

148:14,18,22
   157:10,14,16,25
   158:7 160:6 168:8
   168:23 174:7
   183:18 184:20
   187:21 191:22
   192:5 204:16
   205:5,7,15,19
   210:20 218:24,25
   219:1,4 222:11
   224:10,12,14,17
   224:20,24 225:7,8
   225:10,14,19,21
   225:25 226:3,6
   230:13 231:16
   233:4,11 235:22
   236:5,7,12 237:19
   238:11,15,19
   239:3,6 240:23
   241:3 242:11,20
   242:22 243:3,6,8
   243:18 244:5,11
   244:12,13,16,19
   244:24 245:7,7,11
telephone  212:23
tell  17:19 22:24
   30:2 36:23 55:18
   62:20 63:2,24
   70:10 71:1 78:18
   79:3,13 90:18
   94:21 95:9 97:9
   98:25 100:11
   163:9 164:6,7
   172:5 173:8
   174:23 190:5
   194:9 201:17
   202:10 206:17
   210:14 216:18
   225:12 244:7
telling  200:20
   201:3

tells  65:10
ten  68:12,13
   116:19 146:23,24
   189:9,23 243:8,9
tenure  24:6
term  111:13
   215:21,24
terminology  35:12
terms  46:9 57:25
   80:10 93:3 113:2
   114:3 177:14,15
   220:23
territory  176:8
test  7:8 20:2
   234:13
testified  221:23
testify  64:1,8
   247:6
testimony  108:15
   168:12 169:7
   224:7,18 237:14
   241:9 249:6,7
   250:6,9,12
testing  118:24
   219:25
texas  178:5,6,8
   180:10 213:4
thank  99:1 105:4
   238:7
theberge  70:17
   71:8,22 73:6
theirs  99:19
theoretically
   53:22 195:22
thing  38:4 68:18
   101:1 108:11
   116:25 145:3
   228:7,9 229:3,4
   239:24 240:8
   243:22

[things - transaction]                                                    Page 44

**things** 16:4 25:15
  31:12 65:23 67:15
  73:21 85:22 87:19
  92:1 100:22,23
  118:23 136:21
  144:2,23 145:6,9
  154:4 164:12,23
  175:7 176:19
  221:17,20,21
**think** 10:15 11:5
  15:7 30:18 50:6
  59:5,25 69:17,19
  74:20 75:21 76:16
  76:16 80:22 81:16
  82:2 83:4 91:23
  103:5 106:14,20
  115:17 122:10
  124:14 131:16
  132:14 135:5
  138:14 145:10
  149:18 160:18
  167:20 168:17
  171:9 172:3,19,23
  174:3 182:9
  183:24 186:23,24
  205:3 206:14
  214:25 216:18
  222:2 224:17
  227:3 230:7 234:5
  234:23 235:18
  241:23,23 244:6,7
  246:12
**third** 25:12 48:11
  49:25 50:9 89:8
  100:1 113:25
  126:3 184:22
  186:10,17,23
  187:5,11,15,16
  188:11,14 189:13
  189:20 191:15
  203:9 210:23

**thirds** 109:22
**thirty** 248:18
**thought** 160:23
  225:19
**thousand** 124:22
**thousands** 147:3,4
  147:5,17 148:25
  181:14
**three** 48:24 101:17
  102:5,6 164:19,19
**threshold** 212:5
**tie** 85:25 86:1,9
  108:16,19 169:12
  169:14 204:15
  205:4 236:11
**tied** 104:13 116:13
**tier** 149:18,20
  213:25 214:2,20
  215:6,17,17,21
  216:1,1,2,2,12,12
**tiers** 216:4,8
**time** 5:14 6:12 7:5
  13:19 15:6,14
  17:11 23:4,5,24
  28:7 30:6,17
  33:12,19 37:7,11
  37:22 38:1,17
  39:25 40:3,8,20,21
  44:3 47:12 49:1
  49:23 52:22 59:14
  59:15 60:1 61:17
  76:19 77:20 80:22
  81:10 82:21 83:2
  85:14 88:23 91:17
  93:25 94:7,13
  102:20 105:21
  108:25 109:5
  114:6,7,22 115:11
  115:20,24 122:11
  122:15 126:3
  144:22,24 146:12

