# EXHIBIT 2
## (Redacted)

**(Previously Filed Under Seal as DI 374-1)**

Page 1

1                    UNITED STATES DISTRICT COURT

2                      DISTRICT OF MINNESOTA

3

4        CASE NUMBER:  16-cv-1054 (WMW/DTS)

5        ----------------------------------------------------

6        Fair Isaac Corporation, a Delaware corporation,

7           Plaintiff,

8        versus

9        Federal Insurance Company, and Indiana

         corporation, and ACE American Insurance Company, a

10       Pennsylvania corporation,

11          Defendants.

         ----------------------------------------------------

12

13

14           VIDEOTAPED DEPOSITION OF EXPERT WITNESS

15

16                        STEVEN KURSH

17

18

19

20

21

22

23

24

25       TAKEN:  25 June 2019           BY:  Jackie McKone

Page 2

1  APPEARANCES:
2
3  MERCHANT GOULD
   80 South Eighth Street, Suite 3200
4  Minneapolis, Minnesota 55402
   PHONE:   (612) 332-5300
5  FAX:      (612) 332-9081
   E-MAIL:  hkliebenstein@merchantgould.com
6
   BY: Heather Kliebenstein
7  For the Plaintiff
8
9  FREDRIKSON BYRON
   200 South Sixth Street, Suite 4000
10 Minneapolis, Minnesota 55402
   PHONE:   (612) 492-7000
11 FAX:      (612) 492-7077
   E-MAIL:  tfleming@fredlaw.com
12
   BY: Terrence Fleming
13 For the Defendants
14
15
16 Also present:
17 James Woodward, FICO
18
19
20
21
22 Videographer: Kyle Peterson, Paradigm
23
24
25

Page 3

1              I N D E X
2
3  Examination by Ms. Kliebenstein, Page 6
4
5              E X H I B I T S
6
7  Exhibit 513   Kursh expert report, Page 7
8  Exhibit 514   Ruling/Kursh testimony, Page 49
9  Exhibit 515   Ruling/Kursh testimony, Page 49
10 Exhibit 516   Sizing matrix, Page 96
11
12         PREVIOUSLY MARKED EXHIBITS
13
14 Exhibit 314   Software agreement, Page 119
15             FICO 0002276-2296
16 Exhibit 421   Global price list, Page 80
17             FICO 0057386-7412
18
19
20
21
22
23
24
25

Page 4

1              P R O C E E D I N G S
2      The following is the videotaped deposition
3  of expert witness Steven Kursh taken at Merchant
4  Gould, 80 South Eighth Street in Minneapolis,
5  Minnesota commencing at 9:36 a.m. on 25 June 2019
6  pursuant to notice.
7              * * *
8      THE VIDEOGRAPHER:  Good morning we are
9  going on the record.  The time is 9:36 a.m.      0
10 Today's date is June 25th, 2019.
11     Please note that the microphones are
12 sensitive.  They pick up whispering private
13 conversations, cellular interference.  Please turn
14 off all cellphones or place them away from the
15 microphones as they can interfere with the
16 deposition's audio.  Audio and video recording
17 will continue to take place unless all parties
18 agree to go off the record.
19     This is Media Unit 1 of the video recorded
20 deposition of Steven Kursh taken by counsel for
21 the plaintiff in the matter of Fair Isaac
22 Corporation versus Federal Insurance Company et
23 al. filed in the United States District Court,
24 District of Minnesota.  This deposition is being
25 held at Merchant and Gould PC located at 80 South

Page 5

1  Eighth Street, Suite 3200, Minneapolis, Minnesota
2  55402.
3      My name is Kyle Peterson from the firm
4  Veritext Legal Solutions.  I'm the videographer.
5  The court reporter is Jackie McKone from the firm
6  Veritext Legal Solutions.  I am not authorized to
7  administer an ago oath.  I'm not related to any
8  party in this action or am I financially
9  interested in the outcome.
10     Counsel would you please identify
11 yourselves and the parties you represent.
12     MS. KLIEBENSTEIN:  Heather Kliebenstein for
13 Merchant Gould on -- on behalf of the plaintiff.
14     MR. FLEMING:  Terry Fleming of the
15 Fredrikson firm representing defendants.
16     MS. KLIEBENSTEIN:  Terry, did you -- are we
17 good on the screen?  Did you just look through the
18 video?
19     MR. FLEMING:  I did.
20     MS. KLIEBENSTEIN:  Okay.
21     MR. FLEMING:  Yeah.
22     THE VIDEOGRAPHER:  Would the reporter
23 please swear in the witness, and then we can
24 proceed.
25              * * *

Page 6

1          STEVEN KURSH
2     after having been duly sworn deposes and says
3          under oath as follows.
4                * * *
5          EXAMINATION
6     BY MS. KLIEBENSTEIN:
7  Q.  Good morning Mr. Kursh.  How are you today?
8  A.  Good morning Ms. Kliebenstein.  Is that -- is that
9     how it's pronounced?
10 Q.  It is.
11 A.  Good morning.
12 Q.  So I assume you've been deposed before.
13 A.  Yes.
14 Q.  So you know the ground rules generally?
15 A.  Every attorney has his or her own style.  So be
16    helpful please if you could review your ground
17    rules.
18 Q.  Well, I don't think I have too many.  On behalf of
19    the court reporter, she prefers verbal answers
20    instead of -- instead of head shakes.  If you need
21    a break at any time, just let me know, we can take
22    a break, and if there's something that isn't clear
23    about my question, feel free to let me know, and I
24    can try to rephrase so that we can move forward.
25         So Mr. Kursh, you have been -- who has

Page 7

1     retained you in this matter?
2  A.  I've been retained by my -- the law firm that Mr.
3     Fleming is with on behalf of the defendant Federal
4     Insurance.
5  Q.  And what were you retained to do, what services?
6  A.  I was retained -- if you take a look at my report,
7     you may have a copy of it, I'll reference you to a
8     specific paragraph as to what I was retained to
9     do.
10 Q.  Certainly.
11         (Whereupon material was marked for
12    identification as Exhibit 513.)
13    BY MS. KLIEBENSTEIN:
14 Q.  I'm handing you what has been marked as Exhibit
15    513, and can you identify Exhibit 513 for me?
16 A.  It appears to be a copy of my report, and if you
17    will confirm that it is in fact an exact copy,
18    although I know there are some documents missing,
19    the appendices.
20 Q.  I'll give you a little heads up.  Your report was
21    over 300 pages long with the attachments, and so I
22    made an exhibit of the full length of your report
23    and then the first few attachments but not the
24    lengthy last attachment, which I believe is a
25    lengthy article, maybe a book.

Page 8

1  A.  Okay.  Well, as long as we know that.  So if you
2     will stipulate this is in fact a true and accurate
3     copy, then I'll assume it is without having to go
4     through it page by page.
5  Q.  I will.
6  A.  Okay.  So if we take a look please at Paragraph
7     12, Page 6, it discuss -- that lists what I was
8     asked to do, I can read it if you'd like.
9  Q.  No thank you, and what is your claimed area of
10    expertise in this case?
11 A.  It's management of software companies, customs and
12    practices in the software industry, particularly
13    as it regards to licensing.
14 Q.  Anything else?
15 A.  Within the general category of management of
16    software companies, there would be other
17    categories that I have touched on in my report.
18         For example, an understanding of how the
19    technologies behind software applications as one
20    example.  Another example would be an
21    understanding of -- and I discuss this in the
22    report, the software industry overall.
23         So for example, if you turn to Page 14 of
24    my report, you will find a discussion about the
25    software industry.  So, again, an area of my

Page 9

1     expertise is the software industry, management of
2     companies within the software industries.  I
3     discuss in there beginning at Paragraph 47 an
4     overview of the software industry.  I discuss
5     licensing and distribution to licensees.  That
6     begins at Paragraph 55.  I -- I discuss enterprise
7     software agreements and other contracts beginning
8     in Paragraph 58.  I discuss licensing terms
9     beginning in Paragraph 61.  I discuss background
10    on software and services pricing in Paragraph 62.
11    So all of those would be within the general
12    category.
13         I note as well while I'm here that what I
14    do not discuss and will not, if you turn please to
15    Page 7, I'll reference you to Paragraph 18, I'm
16    not a lawyer and this report provides no legal
17    opinions.  Rather I have reviewed the facts in
18    this case in drawing upon my knowledge, skills,
19    experience, training, and education.  I've
20    provided my opinions related to the actions of the
21    parties in this matter.  So I will not be
22    discussing any legal issues.  For example,
23    discussion of terms that may be perceived by the
24    court or the trier in fact and/or with ambiguity.
25         There are other examples as well that I can

3 (Pages 6 - 9)

Page 10

1    provide if you give me more time.
2 Q.  Just so I'm clear, you stated that you won't be
3    testifying on legal issues, which I understand,
4    and then I -- just to make sure I understood that
5    last part, you mentioned the phrase terms which
6    may be perceived with ambiguity.  Did I catch
7    that; right?
8 A.  Correct.
9 Q.  And what exactly do you mean by that?
10 A.  If a term is perceived in a contract with respect
11    to contract interpretation, the ambiguity of a
12    term, that's the province of the courts and/or the
13    trier of fact.  I won't be talking about that.
14 Q.  Do you mean the determination of whether a term is
15    ambiguous is for the court?
16 A.  Correct.
17 Q.  Okay.  In your opinions, do you -- are your
18    opinions premised on a belief, whether it's
19    supplied by counsel or not, that the terms you
20    discuss in your report are ambiguous?
21 A.  No.
22 Q.  Are your opinions based on an understanding that
23    the terms are not ambiguous?
24 A.  I'm not dealing with ambiguity at all, whether
25    terms are ambiguous or not ambiguous.  I've taken

Page 11

1    the facts in this matter and combined with my
2    knowledge, skills, education, experience, and
3    training have considered those as well as
4    particularly my experience in the context of
5    customs and practices in the software industry,
6    and specifically in regard to licensing.
7 Q.  So just to recap, looking at your opinions,
8    whether or not a term is ambiguous that is not a
9    -- a subject of your opinions?
10 A.  Correct.
11    MR. FLEMING:  Objection.  Asked and
12    answered.
13    BY MS. KLIEBENSTEIN:
14 Q.  You mentioned one of your areas of claimed
15    expertise is the management of software companies;
16    is that correct?
17 A.  Yes.
18 Q.  And give me an example of what exactly is
19    management of software companies.
20 A.  You'll need to be more specific with your
21    question.
22 Q.  Certainly.  I'm --
23 A.  For example, you might -- management of software
24    companies may be the kind of software -- well, go
25    ahead.  You'll have to give me -- you'll have to

Page 12

1    be more specific.
2 Q.  I'm not clear on what types of experience falls
3    under the category of management of software
4    companies.  So I'm -- I'm looking to you to flesh
5    that out a little bit for me if you could.
6 A.  Sure.  I assume you've taken the time to visit my
7    website, the Software Analysis Group.
8 Q.  Yes.
9 A.  Do you have the cover page there with respect to
10    about us?
11 Q.  For your software page?
12 A.  For my Software Analysis Group page.
13 Q.  I do not.
14 A.  Okay.  If you look at that page, it talks about --
15    I don't know it by memory, although I wrote that,
16    I don't know by memory, but again, put it in, part
17    of that I put in.
18    The management would include for example
19    software development, which is a broad category
20    per the IEEE computer society.  It's a software
21    development life cycle.  It would include
22    management of personnel.  It would include
23    marketing as well as sales.  It would include
24    customer support services.  It would include from
25    a business perspective licensing, i.e.,

Page 13

1    negotiating the terms and asking counsel to paper
2    it.  Those are some of the things that would be in
3    the software management.
4    Also of course intellectual property.  I
5    have companies that I do consulting in this as
6    well.  Not expert but consulting as well.  How do
7    you manage intellectual property.  For example,
8    protection of trade secrets, or how do you manage
9    personnel with respect to confidential proprietary
10    information.
11    Those are some examples.  I'm sure I could
12    think of more if I had the time.
13 Q.  In your experience in the management of software
14    companies, have you ever written code?
15 A.  Yes.
16 Q.  Have you ever developed software programs?
17 A.  Yes.
18 Q.  And with respect to writing code, how recent --
19    how recent would you say you -- how recently would
20    you say you've written code for a software
21    application?
22 A.  In the last month.
23 Q.  And tell me about that project.  What -- what type
24    of program?  What type of application were you
25    working with?

4 (Pages 10 - 13)

Page 14

1  A.  This is an Apple -- well, I'll go two places here.
2      Because some of this also ties into some of the
3      work I did when I was a professor, but this
4      relates to Fintech, and particularly with the use
5      of PHP in writing code that was going to be or
6      potentially will be used in a financial services
7      company with respect to assessment of personnel,
8      and also with some of the pricing, and there's
9      some other things that it does as well.
10 Q.  And who are the customers or potential customers
11     for that software program?
12 A.  It's financial institutions.
13 Q.  Is -- understood what Fintech means.  Is there
14     anything more specific beyond financial
15     institutions in general, or is it all financial
16     institutions?
17 A.  I wouldn't say all financial institutions, but one
18     of the issues that you have when you write code in
19     any -- particularly in the early stages is you do
20     a general design of it, and you do mockups.  We
21     often call it -- not -- and it's not my term,
22     minimum viable product.  So I'm in the process of
23     developing that MVP if you will, and then together
24     with some other people will be presenting that
25     at various Fintech and blockchain conferences or

Page 15

1      opportunities.  We'll listen to what people have
2      to say, we'll go back, we'll revise the code,
3      revise what we're trying to do is a iterative
4      process.
5  Q.  And what is the problem that the current program
6      you're working on?  What problem is it trying to
7      solve in the Fintech industry?
8  A.  One of the issues you have, particularly with the
9      use of blockchain, is the number of transactions
10     you can handle at the same time.  There are
11     constraints with hardware in that development
12     environment.
13        We may have a way to mitigate some of those
14     issues, although of course as with most software
15     companies, all of us in that industry will benefit
16     from increasing power of hardware, but still we
17     have an issue of our blockchain company.
18 Q.  Did you -- keeping on the Fintech topic, did you
19     start your career as a consultant in the financial
20     services industry?
21 A.  I started my career working in middle school at a
22     family building supply distribution company, and
23     part of the work I did going through high school
24     it involved writing code for -- that was COBOL
25     code.  If you want to say my career sort of work,

Page 16

1      I was a newspaper boy when I was in sixth grade.
2      So you'll have to define sort of when career
3      begins.
4  Q.  What was the first job that you held after
5      college?
6  A.  I went straight from college to graduate school.
7      So I did not have a full-time job after college
8      until becoming a college professor.
9         I worked on -- as a part-time employee for
10     organizations when I was in college and when I was
11     in graduate school, and summers, but my first real
12     job on a full-time basis was as a college
13     professor.
14        As my father joked, so you finally have a
15     real job.  So ...
16 Q.  When you -- and that was after you graduated --
17     after you got your PhD; is that correct?
18 A.  I actually began my career as a professor
19     full-time before my PhD was done.
20 Q.  Okay, and what were the -- what were the subjects
21     of your -- of your professorship at that time?
22 A.  I taught courses -- well, let's take a step back.
23     I've had a long career as a professor.  I've
24     taught a variety of courses, which we can spend as
25     much time going through as you would like, but

Page 17

1      initially when I began at Northeastern, I taught
2      courses in finance, real estate finance, and
3      economics is the best I can recall as I sit here.
4      Those were both undergraduate and graduate
5      courses.
6  Q.  And what was the subject of your PhD work?
7  A.  You're going to have to be more specific please.
8  Q.  What is your degree, your PhD degree?
9  A.  I have a PhD degree from the University of
10     Pennsylvania.  As discussed in my CV, I have -- I
11     did a multidisciplinary PhD.
12        If you take a look on my CV, I'll reference
13     you to Page 5 of my CV, I did work -- I took
14     preliminary examinations.  In other words, at Penn
15     at that time, you would choose three areas of
16     focus, and you would take courses in those areas.
17     You would then have to pass a preliminary exam.
18        As you can see from the courses I took, and
19     accordingly preliminary exams, I had a
20     multidisciplinary PhD.  I was particularly
21     interested in urban policy then, and hence my work
22     was in housing and real estate, finance, and
23     marketing.
24 Q.  And then you became a professor, and my question
25     is this:  From the time you received your PhD up

Page 18

1    until -- well, let me ask it a different way.
2        It appears you were teaching primarily
3    finance and real estate finance.  For how long did
4    you teach those subjects?
5 A.  The last course I taught before retiring from
6    Northeastern was in finance.  It was a course with
7    disruption in the financial services and insurance
8    industries, and that course, like many courses I
9    taught, was within the finance group, but
10   particularly after my return to Northeastern, many
11   of my business classes also had some software
12   engineering, as well as my teaching in the
13   engineering.
14 Q.  Have you ever taught courses on software
15   licensing?
16 A.  I've taught courses that have covered software
17   licensing.  I've never taught a specific course on
18   software licensing.
19 Q.  And at some point in time, you started a company
20   called Blackstone; correct?
21 A.  Incorrect.
22 Q.  Incorrect?  Tell me where I'm wrong.  Blackacre.
23   I apologize.  Did that solve the problem?
24 A.  Yes.
25 Q.  Okay.  So you were the founder of Blackacre;

Page 19

1    correct?
2 A.  Correct.  Although the company went through some
3    different name iterations, but yes.
4 Q.  Okay, and when -- when generally, what year did
5    you found Blackacre?
6 A.  Well, this is right out of my CV.  I started
7    Blackacre in 1986 September, and as it's showing
8    in the CV, I had a positive liquidity event in
9    1993.  I then stayed on for an additional year to
10   assist with the transition.  A company -- assets
11   were acquired by McGraw -- a division of
12   McGraw-Hill, and then I left effectively as of
13   August 1994 and returned back to academia.
14 Q.  What types of products or services did Blackacre
15   sell?
16 A.  In what time frame?
17 Q.  Why don't you start at the beginning.
18 A.  I may be leaving some products out, but initially
19   we began -- based on my work -- if you take a look
20   from -- again, on the CV, from May 1984 to
21   September 1986 when I worked at Omega, the third
22   bullet point, I designed and developed software
23   that linked the company's commercial credit
24   products with credit analysis software.  I
25   developed tests and statistical norms for

Page 20

1    evaluating commercial loan officers.
2        I have also provided consulting services to
3    the banking industry as well as other financial
4    institutions listed again, Omega.
5        In starting Blackacre, I was interested in
6    developing software that would be used in the
7    mortgage origination process.  This was a time
8    when the federal government had recently
9    deregulated parts of the home mortgage market.  It
10   was also a time of significant growth and
11   innovation in what we call -- by we, not me but
12   other people, the secondary mortgage market, the
13   mortgage-backed securities.
14       Additionally, in my home state,
15   Massachusetts, there were institution that had
16   charters from the state and which case they could
17   be somewhat more innovative particularly in doing
18   adjustable rate loans as well as other kinds of
19   instruments.  For example, what they call now
20   accounts, which are expensing accounts that paid
21   interest.  At that time, it was innovation.
22       So initially the software I wrote was used
23   for people who would be doing mortgage
24   originations.  It would assess the particular
25   borrower or borrowers and provide to them a list

Page 21

1    of recommended products, mortgage products that --
2    whether it was being -- those products were being
3    offered by a financial institution, or a mortgage
4    broker, or mortgage banker, and then that software
5    was written.
6        Based on that experience and talking with a
7    variety of financial institutions, we learned that
8    what they were really interested in was just not
9    that front end of the whole cycle or process of
10   mortgage lending.  They were also interested in
11   mortgage processing software.  So we developed
12   software called the Home Sweet Home network.
13       We also sought at a very early stage to
14   link up that origination process with real estate
15   brokers so that brokers using their computers
16   would be able to -- or someone designated in a
17   real estate broker's office would be able to tie
18   in -- find a mortgage that would work for a --
19   prospective borrowers, and then begin that
20   mortgage process, which by the way didn't work out
21   very well.  A major investment banking company out
22   of New York got into that business, but we can
23   talk more about that later if you would like, but
24   -- so we licensed software that was used for
25   mortgage processing and mortgage origination.

Page 22

1  We also then grew, and expanded, and really
2  found our major niche in software that would be
3  used by in the east coast attorneys during real
4  estate closings. Of course all during this time,
5  we're modifying the software, and we can talk
6  about the architectural a little bit later because
7  it's really a critical factor in the success of
8  the company.
9  We grew very quickly, real estate closings,
10  and then expanded across the country. So our
11  client base changed from not just closing
12  attorneys but escrow companies, for example in
13  California, which at that time was by far the
14  leading state in home sales. Title companies, for
15  example in many parts of the Midwest, and we then
16  expanded as well.
17  We had scores of distributors of our
18  products as well as value added resellers, and
19  this was for a high end product we sold, and here
20  a little bit on architecture, we had developed
21  software that would fit the needs of local
22  markets. In other words, if you go back to your
23  real property class in law school when you learned
24  about blackacre, not the company but the term,
25  real estate is done differently around the

Page 23

1  country. At closings for residential properties,
2  the taxes that are collected, how they are
3  escrowed, how they are calculated, not just
4  transfer taxes but local real estate taxes, how
5  lenders would set up their loans, and this was at
6  the second -- beginning secondary markets taking
7  off. So the bank doing origination needed to make
8  sure that all the documents were done correctly.
9  Because if not, when they would package those
10  until mortgage-backed security, with volatile
11  interest rates, the organizations that made a
12  commitment to buy that mortgage-backed security
13  would kick it back, whether it was Fannie Mae or
14  Freddie Mac approval needed, or -- or the -- also
15  other kinds of approval for -- later there were
16  banks that just did their own mortgage-backed
17  securities and not just where the mortgages were
18  initially going to go to Fannie Mae or Freddie
19  Mac, and I can explain the term if it's not clear.
20  Fannie Mae is the federal national --
21 Q.  I'm good.
22 A.  So the -- so the software was configured so that
23  there were a series of rules and variables that
24  were to fit each region of the country and each
25  type of loan. So we changed our architecture from

Page 24

1  what was essentially hard coded software to what
2  nowadays is called open architecture, and we had
3  links with our software. Nowadays that would be
4  an API, an application program interface, in those
5  days that term wasn't yet created, so that if it
6  was an escrow company in Dallas, Texas, how Dallas
7  would work, we would have these pieces that you
8  would assemble -- think for example of archery
9  where you've got the center of the chart, that's
10  the kernel of our code, and then the concentric
11  circles.
12  So would it be for residential lending or
13  commercial lending, (inaudible), would it be in
14  this state, would it be in this area. So we had
15  these templates built that would fit each one of
16  these areas.
17  Most of those were developed by our value
18  added resellers. We had value added resellers all
19  over the country, we even evaluated outside of the
20  country, and they would build these templates of
21  rules and variables to fit their particular area.
22  They would then implement the software at the
23  particular licensee site, and because we had an
24  open architecture, licensees could also do their
25  own customization, stuff as simple as instead of

Page 25

1  blue screens they wanted to have a different color
2  screen. They could configure how they wanted the
3  information entered in. They could configure how
4  the calculations were done. So all this was
5  open-ended, but what was really nice is that our
6  users and financial institutions, law firms,
7  escrow companies, title companies didn't have to
8  be computer programmers. They could learn our
9  system relatively easily, and they could configure
10  and manage their own software.
11  At our company, Blackacre, we could
12  maintain one set of source code. So we obtained
13  scale through one set of source code, we obtained
14  scale through our distributors, and we obtained
15  scale another way, which was we developed and were
16  one of the earliest companies in developing direct
17  marketing channels, including telemarketing,
18  direct mail for particular products that fit
19  certain areas.
20  For example, in Texas, there was a law that
21  the HUD 1 statement had to be done by closing
22  attorneys, and hence that was a very big product,
23  but a lot of the other product they didn't need in
24  Texas. So we could have one set of source code
25  with parameters and literally switches where we

Page 26

1 could go in and give certain functionality, take
2 certain --
3     MR. FLEMING: I'm going to object. What is
4 the question currently pending?
5     THE WITNESS: You're asking about the
6 software, what we did. Just cut me off.
7     MS. KLIEBENSTEIN: My question was about
8 the goods and services that Blackacre sells.
9     MR. FLEMING: Okay. Can you limit yourself
10 to that question?
11     THE WITNESS: I'm trying to, yeah, but I
12 asked her how long it was. I mean, I can talk
13 about Blackacre all day. It was such a fun
14 company. I really could.
15     So we developed these direct mail
16 telemarketing products that people could buy, put
17 in their computer, load up and run. So therefore,
18 we ran the full scope.
19     Then -- almost at the end of the products
20 we developed. Close actually. Then we had
21 several clients say, gee, we like your
22 flexibility, we want to do other stuff. So we
23 developed with their help foreclosure software,
24 and then we got into mortgage-backed security
25 software, buying and trading mortgage-backed

Page 27

1 securities because we worked with major financial
2 institutions, like Citibank. So we went the
3 entire soup to nuts process with real estate.
4     We got out of the origination business, the
5 mortgage origination software. It was just -- I
6 can explain why. It wasn't such a good business,
7 but this closing, the management, the
8 mortgage-backed securities, all the way through
9 was what we had when we exited the company.
10 BY MS. KLIEBENSTEIN:
11 Q. One clarification. So the software that would
12    allow the licensees to do their own customization
13    is that the mortgage processing origination
14    software?
15 A. It was the closing software.
16 Q. Oh. Yes.
17 A. And then it was the software used for
18    mortgage-backed security.
19 Q. Did it have a name?
20 A. It was Blackacre.
21 Q. It was just called Blackacre?
22 A. We had different iterations of Blackacre.
23 Q. Got it. So the -- the version of Blackacre for
24    the closings that allowed licensees to do their
25    own customization you said the customers were

Page 28

1 financial institutions, law firms, title
2 companies. Is there anybody else --
3 A. The licensees.
4 Q. The licensees?
5 A. Including escrow companies.
6 Q. Escrow --
7 A. Escrow companies, title companies, attorneys,
8 financial institutions, and then we had other law
9 firms that didn't do residential closings but they
10 used our software in other ways.
11 Q. Did you ever receive any feedback from those
12 licensees about the business benefits they
13 received from using that, that closing software?
14 A. Actually, yes, and we went further than that.
15 Q. And what was that feedback that you received on
16 the business benefits from that closing software?
17 A. We had taken the time to actually quantify the
18 benefits. In other words, not simply broad
19 statements but to quantify it.
20 Q. And what were the results of that quantification?
21 A. It depended on particular products.
22 Q. So I'm asking about -- well, why don't you give me
23 an example of one product on the quantification on
24 the business benefit that you did.
25 A. We developed technologies which enabled financial

Page 29

1 institutions to have the documents produced for
2 closings and to communicate that using POTS, plain
3 old telephone service, to closing offices. This
4 eliminated or mitigated mistakes in the documents.
5 For example, changes in interest rates, spellings,
6 documents missing.
7     So when we would do pitches to financial
8 institutions, we would work through what the costs
9 were of errors where they would have to go and --
10 and fix problems. Generally speaking as a rule of
11 thumb, to fix a problem in a closing after the
12 closing was about four to five times more
13 expensive than to fix the problem initially. That
14 was just as a rule of thumb. It depended on the
15 kind of transaction that was going on. So we had
16 those numbers.
17     We also had numbers -- it would depend,
18 again, on the product, but we took the time rather
19 to say broad brush -- and this was because -- we
20 sold licenses, and people often wanted that kind
21 of hard core data, this is how it would benefit us
22 in some ways.
23     That was my products at that time. I can't
24 say that every software company should do that,
25 could do that.

8 (Pages 26 - 29)

Page 30

1 Q.  So one example was fixing errors.  Well, let me
2    ask about that example in particular, the data
3    about that it's four to five times more expensive
4    to fix the errors on the back end than the front
5    end.  Did that come from customer feedback or
6    somewhere else?
7        MR. FLEMING:  Objection.  Foundation.
8    Time, place.
9        THE WITNESS:  I think the way I phrased it
10   is incorrect.  Could you please rephrase the
11   question?
12       MS. KLIEBENSTEIN:  Sure.
13   BY MS. KLIEBENSTEIN:
14 Q.  I'm wondering about the example that you just gave
15   me, the data underlying that example, did that
16   come from customer feedback, or somewhere else?
17 A.  It came from customer feedback.  It also came from
18   prospective customer feedback.
19       If you take a look at my CV, you'll see
20   that I developed courses, and also covered in my
21   courses, a commonly used term of making the
22   business case.  So we would use data as well as
23   other information to make the business case to
24   justify the investment in our software.
25       Now, let me add, and this is critical, that

Page 31

1    there is an enormous difference, enormous
2    difference between making the business case,
3    between talking about the benefits of our
4    software, and the fair market value of our
5    software that when you assess the fair market
6    value of our software -- and I went through this
7    in the negotiations with McGraw-Hill as well as
8    some other companies that were interested in
9    purchasing us, that you think about the market
10   approach, the income approach, the asset approach,
11   and that later led to me writing a peer reviewed
12   article on valuing software companies and software
13   products.
14       So that's an enormous difference.  I want
15   to emphasize that, that the material you use when
16   you make a pitch or when people say we've gotten
17   benefits from your software is different than
18   you're actually evaluating the software.
19 Q.  This fair market value approach, namely the market
20   approach, income approach, and asset approach --
21 A.  The fair market value is --
22       MR. FLEMING:  Wait.  Wait for the question.
23       THE WITNESS:  I'm sorry.  My apologies.
24   BY MS. KLIEBENSTEIN:
25 Q.  The market approach, the income approach, the

Page 32

1    asset approach is not discussed in your report; is
2    that correct?
3 A.  I was not asked to do the damages work in this
4    case, and let me add fair market is typically
5    defined in sort of again --
6        MR. FLEMING:  Wait for the question.
7        THE WITNESS:  I am.  I am.
8    BY MS. KLIEBENSTEIN:
9 Q.  That's not part of the --
10 A.  Okay.
11 Q.  That's not part of the question.
12 A.  I was not asked to do damages.
13 Q.  Thank you.  All right.  So for Blackacre, I
14   understand that -- that -- were assets sold to
15   McGraw-Hill?  Did I get that right?
16 A.  That's correct.
17 Q.  And what assets exactly?
18 A.  The software code, our client base, and the -- and
19   the contracts we had with licensees, clients to
20   pay ongoing maintenance.
21       So again, with the fair market being an
22   arm's length transaction between a willing buyer
23   and a willing seller, as part of the negotiations,
24   we considered the value of those assets, we
25   considered the income stream from, i.e., the

Page 33

1    income approach, or discounted cash flow, and we
2    also considered the market approach with other
3    vertical markets software companies had sold for
4    using metrics like multiples of revenue, multiples
5    of net income, and other factors.
6 Q.  Doctor Kursh, the -- I want to talk for a minute
7    if we can generality about the customers of
8    Blackacre and the types of licenses that they
9    purchased.
10       Can you describe for me at a 10,000 foot
11   level the types of licenses that the customers of
12   Blackacre would purchase?  For example, I know in
13   this case we have enterprise application based,
14   but I want to understand for Blackacre what types
15   of licenses were involved.
16 A.  I'll do the best I can in recalling, but as I
17   note, licensing has changed over time.  I've
18   gained significant amount of licensing experience
19   after exiting Blackacre.
20 Q.  Right, and my question --
21 A.  I'm more familiar with other kinds of licenses
22   which will have different labels now and other
23   attributes, but focusing on Blackacre as best I
24   can recall, we did shrink wrap licenses, we did
25   negotiated licenses for -- again, when you think

Page 34

1  about licensing and metrics, single use, single
2  computer, single offices. We did enterprise
3  licenses. We did sublicenses. For example, our
4  software was embedded in mortgage processing
5  systems as well. So it was like white label
6  licenses. Let's see what else we did.
7      We did licenses on the metrics of -- by
8  transactions. We did licenses based on different
9  kinds of hardware environments. We did licenses
10  that were fixed terms. We did unlimited licenses,
11  i.e., enterprise where we wouldn't do true-ups.
12      We did licenses, which were to some extent
13  where people would pay us a monthly fee, and they
14  would have uses, and there would be certain
15  limits. Again, each license, particularly with
16  enterprise was negotiated, and on the flip side,
17  we did licenses for some providers of technology
18  that we embedded in our software, and then we had
19  to do licenses with our licensees which linked
20  back to those original parties. In other words,
21  part of the agreement was whenever we sold a
22  license that used someone else's software, our
23  licensee had to sign an agreement as well,
24  flow-through. That's best as I can recall as I
25  sit here.

Page 35

1  Q.  On top of the license fees, were maintenance fees
2      also included in the licensing structure of
3      Blackacre?
4  A.  Initially we would include those in one document,
5      but then we would split out the maintenance and
6      services. That came relatively early in the
7      process because the license we'll grant were
8      different, the rights granted, were different than
9      what the maintenance and service fees were.
10      We also would have agreements for updates,
11      and the kind of updates people would get would
12      vary. So -- and sometimes we would bundle the
13      updates with the maintenance and support, and we
14      had multiple versions of support similar to what
15      you see nowadays where you want a 2-hour response,
16      a 4-hour response, you're okay with 24-hour
17      response just as examples, and again, it really
18      depended on who the licensee was.
19      The financial institutions, law firms,
20      escrow companies that's a lot different than we
21      did shrink wrap licenses for products and people
22      buy it and just accept it.
23  Q.  With respect to maintenance fees, service and
24      maintenance fees, how were those amounts
25      calculated?

Page 36

1  A.  Well, again, you're talking about multiple years
2      in the business. As a rule of thumb, maintenance
3      fees would typically run anywhere from around 12
4      to 18 percent, which was consistent with practices
5      at that time, but there were some organizations,
6      for example, who would prefer because of their
7      accounting budgeting factors to bundle in the
8      initial license, particularly bundling the initial
9      license maintenance, and support, and updates.
10      Other people would negotiate and insist on clauses
11      like you couldn't raise it more than the Consumer
12      Price Index or some other index.
13  Q.  Are these entities other than Blackacre?
14  A.  These are Blackacre.
15  Q.  Okay. All --
16  A.  Financial backed institutions. These were --
17      these were Blackacre -- now, we had various
18      versions of Blackacre, but particularly at the
19      enterprise level, things got more complicated.
20      Things being licenses and other contracts between
21      the company and the licensees.
22  Q.  At issue in this case is Blaze Advisor. What is
23      your understanding of how Blaze Advisor works?
24  A.  I can speak only to Blaze Advisor in regard to
25      what I have learned from the materials in evidence

Page 37

1      in this case, as well as some general information
2      about Blaze Advisor relative to competitive
3      products in the marketplace, but I can't speak
4      about Blaze Advisor at other licensee sites other
5      than Federal. I don't know what Blaze Advisor
6      does at those other sites.
7  Q.  Okay. So my question was: What is your
8      understanding of how Blaze Advisor operates? What
9      does it do? And we can put it in the context of
10      at Federal.
11  A.  Define what you mean by operates.
12  Q.  What are its functions at Federal? If you know.
13  A.  It's my understanding that Blaze Advisor has
14      really two related components. One is the
15      technologies to enable the software, which is, for
16      want of a better term, a tool set, and that tool
17      set in my experience in working with other
18      rules-based software the tool set is just that, a
19      tool set that the value comes from, the processes,
20      the knowledge, the guidelines, the expertise of
21      the licensee.
22      That tool set is then configured or
23      customized to fit within the software used by the
24      licensee. Now, I've -- it's not -- and then this
25      -- which is for example there are visual tools

10 (Pages 34 - 37)

1 where particularly it's my understanding that
2 employees or -- and/or consultants, contractors
3 associated with FICO implement the Blaze software
4 as they did at Federal.
5     Once that's implemented, the engine of
6 Blaze Advisor is used with -- in coordination with
7 the software at Federal. That's the best I can
8 say at this moment.
9     If you give me more time, I can think about
10 more.
11 Q. Have you -- have you seen a demonstration or
12    interacted with any of the applications at Federal
13    that use Blaze Advisor?
14 A. No.
15 Q. Have you reviewed the -- you mentioned the
16    processes, the knowledge, the guidelines, the
17    expertise. Have you reviewed any -- have you
18    reviewed any of the rules that Federal has put
19    into Blaze Advisor?
20 A. No.
21 Q. What is your experience in the insurance industry?
22 A. Excuse me also. It's my understanding, again, I
23    don't know -- I only know what -- based on the
24    evidence on this case. In terms of the actual
25    implementation project, I know that Federal paid

1 millions of dollars to FICO to have people
2 associated with FICO take those -- take that
3 knowledge, take those processes that Federal has
4 to implement them into the Federal software with
5 Blaze Advisor. So that work from my understanding
6 was done primarily by FICO, or people associated
7 with FICO.
8     Your question said is it Federal did it,
9 and it's my understanding, again, that at least
10 based on the numbers I've seen, but I have not
11 studied this because it's not within the scope of
12 my work, the numbers I've seen that most of that
13 work was done by FICO or people associated with
14 FICO.
15 Q. The last question I asked is what -- what is your
16    experience in the insurance industry specifically?
17 A. Define insurance industry please.
18 Q. I won't. The question stands. What is your
19    experience in the insurance industry? I think
20    that phrase is pretty self-explanatory,
21    particularly in this case.
22 A. I've worked in one form or another in my career
23    with a variety of entities involved with
24    insurance.
25     We've talked already about my work at

1 Blackacre with title insurance companies. For
2 example, First American Title Insurance,
3 Commonwealth Title Insurance, which are large
4 organizations. I've worked with -- when we work
5 with financial institutions and mortgage-backed
6 securities, when you're assessing the risk of a
7 loan portfolio and the pricing of what is going to
8 be charged to the borrower for mortgage insurance,
9 for example, some of the work we did at Citibank.
10 I've worked with Hartford Insurance as a
11 consultant. I've worked with Liberty Mutual
12 Insurance as a consultant.
13     Liberty Mutual does -- they are one of the
14 nation's largest insurance companies, of course,
15 with the acquisition of Safeco several years ago.
16 I've worked with graduate students in my courses
17 who have worked at insurance companies, John
18 Hancock for example, Noah Life for example, and we
19 have talked and they have done projects related to
20 the insurance industry.
21     More recently I've worked with -- in the
22 areas of Insurtech, the implementation of
23 different business models and technologies in the
24 insurance industry, for example, the pricing of
25 insurance policies based on use, for example, car

1 insurance that would be priced each time you use
2 your car rather than what we generally have now
3 where we pay monthly, quarterly, semiannual, or
4 annual premium.
5     I've worked on insurance for Prudential. I
6 was in their Newark office. That's all I can
7 recall as I sit here. There will be other
8 examples as well.
9 Q. For Prudential, were you offering consulting
10    services?
11 A. Correct.
12 Q. What type of consulting?
13 A. It related to their back-end technology systems
14    and the -- how they managed their portfolios.
15    Developing technologies that would assist them
16    with REO, real estate owned, and having it work
17    with their existing computer systems.
18 Q. And when was this?
19 A. This would have been, as best I can recall,
20    somewhere 2000 -- I remember it was before I went
21    on the Fulbright. So it would be about 2003-2004.
22 Q. And Liberty Mutual; what type of consulting were
23    you doing for Liberty Mutual?
24 A. I've done a variety of consulting for Liberty
25    Mutual. I have taught courses on risk assessment.

Page 42

1  I have taught courses on project management. I
2  have worked with them on the technology side in
3  terms of some of their software products.
4 Q.  And what were the dates of these consulting --
5  consulting arrangements?
6 A.  Most of that would have occurred in the last ten
7  years. Although I have worked with Liberty Mutual
8  previous to that, but mostly it would be in the
9  last ten years.
10 Q.  And finally, the Hartford; what type of consulting
11  did you provide to the Hartford?
12 A.  I did courses for them, risk management, software
13  project management, scheduling, and cost control.
14  That's best I can recall as I sit here.
15 Q.  And when did that consulting take place?
16 A.  Probably the last 15 years. Somewhere around
17  '06-07. So it would be 12 years. Somewhere in
18  there. I don't recall as I sit here. Somewhere
19  in that time period.
20      MR. FLEMING: Could we take a short break?
21      MS. KLIEBENSTEIN: Yeah.
22      THE VIDEOGRAPHER: We are going off the
23  10:38  record. The time now is      a.m.
24      (Whereupon a short break was taken from
25  10:38      a.m. to 10:50 a.m.)

Page 43

1      THE VIDEOGRAPHER: We are back on the
2  record. This marks the beginning of Media 2 in
3  the deposition of Steven Kursh. The time now is
4  10:51      a.m.
5 BY MS. KLIEBENSTEIN:
6 Q.  Doctor Kursh, I'd like to turn to your CV, Page
7  11, and I want to talk about your previous expert
8  witness testimony.
9      There are a number of cases listed under
10  the heading Expert Witness Testimony. Are these
11  all of the cases in which you have provided an
12  expert report in the last four years?
13 A.  The listing on the CV is consistent with what I
14  understand to be disclosures for expert witnesses,
15  i.e., declarations, depositions, and trial or
16  arbitration testimony. I have also done reports
17  in litigation matters that are not listed here.
18 Q.  And are those reports that are not listed on here
19  are those reports supporting expert witness --
20  anticipated expert witness testimony?
21 A.  Some of the reports I had been retained as a
22  consultant, and at that particular time not an
23  expert witness. As to whether or not counsel and
24  a client choose or did choose to retain me as an
25  expert witness, that you would have to speak with

Page 44

1  them. Typically -- okay.
2 Q.  For the cases that are listed in your CV, how many
3  of these involved cases for breach of a software
4  license agreement?
5 A.  Every single one of the cases listed relates to
6  software, and so again, the name of my company,
7  Software Analysis Group, it's software.
8      As to your term, your definition, breach of
9  a license agreement, most of the cases are either
10  contract disputes or related to IP, and in some of
11  the IP matters, there is a license involved, but
12  the license involved is peripheral to a trade
13  secret case, software implementation case. I --
14  that's the best I can answer as I sit here at the
15  moment.
16 Q.  Can you run down the list in your CV and tell me
17  -- identify for me which cases are contract
18  disputes where one of the parties has a claim for
19  breach of contract?
20 A.  The first case, HealthEdge Software, was a
21  software implementation of the TML Multistate IEBP
22  license software, was Cloud based, and as you may
23  have seen my CV, I have done research on Cloud
24  software, testing Cloud software, and this is a --
25  related to the implementation of the software. So

Page 45

1  there was a contract, or contracts licenses as
2  well as other contracts.
3      The second case, Toys R Us, was a
4  bankruptcy case of my work related to agreements,
5  contracts between Toys R Us and its divisions.
6  Toys R Us had a central IT services that they
7  provided to their divisions, includes Toys R Us
8  Asia, and it -- this case also relates to
9  copyrights, and ownership rights in the software,
10  as well as other factors.
11      ARMOUR Capital Management you're certainly
12  familiar with since Mr. Hilliyer is in the
13  opposition of in case.
14      Mastil, Campbell, Macfarlane is a --
15  management of a software company, and some of the
16  contracts among the parties, along with other
17  factors. I'm doing my best to summarize it.
18  Again, I'm not a lawyer. You'll have to -- when
19  you do the LexisNexis search, or Westlaw,
20  whatever, you'll get more detail.
21      LivePerson is a -- a trade secret matter.
22 Q.  And Doctor Kursh, if I could interrupt, what I'm
23  looking for is I don't want to talk about every
24  one of these cases. I just want to understand
25  which are similar to the case we have at hand

12 (Pages 42 - 45)

Page 46

1  where we have a breach of contract claim involving
2  a software license agreement.
3      If you could just identify those cases for
4  me.
5      MR. FLEMING:  The cases that involve breach
6  of contract you're saying?
7      MS. KLIEBENSTEIN:  Involving a software
8  license agreement.  That's right.
9      THE WITNESS:  I want to be careful in your
10 seeking comparison of cases between cases like --
11     MR. FLEMING:  Doctor Kursh, the question
12 she asked -- she originally asked you something
13 about similar cases, but the question she's
14 asking --
15     MS. KLIEBENSTEIN:  Terry, how about I ask
16 it again.
17     MR. FLEMING:  Yeah.  Okay.  I appreciate
18 that.
19     THE WITNESS:  Thank you.
20 BY MS. KLIEBENSTEIN:
21 Q.  My question is:  Which of the cases listed under
22 the expert testimony heading which of those cases
23 involve a claim of breach of contract of a
24 software license agreement?
25 A.  I don't know -- as I sit here at the moment, I

Page 47

1  don't recall.  For example, in the LivePerson
2  case, there was a contract between the parties but
3  was -- as best I can recall when I sit here was
4  not a software license agreement.  It was an
5  agreement that one company would provide services
6  to the other company.  So it was a breach of
7  contract and a trade secret matter, but there was
8  not a software license agreement as best I can
9  recall.
10     So I'll do my best in responding, but I
11 don't -- I don't recall as I sit here.
12     Vertex, Bottomline Technologies.  That was
13 as best I recall -- and I may be wrong again.  I
14 don't recall as I sit here.  That was a breach of
15 a contract, and it did involve software.  All of
16 these involve software one way or another, but --
17 with the exception of DeSouza, which is indirectly
18 software.  We can talk about that if you like.
19     The -- so I don't know if there's sort of a
20 software license agreement like what we see in
21 this matter, so that's why I'm trying to
22 understand better your question and respond fully
23 to your question.
24 Q.  How many times have you served as an expert
25 witness in a lawsuit Doctor Kursh?

Page 48

1 A.  What do you mean by served as an expert witness?
2  Do you mean writing a report?  Doing research?
3  Being deposed?  Filing -- filing with PTAB?
4  Appearing in trial?  So please be more specific
5  with your question.
6 Q.  How about the number of times where similar to
7  this case you have issued a report in the matter
8  prior to deposition, prior to trial testimony;
9  issued a report as a testifying expert witness?
10 A.  This case in -- as I noted earlier, contract
11 dispute --
12 Q.  Let me ask it again.  Sorry.  I apologize.  How
13 many times have you issued a report as a
14 testifying expert witness in your career?
15 A.  I don't know the exact number.  It would probably
16 be close to 60 or 75.  Somewhere in that range.  I
17 don't recall as I sit here.
18 Q.  Over --
19 A.  I mean, I just don't -- I haven't done the
20 counting so I don't recall.  I haven't done the
21 counting.
22 Q.  Sure, and over how many years does that -- does
23 that experience span?
24 A.  I've been doing this kind of work for about --
25 almost 16 years or so.

Page 49

1 Q.  And has your testimony ever been excluded by a
2  court?
3 A.  I've had, as best I can recall, a situation where
4  my testimony was -- a Daubert was filed in a case,
5  again, on a Daubert filed against me and a Daubert
6  filed against the expert for the other side, and
7  the judge in the case ruled that I could testify
8  regarding -- this was a licensing case.  This was
9  a specific licensing case, not licensing -- it's
10 just a licensing case, and there I was going to
11 testify regarding a technical term of the meaning
12 of CPUs, and opposing counsel was concerned I
13 would testify as to what was on the minds of the
14 parties when they negotiated the arrangement or
15 contract, which I would not do, and the judge
16 allowed I could testify, both of us, myself and
17 the other expert, on technical issues.
18 Q.  Do you recall what case was that?
19 A.  Actuate software.
20     (Whereupon material was marked for
21 identification as Exhibit 514.)
22 BY MS. KLIEBENSTEIN:
23 Q.  I'm handing you what's been marked as Exhibit 514.
24     (Whereupon material was marked for
25 identification as Exhibit 515.)

13 (Pages 46 - 49)

Page 50

1    BY MS. KLIEBENSTEIN:
2  Q.  I'll hand you what has been marked as Exhibit 515
3     as well.  Doctor Kursh, if you could talk about
4     Exhibit 514, and then we'll look at 515.
5  A.  Sure.
6  Q.  Have you seen Exhibit 514 before?
7  A.  Several years ago.
8  Q.  And is this the court's order that you referred to
9     regarding the -- the instance in which your
10    testimony was excluded?
11 A.  My testimony was not excluded.  Portions of my
12    testimony, potential testimony would have been
13    excluded.
14 Q.  And I'm turning to Page 3, and looking in the
15    first full paragraph on the right-hand column, the
16    court wrote, "However even though Doctor Kursh is
17    qualified to testify about industry custom, for
18    reasons discussed, he will be limited on direct
19    examination to testimony about custom and practice
20    in the software industry and likely be precluded
21    from testifying about the particular contracts and
22    conduct at issue in this action."
23        Is -- is that the portion of the judge's
24    order which you referred to regarding the partial
25    exclusion?

Page 51

1  A.  Yes.
2  Q.  And do you have any understanding of what a --
3     what the phrase -- do you have an understanding of
4     what the phrase 'testimony about the particular
5     contracts' referred to?  What was the judge
6     referring to when he or she wrote this?
7        MR. FLEMING:  Objection.  Lack of
8     foundation.
9        THE WITNESS:  May I answer?
10       MR. FLEMING:  Yes.
11       THE WITNESS:  There were license agreements
12    in this case that, as best I can recall, again,
13    this case over five years ago, actually over seven
14    years ago.  The -- there was a license agreement
15    between Actuate and Aon.  There was another
16    agreement as well as best I can recall.
17    BY MS. KLIEBENSTEIN:
18 Q.  And what was it about the contracts that you could
19    not testify about?
20       MR. FLEMING:  Objection.  Lack of
21    foundation, and vague.
22       THE WITNESS:  I would have to read my
23    report, and I would have to read the judge's
24    opinion.  I don't recall as I sit here, but again,
25    it was the -- the judge's opinion speaks for

Page 52

1     itself.
2     BY MS. KLIEBENSTEIN:
3  Q.  You were motioning to Exhibit 515.  Is this -- is
4     Exhibit 515 the report that you submitted in the
5     Actuate versus Aon matter?
6  A.  Yes.  That looks to be -- again, I'm trusting you
7     that it is.
8  Q.  Well, I don't know one way or the other.
9        MS. KLIEBENSTEIN:  Yes?
10       MR. FLEMING:  I was going to tell him to
11    wait for the question.
12    BY MS. KLIEBENSTEIN:
13 Q.  I would ask you to look at this report and confirm
14    this is the report that you submitted in that
15    Actuate matter, and I'll represent that it was
16    found on Pacer, the court's docket system.
17 A.  I've done a quick review of the report I filed in
18    this matter, in the Actuate versus Aon
19    Corporation.
20 Q.  And you can confirm this is the report that you
21    filed in that matter?
22 A.  I don't have a copy of the report, but I assume --
23    again, based that you said that you got it from
24    Pacer, I assume that it is the report.
25 Q.  And did you end up testifying in trial in this

Page 53

1     matter?
2  A.  No.
3  Q.  I'd like --
4  A.  The parties settled.
5  Q.  I'd like to turn to Page 8.
6  A.  Of which document?
7  Q.  Exhibit 515 please, and starting at Paragraph 28,
8     I see a listing of the summary of your findings;
9     is that accurate?
10 A.  Yes.
11 Q.  From 28 through 36; correct?
12 A.  Yes.
13 Q.  And do you know, based on the court's order in
14    Exhibit 514, which of your findings you were
15    allowed to -- you would be allowed to testify
16    about, and which you were not?
17       MR. FLEMING:  Object.  Lack of foundation.
18       THE WITNESS:  The court's order said I can
19    talk about customs and practices in the software
20    industry, and I would -- and likely -- be likely
21    -- be precluded from testimony about the
22    particular contracts and conduct at issue in this
23    action.  So I could talk about customs and
24    practices, and likely be precluded.
25       So with regard to my findings, they are

14 (Pages 50 - 53)

Page 54

1    based on customs and practices in the industry,
2    and never testified in court in this case, the
3    parties settled, and again, Judge Alsup is --
4    self-explanatory. I would likely be precluded
5    from testimony about certain issues, but I'd be
6    fine testifying about customs and practices in the
7    industry.
8    BY MS. KLIEBENSTEIN:
9 Q. What in your mind is the difference between an
10   opinion about custom and practice in the software
11   industry versus an opinion about a conduct at
12   issue in the lawsuit?
13 A. There is --
14       MR. FLEMING: Same objection. Lack of
15   foundation.
16       THE WITNESS: The issue as to customs and
17   practices are, as we look at the evidence in a
18   particular matter, we consider that evidence in
19   the context of customs and practices in the
20   software industry.
21       Hence, for example, a customs and practices
22   could be issues relating to management, marketing,
23   compensation, licensing, which broadly includes
24   compliance, software development policies, along
25   with other factors. So we consider the evidence

Page 55

1    in the context of the customs and practices in the
2    industry.
3        Then with respect to the conduct, we can
4    review that conduct relative to customs and
5    practices as well as particular technical terms,
6    like CPU processors, which was a critical issue in
7    the Actuate case, the difference between core and
8    processors, hence that's my first finding, and
9    then we consider the actions of the parties within
10   the context of customs and practices as to whether
11   or not those actions, i.e. you, do not -- the
12   trier of fact benefits from an expert providing
13   context in regard to the actions taken, but the
14   trier of fact ultimately makes the decision
15   regarding those actions taken.
16   BY MS. KLIEBENSTEIN:
17 Q. So with regard to actions taken in a breach of
18   contract case, is it your opinion that an expert
19   can provide context to those actions? Is that
20   what I'm hearing you say?
21       MR. FLEMING: Objection. Outside of the
22   scope of his expert opinion.
23       THE WITNESS: I don't understand your
24   question.
25       MS. KLIEBENSTEIN: Let's just flesh out

Page 56

1    as we get into your report.
2    BY MS. KLIEBENSTEIN:
3 Q. All right. Coming back to 513, which is your
4    report, let's turn to Paragraph 47. So Paragraphs
5    47 through had 54, these paragraphs are an
6    overview of the software industry; correct?
7 A. In the context of this report, I or many other
8    people qualified to do so could write a book about
9    the software industry, but with respect to this
10   particular report, it provides an overview.
11 Q. And my question is: Why did you include
12   Paragraphs 47 through 54 in this report?
13 A. Paragraphs 47 through 54 are part of an overall
14   section, Roman Numeral V, introduction to the
15   software industry. Should this matter proceed to
16   trial, I have found in the past that while I and
17   many of the other people involved in litigation
18   matters live their lives professionally in the
19   software industry the general public, as well as
20   others, don't, and consequently this paragraph --
21   all of this entire section is in the report so
22   that if appropriate and needed I can provide
23   background about the software industry during the
24   trial.
25       It's my understanding if it's not in your

Page 57

1    report and not discussed you can't testify to it
2    at the trial.
3 Q. Let's move to Paragraph 58, and the heading is --
4    is titled Enterprise Software Agreements and Other
5    Contracts, and underneath it, you refer to two
6    customary practices, discounts and negotiation.
7    My question is: Those two customary practices --
8    I'm a little confused by the heading. Are those
9    two customary practices in the enterprise software
10   license agreement industry or another industry?
11 A. I don't understand your question. I can't speak
12   for all other industries. Although I have some
13   experiences in other industries, I speak, again,
14   in my professional life in the software industry.
15 Q. I'll ask it a different way.
16 A. Sure.
17 Q. The two practices you mention in this section,
18   negotiation and discounts, are those -- are you
19   saying in your report that those are two customary
20   practices in the enterprise software license
21   agreement industry?
22 A. They are two customary practices in software
23   licensing specifically in regard to enterprise
24   software licenses.
25 Q. Why in your report did you highlight these two

15 (Pages 54 - 57)

Page 58

1    practices instead of others?
2  A.  For the same reason that I provided earlier when
3      you asked about Paragraphs 47 through 54. I have
4      found it helpful to provide context and
5      information to the trier of fact, again, for
6      people who are involved in the software industry,
7      much of what I have written may well be well of
8      course in their minds, but many people who do not
9      spend their professional lives in the software
10     industry may benefit from that information, and I
11     wanted to put it into the report so, again, if
12     appropriate, I could testify to it at trial.
13         As I noted earlier, it is my understanding
14     that unless an expert discusses an issue in her or
15     his report they cannot testify to it at trial.
16 Q.  Looking at Paragraph 60 --
17 A.  I'm sorry. Paragraph?
18 Q.  60, you wrote, "The word discount is a misnomer in
19     this context because generally no licensee pays
20     whatever the claimed list price is for a certain
21     software product."
22         What is your support for that statement?
23 A.  I can provide three specific examples of support
24     for the statement. As I sit here, I can provide
25     more given additional time.

Page 59

1          One is that based on my experience in the
2      industry working with enterprise software
3      licenses, and this is experience not simply at
4      Blackacre working with enterprises like Citibank,
5      Bank of America, and other enterprises, and I'm
6      not talking about licenses for small and midsized
7      businesses, although we did do that too, based on
8      my experience as a consultant, my experience as an
9      expert witness, enterprise license agreements are
10     negotiated.
11         For example, I assisted as a consultant to
12     Intermountain Healthcare, which is a large
13     hospital chain in the mountain states. I assisted
14     them in negotiating a software license agreement.
15     Obviously part of that agreement is on pricing,
16     the pricing relative to the rights and the metrics
17     used with respect to the rights granted. That's
18     one example; my knowledge, training, skills, and
19     experience.
20         Additionally with respect to my knowledge,
21     skills, training, and experience, this is, again,
22     in Category 1, I've been engaged in numerous
23     expert witness matters involving software pricing
24     and rights, and I want to emphasize the difference
25     between looking at licenses with respect to a

Page 60

1      software implementation, or even an IP lawsuit,
2      I'm looking at licenses specifically from the
3      perspective of industry customs and practices in
4      the software licensing. There's a difference
5      there.
6          I've done a lot of both, but with respect
7      to the licensing issue, I did a matter of --
8      involving AVIA with respect to the rights granted
9      and the pricing. I did a matter behalf of Epicore
10     with respect to the rights and license granted
11     with distribution. Epicore is a publicly traded
12     software company.
13         I have done one with Oracle in opposition
14     with Oracle pricing, as well as other issues. I
15     have done other litigation matters that have
16     related specifically to customs and practices in
17     software licensing.
18         Again, that's separate from trying to say
19     that someone does work in licensing, she or he
20     does work in licensing, as part of a software
21     implementation, which I've done too, but again,
22     focusing on licensing. So I do this based on my
23     knowledge, training, and experience not just in
24     building and managing software companies but as a
25     management consultant, example, Intermountain

Page 61

1      Health, as well as an expert witness.
2          Second category to substantiate this. I
3      cite a reference here from one article. You could
4      also for example go to Gartner, which is a
5      publicly traded IT related firm, and you will find
6      articles and materials there supporting the notion
7      of the idea of very few enterprises, if at all,
8      pay list price. I can't say they all. You may
9      have a CIO or CEO and she or he just signs off and
10     there would be other issues involved, but
11     generally speaking, what I say in Paragraph 60 is
12     ███████████████████████████
       ███████████████████████████████
       ███████████████████████████████
       ███████████████████████████████
       ███████████████████████████████
       ███████████████████████████████
       ███████████████████████████████
       ███████████████
23         So in combination of those three, my
24     knowledge, training, and experience, and I give
25     you examples of how I got some of that, there's

16 (Pages 58 - 61)

Page 62

1    much more we can talk about, for example, in
2    courses that I taught where I'm talking about
3    software licensing pricing.  Second is there are
4    numerous independent third party sources, and
5    third, with respect to the evidence in this case,
6    we have a specific example of it with FICO and
7    Oracle, and then tied in with that, we also see
8    with FICO's own pricing, which I discuss in my
9    report, there's a section with the discounts that
10   FICO provides, and let's take a look at this case.
11         I'll reference you to Pages 19 and 20,
12   which provide FICO's business unit pricing
13   guidelines, Exhibit 2 is FICO's cumulative net
14   license, and yet even with all of that, we know
15   and I cite this in Paragraph 68, that FICO sold
16   the original enterprise license agreement for
17   ████████████████████   So FICO's actions
18   are consistent with the industry in that regard.
19 Q.  So you referenced FICO versus -- FICO and Oracle?
20 A.  Correct.
21 Q.  And is that an agreement that you looked at in
22   this case?
23 A.  I looked at some materials relating to the
24   FICO-Oracle litigation.
25 Q.  Okay, and is that -- let's look --

Page 63

1 A.  I can give you other examples if you'd like.
2 Q.  Let's look at the article referenced in Footnote
3   12, and I believe that's attached to your report;
4   correct?
5 A.  Yes.
6 Q.  Can you point me to where in your article it
7   discusses a range of discounts between 20 to 90
8   percent?
9 A.  I don't know if that specific language is in the
10   article.  The article is just one support, one
11   factor supporting the opinion I reached.  I just
12   provided you multiple other factors.  So let me
13   reread the article.
14         In fact, Paragraph 1 states, "How about the
15   fact that Oracle, long viewed as a tough bargainer
16   when it comes to application and database pricing
17   was practically giving its software away to some
18   large accounts with discounts up to 90 percent."
19         If you turn please to Page 3 of that
20   article, Paragraph 3, quote, this is the expert in
21   -- one of the experts in that case, "There is so
22   much price discrimination in this market."  Doctor
23   Elzinga told the court, "Discounts range from more
24   than 20 percent to as much as 90 percent ..."
25   i.e., there's sections of his testimony which were

Page 64

1    not quoted in the article.
2         Based on the inverse of elasticity rule,
3    customers not price sensitive will pay higher
4    prices facing only two alternatives rather than
5    three.  So that's where the 20 to 90 percent comes
6    from, but as I emphasized when I responded to this
7    specific question, I have multiple bases for my
8    opinions that I provide in Paragraph 60 in my
9    report.
10 Q.  And do you know Doctor Elzinga?
11 A.  I do not.
12 Q.  Do you know what his expertise is?
13 A.  With respect to that matter, it would likely be
14   the software industry.
15 Q.  Do you know what his evidence for -- what his
16   evidence is to say that discounts range from 20
17   percent to 90 percent?
18 A.  Well, it states in Paragraph -- first, first
19   paragraph on Page 3, the author writes -- let's go
20   back to the last paragraph on Page 2, "Deep
21   discounting a-go-go."  Last sentence, "Few
22   organizations are paying sticker price for RDMBM,"
23   that's relational database management systems,
24   from Microsoft, Oracle, IBM, or CyBase.
25         One proof on the top of Page 3 question

Page 65

1    mark, "In testimony in the Justice Department's
2    effort to forestall Oracle's acquisition of
3    PeopleSoft, University of Virginia economics
4    professor and antitrust luminary, Doctor Kenneth
5    Elzinga, disclosed that Oracle, among with some of
6    its competitors in the enterprise application
7    space aren't adverse to offering customers,
8    particularly large accounts, staggering
9    discounts," and I will -- again, this is just one
10   opinion from my own experience in the industry
11   what Doctor Elzinga testified to is absolutely
12   correct.
13         I have personally in my work as a
14   management consultant expert witness reviewed at
15   least 3 to 400 different licensing agreements for
16   enterprises.  At least.
17 Q.  Doctor Kursh, let's stick with the question.
18 A.  Let me finish.  Let me finish.  Actually, one case
19   I'm doing -- I'm down to 200 so we're talking 600,
20   and in those you see this kind of discounting.
21 Q.  Doctor Kursh, I absolutely want to let you finish
22   today, and I understand you have a lot of
23   experience over the years, and so I understand
24   that -- that you want to add more, but at the same
25   time, I have the right to ask my question and get

17 (Pages 62 - 65)

Page 66

1   a specific answer within the bounds of that
2   question.
3       I don't want to have a day where -- where I
4   jump in to -- to cut you off.  That just -- that
5   makes for an uncomfortable day, but if I have to,
6   I will.  So I'm going to ask you going forward to
7   just listen to the question, provide a response,
8   and then we'll move on to the next question.  If
9   there's something you don't understand about what
10  I'm asking you, I'll ask it again, but let's --
11  let's just say within those four corners so that
12  we can get out of here in seven hours.
13      So back to the article, do you know if
14  Doctor Elzinga's testimony was adopted by the
15  court in the Justice Department's antitrust case?
16 A.  I do not.
17 Q.  And who is Steven Swoyer, the author of this
18      article?
19 A.  If you look at the last page, it states that he is
20      a journalist about technology.
21 Q.  And do you know him?
22 A.  I do not.
23 Q.  Do you know if he is qualified to be an expert in
24      the software licensing industry?
25 A.  I -- I don't know him.  He's not being an expert

Page 67

1   here.  He's being a reporter.
2 Q.  And do you know if Doctor Elzinga is qualified to
3      be an expert in the software licensing industry?
4 A.  I don't know Doctor Elzinga's testimony history or
5      his specific qualifications.  Except that he is --
6      again, it states it in the article what he does.
7 Q.  I'm on Page 17 at the very top of Paragraph 60,
8      and you wrote, "Depending on the elements of a
9      specific transaction, discounts can range from 20
10     to 90 percent."
11      My question is the phrase 'elements of a
12     specific transaction' what elements are you
13     referring to in that phrase in your report?
14 A.  The elements of a transaction could be multiple,
15     and I talk about that issue later in my report.
16     If you turn please to Paragraph 65 -- in fact, if
17     you -- Paragraph 63 -- 62-63 provide general
18     context.  I can review those with you if you like,
19     but if you turn specifically to Paragraph 65, I
20     state, "Software companies will discount the
21     prices of their software licenses by significant
22     amounts, often to near zero in order to obtain
23     other potentially more valuable revenue streams.
24     For example, a software company may license
25     software at a relatively low price where the

Page 68

1   licensee presents an opportunity to keep the
2   software companies "bench" of consultants who do
3   customization and configuration work occupied and
4   billing time."
5       Other examples are, and I discuss this in
6   my report elsewhere, the nature of the
7   relationship, whether it's a referenceable
8   account, whether or not there are other benefits
9   the licensor sees.  For example, discounts because
10  it's a beta test version of the software.  Those
11  are just some examples.  I can provide more if
12  you'd like.
13 Q.  Your report references circumstances with license
14      fees near zero or zero.  Within the confines of
15      your report, what is your support for that
16      statement?
17 A.  If you turn please to -- I'll respond to this in
18      two ways.  First within confines of my report, my
19      report includes my CV, which provides background
20      on my knowledge, training, skills, experience, and
21      expertise, and within that, I discussed earlier
22      today my experience in looking at hundreds of
23      agreements, license agreements regards to pricing
24      and other factors.
25          Specifically is my second comment, if you

Page 69

1   turn to Paragraph 64, "In fact, some software
2   vendors (e.g., open source vendors) follow a
3   strategy of giving away software products and
4   making money from other revenue sources such as
5   updates, maintenance, support, supplementary
6   products that might be used if readily accessible
7   to end users, and other relate the activities."
8 Q.  In the hundreds of agreements that you've looked
9      at, what percentage of those involved a license
10     fee that was zero?
11 A.  I've looked at several license agreements that
12     have been related to open source, and you've got
13     the GN new license, and typically you can download
14     that code typically often from DIT, and you can
15     use it without paying a license fee.
16         So there are hundreds of examples of that,
17     but I've looked at agreements, particularly ones
18     involving open source where no license fee is paid
19     additionally, and typically I might add you also
20     have, for example, when you build your stack
21     Linux, Apache, they are open source, you don't pay
22     a license fee for the software.
23 Q.  What about software that is not open source or
24     does not use open source components; have you ever
25     seen license agreements where the -- where the

Page 70

1   license fee was zero?
2 A.  Yes.
3 Q.  What percentage?
4 A.  I can't provide a specific percentage because, as
5   we know sitting around here, license agreements
6   are multipage documents, particularly enterprise
7   offer license agreements, and terms are
8   negotiated, but for example, when I've seen
9   agreements where parties have a dispute between
10   themselves, and the licensor is interested in
11   maintaining a relationship, licensors will often
12   provide updated software at no license fee because
13   they are interested in the maintenance and support
14   as well as the opportunity to sell additional
15   services and products, and I've seen that in
16   multiple instances, because again, licensors and
17   licensees -- there may be a dispute and you seek a
18   resolution, and that's one way that I've seen it
19   handled.
20 Q.  And in those instances -- in those instances, the
21   licensors were providing an update of the software
22   at issue; correct?  Is that how I understood your
23   testimony?
24 A.  Or a new product.  Because keeping in mind that
25   many enterprise license agreements -- and I

Page 71

1   discuss this in my report as well.  Let's say that
2   a licensee is licensing, I'm making this number
3   up, five different applications from a licensor,
4   and the licensor will -- could offer additional
5   applications six, seven, eight, and nine for free
6   as part of the package.  I've seen that in many
7   applications.  I've also seen -- many licenses.
8        I've seen with respect to pricing where
9   enterprise software companies will list the
10   various products that the licensee is obtaining,
11   whether this is a product license or a SAAS,
12   software as a service, and what they will do is
13   they will say, okay, you buy product X, Y, and Z
14   licenses to use those products, and we will give
15   you licenses for products A, B, C, and D zero
16   cost, and they will toss it in as a sweetener as
17   part of the entire package because they want to
18   make the sale.
19        It could be the end of a quarter for a
20   software company, publicly traded, they've got to
21   make the sales as we see, for example, reference
22   to those kinds of issues here in this exhibit -- I
23   think the Exhibit 2, or one of the exhibits in my
24   report, internal FICO report.  It's Exhibit 5, and
25   in there, there's a discussion of closing by

Page 72

1   particular date because budget money has to be
2   spent.
3        So those are some examples.  I can think of
4   more if you'd like.
5 Q.  Those examples that you just gave were examples
6   where add-on software was added to the proposal;
7   is that accurate?
8 A.  I disagree with your premise of defining it, and
9   if I used the word add-ons, I apologize.
10        An enterprise when licensing software is
11   licensing whether it's a product, or premises, or
12   a software services through the Cloud that
13   licensee has products, has certain what they are
14   looking for from that software from the licensor.
15   As to the word add-ons, if there's add-ons, that's
16   part of the entire package.  As I noted earlier,
17   could be a sweetener to close the deal.  It could
18   be the licensor saying, hey, I know you don't need
19   product A and B right now, but I want to have you
20   -- give a license to you for free, try for a
21   period of time, and after a couple of years if you
22   start using it, then we'll start charging you
23   maintenance and support on it.
24        All this is back and forth.  This ties into
25   Paragraph 59 in my report where I say that first

Page 73

1   it is important to recognize that license
2   agreements are negotiated, and that negotiations
3   have become increasingly more complex over time in
4   response to changes in technology, greater
5   competition amongst software vendors, user needs,
6   and globalization.  Among other factors.
7 Q.  Have you ever seen a situation where a software
8   company licensed a single software program to a
9   licensee perpetually for zero, for nothing?
10 A.  So let's be sure I understand this.  You've taken
11   off the table the -- let's, you know, let's have
12   this if you will universe of software license
13   agreements.  So you've taken off the table open
14   source, although that's a huge part of the
15   industry --
16 Q.  Correct Doctor Kursh.
17 A.  You've taken off the table the typical give and
18   take in negotiations.  So now we're down to one
19   little piece of a particular license agreement
20   that a software licensor would give the software
21   to a licensee for free.
22 Q.  Correct.
23 A.  I've seen that in the consumer market.  I can't,
24   as I sit here at the moment, think of it in the
25   enterprise market.  There may be some situations,

Page 74

1    I just can't recall it at this time, but I have
2    seen it in the consumer market.
3  Q.   And tell me about those examples in the consumer
4    market.
5  A.   Several years ago you had a software program for
6    personal accounting and finance, and the primary
7    player in that market is Intuit's Quicken product.
8    So somebody -- this was through Computer
9    Associates, had a program that provided similar
10    functionality, and they offered it for free, and
11    all you had to do was sign up and pay shipping
12    costs.  That's one example.
13       I've seen other examples in the small and
14    midsized business space as well.
15       MR. FLEMING:  When you're done with the
16    topic, can we take a short break?
17       MS. KLIEBENSTEIN:  Yeah.  Hold on.  You
18    know, can I finish one thing up, and then we will
19    break for lunch?  What do you think about that?
20    BY MS. KLIEBENSTEIN:
21  Q.   Let's turn to Paragraph 63.  Is it your opinion
22    that potential revenue streams from related
23    products and services can sometimes be worth more
24    financially than the license fees for a piece of
25    software?

Page 75

1  A.   You need to give me specific examples.  You mean
2    in the enterprise?  From a licensor's perspective?
3    What do you mean?
4  Q.   Correct.  Yeah.  Let's -- I'll ask it again, and
5    let's -- let's frame it in the context of
6    Paragraph 63.
7       At the end of that paragraph, you say,
8    "Revenue from license sales the are often times
9    secondary at the time of license and thereafter to
10    other revenue sources," and what I'm wondering is
11    the meaning of the term secondary.  Are you -- is
12    it your opinion that revenue from other sources is
13    often more than revenue from license sales from
14    the licensor's perspective?
15  A.   Yes.  I can explain if you'd like.
16  Q.   Hold on just a second.  Back up to the top of that
17    paragraph, "There's little or no cost in giving
18    away software programs."  Focusing object the word
19    cost, what do you mean by the word cost?
20  A.   If you turn please to --
21  Q.   On Paragraph 63.
22  A.   The predecessor Paragraph 62 explains why.
23    Because you're at zero marginal cost for software.
24  Q.   Have you given any consideration to the cost of
25    updating software and further developing it?

Page 76

1  A.   I don't understand your question.  Because updates
2    and the costs of keeping it going the licensor is
3    compensated through maintenance and support fees.
4  Q.   Presuming that maintenance and support fees are
5    charged; correct?
6  A.   Customs and practices in the industry at the
7    enterprise level, maintenance and support fees are
8    charged.
9       Now, there are different ways that the
10    charge may be incurred.  For example, some
11    enterprises may want you -- and I discussed this
12    earlier, may want the maintenance and support fees
13    for several years to be bundled in up front
14    because of budget constraints, or because of
15    leasing terms, or because of their internal
16    accounting situations as to whether they
17    capitalize or expense the investment in software,
18    but yes, with enterprises maintenance and support
19    fees customary practice are charged.  As to the
20    percentage, it will vary by companies, and
21    negotiated between the parties.
22  Q.   Just to make --
23  A.   Percentage of the initial license fee.
24  Q.   Just to make sure we're on the same page with each
25    other, the -- the phrase 'enterprise software

Page 77

1    license' what does that mean to you?
2  A.   Software license to enterprises.
3  Q.   And what is the scope of that license;
4    enterprise-wide?  Is that --
5  A.   That's a different issue.  I can explain if you
6    like.  The scope is part of the scope of rights
7    granted with the license to the enterprise, and
8    that's negotiated between the parties.
9  Q.   In Paragraph 63, you mention reputational
10    benefits.  Can you list the reputational benefits
11    that you refer to?
12  A.   Sure.  When licensing software to enterprises,
13    many times enterprises will seek for -- seek
14    further discounts than what's offered in return
15    for being a named account, in return for appearing
16    at conferences from the perspective of the
17    software licensor, and we see that specifically in
18    this matter where we see an e-mail from Mr.
19    Schreiber in regard to one of the issues in this
20    matter essentially saying this is a good client.
21    I assume, again, it's a referenceable account.  In
22    fact, as I recall, FICO even lists the defendant
23    on its website.  So the reputational benefits
24    because it provides more of a halo.
25       Those are some examples of reputational

Page 78

1  benefits.  Part of when you are licensing software
2  as a licensor is establishing obviously
3  credibility, and part of that is who else is using
4  your products.
5  Q.  And then you --
6  A.  Or as a software service.
7  Q.  And you also reference or other benefits.  What
8  are the other benefits that fall under that
9  category?
10 A.  There can be a variety of other benefits.  It
11 would be dependant on the particular license, but
12 other benefits would be, for example, hiring
13 certain staff from the licensee.  Another benefit
14 would be in terms of providing that licensee
15 specific rights to use the software in other ways.
16     For example, I've seen this with financial
17 institution licenses.  One benefit would be that
18 they have got exclusivity for the use of that
19 software for a period of time, and afterward, they
20 will provide information and ongoing, if you will,
21 suggestions for the licensor.
22     Other benefits would be locating certain
23 people at the licensor site to assist in software
24 testing and development.
25     Those are just some examples.  I can think

Page 79

1  of more if I just, you know, I looked at
2  something.  If you give me time, I can recall
3  more.
4  Q.  And your support for Paragraph 62 through 65 is
5  primarily your prior experience; is that correct?
6  A.  That's incorrect.  There is multiple other
7  support.  Paragraph 62 there are a number of books
8  and articles which talk about the unique economics
9  of the software industry.  You can look at, for
10 example, Michael Cusumano's work.  You can look at
11 article that have been published in IEEE as well
12 as ACM publications.
13     Paragraph 63, again, there are articles
14 about -- as well as third party independent third
15 party material from Gartner, as well as public
16 information on right hat open source vendors.  A
17 lot of this is public information as well as my
18 own knowledge and expertise.
19     I'll add, if you take a look at my CV,
20 there are references, for example, to my reviewing
21 publications from IEEE as well as for AAAS as a
22 review of multiple articles all there, as well as
23 articles in practitioner journals like Ed Cutter,
24 as well as academic articles.
25     So it's well -- the material I have here is

Page 80

1  certainly public information as well as my own
2  experience, knowledge, and training, and skills,
3  education as we talked about.
4  Q.  The articles and treaties -- treatises that you
5  just mentioned however are not cited specifically
6  in Paragraph 62 through 65; correct?
7  A.  They are not.  That's correct.
8     MS. KLIEBENSTEIN:  Why don't we take a
9  break for lunch.
10    THE VIDEOGRAPHER:  We are going off the
11 record.  The time now is      p.m.
12    (Whereupon a lunch break was taken from
13    p.m. to 12:56 p.m.)
14    THE VIDEOGRAPHER:  We are back on the
15 record.  This marks the beginning of Media 3 in
16 the deposition of Steven Kursh.  The time now is
17    p.m.
18 BY MS. KLIEBENSTEIN:
19 Q.  All right.  We're ready.  Okay Doctor Kursh.
20 Let's move on.  I'm handing you what was
21 previously marked in this case as Exhibit 421.
22 Are you familiar with this document?
23 A.  I'm familiar with sections of the document.  As I
24 reference in my report, there may be some other
25 parts in here that I haven't reviewed, but as I

Page 81

1  sit here this moment, I'd say I have reviewed it
2  but I'm not directly familiar.  I'd have to look
3  at it in detail, but the sections I reference in
4  my report I certainly -- I'm familiar.
5  Q.  Have you reviewed this document in its entirety
6  before?
7  A.  Yes.
8  Q.  Do you have an understanding of what this document
9  is?
10 A.  You'll need to be more specific with your
11 question.
12 Q.  I'll ask it a different way.  Why did you cite
13 this document in your expert report?
14 A.  Because it was evidence that was relevant to the
15 analysis that I did, and accordingly, the opinions
16 that I reached.
17 Q.  Do you know how FICO uses this document in its
18 business practices?
19 A.  Only to the extent that this document is a FICO
20 document, that along with deposition testimony,
21 for example from Mr. Waid, along with other
22 parties, I know that this document or the
23 information contained in the document is used by
24 FICO with respect to its -- as of the effective
25 date of 10-10-03, with respect to its pricing

Page 82

```
 1    global price list.
 2 Q.  Do you know one way or the other based on your
 3    review of the deposition transcripts whether FICO
 4    uses this while its pricing license fees with
 5    customers?
 6 A.  FICO has got scores of licensees.  As to what
 7    particular sales reps, for example Mr. Sawyer, or
 8    what executives, for example like Mr. Waid does, I
 9    don't -- I'm not a fly on the wall in their
10    offices so I cannot comment and provide an opinion
11    based on the information given to me, which is
12    this is a document in evidence regarding FICO's
13    pricing, global price list.
14 Q.  You don't know one way or the other how FICO uses
15    this document in its business operations; is that
16    correct?
17        MR. FLEMING:  Objection.  Asked and
18    answered.
19        THE WITNESS:  FICO has got scores of
20    employees with scores of licensees.  As to how
21    each one of each of those use this document, I
22    wouldn't know, and I have not seen any evidence
23    that provides that information.
24 BY MS. KLIEBENSTEIN:
25 Q.  You have cited the table at 2.2.2, correct, in
```

Page 83

```
 1    your report?
 2 A.  You need to show me where.
 3 Q.  Certainly.  Let's take Exhibit 421, turn to
 4    Section 2.2.2, and you have cited this table in
 5    Paragraph 67 of your expert report; correct?
 6 A.  What page is that on of my report?
 7 Q.  Page 20.
 8 A.  Yes.  It's Exhibit 2 in my report, and there's one
 9    preceding it, which is also found in this
10    document.  Actually from a different FICO
11    document.
12 Q.  What is your understanding of the information
13    that's contained in Exhibit 2 of your report which
14    is the same as the chart shown in Section 2.2.2 of
15    Exhibit 421?
16 A.  I don't understand your question.  The document
17    speaks -- the document, FICO business signs,
18    enterprise decision management, design and
19    deployment tools and infrastructure software
20    global price list, Exhibit 421, speaks for itself.
21 Q.  So you can't -- you can't characterize it any
22    other way other than to say that data speaks for
23    itself?
24 A.  No.  You asked me what it states, 2.2.2 states,
25    and this is FICO's document, "Standard cumulative
```

Page 84

```
 1    net license purchase of volume discount schedule."
 2        I ask now that you turn to Exhibit 2 in my
 3    report on Page 20, Exhibit 2 is titled FICO's
 4    Cumulative Net License Purchase Volume Discount
 5    Schedule, and the information in my report is
 6    drawing directly from 2.2.2 in the FICO global
 7    price list, Exhibit 421.
 8 Q.  Let's turn to Section 2.2.3 in Exhibit 421.  Have
 9    you read that section before?
10 A.  Yes.
11 Q.  And the title of that section is Marketing
12    Reference Client Discount, and my question is
13    this:  Is the information in 2.2.3 is that an
14    example of an additional revenue stream or revenue
15    source that you discussed earlier in your report?
16 A.  I don't understand your question.  Because in my
17    report, I discussed additional revenue sources.
18    ██████████████████████████████████
19    ██████████████████████████████████
20    ██████████████████████████████████
21    █
22    █████████████████████████████
23 Q.  And that marketing support discount would that be
24    -- would it be reputational benefit to FICO?
25 A.  You'll need to ask FICO that.
```

Page 85

```
 1 Q.  You don't know one way or the other?
 2 A.  I did not write this FICO document.  I can talk
 3    about customs and practices in the industry, but I
 4    have -- I have not worked at FICO, and even if I
 5    did, again, FICO has scores of people with scores
 6    of licensees, and as evidenced by the information,
 7    the evidence in this case, the pricing of products
 8    and by FICO, as evidenced this in this case, the
 9    initial enterprise license agreement was about
10    one-third of the -- to Federal was not within the
11    scope here, which is, again, consistent with my
12    opinions regarding software industry.
13 Q.  So a licensee providing marketing support to a
14    licensor is -- is not a form of additional benefit
15    in the licensing industry?
16 A.  I don't understand your question.  If we turn
17    back --
18 Q.  I'll ask it a different way.
19 A.  -- to what I wrote, I'll stand by what I wrote.
20    If the customer provides potential revenue streams
21    and related products and services, reputational
22    benefits, or other benefits.  So in other words,
23    here if the customer does this, ████████████
24    █           stating in this document, I don't
25    know each one of their transactions, each being
```

Page 86

1  FICO's, but they are suggesting in this particular
2  document ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆  ▆▆▆▆▆▆▆▆▆▆
4      This reflects the fact that when these
5  kinds of discounts are offered it is consistent
6  with what I wrote in Paragraph 63.  It enables the
7  licensor to benefit from a press release, acting
8  as a reference account, providing development of a
9  case study, which would typically often appear --
10  or a white paper which would appear on the website
11  of the licensor, or trade materials, et cetera.
12 Q.  Let's turn to Page 20 of Exhibit 421.
13      MR. FLEMING:  Page 20 of 27?
14      MS. KLIEBENSTEIN:  Yes.
15      THE WITNESS:  Page 20 of 27.  I'm there.
16  Bates Number FICO 0057405.
17 BY MS. KLIEBENSTEIN:
18 Q.  Let's look at Section 7.4.  Can you tell me your
19  understanding of how FICO prices on a named
20  application basis?
21 A.  And your question is what?  I'm sorry.
22 Q.  I wanted to hear your understanding of how FICO
23  prices licenses on a named application basis.
24 A.  Well, again, drawing from this specific document,
25  this is FICO's global price list, Exhibit 421.

Page 87

1  There's language here as to how FICO prices on the
2  named application basis.
3      However as we have seen in this matter, as
4  well as I've seen in other engagements, management
5  consultant, expert witness, and my own personal
6  experience of what a price list has may not often
7  be followed by your employees as long as they get
8  approval, assuming approval is needed, by a higher
9  level executive as well as by particular
10  negotiations with the licensee.  This, again, is
11  consistent with my opinions.  It's negotiable.
12      However focusing specifically on the
13  language, 7.4.1, named application or business
14  function pricing for Blaze Advisor options, it
15  states, "As add-on sales to existing customers or
16  as part of additional sale," -- "initial sale, the
17  following options are currently available with
18  Blaze Advisor."
19      There are multiple sentences there.  I can
20  read them, but in the interests of saving time,
21  I'll reference you to the document.  It then shows
22  a table with high performance code generation, for
23  example, Java, and then XML manager for insurance,
24  which is just using XML, extensible markup
25  language, for document definition and enforcement

Page 88

1  of conditional data requirements, small, medium,
2  large, very large, and the license fee for each
3  one of those in the third column.
4 Q.  And the table you were just referring to is under
5  7.4.1; am I correct?
6 A.  Correct.
7 Q.  Okay.  Let's move up to the very first table.
8  Let's focus on the small, medium, and large --
9  small, medium, large, very lodge concept.  Do you
10  have an understanding of what those different
11  categories refer to?
12 A.  Yes.
13 Q.  And what is that?
14 A.  Based on Mr. Waid's testimony, along with other
15  documents in this case, it is ▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆, and I referenced that.
17 Q.  Have you seen other licensors in the software
18  industry price their software on an application
19  basis in this manner using the small, medium,
20  large, very large designations?
21 A.  In what manner?
22 Q.  In the manner to categorize different uses of that
23  software by a licensee for the purpose of setting
24  a license fee?
25 A.  How we define small, medium, large, very large

Page 89

1  will vary depending on the metrics that the
2  licensor chooses to use, as well as what the
3  licensee will agree to.
4      Those metrics could be any number of
5  factors.  The evidence in this case, per Mr.
6  Waid's ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆s.
7 Q.  And that wasn't my question.  My question was:
8  Have you seen other licensors price their software
9  on a named application basis in a similar manner
10  to the methodology set forth in Section 7.4?
11 A.  You need to define similar manner if -- if you
12  could because licensors price on a variety of
13  metrics.  They may use small, medium, large.  They
14  may use -- well, they used to use CPUs.  It's not
15  used as much anymore.  They may use a variety of
16  other metrics.
17      Licensors will use those metrics.
18  Licensees will negotiate.  So I don't understand
19  what you mean by similar manner.
20      I will -- if you mean similar manner to be
21  looking at a licensee and the software which is
22  being licensed, you can use a variety of ways.
23      I talked earlier about, for example, when I
24  ran a software company one of our metrics that
25  people could choose the license by was by number

Page 90

1  of transactions. We had other metrics too. We
2  had fixed monthly fees.
3      Licensors use a variety of methods. It
4  depends on the industry, depends on licensees,
5  depends on competition. Depends on a variety of
6  other factors.
7      I can give you multiple other ones if you
8  give me a few moments to think about it.
9  Q. Thank you for that information. My question was:
10  Have you seen -- focusing on the small, medium,
11  large, very large metric, have you seen other
12  software licensors price a software license using
13  those same metrics; small, medium, large, very
14  large?
15  A. What are you defining as -- what are you counting
16  to then say small, medium, large, very large?
17  What are you counting? Are you counting, for
18  example --
19  Q. I'm not counting anything right now. I'm just
20  asking: Have you seen other licensors in the
21  software industry have pricing terms that start
22  with small, medium, large, very large on an
23  application basis?
24      MR. FLEMING: Object. Asked and answered.
25      THE WITNESS: I have seen, as we've talked

Page 91

1  about, hundreds of licenses. I have seen a
2  variety of different metrics. I have seen metrics
3  like number of transactions, and in fact, I've
4  done that with my own company, but I've also seen
5  metrics of small, medium, or other kinds of
6  labels.
7      It varies by the software company what they
8  want to use. You see things like silver, gold,
9  platinum, diamond. You see stuff like how they
10  set up -- this is all within the province of what
11  the software licensor chooses to use relative to
12  competition, relative to their history, relative
13  to what licensees are used to. It varies across
14  the map.
15      So sure -- and I keep going back.
16  Licensors use a variety of metrics when they price
17  enterprise software.
18      So the manner of which you talk is do you
19  use -- do you as a licensor use metrics to price
20  software. The answer may be yes. I've seen many
21  situations where there isn't a metric, it's just a
22  flat license fee and the licensee can use it on an
23  enterprise-wide basis for unlimited number of
24  transactions in a variety of different
25  environments and a variety of other metrics where

Page 92

1  normally with might talk about constraints.
2      A lot of times large licensees say we'll
3  write you a check, and we don't want to be
4  bothered with this stuff. I've seen that.
5  BY MS. KLIEBENSTEIN:
6  Q. So you would --
7  A. Frequently.
8  Q. You would agree then that FICO's pricing structure
9  for named application licensing of Blaze Advisor
10  is industry standard because there's so much
11  variability in the industry?
12  A. No. I'm uncomfortable with the word standard
13  because it is one of the ways, and FICO can choose
14  as a software company whatever metrics it wants to
15  price its software. As to whether or not
16  licensees choose to go along, that's negotiated
17  between the parties.
18  Q. And turning to Page 21 of Exhibit 421, have you
19  reviewed Exhibit -- Section 7.5 before?
20  A. Yes, and in fact, this is Exhibit 1 in my report,
21  that table from 7.5, Page 21 of 27 in FICO's
22  global price list.
23  Q. And 7.5 discusses enterprise business unit pricing
24  guidelines; isn't that right?
25  A. It does.

Page 93

1  Q. And under the first sentence, I see six different
2  bullets. Do you see those as well?
3  A. Yes.
4  Q. Would you agree that those are different factors
5  that -- that FICO takes into consideration when
6  it's pricing its enterprise licenses?
7  A. I would agree that this is what's written into the
8  document. As to what particular individuals at
9  FICO do, and what particular specific software
10  license agreements exist with licensees, there are
11  other ways, but certainly in this document, it
12  outlines it, and I'll note please, again, in
13  FICO's document, the first sentence that you
14  reference here, ▮▮▮▮▮▮▮▮▮▮▮▮
15  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17  ▮▮▮▮▮▮▮▮▮▮▮▮▮ in other
18  words, these are some of the metrics that FICO may
19  well use along with other metrics depending on the
20  situation, but I will certainly agree with you
21  that this calls out some of the metrics or perhaps
22  the metrics for what they use when they price
23  enterprise licenses.
24  Q. And calling out the phrase ▮▮▮▮▮▮▮▮▮
25  ▮▮▮▮▮▮▮▮ given what I've heard you say

Page 94

1     about the variability in enterprise pricing, you
2     would agree that it's difficult to have list
3     prices for an enterprise license; is that right?
4         MR. FLEMING: Objection. Multiple
5     questions.
6         THE WITNESS: I don't understand your
7     question. Because FICO claims, for example, that
8     they use software -- Mr. Waid in his deposition
9     claimed that he used software, first the nine grid
10    matrix, which I reference in the report, and also
11    salesforce.com, and you can build models from the
12    list prices based on certain metrics, and you can
13    use those models, and you can replicate what is in
14    those models.
15        In citing the evidence in this case, what
16    we see is in Mr. Waid's testimony and other
17    evidence an inconsistency, i.e., the models used
18    cannot be -- the information cannot be replicated,
19    but there are many software companies that have
20    got models that do replicate, and FICO has claimed
21    these models are used, and yet I don't -- you
22    could -- Mr. Waid could not replicate that
23    information. Instead he talked about meeting with
24    people, and coming up with some numbers, and back
25    and forth among them.

Page 95

1         So FICO may have used these factors, but
2     again, per Mr. Waid's deposition testimony, it is
3     primarily transactions.
4     BY MS. KLIEBENSTEIN:
5  Q. For enterprise pricing or application based
6     pricing?
7  A. Well, if it's applications, the applications are
8     tied within the enterprise license which
9     applications are licensed. Ultimately it gets
10    down to number of transactions, and then you build
11    it up. You have the number of applications that
12    are licensed as FICO lists the size of
13    applications, and they list other factors here as
14    well in this document.
15        As to what Mr. Waid does, again, he's been
16    deposed on this, and it is not clear as to what
17    exactly he does, and he can't replicate what he
18    did.
19 Q. Do you understand the difference between the way
20    FICO defines application based pricing and
21    enterprise/business unit pricing?
22 A. Generally I do.
23 Q. And what is that understanding?
24 A. An application, as we state here, is a named
25    application that FICO has, for example, particular

Page 96

1     products, and then you've got enterprise
2     licensing, which is a probable number of
3     application, also from the licensee as perspective
4     where it's being used.
5  Q. So enterprise licensing that license is a probable
6     number of applications? I don't understand --
7  A. I'd have to look at the particular license
8     agreements which call out what is being -- what
9     rights are being granted to the licensee. Because
10    you're asking me a general question, it really
11    depends on the license.
12        (Whereupon material was marked for
13    identification as Exhibit 516.)
14 BY MS. KLIEBENSTEIN:
15 Q. I'm handing you what's been marked as Exhibit 516.
16    Are you familiar with this exhibit?
17 A. Yes. I've seen this information. I don't recall
18    the very first page, but the cover page, but I'm
19    sure it's been -- again, I've looked at thousands
20    of pages of documents in this case.
21 Q. Is this the sizing matrix you just referred to
22    that's focused on what you believe to be
23    transactions primarily?
24 A. Sizing metrics I refer to is specifically in my
25    report. I'll reference you to Exhibit 15, which

Page 97

1     is from this page, which does not have a Bates
2     number on it, which is why, again, I'll reference
3     you to my report, and that comes in from the
4     deposition of Mr. Waid, Page 14 and 15.
5  Q. Is there --
6  A. Exhibit to his deposition.
7  Q. Is there a difference between Exhibit 15 and --
8     the Exhibit 15 in your report and Exhibit 516?
9  A. No. Exhibit 516 on Page -- there are no page
10    number on 516. You have a cover page. You have
11    Page 1. You have Page 2. We are referencing
12    specifically Page 2, which, again, is what I used
13    to do Exhibit 15 in my report. Although the form
14    in which I got it is not the same as Exhibit 516.
15    It is, again, from the deposition of Mr. Waid,
16    January 16, 2019.
17 Q. And the title of your Exhibit 15 is FICO's Nine
18    Factor Application Sizing Grid; correct?
19 A. Yes.
20 Q. That's not the enterprise pricing grid; correct?
21 A. It's the application sizing grid.
22 Q. And there's a difference between application based
23    licensing and enterprise based licensing; correct?
24 A. Enterprise licensing brings in the applications.
25    So you would consider that, but again, I'm not in

Page 98

1   Mr. Waid's head as to how exactly he did it, and
2   when I work through what he testified to, I could
3   not replicate what he did or how he did it.
4 Q.   And when you're talking about replication, you're
5   talking about categorizing the Federal application
6   as small, medium, large, or very large; is that
7   right it?
8 A.   That's one example.  There are multiple other
9   examples, and I'll --
10 Q.   That's the only example I asked about.  When we
11   were talking about enterprise licenses before and
12   I had asked you about list prices, you mentioned
13   that there was a nine grid matrix.  Do you recall
14   that?
15 A.   Yes.
16 Q.   And is it your opinion that FICO used -- let me
17   back up.  Is Exhibit 15 is that the nine grid
18   matrix that you're referring to?
19 A.   Yes.
20 Q.   And is it your position that FICO uses the nine
21   grid matrix to price an enterprise license?
22 A.   It's my position that FICO charges an enterprise
23   license fee that's negotiated with licensees.
24   It's my position per the evidence received in this
25   case that FICO considers applications as defined

Page 99

1   in the first page of Exhibit 516 to my deposition,
2   which comes, again, as we've been discussing.
3       It's also my position that FICO has been
4   consistently inconsistent in using its work, and I
5   discuss this in my report, with respect to
6   application sizing.
7 Q.   So I want to understand.  In your last answer, you
8   said, "It's my position per the evidence received
9   in this case that FICO considers applications as
10   defined in the first page of Exhibit 516."
11       I don't understand why you referenced that
12   first page of 516 when asked about enterprise
13   license pricing.  Can you explain that for me
14   further?
15 A.   Sure.  Because what we seek to build -- to come up
16   with an enterprise license, you have to look at --
17   again, I'm not at FICO.  I'm not in Mr. Waid's
18   head.  I was unable to replicate the processes in
19   contrast to FICO's representations that they have
20   got a organized -- and I'm using my language,
21   organized structured consistent process for
22   pricing applications, and then accordingly,
23   enterprises.  That's not what I have seen in the
24   evidence in this case, and I document it in my
25   report.  Now -- so ...

Page 100

1 Q.   Let's move back to Exhibit 421.
2 A.   Exhibit 421 is which?  Okay.  The global price
3   list.
4 Q.   Section 7.5.
5 A.   Okay.
6 Q.   The first bullet.  First bullet says, ███████
███ ████████████████████████████
███ ████████████████████
10      Is -- is that a factor based on your
11   experience in the industry that software licensors
12   consider when pricing out an enterprise software
13   license?
14       MR. FLEMING:  Objection.  The question was
15   complex and multiple, but I don't think there was
16   a verb -- there's a verb missing in there.
17       MS. KLIEBENSTEIN:  I'll ask it again.
18   There was a verb.
19   BY MS. KLIEBENSTEIN:
20 Q.   This first bullet is this a factor based on your
21   experience, is this a factor that software
22   licensors consider when pricing out an enterprise
23   software license?
24       MR. FLEMING:  Okay.  I object because it's
25   ambiguous.

Page 101

1       THE WITNESS:  If you could please rephrase
2   your question.
3   BY MS. KLIEBENSTEIN:
4 Q.   What didn't you understand about it?
5 A.   You've asked me a broad brushed question, and as I
6   have testified to earlier today, licensors use a
7   variety of different metrics, and those are
8   negotiated with licensees.
9       FICO has chosen per their global price
10   list, and again, limiting this to the global price
11   list, not in practice, because I have not seen
12   multiple versions of FICO's licensing agreements,
13   and as I have emphasized, what's on the global
14   price list FICO has been unable to replicate that
15   in this case.  So I don't know what FICO always
16   does --
17 Q.   And my question is not --
18 A.   I have not gotten the evidence.  However I will
19   say in response to your question licensors may
20   look at a variety of factors when they price the
21   rights to the software, and you've got the rights
22   that are granted, you've got the pricing.  That's
23   a negotiation between a licensor and the licensee
24   with enterprise software licenses.
25 Q.   So my question is a lot simpler than that.  With

Page 102

1  these six bullets under 7.5, are those or aren't
2  those factors the types of metrics licensors
3  consider when pricing enterprise software in your
4  experience?
5 A.  Licensors will use a variety of metrics.  I will
6  say that, for example, the use of Bullet 4 and 5
7  [redacted]



Page 103

1  [redacted]
22      THE WITNESS:  Overall enterprises, and
23  there will be other factors as well.
24  BY MS. KLIEBENSTEIN:
25 Q.  What does the phrase commercially reasonable mean

Page 104

1  in your report?
2 A.  Commercially reasonable, as best I can define it
3  as I sit here at this moment, and I'll have to
4  think about it more, commercially reasonable is
5  looking at an issue from customs and practices in
6  the industry are the actions taken by the parties
7  involved consistent with what is typical in the
8  industry as well as, again, whether it's
9  consistent within the industry.
10 Q.  So I've --
11 A.  And tied in with that is the course of performance
12  by the parties as well as without doing contract
13  interpretations.
14      Again, this is -- my work is not
15  interpreting a contract.  My work is saying, okay,
16  I get the plain meaning of those terms.  The devil
17  is in the detail how the parties implement it.
18  Not implementing like software implementation, how
19  the parties have chosen whether it's commercially
20  reasonable, i.e., it was -- was it in good faith
21  or bad faith is another way of looking at it.
22 Q.  So an opinion on whether an action is commercially
23  reasonable is an opinion on the conduct of the
24  parties; correct?
25 A.  The conduct of the parties relative to customs and

Page 105

1  practices in the industry, again, as -- all I can
2  do is, in my role as an expert, provide conduct --
3  context as to whether that conduct is consistent
4  with the industry, and the trier of fact will
5  determine whether it is, and my label for conduct
6  is is that conduct reasonable or not commercially
7  reasonable relative to customs and practices in
8  the industry.
9 Q.  Were you involved in the negotiations between FICO
10  and Federal in 2006?
11 A.  I was not.  All I had -- no.
12 Q.  Were you involved in the negotiations between the
13  parties in 2016?
14 A.  No.
15 Q.  And you obviously haven't worked at FICO or
16  Federal; correct?
17 A.  Correct.
18 Q.  So your interpretation of the actions is from a
19  third party looking at the materials, not from
20  firsthand experience; correct?
21 A.  You're absolutely right.  I am independent third
22  party looking at the evidence in this case.
23  That's my role as an expert; an independent review
24  of the evidence.
25 Q.  Have you interviewed anyone at Federal in

27 (Pages 102 - 105)

Page 106

1    preparation for your report?
2  A.  I have spoken with Mr. Harkin, Mr. Murphy, and I
3    may have spoken with someone else --
4        (Whereupon the reporter asked the witness
5    to speak up.)
6        THE WITNESS:  I may have spoken with
7    someone else.  I don't recall as I sit here.
8    BY MS. KLIEBENSTEIN:
9  Q.  And I'm not -- I'm not going to ask about your
10   conversations with Mr. Murphy.  Did you ask anyone
11   at Federal what they believed was the scope of the
12   license at the time it was entered into in 2006?
13 A.  I'll respond to that in two ways.  First, people
14   have -- and this is not meant in a derogatory way.
15   People have selected memory.  The best -- from my
16   role as an independent third party coming in, the
17   best way is to look at the documents.
18       So, for example, with the license
19   agreement, the original license was in June 2006.
20   Amendment 2 to that license agreement, which was
21   in December of 2006, changed the rights of use by
22   the licensee, and that amendment speaks for
23   itself.
24       So what someone says is all well and good.
25   We look at the documents and the other evidence

Page 107

1    available.
2  Q.  So the answer is no, you didn't ask anyone at
3    Federal --
4  A.  I did not speak with them.  Again, I would not
5    have asked them because I'm independent.  I would
6    also need to have spoken to the people at FICO,
7    but the best way to understand what happened in
8    the past in regard to this matter is to look at
9    the documents.
10       You asked me about the license.  Amendment
11   2 specifically calls out the grant of rights, and
12   there's other information, documented information
13   as to the rights, particularly in regard to it
14   being an enterprise license.  I document this in
15   my report, and we can go through it if you like.
16 Q.  So it's your opinion that at the time in 2006 the
17   best source of evidence, if you will, to
18   understand the -- the meaning of the contract is
19   -- is the contract and the amendments themselves;
20   am I understanding that right?
21 A.  I don't understand your question.
22 Q.  I heard you say the amendments speak for
23   themselves.
24 A.  Correct.
25 Q.  So I'm asking you to confirm what is the best

Page 108

1    source of evidence to understand the contracts at
2    the time they were executed in 2006.
3  A.  Well, let's be clear.  I am not giving a contract
4    interpretation.  The language in the amendments
5    speaks for itself.  Amendment 2 from December of
6    2006 specifically calls out an enterprise
7    (inaudible) -- an enterprise license.
8        Additionally there is multiple other
9    documents that have been produced in this case
10   indicating that FICO knew how Federal was using
11   the software with respect to location, and there
12   are multiple examples, 2008 for example, the
13   discussion in western Europe.  There are e-mails
14   in that regard, 2012 in England with was it Hamesh
15   and Oliver are some examples.  It's FICO's
16   e-mails.  Also Mr. Schreiber basically sending an
17   e-mail acknowledging it.  Mr. Sawyer saying it was
18   a global license, or the equivalent.  So there's
19   additional information that I also considered.
20       So, again, as I go back, you look at the
21   documents as an independent third party.  People
22   have selective memories.  Not good or bad, just
23   the way we are.  We're human.  Look at the
24   documents, and the documents speak quite clearly
25   to a lay person.  I'm not a lawyer.  For someone

Page 109

1    in the software industry, okay, I get what they
2    are saying.  I understand this grant of license
3    rights.  Here it is right there, i.e., in the
4    documents.
5  Q.  Did you review any Federal e-mails stating that
6    the license was not global in scope?
7  A.  The only one I -- I reviewed scores of Federal
8    e-mails.  The only one I can reference at the
9    moment is -- that I can recall, but if you have
10   other ones, please produce them and I'll do my
11   best to respond.
12       I remember Ms. Pawloski, but I think she
13   was referencing the original agreement and not the
14   amendment.  So -- and I was not there when she got
15   that question.  I don't recall in her deposition
16   what preceded it and went after it, what her
17   e-mail was.  I'm not in her mind, but I think
18   that's what she was referencing.  You'll have to
19   ask her, but that's the only one I can recall.  If
20   there are other ones, please produce them, and
21   I'll do my best to respond.
22 Q.  Your opinion that she was referencing the original
23   agreement what -- where does that opinion come
24   from?  What is it based on?
25 A.  Well, first, Ms. Pawloski is not an attorney.

28 (Pages 106 - 109)

Page 110

1  Second, she has no authority, she's not an
2  authority officer of the company to make any
3  statement in regard to that, and third, you would
4  need to speak with her. I read her deposition
5  testimony, and given what the language in the
6  agreement says, we have to look at the actual
7  agreements as well as the multiple e-mails from
8  FICO.
9 Q. Let's move to Paragraph 70 in your report.
10 A. I'm sorry. What paragraph?
11 Q. Paragraph 70?
12 A. 70?
13 Q. Yup. The first sentence states, "In its 2016
14  negotiations with Federal, FICO took the position
15  that it recently discovered uses that breached the
16  license agreement."
17      Can you clarify for me what uses you're
18  referring to in that sentence?
19 A. The best I can recall sitting here it is -- again,
20  I was not party to those negotiations, but I've
21  seen documents of the -- what I remember was the
22  -- FICO's alleged surprise that they did not know
23  that Federal was using the software outside of the
24  United States, and that -- and then there was
25  discussion back and forth. FICO feeling this was

Page 111

1  a breach, and there were discussions about the
2  breach.
3      The merger happened in January 2016. So
4  there were later discussions about Section 10.8,
5  which I discuss in my report. There were multiple
6  discussions between the parties in the
7  negotiations regarding pricing, regarding offers
8  with respect to software.
9      There were also discussions in the
10  negotiations where FICO, for example, Mr.
11  Schreiber wrote an e-mail to Federal essentially
12  saying we've given you time to cure, if you don't
13  cure, there are going to be issues.
14 Q. My question was just about the uses.
15 A. Yeah. Okay. I just -- I'm sorry. It says
16  negotiations. The uses were outside of the United
17  States.
18 Q. Then you were just talking about negotiations. So
19  your support for Paragraph 70 is -- is documents
20  produced in the case; correct?
21 A. Documents including deposition testimony. All the
22  documents. Yeah. The evidence in this case.
23 Q. Do you intend to testify at trial that
24  installation of Blaze Advisor software outside of
25  the United States by Federal is not a breach of

Page 112

1  the license agreement?
2 A. What I will testify to this case I have not
3  discussed that with counsel. So I can't --
4 Q. Let me ask it a different way. Is it your opinion
5  in the report that the installation of the Blaze
6  Advisor software outside the United States by
7  Federal is not a breach of the license agreement?
8 A. That would really be a decision made by the trier
9  of fact. I do not, unless you point out
10  otherwise, say that in my report.
11 Q. In Paragraph 71, the second sentence says, "First,
12  the license agreement does not limit use or
13  installation to the United States." What is your
14  support for that statement?
15 A. I'll ask you please to turn to Paragraph 77, and
16  that will then run through Paragraph 89, and we
17  can go through each one of those paragraphs if you
18  like.
19 Q. No.
20 A. That's the basis of my opinion.
21 Q. I don't want to go through each page, paragraph,
22  but in general, Paragraphs 77 through -- through
23  89 the support for those opinions are documents
24  and testimony from this case; correct?
25 A. Relative to customs and practices in the industry.

Page 113

1  For example, in the --
2 Q. Well, hold on. Before you get into examples, let
3  me understand your answer.
4      So my question was Paragraphs 77 through 89
5  your support for those opinions are the documents
6  and testimony from this case, and then you
7  answered relative to customs and practices in the
8  industry.
9      I don't understand -- that seems like a
10  qualifier and not really an answer. Can you
11  clarify for me?
12 A. Yes. Relative to the customs and practices in the
13  industry, for example, when you've got an
14  agreement that calls that you will be using
15  international law, that would be an indicator that
16  an agreement is more than domestic in the United
17  States.
18      Additionally, relative to customs and
19  practices in the industry, when you have an
20  agreement, and I discuss this with respect to --
21  if you turn to page -- Paragraph 78, 79, just with
22  respect to the agreements, in my experience, when
23  you see territory called out and it's specific to
24  the United States, the parties also include in
25  that, for example, territories like Puerto Rico,

Page 114

1    which are an example, but then, more importantly,
2    and I discuss this in 78 and 79, what is defined
3    in the definitions of territory is never used in
4    the agreement or the amendments, the word --
5        (Whereupon the reporter asked the witness
6    to speak up.)
7        THE WITNESS:  Territory.  That's some
8    examples, I can provide now, which I discuss in
9    this paragraphs all the way through Paragraph 89.
10   BY MS. KLIEBENSTEIN:
11 Q.  So Paragraphs 77 through 89 your support is
12   documents and testimony in the case, and the
13   agreement, the license agreement and its
14   amendments themselves?
15 A.  Those are documents and evidence in the case.
16 Q.  So the answer is yes?
17 A.  Again, that's the evidence recognizing that is in
18   the context of my knowledge, training, skills
19   within the industry.
20       Again, I emphasize it is not the existence
21   of those clauses in the agreements.  Again, I'm
22   not giving contract interpretations.  It is the
23   implementation and the actions relative to customs
24   of the parties, relative to customs and practices
25   in the industry.

Page 115

1 Q.  You mentioned -- you mentioned a choice of law
2    section in the agreement; is that right?
3 A.  Yes.  As one factor that would indicate that it is
4    more than simply -- I need to see all of the
5    agreements please, not just the original one.  I
6    need to see all of them please.  Because Amendment
7    2 states specifically that the other agreements --
8    remember the Amendment 2 supersedes --
9 Q.  It's in there.
10 A.  Okay.  Thank you.
11 Q.  So the governing law section you mention is
12   Section 10.7?
13 A.  I recall seeing documents where it was not simply
14   10.7 with the state of New York, but I can't find
15   it in here, but I recall seeing it somewhere in
16   the documents.
17 Q.  Is 10.7 the section you were just referring to
18   about the choice of law?
19 A.  That's in the original license agreement, which is
20   superseded by the amendments, 7.2, and I'll
21   acknowledge 10.7, the original license as of June
22   2016, states the law will be governed and
23   constrained in accordance with the laws of the
24   state of New York, and then some other language.
25 Q.  And you believe that that section indicates this

Page 116

1    license agreement was intended to be global in
2    scope; is that correct?
3 A.  The first license agreement was signed in June.
4    Amendment 2 expanded the rights the grant of
5    rights to the licensee.
6 Q.  We're not talking about the amendment.
7 A.  But the amendment supersedes the license.
8 Q.  My question was:  Is it your opinion that Section
9    10.7 indicates this license agreement was intended
10   to be global in scope?  Is it a piece of the
11   puzzle?
12 A.  I don't understand what you mean.
13 Q.  I'm not talking about the amendments.  Your
14   earlier testimony focused on the choice of law
15   provision, suggesting the choice of law provision
16   indicated the license agreement was intended to be
17   global in scope.  Am I wrong about that?
18 A.  You are correct.
19 Q.  Okay.
20 A.  And I said the agreements between the parties --
21   if I didn't use the word plural, I'll use it now,
22   and thank you for correcting me.
23       It is my understanding that I saw -- again,
24   I recall seeing a document where the law was not
25   just the state of New York.  I can't recall where

Page 117

1    I saw that now.  However, again, we have to look
2    at all of the documents.  Amendment 2 specifically
3    calls out an enterprise-wide license.
4 Q.  So are you or aren't you taking back your
5    statement that the choice of law provision
6    indicates the scope of use is global in nature?
7 A.  Neither.  I need to look at the documents, and if
8    I'm mistaken, I stand corrected, but that does not
9    in any way, shape, or form alter my opinion that
10   this was an enterprise-wide license, and that the
11   licensee had the right to use it on an
12   enterprise-wide basis.
13       Federal could use it on an enterprise --
14   use the software on an enterprise-wide basis, and
15   there are multiple documents, again, if you turn
16   to Paragraphs 72, 73, 74, 75, it talks about the
17   territory, 76, territory provision, and Paragraph
18   77 through 89.
19       So again, even if my memory is wrong, I'm
20   human.  I make mistakes.  I stand corrected.  If
21   you take that off the table with respect to the
22   area, the -- what sort of choice of venue in the
23   original agreement doesn't matter.  My opinion is
24   the same.
25 Q.  Is it your opinion, or do you believe that a

30 (Pages 114 - 117)

Page 118

1    choice of law provision in a contract is specific
2    to a software license, meaning those term -- that
3    choice of law provision is only found in the
4    software license?
5         MR. FLEMING: Objection. Vague.
6         THE WITNESS: I'm not a lawyer, but in
7    practically every contract I've ever seen, as well
8    as for example NDAs as well as other kinds of
9    agreements among parties, you typically choose the
10   choice of the governing law as well as issues, for
11   example, if there's an arbitration clause --
12  BY MS. KLIEBENSTEIN:
13 Q.  I'm not asking about other stuff.
14 A.  Stuff like that you. Look at the venue, location.
15   I emphasize, again, I'm not a lawyer.
16 Q.  There's not a -- Doctor Kursh, we've got to stick
17   with the question and answer format otherwise
18   we're going to here a long, long time.
19        MR. FLEMING: We've been going about an
20   hour. If we take a short break.
21        MS. KLIEBENSTEIN: Sounds good.
22        THE VIDEOGRAPHER: We're going off the
23   record. The time now is 2:03 p.m.     0
24    (Whereupon a short break was taken from
25   2:03 p.m. to 2:12 p.m.)     0

Page 119

1        THE VIDEOGRAPHER: We are back on the
2    record. This marks the beginning of Media 4 in
3    the deposition of Steven Kursh. The time now is
4    2:12 p.m.     0
5    BY MS. KLIEBENSTEIN:
6 Q.  Doctor Kursh -- oh, first of all, for the record,
7   I failed to identify the copy of the agreement
8   that we're looking at as -- formerly marked,
9   previously marked Deposition Exhibit 314.
10      Looking at Footnote 20 of your report, you
11   make the statement that, "One cannot use the Blaze
12   software without installing it." What is your
13   support for that statement?
14 A.  I don't understand your question. You may have
15   software, but if you don't install it, you're not
16   using it.
17 Q.  So it's your understanding based on the agreement
18   that because Federal had -- had a license to use
19   the software it bought it also had permission to
20   install the software it bought? Am I
21   understanding that right?
22 A.  I don't understand your question at all. Please
23   explain.
24 Q.  Sure. Is it your opinion that based on the
25   license agreement and its amendments that Federal

Page 120

1    had the right to install Blaze Advisor outside of
2    the United States?
3 A.  Federal had an enterprise-wide license. It was
4    known to FICO that -- as evidenced by references
5    in my report, that it was a global enterprise
6    license agreement.
7       I'll reference you to Exhibit 5 in my
8    report as well as Paragraphs -- as we've been
9    discussing today, Paragraph 70 all the way through
10   Paragraph 89.
11      So the rights were granted in Amendment 2,
12   which specifically states, and again, I am not a
13   lawyer, and customs and practice in the industry
14   as someone who has worked in the industry, I'm
15   taking the plain meaning of these words. I'm not
16   doing contract interpretation.
17      It states, Number 1, this is FICO Bates
18   0002294, "All previous licenses granted to client
19   under the agreement shall be terminated and
20   superseded by the license granted herein," and
21   above that, "Whereas under the agreement, client
22   was given an option to expand the license granted
23   in the agreement to an enterprise-wide license."
24      So it was an enterprise-wide license, and
25   it superseded the other agreements.

Page 121

1 Q.  Enterprise-wide license to do what?
2 A.  Well, use the software, and in order -- well, to
3   use the software, Blaze Advisor.
4 Q.  Do you know whether or not it's possible to use
5   the software, Blaze Advisor software in a location
6   different from where the Blaze Advisor software
7   was installed?
8 A.  I'm -- when you as an enterprise want a software
9   license to enterprises, the software which I have
10   not seen but in my experience, to do an
11   enterprise-wide license, software like Blaze, one
12   should be able to access the software from a
13   remote location. So it would not be on your
14   server, but you would be using the software on
15   your computer.
16 Q.  In your experience with software licenses, did you
17   ever run across export control terms?
18 A.  In two ways. The first, I've seen export controls
19   on software that has been used, and the federal
20   government sets controls on that software being
21   used abroad.
22      I've also seen export controls by licensors
23   limiting, for example, a global license, an
24   enterprise-wide license on a global scale but it
25   cannot be used in specific countries.

31 (Pages 118 - 121)

Page 122

1    I saw no such language being called out in
2  the agreements here. I do however see in
3  Paragraph 10.7, original agreement, the reference
4  to the international. That's where I got the
5  international part. It's in Paragraph 10.7 of the
6  original agreement, but nonetheless, per my
7  earlier testimony, even taking that off the table,
8  I stand by my opinions, that it was an
9  enterprise-wide license, and that the licensee had
10  locations outside of the United States that FICO
11  knew about.
12 Q.  Do you know under what circumstances a software
13  licensor would use export control language in a
14  software license contract?
15 A.  It would depend on the licensor.
16 Q.  Give me an example.
17 A.  You don't like your software being used in certain
18  countries, or by people in certain countries. You
19  don't want your software being used elsewhere. In
20  other words, where it is loaded on the server, but
21  it really depends on the licensor.
22    Each licensor may choose to have in the
23  agreement agreements what they choose and the
24  licensee. It's negotiated between the parties.
25    (Whereupon the reporter asked the witness

Page 123

1  to speak up.)
2    THE WITNESS: Apologize.
3  BY MS. KLIEBENSTEIN:
4 Q.  What is the export of software? What is that act?
5  Is that shipment? Is it -- do you know?
6 A.  I'd have to see the language, but again, I'm not a
7  software export -- I wouldn't know that straight
8  off of my head. You'll need to show me documents.
9 Q.  But you --
10 A.  And I'll do my best to respond.
11 Q.  You're positioning yourself as a software
12  licensing expert in this case; right?
13 A.  Yes, but I've not seen any -- in the complaint
14  filed by your client, I've not seen any issue with
15  respect to export controls.
16    So at this time I sit here, I don't recall
17  seeing it, and I didn't consider that issue. If
18  it is a relevant issue, counsel for Federal may
19  ask me to consider it, and if so, you will be duly
20  notified.
21 Q.  Based on your expertise, is export control
22  language used in software licenses when the
23  software product may be exported?
24 A.  That's a really general question. I would need to
25  see specific agreements, and again, it's all part

Page 124

1  of the four corners of the documents and
2  understanding of how, again, licensor and licensee
3  negotiate, they read a document. So you don't
4  need to be there when negotiating. The document
5  puts into writing and the parties sign it. That's
6  their understanding, and I state that in my report
7  in slightly different words.
8 Q.  I see in Paragraph 72 it is your opinion that the
9  agreement, Section 2, license grant does not
10  include any language about Federal's use or
11  installation being limited to a specific
12  geographic area. Is your support for that opinion
13  the agreement itself?
14 A.  Define agreement.
15 Q.  The agreement and its amendments in Exhibit 314.
16 A.  There is no specific use of the word territory
17  outside of the definitions, Section 1, of the
18  software license and maintenance agreement that
19  was executed in June of 2006.
20    There is no use of the word territory under
21  license grant or in the amendments specifically
22  using the word territory.
23 Q.  So your opinion is based solely on the presence or
24  absence of the word territory; is that correct?
25 A.  That's incorrect. My opinion is stated in my

Page 125

1  report, all of my opinions, which are that this
2  was, and FICO knew it was, an enterprise-wide
3  license, and that Federal had facilities outside
4  of the United States. Federal knew that. FICO --
5  not Federal. Excuse me. FICO knew that, and
6  there's documentation evidence in the record
7  indicating that FICO knew that Federal was using
8  Blaze Advisor outside of the United States.
9 Q.  Did you see any evidence that showed FICO knew
10  Federal had installed Blaze Advisor outside the
11  United States before 2016?
12 A.  I'll reference you to Exhibit 8 in my report.
13  This is the first of several exhibits -- let's go
14  back.
15    First I'll reference you to Paragraph 73 in
16  my report, which is the deposition testimony of
17  Mr. Wachs from FICO where he testified he expected
18  to see the license grant section referenced --
19 Q.  No. My question is about installation
20  specifically.
21 A.  I'm finishing. Okay. Well, it states -- again,
22  you'll need to show me the language in the
23  agreements which distinguishes, again, the license
24  was granted so I understand, again, where you're
25  going with use and installation. Let's walk

Page 126

1    through the agreements.  Show me what you're
2    referring to.  I'll do my best to answer, but what
3    we have in Exhibit 8 is Mr. Sawyer saying they,
4    that's in reference to Federal, have a global ELA
5    for Blaze.
6        If you turn to Mr. Schreiber's e-mail,
7    which is referenced in my bibliography, Mr.
8    Schreiber acknowledges that it is a global
9    license.
10       There's also as I mentioned in 2012, this
11   is Exhibit 7, Mr. Moffat to Hamesh, I mentioned
12   the name Hamesh earlier, it says that "no
13   additional Blaze licenses are needed as it is
14   covered within the overall global Blaze ELA."
15       So there's multiple evidence.
16       Exhibit 6, Oliver Clark, he states, "I know
17   of no restrictions in the license that prevent
18   them from doing so," which is a reference, again,
19   Mr. Clark as I recall wrote that.
20       So there are multiple examples where FICO
21   knows that Federal has the rights to have a global
22   enterprise license agreement and use it globally.
23 Q.  That was not my question.
24       MR. FLEMING:  Can we just take a super
25   short break, like, two minutes?

Page 127

1        MS. KLIEBENSTEIN:  Okay.
2        THE VIDEOGRAPHER:  We are going off the
3    record.  The time now is 2:28 p.m.          0
4        (Whereupon a short break was taken from
5    2:28 p.m. to 2:29 p.m.)          0
6        THE VIDEOGRAPHER:  We are back on the
7    record.  The time now is 2:29 p.m.          0
8    BY MS. KLIEBENSTEIN:
9 Q.  So Doctor Kursh, to recap, your opinions about the
10   territorial scope of use of the agreement are
11   based on, Number 1, the placement of the word
12   territory in the agreement, and Number 2, the
13   documents and e-mails exchanged between the
14   parties; is that correct?
15 A.  That's incorrect.  My opinions in regard to the
16   license agreement and the amendments using the
17   plain language, not interpreting contracts, but
18   the language specifically calls out in Amendment 2
19   that it is an enterprise-wide license.
20       Additionally there is numerous
21   documentation -- and this amendment was in
22   December 2006.  There are e-mails from 2008 with
23   respect to Europe, e-mails from 2012 with respect
24   to England that indicate that FICO knew that it
25   was being used by Federal outside of the United

Page 128

1    States.
2 Q.  So your opinion is not based on the placement of
3    the word territory in the June 30th, 2006
4    agreement?
5 A.  No.  My opinions are called out in my report.  I
6    discuss the issue of territory beginning in
7    Paragraph 70 all the way through to Paragraph 89.
8        In other words, in the scope of the rights
9    granted in the license and the amendments, I
10   discuss the -- among many topics the territory and
11   how it is simply a term under definitions and is
12   not used elsewhere, but that's not the sole reason
13   for my opinion.
14 Q.  You mentioned that you -- you were taking a plain
15   reading of the contracts in Exhibit 314; is that
16   right?
17 A.  Yes.
18 Q.  If you're taking a plain reading, why do we need
19   an expert in the software licensing industry to
20   provide opinions on how to read the agreements
21   themselves?
22 A.  I don't understand your question.  My focus was
23   reviewing the actions of the parties in this
24   matter.  The agreements are part of that.  There's
25   other documents as well, which I call out in my

Page 129

1    report.  So I don't understand your question.
2    Again, as I -- I don't understand your question.
3 Q.  If you're -- if you are taking a plain reading of
4    the agreements in providing these opinions, those
5    subjects aren't terms of art; isn't that correct?
6        MR. FLEMING:  Objection.  Vague.
7        THE WITNESS:  I'll respond to that in two
8    ways.  The first --
9    BY MS. KLIEBENSTEIN:
10 Q.  I want a yes or no.
11 A.  It's not a yes or no question, and I'll explain if
12   you like.
13       The first is that, as we've discussed
14   earlier today, I have spent my professional life
15   either working directly in the software industry,
16   teaching software related courses in college of
17   business and college of engineering, serving as a
18   management consultant, and serving as an expert
19   witness.  I'm not a lay person with respect to the
20   software industry.  There are many -- there are
21   many industries where I am a lay person.  So
22   that's the first reason.
23       The second factor is that I'm not here to
24   do contract interpretations.  I'm here to take
25   what is agreed to by the parties and look at the

33 (Pages 126 - 129)

Page 130

1    actions relative -- of the parties relative to
2    customs and practices in the industry as well as
3    the course of performance by the parties through
4    the initial agreement in 2006 all the way through,
5    and is that consistent with what one sees.
6         So the language, the clauses I'm not
7    commenting about that, except I read them and say
8    okay, again, devil is in the details. How was
9    this implemented? What were the actions of the
10   party relative to the industry and relative to
11   their own behaviors and actions? That's what I am
12   doing in this matter.
13 Q.  So to confirm, when you were developing your
14   opinions, when you first read the language, the
15   clauses in the contracts, you approached that by
16   taking a plain meaning, plain reading of the
17   terms; correct?
18       MR. FLEMING: Objection. Vague.
19       THE WITNESS: I don't understand your
20   question. I -- when I read the agreements, I -- I
21   read them multiple times, but I looked at the
22   agreements in the context of all of the evidence
23   in this matter relative to the overall customs and
24   practices in the industry.
25   BY MS. KLIEBENSTEIN:

Page 131

1 Q.  Is the term territory a term of art in the
2    software licensing industry? Let me ask that
3    again. Is the word territory a term of art in the
4    software licensing industry?
5 A.  It is typical in the software industry to have
6    license agreements that provide a scope of rights.
7    It is typical within that scope of rights to limit
8    geography -- by geography their use of the
9    software, and I know you've been going back and
10   forth between use and installation, and we can
11   talk more about that later, but you'd have to look
12   at each agreement, and there is -- within the
13   scope of rights granted, it is typical to provide
14   limitations on a variety of issues.
15       There may be no limitations on geography,
16   but we see here there may be other limitations on
17   geography where I've seen other agreements. It
18   all depends on the licensor's views as to what
19   metrics they want to use and the licensee whether
20   they agree to them. This is enterprise licensing,
21   not consumer licensing, not small, medium-sized
22   business licensing where you take it or leave it.
23   Enterprise is negotiating.
24 Q.  Setting aside whether a territorial scope is
25   common in the software licensing industry, my

Page 132

1    question was: Is the word territory, kind of like
2    the word CPU, a term of art in the software
3    licensing industry?
4        MR. FLEMING: Objection. Vague.
5        THE WITNESS: I would say CPU is. Because
6    if we were to walk out of here and go up to
7    someone on the street and say what is CPU, they
8    would look at us with a question mark, unless they
9    are familiar with the software industry. By
10   contrast, I think territory is a common English
11   word, territory, but then with respect to a
12   license agreement, you need to go further.
13   BY MS. KLIEBENSTEIN:
14 Q.  In developing your opinions, what impact, if any,
15   did you give the placement of the word territory
16   in the June 30th, 2006 license agreement?
17 A.  I don't understand your question. I look at the
18   agreements from a holistic perspective. It's the
19   four corners of the documents. I then look at
20   that in the context of customs and practices.
21 Q.  Right. My question is: Did it matter to you in
22   developing your opinions that the word territory
23   is under Section 1 definitions instead of Section
24   2.1? Did that matter to you?
25 A.  Well, first of all, what matters to me is that the

Page 133

1    rights in Amendment 2 specifically call out an
2    enterprise-wide license, and that FICO was well
3    aware that Federal had offices and facilities
4    outside of the United States, and there are
5    multiple examples of that as we talked throughout
6    this afternoon.
7        Second is as Mr. Wachs testified he would
8    have expected -- see if I may quote him in his
9    deposition. He agreed when he testified he would
10   have expected to see the license grant section
11   reference territory.
12       So from my perspective as someone who has
13   been involved in the software industry, who has
14   negotiated and been involved in negotiations over
15   scores of license agreements and other agreements
16   between parties, and have been an expert witness,
17   and I emphasize, again, there is an enormous
18   difference between serving as an expert witness in
19   a software implementation case, or a software
20   trade secret case, or a copyright case, or a
21   patent case where you're going to be looking at
22   the agreements, for example, an NDA in trade
23   secret case, or (mumbling), there's enormous
24   difference in doing at that kind of work and
25   actually looking and serving as a licensing

Page 134

1  expert. Big difference.
2      My perspective, again, as a consultant and
3  as an expert witness, as someone who has taught
4  courses that talked about licensing is this is in
5  the words -- this agreement in the words of the
6  licensing executive society is what's called
7  dreadful drafting. In other words, the -- the
8  drafter of this agreement, which is FICO, should
9  have called out -- if they wanted to have a
10  territory limitation under the license grants,
11  they should have called it out under Section 2,
12  the license grant. They did not do so. There
13  have been two amendments. They could have been
14  more specific with the amendments.
15      Additionally -- so they could have -- they
16  being FICO could have called this out. They
17  didn't do so, and since it's not called out, and
18  since we see Amendment 2 is a global license, and
19  -- enterprise license, and we know Federal is
20  global, and there is no call out in these
21  agreements, again, from my experience, I'm not a
22  lawyer, I'm not giving contract interpretation,
23  but when I'm looking at these agreements, if it
24  was my company, I'd say, okay, specifically this
25  means the following.

Page 135

1      I would give examples in the agreements so
2  there's no misunderstanding later. No ambiguity.
3  You want to be very clearcut; this is an example,
4  this is not an example, this works, this doesn't
5  work. Doesn't say that.
6      Amendment 2 doesn't say it says an
7  enterprise-wide license. That's what it says. We
8  -- and the plain meaning of that, but if it was my
9  agreement, again, this is from a business
10  standpoint, I'd hand it to counsel and say paper
11  it and make it work, and by the way, I serve as a
12  consultant to companies --
13 Q. There's no pending question.
14 A. I'm just saying -- okay.
15 Q. So that answer you just gave is that based on a
16  plain reading of the contract or your experience
17  in drafting agreements?
18 A. First, I don't draft agreements. I negotiate
19  agreements. The drafting is done by counsel. So
20  you'll need to rephrase your question.
21 Q. That opinion was it based on your plain reading of
22  the contract or not; yes or no?
23 A. It's based on my -- again, I'm a member of the
24  Licensing Executive Society. I serve on committee
25  of the LES. It's based on material --

Page 136

1 Q. I asked you for a yes or no.
2      MR. FLEMING: Don't interrupt.
3      THE WITNESS: The LES publishes materials
4  on licensing, and when you have this kind of
5  agreement that has -- doesn't call out what
6  territory is in the license agreement, that's an
7  example of dreadful drafting. You want to avoid
8  ambiguity, and as I testified to a few moments --
9      MS. KLIEBENSTEIN: Now we're beyond the
10  question.
11 BY MS. KLIEBENSTEIN:
12 Q. Can you provide me with any treatises or articles
13  that state placing a territorial limitation in the
14  definitions section of a license agreement means
15  there's no territorial limitation? Any learned
16  treatises on that?
17 A. I'll respond to that in two ways. First, and most
18  important, whether or not the territory limitation
19  should or shouldn't be below the definitions will
20  be a decision made by the trier of fact. That's
21  first. All I can do is provide my expert opinion
22  based on my knowledge, training, and expertise,
23  and skills.
24      I referenced before the Licensing Executive
25  Society. If you go to their books, or you can

Page 137

1  even to go Clausen's book, which Mr. Hilary used,
2  or David Tolan's book, there are multiple books,
3  and you will find consistent the issue of avoiding
4  ambiguity, providing examples.
5      So there are -- and I'm -- let me -- I'm
6  uncomfortable with the word learned treatises.
7  These are source materials. I don't think -- I'd
8  be uncomfortable with the label learned treatises.
9  It's not from -- maybe the LES does because it's
10  an organization of licensing professionals.
11  Individual books find some issues with that, but
12  we'll say they are good. No issue about that.
13      Avoid ambiguity. Provide examples. If you
14  don't, you run into issues like what we're seeing
15  here today, but the decision as to whether or not
16  this issue of territory matters will be made by
17  the trier of fact.
18 Q. So you would agree then that the statements you
19  just made on the record are not the proper subject
20  of expert testimony?
21 A. No. The proper subject of expert testimony will
22  be to look at the evidence, and then the expert,
23  she or he, looks at the evidence in context of
24  their had knowledge, skill, training, experience,
25  education, and then provides an opinion.

35 (Pages 134 - 137)

Page 138

1     My opinion is not whether or not territory
2  appears in one place or other places I reference
3  it. My opinion is that it was commercially
4  unreasonable for FICO to know about Federal's use
5  of Blaze Advisor on an enterprise-wide license
6  outside of the United States. There are multiple
7  documents that indicate that.
8     My opinion is that it's commercially
9  unreasonable for FICO to come forward as part of
10 the negotiations and claim this was a breach when
11 FICO knew well -- knew for years how Federal was
12 using the software. That's one of my opinions as
13 expressed in my report in a more articulate way
14 than I just stated. So I'll reference you to my
15 report.
16 Q.  In Paragraph 79, you write, "While the term
17 territory is defined in the June 2006 agreement,
18 Section 1 in the definitions, it was never used in
19 the agreements nor any of the amendments."
20    Is it -- is it your opinion that the
21 definitions are not part of the contract between
22 Federal and FICO?
23 A.  It's my opinion, as we've just gone through, that
24 if FICO wanted to use territory as a limitation --
25 Q.  That wasn't my question.

Page 139

1        MR. FLEMING:  Okay. We're going to have to
2  handle this in some other way. You cannot
3  interrupt him when he's answering.
4        MS. KLIEBENSTEIN:  He's got to answer the
5  question.
6        MR. FLEMING:  You're going to have to do
7  something other than interrupt him when he's
8  answering a question. You have to give him an
9  opportunity to respond.
10       THE WITNESS:  Please ask your question
11 again.
12 BY MS. KLIEBENSTEIN:
13 Q.  In Paragraph 79, the term territory -- in
14 Paragraph 79 you write, "While the term territory,
15 Section 1, definition, it is never used in the
16 agreements nor any of the amendments."
17    Is it your opinion that the definitions set
18 forth in the software license agreement between
19 the parties are not part of the contract?
20 A.  It's my opinion --
21 Q.  Just looking at the four corners of the contract.
22 A.  -- which is stated in Paragraph 79, if you read
23 the remainder of Paragraph 79, this is not
24 consistent with industry customs or practices in
25 software licensing.

Page 140

1     As to whether or not the contract and
2  territory, which is a subject of dispute between
3  the parties -- I'm an independent third party.
4  Doesn't matter to me how this comes out. That
5  will be the subject by the trier of fact. All I
6  can do is provide perspective of customs and
7  practices in the industry, and I referenced the
8  Licensing Executive Society. I referenced even
9  the books by your own expert, which say avoid
10 ambiguity, provide examples, which was not done by
11 FICO in the agreements.
12 Q.  Moving on to Section B on Page 30, do you agree
13 that in January of 2016 Chubb and Sons signatory
14 to the license agreement underwent a change of
15 control?
16 A.  Yes. From my understanding. Not an attorney.
17 I've not reviewed the merger document.
18 Q.  Do you have an opinion in your report -- it wasn't
19 clear to me. Do you have an affirmative opinion
20 as to whether or not Chubb and Son breached
21 Section 10.8 of the agreement with that change of
22 control?
23 A.  I'll respond to that two ways. First, the
24 decision as to whether or not it was a breach will
25 be made by the trier of fact. Second, you have to

Page 141

1  look at all of Section 10.8, and in order for the
2  breach to have occurred, you also have to the
3  language and client shall make no expanded use.
4     My opinion then on the Paragraph 93 cites
5  Mr. Sawyer of FICO saying that there was no
6  expanded use. So in my mind, in order for there
7  to be the grounds for -- again, this is an
8  example. Whether or not there was a breach will
9  be determined by the trier of fact. However
10 FICO's actions were commercially unreasonable with
11 respect to, as I mentioned earlier, there's
12 another example of the commercially unreasonable
13 actions, which is there was no expanded use of the
14 Fair Isaac products by Federal.
15    So even with the change in control, it's an
16 and in my reading of 10.8, and the and was no
17 expanded use, which I discuss in Paragraph 92 in
18 my report, as well as the paragraphs that follow.
19 Q.  So if the decision as to whether or not there is
20 -- is a breach of 10.8 is a decision for the trier
21 of fact, why are you giving any opinions as to
22 -- the presence of an and in 10.8?
23 A.  My opinion is not the presence of the and. My
24 opinion is there was no expanded use and the
25 language in Section 10.8.

36 (Pages 138 - 141)

Page 142

1    To give -- let's think about this. As an
2  independent third party looking at Section 10.8,
3  this is relating to the written consent of the
4  parties. Since there was no expanded use, Federal
5  did not need to get written consent because they
6  were not violating the provisions of Section 10.8.
7    This, again, is a subject that the trier of
8  fact will decide. The two parties disagree on it.
9    All I can say is that in my perspective as
10  an independent expert read the language. There's
11  no expanded use. Well, I'm looking. Was there
12  expanded use? There's Mr. Sawyer saying there's
13  no expanded use, and in fact, as I discuss later
14  in the report, use actually went down in some
15  places.
16 Q. So you just mentioned that use went down in some
17  places. Are you aware that use went up in other
18  places?
19 A. Well, it's curious about that because this ties
20  into another part of the report, and that is the
21  best way, and in my view, given customs and
22  practices in the industry, for FICO to have
23  determined if there was expanded use would have
24  been to do an audit. FICO chose not to do an
25  audit.

Page 143

1    So I looked at the evidence that was
2  provided, and I've not seen anything from Mr.
3  Hilliyer, or Mr. Zoltowski, or Mr. -- I forget,
4  started with a W, Mr. Whitman or something. I've
5  not seen anything in there which would indicate
6  expanded use from the data side. What I have seen
7  is evidence from Federal, which is referenced in
8  my report, which was an interrogatory response by
9  Federal. That's on Page 39 of my report. So
10  there was not expanded use.
11 Q. So your opinions --
12 A. Again, Mr. Sawyer from FICO testified to that.
13  There was no expanded use.
14 Q. And do you recall Mr. Sawyer's testimony was about
15  expanded use at the time of the merger; correct?
16 A. Actually, his testimony is he did not know of any
17  expanded use by Federal --
18    (Whereupon the reporter asked the witness
19  to speak up.)
20    THE WITNESS: After the --
21    (Whereupon the reporter asked the witness
22  to speak up.)
23    THE WITNESS: I'm sorry. Paragraph 93,
24  FICO's Mr. Sawyer testified at his deposition that
25  he did not know of any expanded use by Federal

Page 144

1  after the merger. Question, "For clarity, after
2  the merger, I had," -- excuse me. His answer,
3  "For clarity, after the merger, I had no evidence
4  supplied to me that would indicate that Federal
5  used the product in an expanded way."
6  BY MS. KLIEBENSTEIN:
7 Q. Would your opinion on Section 10.8 change if you
8  learned that Federal had expanded use of the Fair
9  Isaac products after the merger?
10    MR. FLEMING: Objection. Foundation.
11  Time, place.
12    THE WITNESS: My opinion as to FICO taking
13  commercially unreasonable actions would remain the
14  same. Because 10.8 also ties into which would not
15  be unreasonably withheld, and there was no
16  justifiable reason why FICO -- even though Federal
17  didn't need consent, because there was no expanded
18  use, but if FICO -- let's just assume that you can
19  show material expanded use, not a little bit but
20  material expanded use, there is no justification
21  for unreasonably withholding.
22    Again, focusing on customs and practices,
23  if, for example, in a change of control, typically
24  you see this -- very common. The provision -- I
25  have no issue with the provision in the agreement

Page 145

1  agreements. No issue. It's very common, but you
2  see this when, for example, a competitor is buying
3  the company, then the licensor says no, or if the
4  licensor has got a business justification.
5    Instead, and I discuss this in my report,
6  Paragraph 96, FICO, if they believe consent was
7  needed, it had other readily available options
8  such as simply granting an assignment that limited
9  the use of Blaze to no more than what Federal had
10  used prior to the merger. There you go. It would
11  have worked.
12    So if -- again, I've not seen expanded use.
13  No reason to ask for content, but if there is
14  material expanded use, then consent could have
15  provided. Because when we see the consent clause,
16  a competitor, but there's no justifiable business
17  reason to withhold consent. They could have done
18  -- they being FICO could have done this
19  differently.
20  BY MS. KLIEBENSTEIN:
21 Q. Did a competitor of FICO buy Federal?
22 A. No.
23 Q. Taking the material expanded use concept, is it in
24  your opinion material expand use never a
25  justification for withholding consent?

Page 146

1    MR. FLEMING: Objection. Vague. Lack of
2  foundation.
3    THE WITNESS: It depends on the specific
4  situation. We can't have broad generalizations.
5  We can bring those generalizations into context
6  given our expertise overall, knowledge, skill,
7  training, education, experience, so I'll broadly
8  call it expertise going forward, and that there
9  you look at was there expanded use.
10    I've seen no evidence of expanded use.
11  FICO's own witness said there was no expanded use.
12  If you have examples of expanded use, please
13  produce them, and if so, I'll certainly consider
14  it in my opinions.
15    I did not see that in Mr. Hilliyer's report
16  nor in the reports of your other experts.
17  BY MS. KLIEBENSTEIN:
18 Q.  So to ask it a different way, if there was
19  material expanded use, there may be justification
20  for withholding consent?
21    MR. FLEMING: Objection. Vague, and
22  foundation. Time, place.
23    THE WITNESS: I would need more information
24  there. Again, it's -- it would be between FICO
25  and Federal to work out an agreement between the

Page 147

1  parties, but that's a hypothetical. So you would
2  need to really give me more, if you will,
3  assumptions with the hypothetical.
4    If there's -- if there is material expanded
5  use, where, how, and what way, is this a
6  short-term event, is it long-term, well then, the
7  parties should sit down and redo their agreements.
8    You get what you pay for. So the idea of
9  that, again -- but there was no expanded use. We
10  -- you've not produced any evidence of that.
11    I'll repeat myself. If you have, please
12  let me see it. I'll certainly take it into
13  consideration, and if appropriate will revise my
14  opinions, but as it stands right now, I'll stand
15  by the opinions in my report as to FICO's actions
16  relative to the industry customs and practices
17  that are commercially unreasonable.
18  BY MS. KLIEBENSTEIN:
19 Q.  Is it your opinion under 10.8 that FICO had to
20  provide consent otherwise they were being
21  unreasonable? Is it that black and white?
22 A.  No. It's my opinion -- we have to go through some
23  steps here. It's my opinion that if -- reading
24  the language, again, from customs and practices.
25  I'm not giving contract interpretation. You have

Page 148

1  to have change of control, and you have to have
2  expanded use, but there was not expanded use so
3  therefore there was no need to ask for consent.
4    As someone who has been a senior manager of
5  software companies, I would read this and say I
6  need to talk to my lawyers about this. Although I
7  probably would, but there's no expanded use. So
8  then -- but if we assume -- next step. You've
9  asked to assume there was material expanded use.
10  Then we've gone deeper. What kind of expanded
11  use? How was it done, and what would be the
12  business justification for FICO to turn down the
13  consent? What's the reason? Okay. Business
14  justification, fine, and then the licensee could
15  say, okay, we get it, we disagree, and the parties
16  can negotiate.
17 Q.  So your opinions regarding Section 10.8 are based
18  on your belief that written consent from FICO was
19  only needed if there was expanded use? Did I get
20  that right?
21 A.  And change of control.
22 Q.  And change of control?
23 A.  Correct.
24 Q.  And so if the court rules that that interpretation
25  is wrong, your opinions on 10.8 have no relevance;

Page 149

1  correct?
2    MR. FLEMING: Objection. Lacks foundation.
3    THE WITNESS: No. No. The court will
4  ultimately decide my opinions, but again, 10.8
5  includes other issues. One is if we assume
6  expanded use, and I -- I'm repeating myself, FICO
7  has not produced that evidence. FICO had had a
8  chance to do an audit and chose not to do an
9  audit. So I've not seen that evidence.
10    Second, FICO's own witness said there was
11  no expanded use.
12    My opinion it's commercially unreasonable
13  to withhold consent without any business
14  justification, but there may be business
15  justification by FICO. I've not seen any evidence
16  of FICO saying we can't do this because of the
17  following and then discussions occur. Haven't
18  seen that.
19    If you've got that evidence, please produce
20  it. I'll take it into consideration in my
21  opinions, and then tied in with 10.8, and broadly,
22  as I discuss on Section 2 beginning on Page 31,
23  the termination by FICO was inappropriate.
24  Because -- as I discuss in Paragraphs 95 through
25  98. As well as elsewhere in the report.

38 (Pages 146 - 149)

Page 150

Q. During what time frame did you investigate expanded use?

MR. FLEMING: Object. Vague.

THE WITNESS: I investigated the evidence that was produced in this case regarding use. I referenced you to Exhibit 16 in my report, which is FICO's -- Federal's response to FICO's discovery request. I also referenced you to -- well, back up.

I then -- again, all the evidence I've seen, evidence has been that there was no expanded use. I have not seen any examples of expanded use. If you have the evidence, please provide it to me.

BY MS. KLIEBENSTEIN:

Q. Did you ask for an independent audit on expanded use from Federal?

A. I don't understand your question.

Q. Did you ask Federal to audit its own use of Blaze Advisor and provide you with the results?

A. Exhibit 16. It was an interrogatory response, discusses the number of realtime transactions, the average per month, and the average per day. This came from Federal, this being response to FICO's discovery request Number 89.

Page 151

Q. And what's the date of the information from Exhibit 16?

A. I'll note please, if you turn to Page 38, Footnote 45 it states -- because it's more than just what I have in Exhibit 16, "There are other interrogatory responses from Federal that provide information regarding use of Blaze to Federal. See interrogatory response 19 dated February 28, 2019, interrogatory response 20 dated February 28, 2019, interrogatory response 6 dated March 21, 2019, and interrogatory response 16 and 17 dated March 21, 2019."

So you've got those interrogatory responses. Those were provided in Q1 2019 based on use of Blaze Advisor by Federal.

As to the timeline, I would need to speak with someone at Federal to find that out.

Q. And did you compare that data in Exhibit 16 to the same data from 2016?

A. Where is the data from 2016 that you're referencing? Are you -- are you referencing Mr. Waid's work?

Q. No. I'm referencing -- I haven't seen data from 2016 either. I'm just asking did you ask for data from 2016 to be able to compare it to the data in

Page 152

Exhibit 16?

A. I'll respond to that in two ways. The first is you're the moving party with respect to this matter. If you want to make the argument that there was expanded use, I will respond to it with the data and evidence you provide.

Again, I was not asked within the scope of my work to review Federal's exact specific use. What I do have is the evidence given, which is Mr. Sawyer saying there was no expanded use. As I've said now, this will be the fourth time, if you feel there was expanded use, provide me the evidence.

My second comment is that looking over Mr. Waid's deposition testimony both days when he did the initial pricing he had that information, but he did not disclose it in sufficient detail in his pricing analysis, and I talked about that earlier today as well.

Q. So your opinions on expanded use are based on the license agreement between the parties, and the documents, and deposition testimony in this case; correct?

A. There's other information. For example, documents in the case I reference in the report about how --

Page 153

if you turn to Paragraph 123, ADAPT in Australia went from 26 million in premium volume in 2014 to just 4 million in 2018. I reference in Paragraph 121 the EZER application in combination with Blaze was used a total of four policies of $15,000.

So there are some examples where you see use going down. I've not seen examples of use -- material use going up, I've not seen that from your witnesses or in your filings, and you being FICO could have done an audit back when you had these negotiations that FICO felt -- again, putting myself in the shoes of a licensor, if my company feels there was expanded use, or any other reason that's relevant to a pending litigation potential, I would say let's do the audit. You have the right to do the audit. You didn't do it.

Q. Did you, while you're preparing your opinions, ever ask Federal if there were any documents or other evidence that showed use went up?

MR. FLEMING: Object as asked and answered repeatedly.

THE WITNESS: I responded to this. I looked at the documents in evidence, and given that FICO said there was no expanded use, you can't do 100 percent of 100 percent. FICO

Page 154

1    acknowledged there was no expanded use.  Okay.
2    Got it.
3         Then Mr. Zoltowski's report, Mr. Witt's
4    report, I'm mispronouncing his name, neither of
5    those discuss expanded use.  Mr. Zoltowski sort of
6    implies it, and I address that material in my
7    report, but beyond that, I've not seen anything.
8         Again, I'm rebutting what your experts have
9    provided.  I've not seen it.  I've not seen it in
10   your filings.
11   BY MS. KLIEBENSTEIN:
12 Q.  In your industry, can it ever be commercially
13   reasonable to demand additional license fees when
14   a licensee undergoes a merger or an acquisition
15   event?
16 A.  Yes.  Absolutely.  Depends on the details, and it
17   depends on how much you ask for.  It depends on
18   the negotiations and the relationship between the
19   parties.
20        Again, you got to look at the agreements.
21   If, for example, the software moves from one --
22        MR. FLEMING:  Why don't you wait for the
23   next question.
24   BY MS. KLIEBENSTEIN:
25 Q.  Paragraph 91.  Your report states, "Parties to a

Page 155

1    software license agreement would not expect to be
2    confronted with such an unreasonable demand given
3    the above-mentioned value to software license like
4    FICO for a continuing license arrangement."
5         What are the, quote-unquote,
6    above-mentioned values?
7  A.  I think you misstated Paragraph 91.  If you could
8    please reread it.
9  Q.  Well, let me just ask:  The phrase above-mentioned
10   value to software licensors what exactly are you
11   referring to with that phrase?
12 A.  Having a Tier I licensee based on recognition in
13   the industry, based on going outside of the
14   industry but peripheral industries, i.e. as we
15   talked about earlier today, provides credibility
16   to you as a licensor for your software.
17        Additionally it has been shown, and there
18   is literature on this, Ohnbing (phonetic), for
19   example, has done some great work on it.  There's
20   other organizations as well.  It is much less
21   expensive to keep an existing client, or with
22   respect to software licensing, that it is to get a
23   new one.
24        So in terms of the value to software
25   licensor, which every licensee is afforded,

Page 156

1    assuming that, again, you have a good relationship
2    that the -- that -- and you're making money on it,
3    you as a licensor, it's an ongoing relationship,
4    you have a named client, it's Tier I of value, you
5    get, again, reputational gains, marketing sales
6    gains, and other benefits that Tier I client can
7    provide information help you make better software.
8    They can serve as a beta test site for new
9    versions.  Those are some examples.  I can think
10   of other ones too if you give me time.
11 Q.  Moving to Paragraph 102 --
12 A.  Why don't you ask this one question, and then I
13   need a quick break.
14        MS. KLIEBENSTEIN:  Well, why don't we take
15   a quick break now.
16        THE WITNESS:  Thank you.
17        THE VIDEOGRAPHER:  We are going off the
18   record.  The time is 3:18 p.m.            0
19        (Whereupon a short break was taken from
20   3:18 p.m. to 3:30 p.m.)              0
21        THE VIDEOGRAPHER:  We are back on the
22   record.  This marks the beginning of Media 5.  The
23   time now is 3:30 p.m.              0
24   BY MS. KLIEBENSTEIN:
25 Q.  Doctor Kursh, moving to Paragraph 102 in your

Page 157

1    report, I see that your support for Paragraphs
2    102, 103, and 104 is Mr. Harkin; is that correct?
3  A.  Yes.
4  Q.  Doctor Kursh, are assignment provisions or
5    anti-assignment, no assignment provisions
6    exclusive to software licenses, license
7    agreements?
8  A.  I don't understand your question.  I -- please
9    answer -- please ask it in a different form.
10 Q.  Non-assignment provisions similar to the one we
11   saw in 10.8, in general, are non-assignment
12   provisions -- do you only find them in software
13   license agreements, or do they appear in other
14   agreements as well?
15 A.  I can speak as an expert in regard to the software
16   industry, and as we discussed earlier today, my
17   expertise in the software industry.  As to other
18   industries, I have some experience but not enough
19   to provide you more than specific examples.  I
20   certainly -- I can say actually my experience this
21   is software, but I've seen certain rights on
22   assignments, but again, it's just in software.  I
23   can't speak to other industries as I sit here.
24 Q.  So you don't know one way or the other if -- if no
25   assignment provisions are exclusive to software

Page 158

1  license agreements?
2  A.  Well, I -- you know, I wouldn't say they are
3  exclusive.  You would expect to see no assignment
4  in other industries, for example, in biotech, for
5  example, in other kinds of rights, grant -- or
6  agreements between parties, but I wouldn't say
7  exclusive to the software industry only because
8  there are a lot of industries out there and a lot
9  of different ways that companies interact.
10 Q.  Is it your opinion that it is a custom and
11  practice in the software industry to never
12  terminate software agreements when a licensee
13  undergoes a change of control or merger event?
14 A.  I'm uncomfortable with the word never.  The
15  software industry has --
16       (Whereupon the reporter asked the witness
17  to speak up.)
18       THE WITNESS:  Uncomfortable with the word
19  never.  The software industry has gone, at a
20  minimum, tens of thousands of companies.  Never
21  would apply to all of those so I can't answer the
22  question.  You need to rephrase it.
23 BY MS. KLIEBENSTEIN:
24 Q.  Doctor Kursh, what is your experience in setting
25  prices for software licenses?

Page 159

1  A.  My experience or expertise would come from at
2  least -- just writing to make sure I have ...
3  would be at least five different categories where
4  I gained my expertise.  I'm going to do this
5  chronologically.
6       When I was in graduate school, I was -- I
7  did well enough in marketing and marketing
8  research in the Wharton program that I was asked
9  to become a grader.  Part of that work related to
10  as part of marketing how does one price, what
11  criteria one uses to price, not in software but in
12  industries overall, for example, pricing on the
13  basis of cost plus, pricing based on value,
14  pricing based on most importantly fair market,
15  willing buyers, willing sellers, along with other
16  factors.
17       Second, at Blackacre, when we did pricing,
18  not only did we do pricing which varied buy
19  products and region, I also -- and I discussed
20  this earlier today, we pioneered in our vertical
21  market telemarketing and direct -- direct mail
22  marketing, and as part of that, I conducted a
23  series of AV tests, and I can explain that if you
24  would like, where we tested different price points
25  and elasticity of demand.  So at Blackacre, we did

Page 160

1  a lot of pricing analyses.
2       As I note earlier in my report, software is
3  a relatively unique industry because your marginal
4  costs are so low we can price, you can add
5  module, you can do a lot of other different stuff.
6  It's understanding elasticity and demand on the
7  part of your customers.
8       Third, under consulting, I worked as a
9  management consultant for numerous software
10  companies on -- as part of the management, how
11  does one price, how does one compensate your
12  employees, and what kinds of products do your
13  market competitors.  So looking at that from a
14  consulting standpoint.
15       As an expert witness, I have dealt with
16  pricing issues frequently.  Because one looks at
17  the prices companies charge, one looks at issues
18  with respect to what is provided overall, again,
19  this ties back to all the other work I did -- I've
20  done in the past, and then finally, I teach
21  software pricing issues in -- I taught, retired
22  now as a professor.  I talked about software
23  pricing issues and how you value software
24  companies.  Because certainly valuation from
25  respect of discounted cash flow is revenue minus

Page 161

1  cost.  Revenue is number of licenses times average
2  price of those licenses, varying that building
3  Excel models where one would analyze where is the
4  ideal price point relative to elasticity and doing
5  an analysis.
6       I also do a lot of reading and
7  participation in technical events looking at
8  issues like pricing and general management issues
9  and so forth.  So those categories as best I can
10  recall as I sit here.
11 Q.  What sort of pricing metrics are used in the
12  software licensing industry?
13 A.  Depends on the company.
14 Q.  Are there no generalized metrics at all?
15 A.  Oh sure there are metrics.  The metrics tie into
16  the license rights granted.  So you'll be looking
17  at issues like what metrics do you want to use, is
18  it by location, is it by -- in the old days, we
19  would do things like MIPS, that's long gone, but
20  you look at transactions, you look at number of
21  instances of the software, you would look at how
22  many people at the same time, what's often known
23  as seats, you look at -- and these are all issues
24  that the licensor determines.
25       The licensor -- I have also seen licenses

41 (Pages 158 - 161)

Page 162

1   where licensor says, look -- for example, in one
2   software company, they provided value to the
3   licensee, and the licensor said, okay, we want a
4   percentage, and this is how it's going to be
5   calculated. It was called out in the license, and
6   that meant that the licensee didn't have to pay
7   anything.
8          There are situations where license software
9   is -- again, these are all metrics. Licensors use
10  a whole variety of metrics. This is negotiated
11  with the licensees. Many times it's also tied
12  into the additional services and support, whether
13  you're doing configuration customization work,
14  whether you are -- these are all part of the
15  metrics, what are some metrics I've seen.
16         Number -- what types of device, for
17  example, in retail systems, that's a license for
18  your POS, point of sale, would include tablets
19  that people use walking around the floor, what
20  about the eCommerce side, how do you it price
21  that. There are so many different metrics. It's
22  what the licensor chooses to use and licensee --
23  and again, these are enterprise licenses chooses
24  to go along with.
25         Also term. I've seen multiple licenses

Page 163

1   where licensees have a specific term, two, three,
2   five years, and then they have to come back and
3   renegotiate the license. Those are some examples.
4   I can think of more if you give me time.
5 Q. What about the size of the licensee's
6   implementation; is that a industry metric?
7 A. I don't understand your question. What do you
8   mean by implementation and size?
9 Q. The size -- so when the licensee is implementing
10  the software into an application to, for example,
11  the size, whether it's going to be in a very small
12  part of the company or large throughout the entire
13  company?
14 A. You mean company being the licensee?
15 Q. Correct.
16 A. Okay, and what's your question?
17 Q. Can that be a metric used in the industry to
18  assist in determining the price?
19 A. Well, we see that in this particular situation in
20  this case. ███████████████████████████████
███████████████████████████████████████████
███████████████████████████      This ties again
23  to our earlier discussions about how prices are
24  negotiated, and what often is on the minds of the
25  parties, at least for what I've seen in

Page 164

1   agreements, I can't speak to what is exactly in
2   the minds of the parties, but I can speak based
3   on, again, my expertise within the industry. So
4   sure. You can use that.
5 Q. We talked earlier about the availability for
6   potential add-ons and the availability --
7   availability to sell consulting services. Are
8   those two additional metrics?
9 A. Those are two. There are many other metrics as
10  well, and let's -- let's be careful here too
11  Counsel, and let's, is you've got metrics that we
12  use, and then you've got negotiations as well
13  which incorporates the metrics but it considers
14  other kinds of factors like -- give you an
15  example.
16         A licensor may say, yeah, our bench of
17  consultants which will do you the implementation
18  are really busy for the next four months. So
19  again, thinking about this from my perspective as
20  a manager, I would say, okay -- well, I would say
21  to the licensee we can do this for you at a
22  certain price point, but you're going to have to
23  wait six months. In other words, when you say
24  four months, you assume it will take longer, and
25  you want to build some in slack because you don't

Page 165

1   want to leave licensees hanging, and so licensee
2   might say, okay, that's good, we're into that,
3   we'll take X as a price versus X times some
4   multiple, and we'll wait for it. So this is all
5   negotiated between the parties at enterprise
6   levels, not consumer, not small, medium-sized
7   businesses, enterprises.
8          That's just one example. I can give you
9   more if you'd like.
10 Q. And two other metrics that we discussed earlier
11  were referral possibility and the reference value
12  of the client. Would you agree that those are
13  additional metrics?
14 A. That's part of the negotiations. Again, the
15  metrics to me are -- and the negotiation -- you
16  can -- let's -- let's talk about this.
17         In the negotiations, and I've had this
18  happen, perspective licensees will say we'll be a
19  reference for you, and one of the things you
20  rapidly learn in the industry, like what FICO
21  does, you want to call out specifically what
22  you're expecting from the licensee.
23         For example, licensee will say and we'll
24  even serve as a site for you enterprise to bring
25  perspective licensees to visit, they can come see

42 (Pages 162 - 165)

Page 166

1 how we use your software. You want to be very
2 specific and call that out so there's no
3 misunderstanding later.
4         As a licensee, I'll suggest to people,
5 okay, it's great you're doing that, if you want to
6 limit it to two visits, three visits a year, two
7 week notice so there are no issues or surprises
8 for your team because you have a business to run
9 as a licensee. So this is all negotiated between
10 the parties, and you see FICO does call that out
11 on Exhibit ...
12 Q. 421?
13 A. 421. We have some of those terms, but I've seen
14 different complementary language, but
15 fundamentally it's you want to operationally
16 define your understanding. You want to minimize
17 ambiguity. Because even with the best of
18 intentions by the parties, unless you put it in
19 writing and operationally define and avoid as much
20 -- and avoid ambiguity, you can have potential
21 problems down the stream. So this ties into
22 (mumbling) you being the licensor.
23 Q. To follow up on one thing that you said, you
24 mentioned a pricing structure, and I wrote down
25 you said we want a percentage and the licensee

Page 167

1 doesn't have to pay anything?
2 A. Up front for the license.
3 Q. I don't understand that framework. Can you
4 explain it for me?
5 A. Yeah. Sure. There are software companies, for
6 example, that will -- I'll give you an example.
7         The -- a company which provides billing and
8 administration services for transportation
9 authorities on highways, and what they will
10 typically do is they will provide the software and
11 the services to manage that billing, and in
12 return, they get a piece of it, but they don't --
13 the -- the municipality rarely pays money.
14         The same way, for example, I don't know how
15 the State of Minnesota works, but in other states
16 where you do corporate filings and other
17 documents, you can choose to pay with a credit
18 card, and there's a fee attached. Well, the
19 company providing those payment services gets a
20 piece of that fee, and the government agency
21 typically doesn't pay a license fee.
22         Same thing with parking applications.
23 Those are examples where municipalities -- and
24 I've seen this kind of licensing pricing in other
25 environments as well.

Page 168

1 Q. So the licensor gets a piece of the revenue?
2 A. Correct.
3 Q. The revenue that's -- that runs through the
4 software; correct?
5 A. Correct, i.e., the license fee is -- the licensor
6 gets a piece, but this is negotiated between the
7 parties, and what the parties agree to is what are
8 the terms of the agreement, if you will.
9 Q. Okay. Did you do an analysis of how -- how you
10 believe Blaze Advisor should be priced per
11 application in this case?
12 A. At what time?
13 Q. Let me be more clear on that. Let's focus on the
14 Federal applications --
15 A. Okay.
16 Q. -- at issue here. Did you do an analysis of how
17 you believe those application licenses should be
18 priced in this case?
19 A. At what time?
20 Q. As part of preparing your report?
21 A. Well, if you take a look please, and this is the
22 entire section now labeled Section C, FICO's
23 demands for license fees ignores Federal's actual
24 use of Blaze, and I then go through several
25 factors, and what you see there is in there

Page 169

1 turning to Page 39, as well as my -- one of the
2 reasons I'm asking you about the time is that Mr.
3 Waid provided certain sizing of applications at
4 the time of the license, and this is covered in
5 Paragraph 114. If CSI Express was a small app
6 according to FICO when they originally licensed
7 Blaze for it, then using it as a proxy for other
8 Fed apps, I can estimate sizes.
9         So based on the data number of uses by
10 Federal, the data that, again, Mr. Waid
11 considered, and what we see -- I'll go two places
12 now. First is the sizing by Mr. Waid, as I talked
13 earlier today, is inconsistent. How he sized
14 applications when the initial license, and then
15 how he sized them in an interrogatory response,
16 and then how he gave that data to Mr. Zoltowski,
17 which Neil then used in his report, they are
18 different.
19         If you're using the same model to price,
20 they should all be the same, but they are
21 different.
22         So in my analysis beginning in Paragraph
23 115, I looked at CSI Express using the metric
24 based on Mr. Waid's original methodology and then
25 found that these were, as you can see in Exhibit

43 (Pages 166 - 169)



Page 170

1  17, small, with the exception of commercial
2  underwriting workstation, medium.
3      So that's what I did, and I talk about
4  Exhibit 18 compared to the interrogatory response
5  from FICO.
6 Q.  In performing this pricing analysis, what was the
7  -- what was the evidence that you relied on?
8 A.

n.

2      If you've got other evidence, as I
3  mentioned earlier, please provide, and I'll
4  reconsider.
5 Q.  Let's focus on the application based pricing
6  first.  Is it correct that your starting point for
7  your application based pricing was a 2006 e-mail
8  of -- in Exhibit 13 of your report?
9 A.  Exhibit 13 is part of it.  What I know is that
10  fees, license fees were paid by Federal at the
11  time of the licensing in 2006.  I don't know if
12  the document you provided me, 314, has a schedule.
13  Exhibit A of Exhibit -- Deposition Exhibit 314 --
14  actually, we didn't label this so I'll just
15  reference it by the Bates number, FICO 002 --
16  0002286, this is the Blaze Advisor development
17

22      So that's where I got that.  I verified
23  with this in the e-mail with what was in the
24  license, and the e-mail talks about it in small.
25      Additionally if you look at the number of

Page 172

1  transactions, this is response Number 89, it shows
2  the number of transactions.  Excuse me.
3 Q.  So in developing your --
4 A.  Excuse me.  There may be other documents I looked
5  at in doing this work.  I don't recall as I sit
6  here, but there may be other ones.
7 Q.  Are you assuming that CSI policy renewal, as
8  mentioned in Exhibit 13, is the same as CSI
9  Express listed in Exhibit 16?
10 A.  I'm assuming, if you go back to, as best I can
11  recall, Mr. Waid's original sizing, and then the
12  interrogatory response, CSI Express in the
13  interrogatory response is listed as medium, and if
14  you see FICO's second supplementary answers, CSI
15  Express was small when FICO sold the deal.  It was
16  medium when -- I'm referencing Paragraph 117.  It
17  was medium when FICO submitted the interrogatory
18  responses, and it -- and in Mr. Waid's deposition,
19  and then it was large with Mr. Zoltowski.
20      These are all examples of FICO not
21  providing a methodology that is reliable and be
22  replicated on their pricing, and I used the data
23  available to me to size the applications.
24 Q.  It's your opinion that the 2006 sizing for CSI
25  Express was small; is that right?

Page 173

1 A.  Per Mr. Waid.  Yes.
2 Q.  Per Mr. Waid?
3 A.  Excuse me --
4 Q.  Where does Mr. Waid say that?
5 A.  It was not per Mr. Waid -- well, it is actually.
6  Mr. Waid per his deposition did the pricing on the
7  initial license.  Then what I see is Exhibit 13.
8  I also see the license agreement which calls out
9  .
10 Q.  Is CSI -- is CSI policy renewal, which I see in
11  Exhibit 13, do you know for a fact that that is
12  the exact same as the CSI Express application?
13 A.  I don't recall as I sit here that that is exactly
14  the same.
15 Q.  And at the time of the 2006 agreement, did anyone
16  at FICO size the DecisionPoint application?
17 A.  It's my understanding that Mr. Waid came up with
18  the pricing on the initial license along with
19  conversations with other FICO personnel.
20      If you look and try to replicate using the
21  specific kinds of criteria on applications, using
22  the nine factor grid, you will find that sizing
23  will discharge as a license fee is about one-third
24  of what the application grid comes up with.
25      So it is my opinion that Mr. Waid did that,

44 (Pages 170 - 173)

Page 174

1    and that there is not a -- there's not using a
2    rigorous methodology that could be replicated, and
3    if there was, I have not seen it. I have not seen
4    evidence, and if there is evidence of this
5    rigorous methodology that can be replicated, I
6    would have expected to see and have not seen from
7    FICO the model, examples of the model, and then I
8    could have replicated it, but I haven't seen it.
9        So what I'm getting at is the application
10   sizing was one factor, according to Mr. Waid most
11   important, if I may rephrase. So my answer is I
12   don't recall from Mr. Waid's deposition him
13   specifically saying that he looked at that
14   particular application.
15 Q.  In 2006?
16 A.  In 2006. It might be in his deposition. I don't
17   recall as I sit here.
18 Q.  And I'll ask the same question for the other
19   applications that are listed in Exhibit 16;
20   Automated Renewal Process, CUW, IRMA, TAPS,
21   Premium Booking, Evolution, Adapt-ABL, and EZER?
22 A.  I don't understand -- Exhibit 16 is Federal's
23   response to FICO.
24 Q.  Yes.
25 A.  Your question is what?

Page 175

1 Q.  In 2006 -- in 2006, did FICO size the automated
2    renewal process application? Did they size the
3    use of Blaze Advisor in the automatic -- automated
4    renewal process application in 2006?
5 A.  You asked me this in context of the product. My
6    answer remains the same. I was not at FICO. All
7    I have is the evidence in this case. All I have
8    is -- particularly with respect to pricing is the
9    e-mails and Mr. Waid's deposition, there may be
10   some other elements as well, but particularly Mr.
11   Waid's deposition where he discusses the pricing
12   process, but I keep going back to Mr. Waid's
13   testimony was not, as I recall, this is exactly
14   what I did, I did step A, B, C, D for each one of
15   the applications, came out with a number.
16       So I don't recall ever seeing documents
17   that discuss in a manner how the pricing was done,
18   let alone if it was done based solely on
19   applications.
20       Based on Mr. Waid's testimony, the pricing
21   appeared to be done based on conversations he had
22   with people, and as he said in his deposition,
23   most important, number of transactions. Then I
24   took that -- looking at their grid, I looked at
25   their grid, rolled for number of transactions,

Page 176

1    taking Exhibit 16, number of transactions, which
2    is 1, 2, 3, 4, 5, Columns 4 and 5, realtime
3    transactions, I then measured that against the
4    application size category, which is in the nine
5    factor grid.
6 Q.  I don't mean to interrupt, but I think you're well
7    beyond the question.
8 A.  Okay. I'm sorry. I don't know -- I don't know if
9    Mr. Waid --
10 Q.  Don't fret. We'll get there. So, you know, I
11   could ask you the questions for each one of these
12   application beyond CSI Express in Exhibit 16, and
13   I'd like to do it quickly as a group so we don't
14   spend 25 minutes on this point. So maybe I'll
15   just ask it a different way.
16       To your knowledge, the only application
17   that was priced specifically in 2006 was CSI
18   policy renewal; is that right?
19 A.  I don't understand your question. Mr. Waid in his
20   deposition discussed how he priced Blaze Advisor.
21   I was not at his deposition. I don't recall as I
22   sit here. I have only the transcript and the
23   exhibits. I don't recall as I sit here his
24   walking through saying that he or a member of the
25   FICO team specifically priced each one of those

Page 177

1    applications one by one using their own nine
2    factor grid and then providing examples of it.
3 Q.  That was after the lawsuit was filed; correct?
4 A.  The deposition happened after the lawsuit was
5    filed.
6 Q.  I'm talking about the pricing that you were just
7    referring to for all the applications. That
8    occurred after the lawsuit; correct?
9 A.  I don't understand your question. My
10   understanding, please correct me if I'm wrong, I
11   don't have his deposition transcript in front of
12   me, he was asked to explain how FICO priced its
13   software.
14 Q.  Your pricing of the Federal applications is found
15   in Exhibit 17; is that right?
16 A.  Yes. Although I -- in this entire section, but go
17   ahead.
18 Q.  And you size CSI Express as small; is that right?
19 A.  Yes.
20 Q.  And for the other applications that fall below it,
21   you based your pricing of those applications based
22   on what you viewed as the size for CSI Express;
23   correct?
24 A.  ███████████████████████████████████████████



Page 178

1

Exhibit 16, the interrogatory response.

6  A.  Okay, but I don't see it in the chart here in
7     Exhibit 16, the interrogatory response.
8  Q.  So how can exhibit -- how can -- how can --
9  A.  The only place you see CSI -- sorry.
10        MR. FLEMING:  Wait for the question.
11     BY MS. KLIEBENSTEIN:
12  Q.  How can Exhibit 13 then provide a basis on which
13     to price the CSI Express application in 2019?
14  A.  The way to price -- Mr. Bakewell goes through his
15     analysis with respect to pricing.  I didn't do
16     damages.  So I think your question is more
17     appropriately put forth to him.
18  Q.  In Exhibit 17, you identified CSI Express as a
19     small application; correct?
20  A.  Correct.  Exhibit -- right.  Exhibit 17.  Yes.
21  Q.  What supports that opinion?  What evidence?
22  A.  It's my understanding, again, from Exhibit 13, and
23     that there is no other CSI that is -- and
24     there is no example of CSI otherwise in Exhibit 16
25     among the applications I assumed those to be with

Page 180

1     respect to pricing the same.
2  Q.  So you're assuming CSI policy renewal and CSI
3     Express are the same applications?
4  A.

22  Q.  Do you know whether or not --
23  A.  Made other assumptions based on the data he was
24     given by Mr. Waid, Mr. Zoltowski did not do any
25     indication -- any independent verification of that

Page 181

1     data.
2  Q.  Doctor Kursh, my questions aren't about other
3     people, other opinions.  My questions are about
4     your opinions, and my next question this.  Let's
5     look at Paragraph 109.
6        Do you have any information as to the
7     average number per month realtime transactions
8     that went through this CSI application referenced
9     in Paragraph 109 in 2006?
10  A.  And your question is what again please?
11  Q.  For the CSI application from June 2006 that's
12     referenced in Paragraph 109, do you have any data
13     on the transactions that went through that
14     application at that time in 2006?
15  A.  What I have is among the evidence, there may be
16     other evidence, that -- if you take a look at
17     Bates Number FICO 0002286, it states in the second
18     sentence, "The application currently known as CSI
19     Express," open paren, "which is Chubb's specialty
20     insurance underwriting an automated policy renewal
21     application and its supporting system
22     applications, excluding claims, point of sale data
23     capture, billing and marketing applications," and
24                                              That's
25     what I used in my work.

46 (Pages 178 - 181)

Page 182

1      Now, if you take a look at the Blaze
2  capability in Exhibit 16, under CSI Express, it
3  says predictive modeling, it says underwriting
4  guidance, and that ties into what is defined as
5  the named application called then CSI Express.
6  ▮▮▮▮▮▮▮▮
7 Q. That wasn't my question.
8 A. I'm sorry.
9 Q. My question was: Do you have any data on the
10  number of realtime transactions that went through
11  CSI in 2006?
12 A. I don't recall seeing any evidence in that regard
13  as I sit here.
14 Q ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮
17 A. That's correct.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ need to look at
21  the discovery response, Number 89, and so I can't
22  answer that as I sit here.
23 Q. Isn't Exhibit 16 the discovery response to RFP 89?
24 A. Yes. Again, I would have to look at this, and I
25  would need -- I'll go back and look.

Page 183

1 Q. So in preparing your opinions, you did not base
2  your opinions on the sizing data from 2019;
3  correct?
4 A. Actually, in preparing my opinions, I was looking
5  at Mr. Zoltowski's report, and Mr. Zoltowski used
6  information provided to him by Mr. Waid. As to
7  where Mr. Waid got that information from, again,
8  there was no discussion of that in Mr. Waid's
9  deposition as to his specific methodology that
10  could be replicable, but Mr. Zoltowski used and
11  took Mr. Waid's information whole cloth. He did
12  not do his own analyses, and I was rebutting Mr.
13  Zoltowski.
14 Q. But you're not providing an affirmative opinion on
15  the pricing of -- you're not providing an
16  affirmative opinion on the sizing of Federal
17  applications; isn't that right?
18 A. My opinion, which is in my report, is that it was
19  commercially unreasonable for FICO through its
20  expert damages expert to make assumptions that are
21  inconsistent with FICO's practices regarding its
22  pricing. Even assuming that I made a mistake, and
23  again, I'm human, I make mistakes, that doesn't
24  change my opinion that was commercially
25  unreasonable for Mr. Zoltowski on behalf of his

Page 184

1  client, FICO, to exclude in his damages
2  calculations standard price discounts, tying
3  together licensing attributes with the merger,
4  their own sizing methodology, enterprise versus
5  applications. He didn't consider enterprise, and
6  yet Mr. Waid in his own testimony says that. He
7  ignores, again, the fact that what the license
8  provides is a enterprise-wide license on a global
9  basis, and he incorrectly assumes applications.
10      It's all in my report. It's commercially
11  unreasonable for FICO based solely on Mr.
12  Waid's work to come forward and do that damages
13  work. As to the specifics of pricing, again,
14  that's Mr. Bakewell's province. I'm not a damages
15  -- I'm not providing a damages analysis in this
16  litigation.
17 Q. I'm trying to drill down on whether you're
18  providing affirmative opinions on the sizing
19  Federal applications. Are you or aren't you?
20 A. I'm providing an affirmative opinion with the
21  sizing of the applications which ties into the
22  number of transactions is inconsistent by FICO
23  throughout this litigation. It is commercially
24  unreasonable for FICO not to provide its specific
25  methodology that can be replicable on sizing which

Page 185

1  then ties into pricing that's commercially -- and
2  along with other factors that I discuss in that
3  section of my report.
4 Q. Well, isn't your sizing of CSI Express as small in
5  2019 inconsistent with the number of transactions
6  that are reflected in Exhibit 16?
7 A. I have two comments. Yes, it appears it to be,
8  and second, it doesn't matter. Even if I made the
9  mistake there, it doesn't matter to my overall
10  opinion.
11      There are a host of other factors which
12  support my opinion that it was commercially
13  unreasonable for Mr. Zoltowski on behalf of FICO
14  to make those assumptions in his damages report
15  because that's not how software -- again, customs
16  and practices in the industry.
17      If you don't price on applications, you
18  price on enterprise. You give discounts just like
19  FICO does. It's not just customs and practice in
20  the industry. It's also FICO's own historic
21  practices. That's what I'm providing an opinion
22  on.
23 Q. Exhibit 22 on Page 44 --
24 A. One more question, and then I'd like a break.
25  Okay. I'm there.

47 (Pages 182 - 185)

Page 186

1  Q.  Your sizing of the Federal international
2      applications is also predicated on your sizing of
3      CSI Express from 2019 as a small application; is
4      that correct?
5  A.  Exhibit 22 is more than that because Mr. Zoltowski
6      used software applications on an international
7      basis that do not use Blaze.  That's commercially
8      -- and so that's part of what Exhibit 22 does, and
9      yes, I size them using CSI Express, and again,
10     even if we size them correctly, it doesn't matter.
11     My opinion remains the same.  If I made a mistake,
12     the opinion is still the same, i.e., what I
13     discuss in Section C in regard to Mr. Zoltowski's
14     work on behalf of FICO.
15         MS. KLIEBENSTEIN:  Okay.  We can take a
16     break.
17         THE WITNESS:  Thank you.
18         THE VIDEOGRAPHER:  We are going off the
19     record, and the time now is 4:23 p.m.         0
20         (Whereupon a short break was taken from
21     4:23 p.m. to 4:30 p.m.)                        0
22         THE VIDEOGRAPHER:  We are back on the
23     record.  This marks the beginning of Media 6 in
24     the deposition of Steven Kursh.  The time now is
25     4:30 p.m.                                      0

Page 187

1      BY MS. KLIEBENSTEIN:
2  Q.  Is it your opinion that after this lawsuit was
3      filed Federal would have negotiated with FICO to
4      purchase an enterprise license for Blaze Advisor
5      instead of purchasing licenses on an application
6      by application basis?
7  A.  I've seen e-mail discussions -- this goes to Ms.
8      Tamara's -- Pawloski, in her deposition, some of
9      the back and forth.  I can't speak on behalf of
10     what the thinking was from either FICO personnel,
11     or Federal.
12         However given that an enterprise license
13     existed from December 2006, one would expect that
14     they would have -- they being both sides would
15     have done an enterprise license.
16         Additionally as I noted earlier, Mr. Waid's
17     testimony in regard to applications versus
18     enterprise license also is there.  If I may
19     rephrase, it would be enterprise licenses.
20  Q.  In Paragraph 126, the report states, "Most
21     enterprises would typically purchase enterprise
22     level licenses in this situation."  Is that your
23     opinion?
24  A.  Yes.
25  Q.  And what do you mean by in this situation?

Page 188

1  A.  The situation where, let's say for example, an
2      audit is done, a true-up, and it is discovered
3      that the licensee has made some mistakes in
4      reporting among usage, that the parties would come
5      together and negotiate additional licensing fees.
6          Additionally another example would be here.
7      When the parties get together, given that there's
8      an enterprise license, then they would continue to
9      have an enterprise license.  It would be unusual,
10     although it may happen, that the grant of the
11     license -- as the licensee, you would want the
12     grant of rights by the licensor to enable you to
13     continue doing business the same way you're doing
14     business, and as a licensor, the licensor can
15     decide what it wants to do, but relative to
16     customs and practices in the industry, you want
17     the parties to come together and negotiate, and it
18     would typically be in enterprise lawsuits.
19  Q.  Is it your opinion that the parties would do that
20     today.  Or is your opinion based in 2016?
21  A.  I don't understand your question.
22  Q.  Well, I'm just trying to understand.  We've had
23     three years, three-plus years of litigation.  Is
24     it your opinion that today FICO should do an audit
25     and give Federal an enterprise-wide license?

Page 189

1  A.  You've got a bunch of different issues in there.
2      If you could ask me different specific questions,
3      I'll do my best to answer.
4  Q.  In providing your opinion that most enterprises in
5      this situation would typically purchase enterprise
6      level licenses, are you presuming 10.8 is breached
7      or not?
8  A.  I'm assuming -- again, Paragraph 126 is in my
9      rebuttal to Mr. Zoltowski's report.  Mr. Zoltowski
10     didn't consider enterprise licenses.
11         When the party -- if -- Mr. Zoltowski in
12     doing his damages work, in my view, consistent
13     with customs and practices in the industry,
14     licensees and licensors have enterprise licenses
15     will continue to do so.  Mr. Zoltowski provided,
16     nor did any of your other experts, provide any
17     reasoning nor evidence from filings by the parties
18     that would indicate it would be anything other
19     than an enterprise license.
20         Now, that's the damages work, but you asked
21     me a different question before about what the
22     parties could or should have done, and if you ask
23     that question again, I will do my best to answer
24     it, but that's different than what Mr. Zoltowski
25     assumed, which is what I'm addressing in Paragraph

Page 190

1    126.
2 Q.  Do you understand that Mr. Zoltowski and Mr.
3    Bakewell, the damages experts in this case, they
4    presume liability has been found in FICO's favor?
5 A.  Yes.
6 Q.  And do you understand that to mean they presume
7    that Section 10.8 has been breached?
8 A.  They assume there's a breach, and again, they
9    assume liability.  Yes.
10 Q.  This is a breach of contract case; correct?
11 A.  Yes.
12 Q.  So it's your opinion critiquing Mr. Zoltowski that
13    even if liability is found in FICO's favor Federal
14    should still receive an enterprise level license?
15        MR. FLEMING:  Objection.  Asked and
16    answered.
17        THE WITNESS:  Yes.  Because it's
18    commercially reasonable in calculating what the
19    license fee should be to consider the factors that
20    I discuss in my report.
21 BY MS. KLIEBENSTEIN:
22 Q.  And --
23 A.  When you think about -- again, what is the fair
24    market value of the FICO software.  That's a
25    willing buyer and a willing seller.  What are

Page 191

1    competitive products licensing for?  What are --
2    again, how much of value -- what does FICO charge
3    for this, not the price list but for real, i.e.,
4    the discounts, its price lists?  That's what Mr.
5    Zoltowski in my opinion should have considered,
6    and it's commercially unreasonable for him not to
7    have considered those factors.
8 Q.  And why was it commercially unreasonable for Mr.
9    Zoltowski to not consider, as you say, an
10    enterprise level license?
11 A.  Because companies in an arm's length transaction
12    would typically do, as I state, an enterprise
13    level license.  If there's a disagreement -- going
14    back to 2016, when there's a disagreement, the
15    parties sit together, and you'd expect it to be an
16    enterprise license because it was an enterprise
17    license.
18        Why in the world would a licensor in
19    seeking a negotiation in good faith and a licensee
20    in negotiation in good faith seek to substantially
21    change the grant of rights?  May it happen
22    sometimes?  Perhaps.  I've not seen it, but it
23    makes no -- again, given customs and practices in
24    the industry, it would be an enterprise license.
25 Q.  What is the support for your theory that a party

Page 192

1    in breach has to approach -- what is the support
2    for your theory that a party in breach -- the
3    amount that they have to pay in damages is based
4    on an arm's length transaction?
5 A.  Well, first, again, I don't do damages work in
6    this case.  It -- going back though to a
7    negotiation, hypothetical negotiation between the
8    parties, these are, in my experience, customs and
9    practices in the industry what parties typically
10    do.  It's what I state in Paragraph 126.
11        In doing the damages, Mr. Zoltowski should
12    have considered it, and it's commercially
13    unreasonable, given what the -- FICO's history
14    with licensing and pricing, particularly with
15    respect to Federal, I note, for example, in some
16    of the -- he used an application pricing or the
17    enterprise pricing, and the -- I just -- it
18    doesn't make sense, and Mr. Zoltowski in his
19    deposition acknowledged he's not a software
20    pricing expert.  He talked about his background.
21        I'm in the software industry.  It is --
22    companies with an enterprise license in my
23    opinion based on customs and practices.
24 Q.  How many instances have you been involved in
25    pricing negotiations where one party was in breach

Page 193

1    of a contract for three years?
2 A.  Well, the way you've defined that is going to be
3    very narrow.  In terms of breach of contract for
4    three years and one party, I have been involved in
5    license negotiations where there have been, as I
6    discussed earlier, true-ups and the rights that
7    were granted to be expanded, and the parties
8    sit down and negotiate that.  I've done that.
9        With respect to three years, I don't recall
10    the length of time, and again, your presumption of
11    the breach occurring is, again, I -- going back to
12    Section 10.8, there was no expanded use.  It's
13    commercially unreasonable for FICO through Mr.
14    Zoltowski to use named applications rather than an
15    enterprise license.  As I state in my report.
16 Q.  So those examples of true-ups that you gave were
17    you participating as a party to those negotiations
18    or as an expert or a consultant?
19 A.  Consultant.
20 Q.  So you were not a party to those negotiations?
21 A.  No.  Although when I was in software company,
22    yeah, we had situations with true-ups so I was a
23    party, and the way I chose to manage my company
24    was that you understand the relationship, and you
25    worked out a compromise between the parties

Page 194

1   recognizing the market realities, competitive
2   products, the value of keeping them as a licensee,
3   what the software is doing for you there, how much
4   would it cost to replicate the software within
5   your organization.  There are a variety of
6   factors.
7  Q.  What is a true-up?
8  A.  A true-up is when the licensor, usually through a
9   third party but they can do it on their own, will
10  go in and audit the use of the software that's
11  been licensed.
12 Q.  So, again, what is a -- a true-up is an audit?
13 A.  For example, if you say that -- maybe one of the
14  metrics is number of active users, and the number
15  of active users, I'm making this up, is 10,000,
16  and the auditing process, the true-up process
17  finds that it is 12,000, or similarly you have
18  licenses where the fee will change.  Suddenly
19  instead of 10,000, it's 6000, and if the
20  provisions are in the agreements between the
21  licensor and licensee that the maintenance fees
22  will go down, then the licensor trues-up and makes
23  up for it, or if the licensee is using it more,
24  the licensee make up for it, and typically that's
25  set up within a particular time frame, 60-90 days,

Page 195

1   but it's really negotiated between the parties.
2  Q.  Did you read the communications back and forth
3   between the parties in 2016?
4  A.  That's a broad question.  You'll need to show me
5   specific communications between the parties, and
6   I'll say yes I recall seeing that, or gosh, I
7   don't recall seeing that, but you'll need to show
8   me.  I did look at communications between the
9   parties in 2016.  I discussed that earlier today.
10 Q.  So you did look at the negotiations between the
11  parties after the notice letter went out and prior
12  to termination of the contract?
13 A.  Yes.  I can't say I looked at all of them, but
14  yes.  You'll have to show me specific documents.
15 Q.  And do you recall from the communications that
16  FICO alerted Federal to certain uses,
17  international uses that FICO believed were outside
18  the scope of the license?
19 A.  This is discussed in my report.  FICO raised the
20  international use -- I discuss this in my report.
21     If you turn please to Page 12, and this is
22  further discussed in my report, Paragraph 45, "The
23  actions include but were not limited to the
24  following," these are FICO's, asserting the
25  license agreement do not allow uses the parties

Page 196

1   agreed to in 2006, and that the parties
2   acknowledge throughout the licensing relationship
3   prior to the merger in 2016.
4      So it is my understanding that it's
5   commercially unreasonable for FICO to go against
6   its own practices with respect to Federal when
7   they claimed this breach and claimed they didn't
8   know about the international usage.
9  Q.  But again, you understand that Mr. Zoltowski and
10  Mr. Bakewell presume liability; correct?
11     MR. FLEMING:  Objection.  That's been asked
12  and answered repeatedly.
13     THE WITNESS:  Yes.
14 BY MS. KLIEBENSTEIN:
15 Q.  And FICO offered a true-up license fee didn't it
16  at that time?
17 A.  I found in the discussions of what FICO offered to
18  be commercially unreasonable.  Although FICO could
19  choose to charge whatever it wanted to, but I
20  found the constraints under the proposal of Option
21  1 and Option 2, and Miss Pawloski's response, but
22  particularly the way in which FICO handled it, it
23  was their choice to handle it that way, but I
24  found it to be commercially unreasonable given
25  customs and practices in the industry, and again,

Page 197

1   going back to my report, yes, I understand Mr.
2   Bakewell and Mr. Zoltowski assume liability.
3      My report notes that, again, well, I'll
4   just say this generally, the question of liability
5   will be determined by the trier of fact.  However,
6   again, as I discuss in my report, and it's
7   summarized in Paragraph 45.
8  Q.  But FICO did offer a true-up fee in 2016, you just
9   don't agree with the amount; correct?
10     MR. FLEMING:  Objection.  Asked and
11  answered.
12     THE WITNESS:  I'll need to see the
13  documents.  What I recall is FICO came forward
14  with some offers that, again, drawing from customs
15  and practices in the industry, I mean, we have to
16  go back to the basic presumption of your question,
17  which is based on my reading of 10.8 there was no
18  expanded use.  Done.
19     Based on my reading of 10. -- of further
20  work, FICO's demands with respect to the use of
21  Blaze Advisor FICO well knew that Blaze Advisor --
22  again, FICO had made -- changed well over $6
23  million dollars in this relationship.  The parties
24  went back and forth.  They could not reach a --
25  grounds for negotiation, and hence, that's why

Page 198

1   we're here today.
2   BY MS. KLIEBENSTEIN:
3 Q.   So your opinions on this hypothetical negotiation
4       do not presume that Federal breached the contract;
5       isn't that right?
6 A.   No.  Now, again, what I said was that the parties
7       should have a negotiation, but the issue of breach
8       is a separate question.  Whether there's a breach
9       -- again, I did not do damages in this case.
10          What I said about the damages work of Mr.
11      Zoltowski is that I disagreed given customs and
12      practices in the industry with many of his
13      assumptions.  I disagree with his taking Mr.
14      Waid's numbers whole cloth and not confirming
15      that.  I disagree with other parts of his work as
16      well, but Mr. Bakewell handles the damages work.
17      I don't.
18          I stand by the opinions in my report, but I
19      cannot provide, you know, whether I assume a
20      breach or not that's the damages people.  That's
21      not me in my work in this matter.
22 Q.   I'm just trying to understand the baseline for the
23      first sentence in 126, "Most enterprises would
24      typically purchase enterprise level licenses in
25      this situation."

Page 199

1          MR. FLEMING:  So what's the question?
2       BY MS. KLIEBENSTEIN:
3 Q.   My question is this.  The -- you just gave me
4       testimony that the amount FICO offered to resolve
5       this matter in 2016 was unreasonable based on
6       customs and practices in the industry.  Can you
7       identify those customs and practices in the
8       industry for me?
9 A.   Sure.  Actually, I reference some in Paragraph
10      126.  Let's read the entire paragraph.
11          "Most enterprises would typically purchase
12      enterprise level licenses in this situation.  An
13      enterprise level license provides several
14      advantages to both licensors and licensees,
15      including, but not limited to, lower ongoing
16      administrative costs (e.g., true-ups), average
17      lower license fees per user, and flexibility
18      within organizations regarding allocation of
19      software usage rights."
20          Then I reference Paragraph -- excuse me,
21      Footnote 52, and I state, "I note however that in
22      some circumstances, particularly when a software
23      program, is to be only," -- I should have used "by
24      a specific group type of analysis or smaller
25      entity within an organization that licenses," --

Page 200

1       "purchases licenses that are not enterprise level.
2       For example, software used by analyzing laboratory
3       results would be licensed by life scientist
4       companies just for the people and use of their
5       labs."  So that would be an exception.
6          Given that Blaze was not used in many of
7       Federal's applications, it is possible that
8       Federal could have licensed just usage rights for
9       the applications.
10          Under that assumption however, FICO
11      mistakenly assumes that a higher number of Federal
12      applications would need to license Blaze.  This
13      assumption is incorrect given the facts and
14      evidence.
15          So if you want to go the route saying it's
16      applications, then you should use specifically the
17      applications that had Blaze Advisor, and then the
18      question becomes, among other questions, the
19      negotiation between the parties, but it -- I don't
20      understand why if companies -- licensees have an
21      enterprise level license why they would then
22      change that to less except, for example, like the
23      life sciences companies, but even that, lower
24      administrative fees, ease of use avoids conflict
25      are some of the benefits.  Other ones as well if

Page 201

1       you ask.
2 Q.   126 provides opinions from the licensee's
3       perspective but does not provide opinions relating
4       to the licensor's perspective in that hypothetical
5       negotiation; correct?
6 A.   Incorrect.  Incorrect.
7 Q.   Paragraph 126?
8          MR. FLEMING:  Objection.  Asked and
9       answered.
10          THE WITNESS:  Second sentence, "An
11      enterprise level license provides several
12      advantages to both licensors and licensees."
13          From the perspective of a licensor, the
14      licensor benefits as well with an enterprise level
15      license; lower administrative costs, average lower
16      license fees, having a happy licensee that you can
17      use as a reference that you can gain your
18      business, and quite frankly, having managed
19      software companies, not really a good idea to be
20      suing your licensees.
21          You want to work this out because once that
22      becomes out there, boy, your competitors are going
23      to make hay about it.  So licensors clearly
24      benefit by it's a win-win by both sides on
25      enterprise license agreements.

51 (Pages 198 - 201)

Page 202

BY MS. KLIEBENSTEIN:

2 Q. Is it your opinion that in this hypothetical
3    negotiation FICO -- or that Federal would have
4    received a discount?
5 A. It's my opinion that in order to -- you'll need to
6    speak with the people -- what was your question
7    again? I think you said FICO received a discount.
8 Q. Is it your opinion that in this hypothetical
9    negotiation Federal would have received a
10   discount?
11 A. It's my opinion that Mr. Zoltowski made a mistake
12   in not considering discounts. Mr. Zoltowski could
13   have said, for example, in his report assuming a
14   discount, assuming an enterprise license, assuming
15   the following, as I discuss in my report in
16   Section C, the damages will be X, assuming -- and
17   he could have done a chart explaining each one of
18   those factors.
19       He could have also, as I've said multiple
20   times today, sought to confirm Mr. Waid's numbers,
21   but he didn't do that, and it's commercially
22   unreasonable, as I've testified to already today,
23   to ask for damages that are far in excess of what
24   we see in customs and practices in the industry.
25 Q. Your report next discusses audit rights. Well,

Page 203

1    let me back up. Your opinions on the enterprise
2    license issue, in Paragraphs 125 through 131, your
3    support for those opinions is FICO's -- FICO's
4    behavior and Federal's behavior; correct?
5 A. My opinions are what's in the report. I don't
6    recall using the word behaviors.
7 Q. Well, I'll ask it another way. Documents and
8    deposition testimony that relate to FICO's
9    behavior and Federal's behavior; correct?
10 A. I don't understand your question. My report
11   stands as it is. We've gone through it today. I
12   don't understand your question.
13 Q. And then your opinions on Paragraphs 134 through
14   136 your support for those opinions are documents
15   and deposition testimony in this case; correct?
16 A. My opinions are based on my expertise in reviewing
17   the evidence in this matter. That expertise is
18   customs and practices in the software industry.
19   That's my opinions. In reaching my opinions, I
20   cite to evidence produced by the parties.
21 Q. Do you know if FICO could pursue an audit right
22   now?
23 A. I don't.
24 Q. Did you ask anyone at FICO why they did not
25   request a formal audit under Section 3.5 of the

Page 204

1    agreement in 2016?
2 A. I've not spoken to anyone from FICO in this
3    matter, but I have not seen any evidence produced
4    by FICO, FICO's counsel, FICO's experts that state
5    that FICO asked for an audit and was turned down.
6 Q. Can you turn to Section 10.4 of Deposition Exhibit
7    314.
8 A. Where are you at in here?
9 Q. Section 10.4, no waiver.
10 A. What page is that on?
11 Q. FICO 2282.
12 A. I see it.
13 Q. Have you seen waiver provisions in other software
14   license agreements?
15 A. Yes.
16 Q. Are they common in the industry?
17 A. One typically sees a waiver provision, no waiver
18   provision.
19 Q. Section 10.5, entire agreement.
20 A. Yes.
21 Q. Have you seen sections like that in other software
22   license agreements?
23 A. Yes.
24 Q. Are entire agreement terms common as well in
25   software license agreements?

Page 205

1 A. I'll respond to that in two ways. The first is,
2    again, I've seen both 10.4 and 10.5 although with
3    different language in my experience software
4    agreements.
5        I've also seen, for example, under new
6    waiver issues of course of performance, and again,
7    this -- again, I'm not providing contract
8    interpretation. The issue is the relationship
9    between the parties and the actions the parties
10   take toward one another, and my opinions call out
11   in my report -- are called out in my report.
12 Q. With respect to the hypothetical negotiation on
13   the enterprise license, are you presuming during
14   that hypothetical negotiation that Federal would
15   offer to buy the products from FICO?
16 A. That would be between the parties.
17 Q. Are you presuming that Federal would offer to
18   receive additional professional services from
19   FICO?
20 A. Again, between the parties. This is all
21   negotiable and is not simply additional products
22   or additional services is what would be charged.
23       Fundamentally, in my -- in my expertise
24   based on, again, knowledge, training, experience,
25   education, it really gets down to what's the

Page 206

1  bottom line, how much money is being exchanged
2  between the parties, and what is being exchanged
3  for that money.
4  Q.  And --
5  A.  So you can have a mix of software products,
6  services, support maintenance. Really depends on
7  what's -- what are the concerns of the respective
8  parties, along with issues we've talked about
9  today; reputational gains, value of a licensee,
10  Tier I in particular, along with the other factors
11  we discussed today, and other factors I can think
12  as well if you'd like to give me time.
13  Q.  Were you presuming that Federal and FICO would
14  enter into a long-term relationship?
15  A.  How are you defining long-term?
16  Q.  Longer than five years?
17  A.  Industry moves pretty fast, you know, the -- I've
18  seen a switch in the industry from perpetual
19  licenses back to term licenses. This would be
20  negotiated between the parties.
21      I do recall that Federal came forward with
22  a proposal for about just over $800,000 during the
23  negotiation as well as support maintenance fees of
24  $343,000. If you put a cap rate on that of 5
25  percent or even 10 percent, it's a pretty big

Page 207

1  number for support maintenance going to value to
2  FICO. Again, that's just my work, but Mr.
3  Bakewell did the damages.
4  Q.  And that number that you just referenced, that
5  $800,000 number, do you view that to be
6  commercially reasonable?
7  A.  I believe that the -- it's not the number
8  specifically. It is the parties' working together
9  to reach a resolution and being flexible so that
10  we don't get into the situation like we're here
11  today.
12      MS. KLIEBENSTEIN:  All right. No further
13  questions.
14      MR. FLEMING:  All right. I have no further
15  questions. We will read and sign.
16      MS. KLIEBENSTEIN:  Okay.
17      THE VIDEOGRAPHER:  This marks the end of
18  the deposition. The time now is 5:05 p.m., and
19  we're off the record.
20      (Whereupon the deposition adjourned at 5:05
21  p.m.)
22
23
24
25

Page 208

1  STATE OF MINNESOTA  )
2                      ) SS
3  COUNTY OF HENNEPIN  )
4
5  I Jacqueline McKone, certified shorthand reporter
   and notary public for the State of Minnesota,
6  certify there came before me the deponent herein
   who was sworn by me to testify to the truth
7  concerning the matters in the cause, and I certify
   this transcript is a true transcript of my
8  original shorthand notes.
9  I certify I am neither attorney nor counsel for,
   nor related to, nor employed by any of the parties
10  to the action in which this deposition is taken;
   and furthermore, I am not a relative or employee
11  of any attorney or counsel employed by the parties
   hereto or financially interested in this action.
12
   The cost of the original transcript has been
13  charged to the party noticing the deposition, and
   all parties ordering copies are charged at the
14  same rate for such copies.
15
   IN WITNESS WHEREOF, I have affixed my notary seal
16  this day: 27 June 2019
17
18
   _Jacqueline McKone_
19  Jacqueline McKone
20
21
22
23
24
25

Page 209

1  Veritext Legal Solutions
   1100 Superior Ave
2  Suite 1820
   Cleveland, Ohio 44114
3  Phone: 216-523-1313
4
   June 27, 2019
5
   To: Terrence Fleming, Esq.
6
   Case Name: Fair Isaac Corporation v. Federal Insurance Company
7
   Veritext Reference Number: 3390647
8
   Witness:  Steven Kursh     Deposition Date:  6/25/2019
9
10  Dear Sir/Madam:
11
   Enclosed please find a deposition transcript. Please have the witness
12  review the transcript and note any changes or corrections on the
13  included errata sheet, indicating the page, line number, change, and
14  the reason for the change. Have the witness' signature notarized and
15  forward the completed page(s) back to us at the Production address
16  shown
17  above, or email to production-midwest@veritext.com.
18
   If the errata is not returned within thirty days of your receipt of
19  this letter, the reading and signing will be deemed waived.
20
21  Sincerely,
22  Production Department
23
24
25  NO NOTARY REQUIRED IN CA

53 (Pages 206 - 209)

Page 210

```
1        DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 3390647
3  CASE NAME: Fair Isaac Corporation v. Federal Insurance Company
   DATE OF DEPOSITION: 6/25/2019
4  WITNESS' NAME: Steven Kursh
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7      I have made no changes to the testimony
   as transcribed by the court reporter.
8
   _____
9  Date           Steven Kursh
10     Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
       They have read the transcript;
13     They signed the foregoing Sworn
           Statement; and
14     Their execution of this Statement is of
           their free act and deed.
15
       I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
       _____
18     Notary Public
19
       _____
       Commission Expiration Date
20
21
22
23
24
25
```

Page 211

```
1        DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 3390647
3  CASE NAME: Fair Isaac Corporation v. Federal Insurance Company
   DATE OF DEPOSITION: 6/25/2019
4  WITNESS' NAME: Steven Kursh
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7      I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9      I request that these changes be entered
   as part of the record of my testimony.
10
       I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13
   _____
   Date           Steven Kursh
14
       Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17     They have read the transcript;
       They have listed all of their corrections
18         in the appended Errata Sheet;
       They signed the foregoing Sworn
19         Statement; and
       Their execution of this Statement is of
20         their free act and deed.
21     I have affixed my name and official seal
22 this _____ day of_____, 20____.
23
       _____
       Notary Public
24
       _____
25     Commission Expiration Date
```

Page 212

```
1        ERRATA SHEET
         VERITEXT LEGAL SOLUTIONS MIDWEST
2        ASSIGNMENT NO: 3390647
3  PAGE/LINE(S) /      CHANGE      /REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____

   _____      _____
20 Date           Steven Kursh
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23
       _____
       Notary Public
24
       _____
25     Commission Expiration Date
```

54 (Pages 210 - 212)

**0**

**0**   4:9 118:23,25
   119:4 127:3,5,7
   156:18,20,23
   186:19,21,25
**0002276-2296**
   3:15
**0002286**   171:16
   181:17
**0002294**   120:18
**002**   171:15
**0057386-7412**
   3:17
**0057405**   86:16
**06-07**   42:17
**063**   171:20

**1**

**1**   4:19 25:21 42:1
   43:1 59:22 63:14
   92:20 97:11
   120:17 124:17
   127:11 132:23
   138:18 139:15
   176:2 196:21
**10**   42:10 43:10
   84:21 85:24 86:2
   197:19 206:25
**10,000**   33:10
   194:15,19
**10-10-03**   81:25
**10.4**   204:6,9 205:2
**10.5**   204:19 205:2
**10.7**   115:12,14,17
   115:21 116:9
   122:3,5
**10.8**   111:4 140:21
   141:1,16,20,22
   142:2 144:7,14
   147:19 148:17,25
   149:4,21 157:11

   189:6 190:7
   193:12 197:17
**10.8.**   141:25 142:6
**100**   153:25,25
**102**   156:11,25
   157:2
**103**   157:2
**104**   157:2
**1054**   1:4
**109**   181:5,9,12
**10:38**   42:23,25
**10:50**   42:25
**10:51**   43:4
**11**   42:11 43:7,11
**1100**   209:1
**114**   169:5
**115**   169:23
**117**   172:16
**119**   3:14
**12**   8:7 36:3 42:12
   42:17 43:12 63:3
   195:21
**12,000**   194:17
**121**   153:4
**123**   153:1
**125**   203:2
**126**   187:20 189:8
   190:1 192:10
   198:23 199:10
   201:2,7
**12:56**   80:13
**13**   42:13 43:13
   171:8,9 172:8
   173:7,11 178:25
   179:12,22
**131**   203:2
**134**   203:13
**136**   203:14
**14**   8:23 42:14
   43:14 97:4

**15**   42:15,16 43:15
   96:25 97:4,7,8,13
   97:17 98:17
   171:20
**15,000**   153:5
**16**   1:4 42:16 43:16
   48:25 97:16 150:6
   150:21 151:2,5,11
   151:18 152:1
   172:9 174:19,22
   176:1,12 178:12
   178:19 179:7,24
   182:2,23 185:6
**17**   42:17 43:17
   67:7 151:11 170:1
   177:15 179:18,20
**1703750**   171:17
**173350**   173:9
**173750**   181:24
   182:6
**18**   9:15 36:4 42:18
   43:18 170:4
**1820**   209:2
**19**   42:19 43:19
   62:11 151:8
**1984**   19:20
**1986**   19:7,21
**1993**   19:9
**1994**   19:13

**2**

**2**   35:15 42:2 43:2
   43:2 62:13 64:20
   71:23 83:8,13
   84:2,3 97:11,12
   106:20 107:11
   108:5 115:7,8
   116:4 117:2
   120:11 124:9
   127:12,18 133:1
   134:11,18 135:6
   149:22 176:2

   196:21
**2.1**   132:24
**2.2.2**   82:25 83:4,14
   83:24 84:6
**2.2.3**   84:8,13
**20**   42:20 43:20
   62:11 63:7,24
   64:5,16 67:9 83:7
   84:3 86:12,13,15
   103:12,13 119:10
   151:9 210:16
   211:22 212:22
**200**   2:9 65:19
**200,000**   179:5
**2000**   41:20 182:15
   182:18
**2003-2004**   41:21
**2006**   105:10
   106:12,19,21
   107:16 108:2,6
   124:19 127:22
   128:3 130:4
   132:16 138:17
   171:7,11 172:24
   173:15 174:15,16
   175:1,1,4 176:17
   178:21 181:9,11
   181:14 182:11
   187:13 196:1
**2008**   108:12
   127:22
**2012**   108:14
   126:10 127:23
**2014**   153:2
**2016**   105:13
   110:13 111:3
   115:22 125:11
   140:13 151:19,20
   151:24,25 188:20
   191:14 195:3,9
   196:3 197:8 199:5

**[2016 - 800,000]**                                                                 Page 2

204:1

**2018**   153:3

**2019**   1:25 4:5,10
97:16 151:8,9,10
151:12,14 179:13
183:2 185:5 186:3
208:16 209:4

**20924**   208:18

**21**   42:21 43:21
92:18,21 151:10
151:11

**216-523-1313**
209:3

**22**   42:22 43:22
185:23 186:5,8

**2282**   204:11

**23**   42:23 43:23

**24**   35:16 42:24
43:24

**25**   1:25 4:5 42:25
43:25 176:14

**25th**   4:10

**26**   153:2

**26,000**   171:20

**27**   86:13,15 92:21
208:16 209:4

**28**   53:7,11 151:8,9

**2:03**   118:23,25

**2:12**   118:25 119:4

**2:28**   127:3,5

**2:29**   127:5,7

**3**

**3**   42:3 43:3 50:14
63:19,20 64:19,25
65:15 80:15 103:5
176:2

**3.5**   203:25

**30**   140:12

**300**   7:21

**30th**   128:3 132:16

**31**   149:22

**314**   3:14 119:9
124:15 128:15
171:12,13 204:7

**3200**   2:3 5:1

**33**   170:23

**332-5300**   2:4

**332-9081**   2:5

**3390647**   209:7
210:2 211:2 212:2

**343,000**   206:24

**36**   53:11

**38**   151:3

**39**   143:9 169:1

**3:18**   156:18,20

**3:30**   156:20,23

**4**

**4**   35:16 42:4 43:4
102:6 103:5,5
119:2 153:3 176:2
176:2

**400**   65:15

**4000**   2:9

**421**   3:16 80:21
83:3,15,20 84:7,8
86:12,25 92:18
100:1,2 166:12,13

**44**   185:23

**44114**   209:2

**45**   151:4 170:15
195:22 197:7

**47**   9:3 56:4,5,12,13
58:3

**49**   3:8,9

**492-7000**   2:10

**492-7077**   2:11

**4:23**   186:19,21

**4:30**   186:21,25

**5**

**5**   17:13 42:5 43:5
71:24 85:23 86:2
102:6 103:5,12
120:7 156:22
170:15 176:2,2
206:24

**513**   3:7 7:12,15,15
56:3

**514**   3:8 49:21,23
50:4,6 53:14

**515**   3:9 49:25 50:2
50:4 52:3,4 53:7

**516**   3:10 96:13,15
97:8,9,10,14 99:1
99:10,12

**52**   199:21

**54**   56:5,12,13 58:3

**55**   9:6

**55402**   2:4,10 5:2

**58**   9:8 57:3

**59**   72:25

**6**

**6**   3:3 8:7 42:6 43:6
103:5 126:16
151:10 186:23
197:22

**6/25/2019**   209:8
210:3 211:3

**60**   48:16 58:16,18
61:11 64:8 67:7

**60-90**   194:25

**600**   65:19

**6000**   194:19

**61**   9:9

**612**   2:4,5,10,11

**62**   9:10 75:22 79:4
79:7 80:6

**62-63**   67:17

**63**   67:17 74:21
75:6,21 77:9
79:13 86:6

**64**   69:1

**65**   67:16,19 79:4
80:6

**67**   83:5

**68**   62:15

**7**

**7**   3:7 9:15 42:7
43:7 126:11
170:19

**7.2**   115:20

**7.4**   89:10

**7.4.**   86:18

**7.4.1**   87:13 88:5

**7.5**   92:19,21,23
102:1

**7.5.**   100:4

**70**   110:9,11,12
111:19 120:9
128:7

**71**   112:11

**72**   117:16 124:8

**73**   117:16 125:15

**74**   117:16

**75**   48:16 117:16

**76**   117:17

**77**   112:15,22 113:4
114:11 117:18

**78**   113:21 114:2

**79**   113:21 114:2
138:16 139:13,14
139:22,23

**8**

**8**   42:8 43:8 53:5
125:12 126:3

**80**   2:3 3:16 4:4,25

**800,000**   206:22
207:5

**89**  112:16,23 113:4
114:9,11 117:18
120:10 128:7
150:25 172:1
182:21,23

**9**

**9**  42:9 43:9
**90**  61:18,21 63:7
63:18,24 64:5,17
67:10
**91**  154:25 155:7
**92**  141:17
**93**  141:4 143:23
**95**  149:24
**96**  3:10 145:6
**98**  149:25
**9:36**  4:5,9

**a**

**a.m.**  4:5,9 42:23
42:25,25 43:4
**aaas**  79:21
**abl**  174:21
**able**  21:16,17
121:12 151:25
**abroad**  121:21
**absence**  124:24
**absolutely**  65:11
65:21 105:21
154:16
**academia**  19:13
**academic**  79:24
**accept**  35:22
**access**  121:12
**accessible**  69:6
**account**  68:8
77:15,21 86:8
**accounting**  36:7
74:6 76:16
**accounts**  20:20,20
63:18 65:8

**accurate**  8:2 53:9
72:7
**ace**  1:9
**acknowledge**
115:21 196:2
210:11 211:16
**acknowledged**
154:1 192:19
**acknowledges**
126:8
**acknowledging**
108:17
**acm**  79:12
**acquired**  19:11
**acquisition**  40:15
65:2 154:14
**act**  123:4 210:14
211:20
**acting**  86:7
**action**  5:8 50:22
53:23 104:22
208:10,11
**actions**  9:20 55:9
55:11,13,15,17,19
62:17 104:6
105:18 114:23
128:23 130:1,9,11
141:10,13 144:13
147:15 195:23
205:9
**active**  194:14,15
**activities**  69:7
**actual**  38:24 110:6
168:23
**actuality**  178:3
**actuate**  49:19
51:15 52:5,15,18
55:7
**adapt**  153:1
174:21

**add**  30:25 32:4
65:24 69:19 72:6
72:9,15,15 79:19
87:15 160:4 164:6
**added**  22:18 24:18
24:18 72:6
**additional**  19:9
58:25 70:14 71:4
84:14,17 85:14
87:16 102:25
103:6 108:19
126:13 154:13
162:12 164:8
165:13 188:5
205:18,21,22
**additionally**  20:14
59:20 69:19 108:8
113:18 127:20
134:15 155:17
171:25 187:16
188:6
**address**  154:6
209:15
**addressing**  189:25
**adjourned**  207:20
**adjustable**  20:18
**administer**  5:7
**administration**
167:8
**administrative**
199:16 200:24
201:15
**adopted**  66:14
**adoption**  102:21
103:12
**advantages**  199:14
201:12
**adverse**  65:7
**advisor**  36:22,23
36:24 37:2,4,5,8
37:13 38:6,13,19

39:5 87:14,18
92:9 111:24 112:6
120:1 121:3,5,6
125:8,10 138:5
150:20 151:15
168:10 171:16
175:3 176:20
187:4 197:21,21
200:17
**affirmative**  140:19
183:14,16 184:18
184:20
**affixed**  208:15
210:15 211:21
**afforded**  155:25
**afternoon**  133:6
**afterward**  78:19
**agency**  167:20
**agility**  102:7
**ago**  5:7 40:15 50:7
51:13,14 74:5
**agree**  4:18 89:3
92:8 93:4,7,20
94:2 131:20
137:18 140:12
165:12 168:7
197:9
**agreed**  129:25
133:9 196:1
**agreement**  3:14
34:21,23 44:4,9
46:2,8,24 47:4,5,8
47:20 51:14,16
57:10,21 59:14,15
62:16,21 73:19
85:9 106:19,20
109:13,23 110:6
110:16 112:1,7,12
113:14,16,20
114:4,13,13 115:2
115:19 116:1,3,9

116:16 117:23
119:7,17,25 120:6
120:19,21,23
122:3,6,23 124:9
124:13,14,15,18
126:22 127:10,12
127:16 128:4
130:4 131:12
132:12,16 134:5,8
135:9 136:5,6,14
138:17 139:18
140:14,21 144:25
146:25 152:21
155:1 168:8 173:8
173:15 195:25
204:1,19,24
**agreements**  9:7
35:10 45:4 51:11
57:4 59:9 65:15
68:23,23 69:8,11
69:17,25 70:5,7,9
70:25 73:2,13
93:10 96:8 101:12
110:7 113:22
114:21 115:5,7
116:20 118:9
120:25 122:2,23
123:25 125:23
126:1 128:20,24
129:4 130:20,22
131:6,17 132:18
133:15,15,22
134:21,23 135:1
135:17,18,19
138:19 139:16
140:11 145:1
147:7 154:20
157:7,13,14 158:1
158:6,12 164:1
194:20 201:25
204:14,22,25

205:4
**ahead**  11:25
177:17
**al**  4:23
**alerted**  195:16
**alleged**  110:22
**allocation**  199:18
**allow**  27:12
195:25
**allowed**  27:24
49:16 53:15,15
**alsup**  54:3
**alter**  117:9
**alternatives**  64:4
**ambiguity**  9:24
10:6,11,24 135:2
136:8 137:4,13
140:10 166:17,20
**ambiguous**  10:15
10:20,23,25,25
11:8 100:25
**amendment**
106:20,22 107:10
108:5 109:14
115:6,8 116:4,6,7
117:2 120:11
127:18,21 133:1
134:18 135:6
**amendments**
107:19,22 108:4
114:4,14 115:20
116:13 119:25
124:15,21 127:16
128:9 134:13,14
138:19 139:16
**america**  59:5
**american**  1:9 40:2
**amount**  33:18
192:3 197:9 199:4
**amounts**  35:24
67:22

**analyses**  160:1
183:12
**analysis**  12:7,12
19:24 44:7 81:15
152:18 161:5
168:9,16 169:22
170:6 179:15
184:15 199:24
**analyze**  161:3
**analyzing**  200:2
**annual**  41:4
**answer**  44:14 51:9
66:1 91:20 99:7
103:21 107:2
113:3,10 114:16
118:17 126:2
135:15 139:4
144:2 157:9
158:21 174:11
175:6 182:22
189:3,23
**answered**  11:12
82:18 90:24 113:7
153:20 190:16
196:12 197:11
201:9
**answering**  139:3,8
**answers**  6:19
172:14 180:7
**anti**  157:5
**anticipated**  43:20
**antitrust**  61:19
65:4 66:15
**anybody**  28:2
**anymore**  89:15
**aon**  51:15 52:5,18
**apache**  69:21
**api**  24:4
**apologies**  31:23
**apologize**  18:23
48:12 72:9 123:2

**app**  169:5
**appear**  86:9,10
157:13 182:18
210:11 211:15
**appearances**  2:1
**appeared**  175:21
**appearing**  48:4
77:15
**appears**  7:16 18:2
138:2 185:7
**appended**  211:11
211:18
**appendices**  7:19
**apple**  14:1
**application**  13:21
13:24 24:4 33:13
63:16 65:6 86:20
86:23 87:2,13
88:18 89:9 90:23
92:9 95:5,20,24,25
96:3 97:18,21,22
98:5 99:6 102:18
153:4 163:10
168:11,17 170:13
170:18 171:5,7
173:12,16,24
174:9,14 175:2,4
176:4,12,16
177:25 178:1,21
179:3,4,13,19
180:7,16 181:8,11
181:14,18,21
182:5,15 186:3
187:5,6 192:16
**applications**  8:19
38:12 71:3,5,7
95:7,7,9,11,13
96:6 97:24 98:25
99:9,22 100:8
103:12,17,19
167:22 168:14

169:3,14 170:20 170:23 172:23 173:21 174:19 175:15,19 177:1,7 177:14,20,21 179:25 180:3 181:22,23 183:17 184:5,9,19,21 185:17 186:2,6 187:17 193:14 200:7,9,12,16,17
**applied** 103:9
**apply** 158:21
**appreciate** 46:17
**approach** 31:10 31:10,10,19,20,20 31:20,25,25 32:1 33:1,2 192:1
**approached** 130:15
**appropriate** 56:22 58:12 93:17 147:13
**appropriately** 179:17
**approval** 23:14,15 87:8,8
**apps** 169:8
**arbitration** 43:16 118:11
**archery** 24:8
**architectural** 22:6
**architecture** 22:20 23:25 24:2,24
**area** 8:9,25 24:14 24:21 117:22 124:12
**areas** 11:14 17:15 17:16 24:16 25:19 40:22

**argument** 152:4
**arm's** 32:22 191:11 192:4
**armour** 45:11
**arrangement** 49:14 155:4
**arrangements** 42:5
**art** 129:5 131:1,3 132:2
**article** 7:25 31:12 61:3 63:2,6,10,10 63:13,20 64:1 66:13,18 67:6 79:11
**articles** 61:6 79:8 79:13,22,23,24 80:4 136:12
**articulate** 138:13
**asia** 45:8
**aside** 131:24
**asked** 8:8 11:11 26:12 32:3,12 39:15 46:12,12 58:3 82:17 83:24 90:24 98:10,12 99:12 101:5 103:20 106:4 107:5,10 114:5 122:25 136:1 143:18,21 148:9 152:7 153:20 158:16 159:8 175:5 177:12 189:20 190:15 196:11 197:10 201:8 204:5
**asking** 13:1 26:5 28:22 46:14 66:10 90:20 96:10 107:25 118:13

151:24 169:2
**assemble** 24:8
**asserting** 195:24
**assess** 20:24 31:5
**assessing** 40:6
**assessment** 14:7 41:25
**asset** 31:10,20 32:1
**assets** 19:10 32:14 32:17,24
**assignment** 145:8 157:4,5,5,10,11,25 158:3 210:2 211:2 212:2
**assignments** 157:22
**assist** 19:10 41:15 78:23 163:18
**assisted** 59:11,13
**associated** 38:3 39:2,6,13
**associates** 74:9
**assume** 6:12 8:3 12:6 52:22,24 77:21 144:18 148:8,9 149:5 164:24 190:8,9 197:2 198:19
**assumed** 179:25 189:25
**assumes** 184:9 200:11
**assuming** 87:8 156:1 172:7,10 180:2 183:22 189:8 202:13,14 202:14,16
**assumption** 200:10,13

**assumptions** 147:3 180:23 183:20 185:14 198:13
**attached** 63:3 167:18 211:7
**attachment** 7:24
**attachments** 7:21 7:23
**attorney** 6:15 109:25 140:16 208:9,11
**attorneys** 22:3,12 25:22 28:7
**attributes** 33:23 170:21 184:3
**audio** 4:16,16
**audit** 142:24,25 149:8,9 150:16,19 153:10,15,16 188:2,24 194:10 194:12 202:25 203:21,25 204:5
**auditing** 194:16
**august** 19:13
**australia** 153:1
**author** 64:19 66:17
**authorities** 167:9
**authority** 110:1,2
**authorize** 211:11
**authorized** 5:6
**automated** 174:20 175:1,3 181:20
**automatic** 175:3
**av** 159:23
**availability** 164:5 164:6,7
**available** 87:17 107:1 145:7 172:23

**ave** 209:1
**average** 150:23,23
  161:1 178:14,15
  178:17,19 180:12
  181:7 199:16
  201:15
**avia** 60:8
**avoid** 136:7
  137:13 140:9
  166:19,20
**avoiding** 137:3
**avoids** 200:24
**aware** 133:3
  142:17

**b**

**b** 3:5 71:15 72:19
  140:12 175:14
**back** 15:2 16:22
  19:13 22:22 23:13
  30:4 34:20 41:13
  43:1 56:3 64:20
  66:13 72:24 75:16
  80:14 85:17 91:15
  94:24 98:17 100:1
  108:20 110:25
  117:4 119:1
  125:14 127:6
  131:9 150:9
  153:10 156:21
  160:19 163:2
  172:10 175:12
  178:21,25 182:25
  186:22 187:9
  191:14 192:6
  193:11 195:2
  197:1,16,24 203:1
  206:19 209:15
**backed** 20:13
  23:10,12,16 26:24
  26:25 27:8,18
  36:16 40:5

**background** 9:9
  56:23 68:19
  192:20
**bad** 104:21 108:22
**bakewell** 179:14
  190:3 196:10
  197:2 198:16
  207:3
**bakewell's** 184:14
**bank** 23:7 59:5
**banker** 21:4
**banking** 20:3
  21:21
**bankruptcy** 45:4
**banks** 23:16
**bargainer** 63:15
**base** 22:11 32:18
  183:1
**based** 10:22 19:19
  21:6 33:13 34:8
  37:18 38:23 39:10
  40:25 44:22 52:23
  53:13 54:1 59:1,7
  60:22 64:2 82:2
  82:11 88:14 94:12
  95:5,20 97:22,23
  100:10,20 102:11
  109:24 119:17,24
  123:21 124:23
  127:11 128:2
  135:15,21,23,25
  136:22 148:17
  151:14 152:20
  155:12,13 159:13
  159:14 164:2
  169:9,24 170:8,10
  170:25 171:5,7
  175:18,20,21
  177:21,21 178:11
  180:23 184:11
  188:20 192:3,23

197:17,19 199:5
  203:16 205:24
**baseline** 198:22
**bases** 64:7
**basic** 197:16
**basically** 108:16
**basis** 16:12 86:20
  86:23 87:2 88:19
  89:9 90:23 91:23
  112:20 117:12,14
  159:13 179:12
  184:9 186:7 187:6
**bates** 86:16 97:1
  120:17 171:15
  181:17
**becoming** 16:8
**began** 16:18 17:1
  19:19
**beginning** 9:3,7,9
  19:17 23:6 43:2
  80:15 119:2 128:6
  149:22 156:22
  169:22 170:14
  186:23
**begins** 9:6 16:3
**behalf** 5:13 6:18
  7:3 60:9 183:25
  185:13 186:14
  187:9
**behavior** 203:4,4,9
  203:9
**behaviors** 130:11
  203:6
**belief** 10:18
  148:18
**believe** 7:24 63:3
  96:22 115:25
  117:25 145:6
  168:10,17 207:7
**believed** 106:11
  195:17

**bench** 68:2 164:16
**benefit** 15:15
  28:24 29:21 58:10
  78:13,17 84:24
  85:14 86:7 100:8
  201:24
**benefits** 28:12,16
  28:18 31:3,17
  55:12 68:8 77:10
  77:10,23 78:1,7,8
  78:10,12,22 85:22
  85:22 156:6
  200:25 201:14
**best** 17:3 33:16,23
  34:24 38:7 41:19
  42:14 44:14 45:17
  47:3,8,10,13 49:3
  51:12,16 61:17
  104:2 106:15,17
  107:7,17,25
  109:11,21 110:19
  123:10 126:2
  142:21 161:9
  166:17 172:10
  189:3,23
**beta** 68:10 156:8
**better** 37:16 47:22
  156:7
**beyond** 14:14
  136:9 154:7 176:7
  176:12
**bibliography**
  126:7
**big** 25:22 134:1
  206:25
**billing** 68:4 167:7
  167:11 181:23
**biotech** 158:4
**bit** 12:5 22:6,20
  144:19

**black** 147:21
**blackacre** 18:22
  18:25 19:5,7,14
  20:5 22:24 25:11
  26:8,13 27:20,21
  27:22,23 32:13
  33:8,12,14,19,23
  35:3 36:13,14,17
  36:18 40:1 59:4
  159:17,25
**blackstone** 18:20
**blaze** 36:22,23,24
  37:2,4,5,8,13 38:3
  38:6,13,19 39:5
  87:14,18 92:9
  111:24 112:5
  119:11 120:1
  121:3,5,6,11 125:8
  125:10 126:5,13
  126:14 138:5
  145:9 150:19
  151:7,15 153:4
  168:10,24 169:7
  171:16 175:3
  176:20 182:1
  186:7 187:4
  197:21,21 200:6
  200:12,17
**blockchain** 14:25
  15:9,17
**blue** 25:1
**book** 7:25 56:8
  137:1,2
**booking** 174:21
**books** 79:7 136:25
  137:2,11 140:9
**borrower** 20:25
  40:8
**borrowers** 20:25
  21:19

**bothered** 92:4
**bottom** 206:1
**bottomline** 47:12
**bought** 119:19,20
**bounds** 66:1
**boy** 16:1 201:22
**breach** 44:3,8,19
  46:1,5,23 47:6,14
  55:17 111:1,2,25
  112:7 138:10
  140:24 141:2,8,20
  190:8,10 192:1,2
  192:25 193:3,11
  196:7 198:7,8,20
**breached** 110:15
  140:20 189:6
  190:7 198:4
**break** 6:21,22
  42:20,24 74:16,19
  80:9,12 118:20,24
  126:25 127:4
  156:13,15,19
  185:24 186:16,20
**bring** 146:5
  165:24
**brings** 97:24
**broad** 12:19 28:18
  29:19 101:5
  103:11 146:4
  195:4
**broadly** 54:23
  146:7 149:21
**broker** 21:4
**broker's** 21:17
**brokers** 21:15,15
**brush** 29:19
**brushed** 101:5
**budget** 72:1 76:14
**budgeting** 36:7
**build** 24:20 69:20
  94:11 95:10 99:15

164:25
**building** 15:22
  60:24 161:2
**built** 24:15
**bullet** 19:22 100:6
  100:6,20 102:6
  103:5
**bullets** 93:2 102:1
**bunch** 189:1
**bundle** 35:12 36:7
**bundled** 76:13
**bundling** 36:8
**business** 12:25
  18:11 21:22 27:4
  27:6 28:12,16,24
  30:22,23 31:2
  36:2 40:23 62:12
  74:14 81:18 82:15
  83:17 87:13 92:23
  93:14,16 95:21
  102:7,16,25 103:1
  103:15,16 129:17
  131:22 135:9
  145:4,16 148:12
  148:13 149:13,14
  166:8 188:13,14
  201:18
**businesses** 59:7
  165:7
**busy** 164:18
**buy** 23:12 26:16
  35:22 71:13
  145:21 159:18
  205:15
**buyer** 32:22
  190:25
**buyers** 159:15
**buying** 26:25
  145:2 170:13
**byron** 2:9

**c**

**c** 4:1 71:15 168:22
  175:14 186:13
  202:16
**ca** 209:25
**calculated** 23:3
  35:25 162:5
**calculating** 190:18
**calculations** 25:4
  184:2
**california** 22:13
**call** 14:21 20:11,19
  96:8 128:25 133:1
  134:20 136:5
  146:8 165:21
  166:2,10 205:10
**called** 18:20 21:12
  24:2 27:21 113:23
  122:1 128:5 134:6
  134:9,11,16,17
  162:5 182:5
  205:11
**calling** 93:24
**calls** 93:21 107:11
  108:6 113:14
  117:3 127:18
  173:8
**campbell** 45:14
**cap** 206:24
**capability** 182:2
**capital** 45:11
**capitalize** 76:17
**capture** 181:23
**car** 40:25 41:2
**card** 167:18
**career** 15:19,21,25
  16:2,18,23 39:22
  48:14
**careful** 46:9
  164:10

[case - client]

case   1:4 8:10 9:18
20:16 30:22,23
31:2 32:4 33:13
36:22 37:1 38:24
39:21 44:13,13,20
45:3,4,8,13,25
47:2 48:7,10 49:4
49:7,8,9,10,18
51:12,13 54:2
55:7,18 61:20
62:5,10,22 63:21
65:18 66:15 80:21
85:7,8 86:9 88:15
89:5 94:15 96:20
98:25 99:9,24
101:15 105:22
108:9 111:20,22
112:2,24 113:6
114:12,15 123:12
133:19,20,20,21
133:23 150:5
152:22,25 163:20
168:11,18 175:7
190:3,10 192:6
198:9 203:15
209:6 210:3 211:3
cases   43:9,11 44:2
44:3,5,9,17 45:24
46:3,5,10,10,13,21
46:22
cash   33:1 160:25
catch   10:6
categories   8:17
88:11 159:3 161:9
categorize   88:22
categorizing   98:5
category   8:15 9:12
12:3,19 59:22
61:2 78:9 176:4
cause   208:7

cellphones   4:14
cellular   4:13
center   24:9
central   45:6
ceo   61:9
certain   25:19 26:1
26:2 34:14 54:5
58:20 72:13 78:13
78:22 94:12
122:17,18 157:21
164:22 169:3
195:16
certainly   7:10
11:22 45:11 80:1
81:4 83:3 93:11
93:20 103:5,17
146:13 147:12
157:20 160:24
163:20
certificate   211:11
certification   210:1
211:1
certified   208:5
certify   208:6,7,9
cetera   86:11
chain   59:13
chance   149:8
change   140:14,21
141:15 144:7,23
148:1,21,22
158:13 183:24
191:21 194:18
200:22 209:13,14
211:8 212:3
changed   22:11
23:25 33:17
106:21 197:22
changes   29:5 73:4
103:1 209:12
210:7 211:7,9

changing   170:25
channels   25:17
characterize   83:21
charge   76:10
160:17 191:2
196:19
charged   40:8 76:5
76:8,19 181:24
205:22 208:13,13
charges   98:22
charging   72:22
chart   24:9 83:14
178:22,24 179:6
180:5 182:14
202:17
charters   20:16
check   92:3
choice   115:1,18
116:14,15 117:5
117:22 118:1,3,10
196:23
choose   17:15
43:24,24 89:25
92:13,16 118:9
122:22,23 167:17
196:19
chooses   89:2 91:11
162:22,23
chose   142:24
149:8 193:23
chosen   101:9
104:19
chronologically
159:5
chubb   140:13,20
chubb's   181:19
cio   61:9
circles   24:11
circumstances
68:13 122:12
199:22

cite   61:3 62:15
81:12 203:20
cited   80:5 82:25
83:4
cites   141:4
citibank   27:2 40:9
59:4
citing   94:15
civil   210:5 211:5
claim   44:18 46:1
46:23 138:10
claimed   8:9 11:14
58:20 94:9,20
196:7,7
claims   94:7 181:22
clarification   27:11
clarify   110:17
113:11
clarity   144:1,3
clark   126:16,19
class   22:23
classes   18:11
clause   118:11
145:15
clausen's   137:1
clauses   36:10
114:21 130:6,15
clear   6:22 10:2
12:2 23:19 95:16
108:3 140:19
168:13
clearcut   135:3
clearly   108:24
201:23
cleveland   209:2
client   22:11 32:18
43:24 77:20 84:12
84:20 120:18,21
123:14 141:3
155:21 156:4,6
165:12 184:1

[clients - confidential]                                                                 Page 9

clients  26:21 32:19
close  26:20 48:16
  72:17
closing  22:11
  25:21 27:7,15
  28:13,16 29:3,11
  29:12 71:25
closings  22:4,9
  23:1 27:24 28:9
  29:2
cloth  183:11
  198:14
cloud  44:22,23,24
  72:12
coast  22:3
cobol  15:24
code  13:14,18,20
  14:5,18 15:2,24,25
  24:10 25:12,13,24
  32:18 69:14 87:22
coded  24:1
collected  23:2
college  16:5,6,7,8
  16:10,12 129:16
  129:17
color  25:1
column  50:15 88:3
  178:12
columns  176:2
combination
  61:23 153:4
combined  11:1
come  30:5,16
  99:15 103:14
  109:23 138:9
  159:1 163:2
  165:25 184:12
  188:4,17
comes  37:19 63:16
  64:5 97:3 99:2
  140:4 173:24

180:13
coming  56:3 94:24
  106:16
commencing  4:5
comment  68:25
  82:10 152:14
commenting  130:7
comments  185:7
commercial  19:23
  20:1 24:13 170:1
commercially
  103:25 104:2,4,19
  104:22 105:6
  138:3,8 141:10,12
  144:13 147:17
  149:12 154:12
  183:19,24 184:10
  184:23 185:1,12
  186:7 190:18
  191:6,8 192:12
  193:13 196:5,18
  196:24 202:21
  207:6
commission
  210:19 211:25
  212:25
commitment
  23:12 102:25
committee  135:24
common  131:25
  132:10 144:24
  145:1 204:16,24
commonly  30:21
commonwealth
  40:3
communicate  29:2
communications
  195:2,5,8,15
companies  8:11,16
  9:2 11:15,19,24
  12:4 13:5,14

15:15 22:12,14
  25:7,7,16 28:2,5,7
  28:7 31:8,12 33:3
  35:20 40:1,14,17
  60:24 67:20 68:2
  71:9 76:20 94:19
  135:12 148:5
  158:9,20 160:10
  160:17,24 167:5
  191:11 192:22
  200:4,20,23
  201:19
company  1:9,9
  4:22 14:7 15:17
  15:22 18:19 19:2
  19:10 21:21 22:8
  22:24 24:6 25:11
  26:14 27:9 29:24
  36:21 44:6 45:15
  47:5,6 60:12
  67:24 71:20 73:8
  89:24 91:4,7
  92:14 102:12
  110:2 134:24
  145:3 153:13
  161:13 162:2
  163:12,13,14,21
  167:7,19 193:21
  193:23 209:6
  210:3 211:3
company's  19:23
compare  151:18
  151:25 178:8
compared  170:4
comparison  46:10
compensate
  160:11
compensated  76:3
compensation
  54:23

competition  73:5
  90:5 91:12 102:13
competitive  37:2
  191:1 194:1
competitor  145:2
  145:16,21
competitors  65:6
  102:14 160:13
  201:22
complaint  123:13
complementary
  166:14
completed  209:15
complex  73:3
  100:15
compliance  54:24
complicated  36:19
components  37:14
  69:24
compromise
  193:25
computer  12:20
  25:8 26:17 34:2
  41:17 74:8 121:15
computers  21:15
concentric  24:10
concept  88:9
  145:23
concerned  49:12
concerning  208:7
concerns  206:7
conditional  88:1
conduct  50:22
  53:22 54:11 55:3
  55:4 104:23,25
  105:2,3,5,6
conducted  159:22
conferences  14:25
  77:16
confidential  13:9

configuration 68:3
162:13
configure 25:2,3,9
configured 23:22
37:22
confines 68:14,18
confirm 7:17
52:13,20 107:25
130:13 202:20
confirming 198:14
conflict 200:24
confronted 155:2
confused 57:8
consent 142:3,5
144:17 145:6,14
145:15,17,25
146:20 147:20
148:3,13,18
149:13
consequently
56:20 170:25
consider 54:18,25
55:9 97:25 100:12
100:22 102:3
123:17,19 146:13
180:15 184:5
189:10 190:19
191:9
consideration
75:24 93:5 147:13
149:20
considered 11:3
32:24,25 33:2
108:19 169:11
191:5,7 192:12
considering
202:12
considers 98:25
99:9 164:13
consistent 36:4
43:13 61:19 62:18

85:11 86:5 87:11
99:21 104:7,9
105:3 130:5 137:3
139:24 189:12
consistently 99:4
constrained
115:23
constraints 15:11
76:14 92:1 196:20
consultant 15:19
40:11,12 43:22
59:8,11 60:25
65:14 87:5 129:18
134:2 135:12
160:9 193:18,19
consultants 38:2
68:2 164:17
consulting 13:5,6
20:2 41:9,12,22,24
42:4,5,10,15 160:8
160:14 164:7
consumer 36:11
73:23 74:2,3
131:21 165:6
contained 81:23
83:13
content 145:13
context 11:4 37:9
54:19 55:1,10,13
55:19 56:7 58:4
58:19 67:18 75:5
102:21 105:3
114:18 130:22
132:20 137:23
146:5 175:5
continue 4:17
188:8,13 189:15
continuing 155:4
contract 10:10,11
44:10,17,19 45:1
46:1,6,23 47:2,7

47:15 48:10 49:15
55:18 104:12,15
107:18,19 108:3
114:22 118:1,7
120:16 122:14
129:24 134:22
135:16,22 138:21
139:19,21 140:1
147:25 190:10
193:1,3 195:12
198:4 205:7
contractors 38:2
contracts 9:7
32:19 36:20 45:1
45:2,5,16 50:21
51:5,18 53:22
57:5 108:1 127:17
128:15 130:15
contrast 99:19
132:10
control 42:13
121:17 122:13
123:21 140:15,22
141:15 144:23
148:1,21,22
158:13
controls 121:18,20
121:22 123:15
conversations
4:13 106:10
173:19 175:21
coordination 38:6
copies 208:13,14
copy 7:7,16,17 8:3
52:22 119:7
copyright 133:20
copyrights 45:9
core 29:21 55:7
corners 66:11
124:1 132:19
139:21

corporate 167:16
corporation 1:6,6
1:9,10 4:22 52:19
209:6 210:3 211:3
correct 10:8,16
11:10,16 16:17
18:20 19:1,2 32:2
32:16 41:11 53:11
56:6 62:20 63:4
65:12 70:22 73:16
73:22 75:4 76:5
79:5 80:6,7 82:16
82:25 83:5 88:5,6
97:18,20,23
104:24 105:16,17
105:20 107:24
111:20 112:24
116:2,18 124:24
127:14 129:5
130:17 143:15
148:23 149:1
152:23 157:2
163:15 168:2,4,5
171:6 177:3,8,10
177:23 179:19,20
182:17 183:3
186:4 190:10
196:10 197:9
201:5 203:4,9,15
corrected 117:8
117:20 180:9
correcting 116:22
corrections 209:12
211:17
correctly 23:8
186:10
cost 42:13 71:16
75:17,19,19,23,24
159:13 161:1
194:4 208:12

costs 29:8 74:12
76:2 102:8,9,16
160:4 199:16
201:15
counsel 4:20 5:10
10:19 13:1 43:23
49:12 112:3
123:18 135:10,19
164:11 204:4
208:9,11
counting 48:20,21
90:15,17,17,19
countries 121:25
122:18,19
country 22:10
23:1,24 24:19,20
county 208:3
210:10 211:15
couple 72:21
course 13:4 15:14
18:5,6,8,17 22:4
40:14 58:8 104:11
130:3 205:6
courses 16:22,24
17:2,5,16,18 18:8
18:14,16 30:20,21
40:16 41:25 42:1
42:12 62:2 129:16
134:4
court 1:1 4:23 5:5
6:19 9:24 10:15
49:2 50:16 54:2
63:23 66:15
148:24 149:3
210:7
court's 50:8 52:16
53:13,18
courts 10:12
cover 12:9 96:18
97:10

covered 18:16
30:20 126:14
169:4
cpu 55:6 132:2,5,7
cpus 49:12 89:14
created 24:5
credibility 78:3
155:15
credit 19:23,24
167:17
criteria 159:11
173:21
critical 22:7 30:25
55:6
critiquing 190:12
csi 169:5,23 172:7
172:8,12,14,24
173:10,10,12
176:12,17 177:18
177:22 178:6,9,16
178:18,20,23,23
179:3,9,13,18,23
179:24 180:2,2,5
180:11 181:8,11
181:18 182:2,5,11
182:18 185:4
186:3,9
cumulative 62:13
83:25 84:4
cure 111:12,13
curious 142:19
current 15:5
currently 26:4
87:17 181:18
custom 50:17,19
54:10 158:10
customary 57:6,7
57:9,19,22 76:19
customer 12:24
30:5,16,17,18
85:20,23

customers 14:10
14:10 27:25 33:7
33:11 64:3 65:7
82:5 87:15 160:7
customization
24:25 27:12,25
68:3 162:13
customized 37:23
customs 8:11 11:5
53:19,23 54:1,6,16
54:19,21 55:1,4,10
60:3,16 76:6 85:3
104:5,25 105:7
112:25 113:7,12
113:18 114:23,24
120:13 130:2,23
132:20 139:24
140:6 142:21
144:22 147:16,24
185:15,19 188:16
189:13 191:23
192:8,23 196:25
197:14 198:11
199:6,7 202:24
203:18
cusumano's 79:10
cut 26:6 66:4
cutter 79:23
cuw 174:20
cv 1:4 17:10,12,13
19:6,8,20 30:19
43:6,13 44:2,16,23
68:19 79:19
cybase 64:24
cycle 12:21 21:9

d

d 3:1 4:1 71:15
175:14
dallas 24:6,6
damages 32:3,12
179:16 183:20

184:1,12,14,15
185:14 189:12,20
190:3 192:3,5,11
198:9,10,16,20
202:16,23 207:3
data 29:21 30:2,15
30:22 83:22 88:1
143:6 151:18,19
151:20,23,24,25
152:6 169:9,10,16
172:22 180:23
181:1,12,22 182:9
183:2
database 63:16
64:23
date 4:10 72:1
81:25 151:1 209:8
210:3,9,19 211:3
211:13,25 212:20
212:25
dated 151:8,9,10
151:11
dates 42:4
daubert 49:4,5,5
david 137:2
day 26:13 66:3,5
150:23 178:15
182:16,19 208:16
210:16 211:22
212:22
days 24:5 152:15
161:18 194:25
209:18
deal 72:17 172:15
dealing 10:24
dealt 160:15
dear 209:10
december 106:21
108:5 127:22
187:13

**[decide - disagreed]**

decide  103:15
142:8 149:4
188:15
decision  55:14
83:18 100:9
102:11 112:8
136:20 137:15
140:24 141:19,20
decisionpoint
173:16
declarations  43:15
deed  210:14
211:20
deemed  209:19
deep  64:20
deeper  148:10
defendant  7:3
77:22
defendants  1:11
2:13 5:15
define  16:2 37:11
39:17 88:25 89:11
104:2 124:14
166:16,19
defined  32:5 98:25
99:10 114:2
138:17 182:4
193:2
defines  95:20
defining  72:8
90:15 206:15
definition  44:8
87:25 139:15
definitions  114:3
124:17 128:11
132:23 136:14,19
138:18,21 139:17
degree  17:8,8,9
delaware  1:6
demand  154:13
155:2 159:25

160:6
demands  168:23
197:20
demonstration
38:11
department
209:22
department's  65:1
66:15
depend  29:17
122:15
dependant  78:11
depended  28:21
29:14 35:18
depending  67:8
89:1 93:19 102:17
102:19
depends  90:4,4,5,5
96:11 122:21
131:18 146:3
154:16,17,17
161:13 206:6
deployment  83:19
171:18
deponent  208:6
deposed  6:12 48:3
95:16
deposes  6:2
deposition  1:14
4:2,20,24 43:3
48:8 80:16 81:20
82:3 94:8 95:2
97:4,6,15 99:1
109:15 110:4
111:21 119:3,9
125:16 133:9
143:24 152:15,22
171:13 172:18
173:6 174:12,16
175:9,11,22
176:20,21 177:4

177:11 183:9
186:24 187:8
192:19 203:8,15
204:6 207:18,20
208:10,13 209:8
209:11 210:1,3
211:1,3
deposition's  4:16
depositions  43:15
deregulated  20:9
derogatory  106:14
178:5
describe  33:10
design  14:20 83:18
designated  21:16
designations  88:20
designed  19:22
desouza  47:17
detail  45:20 81:3
104:17 152:17
details  103:10
130:8 154:16
determination
10:14
determine  105:5
determined  141:9
142:23 197:5
determines  161:24
determining
163:18
developed  13:16
19:22,25 21:11
22:20 24:17 25:15
26:15,20,23 28:25
30:20
developing  14:23
20:6 25:16 41:15
75:25 130:13
132:14,22 172:3
development
12:19,21 15:11

54:24 78:24 86:8
171:16
device  162:16
devil  103:10
104:16 130:8
diamond  91:9
difference  31:1,2
31:14 54:9 55:7
59:24 60:4 95:19
97:7,22 133:18,24
134:1
different  18:1 19:3
25:1 27:22 31:17
33:22 34:8 35:8,8
35:20 40:23 57:15
65:15 71:3 76:9
77:5 81:12 83:10
85:18 88:10,22
91:2,24 93:1,4
101:7 102:21
112:4 121:6 124:7
146:18 157:9
158:9 159:3,24
160:5 162:21
166:14 169:18,21
176:15 180:10
189:1,2,21,24
205:3
differently  22:25
145:19
difficult  94:2
direct  25:16,18
26:15 50:18
159:21,21
directly  81:2 84:6
129:15
disagree  72:8
142:8 148:15
198:13,15
disagreed  198:11

disagreement
191:13,14
discharge  173:23
disclose  152:17
disclosed  65:5
disclosures  43:14
discount  58:18
61:19 67:20 84:1
84:4,12,22,23 86:3
202:4,7,10,14
discounted  33:1
160:25
discounting  64:21
65:20
discounts  57:6,18
62:9 63:7,18,23
64:16 65:9 67:9
68:9 77:14 86:5
170:19 180:18,20
184:2 185:18
191:4 202:12
discovered  110:15
188:2
discovery  61:14
61:15 150:8,25
182:21,23
discrimination
63:22
discuss  8:7,21 9:3
9:4,6,8,9,14 10:20
62:8 68:5 71:1
99:5 111:5 113:20
114:2,8 128:6,10
141:17 142:13
145:5 149:22,24
154:5 170:11
175:17 180:17,21
185:2 186:13
190:20 195:20
197:6 202:15

discussed  17:10
32:1 50:18 57:1
68:21 76:11 84:15
84:17 112:3
129:13 157:16
159:19 165:10
176:20 193:6
195:9,19,22
206:11
discusses  58:14
63:7 92:23 150:22
175:11 202:25
discussing  9:22
99:2 120:9
discussion  8:24
9:23 71:25 108:13
110:25 183:8
discussions  111:1
111:4,6,9 149:17
163:23 187:7
196:17
dispute  48:11
61:14 70:9,17
140:2
disputes  44:10,18
disruption  18:7
distinguishes
125:23
distribution  9:5
15:22 60:11
distributors  22:17
25:14
district  1:1,2 4:23
4:24
dit  69:14
division  19:11
93:15
divisions  45:5,7
docket  52:16
doctor  33:6 43:6
45:22 46:11 47:25

50:3,16 63:22
64:10 65:4,11,17
65:21 66:14 67:2
67:4 73:16 80:19
118:16 119:6
127:9 156:25
157:4 158:24
181:2
document  35:4
53:6 80:22,23
81:5,8,13,17,19,20
81:22,23 82:12,15
82:21 83:10,11,16
83:17,25 85:2,24
86:2,24 87:21,25
93:8,11,13 95:14
99:24 103:7
107:14 116:24
124:3,4 140:17
171:12
documentation
125:6 127:21
171:19
documented
107:12
documents  7:18
23:8 29:1,4,6 70:6
88:15 96:20
106:17,25 107:9
108:9,21,24,24
109:4 110:21
111:19,21,22
112:23 113:5
114:12,15 115:13
115:16 117:2,7,15
123:8 124:1
127:13 128:25
132:19 138:7
152:22,24 153:18
153:23 167:17
172:4 175:16

180:10 195:14
197:13 203:7,14
doing  20:17,23
23:7 41:23 45:17
48:2,24 65:19
93:15 104:12
120:16 126:18
130:12 133:24
161:4 162:13
166:5 172:5
188:13,13 189:12
192:11 194:3
dollars  39:1
197:23
domestic  113:16
dot  179:2
download  69:13
draft  135:18
drafter  134:8
drafting  134:7
135:17,19 136:7
drawing  9:18 84:6
86:24 197:14
dreadful  134:7
136:7
drill  184:17
dts  1:4
duly  6:2 123:19

e

e  2:5,11 3:1,5 4:1,1
77:18 108:13,16
108:17 109:5,8,17
110:7 111:11
126:6 127:13,22
127:23 171:7,23
171:24 175:9
187:7
e.g.  69:2 199:16
earlier  48:10 58:2
58:13 68:21 72:16
76:12 84:15 89:23

101:6 116:14
122:7 126:12
129:14 141:11
152:18 155:15
157:16 159:20
160:2 163:23
164:5 165:10
169:13 171:3
187:16 193:6
195:9
**earliest** 25:16
**early** 14:19 21:13
35:6
**ease** 200:24
**easily** 25:9
**east** 22:3
**ecommerce**
162:20
**economics** 17:3
65:3 79:8
**ed** 79:23
**education** 9:19
11:2 80:3 137:25
146:7 205:25
**effect** 180:14
**effective** 81:24
**effectively** 19:12
**effort** 65:2
**eight** 71:5
**eighth** 2:3 4:4 5:1
**either** 44:9 129:15
151:24 187:10
**ela** 126:4,14
**elasticity** 64:2
159:25 160:6
161:4
**elements** 67:8,11
67:12,14 175:10
**eliminated** 29:4
**else's** 34:22

**elzinga** 63:23
64:10 65:5,11
67:2
**elzinga's** 66:14
67:4
**email** 209:17
**embedded** 34:4,18
**emphasize** 31:15
59:24 114:20
118:15 133:17
**emphasized** 64:6
101:13
**employed** 208:9
208:11
**employee** 16:9
208:10
**employees** 38:2
82:20 87:7 160:12
**enable** 37:15
188:12
**enabled** 28:25
**enables** 86:6
**enclosed** 209:11
**ended** 25:5
**enforcement**
87:25
**engaged** 59:22
**engagements** 87:4
**engine** 38:5
**engineering** 18:12
18:13 129:17
**england** 108:14
127:24
**english** 132:10
**enormous** 31:1,1
31:14 133:17,23
**enter** 206:14
**entered** 25:3
106:12 211:9
**enterprise** 9:6
33:13 34:2,11,16

36:19 57:4,9,20,23
59:2,9 62:16 65:6
70:6,25 71:9
72:10 73:25 75:2
76:7,25 77:4,7
83:18 85:9 91:17
91:23 92:23 93:6
93:14,23 94:1,3
95:5,8,21 96:1,5
97:20,23,24 98:11
98:21,22 99:12,16
100:7,12,22
101:24 102:3,23
107:14 108:6,7
117:3,10,12,13,14
120:3,5,23,24
121:1,8,11,24
122:9 125:2
126:22 127:19
131:20,23 133:2
134:19 135:7
138:5 162:23
163:21 165:5,24
170:11,14,17
180:15,16,19
184:4,5,8 185:18
187:4,12,15,18,19
187:21 188:8,9,18
188:25 189:5,10
189:14,19 190:14
191:10,12,16,16
191:24 192:17,22
193:15 198:24
199:12,13 200:1
200:21 201:11,14
201:25 202:14
203:1 205:13
**enterprises** 59:4,5
61:7 65:16 76:11
76:18 77:2,12,13
99:23 102:23

103:22 121:9
165:7 187:21
189:4 198:23
199:11
**entire** 27:3 56:21
71:17 72:16
163:12 168:22
177:16 199:10
204:19,24 210:5
211:5
**entirety** 81:5
**entities** 36:13
39:23
**entity** 199:25
**environment**
15:12
**environments**
34:9 91:25 167:25
**epicore** 60:9,11
**equivalent** 108:18
**errata** 209:13,18
211:7,10,18 212:1
**errors** 29:9 30:1,4
**escrow** 22:12 24:6
25:7 28:5,6,7
35:20
**escrowed** 23:3
**esq** 209:5
**essentially** 24:1
77:20 111:11
**establishing** 78:2
**estate** 17:2,22 18:3
21:14,17 22:4,9,25
23:4 27:3 41:16
**estimate** 169:8
**et** 4:22 86:11
**europe** 108:13
127:23
**evaluated** 24:19
**evaluating** 20:1
31:18

[event - expanded]                                                                   Page 15

| | | | |
|---|---|---|---|
| **event** 19:8 147:6 | **example** 8:18,20 | 75:1 77:25 78:25 | 50:2,4,6 52:3,4 |
| 154:15 158:13 | 8:20,23 9:22 | 98:9 108:12,15 | 53:7,14 62:13 |
| **events** 161:7 | 11:18,23 12:18 | 113:2 114:8 | 71:22,23,24 80:21 |
| **evidence** 36:25 | 13:7 20:19 22:12 | 126:20 133:5 | 83:3,8,13,15,20 |
| 38:24 54:17,18,25 | 22:15 24:8 25:20 | 135:1 137:4,13 | 84:2,3,7,8 86:12 |
| 62:5 64:15,16 | 28:23 29:5 30:1,2 | 140:10 146:12 | 86:25 92:18,19,20 |
| 81:14 82:12,22 | 30:14,15 33:12 | 150:12 153:6,7 | 96:13,15,16,25 |
| 85:7 89:5 94:15 | 34:3 36:6 37:25 | 156:9 157:19 | 97:6,7,8,8,9,13,14 |
| 94:17 98:24 99:8 | 40:2,9,18,18,24,25 | 163:3 167:23 | 97:17 98:17 99:1 |
| 99:24 101:18 | 47:1 54:21 59:11 | 172:20 174:7 | 99:10 100:1,2 |
| 105:22,24 106:25 | 59:18 60:25 61:4 | 177:2 193:16 | 119:9 120:7 |
| 107:17 108:1 | 62:1,6 67:24 68:9 | **exams** 17:19 | 124:15 125:12 |
| 111:22 114:15,17 | 69:20 70:8 71:21 | **excel** 161:3 | 126:3,11,16 |
| 125:6,9 126:15 | 74:12 76:10 78:12 | **exception** 47:17 | 128:15 150:6,21 |
| 130:22 137:22,23 | 78:16 79:10,20 | 170:1 200:5 | 151:2,5,18 152:1 |
| 143:1,7 144:3 | 81:21 82:7,8 | **excess** 202:23 | 166:11 169:25 |
| 146:10 147:10 | 84:14 87:23 89:23 | **exchanged** 127:13 | 170:4 171:8,9,13 |
| 149:7,9,15,19 | 90:18 94:7 95:25 | 206:1,2 | 171:13,13 172:8,9 |
| 150:4,10,11,13 | 98:8,10 102:6,22 | **exclude** 184:1 | 173:7,11 174:19 |
| 152:6,9,13 153:19 | 106:18 108:12 | **excluded** 49:1 | 174:22 176:1,12 |
| 153:23 170:7 | 111:10 113:1,13 | 50:10,11,13 | 177:15 178:12,18 |
| 171:1,2 174:4,4 | 113:25 114:1 | **excluding** 181:22 | 178:25 179:7,8,12 |
| 175:7 179:21 | 118:8,11 121:23 | **exclusion** 50:25 | 179:18,20,20,22 |
| 180:9 181:15,16 | 122:16 133:22 | **exclusive** 157:6,25 | 179:24 182:2,23 |
| 182:12 189:17 | 135:3,4 136:7 | 158:3,7 | 185:6,23 186:5,8 |
| 200:14 203:17,20 | 141:8,12 144:23 | **exclusivity** 78:18 | 204:6 |
| 204:3 | 145:2 152:24 | **excuse** 38:22 | **exhibits** 3:12 |
| **evidenced** 85:6,8 | 154:21 155:19 | 102:18 125:5 | 71:23 125:13 |
| 120:4 | 158:4,5 159:12 | 144:2 172:2,4 | 176:23 |
| **evolution** 174:21 | 162:1,17 163:10 | 173:3 199:20 | **exist** 93:10 |
| **exact** 7:17 48:15 | 164:15 165:8,23 | **executed** 108:2 | **existed** 187:13 |
| 152:8 173:12 | 167:6,6,14 178:7 | 124:19 211:10 | **existence** 114:20 |
| **exactly** 10:9 11:18 | 179:24 188:1,6 | **execution** 210:14 | **existing** 41:17 |
| 32:17 95:17 98:1 | 192:15 194:13 | 211:19 | 87:15 155:21 |
| 155:10 164:1 | 200:2,22 202:13 | **executive** 87:9 | **exited** 27:9 |
| 173:13 175:13 | 205:5 | 134:6 135:24 | **exiting** 33:19 |
| **exam** 17:17 | **examples** 9:25 | 136:24 140:8 | **expand** 120:22 |
| **examination** 3:3 | 13:11 35:17 41:8 | **executives** 82:8 | 145:24 |
| 6:5 50:19 | 58:23 61:25 63:1 | **exhibit** 3:7,8,9,10 | **expanded** 22:1,10 |
| **examinations** | 68:5,11 69:16 | 3:14,16 7:12,14,15 | 22:16 116:4 141:3 |
| 17:14 | 72:3,5,5 74:3,13 | 7:22 49:21,23,25 | 141:6,13,17,24 |

142:4,11,12,13,23
143:6,10,13,15,17
143:25 144:5,8,17
144:19,20 145:12
145:14,23 146:9
146:10,11,12,19
147:4,9 148:2,2,7
148:9,10,19 149:6
149:11 150:2,11
150:12,16 152:5
152:10,12,20
153:13,24 154:1,5
193:7,12 197:18
**expect** 155:1 158:3
187:13 191:15
**expected** 125:17
133:8,10 174:6
**expecting** 165:22
**expense** 76:17
**expensing** 20:20
**expensive** 29:13
30:3 155:21
**experience** 9:19
11:2,4 12:2 13:13
21:6 33:18 37:17
38:21 39:16,19
48:23 59:1,3,8,8
59:19,21 60:23
61:24 65:10,23
68:20,22 79:5
80:2 87:6 100:11
100:21 102:4
105:20 113:22
121:10,16 134:21
135:16 137:24
146:7 157:18,20
158:24 159:1
192:8 205:3,24
**experiences** 57:13
**expert** 1:14 3:7
4:3 13:6 43:7,10

43:12,14,19,20,23
43:25 46:22 47:24
48:1,9,14 49:6,17
55:12,18,22 58:14
59:9,23 61:1
63:20 65:14 66:23
66:25 67:3 81:13
83:5 87:5 105:2
105:23 123:12
128:19 129:18
133:16,18 134:1,3
136:21 137:20,21
137:22 140:9
142:10 157:15
160:15 183:20,20
192:20 193:18
**expertise** 8:10 9:1
11:15 37:20 38:17
64:12 68:21 79:18
123:21 136:22
146:6,8 157:17
159:1,4 164:3
203:16,17 205:23
**experts** 63:21
146:16 154:8
189:16 190:3
204:4
**expiration** 210:19
211:25 212:25
**explain** 23:19 27:6
75:15 77:5 99:13
119:23 129:11
159:23 167:4
177:12
**explaining** 202:17
**explains** 75:22
**explanatory** 39:20
54:4
**export** 121:17,18
121:22 122:13
123:4,7,15,21

**exported** 123:23
**express** 169:5,23
172:9,12,15,25
173:12 176:12
177:18,22 178:6,9
178:16,18,23
179:13,18 180:3,5
180:11 181:19
182:2,5,18 185:4
186:3,9
**expressed** 138:13
**extensible** 87:24
**extent** 34:12 81:19
**ezer** 153:4 174:21

**f**

**facilities** 125:3
133:3
**facing** 64:4
**fact** 7:17 8:2 9:24
10:13 55:12,14
58:5 63:14,15
67:16 69:1 77:22
86:4 91:3 92:20
105:4 112:9
136:20 137:17
140:5,25 141:9,21
142:8,13 173:11
184:7 197:5
**factor** 22:7 63:11
97:18 100:10,20
100:21 115:3
129:23 173:22
174:10 176:5
177:2,24 178:1
180:6,13
**factors** 33:5 36:7
45:10,17 54:25
63:12 68:24 73:6
89:5 90:6 93:4
95:1,13 101:20
102:2 103:23

159:16 164:14
168:25 170:22
178:5 185:2,11
190:19 191:7
194:6 202:18
206:10,11
**facts** 9:17 11:1
200:13
**failed** 119:7
**fair** 1:6 4:21 31:4
31:5,19,21 32:4,21
141:14 144:8
159:14 190:23
209:6 210:3 211:3
**faith** 104:20,21
191:19,20
**fall** 78:8 177:20
**falls** 12:2
**familiar** 33:21
45:12 80:22,23
81:2,4 96:16
132:9
**family** 15:22
**fannie** 23:13,18,20
**far** 22:13 202:23
**fast** 206:17
**father** 16:14
**favor** 190:4,13
**fax** 2:5,11
**february** 151:8,9
**fed** 169:8
**federal** 1:9 4:22
7:3 20:8 23:20
37:5,10,12 38:4,7
38:12,18,25 39:3,4
39:8 85:10 98:5
105:10,16,25
106:11 107:3
108:10 109:5,7
110:14,23 111:11
111:25 112:7

**[federal - first]** Page 17

117:13 119:18,25
120:3 121:19
123:18 125:3,4,5,7
125:10 126:4,21
127:25 133:3
134:19 138:11,22
141:14 142:4
143:7,9,17,25
144:4,8,16 145:9
145:21 146:25
150:17,19,24
151:6,7,15,17
153:18 168:14
169:10 171:10
177:14 183:16
184:19 186:1
187:3,11 188:25
190:13 192:15
195:16 196:6
198:4 200:8,11
202:3,9 205:14,17
206:13,21 209:6
210:3 211:3
**federal's**  124:10
138:4 150:7 152:8
168:23 174:22
200:7 203:4,9
**fee**  34:13 69:10,15
69:18,22 70:1,12
76:23 88:2,24
91:22 98:23
167:18,20,21
168:5 171:19,21
173:23 181:24
190:19 194:18
196:15 197:8
**feedback**  28:11,15
30:5,16,17,18
**feel**  6:23 152:12
**feeling**  110:25

**feels**  153:13
**fees**  35:1,1,9,23,24
36:3 68:14 74:24
76:3,4,7,12,19
82:4 90:2 154:13
168:23 171:10,10
171:18 188:5
194:21 199:17
200:24 201:16
206:23
**felt**  153:11 170:16
**fico**  2:17 3:15,17
38:3 39:1,2,6,7,13
39:14 61:15,21
62:6,10,15,19,19
62:24 71:24 77:22
81:17,19,24 82:3,6
82:14,19 83:10,17
84:6,24,25 85:2,4
85:5,8,23 86:16,19
86:22 87:1 92:13
93:5,9,18 94:7,20
95:1,12,20,25
98:16,20,22,25
99:3,9,17 101:9,14
101:15 103:7
105:9,15 107:6
108:10 110:8,14
110:25 111:10
120:4,17 122:10
125:2,4,5,7,9,17
126:20 127:24
133:2 134:8,16
138:4,9,11,22,24
140:11 141:5
142:22,24 143:12
144:12,16,18
145:6,18,21
146:24 147:19
148:12,18 149:6,7
149:15,16,23

153:10,11,24,25
155:4 163:20
165:20 166:10
169:6 170:5,23
171:15 172:15,17
172:20 173:16,19
174:7,23 175:1,6
176:25 177:12
181:17 183:19
184:1,22,24
185:13,19 186:14
187:3,10 188:24
190:24 191:2
193:13 195:16,17
195:19 196:5,15
196:17,18,22
197:8,13,21,22
199:4 200:10
202:3,7 203:21,24
204:2,4,5,11
205:15,19 206:13
207:2
**fico's**  62:8,12,13
62:17 82:12 83:25
84:3,18 86:1,25
92:8,21 93:13
97:17 99:19
101:12 108:15
110:22 141:10
143:24 146:11
147:15 149:10
150:7,7,24 168:22
170:10 172:14
183:21 185:20
190:4,13 192:13
195:24 197:20
203:3,3,8 204:4,4
**filed**  4:23 49:4,5,6
52:17,21 123:14
177:3,5 187:3

**filing**  48:3,3
**filings**  153:9
154:10 167:16
189:17
**finally**  16:14 42:10
160:20
**finance**  17:2,2,22
18:3,3,6,9 74:6
**financial**  14:6,12
14:14,15,17 15:19
18:7 20:3 21:3,7
25:6 27:1 28:1,8
28:25 29:7 35:19
36:16 40:5 78:16
**financially**  5:8
74:24 208:11
**find**  8:24 21:18
61:5 115:14 137:3
137:11 151:17
157:12 173:22
180:7 209:11
**finding**  55:8
**findings**  53:8,14
53:25
**finds**  194:17
**fine**  54:6 148:14
180:11
**finish**  65:18,18,21
74:18
**finishing**  125:21
**fintech**  14:4,13,25
15:7,18
**firm**  5:3,5,15 7:2
61:5
**firms**  25:6 28:1,9
35:19
**first**  7:23 16:4,11
40:2 44:20 50:15
55:8 64:18,18
68:18 72:25 88:7
93:1,13 94:9

96:18 99:1,10,12
100:6,6,20 106:13
109:25 110:13
112:11 116:3
119:6 121:18
125:13,15 129:8
129:13,22 130:14
132:25 135:18
136:17,21 140:23
152:2 169:12
171:6 192:5
198:23 205:1
**firsthand** 105:20
**fit** 22:21 23:24
24:15,21 25:18
37:23
**five** 29:12 30:3
51:13 71:3 159:3
163:2 206:16
**fix** 29:10,11,13
30:4
**fixed** 34:10 90:2
**fixing** 30:1
**flat** 91:22
**fleming** 2:12 5:14
5:14,19,21 7:3
11:11 26:3,9 30:7
31:22 32:6 42:20
46:5,11,17 51:7,10
51:20 52:10 53:17
54:14 55:21 74:15
82:17 86:13 90:24
94:4 100:14,24
118:5,19 126:24
129:6 130:18
132:4 136:2 139:1
139:6 144:10
146:1,21 149:2
150:3 153:20
154:22 179:10
190:15 196:11

197:10 199:1
201:8 207:14
209:5
**flesh** 12:4 55:25
**flexibility** 26:22
199:17
**flexible** 207:9
**flip** 34:16
**floor** 162:19
**flow** 33:1 34:24
160:25
**fly** 82:9
**focus** 17:16 88:8
128:22 168:13
171:5
**focused** 96:22
116:14
**focusing** 33:23
60:22 61:13 75:18
87:12 90:10
144:22
**follow** 69:2 141:18
166:23
**followed** 87:7
**following** 4:2
87:17 134:25
149:17 195:24
202:15
**follows** 6:3
**foot** 33:10
**footnote** 63:2
119:10 151:3
199:21
**foreclosure** 26:23
**foregoing** 210:13
211:18
**forestall** 65:2
**forget** 131:22
143:3
**form** 39:22 61:17
85:14 97:13 117:9

157:9
**formal** 203:25
**format** 118:17
**formerly** 119:8
**forth** 72:24 89:10
94:25 110:25
131:10 139:18
161:9 179:17
187:9 195:2
197:24
**forward** 6:24 66:6
138:9 146:8
184:12 197:13
206:21 209:15
**found** 19:5 22:2
52:16 56:16 58:4
83:9 118:3 169:25
177:14 190:4,13
196:17,20,24
**foundation** 30:7
51:8,21 53:17
54:15 144:10
146:2,22 149:2
**founder** 18:25
**four** 29:12 30:3
43:12 66:11 124:1
132:19 139:21
153:5 164:18,24
**fourth** 152:11
**frame** 19:16 75:5
150:1 194:25
**framework** 167:3
**frankly** 201:18
**freddie** 23:14,18
**fredlaw.com** 2:11
**fredrikson** 2:9
5:15
**free** 6:23 71:5
72:20 73:21 74:10
210:14 211:20

**frequently** 92:7
160:16
**fret** 176:10
**front** 21:9 30:4
61:18 76:13 167:2
177:11
**fulbright** 41:21
**fulfills** 84:20
**full** 7:22 16:7,12
16:19 26:18 50:15
**fully** 47:22
**fun** 26:13
**function** 87:14
93:17 100:7
**functionality** 26:1
74:10
**functions** 37:12
**fundamentally**
166:15 205:23
**further** 28:14
75:25 77:14 99:14
132:12 195:22
197:19 207:12,14
**furthermore**
208:10

### g

**g** 4:1
**gain** 102:7 201:17
**gained** 33:18
159:4
**gains** 156:5,6
206:9
**gartner** 61:4 79:15
**gee** 26:21
**general** 8:15 9:11
14:15,20 37:1
56:19 67:17 96:10
103:13 112:22
123:24 157:11
161:8

generality 33:7
generalizations
  146:4,5
generalized
  161:14
generally 6:14
  19:4 29:10 41:2
  58:19 61:11 95:22
  197:4
generation 87:22
geographic 124:12
geography 131:8,8
  131:15,17
getting 174:9
give 7:20 10:1
  11:18,25 26:1
  28:22 38:9 61:24
  63:1 71:14 72:20
  73:17,20 75:1
  79:2 90:7,8
  122:16 132:15
  135:1 139:8 142:1
  147:2 156:10
  163:4 164:14
  165:8 167:6
  185:18 188:25
  206:12
given 58:25 75:24
  82:11 93:25 110:5
  111:12 120:22
  142:21 146:6
  152:9 153:23
  155:2 180:24
  187:12 188:7
  191:23 192:13
  196:24 198:11
  200:6,13
giving 63:17 69:3
  75:17 85:23 108:3
  114:22 134:22
  141:21 147:25

global 3:16 82:1
  82:13 83:20 84:6
  86:25 92:22 100:2
  101:9,10,13
  108:18 109:6
  116:1,10,17 117:6
  120:5 121:23,24
  126:4,8,14,21
  134:18,20 184:8
globalization 73:6
globally 126:22
gn 69:13
go 4:18 8:3 11:24
  14:1 15:2 22:22
  23:18 26:1 29:9
  61:4 64:19,21,21
  92:16 107:15
  108:20 112:17,21
  125:13 132:6,12
  136:25 137:1
  145:10 147:22
  162:24 168:24
  169:11 172:10
  177:16 182:25
  194:10,22 196:5
  197:16 200:15
goes 179:14 187:7
going 4:9 14:5
  15:23 16:25 17:7
  23:18 26:3 29:15
  40:7 42:22 49:10
  52:10 66:6,6 76:2
  80:10 91:15 106:9
  111:13 118:18,19
  118:22 125:25
  127:2 131:9
  133:21 139:1,6
  146:8 153:7,8
  155:13 156:17
  159:4 162:4
  163:11 164:22

175:12 186:18
  191:13 192:6
  193:2,11 197:1
  201:22 207:1
gold 91:8
good 4:8 5:17 6:7
  6:8,11 23:21 27:6
  77:20 104:20
  106:24 108:22
  118:21 137:12
  156:1 165:2
  191:19,20 201:19
goods 26:8
gosh 195:6
gotten 31:16
  101:18
gould 2:3 4:4,25
  5:13
governed 115:22
governing 115:11
  118:10
government 20:8
  121:20 167:20
grade 16:1
grader 159:9
graduate 16:6,11
  17:4 40:16 159:6
graduated 16:16
grant 35:7 107:11
  109:2 116:4 124:9
  124:21 125:18
  133:10 134:12
  158:5 188:10,12
  191:21
granted 35:8
  59:17 60:8,10
  77:7 96:9 101:22
  120:11,18,20,22
  125:24 128:9
  131:13 161:16
  193:7

granting 145:8
grants 134:10
great 155:19 166:5
greater 73:4
grew 22:1,9
grid 94:9 97:18,20
  97:21 98:13,17,21
  170:23 173:22,24
  175:24,25 176:5
  177:2,24 178:1,9
  180:7,13
ground 6:14,16
grounds 141:7
  197:25
group 12:7,12
  18:9 44:7 102:14
  176:13 199:24
grows 103:1
growth 20:10
guidance 182:4
guidelines 37:20
  38:16 62:13 92:24
  103:4
guides 178:2

**h**

h 3:5
halo 77:24
hamesh 108:14
  126:11,12
hancock 40:18
hand 45:25 50:2
  50:15 135:10
handing 7:14
  49:23 80:20 96:15
handle 15:10
  139:2 196:23
handled 70:19
  196:22
handles 198:16
hanging 165:1

**happen** 165:18 188:10 191:21
**happened** 107:7 111:3 177:4
**happy** 201:16
**hard** 24:1 29:21
**hardware** 15:11 15:16 34:9
**harkin** 106:2 157:2
**hartford** 40:10 42:10,11
**hat** 79:16
**hay** 201:23
**head** 6:20 98:1 99:18 123:8
**heading** 43:10 46:22 57:3,8
**heads** 7:20
**health** 61:1
**healthcare** 59:12
**healthedge** 44:20
**hear** 86:22
**heard** 93:25 107:22
**hearing** 55:20
**heather** 2:6 5:12
**held** 4:25 16:4
**help** 26:23 156:7
**helpful** 6:16 58:4
**hennepin** 208:3
**hereto** 208:11
**hey** 72:18 103:15
**high** 15:23 22:19 87:22
**higher** 64:3 87:8 200:11
**highlight** 57:25
**highways** 167:9
**hilary** 137:1

**hill** 19:12 31:7 32:15
**hilliyer** 45:12 143:3
**hilliyer's** 146:15
**hiring** 78:12
**historic** 185:20
**history** 67:4 91:12 192:13
**hkliebenstein** 2:5
**hold** 74:17 75:16 113:2
**holistic** 132:18
**home** 20:9,14 21:12,12 22:14
**hospital** 59:13
**host** 185:11
**hour** 35:15,16,16 118:20
**hours** 66:12
**housing** 17:22
**hud** 25:21
**huge** 73:14
**human** 108:23 117:20 183:23
**hundreds** 68:22 69:8,16 91:1
**hypothetical** 147:1,3 192:7 198:3 201:4 202:2 202:8 205:12,14

**i**

**i.e.** 12:25 32:25 34:11 43:15 55:11 63:25 94:17 104:20 109:3 155:14 168:5 186:12 191:3
**ibm** 64:24
**idea** 61:7 147:8 201:19

**ideal** 161:4
**identification** 7:12 49:21,25 96:13
**identified** 179:18
**identify** 5:10 7:15 44:17 46:3 119:7 178:12 199:7
**iebp** 44:21
**ieee** 12:20 79:11 79:21
**ignored** 180:18,19 180:19
**ignores** 168:23 184:7
**impact** 132:14
**implement** 24:22 38:3 39:4 104:17
**implementation** 38:25 40:22 44:13 44:21,25 60:1,21 104:18 114:23 133:19 163:6,8 164:17
**implemented** 38:5 130:9
**implementing** 104:18 163:9
**implies** 154:6
**important** 73:1 136:18 170:22 174:11 175:23
**importantly** 114:1 159:14
**impossible** 93:16 93:24
**inappropriate** 149:23
**inaudible** 24:13 108:7
**include** 12:18,21 12:22,23,24 35:4

56:11 113:24 124:10 162:18 195:23
**included** 35:2 171:17,18 209:13
**includes** 45:7 54:23 68:19 149:5
**including** 25:17 28:5 111:21 171:19 199:15
**income** 31:10,20 31:25 32:25 33:1 33:5
**inconsistency** 94:17
**inconsistent** 99:4 169:13 183:21 184:22 185:5
**incorporated** 211:12
**incorporates** 164:13
**incorrect** 18:21,22 30:10 79:6 124:25 127:15 200:13 201:6,6
**incorrectly** 184:9
**increasing** 15:16
**increasingly** 73:3
**incurred** 76:10
**independent** 62:4 79:14 105:21,23 106:16 107:5 108:21 140:3 142:2,10 150:16 180:25
**index** 36:12,12
**indiana** 1:9
**indicate** 115:3 127:24 138:7 143:5 144:4

189:18
indicated 116:16
indicates 61:14
115:25 116:9
117:6
indicating 108:10
125:7 209:13
indication 180:25
indicator 113:15
indirectly 47:17
individual 137:11
individuals 93:8
industries 9:2 18:8
57:12,13 129:21
155:14 157:18,23
158:4,8 159:12
industry 8:12,22
8:25 9:1,4 11:5
15:7,15,20 20:3
38:21 39:16,17,19
40:20,24 50:17,20
53:20 54:1,7,11,20
55:2 56:6,9,15,19
56:23 57:10,10,14
57:21 58:6,10
59:2 60:3 62:18
64:14 65:10 66:24
67:3 73:15 76:6
79:9 85:3,12,15
88:18 90:4,21
92:10,11 100:11
104:6,8,9 105:1,4
105:8 109:1
112:25 113:8,13
113:19 114:19,25
120:13,14 128:19
129:15,20 130:2
130:10,24 131:2,4
131:5,25 132:3,9
133:13 139:24
140:7 142:22

147:16 154:12
155:13,14 157:16
157:17 158:7,11
158:15,19 160:3
161:12 163:6,17
164:3 165:20
185:16,20 188:16
189:13 191:24
192:9,21 196:25
197:15 198:12
199:6,8 202:24
203:18 204:16
206:17,18
information 13:10
25:3 30:23 37:1
58:5,10 78:20
79:16,17 80:1
81:23 82:11,23
83:12 84:5,13
85:6 90:9 94:18
94:23 96:17 103:7
103:8 107:12,12
108:19 146:23
151:1,6 152:16,24
156:7 181:6 183:6
183:7,11
infrastructure
83:19
initial 36:8,8 76:23
85:9 87:16 130:4
152:16 169:14
173:7,18
initially 17:1
19:18 20:22 23:18
29:13 35:4
innovation 20:11
20:21
innovative 20:17
insist 36:10
install 119:15,20
120:1

installation 111:24
112:5,13 124:11
125:19,25 131:10
installed 121:7
125:10
installing 119:12
instance 50:9
instances 70:16,20
70:20 161:21
192:24
institution 20:15
21:3 78:17
institutions 14:12
14:15,16,17 20:4
21:7 25:6 27:2
28:1,8 29:1,8
35:19 36:16 40:5
instruments 20:19
insurance 1:9,9
4:22 7:4 18:7
38:21 39:16,17,19
39:24 40:1,2,3,8
40:10,12,14,17,20
40:24,25 41:1,5
87:23 181:20
209:6 210:3 211:3
insurtech 40:22
intellectual 13:4,7
intend 111:23
intended 116:1,9
116:16
intentions 166:18
interact 158:9
interacted 38:12
interest 20:21
23:11 29:5
interested 5:9
17:21 20:5 21:8
21:10 31:8 70:10
70:13 208:11

interests 87:20
interface 24:4
interfere 4:15
interference 4:13
intermountain
59:12 60:25
internal 71:24
76:15
international
113:15 122:4,5
186:1,6 195:17,20
196:8
interpretation
10:11 105:18
108:4 120:16
134:22 147:25
148:24 205:8
interpretations
104:13 114:22
129:24
interpreting
104:15 127:17
interrogatory
143:8 150:21
151:5,8,9,10,11,13
169:15 170:4
172:12,13,17
179:7
interrupt 45:22
136:2 139:3,7
176:6
interviewed
105:25
introduction
56:14
intuit's 74:7
inverse 64:2
investigate 150:1
investigated 150:4
investment 21:21
30:24 76:17

**involve** 46:5,23
47:15,16
**involved** 15:24
33:15 39:23 44:3
44:11,12 56:17
58:6 61:10 69:9
104:7 105:9,12
133:13,14 192:24
193:4
**involving** 46:1,7
59:23 60:8 69:18
**ip** 44:10,11 60:1
**irma** 174:20
**isaac** 1:6 4:21
141:14 144:9
209:6 210:3 211:3
**issue** 15:17 36:22
50:22 53:22 54:12
54:16 55:6 58:14
60:7 67:15 70:22
77:5 102:9 104:5
123:14,17,18
128:6 137:3,12,16
144:25 145:1
168:16 170:22
198:7 203:2 205:8
**issued** 48:7,9,13
**issues** 9:22 10:3
14:18 15:8,14
49:17 54:5,22
60:14 61:10 71:22
77:19 111:13
118:10 131:14
137:11,14 149:5
160:16,17,21,23
161:8,8,17,23
166:7 180:20
189:1 205:6 206:8
**iterations** 19:3
27:22

**iterative** 15:3

**j**

**jackie** 1:25 5:5
**jacqueline** 208:5
208:19
**james** 2:17
**january** 97:16
111:3 140:13
**java** 87:23 179:2
**job** 16:4,7,12,15
**john** 40:17
**joked** 16:14
**journalist** 66:20
**journals** 79:23
**judge** 49:7,15 51:5
54:3
**judge's** 50:23
51:23,25
**jump** 66:4
**june** 1:25 4:5,10
106:19 115:21
116:3 124:19
128:3 132:16
138:17 181:11
208:16 209:4
**justice** 65:1 66:15
**justifiable** 144:16
145:16
**justification**
144:20 145:4,25
146:19 148:12,14
149:14,15
**justify** 30:24

**k**

**keep** 68:1 91:15
155:21 175:12
**keeping** 15:18
70:24 76:2 194:2
**kenneth** 65:4

**kernel** 24:10
**kick** 23:13
**kind** 11:24 29:15
29:20 35:11 48:24
65:20 103:4 132:1
133:24 136:4
148:10 167:24
**kinds** 20:18 23:15
33:21 34:9 71:22
86:5 91:5 118:8
158:5 160:12
164:14 173:21
**kliebenstein** 2:6
3:3 5:12,12,16,20
6:6,8 7:13 11:13
26:7 27:10 30:12
30:13 31:24 32:8
42:21 43:5 46:7
46:15,20 49:22
50:1 51:17 52:2,9
52:12 54:8 55:16
55:25 56:2 74:17
74:20 80:8,18
82:24 86:14,17
92:5 95:4 96:14
100:17,19 101:3
103:24 106:8
114:10 118:12,21
119:5 123:3 127:1
127:8 129:9
130:25 132:13
136:9,11 139:4,12
144:6 145:20
146:17 147:18
150:15 154:11,24
156:14,24 158:23
179:11 186:15
187:1 190:21
196:14 198:2
199:2 202:1
207:12,16

**knew** 108:10
122:11 125:2,4,5,7
125:9 127:24
138:11,11 197:21
**know** 6:14,21,23
7:18 8:1 12:15,16
33:12 37:5,12
38:23,23,25 46:25
47:19 48:15 52:8
53:13 62:14 63:9
64:10,12,15 66:13
66:21,23,25 67:2,4
70:5 72:18 73:11
74:18 79:1 81:17
81:22 82:2,14,22
85:1,25 101:15
103:11 110:22
121:4 122:12
123:5,7 126:16
131:9 134:19
138:4 143:16,25
157:24 158:2
163:20 167:14
171:9,11 173:11
176:8,8,10 178:16
180:22 196:8
198:19 203:21
206:17
**knowledge** 9:18
11:2 37:20 38:16
39:3 59:18,20
60:23 61:24 68:20
79:18 80:2 114:18
136:22 137:24
146:6 176:16
205:24
**known** 120:4
161:22 181:18
**knows** 126:21
**kursh** 1:16 3:7,8,9
4:3,20 6:1,7,25

33:6 43:3,6 45:22
46:11 47:25 50:3
50:16 65:17,21
73:16 80:16,19
118:16 119:3,6
127:9 156:25
157:4 158:24
181:2 186:24
209:8 210:4,9
211:4,13 212:20
**kyle** 2:22 5:3

**l**

**label** 34:5 105:5
137:8 171:14
**labeled** 168:22
**labels** 33:22 91:6
**laboratory** 200:2
**labs** 200:5
**lack** 51:7,20 53:17
54:14 146:1
**lacks** 149:2
**language** 63:9
87:1,13,25 99:20
108:4 110:5
115:24 122:1,13
123:6,22 124:10
125:22 127:17,18
130:6,14 141:3,25
142:10 147:24
166:14 205:3
**large** 40:3 59:12
63:18 65:8 88:2,2
88:8,9,20,20,25,25
89:13 90:11,11,13
90:14,16,16,22,22
92:2 98:6,6
163:12 172:19
**largely** 102:17
**largest** 40:14
**law** 7:2 22:23 25:6
25:20 28:1,8

35:19 113:15
115:1,11,18,22
116:14,15,24
117:5 118:1,3,10
**laws** 115:23
**lawsuit** 47:25
54:12 60:1 177:3
177:4,8 187:2
**lawsuits** 188:18
**lawyer** 9:16 45:18
108:25 118:6,15
120:13 134:22
**lawyers** 148:6
**lay** 108:25 129:19
129:21
**leading** 22:14
**learn** 25:8 165:20
**learned** 21:7 22:23
36:25 136:15
137:6,8 144:8
**leasing** 76:15
**leave** 165:1
**leaving** 19:18
**led** 31:11
**left** 19:12
**legal** 5:4,6 9:16,22
10:3 209:1 212:1
**lenders** 23:5
**lending** 21:10
24:12,13
**length** 7:22 32:22
191:11 192:4
193:10
**lengthy** 7:24,25
**les** 135:25 136:3
137:9
**letter** 195:11
209:19
**level** 33:11 36:19
76:7 87:9 102:23
187:22 189:6

190:14 191:10,13
198:24 199:12,13
200:1,21 201:11
201:14
**levels** 165:6
**lexisnexis** 45:19
**liability** 190:4,9
190:13 196:10
197:2,4
**liberty** 40:11,13
41:22,23,24 42:7
**license** 34:15,22
35:1,7 36:8,9 44:4
44:9,11,12,22 46:2
46:8,24 47:4,8,20
51:11,14 57:10,20
59:9,14 60:10
62:14,16 67:24
68:13,23 69:9,11
69:13,15,18,22,25
70:1,5,7,12,25
71:11 72:20 73:1
73:12,19 74:24
75:8,9,13 76:23
77:1,2,3,7 78:11
82:4 84:1,4 85:9
88:2,24 89:25
90:12 91:22 93:10
94:3 95:8 96:5,7
96:11 98:21,23
99:13,16 100:13
100:23 106:12,18
106:19,20 107:10
107:14 108:7,18
109:2,6 110:16
112:1,7,12 114:13
115:19,21 116:1,3
116:7,9,16 117:3
117:10 118:2,4
119:18,25 120:3,6
120:20,22,23,24

121:1,9,11,23,24
122:9,14 124:9,18
124:21 125:3,18
125:23 126:9,17
126:22 127:16,19
128:9 131:6
132:12,16 133:2
133:10,15 134:10
134:12,18,19
135:7 136:6,14
138:5 139:18
140:14 152:21
154:13 155:1,3,4
157:6,13 158:1
161:16 162:5,8,17
163:3 167:2,21
168:5,23 169:4,14
171:10,18,19,21
171:24 173:7,8,18
173:23 179:2
180:16,16,19
181:24 184:7,8
187:4,12,15,18
188:8,9,11,25
189:19 190:14,19
191:10,13,16,17
191:24 192:22
193:5,15 195:18
195:25 196:15
199:13,17 200:12
200:21 201:11,15
201:16,25 202:14
203:2 204:14,22
204:25 205:13
**licensed** 21:24
73:8 89:22 95:9
95:12 169:6
194:11 200:3,8
**licensee** 24:23
34:23 35:18 37:4
37:21,24 58:19

68:1 71:2,10
72:13 73:9,21
78:13,14 84:19
85:13 87:10 88:23
89:3,21 91:22
96:3,9 101:23
102:10,24 103:1,3
106:22 116:5
117:11 122:9,24
124:2 131:19
148:14 154:14
155:12,25 158:12
162:3,6,22 163:9
163:14,22 164:21
165:1,22,23 166:4
166:9,25 188:3,11
191:19 194:2,21
194:23,24 201:16
206:9
**licensee's**  163:5
201:2
**licensees**  9:5 24:24
27:12,24 28:3,4,12
32:19 34:19 36:21
70:17 82:6,20
85:6 89:18 90:4
91:13 92:2,16
93:10 98:23 101:8
162:11 163:1
165:1,18,25
189:14 199:14
200:20 201:12,20
**licenses**  29:20 33:8
33:11,15,21,24,25
34:3,6,7,8,9,10,12
34:17,19 35:21
36:20 45:1 57:24
59:3,6,25 60:2
67:21 71:7,14,15
78:17 86:23 91:1
93:6,23 98:11

101:24 102:22
120:18 121:16
123:22 126:13
157:6 158:25
161:1,2,25 162:23
162:25 168:17
170:12 187:5,19
187:22 189:6,10
189:14 194:18
198:24 199:12,25
200:1 206:19,19
**licensing**  8:13 9:5
9:8 11:6 12:25
18:15,17,18 33:17
33:18 34:1 35:2
49:8,9,9,10 54:23
57:23 60:4,7,17,19
60:20,22 62:3
65:15 66:24 67:3
71:2 72:10,11
77:12 78:1 85:15
92:9 96:2,5 97:23
97:23,24 101:12
123:12 128:19
131:2,4,20,21,22
131:25 132:3
133:25 134:4,6
135:24 136:4,24
137:10 139:25
140:8 155:22
161:12 167:24
170:17,18,21
171:11 180:15
184:3 188:5 191:1
192:14 196:2
**licensor**  68:9
70:10 71:3,4
72:14,18 73:20
76:2 77:17 78:2
78:21,23 85:14
86:7,11 89:2

91:11,19 101:23
102:12,24 103:3
103:16 122:13,15
122:21,22 124:2
145:3,4 153:12
155:16,25 156:3
161:24,25 162:1,3
162:22 164:16
166:22 168:1,5
188:12,14,14
191:18 194:8,21
194:22 201:13,14
**licensor's**  75:2,14
102:19 131:18
201:4
**licensors**  70:11,16
70:21 88:17 89:8
89:12,17 90:3,12
90:20 91:16
100:11,22 101:6
101:19 102:2,5,8
121:22 155:10
162:9 189:14
199:14 201:12,23
**life**  12:21 40:18
57:14 129:14
200:3,23
**limit**  26:9 112:12
131:7 166:6
**limitation**  134:10
136:13,15,18
138:24
**limitations**  131:14
131:15,16
**limited**  50:18
124:11 145:8
195:23 199:15
**limiting**  101:10
121:23
**limits**  34:15

**line**  206:1 209:13
211:7 212:3
**link**  21:14
**linked**  19:23 34:19
**links**  24:3
**linux**  69:21
**liquidity**  19:8
**list**  3:16 20:25
44:16 58:20 61:8
71:9 77:10 82:1
82:13 83:20 84:7
84:18 86:25 87:6
92:22 93:16,25
94:2,12 95:13
98:12 100:3
101:10,11,14
191:3
**listed**  20:4 43:9,17
43:18 44:2,5
46:21 172:9,13
174:19 211:7,17
**listen**  15:1 66:7
**listing**  43:13 53:8
211:7
**lists**  8:7 77:22
95:12 191:4
**literally**  25:25
**literature**  155:18
**litigation**  43:17
56:17 60:15 62:24
153:14 184:16,23
188:23
**little**  7:20 12:5
22:6,20 57:8
73:19 75:17
144:19
**live**  56:18
**liveperson**  45:21
47:1
**lives**  56:18 58:9

**load** 26:17
**loaded** 122:20
**loan** 20:1 23:25
   40:7
**loans** 20:18 23:5
**local** 22:21 23:4
**located** 4:25
**locating** 78:22
**location** 108:11
   118:14 121:5,13
   161:18
**locations** 122:10
**lodge** 88:9
**long** 7:21 8:1
   16:23 18:3 26:12
   63:15 87:7 118:18
   118:18 147:6
   161:19 206:14,15
**longer** 164:24
   206:16
**look** 5:17 7:6 8:6
   12:14 17:12 19:19
   30:19 50:4 52:13
   54:17 62:10,25
   63:2 66:19 79:9
   79:10,19 81:2
   86:18 96:7 99:16
   101:20 106:17,25
   107:8 108:20,23
   110:6 117:1,7
   118:14 129:25
   131:11 132:8,17
   132:19 137:22
   141:1 146:9
   154:20 161:20,20
   161:21,23 162:1
   168:21 171:25
   173:20 178:25
   181:5,16 182:1,20
   182:24,25 195:8
   195:10

**looked** 62:21,23
   69:8,11,17 79:1
   96:19 130:21
   143:1 153:23
   169:23 170:9,24
   172:4 174:13
   175:24 178:14
   195:13
**looking** 11:7 12:4
   45:23 50:14 58:16
   59:25 60:2 68:22
   72:14 89:21 104:5
   104:21 105:19,22
   119:8,10 133:21
   133:25 134:23
   139:21 142:2,11
   152:14 160:13
   161:7,16 175:24
   178:6,23 182:14
   183:4
**looks** 52:6 137:23
   160:16,17 163:20
**lot** 25:23 35:20
   60:6 65:22 79:17
   92:2 101:25 158:8
   158:8 160:1,5
   161:6
**low** 67:25 160:4
**lower** 199:15,17
   200:23 201:15,15
**luminary** 65:4
**lunch** 74:19 80:9
   80:12

**m**

**mac** 23:14,19
**macfarlane** 45:14
**madam** 209:10
**mae** 23:13,18,20
**mail** 2:5,11 25:18
   26:15 77:18
   108:17 109:17

111:11 126:6
   159:21 171:7,23
   171:24 187:7
**mails** 108:13,16
   109:5,8 110:7
   127:13,22,23
   175:9
**maintain** 25:12
**maintaining** 70:11
**maintenance**
   32:20 35:1,5,9,13
   35:23,24 36:2,9
   69:5 70:13 72:23
   76:3,4,7,12,18
   124:18 171:20
   194:21 206:6,23
   207:1
**major** 21:21 22:2
   27:1
**making** 30:21 31:2
   69:4 71:2 100:9
   156:2 194:15
**manage** 13:7,8
   25:10 167:11
   193:23
**managed** 41:14
   201:18
**management** 8:11
   8:15 9:1 11:15,19
   11:23 12:3,18,22
   13:3,13 27:7 42:1
   42:12,13 45:11,15
   54:22 60:25 64:23
   65:14 83:18 87:4
   103:14 129:18
   160:9,10 161:8
**manager** 87:23
   148:4 164:20
**managing** 60:24
**manner** 88:19,21
   88:22 89:9,11,19

89:20 91:18
   175:17
**map** 91:14
**march** 151:10,11
**marginal** 75:23
   160:3
**mark** 65:1 132:8
**marked** 3:12 7:11
   7:14 49:20,23,24
   50:2 80:21 96:12
   96:15 119:8,9
**market** 20:9,12
   31:4,5,9,19,19,21
   31:25 32:4,21
   33:2 63:22 73:23
   73:25 74:2,4,7
   102:15 159:14,21
   160:13 190:24
   194:1
**marketing** 12:23
   17:23 25:17 54:22
   84:11,20,21,23
   85:13 86:2 156:5
   159:7,7,10,22
   181:23
**marketplace** 37:3
**markets** 22:22
   23:6 33:3
**marks** 43:2 80:15
   119:2 156:22
   186:23 207:17
**markup** 87:24
**massachusetts**
   20:15
**mastil** 45:14
**material** 7:11
   31:15 49:20,24
   61:15 79:15,25
   96:12 135:25
   144:19,20 145:14
   145:23,24 146:19

material 147:4 148:9 153:8 154:6
materially 170:25
materials 36:25 61:6 62:23 86:11 105:19 136:3 137:7 170:10
matrix 3:10 94:10 96:21 98:13,18,21
matter 4:21 7:1 9:21 11:1 45:21 47:7,21 48:7 52:5 52:15,18,21 53:1 54:18 56:15 60:7 60:9 61:14 64:13 77:18,20 87:3 107:8 117:23 128:24 130:12,23 132:21,24 140:4 152:4 178:3 185:8 185:9 186:10 198:21 199:5 203:17 204:3
matters 43:17 44:11 56:18 59:23 60:15 132:25 137:16 208:7
mcgraw 19:11,12 31:7 32:15
mckone 1:25 5:5 208:5,19
mean 10:9,14 26:12 37:11 48:1 48:2,19 75:1,3,19 77:1 89:19,20 103:25 116:12 163:8,14 176:6 178:4 187:25 190:6 197:15
meaning 49:11 75:11 104:16

107:18 118:2 120:15 130:16 135:8
means 14:13 134:25 136:14
meant 106:14 162:6
measured 176:3
measures 103:8
media 4:19 43:2 80:15 119:2 156:22 186:23
medium 88:1,8,9 88:19,25 89:13 90:10,13,16,22 91:5 98:6 131:21 165:6 170:2 172:13,16,17 180:13
meeting 94:23
member 135:23 176:24
memories 108:22
memory 12:15,16 106:15 117:19
mention 57:17 77:9 115:11
mentioned 10:5 11:14 38:15 80:5 98:12 115:1,1 126:10,11 128:14 141:11 142:16 155:3,6,9 166:24 171:3 172:8
merchant 2:3 4:3 4:25 5:13
merchantgould.c... 2:5
merger 111:3 140:17 143:15 144:1,2,3,9 145:10

154:14 158:13 184:3 196:3
methodology 89:10 169:24 172:21 174:2,5 183:9 184:4,25
methods 90:3
metric 90:11 91:21 163:6,17 169:23
metrics 33:4 34:1 34:7 59:16 89:1,4 89:13,16,17,24 90:1,13 91:2,2,5 91:16,19,25 92:14 93:18,19,21,22 94:12 96:24 101:7 102:2,5 103:9 131:19 161:11,14 161:15,15,17 162:9,10,15,15,21 164:8,9,11,13 165:10,13,15 194:14
michael 79:10
microphones 4:11 4:15
microsoft 64:24
middle 15:21 178:25
midsized 59:6 74:14
midwest 22:15 209:17 212:1
million 153:2,3 197:23
millions 39:1
mind 54:9 70:24 109:17 141:6
minds 49:13 58:8 163:24 164:2

minimize 166:16
minimum 14:22 158:20
minneapolis 2:4 2:10 4:4 5:1
minnesota 1:2 2:4 2:10 4:5,24 5:1 167:15 208:1,5
minus 160:25
minute 33:6
minutes 126:25 176:14
mips 161:19
misnomer 58:18
mispronouncing 154:4
missing 7:18 29:6 100:16
misstated 155:7
mistake 180:8 183:22 185:9 186:11 202:11
mistaken 117:8
mistakenly 200:11
mistakes 29:4 117:20 183:23 188:3
misunderstanding 135:2 166:3
mitigate 15:13
mitigated 29:4
mix 206:5
mockups 14:20
model 169:19 174:7,7
modeling 182:3
models 40:23 94:11,13,14,17,20 94:21 161:3
modifying 22:5

**module** 160:5
**moffat** 126:11
**moment** 38:8
44:15 46:25 73:24
81:1 104:3 109:9
**moments** 90:8
136:8
**money** 69:4 72:1
156:2 167:13
206:1,3
**month** 13:22
150:23 178:14,17
178:20 181:7
**monthly** 34:13
41:3 90:2
**months** 164:18,23
164:24
**morning** 4:8 6:7,8
6:11
**mortgage** 20:7,9
20:12,13,23 21:1,3
21:4,10,11,18,20
21:25,25 23:10,12
23:16 26:24,25
27:5,8,13,18 34:4
40:5,8
**mortgages** 23:17
**motioning** 52:3
**mountain** 59:13
**move** 6:24 57:3
66:8 80:20 88:7
100:1 110:9
**moves** 154:21
206:17
**moving** 140:12
152:3 156:11,25
**multidisciplinary**
17:11,20
**multipage** 70:6
**multiple** 35:14
36:1 61:12 63:12

64:7 67:14 70:16
79:6,22 87:19
90:7 94:4 98:8
100:15 101:12
102:14 108:8,12
110:7 111:5
117:15 126:15,20
130:21 133:5
137:2 138:6
162:25 165:4
202:19
**multiples** 33:4,4
**multistate** 44:21
**mumbling** 133:23
166:22
**municipalities**
167:23
**municipality**
167:13
**murphy** 106:2,10
**mutual** 40:11,13
41:22,23,25 42:7
**mvp** 14:23

**n**

**n** 3:1 4:1
**name** 5:3 19:3
27:19 44:6 126:12
154:4 209:6 210:3
210:4,15 211:3,4
211:21
**named** 77:15
86:19,23 87:2,13
89:9 92:9 95:24
156:4 170:20
182:5 193:14
**narrow** 193:3
**nation's** 40:14
**national** 23:20
**nature** 68:6 117:6
**nda** 133:22

**ndas** 118:8
**near** 67:22 68:14
**need** 6:20 11:20
25:23 72:18 75:1
81:10 83:2 84:25
89:11 107:6 110:4
115:4,6 117:7
123:8,24 124:4
125:22 128:18
132:12 135:20
142:5 144:17
146:23 147:2
148:3,6 151:16
156:13 158:22
178:22 182:20,25
195:4,7 197:12
200:12 202:5
**needed** 23:7,14
56:22 87:8 126:13
145:7 148:19
**needs** 22:21 73:5
**negotiable** 87:11
205:21
**negotiate** 36:10
89:18 124:3
135:18 148:16
188:5,17 193:8
**negotiated** 33:25
34:16 49:14 59:10
70:8 73:2 76:21
77:8 92:16 98:23
101:8 122:24
133:14 162:10
163:24 165:5
166:9 168:6 187:3
195:1 206:20
**negotiating** 13:1
59:14 124:4
131:23
**negotiation** 57:6
57:18 101:23

165:15 191:19,20
192:7,7 197:25
198:3,7 200:19
201:5 202:3,9
205:12,14 206:23
**negotiations** 31:7
32:23 73:2,18
87:10 105:9,12
110:14,20 111:7
111:10,16,18
133:14 138:10
153:11 154:18
164:12 165:14,17
192:25 193:5,17
193:20 195:10
**neil** 169:17
**neither** 117:7
154:4 208:9
**net** 33:5 62:13
84:1,4 179:2
180:14
**network** 21:12
**never** 18:17 54:2
114:3 138:18
139:15 145:24
158:11,14,19,20
**new** 21:22 69:13
70:24 115:14,24
116:25 155:23
156:8 205:5
**newark** 41:6
**newspaper** 16:1
**nice** 25:5
**niche** 22:2
**nine** 71:5 94:9
97:17 98:13,17,20
170:22 173:22
176:4 177:1,24
178:1 180:6,13
**noah** 40:18

non 157:10,11
normally 92:1
norms 19:25
northeastern 17:1
  18:6,10
notarized 209:14
notary 208:5,15
  209:25 210:10,18
  211:15,23 212:23
note 4:11 9:13
  33:17 93:12 151:3
  160:2 192:15
  199:21 209:12
noted 48:10 58:13
  72:16 187:16
notes 61:16 197:3
  208:8
notice 4:6 166:7
  195:11
noticing 208:13
notified 123:20
notion 61:6
nowadays 24:2,3
  35:15
number 1:4 15:9
  43:9 48:6,15 71:2
  79:7 86:16 89:4
  89:25 91:3,23
  95:10,11 96:2,6
  97:2,10 100:8
  103:17,19 120:17
  127:11,12 150:22
  150:25 161:1,20
  162:16 169:9
  170:9 171:15,25
  172:1,2 175:15,23
  175:25 176:1
  177:25 178:8,14
  178:15,17,19
  180:6,12 181:7,17
  182:10,21 184:22

185:5 194:14,14
  200:11 207:1,4,5,7
  209:7,13
numbers 29:16,17
  39:10,12 94:24
  103:5 198:14
  202:20 211:7
numeral 56:14
numerous 59:22
  62:4 127:20 160:9
nuts 27:3

**o**

o 4:1
oath 5:7 6:3
object 26:3 53:17
  75:18 90:24
  100:24 150:3
  153:20
objection 11:11
  30:7 51:7,20
  54:14 55:21 82:17
  94:4 100:14 118:5
  129:6 130:18
  132:4 144:10
  146:1,21 149:2
  190:15 196:11
  197:10 201:8
obtain 67:22
obtained 25:12,13
  25:14
obtaining 71:10
obviously 59:15
  78:2 105:15
occupied 68:3
occur 149:17
occurred 42:6
  141:2 177:8
occurring 193:11
offer 70:7 71:4
  197:8 205:15,17

offered 21:3 74:10
  77:14 86:5 196:15
  196:17 199:4
offering 41:9 65:7
offers 111:7
  197:14
office 21:17 41:6
officer 110:2
officers 20:1
offices 29:3 34:2
  82:10 133:3
official 210:15
  211:21
oh 27:16 119:6
  161:15
ohio 209:2
ohnbing 155:18
okay 5:20 8:1,6
  10:17 12:14 16:20
  18:25 19:4 26:9
  32:10 35:16 36:15
  37:7 44:1 46:17
  62:25 71:13 80:19
  88:7 100:2,5,24
  104:15 109:1
  111:15 115:10
  116:19 125:21
  127:1 130:8
  134:24 135:14
  139:1 148:13,15
  154:1 162:3
  163:16 164:20
  165:2 166:5 168:9
  168:15 176:8
  179:6 185:25
  186:15 207:16
old 29:3 161:18
oliver 108:15
  126:16
omega 19:21 20:4

once 38:5 201:21
ones 69:17 90:7
  109:10,20 156:10
  172:6 200:25
ongoing 32:20
  78:20 156:3
  199:15
ons 72:9,15,15
  164:6
open 24:2,24 25:5
  69:2,12,18,21,23
  69:24 73:13 79:16
  181:19
operates 37:8,11
operationally
  166:15,19
operations 82:15
opinion 51:24,25
  54:10,11 55:18,22
  63:11 65:10 74:21
  75:12 82:10 98:16
  104:22,23 107:16
  109:22,23 112:4
  112:20 116:8
  117:9,23,25
  119:24 124:8,12
  124:23,25 128:2
  128:13 135:21
  136:21 137:25
  138:1,3,8,20,23
  139:17,20 140:18
  140:19 141:4,23
  141:24 144:7,12
  145:24 147:19,22
  147:23 149:12
  158:10 172:24
  173:25 179:21
  183:14,16,18,24
  184:20 185:10,12
  185:21 186:11,12
  187:2,23 188:19

[opinion - part]

188:20,24 189:4
190:12 191:5
192:23 202:2,5,8
202:11
**opinions** 9:17,20
10:17,18,22 11:7,9
64:8 81:15 85:12
87:11 112:23
113:5 122:8 125:1
127:9,15 128:5,20
129:4 130:14
132:14,22 138:12
141:21 143:11
146:14 147:14,15
148:17,25 149:4
149:21 152:20
153:17 181:3,4
183:1,2,4 184:18
198:3,18 201:2,3
203:1,3,5,13,14,16
203:19,19 205:10
**opportunities** 15:1
**opportunity** 68:1
70:14 139:9
**opposing** 49:12
**opposition** 45:13
60:13
**option** 120:22
196:20,21
**options** 87:14,17
103:2 145:7
**oracle** 60:13,14
61:15,16,20,21,21
62:7,19,24 63:15
64:24 65:5
**oracle's** 65:2
**order** 50:8,24
53:13,18 67:22
121:2 141:1,6
202:5

**ordering** 208:13
**organization**
137:10 194:5
199:25
**organizations**
16:10 23:11 36:5
40:4 64:22 155:20
199:18
**organized** 99:20
99:21
**original** 34:20
62:16 106:19
109:13,22 115:5
115:19,21 117:23
122:3,6 169:24
172:11 208:8,12
**originally** 46:12
169:6
**origination** 20:7
21:14,25 23:7
27:4,5,13
**originations** 20:24
**outcome** 5:9
**outlines** 93:12
**outside** 24:19
55:21 110:23
111:16,24 112:6
120:1 122:10
124:17 125:3,8,10
127:25 133:4
138:6 155:13
195:17
**overall** 8:22 56:13
103:22 126:14
130:23 146:6
159:12 160:18
185:9
**overview** 9:4 56:6
56:10
**owned** 41:16

**ownership** 45:9

**p**

**p** 4:1
**p.m.** 80:11,13,13
80:17 118:23,25
118:25 119:4
127:3,5,5,7 156:18
156:20,20,23
186:19,21,21,25
207:18,21
**pacer** 52:16,24
**package** 23:9 71:6
71:17 72:16
**page** 3:3,7,8,9,10
3:14,16 8:4,4,7,23
9:15 12:9,11,12,14
17:13 43:6 50:14
53:5 63:19 64:19
64:20,25 66:19
67:7 76:24 83:6,7
84:3 86:12,13,15
92:18,21 96:18,18
97:1,4,9,9,10,11
97:11,12 99:1,10
99:12 112:21
113:21 140:12
143:9 149:22
151:3 169:1
170:15 185:23
195:21 204:10
209:13,15 211:7
212:3
**pages** 7:21 62:11
96:20
**paid** 20:20 38:25
69:18 171:10
**paper** 13:1 86:10
135:10
**paradigm** 2:22
**paragraph** 7:8 8:6
9:3,6,8,9,10,15

50:15 53:7 56:4
56:20 57:3 58:16
58:17 61:11 62:15
63:14,20 64:8,18
64:19,20 67:7,16
67:17,19 69:1
72:25 74:21 75:6
75:7,17,21,22 77:9
79:4,7,13 80:6
83:5 86:6 110:9
110:10,11 111:19
112:11,15,16,21
113:21 114:9
117:17 120:9,10
122:3,5 124:8
125:15 128:7,7
138:16 139:13,14
139:22,23 141:4
141:17 143:23
145:6 153:1,3
154:25 155:7
156:11,25 169:5
169:22 170:23
172:16 179:1
181:5,9,12 187:20
189:8,25 192:10
195:22 197:7
199:9,10,20 201:7
**paragraphs** 56:4,5
56:12,13 58:3
112:17,22 113:4
114:9,11 117:16
120:8 141:18
149:24 157:1
203:2,13
**parameters** 25:25
**paren** 181:19
**parking** 167:22
**part** 10:5 12:16
15:23 16:9 32:9
32:11,23 34:21

56:13 59:15 60:20
71:6,17 72:16
73:14 77:6 78:1,3
87:16 122:5
123:25 128:24
138:9,21 139:19
142:20 159:9,10
159:22 160:7,10
162:14 163:12
165:14 168:20
171:9 186:8 211:9
**partial** 50:24
**participating**
193:17
**participation**
161:7
**particular** 20:24
24:21,23 25:18
28:21 30:2 43:22
50:21 51:4 53:22
54:18 55:5 56:10
72:1 73:19 78:11
82:7 86:1 87:9
93:8,9 95:25 96:7
102:18,19 163:19
174:14 194:25
206:10
**particularly** 8:12
11:4 14:4,19 15:8
17:20 18:10 20:17
34:15 36:8,18
38:1 39:21 65:8
69:17 70:6 102:11
107:13 175:8,10
192:14 196:22
199:22
**parties** 4:17 5:11
9:21 34:20 44:18
45:16 47:2 49:14
53:4 54:3 55:9
70:9 76:21 77:8

81:22 92:17 104:6
104:12,17,19,24
104:25 105:13
111:6 113:24
114:24 116:20
118:9 122:24
124:5 127:14
128:23 129:25
130:1,3 133:16
139:19 140:3
142:4,8 147:1,7
148:15 152:21
154:19,25 158:6
163:25 164:2
165:5 166:10,18
168:7,7 188:4,7,17
188:19 189:17,22
191:15 192:8,9
193:7,25 195:1,3,5
195:9,11,25 196:1
197:23 198:6
200:19 203:20
205:9,9,16,20
206:2,8,20 207:8
208:9,11,13
**parts** 20:9 22:15
80:25 198:15
**party** 5:8 62:4
79:14,15 105:19
105:22 106:16
108:21 110:20
130:10 140:3
142:2 152:3
189:11 191:25
192:2,25 193:4,17
193:20,23 194:9
208:13
**pass** 17:17
**patent** 133:21
**pawloski** 109:12
109:25 187:8

**pawloski's** 196:21
**pay** 32:20 34:13
41:3 61:8 64:3
69:21 74:11 147:8
162:6 167:1,17,21
192:3
**paying** 64:22
69:15
**payment** 167:19
**pays** 58:19 167:13
**pc** 4:25
**peak** 182:15,19
**peer** 31:11
**pending** 26:4
135:13 153:14
**penn** 17:14
**pennsylvania** 1:10
17:10
**people** 14:24 15:1
20:12,23 26:16
29:20 31:16 34:13
35:11,21 36:10
39:1,6,13 56:8,17
58:6,8 78:23 85:5
89:25 94:24
106:13,15 107:6
108:21 122:18
161:22 162:19
166:4 175:22
181:3 198:20
200:4 202:6
**peoplesoft** 65:3
**perceived** 9:23
10:6,10
**percent** 36:4 61:18
61:22 63:8,18,24
63:24 64:5,17,17
67:10 84:21 85:24
86:2 153:25,25
171:20 206:25,25

**percentage** 69:9
70:3,4 76:20,23
162:4 166:25
**performance**
87:22 104:11
130:3 205:6
**performing** 170:6
**period** 42:19
72:21 78:19
**peripheral** 44:12
155:14
**permission** 119:19
**perpetual** 206:18
**perpetually** 73:9
**person** 108:25
129:19,21
**personal** 74:6 87:5
**personally** 65:13
210:11 211:15
**personnel** 12:22
13:9 14:7 173:19
187:10
**perspective** 12:25
60:3 75:2,14
77:16 96:3 102:10
132:18 133:12
134:2 140:6 142:9
164:19 165:18,25
201:3,4,13
**pertains** 179:3
**peterson** 2:22 5:3
**phd** 16:17,19 17:6
17:8,9,11,20,25
**phone** 2:4,10
209:3
**phonetic** 155:18
**php** 14:5
**phrase** 10:5 39:20
51:3,4 67:11,13
76:25 93:24
103:25 155:9,11

phrased  30:9
pick  4:12
piece  73:19 74:24
  116:10 167:12,20
  168:1,6
pieces  24:7
pioneered  159:20
pitch  31:16
pitches  29:7
place  4:14,17 30:8
  42:15 138:2
  144:11 146:22
  179:9
placement  127:11
  128:2 132:15
places  14:1 138:2
  142:15,17,18
  169:11
placing  136:13
plain  29:2 104:16
  120:15 127:17
  128:14,18 129:3
  130:16,16 135:8
  135:16,21
plaintiff  1:7 2:7
  4:21 5:13
platinum  91:9
player  74:7
please  4:11,13
  5:10,23 6:16 8:6
  9:14 17:7 30:10
  39:17 48:4 53:7
  63:19 67:16 68:17
  75:20 93:12 101:1
  109:10,20 112:15
  115:5,6 119:22
  139:10 146:12
  147:11 149:19
  150:13 151:3
  155:8 157:8,9
  168:21 171:3

177:10 181:10
  195:21 209:11,11
plural  116:21
plus  159:13
  188:23
point  18:19 19:22
  63:6 103:5 112:9
  161:4 162:18
  164:22 171:6
  176:14 181:22
points  159:24
policies  40:25
  54:24 153:5
policy  17:21 172:7
  173:10 176:18
  178:20,23 179:3
  180:2 181:20
portfolio  40:7
portfolios  41:14
portion  50:23
portions  50:11
pos  162:18
position  98:20,22
  98:24 99:3,8
  110:14
positioning  123:11
positive  19:8
possibility  165:11
possible  121:4
  200:7
potential  14:10
  50:12 74:22 85:20
  103:3 153:15
  164:6 166:20
potentially  14:6
  67:23
pots  29:2
power  15:16
practically  63:17
  118:7

practice  50:19
  54:10 76:19
  101:11 120:13
  158:11 185:19
practices  8:12
  11:5 36:4 53:19
  53:24 54:1,6,17,19
  54:21 55:1,5,10
  57:6,7,9,17,20,22
  58:1 60:3,16 76:6
  81:18 85:3 104:5
  105:1,7 112:25
  113:7,12,19
  114:24 130:2,24
  132:20 139:24
  140:7 142:22
  144:22 147:16,24
  183:21 185:16,21
  188:16 189:13
  191:23 192:9,23
  196:6,25 197:15
  198:12 199:6,7
  202:24 203:18
practitioner  79:23
preceded  109:16
preceding  83:9
precision  102:7
precluded  50:20
  53:21,24 54:4
predecessor  75:22
predicated  186:2
predictive  182:3
prefer  36:6
prefers  6:19
preliminary  17:14
  17:17,19
premise  72:8
premised  10:18
premises  72:11
premium  41:4
  153:2 174:21

preparation  106:1
preparing  153:17
  168:20 183:1,4
presence  124:23
  141:22,23
present  2:16
presenting  14:24
presents  68:1
press  86:7
presume  190:4,6
  196:10 198:4
presuming  76:4
  189:6 205:13,17
  206:13
presumption
  193:10 197:16
pretty  39:20
  206:17,25
prevent  126:17
previous  42:8 43:7
  120:18
previously  3:12
  80:21 119:9
price  3:16 36:12
  58:20 61:8 62:17
  63:22 64:3,22
  67:25 82:1,13
  83:20 84:7,18
  86:25 87:6 88:18
  89:8,12 90:12
  91:16,19 92:15,22
  93:22 98:21 100:2
  100:7 101:9,10,14
  101:20 159:10,11
  159:24 160:4,11
  161:2,4 162:20
  163:18,22 164:22
  165:3 169:19
  170:19 179:13,14
  184:2 185:17,18
  191:3,4

priced   41:1 168:10
168:18 176:17,20
176:25 177:12
178:5,11
prices   64:4 67:21
86:19,23 87:1
93:16,25 94:3,12
98:12 158:25
160:17 163:23
pricing   9:10 14:8
40:7,24 59:15,16
59:23 60:9,14
62:3,8,12 63:16
68:23 71:8 81:25
82:4,13 85:7
87:14 90:21 92:8
92:23 93:6,15,17
94:1 95:5,6,20,21
97:20 99:13,22
100:6,12,22
101:22 102:3
103:4 111:7
152:16,18 159:12
159:13,14,17,18
160:1,16,21,23
161:8,11 166:24
167:24 170:6,16
171:5,7 172:22
173:6,18 175:8,11
175:17,20 177:6
177:14,21 178:2
179:15 180:1,4,14
183:15,22 184:13
185:1 192:14,16
192:17,20,25
primarily   18:2
39:6 79:5 88:15
89:6 95:3 96:23
170:8
primary   74:6

prior   48:8,8 79:5
145:10 195:11
196:3
private   4:12
probable   96:2,5
100:7
probably   42:16
48:15 148:7
problem   15:5,6
18:23 29:11,13
problems   29:10
166:21
procedure   210:5
211:5
proceed   5:24
56:15
process   14:22 15:4
20:7 21:9,14,20
27:3 35:7 99:21
174:20 175:2,4,12
194:16,16
processes   37:19
38:16 39:3 99:18
processing   21:11
21:25 27:13 34:4
processors   55:6,8
produce   109:10,20
146:13 149:19
produced   29:1
108:9 111:20
147:10 149:7
150:5 203:20
204:3
product   14:22
22:19 25:22,23
28:23 29:18 58:21
70:24 71:11,13
72:11,19 74:7
103:2 123:23
144:5 175:5

production   209:15
209:17,22
products   19:14,18
19:24 21:1,1,2
22:18 25:18 26:16
26:19 28:21 29:23
31:13 35:21 37:3
42:3 69:3,6 70:15
71:10,14,15 72:13
74:23 78:4 85:7
85:21 96:1 141:14
144:9 159:19
160:12 191:1
194:2 205:15,21
206:5
professional   57:14
58:9 129:14
205:18
professionally
56:18
professionals
137:10
professor   14:3
16:8,13,18,23
17:24 65:4 160:22
professorship
16:21
program   13:24
14:11 15:5 24:4
73:8 74:5,9
102:19 159:8
199:23
programmers
25:8
programs   13:16
75:18
project   13:23
38:25 42:1,13
projects   40:19
pronounced   6:9

proof   64:25
proper   137:19,21
properties   23:1
property   13:4,7
22:23
proposal   72:6
196:20 206:22
proprietary   13:9
prospective   21:19
30:18
protection   13:8
provide   10:1
20:25 42:11 47:5
55:19 56:22 58:4
58:23,24 62:12
64:8 66:7 67:17
68:11 70:4,12
78:20 82:10 105:2
114:8 128:20
131:6,13 136:12
136:21 137:13
140:6,10 147:20
150:13,20 151:6
152:6,12 156:7
157:19 167:10
171:3 179:12
184:24 189:16
198:19 201:3
provided   9:20
20:2 43:11 45:7
58:2 63:12 74:9
143:2 145:15
151:14 154:9
160:18 162:2
169:3 171:12
183:6 189:15
providers   34:17
provides   9:16
56:10 62:10 68:19
77:24 82:23 84:19
85:20 137:25

155:15 167:7
184:8 199:13
201:2,11
**providing**  55:12
70:21 78:14 85:13
86:8 129:4 137:4
167:19 172:21
177:2 183:14,15
184:15,18,20
185:21 189:4
205:7
**province**  10:12
91:10 184:14
**provision**  116:15
116:15 117:5,17
118:1,3 144:24,25
204:17,18
**provisions**  142:6
157:4,5,10,12,25
194:20 204:13
**proxy**  169:7
**prudential**  41:5,9
**ptab**  48:3
**public**  56:19 79:15
79:17 80:1 208:5
210:10,18 211:15
211:23 212:23
**publications**  79:12
79:21
**publicly**  60:11
61:5 71:20
**published**  79:11
**publishes**  136:3
**puerto**  113:25
**purchase**  33:12
84:1,4 187:4,21
189:5 198:24
199:11
**purchased**  33:9
**purchases**  200:1

**purchasing**  31:9
187:5
**purpose**  88:23
**pursuant**  4:6
**pursue**  203:21
**put**  12:16,17 26:16
37:9 38:18 58:11
166:18 179:17
206:24
**puts**  124:5
**putting**  153:12
**puzzle**  116:11

**q**

**q1**  151:14
**qualifications**  67:5
**qualified**  50:17
56:8 66:23 67:2
179:1
**qualifier**  113:10
**qualifies**  179:4
**qualitative**  103:6
**quantification**
28:20,23
**quantify**  28:17,19
**quarter**  71:19
**quarterly**  41:3
**question**  6:23
11:21 17:24 26:4
26:7,10 30:11
31:22 32:6,11
33:20 37:7 39:8
39:15,18 46:11,13
46:21 47:22,23
48:5 52:11 55:24
56:11 57:7,11
64:7,25 65:17,25
66:2,7,8 67:11
76:1 81:11 83:16
84:12,16 85:16
86:21 89:7,7 90:9
94:7 96:10 100:14

101:2,5,17,19,25
107:21 109:15
111:14 113:4
116:8 118:17
119:14,22 123:24
125:19 126:23
128:22 129:1,2,11
130:20 132:1,8,17
132:21 135:13,20
136:10 138:25
139:5,8,10 144:1
150:18 154:23
156:12 157:8
158:22 163:7,16
174:18,25 176:7
176:19 177:9
179:10,16 181:4
181:10 182:7,9
185:24 188:21
189:21,23 195:4
197:4,16 198:8
199:1,3 200:18
202:6 203:10,12
**questions**  94:5
176:11 181:2,3
189:2 200:18
207:13,15
**quick**  52:17
156:13,15
**quicken**  74:7
**quickly**  22:9
176:13
**quite**  108:24
201:18
**quote**  63:20 133:8
155:5
**quoted**  64:1

**r**

**r**  4:1 45:3,5,6,7
**raise**  36:11

**raised**  195:19
**ran**  26:18 89:24
**range**  48:16 63:7
63:23 64:16 67:9
**rapidly**  165:20
**rarely**  167:13
**rate**  20:18 102:20
103:11 206:24
208:14
**rates**  23:11 29:5
**rdmbm**  64:22
**reach**  197:24
207:9
**reached**  63:11
81:16
**reaching**  203:19
**read**  8:8 51:22,23
84:9 87:20 110:4
124:3 128:20
130:7,14,20,21
139:22 142:10
148:5 195:2
199:10 207:15
210:5,6,12 211:5,6
211:17
**readily**  69:6 145:7
**reading**  128:15,18
129:3 130:16
135:16,21 141:16
147:23 161:6
197:17,19 209:19
**ready**  80:19
**real**  16:11,15 17:2
17:22 18:3 21:14
21:17 22:3,9,23,25
23:4 27:3 41:16
191:3
**realities**  194:1
**really**  21:8 22:1,7
25:5 26:14 35:17
37:14 96:10 112:8

113:10 122:21
123:24 147:2
164:18 195:1
201:19 205:25
206:6
**realtime** 150:22
176:2 178:18,20
181:7 182:10
**reason** 58:2
128:12 129:22
144:16 145:13,17
148:13 153:14
209:14 211:8
212:3
**reasonable** 103:25
104:2,4,20,23
105:6,7 154:13
190:18 207:6
**reasoning** 189:17
**reasons** 50:18
169:2
**rebuttal** 189:9
**rebutting** 154:8
183:12
**recall** 17:3 33:24
34:24 41:7,19
42:14,18 47:1,3,9
47:11,13,14 48:17
48:20 49:3,18
51:12,16,24 74:1
77:22 79:2 96:17
98:13 106:7 109:9
109:15,19 110:19
115:13,15 116:24
116:25 123:16
126:19 143:14
161:10 170:13
172:5,11 173:13
174:12,17 175:13
175:16 176:21,23
182:12 193:9

195:6,7,15 197:13
203:6 206:21
**recalling** 33:16
**recap** 11:7 127:9
**receipt** 209:18
**receive** 28:11
190:14 205:18
**received** 17:25
28:13,15 98:24
99:8 202:4,7,9
**receives** 84:21
**recognition**
155:12
**recognize** 73:1
**recognizing**
114:17 194:1
**recommended**
21:1
**reconsider** 171:4
**record** 4:9,18
42:23 43:2 80:11
80:15 118:23
119:2,6 125:6
127:3,7 137:19
156:18,22 186:19
186:23 207:19
211:9
**recorded** 4:19
**recording** 4:16
**redo** 147:7
**reduction** 102:8,9
102:15
**refer** 57:5 77:11
88:11 96:24
**reference** 7:7 9:15
17:12 61:3 62:11
71:21 78:7 80:24
81:3 84:12,20
86:8 87:21 93:14
94:10 96:25 97:2
109:8 120:7 122:3

125:12,15 126:4
126:18 133:11
138:2,14 152:25
153:3 165:11,19
171:15 199:9,20
201:17 209:7
210:2 211:2
**referenceable** 68:7
77:21
**referenced** 62:19
63:2 88:16 99:11
125:18 126:7
136:24 140:7,8
143:7 150:6,8
181:8,12 207:4
210:11 211:15
**references** 61:12
68:13 79:20 120:4
**referencing** 97:11
109:13,18,22
151:21,21,23
172:16
**referral** 165:11
**referred** 50:8,24
51:5 96:21
**referring** 51:6
67:13 88:4 98:18
110:18 115:17
126:2 155:11
177:7 178:13
**reflected** 185:6
**reflects** 86:4
**regard** 11:6 36:24
53:25 55:13,17
57:23 62:18 77:19
102:16 107:8,13
108:14 110:3
127:15 157:15
178:3 182:12
186:13 187:17

**regarding** 49:8,11
50:9,24 55:15
82:12 85:12 111:7
111:7 148:17
150:5 151:7
183:21 199:18
**regards** 8:13
68:23
**region** 23:24
159:19
**relate** 69:7 203:8
**related** 5:7 9:20
37:14 40:19 41:13
44:10,25 45:4
60:16 61:5 69:12
74:22 85:21
129:16 159:9
208:9
**relates** 14:4 44:5
45:8
**relating** 54:22
62:23 142:3 201:3
**relational** 64:23
**relationship** 68:7
70:11 154:18
156:1,3 170:21
193:24 196:2
197:23 205:8
206:14
**relative** 37:2 55:4
59:16 91:11,12,12
102:13 104:25
105:7 112:25
113:7,12,18
114:23,24 130:1,1
130:10,10,23
147:16 161:4
188:15 208:10
**relatively** 25:9
35:6 67:25 160:3

release 86:7
relevance 148:25
relevant 81:14
  123:18 153:14
reliable 172:21
relied 170:7
remain 144:13
remainder 139:23
remains 175:6
  186:11
remember 41:20
  109:12 110:21
  115:8 180:15
remote 121:13
renegotiate 163:3
renewal 172:7
  173:10 174:20
  175:2,4 176:18
  178:21,24 179:3
  180:2 181:20
reo 41:16
repeat 103:21
  147:11
repeatedly 153:21
  196:12
repeating 149:6
rephrase 6:24
  30:10 101:1
  135:20 158:22
  174:11 187:19
rephrasing 61:17
  170:14
replicable 183:10
  184:25
replicate 94:13,20
  94:22 95:17 98:3
  99:18 101:14
  173:20 194:4
replicated 94:18
  172:22 174:2,5,8

replication 98:4
report 3:7 7:6,16
  7:20,22 8:17,22,24
  9:16 10:20 32:1
  43:12 48:2,7,9,13
  51:23 52:4,13,14
  52:17,20,22,24
  56:1,4,7,10,12,21
  57:1,19,25 58:11
  58:15 62:9 63:3
  64:9 67:13,15
  68:6,13,15,18,19
  71:1,24,24 72:25
  80:24 81:4,13
  83:1,5,6,8,13 84:3
  84:5,15,17 92:20
  94:10 96:25 97:3
  97:8,13 99:5,25
  104:1 106:1
  107:15 110:9
  111:5 112:5,10
  119:10 120:5,8
  124:6 125:1,12,16
  128:5 129:1
  138:13,15 140:18
  141:18 142:14,20
  143:8,9 145:5
  146:15 147:15
  149:25 150:6
  152:25 154:3,4,7
  154:25 157:1
  160:2 168:20
  169:17 170:15
  171:8 180:17,21
  183:5,18 184:10
  185:3 187:20
  189:9 190:20
  193:15 195:19,20
  195:22 197:1,3,6
  198:18 202:13,15
  202:25 203:5,10

205:11,11
reporter 5:5,22
  6:19 67:1 103:20
  106:4 114:5
  122:25 143:18,21
  158:16 208:5
  210:7
reporting 188:4
reports 43:16,18
  43:19,21 146:16
represent 5:11
  52:15
representations
  99:19
representing 5:15
reps 82:7
reputational 77:9
  77:10,23,25 84:24
  85:21 156:5 206:9
request 150:8,25
  203:25 211:9,11
required 209:25
requirements
  84:21 88:1
reread 63:13
  155:8
research 44:23
  48:2 159:8
resellers 22:18
  24:18,18
residential 23:1
  24:12 28:9
resolution 70:18
  207:9
resolve 199:4
respect 10:10 12:9
  13:9,18 14:7
  35:23 55:3 56:9
  59:17,20,25 60:6,8
  60:10 61:21 62:5
  64:13 71:8 81:24

81:25 99:5 108:11
  111:8 113:20,22
  117:21 123:15
  127:23,23 129:19
  132:11 141:11
  152:3 155:22
  160:18,25 170:11
  175:8 179:15
  180:1,4 192:15
  193:9 196:6
  197:20 205:12
respective 206:7
respond 47:22
  68:17 106:13
  109:11,21 123:10
  129:7 136:17
  139:9 140:23
  152:2,5 205:1
responded 64:6
  153:22
responding 47:10
response 35:15,16
  35:17 66:7 73:4
  101:19 143:8
  150:7,21,24 151:8
  151:9,10,11
  169:15 170:4
  172:1,12,13
  174:23 179:7
  182:21,23 196:21
responses 151:6
  151:14 172:18
rest 102:20
restrictions
  126:17
results 28:20
  150:20 200:3
retail 162:17
retain 43:24
retained 7:1,2,5,6
  7:8 43:21

retired 160:21
retiring 18:5
return 18:10
  77:14,15 167:12
returned 19:13
  209:18
revenue 33:4
  67:23 69:4 74:22
  75:8,10,12,13
  84:14,14,17 85:20
  160:25 161:1
  168:1,3
review 6:16 52:17
  55:4 67:18 79:22
  82:3 105:23 109:5
  152:8 209:12
  210:1 211:1
reviewed 9:17
  31:11 38:15,17,18
  65:14 80:25 81:1
  81:5 92:19 109:7
  140:17
reviewing 79:20
  128:23 203:16
revise 15:2,3
  147:13
rfp 182:23
rico 113:25
right 10:7 19:6
  32:13,15 33:20
  46:8 50:15 56:3
  65:25 72:19 79:16
  80:19 90:19 92:24
  94:3 98:7 105:21
  107:20 109:3
  115:2 117:11
  119:21 120:1
  123:12 128:16
  132:21 147:14
  148:20 153:16
  172:25 176:18

177:15,18 179:20
  182:16 183:17
  198:5 203:21
  207:12,14
rights 35:8 45:9
  59:16,17,24 60:8
  60:10 77:6 78:15
  96:9 101:21,21
  106:21 107:11,13
  109:3 116:4,5
  120:11 126:21
  128:8 131:6,7,13
  133:1 157:21
  158:5 161:16
  188:12 191:21
  193:6 199:19
  200:8 202:25
rigorous 174:2,5
risk 40:6 41:25
  42:12
role 105:2,23
  106:16
rolled 175:25
roman 56:14
route 200:15
rule 29:10,14 36:2
  64:2 102:16
  182:15,19
ruled 49:7
rules 6:14,17
  23:23 24:21 37:18
  38:18 102:11
  148:24 210:5
  211:5
ruling 3:8,9
run 26:17 36:3
  44:16 112:16
  121:17 137:14
  166:8
runs 168:3

**s**

s 3:5 4:1 209:15
  211:8,8 212:3
saas 71:11
safeco 40:15
sale 71:18 87:16
  87:16 162:18
  181:22
sales 12:23 22:14
  71:21 75:8,13
  82:7 87:15 156:5
salesforce.com
  94:11
saving 87:20
saw 116:23 117:1
  122:1 157:11
  180:9
sawyer 82:7
  108:17 126:3
  141:5 142:12
  143:12,24 152:10
sawyer's 143:14
saying 46:6 57:19
  72:18 77:20
  104:15 108:17
  109:2 111:12
  126:3 135:14
  141:5 142:12
  149:16 152:10
  174:13 176:24
  200:15
says 6:2 100:6
  106:24 110:6
  111:15 112:11
  126:12 135:6,7
  145:3 162:1 179:1
  182:3,3 184:6
scale 25:13,14,15
  121:24
schedule 84:1,5
  171:12

scheduling 42:13
school 15:21,23
  16:6,11 22:23
  159:6
schreiber 77:19
  108:16 111:11
  126:8
schreiber's 126:6
sciences 200:23
scientist 200:3
scope 26:18 39:11
  55:22 77:3,6,6
  85:11 106:11
  109:6 116:2,10,17
  117:6 127:10
  128:8 131:6,7,13
  131:24 152:7
  195:18
scores 22:17 82:6
  82:19,20 85:5,5
  109:7 133:15
screen 5:17 25:2
screens 25:1
seal 208:15 210:15
  211:21
search 45:19
seats 161:23
second 23:6 45:3
  61:2 62:3 68:25
  75:16 110:1
  112:11 129:23
  133:7 140:25
  149:10 152:14
  159:17 172:14
  179:1 181:17
  185:8 201:10
secondary 20:12
  23:6 75:9,11
secret 44:13 45:21
  47:7 133:20,23

secrets   13:8
section   56:14,21
  57:17 62:9 83:4
  83:14 84:8,9,11
  86:18 89:10 92:19
  100:4 111:4 115:2
  115:11,12,17,25
  116:8 124:9,17
  125:18 132:23,23
  133:10 134:11
  136:14 138:18
  139:15 140:12,21
  141:1,25 142:2,6
  144:7 148:17
  149:22 168:22,22
  170:15,19 177:16
  185:3 186:13
  190:7 193:12
  202:16 203:25
  204:6,9,19
sections   63:25
  80:23 81:3 204:21
securities   20:13
  23:17 27:1,8 40:6
security   23:10,12
  26:24 27:18
see   17:18 30:19
  34:6 35:15 47:20
  53:8 62:7 65:20
  71:21 77:17,18
  84:18 91:8,9 93:1
  93:2 94:16 113:23
  115:4,6 122:2
  123:6,25 124:8
  125:9,18 131:16
  133:8,10 134:18
  144:24 145:2,15
  146:15 147:12
  151:7 153:6 157:1
  158:3 163:19
  165:25 166:10

168:25 169:11,25
170:24 172:14
173:7,8,10 174:6
178:23 179:6,9
181:24 197:12
202:24 204:12
seeing   103:6
  115:13,15 116:24
  123:17 137:14
  175:16 182:12
  195:6,7
seek   70:17 77:13
  77:13 99:15
  191:20
seeking   46:10
  191:19
seeks   102:24
seen   38:11 39:10
  39:12 44:23 50:6
  69:25 70:8,15,18
  71:6,7,8 73:7,23
  74:2,13 78:16
  82:22 87:3,4
  88:17 89:8 90:10
  90:11,20,25 91:1,2
  91:4,20 92:4
  96:17 99:23
  101:11 102:21,22
  103:4,8 110:21
  118:7 121:10,18
  121:22 123:13,14
  131:17 143:2,5,6
  145:12 146:10
  149:9,15,18
  150:11,12 151:23
  153:7,8 154:7,9,9
  157:21 161:25
  162:15,25 163:25
  166:13 167:24
  171:1 174:3,3,6,8
  187:7 191:22

204:3,13,21 205:2
  205:5 206:18
sees   68:9 130:5
  204:17
selected   106:15
selective   108:22
self   39:20 54:4
sell   19:15 70:14
  164:7
seller   32:23
  190:25
sellers   159:15
sells   26:8
semiannual   41:3
sending   108:16
senior   148:4
sense   192:18
sensitive   4:12 64:3
sentence   64:21
  93:1,13 110:13,18
  112:11 181:18
  198:23 201:10
sentences   87:19
separate   60:18
  198:8
september   19:7,21
series   23:23
  159:23
serve   135:11,24
  156:8 165:24
served   47:24 48:1
server   121:14
  122:20
service   29:3 35:9
  35:23 71:12 78:6
services   7:5 9:10
  12:24 14:6 15:20
  18:7 19:14 20:2
  26:8 35:6 41:10
  45:6 47:5 70:15
  72:12 74:23 85:21

162:12 164:7
  167:8,11,19
  205:18,22 206:6
serving   129:17,18
  133:18,25
set   23:5 25:12,13
  25:24 37:16,17,18
  37:19,22 89:10
  91:10 139:17
  194:25
sets   121:20
setting   88:23
  131:24 158:24
settled   53:4 54:3
seven   51:13 66:12
  71:5
shakes   6:20
shape   117:9
sheet   209:13 211:7
  211:10,18 212:1
shipment   123:5
shipping   74:11
shoes   153:12
short   42:20,24
  74:16 118:20,24
  126:25 127:4
  147:6 156:19
  186:20
shorthand   208:5,8
show   83:2 123:8
  125:22 126:1
  144:19 178:22
  195:4,7,14
showed   125:9
  153:19
showing   19:7
shown   83:14
  155:17 209:16
shows   87:21 172:1
shrink   33:24
  35:21

side  34:16 42:2
  49:6 143:6 162:20
sides  187:14
  201:24
sign  34:23 74:11
  124:5 207:15
signatory  140:13
signature  208:18
  209:14
signed  116:3
  210:13 211:18
significant  20:10
  33:18 67:21
signing  209:19
signs  61:9 83:17
silver  91:8
similar  35:14
  45:25 46:13 48:6
  74:9 89:9,11,19,20
  157:10
similarly  194:17
simple  24:25
simpler  101:25
simply  28:18 59:3
  115:4,13 128:11
  145:8 205:21
sincerely  209:21
single  34:1,1,2
  44:5 73:8
sir  209:10
sit  17:3 34:25 41:7
  42:14,18 44:14
  46:25 47:3,11,14
  48:17 51:24 58:24
  73:24 81:1 104:3
  106:7 123:16
  147:7 157:23
  161:10 172:5
  173:13 174:17
  176:22,23 182:13
  182:22 191:15

193:8
site  24:23 78:23
  156:8 165:24
sites  37:4,6
sitting  70:5 110:19
situation  49:3 73:7
  93:20 146:4
  163:19 187:22,25
  188:1 189:5
  198:25 199:12
  207:10
situations  73:25
  76:16 91:21 162:8
  193:22
six  71:5 93:1 102:1
  164:23
sixth  2:9 16:1
size  95:12 103:17
  163:5,8,9,11,21
  172:23 173:16
  175:1,2 176:4
  177:18,22 186:9
  186:10
sized  131:21 165:6
  169:13,15
sizes  169:8
sizing  3:10 96:21
  96:24 97:18,21
  99:6 169:3,12
  172:11,24 173:22
  174:10 178:1
  182:14 183:2,16
  184:4,18,21,25
  185:4 186:1,2
skill  137:24 146:6
skills  9:18 11:2
  59:18,21 68:20
  80:2 114:18
  136:23
slack  164:25

slightly  124:7
small  59:6 74:13
  88:1,8,9,19,25
  89:13 90:10,13,16
  90:22 91:5 98:6
  102:23,24 131:21
  163:11 165:6
  169:5 170:1
  171:24 172:15,25
  177:18 179:4,19
  182:14 185:4
  186:3
smaller  199:24
society  12:20
  134:6 135:24
  136:25 140:8
software  3:14 8:11
  8:12,16,19,22,25
  9:1,2,4,7,10 11:5
  11:15,19,23,24
  12:3,7,11,12,19,20
  13:3,13,16,20
  14:11 15:14 18:11
  18:14,16,18 19:22
  19:24 20:6,22
  21:4,11,12,24 22:2
  22:5,21 23:22
  24:1,3,22 25:10
  26:6,23,25 27:5,11
  27:14,15,17 28:10
  28:13,16 29:24
  30:24 31:4,5,6,12
  31:12,17,18 32:18
  33:3 34:4,18,22
  37:15,18,23 38:3,7
  39:4 42:3,12 44:3
  44:6,7,7,13,20,21
  44:22,24,24,25
  45:9,15 46:2,7,24
  47:4,8,15,16,18,20
  49:19 50:20 53:19

54:10,20,24 56:6,9
  56:15,19,23 57:4,9
  57:14,20,22,24
  58:6,9,21 59:2,14
  59:23 60:1,4,12,17
  60:20,24 61:20
  62:3 63:17 64:14
  66:24 67:3,20,21
  67:24,25 68:2,10
  69:1,3,22,23 70:12
  70:21 71:9,12,20
  72:6,10,12,14 73:5
  73:7,8,12,20,20
  74:5,25 75:18,23
  75:25 76:17,25
  77:2,12,17 78:1,6
  78:15,19,23 79:9
  83:19 85:12 88:17
  88:18,23 89:8,21
  89:24 90:12,12,21
  91:7,11,17,20
  92:14,15 93:9
  94:8,9,19 100:11
  100:12,21,23
  101:21,24 102:3
  102:11,12,17,22
  104:18 108:11
  109:1 110:23
  111:8,24 112:6
  117:14 118:2,4
  119:12,15,19,20
  121:2,3,5,5,6,8,9
  121:11,12,14,16
  121:19,20 122:12
  122:14,17,19
  123:4,7,11,22,23
  124:18 128:19
  129:15,16,20
  131:2,4,5,9,25
  132:2,9 133:13,19
  133:19 138:12

**[software - states]** Page 39

139:18,25 148:5
154:21 155:1,3,10
155:16,22,24
156:7 157:6,12,15
157:17,21,22,25
158:7,11,12,15,19
158:25 159:11
160:2,9,21,22,23
161:12,21 162:2,8
163:10 166:1
167:5,10 168:4
177:13 185:15
186:6 190:24
192:19,21 193:21
194:3,4,10 199:19
199:22 200:2
201:19 203:18
204:13,21,25
205:3 206:5
**sold** 22:19 29:20
32:14 33:3 34:21
62:15 172:15
**sole** 128:12
**solely** 124:23
175:18 184:11
**solutions** 5:4,6
209:1 212:1
**solve** 15:7 18:23
**somebody** 74:8
**somewhat** 20:17
**son** 140:20
**sons** 140:13
**sorry** 31:23 48:12
58:17 86:21
110:10 111:15
143:23 176:8
179:9 182:8
**sort** 15:25 16:2
32:5 47:19 103:13
117:22 154:5
161:11

**sought** 21:13
202:20
**sounds** 118:21
**soup** 27:3
**source** 25:12,13,24
69:2,12,18,21,23
69:24 73:14 79:16
84:15 107:17
108:1 137:7
**sources** 62:4 69:4
75:10,12 84:17
**south** 2:3,9 4:4,25
**space** 65:7 74:14
**span** 48:23
**speak** 36:24 37:3
43:25 57:11,13
106:5 107:4,22
108:24 110:4
114:6 123:1
143:19,22 151:16
157:15,23 158:17
164:1,2 187:9
202:6
**speaking** 29:10
61:11 103:16
**speaks** 51:25
83:17,20,22
106:22 108:5
**specialty** 181:19
**specific** 7:8 11:20
12:1 14:14 17:7
18:17 48:4 49:9
58:23 62:6 63:9
64:7 66:1 67:5,9
67:12 70:4 75:1
78:15 81:10 86:24
93:9 113:23 118:1
121:25 123:25
124:11,16 134:14
146:3 152:8
157:19 163:1

166:2 173:21
183:9 184:24
189:2 195:5,14
199:24
**specifically** 11:6
39:16 57:23 60:2
60:16 61:13 67:19
68:25 77:17 80:5
87:12 96:24 97:12
107:11 108:6
115:7 117:2
120:12 124:21
125:20 127:18
133:1 134:24
165:21 174:13
176:17,25 178:16
200:16 207:8
**specifics** 184:13
**spellings** 29:5
**spend** 16:24 58:9
176:14
**spent** 72:2 129:14
**split** 35:5
**spoken** 106:2,3,6
107:6 204:2
**ss** 208:2
**stack** 69:20
**staff** 78:13
**stage** 21:13
**stages** 14:19
**staggering** 65:8
**stand** 85:19 117:8
117:20 122:8
147:14 180:9
198:18
**standard** 83:25
92:10,12 93:15
170:18 184:2
**standpoint** 135:10
160:14

**stands** 39:18
147:14 203:11
**start** 15:19 19:17
72:22,22 90:21
**started** 15:21
18:19 19:6 143:4
**starting** 20:5 53:7
171:6
**state** 20:14,16
22:14 24:14 67:20
95:24 115:14,24
116:25 124:6
136:13 167:15
191:12 192:10
193:15 199:21
204:4 208:1,5
210:10 211:15
**stated** 10:2 124:25
138:14 139:22
**statement** 25:21
58:22,24 68:16
110:3 112:14
117:5 119:11,13
210:13,14 211:19
211:19
**statements** 28:19
137:18
**states** 1:1 4:23
59:13 63:14 64:18
66:19 67:6 83:24
83:24 87:15
110:13,24 111:17
111:25 112:6,13
113:17,24 115:7
115:22 120:2,12
120:17 122:10
125:4,8,11,21
126:16 128:1
133:4 138:6 151:4
154:25 167:15
181:17 187:20

stating 85:24
  109:5
statistical 19:25
stayed 19:9
step 16:22 148:8
  175:14
steps 147:23
steven 1:16 4:3,20
  6:1 43:3 66:17
  80:16 119:3
  186:24 209:8
  210:4,9 211:4,13
  212:20
stick 65:17 118:16
sticker 64:22
stipulate 8:2
straight 16:6
  123:7
strategy 69:3
stream 32:25
  84:14 166:21
streams 67:23
  74:22 85:20
street 2:3,9 4:4 5:1
  132:7
structure 35:2
  92:8 166:24
structured 99:21
students 40:16
studied 39:11
study 86:9
stuff 24:25 26:22
  91:9 92:4 118:13
  118:14 160:5
style 6:15
subject 11:9 17:6
  137:19,21 140:2,5
  142:7
subjects 16:20
  18:4 129:5

sublicenses 34:3
submitted 52:4,14
  172:17
subscribed 210:10
  211:14 212:21
substantially
  191:20
substantiate 61:2
success 22:7
suddenly 194:18
sufficient 152:17
suggest 166:4
suggesting 86:1
  116:15
suggestions 78:21
suggests 84:19
suing 201:20
suite 2:3,9 5:1
  209:2
summarize 45:17
summarized 197:7
summary 53:8
summers 16:11
super 126:24
superior 209:1
superseded 115:20
  120:20,25
supersedes 115:8
  116:7
supplementary
  69:5 172:14
supplied 10:19
  144:4
supply 15:22
support 12:24
  35:13,14 36:9
  58:22,23 63:10
  68:15 69:5 70:13
  72:23 76:3,4,7,12
  76:18 79:4,7
  84:22,23 85:13

86:2 111:19
  112:14,23 113:5
  114:11 119:13
  124:12 157:1
  162:12 171:19
  185:12 191:25
  192:1 203:3,14
  206:6,23 207:1
supporting 43:19
  61:6 63:11 181:21
supports 179:21
supposedly 178:2
sure 10:4 12:6
  13:11 23:8 30:12
  48:22 50:5 57:16
  73:10 76:24 77:12
  91:15 96:19 99:15
  119:24 159:2
  161:15 164:4
  167:5 199:9
surprise 110:22
surprises 166:7
swear 5:23
sweet 21:12
sweetener 71:16
  72:17
switch 206:18
switches 25:25
sworn 6:2 208:6
  210:10,13 211:14
  211:18 212:21
swoyer 66:17
system 25:9 52:16
  181:21
systems 34:5
  41:13,17 64:23
  162:17

| t |

t 3:5
table 73:11,13,17
  82:25 83:4 87:22

88:4,7 92:21
  117:21 122:7
tablets 162:18
take 4:17 6:21 7:6
  8:6 16:22 17:12
  17:16 19:19 26:1
  30:19 39:2,2,3
  42:15,20 62:10
  73:18 74:16 79:19
  80:8 83:3 117:21
  118:20 126:24
  129:24 131:22
  147:12 149:20
  156:14 164:24
  165:3 168:21
  181:16 182:1,20
  186:15 205:10
taken 1:25 4:3,20
  10:25 12:6 28:17
  42:24 55:13,15,17
  73:10,13,17 80:12
  104:6 118:24
  127:4 156:19
  186:20 208:10
takes 93:5
talk 21:23 22:5
  26:12 33:6 43:7
  45:23 47:18 50:3
  53:19,23 62:1
  67:15 79:8 85:2
  91:18 92:1 131:11
  148:6 165:16
  170:3
talked 39:25 40:19
  80:3 89:23 90:25
  94:23 103:18
  133:5 134:4
  152:18 155:15
  160:22 164:5
  169:12 192:20
  206:8

talking   10:13 21:6
  31:3 36:1 59:6
  62:2 65:19 98:4,5
  98:11 111:18
  116:6,13 177:6
talks   12:14 117:16
  171:24
tamara's   187:8
taps   174:20
taught   16:22,24
  17:1 18:5,9,14,16
  18:17 41:25 42:1
  62:2 134:3 160:21
taxes   23:2,4,4
teach   18:4 160:20
teaching   18:2,12
  129:16
team   166:8 176:25
  178:4
technical   49:11,17
  55:5 161:7
technologies   8:19
  28:25 37:15 40:23
  41:15 47:12
technology   34:17
  41:13 42:2 66:20
  73:4 100:9 102:20
  103:12
telemarketing
  25:17 26:16
  159:21
telephone   29:3
tell   13:23 18:22
  44:16 52:10 74:3
  86:18
templates   24:15
  24:20
ten   42:6,9
tens   158:20
term   10:10,12,14
  11:8 14:21 22:24

23:19 24:5 30:21
  37:16 44:8 49:11
  75:11 118:2
  128:11 131:1,1,3
  132:2 138:16
  139:13,14 147:6,6
  162:25 163:1
  206:14,15,19
terminate   158:12
terminated   120:19
termination
  149:23 195:12
terms   9:8,23 10:5
  10:19,23,25 13:1
  34:10 38:24 42:3
  55:5 70:7 76:15
  78:14 90:21
  104:16 121:17
  129:5 130:17
  155:24 166:13
  168:8 193:3
  204:24
terrence   2:12
  209:5
territorial   127:10
  131:24 136:13,15
territories   113:25
territory   113:23
  114:3,7 117:17,17
  124:16,20,22,24
  127:12 128:3,6,10
  131:1,3 132:1,10
  132:11,15,22
  133:11 134:10
  136:6,18 137:16
  138:1,17,24
  139:13,14 140:2
terry   5:14,16
  46:15
test   68:10 156:8

tested   159:24
testified   54:2
  65:11 98:2 101:6
  125:17 133:7,9
  136:8 143:12,24
  170:12 202:22
testify   49:7,11,13
  49:16 50:17 51:19
  53:15 57:1 58:12
  58:15 111:23
  112:2 208:6
testifying   10:3
  48:9,14 50:21
  52:25 54:6
testimony   3:8,9
  43:8,10,16,20
  46:22 48:8 49:1,4
  50:10,11,12,12,19
  51:4 53:21 54:5
  63:25 65:1 66:14
  67:4 70:23 81:20
  88:14 89:6 94:16
  95:2 110:5 111:21
  112:24 113:6
  114:12 116:14
  122:7 125:16
  137:20,21 143:14
  143:16 152:15,22
  170:8 175:13,20
  184:6 187:17
  199:4 203:8,15
  210:6,7 211:6,9,12
testing   44:24
  78:24
tests   19:25 159:23
texas   24:6 25:20
  25:24
tfleming   2:11
thank   8:9 32:13
  46:19 90:9 115:10
  116:22 156:16

186:17
theory   191:25
  192:2
thing   74:18 166:23
  167:22
things   13:2 14:9
  36:19,20 91:8
  103:10 161:19
  165:19
think   6:18 13:12
  24:8 30:9 31:9
  33:25 38:9 39:19
  71:23 72:3 73:24
  74:19 78:25 90:8
  100:15 104:4
  109:12,17 132:10
  137:7 142:1 155:7
  156:9 163:4 176:6
  179:16 190:23
  202:7 206:11
thinking   164:19
  187:10
third   19:21 61:13
  62:4,5,17 79:14,14
  85:10 88:3 105:19
  105:21 106:16
  108:21 110:3
  140:3 142:2 160:8
  173:23 194:9
thirty   209:18
thousands   96:19
  158:20
three   17:15 58:23
  61:23 64:5 163:1
  166:6 188:23,23
  193:1,4,9
thumb   29:11,14
  36:2
tie   21:17 161:15
tied   62:7 95:8
  104:11 149:21

162:11 170:19
tier   155:12 156:4,6
  206:10
ties   14:2 72:24
  142:19 144:14
  160:19 163:22
  166:21 182:4
  184:21 185:1
time   4:9 6:21 10:1
  12:6 13:12 15:10
  16:7,9,12,19,21,25
  17:15,25 18:19
  19:16 20:7,10,21
  22:4,13 28:17
  29:18,23 30:8
  33:17 36:5 38:9
  41:1 42:19,23
  43:3,22 58:25
  65:25 68:4 72:21
  73:3 74:1 75:9
  78:19 79:2 80:11
  80:16 87:20
  102:25 106:12
  107:16 108:2
  111:12 118:18,23
  119:3 123:16
  127:3,7 143:15
  144:11 146:22
  150:1 152:11
  156:10,18,23
  161:22 163:4
  168:12,19 169:2,4
  171:11 173:15
  181:14 186:19,24
  193:10 194:25
  196:16 206:12
  207:18
timeline   151:16
times   29:12 30:3
  47:24 48:6,13
  75:8 77:13 92:2

130:21 161:1
  162:11 165:3
  202:20
timing   170:15
title   22:14 25:7
  28:1,7 40:1,2,3
  84:11 97:17
titled   57:4 84:3
tml   44:21
today   6:7 65:22
  68:22 101:6 120:9
  129:14 137:15
  152:19 155:15
  157:16 159:20
  169:13 182:18
  188:20,24 195:9
  198:1 202:20,22
  203:11 206:9,11
  207:11
today's   4:10
tolan's   137:2
told   63:23
tool   37:16,16,18
  37:19,22
tools   37:25 83:19
top   35:1 64:25
  67:7 75:16 103:18
topic   15:18 74:16
topics   128:10
toss   71:16
total   153:5 171:20
touched   8:17
tough   63:15
toys   45:3,5,6,7
trade   13:8 44:12
  45:21 47:7 86:11
  133:20,22
traded   60:11 61:5
  71:20
trading   26:25

training   9:19 11:3
  59:18,21 60:23
  61:24 68:20 80:2
  114:18 136:22
  137:24 146:7
  205:24
transaction   29:15
  32:22 67:9,12,14
  191:11 192:4
transactions   15:9
  34:8 85:25 88:16
  89:6 90:1 91:3,24
  95:3,10 96:23
  103:18 150:22
  161:20 170:9,10
  172:1,2 175:23,25
  176:1,3 177:25
  178:6,9,11,13,18
  178:20 180:6,12
  181:7,13 182:10
  182:16,19 184:22
  185:5
transcribed   210:7
transcript   176:22
  177:11 208:7,7,12
  209:11,12 210:5
  210:12 211:5,11
  211:17
transcripts   82:3
transfer   23:4
transition   19:10
transportation
  167:8
treaties   80:4
treatises   80:4
  136:12,16 137:6,8
trial   43:15 48:4,8
  52:25 56:16,24
  57:2 58:12,15
  111:23

trier   9:24 10:13
  55:12,14 58:5
  105:4 112:8
  136:20 137:17
  140:5,25 141:9,20
  142:7 197:5
true   8:2 34:11
  61:12 188:2 193:6
  193:16,22 194:7,8
  194:12,16 196:15
  197:8 199:16
  208:7
trues   194:22
trusting   52:6
truth   208:6
try   6:24 72:20
  173:20
trying   15:3,6
  26:11 47:21 60:18
  184:17 188:22
  198:22
turn   4:13 8:23
  9:14 43:6 53:5
  56:4 63:19 67:16
  67:19 68:17 69:1
  74:21 75:20 83:3
  84:2,8 85:16
  86:12 112:15
  113:21 117:15
  126:6 148:12
  151:3 153:1
  195:21 204:6
turned   204:5
turning   50:14
  92:18 169:1
two   14:1 37:14
  57:5,7,9,17,19,22
  57:25 64:4 68:18
  106:13 121:18
  126:25 129:7
  134:13 136:17

140:23 142:8
152:2 163:1 164:8
164:9 165:10
166:6,6 169:11
185:7 205:1
**tying**  184:2
**type**  13:23,24
23:25 41:12,22
42:10 199:24
**types**  12:2 19:14
33:8,11,14 102:2
162:16
**typical**  73:17
104:7 131:5,7,13
**typically**  32:4 36:3
44:1 61:16,18
69:13,14,19 86:9
118:9 144:23
167:10,21 187:21
188:18 189:5
191:12 192:9
194:24 198:24
199:11 204:17

**u**

**ultimately**  55:14
95:9 149:4
**unable**  99:18
101:14
**uncomfortable**
66:5 92:12 137:6
137:8 158:14,18
**undergoes**  154:14
158:13
**undergraduate**
17:4
**underlying**  30:15
**underneath**  57:5
**understand**  10:3
32:14 33:14 43:14
45:24 47:22 55:23
57:11 65:22,23

66:9 73:10 76:1
83:16 84:16 85:16
89:18 94:6 95:19
96:6 99:7,11
101:4 107:7,18,21
108:1 109:2 113:3
113:9 116:12
119:14,22 125:24
128:22 129:1,2
130:19 132:17
150:18 157:8
163:7 167:3
174:22 176:19
177:9 188:21,22
190:2,6 193:24
196:9 197:1
198:22 200:20
203:10,12
**understanding**
8:18,21 10:22
36:23 37:8,13
38:1,22 39:5,9
51:2,3 56:25
58:13 81:8 83:12
86:19,22 88:10
95:23 107:20
116:23 119:17,21
124:2,6 140:16
160:6 166:16
173:17 177:10
179:22 196:4
**understood**  10:4
14:13 70:22
**underwent**  140:14
**underwriting**
170:2 181:20
182:3
**unique**  79:8 160:3
**unit**  4:19 62:12
92:23 93:14 95:21

**united**  1:1 4:23
110:24 111:16,25
112:6,13 113:16
113:24 120:2
122:10 125:4,8,11
127:25 133:4
138:6
**universe**  73:12
**university**  17:9
65:3
**unlimited**  34:10
91:23
**unquote**  155:5
**unreasonable**
138:4,9 141:10,12
144:13 147:17,21
149:12 155:2
183:19,25 184:11
184:24 185:13
191:6,8 192:13
193:13 196:5,18
196:24 199:5
202:22
**unreasonably**
144:15,21
**unusual**  188:9
**update**  70:21
**updated**  70:12
**updates**  35:10,11
35:13 36:9 69:5
76:1
**updating**  75:25
**ups**  34:11 193:6,16
193:22 199:16
**urban**  17:21
**usage**  188:4 196:8
199:19 200:8
**use**  14:4 15:9
30:22 31:15 34:1
38:13 40:25 41:1
69:15,24 71:14

78:15,18 82:21
89:2,13,14,14,15
89:17,22 90:3
91:8,11,16,19,19
91:22 93:19,22
94:8,13 101:6
102:5,6,9 106:21
112:12 116:21,21
117:6,11,13,14
119:11,18 121:2,3
121:4 122:13
124:10,16,20
125:25 126:22
127:10 131:8,10
131:19 138:4,24
141:3,6,13,17,24
142:4,11,12,13,14
142:16,17,23
143:6,10,13,15,17
143:25 144:8,18
144:19,20 145:9
145:12,14,23,24
146:9,10,11,12,19
147:5,9 148:2,2,7
148:9,11,19 149:6
149:11 150:2,5,12
150:13,17,19
151:7,15 152:5,8
152:10,12,20
153:7,7,8,13,19,24
154:1,5 161:17
162:9,19,22 164:4
164:12 166:1
168:24 170:20
175:3 178:9
180:11 186:7
193:12,14 194:10
195:20 197:18,20
200:4,16,24
201:17

user  73:5 199:17
users  25:6 69:7
  194:14,15
uses  34:14 81:17
  82:4,14 88:22
  98:20 110:15,17
  111:14,16 159:11
  169:9 195:16,17
  195:25
usually  194:8

**v**

v  56:14 209:6
  210:3 211:3
vague  51:21 118:5
  129:6 130:18
  132:4 146:1,21
  150:3
valuable  67:23
valuation  160:24
value  22:18 24:17
  24:18 31:4,6,19,21
  32:24 37:19 102:7
  102:8,15 155:3,10
  155:24 156:4
  159:13 160:23
  162:2 165:11
  190:24 191:2
  194:2 206:9 207:1
values  155:6
valuing  31:12
variability  92:11
  94:1
variables  23:23
  24:21
varied  159:18
varies  91:7,13
variety  16:24 21:7
  39:23 41:24 78:10
  89:12,15,22 90:3,5
  91:2,16,24,25
  101:7,20 102:5

131:14 162:10
  194:5
various  14:25
  36:17 71:10
vary  35:12 76:20
  89:1
varying  161:2
vendor  61:20
vendors  69:2,2
  73:5 79:16
venue  117:22
  118:14
verb  100:16,16,18
verbal  6:19
verification
  180:25
verified  171:22
veritext  5:4,6
  209:1,7 212:1
veritext.com.
  209:17
version  27:23
  68:10
versions  35:14
  36:18 101:12
  156:9
versus  1:8 4:22
  52:5,18 54:11
  62:19 165:3
  170:14 184:4
  187:17
vertex  47:12
vertical  33:3
  159:20
viable  14:22
video  4:16,19 5:18
videographer  2:22
  4:8 5:4,22 42:22
  43:1 80:10,14
  118:22 119:1
  127:2,6 156:17,21

186:18,22 207:17
videotaped  1:14
  4:2
view  142:21
  189:12 207:5
viewed  63:15
  177:22
views  131:18
violating  142:6
virginia  65:3
visit  12:6 165:25
visits  166:6,6
visual  37:25
volatile  23:10
volume  84:1,4
  153:2

**w**

w  143:4
wachs  125:17
  133:7
waid  81:21 82:8
  94:8,22 95:15
  97:4,15 169:3,10
  169:12 170:12
  173:1,2,4,5,6,17
  173:25 174:10
  176:9,19 178:4
  180:24 183:6,7
  184:6
waid's  88:14 89:6
  94:16 95:2 98:1
  99:17 151:22
  152:15 169:24
  170:8 172:11,18
  174:12 175:9,11
  175:12,20 183:8
  183:11 184:12
  187:16 198:14
  202:20
wait  31:22,22 32:6
  52:11 154:22

164:23 165:4
  179:10
waived  209:19
waiver  204:9,13
  204:17,17 205:6
walk  125:25 132:6
walking  162:19
  176:24
wall  82:9
want  15:25 26:22
  31:14 33:6,14
  35:15 37:16 43:7
  45:23,24 46:9
  59:24 65:21,24
  66:3 71:17 72:19
  76:11,12 91:8
  92:3 99:7 103:15
  103:16 112:21
  121:8 122:19
  129:10 131:19
  135:3 136:7 152:4
  161:17 162:3
  164:25 165:1,21
  166:1,5,15,16,25
  188:11,16 200:15
  201:21
wanted  25:1,2
  29:20 58:11 86:22
  134:9 138:24
  196:19
wants  92:14
  188:15
way  15:13 18:1
  21:20 25:15 27:8
  30:9 47:16 52:8
  57:15 70:18 81:12
  82:2,14 83:22
  85:1,18 93:15
  95:19 104:21
  106:14,17 107:7
  108:23 112:4

114:9 117:9 120:9
128:7 130:4
135:11 138:13
139:2 142:21
144:5 146:18
147:5 157:24
167:14 176:15
178:5 179:14
188:13 193:2,23
196:22,23 203:7
**ways**   28:10 29:22
68:18 76:9 78:15
89:22 92:13 93:11
106:13 121:18
129:8 136:17
140:23 152:2
158:9 205:1
**we've**   31:16 39:25
90:25 99:2 111:12
118:16,19 120:8
129:13 138:23
148:10 188:22
203:11 206:8
**website**   12:7 77:23
86:10
**week**   166:7
**went**   16:6 19:2
27:2 28:14 31:6
41:20 109:16
142:14,16,17
153:2,19 181:8,13
182:10 195:11
197:24
**western**   108:13
**westlaw**   45:19
**wharton**   159:8
**whereof**   208:15
**whispering**   4:12
**white**   34:5 86:10
147:21

**whitman**   143:4
**wide**   77:4 91:23
117:3,10,12,14
120:3,23,24 121:1
121:11,24 122:9
125:2 127:19
133:2 135:7 138:5
184:8 188:25
**willing**   32:22,23
159:15,15 190:25
190:25
**win**   201:24,24
**withheld**   144:15
**withhold**   145:17
149:13
**withholding**
144:21 145:25
146:20
**witness**   1:14 4:3
5:23 26:5,11 30:9
31:23 32:7 43:8
43:10,19,20,23,25
46:9,19 47:25
48:1,9,14 51:9,11
51:22 53:18 54:16
55:23 59:9,23
61:1 65:14 82:19
86:15 87:5 90:25
94:6 101:1 103:20
103:22 106:4,6
114:5,7 118:6
122:25 123:2
129:7,19 130:19
132:5 133:16,18
134:3 136:3
139:10 143:18,20
143:21,23 144:12
146:3,11,23 149:3
149:10 150:4
153:22 156:16
158:16,18 160:15

186:17 190:17
196:13 197:12
201:10 208:15
209:8,11 210:1,4
210:11 211:1,4,15
**witnesses**   43:14
153:9
**witness'**   209:14
**witt's**   154:3
**wmw**   1:4
**wondering**   30:14
75:10
**woodward**   2:17
**word**   58:18 72:9
72:15 75:18,19
92:12 114:4
116:21 124:16,20
124:22,24 127:11
128:3 131:3 132:1
132:2,11,15,22
137:6 158:14,18
203:6
**words**   17:14 22:22
28:18 34:20 85:22
93:18 120:15
122:20 124:7
128:8 134:5,5,7
164:23
**work**   14:3 15:23
15:25 17:6,13,21
19:19 21:18,20
24:7 29:8 32:3
39:5,12,13,25 40:4
40:9 41:16 45:4
48:24 60:19,20
65:13 68:3 79:10
98:2 99:4 104:14
104:15 133:24
135:5,11 146:25
151:22 152:8
155:19 159:9

160:19 162:13
172:5 180:19
181:25 184:12,13
185:14 186:14
189:12,20 192:5
197:20 198:10,15
198:16,21 201:21
207:2
**worked**   16:9 19:21
27:1 39:22 40:4
40:10,11,16,17,21
41:5 42:2,7 85:4
105:15 120:14
145:11 160:8
193:25
**working**   13:25
15:6,21 37:17
59:2,4 129:15
207:8
**works**   36:23
102:13 135:4
167:15
**workstation**   170:2
**world**   191:18
**worth**   74:23
**wrap**   33:24 35:21
**write**   14:18 56:8
85:2 92:3 138:16
139:14
**writes**   64:19
**writing**   13:18 14:5
15:24 31:11 48:2
124:5 159:2
166:19
**written**   13:14,20
21:5 58:7 93:7
142:3,5 148:18
**wrong**   18:22 47:13
116:17 117:19
148:25 177:10

| | |
|---|---|
| **wrote** 12:15 20:22 | 189:24 190:2,12 |
| 50:16 51:6 58:18 | 191:5,9 192:11,18 |
| 67:8 85:19,19 | 193:14 196:9 |
| 86:6 111:11 | 197:2 198:11 |
| 126:19 166:24 | 202:11,12 |
| **x** | **zoltowski's** 154:3 |
| **x** 3:1,5 71:13 | 183:5 186:13 |
| 165:3,3 202:16 | 189:9 |
| **xml** 87:23,24 | |

| **y** |
|---|
| **y** 71:13 |
| **yeah** 5:21 26:11 |
| 42:21 46:17 74:17 |
| 75:4 111:15,22 |
| 164:16 167:5 |
| 193:22 |
| **year** 19:4,9 166:6 |
| **years** 36:1 40:15 |
| 42:7,9,16,17 43:12 |
| 48:22,25 50:7 |
| 51:13,14 65:23 |
| 72:21 74:5 76:13 |
| 103:13,13 138:11 |
| 163:2 188:23,23 |
| 193:1,4,9 206:16 |
| **york** 21:22 115:14 |
| 115:24 116:25 |
| **yup** 110:13 |

| **z** |
|---|
| **z** 71:13 |
| **zero** 67:22 68:14 |
| 68:14 69:10 70:1 |
| 71:15 73:9 75:23 |
| **zoltowski** 143:3 |
| 154:5 169:16 |
| 170:16 172:19 |
| 180:18,24 183:5 |
| 183:10,13,25 |
| 184:11 185:13 |
| 186:5 189:9,11,15 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.