# EXHIBIT 21
## (Redacted)

### (Previously Filed Under Seal as DI 401-18)

| | |
|---|---|
| **From:** | CN=Tony Zhang/O=ChubbMail |
| **Sent:** | Tuesday, October 8, 2013 8:40 AM |
| **To:** | CN=Dejan Stojkovic/O=ChubbMail@ChubbMail; CN=Dali Yang/O=ChubbMail@ChubbMail |
| **Cc:** | ken.kitamura@appcentrica.com; CN=Alexander Pavlenko/O=ChubbMail@ChubbMail |
| **Subject:** | Blaze new version |
| **Attach:** | EmbeddedImage0001.gif |

Hi Dejan / Dali,

Blaze advisor 7.1 now is recommended as the rules standard tool, instead of 6.9.

All you need to do is to install Blaze Advisor 7.1 plugin on ▮▮▮▮, then you can get all Blaze perspective from ▮▮▮▮, the main functionality is pretty much the same, and it integrates with ▮▮▮▮ better that the older version.

Please let me know if you have any questions.

Regards,
Tony