# EXHIBIT 30
## (Redacted)

**(Previously Filed Under Seal as DI 401-26)**

| | |
|---|---|
| **From:** | CN=Bridget M Seyerle/O=ChubbMail |
| **Sent:** | Tuesday, January 12, 2016 8:22 AM |
| **To:** | CN=Nancy H Verduin/O=ChubbMail; CN=Robert Dorobis/O=ChubbMail; CN=Peter L Rubinetti/O=ChubbMail; CN=Nikhil Bajaj/O=ChubbMail |
| **Cc:** | CN=Robert Reedy/O=ChubbMail; CN=Shilpa Puranik/O=ChubbMail; CN=Alison M Ferrell/O=ChubbMail; CN=Peter Davis/O=ChubbMail; CN=Rebecca Cameron/O=ChubbMail; CN=Mary Lyn A O'Kane/O=ChubbMail; CN=Matthew J Block/O=ChubbMail |
| **Subject:** | RE: Business Requirements Review: WR 33910 CUW-IM Support Ace processing PHASE 1 |
| **Attach:** | WR 33910 BRD v1.0.docx; WR 33910 BRE Automated Assignment rules v1.1.xls |

Final Approved BRD is Attached for your records.
And to confirm Nancy, you will handle any training material updates working
with Dawn Katek as the Business deems appropriate.
Let me know if you have any questions.
Thanks everyone.

-Bridget
-----Original Appointment-----
From: Seyerle, Bridget M
Sent: Thursday, January 07, 2016 5:27 PM
To: Seyerle, Bridget M; Verduin, Nancy H; Robert Dorobis; Rubinetti, Peter L;
Bajaj, Nikhil
Cc: Reedy, Robert; Puranik, Shilpa; Ferrell, Alison M; Davis, Peter; Cameron,
Rebecca; O'Kane, Mary Lyn A; Block, Matthew J
Subject: Business Requirements Review: WR 33910 CUW-IM Support Ace processing
PHASE 1
When: Monday, January 11, 2016 11:00 AM-12:00 PM (UTC-05:00) Eastern Time (US &
Canada).
Where: Room 200 & Call-In #: 1.877.243.8506 Code #: 908.572.4916 Leader PIN:
9492

Purpose of this meeting is to review the Business Requirements for the
captioned project.

Revised versions attached to invite- 1/10/16:
Changed Service Area to ASP (from ASB)


  - WR 33910 BRD v1.0.docx - WR 33910 BRE Automated Assignment rules v1.1.xls

# Business Requirements Document

## Project Name: CUW-IM Support for ACE Processing – Phase 1

**Project Summary Information**

| Number | WR 33910 |
|---|---|
| Related Numbers | WR 33936 (Phase 2) |
| Document Name/Location | K:\CCI HO SERVICE ORG\Shared Services Pipeline 2015\WR33910 IM support for Integration Phase 1\Business Reqs\WR 33910 BRD.docx |



REDACTED

Confidential FED016709_0002

REDACTED

REDACTED

# REDACTED

Confidential

FED016709_0005

REDACTED

REDACTED

REDACTED

Confidential

REDACTED

Confidential