# EXHIBIT 8
## (Redacted)

**(Previously Filed Under Seal as DI 483-7)**



# Chubb Enterprise Architecture

Business Rules Strategy/Roadmap



Confidential - Attorneys' Eyes

## Agenda

- Why should we care about business rules
- Reasons for adaptions
- Rule Categorization to Business Capability Mapping
- Business Capa



For Internal Chubb Use Only

## Why should we care about business rules

*"Insurance is a **decision business**. Competitive success depends on **making smarter decisions** than the other guy. Traditionally insurers have relied on written procedures, training and hard-coded mainframe programs for consistency, and on actuaries, underwriters and adjusters to make the right decisions. But as **change becomes more frequent and decisions more complex, insurers need a better solution**."*

Donald Light<br>
Senior Analyst Celent<br>
October 2005

For Internal Chubb Use Only.

3

Confidential - Attorneys' Eyes Only

FED000275_0003

## Decision Management

- What is it ?
    - Decision Management (DM) is an **approach** that **automates, improves and connects decisions** across the enterprise.
    - Approach — not necessarily only technology, approach encapsulates processes, methodology and internal capabilities
    - automates, improves and connects decisions — enables better decisions
- What does it enable ?
    - Businesses using DM gain much greater control over the results from high-volume operational decisions. DM aims to increase the precision, consistency and agility of these decisions while reducing the time taken to decide and the cost of the decision.



For Internal Chubb Use Only.

4

## Reasons for Adoption

- Reduce the **time and cost** involved in developing decision applications
- Enable decision logic to be **reused** by multiple applications
- Enable advanced decisioning to be **added to legacy systems** as services, minimizing cost and technical risk, leveraging IT investment
- Cut **operational costs and cycle times** through automation
- **Elevate all decision making** to the level of the organization top expert
- **Enforce consistency and compliance** across channels and contact points
- Increase business control and understanding by enabling managers to see in one place all the **rules contributing to a decision**



For Internal Chubb Use Only.

Confidential - Attorneys' Eyes Only

FED000275_0005

## What Drives the Business Value?

Decision Management is comprised of five Key Dimensions that drive Decision Yield (Value)

| | | |
|---|---|---|
|  | Precision | Make more profitable and targeted decisions |
| | Consistency | Ensure coherence across channels, business units and geographies |
| | Agility | Adapt dynamically to changing conditions |
| | Speed | Execute decisions faster — even in real time |
| | Cost | Reduce expenses needed to make decisions. Staff time, exception & investigation handling, etc) |

- Common examples of Decisioning:
    - Marketing — offer targeting, product configuration, etc.
    - Customer Acquisition — targeted offers, customer sign-up, underwriting, etc.
    - Claims Management — claims entry & validation, adjudication, payment, etc.
    - Fraud — credit fraud, healthcare fraud, claims fraud, etc.
    - Risk management — underwriting, loss exposure, etc.

CHUBB

Bill

## Decision Management – Business Capabilities
### Rule Categorization – Functional Rules

1. **Product definition** — Deals with the initiation, building and integration of new products, and ensures compliance with regulatory requirements

2. **Product configuration** — Enforces strict uniformity in product definitions across the enterprise by providing a pre-configured set of rules and templates

3. **Product inventory management** — Maintains the product portfolio with appropriate versioning to ensure that the rights products are launched / retained / retired based on market inputs

4. **Underwriting** — Decides which prospective customers qualify for coverage (and the type of coverage), and quantifies the risk associated with each product

5. **Pricing / Rating** — Calculates the premium, or an intermediate value necessary to determine the overall premium for a policy / quote, based on the rate plan

6. **Bill / Invoicing** — Determines the billing characteristics based on policy characteristics

7. **Claims adjudication** — Determines the amount to be awarded based on claim characteristics

For Internal Chubb Use Only.

## Decision Management – Business Capabilities
**Rule Categorization – Support Rules**

- **⑧ Workflow / routing and orchestration** — Determines the optimal work distribution and routing across the functional areas in the insurance value chain
- **⑨ Front-end helper and input validation** — Facilitates intelligent data collection by ensuring validation at source, and pre-fills data wherever possible, based on user input
- **⑩ Predictive analytics** — Guides decision making on positioning strategy, promotion strategy, and underwriting strategy, by exploiting patterns in historical and transactional data

For Internal Chubb Use Only.







Confidential - Attorneys' Eyes



12

Confidential - Attorneys' Eyes



Confidential - Attorneys' Eyes Only

13

FED000275_0013



Confidential - Attorneys' Eyes Only





Confidential - Attorneys' Eyes