# EXHIBIT 2
# (Redacted)

**(Previously Filed Under Seal as DI 492-1)**

Message

| | |
|---|---|
| **From:** | Bill Waid [BillWaid@fico.com] |
| **Sent:** | 3/1/2016 3:22:43 PM |
| **To:** | Mike Sawyer [MikeSawyer@ficorp.onmicrosoft.com] |
| **CC:** | Russ Schreiber [RussSchreiber@fico.com] |
| **Subject:** | Fwd: Etna 9 Grid Pricing spreedsheet |
| **Attachments:** | Blaze Advisor Price Grid.xls; ATT00001.htm |

EXHIBIT 82
Sawyer
10-2-18 AR

Mike,

Attached is the standard criteria for sizing Blaze Advisor applications. This is the criteria that has been in place since early 2000.

[redacted] Absent these parameters we can derive them from book of business or other key business metrics. [redacted]. Hence the reason we limit contract on mergers and acquisitions as the non-organic growth.

I will review the Chubb list but it is rather vague, so any details you have would help in the analysis.

One of the benefits of an ELA is the benefits of multiple application usage [redacted]. [redacted]

Bill


Begin forwarded message:
**From:** Bill Waid <billwaid@fico.com>
**Date:** January 21, 2016 at 2:41:06 PM EST
**To:** Conrad Essen <ConradEssen@fico.com>, James Chaban <jchaban@fico.com>
**Subject: Re: Etna 9 Grid Pricing spreedsheet**

Conrad,

Please find it attached.

Bill


**From:** Conrad Essen <ConradEssen@fico.com>
**Date:** Thursday, January 21, 2016 at 2:01 PM
**To:** Fico <billwaid@fico.com>, James Chaban <jchaban@fico.com>
**Subject: Etna 9 Grid Pricing spreedsheet**

Jamie,

Bill mentioned that you had developed this grid for Blaze to come up with a pricing model about the years ago that might be relevant for Josh and me in our discussions with TCS and Xerox. Could you share that with us?

Confidential - Attorneys' Eyes Only
FICO0000828
027037_0148
FICO0000828
Sawyer, Mike

Conrad

Confidential - Attorneys' Eyes Only
FICO0000828
027037_0148
FICO0000829
Sawyer, Mike





CASE 0:16-cv-01054-DTS   Doc. 604   Filed 10/23/19   Page 5 of 7

