# EXHIBIT 28
## (Redacted)

**(Previously Filed Under Seal as DI 504-5)**

| | |
|---|---|
| **From:** | Seyerle, Bridget M <bseyerle@chubb.com> |
| **Sent:** | Friday, April 1, 2016 5:17 PM |
| **To:** | Verduin, Nancy H <nverduin@chubb.com>; Tomasula, Michael <mtomasula@chubb.com>; Dorobis, Robert <rdorobis@chubb.com>; Linder, LisaA <Lisa.Linder@Chubb.com>; Elliott, Christopher <Chris.Elliott@chubb.com>; Kothandan, Niranjan <Niranjan.Kothandan2@chubb.com>; Bajaj, Nikhil <nbajaj@chubb.com>; Cameron, Rebecca <rcameron@chubb.com>; Block, MatthewJ <mblock@chubb.com>; Davis, Peter <peterdavis@chubb.com>; Casserly,Richard <rcasserly@chubb.com>; Mukherjee, Aniket <Aniket.Mukherjee@Chubb.com>; Sellers, Jonathan S <jsellers@chubb.com>; Ehrhart, Linda S <lehrhart@chubb.com>; O'Kane, Mary Lyn A <mokane@chubb.com>; Muscaritolo, Maria <mmuscaritolo@chubb.com>; Sass,Terry M <tsass@chubb.com>; Wisotzkey, Marybeth D <Marybeth.Wisotzkey@Chubb.com> |
| **Cc:** | Desouza, Steven <sdesouza@chubb.com>; Leonard, Joann <Joann.Leonard@Chubb.com>; Hardy, Lucienne N <Lucienne.Hardy@Chubb.com>; Malhotra, Ritcha <rmalhotra@chubb.com> |
| **Subject:** | 4/1/16 ver. 1.06 WR 33936 -- CUW ACE Phase 2 BRDS |
| **Attach:** | WR 33936 BRD v1 06.docx; WR33936 BRD Addendum A v1.6.xlsx; BRE Aligned Center.xls; BRE Automated Assignment.xls |

Attached please find the updated BRDs for the captioned project.
Project Mgrs./Proj Leads- please forward to team members I have missed.
The 2 BRE documents are for Bob D.'s Blaze rule work (strictly legacy Chubb coding).

Outstanding Items:

Technical Team:   review NFRs and provide feedback.

CWS Team:       -validate that all possible values for Division, Marketing Responsibility, and
                 -Management Code are listed in Addendum A, and
                 -provide a complete list of
                 "statuses" for Quotes and policies.
                 - Provide resolution for CWS highlighted values in Addendum A.
Marybeth W:     -need your review on BRs 4.2.3, 4.2.5 and 4.2.6 (you and I may have to talk
                 through this – just let me know).

Bob Dorobis      -Review the updated Blaze Rules Documents and let me know if you have any
                 remaining questions.


Thanks everyone for all your help,
Bridget

CHUBB

**Bridget M. Seyerle**
Senior Business Analyst, NA IT -- Commercial & Specialty Lines

202 Hall's Mill Road, Whitehouse Station, New Jersey 08889, USA
O (908) 572-4916    M (908) 295-3394    F (908) 572-5817
E bseyerle@chubb.com

ACE and Chubb are now one.

# Business Requirements Document
## Project Name: **CUW-IM Ace Support Phase 2**

**Project Summary Information**

| Number | WR 33936 |
|---|---|
| Related Numbers | |
| Document Name/Location | K:\CCI HO SERVICE ORG\Shared Services Pipeline 2015\WR33936 BRD v1.05 06<br><br>Also: WR 33926 – Addendum A v1.065.xlsx |



Based on BRD Template published January 2015

Confidential                                                FED016933_0001

# REDACTED

FED016933_0002

# REDACTED

FED016933_0003

REDACTED

FED016933_0004

# REDACTED

FED016933_0005

REDACTED

FED016933_0006

Confidential

REDACTED

FED016933_0007

REDACTED

REDACTED

FED016933_0009

REDACTED

FED016933_0010

REDACTED

FED016933_0011

REDACTED

FED016933_0012

# REDACTED

FED016933_0013

REDACTED

FED016933_0014

# REDACTED

FED016933_0015

# REDACTED

FED016933_0016

REDACTED

FED016933_0017

REDACTED

Confidential