# EXHIBIT 12
## (Redacted)

### (Previously Filed Under Seal as DI 561-10)

| | |
|---|---|
| **From:** | CN=Henry Mirolyuz/O=ChubbMail |
| **Sent:** | Friday, June 7, 2013 9:22 AM |
| **To:** | CN=Tony Zhang/O=ChubbMail@ChubbMail |
| **Subject:** | Re: Fw: Blaze upgrade to 7.1 |
| **Attach:** | EmbeddedImage0001.gif |

Hi Tony,

Blaze 7.1.1 is the standard version of Blaze to use. CCI had started upgrade first so they could be using earlier version. 7.1.1 version introduces fixes for bugs which were discovered during an upgrade process.

To summarize: Blaze Advisor 7.1.1 with ▇▇▇▇ is the configuration which we are using currently.

As for the license keys, old keys should work just fine, I haven't seen any issues with that.

Please let me know is you have any issues with the upgrade,

Thanks,

Henry

Henry Mirolyuz ● Senior Technical Analyst ● Chubb Specialty Insurance ● Chubb Group of Insurance Companies
82 Hopmeadow Rd • Simsbury, CT 06070 • Phone:(860) 408-2428 • Cell:(860) 294-6866 • * hmirolyuz@chubb.com

EXHIBIT 12

7/31/18  L. ABATE, CCR, RPR

From: Tony Zhang/ChubbMail
To: Henry Mirolyuz/ChubbMail@ChubbMail
Date: 06/07/2013 09:58 AM
Subject: Fw: Blaze upgrade to 7.1

Hi Henry,

As you can see from the following email thread, I had a conversation with David, because of the new building permit of upgrading Blaze to 7.

What's the new version standard of Blaze for new development? I installed 7.1.1 from the shared public drive, but apparently David was using a slightly different version.

Can you use the same license key we used for Blaze 6.9, or need new keys?

Please advise, thanks!
Tony
----- Forwarded by Tony Zhang/ChubbMail on 06/07/2013 09:54 AM -----

From: Tony Zhang/ChubbMail
To: David De Oto/ChubbMail@ChubbMail
Date: 06/07/2013 09:53 AM
Subject: Re: Blaze upgrade to 7.1


Hi David,

I tried installing Blaze 7.1.1 plug-ins with ▓▓▓▓, it seemed to work fine, but still I'm not comfortable with the error messages came from ▓▓▓▓▓▓▓▓▓▓▓▓, I haven't check with Candice yet - Henry Mirolyuz helped us with Blaze in the past, I will contact him first regarding the installed version and license key.

We don't have ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, we used Blaze build-in ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓, I will try to upgrade them later and let you know.

Thanks,
Tony



From: David De Oto/ChubbMail
To: Tony Zhang/ChubbMail@ChubbMail
Date: 06/07/2013 09:37 AM
Subject: Re: Blaze upgrade to 7.1


Hi, Tony,

Just wondered if you've been successful using the later version of Blaze 7.1.1.

David



From: Tony Zhang/ChubbMail
To: David De Oto/ChubbMail@ChubbMail
Date: 06/05/2013 08:38 AM
Subject: Re: Blaze upgrade to 7.1


Thanks David!

From: David De Oto/ChubbMail
To: Tony Zhang/ChubbMail@ChubbMail
Date: 06/05/2013 07:12 AM
Subject: Re: Blaze upgrade to 7.1

Hi, Tony,

I'm not familiar with the error message you got. I actually never even ran the ▮▮▮▮. I do know that Blaze is not happy with certain levels of the ▮▮▮▮. We are using ▮▮▮▮ which is running with ▮▮▮▮ Our ▮▮▮▮ (from which I did all my testing) is at ▮▮▮▮, which is behind the release running on the ▮▮▮▮, but we've been in Production for a month, now, and we haven't seen any Blaze issues. Here's a copy of the upgrade document I put together outlining the steps I took in upgrading from 6.7 to 7.1.1001.v7671. I notice you're on build 7589, not 7671.

[attachment "Upgrading from Blaze Version 6_7 to 7_1_1001.doc" deleted by Tony Zhang/ChubbMail]

It appears that Blaze is not happy with the license keys. Your license keys are different than the keys I used, but there may be different keys based on the version of Blaze you're installing. I know Candice Merrit was also having problems with license keys when she was trying to install the various patches that Blaze has sent us. You might try checking with her to see if she has a solution.

David


From: Tony Zhang/ChubbMail
To: David De Oto/ChubbMail@ChubbMail
Date: 06/04/2013 03:46 PM
Subject: Blaze upgrade to 7.1

Hi David,

I noticed that there was a building permit and your name appeared to be the technical lead.

Here at CAZ, we have a project in early design / development phase that uses Blaze 6.9, I think now will be a good chance for us to upgrade to Blaze 7.1.

I tried to install blaze 7.1.1 from the enterprise shared folder (we use ▮▮▮▮). When I tried to verify the Blaze installation using ▮▮▮▮, I got this:
I have a ▮▮▮▮. I remembered from my reading somewhere else saying I have to use ▮▮▮▮ to install Blaze 7.1, is this correct?

Confidential

Do you know what caused this error? or if you have any installation guide document to share, that would be very helpful!

Thanks!

---

Tony Zhang | IT Architect
Chubb Insurance Company of Canada | (: 416-359-3222 ext. 4006 | *:
tonyzhang@chubb.com
Chubb Canada IT – Business Excellence Through Technology

THIS E-MAIL (WHICH INCLUDES ANY ATTACHMENTS) IS INTENDED TO BE READ ONLY BY THE

PERSON(S) TO WHOM IT IS ADDRESSED. THIS E-MAIL MAY CONTAIN CONFIDENTIAL, PROPRIETARY INFORMATION. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, DO NOT PRINT IT, FORWARD IT OR DISSEMINATE IT OR ITS CONTENTS.
IN SUCH EVENT, PLEASE NOTIFY THE SENDER BY RETURN E-MAIL (OR BY PHONE AT THE NUMBER SHOWN ABOVE) AND DELETE THE E-MAIL IMMEDIATELY THEREAFTER. THANK YOU
FOR YOUR CO-OPERATION.