# EXHIBIT 17
# (Unsealed)
# (Previously Filed Under Seal as Dkt. 392)

# Redacted

**From:** Russ Schreiber
**Sent:** Sunday, March 27, 2016 11:29 AM
**To:** Pawloski, Tamra A (tpawloski@chubb.com)
**Cc:** Harlam, William; Bill Waid; Mike Sawyer
**Subject:** Response to Chubb 3/25 "offer"

Tamra,

We are in receipt of your email offer from Friday March 25th and this note is to advise you that the offer is not acceptable to FICO.  As Bill Waid stated in his prior email, and  as directed by FICO's CEO Will Lansing, the proposal FICO shared with you on March 22nd represented and remains FICO's best and final offer for a business resolution of this matter.  Based on the facts of the current situation, FICO's position is that given the preponderance of evidence for expanded international deployment, a Global ELA is the only option to cure our contract for existing use of Blaze Advisor for Chubb.

We understand that Chubb may not be ready to acquire the FICO Model Translator for SPLM product at this time, and therefore, FICO is willing to offer Chubb an option to purchase a Global ELA for Blaze Advisor for Chubb without the model translator product.  However, as Bill Waid previously communicated, the substantial 60% discount FICO's CEO authorized for the Global ELA purchase was conditional on inclusion of the Model Translator for SPLM product.  After removing the additional discounting tied to a bundled product purchase, the Net License Fees Due would actually be higher than what FICO has currently offered for the Global ELA inclusive of the FICO Model Translator for SPLM product.

Bill Waid has reached out and is hoping to connect with Bill Harlam first thing Monday morning to reiterate and confirm FICO's position and the potential ramifications to Chubb should we not reach a business decision by close of business on March 30, 2016.  Given the gravity of the situation we feel compelled to ensure your CIO and executives understand the resolve and next steps FICO is planning to take should a fully executed agreement to the afore mentioned terms not be

EXHIBIT 17

concluded by Wed March 30th, 2016. To that end we suggest and feel it best that a call with your CIO be scheduled on Monday to ensure our position has been fully communicated.  Given how close we are to the end of the cure period I would also suggest a call between our respective counsels be scheduled immediately.


Sincerely,


Russell Schreiber

FICO

Vice President, Global Insurance and Healthcare

m +1.917.214.2614

russschreiber@fico.com

Confidential