# EXHIBIT 13
## (Redacted)
## (Previously Filed Under Seal as Dkt. 392)



Fair Isaac Corporation
901 Marquette Avenue, Suite 3200
Minneapolis, MN 55402  USA
T  612 758 5200
F  612 758 5201
www.fico.com

Make every decision count.™

June 26, 2012
Mr. Andrew

Dear Andrew,

As you know Fair Isaac (FICO) and ███████████████████████████████████
are parties to the ███████████████████████████████ dated December 24,
2004 (the "Agreement") for the Blaze Advisor Development and Deployment license for use with
certain ███████ products. We have raised the concern several times that the merger of ████ into the
organization violates the anti-assignment clause of section 13.12 regardless of
the style of the merger, including most recently with your team and yourself well over a week ago.   I
am disappointed that I have not received any correspondence or contact from you since we last met.

While these discussions have been on-going most vigorously over the past several months, we have
asserted that under California law, which governs the Agreement the license is not capable of
assignment without first obtaining FICO's consent.  We have previously provided you with a detailed
trail of email and events confirming the above. We have rejected your assertion that the license does
not require assignment, providing you with applicable legal references, including the very case where
██████ took the position FICO has asserted since ██████████████████

Inasmuch as we have not heard from you as promised, this letter serves as formal notice that ████████
is in breach of the agreement and demand is made to cure such breach immediately.  We have
advised you of the appropriate cure path ████████████████████████████████ We
will honor the discounted pricing through June 28, 2012, after which time the cure rate will be
standard list price for the license and maintenance.  Alternatively of course, you may simply surrender
the license, including removal of the software and ████████████████████████████
████████████████████████████████████████████████████████████████████

Please immediately advise as to your intentions.

Very truly yours,

FICO


Thomas F. Carretta
Assistant General Counsel

cc. Robert Duque-Ribeiro, FICO
████████████████████████

EXHIBIT
13