UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY, a<br>Pennsylvania corporation,<br><br>　　　　Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

　　　　Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Defendants"), in connection with their Exhibits 16, 19 and 20, filed as Docket Nos. 619, 619-1 and 619-2 in Support of their Motion to Exclude Expert Report and Testimony of Brooks Hilliard, filed as Docket No. 387 contain information designated as "Confidential" under the Court's Protective Order [Doc. No. 44]. Defendants now file this Statement Instead of Redacted Document because large portions of these documents are confidential and redaction is impracticable.

|  |  |
|---|---|
| Dated:  October 23, 2019 | *s/Christopher D. Pham* <br> Terrence J. Fleming (#0128983) <br> tfleming@fredlaw.com <br> Leah C. Janus (#0337365) <br> ljanus@fredlaw.com <br> Christopher D. Pham (#0390165) <br> cpham@fredlaw.com <br> **FREDRIKSON & BYRON, P.A.** <br> 200 South Sixth Street, Suite 4000 <br> Minneapolis, MN  55402-1425 <br> Phone:  (612) 492-7000 <br> (612) 492-7077 (fax) <br><br> *Attorneys for Defendants* |

67937733 v1