# Exhibit 3
# (Redacted)
# (Previously Filed Under Seal as Dkt. 408)

SUPPLEMENTAL SCHEDULE 3.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*
**SUPPLEMENTAL SCHEDULE 3.0: Summary of Opinions**

| | Lost Software License, Support and Maintenance Fees (Breach of Contract) | | |
|---|---|---|---|
| Domestic | Schedule 4.0 | $ | 16,099,581 |
| Foreign | Schedule 5.0 | | 21,262,691 |
| **TOTAL** | | $ | 37,362,272 |

| | Premiums from Copyright Infringement | | |
|---|---|---|---|
| Domestic | Schedule 8.0 | $ | 28,354,140,400 |
| Foreign | Schedule 9.0 | | 2,521,900,482 |
| **TOTAL** | | $ | 30,876,040,881 |

| | Lost Software License, Support and Maintenance Fees (Copyright Infringement) | | |
|---|---|---|---|
| Domestic | Supplemental Schedule 4.0 | $ | 16,099,581 |
| Foreign | Supplemental Schedule 5.0 | | 17,970,360 |
| **TOTAL** | | $ | 34,069,940 |

EXHIBIT 3

EXPERT REPORT OF N. ZOLTOWSKI
CASE NO. 16-CV-1054 (WMW/DTS)

CONFIDENTIAL-ATTORNEYS' EYES ONLY



SUPPLEMENTAL SCHEDULE 4.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SUPPLEMENTAL SCHEDULE 4.0: Summary of Lost Fees for Domestic Applications (Copyright Infringement)

| Domestic Application | License, Support, and Maintenance (a) | Damages Period Start Date (b) | Damages Period End Date (c) | Damages Period Years | Total Lost Fees |
|---|---|---|---|---|---|
| CSI eXPRESS | $ | | | | |
| Automated Renewals Process (ARP) | | | | | |
| Profitability Indicator | | | | | |
| Decision Point | | | | | |
| Commercial Underwriting Workstation (CUW) | | | | | |
| Premium Booking | | | | | |
| Texas Accident Prevention System (TAPS) | | | | | |
| Individual Rate Modification Application (IRMA) | | | | | |
| CIS Claims | | | | | |
| Cornerstone | | | | | |
| **Total** | **$ 4,359,060** | | | | **$ 16,099,581** |

*Note/Source(s):*
(a) See **Schedule 6.0**.
(b) I understand the damages period starts at the date of termination of the SLM Agreement (i.e., March 31, 2016). (FED004437_0001.)
(c) I understand the trial ready date is December 9, 2019.

EXPERT REPORT OF N. ZOLTOWSKI
CASE NO. 16-CV-1054 (WMW/DTS)

CONFIDENTIAL-ATTORNEYS' EYES ONLY

SUPPLEMENTAL SCHEDULE 5.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SUPPLEMENTAL SCHEDULE 5.0: Summary of Lost Fees for Foreign Applications (Copyright Infringement)

| Foreign Application | Region | License, Support, and Maintenance (a) | Damages Period Start Date | Damages Period End Date (b) | Years | Total Lost Fees |
|---|---|---|---|---|---|---|
| ADAPT | Australia | $ | | | | |
| ADAPT | U.K. | | | | | |
| Evolution | Australia | | | | | |
| Evolution | Canada | | | | | |
| EZER | U.K. and Europe | | | | | |
| Exari | U.K. | | | | | |
| Broker Site | Canada | | | | | |
| Total | | $ 3,302,235 | | | | $ 17,970,360 |

*Note/Source(s):*
(a) See Schedule 7.0.
(b) I understand the trial ready date is December 9, 2019.
(c) I understand the damages period starts at the latter of the first year of gross written premiums reported per interrogatory responses or 3 years before the filing date of April 21, 2016 (i.e., April 21, 2013). See Schedule 12.0.
(d) I understand FICO asserts that ADAPT (Europe) was used in 2009. (FED014415_0001-0003.)
(e) I understand FICO asserts that Evolution (Canada) was used in 2013. Further, I understand the Broker Site application is integrated with the Evolution (Canada) application. (Mirolyuz 1/11/2019 Deposition at Exhibit 186 (FED008481_0001-FED008482_0001); Harkin Deposition at 206-209.)
(f) I understand the development of the Exari application started in 2013 and was abandoned in 2016. (Mirolyuz 1/11/2019 Deposition at Exhibit 187 (FED12301_0001; FED12303-0001); FED017913_0001-0002.)