# Exhibit 8
# (Redacted)
# (Previously Filed Under Seal as Dkt. 411)

| | |
|---|---|
| From: | Bill Waid <BillWaid@fico.com> |
| Sent: | Tuesday, March 22, 2016 8:54 PM |
| To: | Pawloski, Tamra A <tpawloski@chubb.com>; Harlam, William <Bill.Harlam@chubb.com>; Mirolyuz, Henry <hmirolyuz@chubb.com> |
| Cc: | Mike Sawyer <MikeSawyer@fico.com>; Russ Schreiber <RussSchreiber@fico.com> |
| Subject: | FICO Final Position - CEO Discussion |

Bill & Tamra,

In advance of our discussion tomorrow morning I wanted to follow-up on the last remaining action items from the FICO team.

Earlier today we delivered the output of the Proof of Concept (POC) - conversion of a multi step Chubb SAS Model to FICO Blaze Advisor SRL. This POC was conducted on a Chubb model and executed in seconds resulting in an executable SAS Model that can be deployed and managed as any other Enterprise Blaze Advisor assets within the Chubb Center of Excellence (COE) and associated practices developed over 10+ years of use for critical systems at Chubb. This represents (as with all FICO customers) a significant cost/expense savings that range from $50,000 to over $700,000 every time a model must be deployed. Fitting within your current practices and enterprise standard for a 10 –20 model usage scenario this would potentially save Chubb $1.2-5.0MM are year in expense.

Secondly, I had a conversation with our CEO earlier today and was able to secure a [REDACTED] on the Global Enterprise Blaze Advisor plus Global Enterprise Model Translator (aforementioned SAS to SRL conversion) offer – Mike can send across the detailed calculations for this offer. This represents both the full extent and final offers that will be made by FICO in this matter. All other offers stand as proposed and I have been instructed to communicate that no additional offers or discounts will be considered by FICO – this is our best and final position.

Furthermore, I have been instructed that all offers proposed and tabled will expire close of business (COB) Wednesday March 30th, 2016 absent a fully executed agreement. I believe that FICO has provided some time ago contract drafts for your review. I suggest that should there be a desire to conclude an agreement this contract review and red-line process begin now.

As a final consideration, and in response to our attentiveness to your requests, we have secured the option of payment terms for all proposed offers - [REDACTED]

Russ, Mike, and I will join the call at 8am ET tomorrow to explore and respond to any questions you might have, but I wanted to make sure you had received this feedback prior to our conversation so you could be prepared.

Please note the foregoing proposal is provided as a confidential settlement proposal and protected communication under Rule 408 of the federal Rules of civil procedure in accordance with the non-disclosure agreement; and is not to be construed as a waiver of any rights or remedies.

Until then,
Bill

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.

**EXHIBIT 8**