UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY, a<br>Pennsylvania corporation,<br><br>　　　　　Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

　　　　Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Defendants"), in connection with their Exhibit 25, filed as Docket No. 634, in Support of their Motion to Exclude Expert Report and Testimony of Neil Zoltowski, filed as Docket No. 387 contain information designated as "Confidential" under the Court's Protective Order [Doc. No. 44].  Defendants now file this Statement Instead of Redacted Document because large portions of these documents are confidential and redaction is impracticable.

| | |
|---|---|
| Dated:  October 23, 2019 | *s/Christopher D. Pham* |
| | Terrence J. Fleming (#0128983) |
| | tfleming@fredlaw.com |
| | Leah C. Janus (#0337365) |
| | ljanus@fredlaw.com |
| | Christopher D. Pham (#0390165) |
| | cpham@fredlaw.com |
| | **FREDRIKSON & BYRON, P.A.** |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN  55402-1425 |
| | Phone:  (612) 492-7000 |
| | (612) 492-7077 (fax) |
| | |
| | *Attorneys for Defendants* |

67937733 v1

2