# Exhibit 28
# (Redacted)
# (Previously Filed Under Seal as Dkt. 415)

# Redacted

```
-----Original Message-----
From: Chaban, James
          [redacted]                    Waid, William P (Bill)
                              Boone, Jandeen M
Sent: Thu Sep 21 15:03:27 2006
Subject: Enterprise Optional Pricing
```

Hi Debbie,

As we discussed, we can insert Optional Pricing as follows:

Unlimited [redacted] .NET Development and Deployment License Rights, inclusive of Sequential Compile Out Option License Rights

[redacted]

If purchased by (insert date of Express transaction + 12 mos, but no later than 9/29/2007).

Sorry for the informal format, but I believe these are the numbers you need.

Please let me know the results of your meeting with Brian tomorrow.

Thank you for helping with all of this.

Regards,

Jamie
Jamie Chaban
From Blueberry
Fair Isaac Corporation
484-994-7840 Phone

EXHIBIT 28

Confidential                                                                FICO0062204