# Exhibit 33
# (Redacted)
# (Previously Filed Under Seal as Dkt. 415)

Redacted

EXHIBIT 33

Confidential                                   FICO0062968

# Redacted

Confidential
FICO0062969

# Redacted

From: Green, Robin Douglas (Robin)
Sent: Thursday, September 13, 2007 10:36 PM
To: ▮
Subject:

▮

Confidential

Per my earlier message, I've attached a spreadsheet showing a detailed breakdown of all combined license fees for ▓▓ after the ELA transaction. These fees account for combined Blaze Advisor maintenance fees (with adjustments for ▓▓aintenance fees already prepaid), Model Builder maintenance fees, IDM maintenance fees, and Falcon ID maintenance fees (IDM and Falcon ID are from the current ▓▓ontract and have been prepaid through 2010). The fees breakdown as follows (numbers have been rounded to the nearest dollar and were current on consumed prepaid maintenance through August - actual fees will be recalculated as of contract effective date):

Combined Maintenance Fees Calculation for Blaze ELA, Model Builder, IDM, Falcon ID











Confidential

FICO0062972



Let me know if there are any questions.  We'll speak in the morning.

Regards,

Robin

---

Robin Green | Partner |  EDM Technologies

robingreen@fairisaac.com

512-828-8615 voice

617-687-8307 eFax

Confidential  FICO0062973

512-576-7476 mobile

<http://www.fairisaac.com/>

Confidential

FICO0062974