# Exhibit 1
# (Unsealed)
# (Previously Filed Under Seal as Dkt. 432)

16-cv-01054-MJD-DTS  Document 433  Filed 07/26/19  Page

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

☑ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the fiscal year ended December 31, 2018
OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the Transition Period from        to
Commission File No. 1-11778

## CHUBB LIMITED
(Exact name of registrant as specified in its charter)

| Switzerland | 98-0091805 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**Baerengasse 32**
Zurich, Switzerland CH-8001
(Address of principal executive offices) (Zip Code)
+41 (0)43 456 76 00
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Shares, par value CHF 24.15 per share | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
YES ☑ NO ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
YES ☐ NO ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15 (d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES ☑ NO ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). YES ☑ NO ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference into Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☑ | Accelerated filer ☐ |
|---|---|
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). YES ☐ NO ☑

The aggregate market value of voting stock held by non-affiliates as of June 29, 2018 (the last business day of the registrant's most recently completed second fiscal quarter), was approximately $59 billion. For the purposes of this computation, shares held by directors and officers of the registrant have been excluded. Such exclusion is not intended, nor shall it be deemed, to be an admission that such persons are affiliates of the registrant.

As of February 14, 2019 there were 458,380,937 Common Shares par value CHF 24.15 of the registrant outstanding.

**Documents Incorporated by Reference**
Certain portions of the registrant's definitive proxy statement relating to its 2019 Annual General Meeting of Shareholders are incorporated by reference into Part III of this report.

**EXHIBIT 1**

**Exhibit 21.1**  Set forth below are subsidiaries of Chubb and their respective jurisdiction of ownership and percentage ownership, in each case as of December 31, 2018. Each of the named subsidiaries is not necessarily a significant subsidiary as defined in Rule 1-02(w) of Regulation S-X, and Chubb has several additional subsidiaries not named below. The unnamed subsidiaries, considered in the aggregate as a single subsidiary, would not constitute a significant subsidiary at the end of the year covered by this report.

| Name | Jurisdiction of Organization | Percentage Ownership |
|---|---|---|
| Chubb Limited | Switzerland | Publicly held |
| Chubb Insurance (Switzerland) Limited | Switzerland | 100% |
| Chubb Reinsurance (Switzerland) Limited | Switzerland | 100% |
| Chubb Group Management and Holdings Ltd. | Bermuda | 100% |
| Chubb Bermuda Insurance Ltd. | Bermuda | 100% |
| Paget Reinsurance Ltd. | Bermuda | 100% |
| ACE Capital Title Reinsurance Company | USA (New York) | 100% |
| Green & Grey Financial Solutions International, Ltd. | Bermuda | 100% |
| Corporate Officers & Directors Assurance Ltd. | Bermuda | 100% |
| Oasis Real Estate Company Ltd. | Bermuda | 100% |
| Scarborough Property Holdings Ltd. | Bermuda | 40% |
| Sovereign Risk Insurance Limited | Bermuda | 100% |
| Sovereign Risk Insurance (Dubai) Limited | UAE (Dubai) | 100% |
| Chubb Realty Holdings Limited | Bermuda | 100% |
| Freisenbruch Meyer Insurance Ltd. | Bermuda | 40% |
| Freisenbruch-Meyer Insurance Services Ltd. | Bermuda | 40% |
| Chubb Market Company Limited | England & Wales | 100% |
| Chubb Group Holdings Limited | England & Wales | 100% |
| Chubb Tarquin | England & Wales | 100% |
| Chubb Capital V Limited | England & Wales | 100% |
| Chubb Leadenhall Limited | England & Wales | 100% |
| Chubb Underwriting Agencies Limited | England & Wales | 100% |
| Chubb Capital I Limited | England & Wales | 100% |
| Chubb Capital III Limited | England & Wales | 100% |
| Chubb Capital IV Limited | England & Wales | 100% |
| Chubb Capital VI Limited | England & Wales | 100% |
| Chubb London Holdings Limited | England & Wales | 100% |
| Chubb Capital II Limited | England & Wales | 100% |
| Chubb London Investments Limited | England & Wales | 100% |
| Chubb London Aviation Limited | England & Wales | 100% |
| Chubb London Limited | England & Wales | 100% |
| Chubb Company Services Limited | England & Wales | 100% |
| Chubb London Services Limited | England & Wales | 100% |
| Chubb London Group Limited | England & Wales | 100% |
| Chubb Intermediaries Bermuda Ltd | Bermuda | 100% |
| Chubb Services Limited | Cayman Islands | 100% |

