# Exhibit 6
# (Redacted)
# (Previously Filed Under Seal as Dkt. 434)

## Message

**From:** Wachs, Lawrence C (Larry) [/O=FAIRISAAC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=LARRYWACHS]
**Sent:** 11/26/2008 8:49:11 AM
**To:** Schreiber, Russell (Russ) [RussSchreiber@fairisaac.com]
**Subject:** Global View of Chubb

In reviewing my notes and some archived e-mails it's apparent to me that the corporate ELA that was negotiated with Phil Folz and June Drewey intended to include the Global license. Here's one of the emails that was sent to lock the team before the first negotiation. "Global" is referenced twice. In my recollection they were adamant about keeping Global on the table but they did take Cobol, Smartforms off the table to wait for projects requiring that functionality.
Call with any questions

Larry

From: Wachs, Lawrence C (Larry)
Sent: Tuesday, December 12, 2006 11:10 AM
To: Layden, Mark
Cc: Gordon, Michael J (Mike); Waid, William P (Bill); Haines, John K; Schreiber, Russell (Russ)
Subject: Chubb ELA Pricing Rationale - from Russ and Larry- the "Pursuit Team"

Attendees at the meeting include: Phil Folz - Corporate SVP and a direct report to the corporate CIO, Julia Boland - SVP of the Shared Resource procurement department and Jim Black - Procurement manager and contract administrator.

Original Negotiations in June of '06

- We quoted Chubb ▓▓▓▓ for a Corporate ELA for .Net and Java – limited dev seats

- In June, after negotiation – (we were asking ▓▓▓▓ for the Specialty lines – we settled for ▓▓▓▓ for 10 seats, Java and .Net. The buy was separated into ▓▓▓▓ in June then another ▓▓▓▓ within 30 days due to signature requirements on the Chubb side.

- We also agreed to hold ▓▓▓▓ of the license fees paid as creditable towards the ▓▓▓▓ corporate ELA for 12 months. Resulting in a ▓▓▓▓ corp ELA with limited dev seats.

December Discussions

- We were told that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ would get it done but they realize we couldn't go that far. We offered to lower the ELA to ▓▓▓▓ to get it done which is a split right down the middle of the ▓▓▓▓

- Then the Cobol & SmartForms and unlimited seat discussions came up. We came in at ▓▓▓▓ for everything.

- They backed off everything saying they didn't have projects on the board and asked us to sharpen our pencils on ELA and unlimited seats. We countered by dropping the ELA to ▓▓▓▓ and adding in the unlimited dev seats for ▓▓▓▓

Pricing Rational




Confidential - Attorneys' Eyes Only

FICO0002448

Following is a breakdown of premium revenue ('05) by business unit at Chubb:

Specialty - $3 billion - 24.4%

Commercial - $5 billion - 40.7%

Personal - $3.3. billion - 26.8%

Global- Other $ 1 billion  - 8.1%

With Specialty representing 24% of the revenue the equivalent ELA would ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ price we gave to Specialty.  Backing out the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and we're still not talking unlimited dev seats.  Said another way - CSI represented 24% of the revenue of Chubb Corporate and we tried to maintain that parity in the Corporate ELA - and we threw in a valuable kicker - unlimited seats.

Again we're at ▮▮▮▮▮▮ for global ELA plus ▮▮▮ for unlimited seats.  Maintenance at ▮▮▮ s on top of it.

I think we need to find out what # they're trying to fit to so we can possible offer the ELA in chunks as we did the June deal.  Chunks could include .net, Java, and or unlimited dev seats.

Good luck today…we're all counting on you!


Larry



Larry Wachs
Account Executive
Fair Isaac Corporation/EDM Technology Group
516-791-5139 - H.O. Tel.
917-968-5959 - Mobile


It's just a smarter way to do business.

<http://www.myinteract.com>

Confidential - Attorneys' Eyes Only                                                                                                                                           FICO0002449