# Exhibit 18
# (Redacted)
# (Previously Filed Under Seal as Dkt. 437)

Message

**From:** Oliver Clark [OliverClark@fico.com]
**Sent:** 4/1/2015 6:59:06 AM
**To:** Richard Lagerweij [richardlagerweij@fico.com]
**Subject:** FW: Decision Simulator Proposal
**Attachments:** FICO_ChubbInsurance_DecisionSimulator_Issued010415docx.docx

**Importance:** High

Tactical error – too high and scoped to UK only. Better to start lower and with a per-application scope.

**From:** Andy Moffat
**Sent:** 01 April 2015 11:07
**To:** htonkin@chubb.com
**Cc:** davidgibbs@chubb.com; Mark Collingwood; Oliver Clark; Larry Jacobson
**Subject:** Decision Simulator Proposal
**Importance:** High

Hi Hamish,

Please see the attached proposal for the licensing costs and associated training for Decision Simulator. The prices are heavily discounted in line with the existing Blaze contract. No additional Blaze license(s) are needed as it is covered within the overall global Blaze ELA.

Happy to talk through / organise a call if needed?

Kind regards

Andy

Andy Moffat
Senior Account Executive

**FICO**

5th Floor Cottons Centre,
Hays Lane,
London, SE1 2QP
Mobile: +447515 066012
andymoffat@fico.com



EXHIBIT 60



EXHIBIT 18

Confidential - Attorneys' Eyes Only

FICO0001996


FICO

| | |
|---|---|
| **Subject:** | **Decision Simulator** |
| **Distribution:** | Hamish Tonkin (Chubb Insurance) |
| | David Gibbs (Chubb Insurance) |
| | Larry Jacobson (FICO) |
| | Mark Collingwood (FICO) |
| | Oliver Clark (FICO) |
| **Date:** | 1st April 2015 |
| **Author:** | Andy Moffat (FICO) |

### (A) Introduction

This document is FICO's proposal for the provision for Decision Simulator within FICO Blaze Advisor. Below are the requirements and costs.

Chubb Europe, are embarking on a project to systematise their corporate property insurance spreadsheets, with Blaze Advisor positioned as the tool in which to do this.

### (B) Project Requirements

- Decision Simulator to be included in existing Blaze ELA contract
- Decision Simulator training

### (C) Costs

For the provision of a regional (UK) license for the use of Decision Simulator and the associated training course.

| Service | Cost |
|---|---|
| Decision Simulator UK license | ███ |
| Decision Simulator Training (DSA – 1.5 days)* | ███ |

*Assuming that Chubb have already had Blaze Fundamentals and RMA training.

All prices valid for 30 days only.

### (D) Next Steps

Following confirmation of Chubb Insurance's decision on how best to proceed, FICO will provide a short contract for review.

Should you have any questions on this offer, please do not hesitate to contact:

Andy Moffat
Senior Account Executive
T: 07515 066012
E: andymoffat@fico.com

Mark Collingwood
Sales Director
T: 07951 268505
E: andymoffat@fico.com

Page 1 of 1