**Exhibit 20**
**(Unsealed)**
**(Previously Filed Under Seal as Dkt. 437)**

Message

**From:** Natasha Fowlin [NatashaFowlin@fico.com]
**Sent:** 11/13/2015 1:32:58 PM
**To:** Mike Sawyer [MikeSawyer@ficorp.onmicrosoft.com]
**Subject:** RE: Chubb - Ace License review

Ok I figured as much ... Monday it is and if we need to move then you let me know.

Thanks ☺

Natasha N. Fowlin
Administrative Support

**FICO**

1500 Broadway Suite 1101
New York, NY 10036

T  646 733 2424
C  917 543 3137
NatashaFowlin@fico.com

**From:** Mike Sawyer
**Sent:** Friday, November 13, 2015 2:32 PM
**To:** Natasha Fowlin <NatashaFowlin@fico.com>
**Subject:** RE: Chubb - Ace License review

No...I am on plane to San Diego on Tuesday.  Let's try for Monday.

Mike Sawyer
Client Partner, Insurance & Healthcare

**FICO**

Boston, MA

T  508 530 3116
C  617 401 1380
mikesawyer@fico.com
www.fico.com

EXHIBIT 20



Confidential - Attorneys' Eyes Only
FICO0000974                           027037_0148                              FICO0000974
                                                                               Sawyer, Mike

**From:** Natasha Fowlin
**Sent:** Friday, November 13, 2015 2:32 PM
**To:** Mike Sawyer
**Subject:** RE: Chubb - Ace License review

Is Tuesday morning at 930am et better ?

**Natasha N. Fowlin**
Administrative Support

# FICO

1500 Broadway Suite 1101
New York, NY 10036

T  646  733  2424
C  917  543  3137
NatashaFowlin@fico.com

**From:** Mike Sawyer
**Sent:** Friday, November 13, 2015 2:30 PM
**To:** Natasha Fowlin <NatashaFowlin@fico.com>
**Subject:** RE: Chubb - Ace License review

That's day care pick up time.  Not sure if my wife can do it on Monday or not.  Go ahead and book it and I will ask to move it later if she can't do it.

**Mike Sawyer**
Client Partner, Insurance & Healthcare

# FICO

Boston, MA

T  508 530 3116
C  617 401 1380
mikesawyer@fico.com
www.fico.com

**From:** Natasha Fowlin
**Sent:** Friday, November 13, 2015 2:27 PM
**To:** Mike Sawyer
**Subject:** FW: Chubb - Ace License review

Can you do Monday 5pm et ?

Natasha N. Fowlin
Administrative Support

**FICO**

1500 Broadway Suite 1101
New York, NY 10036

T  646 733 2424
C  917 543 3137
NatashaFowlin@fico.com

**From:** Russ Schreiber
**Sent:** Friday, November 13, 2015 2:22 PM
**To:** Natasha Fowlin <NatashaFowlin@fico.com>
**Cc:** Mike Sawyer <MikeSawyer@fico.com>; Bill Waid <BillWaid@fico.com>
**Subject:** Chubb - Ace License review

Tasha, can you put 30 minutes on the calendar for this group to discuss Ace's acquisition of Chubb and potential licensing expansion fees.

Russ Schreiber
m +1.917.214.2614

Confidential - Attorneys' Eyes Only                                                         FICO0000976
FICO0000974                                      027037_0148                                    Sawyer, Mike