**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br>　　　　　Plaintiff, | Court File No.  16-cv-1054 (WMW/DTS) |
| v. | |
| FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY, a<br>Pennsylvania corporation, | **STATEMENT INSTEAD OF<br>REDACTED DOCUMENT** |
| 　　　　　Defendants. | |

　　　Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Defendants"), in connection with their Exhibit 15, filed as Docket No. 643, in Support of their Motion for Summary Judgment, filed as Docket No. 429 contains information designated as "Confidential" under the Court's Protective Order [Doc. No. 44].  Defendants now file this Statement Instead of Redacted Document because large portions of these documents are confidential and redaction is impracticable.

| | |
|---|---|
| Dated:  October 23, 2019 | *s/Christopher D. Pham* <br> Terrence J. Fleming (#0128983) <br> tfleming@fredlaw.com <br> Leah C. Janus (#0337365) <br> ljanus@fredlaw.com <br> Christopher D. Pham (#0390165) <br> cpham@fredlaw.com <br> **FREDRIKSON & BYRON, P.A.** <br> 200 South Sixth Street, Suite 4000 <br> Minneapolis, MN  55402-1425 <br> Phone:  (612) 492-7000 <br> (612) 492-7077 (fax) <br><br> *Attorneys for Defendants* |

67937733 v1

2