# Exhibit 25
# (Unsealed)
# (Previously Filed Under Seal as Dkt. 438)

Message

**From:** Tom Carretta [tomcarretta@fico.com]
**Sent:** 2/26/2016 9:50:24 AM
**To:** Russ Schreiber [RussSchreiber@fico.com]; Mike Sawyer [MikeSawyer@ficorp.onmicrosoft.com]
**Subject:** FW: FICO Blaze Software Matter

**From:** Tom Carretta
**Sent:** Friday, February 26, 2016 9:50 AM
**To:** 'Hopp, Andrew D'
**Subject:** RE: FICO Blaze Software Matter

Dear Mr. Hopp,

Thank you for the email. The proposal was not acceptable from our business and compliance teams, and I confirm it is rejected.

However, I respect the effort and encourage continued aggressive business dialogue to seek a resolution. In that regard, I have advised our business team to meet this week and next week, and confirm FICO will take no action during this period to provide an opportunity for the respective business teams to explore alternative business resolution.

Thank you for facilitating the business discussions.

Tom Carretta
Vice President Legal and Associate General Counsel

# FICO

tomcarretta@fico.com
www.fico.com
Rosedale Corporate Plaza
2665 Long Lake Road
Building C
Roseville, MN 55113 USA
Tel: +1(612)-758-5494
Fax: +1(612-758-5201
Cell: +1(612)-205-0146

EXHIBIT
95
10-9-18 Carretta

EXHIBIT 25

This message is confidential, may contain privileged information and is intended only for the recipient(s) named above. If you are not an intended recipient, do not review, disseminate, copy or otherwise distribute this email or its contents/attachments. If you feel you may have received this email in error, please immediately inform the sender and delete the email and any attachments. Information transmitted via the public internet is not secure and may be intercepted

Confidential                                                                                                                       FICO0000852

by third parties. Fair Isaac Corporation accepts no liability for any such interception or damages related thereto and similarly accepts no liability for any virus transmitted by this email or its contents.

Regards,


**From:** Hopp, Andrew D [mailto:Andrew.Hopp@Chubb.com]
**Sent:** Thursday, February 25, 2016 11:02 AM
**To:** Tom Carretta
**Subject:** RE: FICO Blaze Software Matter

Mr. Carretta:

We continue to disagree with your position outlined in your letter and continue to stand by the position that we set forth in ours. That said, in an effort to preserve a working relationship between our companies, our IT Software Compliance team is forwarding a commercial proposal to your sales representative for consideration.

Regards,

Andrew D. Hopp, Esq.
Deputy General Counsel


**From:** Tom Carretta [mailto:tomcarretta@fico.com]
**Sent:** Tuesday, February 23, 2016 12:38 PM
**To:** Hopp, Andrew D
**Subject:** FICO Blaze Software Matter

Hello,

Please see attached letter and Attachment.

Tom Carretta
Vice President Legal and Associate General Counsel

**FICO**

Confidential                                                                                                          FICO0000853

CASE 0:16-cv-01054-DTS   Doc. 645-4   Filed 10/23/19   Page 4 of 4

tomcarretta@fico.com

www.fico.com

Rosedale Corporate Plaza

2665 Long Lake Road

Building C

Roseville, MN 55113 USA

Tel: +1(612)-758-5494

Fax: +1(612-758-5201

Cell: +1(612)-205-0146

This message is confidential, may contain privileged information and is intended only for the recipient(s) named above. If you are not an intended recipient, do not review, disseminate, copy or otherwise distribute this email or its contents/attachments. If you feel you may have received this email in error, please immediately inform the sender and delete the email and any attachments. Information transmitted via the public internet is not secure and may be intercepted by third parties. Fair Isaac Corporation accepts no liability for any such interception or damages related thereto and similarly accepts no liability for any virus transmitted by this email or its contents.

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.