# Exhibit 36
# (Redacted)
# (Previously Filed Under Seal as Dkt. 440)

Message

From: Burgess, David E [/O=FAIRISAAC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DBURGESS]
Sent: 3/1/2006 8:31:36 AM
To: ██████████████████████████████████████████████████ Waid, William P (Bill) [BillWaid@fairisaac.com]
CC: Fine, Michael J (Mike) [MikeFine@fairisaac.com]
Subject: This Quarter Only Fair Isaac Corporate offer of a Blaze Advisor ELA to ████████

Hi ████████████████

We appreciate getting a chance to meet in person and having scheduled a meeting so quickly.

I wanted to re-iterate our offer for a Blaze Advisor ELA this quarter in this email

Why are we offering this pricing? With the acquisition and incorporation of RulesPower technology in Blaze Advisor over the past five months, Blaze Advisor is now clearly the fastest rules engine product in the market. There is no horse race. Depth and richness of our product has been known for years. Fair Isaac has decided that now is the time to clearly establish itself as the all around market leader in terms of depth and richness, speed, licenses, and revenue.

With this said, our product management team has determined that the Blaze Advisor ELA value for ██████████████████████████

We are offering ████████████████████████████████████████████████ if executed on or before the end of this quarter.



As you can tell from the ████████████████████████████████████ we are serious about our goals for the quarter and offering great value to our customer base.

We will not be wasting your time on price negotiations. Annual maintenance is in addition to the license price and required for the first year.

The good news is an ELA exists for ██████ credited in the license credit, that should shorten the contractual and legal process for execution.

Please let me know if ████████████ is interested in benefiting from this unique offer.

Thanks

David

THIS EMAIL CONTAINS CONFIDENTIAL INFORMATION AND IS ONLY FOR THE BENEFIT OF ████████ AND FAIR ISAAC CORPORATION.

---

David Burgess, Account Executive, EDM Technologies
11307 Geddys Court, Reston, VA 20191
703.318.3132
703.626.1216 cell
858.523.4447 fax

Mike Fine, Regional Systems Engineer
804.364.6333
804.986.9986 cell

EXHIBIT 36

MikeFine@FairIsaac.com

FAIR ISAAC CORPORATION
www.FairIsaac.com/Rules - Blaze Advisor for Enterprise Rules Management
www.FairIsaac.com/EDM - Enterprise Decision Management Technologies

Confidential

FICO0062288