# Exhibit 38
# (Redacted)
# (Previously Filed Under Seal as Dkt. 440)

# Redacted

```
-----Original Message-----
From: Chaban, James
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Waid, William P (Bill)
CC: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Boone, Jandeen M
Sent: Thu Sep 21 15:03:27 2006
Subject: Enterprise Optional Pricing

Hi ▮▮▮▮▮▮

As we discussed, we can insert Optional Pricing as follows:

Unlimited ▮▮▮▮▮▮ Enterprise Level Blaze Advisor .NET Development and Deployment License Rights, inclusive
of Sequential Compile Out Option License Rights

▮▮▮▮▮▮ License Fees
▮▮▮▮▮▮ Maintenance and Support

If purchased by (insert date of Express transaction + 12 mos, but no later than 9/29/2007).

Sorry for the informal format, but I believe these are the numbers you need.

Please let me know the results of your meeting with Brian tomorrow.

Thank you for helping with all of this.

Regards,

Jamie
Jamie Chaban
From Blueberry
Fair Isaac Corporation
484-994-7840 Phone
```

EXHIBIT 38