**Exhibit 39
(Redacted)
(Previously Filed Under Seal as Dkt. 440)**

# Redacted

EXHIBIT
39

FICO0062968

# Redacted

Confidential

FICO0062969

# Redacted

From: Green, Robin Douglas (Robin)
Sent: Thursday, September 13, 2007 10:36 PM
To: ███████████████
Subject:

████████

Per my earlier message, I've attached a spreadsheet showing a detailed breakdown of all combined license fees for ▮▮▮ after the ELA transaction.  These fees account for combined Blaze Advisor maintenance fees (with adjustments for ▮▮▮ maintenance fees already prepaid), Model Builder maintenance fees, IDM maintenance fees, and Falcon ID maintenance fees (IDM and Falcon ID are from the current ▮▮▮ contract and have been prepaid through 2010).  The fees breakdown as follows (numbers have been rounded to the nearest dollar and were current on consumed prepaid maintenance through August - actual fees will be recalculated as of contract effective date):

Combined Maintenance Fees Calculation for Blaze ELA, Model Builder, IDM, Falcon ID





Confidential







Confidential

FICO0062972





Let me know if there are any questions.  We'll speak in the morning.

Regards,

Robin

_____

Robin Green | Partner |  EDM Technologies

robingreen@fairisaac.com

512-828-8615 voice

617-687-8307 eFax

Confidential

512-576-7476 mobile

<http://www.fairisaac.com/>

Confidential