# Exhibit 40
# (Redacted)
# (Previously Filed Under Seal as Dkt. 440)

**Message**

**From:** LeBaron, Christopher W (Chris) [/O=FAIRISAAC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CWL]
**Sent:** 3/9/2005 2:23:45 PM
**To:** [redacted]
**Subject:** [redacted] - Fair Isaac - Confidential

[redacted],

In follow-up to our discussion, I am pleased to provide you with the following budgetary list price options for Blaze Advisor rule management software. Please treat this information as confidential under the terms of our NDA.

Option 1:
[redacted]

Option 2:
[redacted]

Maintenance and support is [redacted] of the license price annually, first year mandatory.

In accordance with Fair Isaac policy, all pricing is valid for maximum 30 days from date of communication.

Please let me know whether/how your team would like to pursue further understanding of Blaze Advisor's capabilities. There is a highly recommended 4 day training session beginning 4/4 in San Rafael, CA.

Thank you and best regards,

Chris LeBaron
Worldwide Sales
Fair Isaac Corporation
858-369-8257
858-254-7718 mobile
858-369-8975 fax
chrislebaron@fairisaac.com
www.fairisaac.com
www.fairisaac.com/rules
NYSE: FIC

EXHIBIT 40

Confidential                                                                                         FICO0062503