# Exhibit 43
# (Unsealed)
# (Previously Filed Under Seal as Dkt. 440)

CASE 0:16-cv-01054-DTS   Doc. 646-9   Filed 10/23/19   Page 2 of 5
Neil J. Zoltowski - CONFIDENTIAL - ATTORNEYS' EYES ONLY - 6/14/2019
Fair Isaac Corporation vs. Federal Insurance Company, et al.

```
 1                UNITED STATES DISTRICT COURT
                     DISTRICT OF MINNESOTA
 2
     - - - - - - - - - - - - - - - - - - - - - - - - -
 3
     FAIR ISAAC CORPORATION,
 4
                    Plaintiff,
 5
          v.             Court File No. 16-cv-1054 (WMW/DTS)
 6
     FEDERAL INSURANCE COMPANY,
 7   an Indiana corporation, and ACE
     AMERICAN INSURANCE COMPANY,
 8   a Pennsylvania corporation,

 9                  Defendants.

10   - - - - - - - - - - - - - - - - - - - - - - - - -

11                      VIDEO DEPOSITION

12         The following is the video deposition of

13   NEIL J. ZOLTOWSKI, taken before Jean F. Soule,

14   Notary Public, Registered Professional Reporter,

15   pursuant to Notice of Taking Deposition, at the law

16   office of Fredrikson & Byron, P.A., 200 South Sixth

17   Street, Suite 4000, Mille Lacs Conference Room,

18   Minneapolis, Minnesota, commencing at 8:09 a.m.,

19   Friday, June 14, 2019.

20

21                    *    *    *

22

23                 C O N F I D E N T I A L

24                  ATTORNEYS' EYES ONLY

25
```

EXHIBIT 43

CASE 0:16-cv-01054-DTS Doc. 646-9 Filed 10/23/19 Page 3 of 5

Neil J. Zoltowski - CONFIDENTIAL - ATTORNEYS' EYES ONLY - 6/14/2019
Fair Isaac Corporation vs. Federal Insurance Company, et al.

1 paragraphs -- your initial report, paragraph 30 to
2 50 you write an opinion about the single economic
3 unit; is that right?
4   A.   Which paragraph?
5   Q.   I think it's beginning of paragraph
6 30?
7   A.   Okay.
8   Q.   Now, have you ever provided an opinion
9 relating to, quote, single economic unit, unquote,
10 before?
11   A.   Not in these specific terms. I have
12 rendered opinions related to the companies and
13 their -- and their constructs per se in terms of
14 damages and -- applicable damages to the companies
15 involved, but not under the terminology of a single
16 economic unit.
17   Q.   Where did that terminology come from,
18 that phrase single economic unit, is it -- is it
19 from a case or legal precedent?
20   A.   I don't recall. It may be from a
21 specific case that may have included that type of
22 terminology.
23   Q.   Why don't you cite the case?
24   A.   It may have just been -- may have just
25 been overlooked if that's the case. I just don't
Page 91

1 recall.
2   Q.   You don't actually recall that it
3 comes from a case, do you?
4   A.   I don't recall.
5   Q.   Okay. So it may not have been cited
6 because it isn't based on a case?
7   A.   As I stated, I don't recall. It may
8 have been.
9   Q.   Okay. I mean, is there any other
10 expert or scholar or any other person that you are
11 aware of who have written on this concept of,
12 quote, single economic unit, unquote?
13   A.   I don't know.
14   Q.   So did you create that concept out of
15 thin air for the first time for this case?
16   A.   I don't think it's a concept. Maybe
17 the terminology that's used, the single economic
18 unit might be a novel terminology, but the -- the
19 actual discussion and the relationship between the
20 parties in terms of their corporate structure and
21 the benefits received by each of those entities
22 under the, you know, umbrella as defined in this
23 write-up, I don't think that type of -- that type
24 of write-up or analysis is -- is novel. Just the
25 language of a single economic unit may be something
Page 92

1 that has not been used before.
2   Q.   I mean, have you seen it in any
3 publication or journal or book or any other writing?
4   A.   I don't recall if I have or have not.
5   Q.   Have you ever testified as to that
6 concept, quote, single economic unit, unquote,
7 before?
8   A.   I have not in those terms.
9   Q.   Do you know of anybody who has?
10   A.   I don't know.
11   Q.   Do you think it's strange that you're
12 referring to this concept that has never, to your
13 knowledge, appeared before in any case or
14 publication?
15   A.   No.
16   Q.   Why not?
17   A.   Because there's always new concepts
18 being created. I don't find that it's never been
19 discussed in these terms, as a single economic
20 unit, to be problematic.
21   Q.   So what are the -- what do you
22 consider to be the consequences for purposes of
23 your expert opinion as to whether or not defendants,
24 the corresponding subsidiaries of both and the
25 related Chubb entities, all of whom are
Page 93

