**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br>          Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY, a<br>Pennsylvania corporation,<br><br>          Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Defendants"), in connection with their Exhibits 33 and 41, filed as Docket Nos. 647 and 647-1, in Support of their Motion for Summary Judgment, filed as Docket No. 429 contains information designated as "Confidential" under the Court's Protective Order [Doc. No. 44].  Defendants now file this Statement Instead of Redacted Document because large portions of these documents are confidential and redaction is impracticable.

| | |
|---|---|
| Dated:  October 23, 2019 | *s/Christopher D. Pham* |
| | Terrence J. Fleming (#0128983) |
| | tfleming@fredlaw.com |
| | Leah C. Janus (#0337365) |
| | ljanus@fredlaw.com |
| | Christopher D. Pham (#0390165) |
| | cpham@fredlaw.com |
| | **FREDRIKSON & BYRON, P.A.** |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN  55402-1425 |
| | Phone:  (612) 492-7000 |
| | (612) 492-7077 (fax) |
| | |
| | *Attorneys for Defendants* |

67937733 v1