# Exhibit 3
# (Unsealed)
# (Previously Filed Under Seal as Dkt. 487-2)

Page 1

1      UNITED STATES DISTRICT COURT
2         DISTRICT OF MINNESOTA
3
4   CASE NUMBER: 16-cv-1054 (WMW/DTS)
5   ---------------------------------------------
6   Fair Isaac Corporation, a Delaware corporation,
7       Plaintiff,
8   versus
9   Federal Insurance Company, and Indiana
    corporation, and ACE American Insurance Company, a
10  Pennsylvania corporation,
11      Defendants.
    ---------------------------------------------
12
13
14       VIDEOTAPED DEPOSITION OF EXPERT WITNESS
15
16              BILLY McCARTER
17
18
19
20
21
22
                                               EXHIBIT
23
                                                  3
24
25   TAKEN: 5 June 2019         BY: Jackie McKone

Page 2

1  APPEARANCES:
2
3  MERCHANT GOULD
    80 South Eighth Street, Suite 3200
4  Minneapolis, Minnesota  55402
    PHONE:   (612) 332-5300
5  FAX:     (612) 332-9081
    E-MAIL:  hkliebenstein@merchantgould.com
6
    BY:  Heather Kliebenstein
7  For the Plaintiff
8
9  FREDRIKSON BYRON
    200 South Sixth Street, Suite 4000
10 Minneapolis, Minnesota  55402
    PHONE:   (612) 492-7000
11 FAX:     (612) 492-7077
    E-MAIL:  ljanus@fredlaw.com
12
    BY:  Leah Janus
13 For the Defendants
14
15
16 Also present:
17 James Woodward, FICO
18
19
20
21
22 Videographer:  Dave Young, Paradigm
23
24
25

Page 3

1              I N D E X
2
3  Examination by Ms. Kliebenstein, Page 6
4  Examination by Ms. Janus, Page 235
5
6              E X H I B I T S
7
8  Exhibit 444   McCarter expert report, Page 9
9  Exhibit 445   InformationWeek article, Page 22
10 Exhibit 446   Majesco article, Page 43
11 Exhibit 447   Business Wire article, Page 45
12 Exhibit 448   InformationWeek article, Page 52
13 Exhibit 449   Harvard Business article, Page 96
14 Exhibit 450   Chubb 2018 annual report, Page 105
15 Exhibit 451   Ivey deposition transcript, Pg 128
16 Exhibit 452   PowerPoint, Page 145
17         FED 000122_0001-0029
18 Exhibit 453   PowerPoint, Page 164
19         FED 000171_0001-0028
20 Exhibit 454   Rules document, Page 182
21         FED 017914_0001
22
23         PREVIOUSLY MARKED EXHIBIT
24 Exhibit 143   Chubb RFI processing rules, Pg 87
25         FICO 0057280-0057304

Page 4

1              P R O C E E D I N G S
2       The following is the videotaped deposition
3  of expert witness Billy McCarter, taken at
4  Merchant Gould, 80 South Eighth Street in
5  Minneapolis, Minnesota commencing at 9:05 a.m. on
6  5 June 2019 pursuant to notice.
7                  * * *
8       THE VIDEOGRAPHER:  Good morning.  We are
9  going on the record at 9:05 a.m. on June 5th,      0
10 2019.
11      Please note the microphones are sensitive,
12 might pick up whispering, private conversations,
13 and cellular interference.  Please turn off all
14 cellphones and place them away from the
15 microphones as they can interfere with the
16 deposition audio.
17      Audio and video recording will continue to
18 take place unless all parties agree to go off the
19 record.
20      This is Media Unit 1 in the video recorded
21 deposition of Billy McCarter taken in the matter
22 of Fair Isaac Corporation versus Federal Insurance
23 Company, et al. filed in the United States
24 District Court, District of Minnesota, Case Number
25 16 CV 1054.

