**Exhibit 2
(Redacted)
(Previously Filed Under Seal as Dkt. 510)**

Message

| | |
|---|---|
| **From**: | Waid, William P (Bill) [/O=FAIRISAAC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BWAID] |
| **Sent**: | 3/1/2006 1:48:46 PM |
| **To**: | Layden, Mark [marklayden@fairisaac.com] |
| **Subject**: | FW: updated SE forecast |
| **Attachments**: | SE_Opt_Reports_022706.doc |

Mark,

Do you want to see this?

Bill

---

**From:** Holt, Sally A
**Sent:** Monday, February 27, 2006 2:31 PM
**To:** Waid, William P (Bill)
**Subject:** updated SE forecast

A little light reading.  The overall jist is that EMEA is getting nicely busy with a big weakness that we don't have a french SE yet (I'm pushing Dave R on this).  Eastern US is very busy and at least 1/2 the opt being worked there are potentially real for Q3.  Western US is doing ok, I'd like to see Alex P and Mike Urtado busier, but Don L and Cordell are flat out.  APAC is a mess -- Erwan and Christopher are getting edgy with the loss of sales staff/management.  Next week I'll add the LAC stuff in...did you see Marcelo's offer to partner with his consulting/sales firm?

Generally, I am seeing more and more requests to handle partner activities that are not necessarily related to specific opt.  Also getting requests from both Matt Armstead and Dan B (teradata and hp) for more consistent SE support across sales opt so it isn't a different SE for each engagement.

Sally Holt

SE Director, EDM Technology

303-374-8719



EXHIBIT
2

FICO0005480

NORTH AMERICA EAST.................................................................................5



FICO0005481



Confidential - Attorneys' Eyes Only

FICO0005482



Confidential - Attorneys' Eyes Only

FICO0005483



Confidential - Attorneys' Eyes Only

FICO0005484

**Account/Opt Name:** Chubb and Son                          **SOL#:**
**Related Opportunities:**                                   **Deal Size:**  ???
**AE:**  Larry Wachs        **SE:**  Dale Zwizinski           **CP/PS:**
**Products:**  Blaze Advisor and Predictive Models

### *Business Problem:*

- RFI for automating renewal underwriting process by exposing business rule to the business analysts.  Chubb is hoping to increase the number of claims that may be processed without manual intervention

### *Drivers for Selection:*

- Chubb will evaluate submissions based on the following factors:
    - Cost
        - ➢ Initial implementation including software and services
        - ➢ Technical support contract
        - ➢ Type of licensing
        - ➢ Cost for end user support
        - ➢ Need for additional hardware
        - ➢ Fixed bid is preferred

    - The Vendor's financial strength
        - ➢ Number of years in business
        - ➢ Age of the software/solution.  Has it been proven in the marketplace
        - ➢ Has the vendor experienced any financial hardships
        - ➢ Is the company publicly or privately held
        - ➢ Number of employees

    - The Vendor's ability to provide reliable services, software, hardware and/or technical support, including the quality of services and/or products
        - ➢ Referrals from existing clients (users of both products and services)
        - ➢ Examples of customers in similar industry niches and how software solution is utilized
        - ➢ Support staff – number, average years of experience
        - ➢ Technical support policy – SLA for resolving issues, where is the support staff located (hours of availability)
        - ➢ Is there a training program and/or materials for the end user
        - ➢ Is there a training program and/or materials for the Chubb technical staff
        - ➢ What is the process for supporting end user questions post implementation
        - ➢ Documentation for the technical staff and end users will be available, complete and accurate
        - ➢ What is the frequency of product releases, and for what reason (upgrade versus fix)

    - The Vendor's ability and willingness to aid in configuring the proposed solution to meet Chubb's needs
        - ➢ Availability of onsite consulting services
        - ➢ Willingness to partner with Chubb technical staff for development and implementation

    - The ability to integrate third-party software products and or services
        - ➢ How well does the solution fit into Chubb's current architecture
        - ➢ Amount of effort required to integrate the solution into Chubb's current architecture
        - ➢ What services are included/excluded, e.g., post-implementation support

Confidential - Attorneys' Eyes Only

- The level of complexity of the proposed solution
  - ➢ The extent to which Chubb will need to train current IT employees in the support of the solution
  - ➢ The extent to which Chubb will need to train current end user employees in the use of the solution
  - ➢ The degree and amount of customization required to meet Chubb's business needs
  - ➢ The proportion of changes in rules versus code in the post-implementation environment, for example, the conditions and percentage of time that IT would be required to modify and/or add rules or categories

- The Vendor's willingness to accept the terms and conditions of Chubb's standard Master Services Agreement
- The overall quality and presentation of the Vendor's response to this RFI
- Other factors which Chubb considers significant

**Technical Requirements:**
- They have all sorts of technology within the current state have rules coded in JAVA but also having a Microsoft framework. It looks as though they are trying to standardize on Microsoft technologies

**Functional/Technical Differentiators for FI:** (Map to drivers/requirements)
- The EDM solution is a great story here because we can solve Chubb's immediate need to expose the business rules for the organization as well as give them a solution that they can grow with in the future (with analytics and decision optimization).
- The RMA will also allow us great flexibility and a differentiator
- Ability to deploy into JAVA and NET – there for Chubb can move from one environment to another if necessary

**Concerns and Workarounds:** (Items that could cause loss or delay and any workaround)

| Concerns | Workaround |
|---|---|
| Larry mentioned the day before we handed in the RFP that Accenture contracted us about going in together on the RFP. The feedback that we got from Accenture is that we almost did not get invited to participate because we were perceived as being difficult to work with by CHUBB. | Amazing proposal and a better solution as well as working as a partner with Chubb |
| We need more assistance from our client partners so that we can generate differentiating proposals. The CP's have the industry knowledge to identify a solution for our perspective clients. I feel as through the CHUBB proposal, which was mostly boiler plate information, was not as strong as it could have been with more industry expertise included. | Set internal proposal reviews and assignments earlier in the proposal process. Also the CP group seems to be overbooked with accounts, I am not sure how to fix this issue |

**Activities:** (Proof steps, executive visits, major architecture sessions)

| Date | Activity | Notes | Completed |
|---|---|---|---|
| 2//06/06 | RFI released | | ☐ |

Confidential - Attorneys' Eyes Only

| 2/17/06 | RFI due | | ☐ |
| 2/21/06 | Follow up Questions | Answer follow up questions that may arise from the RFP | ☐ |
| | | | ☐ |
| | | | ☐ |

Confidential - Attorneys' Eyes Only