# Exhibit 3
# (Redacted)
# (Previously Filed Under Seal as Dkt. 510-1)

Message

| | |
|---|---|
| From: | Holt, Sally A [/O=FAIRISAAC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SALLYHOLT] |
| Sent: | 12/1/2006 1:05:25 PM |
| To: | Waid, William P (Bill) [BillWaid@fairisaac.com] |
| Subject: | SE opt reports |
| Attachments: | SE_Opt_Reports_120106.doc |

Hi Bill,

Rather long overdue, but here is an update as of today.

thx

**Sally Holt | Sr. Director Sales Engineering**
Fair Isaac Corporation | Enterprise Decision Management Technologies
10955 Westmoor Drive, Ste 300 | Westminster, CO 80021 USA
Phone: (303) 374-8719 | Fax: (303) 763-7656 | Email: sallyholt@fairisaac.com

Confidential - Attorneys' Eyes Only

EXHIBIT 3

FICO0005621



Confidential - Attorneys' Eyes Only FICO0005622

NA WEST                                                                 98

Confidential - Attorneys' Eyes Only                            FICO0005623



Confidential - Attorneys' Eyes Only

**APAC/JAPAN** 222



Confidential - Attorneys' Eyes Only     FICO0005625

| Chubb Global ELA | | | SOL# |
|---|---|---|---|
| Exp. Value: ▓ | Create Dt: 10/12/06 | | |
| Exp. Close Dt: 12/31/06 | Impending Event (why close on this date?): Pushing into this quarter is aggressive but possible because Chubb has 2006 dollars to spend. Also Chubb has identified several new applications that could utilize a rules engine. | | |
| AE: Larry Wachs | SE: Dale Zwizinski | PS: | CP: Russ Schreiber |
| Product(s): Blaze Advisor | | | |
| Other FIC Product(s) and applicable AE(s): | | | |
| Competition: none | | | |

### Work Items

Work Sheet (Y/N)

| Evaluation Date Issued: | Expiry Date: Nov 2006 | Y |
|---|---|---|
| RFI/P Date Issued: | Submitted Date: | N |
| Custom Demo Start Date: | Presentation Date: | N |

### Opportunity Specifics (Bulleted Lists)

| Specific BUSINESS Need for a Rule Engine (What job(s) need to be accomplished with rules): <br> • |
|---|
| What are the BUSINESS drivers for selection (Key business reasons for choosing a product): <br> • |
| TECHNICAL Stack (language, app server, db, middleware, other important software): <br> • |
| Specific FIC Features (what specific BUSINESS and TECHNICAL features will make us win): <br> • |

### Current Status

| Last Updt Dt: 11/30/06 | Current Status: Pricing sent to Chubb of ▓ illion for Global ela (Blaze Advisor) |
|---|---|
| Next Step: Get feedback/negotiate the ELA | |
| Immediate Concerns (Roadblocks, events, etc.) and Workarounds: | |

*Activities:* (Proof steps, visits, important phone calls, architectural sessions, etc)

| Date | Activity | Notes |
|---|---|---|
| 10/12/06 | Background | Chubb Commercial Insurance (CCI) is interested in having an onsite presentation of Blaze Advisor (and also hear about the EDM story). One of the commercial architects went to Blaze Training at Chubb Specialty Insurance (CSI). There are several projects that have been discussed but at this time none have approved budget. Larry, Russ, Mike Gordon, and I are having an on-site meeting with approximately 30 attendees. This is a great opportunity to meet with the commercial side of the business and try to get closer to an ELA for 2007. |
| 11/30/06 | Moving towards a global ELA | Larry has been working with Chubb to get an ELA through this year. The total (after credit) for a global ELA (including COBOL and SmartForms) was priced out at ▓ need to get an update on Chubbs response to the proposal. <br><br> Pushing into this quarter is aggressive but possible because Chubb has 2006 dollars to spend. Also Chubb |

Confidential - Attorneys' Eyes Only                                                      FICO0005639

|  |  | has identified several new applications that could utilize a rules engine. |
|--|--|--|
|  |  |  |

Confidential - Attorneys' Eyes Only

FICO0005640