# Exhibit 4
# (Redacted)
# (Previously Filed Under Seal as Dkt. 510-2)

Message

**From:** Gordon, Michael J (Mike) [/O=FAIRISAAC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MIKEGORDON]
**Sent:** 5/5/2006 3:19:42 PM
**To:** Haines, John K [JohnHaines@fairisaac.com]; Olsen, Jon S (Scott) [ScottOlsen@fairisaac.com]; Eastwood, Mark E [MarkEastwood@fairisaac.com]
**CC:** Wachs, Lawrence C (Larry) [larrywachs@fairisaac.com]; Waid, William P (Bill) [BillWaid@fairisaac.com]; Schreiber, Russell (Russ) [RussSchreiber@fairisaac.com]
**Subject:** RE: URGENT!! Chubb References

Guys,

I talked with [REDACTED] has agreed to take the call.

Mike

-----Original Message-----
From: Haines, John K
Sent: Friday, May 05, 2006 3:16 PM
To: Olsen, Jon S (Scott); Gordon, Michael J (Mike); Eastwood, Mark E
Cc: Wachs, Lawrence C (Larry); Waid, William P (Bill)
Subject: RE: URGENT!! Chubb References

Scott,

Thanks for getting this reference for Chubb. Much Appreciated.

John Haines | Director Sales EDM Technologies Eastern Region
Fair Isaac Corporation | Enterprise Decision Management Technologies
338 Woodbury Road Cold Spring Harbor, NY 11724
Office: (631) 367-3665 | Cell: (516) 982-9341 | Fax: (631) 367-8270
Email: johnhaines@fairisaac.com

-----Original Message-----
From: Olsen, Jon S (Scott)
Sent: Friday, May 05, 2006 4:13 PM
To: Gordon, Michael J (Mike); Eastwood, Mark E; Haines, John K
Cc: Wachs, Lawrence C (Larry); Waid, William P (Bill)
Subject: RE: URGENT!! Chubb References

[REDACTED] has officially agreed to take Chubb's call. Let me know how I can help set up the time/date for the call.

[REDACTED]

[REDACTED] - Blaze Advisor project manager and software engineer,

[REDACTED]

-----Original Message-----
From: Gordon, Michael J (Mike)
Sent: Friday, May 05, 2006 11:47 AM
To: Eastwood, Mark E; Haines, John K; Olsen, Jon S (Scott)
Cc: Wachs, Lawrence C (Larry); Waid, William P (Bill)
Subject: Re: URGENT!! Chubb References

Calls are into [REDACTED]   I have left several. Hopefully will have the call today.

-----Original Message-----
From: Eastwood, Mark E

**EXHIBIT 4**

Confidential - Attorneys' Eyes Only

FICO0001794

```
To: Gordon, Michael J (Mike); Haines, John K; Olsen, Jon S (Scott)
CC: Wachs, Lawrence C (Larry); Waid, William P (Bill)
Sent: Fri May 05 11:14:59 2006
Subject: RE: URGENT!! Chubb References

How about [REDACTED]

-----Original Message-----
From: Gordon, Michael J (Mike)
Sent: Wednesday, May 03, 2006 9:19 AM
To: Haines, John K; Eastwood, Mark E; Olsen, Jon S (Scott)
Cc: Wachs, Lawrence C (Larry); Waid, William P (Bill)
Subject: Re: URGENT!! Chubb References

Scott is looking into the use of [REDACTED] we have a call into [REDACTED] but Scott can you check if [REDACTED] will be a good reference

-----Original Message-----
From: Haines, John K
To: Eastwood, Mark E; Gordon, Michael J (Mike); Olsen, Jon S (Scott)
CC: Wachs, Lawrence C (Larry); Waid, William P (Bill)
Sent: Wed May 03 09:11:43 2006
Subject: URGENT!! Chubb References

Gents,


We are at a critical point where we need to get references to Chubb pronto. They need to be solid references where PS has implemented Blaze for an underwriting system. Is there anyway we can use [REDACTED] I seem to recall that we did the work under IBM there. Also it seems that [REDACTED] is not necessarily a good reference for the fact that we are expensive and if they could replace us with less expensive people there they would. So are there any others that we could use? We need to get this resolved ASAP. Thanks.


John Haines | Director Sales EDM Technologies Eastern Region

Fair Isaac Corporation | Enterprise Decision Management Technologies

338 Woodbury Road Cold Spring Harbor, NY 11724
Office: (631) 367-3665 | Cell: (516) 982-9341 | Fax: (631) 367-8270

Email: johnhaines@fairisaac.com <mailto:billwaid@fairisaac.com>
```

Confidential - Attorneys' Eyes Only