# Exhibit 7
# (Redacted)
# (Previously Filed Under Seal as Dkt. 510-5)

Message

**From**: Waid, William P (Bill) [/O=FAIRISAAC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BWAID]
**Sent**: 4/4/2006 10:15:44 PM
**To**: Haines, John K [JohnHaines@fairisaac.com]
**Subject**: Re: Pricing approval for Chubb ELA

Ok

-----Original Message-----
From: Haines, John K
To: Waid, William P (Bill)
Sent: Tue Apr 04 21:07:42 2006
Subject: Pricing approval for Chubb ELA

Bill,

I want to pass this pricing by your for Chubb. It is for an ELA and is primarily for budgetary purposes. It was a question posed by another group monitoring the particular application license opportunity that we are pursuing. We did inform them that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Chubb Group of Insurance Companies signed $12.3B in policies in 2005 and based on that we used a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

John Haines | Director Sales EDM Technologies Eastern Region

Fair Isaac Corporation | Enterprise Decision Management Technologies

338 Woodbury Road Cold Spring Harbor, NY 11724
Office: (631) 367-3665 | Cell: (516) 982-9341 | Fax: (631) 367-8270

Email: johnhaines@fairisaac.com <mailto:billwaid@fairisaac.com>

**EXHIBIT 7**

Confidential - Attorneys' Eyes Only                                                                                        FICO0001927