# Exhibit 9
# (Redacted)
# (Previously Filed Under Seal as Dkt. 510-7)

Message

| | |
|---|---|
| **From:** | Wachs, Lawrence C (Larry) [/O=FAIRISAAC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=LARRYWACHS] |
| **Sent:** | 12/12/2006 10:10:17 AM |
| **To:** | Layden, Mark [marklayden@fairisaac.com] |
| **CC:** | Gordon, Michael J (Mike) [MikeGordon@fairisaac.com]; Waid, William P (Bill) [BillWaid@fairisaac.com]; Haines, John K [JohnHaines@fairisaac.com]; Schreiber, Russell (Russ) [RussSchreiber@fairisaac.com] |
| **Subject:** | Chubb ELA Pricing Rationale - from Russ and Larry- the "Pursuit Team" |

Attendees at the meeting include: Phil Folz – Corporate SVP and a direct report to the corporate CIO, Julia Boland – SVP of the Shared Resource procurement department and Jim Black – Procurement manager and contract administrator.

Original Negotiations in June of '06

- We quoted Chubb ▮ mil for a Corporate ELA for .Net and Java – limited dev seats

- In June, after negotiation – (we were asking ▮ for the Specialty lines – we settled for ▮ for 10 seats, Java and .Net. The buy was separated into ▮ in June then another ▮ within 30 days due to signature requirements on the Chubb side.

- We also agreed to hold ▮ of the license fees paid as creditable towards the ▮ corporate ELA for 12 months. Resulting in a ▮ corp ELA with limited dev seats.

December Discussions
- We were told that 75% of the ▮ would get it done but they realize we couldn't go that far. We offered to lower the ELA to ▮ to get it done which is a split right down the middle of the ▮.

- Then the Cobol & SmartForms and unlimited seat discussions came up. We came in at ▮ for everything.

- They backed off everything saying they didn't have projects on the board and asked us to sharpen our pencils on ELA and unlimited seats. We countered by dropping the ELA to ▮ and adding in the unlimited dev seats for ▮.

Pricing Rational

Following is a breakdown of premium revenue ('05) by business unit at Chubb:

Specialty – $3 billion – 24.4%

Commercial – $5 billion – 40.7%

Personal - $3.3. billion – 26.8%

EXHIBIT 9

Global- Other $ 1 billion - 8.1%

With Specialty representing 24% of the revenue the equivalent ELA would be ███████████████ price we gave to Specialty. Backing out the ███████████████████████████████ and we're still not talking unlimited dev seats. Said another way - CSI represented 24% of the revenue of Chubb Corporate and we tried to maintain that parity in the Corporate ELA – and we threw in a valuable kicker – unlimited seats.

Again we're at ████████████████████████ for unlimited seats. Maintenance at ████ is on top of it.

I think we need to find out what # they're trying to fit to so we can possible offer the ELA in chunks as we did the June deal. Chunks could include .net, Java, and or unlimited dev seats.

Good luck today…we're all counting on you!

Larry

**Larry Wachs**
Account Executive
Fair Isaac Corporation/EDM Technology Group
516-791-5139 – H.O. Tel.
917-968-5959 – Mobile



*It's just a smarter way to do business.*