# Exhibit 11
# (Redacted)
# (Previously Filed Under Seal as Dkt. 510-9)

Message

| | |
|---|---|
| From: | Haines, John K [IMCEAEX-_O=FAIRISAAC_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=JOHNHAINES@BY1PR10MB0135.namprd10.proc |
| Sent: | 4/4/2006 9:07:42 PM |
| To: | Bill Waid [BillWaid@fico.com] |
| Subject: | Pricing approval for Chubb ELA |
| Attachments: | CHUBB ELA Quote enterprise licensing 4-4-06.xls |

Bill,

I want to pass this pricing by your for Chubb. It is for an ELA and is primarily for budgetary purposes. It was a question posed by another group monitoring the particular application license opportunity that we are pursuing. We did inform them that we would credit any fees paid for licenses toward an ELA if done within a year.

Chubb Group of Insurance Companies signed $12.3B in policies in 2005 and based on that we used a [REDACTED]

**John Haines | Director Sales EDM Technologies Eastern Region**
Fair Isaac Corporation | Enterprise Decision Management Technologies
338 Woodbury Road Cold Spring Harbor, NY 11724
Office: (631) 367-3665 | Cell: (516) 982-9341 | Fax: (631) 367-8270
Email: johnhaines@fairisaac.com

The Smarter Decisions Conference



INTERACT SAN FRANCISCO

April 30—May 3, 2006 • fairisaac.com/interact



EXHIBIT 11

DEFENDANT'S EXHIBIT 332

Confidential - Attorneys' Eyes Only

FICO0057305

No image available for this record.

Confidential - Attorneys' Eyes Only

FICO0057306

Blaze Advisor Price Quote

# Price Quote For Enterprise Licensing by Chubb Insurance Group of Companies - April 4, 2006

To: James Black
Chubb & Son, CSI Division; Vendor Management Department
15 Mountain View Road; Warren NJ 07061-1615
jwblack@chubb.com

From: Larry Wachs, Account Executive -- Fair Isaac Corporation 516-791-5139
498 Seventh Avenue; New York City 10018 Fax#
larrywachs@fairisaac.com 917-968-5959(M)

Russell Schreiber, Client Partner- Insurance - Fair Isaac Corporation 917-322-9087
498 Seventh Ave; New York City 10018
russschreiber@fairisaac.com

Dale Zwizinski, Regional Sales Engineer -- Fair Isaac Corporation 401-952-9231
dalezwizinski@fairisaac.com

Note: The following Enterprise License Quotation is included at this time for budgetary purposes. The final quotation is contingent upon a number of factors including:
• Probable number of applications that will benefit from our decision-making technology
• Size of applications that will use our decision-making technology
• Rate of technology adoption (eg: 20 applications within 5 years or in 20 years)
• Value of reduction in IT costs
• Value of business agility and precision gain
• Number of product options being purchased as part of the license

We would appreciate the opportunity to sit with Ashwin Shah and the Enterprise Governance group in order to conduct the requisite discovery answers to these questions. This would result in a formal quotation that would be most reflective of the Chubb requirement for our Enterprise license.

Enterprise Deployment License is for unlimited use for all Chubb Insurance Group Application Development

| Item | Description | Qty | Unit Price | Total |
|---|---|---|---|---|

Printed 02/22/2019 12:01 PM

Blaze Advisor Price Quote

This Chubb Enterprise license includes the .NET and Java platform versions

## TERMS AND CONDITIONS

a. Price Quote is valid for thirty (30) days.
b. Payment Terms are NET 30 days from execution.
c. Applicable tax will be applied to invoices, F.O.B. San Jose, California.
d. Purchase Orders are to be sent directly to
    Legal/Intellectual Property Group
    Fair Isaac Corporation
    5935 Cornerstone Court West, San Diego, CA 92121
e. Mutual Acceptance of Software License Agreement for each Blaze Advisor software product purchased. Blaze Advisor products are warrantied for 30 days. The License will include industry-standard non-disclosure, indemnification and limitation of liability terms. This information represents a confidential disclosure between Fair Isaac and your company and is not to be disclosed outside your company without Fair Isaac's prior written permission.
f. The Blaze Advisor Development License entitles a developer to use the development tools and to run non-production environments for testing, QA, etc. Development also allows unlimited deployment of any rule maintenance applications that are developed. Development licenses are sold per seat or per developer.
g. The Blaze Advisor Deployment License allows the software to be run on a system handling production-level processing. This means working with real data supporting actual business operations of the company, whether customer-facing or internal. It is not intended for systems used solely to support quality assurance, testing, or training. Production deployment licenses are made available for a specified application or applications.
h. Annual Maintenance. Customers with current annual maintenance support contracts have access to phone, email, Web or fax technical support and will be sent product releases, updates or upgrades as they are generally made available to all commercial users free of charge. The first year of support is mandatory with all license sales. Thereafter, maintenance and support will automatically renew in one-year increments unless Customer provides written notice of its intent not to renew within sixty (60) days prior to the end of the current maintenance and support term. Maintenance and support will renew at the same rate in subsequent years, subject to increase by an amount not to exceed the most recent annual change in CPI. CPI means the Consumer Price Index for All Urban Consumers (CPI-U) for the US City Average for All Items, 1982-84=100, as published by the US Bureau of Labor Statistics.
i. Blaze Advisor Fundamentals class provides students with a solid foundation for developing their first Blaze Advisor enabled application. Included within this class are sections devoted to object modeling, rule service design, repository design, rule writing, rule maintenance, and rule service deployment. Students will learn how to develop rules within the development environment and create easy to use HTML templates that allow non-technical business users to create new, or modify existing rules.
j. Blaze Advisor Advanced Rule Maintenance Application Development class is targeted towards developers who have completed the Fundamentals class. Developers will learn two things: advanced rule templatization and how to create custom rule maintenance applications with structures more complex than those that can be supported using the Blaze Advisor Rule Maintenance Application Generator.
k. Blaze Advisor Advanced Rule Service Deployment & Advisor Rule Server course teaches developers how to use Blaze Advisor Rule Server to embed Blaze Advisor rule services into either single-user or multi-tier distributed enterprise applications. This course also provides a review of deployment related issues that may occur and special topics such as deploying in a COM environment, integrating Blaze Advisor Server with MQ Series, and others.