# Exhibit 16
# (Redacted)
# (Previously Filed Under Seal as Dkt. 510-14)

# Redacted

**From:** "Pawloski, Tamra A" <tpawloski@chubb.com>
**Date:** March 23, 2016 at 8:47:30 AM EDT
**To:** Bill Waid <BillWaid@fico.com>
**Cc:** Mike Sawyer <MikeSawyer@fico.com>, "Harlam, William" <Bill.Harlam@chubb.com>, "Mirolyuz, Henry"

Confidential

EXHIBIT 16

FICO0002842

<hmirolyuz@chubb.com>, "Russ Schreiber" <RussSchreiber@fico.com>
Subject: RE: FICO Final Position - CEO Discussion

Bill,

Can you please share with me who has approached FICO from Chubb on deployment outside the UK? We are not aware of this.

**CHUBB**

**Tamra Pawloski**
VP of Software Compliance and Optimization, Global Vendor Services Organization

15 Mountain View Road, Warren, NJ 07059, USA
O 908.903.2054   M 908.307.7480   F 908.903.2008
E tpawloski@chubb.com

ACE and Chubb are now one.

**From:** Bill Waid [mailto:BillWaid@fico.com]
**Sent:** Wednesday, March 23, 2016 8:34 AM
**To:** Pawloski, Tamra A <tpawloski@chubb.com>
**Cc:** Mike Sawyer <MikeSawyer@fico.com>; Harlam, William <Bill.Harlam@chubb.com>; Mirolyuz, Henry <hmirolyuz@chubb.com>; Russ Schreiber <RussSchreiber@fico.com>
**Subject:** Re: FICO Final Position - CEO Discussion

Tamra,

There was one additional matter we had intended to cover on our call that I am compelled to bring to your attention.

It was recently communicated to me that FICO has been approach by Chubb to evaluate Blaze Advisor in an oversea country with the intent of deploying an international application currently used outside the US and UK. FICO is disappointed that this far into our discussions this additional international usage was not disclosed.

Given this fact I see no other outcome than Chubb extending Blaze Advisor to a global license or a full audit of usage to ensure proper licensing. As you can image this has caused FICO considerable pause for concern.

As a result I have asked our legal department to reach out to your legal first to inquire about progression of our contract red-lines (which Chubb has agreed to review some time ago) and secondly to review and clarify the well constructed territory language Chubb has agreed to in our contract.

Finally, notwithstanding your need for internal dialog, and in appreciation of the time that has passed since we mutually agreed to review and exchanged contract paper, when should we expect a response from Chubb on this matter?

Regards,

Bill Waid

On Mar 23, 2016, at 8:00 AM, "Pawloski, Tamra A" <tpawloski@chubb.com> wrote:

Bill and Mike,

We are extremely disappointed with the offer and have no questions. I am canceling the call as we will use this time to talk to our executives.

Thank you,

**CHUBB**

**Tamra Pawloski**
VP of Software Compliance and Optimization, Global Vendor Services Organization

15 Mountain View Road, Warren, NJ 07059, USA
O 908.903.2054    M 908.307.7480    F 908.903.2008
E tpawloski@chubb.com

ACE and Chubb are now one.

**From:** Mike Sawyer [mailto:MikeSawyer@fico.com]
**Sent:** Wednesday, March 23, 2016 7:30 AM
**To:** Bill Waid <BillWaid@fico.com>; Pawloski, Tamra A <tpawloski@chubb.com>; Harlam, William <Bill.Harlam@chubb.com>; Mirolyuz, Henry <hmirolyuz@chubb.com>
**Cc:** Russ Schreiber <RussSchreiber@fico.com>
**Subject:** RE: FICO Final Position - CEO Discussion
**Importance:** High

All –

Per Bill Waid's note below, please find the attached pricing spreadsheet that has been updated to reflect FICO's best and final offer on this matter. Option 1 and Option 2 remain unchanged from what FICO presented on March 17th and Option 3 has been updated to reflect the ███████ approved by FICO's CEO.

Please note the foregoing proposal is provided as a confidential settlement proposal and protected communication under Rule 408 of the federal Rules of civil procedure in accordance with the non-disclosure agreement; and is not to be construed as a waiver of any rights or remedies.

Best regards,

Confidential                                                                                                                                      FICO0002844

Mike Sawyer

Client Partner, Insurance & Healthcare

# FICO

Boston, MA

T  508 530 3116
C  617 401 1380
mikesawyer@fico.com
www.fico.com

**From:** Bill Waid
**Sent:** Tuesday, March 22, 2016 9:54 PM
**To:** Pawloski, Tamra A; Harlam, William; Mirolyuz, Henry
**Cc:** Mike Sawyer; Russ Schreiber
**Subject:** FICO Final Position - CEO Discussion

Bill & Tamra,

In advance of our discussion tomorrow morning I wanted to follow-up on the last remaining action items from the FICO team.

Earlier today we delivered the output of the Proof of Concept (POC) - conversion of a multi step Chubb SAS Model to FICO Blaze Advisor SRL. This POC was conducted on a Chubb model and executed in seconds resulting in an executable SAS Model that can be deployed and managed as any other Enterprise Blaze Advisor assets within the Chubb Center of Excellence (COE) and associated practices developed over 10+ years of use for critical systems at Chubb. This represents (as with all FICO customers) a significant cost/expense savings that range from $50,000 to over $700,000 every time a model must be deployed. Fitting within your current practices and enterprise standard for a 10 –20 model usage scenario this would potentially save Chubb $1.2-5.0MM are year in expense.

Secondly, I had a conversation with our CEO earlier today and was able to secure a ▮▮▮▮▮▮▮▮ on the Global Enterprise Blaze Advisor plus Global Enterprise Model Translator (aforementioned SAS to SRL conversion) offer – Mike can send across the detailed calculations for this offer.  This represents both the full extent and final offers that will be made by FICO in this matter. All other offers stand as proposed and I have been instructed to communicate that no additional offers or discounts will be considered by FICO – this is our best and final position.

Furthermore, I have been instructed that all offers proposed and tabled will expire close of business (COB) Wednesday March 30th, 2016 absent a fully executed agreement. I believe that FICO has provided some time ago contract drafts for your review. I suggest that should there be a desire to conclude an agreement this contract review and red-line process begin now.

<u>As a final consideration, and in response to our attentiveness to your requests,</u> █████████
████████████████████████████████████████████████████████████████

Russ, Mike, and I will join the call at 8am ET tomorrow to explore and respond to any questions you might have, but I wanted to make sure you had received this feedback prior to our conversation so you could be prepared.

Please note the foregoing proposal is provided as a confidential settlement proposal and protected communication under Rule 408 of the federal Rules of civil procedure in accordance with the non-disclosure agreement; and is not to be construed as a waiver of any rights or remedies.

Until then,

Bill

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.