# Exhibit 17
# (Redacted)
# (Previously Filed Under Seal as Dkt. 510-15)

# Redacted

From: Mike Sawyer
Sent: Wednesday, March 02, 2016 7:05 PM
To: 'Pawloski, Tamra A'
Cc: Russ Schreiber; Bill Waid
Subject: FICO Proposal
Importance: High

Hi Tamra –

Per our discussion, please find the attached written business proposal from FICO for Chubb's consideration.  Bill Waid, Vice President and General Manager for FICO's Decision Management Line of Business will be available to speak with you tomorrow at 3pm ET tomorrow to discuss the proposal.  You should have received a calendar invite for the conference call from his administrative assistant earlier today.

Thank you and we look forward to discussing next steps.

Best regards,

Mike Sawyer

EXHIBIT 17

Confidential

FICO0002785

Client Partner, Insurance & Healthcare

FICO

Boston, MA

T  508 530 3116

C  617 401 1380

mikesawyer@fico.com

www.fico.com

Confidential
FICO0002786



Fair Isaac Corporation
3661 Valley Centre Drive
San Diego, CA 92130 USA
T 858 369 8000
F 858 369 8001
www.fico.com

Make every decision count.™

Tamra Pawloski
VP of Software Compliance and Optimization
15 Mountain View Road
Warren, NJ 07059

Via Email: tpawloski@chubb.com

March 2, 2016

Dear Tamra,

Thank you for your time yesterday. FICO shares your desire to address this issue through business negotiations and to that end, we would like to offer the proposal options below for your consideration.

### Option 1: Convert Legacy License to Chubb, LTD.

Under this proposal, the legacy license would be converted to provide enterprise wide use of the Blaze Advisor software, including both Development and Deployment, across the new Chubb, LTD within the US territory as defined in the legacy license agreement. In addition, FICO would grandfather in the two existing non-compliant applications that are operating outside the US territory. The financial details of this proposed option are outlined in the table below.

| Option 1 License Fees | Price |
|---|---|
| Blaze Advisor Perpetual Enterprise License for Chubb, LTD for use in US Territory including up to 2 existing named applications for use outside the US territory and unlimited development seats | [redacted] |
| Credit for License Fees Paid | |
| Net License Fees Due | |

Under this option, we would maintain the annual maintenance rate at 15% of total license fees paid.

### Option 2: Restructure Legacy License to Named Application Licenses

Under this proposal, the legacy license would be restructured to a portfolio of up to 15 perpetual named application deployment licenses plus 100 development seat licenses utilizing FICO's established Blaze Advisor pricing model for the Chubb applications noted as utilizing Blaze Advisor in Chubb's proposal dated February 25, 2016. We anticipate that a joint review of the application scope applied to our established pricing model would result in license fees (excluding maintenance) as below.

| Standard License Fees for Context | Price |
|---|---|
| Blaze Advisor Perpetual Deployment Licenses for up to 15 Named Applications including up to 100 development seats. | [redacted] |
| Credit for License Fees Paid | |
| Net License Fees Due | |

In the spirit of an amicable and timely resolution we are prepared to accept Chubb's guidance on sizing from our discussion at face value which results in the reduced fees below.

| Proposed License Fees Under Option 2 | Price |
|---|---|
| Blaze Advisor Perpetual Deployment Licenses for up to 15 Named Applications including up to 100 Developer Seats | [redacted] |
| Credit for License Fees Paid | |
| Net License Fees Due | |

Under this option, the annual maintenance rate will be at FICO's standard rate of 18% of total license fees paid. In addition, FICO would grandfather in the two existing non-compliant applications that are operating outside the US territory.

March 2, 2016
Page 2

As you can see, given the number of Chubb applications utilizing Blaze Advisor today, the legacy license provided significant value to Chubb.  Similarly, Option 1 has the potential of great value to the new Chubb but respect that it might not be the right time to take this offer

Finally, as part of either option, FICO will also include a perpetual license for the Blaze Advisor add on module FICO Decision Simulator for use with the existing portfolio of Chubb's 15 named applications.

Please note the foregoing proposal is provided as a confidential settlement proposal and protected communication under Rule 408 of the federal Rules of civil procedure in accordance with the non-disclosure agreement; and is not to be construed as a waiver of any rights or remedies.

We value our longstanding relationship with Chubb and look forward to additional discussions to resolve this matter in principle by the end of this week.


Sincerely,

*[signature]*

Michael Sawyer
Client Partner, FICO

CC:     Russ Schreiber, Vice President Insurance, FICO
        Bill Waid, Vice President & General Manager, Decision Management Line of Business, FICO