**Exhibit 25
(Redacted)
(Previously Filed Under Seal as Dkt. 510-23)**

Message

| | |
|---|---|
| From: | Oliver Clark [OliverClark@fico.com] |
| Sent: | 3/26/2015 12:29:09 PM |
| To: | Natalie Gundy [NatalieGundy@fico.com] |
| Subject: | FW: Chubb Insurance - Decision Simulatorr |
| Importance: | High |

Hi Nat,

Hope you're well.

Could you possibly pull the Chubb Insurance contracts relating to their licences for Blaze Advisor? We're trying to license an add-on (Decision Simulator) and need to know the terms of the original ELA for Blaze Advisor (signed in the US).

Thanks,

Olly

**From:** Andy Moffat
**Sent:** 26 March 2015 15:57
**To:** Larry Jacobson; Oliver Clark
**Cc:** Mark Collingwood
**Subject:** Chubb Insurance - Decision Simulatorr
**Importance:** High

Hi both,

Not sure how you want to communicate this as I've never seen a proposal that includes Decision Simulator before???

But we've agreed the price should be [REDACTED] for an UK Decision Simulator upsell (based on the existing agreement).

Pretty sure the agreement is perpetual but I can't access Pramata to check.

Can you communicate this to the client and I can get the necessary legal work drafted.

What's the chance of this closing in quarter do you think?

The Blaze license is an ELA and not country specific so nothing to pay there.





Confidential - Attorneys' Eyes Only

FICO0001975

Cheers

Andy

**From:** Larry Jacobson
**Sent:** 26 March 2015 10:40
**To:** Andy Moffat
**Cc:** Mark Collingwood; Oliver Clark
**Subject:** Re: Licenses

Hi Andy.

Reach out to Russ, he did the original deal with Chubb, global Blaze ELA.

However, Decision Simulator could be an up sell, and if procured by Chubb Europe, we could probably recognise the revenue on that.

First stop, Russ, then we can discuss what the guys in the UK need.

Cheers

Larry

Sent from my iPhone

On 26 Mar 2015, at 10:36, Andy Moffat <AndyMoffat@fico.com> wrote:

Quick question... is Chubb not managed from the US?

Should the US sales guys be doing this as they control the commercial relationship?

More than happy to help otherwise, but I am sure it's a US contract they have?

Andy

**From:** Oliver Clark
**Sent:** Wednesday, March 25, 2015 3:57 PM

Confidential - Attorneys' Eyes Only

**To:** Andy Moffat
**Cc:** Mark Collingwood
**Subject:** FW: Licenses

More information for you Andy.

**From:** htonkin@chubb.com [mailto:htonkin@chubb.com]
**Sent:** 25 March 2015 15:54
**To:** Oliver Clark
**Cc:** davidgibbs@chubb.com
**Subject:** Re: Licenses

Yes, correct thanks Olly.

If your account exec can back to us ASAP with a pricing model that would be great as we need to seek funding for this. Hint- don't make it too steep day one as it will make the business case in the future for global adoption less appealing ;-)

Cheers

Hamish

Hamish Tonkin

**Hamish Tonkin | CAH Global Enterprise Architect / APZ Architecture Authority | Chubb Insurance Company of Europe SE**
Cottons Centre, Hays Lane, London, SE1 2QP UK | Direct Line: 0207 895 3435 | Mobile: +44 (0)7500 063178

On 25 Mar 2015, at 12:38, "Oliver Clark" <OliverClark@fico.com> wrote:

Thanks Hamish – I have forwarded this request to the FICO Account Executive for Chubb. I am assuming that this is purely to cover commercial property insurance, on a pan-European basis?

Regards,

Olly

**From:** htonkin@chubb.com [mailto:htonkin@chubb.com]
**Sent:** 24 March 2015 16:01
**To:** Oliver Clark

Confidential - Attorneys' Eyes Only                                                                                          FICO0001977

**Cc:** davidgibbs@chubb.com
**Subject:** Re: Licenses

Thanks Olly,

The usage would be policy admin system

Cheers

Hamish

Hamish Tonkin

**Hamish Tonkin | CAH Global Enterprise Architect / APZ Architecture Authority | Chubb Insurance Company of Europe SE**
Cottons Centre, Hays Lane, London, SE1 2QP UK | Direct Line: 0207 895 3435 | Mobile: +44 (0)7500 063178

On 24 Mar 2015, at 16:00, "Oliver Clark" <OliverClark@fico.com> wrote:

Hello Hamish,

Good to meet you again, also.

I don't believe your current licence covers the usage of the Decision Simulator module, but let me check the contracts library. Blaze Advisor licenses are typically scoped by application area — could you please supply me with a description of the application(s) you would like to use this within?

Regards,

Olly

**From:** htonkin@chubb.com [mailto:htonkin@chubb.com]
**Sent:** 24 March 2015 09:57
**To:** Oliver Clark
**Cc:** davidgibbs@chubb.com
**Subject:** Licenses

Hi Oli,

good to meet up again.

Confidential - Attorneys' Eyes Only

FICO0001978

Would you please be able to chase down whether we have Decision Simulator as part of our license agreement.

If not, can you please provide a high level cost for this component?

