UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **Jury Trial Demanded** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

**[PROPOSED[ ORDER OVERTURNING
MAGISTRATE JUDGE'S OCTOBER 9, 2019 ORDER**

The above-entitled matter came before the Court on Plaintiff's Objection to the Court's October 9, 2019 Order Granting Defendants' Motion to Strike Plaintiff's Jury Demand on Disgorgement Remedy. Based upon the parties' submissions and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

Defendants' Motion to Strike Plaintiff's Jury Demand on Disgorgement Remedy (Dkt. 329) is **DENIED**.

SO ORDERED:

Dated: _____

_____
United States District Judge
The Honorable Wilhelmina M. Wright