## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) Case No. 16-cv-1054(WMW/DTS) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

### AMENDED JOINT MOTION REGARDING CONTINUED SEALING

Documents have been filed under temporary seal in connection with the following motions:

**Plaintiff Fair Isaac Corporation's Motion to Exclude Testimony of William McCarter (Dkt. 360)**

**Plaintiff Fair Isaac Corporation's Motion to Exclude Testimony of Dr. Steven Kursh (Dkt. 369)**

**Defendants' Federal Insurance Co. and ACE American Insurance Co.'s Motion to Exclude Portions of Expert Report and Testimony of Randolph Bickley Whitener (Dkt. 378)**

**Defendants' Federal Insurance Co. and ACE American Insurance Co.'s Motion to Exclude Expert Report and Testimony of Brooks Hilliard (Dkt. 386)**

**Plaintiff Fair Isaac Corporation's Motion for Summary Judgment of Federal's Liability for Breach of Contract (Dkt. 396)**

**Defendants' Federal Insurance Co. and ACE American Insurance Co.'s Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski (Dkt. 404)**

**Plaintiff Fair Isaac Corporation's Motion to Exclude Testimony of W. Christopher Bakewell (Dkt. 419)**

**Defendants' Federal Insurance Co. and ACE American Insurance Co.'s Motion for Summary Judgment (Dkt. 428)**

**Plaintiff's Objection to Order Granting Defendants' Motion to Amend (Dkt. 530)**

**Plaintiff Fair Isaac Corporation's Motion to Strike the Declaration of Patrick Sullivan in Support of Federal's Opposition to Summary Judgment and Portions of Federal's Brief in Opposition to Summary Judgment (Dkt. 551)**

Pursuant to Local Rule 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | REFILED AS DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| 362 | N/A | N/A | Plaintiff Fair Isaac Corporation's Memorandum in Support of Motion to Exclude Testimony of William McCarter | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 365 | N/A | 594 | Kliebenstein Exhibit 1 - Expert Report of William S. McCarter, served on May 17, 2019 | a) The Parties agree the following information should remain sealed:<br><br>Defendants' rules chart and component view of its CSI eXPRESS application. (See Report pgs. 25 & 26)<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage and application components. Defendants spent significant time and resources into developing its technological architecture, which a competitor could use to gain an advantage in developing its own similar software.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 365-1 | N/A | 594-1 | Kliebenstein Exhibit 2 - Expert Report of | a) The Parties agree the following information | | The following information should remain sealed to: |

| | | | R. Bickley (Bick) Whitener, served April 19, 2019 | should remain sealed:<br><br>FICO's client success stories and Defendants' information regarding number of rules deployed by application and the number of transactions per month. (See report pgs. 6, 7, and 24)<br><br>b) None<br><br>c) None | | Protect FICO's client's confidential information regarding use of and successes with Blaze Advisor.<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage, which a competitor could use to gain an advantage in developing its own similar software.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 365-2 | N/A | 594-2 | Kliebenstein Exhibit 3 - excerpts of the transcript of the June 5, 2019 deposition of William McCarter | a) The Parties agree the following information should remain sealed:<br><br>Testimony regarding the technical components of Defendants' software application. (See Tr. 190-191, 194, 200-201, 209-210, 214-215)<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, including application components, as well as highly confidential business information, which a competitor could use to gain an advantage in developing its own similar software.<br><br>Protect details surrounding Federal's Blaze replacement project, which includes details of an ongoing, private business relationship with a third party vendor that may be harmful to Defendants if prematurely disclosed to the marketplace or competitors.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 365-3 | N/A | 612 | Kliebenstein Exhibit 5 - excerpt of the Expert Report of W. | a) The Parties agree the following information should remain sealed: | | The following information should remain sealed to:<br><br>Protect details surrounding Federal's Blaze |

| | | | Christopher Bakewell Regarding Damages served on May 17, 2019 | Information related to Defendants' software redesign (See report pgs 38, 40, and 66)<br><br>Information related to FICO's pricing of software licenses.<br><br>b) None<br><br>c) None | | replacement project, which includes details of an ongoing, private business relationship with a third party vendor that may be harmful to Defendants if prematurely disclosed to the marketplace or competitors.<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 365-4 | N/A | N/A | Kliebenstein Exhibit 6 - April 2010 Chubb Corporation PowerPoint entitled Business Rules Overview produced as bates labelled document FED000171 | a) The Parties agree the following information should remain sealed:<br><br>Internal presentation regarding business rules (entire document)<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage, which a competitor could use to gain an advantage in developing its own similar software. As this information appears throughout this document, it is not amenable to redaction. |
| 371 | N/A | 595 | Plaintiff Fair Isaac Corporation's Memorandum in Support of Motion to Exclude Testimony of Dr. Steven Kursh | a) The Parties agree the following information should remain sealed:<br><br>FICO's sizing matrix, pricing information, and global pricing list.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 374 | N/A | 596 | Kliebenstein Exhibit | a) The Parties agree the | | The following information should remain sealed to: |

| | | | 1 - Expert Report of Steven R. Kursh, Ph.D., CSDP, CLP, served on May 17, 2019 | following information should remain sealed:<br><br>FICO's sizing matrix, discount schedule, pricing information, and global price list.<br><br>Defendants' rule/transaction table. (pg. 39)<br><br>b) None<br><br>c) None | | Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage, which a competitor could use to gain an advantage in developing its own similar software.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 374-1 | N/A | 596-1 | Kliebenstein Exhibit 2 - transcript of the June 25, 2019 deposition of Dr. Steven Kursh | a) The Parties agree the following information should remain sealed:<br><br>Testimony regarding FICO's pricing, sizing matrix, discount schedule, and global pricing list.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 374-2 | N/A | 596-2 | Kliebenstein Exhibit 3 - Software License and Maintenance Agreement, Bates numbers FICO0001702-1720 | a) The Parties agree the following information should remain sealed:<br><br>FICO's licensing prices.<br><br>b) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. |

| | | | | c) None | | The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 374-3 | N/A | N/A | Kliebenstein Exhibit 4 - FICO's Sizing Matrix, produced as Bates numbered document FICO0000830 and used as Kursh Deposition Exhibit 516 | a) The Parties agree the following information should remain sealed: FICO's sizing and pricing matrix. b) None c) None | | The following information should remain sealed: Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing. |
| 374-4 | N/A | N/A | Kliebenstein Exhibit 5 - FICO's Global Price List, produced as Bates numbers FICO0057386-412 and used as Waid Deposition Exhibit 421 | a) The Parties agree the following information should remain sealed: FICO's global pricing list. b) None c) None | | The following information should remain sealed: Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing. |
| 374-5 | N/A | N/A | Kliebenstein Exhibit 6 - Federal's rule/transaction table, Bates numbered document FED017914 and used as McCarter Deposition Exhibit 454 | a) The Parties agree the following information should remain sealed: Defendants' rule/transaction table. b) None c) None | | The following information should remain sealed: Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage, which a competitor could use to gain an advantage in developing its own similar software. |
| 380 | N/A | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s | a) None b) The Parties agree the information may be | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |

| | | | Memorandum in Support of Motion to Exclude Portions of Expert Report and Testimony of Randolph Bickley Whitener | unsealed.<br><br>c) None | | |
|---|---|---|---|---|---|---|
| 382 | 614 | 614 | Fleming Exhibit 1 - Expert Report of Randolph Bickley Whitener | a) The Parties agree the following information should remain sealed:<br><br>Transaction detail on pg. 24 of report.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage, which a competitor could use to gain an advantage in developing its own similar software.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 382-1 | N/A | N/A | Fleming Exhibit 2 - excerpts from the expert deposition of Randolph Bickley Whitener | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 388 | 615 | 615 | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Memorandum in Support of Motion to Exclude Expert Report and Testimony of Brooks Hilliard | a) The Parties agree the following information should remain sealed:<br><br>Discount and pricing information on pages 13 & 14.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |

| 390 | 616 | 616 | Fleming Exhibits 1 - Rebuttal Expert Report of Brooks Hilliard | a) The Parties agree the following information should remain sealed:<br><br>Pricing information and sizing matrix, found on pg. 24 of report.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| | 616-1 | 616-1 | Fleming Exhibits 2 - June 30, 2006 Software License and Maintenance Agreement (FICO0000208-FICO0000223). | a) The Parties agree the following information should remain sealed:<br><br>Pricing information.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 616-2 | 616-2 | Fleming Exhibits 3 - August 1, 2006 Amendment One to Software License and Services Agreement (FICO0002118-FICO0002119). | a) The Parties agree the following information should remain sealed:<br><br>Pricing information.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 616-3 | 616-3 | Fleming Exhibits 4 - December 28, 2006 Amendment Two to Software License and Services Agreement (FICO0000226- | a) The Parties agree the following information should remain sealed:<br><br>Pricing information.<br><br>b) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing. |

| | | | FICO0000228). | c) None | | The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| | 616-4 | N/A | Fleming Exhibits 5 from the expert deposition of Brooks Hilliard | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 391 | N/A | N/A | Fleming Exhibit 6 - excerpts from the deposition of Michael Sawyer. | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | N/A | N/A | Fleming Exhibit 7 - Deposition Exhibit 121. Email from Russ Schreiber to Mike Sawyer re Ace to Buy Chubb for $28.3 Billion with Greenberg in Charge - July 1, 2015 | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | N/A | N/A | Fleming Exhibit 8 - Deposition Exhibit 123 Email from Mike Sawyer to Russ Schreiber re Chubb Language | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | N/A | N/A | Fleming Exhibit 9 - Deposition Exhibit | a) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 81<br>Email from Natasha Fowlin to Mike Sawyer re Chubb - Ace License Review | b) The Parties agree the information may be unsealed.<br><br>c) None | | exists in the filing. |
| | N/A | N/A | Fleming Exhibit 10 - document Bates labeled FICO0003090. Email from Mike Sawyer to Elie Merheb re FICO follow up | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 392 | 617 | N/A | Fleming Exhibit 11 - Deposition Exhibit 90 Letter to Joseph Wayland from Tom Carretta re Notice of Breach January 27, 2006 | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 617-1 | N/A | Fleming Exhibit 12 - document Bates labeled FICO000050 Letter to Carretta from Hopp dated February 17, 2006 | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 618 | 618 | Fleming Exhibit 13 - document Bates labeled ORCL_FICO00000 001 Oracle breach letter | a) The Parties agree the following information should remain sealed:<br><br>Client information and pricing information.<br><br>b) None | This document was designated Confidential by Oracle, a FICO customer and non-party to the litigation. | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing. Protect confidentiality of third party dispute.<br><br>The filing party has filed a redacted version |

| | | | | c) None | | disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| | 618-1 | 618-1 | Fleming Exhibit 14 - document Bates labeled FICO0061245 Expedia breach letter | a) The Parties agree the following information should remain sealed:<br><br>Client information and pricing information.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's client's confidential information regarding use of Blaze Advisor. Protect confidentiality of third party dispute.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 618-2 | 618-2 | Fleming Exhibit 15 - document Bates labeled FICO0060446 Dell breach letter | a) The Parties agree the following information should remain sealed:<br><br>Client information and pricing information.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's client's confidential information regarding use of Blaze Advisor. Protect confidentiality of third party dispute.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 619 | N/A | Fleming Exhibit 16 - excerpts from FICO's First Amended Privilege Log, Entries 656 and 662 | a) The Parties agree the following information should remain sealed:<br><br>Details of privileged communications/documents (entire document)<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect confidentiality of FICO's internal legal communications. |
| | 617-2 | N/A | Fleming Exhibit 17 - document Bates labeled | a) None<br><br>b) The Parties agree | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |

