

November 6, 2019

**Via ECF**

Honorable David T. Schultz
United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:   Fair Isaac Corp. v. Federal Insurance Co., et al.
      No. 16-cv-01054-WMW-DTS

Dear Judge Schultz:

We write in response to the Court's instructions found in Paragraph 2(c) of the October 30, 2019 Order regarding sealing. (Dkt. No. 665.) The description corresponding to Dkt. Nos. 651-1 and 487-2 in the Parties' Amended Joint Motion for Continued Sealing was in error. (Dkt. No. 664.) Federal intended to file this document unsealed without any redactions, which the Parties agreed to in preparing the Amended Joint Motion. We ask that the Clerk unseal the documents found at both 651-1 and 487-2.

Best regards,

*/s/Christopher D. Pham*

Christopher D. Pham
**Direct Dial:** 612.492.7388
**Email:** cpham@fredlaw.com

Attorneys & Advisors
Main 612.492.7000
Fax 612.492.7077

Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425

USA / China / Mexico
Minnesota, Iowa, North Dakota
fredlaw.com