## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendants. | Case No. 16-cv-1054 (WMW/DTS) <br><br> **Jury Trial Demanded** |

## PLAINTIFF FAIR ISAAC CORPORATION'S UNOPPOSED MOTION FOR FURTHER CONSIDERATION OF SEALING

Fair Isaac Corporation, ("FICO") moves under Local Rule 5.6(d)(3) for further consideration to keep six documents under seal that contain FICO's confidential, proprietary, and commercially-sensitive infomation.  This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the papers and records on file herein, and on such information and evidence as may be presented at any hearing on this Motion.


Dated:  November 6, 2019

MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 398344
MERCHANT & GOULD P.C.

150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*

2