# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**FAIR ISAAC CORPORATION, a Delaware corporation,**

          Plaintiff(s),

vs.

**FEDERAL INSURANCE COMPANY, and ACE AMERICAN INSURANCE COMPANY,**

Case No. **16-cv-1054 (WMW/DTS)**

          Defendant(s).

### MEET-AND-CONFER STATEMENT

I, (name) **Joseph W. Dubis**, representing the

(party) **Plaintiff(s)**, hereby certify that:

I met and conferred with the opposing party by:

Meeting with: **Christian Hokans** (party/parties or attorney/attorneys you met with)

On: **November, 4th   2019**   (date you met and conferred)

Discussing the following motion:

**Unopposed Motion for Further Consideration of Sealing**

As a result of the meet-and-confer, the parties:

(Check the box that applies)

☐ Do **not** agree on the resolution of any part of the motion.

☑ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Signed this **6th** day of **November, 2019**

Signature of Party    /s/ **Joseph W. Dubis**

Mailing Address

**MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402**

Telephone Number   **(612) 332-5300**

Note:  All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).