UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**[PROPOSED[ ORDER GRANTING PLAINTIFF FAIR ISAAC CORPORATION'S UNOPPOSED MOTION FOR FURTHER CONSIDERATION OF SEALING**

This matter is before the Court on Fair Isaac Corporation's ("FICO's") Unopposed Motion for Further Consideration of Sealing (Dkt. No. 669). Upon consideration of FICO's request and the entire record herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. Dkt. 334 (Exhibits 1-3) remain under seal and Defendants are directed to file a redacted version.

2. Dkt. 460-1 remains under seal and Defendants are directed to file a redacted version.

3. Dkt. 460-7 remains under seal and Defendants are directed to file a redacted version.

4. Dkt. 460-10 remains under seal and Defendants are directed to file a redacted version.

**IT IS SO ORDERED.**

Dated: _____

Honorable David T. Schultz
United States Magistrate Judge