

November 12, 2019

**Via ECF**

Magistrate Judge David T. Schultz
United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:    Fair Isaac Corp. v. Federal Insurance Co., et al.
        No. 16-cv-01054-WMW-DTS (D. Minn. Filed April 21, 2016)

Dear Judge Schultz:

We write regarding the Court's October 9, 2019 Order (Dkt. No. 590) addressing the Parties' Joint Motions for Continued Sealing found at docket numbers 359, 454, and 539 in this matter. Pursuant to the Court's instructions, Defendants are filing public versions of the following exhibits simultaneously with this letter:

- **Exhibit 1**, previously filed as part of Dkt. No. 317-1
- **Exhibit 7**, previously filed as part of Dkt. No. 317-2
- **Exhibits 11-13 and 15-19**, previously filed as part of Dkt. No. 317-3

These exhibits were attached to the Declaration of Christopher D. Pham in Support of Defendants' Objection to the Court's June 4, 2019 Order. (Dkt. No. 317.)

Sincerely,

Christian V. Hokans
**Direct Dial:** 612.492.7117
**Email:** chokans@fredlaw.com