# Exhibit 1
# (Previously Filed Under Seal as Dkt. 317-1)

Appointment

| | |
|---|---|
| **From:** | Sawyer, Michael L (Mike) [/O=FAIRISAAC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MIKESAWYER] |
| **Sent:** | 11/14/2008 2:06:30 PM |
| **To:** | Brodie, Ian B [ianbrodie@fairisaac.com]; Hill, Richard [RichardHill@fairisaac.com]; Schreiber, Russell (Russ) [RussSchreiber@fairisaac.com] |
| **Subject:** | Chubb License Discussion |
| **Location:** | Ready-Access phone number: GC; 7-digit access code: 6996772 |
| **Start:** | 11/17/2008 7:00:00 AM |
| **End:** | 11/17/2008 7:30:00 AM |
| **Show Time As:** | Tentative |

**Required Attendees:** Sawyer, Michael L (Mike); Brodie, Ian B; Hill, Richard; Schreiber, Russell (Russ)

```
When: Monday, November 17, 2008 8:00 AM-8:30 AM (GMT-05:00) Eastern Time (US & Canada).
Where: Ready-Access phone number: GC; 7-digit access code: 6996772
```

*~*~*~*~*~*~*~*~*

All -

Please join this call to discuss the Chubb license agreement and a plan for Chubb Europe.  Attached are the three SLSA contracts and the latest Chubb Annual report.

**EXHIBIT 1**

Confidential - Attorneys' Eyes Only                                                                                   FICO0002275