

150 South Fifth Street
Suite 2200
Minneapolis, MN 55402

Joseph W. Dubis
612.371.5381
jdubis@merchantgould.com

December 3, 2019

**VIA ECF**

Honorable David T. Schultz
United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

*Re:*   *Fair Isaac Corp. v. Federal Insurance Co. et al.,*
         **No. 16-cv-01054-WMW-DTS (D. Minn. filed April 21, 2016)**

Dear Judge Schultz:

    I write regarding FICO's Unopposed Motion for Further Consideration of Sealing (Dkt. 669). Pursuant to the Court's request of December 2nd, please find attached proposed redactions for Docket Nos. 460-7 and 460-10.
    Each of these documents was filed by Defendants as exhibits to the Declaration of Terrence J. Fleming in Support of Defendants' Motion for Leave to File Amended Answer. If the Court grants FICO's motion, FICO will work with Defendants to file redacted copies of Docket Nos. 460-7 and 460-10 as well as redacted copies of Docket Nos. 334 (Exhibits 1-3) and 460-1 so that the redacted copies are linked to the originally filed declarations.

Honorable David T. Schultz
December 3, 2019
Page **2** of **2**

Sincerely,

*Joseph W Dubis*

Joseph W. Dubis
Attorney

merchantgould.com