***16-cv-1054 (WMW/DTS)***

# EXHIBIT A

## *(Filed Under Seal)*



November 15, 2019

Allen Hinderaker
Heather Kliebenstein
Merchant & Gould
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402

***Via email to***
***ahinderaker@merchantgould.com***
***hkliebenstein@merchantgould.com***

Re: Fair Isaac Corp. v. Federal Insurance Co., et al.
Case No. 16-cv-1054-WMW-TNL

Dear Counsel:

Pursuant to Judge Schultz's Order dated August 26, 2019, please find below a chart disclosing the dates and locations of all versions of Blaze Advisor software that were installed outside of the United States.

| Geographic Location | Blaze Installed? (Y/N) | Version(s) of Blaze? | Approximate Date of Installation(s)? | Location of Installation(s)? |
|---|---|---|---|---|
| Canada | N | -- | -- | -- |
| Australia | N | -- | -- | -- |
| Europe | Y | | Nov. 6, 2009 | |

Sincerely,

Christopher D. Pham
**Direct Dial:** 612.492.7388
**Email:** cpham@fredlaw.com

Attorneys & Advisors
main 612.492.7000
fax 612.492.7077
fredlaw.com

Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota
55402-1425

MEMBER OF THE WORLD SERVICES GROUP
*A Worldwide Network of Professional Service Providers*

OFFICES
Minneapolis / Bismarck / Des Moines / Fargo / St. Paul / Saltillo, Mexico / Shanghai, China