# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Wilhelmina M. Wright, U.S. District Judge |
| v. | Case No: 16-cv-1054 (WMW/DTS) |
| Federal Insurance Company, et al., | Date: December 18, 2019 |
| Defendants. | Courthouse: Saint Paul |
| | Courtroom: 7A |
| | Deputy: Mona Eckroad |
| | Court Reporter: Lori Simpson |
| | Time Commenced: 1:48 p.m. |
| | Time Concluded: 3:12 p.m. |
| | Time in Court: 1 Hour 24 Minutes |

**APPEARANCES:**

Plaintiff:    Allen W. Hinderaker, Heather J. Kliebenstein, Michael A. Erbele, Joseph Dubis
Defendants:   Christopher D. Pham, Christian V. Hokans, Leah C. Janus, Terrence J. Fleming, Ryan Young

**HEARING ON:**

Plaintiff Fair Isaac Corporation's Motion to Exclude Expert Testimony of William McCarter [Dkt. 360]
Plaintiff Fair Isaac Corporation's Motion to Exclude Expert Testimony of Dr. Steven Kursh [Dkt. 369]
Plaintiff Fair Isaac Corporation's Motion to Exclude Expert Testimony of W. Christopher Bakewell [Dkt. 419]
Defendants Federal Insurance Company & ACE American Insurance's Motion to Exclude Expert Testimony and Portions of Expert Report of R. Bickley Whitener [Dkt. 378]
Defendants Federal Insurance Company & ACE American Insurance's Motion to Exclude Expert Testimony and Expert Report of Brooks Hilliard [Dkt. 386]
Defendants Federal Insurance Company & ACE American Insurance's Motion to Exclude Expert Testimony and Expert Report of Neil J. Zoltowski [Dkt. 404]
Plaintiff Fair Isaac Corporation's Motion for Summary Judgment [Dkt. 396]
Defendants Federal Insurance Company & ACE American Insurance's Motion for Summary Judgment [Dkt. 428]
Plaintiff Fair Isaac Corporation's Motion to Strike [Dkt. 551]

**PROCEEDINGS:**

The motions were argued and taken under advisement. Order to follow.

s/Mona Eckroad
Courtroom Deputy