UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fair Isaac Corporation,                          Case No. 16-cv-1054 (WMW/DTS)

     Plaintiff,

v.                                                               **ORDER**

Federal Insurance Company, *et al.*,

     Defendants.

---

     In an Order dated January 15, 2020 the Court granted FICO's unopposed Motion for Further Consideration [Docket No. 669] permitting public redacted versions of six documents and sealing of the unredacted versions. However, as explained in the Order, the Court required Defendant Federal to file documents no later than January 22, 2020 to enable the Court/Clerk's Office to implement the Order. *See* Docket No. 687. Federal has not done so.

     IT IS HEREBY ORDERED that Defendant Federal shall file the documents as ordered in the January 15, 2010 Order **no later than January 31, 2020**.

Dated: January 23, 2020

                                 s/David T. Schultz_____
                                 DAVID T. SCHULTZ
                                 United States Magistrate Judge