**EXHIBIT 5**
**(Public)**
**(Previously File Under Seal as Dkt. 334)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY, and
ACE AMERICAN INSURANCE COMPANY

    Defendants.

Case No. 16-CV-1054(WMW/DTS)

**EXPERT REPORT OF
NEIL J. ZOLTOWSKI
WITH RESPECT TO DAMAGES**

Respectfully submitted this 19th day of April, 2019

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT
**5**

## TABLE OF CONTENTS

I.    INTRODUCTION ................................................................................................... 1

II.   ASSIGNMENT ...................................................................................................... 2

III.  INFORMATION CONSIDERED ......................................................................... 2

IV.   BACKGROUND .................................................................................................... 3
      A. Parties ............................................................................................................. 3
          i.    FICO ....................................................................................................... 3
                a)  Blaze Advisor Software ................................................................. 3
                b)  Copyrights for Blaze Advisor ....................................................... 4
          ii.   Chubb Corporation – Pre-Acquisition ................................................ 5
                a)  Federal ........................................................................................... 6
                b)  Chubb & Son .................................................................................. 6
          iii.  Chubb Limited – Post-Acquisition ...................................................... 7
                a)  Federal ........................................................................................... 8
                b)  ACE American ................................................................................ 8
          iv.   Change of Federal Ownership – Post Acquisition .............................. 9
          v.    A Single Economic Unit ..................................................................... 10
                a)  Consolidation of Federal and ACE American Financial Statements ................. 10
                b)  Parent and Subsidiary Relationships ......................................... 11
                c)  Pooling Agreements ..................................................................... 12
                d)  Consolidated Income Tax Returns – Post Acquisition ............. 16
                e)  Economic Benefits of Single Economic Unit ............................ 16
      B. Software License and Maintenance Agreement ........................................ 17
          i.    Original Agreement ............................................................................ 17
          ii.   Amendments ........................................................................................ 18
          iii.  FICO Professional Services Provided to Federal ............................. 19
      C. Defendants' Pervasive Use of Blaze Advisor ........................................... 20
          i.    Federal/Chubb – Pre-Acquisition ..................................................... 20
          ii.   Federal/ACE American – Post-Acquisition ...................................... 21
      D. Termination of Agreement .......................................................................... 21

V.    SUMMARY OF FICO'S ALLEGATIONS ....................................................... 22
      A. Breach of SLM Agreement .......................................................................... 22
          i.    Pre-Acquisition Distribution of Blaze Advisor ............................... 22
          ii.   Post-Termination Use of Blaze Advisor ........................................... 23
      B. Copyright Infringement ............................................................................... 24
          i.    Pre-Acquisition Unlicensed Distribution of Blaze Advisor ............ 24
          ii.   Post-Termination Use of Blaze Advisor ........................................... 24

i

   C. Defendants' Applications Incorporating Blaze Advisor .......................................... 25
      *i.*    Domestic Applications .................................................................................. 25
          a)   Policy Administration Applications ................................................. 25
          b)   Compliance-Related Applications Using Blaze Advisor ................... 26
          c)   Other Applications Using Blaze Advisor ......................................... 28
      *ii.*    Foreign Applications .................................................................................. 33
          a)   European Zone Executive Risk ("EZER") ...................................... 33
          b)   Evolution ..................................................................................... 34
          c)   Broker Site ................................................................................... 35
          d)   Adapt ........................................................................................... 35
          e)   Exari ............................................................................................ 35
   D. FICO's Pricing for Blaze Software ................................................................... 36
      *i.*    Named Application Standard Deployment License Fees ........................... 36
      *ii.*   Support and Maintenance Fees .................................................................. 37
      *iii.*   Development Seat Fees ............................................................................... 38
      *iv.*   iv. Multi-Platform Uplift ........................................................................... 38

VI. SUMMARY OF OPINIONS ....................................................................................... 38
   A. Lost Software Licensing, Support and Maintenance Fees .................................... 38
   B. Profits from Using and Distributing Blaze Advisor ............................................ 39

