**EXHIBIT 8**
**(Public)**
**(Previously File Under Seal as Dkt. 334)**

CASE 0:16-cv-01054-DTS   Doc. 698   Filed 01/27/20   Page 2 of 4

Randolph Bickley Whitener - CONFIDENTIAL - ATTORNEYS' EYES ONLY - 6/27/2019
Fair Isaac Corporation vs. Federal Insurance Company, et al.

```
 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
 2
      - - - - - - - - - - - - - - - - - - - - - - - -
 3

    FAIR ISAAC CORPORATION,
 4
                 Plaintiff,
 5
         v.              Court File No. 16-cv-1054 (WMW/DTS)
 6
    FEDERAL INSURANCE COMPANY,
 7   an Indiana corporation, and ACE
    AMERICAN INSURANCE COMPANY,
 8   a Pennsylvania corporation,

 9               Defendants.

10   - - - - - - - - - - - - - - - - - - - - - - - -

11                   VIDEO DEPOSITION

12          The following is the video deposition of

13   RANDOLPH BICKLEY WHITENER, taken before Jean F.

14   Soule, Notary Public, Registered Professional

15   Reporter, pursuant to Notice of Taking Deposition,

16   at the law office of Fredrikson & Byron, P.A.,

17   200 South Sixth Street, Suite 4000, Basswood

18   Conference Room, Minneapolis, Minnesota, commencing

19   at 8:56 a.m., Thursday, June 27, 2019.

20

21                    *    *    *

22

23
                                                    EXHIBIT
24             C O N F I D E N T I A L
                                                       8
25             ATTORNEYS' EYES ONLY
```

CASE 0:16-cv-01054-DTS Doc. 698 Filed 01/27/20 Page 3 of 4

Randolph Bickley Whitener - CONFIDENTIAL - ATTORNEYS' EYES ONLY - 6/27/2019
Fair Isaac Corporation vs. Federal Insurance Company, et al.

**Page 75**

1 into a consumer's decision to purchase a given
2 insurance product. I take it you'd agree with me
3 that if an insurance company uses Blaze in some
4 aspect of the process to underwrite an insurance
5 product for a particular customer, that the use of
6 Blaze in and of itself would not influence that
7 customer's decision to purchase the product, would
8 you agree with that?
9   A.   I agree that the direct consumer, be
10 it a business or a family entity, personal lines,
11 does not see or care about any of the technologies
12 that an insurance company takes to -- I'm going to
13 use the word fulfill, fulfill its insurance
14 process, be it policy issuance, be it claims, be it
15 billing. The consumer is oblivious to that. I
16 probably would --
17       MR. HINDERAKER: Go ahead, finish your
18 answer.
19       THE WITNESS: I probably would not
20 make the same statement for the broker.
21 BY MS. JANUS:
22   Q.   So the consumer that you referred to
23 does not care whether Federal uses Blaze in any of
24 its processes in connection with selling or
25 administering a given insurance policy, fair?

**Page 76**

1       MR. HINDERAKER: The question
2 misstates the answer, and I object for that reason.
3       THE WITNESS: May I answer?
4       MS. JANUS: Yes.
5       THE WITNESS: Or respond?
6       MR. HINDERAKER: Yes, you may.
7       THE WITNESS: Okay. Thank you. Just
8 asking for the rules.
9       The consumer cares that the value
10 proposition, a combination of coverages, exclusions
11 and price, meet their needs and their expectation.
12 Okay. The insurance company cares that the -- oh,
13 and, I'm sorry, I need to put speed in there. All
14 right. So -- so if you look at speed of response
15 and you look at adequacy of price in combination
16 with the proposed package, the consumer cares about
17 that. The broker --
18 BY MS. JANUS:
19   Q.   I'm sorry, let me just stick with my
20 question for a moment. I want to make sure I've
21 got an answer to my question.
22       I asked you whether you would agree
23 that the consumer does not care that Federal may
24 use Blaze as a part of its complex processes to
25 issue or underwrite a particular insurance product?

**Page 77**

1       MR. HINDERAKER: I'm going to object
2 to the argumentative nature of that. He was trying
3 to answer --
4       MS. JANUS: No, no, no, no, don't
5 coach him, don't coach him.
6       MR. HINDERAKER: I'm not.
7       MS. JANUS: Al, I'll stop you there.
8       MR. HINDERAKER: Fine.
9       MS. JANUS: Let's not get into that.
10 It was a fair question, it wasn't argumentative.
11       MR. HINDERAKER: And you --
12       MS. JANUS: I want an answer.
13       MR. HINDERAKER: I was just trying to
14 say, he was trying to answer that question. So let
15 him finish his answer, please.
16       MS. JANUS: Please don't raise your
17 voice with me.
18       MR. HINDERAKER: Oh, I wasn't --
19       MS. JANUS: And stop coaching the
20 witness. As soon as I get to a question you don't
21 like, you start coaching. Okay.
22       MR. HINDERAKER: I --
23       MS. JANUS: Let's stop it now. He's
24 your expert, he should be able to handle it.
25       MR. HINDERAKER: I like your --

