UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fair Isaac Corporation,

    Plaintiff,

v.

Federal Insurance Company, *et al.*,

    Defendants.

Case No. 16-cv-1054 (WMW/DTS)

**ORDER TO SEAL**

---

Defendant Federal has filed documents [Docket Nos. 690-99] as directed by the Court [Docket Nos. 687, 689]. Accordingly, the Court issues this Order to Seal Docket Nos. 334 and 460-1 as explained in previous orders.

IT IS HEREBY ORDERED:

The Clerk is directed to keep the following documents **sealed**: Docket Nos. 334 and 460-1.

Dated: February 5, 2020

                                                  s/David T. Schultz
                                                  DAVID T. SCHULTZ
                                                  United States Magistrate Judge