## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION, a
Delaware corporation,

      Plaintiff,

    v.

FEDERAL INSURANCE COMPANY,
an Indiana corporation, and ACE
AMERICAN INSURANCE COMPANY,
a Pennsylvania corporation,

      Defendants.

Court File No.  16-cv-1054 (WMW/DTS)

**NOTICE OF HEARING ON
DEFENDANTS' MOTION FOR
PROTECTIVE ORDER**

---

PLEASE TAKE NOTICE that on February 20, 2020 at 9:00 am before the Honorable David T. Schultz, United States District Court, 9E U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 5541, Defendants Federal Insurance Company and ACE American Insurance Company will move the Court for an order granting their Motion for Protective Order.  This motion is made pursuant to Rule 26 of the Federal Rules of Civil Procedure.

Dated:  February 14, 2020

*s/ Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*