## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION, a
Delaware corporation,

      Plaintiff,

   v.

FEDERAL INSURANCE COMPANY,
an Indiana corporation, and ACE
AMERICAN INSURANCE COMPANY,
a Pennsylvania corporation,

      Defendants.

Court File No.  16-cv-1054 (WMW/DTS)

**DEFENDANTS' MEET AND
CONFER STATEMENT FOR THEIR
MOTION FOR PROTECTIVE
ORDER**

I, Terrence J. Fleming, representing the Defendants, hereby certify that:

I met and conferred with the opposing party by:

Telephone conference with:  Heather Kliebenstein

On:  January 30, 2020

Discussing the following motions:

**Defendants Motion for Protective Order related to Plaintiff Fair Isaac
Corporation's request to disclose documents designated Confidential and
Confidential – Attorneys' Eyes Only to non-testifying, consulting expert
Brian Sacco.**

As a result of the meet-and-confer, the parties:

(Check the box that applies)

☒     Do not agree on the resolution of any part of the motion.

☐     Agree on all or part of the motion and request that the Court incorporate the

following agreement in an Order:

Respectfully submitted,

Dated:  February 14, 2020

*s/ Terry J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

***Attorneys for Defendants***