UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br>   v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>        Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |

The above-entitled matter came before the Court on Defendants Federal Insurance Company and Ace American Insurance Company's Motion for Protective Order. Based upon the parties' submissions, the arguments of counsel, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Protective Order is **GRANTED**;

2. Plaintiff Fair Isaac Corporation is prohibited from disclosing any documents designated Confidential or Confidential – Attorneys' Eyes Only to its consulting expert, Brian Sacco.

SO ORDERED:

Dated:_____, 2020.

_____
Magistrate Judge David T. Schultz
United States District Court