# **EXHIBIT B**

| | |
|---|---|
| **From:** | Heather Kliebenstein |
| **To:** | Fleming, Terrence; Janus, Leah; Hokans, Christian; Pham, Christopher |
| **Cc:** | Michael Erbele; Joe Dubis, Ph.D.; Allen Hinderaker; Abigail E. Krueger; Kristin M. Drieman |
| **Subject:** | FW: Deposition Notices |
| **Date:** | Tuesday, January 7, 2020 10:33:00 AM |
| **Attachments:** | 2020 01 07 Fisher Amended Notice of Deposition.pdf |

Counsel, my email below has an error. We intended to notice Mr. Fisher's deposition for January 28, not February 28. Attached is a revised notice.

Further, we reserve the right to depose additional witnesses covered by the Order in Docket No. 288.

Best,

Heather

---

**From:** Heather Kliebenstein
**Sent:** Monday, January 6, 2020 5:10 PM
**To:** Fleming, Terrence <TFleming@fredlaw.com>; Janus, Leah <LJanus@fredlaw.com>; Hokans, Christian <CHokans@fredlaw.com>; Pham, Christopher <CPham@fredlaw.com>
**Cc:** Michael Erbele <MErbele@MerchantGould.com>; Joe Dubis, Ph.D. <JDubis@MerchantGould.com>; Allen Hinderaker <AHinderaker@merchantgould.com>; Abigail E. Krueger <AKrueger@MerchantGould.com>; Kristin M. Drieman <KDrieman@merchantgould.com>
**Subject:** Deposition Notices

Counsel,

Pursuant to Docket No. 288, FICO elects to depose the following witnesses at our convenience in Minneapolis:

- Nancy Verduin: January 22
- Chase McCarthy: January 23
- Stuart Fisher: January 28
- Mike Schraer: January 30
- Ewen Setti: February 4
- Claudio Ghislanzoni: February 6

Please find attached the deposition notices. Best,

Heather

**Heather Kliebenstein**
Partner
Merchant & Gould P.C.
150 South Fifth Street
Suite 2200

Minneapolis, MN 55402-4247
USA

**Telephone** (612) 371-5213
**Fax** (612) 332-9081
**Email** hkliebenstein@merchantgould.com
**merchantgould.com**

GUARDIANS OF GREAT IDEAS®

Note: This e-mail message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via e-mail to the sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.
Please consider the environment before printing this email. Thank you.