# EXHIBIT C

| | |
|---|---|
| **From:** | Fleming, Terrence |
| **To:** | Heather Kliebenstein; Allen Hinderaker; JDubis@MerchangGould.com |
| **Cc:** | Janus, Leah; Pham, Christopher |
| **Subject:** | FICO v. Federal - Depositions |
| **Date:** | Friday, January 24, 2020 5:21:16 PM |

**CAUTION - External.**

Heather,

We are working on obtaining the available dates for Claudio Ghislanzoni, Mike Schraer, and Ewen Setti.  At this time, we do not anticipate calling Stuart Fisher or Chase McCarthy as trial witnesses, and therefore, will not be seeking their availability for deposition.  Finally, we will respond with respect to the Nancy Verduin deposition in the near future.

Terry



**Terrence J. Fleming**
**Shareholder**

tfleming@fredlaw.com
**200 South Sixth Street, Suite 4000**
**Minneapolis, Minnesota**
**612-492-7496 Phone**
**612-492-7077 Fax**

**Brenda Haberman**
**Legal Assistant/Paralegal**
**612-492-7678**
bhaberman@fredlaw.com

**\*\*This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 492-7000. The name and biographical data provided above are for informational purposes only and are not intended to be a signature or other indication of an intent by the sender to authenticate the contents of this electronic message.\*\***