# **EXHIBIT D**

| | |
|---|---|
| **From:** | Heather Kliebenstein |
| **To:** | Fleming, Terrence |
| **Cc:** | Janus, Leah; Pham, Christopher; "15081.0008USZA.active@ef.merchantgould.com"; Allen Hinderaker; JDubis@MerchangGould.com |
| **Subject:** | RE: FICO v. Federal - Depositions |
| **Date:** | Monday, January 27, 2020 4:37:00 PM |

Terry, thank you for your email.

Please confirm that Stuart Fisher and Chase McCarthy are stricken from Federal's Second Supplemental Initial Disclosures and will not be brought to trial as witnesses. The use of the ambiguous phrase "we do not anticipate calling…." does not provide clarity on whether Messrs. McCarthy or Fisher will appear at trial or not. If Federal cannot make this commitment now, we maintain our request for depositions of McCarthy and Fisher.

Further, in addition, please provide dates for the following witnesses:

- Mencke
- Theberge
- Garnes

Best,

Heather

**From:** Fleming, Terrence <TFleming@fredlaw.com>
**Sent:** Friday, January 24, 2020 5:21 PM
**To:** Heather Kliebenstein <HKliebenstein@merchantgould.com>; Allen Hinderaker <AHinderaker@merchantgould.com>; JDubis@MerchangGould.com
**Cc:** Janus, Leah <LJanus@fredlaw.com>; Pham, Christopher <CPham@fredlaw.com>
**Subject:** FICO v. Federal - Depositions

**CAUTION - External.**

Heather,

We are working on obtaining the available dates for Claudio Ghislanzoni, Mike Schraer, and Ewen Setti. At this time, we do not anticipate calling Stuart Fisher or Chase McCarthy as trial witnesses, and therefore, will not be seeking their availability for deposition. Finally, we will respond with respect to the Nancy Verduin deposition in the near future.

Terry



**Terrence J. Fleming**
**Shareholder**

tfleming@fredlaw.com
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota
612-492-7496 Phone
612-492-7077 Fax

Brenda Haberman
Legal Assistant/Paralegal
612-492-7678
bhaberman@fredlaw.com

**This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 492-7000. The name and biographical data provided above are for informational purposes only and are not intended to be a signature or other indication of an intent by the sender to authenticate the contents of this electronic message.**