# EXHIBIT F

| | |
|---|---|
| **From:** | Fleming, Terrence |
| **To:** | Heather Kliebenstein; Allen Hinderaker; Joe Dubis, Ph.D. |
| **Cc:** | Janus, Leah; Pham, Christopher |
| **Subject:** | Depositions |
| **Date:** | Wednesday, February 12, 2020 4:17:37 PM |

**CAUTION - External.**

Heather,

Confirming the discussion we had this afternoon, Defendants intend to call Stuart Fisher, Mike Hutchinson, Paul Johnston, Andrea Phillips, and Runesh Roy as trial witnesses for foundation purposes limited to the following topics:

> Stuart Fisher (Australia gross written premiums);
> Mike Hutchinson (Europe gross written premiums);
> Paul Johnston (Europe financial information);
> Andrea Phillips (Canada financial information); and
> Runesh Roy (Australia financial information).

Given the limited scope of their testimony, we are requesting that these depositions be held by videotape depositions in the city where they reside. Let us know if you agree with this process.

Terry



**Terrence J. Fleming**
**Shareholder**

**tfleming@fredlaw.com**
**200 South Sixth Street, Suite 4000**
**Minneapolis, Minnesota**
**612-492-7496 Phone**
**612-492-7077 Fax**

**Brenda Haberman**
**Legal Assistant/Paralegal**
**612-492-7678**
**bhaberman@fredlaw.com**

**\*\*This is a transmission from the law firm of Fredrikson & Byron, P.A. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 492-7000. The name and biographical data provided above are for informational purposes only and are not intended to be a signature or other indication of an intent by the sender to authenticate the contents of this electronic message.\*\***