UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS)<br><br>**Jury Trial Demanded** |

**DECLARATION OF HEATHER KLIEBENSTEIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'**
**MOTION FOR PROTECTIVE ORDER**

I, Heather Kliebenstein, declare as follows:

1. I am a shareholder with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this Declaration on my own information, knowledge, and belief in support of Plaintiff's Fair Isaac Corporation's Opposition to Defendants' Motion for Protective Order.

3. Attached hereto as Exhibit 1 is a true and correct copy of Chubb and Son, a Division of Federal Insurance Company's Request for Information. This document served as Exhibit 143 to the deposition of Russell Schreiber.

1

4.      Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff Fair Isaac Corporation's Fourth Set of Requests for Production of Documents to Defendants Federal Insurance Company and ACE American Insurance Company, served on December 28, 2018.

5.      Attached hereto as Exhibit 3 is a true and correct copy of a November 19, 2019 letter from Christopher D. Pham to Allen Hinderaker and Heather Kliebenstein.

6.      Attached hereto as Exhibit 4 is a true and correct copy of a December 17, 2019 email from Christopher D. Pham to Joe Dubis, Allen Hinderaker, and Heather Kliebenstein.

7.      Attached hereto as Exhibit 5 is a true and correct copy of the curriculum vitae of Brian Sacco.

8.      Attached hereto as Exhibit 6 is a true and correct copy of a January 16, 2020 email from Kristin Drieman disclosing Brian Sacco.

9.      Attached hereto as Exhibit 7 is a true and correct copy of a January 23, 2020 letter from Leah Janus to Heather Kliebenstein objecting to the disclosure of any documents designated Confidential or Confidential-Attorneys' Eyes Only to Brian Sacco.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:  February 19, 2020                     /s/ Heather Kliebenstein
                                              Heather Kliebenstein