# EXHIBIT 3



November 19, 2019

**VIA MESSENGER**

Allen Hinderaker
Heather Kliebenstein
Merchant & Gould
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402

Re:   Fair Isaac Corp. v. Federal Insurance Co., et al.
      Case No. 16-cv-1054-WMW-TNL

Dear Counsel:

Pursuant to the Court's Order dated October 21, 2019, please find enclosed a flash drive containing the Blaze Advisor business rules files.

Sincerely,

Christopher D. Pham
**Direct Dial:** 612.492.7388
**Email:** cpham@fredlaw.com
Encl.

68462610 v1

Attorneys & Advisors / Fredrikson & Byron, P.A.
main  612.492.7000 / 200 South Sixth Street, Suite 4000
fax  612.492.7077 / Minneapolis, Minnesota
fredlaw.com / 55402-1425

MEMBER OF THE WORLD SERVICES GROUP / OFFICES
A Worldwide Network of Professional Service Providers / Minneapolis / Bismarck / Des Moines / Fargo / St. Paul / Saltillo, Mexico / Shanghai, China