**EXHIBIT 5**

**Resource name:** Brian Sacco
**Resource type:** Decision Management Architect

<u>Summary</u>
An experienced Decision Management Architect and Software Developer, Mr. Sacco has over 20 years of experience analyzing and applying information technologies to solve business challenges.  His experience spans the public and private sectors, contributing to FICO-based solutions for McKesson Corporation, The Internal Revenue Service, Eaton Corporation and Federated Investors.  Mr. Sacco has applied strong technical and analytical skills to capture and analyze requirements, develop and architect solutions across various industries including Financial, Healthcare, Manufacturing, Insurance, Energy and Logistics.

Mr. Sacco is capable in various roles including Architect, Developer and Analyst.

<u>Roles and accomplishments</u>

*Rules Architect and Developer – Internal Revenue Service*
Lead technical resource responsible for delivering FICO Blaze Advisor business rules design, development and deployment in support of several mission critical systems.  Provide strategic recommendations on design and development options based on emerging trends and opportunities.  Guide business rules implementation tasks of subcontractors and IRS business personnel, validating governance and best practices, and ensuring the solution is maintainable, scalable and performing.

Gathers, documents and analyzes system and functional requirements from system stakeholders and project leadership, and coordinates review sessions ensuring requirements are accurately captured.  Translates requirements to system designs and alternatives for implementation.  Develops comprehensive documentation of requirements, considerations, decisions and designs.

Extend a business rules framework that fosters consistency and business usability across the repository implementation.  Enhance and extend business rules testing and simulation capabilities.  Perform regular training and education for business users on the business rules governance, best practices, concepts and technology capabilities.
--
*Systems Analyst and Development – Insurance Claims Adjudication*
Support data migration initiative to modernize and enhance the capabilities of several data sources.  Provide strategic development support of specific modernization tasks, including graphical user interface, backend web service integrations and foundational reusable capabilities that facilitate solution capabilities.

Led upgrade to Blaze Advisor 7.5, and contributed to strategic planning for future functionality migration to the rules engine platform.  Provide strategic guidance and assistance to the project team in several areas including technology, prioritization and planning, requirements analysis and test planning.
--
*Lead Architect / Developer – Healthcare Organization*
Captured, analyzed and implemented business rules for healthcare application designed to improve performance of J2EE-based pharmacy system.  Led cross-functional team through system enhancements from the requirements gathering and synthesis through the application development, quality assurance and customer acceptance testing.

Implemented various regulatory, system usability and performance changes which contributed to product maintenance, scalability and execution.  Coordinated integration of core solution with open source rules engine, and contributed to migration of legacy business rules to the modernized rules engine platform.
--



**Technologies and skills**

| | | | | |
|---|---|---|---|---|
| FICO Blaze Advisor 6/7 | JBoss Drools | Java | J2EE | Greenplum |
| Oracle | Weblogic | JSP | .NET | SAP R/3 |
| Data Warehousing | Agile Methodologies | Mobile Applications | Healthcare IT | SOA |