# EXHIBIT 6

| | |
|---|---|
| **From:** | Kristin M. Drieman |
| **To:** | cpham@fredlaw.com; tfleming@fredlaw.com; ljanus@fredlaw.com; Hanson, Katheryn; Haberman, Brenda; chokans@fredlaw.com |
| **Cc:** | Allen Hinderaker; Heather Kliebenstein; Joe Dubis, Ph.D.; Michael Erbele; Carol A. Nystrom; Abigail E. Krueger; Anne-Marie Larkin |
| **Subject:** | FICO v. Federal_Expert Disclosure |
| **Date:** | Thursday, January 16, 2020 11:02:00 AM |
| **Attachments:** | Sacco_CV.pdf<br>Sacco_Executed Written Assurance.pdf |

Counsel,

Pursuant to the Court's Protective Order, FICO gives notice that it intends to provide Confidential or Confidential – AEO documents in connection with this matter to Brian Sacco. Please find attached Mr. Sacco's executed Written Assurance and CV.  Mr. Sacco has no prior testimony.

Thank you,


**Kristin M. Drieman**
Litigation Paralegal
Merchant & Gould P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402-4247
USA

**Telephone** (612) 336-4703
**Fax** (612) 332-9081
**merchantgould.com**

**GUARDIANS OF GREAT IDEAS®**

Note: This e-mail message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via e-mail to the sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.
Please consider the environment before printing this email. Thank you.