# EXHIBIT 7



January 23, 2020

**VIA EMAIL**

Heather J. Kliebenstein
Merchant & Gould
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402

Re: Fair Isaac Corp. v. Federal Insurance Co. et al.,
No. 16-cv-01054-WMW-DTS (D. Minn. filed April 21, 2016)

Dear Heather:

We write in response to your January 16, 2020 notice of intent to provide documents designated as Confidential and Confidential – Attorneys' Eyes Only to Brian Sacco. Mr. Sacco was first identified in Fair Isaac Corporation's ("FICO") January 16 notice and has not previously been identified in discovery in this case. Pursuant to Paragraph 8c of the Court's Protective Order dated March 13, 2017, Defendants Federal Insurance Company and Ace American Insurance Company hereby object to Fair Isaac Corporation providing any documents designated Confidential or Confidential – Attorneys' Eyes Only to Brian Sacco.

Very truly yours,

Leah C. Janus
**Direct Dial:** 612.492.7349
**Email:** ljanus@fredlaw.com

Attorneys & Advisors / Fredrikson & Byron, P.A.
main 612.492.7000 / 200 South Sixth Street, Suite 4000
fax 612.492.7077 / Minneapolis, Minnesota
fredlaw.com / 55402-1425

MEMBER OF THE WORLD SERVICES GROUP / OFFICES
A Worldwide Network of Professional Service Providers / Minneapolis / Bismarck / Des Moines / Fargo / St. Paul / Monterrey, Mexico / Shanghai, China