UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES

| | |
|---|---|
| Fair Isaac Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Federal Insurance Company and<br>ACE American Insurance Company,<br><br>    Defendants. | COURT MINUTES - CIVIL<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No. 16-cv-1054 (WMW/DTS)<br><br>Date:    February 20, 2020<br>Location:    Mpls. 9E<br>Court Reporter:    Kristine Mousseau<br>Sealed Time:    n/a<br>Total Time:    45 minutes |

APPEARANCES:

    Joseph Dubis and Heather Kliebenstein for Plaintiff

    Christopher Pham, Terrence Fleming, and Leah Janus for Defendants

PROCEEDINGS:
    # 704 Defendants' Motion for Protective Order

X    Motion taken under advisement
X    Order to be issued

                                                                                                           K.Reierson
                                                                                                           *Law Clerk*