UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>Federal Insurance Company,<br><br>        Defendant. | Case No. 16-cv-1054 (WMW/DTS)<br><br>**ORDER** |

**IT IS HEREBY ORDERED:**

1.     On or before March 6, 2020, Defendants shall provide dates for the depositions of the following persons to occur before April 30, 2020:

- Claudio Ghislanzoni
- Mike Schraer
- Nancy Verduin
- Chase McCarthy
- Stuart fisher
- Helen Mencke
- Alyssa Theberge
- Ellen Garnes
- Andera Phillips
- Paul Johnston
- Runesh Roy
- Mike Hutchinson

2.     As previously ordered by this Court, all depositions shall take place in Minneapolis unless the parties agree otherwise.

3.     The parties may make stipulations regarding the witnesses' appearances at trial or the scope of their trial testimony for the purposes of avoiding the need for depositions. However, absent such a stipulation Defendants must comply with the March 6 deadline set forth in paragraph 1. above.

Dated: February 24, 2002

s/David T. Schultz_____
DAVID T. SCHULTZ
United States Magistrate Judge