UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　　Defendants. | Case No. 16-cv-1054 (WMW/DTS)<br><br>**Jury Trial Demanded** |

**PLAINTIFF FAIR ISAAC CORPORATION'S MOTION FOR SANCTIONS FOR SPOLIATION AND FAILURE TO COMPLY WITH DISCOVERY ORDER**

Pursuant to Federal Rule of Civil Procedure 37, Plaintiff Fair Isaac Corporation, ("FICO") respectfully moves the Court for monetary and evidentiary sanctions against Defendant Federal Insurance Company. This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the papers and records on file herein, and on such information and evidence as may be presented at any hearing on this Motion.

Dated:  February 25, 2020

MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 398344
MERCHANT & GOULD P.C.

150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*