# EXHIBIT 10

| | |
|---|---|
| **From:** | Joe Dubis, Ph.D. |
| **Sent:** | Tuesday, November 19, 2019 3:43 PM |
| **To:** | Pham, Christopher |
| **Cc:** | Allen Hinderaker; '15081.0008USZA.active@ef.merchantgould.com'; Hokans, Christian; Fleming, Terrence; Janus, Leah |
| **Subject:** | Rules for Applications-EZER and ADAPT |

Counsel

In reviewing FED017918 as well as the zipped file folders, it does not appear that business rules for applications EZER and ADAPT were produced.

If I failed to recognize their presence in the production, my apologies.

When can we expect these business rules to be produced.

Kind Regards,

Joe

**Joe Dubis, Ph.D.**
Merchant & Gould P.C.
**Telephone** (612) 371-5381

---

**From:** Pham, Christopher <CPham@fredlaw.com>
**Sent:** Tuesday, November 19, 2019 3:15 PM
**To:** Joe Dubis, Ph.D. <JDubis@MerchantGould.com>
**Cc:** Allen Hinderaker <AHinderaker@merchantgould.com>; '15081.0008USZA.active@ef.merchantgould.com' <15081.0008USZA.active@ef.merchantgould.com>; Hokans, Christian <CHokans@fredlaw.com>; Fleming, Terrence <TFleming@fredlaw.com>; Janus, Leah <LJanus@fredlaw.com>; Jackola, Jon <jjackola@fredlaw.com>
**Subject:** RE: Passcode for Rules' Flash Drive

**CAUTION - External.**

Joe,

The password is: █████████

Please let us know if you have any issues accessing the files.

Thanks,

Chris

**From:** Joe Dubis, Ph.D. [mailto:JDubis@MerchantGould.com]
**Sent:** Tuesday, November 19, 2019 3:13 PM
**To:** Pham, Christopher; Hokans, Christian; Fleming, Terrence; Janus, Leah

**Cc:** Allen Hinderaker; '15081.0008USZA.active@ef.merchantgould.com'
**Subject:** Passcode for Rules' Flash Drive

[EXTERNAL E-MAIL]

Counsel

We are in possession of the flash drive that was couriered over to our office.  The correspondence included with the flash drive, however, did not include the passcode to unlock the flash drive.

Please provide us the passcode.

Kind regards,

Joe

**Joe Dubis, Ph.D.**
Merchant & Gould P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402-4247
USA

**Telephone** (612) 371-5381
**Fax** (612) 332-9081
merchantgould.com

GUARDIANS OF GREAT IDEAS®

Note: This e-mail message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via e-mail to the sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.
Please consider the environment before printing this email. Thank you.