UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**[PROPOSED] ORDER GRANTING PLAINTIFF FAIR ISAAC CORPORATION'S MOTION FOR SANCTIONS FOR SPOLIATION AND FAILURE TO COMPLY WITH DISCOVERY ORDER**

This matter is before the Court on Plaintiff's Motion for Sanctions for Spoliation and Failure to Comply with Discovery Order (Dkt. No. 716). Based upon the parties' submissions and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Sanctions for Spoliation and Failure to Comply with Discovery Order is **GRANTED**;
2. The following adverse inference will be applied at trial:
   EZER, as a policy administration system, contributes to revenue in the same way Defendants' other policy administration systems that deploy Blaze Advisor® contribute to revenue.
3. Defendant Federal Insurance Company must pay FICO reasonable attorney fees.

SO ORDERED:

Dated                                                     _____

                                                          Judge David T. Schultz
                                                          Magistrate Judge