UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TELEPHONE CONFERENCE MINUTES

---

| | |
|---|---|
| Fair Isaac Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Federal Insurance Company,<br><br>    Defendant | **COURT MINUTES**<br>BEFORE:  David T. Schultz<br>United States Magistrate Judge<br><br>Case No.    16-cv-1054 (WMW/DTS)<br>Date:            March 20, 2020<br>Time Commenced:  10:00 am<br>Time Concluded:    10:27 am<br>Total Time:            27 min |

APPEARANCES:

    Plaintiff:   Heather Kliebenstein;

    Defendant:   Terrence Fleming; Leah Janus,

PROCEEDINGS:   Conference with counsel.

Date:  March 20, 2020　　　　　　　　　　　　　s/Terianne Bender
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy