## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,          Court File No.  16-cv-1054 (WMW/DTS)

      Plaintiff,

   v.

FEDERAL INSURANCE COMPANY,       **WORD COUNT COMPLIANCE**
an Indiana corporation, and ACE             **CERTIFICATE**
AMERICAN INSURANCE COMPANY,
a Pennsylvania corporation,

      Defendants.

I certify that this brief conforms to the requirements of LR 7.1(f) for a brief produced with a proportional font.  The length of this brief is 5,748.  This brief was prepared using Microsoft Word 2010 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Dated:  April 1, 2020            FREDRIKSON & BYRON, P.A.

                         *s/Terrence J. Fleming*
                         Terrence J. Fleming (#0128983)
                         tfleming@fredlaw.com
                         Lora M. Friedemann (#0259615)
                         lfriedemann@fredlaw.com
                         Leah C. Janus (#0337365)
                         ljanus@fredlaw.com
                         Christopher D. Pham (#0390165)
                         cpham@fredlaw.com
                         **FREDRIKSON & BYRON, P.A.**
                         200 South Sixth Street, Suite 4000
                         Minneapolis, MN  55402-1425
                         Phone:  (612) 492-7000
                         (612) 492-7077 (fax)
                         ***Attorneys for Defendants***