**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

FAIR ISAAC CORPORATION,                    Court File No.  16-cv-1054 (WMW/DTS)

          Plaintiff,

v.

                          **STATEMENT INSTEAD OF**
FEDERAL INSURANCE COMPANY,                    **REDACTED DOCUMENT**
an Indiana corporation, and ACE
AMERICAN INSURANCE COMPANY, a
Pennsylvania corporation,

          Defendants.

---

       Defendants Federal Insurance Company ("Federal") and Ace American Insurance

Company ("ACE") (collectively, "Defendants"), in connection with their Exhibit A to the

Declaration of Christopher D. Pham in Support of Defendants' Opposition to Plaintiff's

Motion for Sanctions, filed as Docket No. 736, contains information designated as

"confidential" under the Court's Protective Order [Doc. No. 44].  Defendants now file

this Statement Instead of Redacted Document because large portions of this document is

confidential and redaction is impracticable.


Dated:  April 1, 2020                    *s/Terrence J. Fleming*
                                  Terrence J. Fleming (#0128983)
                                  tfleming@fredlaw.com
                                  Leah C. Janus (#0337365)
                                  ljanus@fredlaw.com
                                  Christopher D. Pham (#0390165)
                                  cpham@fredlaw.com
                                  **FREDRIKSON & BYRON, P.A.**
                                  200 South Sixth Street, Suite 4000
                                  Minneapolis, MN  55402-1425
                                  Phone:  (612) 492-7000
                                  (612) 492-7077 (fax)
                                  ***Attorneys for Defendants***