UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES

| | |
|---|---|
| Fair Isaac Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Federal Insurance Company and<br>ACE American Insurance Company,<br><br>　　　　Defendants. | COURT MINUTES - CIVIL<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No. 16-cv-1054 (WMW/DTS)<br><br>Date:　　　　　　April 8, 2020<br>Location:　　　　Mpls. 9E<br>Court Reporter:　Renee Rogge<br>Sealed Time:　　n/a<br>Total Time:　　　1 hour |

APPEARANCES BY TELEPHONE:

　　Joseph Dubis and Heather Kliebenstein for Plaintiff

　　Terrence Fleming, Christopher Pham, Leah Janus, and Christian Hokans for
　　Defendants

PROCEEDINGS:
　　# 716 Plaintiff's Motion for Sanctions for Spoliation and Failure to Comply with
　　　　Discovery Order

X　　Motion taken under advisement & Order to be issued after Defendants file a
　　　letter **no later than April 24, 2020** consistent with the Court's directions at the
　　　hearing. Plaintiff shall not file a response to the letter unless it first obtains the
　　　Court's permission.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　K.Reierson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Law Clerk*