## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | ) |
| v. | ) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) |
| Defendants. | ) |

**PLAINTIFF FAIR ISAAC CORPORATION'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' STATUTE OF LIMITATIONS DEFENSE**

Pursuant to Federal Rule of Civil Procedure 56 and the Court's Order dated March 23, 2020 (Dkt. 731), Plaintiff Fair Isaac Corporation ("FICO") respectfully moves the Court for an Order granting summary judgment that the statute of limitations defense asserted by Defendants Federal Insurance Company and ACE American Insurance Company does not bar any of FICO's claims. This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the Declaration of Heather Kliebenstein and Exhibits attached to the Kliebenstein Declaration, and the papers and records on file herein.

Dated: April 22, 2020

MERCHANT & GOULD P.C.

<u>/s/ Heather Kliebenstein</u>
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 398344
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff Fair Isaac Corporation*