**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) | Case No. 16-cv-1054 (WMW/DTS) |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## LOCAL RULE 7.1(f) CERTIFICATION

I hereby certify that Plaintiff Fair Isaac Corporation's Memorandum in Support of its Motion for Summary Judgment on Defendants' Statute of Limitations Defense, filed electronically on April 22, 2020, complies with the word limit imposed by Local Rule 7.1(f), with a total word count of 7,143 words, including headings, footnotes, and quotations.

I further certify that the accompanying document was created in Microsoft® Office Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

Dated:  April 22, 2020                          MERCHANT & GOULD P.C.

                                                /s/ Heather Kliebenstein
                                                Allen Hinderaker, MN Bar # 45787
                                                Heather Kliebenstein, MN Bar # 337419
                                                Michael A. Erbele, MN Bar # 393635
                                                Joseph W. Dubis, MN Bar # 398344
                                                MERCHANT & GOULD P.C.
                                                150 South Fifth Street
                                                Suite 2200
                                                Minneapolis, MN  55402
                                                Tel:  (612) 332-5300
                                                Fax:  (612) 332-9081
                                                ahinderaker@merchantgould.com
                                                hkliebenstein@merchantgould.com
                                                merbele@merchantgould.com
                                                jdubis@merchantgould.com

                                                *Attorneys for Plaintiff Fair Isaac*
                                                *Corporation*

2