**EXHIBIT 11**

| | |
|---|---|
| From: | CN=Tony Zhang/O=ChubbMail |
| Sent: | Tuesday, October 8, 2013 8:40 AM |
| To: | CN=Dejan Stojkovic/O=ChubbMail@ChubbMail; CN=Dali Yang/O=ChubbMail@ChubbMail |
| Cc: | ken.kitamura@appcentrica.com; CN=Alexander Pavlenko/O=ChubbMail@ChubbMail |
| Subject: | Blaze new version |
| Attach: | EmbeddedImage0001.gif |

Hi Dejan / Dali,

Blaze advisor 7.1 now is recommended as the rules standard tool, instead of 6.9.

All you need to do is to install Blaze Advisor 7.1 plugin on ▮▮▮▮, then you can get all Blaze perspective from ▮▮▮▮ the main functionality is pretty much the same, and it integrates with ▮▮▮▮ better that the older version.

Please let me know if you have any questions.

Regards,
Tony