**EXHIBIT 16**

| | |
|---|---|
| From: | CN=Henry Mirolyuz/O=ChubbMail |
| Sent: | Friday, December 3, 2010 4:04 PM |
| To: | CN=Tony Zhang/O=ChubbMail@ChubbMail |
| Subject: | Re: Blaze business rules engine |

Hi Tony,

I copied Blaze installation file to \\srefs01\pub\BR COE\BlazeAdvisor folder. This is the latest 6.9 version of Blaze Advisor and you can find installation instructions on http://cbwiki.chubb.com/coe/index.php/Blaze_Advisor_6.9_for_Java_Installation_Guide wiki page.

I also changed links for most of presentation documents but please let me know if you cannot access it.

If you have any questions about Blaze Advisor install or need any additional information, please let me know.

Thanks,

Henry

Henry Mirolyuz | It Technical Analyst | Chubb Business Rules CoE
82 Hopmeadow Rd | Simsbury, CT 06070 | W: (860) 408-2428 | C: (860) 294-6866
| * hmirolyuz@chubb.com


From: Tony Zhang/ChubbMail
To: Henry Mirolyuz/ChubbMail@ChubbMail
Date: 12/03/2010 12:08 PM
Subject: Blaze business rules engine


Hi Henry,

It's been a while since we spoke and you gave us the presentation about Blaze engine.

Now we are starting to make plans for next year's projects, and I wanted to evaluate the Blaze since it's brand new to me. According to your last correspondence, I checked the Wiki site: http://cbwiki/coe/index.php/Main_Page

There were lots of useful information there, but unfortunately I have no access to file://srers001/csiit/ folder, so I couldn't get Blaze installation file, nor can I open those presentation documents.

Is there a way that I can be granted to access this folder, or can you copy them to another public location?

Thanks in advance!
------------------------------------------------------------------------------
-
Tony Zhang
IT Architect
Business Technology
Chubb Insurance Canada
(416) 359-3222 x 4006