# EXHIBIT 18

PLAINTIFF'S EXHIBIT

| | |
|---|---|
| From: | CN=John Sarnese/O=ChubbMail |
| Sent: | Friday, September 6, 2013 3:05 PM |
| To: | CN=Patrick F Sullivan/O=ChubbMail@ChubbMail |
| Subject: | Blaze platform application usage matrix. |
| Attach: | Blaze Platform Application Usage Matrix_V3.xlsx; EmbeddedImage0001.gif |

Is there anything else you would like to see in this spreadsheet? It is a work in progress. I also need to get ChEAR updated to align with this spreadsheet.

John Sarnese • VP Platform Architecture • Chubb Group of Insurance Companies
202 Halls Mill Road, P.O. BOX 1600 • Whitehouse Station, NJ 08889 • Phone: 908.572.2816 • Cell: 610.506.1999 • jsarnese@chubb.com

DOCUMENT PRODUCED AS NATIVE

Confidential                                      FED008482_0001

| SBU | Application | Blaze Version | Rules Capability | Architect | Notes |
|---|---|---|---|---|---|
| CAH | ? (may be part of Evolution) | Blaze Advisor 7.1 | Renewal Processing | Care of Sully | Feasibility (?) |
| CAH | Adapt-ABL | Blaze Advisor 7.1 | | Tony Zahn | Accident and Health Insurance |
| CAH (in EU | Adapt | Blaze Advisor 7.1 | ? | Care of Pete Tribulski | Production |
| CAZ | Broker Site | Blaze Advisor 6.9 | | | |
| CAZ | Evolution | Blaze Advisor 6.9 | | | |
| CBS | Premium Booking | Blaze Advisor 6.10 | Validation Rules for PARS | Mike Meyer/Diptesh Patel | 7.1 upgrade completion target 10/2013 |
| CCI | CUW | Blaze Advisor 7.1 | Inventory Management. Workflow routing, assignmer | Pete Davis | Production |
| CCI | IRMA (Individual Rate Modification Application) | Blaze Advisor 7.1 | Pricing Rules | Pete Davis/Jeff Pruski | In Progress (Detailed Design) |
| CCI | TAPS (Texas Accident Prevention System) | Blaze Advisor 7.1 | Accident Prevention Compliance | Pete Davis/Paul Johnson | In Progress (Detailed Design) |
| Claims | CIS Claims | Blaze Advisor 6.5.x | Claims Categorization | Tanya Filstein/Henry Mirolyuz | |
| CPI | Print | Blaze Advisor 7.1 | Form and content selection | Seth Esterkin/Marty Mayer | In Progress |
| CPI | Underwriting Rules - CAAS | Blaze Advisor 7.1 | Underwriting rules | Russ Frost | In Progress |
| CSI | ARP1 including What If Simulation Tool | Blaze Advisor 7.1 | Renewal Policy categorization | FICO/Henry Mirolyuz | |
| CSI | ARP2 | Blaze Advisor 7.1 | Polciy renewal automation, including endorsement ge | IBM/Henry Mirolyuz | |
| ~~CSI~~ | ~~CSI Express~~ | ~~Blaze Advisor 6.9~~ | | | Remove - Part of CSI eXPRESS PI/UWG/UWG2 |
| CSI | CSI eXPRESS UWG/UWG2 | Blaze Advisor 7.1 | Predictive model and Underwriting guidance | Accenture/Henry Mirolyuz/Chuck Nic | Underwriting Guidance based on Profitability In |
| CSI | CSI eXPRESS PI | Blaze Advisor 7.1 | Predictive model and Underwriting guidance | Accenture/Henry Mirolyuz/Chuck Nic | Profitability Indicator |
| ~~CSI~~ | ~~CSI eXPRESS Renewal Rules Maintenance Center~~ | ~~Blaze Advisor 6.9~~ | | | Remove - Part of ARP1 |
| ~~CSI~~ | ~~CSI eXPRESS Renewal What If Simulation Tool~~ | ~~Blaze Advisor 6.9~~ | | | Remove - Part of ARP1 |
| CSI | Decision Point | Blaze Advisor 6.9 | Policy Eligibility rules, Pricing, Endorsement generatior | Henry Mirolyuz | |
| CSI | UpSell | Blaze Advisor 7.1 | CSI UpSell Rules | Henry Mirolyuz | Real time deployment of the rules |
| EUZ | EZER (Comm'l PAS in EUZ) | Blaze Advisor 7.1 | Renewal Policy categorization | Ewen Setti | In Planning - Real time deployment of the rules |
| Surety | Cornerstone | Blaze Advisor 7.1 | Bond & Transaction Validation. Workflow Routing | Pete Davis | In Progress (Build/Test) |

FED 8482-001

dicator