**EXHIBIT 19**

Calendar Entry
# Notice
CN=Alexander Pavlenko/O=ChubbMail has invited to a meeting

| | |
|---|---|
| **Subject:** | CAZ ChEAR application data validation due October 16 - review draft version |
| **Chair:** | Alexander Pavlenko/ChubbMail |
| **Invitees** | |
| **Required (to):** | Cristian Vasilache/ChubbMail@ChubbMail |
| **When** | **Date** Monday 10/05/2015 |
| | **Time** 10:00 AM - 11:00 AM (1 hour) |
| **Attach:** | CAZ ChEAR Report 2015.xlsx; Master Technology List.xlsx; CAZ ChEAR Report 2014.xlsx; EmbeddedImage0001.gif; EmbeddedImage0002.gif |

_____

Hi Cris,
As briefly discussed earlier this week, U.S. are asking to update our ChEAR repository, the same task you were doing last year. Lance Martin just sent the instructions and the timelines, please see his message below.

I don't think we have many changes since last year, but please double check considering the importance given the merger with ACE.
I'm attaching the files from the share drive to save time:

1. The application spreadsheet to check and update


2. Information for reference:


3. Spreadsheet we submitted last year (just in case):


Could you please check and update as much as you can by  October 5? I will schedule a meeting for two of us to review your draft together on October 5, so we can provide status update to Zorica and Lance.
Please let me know any time if you need anything.

Thanks so much, I always appreciate your help!


Alex Pavlenko
Development & Architecture Services Supervisor
IT Department

Chubb Insurance Company of Canada
199 Bay Street, Suite 2500, P.O. Box 139, Commerce Court Postal Station,
Toronto, ON M5L 1E2
Phone: 416-359-3222 x4675 | Cell: 416-399-8204 | apavlenko@chubb.com

From:
Lance Martin/ChubbMail
To:
Alexander Pavlenko/ChubbMail@ChubbMail
Cc:
Zorica Todorovic/ChubbMail@ChubbMail, Peter Tribulski/ChubbMail@ChubbMail
Date:
09/18/2015 10:32 AM
Subject:
\*\*Action Required\*\* CAZ ChEAR application data validation due October 16


Alex -

Your response and sign-off is required by October 16 to validate the accuracy
and completeness of ChEAR IT application information, technology mapping and
application portfolio documents where you are the assigned contact.  The
validation effort is required to ensure ChEAR database accuracy and
completeness which is even more critical given the merger with ACE.

The importance of the validation has been communicated to Dan Tedeschi who will
receive updates on validation progress and final results.

The focus of the validation is as follows:

Application contacts are responsible for validating the name & structure of
their applications, application descriptions, compliance attributes,
application portfolio document data and application technology mapping (the
technologies the application was built with and depends on to run).
Identification of new applications and applications that should be retired is
also required (as applicable).
A summary of all technologies and versions "Master Technology List" has been
included within each BU/Zone folder on the W drive (see details below) to help
with technology mapping.  Selected application attribute definitions have also
been embedded as comments within the application contact spreadsheets.   Other
helpful information is available on the ChEAR ConnX site.

As per current Clarity guidelines, time spent on the validation is to be
charged to the respective application areas maintenance project's knowledge
management task.

Next Steps

ChEAR reports have been posted to the Warren Public drive within folders separated by BU/Zone and by IT Application Contact to facilitate data review. An additional spreadsheet titled: (BU/Zone Name)_Master_Sign-Off_Sheet_Due 10.16.15  has been created within each BU/Zone folder to document all IT Application Contact sign-offs.

