**EXHIBIT 21**

| | |
|---|---|
| From: | Rob Lokinger <rob.lokinger@appcentrica.com> |
| Sent: | Friday, November 13, 2015 12:55 PM |
| To: | Martin Sill <Martin.Sill@dws.com.au> |
| Cc: | rhodey@chubb.com; ztodorovic@chubb.com; jperle@chubb.com |
| Subject: | Re: APZ Evolution Transition call - minutes |

Hi Russ/Martin,

Here are the work manager metrics;

**Back-End Java Code**

- 

**Front-End .NET**

- 

**Blaze**

- 
-

Have a nice weekend

Rob

On Nov 12, 2015, at 1:38 PM, Martin Sill <Martin.Sill@dws.com.au> wrote:

> Thanks for this Rob, and for the list of contacts you sent through earlier.
>
> That's useful information for guess-timating the size of the application from this end.
>
> Regards,
> Martin
>
> **Martin Sill**
> Principal Consultant
> M: 0447 442 175  P: 02 9409 7311
> A: Level 8, 146 Arthur St, North Sydney, NSW 2060
> E: martin.sill@dws.com.au  W: www.dws.com.au
>
> **From:** Lokinger, Rob [mailto:rob.lokinger@appcentrica.com]
> **Sent:** Friday, 13 November 2015 3:25 AM

To: Martin Sill <Martin.Sill@dws.com.au>
Cc: rhodey@chubb.com; ztodorovic@chubb.com; jperle@chubb.com
Subject: Re: APZ Evolution Transition call - minutes

All,

My second action from our meeting the other day was to provide the source code count. Below you will find the current lines of code count for the PLD (policy admin) part of the project. Please note that this does not include Work Manager, which will be provided early next week.

**Back-End Java Code**



**Front-End .NET**

Regards,

On Tue, Nov 10, 2015 at 11:30 PM, Martin Sill <Martin.Sill@dws.com.au> wrote:

> Hi all,
>
> Please find attached minutes and actions from this morning's/evening's call (APZ-EVO-TransitionProject-Mtg-20151111.doc).
>
> Also attached is the updated questions document (Evolution-Transition-Questions_v0.4.docx). Please note, I've added one further question to the end of that table about test preparation (highlighted yellow).
>
> Please let me know if I've missed or misrepresented anything important.
>
> Kind regards,
>
> **Martin Sill**
> Principal Consultant
> M: 0447 442 175  P: 02 9409 7311
> A: Level 8, 146 Arthur St, North Sydney, NSW 2060
> E: martin.sill@dws.com.au  W: www.dws.com.au
>
> This email and any files transmitted with it are confidential and are only for the use of the person to whom they are addressed. If you are not the intended recipient you have received this email in error and are requested to delete it immediately. Any opinion expressed in this email may not necessarily be that of DWS Ltd.
> Please consider the environment before printing this email.

--

Rob Lokinger
Director | AppCentrica Inc.

+1 647.284.0058 | rob.lokinger@appcentrica.com
www.appcentrica.com

This email and any files transmitted with it are confidential and are only for the use of the person to whom they are addressed. If you are not the intended recipient you have received this email in error and are requested to delete it immediately. Any opinion expressed in this email may not necessarily be that of DWS Ltd.
*Please consider the environment before printing this email.*

Confidential
FED013809_0003

| | |
|---|---|
| From: | CN=Zorica Todorovic/O=ChubbMail |
| Sent: | Saturday, November 28, 2015 9:58 AM |
| To: | CN=Alexander Pavlenko/O=ChubbMail; rob.lokinger@appcentrica.com |
| Subject: | Re: Fw: Work Manager artefacts |
| Attach: | EmbeddedImage0001.gif |

Hi Rob,

Per Martin's request below, can he get what he needs around Work Manager from your team, rather than Alex and Lei?

Dejan should be able to give them the run down on Blaze, and however we are providing the documents for the Australia NB component should be the same way that we provide the Work Manager documentation.

It should be a point in time - we are not going to to continuously provide code and solutions as we iterate after this point (same agreement as for Australia NB).

Let me know if you have any questions.

Thanks,

Zorica Todorovic
SVP – CIO
Chubb Insurance Company of Canada

Business Excellence Through Technology

( (416) 359-3181 | *: ztodorovic@chubb.com

THIS E-MAIL (WHICH INCLUDES ANY ATTACHMENTS) IS INTENDED TO BE READ ONLY BY THE

PERSON(S) TO WHOM IT IS ADDRESSED. THIS E-MAIL MAY CONTAIN CONFIDENTIAL, PROPRIETARY INFORMATION.  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, DO NOT PRINT IT, FORWARD IT OR DISSEMINATE IT OR ITS CONTENTS.  IN SUCH EVENT, PLEASE NOTIFY THE SENDER BY RETURN E-MAIL (OR BY PHONE AT THE NUMBER SHOWN ABOVE) AND
DELETE THE E-MAIL IMMEDIATELY THEREAFTER.  THANK YOU FOR YOUR CO-OPERATION.

