**EXHIBIT 24**

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
KEVIN HARKIN - 03/25/2019

```
 1         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MINNESOTA
 2
                       - - - - -
 3

 4   FAIR ISAAC CORPORATION,     NO. 16-cv-1054(WMW/DTS)
              Plaintiff,
 5

 6        vs.

 7
     FEDERAL INSURANCE COMPANY,
 8   and Indiana corporation, and
     ACE AMERICAN INSURANCE
 9   COMPANY, a Pennsylvania
     corporation,
10           Defendant.

11                     - - - - -

12
                Monday, March 25, 2019
13

14                     - - - - -

15   ***HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY***

16                     - - - - -

17        Video Deposition of KEVIN HARKIN, taken at

18   the offices of Regus, 55 Madison Avenue, Suite 400,

19   Morristown, New Jersey, commencing at 9:05 a.m., by

20   and before Robin L. Clark, Registered Professional

21   Reporter and Notary Public in and for the State of

22   New Jersey.

23                     - - - - -

24

25   Job No. MP-212897
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
KEVIN HARKIN - 03/25/2019           Pages 206..209

Page 206
1  than 50 percent?
2       A.   It's less than 50 percent.
3       Q.   Do you know what percentage of
4  products from the PRS business unit ran through
5  Evolution?
6       A.   I do not.
7       Q.   Do you know if it's greater or less
8  than 50 percent?
9       A.   It's greater than 50 percent.
10      Q.   Is it 100 percent or less?
11      A.   It's less than 100 percent, I
12 believe.
13      Q.   Looking at the second bullet on
14 page 3, it says "The Broker Site application is
15 a front-end quoting system with an integrated
16 database with Evolution."  Does that simply
17 mean that the Broker Site application and the
18 Evolution application share a database?
19      A.   Yes.
20      Q.   And are you familiar with the Work
21 Manager component?
22      A.   At a 10,000-foot level, I'm
23 familiar with it, yes.
24      Q.   Tell me what you understand the
25 Work Management component to be?

Page 207
1       A.   It is a workflow tool used in the
2  renewal process, personal lines policies.
3       Q.   And is the Work Manager component
4  part of the Evolution application?
5       A.   Yes.
6       Q.   And what database does Broker Site
7  and Evolution share?
8       A.   It's the underlying policy
9  database.
10      Q.   And what information is stored in
11 that underlying policy database?
12      A.   The policies that would have flown
13 through the Broker Site and/or Evolution system
14 or application.
15      Q.   I see three sentences in though, it
16 says "Accordingly, there are no policies issued
17 or gross written premium generated by the
18 Broker Site application."
19      A.   Correct.
20      Q.   So Broker Site quotes --
21      A.   Correct.
22      Q.   -- policies.  So, it doesn't issue
23 the policies, is that the distinction?
24      A.   Correct.
25      Q.   So, if Broker Site quotes a policy

Page 208
1  to a customer, and then they accept the policy,
2  what happens then?
3       A.   It would go back through the
4  Evolution database and into the registration
5  systems.
6       Q.   So, it's kind of a circle?
7       A.   Yes.
8       Q.   So, Broker Site will quote,
9  customer accepts or doesn't accept, and if the
10 customer accepts, then the policy is routed
11 through Evolution?
12      A.   Correct.
13      Q.   So, the same policy that touches,
14 the same policy that is generated by Broker
15 Site could then touch the Evolution --
16      A.   Correct.
17      Q.   -- application?  Looking down at
18 the -- looking at the table at the bottom of
19 page 3, can you tell me what information is
20 reflected in that table?
21      A.   The information reflected in that
22 table are policies that would have run through
23 the Broker Site application and are identical
24 to the policies that run through the Evolution
25 application above it.

Page 209
1       Q.   So, for the policies that are
2  quoted by Broker Site, we've talked about --
3  the policies that are quoted through Broker
4  Site, once they're accepted, do all of them
5  then go through Evolution or just some of them?
6       A.   I don't know the answer to that.
7       Q.   And for the policy count out of the
8  Evolution application, do any of those, are any
9  of those policies based on products that were
10 Legacy ACE products?
11      A.   No.
12      Q.   And how do you know that?
13      A.   Legacy ACE prior to the acquisition
14 had minimal to no personalized products in
15 Canada.
16      Q.   And for the Evolution chart, are
17 renewals included in that data?
