# EXHIBIT 6

# FILED UNDER SEAL

HENRY MIROLYUZ - 07/31/2018

 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF MINNESOTA

 3                 CASE NO. 16-CV-1054 (WMW/DTS)

 4    - - - - - - - - - - - - - - - - - - - - - - - - -

 5    FAIR ISAAC CORPORATION, a Delaware corporation,

 6              Plaintiff,

 7         vs.

 8    FEDERAL INSURANCE COMPANY, an Indiana corporation,

 9              Defendant.

10    - - - - - - - - - - - - - - - - - - - - - - - - -

11

12              TRANSCRIPT of the stenographic notes of

13    the 30(b)(6)videotaped deposition of Henry Mirolyuz in

14    the above-entitled matter, as taken by and before

15    LORRAINE B. ABATE, a Certified Court Reporter and

16    Notary Public of the State of New Jersey and

17    Registered Professional Reporter, held at the offices

18    of Regus, 55 Madison Avenue, Morristown, New Jersey,

19    on Tuesday, July 31, 2018, commencing at 9:10 a.m.,

20    pursuant to Notice.

21

22

23

24    Job No. MP-182592

25    Pages: 1 - 80

Page 26

1  of the United States?
2      A.   Based on my conversation, yes, it was.
3      Q.   Okay. So let's take it -- if there is
4  more than one, we'll take it one by one.
5           Outside of the United States, where are
6  servers located on which Blaze Advisor software is
7  installed?
8      A.   The servers, based on my conversation,
9  servers located in United Kingdom.
10     Q.   Is that -- do you know if they're in
11 London or some place else?
12     A.   I don't know.
13     Q.   Okay.
14     A.   And I don't have this information. I
15 was only provided the fact that it's located in --
16 the information that the server is located in United
17 Kingdom.
18     Q.   All right. What other country?
19     A.   There is -- initially, the servers were
20 Canada, were hosting the Blaze Advisor. However,
21 they may also be consolidated at this point of time
22 to the North America, to the United States or
23 application were migrated to the North America
24 servers.
25     Q.   Are you saying maybe?

Page 27

1      A.   Potentially, yes.
2      Q.   Do you know one way or the other?
3      A.   I know there is a process of migration.
4  I'm not sure if migration has been complete or not.
5  I'm not involved in that area.
6      Q.   Okay. This is something you learned as
7  part of your interviews?
8      A.   Interviews.
9      Q.   All right. We'll go back to the U.K.
10 after. Let's finish this Canada off.
11          Your understanding after interviews
12 testifying here on behalf of the company is that
13 Blaze Advisor has been installed on servers in
14 Canada, correct?
15     A.   Correct.
16     Q.   Whether the Blaze Advisor software is
17 still on Canadian servers is something you do not
18 know one way or the other?
19     A.   Correct.
20     Q.   You are testifying that there is a
21 process in place for migration to the United States,
22 correct?
23     A.   Correct.
24     Q.   And what does migration mean?
25     A.   It's relocation of the -- or copying of

Page 28

1  the application, copying of the application from one
2  server to another.
3      Q.   Did you use the word capping?
4      A.   Copying, copying.
5      Q.   Copying. All right. And when the
6  process of migration is complete, then will Blaze
7  Advisor be still installed on any servers in Canada?
8      A.   It will not be.
9      Q.   Do you know when the process of
10 migration began?
11     A.   I don't have this information.
12     Q.   Did it come to you as part of the
13 interviews, apparently?
14     A.   Yes.
15     Q.   Okay. Do you know if the process of
16 migration was post-merger?
17     A.   I believe so, but I don't know that for
18 the fact.
19     Q.   Did you get any information as to a goal
20 for the end date when the process of migration is
21 complete?
22     A.   There was no goal in particular or at
23 least I was not told the goal was to consolidate all
24 the assets in one data center for the North America.
25     Q.   Did you say assets?

Page 29

1      A.   Assets, all the applications. All the
2  applications in one data center.
3      Q.   All right. So you just used the phrase
4  to get the applications in one data center.
5           What is an application?
6      A.   It's a software which allows user to
7  perform specific functions. Depends on the
8  components of the application.
9      Q.   And is an application something that
10 you, as the -- in your role on the technical side,
11 you were involved in designing the architecture for
12 those applications?
13     A.   Part of the architecture.
14     Q.   Part of it. All right.
15          At least the Blaze Advisor part of it?
16     A.   Correct.
17     Q.   So you're making a distinction between
18 the Blaze Advisor software and an application that
19 uses Blaze Advisor?
20     A.   That is correct.
21     Q.   Staying with Canada, when the Blaze
22 Advisor software is installed on servers in Canada --
23 it was true that the applications that used Blaze
24 Advisor -- certain applications that employed Blaze
25 Advisor were used in Canada?

