# EXHIBIT 9

# FILED UNDER SEAL

HENRY MIROLYUZ - 01/11/2019

```
 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
 2

 3

 4  _____

 5
    FAIR ISAAC CORPORATION, a      X
 6  Deleware corporation

 7              Plaintiff(s)

 8
           -vs-                    X    CASE NO. 16-cv-1054
 9                                      (WMW/DTS)
    FEDERAL INSURANCE COMPANY, an
10  Indiana corporation, and ACE
    AMERICAN INSURANCE COMPANY, a
11  Pennsylvania corporation
                                   X
12              Defendant(s)

13  _____

14

15

16           DEPOSITION OF HENRY MIROLYUZ

17

18         DATE:  JANUARY 11, 2019

19              HELD AT:

20           HUSEBY - CONNECTICUT
                249 Pearl Street
21            Hartford, Connecticut

22                  ---

23

24        Dawn C. Mahoney, LSR #142

25
```

Epiq Court Reporting Solutions - Minneapolis
1-877-489-0367                              www.deposition.com

Page 18

1  does that mean?
2       A   Can you repeat the question, please?
3       Q   Mr. Thompson says, "I assume you're running
4  on our infrastructure over here."  My question is:
5  What does that mean?
6       A   His assumption is that the Blaze is being
7  run on the infrastructure in the United States.
8  That's my understanding of the statement.
9       Q   Thank you.  And of course, whether that's
10 right or wrong is not something you know.  But again,
11 it would be technically possible to do that?
12      A   Correct.
13      Q   Okay.  This is Exhibit 154 from an earlier
14 deposition.  I just have some questions to you about
15 it.  I understand this date is after -- I understand
16 the date, 2018.  But you're familiar with reports that
17 are called ChEAR reports or CHUBB Enterprise
18 Application Registry?
19      A   Correct, I am.
20      Q   Could you explain what they are for me,
21 please?
22      A   This is the repository or registry of all
23 the application -- production application at CHUBB.
24      Q   Okay.  As a repository of the production
25 applications at CHUBB, is it a report that reports on

Page 19

1  the status of things as of the date of the report?
2       A   Correct.  As they're entered into the
3  repository.
4       Q   The status of those things as information is
5  entered into the repository?
6       A   Correct.
7       Q   Thank you.  So if I was to -- let's look at
8  the last page of this exhibit, 154, sort of up in the
9  top third: Asia Pacific, Evolution, Evolution Asia
10 Pacific, Technology, and then under Technology
11 Version, Technology Blaze Advisor and then under
12 Technology Version, Blaze Advisor 7.1.  Do you see
13 that line?
14          MR. FLEMING:  On what page?
15          MR. HINDERAKER:  The last page.
16          MR. FLEMING:  No Bates stamp on it,
17      right?
18          MR. HINDERAKER:  That's correct.
19          THE WITNESS:  Evolution.  My apologies.
20      It's not what -- I think my last page is
21      different from your last page.
22          MR. HINDERAKER:  Well, that's trouble.
23          MR. FLEMING:  Yeah, my last page is
24      different also.
25          MR. HINDERAKER:  Here we go again.  So

Page 20

1  let's try -- I was working off of something else.
2  Sorry.
3       Q   (By Mr. Hinderaker)  Go to the fifth page
4  in.  Now it's on the bottom third -- Asia Pacific,
5  Evolution Asia Pacific, Blaze Advisor, and then Blaze
6  Advisor 7.1.  Do you see that line?
7       A   Correct.
8       Q   Okay.  This is telling us that Blaze Advisor
9  7.1 is being used for Evolution in the Asia Pacific
10 zone?
11      A   What it tells me is that the Evolution
12 application was used by Asia Pacific.
13      Q   Yes.  And is it saying that that application
14 is running on Blaze 7.1?
15      A   It's using Blaze 7.1.  Correct.
16      Q   Okay, thank you.
17          MR. HINDERAKER:  Whatever the next one
18      is.
19          (Plaintiff's Exhibit 184 marked for
20      identification.)
21      Q   So I've given you Exhibit 184, which is, by
22 it's heading -- well, it's dated April 9, 2008 and, by
23 it's heading, it's another ChEAR monthly
24 maintenance -- another ChEAR report.  Do you agree?
25      A   Agree.

