# EXHIBIT 10

# FILED UNDER SEAL

|        |                                                                                                                                                                                                                                                                                                                                                       |
|--------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| From:  | CN=Zarar Siddiqi/O=ChubbMail                                                                                                                                                                                                                                                                                                                          |
| Sent:  | Thursday, September 13, 2012 12:19 PM                                                                                                                                                                                                                                                                                                                 |
| To:    | CN=Alexander Pavlenko/O=ChubbMail@ChubbMail; ken.kitamura@appcentrica.com; CN=Svjetlana Golubovic/O=ChubbMail@ChubbMail; CN=Tony Zhang/O=ChubbMail@ChubbMail; CN=Zorica Todorovic/O=ChubbMail@ChubbMail; Rob Lokinger <rob.lokinger@appcentrica.com> |
| Subject: | Minutes - Evolution Weekly Meeting (Recurring)                                                                                                                                                                                                                                                                                                      |
| Attach: | Visio-Producers, Brokers, and Agents.pdf                                                                                                                                                                                                                                                                                                              |

Hi all,

Sorry for the delay, here are the minutes from our Tuesday meeting. Please let me know of any amendments.

The attached Producer Model is valid.

Sub-producer is a concept that should not exist in Evolution. The booking implications of this will need to be investigated when the Producer Management container is developed.
"Option 2" - ESB with Custom Workflow is what will be proposed in presentation to Sully.
Meeting with Sully is on Sep 26, the deck to be presented needs to be updated by Sep 20
Tony to consult Ken/Alex to ensure that the deck explains why Metastorm is not being proposed (e.g., because it's purely workflow and doesn't fit into the SOA approach)
Tony to consult Ken/Alex to explain the design for the custom workflow (e.g., role of Blaze)
Tony to consult Ken/Alex to propose how ESB will be used (e.g., local copy, or reside in the US)

Thank you,

Zarar Siddiqi

PM, CAZ IT
416.359.3222 x4573

Confidential

FED003425_0001

| | |
|---|---|
| From: | CN=Tony Zhang/O=ChubbMail |
| Sent: | Friday, October 5, 2012 1:29 PM |
| To: | CN=Dejan Stojkovic/O=ChubbMail@ChubbMail; CN=Dali Yang/O=ChubbMail@ChubbMail |
| Cc: | CN=Alexander Pavlenko/O=ChubbMail@ChubbMail; CN=Zarar Siddiqi/O=ChubbMail@ChubbMail; ken.kitamura@appcentrica.com |
| Subject: | Referral rules discussion |

Hi Dejan /Dali,

Here's the summary of what we discussed:
Business rules in Blaze rules repository should be self-contained, RulesTypeId should not be defined in the rules wrapper class, it will be removed from the BOM definition (Dali to-do). In case of adding a new rule, we can compile the rules, and copy the compiled file to Application server, no Java change is required.
Rule service will return an array of DecisionInfo objects, including Rule Group Types, and descriptions.
We need to investigate localization capability within Blaze, and locale information will be passed to rule engine through Policy Wrapper (the wrapper around Policy data to provide additional input/output information).

Thanks!
Tony