# EXHIBIT 11

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | CN=Tony Zhang/O=ChubbMail |
| **Sent:** | Tuesday, October 8, 2013 8:40 AM |
| **To:** | CN=Dejan Stojkovic/O=ChubbMail@ChubbMail; CN=Dali Yang/O=ChubbMail@ChubbMail |
| **Cc:** | ken.kitamura@appcentrica.com; CN=Alexander Pavlenko/O=ChubbMail@ChubbMail |
| **Subject:** | Blaze new version |
| **Attach:** | EmbeddedImage0001.gif |

Hi Dejan / Dali,

Blaze advisor 7.1 now is recommended as the rules standard tool, instead of 6.9.

All you need to do is to install Blaze Advisor 7.1 plugin on RAD 8.5, then you can get all Blaze perspective from RAD IDE, the main functionality is pretty much the same, and it integrates with Java POJO better that the older version.

Please let me know if you have any questions.

Regards,
Tony

FED003510_0001