# EXHIBIT 12

**FILED UNDER SEAL**

RAMESH PANDEY - 11/13/2018

```
 1                UNITED STATES DISTRICT COURT
                     DISTRICT OF MINNESOTA
 2
       FAIR ISAAC CORPORATION,    :  Case No.
 3     a Delaware corporation,    :  16-cv-1054(WMW/DTS)
                  Plaintiff,      :
 4                                :
                  v.              :
 5                                :
       FEDERAL INSURANCE          :
 6     COMPANY, an Indiana        :
       corporation, and ACE       :
 7     AMERICAN INSURANCE         :
       COMPANY, a Pennsylvania    :
 8     corporation,               :
                  Defendants.     :
 9

10          Transcript of the videotape deposition of

11     RAMESH PANDEY, called for Oral Examination in the

12     above-captioned matter, said deposition taken by and

13     before SILVIA P. WAGE, a Certified Shorthand

14     Reporter, Certified Realtime Reporter, Registered

15     Professional Reporter, and Notary Public for the

16     States of New Jersey, New York and Pennsylvania, at

17     REGUS, 55 Madison Avenue, Fourth Floor, Morristown,

18     New Jersey, on Tuesday, November 13, 2018,

19     commencing at 9:08 a.m.

20

21

22

23

24

25     JOB NO. MP-192938
```

Page 74

1  confusion.
2      Q.    Can I see your thing?
3      A.    (The witness complies.)
4            MR. FLEMING:  I think there is a
5  native format and somebody taking the --
6            MR. HINDERAKER:  Oh, damn.
7      A.    That was the thing.  Something was
8  messing up.
9            MR. HINDERAKER:  You know, as an
10 aside, but we can put it on the record because it's
11 an official judgment of mine.  I hate Excel.  It --
12     A.    I was confused.  I say, what is going
13 on?
14     Q.    It's an un-abiding, unmitigated,
15 disastrous application for anybody.
16           I'm going to give you my copy of
17 Exhibit 148.
18     A.    Okay.
19     Q.    And here's my question.
20     A.    Okay.
21     Q.    With respect to this table --
22     A.    Okay.
23     Q.    -- I'd just like to know if there's
24 anything about this table that you disagree with?
25           MR. FLEMING:  So you're going to make

Page 75

1  this as the exhibit?
2            MR. HINDERAKER:  And we'll put that
3  sticker on that one, yeah.
4            THE WITNESS:  Okay, now it makes
5  sense what he was asking.
6            MR. FLEMING:  Okay.  You just want
7  him to focus on CSI or you want him to go through
8  everything?
9      Q.    Just go through the table, top to
10 bottom.  Anything wrong with it?
11     A.    So CSI Express is correct; Decision
12 Point correct; automated renewal correct.  CUW is
13 wrong.  CUW piece, it says that inventory
14 management, that's wrong.
15           (There is a discussion off the
16     record.)
17     A.    It says "inventory management" here
18 in front of CUW.  Inventory management is open text
19 platform, totally different platform.  This is work
20 flow, work flow altering.  That's totally different
21 platform.  It had nothing to do with our rules.
22     Q.    How about Blaze?
23     A.    Oh, no, our rules use Blaze.
24     Q.    Okay.
25     A.    Yeah.  It is a platform called open

Page 76

1  text.  It's a work flow.  So that CUW part is wrong.
2      Q.    Okay.  Continue.
3      A.    There is more --
4            (There is a discussion off the
5     record.)
6      A.    So the next one is IRMA, I.R.M.A.,
7  which I'm not familiar with.
8      Q.    Okay.  The next one then.
9      A.    Tabs, accident prevention compliance.
10 I don't believe that is in the rules of Blaze.
11           Next one is premium booking.  But
12 parts that uses Blaze very light weight.
13     Q.    Next one.
14     A.    For only certain product.  Again,
15 this claim -- CIS claims, unless this is ERCIS
16 claims, ERCIS -- somebody must have cut it off.
17 ERCIS, yes, then that could have, but I don't think
18 they used Blaze there.  So claims piece are also
19 wrong.
20           Cornerstone, no, we didn't use it.
21           And other two I'm not familiar with.
22           So, on this one, actually, CSI
23 Express correct; Decision Point correct; automated
24 renewal process correct.  CUW is wrong.  IRMA and
25 Tabs I'm not familiar with.  Claims is wrong.

