# EXHIBIT 15

# FILED UNDER SEAL

```
 1                 UNITED STATES DISTRICT COURT

 2                    DISTRICT OF MINNESOTA

 3                 CASE NO. 16-CV-1054 (WMW/DTS)

 4    - - - - - - - - - - - - - - - - - - - - - - - - -

 5    FAIR ISAAC CORPORATION, a Delaware corporation,

 6              Plaintiff,

 7         vs.

 8    FEDERAL INSURANCE COMPANY, an Indiana corporation,

 9              Defendant.

10    - - - - - - - - - - - - - - - - - - - - - - - - -

11

12              TRANSCRIPT of the stenographic notes of

13    the 30(b)(6) videotaped deposition of John Taylor in

14    the above-entitled matter, as taken by and before

15    LORRAINE B. ABATE, a Certified Court Reporter and

16    Notary Public of the State of New Jersey and

17    Registered Professional Reporter, held at the offices

18    of Regus, 55 Madison Avenue, Morristown, New Jersey,

19    on Thursday, August 2, 2018, commencing at 9:01 a.m.,

20    pursuant to Notice.

21

22

23    Job No. MP-184257

24    Pages: 1 - 116

25
```

Page 34

1   Q.   What is the -- tell me the approximate
2   percent that you think it is.
3           MR. FLEMING: Objection, foundation.
4   A.   I don't know the approximate percent.  I
5   just know it's not 78 percent.
6   Q.   You're just saying it can't be precisely
7   the same number?
8   A.   Correct.
9   Q.   For the time period before the merger,
10  were the insurance policies sold in the name of
11  Federal and its various subsidiaries in the United
12  States sold by independent insurance agencies or
13  independent brokers?
14  A.   Yes.
15  Q.   Yes.  Is that -- was that pre-merger
16  also true for the Europe, Australia, Canada, those
17  three companies?
18  A.   I don't know.
19  Q.   Post-merger, are the insurance policies
20  of Federal and its various subsidiaries sold in the
21  United States still sold through independent agencies
22  and independent brokers?
23          MR. FLEMING: Objection, foundation as
24  to time.
25  A.   Yes.

Page 35

1   Q.   And then post-merger, do you know if
2   that's also true for the insurance companies in
3   Europe, Australia, and Canada?
4   A.   No.  No, I don't know.
5   Q.   You still don't know?
6   A.   Yes.
7   Q.   Got it.  Pre-merger, did Federal or any
8   of its subsidiaries have a captive sales force?
9   A.   Not that I'm aware of.
10  Q.   And post-merger, does it have -- does
11  Chubb Limited -- I'm sorry, post-merger, does Federal
12  or any of its subsidiaries now have a captive sales
13  force?
14  A.   Not that I'm aware of.
15  Q.   Is there a meaningful difference between
16  the term insurance agent and insurance broker?
17  A.   Yes.
18  Q.   What are the -- what is an insurance
19  agent?
20          MR. FLEMING: Object.  Foundation and
21  outside the category you have identified in the Rule
22  30(b)(6) notice.
23  Q.   What is the definition of an insurance
24  agent?
25  A.   An agent is generally an individual that

Page 36

1   sells insurance policies.
2   Q.   How do you distinguish that from an
3   insurance broker?
4   A.   A broker -- a broker deals with larger
5   risks and I think of more of a brokerage house as
6   supposed to an individual broker.
7   Q.   So are you seeing an insurance agent as
8   being more of a solo practitioner and an insurance
9   broker as being more of someone who's operating in a
10  group?
11  A.   Correct.
12  Q.   And is it -- was it true post-merger
13  that the insurance agents and insurance brokers
14  through whom Federal and its various subsidiaries
15  sold insurance policies, those agents and brokers
16  also sold insurance from competing companies?
17  A.   I don't know.
18  Q.   Okay.  And anything -- do you know
19  anything that would restrict them from doing that?
20          MR. FLEMING: Objection, lack of
21  foundation.
22  A.   Can you repeat that question.
23  Q.   Do you know if Federal or any of its
24  subsidiaries limit the business of any insurance
25  agent or broker to be exclusive to Federal?

