# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>        Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

## STATEMENT OF NO REDACTION

Pursuant to LR 5.6, Exhibits 6, 7, 9, 12, 15, and 20 to the Declaration of Heather Kliebenstein in Support of Plaintiff Fair Isaac Corporation's Motion for Summary Judgment on Defendants' Statute of Limitations Defense (Dkt. No. 746) have been filed under temporary seal.  Exhibits 6, 7, 9, 12, 15, and 20 were not redacted because the entire document is marked "Confidential" or "Confidential – Attorneys' Eyes Only" information under the Protective Order (Dkt. No. 44) entered in the case.  Therefore, it is impracticable to redact.

Dated:  April 22, 2020                                    MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*