## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

## [PROPOSED] ORDER GRANTING PLAINTIFF FAIR ISAAC CORPORATION'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' STATUTE OF LIMITATIONS DEFENSE

This matter is before the Court on Fair Isaac Corporation's ("FICO's") Motion for Summary Judgment on Defendants' Statute of Limitations Defense (Dkt. No. 743). Upon consideration of FICO's request and the entire record herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. Summary judgment is entered in favor of Plaintiff FICO.

2. The statute of limitations does not bar any of FICO's claims.

3. The Court strikes Defendants' statute of limitations affirmative defense.

**IT IS SO ORDERED.**

Dated: _____          _____
United States District Judge
The Honorable Wilhelmina M. Wright