UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**DEFENDANTS SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the Court's March 23, 2020 Order, Defendants hereby submit this supplemental motion for summary judgment dismissing Count II of Plaintiff Fair Isaac Corporation's ("FICO") Second Amended Complaint based on Defendants' statute of limitations defense and the related issue of the predicate act doctrine.  (*See* Dkt. 731.)

This motion is based on the Court's March 23, 2020 Order, Rule 56 of the Federal Rules of Civil Procedure, the accompanying supplemental memorandum, the Declaration of Terrence J. Fleming and supporting exhibits, the arguments of counsel, and all of the files, exhibits, records, and proceedings herein.

1

| | |
|---|---|
| Dated:  April 22, 2020 | *s/ Terrence J. Fleming* |
| | Terrence J. Fleming (#0128983) |
| | tfleming@fredlaw.com |
| | Leah C. Janus (#0337365) |
| | ljanus@fredlaw.com |
| | Christopher D. Pham (#0390165) |
| | cpham@fredlaw.com |
| | Ryan C. Young (#0397751) |
| | ryoung@fredlaw.com |
| | Christian V. Hokans (#0400377) |
| | chokans@fredlaw.com |
| | |
| | **FREDRIKSON & BYRON, P.A.** |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN  55402-1425 |
| | (612) 492-7000 (tel.) |
| | (612) 492-7077 (fax) |
| | |
| | *Attorneys for Defendants* |

69883064 v1

2