# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>  Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the Court's March 23, 2020 Order, the Court permitted the parties to submit additional supplemental summary judgment motions directed towards Defendants' statute of limitations defense and the related issue of the predicate act doctrine.  (Dkt. 731.)  Based on the parties' submissions, the arguments of counsel, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Supplemental Motion for Summary Judgment is **GRANTED**;

2. Count II of Plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

Date:

  The Honorable Wilhelmina M. Wright
  Judge of the U.S. District Court

69883175 v1