# EXHIBIT A

# FILED UNDER SEAL

| | |
|---|---|
| From: | CN=Munira Madni/OU=EUZ/O=ChubbMail |
| Sent: | Tuesday, April 1, 2014 6:42 AM |
| To: | |
| Bcc: | EZER All |
| Subject: | IT INFORMATION: EZER RELEASE 28.0 - FRIDAY 4th April |
| Attach: | R28 Summary of Updates (CCI & CSI)_v2.doc; Red_Light_Green_Light_Rules_v2.doc |

IT INFORMATION: EZER RELEASE 28.0 - FRIDAY 4th April

Work is being undertaken to upgrade EZER and a new version of EZER will be deployed on the Friday 4th April 2014, ready for you to use on the Monday 7th April 2014.

To enable a smooth deployment please make sure you are logged out of EZER by 5:00pm UK time this Friday 4th April 2014. Those who are not logged out of EZER by this time will be manually disconnected and any unsaved work will be lost

Before you leave the office you should log off your PC but please - DO NOT switch your PC's off. this will ensure that you receive the new version of EZER, ready to use when you log back in on Monday Morning

Offshore users will receive the latest version via Citrix, when they next log on. Please ensure you log out of Citrix on Friday 4th April 2014 - 17:00 UK time

If you have any queries or questions please contact the EUZ IT Service desk. Please find attached a Summary of Updates for the latest release:


Thank you in advance


European IT Service Desk
Telephone: +44 20 7895 3550 | Ext 3550 option 1 (Monday to Friday 08:00 to 17:30GMT)
Email: euzitservicedesk@chubb.com
Web self-service portal: http://euzhome/ithelp

Before planning out of hours work please check the IT planned outages calendar for system availability.  The calendar can be found on the IT Website or by clicking here.
P Please consider the environment before printing