UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation. <br><br> Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**JOINT MOTION REGARDING CONTINUED SEALING**

Documents have been filed under temporary seal in connection with the following actions:

    Defendants' Opposition to Plaintiff's Motion for Sanctions (Dkt. 732)

    Fair Isaac Corporation's letter to Judge Schultz in response to Defendants' April 17 letter (Dkt. 742)

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 736 | | Exhibit A to Decl. of Christopher Pham in Support of Defendants' Opposition to Motion for Sanctions (Dkt. 732) Document relating to business rules found in EZER Application | a) The Parties agree the following information should remain sealed: Document relating to business rules found in EZER Application b) None c) None | | The following information should remain sealed to: Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage, which a competitor could use to gain an |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | advantage in developing its own similar software.<br><br>As all of the information in the document is commercially sensitive, redacting is not possible. |
| 754 | | | Fair Isaac Corporation's letter to Judge Schultz in response to Defendants' April 17 letter (Dkt. 742) | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |
| 755 | | | Exhibit A to Fair Isaac Corporation's letter to Judge Schultz-FED017461<br><br>April 1, 2014 Email regarding EZER updates | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be unsealed because no confidential or business sensitive information exists in the filing. |

| 755-1 | | | Exhibit B to Fair Isaac Corporation's letter to Judge Schultz-FED017462<br><br>Release notes for EZER R28 | a) The Parties agree the following information should remain sealed:<br><br>Defendants' EZER R28 Release Notes<br><br>b) None<br><br>c) None | | The following information should remain sealed to:<br><br>Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage, which a competitor could use to gain an advantage in developing its own similar software.<br><br>As all of the information in the document is commercially sensitive, redacting is not possible. |
|---|---|---|---|---|---|---|
| 755-2 | | | Exhibit C to Fair Isaac Corporation's letter to Judge Schultz | a) The Parties agree the following information should remain sealed: | | The following information should remain sealed to: |

| | | | | |
|---|---|---|---|---|
| | | - Federal's rule/transaction table, Bates numbered document FED017914 and used as McCarter Deposition Exhibit 454 | Defendants' rule/transaction table.<br><br>b) None<br><br>c) None | | Protect detailed technical information relating to Defendants' proprietary software applications, including rule usage, which a competitor could use to gain an advantage in developing its own similar software.<br><br>As all of the information in the document is commercially sensitive, redacting is not possible. |

| | |
|---|---|
| Dated:  April 29, 2020 | /s/ Joseph W. Dubis<br>Allen Hinderaker, MN Bar # 45787<br>Heather Kliebenstein, MN Bar # 337419<br>Michael A. Erbele, MN Bar # 393635<br>Joseph W. Dubis, MN Bar # 398344<br>MERCHANT & GOULD P.C.<br>150 South Fifth Street<br>Suite 2200<br>Minneapolis, MN 55402<br>Tel: (612) 332-5300<br>Fax: (612) 332-9081<br>ahinderaker@merchantgould.com<br>hkliebenstein@merchantgould.com<br>merbele@merchantgould.com<br>jdubis@merchantgould.com<br><br>*Attorneys for Plaintiff FICO*<br><br>-AND-<br><br>s/ *Christian V. Hokans*<br>Terrence J. Fleming (#0128983)<br>tfleming@fredlaw.com<br>Leah C. Janus (#0337365)<br>ljanus@fredlaw.com<br>Christopher D. Pham (#0390165)<br>cpham@fredlaw.com<br>Ryan C. Young (#0397751)<br>ryoung@fredlaw.com<br>Christian V. Hokans (#0400377)<br>chokans@fredlaw.com<br><br>**FREDRIKSON & BYRON, P.A.**<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402-1425<br>(612) 492-7000 (tel.)<br>(612) 492-7077 (fax)<br><br>*Attorneys for Defendants* |