# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | **NOTICE OF DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER** |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants Federal Insurance Company and ACE American Insurance Company submit their Motion to Amend the Scheduling Order and request that the Motion be decided based upon the accompanying memoranda of law and other written submissions by the Parties and without a hearing by the Honorable David T. Schultz, United States Magistrate Judge for the U.S. District Court for the District of Minnesota, Courtroom 9E, United States District Court, 300 South Fourth Street, Minneapolis, Minnesota 55415. To provide for the possibility that Plaintiff requests a hearing on this Motion, Defendants have reserved June 9, 2020 at 1:00 p.m. as a possible hearing date and, if Plaintiff is unavailable for this date and time, Defendants will work to find a hearing date that is agreeable to Plaintiff, Defendants, and the Court for this Motion.

| | |
|---|---|
| Dated:  May 1, 2020 | *s/ Terrence J. Fleming* |
| | Terrence J. Fleming (#0128983) |
| | tfleming@fredlaw.com |
| | Leah Janus (#0337365) |
| | ljanus@fredlaw.com |
| | Christopher D. Pham (#0390165) |
| | cpham@fredlaw.com |
| | Ryan Young (#0397751) |
| | ryoung@fredlaw.com |
| | Christian V. Hokans (#0400377) |
| | chokans@fredlaw.com |
| | **FREDRIKSON & BYRON, P.A.** |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN  55402-1425 |
| | (612) 492-7000 (tel.) |
| | (612) 492-7077 (fax) |
| | |
| | ***Attorneys for Federal Insurance Company and ACE American Insurance Company*** |

2