# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>      Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>      Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**DEFENDANTS' MEET AND CONFER STATEMENT FOR THEIR MOTION TO AMEND SCHEDULING ORDER** |

I, Terrence J. Fleming, representing the Defendants, hereby certify that:

I, Leah Janus, and Christian Hokans met and conferred with the opposing party by:

Telephone conference with: Heather Kliebenstein & Allen Hinderaker

On: April 30, 2020

Discussing the following motion:

**Defendants' Motion to Amend Scheduling Order**

As a result of the meet-and-confer, the parties:

(Check the box that applies)

☒ Do not agree on the resolution of any part of the motion.

☐ Agree on all or part of the motion and request that the Court incorporate the following agreement in an Order:

                              Respectfully submitted,

Dated:  May 1, 2020              *s/ Terrence J. Fleming*
                              Terrence J. Fleming (#0128983)
                              tfleming@fredlaw.com
                              Leah Janus (#0337365)
                              ljanus@fredlaw.com
                              Christopher D. Pham (#0390165)
                              cpham@fredlaw.com
                              Ryan Young (#0397751)
                              ryoung@fredlaw.com
                              Christian V. Hokans (#0400377)
                              chokans@fredlaw.com
                              **FREDRIKSON & BYRON, P.A.**
                              200 South Sixth Street, Suite 4000
                              Minneapolis, MN  55402-1425
                              (612) 492-7000 (tel.)
                              (612) 492-7077 (fax)

                              ***Attorneys for Federal Insurance Company and ACE American Insurance Company***