# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No.  16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

Defendants Federal Insurance Company and ACE American Insurance Company filed a Motion to Amend the Scheduling Order in which they sought to modify the Scheduling Order governing this litigation to allow them to file a successive Motion for Summary Judgment on a single issue described in the Defendants' accompanying Memorandum of Law as the "Affiliates Issue."  Based on the Parties' submissions, the arguments of counsel, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

Defendants' Motion to Amend the Scheduling Order is **GRANTED**;

Defendants shall file a successive Motion for Summary Judgment limited to the "Affiliates Issue" forthwith.

Date:

_____
The Honorable David T. Schultz
Magistrate Judge of the U.S. District Court