# **EXHIBIT 7**

**From:** Hopp, Andrew D <Andrew.Hopp@Chubb.com>
**Sent:** Thursday, February 25, 2016 11:03 AM
**To:** Harlam, William <Bill.Harlam@chubb.com>; Pawloski, Tamra A <tpawloski@chubb.com>
**Subject:** FW: FICO Blaze Software Matter

REDACTED

**From:** Hopp, Andrew D
**Sent:** Thursday, February 25, 2016 12:02 PM
**To:** 'Tom Carretta'
**Subject:** RE: FICO Blaze Software Matter

Mr. Carretta:

We continue to disagree with your position outlined in your letter and continue to stand by the position that we set forth in ours. That said, in an effort to preserve a working relationship between our companies, our IT Software Compliance team is forwarding a commercial proposal to your sales representative for consideration.

Regards,

Andrew D. Hopp, Esq.
Deputy General Counsel

**From:** Tom Carretta [mailto:tomcarretta@fico.com]
**Sent:** Tuesday, February 23, 2016 12:38 PM
**To:** Hopp, Andrew D
**Subject:** FICO Blaze Software Matter

Hello,

Please see attached letter and Attachment.

Tom Carretta
Vice President Legal and Associate General Counsel
**FICO**
tomcarretta@fico.com
www.fico.com
Rosedale Corporate Plaza
2665 Long Lake Road
Building C
Roseville, MN 55113 USA
Tel: +1(612)-758-5494
Fax: +1(612)-758-5201
Cell: +1(612)-205-0146



This message is confidential, may contain privileged information and is intended only for the recipient(s) named above. If you are not an intended recipient, do not review, disseminate, copy or otherwise distribute this email or its contents/attachments. If you feel you may have received this email in error, please immediately inform the sender and delete the email and any attachments. Information transmitted via the public internet is not secure and may be intercepted by third parties. Fair Isaac Corporation accepts no liability for any such interception or damages related thereto and similarly accepts no liability for any virus transmitted by this email or its contents.

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.