**EXHIBIT 14**



THE CHUBB CORPORATION

Annual Report 2006

## The Chubb Corporation

### Officers

*Chairman, President and Chief Executive Officer*
John D. Finnegan

*Lead Director*
Joel J. Cohen

*Vice Chairman and Chief Operating Officer*
Thomas F. Motamed

*Vice Chairman and Chief Administrative Officer*
John J. Degnan

*Vice Chairman and Chief Financial Officer*
Michael O'Reilly

*Executive Vice Presidents*
Ned I. Gerstman
Marjorie D. Raines

*Executive Vice President and General Counsel*
Maureen A. Brundage

*Senior Vice Presidents*
Daniel J. Conway
Frederick W. Gaertner
Paul R. Geyer
Mark E. Greenberg
Andrew A. McElwee, Jr.
Glenn A. Montgomery
Henry B. Schram
Robert M. Witkoff

*Vice Presidents*
Stephen A. Fuller
Marc R. Hachey
Marylu Korkuch
Robert A. Marzocchi
Thomas J. Swartz, III
Steven M. Versaggi

*Vice President, Corporate Counsel and Secretary*
W. Andrew Macan

*Vice President and Treasurer*
Douglas A. Nordstrom

## Chubb & Son, a division of Federal Insurance Company

### Officers

*Chairman and Chief Executive Officer*
John D. Finnegan

*President and Chief Operating Officer*
Thomas F. Motamed

*Executive Vice Presidents*
Robert C. Cox
John J. Degnan
June E. Drewry
Paul J. Krump
Andrew A. McElwee, Jr.
Harold L. Morrison, Jr.
Michael O'Reilly
Dino E. Robusto
Janice M. Tomlinson

*Executive Vice President and General Counsel*
Maureen A. Brundage

*Administrative Committee*
W. Brian Barnes
Maureen A. Brundage
Terrence W. Cavanaugh
Robert C. Cox
John J. Degnan
June E. Drewry
John D. Finnegan
Mark E. Greenberg
Sunita Holzer
Paul J. Krump
Andrew A. McElwee
Harold L. Morrison
Thomas F. Motamed
Michael O'Reilly
Dino E. Robusto
Henry B. Schram
Janice M. Tomlinson

*Senior Vice Presidents*
Valerie A. Aguirre
James E. Altman
John C. Anderson
John L. Angerami
Joel D. Aronchick
William D. Arrighi
Gregory P. Barabas
Donald E. Barb
John A. Barrett
Mark L. Berthiaume
Jon C. Bidwell
Peter G. Boccher
Julia T. Boland
James P. Bronner
Deborah L. Bronson
R. Jeffery Brown
Alan C. Brown
Timothy D. Buckley
Gerard M. Butler
John F. Casella
Michael J. Casella
Terrence W. Cavanaugh
Gardner R. Cunningham, Jr.
Robert F. Dadd
David S. Dalton
James A. Darling
Gary R. Delong
Christopher N. Di Sipio
Timothy R. Dove
Kathleen M. Dubia
Mark D. Dugle
Alexis R. Durcan, Jr.

Mary M. Elliott
Kathleen S. Ellis
Timothy T. Ellis
Michele N. Fincher
Philip W. Fiscus
Sean M. Fitzpatrick
Thomas V. Fitzpatrick
Philip G. Folz
Paul W. Franklin
Anthony S. Galban
Thomas J. Ganter
Michael Garceau
James E. Gardner
John C. Gibson, Jr.
Christopher J. Giles
John H. Gillespie
Baxter W. Graham
Jeffrey S. Grange
Mark E. Greenberg
Donna M. Griffin
Charles S. Gunter
Marc R. Hachey
James R. Hamilton
Steven D. Hernandez
Jayne E. Hill
Henry B. Hoffer
Jeffrey Hoffman
Kevin G. Hogan
Kim D. Hogrefe
Sunita Holzer
Patricia A. Hurley
Gerald A. Ippolito
Hope Jarvis
Doris M. Johnson
John F. Kearney
Bettina F. Kelly
John J. Kennedy
James P. Knight
Mark P. Korsgaard
Eric T. Krantz
Ulli Krell
John B. Kristiansen
Andrew N. LaGravenese
James V. Lalor
Kathleen S. Langner
Paul A. Larson
Kevin J. Leidwinger
Paul L. Lewis
Robert A. Lippert
Beverly J. Luehs
Amelia C. Lynch
Michael J. Maloney
Michael L. Marinaro
Kathleen P. Marvel
Robert A. Marzocchi
Melissa S. Masles
David P. Mc Keon
Michelle D. Middleton
Robert P. Midwood
John J. Mizzi
Ellen J. Moore
Frank Morelli
Lynn S. Neville
Frances D. O'Brien
Moses I. Ojeisekhoba
Michael W. O'Malley
Michael D. Oppe
Rolando A. Orama
Daniel A. Pacicco
Nancy D. Pate-Nelson
Robert A. Patulo
Jane M. Peterson
Gary C. Petrosino
Steven R. Pozzi
Edward J. Radzinski
Jenifer L. Rinehart

