**EXHIBIT 16**

Mary E. McPherson, Esq. SBN 177194
mmcpherson@tresslerllp.com
Yeun C. Yim, Esq., SBN 253748
yyim@tresslerllp.com
TRESSLER LLP
18100 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 336-1200
Facsimile: (949) 752-0645

Attorneys for Defendants FEDERAL INSURANCE
COMPANY and CHUBB & SON INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| ANGELICA JONES, | Case No. 3:14-cv-00313-RS |
| --- | --- |
| Plaintiffs, | Judge: Hon. Richard Seeborg |
| v. | **DECLARATION OF DOUGLAS A. NORDSTROM IN SUPPORT OF DEFENDANT CHUBB & SON INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| FEDERAL INSURANCE COMPANY, a New Jersey corporation, CHUBB & SON INC. (incorrectly referred to as "a Division of Federal Insurance Company") a New Jersey corporation, and DOES 1 through 20, inclusive, | Fed. Rule Civ. Proc. 12(b)(6) |
| Defendants. | **Hearing Date:** March 6, 2014<br>**Hearing Time:** 1:30 p.m.<br>**Courtroom:** 3 |
| | [Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities in Support Thereof; and [Proposed] Order] |

I, Douglas A. Nordstrom, declare as follows:

1. I am over the age of 18 and have personal knowledge regarding the matters set forth in this Declaration and, if called upon as a witness, would competently testify as to the facts set forth herein.

---

2. I am a Vice President and Treasurer of The Chubb Corporation and of Chubb & Son Inc. I am also a Senior Vice President and Treasurer of Chubb & Son, a Division of Federal Insurance Company.

3. Chubb & Son Inc. is a wholly owned subsidiary of The Chubb Corporation.

4. Chubb & Son Inc. is an inactive corporation and has not transacted business in California, or any other state, for over 15 years. Chubb & Son Inc. had previously acted as the U.S. Insurance Manager for certain U.S. insurance companies that are direct and/or indirect subsidiaries of The Chubb Corporation. Chubb & Son Inc., however, ceased providing any services to these insurers as of January 1, 1998. Since that time, Chubb & Son Inc. has not entered into any contracts with these insurers to provide underwriting or claims or any other services. Although Chubb & Son Inc. still exists as a New York corporation, it has had no employees since January 1, 1998. Chubb & Son Inc. does not do business as Chubb Group of Insurance Companies.

5. Effective January 1, 1998, Chubb & Son, a division of Federal Insurance Company assumed the operations of Chubb & Son Inc.

6. Although inactive, Chubb & Son Inc. serves as a holding company for some subsidiaries.

7. Chubb & Son Inc. is not an insurance company; it does not accept applications for insurance contracts or sell insurance; it does not issue insurance policies; it does not collect premiums; it does not service insurance policies; and it does not transact any other insurance business in any state or jurisdiction.

8. Chubb & Son Inc. did not issue the insurance policy at issue in this lawsuit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 27th day of January, 2014 at 11:26 AM.

Douglas A. Nordstrom

OC#46941

DECLARATION OF DOUGLAS A. NORDSTROM IN SUPPORT OF DEFENDANT
CHUBB & SON INC.'S NOTICE OF MOTION AND MOTION TO DISMISS

Mary E. McPherson (SBN 177194)
mmcpherson@tresslerllp.com
Yeun C. Yim (SBN 253748)
yyim@tresslerllp.com
TRESSLER LLP
18100 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 336-1200
Facsimile: (949) 752-0645

Attorneys for Defendants FEDERAL INSURANCE COMPANY and CHUBB & SON INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ANGELICA JONES, | Case No.: |
| Plaintiffs, | Courtroom: |
| v. | **DEFENDANTS FEDERAL INSURANCE COMPANY AND CHUBB & SON INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| FEDERAL INSURANCE COMPANY, a New Jersey corporation, CHUBB & SON, INC. (a Division of Federal Insurance Company), a New Jersey corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for defendant Federal Insurance Company and Chubb & Son Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

///

///

///

///

1

DEFENDANTS FEDERAL INSURANCE COMPANY AND CHUBB & SON INC.'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Federal Insurance Company is a wholly owned subsidiary of The Chubb Corporation, a
2  publicly traded company on the New York Stock Exchange.
3  Chubb & Son Inc., which is an improper party in the State Action, is a wholly owned
4  subsidiary of The Chubb Corporation. It is incorporated under the laws of the state of New
5  York, and for purposes of diversity jurisdiction, has a principal place of business in New Jersey.
6  However, while Chubb & Son Inc. exists as a New York corporation, it no longer conducts any
7  business in any state or jurisdiction, has not had any employees since January 1, 1998, and has
8  been inactive since January 1, 1998. While it is inactive, Chubb & Son Inc. serves as a holding
9  company for some subsidiaries.

11  Dated: January 21, 2014        TRESSLER LLP

13                                 By: /s/ Mary E. McPherson
14                                     Mary E. McPherson
                                       Yeun C. Yim
15                                     Attorneys for Defendants FEDERAL INSURANCE
                                       COMPANY and CHUBB & SON INC.

OC#46755

2

DEFENDANTS FEDERAL INSURANCE COMPANY AND CHUBB & SON INC.'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

*Angelica Jones v. Federal Ins. Co. et al.*
United States District Court, Northern District of California
Oakland Division, Case No. TBD
**Our File No. 2246-754**

I hereby certify that on the date indicated below, I served the foregoing: **DEFENDANTS FEDERAL INSURANCE COMPANY AND CHUBB & SON INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** with the Clerk of the Court using the CM/ECF system. Notification of such filing has also been sent to counsel or all represented parties, including the following:

James J. Matson, Esq.
LAW OFFICES OF JAMES J. MATSON
1333 N. California Blvd., Suite 620
Walnut Creek, CA 94596
Telephone:   (925) 934-1980
Facsimile:    (925) 934-1978
Email:          jmatson@sonic.net

Attorneys for Plaintiff ANGELICA JONES

☒   **BY MAIL** (Fed.Civ.Pro. Rule 5 and CCP § 1013) - I deposited such envelope(s) for processing in the mailroom in our offices. I am "readily familiar" with the firm's practices of collection and processing correspondence for mailing. It is deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Dated:   January 21, 2014                              /s/ Johnetta Caldwell
                                                                    Johnetta Caldwell