# EXHIBIT 11
# (Redacted)

# (Previously Filed Under Seal as DI 766-2)

# Redacted



Confidential                                                                                                                                                    FICO0000437

# Redacted

**From:** "Pawloski, Tamra A" <tpawloski@chubb.com>
**Date:** March 25, 2016 at 5:04:57 PM EDT
**To:** Bill Waid <BillWaid@fico.com>
**Cc:** "Harlam, William" <Bill.Harlam@chubb.com>, Russ Schreiber <RussSchreiber@fico.com>, Mike Sawyer <MikeSawyer@fico.com>
**Subject:** FICO

Bill,

Thank you for sending over your proposal. We have been working on this internally all week. Please find below Chubb's counter offer that has been approved by our Executives. If this is acceptable to FICO, we have also included the redline to the Amendment. For purposes of time, we are having Chubb individuals simultaneously look at it so the documents( Amendment 3 and Settlement Document) remain subject to their review and further comment.

|  |  | Chubb's Counter To FICO Proposal |
|---|---|---|
|  | ▇ | US Premium Revenue |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Deployment | ▇ | Price based on US Premium |
| Development | $ ▇ | Price based on US Premium |
| Multiple Deploy Platforms | $ - | Part of the base license. |
| 2 Non US deployment | $ - | Amendment 3 Enterprise |
| SAS to SRL | $ - | Not applicable |
|  | $ ▇ | Total License Fees |
|  |  |  |
|  | ▇ | Discount |
|  | $ ▇ | Discounted Price |
|  | $ (▇) | Credit for License Fees Paid |
|  | $ ▇ | Net License Fees |
|  |  |  |
|  | ▇ | **Final Net License Fees** |
|  | ▇ | Maintenance percentage |

Confidential

FICO0000438

| | $ ▮▮▮▮ | Total Annual Maintenance Due by Chubb |
|---|---|---|

The total annual maintenance due by Chubb includes current maintenance for both legacy companies. Our edits on the amendment reflect that.

Please note the foregoing proposal is provided as a confidential settlement proposal and protected communication under Rule 408 of the federal Rules of civil procedure in accordance with the non-disclosure agreement; and is not to be construed as a waiver of any rights or remedies.

I am on vacation next week but will remain fully engaged in this negotiation and remain your primary contact.

Thank you,

CHUBB

**Tamra Pawloski**
VP of Software Compliance and Optimization, Global Vendor Services Organization

15 Mountain View Road, Warren, NJ 07059, USA
O 908.903.2054   M 908.307.7480   F 908.903.2008
E tpawloski@chubb.com

ACE and Chubb are now one.

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.
\<FICO Amendment 3.doc\>
\<Settlement Document.docx\>