# EXHIBIT 2



November 15, 2019

Allen Hinderaker  
Heather Kliebenstein  
Merchant & Gould  
150 South Fifth Street  
Suite 2200  
Minneapolis, MN  55402

*Via email to*  
*ahinderaker@merchantgould.com*  
*hkliebenstein@merchantgould.com*

Re:  Fair Isaac Corp. v. Federal Insurance Co., et al.  
        Case No. 16-cv-1054-WMW-TNL

Dear Counsel:

Pursuant to Judge Schultz's Order dated August 26, 2019, please find below a chart disclosing the dates and locations of all versions of Blaze Advisor software that were installed outside of the United States.

| Geographic Location | Blaze Installed? (Y/N) | Version(s) of Blaze? | Approximate Date of Installation(s)? | Location of Installation(s)? |
|---|---|---|---|---|
| Canada | N | -- | -- | -- |
| Australia | N | -- | -- | -- |
| Europe | Y | Version 6.7 | Nov. 6, 2009 | UK Data Center |
|  |  | Version 7.1 | Sept. 6, 2013 |  |
|  |  | Version 7.1 | May 9, 2017 |  |

Sincerely,

Christopher D. Pham  
**Direct Dial:** 612.492.7388  
**Email:** cpham@fredlaw.com

Attorneys & Advisors / Fredrikson & Byron, P.A.  
main 612.492.7000 / 200 South Sixth Street, Suite 4000  
fax 612.492.7077 / Minneapolis, Minnesota  
fredlaw.com / 55402-1425

MEMBER OF THE WORLD SERVICES GROUP / OFFICES  
A Worldwide Network of Professional Service Providers / Minneapolis / Bismarck / Des Moines / Fargo / St. Paul / Saltillo, Mexico / Shanghai, China

