# EXHIBIT 10

CONFIDENTIAL
TAMRA PAWLOSKI - 01/18/2019

```
 1   UNITED STATES DISTRICT COURT

 2   DISTRICT OF MINNESOTA

 3   -----------------------------------------x

 4   FAIR ISAAC CORPORATION, a Delaware
     corporation,
 5                  Plaintiff,

 6                       Case No.  16-cv-1054

 7             v.

 8   FEDERAL INSURANCE COMPANY, an
     Indiana corporation, and ACE
 9   AMERICAN INSURANCE COMPANY, a
     Pennsylvania corporation,
10                  Defendants.

11   -----------------------------------------x

12                  8:30 a.m.
                    January 18, 2019
13
                    767 Third Avenue
14                  New York, New York

15                  * CONFIDENTIAL *

16        DEPOSITION of TAMRA PAWLOSKI, a Plaintiff

17   in the above entitled matter, pursuant to Notice,

18   before Stephen J. Moore, a Registered Professional

19   Reporter, Certified Realtime Reporter and Notary

20   Public of the State of New York.

21

22   Job No. MP-204293
```

CONFIDENTIAL
TAMRA PAWLOSKI - 01/18/2019                    Pages 94..97

Page 94

1  Son, a division of Federal?
2      A    Wasn't there a -- is this the
3  full amendment number 2?
4           Because it's one of an -- I see
5  3 of 3, I don't have 2 of 3 in my copy.
6           MR. FLEMING:  I think the pages
7       are mispaginated.
8           THE WITNESS:  Are they?
9      Q    They are there, it starts with
10 2, 1 and 3.
11     A    Oh, okay.
12     A    And then it also says the
13 affiliates, right, "Affiliates shall mean any
14 entity directly or indirectly controlled by
15 client, control means the ownership of more
16 than 50 percent."
17          That's traditionally in all of
18 our contracts, so that's why I couldn't find it
19 before.
20     Q    And the client was Chubb & Son,
21 a division of Federal, correct?
22     A    Yes.

Page 95

1      Q    Who were the affiliates of Chubb
2  & Son?
3      A    All of the other entities that
4  sat underneath Chubb & Son, a division of
5  Federal, I'm not exactly sure what all -- who
6  all of them were.
7      Q    A corporate org chart would tell
8  us who the affiliates of Chubb & Sons were?
9      A    I believe so; yes.
10     Q    Now, at this time when you
11 reviewed this second amendment after the call
12 with Mark, did you also go look at the original
13 license in conjunction with the amendment?
14     A    No.
15     Q    And why not?
16     A    Because Mark was pretty clear
17 that there was an enterprise-wide contract.
18     Q    What was Mark's position again?
19     A    He was CIO of our Chubb
20 specialty insurance.
21     Q    Did Mark tell you where he had
22 gotten the information that the Blaze Advisor

Page 96

1  license was enterprise-wide with no
2  restrictions?
3      A    He negotiated the deal.
4      Q    So his information didn't come
5  from Chubb's legal department?
6      A    No.
7      Q    When you were talking with Mark,
8  was your conversation limited to the topic of
9  use of the software?
10     A    It was around the negotiations.
11     Q    Did you discuss at all the
12 issue -- well, let me phrase it again a
13 different way.
14          Your conversation with Mark was
15 about the use of the software, not the physical
16 location of the software, correct?
17     A    Correct.
18     Q    And did you talk with Mark at
19 all in that phone conversation about any
20 restrictions about the physical location of
21 the --
22          MS. KLIEBENSTEIN:  I apologize,

Page 97

1       scratch that.
2      Q    In your conversation with Mark,
3  did you talk at all about the installation and
4  physical location of Blaze Advisor as opposed
5  to the use?
6      A    No, it was just -- it was an
7  enterprise-wide license.
8      Q    Did you have any role in the
9  process of merging ACE and Chubb?
10          MR. FLEMING:  You are talking
11      about negotiating that transaction?
12     A    Yeah, I'm sorry, I don't know
13 what you're asking.
14     Q    Well, I can skip to the more --
15 what I'm looking for is just a general
16 understanding of your role in the process of
17 merging ACE and Chubb.
18          That can be negotiation of a
19 part, something else, you tell me?
20          MR. FLEMING:  You are beginning a
21      few topic, after these questions can we
22      take a five minute break?