UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>        Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**DECLARATION OF<br>TERRENCE J. FLEMING** |

I, Terrence J. Fleming, declare as follows:

1. I am an attorney at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Federal") in this case.

2. Attached as **Exhibit A** are excerpts from the 30(b)(6) deposition of Ramesh Pandey taken on January 22, 2019.

3. Attached as **Exhibit B** are excerpts from the 30(b)(6) deposition of Ramesh Pandey taken on November 26, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 13, 2020                                    s/ Terrence J. Fleming
                                                                      Terrence J. Fleming