# EXHIBIT A
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
RAMESH PANDEY - 01/22/2019

```
 1                    UNITED STATES DISTRICT COURT

 2                    DISTRICT OF MINNESOTA

 3                    CASE NO. 16-CV-1054 (WMW/DTS)

 4      - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 5      FAIR ISAAC CORPORATION, a Delaware Corporation,

 6                 Plaintiff,

 7           vs.

 8      Federal Insurance Company, an Indiana Corporation, et al,

 9                 Defendant.

10      - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

11      * * * HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY * * *

12

13                    TRANSCRIPT of the stenographic notes of

14      the videotaped deposition of 30(b)(6) witness Ramesh

15      Pandey in the above-entitled matter, as taken by and

16      before LORRAINE B. ABATE, a Certified Court Reporter

17      and Notary Public of the State of New Jersey and

18      Registered Professional Reporter, held at the offices

19      of Regus, 2001 Rt. 46 East, Parsippany, New Jersey,

20      on Tuesday, January 22, 2019, commencing at 8:57

21      a.m., pursuant to Notice.

22

23

24      Job No. MP-204275

25
```

EXHIBIT
A

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
RAMESH PANDEY - 01/22/2019        Pages 46..49

Page 46

1  in Adapt or Ezer.  So these guys will say okay, I'll
2  also support this product, like while the system is
3  still there, Adapt and Ezer.
4       Q.     Okay.
5       A.     So team by team.  Per application team.
6       Q.     Where are the team members who support
7  Adapt and Ezer located?
8       A.     London.
9       Q.     And are you saying that they are
10  employees of ACE American Insurance Company?
11      A.     Yes.  They're employees of Chubb.  Now
12  they're part of ACE as of first of 2017.
13      Q.     Maybe -- there is a, you know, the
14  parent company is --
15      A.     Chubb Limited.
16      Q.     -- Chubb Limited.  And under Chubb
17  Limited, are, you know, many other companies.
18             I'll represent to you that in -- for
19  example, one of the companies under Chubb Limited is
20  Chubb European Group Limited.
21      A.     Yeah, let's call it.
22      Q.     Okay.  But -- so I asked you about
23  the -- who employed the London employees, the London
24  people who support Adapt and Ezer, and my question is
25  really directed to what specific legal entity within

Page 47

1  the large structure of Chubb Limited, do you know one
2  way or the other?
3       A.     So it would be Chubb Europe, Chubb
4  London.  I don't know the exact name, but it will --
5  let's call it Chubb Europe.
6       Q.     Okay.
7              MR. FLEMING:  Allen, when you get to
8        another topic, can we take a short break.  It's
9        been over an hour.
10             MR. HINDERAKER:  Yeah.  Just give me a
11       minute here.  Maybe we will.
12             Well, we can take a break now and I can
13       finish the topic after the break, if you'd like.
14             THE VIDEOGRAPHER:  The time is 10:03
15       a.m., and we're going off the record.
16             (There was a recess taken.)
17             THE VIDEOGRAPHER:  The time is
18       10:19 a.m. and we're back on the record.
19  BY MR. HINDERAKER:
20      Q.     Welcome back.
21             At the break, you told us that the team
22  that supports Adapt and Ezer in Europe is based in
23  London, correct?
24      A.     Yep, yep.
25      Q.     Okay.  And then the -- and that -- and

Page 48

1  then Adapt and Ezer in Blaze Advisor applications,
2  they're hosted at the data center in London?
3       A.     Yes.
4       Q.     And Australia has Blaze Advisor
5  applications, correct?
6       A.     Yes.
7       Q.     And where is the -- similarly, is there
8  a team of people that support the Blaze Advisor
9  applications for the -- that support the sale of
10  insurance in Europe?  I mean, in Australia?
11      A.     No.  The team in London itself, U.K. and
12  same team supports them, too.
13      Q.     The same team, the London-based team,
14  supports the application in Australia?
15      A.     Yeah, Adapt.
16      Q.     Okay.  And to your knowledge, does
17  Australia also use Evolution?
18      A.     No.
19      Q.     Okay.  And the -- where is the data
20  center located that supports the Blaze Advisor
21  applications used for the sale of insurance in
22  Australia?
23      A.     It's in London.
24      Q.     And then there are Blaze Advisor
25  applications in Canada?

