# EXHIBIT B
# FILED UNDER SEAL

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2               DISTRICT OF MINNESOTA
 3
 4   CASE NUMBER: 16-cv-1054 (WMW/DTS)
 5   ----------------------------------------------------
 6   Fair Isaac Corporation, a Delaware corporation,
 7     Plaintiff,
 8   versus
 9   Federal Insurance Company, and Indiana
     corporation, and ACE American Insurance Company, a
10   Pennsylvania corporation,
11     Defendants.
     ----------------------------------------------------
12
13
14    VIDEOTAPED DEPOSITION OF FEDERAL RULE OF CIVIL
15    PROCEDURE 30(b)(6) FEDERAL INSURANCE COMPANY and
16     ACE AMERICAN INSURANCE COMPANY WITNESS DESIGNEE
17
18                     RAMESH PANDEY
19
20
21
22
23
24
25   TAKEN:  26 November 2019     BY:  Jackie McKone
```

EXHIBIT B

Page 18

1  discussions with the people you identified.
2  A. Yup.
3  Q. Okay. With respect to the information on Exhibit
4     527, is any of this information -- do you know any
5     of this information from your own personal
6     knowledge?
7  A. Yes. The data center is first. So this last
8     column that you see that I have firsthand
9     information. Versions, like 6.7, 7.1, I have
10    firsthand knowledge. Exact date, I knew the years
11    but the date whether it's Number 6, or Number 5,
12    or Number 8, that was the discussion with talking
13    to bunch of people and zeroing. So like I said,
14    last column, first column. Middle column that's
15    where we had to -- dates, and you asked for very
16    specific dates.
17 Q. Um-hm. Because then -- my understanding being
18    that your geographic scope of responsibilities has
19    been North America.
20 A. Which is US and Canada.
21 Q. Which US and Canada.
22 A. Yes.
23 Q. My question is: How did you have firsthand
24    knowledge of the installations and the data center
25    in UK or Europe?

Page 19

1  A. So Europe, this is in Legacy Chubb before merger,
2     most of the systems were deployed in North America
3     data center, which is Raleigh, North Carolina.
4     Even if they were used by, let's say, London, or
5     Australia, anybody, the systems were deployed in
6     Raleigh. So that's why I know those systems.
7  Q. So I understand why you know the systems in
8     Raleigh. My question is: How would you know what
9     was happening in the data center in the UK during
10    your time as North American chief architect?
11 A. So let's take the application. If you --
12    MS. JANUS: I'm confused by this
13    questioning. He's just talked about all the
14    things he did to prepare for today. So what are
15    you asking him about now?
16    MR. HINDERAKER: I'm asking about what
17    information is his own firsthand knowledge.
18    MS. JANUS: Yes. He gave you that. He
19    answered your question about that.
20    MR. HINDERAKER: Thank you for your
21    commentary.
22    MS. JANUS: I just -- I'm not --
23    BY MR. HINDERAKER:
24 Q. I want to know during your time as chief architect
25    of North America, did you have -- how would you

Page 20

1  know separate from -- my questions are separate
2  from the -- separate from the conferences and the
3  discussions that you had to prepare the
4  information on Exhibit 527.
5     My question is: How or whether, you know,
6  you knew this information of your own knowledge
7  while you were chief architect of North America.
8     MS. JANUS: Asked and answered. It's
9  outside the scope of the topics. Let's get back
10 scope of the topics. Do you understand the
11 question?
12    THE WITNESS: Yes I do.
13 BY MR. HINDERAKER:
14 Q. Please answer it.
15    MS. JANUS: So the question is: What did
16 you know based on your own firsthand knowledge?
17    THE WITNESS: For the -- you're talking
18 about Europe?
19 BY MR. HINDERAKER:
20 Q. I was. Yes.
21 A. Okay. So Europe -- if you have a system which is
22    deployed in North America, but if somebody wants
23    to use it in, let's say, the UK, they would ask us
24    for help. Let's say that I have a -- you use,
25    like -- we use Blaze software, can you recommend,

Page 21

1  well, like, who could help to deploy in London.
2  So we give the name of Blaze person --
3  Q. Give the what?
4  A. Fair Isaac person name, and say ask these guys,
5     they will send a couple of people to help you out,
6     install it or train you. That's what we did.
7     When they reached out to us, we told Mike
8     Swoyer from Fair Isaac at that time we call Blaze,
9     and Blaze send a couple of people to help European
10    team to deploy -- like, configure it and make it
11    work. They send couple of people to help them
12    out.
