# EXHIBIT 4

# FILED UNDER SEAL

```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF MINNESOTA
 3
 4   CASE NUMBER:  16-cv-1054 (WMW/DTS)
 5   ------------------------------------------------
 6   Fair Isaac Corporation, a Delaware corporation,
 7      Plaintiff,
 8   versus
 9   Federal Insurance Company, and Indiana
     corporation, and ACE American Insurance Company, a
10   Pennsylvania corporation,
11      Defendants.
     ------------------------------------------------
12
13
14    VIDEOTAPED DEPOSITION OF FEDERAL RULE OF CIVIL
15    PROCEDURE 30(b)(6) FEDERAL INSURANCE COMPANY and
16     ACE AMERICAN INSURANCE COMPANY WITNESS DESIGNEE
17
18                      RAMESH PANDEY
19
20
21
22
23
24
25    TAKEN:  26 November 2019     BY:  Jackie McKone
```

Page 6

1  under oath as follows.
2  * * *
3  EXAMINATION
4  BY MR. HINDERAKER:
5  Q. Good morning. We met, we commented in the hallway
6     about our -- the frequency of our interactions
7     here in --
8  A. Many times.
9  Q. So I know that we've done, you know, you and I
10     have -- you have sat for examination now this will
11     be the third time in this lawsuit, and did you
12     meet with counsel to prepare for the deposition
13     today?
14 A. Yup.
15 Q. It would be helpful I think sir if when you're
16    answering try to speak up a bit.
17 A. Yes.
18 Q. And of course, having a verbal answer rather than
19    a nod or a gesture. So how long did you -- how
20    long did you prepare for today's deposition?
21 A. Yesterday and today also. So two days.
22 Q. How many hours would you say?
23 A. Few hours yesterday, was a good long day. I came
24    early so it was a long time.
25 Q. I'm sorry. What?

Page 7

1  A. Yesterday almost all day.
2  Q. I have to get my ear tuned to you. Well, I'm not
3     going to go through all of the things that we've
4     done in the past but only to -- only to say if I
5     ask a question that isn't clear to you or you do
6     not understand --
7  A. Okay.
8  Q. -- please let me know.
9  A. Sure.
10 Q. Okay. I recall -- well, rather than me recall,
11    your job title is what please?
12 A. Now I'm the head of the integration architect and
13    ICC delivery center.
14 Q. So I understood integration architect'?
15 A. Integration delivery centers -- integration center
16    of competency. I lead that group.
17 Q. When did you assume that role?
18 A. About five months back. So I was the chief
19    architect for North America. Now I took the ICC
20    delivery also.
21       MS. JANUS: One moment. Did something
22    happen so that someone called in? We have a live
23    video --
24       THE VIDEOGRAPHER: We're going off the
25    record. The time is 9:30.                    0

Page 8

1       (Whereupon a short break was taken from
2  9:30 a.m. to 9:33 a.m.)                          0
3       THE VIDEOGRAPHER: We are back on the
4  record. The time now is 9:32 a.m.
5  BY MR. HINDERAKER:
6  Q. So about five months ago, you had a new role
7     integration architect, ICC?
8  A. Yes.
9  Q. And previous to that, you were?
10 A. Chief architect for North America.
11 Q. For how long did you have that role?
12 A. Four years.
13 Q. So beginning in about 1915 -- 2015?
14 A. Yes.
15 Q. Then before being chief architect of North
16    America, what role was your role?
17 A. Chief architect for Chubb, the original Chubb,
18    Legacy Chubb.
19 Q. What was the -- when you were chief architect for
20    Legacy Chubb, what was the geographic scope of
21    that responsibility?
22 A. North America. Mainly US, Canada. US and Canada.
23 Q. Okay. So all right, and for how long did you have
24    that role?
25 A. Less than two years.

Page 9

1  Q. Have you -- going to the current time, integration
2     architect, what's the geographic scope of that
3     responsibility?
4  A. That's the North America mainly from architecture
5     point of view, but the ICC delivery is global.
6  Q. Then before chief architect for Legacy Chubb, you
7     were --
8  A. I was with Citibank.
9  Q. This has been marked as Exhibit 527, and when was
10    first time you saw this?
11 A. Couple of weeks back, few weeks back.
12 Q. Did you have any role in the preparation of
13    Exhibit 527?
14 A. Yes.
15 Q. What was it?
16 A. So I collected all the -- I reached out to all the
17    team leads, architects, and different team members
18    to find the information so that I can put the
19    dates and version for the delete, the records, and
20    also which data center they were deployed and
21    everything. So all of it associated with this I
22    did it.
23 Q. So let me just -- let me back up. So what I heard
24    you say is you reached out to the persons in the
25    different locations who had responsibility.

