UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY, a<br>Pennsylvania corporation,<br><br>    Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

  Defendants Federal Insurance Company ("Federal") and Ace American Insurance Company ("ACE") (collectively, "Defendants"), in connection with their Memorandum in Opposition to FICO's Supplemental Motion for Summary Judgment filed as Docket No. 776 submit Exhibits A and B to the Declaration of Terrence J. Fleming in Support of this Motion, filed as Docket Nos. 780 and 780-1 which contain information designated as "confidential" under the Court's Protective Order [Doc. No. 44].  Defendants now file this Statement Instead of Redacted Document because large portions of these documents are confidential and redaction is impracticable.

Dated:  May 13, 2020

            *s/Terrence J. Fleming*
            Terrence J. Fleming (#0128983)
            tfleming@fredlaw.com
            Leah C. Janus (#0337365)
            ljanus@fredlaw.com
            Christopher D. Pham (#0390165)
            cpham@fredlaw.com
            Ryan C. Young (#0397751)
            ryoung@fredlaw.com
            Christian V. Hokans (#0400377)
            chokans@fredlaw.com
            **FREDRIKSON & BYRON, P.A.**

200 South Sixth Street, Suite 4000  
Minneapolis, MN  55402-1425  
Phone:  (612) 492-7000  
(612) 492-7077 (fax)

***Attorneys for Defendants***

#70051999v1