UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Federal Insurance Company, *et al.*,<br><br>    Defendants. | Case No. 16-cv-1054 (WMW/DTS)<br><br><br>**ORDER** |

This matter is before the Court on the Parties' Joint Motion Regarding Continued Sealing [Docket No. 757] and Minn. Local Rule 5.6(d)(2). The Joint Motion addresses documents that were filed under temporary seal in connection with FICO's letter to the Court [Docket No. 742] and Federal's opposition to FICO's sanctions motion [Docket No. 732].

**IT IS HEREBY ORDERED**:

1. The Joint Motion Regarding Continued Sealing [Docket No. 757] is **GRANTED**.

2. The Clerk is directed to **unseal** the following documents: Docket Nos. 754 and 755.

3. The Clerk is directed to keep **sealed** the following documents: Docket Nos. 736, 755-1, and 755-2.

Dated: May 15, 2020

                                                      s/David T. Schultz
                                                      DAVID T. SCHULTZ
                                                      United States Magistrate Judge