UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fair Isaac Corporation,                                  Case No. 16-cv-1054 (WMW/DTS)

    Plaintiff,

v.                                                       **ORDER**

Federal Insurance Company, *et al.*,

    Defendants.

---

Federal filed a Motion to Amend the Scheduling Order [Dkt. No. 758] to allow Federal "to file a summary judgment motion on [a] narrow issue" FICO opposes the motion [Dkt. No. 763].

**IT IS HEREBY ORDERED**: The Motion to Amend the Scheduling Order [Docket No. 758] is **DENIED**.

Dated: May 19, 2020                                  s/David T. Schultz
                                                                                 DAVID T. SCHULTZ
                                                                                 U.S. Magistrate Judge