FICO | Solutions Scores | Industries | Products | Platform | Learn | CHECK YOUR FICO® SCORE

# Support Level by Software Release

*This is a forward looking document and all information above is subject to change without notice.

| Software Release | General Availability Release Date | Support End Date* | Extended Support End Date* |
|---|---|---|---|
| Application ScoreWare International 2.0a Mainframe (and all prior releases) | Aug 2002 | Offered and Ends in Dec 2009 | Offered and Ends in Sep 2011 |
| Application ScoreWare International 2.0a Windows (and all prior releases) | Aug 2002 | Offered and Ends in Jun 2010 | Not Offered |
| Application Fraud Manager 3.1 | Feb 2015 | April 2017 | Not Offered |
| Application Fraud Manager 3.2 | Jan 2016 | Offer End Date To Be Determined | Not Offered |
| Application Fraud Manager 3.3 | Apr 2017 | Offer End Date To Be Determined | Not Offered |
| Atlas 3.3 | Mar 2003 | Offered and Ends in Mar 2010 | Not Offered |
| Atlas 3.4 | Feb 2004 | Offered and Ends in Mar 2010 | Not Offered |
| ASAP | Client Specific Release Dates | Offered and Ends at Next Client Maintenance Renewal | Not Offered |
| Blaze Decision System 5.1 (and all prior releases) | Nov 2003 | Oct 2011 | Not Offered |
| Blaze Advisor 6.6 (and all prior releases) | Oct 2008 | Offered and Ends Dec 2009 | Not Offered |
| Blaze Advisor 6.8 for Java / COBOL | Sep 2009 | Apr 2011 | Not Offered |
| Blaze Advisor 6.9 Java / COBOL | Apr 2010 | Oct 2011 | Not Offered |
| Blaze Advisor 6.10 Java / COBOL | Dec 2010 | Oct 2013 | Not Offered |
| Blaze Advisor 7.0 Java/COBOL | Nov 2011 | Oct 2013 | Not Offered |
| Blaze Advisor 7.1 Java/COBOL | Oct 2012 | Aug 2014 | Not Offered |
| Blaze Advisor 7.2 Java/COBOL | Aug 2013 | Offered and Ends Jul 2016 | Not Offered |