146:12,16,17
  157:19 158:18,23
  169:1,18 176:16
  197:25 198:5
  199:13 200:1
  210:8 213:20
  227:12,15 228:18
  231:14 235:1,5
  245:8 246:16
**times** 6:9 36:3
  38:10 48:23 66:9
  66:16 69:8,10
  70:21 75:19
  117:12 118:8,18
  126:1,23 135:19
  164:19 222:4
  229:7,12,15
  232:20 239:20
  240:2 245:3
**title** 143:10
**titled** 100:1 106:8
  106:15
**today** 6:5,24 7:13
  59:16,22 60:2
  98:13,16 99:17
  101:14 105:7
  150:6,10 189:5,13
  213:7 228:25
  229:17 235:12
  242:4 243:11,14
  243:16,18,19
  244:10,25
**today's** 149:8
  246:15
**told** 75:17 79:25
  104:1 118:22
  119:7 168:17
  178:20,21 189:19
  199:17 207:22
  209:17,23 226:15

**tool** 45:1,3,5 57:9
  87:23,25 121:1,5,9
  121:13,13 153:1
  168:9 177:3
  190:13 207:14
  210:10 225:7
**tools** 25:12
**top** 52:20 62:17
  107:20 113:25
  156:13 158:25
  160:19 191:4
  230:5
**total** 181:18,24,25
  182:3,17,20
  185:10
**touch** 164:16
  166:11 195:21
  196:5
**touches** 163:20
  164:9 165:4,6
  166:19,22
**touching** 152:17
  163:11
**tour** 67:19
**tout** 51:14,21
**track** 49:24 61:16
  84:7 205:15,21,23
  231:11
**tracked** 85:1
**tracking** 177:1
**tracks** 177:20
**trades** 50:3
**train** 130:22
**training** 217:5
**trait** 101:2
**traits** 101:4
**transacted** 176:14
**transaction**
  200:23 201:16
  232:17,19 233:2,8

**transactions** 9:2 200:16,18,21 201:4,7,8,9,13 210:1
**transcribed** 249:7
**transcript** 3:15 132:23 247:7,7,12 248:11,12 249:5 249:12 250:5,11 250:17
**transform** 112:19
**transformation** 13:18 112:23 113:12,22
**transforming** 113:4,5
**transition** 33:24
**translate** 234:10
**translated** 217:12 234:16
**trial** 6:21
**tried** 25:10 165:12
**true** 159:20 178:24 247:7
**truly** 123:21
**truth** 247:6
**try** 86:16 123:19 139:12
**trying** 93:14 126:6 152:3 157:11,23 188:17,21 195:15 224:13 241:18,22 241:24
**turn** 4:13 44:11 213:10
**turnaround** 122:10
**turning** 122:21 152:21
**twice** 46:14

**two** 10:9,9 18:21 65:22 66:18 73:21 104:4 109:22 111:11 144:23 145:5,6,9 194:21 194:21 197:9 200:17 242:5
**tying** 86:11 113:16
**type** 8:2 9:8 26:25 32:18 41:4 45:8 82:25 179:3 200:23 206:7 208:16 223:20
**types** 23:19 35:25
**typical** 214:20 215:17
**typically** 21:7
**typo** 172:23

**u**

**ui** 159:11
**ultimately** 33:3 50:2 118:7 129:5 129:6 130:22
**um** 6:25 8:23 9:7 9:25 11:10,13 12:10 13:3 16:25 21:19 22:12,15,15 22:19 25:18,21,25 26:5,14,19 27:13 28:16,18 30:1 43:4 44:14 45:22 46:2,6 49:9 51:20 54:8 56:21 58:13 73:3,5,7 77:24 81:23 82:14 87:2 89:9,11,15 96:19 96:21 98:14 100:3 103:23,25 104:3 107:21,25 108:5 109:10,24 110:4 110:20,22 111:1