| | | |
|---|---|---|
| Oasis Insurance Services Ltd | Bermuda | 100% |
| Chubb Tempest Life Reinsurance Ltd | Bermuda | 100% |
| Chubb Tempest Reinsurance Ltd | Bermuda | 100% |
| ACE Europe Life SE | England & Wales | 99.99%<br>.01% (Chubb Group Management and Holdings Ltd.) |

| | | |
|---|---|---|
| Chubb Tempest Re Escritório de Representação No Brasil Ltda. | Brazil | 99.999999%<br>.000001% (Chubb Tempest Life Reinsurance Ltd.) |
| ABR Reinsurance Capital Holdings Ltd. | Bermuda | 11.26% |
| Oasis Investments Ltd. | Bermuda | 66.66%<br>33.33% (Chubb Bermuda Insurance Ltd.) |
| Oasis Investments 2 Ltd. | Bermuda | 66.66%<br>33.33% (Chubb Bermuda Insurance Ltd.) |
| Chubb Group Holdings Inc. | USA (Delaware) | 100% |
| Chubb (CR) Holdings | England & Wales | 100% |
| Chubb Capital VII Limited | England & Wales | 100% |
| Chubb (RGB) Holdings Limited | England & Wales | 100% |
| Chubb (CIDR) Limited | England & Wales | 100% |
| Ridge Underwriting Agencies Limited | England & Wales | 100% |
| Chubb Asset Management Inc. | USA (Delaware) | 100% |
| ACE Life Insurance Company | USA (Connecticut) | 100% |
| Chubb INA Holdings Inc. | USA (Delaware) | 80%<br>20% (Chubb Limited) |
| Chubb Atlantic Indemnity Ltd. | Bermuda | 100% |
| DHC Corporation | USA (Delaware) | 100% |
| Pacific Indemnity Company | USA (Wisconsin) | 100% |
| Executive Risk Indemnity Inc. | USA (Delaware) | 100% |
| Executive Risk Specialty Insurance Company | USA (Connecticut) | 100% |
| Chubb Custom Insurance Company | USA (New Jersey) | 100% |
| Chubb Global Financial Services Corporation | USA (Delaware) | 100% |
| Harbor Island Indemnity Ltd. | Bermuda | 100% |
| Chubb Investment Holdings (Hong Kong) Ltd. | China (Hong Kong) | 100% |
| Chubb Investment Services Limited | UK | 100% |
| Chubb Custom Market Inc. | USA (New Jersey) | 100% |
| Bellemead Development Corporation | USA (Delaware) | 100% |
| Bellemead/Marina Del Rey Corp. | USA (Delaware) | 100% |
| Halifax Plantation Golf Management, Inc. | USA (Florida) | 100% |
| Halifax Plantation, Inc. | USA (Florida) | 100% |
| Halifax Plantation Golf, Inc. | USA (Florida) | 100% |
| Halifax Plantation Realty, Inc. | USA (Florida) | 100% |
| 1717 Naperville Corp. | USA (Illinois) | 100% |
| 1250 Diehl Corp. | USA (Illinois) | 100% |
| Federal Insurance Company | USA (Indiana) | 100% |
| Chubb Indemnity Insurance Company | USA (New York) | 100% |

| | | |
|---|---|---|
| Chubb National Insurance Company | USA (Indiana) | 100% |
| Chubb Insurance Company of New Jersey | USA (New Jersey) | 100% |