1 subsidiaries of an ultimate parent Chubb Limited,
2 are a, quote, single economic unit, unquote?
3        THE WITNESS: Could you read that back
4 to me, please?
5        (Whereupon, the court reporter read
6 back the following question: "What do you consider
7 to be the consequences for purposes of your expert
8 opinion as to whether or not defendants,
9 the corresponding subsidiaries of both and the
10 related Chubb entities, all of whom are
11 subsidiaries of an ultimate parent Chubb Limited,
12 are a, quote, single economic unit, unquote?")
13        THE WITNESS: I'm not sure I
14 understand what you mean by the consequences.
15 BY MR. FLEMING:
16   Q.   What does it matter for purposes of
17 your expert opinion? You spent a lot of time
18 talking about it and supporting it, and I am
19 inquiring what does it matter, what is the
20 consequence for purposes of your report as to
21 whether all those entities are considered a single
22 economic unit or not?
23   A.   My understanding is that ultimately
24 this will be a legal question determined by the
25 trier of fact, but it relates to which entities
Page 94

CASE 0:16-cv-01054-DTS   Doc. 646-9   Filed 10/23/19   Page 4 of 5

Neil J. Zoltowski - CONFIDENTIAL - ATTORNEYS' EYES ONLY - 6/14/2019
Fair Isaac Corporation vs. Federal Insurance Company, et al.

1 would be responsible or required to pay damages as
2 it relates to the unauthorized use of the software
3 and the allegations as such under the causative
4 action.
5    Q.   Are you saying that if these entities
6 are not considered a single economic unit, for
7 example, the defendants may not be liable for any
8 damages caused by the writing companies, for
9 example?
10   A.   Again, I -- this is a legal question
11 for the trier of fact. I've simply looked at this
12 from an economic perspective, that all of these
13 entities are related in their reporting and
14 reporting requirements and their choice to do so,
15 and at the end of the day this will be a legal
16 determination by the trier of fact as to which
17 entities are liable for damages.
18   Q.   And tell me specifically, what do you
19 mean that the consequence would go to the issue of
20 what entities are required to pay damages?
21   A.   Again, this is a legal issue related
22 to which parties would be required to pay damages.
23 But the question I think you're asking -- I'm going
24 to try to answer it as best I can.
25       I understand that the defendants, the

Page 95

1 named defendants are Federal Insurance Company and
2 ACE America Insurance Company, and as a result of
3 that -- those circumstances, the question becomes,
4 if those entities are found to be liable, which of
5 the entities which fall under their corporate
6 structure would be included in that damages
7 quantification, and as I stated, I'm simply
8 providing information to arm a trier of fact with
9 an understanding of the construct or corporate
10 structure from an economic perspective to assist in
11 that determination.
12   Q.   Okay. So did somebody ask you to
13 address this issue of single economic unit so that
14 this legal issue could be addressed in the future?
15   A.   It was a discussion we had with
16 counsel because we had a question as to the
17 defendants who were named were, obviously, these
18 two entities, Federal and ACE, and there are a
19 number of entities based upon their corporate
20 structure which, obviously, did not include that
21 name, and we wanted to understand that corporate
22 structure and made a determination that in order to
23 explain it appropriately from an economic
24 perspective that there was a relationship between
25 all these parties that it was -- it made sense to

Page 96

1 include a section like this in this report.
2    Q.   I see. So was it your idea to include
3 this section about single economic unit?
4    A.   I'm not sure whose idea it was. It
5 was a discussion we had with counsel, and we
6 brought it up that there was this issue that we
7 from a damages perspective wanted to make sure we
8 understood.
9    Q.   So let me see if I understand it.
10       If instead of Federal and ACE as the
11 named parties this case had been brought against
12 all of the subsidiaries who are named and all of
13 the writing companies and everybody who you
14 mentioned in your report, if they were all as named
15 defendants, you would not have raised this concern;
16 is that fair?
17   A.   I don't know the answer to that
18 question because, again, it's a legal determination
19 related to who would be liable for the damages.
20 But assuming that all of those who are named
21 parties and could be named defendants and it was
22 found that each of them was liable for unauthorized
23 use, then, I may not have needed to include a
24 section like this.
25   Q.   Okay. So you're -- and you're the one