Page 5

1       This deposition is being held at the law
2  offices of Merchant and Gould located in
3  Minneapolis, Minnesota.  My name is Dave Young.  I
4  am representing Veritext Legal Solutions.  I'm the
5  videographer.  The court reporter is Jackie
6  McKone, also representing Veritext Legal
7  Solutions.  I am not related to any party in this
8  action nor am I financially interested in the
9  outcome.
10      Counsel who are now present in the room
11 will announce state their appearances and
12 affiliations for the record.  If there are any
13 objections to this proceeding, please state them
14 at the time of your appearance beginning with the
15 noticing attorney.
16      MS. KLIEBENSTEIN:  Heather Kliebenstein for
17 the plaintiff Fair Isaac from Merchant and Gould.
18      MS. JANUS:  Leah Janus, Fredrikson and
19 Byron, for defendants.
20      THE VIDEOGRAPHER:  And will the court
21 reporter please swear in the witness, and then we
22 can proceed.
23                  * * *
24           BILLY McCARTER
25 after having been duly sworn deposes and says

Page 134

1  A.  It's -- it's my experience in the insurance
2     industry I've worked with many insurance companies
3     over the years. They all measure combined ratio
4     pretty much the same way.
5  Q.  Did you confirm that Federal calculates combined
6     ratio the same way?
7  A.  Based on this definition, yes.
8  Q.  How did you confirm that Federal calculates
9     combined ratio the same way?
10 A.  I asked during the calls -- one of the calls.
11 Q.  You don't recall which one?
12        THE WITNESS: Yup?
13        MS. JANUS: Can we table that and talk
14     about it at our next break just so I can
15     understand what's going on? Or do you want us to
16     -- can we take a moment to talk now if you want to
17     continue?
18        BY MS. KLIEBENSTEIN:
19 Q.  Are you concerned that answering the question will
20     -- will review -- will reveal attorney-client
21     privilege?
22 A.  It's privileged. Yes.
23 Q.  So the phone call involved -- did not involve a
24     Federal employee, it was a call with just lawyers?
25 A.  It did -- it did involve Federal employee.

Page 135

1        MS. KLIEBENSTEIN: Then I --
2        MS. JANUS: I need to have a conversation
3     with him to just understand what the situation --
4     it's fine, you don't need to say anything more
5     about it, but I think we just need to have a short
6     conversation. We can do that now Heather, or we
7     can do it at our next break. It's up to you.
8        BY MS. KLIEBENSTEIN:
9  Q.  So the question was: Do you remember which call?
10 A.  Yes.
11 Q.  And who was in attendance on that call?
12 A.  External counsel.
13 Q.  Um-hm.
14 A.  Internal counsel.
15 Q.  So was it -- was it Mr. Murphy that provided you
16     with this factual information?
17        MS. JANUS: Let's table that for now. I'm
18     going to object to that, and I've -- I've asked
19     now several times. I'd like to be able to have a
20     conversation with the witness to assess the
21     privilege situation and then be able to form a
22     final conclusion on whether there's privilege. I
23     just can't do it sitting here right now without
24     having an opportunity to talk with him.
25        MS. KLIEBENSTEIN: I'll just keep asking

Page 136

1     questions.
2        BY MS. KLIEBENSTEIN:
3  Q.  So is the concept of combined ratio just a
4     different way to present profitability?
5  A.  It's the way the insurance company requires you to
6     report profitability.
7  Q.  And so --
8  A.  On an indirect basis.
9  Q.  -- anything under 100 percent reflects a profit,
10     and anything over a hundred percent reflects a
11     loss?
12 A.  Loss. Correct.
13 Q.  And at Federal, do you know if this combined ratio
14     includes all gross written premium dollars and all
15     company expenses?
16 A.  It would include earned premium dollars.
17 Q.  And what expenses?
18 A.  It would include loss expenses as well as internal
19     and external expense.
20 Q.  And what are internal expenses?
21 A.  People, buildings, equipment. Things like that.
22 Q.  What's an external expense?
23 A.  Commission, premium tax to the government. Stuff
24     that they have to pay to do business.
25 Q.  And did you confirm that those are -- those

Page 137

1     expenses are included in the Federal combined
2     ratio expenses?
3  A.  Yes. By looking at their annual report.
4  Q.  Looking at 41 --
5  A.  Um-hm.
6  Q.  -- what's the basis for your opinion in 41?
7  A.  My experience in the insurance industry as a
8     senior executive at Allianz.
9  Q.  The last sentence says, "Federal improves its
10     combined ratio by adjusting premium rates and
11     reducing expenses." Did you confirm that
12     statement with anyone at Federal?
13 A.  I saw evidence of that in a lot of documents that
14     I read. I don't remember specifically asking that
15     question directly.
16 Q.  Did you identify -- can you remember which
17     documents you saw that in?
18 A.  Rates and rules. I'd have to -- I don't -- I
19     don't know. I'd have to look at the case
20     documents again.
21 Q.  Can you explain to me how reducing expenses
22     improves a combined ratio?
23 A.  Less money paid out.
24 Q.  Could you flush that out a little bit more for the
25     record? Less money paid out what?