Many thanks

Hamish


Hamish Tonkin

Hamish Tonkin  | CAH Global Enterprise Architect / APZ Architecture Authority | Chubb Insurance Company of Europe SE
Cottons Centre, Hays Lane, London, SE1 2QP UK   | Direct Line: 0207 895 3435 |  Mobile: +44 (0)7500 063178

 Please consider the environment before printing

**Hamish Tonkin**
**CAH Global Enterprise Architect**
**Chubb Insurance Company of Europe SE**
Cottons Centre, Hays Lane, London, SE1 2QP UK

**T:** +44 20 78953435 **F:**
**M:** +44 (0)7500 063178 **W:** www.chubb.com/uk **Twitter:** @ChubbEurope

Please be advised that with effect from 1 May 2015, Chubb Europe's registered offices and London correspondence address will move to One America Square,17 Crosswall, London, EC3N 2AD. Our switchboard number will remain the same. Outside of London, our correspondence addresses will remain unchanged.

## Choose certainty. Choose Chubb.

 Please consider the environment before printing

This email (which includes any attachments) is confidential and intended to be read only by the person(s) to whom it is addressed. It may also be legally privileged or exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such an event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.
CHUBB INSURANCE COMPANY OF EUROPE SE, a European company incorporated in England and Wales and registered under Company Number SE13.
CHUBB MANAGING AGENT LTD, a company incorporated in England and Wales and registered under Company Number 7116876.
The above companies have their Registered Offices at: 106 Fenchurch Street, London EC3M 5NB, England. Main Number: +44 20 7956 5000. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and Prudential Regulation Authority. To view a list of all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website: http://www.chubb.com/international/uk/corporate/chubb11572.html

We are now able to offer an encrypted email capability for secure communication purposes. If you wish to take advantage of this service or learn more about it, please email securemyemail@chubb.com

Fair Isaac Services Limited (Co. No. 01998476) and Fair Isaac (Adeptra) Limited (Co. No. 03295455) are registered in England and Wales and have a registered office address of Cottons Centre, 5th Floor, Hays Lane, London, SE1 2QP.

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.

**Hamish Tonkin**
**CAH Global Enterprise Architect**
**Chubb Insurance Company of Europe SE**
Cottons Centre, Hays Lane, London, SE1 2QP UK

**T:** +44 20 78953435 **F:**
**M:** +44 (0)7500 063178 **W:** www.chubb.com/uk **Twitter:** @ChubbEurope

Please be advised that with effect from 1 May 2015, Chubb Europe's registered offices and London correspondence address will move to One America Square, 17 Crosswall, London, EC3N 2AD. Our switchboard number will remain the same. Outside of London, our correspondence addresses will remain unchanged.

## Choose certainty. Choose Chubb.

 Please consider the environment before printing

This email (which includes any attachments) is confidential and intended to be read only by the person(s) to whom it is addressed. It may also be legally privileged or exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such an event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.
CHUBB INSURANCE COMPANY OF EUROPE SE, a European company incorporated in England and Wales and registered under Company Number SE13.
CHUBB MANAGING AGENT LTD, a company incorporated in England and Wales and registered under Company Number 7116876.
The above companies have their Registered Offices at: 106 Fenchurch Street, London EC3M 5NB, England. Main Number: +44 20 7956 5000. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and Prudential Regulation Authority. To view a list of all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website: http://www.chubb.com/international/uk/corporate/chubb11572.html

We are now able to offer an encrypted email capability for secure communication purposes. If you wish to take advantage of this service or learn more about it, please email securemyemail@chubb.com

Fair Isaac Services Limited (Co. No. 01998476) and Fair Isaac (Adeptra) Limited (Co. No. 03295455) are registered in England and Wales and have a registered office address of Cottons Centre, 5th Floor, Hays Lane, London, SE1 2QP.

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.

**Hamish Tonkin**
**CAH Global Enterprise Architect**
**Chubb Insurance Company of Europe SE**
Cottons Centre, Hays Lane, London, SE1 2QP UK

**T:** +44 20 78953435 **F:**
**M:** +44 (0)7500 063178 **W:** www.chubb.com/uk **Twitter:** @ChubbEurope

Please be advised that with effect from 1 May 2015, Chubb Europe's registered offices and London correspondence address will move to One America Square, 17 Crosswall, London, EC3N 2AD. Our switchboard number will remain the same. Outside of London, our correspondence addresses will remain unchanged.

## Choose certainty. Choose Chubb.

 Please consider the environment before printing

This email (which includes any attachments) is confidential and intended to be read only by the person(s) to whom it is addressed. It may also be legally privileged or exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such an event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.

**CHUBB INSURANCE COMPANY OF EUROPE SE**, a European company incorporated in England and Wales and registered under Company Number SE13.
**CHUBB MANAGING AGENT LTD**, a company incorporated in England and Wales and registered under Company Number 7116876.
The above companies have their Registered Offices at: 106 Fenchurch Street, London EC3M 5NB, England. Main Number: +44 20 7956 5000. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and Prudential Regulation Authority. To view a list of all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website: http://www.chubb.com/international/uk/corporate/chubb11572.html

We are now able to offer an encrypted email capability for secure communication purposes. If you wish to take advantage of this service or learn more about it, please email securemyemail@chubb.com