| | | | | | |
|---|---|---|---|---|---|
| | | | FICO0000379 Schreiber to Pawloski March 27, 2016 | the information may be unsealed.<br><br>c) None | |
| | 618-3 | 618-3 | Fleming Exhibit 18 - Expert Report of Dr. Steven Kursh | a) The Parties agree the following information should remain sealed:<br><br>FICO's sizing matrix, discount and pricing information.<br><br>Defendants rules/transactions table (Report pg. 39)<br><br>b) None<br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors better may use to compete better against FICO or customers could use to demand better pricing.<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage, which a competitor could use to gain an advantage in developing its own similar software.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 619-1 | N/A | Fleming Exhibit 19 - Written Answers to Questions from the Rule 30(b)(6) Deposition of William Waid. | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information (entire document)<br><br>b) None<br><br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or could be used to demand better pricing. This pricing information appears throughout this document, thus it is not amenable to redaction. |
| | 619-2 | N/A | Fleming Exhibit 20 - Deposition Exhibit 380 Detailed Payment History | a) The Parties agree the following information should remain sealed:<br><br>Pricing information (entire document) | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or could be used to demand better pricing. This pricing information appears throughout this |

| | | | | b) None <br><br> c) None | | document, thus it is not amenable to redaction. |
|---|---|---|---|---|---|---|
| | 617-3 | N/A | Fleming Exhibit 21 - Expert Report of William McCarter | a) None <br><br> b) The Parties agree the information may be unsealed. <br><br> c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 398 | N/A | 597 | Plaintiff Fair Isaac Corporation's Memorandum in Support of Its Motion for Summary Judgment of Federal's Liability for Brach of Contract | a) The Parties agree the following information should remain sealed: <br><br> Testimony regarding how FICO prices its software. <br><br> b) None <br><br> c) None | | The following information should remain sealed to: <br><br> Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing. <br><br> The filing party has filed a redacted version disclosing all non-sensitive information. |
| 401 | N/A | N/A | Hinderaker Exhibit 1 - Request for Information by Chubb and Son, a Division of Federal Insurance Company, which was used as Exhibit 143 in the October 24, 2018 deposition of Mr. Russell Schreiber | a) None <br><br> b) The Parties agree the information may be unsealed. <br><br> c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 401-1 | N/A | 598 | Hinderaker Exhibit 3- Master Service Agreements | a) The Parties agree the following information should remain sealed: | | The following information should remain sealed to: <br><br> Protect FICO's pricing information, including the |

| | | | between Chubb & Son, a division of Federal Insurance Company, and Fair Isaac Corporation, dated June 9, 2006 and September 22, 2009. The June 9, 2006, Master Services Agreement was used as Exhibit 363 in the March 14, 2019 deposition of Mr. Chris Ivey. The September 22, 2009, Master Services Agreement was used as Exhibit 338 in the deposition of Mr. Chris Ivey | FICO's license pricing.<br><br>b) None<br><br>c) None | | pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 401-2 | N/A | N/A | Hinderaker Exhibit 4 - excerpts from the October 24, 2018 deposition of Mr. Russell Schreiber | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 401-3 | N/A | 598-1 | Hinderaker Exhibit 5 - Software License and Maintenance Agreement, which was used as Exhibit 110 in the October 24, 2018 deposition of Mr. Russell | a) The Parties agree the following information should remain sealed:<br><br>FICO's license pricing<br><br>b) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. |

| | | | Schreiber | c) None | | The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 401-4 | N/A | N/A | Hinderaker Exhibit 6 - excerpts from the transcript of the January 18, 2019 deposition of Ms. Tamra Pawloski | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 401-5 | N/A | N/A | Hinderaker Exhibit 7 - excerpts from the transcript of the February 6, 2019 deposition of Ms. Jandeen Boone | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 401-6 | N/A | N/A | Hinderaker Exhibit 8 - June 6, 2006, email communication, between Ms. Jandeen Boone and Mr. James Black, which was used as Exhibit 305 in the February 6, 2019 deposition of Ms. Jandeen Boone | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 401-11 | N/A | N/A | Hinderaker Exhibit 13- excerpts from the transcript of the July 31, 2018 deposition of Mr. Henry Mirolyuz | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 401-13 | N/A | N/A | Hinderaker Exhibit 15- May 26, 2009 email communication | a) None<br>b) The Parties agree the information may be unsealed. | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |

| | | | | | |
|---|---|---|---|---|---|
| | | | between Mr. Henry Mirolyuz and Mr. Richard Johnson which was used as Exhibit 3 in the July 31, 2018 deposition of Mr. Henry Mirolyuz | c) None | |
| 401-14 | N/A | N/A | Hinderaker Exhibit 16- December 3, 2010 email communication between Mr. Henry Mirolyuz and Mr. Tony Zhang, which was produced as Bates Nos. FED009045_0001-0002 | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 401-15 | N/A | N/A | Hinderaker Exhibit 17 - December 6, 2010 email communication between Mr. Henry Mirolyuz and Mr. Tony Zhang, which was produced as Bates Nos. 009046_0001-0002 | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 401-16 | N/A | N/A | Hinderaker Exhibit 19 - copy of Defendants' Verified Second Supplemental Response to Interrogatory Nos. | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |

| | | | 2-4 | | | |
|---|---|---|---|---|---|---|
| 401-17 | N/A | 598-2 | Hinderaker Exhibit 20 - 2012 emails Chubb Insurance Company of Canada employees, copying an AppCentrica (Chubb Insurance Company of Canada's third-party vendor) employee, which were produced as Bates Nos. FED003425_0001 and FED003436_0001 | a) The Parties agree the following information should remain sealed:<br><br>Technical information regarding Defendants' proprietary software application(s)<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, which a competitor could use to gain an advantage in developing its own similar software.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 401-18 | N/A | 598-3 | Hinderaker Exhibit 21 - October 8, 2013 email communication between Mr. Tony Zhang and Ms. Dali Yang, copying an AppCentrica (Chubb Insurance Company of Canada's third-party vendor) employee, which was produced as Bates No. FED003510_0001 | a) The Parties agree the following information should remain sealed:<br><br>Technical information regarding Defendants' proprietary software application(s)<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, which a competitor could use to gain an advantage in developing its own similar software.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 401-19 | N/A | N/A | Hinderaker Exhibit 22 - Chubb Arch PLD Project Statement of Work, | a) The Parties agree the following information should remain sealed: | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, |

| | | | | | |
|---|---|---|---|---|---|
| | | | which was used as Exhibit 16 in the July 31, 2018 deposition of Mr. Henry Mirolyuz | Defendants' third party contract discussing business strategy and software design plans.<br><br>b) None<br><br>c) None | which a competitor could use to gain an advantage in developing its own similar software. As this information appears throughout this document, it is not amenable to redaction. |
| 401-20 | N/A | 598-4 | Hinderaker Exhibit 23 - 2015 email string between AppCentrica (Chubb Insurance Company of Canada's third-party vendor) and DWS (Chubb Insurance Company of Australia's third-party vendor), which were produced as Bates Nos. FED013809_0001-0003, FED011040_0001-0003 and FED011047_0001-0005 | a) The Parties agree the following information should remain sealed:<br><br>Technical information regarding Defendants' proprietary software application(s)<br><br>b) None<br><br>c) None | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, which a competitor could use to gain an advantage in developing its own similar software.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 401-21 | N/A | N/A | Hinderaker Exhibit 24 - January 7, 2016 email communication between Mr. Martin Sill of DWS (Chubb | a) None<br><br>b) The Parties agree the information may be unsealed. | The document should be unsealed because no confidential or business sensitive information exists in the filing. |

| | | | | | |
|---|---|---|---|---|---|
| | | | Insurance Company of Australia's third-party vendor) and Ms. Karen Klugg of AppCentrica (Chubb Insurance Company of Canada's third-party vendor), which was produced as Bates Nos. FED014912_0001-0002 | c) None | |
| 401-22 | N/A | N/A | Hinderaker Exhibit 25 - letter from Mr. Thomas Carretta to Mr. Joseph Wayland dated January 27, 2016, which was used as Exhibit 90 in the October 9, 2018 deposition of Mr. Thomas Carretta | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 401-23 | N/A | N/A | Hinderaker Exhibit 26 - January 27, 2016 email communication between Mr. Michael Sawyer and Mr. Elie Merhab, which was used as Exhibit 131 in the October 24, 2018 deposition of Mr. Russell Schreiber | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | The document should be unsealed because no confidential or business sensitive information exists in the filing. |

| 401-24 | N/A | N/A | Hinderaker Exhibit 27 - letter from Mr. Thomas Carretta to Mr. Anthony Hopp dated March 30, 2016, which was used as Exhibit 103 in the October 09, 2018 of Mr. Thomas Carretta | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 401-25 | N/A | N/A | Hinderaker Exhibit 29 - September 2015 presentation regarding Specialty Lines, which was used as Exhibit 149 in the November 13, 2018 deposition of Mr. Ramesh Pandey | a) The Parties agree the following information should remain sealed:<br><br>Defendants' internal presentation regarding business and software plans for the merger.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage and application components. Defendants spent significant time and resources into developing its technological architecture, which a competitor could use to gain an advantage in developing its own similar software. |
| 401-26 | N/A | 598-5 | Hinderaker Exhibit 30 - January 12, 2016 email communication regarding CUW-IM Support Phase 1, which was produced as Bates Nos: FED016708_0001 and FED16709_0001-0009 | a) The Parties agree the following information should remain sealed:<br><br>Technical information regarding Defendants' application<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, which a competitor could use to gain an advantage in developing its own similar software.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 401-27 | N/A | 598-6 | Hinderaker Exhibit 31 - April 1, 2016 | a) The Parties agree the following information | | The following information should remain sealed to: |

| | | | email communication regarding the CUW-IM Support Phase 2, which was produced as Bates Nos.: FED016932_0001 and FED016933_0001-0018 | should remain sealed: Technical information regarding Defendants' application b) None c) None | | Protect detailed technical information relating to Defendants' proprietary software applications, which a competitor could use to gain an advantage in developing its own similar software. The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 401-28 | N/A | N/A | Hinderaker Exhibit 32 - Defendants' verified answers in Defendants' Seventh Supplemental Response to Interrogatory No. 17. | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 401-29 | N/A | 598-7 | Hinderaker Exhibit 33 - March 26, 2015 email communication between Mr. Russell Schreiber and Mr. Andy Moffat, which was used as Exhibit 57 in the September 11, 2018 deposition of Mr. Oliver Clark | a) The Parties agree the following information should remain sealed: FICO's license pricing b) None c) None | | The following information should remain sealed to: Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. The filing party has filed a redacted version disclosing all non-sensitive information. |
| 401-30 | N/A | N/A | Hinderaker Exhibit 34 - August 14, 2012 email communication between Mr. Michael Sawyer and | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |

| | | | | | |
|---|---|---|---|---|---|
| | | | Mr. Russell Schreiber, which was used as Exhibit 47 in the September 11, 2018 deposition of Mr. Oliver Clark | | |
| 401-31 | N/A | N/A | Hinderaker Exhibit 35 - excerpts from the transcript of the October 2, 2018 deposition of Mr. Michael Sawyer | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 401-32 | N/A | N/A | Hinderaker Exhibit 36 - excerpts from the transcript of the September 11, 2018 deposition of Mr. Oliver Clark | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 401-33 | N/A | N/A | Hinderaker Exhibit 37 - October 25, 2013 email communication from Mr. Ewen Setti to Mr. Oliver Clark, which was used as Exhibit 51 in the September 11, 2018 deposition of Mr. Oliver Clark | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 401-34 | N/A | N/A | Hinderaker Exhibit 38 - excerpts from the transcript of the March 22, 2019 deposition of Mr. Thomas Carretta Discussion of | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |

| | | | authority | | | |
|---|---|---|---|---|---|---|
| 401-35 | N/A | N/A | Hinderaker Exhibit 39 - June 26, 2008 email communication from Mr. Andrew Millyard to Mr. Russell Hodey, which was used as Exhibit 241 in the January 18, 2019 deposition of Ms. Tamra Pawloski | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 401-36 | N/A | N/A | Hinderaker Exhibit 40 - September 8, 2009 email communication between Mr. Russell Hodey and Mr. Henry Mirolyuz, which was used as Exhibit 4 in the July 31, 2019 deposition of Mr. Henry Mirolyuz | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 401-37 | N/A | 598-8 | Hinderaker Exhibit 41 - May 21, 2009 email communication between Ms. Tamra Pawloski and Mr. Patrick Sullivan, which was used as Exhibit 242 in the January 18, 2019 deposition of Ms. | a) The Parties agree the following information should remain sealed:<br><br>FICO's license pricing<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |

| | | | Tamra Pawloski | | | |
|---|---|---|---|---|---|---|
| 401-38 | N/A | N/A | Hinderaker Exhibit 42 - excerpts from the transcript of the January 11, 2019 deposition of Mr. Henry Mirolyuz | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 401-12 | N/A | N/A | Hinderaker Exhibit 14 – May 28, 2009 email communication between Mr. Henry Mirolyuz and Mr. Richard Johnson which was used as Exhibit 182 in the January 11, 2019 deposition of Mr. Henry Mirolyuz | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 406 | 621 | 621 | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Memorandum in Support of Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing, discount, and third-party negotiation details.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 408 | 622 | 622 | Fleming Exhibit 1 - Expert Report of Neil Zoltowski | a) The Parties agree the following information should remain sealed: | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which |

| | | | | | |
|---|---|---|---|---|---|
| | | | | FICO's pricing, discounting, and third party negotiation details.<br><br>b) None<br><br>c) None | | competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 622-1 | 622-1 | Fleming Exhibit 2 - Expert Reply Report of Neil Zoltowski | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 622-2 | 622-2 | Fleming Exhibit 3 - Supplemental Schedules to the Expert Report of Neil Zoltowski | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 622-3 | 622-3 | Fleming Exhibit 4 - Amendment Two to the Software License and Maintenance Agreement dated December 28, 2006 (FICO0000226) | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |

|  | 623 | 623 | Fleming Exhibit 5 - FICO Global Price List (FICO0057386) | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing practices (entire document).<br><br>b) None<br><br>c) None |  | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. |
|---|---|---|---|---|---|---|
| 409 | 625 | 625 | Fleming Exhibit 6 - FICO License Agreement (FICO0043609) Zurich American Ins. Co. | a) The Parties agree the following information should remain sealed:<br><br>FICO's client and pricing information.<br><br>b) None<br><br>c) None |  | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 410 | 626 | 626 | Fleming Exhibit 7 - FICO License Agreement (FICO0047399) Accenture | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing and customer information.<br><br>b) None<br><br>c) None |  | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 411 | 627 | 627 | Fleming Exhibit 8 - March 22, 2016 email from Bill | a) The Parties agree the following information should remain sealed: |  | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which |

| | | | | | |
|---|---|---|---|---|---|
| | | | Waid to Tamra Pawloski, William Harlam, and Henry Mirolyuz (FED000351) | FICO's pricing information.<br><br>b) None<br><br>c) None | competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 628 | 628 | Fleming Exhibit 9 - Deposition Exhibit 380 (FED017887). Detailed Payment History | a) The Parties agree the following information should remain sealed:<br><br>Payment history (entire document)<br><br>b) None<br><br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. As this information appears throughout this document, it is not amenable to redaction. |
| | 627-1 | 627-1 | Fleming Exhibit 10 - Software License and Maintenance Agreement dated June 30, 2006 (FICO0000208) | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br><br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 412 | 630 | 630 | Fleming Exhibit 11 - Amendment One to the Software License and Services Agreement dated August 1, 2006 (FICO0002118) | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | c) None | | disclosing all non-sensitive information. |
| | 630-1 | 630-1 | Fleming Exhibit 12 - Expert Report of Brooks Hilliard | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing, discounting, and sizing information.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information and practices, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 630-2 | N/A | Fleming Exhibit 13 - Federal's Sixth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17 | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 630-3 | N/A | Fleming Exhibit 14 - Federal's Seventh Supplemental Answer to Plaintiff's Interrogatory No. 17 | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 630-4 | N/A | Fleming Exhibit 15 - Federal's Sixth Supplemental Answer to Plaintiff's Interrogatory No. | a) None<br><br>b) The Parties agree the information may be unsealed. | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |

| | 630-5 | N/A | Fleming Exhibit 16 - Federal's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 19. | 18.<br><br>a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
|---|---|---|---|---|---|---|
| | 630-6 | N/A | Fleming Exhibit 17 - Federal's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 20. | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 630-7 | 630-7 | Fleming Exhibit 18 - excerpts from the expert deposition of Neil Zoltowski. | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing and sizing information.<br><br>Defendants' software redesign information. (Pg. 107)<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information and practices, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>Protect details surrounding Federal's Blaze replacement project, which includes details of an ongoing, private business relationship with a third party vendor that may be harmful to Defendants if prematurely disclosed to the marketplace or competitors.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 630-8 | N/A | Fleming Exhibit 19 - FICO's Responses to Federal's First Set of | a) None<br><br>b) The Parties agree the information may be | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |

| | | | | | |
|---|---|---|---|---|---|
| | | | Interrogatories. | unsealed.<br><br>c) None | | |
| | 630-9 | N/A | Fleming Exhibit 20 - FICO's First Supplemental Responses to Federal's First Set of Interrogatories. | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 630-10 | 630-10 | Fleming Exhibit 21 - FICO's Second Supplemental Responses to Federal's First Set of Interrogatories. | a) The Parties agree the following information should remain sealed:<br><br>FICO's sizing and pricing information, including how FICO calculates license fees.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information and practices, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. Protect details of third party settlement agreement.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 630-11 | N/A | Fleming Exhibit 22 - excerpts from the Expert Report of Christopher Bakewell. | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 413 | 631 | 631 | Fleming Exhibit 23 - Settlement Agreement and Release between Oracle America, Inc. and Fair Isaac Corporation | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing and details of settlement agreement. | | The following information should remain sealed to:<br><br>Protect FICO's pricing information and practices, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. Protect details of third party |

| | | | | | |
|---|---|---|---|---|---|
| | | | (FICO0038508). | b) None<br><br>c) None | settlement agreement.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 632 | N/A | Fleming Exhibit 24 - Settlement Agreement and Release between Dell Inc. and Fair Isaac Corporation (FICO0016269) | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing and details of settlement agreement.<br><br>b) None<br><br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information and practices, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. Protect details of third party settlement agreement.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 414 | 634 | N/A | Fleming Exhibit 25 - Settlement Agreement and Release between Xerox Business Services, LLC and Fair Isaac Corporation (FICO0015524). | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing and details of settlement agreement.<br><br>b) None<br><br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information and practices, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. Protect details of third party settlement agreement.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 415 | 636 | N/A | Fleming Exhibit 26 - Plaintiff Fair Isaac Corporation's Written Answers to Questions from the Rule 30(b)(6) Deposition of William Waid. | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing practices.<br><br>b) None<br><br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information and practices, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. As this information appears throughout this document, it is not amenable to redaction. |

| | 638 | 638 | Fleming Exhibit 27 - FICO0062503 Amazon Pricing Offer | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing practices.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information and practices, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| | 638-1 | 638-1 | Fleming Exhibit 28 - FICO0062204 Humana Pricing Offer | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing practices.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information and practices, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 638-2 | 638-2 | Fleming Exhibit 29 - FICO0062098 Citi N.A. Pricing | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing practices.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information and practices, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 638-3 | 638-3 | Fleming Exhibit 30 - FICO0062149 Bank of America Pricing | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information. | | The following information should remain sealed to:<br><br>Protect FICO's pricing information and practices, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand |

| | | | | | |
|---|---|---|---|---|---|
| | | | | b) None<br><br>c) None | better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 638-4 | 638-4 | Fleming Exhibit 31 - FICO0062287 CapitalOne pricing | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br><br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information and practices, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 638-5 | 638-5 | Fleming Exhibit 32 - FICO0063033 Merrill Lynch & Co. Pricing | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br><br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information and practices, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 638-6 | 638-6 | Fleming Exhibit 33 - FICO0062968 Dell Pricing | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br><br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information and practices, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 638-7 | 638-7 | Fleming Exhibit 34 - excerpts from the | a) The Parties agree the following information | The following information should remain sealed to: |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | expert deposition of Brooks Hilliard | should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br><br>c) None | | Protect FICO's pricing information and practices, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 638-8 | N/A | Fleming Exhibit 35 - Trial Order from Positron Systems, Inc. v. Wyle Laboratories, Inc., No. BC595462, 2018 WL 3814691 (Cal. Super. June 1, 2018.) | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 421 | N/A | 599 | Plaintiff Fair Isaac Corporation's Memorandum in Support of Motion to Exclude Testimony of W. Christopher Bakewell | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information including discounts, sizing, and third-party licensing.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 424 | N/A | 600 | Kliebenstein Exhibit 1 - Expert Report of W. Christopher Bakewell, served on May 17, 2019 | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing including discounts, | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which |

| | | | | sizing, and third-party licensing.<br><br>Information related to Defendants new application<br><br>b) None<br><br>c) None | | competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>Protect details surrounding Federal's Blaze replacement project, which includes details of an ongoing, private business relationship with a third party vendor that may be harmful to Defendants if prematurely disclosed to the marketplace or competitors.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 424-1 | N/A | 600-1 | Kliebenstein Exhibit 2 - Expert Report of Neil J. Zoltowski, served April 19, 2019 | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing including discounts, sizing, and third-party licensing.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 424-2 | N/A | 600-2 | Kliebenstein Exhibit 3 - transcript of the June 28, 2019 deposition of W. Christopher Bakewell | a) The Parties agree the following information should remain sealed:<br><br>Testimony related to FICO's pricing including discounts, sizing, and third-party licensing.<br><br>Testimony  related to | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>Protect details surrounding Federal's Blaze replacement project, which includes details of an ongoing, private business relationship with a third |

| | | | | Defendants new application<br><br>b) None<br><br>c) None | | party vendor that may be harmful to Defendants if prematurely disclosed to the marketplace or competitors.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 424-3 | N/A | N/A | Kliebenstein Exhibit 4 - excerpts from the transcript of the June 25, 2019 deposition of Steven Kursh | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 424-4 | N/A | N/A | Kliebenstein Exhibit 5 - excerpts from the transcript of the March 25, 2019 deposition of Kevin Harkin | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 430 | N/A | N/A | Page 1 of Defendants' Memorandum of Law in Support of Summary Judgment (filed in error) | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 432 | 639 | N/A | Fleming Exhibit 1 - excerpts from the Form 10-K for Chubb Limited for fiscal year ended December 31, 2018 | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 639-1 | 639-1 | Fleming Exhibit 2 - May 17, 2019 | a) The Parties agree the following information | | The following information should remain sealed to: |