VII. ANALYSIS OF DAMAGES ....................................................................................... 39
   A. Lost FICO Software License, Support, and Maintenance Fees ............................ 39
      *i.*    Nature of Defendants' License Agreements .............................................. 39
      *ii.*   Size and Development Seats for Defendants' Applications ........................ 40
      *iii.*   License, Development, Support, and Maintenance Fees ............................ 40
   B. Understanding of Damages Related to Copyright Infringement .......................... 41
      *i.*    Available Damages Remedies (Copyright Infringement) ........................... 41
   C. FICO's Actual Damages .................................................................................... 42
   D. Disgorgement/Defendants' Profits ..................................................................... 42
      *i.*    Defendants Use of Blaze Advisor Contributes to Insurance Premiums ..... 42
   E. Disgorgement/Defendants' Profits ..................................................................... 43
      *i.*    Accused Domestic Infringement ................................................................ 43
      *ii.*   Accused Foreign Infringement .................................................................. 43

**Table 4: Summary of Blaze Advisor Applications Infringing Years**

| Application | Country | Start | End |
|---|---|---|---|
| ADAPT | Australia | 2013 | 2019 |
| ADAPT | U.K. | | |
| EZER | U.K./Europe | | |
| Evolution | Canada | | |
| Broker Site | Canada | | |
| Evolution | Australia | 2017 | |
| Exari | U.K. | 2013 | 2016 |
| CSI eXPRESS | U.S. | 2016 | 2019 |
| Automated Renewal | | | |
| Profitability Indicator | | | |
| Decision Point | | | |
| CIS Claims | | | |
| Premium Booking | | | |
| Cornerstone | | | |
| CUW | | | |
| IRMA | | | |
| TAPS | | | |

**C.    Defendants' Applications Incorporating Blaze Advisor**

*i.*    Domestic Applications

a)    *Policy Administration Applications*

72.    Policy administration applications are used to book, bind and issue insurance policies and to maintain those policies.[130]  These applications are used to create and administer new policies and to renew existing policies. Although I understand that "policy administration application" has a specific connotation in insurance software parlance, I have used the term broadly to describe applications that are used to acquire, assess, price, process, administer and renew insurance policies. Defendants use at least five policy administration applications in the U.S., Australia, Canada, United Kingdom and Europe.

---

[130] Mirolyuz 1/11/19 Deposition at 76.

EXPERT REPORT OF N. ZOLTOWSKI
CASE NO. 16-CV-1054 (WMW/DTS)                                    CONFIDENTIAL – ATTORNEYS' EYES ONLY

### B.   Profits from Using and Distributing Blaze Advisor

111.   FICO may be entitled to disgorge Defendants' profits from written premiums generated using Blaze Advisor.[228] Between March 31, 2016 and March 2019, Defendants generated gross written premiums in the United States of $28.4 billion. (See **Schedules 3.0** and **8.0**.)  FICO may also be entitled to disgorge the profits from written premiums generated by certain foreign entities that used Blaze Advisor in Canada, Australia, the United Kingdom and certain other European countries between April 2013 and March 2019 of $2.5 billion. (See **Schedules 3.0** and **9.0**). In total, FICO may be entitled to disgorge the profits from written premiums generated using Blaze Advisor of $30.9 billion. (See **Schedule 3.0**).

## VII.   ANALYSIS OF DAMAGES

112.   For purposes of my damages analysis, I have assumed that Defendants Federal and ACE American are liable for the causes of action asserted by FICO and as a result of Defendants' actions, FICO has suffered economic harm, and/or Defendants have realized improper economic benefits.

### A.   Lost FICO Software License, Support, and Maintenance Fees

#### i.   Nature of Defendants' License Agreements

113.   The appropriate measure of FICO's lost domestic license fees for the period from March 31, 2016 (i.e., the termination date) to December 2019 (i.e., the trial ready date in this matter) is FICO's annual named-application deployment and development seat license fees for the period each Blaze Advisor application is used without FICO's licensed consent. This is the appropriate measure of loss to FICO because it reflects the value of its software for each year of unlicensed use in each unlicensed application until that use is enjoined.