**Page 78**

1       MS. JANUS: All right. I'm going to --
2       MR. HINDERAKER: I like -- I liked
3 your question.
4       MS. JANUS: I'm going to --
5       MR. HINDERAKER: And I'd like him to
6 have a chance to answer.
7 BY MS. JANUS:
8   Q.   I'm going to ask my question again,
9 and I'd like an answer to it, and I think -- I
10 think your previous answers pretty obviously
11 suggest this. I just want to make it clear on the
12 record, as I'm entitled to do, I'm entitled to
13 create the record.
14       You would agree with me, I take it,
15 based on your previous testimony, that a consumer
16 making a decision to purchase an insurance product
17 from Federal does not care whether or not Blaze was
18 used at any point in the process of selling or
19 underwriting that insurance product, correct?
20   A.   Correct.
21   Q.   You would agree with me that, in fact,
22 a consumer making a decision to purchase an
23 insurance product from Federal does not know that
24 Blaze was used at any point in the process in
25 selling or underwriting that product, correct?

CASE 0:16-cv-01054-DTS   Doc. 698   Filed 01/27/20   Page 4 of 4

Randolph Bickley Whitener - CONFIDENTIAL - ATTORNEYS' EYES ONLY - 6/27/2019
Fair Isaac Corporation vs. Federal Insurance Company, et al.

Page 155

1  application involving many technologies?
2      A.  Yes.
3      Q.  Do you know what all of the various
4  components that are depicted in this chart do in
5  CSI Express?
6      A.  All?
7      Q.  Yes.
8      A.  No. Some of the -- some of their
9  acronyms, I don't even know what they mean.
10     Q.  Do you know what each of these
11 components contributes to what you have opined are
12 the benefits of CSI Express?
13     A.  I'm not sure I opined that C -- that
14 anything other than Blaze Advisor provided benefits
15 to CIS. So as relates to this current state
16 exhibit, CI -- Blaze Advisor inside of CIS Express
17 contributes to the benefits I articulate, but I
18 can't speak to any of the other systems.
19         I can -- I can tell you generally
20 speaking in the insurance industry what an under
21 man -- underwriting manager workbench does, I can
22 tell you what product figuration does, but I can't
23 answer the specific question you're asking.
24     Q.  Turning back to your report, in
25 paragraph 36?

Page 156

1      A.  I'm there, I'm there.
2      Q.  You state that "CSI eXPRESS's use of
3  Blaze Advisor contributes to revenue by increasing
4  the speed of response to a request for a quote
5  and...speed of making renewal offers," correct?
6      A.  I do.
7      Q.  And we've discussed that you don't
8  actually know whether the speed of response was
9  increased, correct -- at Federal, I should say?
10     A.  I have no quantification.
11     Q.  You don't know whether the speed of
12 making renewal offers was increased, correct?
13     A.  I have no quantification.
14     Q.  How have you concluded that CSI
15 Express's use of Blaze Advisor contributes to
16 revenue?
17     A.  So I go back to my three original
18 points. There -- insurance companies try to improve
19 their positions in getting more quotes, converting
20 more quotes, hanging on to more renewals through
21 three fundamental strategies: speed -- that's both
22 speed of response and speed to market -- ease of
23 doing business, and adequate accurate pricing.
24     Q.  Okay. And so you're basing your
25 opinion that CSI Express's use of Blaze Advisor

Page 157

1  contributes to revenue on general goals of
2  insurance companies in the industry?
3      A.  Not exactly. I am basing my opinion
4  on the fact that every insurance company that I've
5  ever talked with is focused on that quote, bind,
6  book, issue process for new business and for
7  renewals, and that Blaze Advisor contributes to
8  getting responses inside of the quote process faster,
9  contributes to getting accurate adequate premium
10 faster, it contributes to easing the burden on the
11 independent agent or broker, meaning ease of doing
12 business, and it contributes to the relative
13 adequacy and acc -- attaining the adequate and
14 accurate premium.
15     Q.  And -- but you did not actually
16 analyze whether it did contribute to those things
17 you've just listed at Federal, correct?
18     A.  I did no quantification, that is
19 correct.
20     Q.  Do you know whether Blaze Advisor
21 actually increased or decreased the revenues of
22 Federal?
23     A.  I have done no quantification.
24     Q.  I take it you don't know whether Blaze
25 Advisor actually contributed to an increase in

Page 158

1  revenue or profit at Federal, correct?
2      A.  That would require a quantification.
3  I have done no quantification, no.
4      Q.  You do not cite to any authority in
5  paragraph 36, correct?
6      A.  That is correct.
7      Q.  And --
8      A.  So -- so when I don't cite, you should
9  assume that I am relying on 41 years and a lot of
10 gray hair in this business.
11     Q.  So your opinion in paragraph 36 is
12 based upon your experience in the industry?
13     A.  And conversations at industry
14 conferences with other insurance executives, and
15 conversations at industry conferences with software
16 vendors.
17     Q.  Those are conversations you had in
18 connection with authoring your report?
19     A.  No.
20     Q.  Are those conversations you had about
21 Blaze Advisor?
22     A.  Conversations I had -- no. I --
23 conversations I generally have making sure that I
24 keep my mind aware of what's going on in the
25 insurance industry. I have not discussed Blaze