Process / Timeframes
Access your BU/Zone folder to begin validation.  The share drive location = \\wtors003\PUB\ChEAR Reports\2015 Data Validation\CAZ
Access the application spreadsheet identified by your name within the folder.
Two tabs (worksheets) exist within each spreadsheet that summarize:  1) Application data  2) Technology mapping.
Review and update the information within both tabs of the spreadsheet.
Updates should be made in the last column of the spreadsheet tabs.  Do not over write information within the worksheets since this makes it difficult to identify changes.
Direct doc links to the application portfolio documents are included within the first tab of the spreadsheet.   Click on the doc links to make real time updates to this information.
A reminder will be sent at the October 5 half way point.   A status report to Dan Tedeschi will also be provided at that time.
Sign-off within the Master Sign-Off Sheet no later than October 16.
Each BU ChEAR IT Contact will process all updates no later than October 23.
A summary report for Dan Tedeschi and the International CIOs will be provided during the week of October 26.


Thank you for your support and feel free to post questions on the ChEAR ConnX site or contact me directly.
_____


Lance Martin •  Chubb Group of Insurance Companies • www.Chubb.com • 15 Mountain View Road, Warren, NJ 07059

• Phone: (908) 903-2209 • Email: lancemartin@chubb.com

DOCUMENT PRODUCED AS NATIVE

Confidential  FED006484_0001

Red text = Older technology versions where updates could be needed?