From: Alexander Pavlenko/ChubbMail
To: Zorica Todorovic/ChubbMail@ChubbMail
Date: 11/27/2015 05:04 PM
Subject: Fw: Work Manager artefacts

Hi Zorica,
Are you OK if we provide the code/scripts/Release documents as per Martin's

list below, and also let them meet with Lei regarding Blaze?
I told Martin it all requires your approval.

Thanks,

Alex Pavlenko
Development & Architecture Services Supervisor
IT Department

Chubb Insurance Company of Canada
199 Bay Street, Suite 2500, P.O. Box 139, Commerce Court Postal Station,
Toronto, ON M5L 1E2
Phone: 416-359-3222 x4675 | Cell: 416-399-8204 | apavlenko@chubb.com



----- Forwarded by Alexander Pavlenko/ChubbMail on 11/27/2015 05:01 PM -----

From: Martin Sill <Martin.Sill@dws.com.au>
To: "apavlenko@chubb.com" <apavlenko@chubb.com>
Cc: David Waller <David.Waller@dws.com.au>, "ztodorovic@chubb.com" <ztodorovic@chubb.com>
Date: 11/27/2015 04:52 PM
Subject: Work Manager artefacts


Hi Alex,

Thanks for your time today.

As discussed, could you provide us the following Work Manager artefacts:
Source code for current Work Manager release in production (front end & back end)
Database create script for the Work Manager database (dev instance only).
Insert statements for reference data tables
DWS and Chubb APZ have no requirement to see any data such as client information. We just need the data required for the application to function
Any documentation you might have on building, deploying and configuring the application

Also, could we please arrange a session with Lei Lam and our developers next week to go through the use of Blaze in Work Manager? Monday afternoon or anytime Tuesday would be great.

Many thanks & have a good weekend.
Martin


Martin Sill
Project Manager
M: 0447 442 175  P:  02 9448 7311
A: Level 8, 146 Arthur St, North Sydney, NSW 2060

E: martin.sill@dws.com.au  W: www.dws.com.au

This email and any files transmitted with it are confidential and are only for the use of the person to whom they are addressed. If you are not the intended recipient you have received this email in error and are requested to delete it immediately. Any opinion expressed in this email may not necessarily be that of DWS Ltd. Please consider the environment before printing this email.

Confidential                                                              FED011040_0003

| | |
|---|---|
| From: | Rob Lokinger <rob.lokinger@appcentrica.com> |
| Sent: | Sunday, November 29, 2015 2:37 PM |
| To: | ztodorovic@chubb.com <ztodorovic@chubb.com> |
| Cc: | apavlenko@chubb.com <apavlenko@chubb.com> |
| Subject: | Re: Work Manager artefacts |

Agreed. My understanding is that it was placed on a share in the Chubb Network.
Dave apparently has VPN access.

When I found out yesterday I told the team to remove any files from the share.

This was apparently shared on Thursday and taken down yesterday.


On Nov 29, 2015, at 2:19 PM, ztodorovic@chubb.com wrote:

But how could they 'provide' it?  We need to make sure we have
security/servers/environment in place?  We shouldn't be emailing/putting it on
sticks etc. - that's not secure.

Can you please get me this answer asap?  I have an updated call on Monday eve
with Russ et al, so I need to address it there.

Zorica Todorovic
SVP  CIO
Chubb Insurance Company of Canada


Business Excellence Through Technology

( (416) 359-3181 | *: ztodorovic@chubb.com



THIS E-MAIL (WHICH INCLUDES ANY ATTACHMENTS) IS INTENDED TO BE READ ONLY BY THE

PERSON(S) TO WHOM IT IS ADDRESSED. THIS E-MAIL MAY CONTAIN CONFIDENTIAL,
PROPRIETARY INFORMATION.  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, DO NOT
PRINT IT, FORWARD IT OR DISSEMINATE IT OR ITS CONTENTS.  IN SUCH EVENT, PLEASE
NOTIFY THE SENDER BY RETURN E-MAIL (OR BY PHONE AT THE NUMBER SHOWN ABOVE)
AND
DELETE THE E-MAIL IMMEDIATELY THEREAFTER.  THANK YOU FOR YOUR CO-OPERATION.



From: Rob Lokinger <rob.lokinger@appcentrica.com>
To: "ztodorovic@chubb.com" <ztodorovic@chubb.com>

Cc: "apavlenko@chubb.com" <apavlenko@chubb.com>
Date: 11/28/2015 03:53 PM
Subject: Re: Work Manager artefacts


Hi Zorica,

Ok make sense re the docs.

I checked with the team today and apparently David asked to see the PLD code - they did provide it as part of the walkthrough this week.

I've asked them not to provide anything else - sounds like the best process will be any additional transfer of code will be handled by Chubb.

I'll try to find out exactly what was provided on Monday.