18      A.   Yes.
19                - - - - -
20           (Chart Bates FED17883_0001 to 0004
21           marked Harkin Exhibit 418 for
22           identification.)
23                - - - - -
24 BY MS. KLIEBENSTEIN:
25      Q.   I'm handing you what has been

Epiq Court Reporting Solutions - Minneapolis
1-877-489-0367                                    www.deposition.com

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
KEVIN HARKIN - 03/25/2019          Pages 210..213

Page 210

1  marked as Exhibit 418.  Have you seen this
2  document before?
3       A.   I have.
4       Q.   What is it?
5       A.   This is a profit and loss
6  underwriting components, gross and net written
7  premium for all personal lines products in
8  Canada for the second half of 2015, 2016, 2017,
9  and 2018.
10      Q.   And is that the same as the PRS
11 business unit in Canada?
12      A.   Correct.
13      Q.   Is this chart limited to gross
14 written premium that touched Blaze Advisor in
15 Canada?
16      A.   No.
17      Q.   Now, how does 418 reconcile with
18 409, if at all?
19      A.   409 does not have any of our
20 personal lines of business.  So, it does not
21 reconcile at all.
22      Q.   So, how was the -- how was the data
23 in this spreadsheet gathered?
24      A.   The data was gathered in a similar
25 manner as 409.  The first page, which is the

Page 211

1  second half of 2015, was pulled out of the
2  Legacy Chubb ledger system in their -- in their
3  report as part of the normal course.  Beginning
4  in 2016, they used the unique identifier to
5  establish the personal lines, Legacy Chubb
6  Canada business within the consolidated ledger.
7  And they pulled information for the personal
8  lines segment in Canada in total.
9       Q.   Moving down to the -- well, let's
10 talk about reinsurance.  How does the
11 reinsurance component factor into this table?
12      A.   The difference between the gross
13 written premium and the net written premium is
14 the applicable reinsurance.
15      Q.   And net earned premium is what
16 again?
17      A.   The net earned premium is the gross
18 earned premium reflecting the reduction for
19 reinsurance already.
20      Q.   Okay.  And total losses in LAE
21 incurred, how -- let's talk for the homeowners
22 product line, 28 million, how is that
23 calculated?
24      A.   So, that is a number that is net of
25 reinsurance recoveries.  And it is the number

Page 212

1  that includes both the direct component of
2  losses and the bulk component of losses.
3       Q.   So, for the direct component, how
4  was that -- can we tell from this spreadsheet
5  what percentage was the direct component versus
6  the bulk component?
7       A.   Not from this spreadsheet, no.
8       Q.   And is that true for all of the
9  losses in LAE incurred in this spreadsheet?
10      A.   In this spreadsheet, yes.
11      Q.   Would there be data somewhere that
12 could make that determination for us, what
13 percentage of the losses in LAE incurred were
14 direct versus bulk?
15      A.   That data exists.
16      Q.   Now, moving to the total expenses,
17 what expenses are under that category?
18      A.   There's a sub-breakout below it
19 with an arrow going down.  Commissions, taxes,
20 licenses and fees, and A&G is the same,
21 administrative and general expense.
22      Q.   So the commission incurred is a
23 direct expense, correct?
24      A.   Correct.
25      Q.   What about supplemental commission?

Page 213

1       A.   That is a bulk commission.
2       Q.   And what about taxes, licenses, and
3  fees in Canada, is that a bulk?
4       A.   That's a bulk number.
5       Q.   So let's look at the further
6  breakout of A&G.
7       A.   Uh-huh.
8       Q.   Are all of these expenses listed
9  under that further breakout of A&G bulk
10 expenses?
11      A.   They are bulk expenses, yes.
12      Q.   So they can't be allocated to a
13 particular gross written premium?
14      A.   Not definitively, no.
15      Q.   And so for these expenses, again,
16 taking the homeowners, how were these expense
17 figures calculated for the homeowners line of
18 business?
19      A.   The expenses were a combination of
20 the direct expenses or the bulk expenses, which
21 were then allocated to the homeowners line.
22      Q.   Now, let's take advertising and
23 marketing, 92,000.  How -- I presume there's a
24 larger number for advertising and marketing
25 for -- actually, who is the writing company for