Page 30

1  A. Correct.
2  Q. And do you know if that was used by the
3  Chubb Insurance Company of Canada?
4  A. Yes, correct.
5  Q. So Blaze Advisor software and the
6  applications that used Blaze Advisor were installed
7  on servers in Canada to support the Canadian use of
8  certain applications?
9  A. That's absolutely correct.
10 Q. And then when the migration process is
11 completed, if it is, how will, as your understanding
12 for the company, how will the Chubb Insurance Company
13 of Canada -- will the insurance -- let me ask a
14 different question. Your understanding is that these
15 applications that the Insurance Company of Canada has
16 used, will they continue to be able to use those
17 applications after the migration?
18 A. I believe so.
19 Q. Okay. So whoever is the user in Canada
20 will access that software through servers located in
21 North Carolina?
22 A. Correct.
23 Q. So the migration includes the Blaze
24 Advisor software and all of the applications used in
25 Canada?

Page 31

1  A. Correct.
2  Q. Okay. Now, let's go back to the U.K.
3     So in the U.K., there would be -- in the
4  U.K., there is Blaze Advisor software installed on
5  servers in the U.K.?
6  A. Correct.
7  Q. And then are the applications that use
8  Blaze Advisor software also installed on the servers
9  in the U.K.?
10 A. That's correct.
11 Q. And so whoever are the users and whoever
12 used that software and applications from those
13 servers, access or not, from the U.K. servers?
14 A. That's correct.
15 Q. And do you know it's the Chubb Insurance
16 Company of Europe SE that uses the Blaze Advisor
17 software and those applications on software being
18 installed in the U.K.?
19 A. I'm not sure about the exact name, but I
20 believe that's correct.
21 Q. Is Blaze Advisor software installed on
22 servers in Australia?
23 A. Not to the my knowledge in any people I
24 talk to. Don't believe it was installed in the
25 servers in Australia.

Page 32

1  Q. Was it ever installed on servers in
2  Australia?
3  A. Not to my knowledge.
4  Q. All right. To your knowledge, has the
5  applications using Blaze Advisor software been used
6  by people in Australia to sell insurance?
7  A. Not to my knowledge as well.
8  Q. All right. Good. That will help. We
9  will return to that.
10    Anywhere else in the world that you know
11 of Blaze Advisor software has been installed on
12 servers?
13 A. No, I don't. I don't know. I'm not
14 aware of any other location where the Blaze Advisor
15 is installed.
16    MR. HINDERAKER: Would you mark that,
17 please.
18    (Exhibit 3, E-Mail Chain, marked for
19 identification, as of this date.)
20 Q. Sir, the court reporter has handed you
21 what we marked as Exhibit 3, and you identified that
22 as an e-mail from yourself to a Richard Johnson and
23 others dated May 26, 2009, the top heading.
24 A. Correct.
25 Q. And I have a few questions on it, but

Page 33

1  please, my questions are really limited to the first
2  page, but take whatever time you want to familiarize
3  yourself with it and then I'll ask.
4  A. Please.
5  Q. Okay. Great.
6     Who is Richard D. Johnson?
7  A. I believe he is -- if I remember
8  correctly, he is a developer who was responsible for
9  working with Blaze Advisor in European zone,
10 specifically in London.
11 Q. In London. Okay. And again, by the
12 way, when you say developer, that's the same thing as
13 saying somebody who writes code?
14 A. Correct.
15 Q. And you say "Hi, Richard." Then you say
16 "I am sending you a link to a BR CoE Wiki site."
17    What is a BR CoE Wiki site?
18 A. It's business rule center of excellence
19 Wikipedia site. It's a website created to provide
20 the information regarding the Blaze Advisor.
21 Q. Is this an internal website to Chubb?
22 A. Correct.
23 Q. No external access to that website,
24 correct?
25 A. No.