Page 21

1       Q   Would you go to what's marked as page 8 of
2  26 in the document?
3       A   Yeah.
4       Q   If we go --
5           MR. FLEMING:  Wait a minute.  So this
6       goes from -- how many pages in are you talking
7       about?
8           MR. HINDERAKER:  The page is numbered
9       at the bottom, 8 of 26.
10          MR. FLEMING:  Okay.  Because it's
11      numbered at the beginning pages.  Okay.  8 of 26.
12      Q   (By Mr. Hinderaker)  So on page 8 of 26, if
13 we go down, what, five and six lines, it's telling us
14 that Blaze Advisor 6.1 and 6.5X are being used.  Can
15 you tell from this exhibit where that use is?
16      A   No.  And actually, it doesn't tell that it's
17 being used.  It's says it's being available as a
18 technology.
19      Q   Oh, okay.  Thank you.  So that it's meaning?
20      A   Correct.
21      Q   It's available as an technology.  Whether
22 it's used or not, we don't know from this exhibit?
23      A   Correct.
24      Q   If it is used, where it's used, we don't
25 know from this exhibit?

Page 22

1  A   We don't know.
2  Q   This is an exhibit from your earlier
3  deposition when we talked about installations in the
4  UK. As you see, the document comes -- it's from
5  yourself to Richard Johnson and others.
6      Can you confirm for me that as of this date
7  this document reports that Blaze Advisor 6.7 is being
8  used in Europe?
9  A   It does not confirm that it was used. All
10 it confirm is that I provide the information where
11 they can -- if they choose so to download the
12 software. But it does not confirm that it was used.
13 Q   All right. SO if at this time they were to
14 download Blaze Advisor from that internal site of
15 CHUBB, it would be version 6.7 that would be
16 downloaded?
17 A   Correct.
18     (Plaintiff's Exhibit 185 marked for
19     identification.)
20 Q   I'm showing you -- you have Exhibit 185, an
21 e-mail dated May 25, 2010. Dean Lawton, is he from
22 Europe?
23 A   According to the e-mail heading, yes, he is.
24 Q   Okay. And are all of the recipients from
25 Europe, according to the header?

Page 23

1  A   That is correct.
2  Q   And then the carbon copy is Ewen Setti.
3  He's European, he's from London as well?
4  A   Yes. Yes, he is.
5  Q   Okay. Do you know what the application
6  Adapt/Adapt BE is?
7  A   To my knowledge, it's a policy
8  administration system for the, I believe, ABL line of
9  business.
10 Q   What is the ABL line of business?
11 A   I do not -- I do not recall. It's accident
12 and death, I believe, benefits. But that's my
13 assumption.
14 Q   And would you give us the meaning of a
15 policy administration system?
16 A   It's an application which allows to book,
17 bind and issue policies -- insurance policies for the
18 specific line of business.
19 Q   Do brokers and agents use it?
20 A   Sometimes. I'm not sure about this
21 particular case.
22 Q   Okay. I guess let's just talk about policy
23 administration systems in general and your knowledge
24 about that. As a general statement, brokers and
25 agents use policy administration systems to sell

Page 24

1  insurance to their customers?
2  A   It's primarily -- to my knowledge, it's
3  primarily used by the internal staff, basic
4  information provided by brokers and agents. Of
5  course, there could be exception to that rule. But as
6  a general rule, it's for the internal staff.
7  Q   All right. So then based upon information
8  provided by the brokers and agents, the policy
9  administration system then responds to the broker and
10 agent with the proposed solution or the proposed
11 policy and a quote for that policy?
12 A   Correct. And if they accept it, they book,
13 bind and issue the policy.
14 Q   And then if the agent accepts the -- or the
15 customer accepts the policy, the agent then does
16 something -- provides information, and as a
17 consequence, the policy administration system presents
18 to the agent the information that binds -- the
19 customer has a binding insurance policy and it's
20 booked and the deal is done, correct?
21     (Plaintiff's Exhibit 186 marked for
22     identification.)
23 Q   Now you have Exhibit 186. This is an
24 e-mail. I acknowledge that you are not showing on the
25 chain. Could you identify John Sarnese, please?