Page 77

1  Cornerstone we are planning to use.  We did not use
2  it, so that is also not correct.  And premium
3  booking is partially correct.
4      Q.    Okay.  If we can have that then.
5      A.    And, also, future, we didn't do that.
6  Claim correction future we didn't do.
7            MR. HINDERAKER:  I'm going to give
8  this to the Court Reporter so she can mark this copy
9  as 148.  And put it with the record.
10           (There is a discussion off the
11     record.)
12           MR. FLEMING:  Let's make it clear,
13 when he was testifying earlier it was from a
14 different chart, which caused the confusion.
15           MR. HINDERAKER:  The printing was
16 off.
17           MR. FLEMING:  Yeah.
18           MR. HINDERAKER:  Same chart badly
19 printed.
20           MR. FLEMING:  Yeah.  So there were
21 questions previously with a chart that was
22 incomplete and that's why there was some confusion
23 between the questions and answers and that chart is
24 not being marked and we're including instead the
25 complete chart now as the exhibit.

Page 78

1  (Deposition Exhibit 148, replacing
2  prior Exhibit 148, 2/2/16 e-mail from
3  Henry Mirolyuz to Thomas Benku and Miranda
4  Chiang and attachment FED000588_0001 to
5  marked Confidential, was marked for
6  identification.)
7  (There is a discussion off the
8  record.)
9  Q. Let me change topics a bit.
10 A. Okay.
11 Q. Just some really general questions.
12 I think they're general questions. You're the
13 technology person. Maybe it's a little Dick and
14 Jane, but I need to go through this.
15 So Blaze Advisor is a software
16 product, right?
17 A. Uh-huh.
18 Q. And as a software product, Blaze
19 Advisor is loaded on servers and, I believe, they're
20 in Raleigh, North Carolina?
21 A. Yes, that's our data center.
22 Q. That's your data center, okay.
23 And a server is another name for a
24 group of computers?
25 A. A big computer.

Page 79

1  Q. Big computer, alright.
2  A. Big laptop.
3  Q. So Blaze Advisor is installed at the
4  data center in Raleigh, North Carolina?
5  A. Yes.
6  Q. Do you know whose data center that is
7  today?
8  A. That's new Chubb data center now.
9  Q. Okay.
10 A. Yes.
11 Q. Do you know the corporate entity, the
12 subpart of the big Chubb that, actually, owns that
13 data center?
14 MR. FLEMING: Objection, foundation.
15 Q. If you don't know, just tell me.
16 A. (No response.)
17 Q. Okay. Alright. So we have the Blaze
18 Advisor software and it's installed on the servers.
19 Then when an application that
20 utilizes Blaze Advisor software is run by someone,
21 is a copy then of the Blaze Advisor software, does
22 that go to random access memory?
23 A. On that server.
24 Q. On that server?
25 A. Yeah.

Page 80

1  Q. So it's installed and it's run and
2  part and parcel of running the software is that the
3  software on that server goes to random access
4  memory?
5  A. Yeah, it's part of same computer.
6  It's like cube, so you have random access at the top
7  one, which is the fastest one. Next is slowest one.
8  Then you have a disk and then you have external
9  disk, right. The more further you go -- and then
10 you have tape, slowest you are. Random access means
11 it's in memory.
12 Q. Okay, alright. And then when the
13 application is no longer running and it's no longer
14 being used --
15 A. Then it will take up from there. Or
16 if you have more application running, then it also
17 takes off in two way.
18 Q. I need to -- could you give me that
19 answer more slowly so I can understand.
20 A. Okay, okay, I like that, actually.
21 Q. So, when it -- when the application
22 is no longer running, the random access -- the copy
23 of the software in random access memory is?
24 A. Go to the secondary, third, that way.
25 Q. Okay. And then disappears, right?

Page 81

1  A. No, no. It will go in slowly. So
2  it's like Word document you have on folder, right.
3  When you click it, it goes in memory. You can see
4  it, you can page it. But when you close it, it
5  doesn't go away right away.
6  Q. Then it what?
7  A. It doesn't go away from the memory.
8  Q. Okay.
9  A. Because if you double click again, it
10 opens fast. It's already in memory.
11 Q. Okay.
12 A. You leave it for some time, let's
13 say, 10 minute, 15 minutes, then it will take from
14 memory and put on secondary slower part of it. But
15 if you open, let's say, hundred sub-document,
16 hundred subject for feed, computer have limited
17 memory, right. It decides which one will stay in
18 the memory, which one will not. Then if you open
19 it, it will take you also -- you'll think, okay,
20 might not work because slow, because I will open 20
21 other things. It's slow because it's just moved to
22 slower part of memory.
23 Q. And, in theory, at some point it
24 could just be removed from -- be deleted from
25 memory?