Page 37

1   A.   I don't know.
2   Q.   And how about post-merger, same
3   questions.
4   A.   Don't know.
5   Q.   Does Federal Insurance Company have any
6   employees outside of the United States pre-merger?
7   A.   I don't believe so.
8   Q.   Does Federal Insurance Company have any
9   employees outside of the United States post-merger?
10  A.   I don't believe so.
11  Q.   We know pre-merger that one of the
12  divisions of Federal Insurance Company is Chubb &
13  Son.
14      Are you aware of that?
15  A.   Yes.
16  Q.   Do you know that?
17  A.   I know that.
18  Q.   All right.
19      Pre-merger, did Federal Insurance
20  Company have any other divisions in addition to Chubb
21  & Son?
22  A.   Not that I'm aware of.
23  Q.   Post-merger, does Federal Insurance
24  Company have any divisions other than Chubb & Son?
25  A.   No, not that I'm aware of.

Page 38

1  Q.    And post-merger, Chubb & Son continues
2  to be a division of Federal?
3  A.    Correct.
4  Q.    Do we agree that Chubb & Son, as a
5  division, is an unincorporated entity?
6        MR. FLEMING:  To the extent it calls for
7  a legal conclusion.
8  A.    As of what -- to the best of my
9  knowledge.
10 Q.    That's what a division is, correct?
11 Agreed?
12 A.    To the best of my knowledge, yes.  To
13 the best of my knowledge, yes.
14 Q.    So is it also accurate to say that Chubb
15 & Son as a division itself does not have any
16 subsidiaries?
17 A.    Correct.
18 Q.    Staying with this Exhibit 18, on page 3,
19 and under property and casualty insurance, again, it
20 tells us that Chubb & Son, a Division of Federal, is
21 the manager of several U.S. subsidiaries in the P&C
22 group.
23       Pre-merger, do you have -- can you give
24 us an overview of the responsibilities of Chubb &
25 Son, a division, as a manager of several U.S.

Page 39

1  subsidiaries in the P&C group.
2        MR. FLEMING:  Objection, multiple
3  questions.
4  Q.    Do you understand what I'm asking?
5  A.    Could you repeat that.
6  Q.    I sure can.
7        My time frame is pre-merger.  My
8  question is an overview of responsibilities of Chubb
9  & Son as a manager of several U.S. subsidiaries in
10 the P&C group.
11 A.    Federal had a number of agreements with
12 subsidiaries to manage the various underwriting
13 activities and other administrative duties of those
14 subsidiaries.
15 Q.    Okay.  Anything further that you would
16 include in that description?  Is that the full scope
17 of the responsibilities?
18 A.    Can you read back my --
19 Q.    That's okay.  We'll get into some
20 documents.  Let's do it through that.
21 A.    Okay.
22 Q.    And then it goes on to say and also
23 provides certain services to other insurance
24 companies.
25       Do you know what -- if there is a

Page 40

1  difference between what Federal, through its division
2  Chubb & Son, did as a manager relative to what it did
3  as a servicer?
4  A.    There were management and service
5  agreements.  I tend to think of them as one and the
6  same, that Federal -- that Federal had with the
7  subsidiaries.  Federal had all the employees.  The
8  subsidiaries did not have employees.  So Federal
9  essentially, through its employees, managed and
10 serviced those subsidiaries.
11 Q.    And is that arrangement of management
12 and service responsibilities provided by Federal
13 through the division to the various subsidiaries, has
14 that continued post-merger?
15 A.    At what -- that's a long time period.
16 Q.    Okay.  Let me rephrase that.
17       From 2016 to date, has the
18 responsibility of Federal through the division Chubb
19 & Son changed when we speak to providing services and
20 management?
21       MR. FLEMING:  Objection, multiple
22 questions.  Also, a foundation issue.
23 A.    Federal still manages the subsidiaries.
24 Q.    It does post-merger as well?
25 A.    Post-merger.

Page 41

1        MR. FLEMING:  We have been going about
2  an hour.  Is this a natural stopping point to take a
3  short break?
4        MR. HINDERAKER:  Yeah, just give me a
5  minute here to look at a couple of things.
6  Q.    I'll be showing you in a little while a
7  service management document or agreement with Chubb
8  Insurance Company of Canada, and I'll show you one
9  from Chubb Insurance Company of Australia.
10       Do you know if pre-merger, Federal
11 provided management service -- management and service
12 for Chubb Insurance Company of Europe SE?
13 A.    I don't -- I don't specifically know
14 that.
15 Q.    Okay.  And then you know, I asked you --
16 I asked you a question that was post-merger.  And let
17 me ask you another question post-merger, but a bit
18 more specifically.  That is to say, post-merger,
19 has -- does Federal provide management and service
20 functions to legal entities that are no longer its
21 wholly-owned subsidiaries?
22 A.    Yes.
23 Q.    Yes.  Okay.  Confirming that
24 post-merger, there has been no change in Federal's
25 functions with respect to providing management and