Barbara Ring
Christoph C. Ritterson
Eric M. Rivera
Evan J. Rosenberg
Judith A. Sammarco
Celia Santana
Timothy M. Shannahan
Richard I. Simon
Kevin G. Smith
Gail W. Soja
Richard P. Soja
Jody E. Specht
Edward G. Spell
Scott R. Spencer
Kurt R. Stemmler
Kenneth J. Stephens
John M. Swords
Timothy J. Szerlong
Joel M. Tealer
Clifton E. Thomas
Bruce W. Thorne
Kathleen M. Tierney
Gary Trust
Peter J. Tucker
William P. Tully
William C. Turnbull, Jr.
Michele E. Twyman
Susan M. Vella
Peter H. Vogt, II
Charles J. Walkonis
Susan C. Waltermire
Carole J. Weber
James L. West
Jeremy N.R. Winter

*Senior Vice President and Chief Accounting Officer*
Henry B. Schram

*Senior Vice Presidents and Actuaries*
W. Brian Barnes
James E. Biller
Linda M. Groh
Robert J. Hopper
Adrienne B. Kane
Michael F. McManus
Keith R. Spalding

*Senior Vice Presidents and Associate General Counsels*
Matthew Campbell
Suzanne Johnson
Kirk J. Raslowsky
Linda F. Walker

*Senior Vice President and Treasurer*
Douglas A. Nordstrom

*Vice Presidents*
James R. Abercrombie
Jill A. Abere
William M. Adams
Douglas A. Ahrenberg
James D. Albertson
Brenda I. Albiar
George N. Allport
Angela W. Alper
Mary S. Aquino
Michael Arcuri
Ronald J. Arigo
Brendan Arnott
Dorothy M. Badger
Sybil O. Baffoe

Kirk O. Bailey
Gregory W. Bangs
Achiles I. Barbatsoulis
David A. Barclay
Frances M. Barfoot
Cynthia L. Barkman
Richard W. Barnett
William E. Barr, Jr.
David K. Basile
David Bauman
John L. Bayley
Arthur J. Beaver
Donna A. Belvedere
R. Kerry Besnia
David H. Bissell
Stanley V. Bloom
Odette M. Bonvouloir
Charles A. Borda
Daniel J. Bosold
Jeffrey M. Brown
Jeff H. Brundrett
John E. Bryer, III
John A. Burkhart, III
James D. Butchart
Sabine B. Cain
Walter K. Cain
Ronald Calavano
W. Michael Camfield
James M. Carson
John C. Cavanaugh
Michael A. Chang
Barnes L. Chatelain
Kenneth Chung
Richard A. Ciullo
Thomas C. Clansen
Laura B. Clark
Frank L. Claybrooks
Arthur W. Cohen
Richard N. Consoli
Judith A. Cook
Roberta Corbett
Brian B. Cottone
Edwin E. Creter
Raymond L. Crisci, Jr.
William S. Crowley
Christine A. Dart
Michael D. Daugherty
Mark W. Davis
Janet Decostro
David S. Deets
Carol A. DeFrance
Alex R. Delaricheliere
Phillip C. Demmel
Susan Devries Amelang
Debra A. Diken
Robert J. Donnelly
Brian J. Douglas
Wendy J. Dowd
Alfred C. Drowne
Keith M. Dunford
Leslie L. Edsall
Richard J. Edsall
Timothy G. Ehrhart
James P. Ekdahl
Robert C. Ellis, Jr.
Victoria S. Esposito
Craig M. Farina
Timothy J. Farr
Thomas J. Fazio
Amy L. Feller
Jeffrey B. Fischer
James A. Fiske
Brian J. Flynn
Patrick G. Fouche
Jill A. Francis
John B. Fuoss