Page 49

1       A.     Yes.
2       Q.     And by in Canada, I should be more
3  clear.
4              Blaze Advisor applications are used in
5  connection with the sale of insurance policies in
6  Canada?
7       A.     Yes.
8       Q.     And --
9              MR. FLEMING:  Allen, what topic are you
10       questioning about?
11             MR. HINDERAKER:  It doesn't matter.
12             MR. FLEMING:  Well, unless it is not a
13       topic.
14             MR. HINDERAKER:  I'm asking him his
15       knowledge -- we're following up -- we are
16       following up on the use of Blaze Advisor in the
17       current environment of, I'll call it Chubb
18       Limited.  And so I was asking Mr. Pandey
19       regarding Blaze Advisor applications used in
20       support of insurance companies in Canada,
21       correct?
22      Q.     And the team, and you -- can you
23  remember the names of the applications that support
24  the sale of insurance in Blaze Advisor in Canada?
25      A.     So Renaissance, R-E-N-N-A-I-S-S-A-N-C-E,

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
RAMESH PANDEY - 01/22/2019          Pages 50..53

Page 50

1    Renaissance.
2         Q.     And I would call it Rennnaissance.
3         A.     Yeah.
4         Q.     And any other applications that are
5    using Blaze Advisor in Canada, to your knowledge?
6         A.     Evolution.  Which, behind the scene
7    using Renaissance.  The name is Evolution, which is a
8    front end of user interface.  Behind scene uses
9    Renaissance.
10        Q.     Renaissance.  And the team that supports
11   the Evolution application in Canada, is that -- where
12   is that team located?
13        A.     In Toronto, Canada.
14        Q.     Okay.  And would it be fair to say
15   that -- well, to your knowledge, do you know the
16   legal entity that employs that team?
17        A.     Not 100 percent sure, but it's Federal,
18   probably.
19        Q.     Or some Chubb Canada legal entity?
20        A.     Legally, it's Federal, because it's a --
21   Canada and U.S. have a lot of business in borders,
22   Toronto, Buffalo, those two, Federal, but not
23   100 percent sure.
24        Q.     All right.  And the -- that team is
25   located in Toronto?

Page 51

1         A.     Yes.
2         Q.     And the data center that hosts the Blaze
3    Advisor applications for Evolution that support the
4    sale of insurance in Canada is located in Toronto as
5    well?
6         A.     No.  It's North Carolina, Raleigh.
7    Raleigh, North Carolina.
8         Q.     So that application, then, has been
9    migrated to Raleigh, North Carolina?
10        A.     Yes.
11        Q.     And before the migration, it was hosted
12   in the Toronto data -- the data center in Toronto?
13        A.     I don't think so, but not 100 percent
14   sure.
15        Q.     Don't know?
16        A.     But I know that it's Raleigh.  Raleigh
17   data center we have a long time, so...
18        Q.     So is ACE American -- are the employees
19   of ACE American Insurance Company involved in
20   supporting the Evolution application used in
21   connection with the sale of insurance in Canada, if
22   you know?
23        A.     Not 100 percent.  It's ACE insurance,
24   but ACE Canada, I don't know if it's one company or
25   ACE American, ACE Canada American.  I'm not sure of

Page 52

1    the difference.
2         Q.     All right.  In topics 6 and 7, one of
3    the topics asks for the identification by name of the
4    Blaze Advisor applications that are -- that ACE
5    American uses in support of, you know, Federal, for
6    the sale of insurance.
7               And rather than go through each one of
8    those applications individually, would it be accurate
9    to say that ACE American Insurance Company now
10   supports all of the applications that use Blaze
11   Advisor, being the same applications that Chubb &
12   Son, a Division of Federal, supported?
13        A.     I'll say I'm fairly -- I'll say yes,
14   but -- with my knowledge, yes.  But it could be other
15   companies, too.
16        Q.     Have any -- have any products of -- by
17   products, I mean insurance policies, have any
18   products of legacy ACE -- let me ask it differently.
19               Do any Blaze Advisor applications
20   support the sale of legacy ACE products?
21        A.     No.
22        Q.     Let me turn to topic 8.
23               And as you see, it asks for use by
24   Federal of Blaze Advisor applications in connection
25   with insurance policies issued in the name of ACE

Page 53

1    American, and let me break this down into some
2    further detail.
3               As I understand the facts, once the --
4    when the employees of Chubb & Son, a Division of
5    Federal, became employees of ACE American, January 1,
6    2017, then Federal itself was not supporting Blaze
7    Advisor applications, correct?
8         A.     Yeah.  ACE, yeah.
9         Q.     ACE American was doing that, correct?
10        A.     Yes.  Starting that date, 1st
11   January 2017.
12        Q.     Before January 1, 2017, to your
13   knowledge, was Federal supporting the sale of ACE
14   American Insurance policies using Blaze Advisor
15   applications?
16        A.     No, no.  Chubb never did that.  They're
17   two separate companies.
18        Q.     And there was this year period between
19   2016 and 2017 when -- it's post-merger, after they
20   become a new company, but before Chubb & Son
21   employees become Ace American employes, during that
22   one-year period of time, did Federal Insurance with
23   Blaze Advisor applications support the sale of
24   policies issued by ACE American or its subsidiaries?
25        A.     No, no, no.