13 Q. Did you have that conversation with Mike Swoyer?
14 A. That's my team.
15 Q. No. I didn't ask your team. I said: Did you?
16 A. I knew that they were going. I didn't approve
17    this. My boss approved it at that time, but yes,
18    I was part of the discussion.
19 Q. Did you have the conversation with Mike Swoyer?
20 A. Not me, but my team.
21 Q. Understood.
22 A. The guy who reported to me did.
23 Q. Who reported to you?
24 A. Henry Mirolyuz, and I reported to Patrick Ceylon
25    who signed this.

Page 22

1  (Whereupon material was marked for
2  identification as Exhibit 528.)
3  BY MR. HINDERAKER:
4  Q.  Showing you Exhibit 528, which is the Rule
5      30(b)(6) deposition notice for today, and you've
6      seen this before have you, or have you seen this
7      before?
8  A.  Yes.
9  Q.  And you're here of course to testify to the three
10     topics of the deposition notice?
11 A.  Yes.
12 Q.  Okay.  Oh.  This already has been marked as an
13     exhibit.  So this is Exhibit 8 from another
14     deposition Mr. Ramesh, and take a moment to
15     familiarize yourself with it if you'd like, and I
16     just have a couple of questions.
17 A.  Okay.
18 Q.  All right.  I don't see that you are involved in
19     this e-mail.  Do you agree?
20 A.  Not on this one.
21 Q.  Okay.  Did you review this document in preparing
22     for the deposition today?
23 A.  Which document?
24 Q.  The one in your hand, Exhibit 8?
25 A.  This one, yes.

Page 23

1  Q.  Did you review this document to prepare for the
2      deposition?
3  A.  Yes.
4  Q.  Mr. Zhang; his -- he was a Canadian representative
5      of Chubb?
6  A.  He worked for Canada team.
7  Q.  Mr. Mirolyuz reported to you of course in the US?
8  A.  Yes.
9  Q.  If you reviewed this Exhibit 8 to prepare for
10     disclosure of 527, do you understand what I'm
11     saying?
12 A.  This one; right?
13 Q.  Yes.  Exhibit 8 is -- the subject matter of
14     Exhibit 8 is the installation of Blaze Advisor in
15     Canada?
16 A.  No.  It's not -- it's saying that it's file server
17     sitting in North Carolina, Raleigh, S-R-E-F-S,
18     system files server 1.  That's the drive.  He's
19     saying that's what we copied using the cbwiki with
20     the Chubb wiki link, which is in Raleigh, North
21     Carolina.  He's saying this is what we copied, and
22     if you want, you can deploy a development server
23     sitting Raleigh, North Carolina.  So looking at
24     naming, I can see the Raleigh service.
25 Q.  You're reading this -- you're reading from part of

Page 24

1      the first page of Exhibit 8 that says, "Hi Tony, I
2      copied Blaze."
3  A.  Yes.  In our CR drive sitting in Raleigh, North
4      Carolina on this date.
5  Q.  So the SREF --
6  A.  File server.
7  Q.  -- S01 that's a server in Raleigh, North Carolina?
8  A.  Yes.  It's the file server 01 public BR COE.  This
9      naming was found in Raleigh.
10 Q.  Understood.  So on that -- on that part of the
11     e-mail, Henry is telling Tony that he copied Blaze
12     Advisor file to that server?
13 A.  Yeah.  That's, like, a Raleigh server to Raleigh
14     server.  A CR drive.  That's what it is.
15 Q.  Then Henry is telling Tony where Henry -- where
16     Tony can find installation instructions?
17 A.  Yeah.  This is a wiki link and the file server is
18     in Raleigh.  Chubb in Raleigh.
19 Q.  Then Tony Zhang on the top of the e-mail says,
20     "Henry, thanks Henry.  I was able to install it."
21 A.  In development center in Raleigh.  Yes.
22 Q.  Okay.  Now, it doesn't say that.  How do you --
23     why do you think it's in Raleigh?
24 A.  Because if he copied -- he used the wiki in
25     Raleigh, serve drive in Raleigh, install Raleigh

Page 25

1      because Canada, all the servers for Canada were
2      sitting in Raleigh.
3  Q.  What about the servers in Toronto?
4  A.  Which server are you talking about?
5      (The reporter asked for repetition.)
6      THE WITNESS:  Which server are you talking
7      about?
8      BY MR. HINDERAKER:
9  Q.  I'm talking about the servers in Toronto that had
10     Blaze Advisor that --
11 A.  No.  Toronto didn't have the servers where you can
12     install this.  Toronto -- remember, you're talking
13     about 2010.  In 2010, it was Legacy Chubb.  Legacy
14     Chubb the only servers were in Raleigh, North
15     Carolina, and Canada was supposed to only use the
16     server.  You see the naming convention here, you
17     see the wiki link here, whole thing in Raleigh,
18     North Carolina.  Nothing Toronto here.  The guy
19     was sitting Toronto.  I agree.