Page 10

1  A. Yes.
2  Q. Okay. Did you yourself gather any of the
3     underlying documents that had the responsive
4     information?
5  A. Yes. Working with those teams, let's say for
6     Europe, working with Mike Hutchinson and his team,
7     working with Canada, that team. So yes. I --
8     they were gathering, but I was talking to all of
9     them. Mostly.
10 Q. So let me just go country by country and
11    understand the liaisons that you worked with. So
12    Canada; with whom did you work?
13 A. Silverio Miranda, he's the chief architect for
14    Canada. Zorica --
15 Q. I can't go that fast. Can you spell the person's
16    name for Canada?
17 A. Silverio, S-I-L-V-E-R-I-O.
18 Q. The last name?
19 A. Miranda, M-I-R-A-N-D-A.
20 Q. All right. Thank you. Then who else in Canada?
21 A. Zorica, Z for zebra, O-R-I-C-A, last name
22    Todorovic.
23 Q. That would be T-O-D-O-R-O-V-I-C?
24 A. Exactly.
25 Q. That one I have.

Page 11

1  A. Yup.
2  Q. Anyone else?
3  A. Also I talked to Shailesh Sharma, and a lot of
4     people. These are the teammates.
5  Q. Would you spell the third person please?
6  A. Shailesh, S-H-A-I-L-E-S-H S-H-A-R-M-A.
7  Q. That's the last name?
8  A. Yes.
9  Q. Say that again?
10 A. S-H-A-R-M-A.
11 Q. So were they the main people for Canada?
12 A. Exactly.
13 Q. All right, and then for the UK, for Europe?
14 A. It's Mike, Michael Hutchinson.
15 Q. Before I ask the next person, do you make a
16    distinction between the UK and Europe, or is that
17    the same --
18 A. They are same thing for us. It's Europe joined
19    EUD. It's the same thing.
20 Q. So you spoke with -- spoke with Mike Hutchinson,
21    and who else?
22 A. And Claudio.
23 Q. Okay. Claudio is located in the US?
24 A. UK.
25 Q. Claudio -- what's Claudio's last name?

Page 12

1  A. Gislanjani (phonetic).
2  Q. I thought he was a US guy.
3  A. He's responsible for US and UK both, but he lives
4     in the UK, but he's responsible for US.
5  Q. So Mike Hutchinson, Claudio. Anybody else that
6     was primarily --
7  A. These are the two main.
8  Q. All right, and then Australia?
9  A. Same; Mike Hutchinson and Claudio.
10 Q. All right. So I --
11 A. For Australia also Zorica, Zorica Todorovic. She
12    also gives information.
13 Q. Zorica? Zorica?
14 A. Yes.
15 Q. She's a Canadian person as well?
16 A. Yes, Canadian, and she also informs about
17    Australia.
18 Q. Then anyone else that were the principal people?
19 A. That's it.
20 Q. So let me run through a series of names that came
21    to me with respect to this deposition, and let me
22    know if you've talked to them?
23 A. Okay.
24 Q. Tony Zhang?
25 A. He's under Silverio. So Silverio must have talked

Page 13

1     to him.
2  Q. You don't know that one way or the other?
3  A. Well, Silverio talked to his team. He's part of
4     that team.
5  Q. I'm just asking whether you spoke with him.
6  A. No. Not directly. Through Silverio.
7  Q. Henry Mirolyuz?
8  A. No. He doesn't work for us anymore.
9  Q. Cristian Vasilache?
10 A. No.
11 Q. Alexander Pavlenko?
12 A. Pavelko. Yes. That's Silverio and Alex. Yes.
13    Alex report to --
14 Q. So they are Canadians, and they would be reporting
15    to Silverio?
16 A. Exactly.
17 Q. But you did not speak to them --
18 A. No. I talked to Alex, but I heard -- Silverio
19    collected all the data for me.
20 Q. So you did speak with Alex?
21 A. Yeah, but I told her just help Silverio out.
22 Q. Lance Martin?
23 A. Lance is -- I didn't talk to him. No.
24 Q. Richard Johnson?
25 A. No.

4 (Pages 10 - 13)