EXHIBIT 1

| | | | |
|---|---|---|---|
| Blaze Advisor 7.2.5 Java/COBOL | Jun 2014 | May 2017 | Not Offered |
| Blaze Advisor 7.3 Java/COBOL | Jul 2015 | Mar 2018 | Not Offered |
| Blaze Advisor 7.4 Java/COBOL | Feb 2017 | Sep 2019 | Not Offered |
| Blaze Advisor 7.5 Java/COBOL | Mar 2018 | June 2021 | Not Offered |
| Blaze Advisor 6.7 .NET | Jul 2009 | Aug 2011 | Not Offered |
| Blaze Advisor 6.9 .NET | Aug 2010 | Mar 2015 | Not Offered |
| Blaze Advisor 6.10 .NET | Mar 2011 | Mar 2016 | Not Offered |
| Blaze Advisor 7.2.6 .NET | Mar 2015 | Offered and End Date To Be Determined | Not Offered |
| Blaze Advisor 7.6 Java/COBOL | December 2019 | Offered and End Date To Be Determined | Not Offered |
| BureauxLink 3.1 (and all prior releases) | Sep 2005 | Offered and Ends Sep 2011 | Offered and Ends Sep 2012 |
| Capstone Decision Accelerator 1.0 | Dec 2004 | Offered and Ends Sep 2010 | Not Offered |
| Capstone Decision Accelerator 1.1 | Jun 2006 | Offered and Ends Sep 2010 | Not Offered |
| Capstone Decision Accelerator 1.2 | Oct 2006 | Offered and Ends Sep 2010 | Not Offered |
| Capstone Decision Accelerator 1.2.5 | Jan 2008 | Offered and Ends Sep 2010 | Not Offered |
| Capstone Decision Accelerator 2.0 | Sep 2008 | Offered and Ends Apr 2017 | Not Offered |
| Capstone Decision Accelerator 2.0.1 | Jan 2009 | Offered and Ends Apr 2017 | Not Offered |
| Capstone Decision Accelerator 2.0.2 | Apr 2009 | Offered and Ends Apr 2017 | Not Offered |
| Capstone Decision Accelerator 2.0.3 | Oct 2009 | Offered and Ends Apr 2017 | Not Offered |
| Capstone Decision Manager 3.3.1 | Dec 2003 | Offered and Ends in Jun 2010 | Offered and Ends in Jul 2011 |
| Capstone Decision Manager 3.3.3 | Oct 2005 | Offered and Ends in Jun 2010 | Offered and Ends in Jul 2011 |
| Capstone Decision Manager 3.3.4 | Jun 2007 | Offered and Ends Sep 2017 | Offered and Ends Sep 2018 |
| Capstone Decision Manager 3.3.5 | May 2009 | Offered and Ends Sep 2017 | Offered and Ends Sep 2018 |
| Capstone Decision Manager 3.3.6 | Jun 2013 | Offered and Ends Sep 2017 | Offered and Ends Sep 2018 |
| Capstone Intelligent Data Manager 1.0.1 | Dec 2005 | Offered and Ends in Jun 2010 | Not Offered |
| Capstone Intelligent Data Manager 1.1.1 | Aug 2008 | Offered and Ends Sep 2013 | Not Offered |
| Consumer Fraud Control 1.7 | Jan 2017 | TBD | TBD |
| CreditDesk International 2.1.2 (and all prior releases) | Jun 2010 | Offered and Ends in Dec 2009 | Offered and Ends in Mar 2012 |
| FICO Data Orchestrator 2.0 | Nov 2013 | Offered and End Date To Be Determined | Will be Offered and End Date To Be Determined |
| Debt Manager 2.0 (and all prior releases) | 2000 | Offered and Ends in Aug 2018 | Offered and Ends in Aug 2019 |
| Debt Manager 3.0 | Aug 2002 | Offered and Ends in   Aug 2018 | Offered and Ends in   Aug 2019 |
| Debt Manager 3.1 | Jan 2003 | Offered and Ends in   Aug 2018 | Offered and Ends in   Aug 2019 |
| Debt Manager 3.2 | Jun 2003 | Offered and Ends in   Aug 2018 | Offered and Ends in   Aug 2019 |
| Debt Manager 3.3 | Nov 2003 | Offered and Ends in   Aug 2018 | Offered and Ends in   Aug 2019 |
| Debt Manager 3.4 | Jan 2004 | Offered and Ends in   Aug 2018 | Offered and Ends in   Aug 2019 |
| Debt Manager 3.5 | Apr 2004 | Offered and Ends in   Aug 2018 | Offered and Ends in   Aug 2019 |
| Debt Manager 3.6 | Oct 2004 | Offered and Ends in   Aug 2018 | Offered and Ends in   Aug 2019 |
| Debt Manager 3.7 | Oct 2004 | Offered and Ends in   Aug 2018 | Offered and Ends in   Aug 2019 |
| Debt Manager 3.8 | Nov 2004 | Offered and Ends in   Aug 2018 | Offered and Ends in   Aug 2019 |
| Debt Manager 3.9 | Dec 2004 | Offered and Ends in   Aug 2018 | Offered and Ends in   Aug 2019 |
| Debt Manager 4.x ("Titanium" based product - not the 1997 code base) | Jun 2010 - Feb 2013 | Offered and Ends in   Mar 2019 | Offered and Ends in   Mar 2021 |
| Debt Manager 4.2 (and all prior releases) (Green Screen) | 1997 | Offered and Ends in Mar 2010 | Dec 31, 2014 |
| Debt Manager 5.0 (and all prior releases) (Green Screen) | 2000 | Offered and Ends in Mar 2010 | Dec 31, 2014 |