111:14 112:17,21 114:9 116:21 117:14 118:11 127:2,5 128:11,17 129:1,3,12 135:13 137:5 138:24 139:4 143:13,16 143:24 152:23 153:7 156:18 158:12 159:1,21 160:8,20 161:11 166:2 167:3 170:17 173:7,25 174:19,22 175:23 180:14 182:4 183:9,14 184:1 185:3 190:4 192:14 193:20 194:14,16,19 196:2 198:10 199:1 201:11 202:18 203:11 204:1,6 206:4 207:11 210:3 213:12,17 214:21 218:1 220:12 223:1 227:14 233:20 234:12 235:14 237:11 238:18 240:16,22 242:23
**unable** 168:18
**underlying** 73:16
**understand** 7:4 17:14 60:10 62:18 65:22 112:3 125:15 126:6,6 127:3 134:15 135:3 142:5 153:24 158:3 188:23 203:20

220:5 224:7 241:22 243:11
**understanding** 36:24 87:6,21 88:15 173:21 190:8 192:21 194:20 196:8 206:5 207:13,16 211:4 224:18
**understood** 45:17 72:25 73:22 103:18 124:18 125:2 131:21 224:15 225:12
**undertake** 27:17 100:15 122:23,25 167:4 168:2 179:22 199:9 202:5 204:7,24 234:13
**undertaken** 180:24 191:14 203:15 210:21 212:11,19 224:3 245:18
**undertook** 123:25 125:16
**underwrite** 19:8 74:2 170:22 209:8 209:12,13
**underwriter** 20:18 20:21 70:22 73:6 142:12,13 144:15 146:1,3 172:10,13 172:14 194:24 207:18 208:4,13 208:15,20 209:2
**underwriters** 16:9 21:13 56:8 114:5 114:22 115:6 139:14,21 140:6

140:20 142:2,3
143:11 144:13
146:24 147:5,18
147:20,21 148:1,5
170:19 171:18,23
173:2
**underwriting**
14:21,22 19:10,20
19:21 20:1,3,6,8
34:14 47:17 48:2
70:25 71:18,21
72:23 73:20 74:8
76:21 78:12 98:17
98:18,23 99:15
101:10,15 102:2
105:22 106:1,4
107:1,5 108:8
117:15 147:6,10
147:14,15 148:11
148:15 164:15,16
164:18 170:15
171:15 172:1
176:17 177:4,8
195:2 199:3
202:24 207:9,15
208:17,25 209:1,2
225:17 226:14
239:13
**underwritten**
208:10,20 222:7
**unique** 23:14
**unit** 4:20 96:5
214:2
**united** 1:1 4:23
180:16
**units** 64:16,20
66:5 153:16 158:8
**university** 56:10
**unquantified**
95:21

**unquote** 192:17
208:15
**update** 53:17
**updates** 170:3
**updating** 83:7
**upfront** 177:5
211:18
**usage** 69:2,11
160:18
**use** 8:10 12:7
14:10 50:5 51:3
52:21 56:17 59:7
61:12,23 63:7,9
67:12,17,18,23
68:21 70:3,8,24
71:2 76:25 82:5
83:22 90:4,5 91:4
94:23,25 95:5,6,9
97:20,22,25 98:1
98:11 99:7,11
109:16 114:4
115:2 116:6
122:14 123:7
128:22 131:9
149:16 150:11
160:3 161:14
166:5 169:5 170:2
172:16 176:25
177:18 178:25
179:6 180:21,25
181:5 183:6
184:23 187:25
191:13 194:6,7
196:9 198:18
199:11,11,24
200:10 201:22
203:17 204:9,22
206:11 207:19
209:22 212:14,15
212:18 214:15
215:24 216:1,2