| | | |
|---|---|---|
| Chubb Lloyds Insurance Company of Texas | USA (Texas) | 100% |
| Great Northern Insurance Company | USA (Indiana) | 100% |
| Vigilant Insurance Company | USA (New York) | 100% |
| Chubb Financial Solutions (Bermuda) Ltd. | Bermuda | 100% |
| Chubb Investment Holdings Inc. | USA (New Jersey) | 100% |
| Chubb Insurance Company Limited | China | 100% |
| Chubb European Investment Holdings, SLP | Scotland | 100% |
| Chubb Europe Finance Ltd. | England & Wales | 100% |
| Federal Insurance Company Escritório de Representação no Brasil Ltda. | Brazil | 99.99% 0.01% (Chubb & Son, Inc.) |
| Chubb Direct Marketing Company Ltd. | Korea | 100% |
| Chubb Life Insurance Korea Company Ltd. | Korea | 100% |
| Combined Insurance Company of America | USA (Illinois) | 100% |
| Combined Insurance Company of Europe Limited | Ireland | 100% |
| Combined Life Insurance Company of New York | USA (New York) | 100% |
| Chiewchanwit Company Limited | Thailand | 49% |
| CoverHound, Inc. | USA (Delaware) | 44.72% 55.28 (non-affiliates) |
| Huatai Insurance Group Co., Ltd. | China | 5.8293% 9.7755% (Chubb Tempest Reinsurance Ltd.) 4.3952% (Chubb US Holdings Inc.) |
| Huatai Property & Casualty Insurance Co., Ltd | China | 100% |
| Huatai Life Insurance Co., Ltd. | China | 79.64% 20% (Chubb INA Holdings Inc.) 0.36% (non-Chubb shareholders) |
| INA Corporation | USA (Pennsylvania) | 100% |
| INA Tax Benefits Reporting, Inc. | USA (Delaware) | 100% |
| INA Financial Corporation | USA (Delaware) | 100% |
| Brandywine Holdings Corporation | USA (Delaware) | 100% |
| Cravens, Dargan & Company, Pacific Coast | USA (Delaware) | 100% |
| Century Indemnity Company | USA (Pennsylvania) | 100% |
| Century International Reinsurance Company Ltd. | Bermuda | 100% |
| INA Holdings Corporation | USA (Delaware) | 100% |
| INA International Holdings, LLC | USA (Delaware) | 100% |
| Chubb INA Properties, Inc. | USA (Delaware) | 100% |
| Conference Facilities, Inc. | USA (Pennsylvania) | 100% |
| ESIS, Inc. | USA (Pennsylvania) | 100% |
| Chubb Risk Consulting Group Limited. | Ireland | 100% |

| | | |
|---|---|---|
| ESIS Canada Inc. | Canada (Ontario) | 100% |
| ESIS Environmental Health and Safety Consulting (Shanghai) Company Limited | China (Shanghai) | 100% |

| | | |
|---|---|---|
| ESIS Asia Pacific PTE. Ltd. | Singapore | 100% |
| ESIS Academy PTE. Ltd. | Singapore | 100% |
| Proclaim America, Inc. | USA (Texas) | 100% |
| Chubb INA Excess and Surplus Insurance Services, Inc. | USA (Pennsylvania) | 100% |
| Chubb Excess and Surplus Insurance Services Inc. | USA (California) | 100% |
| Chubb Alternative Risk Solutions Inc. | USA (Delaware) | 100% |
| ACE American Insurance Company | USA (Pennsylvania) | 100% |
| Bankers Standard Insurance Company | USA (Pennsylvania) | 100% |
| Indemnity Insurance Company of North America | USA (Pennsylvania) | 100% |
| Penn Millers Holding Corporation | USA (Pennsylvania) | 100% |
| PMMHC Corp. | USA (Pennsylvania) | 100% |
| Penn Millers Insurance Company | USA (Pennsylvania) | 100% |
| Penn Millers Agency, Inc. | USA (Pennsylvania) | 100% |
| Pacific Employers Insurance Company | USA (Pennsylvania) | 100% |
| Illinois Union Insurance Company | USA (Illinois) | 100% |
| Rain and Hail Insurance Services, Inc. | USA (Iowa) | 100% |
| Agri General Insurance Company | USA (Iowa) | 100% |
| Rain and Hail L.L.C. | USA (Iowa) | 100% |
| Agri General Insurance Service, Inc. | USA (Iowa) | 100% |
| Rain and Hail Insurance Service International, Inc. | USA (Iowa) | 100% |
| Rain and Hail Insurance Service, Ltd. | Canada | 100% |
| Rain and Hail Insurance Service de Mexico, S.A. de C.V. | Mexico | 100% |
| Rain and Hail Financial, Inc. | USA (Iowa) | 100% |
| Insurance Company of North America | USA (Pennsylvania) | 100% |
| Chubb & Son Inc. | USA (New York) | 100% |
| Chubb Insurance Solutions Agency Inc. | USA (Delaware) | 100% |
| Chubb Services Corporation | USA (Illinois) | 100% |
| ACE Property and Casualty Insurance Company | USA (Pennsylvania) | 100% |
| ACE Fire Underwriters Insurance Company | USA (Pennsylvania) | 100% |
| Atlantic Employers Insurance Company | USA (New Jersey) | 100% |
| ACE Insurance Company of the Midwest | USA (Indiana) | 100% |
| Chubb Tempest Re USA LLC | USA (Connecticut) | 100% |
| Chubb Structured Products, Inc. | USA (Delaware) | 100% |
| Recovery Services International, Inc. | USA (Delaware) | 100% |
| Chubb INA International Holdings Ltd. | USA (Delaware) | 100% |
| Chubb Europe Services Ltd. | UK | 100% |
| Chubb Managing Agent Ltd. | UK | 100% |
| Chubb Insurance Service Company Ltd. | UK | 100% |
| Chubb Capital Ltd. | UK | 100% |