Page 97

1 who raised the issue in the first instance, or you
2 and your team?
3    A.   Well, we raised the issue of
4 understanding the fact that there were two named
5 defendants and there were a number of other
6 entities that were un -- had unauthorized use of
7 the software.
8    Q.   Okay. So, in response to that
9 concern, you then created this concept of a, quote,
10 single economic unit, unquote; is that fair?
11   A.   Yes, through our discussions with
12 counsel and realizing that this would be helpful
13 information to arm a trier of fact with, yes, we
14 determined that this should be included in the
15 report.
16   Q.   So did you have any concerns in doing
17 that that there was no prior precedent or legal or
18 scholarly basis for creating this concept of,
19 quote, single economic unit, unquote, or was that
20 not a concern?
21   A.   It was not a concern in that I am
22 providing information from an economic perspective
23 regarding the corporate structure of the
24 defendants.
25   Q.   Okay. And just to be clear, you say

Page 98

CASE 0:16-cv-01054-DTS   Doc. 646-9   Filed 10/23/19   Page 5 of 5

Neil J. Zoltowski - CONFIDENTIAL - ATTORNEYS' EYES ONLY   -   6/14/2019
Fair Isaac Corporation vs. Federal Insurance Company, et al.

1  from an economic perspective, you can't point me to
2  any economic publications or any economic journals
3  or any books by persons versed in economics that
4  adopt or espouse or address this concept of, quote,
5  single economic unit, unquote, correct?
6      A.   In those particular terms of a single
7  economic unit, I'm not aware of anything.  But the
8  concept of corporate structure is not one that's --
9  that economists and others have not addressed
10 before.
11     Q.   That who has not addressed before?
12     A.   Economists and others, accountants,
13 tax professionals.
14     Q.   You're saying they've addressed the
15 structure of companies before?
16     A.   And I discussed some of that.
17     Q.   All right.  So you go on to say that
18 there's four different criteria or bases for
19 determining whether there's a single economic unit;
20 is that right?
21     A.   Is there a particular spot in my
22 report you're pointing to?
23     Q.   Well, starting on page 10,
24 paragraph 30, there's a section of your report
25 entitled A Single Economic Unit, right?

Page 99

1      A.   That's correct.
2      Q.   And, then, you have underneath that
3  section of your report five different subsections
4  entitled a) Consolidation of the Financial
5  Statements, b) Parent and Subsidiary Relationships,
6  c) Pooling arrangements; d) Consolidated Income Tax
7  Returns, and e) Economic Benefits of Single
8  Economic Unit, right?
9      A.   That's correct.
10     Q.   So when I read that, I assumed that
11 those were the factors or criteria that you were
12 relying upon to determine whether all of these
13 entities could be considered a single economic
14 unit.  Am I correct?
15     A.   It's information that falls under each
16 of these four categories that provides support
17 of -- of the fact that this is a single economic
18 unit based upon the corporate structure, and the
19 fifth section is more of a conclusion related to
20 that information that there is a benefit that flows
21 to all these subsidiaries that fall under this
22 corporate structure.
23     Q.   How did you -- So they are the factors
24 or criteria that determine whether these entities
25 are a single economic unit, correct?

Page 100

1      A.   I wouldn't say I set out with
2  criteria.  I -- they may have become the factors,
3  but they're the information that after our
4  assessment supported that this was, in fact, a
5  single economic unit from a corporate structure
6  perspective.
7      Q.   So you're saying they're not criteria,
8  but they might become the factors, is that what
9  you're saying?
10     A.   Well, I think you -- the way your
11 question is asked it makes it seem as though there
12 were criteria that I started with a framework, and
13 what I did was I looked at the information
14 available and determined that this was the
15 supporting information based upon my review and
16 analysis of that information.
17     Q.   Okay.  So you created this concept of
18 a single economic unit out of whole cloth, and then
19 you determined different factors or criteria that
20 may assist in that determination as to whether
21 these entities are a single economic unit, correct?
22     A.   I'm not sure if it's fair to be
23 characterized that way.  I think there were certain
24 inputs to look into related to that single economic
25 unit methodology, and I summarize those here, which

Page 101

1  would be the fact that they have a consolidation of
2  their financial statements, from a tax perspective
3  they're doing consolidated tax filings, that they
4  enter into these pooling agreements where the
5  members are all of their subsidiaries that are all
6  related to this parent entity, and the fact that
7  there are relationships between the parents and the
8  subsidiaries in terms of being wholly owned or
9  majority owned subsidiaries.
10     Q.   Okay.  So you're comfortable calling
11 them inputs, at least, you don't want to call them
12 criteria or factors, but you're comfortable using
13 the word input or inputs, right?
14     A.   And I'm not uncomfortable with the
15 term criteria or factors.  I just want to say I
16 didn't start out with them as criteria, they
17 just -- they became the criteria that led me to the
18 conclusion.
19     Q.   Okay.  Are they criteria today?
20     A.   If you want to term them that, I'm
21 okay with that.
22     Q.   Okay.  That took us a long time to get
23 there.
24     A.   Sorry about that.
25     Q.   No, that's all right.

Page 102