35 (Pages 134 - 137)

| | |
|---|---|
| Page 138 | Page 140 |

**Page 138**

1  A.  For claims or external expenses or internal
2      expenses.  So reducing the expense improves the
3      profitability of the business.
4  Q.  In Paragraph 43, you state, "FICO and the software
5      Blaze has no involvement," -- "involvement in the
6      development and implementation of Federal's growth
7      strategies."  What is your support for that
8      statement?
9  A.  I looked at the annual report, the growth
10     strategies, and it talks about their focus on
11     markets their focus on products.  It doesn't
12     highlight that -- that FICO provided any input
13     into that, or Blaze provided any input to those
14     growth strategies, and I think in a -- a
15     conversation I confirmed that, that FICO wasn't
16     consulted on for the growth strategies.
17 Q.  You would agree with me though that in the 2018
18     annual report we just looked at technology was
19     featured as a growth strategy; correct?
20 A.  Technology.  It didn't say Blaze.  There's a lot
21     of technologies at Federal, significant amount.
22 Q.  Looking at -- moving into Paragraph 44, 44 through
23     50 --
24 A.  Um-hm.
25 Q.  -- what is your support for Paragraphs 44 through

**Page 139**

1      50?
2  A.  It's my expertise in the insurance marketplace.
3  Q.  And Paragraph 45 you discuss actuaries?
4  A.  Um-hm.
5  Q.  Did you confirm with anyone at Federal that these
6      statements apply -- these statements in Paragraph
7      45 apply to actuaries at Federal?
8  A.  I did not speak to a Federal actuary, but in order
9      for them to conduct business in this market, they
10     have to have actuaries that do these
11     functionalities.
12 Q.  And the same question for -- I'll try to group
13     this all together.  The same question for product
14     managers starting on Paragraph 46, underwriters,
15     compliance managers, and claims managers, you
16     provide several opinions about what each of those
17     groups of people do.
18         Did you confirm with anyone at Federal that
19     at Federal these groups of employees perform the
20     functions set forth in your report?
21 A.  So on underwriters, yes.  I didn't on claims
22     because it's not used in claims, it's used by
23     actuaries based on the latest information, and
24     product managers I didn't -- let me -- let me look
25     at the team to make sure.  I kind of vaguely

**Page 140**

1      recall a conversation on product.  No.  I can't
2      say that I spoke to a product manager, and on
3      compliance, I did speak with compliance folks.
4      That was part of my conversation with Ellen and
5      Helen.
6  Q.  So you spoke to underwriters, and you spoke to
7      some compliance managers?
8  A.  Correct.
9  Q.  Did they provide you with the content for
10     Paragraphs 47 through 49?
11 A.  They -- they confirmed what I wrote in a
12     conversation.
13 Q.  So the actuaries at Federal -- do you know how
14     many actuaries Federal employs?
15 A.  I do not know the number.
16 Q.  So you don't know what percentage of the 35,000
17     people are actuaries?
18 A.  I do not know that number.
19 Q.  For each of these groups, product managers,
20     underwriters, compliance managers, claims
21     managers, do you know the relative percentage of
22     employees of those 35,000 people that those groups
23     of employees are?
24 A.  I do not.
25 Q.  Do you know how many Federal employees fall