| | | | Expert Report of William S. McCarter. | should remain sealed:<br><br>Transaction/rule detail table and CSI eXPRESS component diagram (pgs 25 & 26)<br><br>b) None<br><br>c) None | | Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage and application components. Defendants spent significant time and resources into developing its technological architecture, which a competitor could use to gain an advantage in developing its own similar software.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 433 | 640 | 640 | Fleming Exhibit 3 - Software License and Maintenance Agreement, dated June 30, 2006 (FICO000208-FICO000223). | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 434 | 641 | 641 | Fleming Exhibit 4 - Amendment One to Software License and Services Agreement, dated August 1, 2006 (FICO0002118-FICO0002119). | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 641-1 | 641-1 | Fleming Exhibit 5 - Amendment Two to Software License and Services Agreement, dated December 28, 2006 | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information. | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better |

| | | | | | |
|---|---|---|---|---|---|
| | | | (FICO0000226-FICO0000228). | b) None<br><br>c) None | pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 641-2 | 641-2 | Fleming Exhibit 6 - November 26, 2008 email from Lawrence Wachs (Deposition Exhibit 116). | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br><br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 641-3 | 641-3 | Fleming Exhibit 7 - excerpts from the Deposition Transcript of Russell Schreiber taken on October 24, 2018 | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 435 | N/A | N/A | Fleming Exhibit 8 - June 6, 2006 email from Jandeen Boone (Deposition Ex. 305). | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 436 | N/A | N/A | Fleming Exhibit 9 - June 27, 2006 email from Jandeen Boone (Deposition Exhibit 311). | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | N/A | N/A | Fleming Exhibit 10 | a) None | The document should be <u>unsealed</u> because no |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | - excerpts from the Deposition Transcript of Michael Sawyer taken on October 2, 2018. | b) The Parties agree the information may be unsealed.<br><br>c) None | | confidential or business sensitive information exists in the filing. |
| | N/A | N/A | Fleming Exhibit 11 - excerpts from the Deposition Transcript of Christopher Ivey taken on March 14, 2019. | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | N/A | N/A | Fleming Exhibit 12 - presentation entitled Positioning for Growth: A Legacy System Modernization Story, dated November 1, 2011 (Deposition Exhibit 521). | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | N/A | N/A | Fleming Exhibit 13 - August 14, 2012 email from Michael Sawyer (Deposition Exhibit 47). | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 437 | 642 | 642 | Fleming Exhibit 14 - November 14, 2008 Calendar appointment from Michael Sawyer (Deposition Exhibit | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information. | | The following information should remain sealed to: Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. |

|  |  |  | 73). | b) None<br><br>c) None |  | The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
|  | 643 | 643 | Fleming Exhibit 15 - excerpts from Plaintiff's First Amended Privilege Log, dated February 5, 2019. | a) The Parties agree the following information should remain sealed:<br><br>Privileged communication details.<br><br>b) None<br><br>c) None |  | The following information should remain sealed to:<br><br>Protect details of privileged communications seeking/giving legal advice. |
|  | 642-1 | 642-1 | Fleming Exhibit 16 - August 28, 2013 email from Oliver Clark (Deposition Exhibit 48). | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None |  | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
|  | 642-2 | 642-2 | Fleming Exhibit 17 - March 26, 2015 email from Russ Schreiber (Deposition Exhibit 57). | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br>c) None |  | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
|  | 642-3 | 642-3 | Fleming Exhibit 18 - April 1, 2015 email from Oliver | a) The Parties agree the following information should remain sealed: |  | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the |

| | | | Clark (Deposition Exhibit 60). | FICO's pricing information<br><br>b) None<br><br>c) None | | pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| | 642-4 | 642-4 | Fleming Exhibit 19 - July 1, 2015 email from Russ Schreiber (Deposition Exhibit 121). | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 642-5 | 642-5 | Fleming Exhibit 20 - November 13, 2015 email from Natasha Fowlin (Deposition Exhibit 81) | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 438 | 645 | 645 | Fleming Exhibit 21 - October 7, 2015 email from Michael Sawyer (Deposition Exhibit 123). | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 645-1 | 645-1 | Fleming Exhibit 22 - January 8, 2016 email from Michael Sawyer (FICO0003090-FICO0003092). | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 645-2 | 645-2 | Fleming Exhibit 23 | a) None | | The document should be <u>unsealed</u> because no |

| | | | | | |
|---|---|---|---|---|---|
| | | | - January 27, 2016 letter from Thomas Carretta (Deposition Exhibit 90). | b) The Parties agree the information may be unsealed.<br><br>c) None | confidential or business sensitive information exists in the filing. |
| | 645-3 | 645-3 | Fleming Exhibit 24 - February 25, 2016 email from Tamra Pawloski (Deposition Exhibit 94). | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 645-4 | 645-4 | Fleming Exhibit 25 - February 26, 2016 email from Thomas Carretta (Deposition Exhibit 95). | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 645-5 | 645-5 | Fleming Exhibit 26 - excerpts from the April 2, 2019 deposition of William Waid. | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br><br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. |
| | 645-6 | 645-6 | Fleming Exhibit 27 - March 11, 2016 email from Thomas Carretta (Deposition Exhibit 98). | a) None<br><br>b) The Parties agree the information may be unsealed. | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |

| | | | | c) None | | |
|---|---|---|---|---|---|---|
| | 645-7 | 645-7 | Fleming Exhibit 28 - March 30, 2016 letter from Thomas Carretta (Deposition Exhibit 103). | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 645-8 | 645-8 | Fleming Exhibit 29 - February 25, 2016 email from Andrew Hopp (FED009792_0001). | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 645-9 | 645-9 | Fleming Exhibit 30 - excerpts from the January 18, 2019 deposition of Tamra Pawloski | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 439 | N/A | N/A | Fleming Exhibit 31 - June 7, 2011 email from Henry Mirolyuz with attachment (Deposition Exhibit 381). | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 440 | 646 | 646 | Fleming Exhibit 32 - excerpts from the Expert Report of Neil Zoltowski | a) The Parties agree the following information should remain sealed:<br><br>FICO's sizing and pricing information. | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or could be used to demand better pricing.<br><br>The filing party has filed a redacted version |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | b) None<br><br>c) None | | disclosing all non-sensitive information. This pricing information appears throughout this document, thus it is not amenable to redaction. |
| | 647 | N/A | Fleming Exhibit 33 - FICO Global Price List dated October 10, 2003 (Deposition Exhibit 421). | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing practices.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or could be used to demand better pricing. This pricing information appears throughout this document, thus it is not amenable to redaction. |
| | 646-1 | 646-1 | Fleming Exhibit 34 - February 27, 2007 email from Karen Beale (FICO0063033-FICO00603034). Re Merrill Lynch Pricing | a) The Parties agree the following information should remain sealed:<br><br>Pricing and customer specific information.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information including pricing given to a specific customer, which competitors may use to compete better against FICO or could be used to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 646-2 | 646-2 | Fleming Exhibit 35 - February 28, 2006 email from William Waid (FICO0062149-FICO0061251). Re BofA Proposal | a) The Parties agree the following information should remain sealed:<br>Pricing and customer specific information.<br><br>FICO's pricing information.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information including pricing given to a specific customer, which competitors may use to compete better against FICO or could be used to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 646-3 | 646-3 | Fleming Exhibit 36 | a) The Parties agree the | | The following information should remain sealed to: |

| | | | | | |
|---|---|---|---|---|---|
| | | | - March 1, 2006 email from David Burgess (FICO0062287-FICO0062288). Re CapitalOne | following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br><br>c) None | Protect FICO's pricing information including pricing given to a specific customer, which competitors may use to compete better against FICO or could be used to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 646-4 | 646-4 | Fleming Exhibit 37 - July 5, 2013 email from William Waid (FICO0062098-FICO0062102). Re Citi NA Proposal | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br><br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information including pricing given to a specific customer, which competitors may use to compete better against FICO or could be used to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 646-5 | 646-5 | Fleming Exhibit 38 - September 21, 2006 email from James Chaban (FICO0062204). Re Humana Proposal | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information including pricing given to a specific customer, which competitors may use to compete better against FICO or could be used to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 646-6 | 646-6 | Fleming Exhibit 39 - September 13, 2007 email from Robin Green (FICO0062968-FICO0062974) Re Dell | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information including pricing given to a specific customer, which competitors may use to compete better against FICO or could be used to demand better pricing.<br><br>The filing party has filed a redacted version |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | c) None | | disclosing all non-sensitive information. |
| | 646-7 | 646-7 | Fleming Exhibit 40 - March 9, 2005 email from Christopher LeBaron (FICO0062503) Re Amazon | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information including pricing given to a specific customer, which competitors may use to compete better against FICO or could be used to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| | 647-1 | N/A | Fleming Exhibit 41 - June 13, 2019 Plaintiff Fair Isaac Corporation's Written Answers to Questions from the Rule 30(b)(6) Deposition of William Waid. | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing practices.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or could be used to demand better pricing. This pricing information appears throughout this document, thus it is not amenable to redaction. |
| | 646-8 | N/A | Fleming Exhibit 42 - excerpts from the Deposition Transcript of Randolph Bickley Whitener taken on June 27, 2019. | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| | 646-9 | N/A | Fleming Exhibit 43 - excerpts from the Deposition Transcript of Neil Zoltowski taken on June 14, 2019. | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 441 | 649 | 649 | Declaration of Ramesh Pandey in | a) The Parties agree the following information | | The following information should remain sealed to: |

| | | | Support of Defendants' Motion for Summary Judgment | should remain sealed:<br><br>Details of Defendants' software redesign project.<br><br>b) None<br><br>c) None | | Protect details surrounding Federal's Blaze replacement project, which includes details of an ongoing, private business relationship with a third party vendor that may be harmful to Defendants if prematurely disclosed to the marketplace or competitors.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 441-1 | N/A | N/A | Pandey Declaration Exhibit A | a) The Parties agree the following information should remain sealed:<br><br>Proprietary software component diagram (entire document)<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage and application components. Defendants spent significant time and resources into developing its technological architecture, which a competitor could use to gain an advantage in developing its own similar software. |
| 442 | N/A | N/A | Declaration of John P. Taylor in Support of Defendants' Motion for Summary Judgment | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 445 | 650 | 650 | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Memorandum of Law in Support of Motion for Summary Judgment (corrected filing) | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing/discounting information.<br><br>b) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or could be used to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |

| | | | | c) None | | |
|---|---|---|---|---|---|---|
| 446 | N/A | N/A | Hinderaker Exhibit 14 (Refiled 401-12 – Exhibit 14 – May 28, 2009 email communication between Mr. Henry Mirolyuz and Mr. Richard Johnson which was used as Exhibit 182 in the January 11, 2019 deposition of Mr. Henry Mirolyuz) | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 453 | N/A | N/A | Corrected Hinderaker DI 400 - Exhibit 9 Agreement negotiations, no pricing. | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 475 | N/A | N/A | Plaintiff's Memorandum in Opposition to Defendants' Motion to Exclude Expert Report and Testimony of Brooks Hilliard | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 478 | N/A | N/A | Kliebenstein Exhibit 1 - excerpt of the transcript of the June 19, 2019 deposition of Brooks Hilliard | a) None<br><br>b) The Parties agree the information may be unsealed. | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |

| | | | | c) None | | |
|---|---|---|---|---|---|---|
| 478-1 | N/A | 601 | Kliebenstein Exhibit 2 - Expert Report of Steven R. Kursh, dated May 17, 2019 | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information including sizing schedules, discount schedules, and global price list.<br><br>Defendants' rule and transaction sizing table.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect details surrounding Federal's Blaze replacement project, which includes details of an ongoing, private business relationship with a third party vendor that may be harmful to Defendants if prematurely disclosed to the marketplace or competitors.<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage, which a competitor could use to gain an advantage in developing its own similar software.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 480 | N/A | N/A | Plaintiff Fair Isaac Corporation's Memorandum in Opposition to Defendants' Motion to Exclude the Expert Report and Testimony of Randolph Bickley | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 483 | N/A | N/A | Hinderaker Exhibit 1 - Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Interrogatory No. 17, dated March 21, 2019 | | | |
| 483-1 | N/A | N/A | Hinderaker Exhibit 2 - Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated March 21, 2019 | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 483-2 | N/A | N/A | Hinderaker Exhibit 3 - Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated March 2, 2019 | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 483-3 | N/A | N/A | Hinderaker Exhibit 4 - Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 20, dated March 21, 2019 | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 483-4 | N/A | N/A | Hinderaker Exhibit 5 - Federal Insurance Company's Blaze | a) The Parties agree the following information should remain sealed: | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, |

| | | | Advisor usage and sizing chart, produced as Bates numbered document FED017914 | Defendants' rules and transaction sizing table.<br><br>b) None<br><br>c) None | | including rule usage, which a competitor could use to gain an advantage in developing its own similar software. |
|---|---|---|---|---|---|---|
| 483-5 | N/A | N/A | Hinderaker Exhibit 6 - excerpt of the transcript of the June 27, 2019 deposition of Randolph Bickley Whitener | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 483-6 | N/A | 602 | Hinderaker Exhibit 7 - excerpt of the Expert Reply Report of R. Bickley (Bick) Whitener, dated May 31, 2019 | a) The Parties agree the following information should remain sealed:<br><br>Information related to Defendants' rules and transaction sizing.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage, which a competitor could use to gain an advantage in developing its own similar software.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 483-7 | N/A | 602-1 | Hinderaker Exhibit 8 - Chubb PowerPoint entitled Chubb Enterprise Architecture Business Rules Strategy/Roadmap produced as Bates numbered document FED000275 | a) The Parties agree the following information should remain sealed:<br><br>Defendants' internal presentation describing Defendants' business and software plans.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, which a competitor could use to gain an advantage in developing its own similar software.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 483-8 | N/A | N/A | Hinderaker Exhibit | a) None | | |

| | | | 9 - excerpt of the transcript of the June 5, 2019 deposition of William McCarter | b) The Parties agree the information may be unsealed.<br><br>c) None | | |
|---|---|---|---|---|---|---|
| 485 | N/A | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co. Memorandum in Opposition to Motion to Exclude Testimony of William McCarter | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 487 | 651 | 651 | Fleming Exhibit 1 - excerpts from Randolph Bickley Whitener's deposition transcript, which deposition took place on June 27, 2019 | a) The Parties agree the following information should remain sealed:<br><br>Protect client information.<br><br>b) None<br><br>c) None | | The following information should remain sealed to: Protect the details of a specific transaction with one of Defendants' customers. Public disclosure of these details may give competitors an advantage in designing their own proposals to this customer.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 487-1 | 652 | 652 | Fleming Exhibit 2 - April 2007 letter from Unitrin, one of Whitener's former employers. (FICO0057765). | a) The Parties agree the following information should remain sealed:<br><br>Defendants' client identity.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or could be used to demand better pricing. This pricing information appears throughout this document, thus it is not amenable to redaction. |
| 487-2 | 651-1 | 651-1 | Fleming Exhibit 3 - | a) The Parties agree the | | The following information should remain sealed to: |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | excerpts from William McCarter's deposition transcript, which deposition took place on June 5, 2019 | following information should remain sealed: Defendants' client's identity. b) None c) None | | Protect the details of a specific transaction with one of Defendants' customers. Public disclosure of these details may give competitors an advantage in designing their own proposals to this customer. The filing party has filed a redacted version disclosing all non-sensitive information. |
| 489 | N/A | 603 | Plaintiff Fair Isaac Corporation's Memorandum in Opposition to Defendants' Motion to Exclude Expert Report and Testimony of Neil Zoltowski | a) The Parties agree the following information should remain sealed: FICO's pricing information including sizing matrix and global pricing list. Defendants' rule usage and transaction sizing table. b) None c) None | | The following information should remain sealed to: Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing. Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage, which a competitor could use to gain an advantage in developing its own similar software. The filing party has filed a redacted version disclosing all non-sensitive information. |
| 492 | N/A | N/A | Kliebenstein Exhibit 1 - excerpt of the transcript of the April 2, 2019 30(b)(6) deposition of Fair Isaac Corporation given by William Waid | a) The Parties agree the following information should remain sealed: Testimony related to how FICO prices its software licenses. b) None | | The following information should remain sealed to: Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing. |

| | | | | c) None | | |
|---|---|---|---|---|---|---|
| 492-1 | N/A | 604 | Kliebenstein Exhibit 2 - March 1, 2016 email from Bill Waid to Mike Sawyer attaching FICO's pricing matrix, produced as Bates numbered document FICO0000828-830 | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information, including its sizing matrix.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 492-2 | N/A | N/A | Kliebenstein Exhibit 3 - Federal Insurance Company's business rules chart, produced as Bates numbered document FED017914 | a) The Parties agree the following information should remain sealed:<br><br>Defendants' rules usage and transaction sizing table.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage, which a competitor could use to gain an advantage in developing its own similar software. |
| 492-3 | N/A | N/A | Kliebenstein Exhibit 4 - excerpt of the transcript of the January 16, 2019 30(b)(6) deposition of Fair Isaac Corporation given by William Waid | a) The Parties agree the following information should remain sealed:<br><br>Testimony related to how FICO prices its software licenses.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing. |
| 492-4 | N/A | N/A | Kliebenstein Exhibit 5 - Federal | a) None | | The document should be unsealed because no confidential or business sensitive information |

| | | | Insurance Company's Seventh Supplemental Answer to Plaintiff's Interrogatory No. 17, dated July 16, 2019 | b) The Parties agree the information may be unsealed.<br><br>c) None | | exists in the filing. |
|---|---|---|---|---|---|---|
| 492-5 | N/A | N/A | Kliebenstein Exhibit 6 - Federal Insurance Company's Sixth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated March 21, 2019 | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 492-6 | N/A | N/A | Kliebenstein Exhibit 7 - Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated March 2, 2019. | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 492-7 | N/A | N/A | Kliebenstein Exhibit 8 - Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 20, dated March 21, 2019. | | | |
| 492-8 | N/A | N/A | Kliebenstein Exhibit 9 - excerpt of the transcript of the June 14, 2019 deposition of Neil J. Zoltowski. | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 494 | N/A | 654 | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Memorandum in Opposition to Plaintiff's Motion to Exclude Testimony of W. Christopher Bakewell | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information (pgs 8, 19, 20-21)<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 496 | N/A | 655 | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Memorandum in Opposition to Plaintiff's Motion to Exclude Testimony of Dr. Steven Kursh | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information (pg 30)<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 499 | N/A | 605 | Plaintiff Fair Isaac Corporation's Memorandum in Opposition to Defendants' Motion for Summary | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information, including | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing. |

| | | | Judgment | its sizing matrix and global pricing list.<br><br>b) None<br><br>c) None | | The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 503 | N/A | N/A | Hinderaker Exhibit 1 - Request for Information by Chubb and Son, a Division of Federal Insurance Company, which was used as Exhibit 143 in the October 24, 2018 deposition of Mr. Russell Schreiber | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 503-1 | N/A | N/A | Hinderaker Exhibit 2 - excerpts from the transcript of the January 18, 2019 deposition of Ms. Tamra Pawloski | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 503-2 | N/A | N/A | Hinderaker Exhibit 5 - excerpts from the transcript of the November 13, 2018 Deposition of Ramesh Pandey. | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 503-3 | N/A | N/A | Hinderaker Exhibit 6 - June 26, 2006 email communication | a) None<br><br>b) The Parties agree the information may be | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |

| | | | between Ms. Jandeen Boone and Mr. James Black, which was used as Exhibit 309 in the February 6, 2019 deposition of Ms. Jandeen Boone | unsealed.<br><br>c) None | | |
|---|---|---|---|---|---|---|
| 503-4 | N/A | N/A | Hinderaker Exhibit 7 - June 27, 2006 email communication between Ms. Jandeen Boone and Mr. James Black, which was used as Exhibit 311 in the February 6, 2019 deposition of Ms. Jandeen Boone. | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 503-5 | N/A | N/A | Hinderaker Exhibit 8 - February 7, 2006 communication identifying Mr. James W. Black as a member of Chubb and Son's Vendor Management Department, which was used as Exhibit 144 in the October 24, 2018 deposition of Mr. Russell Schreiber | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 503-6 | N/A | N/A | Hinderaker Exhibit 9 - excerpts from | a) None | | The document should be unsealed because no confidential or business sensitive information |

| | | | | | |
|---|---|---|---|---|---|
| | | | the transcript of the February 6, 2019 deposition of Ms. Jandeen Boone. | b) The Parties agree the information may be unsealed.<br><br>c) None | exists in the filing. |
| 503-7 | N/A | 606 | Hinderaker Exhibit 10 – Software License and Maintenance Agreement, which was used as Exhibit 110 in the October 24, 2018 deposition of Mr. Russell Schreiber | a) The Parties agree the following information should remain sealed:<br><br>FICO's Software license pricing.<br><br>b) None<br><br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 503-8 | N/A | N/A | Hinderaker Exhibits 11 - June 6, 2006, email communication, between Ms. Jandeen Boone and Mr. James Black, which was used as Exhibit 305 in the February 6, 2019 deposition of Ms. Jandeen Boone | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 503-9 | N/A | 606-1 | Hinderaker Exhibits 12 - excerpts from the transcript of the February 26, 2019 deposition of Lawrence Wachs | a) The Parties agree the following information should remain sealed:<br><br>FICO's license pricing<br><br>b) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version |