---

[228] I understand based on the Copyright Act (17 U.S.C. § 504(b)) that: "In establishing the infringer's profits, the copyright owner is required to present proof only of the infringer's gross revenue, and the infringer is required to prove his or her deductible expenses and the elements of profit attributable to factors other than the copyrighted work."  As a result, the damages presented related to copyright infringement damages reflect the dollar amounts associated with the gross written premiums through Defendants' allegedly infringing use of Blaze Advisor.

39

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SCHEDULE 8.0: Summary of Defendants' Domestic Gross Written Premiums**

| Domestic Applications | All Writing Companies (a) | Chubb INA Holdings, Inc. Subsidiaries (b) | Defendants, Subsidiaries and Pooling Entities (c) |
|---|---|---|---|
| | | March 31, 2016 to March 2019 | |
| Commercial Underwriting Workstation (CUW) | $ 21,383,446,632 | $ 21,151,270,694 | $ 21,109,818,196 |
| CSI eXPRESS (e) | 4,325,229,977 | 4,325,229,977 | 4,009,182,762 |
| Premium Booking | 1,324,107,605 | 1,324,107,605 | 1,324,107,605 |
| Texas Accident Prevention System (TAPS) | 692,382,681 | 692,382,681 | 692,382,681 |
| Cornerstone | 576,117,660 | 576,117,660 | 548,732,926 |
| Individual Rate Modification Application (IRMA) | 271,875,166 | 271,869,120 | 248,022,035 |
| Decision Point | 13,162,664 | 13,162,664 | 13,113,632 |
| **TOTAL** | $ 28,586,322,385 (f) | $ 28,354,140,400 (f) | $ 27,945,359,837 |

*Note/Source(s):*

(a) See **Schedule 10.1**.

(b) See **Schedule 10.2**.

(c) See **Schedule 10.3**.

(d) Calculated as the difference between (b) and (c).

(e) I understand the gross written premiums reported for CSI eXPRESS includes premiums related to the Automated Renewals Process a applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connnection with the sar policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 an Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13.)

(f) I understand the difference between All Writing Companies and Chubb INA Holdings, Inc. Subsidiaries primarily relate to gross writ Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company for the CUW application. Both Westchester Chubb INA Holdings, Inc., however I understand Westchester Fire Insurance Company participated in a pool together with the Defen **13.1** and **16.0**.

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SCHEDULE 9.0: Summary of Defendants' Foreign Gross Written Premiums

| Foreign Applications | Region | All Writing Companies (a) | Chubb Corporation and Chubb INA Holdings, Inc. Subsidiaries (b) | Federal, Subsidiaries and Pooling Entities (c) | Non-Subsidiaries and Non-Pooling Entities (d) |
|---|---|---|---|---|---|
| | | *April 21, 2013 to March 2019* | | | |
| ADAPT | Australia | $ 104,643,020 | $ 104,643,020 | $ 76,090,876 | $ 28,552,143 |
| ADAPT | U.K. | 265,034,167 | 265,034,167 | 213,529,232 | 51,504,935 |
| Evolution | Australia | 87,984,461 | 87,984,461 | | 87,984,461 |
| Evolution (e) | Canada | 1,278,000,000 | 1,278,000,000 | 534,000,000 | 744,000,000 |
| EZER | Europe | 786,223,356 | 786,223,356 | 672,408,758 | 113,814,598 |
| EZER | U.K. | 15,477 | 15,477 | 15,477 | - |
| Broker Site (e) | Canada | n/a | n/a | n/a | n/a |
| **TOTAL** | | **$ 2,521,900,482** | **$ 2,521,900,482** | **$ 1,496,044,344** | **$ 1,025,856,138** |

*Note/Source(s):*

(a) See **Schedule 11.1**.

(b) See **Schedule 11.2**.

(c) See **Schedule 11.3**.

(d) Calculated as the difference between (b) and (c).

(e) I understand the Evolution (Canada) and Broker Site (Canada) applications share the same underlying database and therefore repo
premiums. (Harkin Deposition at 206-209.)