**The Version Phase and related Start**

| BU | Business Application | IT Application | Technology Name | Technology Contact | Version | Version Phase | Production Prep Start |
|---|---|---|---|---|---|---|---|
| CAZ | @vantage | @vantage | .Net Framework | Brian W Davis | 3.5 | Leverage | |
| CAZ | @vantage | @vantage | Acrobat Distiller | Brian W Davis | 10.x | Leverage | |
| CAZ | @vantage | @vantage | Acrobat Reader | Brian W Davis | 10.x | Leverage | |
| CAZ | @vantage | @vantage | C#.net | Dominick J Genoese | 3.0 | Run Off | |
| CAZ | @vantage | @vantage | EwebEdit Pro | James Ciesla | 5.1 | Eliminate | |
| CAZ | @vantage | @vantage | Excel | Brian W Davis | 2010 | Leverage | |
| CAZ | @vantage | @vantage | JDK | Neil R Erath | 1.6.x | Run Off | |
| CAZ | @vantage | @vantage | Powerbuilder | Ramesh Pandey | 12.x | Run Off | |
| CAZ | @vantage | @vantage | Prince XML | Cristian Vasilache | 6.x | Run Off | |
| CAZ | @vantage | @vantage | Rational Application Developer | Candice Merritt | 7.x | Run Off | |
| CAZ | @vantage | @vantage | SQL Server | Glenn Maguire | 2008 | Run Off | Q42012 |
| CAZ | @vantage | @vantage | Visual Studio | Dominick J Genoese | 2008 | Run Off | |
| CAZ | @vantage | @vantage | VMWare ESX | Thomas Trotter | 5.x | Leverage | |
| CAZ | @vantage | @vantage | Websphere Application Server (WAS) | Neil R Erath | 7.0 | Run Off | |
| CAZ | @vantage | @vantage | WebSphere MQ Client | Barbara Criscuolo | 7.01 | Run Off | |
| CAZ | @vantage | @vantage | Windows OS Desktop | H S Srager | 7 SP1 | Leverage | |
| CAZ | @vantage | @vantage | Word | Brian W Davis | 2010 | Leverage | |
| CAZ | Broker Site | Broker Site | .Net Framework | Brian W Davis | 2.x | Run Off | |
| CAZ | Broker Site | Broker Site | communic8EDI | Guy Chan | 3.0 | Leverage | |
| CAZ | Broker Site | Broker Site | Acrobat Distiller | Brian W Davis | 10.x | Leverage | |
| CAZ | Broker Site | Broker Site | Acrobat Reader | Brian W Davis | 10.x | Leverage | |
| CAZ | Broker Site | Broker Site | Blaze Advisor | Henry Mirolyuz | 6.9 | Eliminate | |
| CAZ | Broker Site | Broker Site | C#.net | Dominick J Genoese | 3.0 | Run Off | |
| CAZ | Broker Site | Broker Site | Domino SMTP Mail Server | Michael J Petersen | 8.5x | Run Off | |
| CAZ | Broker Site | Broker Site | Internet Explorer | Brian W Davis | 10 | Leverage | Q42013 |
| CAZ | Broker Site | Broker Site | IIS | Chris Graziano | 6.0 | Run Off | |
| CAZ | Broker Site | Broker Site | Log4Net | Cristian Vasilache | 1.2x | Leverage | |
| CAZ | Broker Site | Broker Site | Rational Application Developer | Candice Merritt | 7.x | Run Off | |
| CAZ | Broker Site | Broker Site | StarTeam | Cristian Vasilache | 2008 | | |
| CAZ | Broker Site | Broker Site | Visio | Brian W Davis | 2010 | Leverage | |
| CAZ | Broker Site | Broker Site | Visual Studio | Dominick J Genoese | 2008 | Run Off | |
| CAZ | Broker Site | Broker Site | Websphere Application Server (WAS) | Neil R Erath | 7.0 | Run Off | |
| CAZ | Broker Site | Broker Site | Windows OS Desktop | H S Srager | 7 SP1 | Leverage | |
| CAZ | Broker Site | Broker Site | Windows OS Server | H S Srager | 2003 | Run Off | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CAZ | Broker Site | Broker Site | Word | Brian W Davis | 2010 | Leverage | |
| CAZ | Broker Site | Property on-line | .Net Framework | Brian W Davis | 2.x | Run Off | |
| CAZ | Broker Site | Property on-line | Acrobat Distiller | Brian W Davis | 10.x | Leverage | |
| CAZ | Broker Site | Property on-line | Acrobat Reader | Brian W Davis | 10.x | Leverage | |
| CAZ | Broker Site | Property on-line | C#.net | Dominick J Genoese | 3.0 | Run Off | |