On Nov 28, 2015, at 11:46 AM, ztodorovic@chubb.com wrote:

Hi Rob,

We can provide the documents - I meant that we should put them in SharePoint so they are with the same group of PLD documents.

Also, for the code itself, we are not 'giving' them the code right now, but just will copy it to the new Infrastructure once it's up - that's the process that's been agreed, correct?

Thanks,

Zorica Todorovic
SVP  CIO
Chubb Insurance Company of Canada


Business Excellence Through Technology

( (416) 359-3181 | *: ztodorovic@chubb.com

THIS E-MAIL (WHICH INCLUDES ANY ATTACHMENTS) IS INTENDED TO BE READ ONLY BY THE

PERSON(S) TO WHOM IT IS ADDRESSED. THIS E-MAIL MAY CONTAIN CONFIDENTIAL,
PROPRIETARY INFORMATION.  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, DO NOT
PRINT IT, FORWARD IT OR DISSEMINATE IT OR ITS CONTENTS.  IN SUCH EVENT, PLEASE
NOTIFY THE SENDER BY RETURN E-MAIL (OR BY PHONE AT THE NUMBER SHOWN ABOVE) AND
DELETE THE E-MAIL IMMEDIATELY THEREAFTER.  THANK YOU FOR YOUR CO-OPERATION.

From: Rob Lokinger <rob.lokinger@appcentrica.com>
To: "ztodorovic@chubb.com" <ztodorovic@chubb.com>
Cc: "apavlenko@chubb.com" <apavlenko@chubb.com>
Date: 11/28/2015 11:35 AM
Subject: Re: Work Manager artefacts

Hi Zorica,

We're happy to help as best we can. In fact we've already offered to assist in any clarifications on the work manager stuff. Dejan, Allan, and Cecil can answer questions/share what they know next week.

I'm not sure I understand your point about WM documentation though. I can check to see what the team has, but I can't promise it is in the same format and status of PLD. I also can't promise that what we have is current.

Since the AC team has been out of the WM project for over a year, there may be major gaps in our understanding vs. what's been implemented.

Thanks,
Rob


On Nov 28, 2015, at 10:57 AM, ztodorovic@chubb.com wrote:

Hi Rob,

Per Martin's request below, can he get what he needs around Work Manager from your team, rather than Alex and Lei?

Dejan should be able to give them the run down on Blaze, and however we are providing the documents for the Australia NB component should be the same way that we provide the Work Manager documentation.

It should be a point in time - we are not going to to continuously provide code and solutions as we iterate after this point (same agreement as for Australia NB).

Let me know if you have any questions.

Thanks,

Zorica Todorovic
SVP  CIO
Chubb Insurance Company of Canada


Business Excellence Through Technology

( (416) 359-3181 | *: ztodorovic@chubb.com


THIS E-MAIL (WHICH INCLUDES ANY ATTACHMENTS) IS INTENDED TO BE READ ONLY BY THE

PERSON(S) TO WHOM IT IS ADDRESSED. THIS E-MAIL MAY CONTAIN CONFIDENTIAL,
PROPRIETARY INFORMATION.  IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, DO NOT
PRINT IT, FORWARD IT OR DISSEMINATE IT OR ITS CONTENTS.  IN SUCH EVENT, PLEASE
NOTIFY THE SENDER BY RETURN E-MAIL (OR BY PHONE AT THE NUMBER SHOWN ABOVE) AND
DELETE THE E-MAIL IMMEDIATELY THEREAFTER.  THANK YOU FOR YOUR CO-OPERATION.



From:   Alexander Pavlenko/ChubbMail
To:   Zorica Todorovic/ChubbMail@ChubbMail
Date:   11/27/2015 05:04 PM
Subject:   Fw: Work Manager artefacts




Hi Zorica,
Are you OK if we provide the code/scripts/Release documents as per Martin's
list below, and also let them meet with Lei regarding Blaze?
I told Martin it all requires your approval.

Thanks,
Alex Pavlenko
Development & Architecture Services Supervisor
IT Department

Chubb Insurance Company of Canada
199 Bay Street, Suite 2500, P.O. Box 139, Commerce Court Postal Station,
Toronto, ON M5L 1E2
Phone: 416-359-3222 x4675 | Cell: 416-399-8204 | apavlenko@chubb.com

Confidential                                                      FED011047_0004

----- Forwarded by Alexander Pavlenko/ChubbMail on 11/27/2015 05:01 PM -----
From:   Martin Sill <Martin.Sill@dws.com.au>
To:   "apavlenko@chubb.com" <apavlenko@chubb.com>
Cc:   David Waller <David.Waller@dws.com.au>, "ztodorovic@chubb.com" <ztodorovic@chubb.com>
Date:   11/27/2015 04:52 PM
Subject:   Work Manager artefacts

Hi Alex,

Thanks for your time today.

As discussed, could you provide us the following Work Manager artefacts:

Confidential

FED011047_0005