Page 34

1  Q. And why did you send him a link with the
2  download location and instructions for Blaze Advisor
3  6.7?
4  A. In looking at the e-mail and refreshing
5  my memory, he was looking to create a POC or product
6  type of using Blaze Advisor software, and he asked me
7  to provide him the installation files as well as some
8  documentation regarding the usage of such software.
9  Q. Okay. Is it fair to characterize what
10 you just said as saying he was working on proof of
11 concept for an application that used Blaze Advisor
12 software?
13 A. He was working on the -- Richard was
14 working on that.
15 Q. On that?
16 A. Yeah. I was not.
17 Q. Was Richard part of Chubb Insurance
18 Company of Europe SE, do you know?
19 A. Based on the e-mail address, yes. At
20 least he was the person who -- let me rephrase that.
21 He was granted the Chubb e-mail address.
22 Q. Fair enough.
23     And can we conclude that Blaze Advisor
24 6.7 was installed on servers in the U.K.?
25 A. No, we cannot based on this e-mail.

Page 35

1  This e-mail just only speaks about the software for
2  development use.
3  Q. Okay. As we've mentioned already, you
4  do know that Blaze Advisor software was installed on
5  servers in the U.K.?
6  A. Correct, but based on this e-mail -- my
7  statement is that based on this e-mail, we cannot
8  conclude if -- the way it was or was not installed.
9  Q. I understand.
10 A. This is just a link to the installation
11 files.
12 Q. I understand. So are we taking, to be
13 clear, that whether Blaze Advisor software was
14 installed using that link at this time or was not
15 installed using -- or was not installed, you can't
16 say one way or the other?
17 A. Based on his e-mail, no, I cannot.
18 Q. Understood.
19     And as a matter of your knowledge and
20 your interviews, do you know the first date that
21 Blaze Advisor software was installed on servers in
22 the U.K.?
23 A. I do not.
24 Q. Okay. Would you run me through the
25 process by which someone in the U.K. installs Blaze

Page 36

1  Advisor software on a U.K. server.
2  A. The software will be installed, initial
3  version, on the developer's laptop or workstation.
4  Q. Let me back you up. When you say
5  developer, you're talking about the person in the
6  U.K.?
7  A. Person in the U.K. So Richard in that
8  particular case.
9  Q. Okay. My question could be more
10 precise.
11     Where does that person get the Blaze
12 software installed?
13 A. He would get it by running the
14 installation files provided in this link. He would
15 get the software installed and he would provide the
16 files created during the installation process to the
17 release management team which is responsible for
18 deploying application as a part of application to the
19 servers.
20 Q. What is a risk management team?
21 A. The release.
22 Q. Release.
23 A. Release management.
24 Q. Okay. So this is something that can be
25 done or was done completely internal to Chubb?

Page 37

1  A. Correct.
2  Q. It's accurate to say there is no
3  involvement of FICO personnel in this process of
4  installing Blaze Advisor on servers in the U.K.?
5  A. They could assist with, could have
6  assisted with any troubleshooting or any potential
7  issues. So once again, I can't say one way or
8  another. Each case-by-case basis. So they could
9  have been -- if there was an issue, FICO could have
10 been involved and helped, as any vendor, with
11 troubleshooting or installing the software.
12 Q. So are you aware of any instance where
13 FICO was called in to help with the trouble -- help
14 troubleshoot or address an issue on a U.K.
15 installation of Blaze Advisor?
16 A. I believe so. I believe -- that was
17 based on my conversation with developers, FICO
18 actually provided assistance with installing the
19 software.
20 Q. And with whom did you have that
21 conversation?
22 A. David Gibbs as well as the conversation
23 with the developers back at that time, and as well as
24 conversation with the FICO representative.
25 Q. And what FICO representative?

Page 38

1    A.    Mike Sawyer. Michael Sawyer, the full
2  name, and Russ Schreiber.
3    Q.    So let me be clear about distinguishing
4  between the original -- I'm sorry, let me start over
5  again, distinguishing between installation and
6  troubleshooting afterwards.
7          Do you have any knowledge that anyone
8  from FICO was involved in the installation of Blaze
9  Advisor on U.K. servers?
10   A.    I'm not sure I'm understanding the
11 question.
12   Q.    Do you know of any FICO involvement in
13 the process of installing Blaze Advisor software on
14 servers located in the U.K. separate from
15 troubleshooting?
16   A.    It's hard to separate these two because
17 as based on my conversation, there were issues during
18 the installation process which required the
19 assistance from FICO, which means troubleshooting was
20 the part of the installation process. That's why I
21 want to make sure we clarify that.
22   Q.    That's fair. And let me -- the source
23 of the code, is it accurate to say that the source of
24 the code that's installed on the U.K. server is
25 sourced from this internal at Chubb?