Page 25

1  A   He is the architect at CHUBB IT. He was at
2  that time. He was an architect at CHUBB IT.
3  Q   CHUBB where?
4  A   CHUBB IT.
5  Q   CHUBB IT. In the U.S.?
6  A   In the U.S.
7  Q   And Patrick Sullivan, as you said, was chief
8  architect?
9  A   Chief architect.
10 Q   In the U.S.?
11 A   Correct.
12 Q   And then the subject matter of the
13 attachment is Blaze Platform Application Usage Matrix.
14 If we look at the last page -- I'm asking for your
15 interpretation of the last page.
16     MR. FLEMING: Literally, the last page
17     that I have is this; it has two words on it.
18     MR. HINDERAKER: How about the second
19     to the last page?
20 Q   So it starts off with "SBU" as the column
21 header?
22 A   Correct.
23 Q   That means business unit?
24 A   Correct.
25 Q   Do you know what "S" stands for?

Page 30

1   Q   Which CHUBB employees?
2   A   I spoke in the past with --
3       MR. FLEMING: Objection; asked and
4   answered at the last deposition.
5       MR. HINDERAKER: Go ahead.
6       THE WITNESS: I spoke with Miranda
7   Chang, I spoke with Ramesh Pandey, and I spoke --
8   as part of the people that I can remember -- and
9   I spoke with Zorica Todorovic.
10  Q   Did you speak with anybody -- that was in
11  the past. Did you speak with anybody to prepare
12  yourself for your testimony on Topic 15 today?
13  A   I spoke with Zorica Todorovic to prepare on
14  topic today.
15  Q   So spoke with that person again?
16  A   Yes.
17  Q   Anyone else?
18  A   No.
19  Q   Based upon that, can you identify any person
20  from FICO that assisted in the installation of Blaze
21  Advisor in the UK?
22      MR. FLEMING: Objection; asked and
23  answered in the last deposition.
24      MR. HINDERAKER: Go ahead.
25      THE WITNESS: I cannot identify those.

Page 31

1   They dealt with the help desk support and they
2   would raise the tickets. So they did not -- that
3   worked generically as FICO. Mike Sawyer would be
4   the contact person for me in case any additional
5   assistance would be needed.
6   Q   Do you recall yourself contacting or
7   engaging Mike Sawyer and yourself?
8   A   I did.
9   Q   And when was that?
10  A   That's during the -- between 2010 and 2014
11  if my memory serves me correctly.
12  Q   Okay. Tell me about your contacts with Mike
13  Sawyer.
14  A   I got informed by developers that there was
15  an issue and they need to be resolved quickly. So I
16  would just make him aware. Because as a client
17  representative of FICO, he has an influence to
18  expedite the request to go to the help desk.
19  Q   Is it fair to say that you advised Mike
20  Sawyer making him aware that people in the UK were
21  reaching out to the help desk for help?
22  A   Correct. In the UK or U.S. That was normal
23  part of my working relationship with him.
24  Q   Do you recall specifically reaching out to
25  Mike Sawyer specific to install issues in the UK?

Page 32

1   A   I believe I did.
2   Q   You believe you did?
3   A   Yes.
4   Q   Do you recall when?
5   A   I don't recall the exact date.
6   Q   Same questions with respect to installations
7   in Canada.
8   A   Again, I did -- yes, I did. And I do not
9   recall the exact date.
10  Q   So again, there's no individual person at
11  FICO that you know of that assisted in the
12  installation?
13  A   No.
14  Q   To your knowledge, who do you -- did anybody
15  tell you -- as opposed to your assumptions, did
16  anybody tell you that Canadian CHUBB representatives
17  placed tickets at the help desk?
18  A   My conversations in the past with Tony Zahn,
19  who was the architect for the Canadian zone, that they
20  opened the ticket.
21  Q   Okay. The same question with respect to
22  Australia.
23  A   I did not work with Australia or was not
24  engaged by anybody in Australia regarding the use of
25  Blaze.

Page 33

1   Q   Okay. So you don't know the answer to that
2   one way or the other?
3   A   I don't, yeah.
4   Q   Your understanding after speaking with these
5   people, let me see if it I have clear, is that CHUBB
6   representatives in the UK, CHUBB representatives in
7   Canada use the internal CHUBB website to download
8   Blaze Advisor on their respective servers?
9   A   Not correct. Not to the respective desktop
10  or laptops or virtual machines.
11  Q   All right. To download Blaze Advisor
12  software on their respective laptops or their
13  respective servers, whichever --
14  A   We do not download software from the website
15  to the server. It would always be downloaded to the
16  personal workstation.
17  Q   And then how does it get to the servers?
18  Let's say that CHUBB has servers in Toronto. How does
19  it get to those servers?
20  A   Blaze itself is never installed on the
21  server. It gets deployed as part of the application.
22  Q   Let's just take an application that's
23  running to support the insurance sales in Europe.
24  Let's call the application Evolution.
25  A   Correct.