Page 82

1  A.  No, you cannot delete from memory.
2  Q.  Oh --
3  A.  You can put on the slower part of it,
4  like disk --
5  Q.  Okay.
6  A.  -- floppy or whatever.
7  Q.  Alright.
8  A.  It does it by itself.
9  Q.  Okay, thank you. Alright.
10     So let me speak to the time period
11 after the merger now.
12 A.  Okay.
13 Q.  And for the applications that use
14 Blaze Advisor software, is it Ace American Insurance
15 employees who maintain those applications, maintain
16 the data center like you are responsible for those
17 applications continuing to function?
18 A.  So let me ask clarifying question
19 just to make certain. When you say employee of Ace,
20 we all became Ace employee.
21 Q.  You're all Ace employees?
22 A.  So it would be Chubb and Ace, after
23 merger we are new Chubb, actually. On paper we are
24 Ace, right. We get the paper check says Ace but
25 it's Chubb.

Page 83

1  Q.  I understand.
2  A.  So...
3  Q.  But I'm asking about the specific
4  entity called Ace American Insurance Company that is
5  your employer.
6  A.  Uh-huh. So let me tell you and
7  correct me if I'm wrong. From my mind, Chubb
8  employee, like me and Henry, we used to be part of
9  Chubb, new Chubb, we get paid from Ace, but we're
10 still Chubb. We support their software because we
11 are only ones who know that software. The guys who
12 came from Ace, they don't have a clue about the
13 software. They don't know how to do it. We know
14 that.
15 Q.  To your knowledge, are all of the
16 employees who support the software that uses Blaze
17 Advisor, the applications that use Blaze Advisor,
18 all of the employees who support that, are they all
19 Ace American Insurance Company employees?
20 A.  Yes. They are Chubb and some --
21 Q.  New Chubb?
22 A.  New Chubb, yeah. Let's call it new
23 Chubb.
24 Q.  The new Chubb and their paychecks
25 come from Ace American Insurance Company?

Page 84

1  A.  That -- I know my paycheck. I don't
2  know about their paycheck.
3  Q.  Okay. Do you know how many
4  subsidiaries of -- how many subsidiary companies
5  within new Chubb benefit from Blaze Advisor and
6  these named applications that use Blaze Advisor?
7      MR. FLEMING: Objection, lack of
8  foundation.
9  Q.  Do you know?
10 A.  If I have to guess, that I will say
11 only Federal.
12 Q.  But you don't know that?
13 A.  (No response.)
14    (There is a discussion off the
15    record.)
16 A.  I was just guessing it. But if I had
17 to guess, it's only Federal Insurance Company.
18 Q.  But then I said, so you don't know
19 one way or the other?
20 A.  Well, not hundred percent.
21    (Deposition Exhibit 149, slide dec
22    titled, "Specialty Lines System
23    Integration Roadmap Day 1 to 5 year -
24    Proposal" September 2015 Draft
25    FED009664_001 to marked Confidential -

Page 85

1    Attorneys' Eyes Only, was marked for
2    identification.)
3  Q.  I've given you a document that we've
4  marked -- the Court Reporter has marked as
5  Exhibit 149. As you see it's called, "Specialty
6  Lines System Integration Roadmap," dated
7  September 2015. It's a "draft."
8      If you'd familiarize yourself with
9  it, please. I'll have a few questions.
10 A.  Okay.
11 Q.  Have you seen this document before?
12 A.  Yeah, we were working on it. This is
13 a draft copy, yeah.
14 Q.  And this is something that you were
15 working on yourself?
16 A.  My team.
17 Q.  Yes.
18 A.  I was one of the reviewer of it.
19 Q.  You were on the team?
20 A.  I reviewer. I used to review it.
21 Q.  Okay. And by "reviewer," does mean
22 that you were the responsible one for the team, the
23 lead of the team?
24 A.  No, no, somebody else was overall.
25 The responsible guy, CIO, Chief Information Officer.