Frederick W. Gaertner
Eileen L. Gallagher
Trevor S. Gandy
Wallace W. Gardner, Jr.
Donald R. Garvey, Jr.
Robert D. Gates
Mark D. Gatliff
Patrick Gerrity
Ned I. Gerstman
Ralph Giordano
Karen R. Gladden
Aaron Goldstein
Christine Gomes
Eugene B. Goodridge
Deanne K. Gordon
Frank F. Goudsmit
Anne S. Gouin
Perry S. Granof
Joseph Gresia, Jr.
Patricia L. Hall
Nancy Halpin-Birkner
Robert A. Hamburger
Patricia F. Harris
Peter J. Harrison
William R. Harrison
Gary L. Heard
Michael W. Heembrock
Lynne J. Heidelbach
Lorraine C. Heinen
Raymond Hendrickson
Frederick P. Hessenthaler
Steven M. Hill
Pamela D. Hoffman
Robert S. Holley, Jr.
Edward I. Howard
Michael S. Howey
Thomas B. Howland
Joaquin O. Hoyos
Anthony Iovine
Robert A. Iskols
Michael E. Jackson
Steven Jakubowski
Mark S. James
John M. Jeffrey
Colleen A. Jennings
Latrell Johnson
Kenneth C. Jones
John J. Juarez, Jr.
Celine E. Kacmarek
Thomas J. Kammerer
Donald F. Keahon
Dennis C. Kearns
James R. Kebbekus
David L. Keenan
Debra Ann Keiser
Robert G. Kelly
Timothy J. Kelly
Amy P. Kendall
Thomas R. Kerr
Patricia J. Key
Elsbeth Kirkpatrick
Margaret A. Klose
Jeffrey Kneeshaw
Cille Koch
Joseph M. Korkuch
Dieter W. Korte
Kathleen W. Koufacos
Joseph E. Kozlowski
Kathleen V. Lafemina
Anne La Fontaine
Valerie M. Lafontaine
Barbara J. Langione
Terri L. Lathan
Mary M. Leahy
James W. Lenz
Kelly Lewis

Robert D. Lindberg
Frederick W. Lobdell
Mark A. Locke
Donna M. Lombardi
Matthew E. Lubin
John W. Luthringer
Robert Lynch
David E. Mack
Michael G. Mangini
Christopher M. Mango
Leona E. Mantie
Keith D. Marks
John C. Marques
Patricia S. Martz
Brian Mates
Eileen G. Mathews
Richard D. Mauk
Anthony McCuller
Elizabeth McDaid
Sandra K. Mc Daniel
Lisa M. McGee
Frances K. Mc Guinn
Penny L. McGuire
Michelle Mclaughlin
Edward J. McLoughlin, Jr.
Neil W. McPherson
Denise B. Melick
Robert Meola
Allison W. Meta
Scott D. Meyers
Ann M. Minzner Conley
Joseph D. Miskell
Timothy L. Moehlenpah
Andrea M. Mollica
Terry D. Montgomery
Paul N. Morrissette
Richard P. Munson
Patrick P. Murphy
Jeffery A. Neighbors
Ruth T. Nelson
Jennifer K. Newsom
Catherine J. Nikoden
David B. Norris, Jr.
Nancy A. O'Donnell
Kelly P. O'Leary
Thomas P. Olson
John A. O'Mara
Kathleen A. Orenczak
John S. Osaben
Mark C. Paccione
Catherine M. Padalino
Peter Palermo
Michael Palumbo
Louise T. Patregnani
Joanna B. Perron
Audrey L. Petersen
Irene D. Petillo
Donald W. Petrin
Michael S. Phillips
Mary Beth Pittinger
Scott F. Pringle
Jennifer L. Proce
James H. Proferes
Paul T. Pruett
William J. Puleo
Danette Purkis
David L. Pych
Marlin J. Quick
Robert S. Rafferty
Marjorie D. Raines
Richard D. Reed
Richard P. Reed
Robert Reedy
Walead A. Refai
Michael K. Reicher, II
James L. Rhyner

## Chubb & Son, a division of Federal Insurance Company (continued)

Joseph A. Riccio
Merrily Riesebeck
Gary V. Rispoli
Nicholas Rizzi
Mark J. Robinson
Anne Rocco
Edward F. Rochford
Beatriz Rodriguez
Thomas J. Roessel
James C. Romanelli
Jorge A. Rosas
Victoria S. Rossetti
Jeffrey W. Ryan
Ruth M. Ryan
Barbara N. Sandelands
Franklin D. Sanders, Jr.
Robert F. Santoro
Patricia L. Sarant
Mary A. Scelba

Eric D. Schall
Melissa P. Scheffler
Anthony C. Schiavone
Robert F. Schmid
Michael A. Schraer
Robert D. Schuck
Mark L. Schussel
John F. Scroope
Roma K. Seudat
Mary T. Sheridan
Anthony W. Shine
Donald L. Siegrist, Jr.
Jason Skrant
Michael A. Slor
John P. Smith
Patricia S. Smith
Scott E. Smith
Richard E. Soleau
Veronica Somarriba