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
RAMESH PANDEY - 01/22/2019          Pages 54..57

Page 54

1      Q.    Turning to topic 9, I want to ask some
2  questions about Chubb European Group Limited.
3           Are you familiar with that company?
4      A.    Chubb European, yes.
5      Q.    What did you do to prepare yourself to
6  respond to topic 9 today?
7      A.    So I talked to Mike Hutchinson, Claudio.
8      Q.    Claudio's last name?
9      A.    G-H-I, Ghislangon, Johnnie,
10 G-H-I-S-L-A-N-G-O-N, I think.
11     Q.    All right.  What other Blaze Advisor
12 software applications used in connection with
13 insurance policies issued in the name of any legal
14 entity of Chubb European Group Limited?
15     A.    So there are two applications.  Ezer,
16 E-G-E-R, (sic), as we talked earlier, and Adapt.
17     Q.    Okay.  And do you know the name of the
18 legal entities that are part of Chubb European Group
19 Limited?
20     A.    I thought that's only one, Chubb
21 European Limited.
22     Q.    And I'm just --
23     A.    I might not be exactly correct, but
24 that's what I thought.
25     Q.    Understood.  My understanding is that

Page 55

1  Chubb European Group Limited is made up of a number
2  of different companies.
3      A.    Not for this small project.  There are
4  Chubb European sales, a lot of stuff.  This part is
5  only small, very small.
6      Q.    Anyway, the answer to my question is do
7  you know the name of each legal entity that is part
8  of Chubb European Group Limited?
9      A.    Not all of them, no.
10     Q.    Do you know any of them?
11     A.    The Chubb European Group Limited was the
12 one I thought.  That's the one which supports Ezer
13 and Adapt.
14     Q.    All right.  Do you know when Adapt was
15 first used -- let me back up.
16           Do you know what countries Chubb
17 European Group Limited sells insurance policies into?
18     A.    Chubb Europe?  The only applications --
19 can you be specific.
20     Q.    Sure, let me just use -- let's just use
21 Adapt.  I'll do them together, Adapt and Ezer.
22     A.    Yeah.
23     Q.    What European countries are insurance
24 policies sold in that are supported by Adapt and
25 Ezer?

Page 56

1      A.    Only U.K., United Kingdom.
2      Q.    Not Italy, not Germany, not --
3      A.    They have different rules.  Every
4  country have their own rules and regulations.
5      Q.    And do you know the date or approximate
6  date that Ezer was first used in Europe?
7      A.    You're talking about prior to merger?
8      Q.    Yes, I am.
9      A.    Well, I can say 2012.
10     Q.    But you don't know?
11     A.    Not 100 percent.
12     Q.    All right.  And how about Adapt, when
13 was that first used?
14     A.    Same time.  It's either 2011 or 2012,
15 one of those dates.
16     Q.    And then on 9. b), you've told us that
17 the servers are located in London?
18     A.    Yes.
19     Q.    And then 9. c), other than the
20 general -- do you know the specific company in which
21 the persons who support Ezer and Adapt in Europe
22 are -- by whom they're employed?
23     A.    I only know Chubb European Group.
24     Q.    Okay.  9. d), as you see, makes
25 reference to a different legal entity being Chubb

Page 57

1  Insurance of Europe SE.
2           Understanding -- so then with that
3  reference in mind, is it fair to say that whether --
4  whether, under the legal entity of Chubb Insurance of
5  Europe SE, or under the legal entity of Chubb
6  European Group Limited, those dates of first use for
7  Ezer or Adapt are accurate?
8      A.    So you're saying when they start using
9  it or when they stop using it?
10     Q.    No, when they started.
11     A.    Started, the same thing.  2012.
12     Q.    The same date you gave me?  Thank you.
13           I'm going to -- let me set my question
14 up by representing to you the entity called Chubb
15 Insurance of Europe SE no longer exists, and it was
16 merged into Chubb European Group Limited.
17           Do you know if there is any difference
18 in the scope of products that Ezer and Adapt support
19 between the use by Chubb Insurance of Europe SE and
20 the use by Chubb European Group Limited?
21     A.    We stopped -- because the company Chubb
22 Insurance of Europe SE, we start -- we're getting rid
23 of, and they're the one who are using Adapt and Ezer.
24 Chubb European Group Limited doesn't use the product
25 in Ezer and Adapt any more because they have their