20     MR. HINDERAKER:  Would mark this as the
21     next one.
22     (Whereupon the material was marked for
23     identification as Exhibit 529.)
24     THE WITNESS:  Okay.
25     BY MR. HINDERAKER:

7 (Pages 22 - 25)

Page 26

1  Q. Okay. Did you review this exhibit, this e-mail
2     which we're now calling Exhibit 529 to prepare for
3     the deposition today?
4  A. I have seen it.
5  Q. Okay. Did you review Exhibit 529 to prepare for
6     the deposition today?
7  A. I reviewed it, but I don't remember did I review
8     yesterday. I don't remember, but I reviewed this
9     one.
10 Q. Okay, and tell me who Lance Martin is.
11 A. Lance was my project monitor for governance in --
12 Q. What?
13 A. Governance. It's a review of applications. He
14    reported to me in Legacy Chubb.
15 Q. And we've identified Zorica Todorovic?
16 A. Yes.
17 Q. He's part of Chubb Canada?
18 A. That's correct.
19 Q. And the subject matter of Exhibit 529 is CAZ
20    ChEAR?
21 A. Yes.
22 Q. Contact replace, and then the attachment is CAZ
23    applications?
24 A. Yup.
25 Q. And CAZ is an acronym for Canada zone?

Page 27

1  A. Yes.
2  Q. And ChEAR is a form of report that Chubb, Legacy
3     Chubb used?
4  A. ChEAR means Chubb Enterprise Architecture
5     Repository.
6  Q. What was the last word?
7  A. Chubb Enterprise Architecture Repository.
8  Q. Repository?
9  A. Yes. That was in Raleigh, North Carolina.
10 Q. Then if you look at the attachment please to the
11    e-mail.
12 A. Which page?
13 Q. I want you to look at Line 8 -- well, I suppose
14    you have to look at the first page that has the
15    column headings so that you see under Column L it
16    says Data Center Location. Do you see where I'm
17    saying?
18 A. Okay.
19 Q. Okay, and then if you go to Line 8, Column L, this
20    document says Toronto; right?
21 A. That's a logical name. So --
22 Q. Pardon me?
23 A. Can I explain it.
24 Q. You said something, but I didn't understand that's
25    why I said pardon me. This is a? I asked you

Page 28

1     this document says the data center is Toronto, and
2     you said?
3  A. Yes. I see Toronto.
4        MR. HINDERAKER: Would go ahead and mark
5     this please.
6        (Whereupon the material was marked for
7     identification as Exhibit 530.)
8     BY MR. HINDERAKER:
9  Q. And Mr. Ramesh, I've given you Exhibit 530. This
10    is an e-mail and attachments. I'd just like to go
11    through the people on the e-mail first if you'd
12    like.
13 A. Sure.
14 Q. So Cristian Vasilache; who is that individual?
15       MS. JANUS: Do you need a moment to review
16    the document?
17       THE WITNESS: I do a little. Yes.
18    BY MR. HINDERAKER:
19 Q. Let me know when I can ask you questions.
20 A. Okay. Go ahead.
21 Q. Give me a second. My first question is: Can you
22    identify Cristian Vasilache, the individual from
23    whom the e-mail is from?
24 A. I don't know the name but -- I don't know who it
25    is. I don't know the name.

Page 29

1  Q. Okay, and the e-mail is to Alexander Pavlenko?
2  A. Yes.
3  Q. And he is a Canadian Chubb Canada person?
4  A. Yup.
5  Q. And again, the attachment is the CAZ ChEAR report?
6  A. Um-hm.
7  Q. And when you reviewed the document, did you see if
8     you were in this communication chain at all?
9  A. I didn't see my name, but ...
10 Q. Okay. Thank you. Then if we go to the
11    attachment, and the ChEAR report, and Line 8.
12 A. Yup.
13 Q. Under Column N, data center location?
14 A. Um-hm.
15 Q. This document shows the data center location for
16    Evolution Canada as Toronto; correct?
17 A. And also read the Column E. As I said, the Blaze
18    form will be used in future. Will be. Not is
19    used.
20       So what they are saying the Blaze will be
21    developed, will be used, will be deployed in the
22    future in Canada. That's their thought. They are
23    saying that I'm prepare for the form that will be
24    used for Canada in the future.
25       When it comes to process, we say no, it

8 (Pages 26 - 29)