| | | | |
|---|---|---|---|
| Debt Manager 6.0 | Jun 2005 | Offered and Ends in   Aug 2018 | Offered and Ends in   Aug 2019 |
| Debt Manager 6.1 | Dec 2005 | Offered and Ends in   Aug 2018 | Offered and Ends in   Aug 2019 |
| Debt Manager 6.2 | Aug 2006 | Offered and Ends in   Aug 2018 | Offered and Ends in   Aug 2019 |
| Debt Manager 6.3 | Nov 2007 | Offered and Ends in   Aug 2018 | Offered and Ends in   Aug 2019 |
| Debt Manager 7 | Dec 2008 | Offered and Ends in   Oct 2018 | Offered and Ends in   Oct  2020 |
| Debt Manager 8 | Jun 2010 | Offered and Ends in Jan 2020 | Not Offered |
| Debt Manager 9.0.x to 9.5.x | Mar 2012 - Apr 2014 | Offered and Ends in   Mar 2019 | Offered and Ends in   Mar 2021 |
| Debt Manager 9.6.x to 9.7.x | Dec 2014 - Jul 2015 | Offered and Ends in   Jul 2019 | Offered and Ends in Jul 2021 |
| Debt Manager 9.8.x to 9.9.x | Apr 2016 - Sept 2016 | Offered and Ends in   Jan 2020 | Offered and Ends in   Jan 2022 |
| Debt Manager 10 | Jun 2017 | Offered and End Date To Be Determined | Offered and End Date To Be Determined |
| Debt Manager 11 | Apr 2019 | Offered and End Date To Be Determined | Offered and End Date To Be Determined |
| Debt Manager 11.1 | Dec 2019 | Offered and End Date To Be Determined | Offered and End Date To Be Determined |
| Decision Central 5.0 | Aug 2014 | Mar 2015 | Not Offered |
| Decision Central 5.1 | Nov 2014 | Jun 2015 | Not Offered |
| Decision Central 5.2 | Mar 2015 | Apr 2016 | Not Offered |
| Decision Central 5.3 | Jun 2015 | Oct 2016 | Not Offered |
| Decision Central 6.0 | Apr 2016 | May 2017 | Not Offered |
| Decision Central 6.1 | Sep 2016 | Nov 2017 | Not Offered |
| Decision Central 6.2 | May 2017 | Nov 2018 | Not Offered |
| Decision Central 6.3 | Nov 2017 | May 2019 | Not Offered |
| Decision Central 6.4 | May 2018 | Offered and End Date To Be Determined | Not Offered |
| Decision Modeler 2.0 on-premise | Mar 2016 | Offered and End Date To Be Determined | Not Offered |
| Decision Graph 2.0 | Jun 2009 | Offered and End Date To Be Determined | Will be Offered and End Date To Be Determined |
| Decision Optimizer 6.3 | Jun 2012 | Jun 2017 | Not Offered |
| Decision Optimizer 7.0 | Feb 2017 | Feb  2019 | Not Offered |
| Decision Optimizer 7.1 | Aug 2017 | Aug 2019 | Not Offered |
| Decision Optimizer 7.2 | Nov 2017 | Nov 2019 | Not Offered |
| Decision Optimizer 7.3 | Feb 2018 | Feb 2020 | Not Offered |
| Decision Optimizer 7.4 | May 2018 | May 2020 | Not Offered |
| Decision Optimizer 7.5 | Aug 2018 | Aug 2020 | Not Offered |
| Decision Optimizer 7.6 | Nov 2018 | Nov 2020 | Not Offered |
| Decision Optimizer 8.0 | Sept 2019 | Sept 2021 | Not Offered |
| Decision Optimizer 8.1 | Nov 19 | Offered and Ends in Nov 2021 | Not Offered |
| Decision Optimizer 8.2 | May 2020 | May 2022 | Not Offered |
| FICO® Cognitive Analytics | Oct 2018 | Offered and End Date To Be Determined | Not Offered |
| FICO® Analytics Workbench 3.0 | Jun 2019 | Offered and End Date To Be Determined | Not Offered |
| Falcon Cybersecurity Analytics | Jun 2017 | Offered and End Date To Be Determined | Not Offered |
| Falcon Fraud Manager 4.1 | Jan 1999 | Jan 2011 | Jan 2012 |
| Falcon Fraud Manager 4.2 | Jun 1999 | Jan 2011 | Jan 2012 |
| Falcon Fraud Manager 4.3 | Aug 2001 | Jan 2011 | Jan 2012 |
| Falcon Fraud Manager 4.3 Japan | Apr 2001 | Jan 2011 | Jan 2012 |
| Falcon Fraud Manager 4.4 Japan | Jul 2002 | Jan 2011 | Jan 2012 |