218:6 223:2
227:18,24 233:17
233:25 237:16
238:1 246:7
**user** 45:5,8 73:10
**user's** 87:18
**users** 19:21 21:10
22:2 53:16 72:15
153:17 158:8
**uses** 95:6 99:20
111:17 116:5
150:9 169:21
170:14 174:2
186:10 188:1
218:24 222:3
225:1 239:17
243:18
**usually** 58:5
179:15
**utility** 11:25 12:2
12:5 165:23
192:23
**utilized** 74:5

**v**

**v** 216:2,12 248:6
249:3 250:3
**vague** 16:17 27:18
155:21 242:16
**vaguely** 139:25
**valid** 220:21
**validate** 188:22
218:10
**validity** 219:25
**valuable** 34:21
**value** 26:3,6 31:16
31:16,19,24 32:17
32:18 35:19 37:14
42:5 51:9 86:16
106:12,12 114:6
114:13,23 115:5
115:11 130:14

159:22 213:4
229:23 230:6
243:5
**variables** 27:5,8
85:23 168:22
187:22 200:25
**various** 9:2 14:18
67:21 76:1 91:20
91:21 159:17
189:15 204:3,9
215:13
**vb** 190:21 191:8,8
**vb.net.** 190:23
**vbs** 191:1,2,5
**vector** 47:15,22,23
**vehicle** 37:4,5
**vendor** 90:5
**vendors** 93:2
**verbal** 7:2
**verbally** 189:7
**verduin** 69:3,4
**verification** 179:5
**verify** 178:23
**veritext** 5:4,6
248:1,7 251:1
**veritext.com.**
248:17
**version** 52:21
191:9
**versions** 14:8
**versus** 1:8 4:22
19:18 21:3 38:15
49:25 73:20 82:5
85:12 100:23
144:22 145:18,20
175:6 188:25
215:8
**verticals** 9:3
**viable** 201:21
202:1,7 203:5
210:11

**video**  4:17,20
**videographer**  2:22
  4:8 5:5,20 40:2,6
  67:1,4 108:24
  109:3 115:19,23
  158:17,21 197:24
  198:3 234:25
  235:4 246:15
**videotaped**  1:14
  4:2
**view**  86:24 88:19
  98:15 106:21
  165:5 173:17
  186:15,19 188:20
  190:2 231:2
  239:10
**virginia**  56:10
**visible**  74:6 159:2
  159:3
**visual**  50:7 190:24
  191:8,9
**vital**  110:2
**volume**  18:14,22
  144:2 146:11
  179:13,15 180:9
  180:11,18 184:4
  200:2,15 210:7,20
  213:6,8 216:19
  243:5
**volumes**  145:2
  146:11 194:1

**w**

**wait**  38:7
**waived**  248:19
**walk**  19:14 128:12
**want**  10:15,24
  13:21 14:10 18:19
  19:7,8 30:5 34:17
  47:3 53:9 84:17
  84:18 88:20 90:11
  98:21 126:8

134:15,16 144:3
154:19 156:9,16
156:20 157:6
158:5,13 170:21
208:5 216:3
228:11 231:11
234:22 235:6
237:25 241:25
242:4
**wanted**  19:25 29:6
  29:7,13 32:11
  33:15 80:12,18
  88:15 92:23 93:5
  94:24
**wants**  157:1
**way**  14:13 24:16
  26:7 31:7 32:5
  35:7 56:15 60:14
  60:20 84:8,18
  85:8 86:13 107:17
  108:6 109:22
  118:14 122:18
  131:10 134:4,6,9
  136:4,5 141:6,8
  147:25 148:3
  149:8 150:13
  151:1 153:22
  154:25 164:12
  172:11 177:14
  180:19 181:5
  182:19 184:12
  195:9 198:17
  199:8 200:8
  201:17,25 205:3
  206:20 217:16
  236:17 237:5
  243:13,16 245:25
**ways**  24:9 198:18
**we've**  39:20 95:18
  99:15,15 211:2