| | | |
|---|---|---|
| Combined Life Insurance Company of Australia, Ltd. | Australia | 100% |
| Chubb Arabia Cooperative Insurance Company | Saudi Arabia | 30% |
| Chubb Servicios Panama S.A. | Panama | 100% |
| Chubb Fianzas Holdings Inc. | USA (Delaware) | 100% |

| | | |
|---|---|---|
| FM Holdco LLC | USA (Delaware) | 100% |
| ACE Fianzas Monterrey, S.A. | Mexico | 99.90% 0.05% (AFIA Finance Corporation) 0.05% (Chubb Global Financial Services Corp.) |
| Operadora FMA, S.A. de C.V. | Mexico | 99.99% .01%(AFIA Finance Corporation) |
| Chubb Seguros Mexico Holdings Inc. | USA (Delaware) | 100% |
| Ally Insurance Holdings LLC | USA (Delaware) | 100% |
| ABA Mexico Holdings LLC | USA (Delaware) | 100% |
| ABA Garantías S.A. de C.V. | Mexico | 99.99% 0.01% (AFIA Finance Corporation) |
| Chubb Seguros México S.A. | Mexico | 99.9999996% .0000003% (AFIA Finance Corporation) 0000001% (Chubb Global Financial Services Corporation) |
| ABA Asistencias, S.A. de C.V. | Mexico | 99.998% 0.002% (ABA Garantías S.A. de C.V.) |
| Chubb Life Insurance Company Ltd. | Bermuda | 100% |
| Chubb Insurance Malaysia Berhad | Malaysia | 100% |
| INACOMB S.A. de C.V. | Mexico | 99.998% 0.002% (AFIA Finance Corporation) |
| Chubb Holdings Australia Pty Limited | Australia | 100% |
| Chubb Insurance Australia Limited | Australia | 100% |
| Chubb Insurance Company of Australia Limited | Australia | 100% |
| PT Chubb Life Insurance Indonesia | Indonesia | 98.21% |
| Chubb Life Insurance Vietnam Company Limited | Vietnam | 100% |
| Chubb Life Fund Management Company Limited | Vietnam | 100% |
| Chubb Insurance Vietnam Company Limited | Vietnam | 100% |
| Chubb Seguros Holdings Chile Inc. | USA (Delaware) | 100% |
| Chubb Seguros Holdings Chile Inc. Agencia en Chile | Chile | 100% |