**Page 141**

1      outside of those categories?
2  A.  I do not.
3  Q.  Taking the actuaries, do any of the -- based on
4      your experience, do any of the -- the functions
5      that actuaries perform does that impact revenue in
6      any way at an insurance company?
7  A.  Yes.
8  Q.  In what way?
9  A.  Actuaries determine the price that you're going to
10     pay for a coverage.
11 Q.  So how does that impact -- how could that
12     potentially impact revenue?
13 A.  If they set the price correctly, then they will
14     get revenue.  If they set the price incorrectly,
15     they may lose revenue, or have losses.
16 Q.  Moving to product managers, taking the job duties
17     of product managers, based on your experience, how
18     do product managers impact revenue?
19 A.  They develop new products or adjust existing
20     products to reflect the market conditions and
21     needs.
22 Q.  And how does that function impact revenue?
23 A.  They can grow revenue from product -- new product
24     introduction, or they can adjust revenue on
25     existing products based on new features and

Page 154

1  A.  In the -- absolutely.
2  Q.  What does it mean in the insurance context?
3  A.  To me, it's the ability to dynamically change
4      things quickly, be able to be agile to move when
5      the market moves.
6  Q.  And what's -- what's the benefit of improving
7      agility, the business benefit of improving agility
8      in the insurance field?
9  A.  To provide what the customer is looking for.
10 Q.  Whether it's a -- whether that's a new product, or
11     a different price; is that right?
12 A.  Or different coverage.
13 Q.  And the point is to increase revenue; correct?
14 A.  Every business is looking to increase revenue.
15 Q.  So the answer is yes; the point of improving
16     agility in the insurance context is to improve
17     revenue?
18 A.  Not always, but if I make a quick move, I might
19     lose money and lose revenue. So I don't want to
20     -- I can't -- I would not say agility always
21     contributes to revenue. It may not.
22 Q.  Oh. That -- that wasn't my question. A goal of
23     improving agility in the insurance question -- in
24     the insurance industry is to -- let me ask it a
25     different way.

Page 155

1       At least one goal from improving agility in
2      the insurance context is to increase revenues;
3      correct?
4  A.  That's a goal.
5  Q.  So the answer is yes; at least one goal?
6  A.  A goal of -- of anything you do is to increase
7      revenue, but ...
8  Q.  And the second bullet, make changes quickly
9      without programming, do you know what -- what
10     capability that refers to in the insurance
11     context?
12 A.  Yeah. It's -- it's the reason that Federal
13     acquired Blaze was to move the rules from the IT
14     programmers to externalize rules.
15 Q.  And what is the business benefit from doing that?
16 A.  Faster changes to the rules.
17 Q.  And can faster changes to the rules lead to
18     increased revenue?
19         MS. JANUS: Object to the form of the
20     question. Calls for hypothetical. Calls for
21     speculation. It's vague.
22         THE WITNESS: Depends on how the rule
23     changes.
24     BY MS. KLIEBENSTEIN:
25 Q.  Right. My question was not does it. My question

Page 156

1      was: Being able to make changes quickly can that
2      lead to increased revenue in the insurance field?
3          MS. JANUS: Same objections.
4          THE WITNESS: I would say that any change
5      made has the potential to affect it or not affect
6      it. I mean, it just depends on the rule that's
7      changing and what it's changing to.
8      BY MS. KLIEBENSTEIN:
9  Q.  Why would an insurance company want the ability to
10     make changes quickly in the insurance context?
11 A.  Because the -- for competitive reasons, for market
12     reasons, their -- experience losses, not
13     necessarily a top line issue but bottom line
14     issue.
15 Q.  In your answer, you mentioned an insurance company
16     would want the ability to make changes quickly for
17     competitive reasons.
18 A.  Um-hm.
19 Q.  Give me an example.
20 A.  Somebody introduced a new product and you want to
21     get your product to market to compete.
22 Q.  To write more policies and get more gross written
23     premium; correct?
24         MS. JANUS: Object to the form of the
25     question.

Page 157

1          THE WITNESS: Every business wants to grow
2      its -- grow its revenue and improve its profit.
3      Every business.
4      BY MS. KLIEBENSTEIN:
5  Q.  I'm not -- that's sort of an answer to my question
6      but not really. So the question was: You want to
7      get your product to market more quickly so that
8      you can hopefully, don't know for sure, hopefully
9      write more policies and get more premiums?
10 A.  All of the technology and resources of an
11     insurance company are focused on trying to sell
12     more policies and reduce the amount of losses,
13     claims that they -- they have.
14         So I don't look at the technology in
15     isolation. I look at it in -- collectively, all
16     of the people, process, and technology that are
17     out there.
18         Changing a rule might require changes in
19     other parts of the business at the same time, and
20     if those changes weren't made, it would have a
21     negative effect on the business, not a positive
22     effect on the business.
23         So trying to take this in isolation is a
24     no, but take it collectively with all of the
25     technology, and people, and process that are