| | | | | c) None | | disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 503-10 | N/A | N/A | Hinderaker Exhibits 13 - excerpts from the transcript of the January 16, 2019 deposition of Mr. William Waid | a) The Parties agree the following information should remain sealed:<br><br>Testimony related to FICO's pricing.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing. |
| 503-11 | N/A | 606-2 | Hinderaker Exhibits 14 - excerpts from the transcript of the October 24, 2018 deposition of Mr. Russell Schreiber | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 503-12 | N/A | N/A | Hinderaker Exhibits 15 - May 26, 2009 email communication between Mr. Henry Mirolyuz and Mr. Richard Johnson which was used as Exhibit 3 in the July 31, 2018 deposition of Mr. Henry Mirolyuz | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 503-13 | N/A | 606-3 | Hinderaker Exhibits 16 - Statement of Work between | a) The Parties agree the following information should remain sealed: | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | FICO and Chubb & Son dated June 30, 2011, which was produced as Bates Nos. FICO0057538-0057548. | FICO's pricing information<br><br>b) None<br><br>c) None | | pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 503-14 | N/A | 606-4 | Hinderaker Exhibits 17 - Statement of Work between FICO and Chubb & Son dated July 18, 2013, which was produced as Bates Nos. FICO0057488-0057494 | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 503-15 | N/A | N/A | Hinderaker Exhibits 18 - excerpts from the transcript of the October 2, 2018 deposition of Mr. Michael Sawyer | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 503-16 | N/A | N/A | Hinderaker Exhibits 19 - excerpts from the transcript of June 4, 2019 Hearing | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 503-17 | N/A | N/A | Hinderaker Exhibits 20 - June 26, 2008 email communication | a) None<br><br>b) The Parties agree the information may be | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | from Mr. Andrew Millyard to Mr. Russell Hodey, which was used as Exhibit 241 in the January 18, 2019 deposition of Ms. Tamra Pawloski | unsealed.<br><br>c) None | | |
| 504 | N/A | 607 | Hinderaker Exhibits 21 - May 21, 2009 email communication between Ms. Tamra Pawloski and Mr. Patrick Sullivan, which was used as Exhibit 242 in the January 18, 2019 deposition of Ms. Tamra Pawloski | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 504-1 | N/A | 607-1 | Hinderaker Exhibit 23 - excerpts from the April 19, 2019 expert report of Neil J. Zoltowski | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 504-2 | N/A | N/A | Hinderaker Exhibit 25 - excerpts from the transcript of the April 19, 2019 deposition of | a) None<br><br>b) The Parties agree the information may be unsealed. | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |

| | | | William Waid re expanded use…not pricing | c) None | | |
|---|---|---|---|---|---|---|
| 504-3 | N/A | N/A | Hinderaker Exhibit 26 – September 2015 presentation regarding Specialty Lines, which was used as Exhibit 149 in the November 13, 2018 deposition of Mr. Ramesh Pandey | a) The Parties agree the following information should remain sealed:<br><br>Defendants' internal presentation related to business and software plans.<br><br>b) None<br><br>c) None | | The following information should remain sealed:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage and application components. Defendants spent significant time and resources into developing its technological architecture, which a competitor could use to gain an advantage in developing its own similar software. |
| 504-4 | N/A | 607-2 | Hinderaker Exhibit 27 - January 12, 2016 email communication regarding CUW-IM Support Phase 1, which was produced as Bates Nos: FED016708_0001 and FED16709_0001-0009. | a) The Parties agree the following information should remain sealed:<br><br>Technical information related to Defendants' software application.<br><br>b) None<br><br>c) None | | The following information should remain sealed:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, which a competitor could use to gain an advantage in developing its own similar software.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 504-5 | N/A | 607-3 | Hinderaker Exhibit 28 - April 1, 2016 email communication regarding the CUW-IM Support Phase 2, which was produced as Bates Nos.: FED016932_0001 | a) The Parties agree the following information should remain sealed:<br><br>Technical information related to Defendants' software application.<br><br>b) None | | The following information should remain sealed:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, which a competitor could use to gain an advantage in developing its own similar software.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and FED016933 0001-0018 | c) None | | |
| 504-6 | N/A | N/A | Hinderaker Exhibit 29 - January 8, 2016 email communication between Mr. Michael Sawyer and Mr. Elie Merhab, which was used as Exhibit 65 in the in the September 11, 2018 deposition of Mr. Oliver Clark. | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 504-7 | N/A | N/A | Hinderaker Exhibit 30 - January 27, 2016 email communication between Mr. Michael Sawyer and Mr. Elie Merhab, which was used as Exhibit 131 in the October 24, 2018 deposition of Mr. Russell Schreiber | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 504-8 | N/A | 607-4 | Hinderaker Exhibit 31 - March 23, 2016 email communication between Mr. Michael Sawyer and Mr. William Waid, which was used as deposition Exhibit 266 in the April 19, | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 2019 deposition of Mr. William Waid. | | | |
| 504-9 | N/A | N/A | Hinderaker Exhibit 32 - December 3, 2010 email communication between Mr. Henry Mirolyuz and Mr. Tony Zhang, which was used as deposition Exhibit 7 in the July 31, 2018 deposition of Mr. Henry Mirolyuz | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 504-10 | N/A | N/A | Hinderaker Exhibit 33 - March 1, 2016 email communication between Mr. William Waid and Mr. Michael Sawyer, which was used as deposition Exhibit 82 in the October 2, 2018 deposition of Mr. Michael Sawyer | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing matrix.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing. |
| 504-11 | N/A | N/A | Hinderaker Exhibit 34 - Blazer Advisor Global Pricing List, which was used as deposition Exhibit 421 in the April 19, 2019 deposition of Mr. William Waid | a) The Parties agree the following information should remain sealed:<br><br>FICO's Global Pricing List.<br><br>b) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing. |

| | | | | c) None | | |
|---|---|---|---|---|---|---|
| 504-12 | N/A | N/A | Hinderaker Exhibit 35 - Chubb and Son's usage of Blaze Advisor, which was produced as Bates No. FED017914_0001. | a) The Parties agree the following information should remain sealed:<br><br>Defendants' rule usage and transaction sizing table<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage and application components. Defendants spent significant time and resources into developing its technological architecture, which a competitor could use to gain an advantage in developing its own similar software. |
| 504-13 | N/A | N/A | Hinderaker Exhibit 36 – Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 504-14 | N/A | N/A | Hinderaker Exhibit 37 – Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated March 21, | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |

| | | | 2019 | | | |
|---|---|---|---|---|---|---|
| 504-15 | N/A | N/A | Hinderaker Exhibit 38 – Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated March 2, 2019 | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 504-16 | N/A | N/A | Hinderaker Exhibit 39 – Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 20, dated March 21, 2019 | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 504-17 | N/A | N/A | Hinderaker Exhibit 40 - excerpts from a whitepaper entitled Business Rule Management Systems Strategy Assessment and Recommendations, which was used as deposition Exhibit 212 in the January 11, 2019 deposition of Mr. Henry Mirolyuz | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 504- | N/A | N/A | Hinderaker Exhibit | a) None | | The document should be unsealed because no |

| 18 | | | 41 - FICO Insurance Case Study presentation which was used as deposition Exhibit 521 in the June 27, 2019 deposition of Mr. R. Bickley Whitener | b) The Parties agree the information may be unsealed. c) None | | confidential or business sensitive information exists in the filing. |
|---|---|---|---|---|---|---|
| 504-19 | N/A | N/A | Hinderaker Exhibit 42 - March 3, 2009 Gartner Research publication entitled Real-Time Decision-Making Applications Can Increase Revenue and reduce Costs in the Contact Center, which was produced as Bates No. FED000141_0001-0005 | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 504-20 | N/A | N/A | Hinderaker Exhibit 43 - excerpts from the 2018 Annual Report of Chubb Limited, which was used as deposition Exhibit 450 in the June 5, 2019 deposition of Mr. Billy McCarter | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 504-21 | N/A | N/A | Hinderaker Exhibit 44 – calculation of Defendants' Federal Insurance | a) None b) The Parties agree the information may be unsealed. | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |

| | | | Company's and ACE American Insurance Company's revenues derived from the use of Blaze Advisor on the sale of insurance policies | c) None | | |
|---|---|---|---|---|---|---|
| 507 | N/A | 656 | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Memorandum in Opposition to Plaintiff's Motion for Summary Judgment | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing and discounting practices (pgs 9-10, 12, and 26)<br><br><br>b) None<br><br>c) None | | The following information should remain sealed to: Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 510 | N/A | 657 | Fleming Exhibit 2 - William Waid sent to Mark Layden on March 1, 2006 and its excerpted attachment. (FICO0005480-5498) | a) The Parties agree the following information should remain sealed:<br><br>FICO's customer information.<br><br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's customer information to respect privacy of non-party entities and to protect potentially ongoing business relationships.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 510-1 | 657-1 | 657-1 | Fleming Exhibit 3 - email that Sally Holt sent to William Waid on December 1, 2006 and its | a) The Parties agree the following information should remain sealed:<br><br>FICO's customer | | The following information should remain sealed to:<br><br>Protect FICO's customer information to respect privacy of non-party entities and to protect potentially ongoing business relationships. |

| | | | | | |
|---|---|---|---|---|---|
| | | | excerpted attachment. (FICO0005621-5640) | information.<br><br>b) None<br>c) None | The filing party has filed a redacted version disclosing all non-sensitive information. |
| 510-2 | 657-2 | 657-2 | Fleming Exhibit 4 - email that Michael Gordon sent to John Haines and others on May 5, 2006. (FICO0001794-1795) | a) The Parties agree the following information should remain sealed:<br><br>FICO's client information.<br><br>b) None<br>c) None | The following information should remain sealed to:<br><br>Protect FICO's client's confidential information regarding use of and successes with Blaze Advisor.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 510-3 | 657-3 | 657-3 | Fleming Exhibit 5 - excerpts from the transcript of the February 26, 2019 deposition of Lawrence Wachs | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br>c) None | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 510-4 | N/A | N/A | Fleming Exhibit 6 - excerpts from the transcript of the February 6, 2019 deposition of Jandeen Boone | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 510-5 | 657-4 | 657-4 | Fleming Exhibit 7 - email that William Waid sent to John Haines on April 4, 2006. (FICO0001927) | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing practices. | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing. |

| | | | | b) None<br>c) None | | The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 510-6 | N/A | N/A | Fleming Exhibit 8 - email that John Haines sent to William Waid and Lawrence Wachs on June 16, 2006. (FICO0001895-1898.) | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 510-7 | 657-5 | 657-5 | Fleming Exhibit 9 - email that Lawrence Wachs sent to Mark Layden and others on December 12, 2006. (FICO0001803-1804.) | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 510-8 | 657-6 | 657-6 | Fleming Exhibit 10 - Amendment Two to the Software License and Services Agreement dated December 28, 2006 as well as attached "Contract Notes." (FED000043_0001-0004.) | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 510-9 | 657-8 | 657-8 | Fleming Exhibit 11 - Deposition Exhibit 332 | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better |

| | | | | information.<br><br>b) None<br>c) None | | pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 510-10 | N/A | N/A | Fleming Exhibit 12 – Michael Sawyer sent Russell Schreiber on November 14, 2008 and excerpts from the attached Chubb Annual Report. (FICO0002101-2151) | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 510-11 | N/A | N/A | Fleming Exhibit 13 - email that Michael Sawyer sent to Clayton Dukes and the attached Chubb Blaze Application presentation. (FICO0005450-5453) | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 510-12 | N/A | N/A | Fleming Exhibit 14 - excerpts from the transcript of the January 18, 2019 deposition of Tamra Pawloski | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 510-13 | N/A | N/A | Fleming Exhibit 15 - email that Thomas Carretta sent to Andrew Hopp on March 11, 2016. (FICO0000767) | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 510- | 657-8 | 657-8 | Fleming Exhibit 16 | a) The Parties agree the | | The following information should remain sealed to: |