| CAZ | Broker Site | Property on-line | Domino SMTP Mail Server | Michael J Petersen | 8.5x | Run Off | |
| CAZ | Broker Site | Property on-line | Internet Explorer | Brian W Davis | 10 | Leverage | Q42013 |
| CAZ | Broker Site | Property on-line | IIS | Chris Graziano | 6.0 | Run Off | |
| CAZ | Broker Site | Property on-line | JDK | Neil R Erath | 1.6.x | Run Off | |
| CAZ | Broker Site | Property on-line | Log4Net | Cristian Vasilache | 1.2x | Leverage | |
| CAZ | Broker Site | Property on-line | Rational Application Developer | Candice Merritt | 7.x | Run Off | |
| CAZ | Broker Site | Property on-line | StarTeam | Cristian Vasilache | 2008 | | |
| CAZ | Broker Site | Property on-line | Visio | Brian W Davis | 2010 | Leverage | |
| CAZ | Broker Site | Property on-line | Visual Studio | Dominick J Genoese | 2008 | Run Off | |
| CAZ | Broker Site | Property on-line | Websphere Application Server (WAS) | Neil R Erath | 7.0 | Run Off | |
| CAZ | Broker Site | Property on-line | Windows OS Server | H S Srager | 2003 | Run Off | |
| CAZ | Broker Site | Property on-line | Word | Brian W Davis | 2010 | Leverage | |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | .Net Framework | Brian W Davis | 3.5 | Leverage | |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | Acrobat Reader | Brian W Davis | 10.x | Leverage | |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | C#.net | Dominick J Genoese | 3.0 | Run Off | |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | Internet Explorer | Brian W Davis | 10 | Leverage | Q42013 |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | IIS | Chris Graziano | 6.0 | Run Off | |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | Log4Net | Cristian Vasilache | 1.2x | Leverage | |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | NovaView | Guy Chan | 6.2.x | | |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | SQL Server | Glenn Maguire | 2008 | Run Off | Q42012 |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | Visual Studio | Dominick J Genoese | 2008 | Run Off | |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | Windows OS Desktop | H S Srager | 7 SP1 | Leverage | |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | Windows OS Server | H S Srager | 2003 | Run Off | |
| CAZ | Evolution | Evolution | .Net Framework | Brian W Davis | 4.x | Production Prep | Q22013 |
| CAZ | Evolution | Evolution | jQuery | Dominick J Genoese | 1.x | Leverage | |
| CAZ | Evolution | Evolution | Acrobat Reader | Brian W Davis | 10.x | Leverage | |
| CAZ | Evolution | Evolution | Blaze Advisor | Henry Mirolyuz | 7.1 | Leverage | |
| CAZ | Evolution | Evolution | C#.net | Dominick J Genoese | 3.0 | Run Off | |
| CAZ | Evolution | Evolution | Domino SMTP Mail Server | Michael J Petersen | 8.5x | Run Off | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CAZ | Evolution | Evolution | GetAccess | Brad Soffer | 8 | Leverage | |
| CAZ | Evolution | Evolution | Internet Explorer | Brian W Davis | 10 | Leverage | Q42013 |
| CAZ | Evolution | Evolution | IIS | Chris Graziano | 7.0 | Run Off | |
| CAZ | Evolution | Evolution | JavaScript | Brian W Davis | 1.x | Leverage | |
| CAZ | Evolution | Evolution | JAX-WS | Ramesh Pandey | 2.x | Leverage | |
| CAZ | Evolution | Evolution | JAXB | Ramesh Pandey | 2.x | Leverage | |
| CAZ | Evolution | Evolution | JDK | Neil R Erath | 1.6.x | Run Off | |
| CAZ | Evolution | Evolution | JPA | Ramesh Pandey | 2.x | Leverage | |
| CAZ | Evolution | Evolution | Log4Net | Cristian Vasilache | 1.2x | Leverage | |
| CAZ | Evolution | Evolution | Nmock | Cristian Vasilache | 2.0 | Run Off | |
| CAZ | Evolution | Evolution | Nunit | Ramesh Pandey | 2.6.x | Leverage | |