Page 39

1    A.    I'm not sure, again, I understand the
2  question.
3    Q.    Thank you for saying that.
4          So we have the -- we have Blaze Advisor
5  software installed on servers in North Carolina,
6  correct?
7    A.    Correct.
8    Q.    You have an internal link that contains
9  download location and instructions, correct?
10   A.    Correct.
11   Q.    Someone in the U.K. would access that
12 internal Chubb link, correct?
13   A.    Correct.
14   Q.    That person, by way of that access,
15 would then have Blaze Advisor software installed on
16 the U.K. location?
17   A.    Correct.
18   Q.    And none of that requires the assistance
19 of FICO, correct?
20   A.    If the process goes without an issue and
21 as found in the instruction provided by FICO.
22   Q.    Right. And those instructions as
23 provided by FICO are instructions that are residing
24 on the internal link of Chubb?
25   A.    Correct.

Page 40

1    Q.    And then if, in that process, there is
2  an issue that arises, the U.K. person could have
3  reached out to a FICO person?
4    A.    Correct.
5    Q.    And do you know whether they -- and do
6  you know whether they did or not?
7    A.    Due to the time, people did not remember
8  exactly, but yeah, as I recall my conversation, there
9  were issues there and they reached out to FICO for
10 the assistance.
11   Q.    Okay.
12         MR. FLEMING: When you get done with
13 this topic, can we take a short break.
14         MR. HINDERAKER: Of course, sure.
15   Q.    So then following the installation of
16 the software, kind of staying in this time frame of
17 this exhibit, and then following the installation of
18 the software in the U.K., I take it the proof of
19 concept was completed, correct?
20   A.    Correct.
21   Q.    And then Blaze Advisor software becomes
22 fully installed on servers located in the U.K.,
23 correct?
24   A.    Correct.
25   Q.    And then applications using Blaze

Page 41

1  Advisor software having been developed are also
2  installed on the servers in the U.K.?
3    A.    That is correct.
4    Q.    For use by the insurance companies in
5  Europe?
6    A.    That's -- again, I'm not sure about the
7  exact name, but yes.
8    Q.    But yes, that's why I said Europe rather
9  than a particular company. Okay.
10   A.    Yeah.
11         MR. HINDERAKER: All right. Let's take
12 a break then, now, if you would like to.
13         THE VIDEOGRAPHER: The time is
14 10:03 a.m. and we are going off the record.
15         (Discussion off the record.)
16         (Exhibit 4, E-Mail Chain, marked for
17 identification, as of this date.)
18         THE VIDEOGRAPHER: The time is 10:12
19 a.m. and we are back on the record.
20 BY MR. HINDERAKER:
21   Q.    We have had a short break. Welcome
22 back.
23   A.    Thank you.
24   Q.    Is there anything from your testimony so
25 far that you would change or modify?

Page 50

```
 1  rules management system with Blaze Advisor, the
 2  software determines that a particular application can
 3  proceed without human intervention?
 4      A.    Correct, but particular renewal can
 5  proceed without human intervention.
 6      Q.    And that the judgment that the renewal
 7  can proceed without -- I hate to -- you know, there
 8  is -- software is a -- and we're talking about it
 9  doing things like thinking and judging, but that
10  determination that the renewal can proceed without
11  human intervention is a determination using the
12  software with Blaze Advisor?
13      A.    Correct.
14      Q.    Okay.  From your personal knowledge as
15  well as from your interviews in preparation for
16  today's 30(b)(6) deposition, do you know how the
17  Blaze Advisor software was distributed to the servers
18  in Europe?
19      A.    They were deployed by the release
20  management team into the server in Europe based on
21  the installation files provided by FICO.
22      Q.    Those installation files provided by
23  FICO resided on internal -- on a Chubb website?
24      A.    Correct, and the one that was provided
25  on the prior exhibit.
```