Page 34

1  Q   Blaze Advisor is downloaded on what in the
2  UK?
3  A   It will get downloaded to the developer's
4  workstation.
5  Q   Okay.  And then the developer -- and his
6  workstation will develop the Evolution application?
7  A   Correct.
8  Q   And then when somebody in Europe, anybody in
9  Europe, is using the Evolution application, whether
10 CHUBB or broker or agent, that application is -- where
11 is the Blaze Advisor software on which that
12 application is running hosted?
13 A   Blaze Advisor software gets packaged as a
14 part of the application and deployed to the server,
15 whatever the team -- specific IT team decided to
16 deploy.  Location of the server being known only to
17 the team itself.
18 Q   Could you say that again?
19     MR. FLEMING:  Could you read the
20     answer.
21     (The requested testimony was read back
22     by the court reporter.)
23 Q   Is it accurate to say that the Blaze Advisor
24 software is -- I'm sorry.  Is it accurate to say that
25 the application includes the Blaze Advisor software?

Page 35

1  A   Correct.
2  Q   Okay.  So the application that is being run
3  to support the sale of insurance in Europe is on
4  computers in Europe?
5  A   No, it is not.  It is in the computers used
6  by people in Europe, but computers could be located in
7  the United States or any other geographical region.
8  Q   Do you know one way or the other whether the
9  applications running is Europe were -- the Blaze
10 Advisor applications running in Europe were hosted on
11 computers in Europe?
12 A   I don't know one way or another.
13 Q   Not one way or the other?
14 A   Never interested me.
15     (Court reporter asked for
16     clarification.
17 A   It never interested me.  It was not part of
18 the my duties.
19 Q   So then with respect to applications that
20 support the sale of insurance in Canada, the Blaze
21 Advisor -- the applications include the Blaze Advisor
22 software?
23 A   Correct.
24 Q   Do you know one way or the other where the
25 applications that include the Blaze Advisor software

Page 36

1  are hosted?
2  A   It was -- for the Canada it was hosted on
3  the U.S. servers.
4  Q   All right.  But before you told us that in
5  Canada applications were being migrated to North
6  Carolina?
7  A   Yes, it was my mistake.  That was my
8  original deposition.  Based on my recent conversation
9  with Zorica, I got ahold of the more correct
10 information.
11 Q   So is your testimony today that there has
12 never been a migration to the United States from
13 Canada?
14 A   To my knowledge -- I'm not sure.  I cannot
15 speak if it was migration or not.  I know that the
16 application, per her statement -- per my conversation
17 with Zorica, application is hosted and was hosted on
18 the U.S. server in the time Blaze was developed.
19 Q   And then computers in Canada are running the
20 application?
21 A   It's computers -- again, computers running
22 Blaze software are also hosted the United States.
23 Q   To your knowledge, the testimony that you're
24 giving today is that the Blaze Advisor software
25 applications have not been migrated from Canada to the

Page 37

1  United States?
2  A   Blaze Advisor -- to my knowledge, Blaze
3  Advisor was not -- application running Blaze Advisor
4  was not.  It could have been migrated before, but the
5  Blaze Advisor software and the application using the
6  Blaze Advisor was hosted in the United States.
7  Q   Always?
8  A   To my knowledge, yes.
9     MR. FLEMING:  We've been going about an
10    hour.  When you get to the end of a topic, can we
11    take a break?
12    MR. HINDERAKER:  Sure.  Now is fine.
13    THE VIDEOGRAPHER:  We're going off
14    record.  The time would be approximately at 9:56.
15    (Recess taken from 9:56 to 10:09)
16    THE VIDEOGRAPHER:  We are back on
17    record.  The time is approximately 10:09.  You
18    may continue.
19 Q   (By Mr. Hinderaker)  Welcome back.
20 A   Thank you.
21 Q   What caused you to change your testimony
22 regarding the fact of Blaze Advisor software being
23 hosted on servers in Canada?
24    MR. FLEMING:  I'll object.  It's
25    argumentative.