Victor J. Sordillo
Peter D. Spicer
Mario A. Stassi
Brian J. Steele
Victor C. Stewman
Lloyd J. Stoik
Michael C. Strakhov
Beth A. Strapp
Dorit D. Straus
Robert K. Streeter
Diane T. Strehle
Jacquelyn C. Strobel
Patrick F. Sullivan
Scott B. Teller
James S. Thieringer
Jonathan Thomas
Eric W. Thompson
Peter J. Thompson
James R. Titterton

John J. Tomaine
Dionysia G. Toregas
Richard E. Towle
Joel S. Townsend
Roy C. Tyson, III
Richard L. Ughetta
Paula C. Umreiko
Jeffrey A. Updyke
Emily J. Urban
Louise E. Vallee
Nivaldo Venturini
Bennett C. Verniero
Tracey A. Vispoli
Richard Vreeland
Jill E. Wadlund
Christine Wartella
Walter B. Washington
Maureen B. Waterbury
Ryan L. Watson

Thomas E. Weist
Patricia S. Whitehouse
David B. Williams
Grenes Eugene Williams
Owen E. Williams
Thomas R. Wing, Jr.
Suzanne L. Witt
Barbara A. Wittick
Bert Wolff, Jr.
Archyne S. Woodard
Gary C. Woodring
Steven Yacik
Jack S. Zacharias
John J. Zanzalari
Stephen J. Zappas
Ann H. Zaprazny
Cynthia Zegel
Dominick Zenzola

*Vice President and Secretary*
W. Andrew Macan

*Vice Presidents and Actuaries*
Peter V. Burchett
Joseph E. Freedman
Kevin A. Kesby
Shu C. Lin

*Vice President and Coverage Counsel*
Louis Nagy

*Vice Presidents and Associate Counsels*
Joseph M. Hobbs
James Sharkey

## Federal Insurance Company

### Officers

*Chief Executive Officer*
John D. Finnegan

*Chairman, President and Chief Operating Officer*
Thomas F. Motamed

*Senior Vice President and Chief Administrative Officer*
John J. Degnan

*Senior Vice President and Chief Financial Officer*
Michael O'Reilly

*Senior Vice Presidents*
Brendon R. Allan
Stephen Blasina

Stanley V. Bloom
Paul Chapman
Michael Collins
Andre Dallaire
Christopher J. Giles
Christopher Hamilton
Mark T. Lingafelter
Frederick W. Lobdell
Kevin O'Shiel
Gary C. Petrosino
Doreen Yip

*Vice Presidents*
James E. Altman
Paul Baldacchino

Kemsley Brennan
Roger C.P. Brookhouse
J. Airton Carvalho
Michael J. Casella
Terrence W. Cavanaugh
Jackie Chang
Bay Hon Chin
William C. Clarkson
Ian Cook
Steve De Gruchy
Mario Delrosso
Gregory D. Dodds
Jonathan Doherty
Matthew T. Doquile
Frederick W. Gaertner
Shasi Gangadharan
Ned I. Gerstman
Paul R. Geyer

Brian K. Gingrich, Sr.
Andrew R. Gourley
Baxter W. Graham
Rick A. Gray
Jason Howard
Michael S. Howey
George X.Z. Huang
Karen A. Humphreys
Jon Kaye
James E. Kerns
Helen Koustas
Christopher R. Lees
Irene Liang
Amelia C. Lynch
Robert A. Marzocchi
Dermot McComiskey
David P. Mc Keon
Mark B. Mitchell

Glenn A. Montgomery
David B. Norris, Jr.
Rolando A. Orama
Emma Osborne
Matthew Pasterfield
Marjorie D. Raines
Jorge A. Rosas
Francis Row
Shrirang Samant
Leo A. Schmidt
Henry B. Schram
John P. Smith
John X. Stabelos
Jik C. Tay
Janice M. Tomlinson
Stephen P. Warren
Kyle Williams
Robert M. Witkoff

Esther Wong
Kiyoshi Yamamoto
Elizabeth M. Yashadhana
Lorinne Yoong

*Vice President and Actuary*
W. Brian Barnes

*Vice President and Secretary*
W. Andrew Macan

*Vice President and Treasurer*
Douglas A. Nordstrom

## Chubb Insurance Company of Canada

### Officers

*Chairman*
Janice M. Tomlinson

*President and Chief Executive Officer*
Ellen J. Moore

*Senior Vice Presidents*
Jean Bertrand
Giovanni Damiano
Paul N. Morrissette
James V. Newman
Richard F. Nobles