| | | | |
|---|---|---|---|
| Falcon Fraud Manager 4.4 Korea | Jul 2002 | Jan 2011 | Jan 2012 |
| Falcon Fraud Manager 4.5 | Oct 2002 | Jan 2011 | Jan 2012 |
| Falcon Fraud Manager 4.5 Japan | Jul 2003 | TBD | TBD |
| Falcon Fraud Manager 4.5 Korea | Jun 2003 | Jan 31, 2018 | Not Offered |
| Falcon Fraud Manager 4.6 | Jul 2004 | Jan 2012 | Jan 2013 |
| Falcon Fraud Manager 4.6.1 Japan | Jan 2005 | TBD | TBD |
| Falcon Fraud Manager 4.6.1 Korea | Jan 2005 | Jan 31, 2018 | Not Offered |
| Falcon Fraud Manager 4.7 | Dec 2005 | Oct 2014 | Oct 2014 |
| Falcon Fraud Manager 5.0J | May 2003 | Oct 2014 | Oct 2014 |
| Falcon Fraud Manager 5.1J | May 2003 | Oct 2014 | Oct 2014 |
| Falcon Fraud Manager 5.2c | May 2007 | Oct 2014 | Oct 2014 |
| Falcon Fraud Manager 5.2J | Sep 2006 | Oct 2014 | Oct 2014 |
| Falcon Fraud Manager 5.2m | Sep 2007 | Jan 31, 2018 | Not Offered |
| Falcon Fraud Manager 6.1Unix | Apr 2010 | Oct 2014 | Oct 2014 |
| Falcon Fraud Manager 6.1 (MF – Scoring Only) | Aug 2011 | Jan 31, 2018 | Not Offered |
| Falcon Fraud Manager 6.2 (UX) | May 2012 | Jan 31, 2018 | Not Offered |
| Falcon Fraud Manager 6.3 (UX) | Sep 2012 | April 30, 2020 | Not Offered |
| Falcon Fraud Manager 6.3 (MF) | Sep 2012 | Mar 31, 2021 | Not Offered |
| Falcon Fraud Manager 6.4 (UX/LX) | November 2013 | TBD | TBD |
| Falcon Fraud Manager 6.4 (MF) | May 2014 | TBD | TBD |
| Falcon Fraud Manager 6.5 (UX/LX) | Oct 2018 | TBD | TBD |
| Falcon Fraud Manager 6.5 (MF) | Dec 2019 | TBD | TBD |
| Falcon Fraud Manager for Merchants 3.2 | Sep 1999 | Aug, 2013 | Not Offered |
| Falcon Fraud Manager for Merchants 4.0 | Nov 2007 | Aug, 2013 | Not Offered |
| Falcon ID 1.2.1 (ASP) | Oct 2005 | Sep 2014 | Not Offered |
| Falcon ID 1.2.2 | Sep 2006 | Sep 2014 | Not Offered |
| Falcon ID 1.2.3 | May 2007 | Sep 2014 | Not Offered |
| Falcon Transfer 1.0 | May 2008 | Not Offered | Not Offered |
| Fraud Analytics Express 2.6 | Jul 2006 | Apr 2009 | Not Offered |
| Fraud/Risk Analytics for Telecom 2.7 | Jun 2006 | Dec, 2009 | Not Offered |
| Insurance Fraud Manager 3.1 | Mar 2012 | Offered and End Date To Be Determined | Not Offered |
| Insurance Fraud Manager 3.2 | Jan 2011 | Sep 2013 | Not Offered |
| Insurance Fraud Manager 3.3 | Sep 2012 | Offered and End Date To Be Determined | Not Offered |
| Insurance Fraud Manager 3.3.3.1 | Feb 2014 | Aug 2016 | Not Offered |
| Insurance Fraud Manager 4.0 | Feb 2014 | Sep 2016 | Not Offered |
| Insurance Fraud Manager 4.0.1 | Mar 2015 | May 2017 | Not Offered |
| Insurance Fraud Manager 4.0.2 | Nov 2015 | May 2018 | Not Offered |
| Insurance Fraud Manager 4.1 | Nov 2016 | TBD | TBD |
| Marketing Solutions Suite 6.0 | Jun 2016 | Offered and Ends Jun 2017 | Not Offered |
| MIRA Claims Advisor for Reserving I | Jan 1993 | Sep 30, 2011 | Not Offered |
| MIRA Claims Advisor for Reserving II | Jan 1993 | Sep 30, 2011 | Not Offered |
| Model Builder for Decision Trees 2.1 | Jan 2005 | Offered and End Date To Be Determined | Not Offered |
| Model Builder 3.5.1(and all prior releases) | Feb 2007 | Apr 2011 | Not Offered |
| Model Builder 3.6 | Aug 2007 | Apr 2011 | Not Offered |
| Model Builder 3.6.1 | Oct 2007 | Apr 2011 | Not Offered |
| Model Builder 3.6.2 | May 2009 | Apr 2011 | Not Offered |
| Model Builder 7.0 | Mar 2010 | Jun 2011 | Not Offered |
| Model Builder 7.0.1 | Jun 2010 | Nov 2011 | Not Offered |