**website**  128:3
**weigh**  167:6
**went**  34:7 40:10
  40:19 48:22 55:20
  56:5 58:16 112:5
  118:1 165:10
**wharton**  56:5
**whereof**  247:15
**whispering**  4:12
**whitener**  122:23
  231:6 234:10
**whitener's**  234:18
**winners**  110:1
  112:16
**wire**  3:11
**wise**  146:12
  193:23 244:3,3
  245:6
**witness**  1:14 4:3
  5:21 6:20 8:19
  15:7 16:18 27:20
  30:9 39:23 41:12
  50:17,19 51:25
  54:2 59:4 64:4,10
  67:6 96:12 105:4
  108:16 121:5,12
  126:16,24 131:16
  134:12 135:20
  146:21 147:13
  155:22 156:4
  157:1 158:14
  168:13 169:9
  185:14 187:1
  193:12 197:22
  219:16 220:18
  226:17,22 238:6
  238:22 239:10,21
  240:3,25 241:12
  242:7,17 245:4
  247:15 248:8,11
  249:1,4,11 250:1,4

250:15
**witnesses**  245:23
**witness'**  248:14
**wmw**  1:4
**woodward**  2:17
**wooed**  33:1
**word**  11:14 181:4
  239:18 241:16
**words**  84:23 242:1
**work**  8:4 10:17
  12:11 13:9 16:12
  16:13,23 18:9
  20:19 23:11 26:25
  35:18 53:14 61:17
  61:21 68:1 74:15
  94:6,12 130:7,9,25
  131:5 162:11,22
  162:25 163:4
  165:23 172:3,23
  173:4 201:12
  209:20 213:4
  215:8 216:16,17
  217:15,21 227:23
  227:23 229:20,23
  230:2 231:18
**worked**  12:8 23:4
  55:24 84:9 93:8
  93:10,18 94:10
  100:17 134:2
**workers**  178:5
  180:9 213:4
**working**  6:15
  22:20 27:3 42:23
  48:24 93:23 96:12
  119:25 171:17,18
  183:20
**workload**  143:15
  143:23 144:1,7,11
  148:23
**workmanship**
  147:19 148:2

[works - zero]                                                          Page 48

**works** 131:3 149:9
  192:12
**workstation**
  207:10,15
**world** 25:3,23
  180:13
**write** 20:8 60:3
  98:21 156:22
  157:9 217:23
  228:17
**writes** 184:7
**writing** 214:6
**written** 60:15
  63:11 116:9
  117:13 118:9
  120:9 136:14
  156:22 175:10
  187:21 190:23
  193:15 196:12
  204:5 214:5
  215:11 225:20
  231:7
**wrong** 21:2 36:23
  97:21 118:25
  119:1,15 170:12
  172:13,19 185:21
  221:19 222:3,3
**wrote** 83:20
  103:19 107:23
  114:3 140:11

**x**

**x** 3:1,6

**y**

**yeah** 15:5 21:5
  24:21 30:9 32:14
  35:1 36:16 39:21
  39:23 42:1 43:21
  45:7 47:23 48:10
  50:18 54:12 59:16
  74:8,12,20 76:16

77:2 78:11 82:17
86:24 89:3 91:19
91:23 93:20
108:23 132:25
145:22 150:14
151:15 152:10
153:18,21 155:12
158:14 161:22
162:3 163:10
165:9 168:4
170:19 172:3,20
184:15 185:18,20
187:1 192:18
197:23 199:3
211:11 217:18
221:8 222:14
223:4,18 224:1
226:22 230:3
231:21 236:24
239:21 241:14
242:17 245:4
**year** 46:14 48:25
  150:2 178:11
  184:8,11
**years** 24:6 48:16
  48:16,23,25 49:18
  49:24 55:24 57:24
  94:3 114:16 130:7
  134:3 148:21,25
  149:1,2 150:4
  180:5 214:6
  216:23,25 218:17
**yellow** 188:5,6
**yield** 181:2
**young** 2:22 5:3
**yup** 24:17 26:11
  38:12 97:2 106:10
  106:17 114:1
  122:22 134:12
  145:15 151:6,8,12
  169:23 191:12

213:21

**z**

**zenith** 213:5
**zero** 60:17 169:4
  206:12,14,16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.