| | | |
|---|---|---|
| Chubb Seguros Chile S.A. | Chile | 12.383% (Chubb Seguros Holdings Chile Inc. Agencia en Chile)<br>82.151% (Chubb INA International Holdings Ltd. Agencia en Chile)<br>3.299% (AFIA Finance Corporation Agencia en Chile)<br>2.086% (AFIA Finance Corporation Chile Limitada)<br>0.004% (Chubb INA Holdings Inc.)<br>0.077% (Non-Chubb shareholders) |
| Chubb Seguros Brasil S.A. | Brazil | 83.17% 16.82% (DHC Corporation)<br>0.01% (Chubb Brazil Holdings Ltd.) |
| Chubb Serviços Brasil Ltda | Brazil | 99%<br>1% (AFIA Finance Corporation) |
| Chubb Servicios México, S.A. de C.V. | Mexico | 99.9%<br>0.1% (AFIA Finance Corporation) |
| Chubb Seguros Argentina S.A. | Argentina | 23.4741%<br>75.7651% (Federal Insurance Company)<br>0.7561% (AFIA Finance Corporation)<br>0.0047% (non-Chubb Owners) |
| Chubb INA International Holdings Ltd., Agencia en Chile | Chile | 100% |
| Chubb Seguros de Vida Chile S.A. | Chile | 97.9%<br>2.1% (AFIA Finance Corporation Agencia en Chile) |
| Ventas Personales Limitada | Chile | 99%<br>1% (AFIA Finance Corporation Agencia en Chile) |

| | | |
|---|---|---|
| Chubb Servicios Chile Limitada | Chile | 99%<br>1.00%(AFIA Finance Corporation Agencia en Chile) |
| PT Chubb General Insurance Indonesia | Indonesia | 80%<br>20% (PT Adi Citra Mandiri) |
| PT Asuransi Chubb Syariah Indonesia | Indonesia | 75%<br>25% (PT Mitrajaya Amanah Cemerlang) |
| PT Jaya Prima Auto Center | Indonesia | 75%<br>25%<br>(non-Chubb affiliate) |
| Chubb INA Overseas Holdings Inc. | USA (Delaware) | 100% |
| ACE European Holdings Limited | UK | 100% |
| Chubb Underwriting (DIFC) Limited | Dubai International Financial Centre | 100% |
| ACE European Holdings No 2 Limited | UK | 100% |
| Chubb Insurance Investment Holdings Limited | UK | 100% |
| Chubb European Group SE | UK | 99.99%<br>.01% (Chubb EU Holdings Limited) |
| Masterpiece Nederland B.V. | Netherlands | 100% |
| Chubb EU Holdings Limited | UK | 100% |
| Chubb Pension Trustee Limited | UK | 100% |
| Chubb Russia Investments Limited | UK | 99.999999995%<br>0.000000005%<br>(Chubb INA Intl. Holdings Ltd.) |
| JSC Russian Reinsurance Company | Russia | 23.34% |
| LLC Chubb Life Insurance Company | Russia | 100% |
| LLC Chubb Insurance Company | Russia | 100% |
| Chubb Seguradora Macau S.A. | Macau | 99.94% |
| Chubb Holdings Limited | Cayman Islands | 100% |
| Chubb Insurance Egypt S.A.E. | Egypt | 98.014%<br>0.551% (Chubb Services UK Ltd)<br>0.551% (ACE European Holdings Ltd) |
| Chubb Life Insurance - Egypt S.A.E. | Egypt | 98.35%<br>0.98% (Chubb Holdings Limited)<br>0.67% (AFIA Finance Corporation) |
| ACE INA Berhad | Malaysia | 100% |
| Chubb Seguros Colombia S.A. | Colombia | 17.0140717% |