40 (Pages 154 - 157)

Page 158

1 running the business, the answer is yes.
2 Q. And moving to the next bullet, integrate models to
3 accurately segment customers, do you understand
4 what that means in the insurance context?
5 A. In the insurance context you want to segment your
6 customer base, but that's the rules of the
7 company, not the capability of the technology.
8 Q. The last bullet, give business units -- users
9 control, is that any different that the -- in the
10 second bullet?
11 A. It's the inverse; right?
12 Q. Um-hm.
13    MS. JANUS: Do you want to take a break?
14    THE WITNESS: Yeah. If I could take a
15 break real quick.
16    MS. KLIEBENSTEIN: Sure.
17    THE VIDEOGRAPHER: We are going off the
18 record. The time now is 2:25.
19    (Whereupon a short break was taken from
20 2:25 p.m. to 2:38 p.m.)
21    THE VIDEOGRAPHER: We are back on the
22 record. This is the beginning of Media Number 4.
23 The time is 2:37.
24 BY MS. KLIEBENSTEIN:
25 Q. Top of Page 14 of your report.

Page 159

1 A. Um-hm.
2 Q. You state that, "Blaze is not visible to
3 operational employees of Federal and not visible
4 to agents and brokers that interact with Federal
5 employees."
6 A. Correct.
7 Q. How is that statement -- how is that statement
8 relevant to the scope of your assignment in this
9 case?
10 A. How it's used in the -- the business operation. I
11 looked at the -- at the screens that were the UI
12 that supported the applications that are involved
13 here, and the -- the customers, the policyholders,
14 the agents don't know that rules engine set behind
15 there. They don't know that.
16    So it's just in normal course of business
17 they are using the policy, the various AD-MIN
18 systems that -- that Federal provides them, and
19 the rules engines sets behind there.
20 Q. And let's just accept that as true for now.
21 A. Um-hm.
22 Q. How does that fact play into the value of Blaze
23 Advisor with respect to the revenues and profits
24 of Federal?
25 A. Basically Blaze is invisible, and this was

Page 160

1 prompted by the conversation I had with Ellen and
2 Helen that said they didn't even know that -- that
3 Blaze was part of the system that they use on a
4 day-to-day business -- or day-to-day.
5 Q. And in the next paragraph, it ends with, "Blaze is
6 a technology that indirectly supports a small
7 number of over 35,000," --
8 A. Um-hm.
9 Q. "Federal employees." Do you know what -- what the
10 percentage is of employees that interact with
11 Blaze?
12 A. I don't -- I don't have a percentage, but
13 certainly could figure that out quickly.
14 Q. And how would you go about doing that?
15 A. Get -- get a count of the number of people
16 involved in the -- the applications that are used
17 by CSI Express, or -- which is the 80 percent of
18 the usage of Blaze I think. Based on what I read.
19 Q. Looking at the diagram on the top of Page 15 --
20 A. Um-hm.
21 Q. -- where does that diagram come from?
22 A. It's the ID and property casualty business
23 activity model, and I thought I cited it
24 somewhere. I did cite it. It's on the previous
25 page.

Page 161

1 Q. So this is not a diagram of Federal specifically?
2 A. No. It's -- correct. It's an industry model for
3 a property and casualty insurance company.
4 Q. And did you -- is it your opinion that this model
5 applies to Federal?
6 A. Yes.
7 Q. And how -- how did you arrive at that opinion?
8 A. Based on my experience. I was CIO for a global
9 property and casualty company.
10 Q. Paragraphs 55, 56, and 57.
11 A. Um-hm.
12 Q. What is your support for the opinions in those
13 paragraphs?
14 A. Make sure real quick. This is based on my use of
15 the industry model for developing strategy to
16 support the business.
17 Q. So the -- the opinions in Paragraph 56 stem from
18 the IBM model?
19 A. Correct.
20 Q. So you counted nine major business activities in
21 the IBM model?
22 A. Major, major categories. Yeah. Business activity
23 categories.
24 Q. And 59 activity groups?
25 A. Correct.