| 14 | | | - email that Tamra Pawloski sent to Bill Waid on March 23, 2016. (FICO0002842-2846) | following information should remain sealed:<br><br>FICO's pricing information.<br><br><br>b) None<br>c) None | | Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 510-15 | 657-9 | 657-9 | Fleming Exhibit 17 - email and attachment that Michael Sawyer sent to Tamra Pawloski on March 2, 2016. (FICO0002785-2788) | a) The Parties agree the following information should remain sealed:<br><br>FICO's license pricing.<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 510-16 | N/A | N/A | Fleming Exhibit 18 - email that Bill Waid sent to William Harlam on March 27, 2016. (FICO0004443-4445) | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 510-17 | N/A | N/A | Fleming Exhibit 19 - email that Paul Swyny sent to Michael Sawyer and others on March 21, 2016. (FICO0000715-721) | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 510-18 | N/A | N/A | Fleming Exhibit 20 - email that Oliver Brynteson sent to | a) None<br>b) The Parties agree the information may be | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |

| | | | | Oliver Clark on August 28, 2012. (FICO0002015-2022) | unsealed. c) None | | |
|---|---|---|---|---|---|---|---|
| 510-19 | N/A | N/A | Fleming Exhibit 21 - excerpts from the transcript of the October 2, 2018 deposition of Michael Sawyer | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 510-20 | N/A | N/A | Fleming Exhibit 22 - excerpts from the transcript of the October 24, 2018 deposition of Russell Schreiber | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 510-21 | N/A | N/A | Fleming Exhibit 23 - email that Michael Sawyer sent to Paul Swyny and others on March 23, 2016. (FICO0000619-626) | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 510-22 | N/A | 657-10 | Fleming Exhibit 24 - Deposition Exhibit 57 | a) The Parties agree the following information should remain sealed: FICO's pricing information. b) None c) None | | The following information should remain sealed to: Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better pricing. The filing party has filed a redacted version disclosing all non-sensitive information. |
| 510-23 | N/A | 657-11 | Fleming Exhibit 25 - Deposition Exhibit 58 | a) The Parties agree the following information should remain sealed: FICO's pricing | | The following information should remain sealed to: Protect FICO's pricing information, which competitors may use to compete better against FICO or customers could use to demand better |

| | | | | information.<br><br>b) None<br>c) None | | pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 510-24 | N/A | N/A | Fleming Exhibit 26 – Henry Mirolyuz sent to Michael Sawyer on August 26, 2013. (FED009157_0001-0003) | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 510-25 | N/A | N/A | Fleming Exhibit 27 - Calendar Entry for a meeting between individuals from Fair Isaac Corporation, Chubb, and AppCentrica on September 4, 2013. (FED001537_0001) | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 510-26 | N/A | N/A | Fleming Exhibit 28 – Henry Mirolyuz sent to Michael Sawyer on September 3, 2013. (FED008847_0001-0002) | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 510-27 | N/A | N/A | Fleming Exhibit 29 - calendar invite acceptance by Ken Kitamura of AppCentrica. (FED009164_0001-0002) | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 510- | N/A | N/A | Fleming Exhibit 30 | a) None | | The document should be <u>unsealed</u> because no |

| 28 | | | - Federal's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 20 | b) The Parties agree the information may be unsealed. c) None | | confidential or business sensitive information exists in the filing. |
|---|---|---|---|---|---|---|
| 510-29 | N/A | N/A | Fleming Exhibit 31 - Deposition Exhibit 380 Detailed Payment History | a) The Parties agree the following information should remain sealed: FICO's pricing information. b) None c) None | | The following information should remain sealed to: Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. As this information appears throughout this document, it is not amenable to redaction. |
| 510-30 | N/A | N/A | Fleming Exhibit 32 - excerpts from the transcript of the March 14, 2019 deposition of Christopher Ivey | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 512 | N/A | 658 | Declaration of Philip G. Folz | a) The Parties agree the following information should remain sealed: FICO's pricing information. b) None c) None | | The following information should remain sealed to: Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. The filing party has filed a redacted version disclosing all non-sensitive information. |
| 513 | N/A | 659 | Declaration of Pamela Lopata | a) The Parties agree the following information should remain sealed: Details of terms of | | The following information should remain sealed to: Protect Defendants' inter-company service agreements that contain highly sensitive business information regarding strategy for product |

| | | | | highly confidential inter-company service agreements.<br><br>b) None<br>c) None | | development and services within the Chubb Group of Insurance Companies. Competitors could gain unfair advantages from these contracts by learning intricate details about Chubb's business strategy.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 513-1 | N/A | N/A | Lopata Exhibit A – Amendment Number 2 to Service Agreement between Federal and Chubb Insurance Company Australia Ltd | a) The Parties agree the following information should remain sealed:<br><br>Details of terms of highly confidential inter-company service agreements.<br><br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect Defendants' inter-company service agreements that contain highly sensitive business information regarding strategy for product development and services within the Chubb Group of Insurance Companies. Competitors could gain unfair advantages from these contracts by learning intricate details about Chubb's business strategy. |
| 514 | N/A | N/A | Declaration of Zorica Todorovic | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 515 | N/A | N/A | Declaration of David Gibbs | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 516 | N/A | N/A | Declaration of Patrick Sullivan | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 517 | N/A | N/A | Declaration of Ewen Setti | a) None<br>b) The Parties agree | | The document should be <u>unsealed</u> because no confidential or business sensitive information |

| | | | | the information may be unsealed.<br>c) None | | exists in the filing. |
|---|---|---|---|---|---|---|
| 521 | N/A | N/A | CORRECTED Hinderaker Exhibit 38 – Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 19 | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 530 | N/A | N/A | Memorandum in Support of Plaintiff's Objection to Order Granting Defendant's Motion to Amend | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 533 | N/A | 608 | Kliebenstein Exhibit 3 - September 11, 2018 deposition transcript of Oliver Clark | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 533-1 | N/A | N/A | Kliebenstein Exhibit 4 - July 29, 2013 email between Chubb employees Ewen Setti and Henry Mirolyuz and produced as FED012641_0001 - | a) The Parties agree the following information should remain sealed:<br><br>Financial and technical discussion regarding Defendants' software applications. | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, which a competitor could use to gain an advantage in developing its own similar software. |

| | | | FED012641_0002 | | | |
|---|---|---|---|---|---|---|
| | | | | b) None<br>c) None | | |
| 536 | N/A | N/A | Plaintiff Fair Isaac Corporation's Reply in Support of its Motion to Exclude Testimony of William McCarter | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 538 | N/A | 609 | Plaintiff Fair Isaac Corporation's Reply in Support of its Motion to Exclude Testimony of W. Christopher Bakewell | a) The Parties agree the following information should remain sealed:<br><br>Information regarding FICO's clients.<br><br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's client's confidential information regarding use of and successes with Blaze Advisor.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 541 | N/A | 610 | Kliebenstein Exhibit 1 - excerpts from the January 16, 2019 deposition transcript of M. William Paul Waid | a) The Parties agree the following information should remain sealed:<br><br>FICO pricing, including discounts<br><br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 541-1 | N/A | 610-1 | Kliebenstein Exhibit 2 - March 26, 2013 confidential settlement agreement and release between | a) The Parties agree the following information should remain sealed:<br><br>FICO pricing and client | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better |

| | | | Oracle America, Inc. and Fair Isaac Corporation. This document is marked as Deposition Exhibit 428 and produced in this matter as FICO0038508-FICO0038514 | information<br><br>b) None<br>c) None | | pricing.<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 541-2 | N/A | N/A | Kliebenstein Exhibit 3 - excerpts from the April 2, 2019 deposition transcript of William Waid | a) The Parties agree the following information should remain sealed:<br><br>FICO pricing and client information<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. |
| 541-3 | N/A | 610-2 | Kliebenstein Exhibit 4 - March 11, 2017 settlement agreement and release between Dell USA, L.P. and Fair Isaac Corporation. This document is marked as Deposition Exhibit 427 and produced in this matter as | a) The Parties agree the following information should remain sealed:<br><br>FICO pricing and client information<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | FICO0016269-FICO0016285 | | | The filing party has filed a redacted version disclosing all non-sensitive information. |
| 541-4 | N/A | N/A | Kliebenstein Exhibit 5 - Federal Insurance Company's Seventh Supplemental Answer to Plaintiff's Interrogatory No. 17, dated July 16, 2019 | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 541-5 | N/A | N/A | Kliebenstein Exhibit 6 - Federal Insurance Company's Sixth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated March 21, 2019 | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 541-6 | N/A | N/A | Kliebenstein Exhibit 7 - Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated March 2, 2019 | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 541-7 | N/A | N/A | Kliebenstein Exhibit 8 - Federal Insurance | a) None<br>b) The Parties agree the information may be | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |

|   |   |   | Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 20, dated March 21, 2019 | unsealed.<br>c) None |   |   |
|---|---|---|---|---|---|---|
| 541-8 | N/A | N/A | Kliebenstein Exhibit 9 - excerpts from the March 25, 2019 deposition transcript of Kevin Harkin | a) None<br>b) The Parties agree the information may be unsealed. |   | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 543 | 660 | 660 | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Reply Memorandum in Support of Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 545 | 661 | 661 | Fleming Exhibit 1 - emails produced in this litigation that involved William Waid. (FICO0000002; FICO0000376-380; FICO0000796-797; FED004635_0001; FED000352_0001-0002.) | a) The Parties agree the following information should remain sealed:<br><br>FICO's pricing information.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect FICO's pricing information, including the pricing given to a certain customer, which competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
| 545-1 | N/A | N/A | Fleming Exhibit 2 - excerpts from the transcript of the | a) None<br>b) The Parties agree the information may be | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | October 2, 2018 deposition of Michael Sawyer | unsealed. c) None | | |
| 547 | N/A | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Reply Memorandum in Support of Motion to Exclude Expert Report and Testimony of Randolph Bickley Whitener | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 549 | N/A | N/A | Fleming Exhibit A - component views, Bates labeled FED017917_0001-0007, which depict the use of Blaze in Federal's CSI Express, CUW, IRMA, TAPS, Premium Booking and Evolution applications | a) The Parties agree the following information should remain sealed: b) None c) None | | The following information should remain sealed to: Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage and application components. Defendants spent significant time and resources into developing its technological architecture, which a competitor could use to gain an advantage in developing its own similar software. |
| 556 | N/A | N/A | Plaintiff Fair Isaac Corporation's Reply in Support of its Motion to Exclude Testimony of Steven Kursh | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 558 | N/A | 613 | Plaintiff Fair Isaac Corporation's Reply in Support of Its Motion for | a) The Parties agree the following information should remain sealed: | | The following information should remain sealed to: Protect FICO's pricing information, including the pricing given to a certain customer, which |

| | | | Summary Judgment of Federal's Liability for Brach of Contract | FICO's pricing<br><br>b) None<br>c) None | | competitors may use to compete better against FICO or customers could use to demand better pricing.<br><br>The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 561 | N/A | N/A | Hinderaker Exhibit 2 – Management Agreement between Chubb Indemnity Insurance Company and Chubb & Son a division of Federal Insurance dated January 1, 1998 with addendums produced as Bates numbered document FED013541_0001– FED013541_0010 | a) The Parties agree the following information should remain sealed:<br><br>Defendants' internal service contracts.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect Defendants' inter-company service agreements that contain highly sensitive business information regarding strategy for product development and services within the Chubb Group of Insurance Companies. Competitors could gain unfair advantages from these contracts by learning intricate details about Chubb's business strategy. |
| 561-1 | N/A | N/A | Hinderaker Exhibit 3 – Service Agreement between Pacific Indemnity Company and Chubb & Son a division of Federal Insurance Company dated January 1, 1998 with addendums, produced as Bates numbered document FED013547_0001– FED013547_0009 | a) The Parties agree the following information should remain sealed:<br><br>Defendants' internal service contracts.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect Defendants' inter-company service agreements that contain highly sensitive business information regarding strategy for product development and services within the Chubb Group of Insurance Companies. Competitors could gain unfair advantages from these contracts by learning intricate details about Chubb's business strategy. |
| 561-2 | N/A | N/A | Hinderaker Exhibit | a) The Parties agree the | | The following information should remain sealed to: |