| CAZ | Evolution | Evolution | Prince XML | Cristian Vasilache | 6.x | Run Off | |
| CAZ | Evolution | Evolution | Rational Application Developer | Candice Merritt | 8.x | Run Off | Q12012 |
| CAZ | Evolution | Evolution | StarTeam | Cristian Vasilache | 2008 | | |
| CAZ | Evolution | Evolution | SQL Server | Glenn Maguire | 2008 | Run Off | Q42012 |
| CAZ | Evolution | Evolution | Visio | Brian W Davis | 2010 | Leverage | |
| CAZ | Evolution | Evolution | Visual Studio | Dominick J Genoese | 2010 | Leverage | |
| CAZ | Evolution | Evolution | Websphere Application Server (WAS) | Neil R Erath | 8.5 | Leverage | Q12014 |
| CAZ | Evolution | Evolution | Windows OS Desktop | H S Srager | 7 SP1 | Leverage | |
| CAZ | Evolution | Evolution | Windows OS Server | H S Srager | 2003 | Run Off | |
| CAZ | Evolution | Evolution | Wink | Lei Lan | 1.x | Leverage | |
| CAZ | Evolution | Evolution | Word | Brian W Davis | 2010 | Leverage | |
| CAZ | Evolution | Evolution | Xythos/WebDav | Oleg Tchernyi | 7.2.x | Leverage | Q12010 |
| CAZ | Feeout Site | Feeout Site | .Net Framework | Brian W Davis | 2.x | Run Off | |
| CAZ | Feeout Site | Feeout Site | Acrobat Distiller | Brian W Davis | 10.x | Leverage | |
| CAZ | Feeout Site | Feeout Site | Acrobat Reader | Brian W Davis | 10.x | Leverage | |
| CAZ | Feeout Site | Feeout Site | C#.net | Dominick J Genoese | 3.0 | Run Off | |
| CAZ | Feeout Site | Feeout Site | Domino SMTP Mail Server | Michael J Petersen | 8.5x | Run Off | |
| CAZ | Feeout Site | Feeout Site | Internet Explorer | Brian W Davis | 10 | Leverage | Q42013 |
| CAZ | Feeout Site | Feeout Site | IIS | Chris Graziano | 6.0 | Run Off | |
| CAZ | Feeout Site | Feeout Site | JDK | Neil R Erath | 1.6.x | Run Off | |
| CAZ | Feeout Site | Feeout Site | Log4Net | Cristian Vasilache | 1.2x | Leverage | |
| CAZ | Feeout Site | Feeout Site | Rational Application Developer | Candice Merritt | 7.x | Run Off | |
| CAZ | Feeout Site | Feeout Site | StarTeam | Cristian Vasilache | 2008 | | |
| CAZ | Feeout Site | Feeout Site | SQL Server | Glenn Maguire | 2005 | Eliminate | |
| CAZ | Feeout Site | Feeout Site | Visio | Brian W Davis | 2010 | Leverage | |
| CAZ | Feeout Site | Feeout Site | Visual Studio | Dominick J Genoese | 2005 | Run Off | |
| CAZ | Feeout Site | Feeout Site | Websphere Application Server (WAS) | Neil R Erath | 7.0 | Run Off | |
| CAZ | Feeout Site | Feeout Site | Windows OS Desktop | H S Srager | 7 SP1 | Leverage | |
| CAZ | Feeout Site | Feeout Site | Windows OS Server | H S Srager | 2003 | Run Off | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CAZ | Feeout Site | Feeout Site | Word | Brian W Davis | 2010 | Leverage | |
| CAZ | HRMS - HR Director | HR Director | .Net Framework | Brian W Davis | 2.x | Run Off | |
| CAZ | HRMS - HR Director | HR Director | C#.net | Dominick J Genoese | 3.0 | Run Off | |
| CAZ | HRMS - HR Director | HR Director | IIS | Chris Graziano | 6.0 | Run Off | |
| CAZ | HRMS - HR Director | HR Director | SQL Server | Glenn Maguire | 2005 | Eliminate | |
| CAZ | HRMS - HR Director | HR Director | Windows OS Desktop | H S Srager | 7 SP1 | Leverage | |
| CAZ | HRMS - HR Director | HR Director | Windows OS Server | H S Srager | 2003 | Run Off | |
| CAZ | Intranet - aka here@chubb | Intranet - aka here@chubb | .Net Framework | Brian W Davis | 2.x | Run Off | |
| CAZ | Intranet - aka here@chubb | Intranet - aka here@chubb | Acrobat Distiller | Brian W Davis | 10.x | Leverage | |
| CAZ | Intranet - aka here@chubb | Intranet - aka here@chubb | Acrobat Reader | Brian W Davis | 10.x | Leverage | |
| CAZ | Intranet - aka here@chubb | Intranet - aka here@chubb | C#.net | Dominick J Genoese | 3.0 | Run Off | |