Page 51

```
 1      Q.    All right.  So this is another instance
 2  where people in the U.K. could access the Blaze
 3  Advisor software through the internal Chubb website
 4  access, and if things go well, install the software
 5  on servers in the U.K.?
 6      A.    Correct.
 7      Q.    And then the policy administration
 8  system, that is -- whereby, in which the Blaze
 9  Advisor software was implemented, that policy
10  administration system was also, then, on the U.K.
11  servers?
12      A.    I would -- I don't know that for a fact,
13  but most likely, it was.
14      Q.    Mr. Setti, in that third paragraph,
15  identifies in general, European countries with strong
16  economies.  And you know, by implication there,
17  European countries without strong economies.
18            My question is do you know what European
19  countries insurance was sold into with the policy
20  administration system on the U.K. servers?
21      A.    I don't.
22            MR. HINDERAKER:  Mark that the next
23  exhibit.
24            (Exhibit 6, Second Supplemental Answers
25  to Interrogatories Nos. 2, 3 and 4, marked for
```

Page 52

```
 1  identification, as of this date.)
 2      Q.    Sir, Exhibit 6 is a document that's part
 3  of the litigation process.  It's Federal Insurance
 4  Company's second supplemental answers to
 5  interrogatory numbers 2, 3 and 4.
 6            Do you know if you've seen this before?
 7      A.    I did.
 8      Q.    Okay.  And have you had a chance to
 9  review it, and do you know whether the answers and
10  responses in the document are accurate?
11      A.    It is.  Yes, to both.
12      Q.    All right.  And in the last page of
13  Exhibit 6, you'll see a verification or a page that's
14  titled Verification.
15      A.    Yes.
16      Q.    Okay.  And it's unsigned, but it's set
17  up for your signature.
18            Would you read that verification and
19  tell me whether you agree with it.  You can read it
20  to yourself.
21      A.    Okay.  I agree with it.
22      Q.    Okay.  And on page -- let me back up.
23            On page 2, there is interrogatory No. 2
24  that's set forth there.
25            And then -- I'm not trying to rush you.
```

Page 53

```
 1  I'm just going to give you orientation.  And then
 2  under the second supplemental answer on page 3, you
 3  will see where it says 1, Chubb Insurance Company of
 4  Europe SC at least by 2010.
 5            And do we agree, based upon the e-mails
 6  that you've looked at, that Blaze Advisor software
 7  was installed whether on a computer or on a quote,
 8  server, in the U.K. in 20009?
 9      A.    Agree.
10            MR. HINDERAKER:  Mark that, please.
11            (Exhibit 7, E-Mail Chain, marked for
12  identification, as of this date.)
13      Q.    You've been given Exhibit 7.  And do we
14  agree this is an e-mail from yourself to Tony Zhang
15  dated December 3, 2010 re:  Blaze business rules
16  engine?
17      A.    Correct.
18      Q.    Again, familiarize yourself with it and
19  when you're ready, I'll have a few questions.  Okay?
20      A.    Yes.
21      Q.    Who is Tony Zhang?
22      A.    Tony Zhang is architect for Canadian IT
23  team.
24      Q.    And in this e-mail from yourself to him,
25  what are you advising him?
```

Page 54

1  A.   I'm advising him on what is the latest
2  version of Blaze Advisor and where he can find the
3  installation instructions.
4  Q.   So the latest version is, at the date of
5  this e-mail, is 6.9?
6  A.   Correct.
7  Q.   And Mr. Zhang can find the installation
8  instructions on the internal Chubb website?
9  A.   Wikipedia, yes, that's correct.
10 Q.   And do you recall that Mr. Zhang in
11 fact, following your e-mail, installed Blaze Advisor
12 6.9 on servers located in Canada?
13 A.   I recall that he installed it on his
14 laptop.  I do not have knowledge if he installed it
15 on the server based in Canada.
16 Q.   Okay.  And with respect to the
17 installation on his laptop, you understand that he
18 installed the full Blaze Advisor version 6.9 that was
19 available to him from the internal Chubb website?
20 A.   Correct.
21 Q.   And the means by which he did it would
22 be the same means as we've talked about earlier in
23 the context of the U.K.?
24 A.   Absolutely the same.
25 Q.   Do you have any -- do you know after all

Page 55

1  of your interviews and your own knowledge whether
2  anyone from FICO was involved in installing Blaze 6.9
3  in Canada?
4  A.   I believe, based on the conversation at
5  that point of time, that it was also an issue and
6  they were working with FICO to troubleshoot.
7  Q.   And when was this conversation?
8  A.   In around 2010, 2011.
9  Q.   Okay.  Not a conversation that you had
10 to prepare for today's deposition?
11 A.   Not specifically, no.  Tony is no longer
12 with the company.
13 Q.   Well, let me go back to the U.K.  I may
14 have misunderstood you.
15      When we were talking about the U.K. and
16 you said that you understood there was FICO
17 involvement for troubleshooting, I asked you who, and
18 one of the people you mentioned who had knowledge of
19 that, one of the people you mentioned, was David
20 Gibbs.
21 A.   Correct.
22 Q.   Now, did you interview David Gibbs in
23 preparation for this deposition?
24 A.   Correct.
25 Q.   So that's information that you acquired