Andrew Steen
David B. Williams

*Senior Vice President and Chief Financial Officer*
Geoffrey D. Shields

*Vice Presidents*
Barry Blackburn
LeeAnn Boyd
Nicole Brouillard
Patricia Ewen
Paul Johnstone
Gale Lewis

Brad Lorimer
Susan MacEachern
Mary Maloney
Jeffrey Marit
Robert Murray
Michel Rousseau
Susan Watts

*Vice President and Actuary*
Philip Jeffery

*Vice President, General Counsel and Secretary*
John Cairns

## Chubb Insurance Company of Europe, S.A.

### Officers

*President and Chief Executive Officer*
Christopher J. Giles

*Senior Vice Presidents*
Paul Chapman
Gardner R. Cunningham, Jr.
Thierry Daucourt
Johannes Etten
Rick A. Gray
Carolyn Hamilton
Andrew McKee
Carlos Merino

Moses I. Ojeisekhoba
Jalil Rehman
Fred Shurbaji
John Sims
Bernardus Van Der Vossen
Simon Wood

*Senior Vice President and Chief Financial Officer*
Kevin O'Shiel

*Senior Vice President and Actuary*
Colin Crouch

*Vice Presidents*
David Adams
Jan Auerbach
Scott Bailey
Ron Bakker
Hubert Belanger
Thierry Bourguignon
Bernhard Budde
Robert Cage
David Casement
Bijan Daftari
Guillaume Deal
Halcyon Ellis

Richard Eveleigh
Muriel Fontugne
Andrew Francis
David Gibbs
Marta Gomez-Llorente
Erik Hassel
Isabelle Hilaire
Monique Kooijman
Philippe Leostic
Andreas Luberichs
Daniel Maurer
Simon Mobey
Miguel Molina

Tom Newark
Rene Nieuwland
Bjorn Petersen
Jonathan Phillips
Hugh Pollington
Jonathan Poole
John Roome
Feliciano Ruiz
Vittorio Scala
Henrik Schwiening
Covington Shackleford
Alan Sheil
Veronica Somarriba

Chris Tait
Peter Thomas
Helen Turner
Lynn Twinn
Monique Van Der Linden
Brian Vosloh
Bernd Wiemann
Nigel Williams
Miles Wright

*Vice President, General Counsel and Secretary*
Ranald T.I. Munro

# The Chubb Corporation

**Directors**


Zoë Baird
*President*
The Markle Foundation


John D. Finnegan
*Chairman, President and Chief Executive Officer*
The Chubb Corporation


Lawrence M. Small
*Secretary*
Smithsonian Institution


Sheila P. Burke
*Deputy Secretary and Chief Operating Officer*
Smithsonian Institution


Dr. Klaus J. Mangold
*Executive Advisor to the Chairman*
DaimlerChrysler AG


Daniel E. Somers
*Vice Chairman*
Blaylock and Partners LP


James I. Cash, Jr.
*Retired Professor*
Harvard Business School


Sir David G. Scholey, CBE
*Senior Advisor*
UBS Investment Bank


Karen Hastie Williams
*Retired Partner*
Crowell & Moring LLP


Joel J. Cohen
*Lead Director*
The Chubb Corporation
*Chairman and Co-Chief Executive Officer*
Sagent Advisors Inc.


Raymond G.H. Seitz
*Former Vice Chairman*
Lehman Bros. International (Europe)


Alfred W. Zollar
*General Manager*
Tivoli Software
IBM Corporation

**Committees of the Board**

**Audit Committee**
Joel J. Cohen (Chair)
Zoë Baird
Daniel E. Somers
Alfred W. Zollar

**Organization & Compensation Committee**
Daniel E. Somers (Chair)
Sheila P. Burke
Lawrence M. Small
Karen Hastie Williams

**Executive Committee**
John D. Finnegan (Chair)
James I. Cash, Jr.
Joel J. Cohen
Daniel E. Somers

**Finance Committee**
John D. Finnegan (Chair)
Sheila P. Burke
Dr. Klaus J. Mangold
Sir David G. Scholey, CBE
Raymond G.H. Seitz
Alfred W. Zollar

**Corporate Governance & Nominating Committee**
James I. Cash, Jr. (Chair)
Zoë Baird
Joel J. Cohen
Karen Hastie Williams

**Pension & Profit Sharing Committee**
Sheila P. Burke
Dr. Klaus J. Mangold
Sir David G. Scholey, CBE
Raymond G.H. Seitz
Alfred W. Zollar