| | | | |
|---|---|---|---|
| Model Builder 7.1 | Nov 2010 | Jul 2012 | Not Offered |
| Model Builder 7.2 | Jul 2011 | Nov 2012 | Not Offered |
| Model Builder 7.2.1 | Nov 2011 | Nov 2013 | Not Offered |
| Model Builder 7.3 | Nov 2012 | Feb 2014 | Not Offered |
| Model Builder 7.3.1 | Feb 2013 | Jul 2014 | Not Offered |
| Model Builder 7.4 | Jul 2013 | Aug 2015 | Not Offered |
| Model Builder 7.5 | Aug 2014 | Apr 2017 | Not Offered |
| Model Builder 7.5.1 | Apr 2016 | Oct 2023 | Not Offered |
| Mobile Security Analytics | Aug 2017 | Offered and End Date To Be Determined | Not Offered |
| Netsourced TRIAD 6.0 (and all prior releases) | Oct 2002 | Dec 2012 | Not Offered |
| Optimization Modeler 3.0 | Apr 2014 | Offered and Ends in Apr 2016 | Offered and Ends in Apr 2017 |
| Optimization Modeler 3.1 | Jul 2014 | Offered and Ends in Jul 2016 | Offered and Ends in Jul 2017 |
| Optimization Modeler 4.0 | Dec 2014 | Offered and Ends in Dec 2016 | Offered and Ends in Dec 2017 |
| Optimization Modeler 4.1 | May 2015 | Offered and Ends in May 2017 | Offered and Ends in May 2018 |
| Optimization Modeler 4.2 | Jul 2015 | Offered and Ends in Jul 2017 | Offered and Ends in Jul 2018 |
| Optimization Modeler 4.3 | Oct 2015 | Offered and Ends in Oct 2017 | Offered and Ends in Oct 2018 |
| Optimization Modeler 4.4 | Sep 2016 | Offered and Ends in Sep 2018 | Offered and Ends in Sep 2018 |
| Optimization Modeler 4.5 | Sep 2016 | Offered and Ends in Sep 2018 | Offered and Ends in Sep 2018 |
| Optimization Modeler 4.6 | Sep 2016 | Offered and Ends in Sep 2018 | Offered and Ends in Sep 2018 |
| Optimization Modeler 4.7 | Feb 2017 | Offered and Ends in   Feb  2019 | Offered and Ends in   Feb  2020 |
| Origination Manager 4.0 (IBM Edition) | Dec 2010 | Offered and Ends in Feb 2013 | Not Offered |
| Origination Manager 4.1 (IBM Edition) | Feb 2012 | Offered and Ends Feb 2019 | Not Offered |
| Origination Manager 4.5 | Oct 2013 | Offered and Ends Feb 2018 | Not Offered |
| Origination Manager 4.6 | May 2014 | Offered and Ends Feb 2019 | Not Offered |
| Origination Manager 4.7 | Apr 2015 | Offered and Ends Feb 2020 | Not Offered |
| Origination Manager 4.7 (IBM Edition) | Sep 2015 | Offered and Ends Jan 2021 | Not Offered |
| Origination Manager 4.8 | Jun 2016 | Offered and Ends Feb 2021 | Not Offered |
| Origination Manager 4.9 | Dec 2017 | Offered and End Date to be Determined | Will be offered and End Date To Be Determined |
| Payment Optimizer 1.0 (and all prior releases) | Oct 2003 | Jun 30, 2011 | Not Offered |
| Payment Optimizer 2.5 | Jun 2005 | Jun 30, 2011 | Not Offered |
| Precision Marketing Manager 2.0 | Dec 2008 | Offered and End Date To Be Determined | Will be offered and End Date To Be Determined |
| Recovery Management System Classic Mainframe 5.0 (and all prior releases) | 1997 | Offered and Ends in Mar 2010 | Will be offered and End Date To Be Determined |
| Recovery Management System Classic Mainframe 6.0 (and all prior releases) | 2003 | Jun 2016 | Will be offered and End Date To Be Determined |
| Recovery Management System Classic AS400 5.0 (and all prior releases) | 1997 | Offered and Ends in Mar 2010 | Will be offered and End Date To Be Determined |
| Recovery Management System Classic AS400 6.0 (and all prior releases) | 1998 | Jun 2016 | Will be offered and End Date To Be Determined |
| Recovery Management System NG AS400 1.0 (and all prior releases) | 2000 | Offered and Ends in Mar 2010 | Will be offered and End Date To Be Determined |
| Recovery Management System NG AS400 2.0 (and all prior releases) | 2006 | Jun 2016 | Will be offered and End Date To Be Determined |
| Recovery Management System NG SQL 1.0 (and all prior releases) | 2002 | Offered and Ends in Mar 2010 | Will be offered and End Date To Be Determined |
| Recovery Management System NG SQL 2.0 (and all prior releases) | 2006 | Jun 2016 | Will be offered and End Date To Be Determined |
| Recovery Management System NG Web 1.0 (and all prior releases) | 2006 | Offered and Ends in Mar 2010 | Will be offered and End Date To Be Determined |