| | | |
|---|---|---|
| Chubb Seguros Ecuador S.A. | Ecuador | 99.99% 0.01% (AFIA Finance Corporation) |
| Chubb Seguros Panama S.A. | Panama | 100% |
| Chubb Seguros Péru S.A. | Peru | 99.99% 0.01% (AFIA Finance Corporation) |
| Nam Ek Company Limited | Thailand | 49% |
| Eksupsiri Company Limited | Thailand | 50.99% 49% (Chubb INA International Holdings Ltd) |
| Chubb Life Assurance Public Company Limited | Thailand | 75.01% 24.99% (Oriental Equity Holdings) |
| Chubb Samaggi Insurance Public Company Limited | Thailand | 99.2868% 0.7132% (non-affiliates) |
| Siam Marketing & Analytics Company Limited | Thailand | 50.99% 49% (Chubb Asia Pacific Services Pte. Limited) |
| Siam Liberty Insurance Broker Co., Ltd. | Thailand | 74.8% 24.99% (AFIA Finance Corporation) |
| Chubb Insurance South Africa Limited | South Africa | 100% |
| Chubb Insurance New Zealand Limited | New Zealand | 100% |
| Chubb Brazil Holdings Ltd. | USA (Delaware) | 100% |
| Crafts Corretora de Seguros Ltda. | Brazil | 99% 1% (Chubb INA International Holdings Ltd.) |
| Chubb Resseguradora Brasil S.A. | Brazil | 99.99% 0.01% (Chubb INA International Holdings Ltd.) |
| Chubb International Management Corporation | USA (Pennsylvania) | 100% |
| Cover Direct, Inc. | USA (Delaware) | 100% |
| PT Adi Citra Mandiri | Indonesia | 100% |
| Chubb INA G.B. Holdings Ltd | USA (Delaware) | 100% |
| Chubb Services U.K. Limited | UK | 100% |
| Polaris U.K Ltd | UK | 0.451% |
| Century Inversiones, S.A. | Panama | 100% |
| ACE Arabia Insurance Company Limited B.S.C. (C) | Bahrain | 50% |
| Chubb Insurance Pakistan Limited | Pakistan | 100% |
| ACE INA Overseas Insurance Company Ltd. | Bermuda | 100% |
| Chubb INA Overseas Insurance Company Ltd. | Bermuda | 100% |
| Chubb Insurance Singapore Limited | Singapore | 100% |

| | | |
|---|---|---|
| Chubb Insurance Japan | | 100% |
| Chubb SSI Japan | Japan | 100% |
| ACE Marketing Group, C.A. | Venezuela | 100% |

| | | |
|---|---|---|
| Chubb Canada Holdings Inc. | USA (Delaware) | 68.47%<br>31.53%<br>(ACE INA Overseas Insurance Company Ltd.) |
| Chubb Holdings Canada Ltd. | Canada (Ontario) | 100% |
| Chubb Insurance Company of Canada | Canada | 100% |
| Chubb Life Insurance Company of Canada | Canada | 100% |
| Chubb Tempest Re Canada Inc. | Canada | 100% |
| Chubb Insurance Company of Puerto Rico | Puerto Rico | 100% |
| Chubb Insurance Agency Inc. | Puerto Rico | 100% |
| Chubb Insurance Hong Kong Limited | Hong Kong | 99.99%<br>0.01% (ACE INA Overseas Insurance Company Ltd.) |
| Chubb Alternative Risk Ltd. | Bermuda | 100% |
| DELPANAMA S.A. | Panama | 100% |
| INAMEX S.A. | Mexico | 100% |
| Oriental Equity Holdings Limited | British Virgin Islands | 100% |
| AFIA Finance Corporation | USA (Delaware) | 100% |
| AFIA Finance Corporation Agencia en Chile | Chile | 100% |
| Inversiones Continental S.A de C.V. | Honduras | 1.29% |
| AFIA Venezolana C.A. | Venezuela | 100% |
| Chubb Servicios S.A. | Argentina | 95%<br>5% (Chubb INA Int'l Holdings Ltd.) |
| AFIA Finance Corp. Chile Limitada | Chile | 98%<br>2% (Chubb INA Int'l Holdings Ltd. Agencia Chile) |
| Pembroke Reinsurance, Inc. | USA (Delaware) | 100% |
| RIYAD Insurance Co. Ltd. | Bermuda | 80% |
| Chubb Asia Pacific Pte. Ltd. | Singapore | 100% |
| Chubb IT Development Center Sdn. Bhd. | Malaysia | 100% |
| AFIA (INA) Corporation, Limited | USA (Delaware) | 100% |
| AFIA | Unincorporated Association | 60%<br>40% AFIA (Chubb) |
| AFIA (Chubb) Corporation Limited | USA (Delaware) | 100% |
| INAVEN, C.A. | Venezuela | 100% |
| Chubb US Holdings Inc. | USA (Delaware) | 100% |
| Westchester Fire Insurance Company (F/K/A ACE Indemnity Insurance Company) | USA (Pennsylvania) | 100% |
| Westchester Surplus Lines Insurance Company | USA (Georgia) | 100% |
| Westchester Specialty Insurance Services, Inc. | USA (Nevada) | 100% |