Page 162

1  Q.  And claims management specifically has 11 activity
2      groups?
3  A.  Yeah.  As an example.
4  Q.  Claims management, and that was counted, again,
5      from the IBM model?
6  A.  Correct.
7  Q.  And Paragraph 57 has a number of subheadings under
8      each enumerated group.  Did those subheadings also
9      come from the IBM activity model?
10 A.  They did.
11 Q.  And in Paragraph 58, you opine that, "Each work
12     item within an activity group is associated with
13     business rules and decisions that are being made
14     by employees within the Federal business
15     operation."  Correct?
16 A.  Correct.
17 Q.  And what is the support for that opinion?
18 A.  Again, the activity model illustrates a property
19     and casualty company and what they have to do on a
20     daily basis to operate, and based on my
21     experience, Federal does all of these activities
22     and work items associated with those activity
23     groups.
24 Q.  Did you confirm with anyone at Federal that they
25     do in fact do all of these work items and

Page 163

1      activities?
2  A.  No I did not.  I did not.
3  Q.  And did you confirm with anyone from Federal that
4      in fact each work item within an activity group is
5      associated with business rules and decisions made
6      by employees within the Federal business
7      operation?
8  A.  No.
9  Q.  Can you tell me what the red dots are?
10 A.  Yeah.  They are my interpretation of where Blaze
11     is touching those categories.
12 Q.  And did you confirm with anyone at Federal that
13     your interpretation was correct?
14 A.  Yes, and we compared it to the FICO chart, and
15     there are different charts.  So there was
16     questions about whether they applied, but in my
17     opinion, this is where they applied in this model.
18 Q.  What's the FICO chart?
19 A.  FICO provided a chart that shows where Blaze
20     touches an insurance process.  It's a very generic
21     chart as well.
22 Q.  Can you identify that document in your report?
23 A.  I did.  Give me a moment.  I don't remember what
24     the number was.  Oh.  It's 17111.
25         (Whereupon material was marked for

Page 164

1      identification as Exhibit 453.)
2      BY MS. KLIEBENSTEIN:
3  Q.  I'm handing you what's been marked as Exhibit 453.
4      Is this the document you were just referring to?
5  A.  I believe so.  Let me look at the page and I'll
6      tell you for sure.  Yes.
7  Q.  So tell me what I'm looking at in Slide 11.
8  A.  Slide 11 is FICO's interpretation of where Blaze
9      touches the insurance process, business processes.
10 Q.  And do you agree or disagree with FICO's
11     interpretation?
12 A.  The way they have categorized things I kind of
13     disagree because it's too broad and generic in
14     some cases.
15         For example, underwriting.  It doesn't
16     touch every piece of underwriting.  So therefore
17     it's -- it's overstating what it does in
18     underwriting, but in the other areas, like product
19     definition, they call that out three times, three
20     different areas, rate maintenance, and where Chubb
21     -- Federal is using it in product management
22     mostly in rate development and maintenance.  So
23     things like that.
24 Q.  You mentioned rate maintenance.  Where can I find
25     that on Slide 11?

Page 165

1  A.  It's not -- it's not on Slide 11.  You know, I
2      guess they include it under Number 5, which is
3      pricing and rating, but that's over -- again,
4      overstating where it actually touches this from a
5      Federal point of view (indicating).
6  Q.  And your position is that it -- Blaze only touches
7      rate maintenance; is that right?
8  A.  Rate development and maintenance as part of
9      product management.  Yeah.
10 Q.  So in your report, you went through and identified
11     -- you took that information from Slide 11 and
12     then tried to fit it in where it would fit within
13     the IBM model?
14 A.  No.  I -- I took the applications and the
15     functions, the applications we're using, and I
16     overlaid that onto this model.
17 Q.  Okay.
18 A.  Which is different than what FICO shows in Slide
19     11.  Because they also show it's claims
20     adjudication, and it's not being used for claims
21     adjudication within Federal.
22         At the bottom of that chart, on Page 11, it
23     shows utility functions as opposed to work groups
24     in the -- or categories in the business activity
25     model.  So ... it's not a one-to-one correlation.