| | | | 4 – Management Agreement between Texas Pacific Indemnity Company and Chubb & Son a division of Federal Insurance Company dated June 1, 2004 with addendum, produced as Bates numbered document FED013548_0001– FED013548_0008 | following information should remain sealed:<br><br>Defendants' internal service contracts.<br><br>b) None<br>c) None | | Protect Defendants' inter-company service agreements that contain highly sensitive business information regarding strategy for product development and services within the Chubb Group of Insurance Companies. Competitors could gain unfair advantages from these contracts by learning intricate details about Chubb's business strategy. |
| 561-3 | N/A | N/A | Hinderaker Exhibit 5 - Management Agreement between Vigilant Insurance Company and Chubb & Son a division of Federal Insurance Company dated January 1, 1998 with addendums, produced as Bates numbered document FED013549_0001– FED013549_0011 | a) The Parties agree the following information should remain sealed:<br><br>Defendants' internal service contracts.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect Defendants' inter-company service agreements that contain highly sensitive business information regarding strategy for product development and services within the Chubb Group of Insurance Companies. Competitors could gain unfair advantages from these contracts by learning intricate details about Chubb's business strategy. |
| 561-4 | N/A | N/A | Hinderaker Exhibit 6 – Management Agreement between Chubb National Insurance Company and Chubb & Son a division of Federal Insurance Company | a) The Parties agree the following information should remain sealed:<br><br>Defendants' internal service contracts. | | The following information should remain sealed to:<br><br>Protect Defendants' inter-company service agreements that contain highly sensitive business information regarding strategy for product development and services within the Chubb Group of Insurance Companies. Competitors could gain unfair advantages from these contracts by learning |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | dated January 1, 1998 with addendum, produced as Bates numbered document FED013542_0001– FED013542_0008 | b) None<br>c) None | | intricate details about Chubb's business strategy. |
| 561-5 | N/A | N/A | Hinderaker Exhibit 7 - Management Agreement between Executive Risk Specialty Insurance Company and Chubb & Son a division of Federal Insurance Company dated January 1, 2008 with addendums, produced as Bates numbered document FED013545_0001– FED013548_0011 | a) The Parties agree the following information should remain sealed:<br><br>Defendants' internal service contracts.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect Defendants' inter-company service agreements that contain highly sensitive business information regarding strategy for product development and services within the Chubb Group of Insurance Companies. Competitors could gain unfair advantages from these contracts by learning intricate details about Chubb's business strategy. |
| 561-6 | N/A | N/A | Hinderaker Exhibit 8 – Management Agreement between Executive Risk Indemnity Inc. and Chubb & Son a division of Federal Insurance Company dated January 1, 2000 with addendum, produced as Bates numbered document | a) The Parties agree the following information should remain sealed:<br><br>Defendants' internal service contracts.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect Defendants' inter-company service agreements that contain highly sensitive business information regarding strategy for product development and services within the Chubb Group of Insurance Companies. Competitors could gain unfair advantages from these contracts by learning intricate details about Chubb's business strategy. |

| | | | FED013544_0001– FED013548_0010 | | | |
|---|---|---|---|---|---|---|
| 561-7 | N/A | N/A | Hinderaker Exhibit 9 – Management Agreement between Great Northern Insurance Company and Chubb & Son a division of Federal Insurance Company dated January 1, 1998 with addendum, produced as Bates numbered document FED013546_0001– FED013548_0008 | a) The Parties agree the following information should remain sealed:<br><br>Defendants' internal service contracts.<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect Defendants' inter-company service agreements that contain highly sensitive business information regarding strategy for product development and services within the Chubb Group of Insurance Companies. Competitors could gain unfair advantages from these contracts by learning intricate details about Chubb's business strategy. |
| 561-8 | N/A | N/A | Hinderaker Exhibit 10 - excerpt from the transcript of the July 31, 2018 30(b)(6) deposition of Henry Mirolyuz | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 561-9 | N/A | N/A | Hinderaker Exhibit 11 - excerpt from the transcript of the November 13, 2018 deposition of Ramesh Pandey | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 561-10 | N/A | 611 | Hinderaker Exhibit 12 - June 7, 2013 email from Henry Mirolyuz email to Tony Zhang produced as Bates numbered document | a) The Parties agree the following information should remain sealed:<br><br>Defendants' technical information regarding software application(s) | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, which a competitor could use to gain an advantage in developing its own similar software. |

| | | | FED009153_0001–<br>FED009153_0004 | b) None<br>c) None | | The filing party has filed a redacted version disclosing all non-sensitive information. |
|---|---|---|---|---|---|---|
| 561-11 | N/A | N/A | Hinderaker Exhibit 13 - July 29, 2013 email from Ewen Setti email to Henry Mirolyuz produced as Bates numbered document FED012641_0001–FED012641_0002 | a) The Parties agree the following information should remain sealed:<br><br>Financial and technical discussion regarding Defendants' use of Blaze Advisor<br><br>b) None<br>c) None | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, which a competitor could use to gain an advantage in developing its own similar software. |
| 561-12 | N/A | N/A | Hinderaker Exhibit 14 - excerpt from the transcript of the October 9, 2018 deposition of Thomas Carretta | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 561-13 | N/A | N/A | Hinderaker Exhibit 15 - excerpt from the transcript of the January 18, 2019 deposition of Tamra Pawloski | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 561-14 | N/A | N/A | Hinderaker Exhibit 16 - excerpt from the transcript of the March 22, 2019 deposition of Thomas Carretta | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 563 | N/A | N/A | Defendants Federal | a) None | | The document should be <u>unsealed</u> because no |

| | | | Insurance Co. and ACE American Insurance Co.'s Reply Memorandum in Support of Motion to Exclude Expert Report and Testimony of Brooks Hilliard | b) The Parties agree the information may be unsealed. c) None | | confidential or business sensitive information exists in the filing. |
|---|---|---|---|---|---|---|
| 565 | N/A | N/A | Pham Exhibit A - June 19, 2019 Deposition of Brooks Hilliard | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 567 | N/A | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Reply Memorandum in Support of Their Motion for Summary Judgment | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 574 | N/A | N/A | Defendants' Response in Opposition to Plaintiff's Motion to Strike the Declaration of Patrick Sullivan in Support of Federal's Opposition to Summary Judgment and Portions of Federal's Brief in Opposition to Summary Judgment | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 576 | N/A | N/A | Fleming Exhibit 2 - | a) None | | The document should be <u>unsealed</u> because no |

|  |  |  | excerpts from the transcript of the February 26, 2019 deposition of Lawrence Wachs | b) The Parties agree the information may be unsealed. c) None |  | confidential or business sensitive information exists in the filing. |
|---|---|---|---|---|---|---|
| 576-1 | N/A | N/A | Fleming Exhibit 3 - excerpts from the transcript of the July 31, 2018 deposition of Henry Mirolyuz | a) None b) The Parties agree the information may be unsealed. c) None |  | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 576-2 | N/A | N/A | Fleming Exhibit 4 - excerpts from the transcript of the January 11, 2019 deposition of Henry Mirolyuz | a) None b) The Parties agree the information may be unsealed. c) None |  | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 576-3 | N/A | N/A | Fleming Exhibit 5 - excerpts from the transcript of the November 13, 2018 deposition of Ramesh Pandey | a) None b) The Parties agree the information may be unsealed. c) None |  | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 576-4 | N/A | N/A | Fleming Exhibit 6 - excerpts from the transcript of the January 18, 2019 deposition of Tamra Pawloski. | a) None b) The Parties agree the information may be unsealed. c) None |  | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 576-5 | N/A | N/A | Fleming Exhibit 7 - excerpts from the transcript of the March 22, 2019 deposition of Thomas Carretta | a) None b) The Parties agree the information may be unsealed. c) None |  | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 576-6 | N/A | N/A | Fleming Exhibit 8 - | a) None |  | The document should be unsealed because no |

| | | | Federal's Second Supplemental Answers to Interrogatory Nos. 2, 3, and 4 | b) The Parties agree the information may be unsealed. c) None | | confidential or business sensitive information exists in the filing. |
|---|---|---|---|---|---|---|
| 576-7 | N/A | N/A | Fleming Exhibit 9 - June 28, 2017 letter from Allen Hinderaker to Lora Friedemann | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 576-8 | N/A | N/A | Fleming Exhibit 10 – email exchange between Ewen Setti and Patrick Sullivan dated September 12, 2007 | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 576-9 | N/A | N/A | Fleming Exhibit 11 – Deposition Exhibit 394 from this litigation Mirolyuz to Owen Williams Email | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 576-10 | N/A | N/A | Fleming Exhibit 12 – Deposition Exhibit 395 Patrick Sullivan to Mirolyuz Email | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 576-11 | N/A | N/A | Fleming Exhibit 13 – Deposition Exhibit 397 Mirolyuz to Sawyer Email | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 576-12 | N/A | N/A | Fleming Exhibit 14 – Deposition Exhibit 398 Mirolyuz to | a) None b) The Parties agree the information may be unsealed. | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |

| | | | Todorovic Email | c) None | | |
|---|---|---|---|---|---|---|
| 576-13 | N/A | N/A | Fleming Exhibit 15 - excerpts from a hearing held on May 8, 2019 in this matter | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 576-14 | N/A | N/A | Fleming Exhibit 16 - excerpts from a hearing held on August 22, 2019 in this matter | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 576-15 | N/A | N/A | Fleming Exhibit 17 – transcript from a telephone conference involving Magistrate Schultz and counsel for both Parties on August 26, 2019 | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 578 | N/A | N/A | Defendants Federal Insurance Co. and ACE American Insurance Co.'s Response to Plaintiff's Objection to Magistrate Decision | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 581 | N/A | N/A | Pham Exhibit 1 - excerpts from the transcript of the January 11, 2019 deposition of Henry Mirolyuz | a) None<br>b) The Parties agree the information may be unsealed.<br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 581-1 | N/A | N/A | Pham Exhibit 2 - | a) None | | The document should be <u>unsealed</u> because no |

| | | | Plaintiff Fair Isaac Corporation's Answers to Defendant's First Set of Interrogatories dated May 18, 2017 | b) The Parties agree the information may be unsealed. c) None | | confidential or business sensitive information exists in the filing. |
|---|---|---|---|---|---|---|
| 581-2 | N/A | N/A | Pham Exhibit 3 - Plaintiff Fair Isaac Corporation's First Supplemental Answers to Defendant's First Set of Interrogatories dated August 16, 2017 | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 581-3 | N/A | N/A | Pham Exhibit 4 - excerpts from the transcript of the October 2, 2018 deposition of Michael Sawyer. | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |
| 581-4 | N/A | N/A | Pham Exhibit 5 - excerpts from the transcript of the August 22, 2019 hearing before Magistrate Judge Schultz | a) None b) The Parties agree the information may be unsealed. c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing. |

Dated:  October 23, 2019

/s/   Joseph W. Dubis
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
MERCHANT & GOULD P.C.
150 South 5th Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*

-AND-

/s/   Christopher D. Pham
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Christian V. Hokans (#0400377)
chokans@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*