| CAZ | Intranet - aka here@chubb | Intranet - aka here@chubb | Domino SMTP Mail Server | Michael J Petersen | 8.5x | Run Off | |
| CAZ | Intranet - aka here@chubb | Intranet - aka here@chubb | Internet Explorer | Brian W Davis | 10 | Leverage | Q42013 |
| CAZ | Intranet - aka here@chubb | Intranet - aka here@chubb | IIS | Chris Graziano | 6.0 | Run Off | |
| CAZ | Intranet - aka here@chubb | Intranet - aka here@chubb | StarTeam | Cristian Vasilache | 2008 | | |
| CAZ | Intranet - aka here@chubb | Intranet - aka here@chubb | SQL Server | Glenn Maguire | 2005 | Eliminate | |
| CAZ | Intranet - aka here@chubb | Intranet - aka here@chubb | Visio | Brian W Davis | 2010 | Leverage | |
| CAZ | Intranet - aka here@chubb | Intranet - aka here@chubb | Visual Studio | Dominick J Genoese | 2005 | Run Off | |
| CAZ | Intranet - aka here@chubb | Intranet - aka here@chubb | Windows OS Desktop | H S Srager | 7 SP1 | Leverage | |
| CAZ | Intranet - aka here@chubb | Intranet - aka here@chubb | Windows OS Server | H S Srager | 2003 | Run Off | |
| CAZ | Intranet - aka here@chubb | Intranet - aka here@chubb | Word | Brian W Davis | 2010 | Leverage | |
| CAZ | Renaissance CAZ | Q (Tablet PC) Appraisal | Acrobat Reader | Brian W Davis | 10.x | Leverage | |
| CAZ | Renaissance CAZ | Q (Tablet PC) Appraisal | C#.net | Dominick J Genoese | 3.0 | Run Off | |
| CAZ | Renaissance CAZ | Q (Tablet PC) Appraisal | Domino SMTP Mail Server | Michael J Petersen | 8.5x | Run Off | |
| CAZ | Renaissance CAZ | Q (Tablet PC) Appraisal | Internet Explorer | Brian W Davis | 10 | Leverage | Q42013 |
| CAZ | Renaissance CAZ | Q (Tablet PC) Appraisal | LDAP | Paula Dzuback | 7.x | Leverage | Q12010 |
| CAZ | Renaissance CAZ | Q (Tablet PC) Appraisal | Nhibernate for .Net | Guy Chan | 2.0.x | | |
| CAZ | Renaissance CAZ | Q (Tablet PC) Appraisal | SQL Server | Glenn Maguire | 2005 | Eliminate | |
| CAZ | Renaissance CAZ | Q (Tablet PC) Appraisal | Visual Studio | Dominick J Genoese | 2005 | Run Off | |
| CAZ | Renaissance CAZ | Renaissance CAZ | communic8EDI | Guy Chan | 3.0 | Leverage | |
| CAZ | Renaissance CAZ | Renaissance CAZ | Acrobat Distiller | Brian W Davis | 10.x | Leverage | |
| CAZ | Renaissance CAZ | Renaissance CAZ | Acrobat Reader | Brian W Davis | 10.x | Leverage | |
| CAZ | Renaissance CAZ | Renaissance CAZ | Ant | Neil R Erath | 1.x | Leverage | |
| CAZ | Renaissance CAZ | Renaissance CAZ | Excel | Brian W Davis | 2010 | Leverage | |
| CAZ | Renaissance CAZ | Renaissance CAZ | Internet Explorer | Brian W Davis | 10 | Leverage | Q42013 |
| CAZ | Renaissance CAZ | Renaissance CAZ | JDK | Neil R Erath | 1.6.x | Run Off | |
| CAZ | Renaissance CAZ | Renaissance CAZ | Log4J | Ramesh Pandey | 1.2x | Run Off | |
| CAZ | Renaissance CAZ | Renaissance CAZ | LDAP | Paula Dzuback | 7.x | Leverage | Q12010 |
| CAZ | Renaissance CAZ | Renaissance CAZ | Powerbuilder | Ramesh Pandey | 12.x | Run Off | |
| CAZ | Renaissance CAZ | Renaissance CAZ | Prince XML | Cristian Vasilache | 6.x | Run Off | |

| CAZ | Renaissance CAZ | Renaissance CAZ | Rational Application Developer | Candice Merritt | 7.x | Run Off | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CAZ | Renaissance CAZ | Renaissance CAZ | StarTeam | Cristian Vasilache | 2008 | | |
| CAZ | Renaissance CAZ | Renaissance CAZ | SQL Server | Glenn Maguire | 2008 | Run Off | Q42012 |
| CAZ | Renaissance CAZ | Renaissance CAZ | Websphere Application Server (WAS) | Neil R Erath | 7.0 | Run Off | |
| CAZ | Renaissance CAZ | Renaissance CAZ | Windows OS Desktop | H S Srager | 7 SP1 | Leverage | |
| CAZ | Renaissance CAZ | Renaissance CAZ | Word | Brian W Davis | 2010 | Leverage | |