Page 56

1  getting ready for today's deposition?
2  A.   That is correct.
3  Q.   You did not have it beforehand?
4  A.   No, I did not.
5  Q.   Okay.  On the other hand, who did you
6  identify for Canada, who did you name -- the person
7  you just identified, Zhang?
8  A.   Tony Zhang, yeah.
9  Q.   So you're saying that you were -- at the
10 time of 2010, your understanding is from Zhang?
11 A.   Yes.
12 Q.   That he got some FICO help?
13 A.   Correct.  That he has an issue during
14 the installation process and he got the FICO help or
15 assistance provided by FICO.
16 Q.   Do you know what the nature of that
17 assistance was?
18 A.   That was just the information he passed
19 to me because of -- I help him initially.
20 Q.   Okay.  And do you know who at FICO he
21 contacted?
22 A.   I was not involved in that conversation.
23 Q.   No knowledge at all?
24 A.   No.
25 Q.   He didn't tell you?

Page 57

1  A.   It's -- he said FICO professional
2  services.
3  Q.   Perhaps -- as far as you know, he could
4  have just accessed FICO through the maintenance
5  support services?
6  A.   Or he could have opened a ticket.
7  Q.   So what he actually did one way or the
8  other is beyond your knowledge?
9  A.   Correct.
10      (Exhibit 8, E-Mail Chain, marked for
11 identification, as of this date.)
12 Q.   Do we agree that Exhibit 8 is an e-mail
13 from Tony Zhang to yourself dated December 6, 2010
14 re:  Blaze rules -- re: Blaze business rules engine?
15 A.   Correct.
16 Q.   And it's a continuation of the string
17 that started with Exhibit 7?
18 A.   Correct.
19 Q.   And do we agree that Exhibit 8 confirms
20 that Mr. Zhang was able to install Blaze Advisor 6.9
21 in Canada?
22 A.   That is correct.
23      (Exhibit 9, E-Mail dated May 5, 2011,
24 marked for identification, as of this date.)
25 Q.   Do we agree that Exhibit 9 is an e-mail

Page 70

1 the course of life in 2014.
2           MR. FLEMING: Okay.
3           MR. HINDERAKER: June 30th.
4           MR. FLEMING: Lack of foundation, then.
5      A.   I assume that this is the attachment for
6 this e-mail?
7      Q.   Yes.
8      A.   I cannot say one way or another because
9 the file name is not listed in the document.
10     Q.   The document doesn't have the file name
11 to tell you exactly, right?
12     A.   Yeah.
13     Q.   Do you have any reason to believe that
14 it's not?
15     A.   I have no reason to believe any way,
16 either way.
17     Q.   Either way?
18     A.   Yeah.
19     Q.   Fair enough.
20          So if we go to page 18 entitled Surety
21 Bond Services, what that means is a subject for
22 somebody else, do we agree?
23     A.   Correct.
24     Q.   And then on page 19, I just want to
25 point out, it says the booking system for U.S.,

Page 71

1 Canada and Australia. And then on page 20, it says
2 rules validation via Blaze. Under fact sheet, it
3 says rules validation via Blaze.
4           Do you know one way or the other whether
5 Blaze Advisor software was installed on servers in
6 Australia to support surety bond services?
7      A.   No, I believe surety bond services was
8 installed in the U.S. servers.
9      Q.   Do you know that Australian -- the
10 people in Australia accessed that application from
11 Australia to the U.S. servers?
12     A.   I don't know that.
13     Q.   One way or the other?
14     A.   One way or another.
15     Q.   Okay.
16     A.   Only speak to the technical fact that
17 that was installed in U.S., on U.S. servers.
18     Q.   All right. So whether it was used in
19 Australia, you don't know one way or the other?
20     A.   No.
21     Q.   Because earlier you told us that to your
22 best knowledge, Blaze Advisor software was not
23 installed in Australia?
24     A.   Correct.
25     Q.   So does this information change your