| | | | |
|---|---|---|---|
| Recovery Management System NG Web 2.0 (and all prior releases) | 2007 | Jun 2016 | Will be offered and End Date To Be Determined |
| Recovery Management System Remote Classic AS400 6.0 (and all prior releases) | 1998 | Jun 2016 | Will be offered and End Date To Be Determined |
| Recovery Management System Remote NG AS400 1.0 (and all prior releases) | 2000 | Offered and Ends in Mar 2010 | Will be offered and End Date To Be Determined |
| Recovery Management System Remote NG AS400 2.0 (and all prior releases) | 2006 | Jun 2016 | Will be offered and End Date To Be Determined |
| Recovery Management System Remote NG Web 1.X | 2006 | Offered and Ends in Mar 2010 | Will be offered and End Date To Be Determined |
| Recovery Management System Remote NG Web 2.0 (and all prior releases) | 2007 | Jun 2016 | Will be offered and End Date To Be Determined |
| Risk Manager for Acquirers 4.5 | Nov 2003 | Offered and Ends Sep 2014 | Offered and Ends Sep 2015 |
| Risk Manager for Acquirers 4.6 | Mar 2004 | Offered and Ends Sep 2014 | Offered and Ends Sep 2015 |
| SEARCH 4.5 Mainframe (and all prior releases) with Application ScoreWare 2.3 | Oct 2004 | Offered and Ends in Dec 2009 | Offered and Ends Sep 2012 |
| SEARCH 4.6 Mainframe (with Application ScoreWare 2.4) | Nov 2005 | Offered and Ends in Dec 2009 | Offered and Ends Sep 2012 |
| SEARCH 4.6 Windows (and all prior releases) – with Application ScoreWare 2.4 | Nov 2005 | Offered and Ends in Dec 2009 | Offered and Ends Dec 2010 |
| SEARCH 4.7 Mainframe (with Application ScoreWare 2.4) | Dec 2009 | Offered and Ends in Sep 2012 | Not Offered |
| SEARCH 5.3 (and all prior releases) | Nov 2005 | Offered and Ends in Dec 2009 | Offered and Ends Sep 2012 |
| SEARCH 5.4 | Dec 2009 | Offered and Ends in Sep 2012 | Not Offered |
| SironAML 110703 | Sep 2011 | Offered and Ends in Sep 2015 | Offered and Ends in Sep 2016 |
| SironAML 130101 | Mar 2013 | Offered and Ends in Mar 2016 | Offered and Ends in Mar 2017 |
| SironAML 131001 | Sep 2014 | Offered and Ends in Mar 2016 | Offered and Ends in Sep 2017 |
| SironAML 141201 | Dec 2014 | Offered and Ends in Dec 2017 | Offered and Ends in Dec 2018 |
| SironAML 150901 | Mar 2016 | Offered and Ends in Mar 2019 | Offered and Ends in Mar 2020 |
| SironAML 160601 | Dec 2016 | Offered and Ends in Mar 2020 | Offered and Ends in Mar 2021 |
| SironAML 170601 | Sept 2017 | Offered and Ends in Mar 2021 | Offered and Ends in Mar 2022 |
| SironAML 181001 | Mar 2019 | Offered and Ends in Mar 2022 | Offered and Ends in Mar 2023 |
| SironKYC 110703 | Sep 2011 | Offered and Ends in Sep 2015 | Offered and Ends in Sep 2016 |
| SironKYC 130101 | Mar 2013 | Offered and Ends in Mar 2016 | Offered and Ends in Mar 2017 |
| SironKYC 131001 | Sep 2014 | Offered and Ends in Mar 2016 | Offered and Ends in   Sep 2017 |
| SironKYC 141201 | Dec 2014 | Offered and Ends in Dec 2017 | Offered and Ends in   Dec 2018 |
| SironKYC 150901 | Mar 2016 | Offered and Ends in Mar 2019 | Offered and Ends in   Mar 2020 |
| SironKYC 160601 | Dec 2016 | Offered and Ends in Mar 2020 | Offered and Ends in   Mar 2021 |
| SironKYC 170601 | Sept 2017 | Offered and Ends in Mar 2021 | Offered and Ends in Mar 2022 |
| SironKYC 181001 | Mar 2019 | Offered and Ends in Mar 2022 | Offered and Ends in Mar 2023 |
| SironEmbargo 120901 | Jan 2013 | Offered and Ends in Dec 2015 | Offered and Ends in   Dec 2016 |
| SironEmbargo 130101 | Aug 2013 | Offered and Ends in Mar 2016 | Offered and Ends in   Mar 2017 |
| SironEmbargo 131001 | Jul 2014 | Offered and Ends in Sep 2016 | Offered and Ends in Sep 2017 |
| SironEmbargo 141201 | Jan 2015 | Offered and Ends in Dec 2017 | Offered and Ends in Dec 2018 |
| SironEmbargo 150901 | Mar 2016 | Offered and Ends in Mar 2019 | Offered and Ends in Mar 2020 |
| SironEmbargo 160601 | Dec 2016 | Offered and Ends in Mar 2020 | Offered and Ends in   Mar 2021 |
| SironEmbargo 170601 | Sept 2017 | Offered and Ends in Mar 2021 | Offered and Ends in Mar 2022 |
| SironEmbargo 181001 | Mar 2019 | Offered and Ends in Mar 2022 | Offered and Ends in Mar 2023 |
| SironRCC | Mar 2019 | Offered and Ends in Mar 2022 | Offered and Ends in Mar 2023 |
| SironRCC 110703 | Mar 2012 | Offered and Ends in Aug 2015 | Offered and Ends in   Aug 2016 |
| SironRCC 131001 | Jul 2013 | Offered and Ends in Jun 2017 | Offered and Ends in Jun 2018 |