42 (Pages 162 - 165)

Page 178

1  Q.  You're specifically referring to TAPS; correct?
2  A.  I am.  I am.
3  Q.  Do you know how many -- and TAPS stands for what
4      again?
5  A.  Texas Accident Prevention.  It's a workers' comp
6      compliance requirement for the state of Texas.
7  Q.  And so some insurance applications need to comply
8      with TAPS in Texas; correct?
9  A.  Correct.
10 Q.  Do you know how many insurance policies that
11     affects every year?
12 A.  No I do not.
13 Q.  Did you ask anybody?
14 A.  It doesn't matter whether it's one or many, but
15     no, I did not.
16 Q.  So why do you say that the -- is it your opinion
17     that the features, functionality provided by Blaze
18     within the TAPS application could be done with an
19     Excel spreadsheet; correct?
20 A.  That's what I was told.  Yes.
21 Q.  That's what you were told by whom?
22 A.  Helen and Ellen.
23 Q.  And did you do anything to independently verify
24     that that statement was true?
25 A.  I looked at the descriptions of all the use of

Page 179

1      TAPS within the depositions and documents that I
2      had, and it would confirm that it's a disclosure
3      type of check the box function that we disclose
4      properly as part of the process.  So that's my
5      only verification.
6  Q.  And how would you use an Excel spreadsheet instead
7      of Blaze to accomplish the same functionality?
8  A.  I have an individual pull up the spreadsheet, go
9      through the list of applications, and see if it
10     complied.
11 Q.  But you don't know how many applications that
12     individual would have to look through?
13 A.  And according to Ellen, it's a low volume
14     business.  So I didn't ask how many policies.  Low
15     volume usually means low, not many, and they said
16     that Blaze was used because it was there.  It --
17     you know, it wasn't -- not Helen and Ellen didn't
18     say that because they didn't know Blaze existed.
19     Ramesh Pandey basically said they could have
20     easily used Excel as well.
21 Q.  Do you know how many people would need to be
22     employed to undertake the same tasks as Blaze
23     Advisor with respect to the TAPS application to
24     perform the same functions using Excel
25     spreadsheet?

Page 180

1  A.  I don't recall the exact number, but they said a
2      small number of people could have done this.
3  Q.  How many is a small number of people?
4  A.  I don't know.  I didn't ask.
5  Q.  Over how many years?  Do you know?
6  A.  No.
7  Q.  You don't know how many policies it involved;
8      correct?
9  A.  Other than it was a low volume business.  Workers'
10     comp in Texas is poor -- is probably a very low
11     volume business.
12 Q.  Chubb is one of the largest insurance companies in
13     the world; correct?
14 A.  Um-hm.
15 Q.  They are one of the largest suppliers of business
16     insurance in the United States; correct?
17 A.  Right.
18 Q.  So a low volume of business to Chubb could be --
19     strike that.  So you don't have an opinion one way
20     or the other as to the cost or expense Chubb would
21     have incurred to use an Excel spreadsheet instead
22     of Blaze Advisor in the TAPS application --
23 A.  I do not.
24 Q.  And you don't -- you have not undertaken an
25     analysis to determine whether the use of a