Page 72

1 understanding in that regard?
2      A.   It does not. It says application itself
3 was installed on U.S. servers which confirm what I
4 said before.
5      Q.   Okay.
6           (Exhibit 16, Chubb Arch PLD Project
7 Statement of Work, marked for identification, as of
8 this date.)
9           THE VIDEOGRAPHER: The time is
10 11:11 a.m. and we are going off the record.
11          (Discussion off the record.)
12          THE VIDEOGRAPHER: The time is
13 11:19 a.m. and we're back on the record.
14 BY MR. HINDERAKER:
15     Q.   Did I give you Exhibit 16? You have it.
16 The court reporter gave it to you. Good. All right.
17          Are you familiar with this document from
18 days gone by?
19     A.   I'm not.
20     Q.   All right. Do you know who or what
21 AppCentrica is?
22     A.   It's an IT window providing services to
23 Chubb.
24     Q.   IT vendor?
25     A.   IT vendor.

Page 73

1      Q.   All right. And do you know what Chubb
2 Arch PLD Project means?
3      A.   It means that it's a Chubb architecture
4 physical analogical design document. It's just the
5 name of the template for the document.
6      Q.   Physical analogical design. All right.
7      A.   Yeah. Unless I'm mistaken, the PLD
8 architect -- let me rephrase it. I'm not familiar
9 with the PLD acronym.
10     Q.   But your best understanding, that's what
11 you think it means, correct?
12     A.   Yeah.
13     Q.   All right. It's not -- let me direct
14 your attention to the third page. And we can just
15 read together that the document provides a statement
16 of work for the Evolution engagement in 2015 and 2016
17 between the vendor, AppCentrica and Chubb Insurance
18 Company of Canada, agreed?
19     A.   Agreed.
20     Q.   And what is Evolution?
21     A.   It is the name of the policy
22 administration system used in Canada.
23     Q.   Okay. And this document goes on to say
24 "The focus of the work," and then I'll skip a few
25 words, "over the next two years will be the design

Page 74

1 and development of the Evolution system for
2 Australia."
3          Do you see that?
4     A.   Yep, I do.
5     Q.   Do you have, as the 30(b)(6) witness,
6 any understanding of the installation of Evolution in
7 the -- on an Australian?
8     A.   I don't.
9     Q.   Okay. Do you have any knowledge with
10 respect to this project, to bring the Evolution
11 system to Australia?
12     A.   I have no knowledge.
13     Q.   If you could return to Exhibit 6,
14 please. And then with respect to interrogatory 2.
15 And again, with respect to page 3. And you'll see it
16 says 3, Chubb Insurance Company of Australia Limited
17 at least by 2015.
18     A.   Correct.
19     Q.   Okay. So we agree that by -- at least
20 by 2015, Blaze Advisor was installed on servers in
21 Australia?
22     A.   According to the Exhibit 3, right, but
23 not according to the document here. Not according to
24 the Exhibit 16, just to clarify.
25     Q.   Which, Exhibit 16, which to clarify, is

Page 75

1 an exhibit that you don't have any knowledge about?
2     A.   Yeah.
3     Q.   All right. Staying with -- is this
4 Exhibit 6? And let me direct you to interrogatory
5 No. 4. That's on page 6. And then the answer goes
6 on to 6 and 7. At the bottom of page 6, it says
7 "Chubb Insurance Company of Canada has used at least
8 Evolution." Do you see that?
9     A.   Correct.
10     Q.   Okay. And I'm a bit confused still from
11 the testimony. We know that Blaze Advisor software
12 has been installed on servers in Canada.
13     A.   Correct.
14     Q.   Do we also know from your knowledge that
15 the application of Evolution uses Blaze Advisor
16 software also installed on servers in Canada?
17     A.   Correct.
18     Q.   Okay. And then Chubb Insurance Company
19 of Europe has used EZER, E-Z-E-R and ADAPT.
20     A.   Correct.
21     Q.   And those are applications that use
22 Blaze Advisor software, correct?
23     A.   Correct.
24     Q.   And those applications are also
25 installed on servers in Europe?