| | | | |
|---|---|---|---|
| SironRCC 141201 | Dec 2014 | Offered and Ends in Dec 2019 | Offered and Ends in March 2020 |
| SironTCR 151001 | Oct 2016 | Offerend and Ends with availability for SironTCR 160601 | Not Offered |
| SironTCR 160601 | Dec 2016 | Offerend and Ends in Dec 2018 | Offered and Ends in Dec 2019 |
| SironTCR 181001 | Mar 2019 | Offered and Ends in Mar 2022 | Offered and Ends in Mar 2023 |
| SironRAS 130101 | Jun 2013 | Offerend and Ends in Jul 2015 | Offered and Ends in Jul 2016 |
| SironRAS 141201 | Jun 2016 | Offered | Offered |
| SironRAS 141202 | Feb 2018 | Offerend and Ends in Feb 2020 | Offerend and Ends in Feb 2021 |
| Strategy Director | May 2020 | Offer End Date To Be Determined | Not Offered |
| StrategyWare 1.5 | Aug 2004 | Offered and Ends in Dec 2009 | Offered and Ends in Sep 2011 |
| StrategyWare 2.0 | 2001 | Offered and Ends in Dec 2009 | Offered and Ends in Sep 2011 |
| StrategyWare 2.1 | Jul 2004 | Offered and Ends in Dec 2009 | Offered and Ends in Sep 2011 |
| TRIAD 4.1 | Dec 1994 | Sep 2012 | Not offered |
| TRIAD 5.0 (and all prior releases) | 1997 | Offered and Ends Sep 2012 | Not offered |
| TRIAD 6.0 (and all prior releases) | 1999 | Sep 2013 | Not offered |
| TRIAD 7.0 | Dec 2002 | Sep 2013 | Not offered |
| TRIAD 8.0 | Jun 2004 | Ends Dec 2016 | Not offered |
| TRIAD 8.1 (and all prior releases) | 2005 | Ends Dec 2016 | Not offered |
| TRIAD 8.1AJ | Jul 2006 | Ends Dec 2016 | Not offered |
| TRIAD 8.2 | Sep 2006 | Ends Dec 2016 | Not offered |
| TRIAD 8.3 | Oct 2007 | Ends Dec 2017 | Not offered |
| TRIAD 8.4 | Aug 2008 | Ends Dec 2017 | Not offered |
| TRIAD 8.5 | Jan 2010 | Ends Jan 2019 | Offered and Ends in Dec 2020 |
| TRIAD 8.6 | Jun 2012 | Ends Jan 2019 | Offered and Ends in Dec 2020 |
| TRIAD 9.0 | Sep 2013 | Offered and End Date to Be Determined | Not offered |
| TRIAD 9.1 | Dec 2013 | Offered and End Date to Be Determined | Not offered |
| TRIAD CMT 1.0 | 1998 | Sep 2012 | Not offered |
| TRIAD CMT 2.0 | Jan 2002 | Offered and End Date Sep 2013 | Not offered |
| TRIAD CMT 2.2 | Oct 2004 | Offered and End Date Sep 2013 | Not offered |
| Vectus 5.4 | 2007 | Offered and End Date To Be Determined | Not offered |
| Vectus 5.5 | Feb 2008 | Offered and End Date To Be Determined | Not Offered |
| Vectus 5.6 | May 2009 | Offered and End Date To Be Determined | Not Offered |
| VeriComp Fraud Manager (Legacy Editions) | 1994 | Jun 30, 2011 | Not Offered |
| Xpress 7.0 | Jun 2009 | Offered and Ends in Jun 2011 | Offered and Ends in Jun 2012 |
| Xpress 7.1 | Nov 2010 | Offered and Ends in Nov 2012 | Offered and Ends in Nov 2013 |
| Xpress 7.2 | Apr 2011 | Offered and Ends in Apr 2013 | Offered and Ends in Apr 2014 |
| Xpress 7.3 | Apr 2012 | Offered and Ends in Apr 2014 | Offered and Ends in Apr 2015 |
| Xpress 7.4 | Oct 2012 | Offered and Ends in Oct 2014 | Offered and Ends in Oct 2015 |
| Xpress 7.5 | Apr 2013 | Offered and Ends in Apr 2015 | Offered and Ends in Apr 2016 |
| Xpress 7.6 | Oct 2013 | Offered and Ends in Oct 2015 | Offered and Ends in Oct 2016 |
| Xpress 7.7 | May 2014 | Offered and Ends in May 2016 | Offered and Ends in May 2017 |
| Xpress 7.8 | Dec 2014 | Offered and Ends in Dec 2016 | Offered and Ends in Dec 2017 |
| Xpress 7.9 | Jul 2015 | Offered and Ends in Jul 2017 | Offered and Ends in Jul 2018 |
| Xpress 8.0 | May 2016 | Offered and Ends in May 2018 | Offered and Ends in May 2018 |
| Xpress 8.1 | Feb 2017 | Offered and Ends in   Feb  2019 | Offered and Ends in   Feb  2020 |
| Xpress 8.2 | May 2017 | Offered and Ends in May 2019 | Offered and Ends in May 2020 |