Page 181

1      spreadsheet in the TAPS application instead of
2      Blaze Advisor would yield the same results;
3      correct?
4  A.  I -- I'm going by the word, the folks I spoke
5      with, that they could use it that way.
6  Q.  Do you know what percent of Federal's business
7      rules were ever implemented into Blaze Advisor?
8  A.  I couldn't get a count.  So no I do not.
9  Q.  What was your methodology then to determine in
10     Paragraph 69 to make the statement, "Only a
11     fraction of Federal's business rules and decisions
12     were ever loaded into Blaze Advisor," -- "Blaze to
13     assist Federal."?
14 A.  There's hundreds of thousands of rules that are
15     executed on a daily basis as part of this business
16     activity model, and if you look at the numbers of
17     rules that are loaded -- that are on that Fed
18     17914, it's a small amount compared to the total
19     rules that are being made on a daily basis.
20 Q.  Do you know how many -- how many rules decisions
21     are being made at Federal on a daily basis?
22 A.  I do not.
23 Q.  Did you ask anyone?
24 A.  I asked for total rules relative to plays, but I
25     didn't ask them for the total rules across all of

```
                                                    Page 182                                                      Page 184
 1    their business model.  No.                                 1  A.  Um-hm.
 2 Q.  So you -- you asked to receive information on the         2  Q.  -- is that an accurate summary?
 3    total rules relative to Blaze?                             3  A.  That's correct.
 4 A.  Um-hm.                                                    4  Q.  And you gave a hundred policy volume is a high
 5 Q.  And what was the answer you received?                     5      average premium; right?
 6 A.  It's in Schedule 17914 I believe, the list of             6  A.  Right.
 7    rules that are associated with those applications.         7  Q.  Do you know how many policies Federal writes in
 8 Q.  Oh.  Those are the -- I'll get it for you.                8      any year?
 9 A.  I think it's on my chart.                                 9  A.  No.  I don't have the exact number.
10         (Whereupon material was marked for                   10  Q.  It's in significant excess of a hundred policy in
11    identification as Exhibit 454.)                           11      any given year; correct?
12    BY MS. KLIEBENSTEIN:                                      12  A.  Yes.  It's way more than a hundred.
13 Q.  I'm handing you what's been marked as Exhibit 454.       13  Q.  Moving to Paragraph 74, again, as we discussed
14 A.  Complexity of number of rules.                           14      earlier --
15 Q.  Is this a document you're referring to?                  15  A.  Yeah.
16 A.  It is.                                                   16  Q.  -- you conclude -- your opinion in 74 is that
17 Q.  Did you ask to receive information about the total       17      based on your experience and not documentary
18    number of rules being made at Federal companywide?        18      support from Federal?
19 A.  In one of the discussions, was there a way to            19  A.  Well, it's a small role, and if you look at the
20    count the total number of rules, and couldn't get         20      ecosystem and the amount of technology that's
21    that number, but they could -- because of Blaze,          21      used, I have documentation on how many
22    they were able to count what rules were in Blaze.         22      applications and components, third party
23 Q.  So you don't have any documentary support for your       23      components they use, and Blaze is a small part of
24    opinion that only a fraction of Federal's business        24      that overall business process and ecosystem.  So I
25    rules and decisions were ever loaded into Blaze;          25      do have documents from -- from Federal on that.

                                                    Page 183                                                      Page 185
 1    right?                                                     1  Q.  Are you referring to -- jumping over to Paragraph
 2 A.  It's in my experience, based on my experience of          2      87.
 3    operating all these systems for an insurance               3  A.  Um-hm.
 4    company.                                                   4  Q.  Were you referring to your opinion that Federal
 5 Q.  So continuing on to Page 20, the statement that,          5      has approximately 1500 applications?
 6    "Blaze's use is relatively small based on my               6  A.  Correct.
 7    experience with seven insurance companies in North         7  Q.  How did you arrive at that opinion that Federal
 8    America," --                                               8      that 1500 applications?
 9 A.  Um-hm.                                                    9  A.  Claudio Ghislanzoni communicated that to me in an
10 Q.  -- that opinion is based on your experience and         10      interview, and it supports the total number of
11    not any data from Federal; right?                        11      systems, which is found in Fed 6248.
12 A.  Correct.                                                12          MS. JANUS:  Just speak up when you need a
13 Q.  Paragraph 70 through 73 --                              13      break.
14 A.  Um-hm.                                                  14          THE WITNESS:  Okay.
15 Q.  -- is your support for those paragraphs solely          15      BY MS. KLIEBENSTEIN:
16    your experience?                                         16  Q.  One clarification on Paragraph 117.  So we were
17 A.  No.  In 70, if we look at the Gartner article on        17      just referring to 1500 different applications.
18    innovation technology insight basically defining         18  A.  Yeah.
19    the business rules management system, and then           19  Q.  It mentions 10 out of 107 proprietary insurance --
20    part of that is my own experience working with           20  A.  Yeah.  That -- that should have been 1500.  I
21    Ratabase and other policy systems that had               21      picked up the wrong number.
22    components for rules management.                         22  Q.  Okay.
23 Q.  In Paragraph 73, you provide an example of where        23  A.  Should have been 1500.
24    you did not think a business rules engine should         24  Q.  Did you look at any documents to confirm Federal
25    have been employed --                                    25      has approximately 1500 applications?
```