Page 76

1     A.   Correct.
2     Q.   Okay.
3     A.   To my knowledge.
4     Q.   Of course. And then Chubb Insurance
5 Company of Australia has used at least ADAPT.
6     A.   I don't know. I don't have this
7 information.
8     Q.   All right. Okay. If you turn the page,
9 and it lists various applications, and then the
10 business unit.
11          Do you see that?
12     A.   Yes, correct.
13     Q.   Does this information at all change your
14 testimony or modify your testimony with respect to
15 where the Blaze Advisor software -- let me start that
16 over again.
17          Does this information modify at all your
18 testimony with respect to the location of the servers
19 or computers, at which, Blaze Advisor software has
20 been installed?
21     A.   Not at all.
22     Q.   Okay. With respect to Exhibit 6, would
23 you go to page 3 again. And the last sentence of the
24 first paragraph says "In addition, information
25 regarding the Blaze Advisor software and

Page 77

1 accessibility to it were provided on internal Chubb
2 organization shared space."
3          Do you see where I read that?
4     A.   Am I in the wrong exhibit?
5     Q.   Exhibit 6, page 3.
6     A.   Page 3. I'm on the wrong page. Oh,
7 thank you.
8     Q.   And you have identified and we have
9 spoken about in the context of various e-mails
10 internal Chubb access to Blaze Advisor software,
11 correct?
12     A.   Correct.
13     Q.   Do you remember that?
14     A.   Correct.
15     Q.   This sentence, In addition, information
16 regarding the Blaze Advisor software and
17 accessibility to it were provided on internal Chubb
18 organization shared space, is that referencing that
19 site that we've been -- you've been talking about and
20 telling us about?
21     A.   Yeah, this is correct.
22     Q.   Could anybody within Chubb access that
23 site?
24     A.   Yes. It's internal Chubb organization
25 site, so people who also rights to use the Chubb

Page 78

1  network can access the site.
2  Q.  You told us about the potential
3  migration relative to Canada, you told us that Blaze
4  Advisor is installed in servers in the U.K.
5      Are you aware of any plan to migrate
6  Blaze Advisor software from U.S. Chubb servers to the
7  United States or anywhere else?
8  A.  I'm not aware of those plans.
9  Q.  With respect to that internal website of
10 Chubb for accessing Blaze Advisor software, do you
11 keep any records of who accesses that site and when
12 for the Blaze Advisor software?
13 A.  No, we don't.  It's a Wikipedia site
14 which means it's open access for the internal Chubb
15 employees.
16      MR. HINDERAKER:  Thank you for your
17 time.
18      THE WITNESS:  Thank you.
19      THE VIDEOGRAPHER:  The time is
20 11:32 a.m. and we are going off the record.
21      (Discussion off the record.)
22      MR. HINDERAKER:  Counsel agree that the
23 witness will read and sign the transcript.
24      MR. FLEMING:  Yes.
25      (Time noted: 11:32 a.m.)

Page 79

1                 CERTIFICATE
2
3      I, LORRAINE B. ABATE, a Certified
4  Court Reporter and Notary Public of the State of New
5  Jersey and Registered Professional Reporter, do
6  hereby certify that prior to the commencement of the
7  examination, HENRY MIROLYUZ was duly sworn by me to
8  testify the truth, the whole truth and nothing but
9  the truth.
10      I DO FURTHER CERTIFY that the foregoing
11 is a true and accurate transcript of the testimony as
12 taken stenographically by and before me at the time,
13 place and on the date hereinbefore set forth.
14      I DO FURTHER CERTIFY that I am neither a
15 relative nor employee nor attorney nor counsel of any
16 of the parties to this action, and that I am neither
17 a relative nor employee of such attorney or counsel,
18 and that I am not financially interested in the
19 action.
20 _____
            *Lorraine S. Abate, CCR, RPR*
21         Certified Court Reporter
          Registered Professional Reporter
22        Notary Public of the State of New Jersey
          My Commission expires December 29, 2019
23        CCR License No. XI01992
24 Dated: August 10, 2018
25

Page 80

1  STATE OF NEW JERSEY  )                PG.___OF___PGS.
2                       ss:
3  COUNTY OF ESSEX      )
4
5      I wish to make the following changes, for the
6  following reasons:
7  PAGE   LINE
8  ____   ____    CHANGE:_____
9                 REASON:_____
10 PAGE   LINE
11 ____   ____    CHANGE:_____
12                REASON:_____
13 PAGE   LINE
14 ____   ____    CHANGE:_____
15                REASON:_____
16 PAGE   LINE
17 ____   ____    CHANGE:_____
18                REASON:_____
19 PAGE   LINE
20 ____   ____    CHANGE:_____
21                REASON:_____
22 PAGE   LINE
23 ____   ____    CHANGE:_____
24                REASON:_____
25