| | | | |
|---|---|---|---|
| Xpress 8.3 | Aug 2017 | Offered and Ends in Aug 2019 | Offered and Ends in Aug 2020 |
| Xpress 8.4 | Nov 2017 | Offered and Ends in Nov 2019 | Offered and Ends in Nov 2020 |
| Xpress 8.5 | May 2018 | Offered and Ends in May 2020 | Offered and Ends in May 2021 |
| Xpress 8.6 | May 2019 | Offered and Ends in May 2021 | Offered and Ends in May 2022 |
| Xpress 8.7 | Sept 2019 | Offered and Ends in Sept 2021 | Offered and Ends in Sept 2022 |
| Xpress 8.8 | Nov 19 | Offered and Ends in Nov 2021 | Offered and Ends in Nov 2022 |
| Xpress 8.9 | May 2020 | May 2022 | Offered and Ends in May 2023 |
| Xpress Insight 4.8 (formerly Optimization Modeler) | Aug 2017 | Offered and Ends in Aug 2019 | Offered and Ends in Aug 2020 |
| Xpress Insight 4.9 (formerly Optimization Modeler) | Nov 2017 | Offered and Ends in Nov 2019 | Offered and Ends in Nov 2020 |
| Xpress Insight 4.10 | Feb 2018 | Offered and Ends in Feb     2020 | Offered and Ends in Feb 2021 |
| Xpress Insight 4.11 | May 2018 | Offered and Ends in May    2020 | Offered and Ends in May 2021 |
| Xpress Insight 4.12 | Nov 2018 | Offered and Ends in Nov    2020 | Offered and Ends in Nov 2021 |
| Xpress Insight 4.50 | May 2019 | Offered and Ends in Nov 2021 | Offered and Ends in Nov 2022 |
| Xpress Insight 4.51 | Sept 2019 | Offered and Ends in Sept 2021 | Offered and Ends in Sept 2022 |
| Xpress Insight 4.52 | Nov 19 | Offered and Ends in Nov 2021 | Offered and Ends in Nov 2022 |
| Xpress Insight 4.53 | May 2020 | May 2022 | Offered and Ends in May 2023 |



CHECK YOUR FICO® SCORE

Get in touch today and learn how you can start making decisions that drive higher levels of growth, profitability and customer satisfaction. To speak to a FICO Solution Sales Advisor, please call: toll free 888.342.6336 or outside North America 651.765.3555.

Sitemap

CONTACT US

INDUSTRIES

Automotive Finance

Collection Agencies

Energy & Utilities

Government

Health & Life Sciences

Insurance

Manufacturing

Merchant Services

Mortgage Lending

Telecommunications

Transportation

Unsecured Lending

COMPANY

About Us

Accessibility

Careers

Contact Us

Corporate Responsibility

Investors

Legal

Partners

Privacy Policy

Support

Trust Center

LEARN

Blog

Community

Customer Stories

Events

Newsroom

Resource Center

Training

© 2020 Fair Isaac Corporation. All rights reserved. FICO, the FICO Logo and the FICO product and service names referenced herein are trademarks or registered trademarks of Fair Isaac Corporation in the United States and in other countries. Other product and company names herein may be trademarks of their respective owners.