| | |
|---|---|
| From: | CN=Peter Davis/O=ChubbMail |
| Sent: | Friday, October 12, 2012 9:12 AM |
| To: | CN=Patrick F Sullivan/O=ChubbMail@ChubbMail |
| Subject: | Fw: Blaze Advisor 7.1 (finally here!) / Permit status set to Approved |
| Attach: | EmbeddedImage0001.gif; EmbeddedImage0002.gif; EmbeddedImage0003.gif; EmbeddedImage0004.gif; EmbeddedImage0005.gif; EmbeddedImage0006.gif |

Hi Sul,

not sure on the status of Eclipse. I thought Eclipse was not approved tech at least not in US?

thanks,
Pete


----- Forwarded by Peter Davis/ChubbMail on 10/12/2012 10:10 AM -----

From: Diptesh J Patel/ChubbMail
To: Peter Davis/ChubbMail@ChubbMail
Cc: Candice Merritt/ChubbMail@ChubbMail, David De Oto/ChubbMail@ChubbMail, Henry Mirolyuz/ChubbMail@ChubbMail, Matthew C Mascari/ChubbMail@ChubbMail, Michael G Meyer/ChubbMail@ChubbMail, Richard D Johnson/EUZ/ChubbMail@ChubbMail
Date: 10/12/2012 10:01 AM
Subject: Re: Fw: Blaze Advisor 7.1 (finally here!) / Permit status set to Approved


Pete:
If somebody does not have RAD (and does not need it for other than Blaze), is Eclipse an option? Now that Eclipse is an approved tech (at least, so I've heard).

Thanks,

Diptesh Patel



From: Peter Davis/ChubbMail
To: Candice Merritt/ChubbMail@ChubbMail
Cc: David De Oto/ChubbMail@ChubbMail, Diptesh J Patel/ChubbMail@ChubbMail, Henry Mirolyuz/ChubbMail@ChubbMail, Matthew C Mascari/ChubbMail@ChubbMail, Michael G Meyer/ChubbMail@ChubbMail, Richard D Johnson/EUZ/ChubbMail@ChubbMail
Date: 10/12/2012 09:51 AM
Subject: Re: Fw: Blaze Advisor 7.1 (finally here!) / Permit status set to Approved

Hi Candice,

EXHIBIT 3

yes - you should specify in the instructions that RAD 8.0.4.1 is a pre-req and must be installed before attempting the Blaze install.

thanks,
Pete


From: Candice Merritt/ChubbMail
To: Peter Davis/ChubbMail@ChubbMail
Cc: David De Oto/ChubbMail@ChubbMail, Diptesh J Patel/ChubbMail@ChubbMail, Henry Mirolyuz/ChubbMail@ChubbMail, Matthew C Mascari/ChubbMail@ChubbMail, Michael G Meyer/ChubbMail@ChubbMail, Richard D Johnson/EUZ/ChubbMail@ChubbMail
Date: 10/12/2012 09:42 AM
Subject: Re: Fw: Blaze Advisor 7.1 (finally here!) / Permit status set to Approved


Peter,

So I can make the appropriate documentation, the expectation is that Individuals using this document to install Blaze 7.1 will already have RAD 8.0.4.1 installed on their clients?   I just need to know so I can create a kiosk to walk thru the process and ensure I capture accurate results.

Thanks
Candice Merritt
Sr. Programmer Analyst, Tool Support, EDI
Enterprise Infrastructure Support & Services
908-903-7863
cmerritt@chubb.com


From: Peter Davis/ChubbMail
To: Diptesh J Patel/ChubbMail@ChubbMail
Cc: Candice Merritt/ChubbMail@ChubbMail, David De Oto/ChubbMail@ChubbMail, Henry Mirolyuz/ChubbMail@ChubbMail, Matthew C Mascari/ChubbMail@ChubbMail, Michael G Meyer/ChubbMail@ChubbMail, Richard D Johnson/EUZ/ChubbMail@ChubbMail
Date: 10/12/2012 09:25 AM
Subject: Re: Fw: Blaze Advisor 7.1 (finally here!) / Permit status set to Approved


Hi Diptesh,

you might try 8.0.4.1 - I believe this one can go without the ini file tweak.
David - can you confirm?

thanks,
Pete

From: Diptesh J Patel/ChubbMail
To: Candice Merritt/ChubbMail@ChubbMail
Cc: David De Oto/ChubbMail@ChubbMail, Henry Mirolyuz/ChubbMail@ChubbMail, Matthew C Mascari/ChubbMail@ChubbMail, Michael G Meyer/ChubbMail@ChubbMail, Peter Davis/ChubbMail@ChubbMail
Date: 10/11/2012 03:56 PM
Subject: Re: Fw: Blaze Advisor 7.1 (finally here!) / Permit status set to Approved


I have installed Blaze 7.1 with RAD 8.0.4  One thing I did have to change was the version of the JDK that RAD uses (add setting in eclipse.ini) to use the IBM_JDK_752 (Peter Davis had provided me with this a while back). The local servers were fine, but RAD itself uses a JDK which did not work.

I've done some basic testing (kicked the tires), but not extensive.

Thanks,
Diptesh Patel




From: Candice Merritt/ChubbMail
To: Peter Davis/ChubbMail@ChubbMail
Cc: David De Oto/ChubbMail@ChubbMail, Diptesh J Patel/ChubbMail@ChubbMail, Henry Mirolyuz/ChubbMail@ChubbMail, Matthew C Mascari/ChubbMail@ChubbMail, Michael G Meyer/ChubbMail@ChubbMail
Date: 10/11/2012 03:47 PM
Subject: Re: Fw: Blaze Advisor 7.1 (finally here!) / Permit status set to Approved


Peter,

One last question has anyone tested the new Blaze 7.1.1 install with RAD8 thus far?   IF not who should be the designated tester?   If this has been done already; Just was curious to know whether they had any issues since our RAD 8 is not the typical install method any longer, we had to break up the normal process, to get the local WAS test environment to match the servers.

Thanks
Candice Merritt
Sr. Programmer Analyst, Tool Support, EDI
Enterprise Infrastructure Support & Services
908-903-7863
cmerritt@chubb.com

Confidential                                                                    FED004077_0003

From: Peter Davis/ChubbMail
To: David De Oto/ChubbMail@ChubbMail, Diptesh J Patel/ChubbMail@ChubbMail, Henry Mirolyuz/ChubbMail@ChubbMail
Cc: Candice Merritt/ChubbMail@ChubbMail, Matthew C Mascari/ChubbMail@ChubbMail, Michael G Meyer/ChubbMail@ChubbMail
Date: 10/11/2012 03:29 PM
Subject: Fw: Blaze Advisor 7.1 (finally here!) / Permit status set to Approved


Hi David, Diptesh, and Henry,

can you each create service requests via your SBU Rep so that Candice to work on your respective Blaze 7.1 installs. The request should include all the usual information, but please make sure it has the need by date and desktop locations.

Also, please organize making a request of each desktop in Chubb Store.

Candice - I'm not sure a SCCM package will work for this one as the new IDE is an ecplise plugin which installs into the existing RAD image.

David, Diptesh or Henry - please can one of you volunteer to work with Candice to figure out the best approach for the install.

David - if you have any documentation on the install steps from your research with 7.0, please can you send them over to Candice.

Diptesh has confirmed with FICO that the image he downloaded from the FICO fulfillment site is in fact clean and safe to use, so the image on \\srefs01\pub\BR COE\Blaze Advisor\BlazeAdvisor7.1 is OK to use.

thanks,
Pete



----- Forwarded by Peter Davis/ChubbMail on 10/11/2012 03:17 PM -----

From: Candice Merritt/ChubbMail
To: Peter Davis/ChubbMail@ChubbMail
Cc: David De Oto/ChubbMail@ChubbMail
Date: 10/11/2012 02:57 PM
Subject: Re: Fw: Blaze Advisor 7.1 (finally here!) / Permit status set to Approved


David and Peter,

I will definitely need a SR to prioritize the work, we have a lot of software upgrades going on.

Confidential

Do you have an anticipated timeframe in which you are looking for developers to upgrade/migrate to the newer release?  IF you can share that time frame with me please.

If the package is not too big, we would actually like to have it created as an automated package that can be pushed via SCCM when requests come in.  We were able to get a couple of the older releases in SCCM, although we haven't really had a huge need for them since everyone had it already.   I will work with the IBM Package team to get that created once I obtain the additional information.  (Automated Installations is our preferences for those Software packages where it is feasible.  The reason for the share is more for the case of the Larger or non WIN7 packages where we couldn't make it happen)
I also recommend that upgrade request continue to go thru the Chubb Store, for the sake of documenting or recording the licenses.   As we do with RAD, you can indicate that you are either updating an existing license or requesting a new license.
While working to create the SCCM package and get it tested, the temporary solution will be for me to make the package available via the common share and include the installation instructions for the developers to perform it.  Please forward anything you already have regarding the installation and any special configurations. IF I need to create them from scratch that is not a problem.
Who has the code or the Vendor site information where I can download the package from?  (I know there were original issues regarding whether the package Diptesh had, had a virus)
EUZ should have their own Desktop Support team and we can always work to provide them with anything they need for the package and the process we use as well.
If you have additional questions, please don't hesitate to let me know.

Thanks
Candice Merritt
Sr. Programmer Analyst, Tool Support, EDI
Enterprise Infrastructure Support & Services
908-903-7863
cmerritt@chubb.com



From: Peter Davis/ChubbMail
To: Candice Merritt/ChubbMail@ChubbMail
Date: 10/11/2012 02:28 PM
Subject: Fw: Blaze Advisor 7.1 (finally here!) / Permit status set to Approved


Hi Candice,

I seem to remember in the past you have done the Blaze Builder installs for everyone. I'm not sure if you want to continue with this approach or maybe switch to the RAD model where the install instructions along with the image are made available to developers? This new version of Blaze is Eclipse-based so it installs as a RAD plugin, into RAD 8. If you can let me know which approach you'd prefer and I'll line up a developer to help with describing the steps.

Confidential

Either way I'm assuming folks needed the new image should create a service request through their respective SBU Reps?

And, last question, we have some Blaze developers in CAH/EUZ. Do you support them as well or do we normally just drop them the image and let them fend for themselves?

thanks much,
Pete


----- Forwarded by Peter Davis/ChubbMail on 10/11/2012 02:22 PM -----

From: Lance Martin/ChubbMail
To: Peter Davis/ChubbMail@ChubbMail
Cc: Candice Merritt/ChubbMail@ChubbMail
Date: 10/11/2012 08:00 AM
Subject: Fw: Blaze Advisor 7.1 (finally here!) / Permit status set to Approved


Pete - based on Sul's response, I've set the permit to a status of Approved through Review Gate 4.

The only remaining item from an EA Governance perspective will be to sign off within the permit's "Pre Deploy" tab when this is ready to move into production.   We'll track progress of the other group's migrations to version 7.1 through the ChEAR data validation.   Based on your update, I'd expect that by the time the June 2013 data validation starts, we should see the other units updating their technology mapping to reflect version 7.1

BP doc link here ===>

Candice - please consider this the ok to go ahead with the package creation (assuming you have the service request information needed)

Thanks,
_____

_____
Lance Martin | ESS / Enterprise PMO | Chubb Group of Insurance Companies |
www.chubb.com
Phone: 908-903-2209 | Fax: 908-903-3804


----- Forwarded by Lance Martin/ChubbMail on 10/11/2012 07:54 AM -----

From: Patrick F Sullivan/ChubbMail
To: Peter Davis/ChubbMail
Cc: Lance Martin/ChubbMail
Date: 10/10/2012 07:34 PM
Subject: Re: Blaze Advisor 7.1 (finally here!) / discussion with Sul ?


That's pretty darn good!

Confidential

I wanted to go from 4 to 3.
You went from 4 to 2!!!

Great job!!!!
I'll talk to Zoe next week when I'm there.


On Oct 10, 2012, at 3:30 PM, "Peter Davis" <peterdavis@chubb.com> wrote:

Hi Lance,

not yet.

For Blaze 7.1 I updated to permit with all the upgrade dates for each application except 1 in Canada which is still at 6.5.

For all except CAH, the target 7.1 upgrade completions are Q1 or Q2 next year which means everyone will be going from 6.7 or 6.9 to 7.1 during the first half of next year leaving Chubb at 7.1 by mid-year.

The CAH Blaze implementation is a small one and has sat there at V6.5 since it was originally deployed. The CAH team (actually in EUZ) had no plans in place to upgrade and until the BP triggered one had not discussed it. We've had a brief email exchange and (thanks largely to Pete T's urging) have put some names to getting a roadmap put together.

I've scheduled a meeting with the CAH team for 10/24. I'm hopeful we'll get through everything needed so they can get a plan with dates to take to their business partners soon after teh 10/24 meeting.

I'm assuming we must wait till the CAH plan is approved/funded before we can go back to Building Permit with the completed roadmap to get everything moving again?

thanks,
Pete



<0.5BC.gif>
Lance Martin---10/10/2012 02:50:57 PM---Pete - did you have a chance to talk with Sul on this? Thanks, Lance

From: Lance Martin/ChubbMail
To: Peter Davis/ChubbMail@ChubbMail
Date: 10/10/2012 02:50 PM
Subject: Fw: Blaze Advisor 7.1 (finally here!) / discussion with Sul ?


Pete - did you have a chance to talk with Sul on this?

Thanks, Lance

----- Forwarded by Lance Martin/ChubbMail on 10/05/2012 01:24 PM -----

From: Lance Martin/ChubbMail
To: Peter Davis/ChubbMail@ChubbMail
Date: 10/04/2012 01:21 PM
Subject: Re: Fw: Blaze Advisor 7.1 (finally here!)


Pete - Sul just wanted more details. I think if you contact him and explain you plans, he'll be ok with letting this move forward.

Keep me posted and feel free to add information or documentation based on your discussion with Sully to the permit.

Thanks, Lance

Peter Davis---10/04/2012 01:00:33 PM---thanks Lance. Don't remember getting an update from BP on the status change but I probably did & mis

From: Peter Davis/ChubbMail
To: Lance Martin/ChubbMail@ChubbMail
Cc: Candice Merritt/ChubbMail@ChubbMail, David De Oto/ChubbMail@ChubbMail, Diptesh J Patel/ChubbMail@ChubbMail, H S Srager/ChubbMail@ChubbMail
Date: 10/04/2012 01:00 PM
Subject: Re: Fw: Blaze Advisor 7.1 (finally here!)


thanks Lance. Don't remember getting an update from BP on the status change but I probably did & missed it.

I updated the permit with details on each SBU's roadmap plans:

"Blaze is currently in use in North America and Canada (ABL) only. Deployments include CCI, CSI, CBS, Claims, and ABL (CAH). This permit covers the upgrade to 7.1 for CCI. CSI and CBS are currently tentatively targeting Q1 2013 for their upgrade to 7.1. Claims shares the CSI platform and will upgrade with CSI. ABL (CAH) currently has no plans to upgrade from 6.7. "

ABL (CAH) are still figuring out what they're going to do, so I guess we're on hold waiting for them to give us a roadmap. I'll follow up, the loop Sully in.

thanks,
Pete

<0.3526.gif>

Lance Martin---10/04/2012 12:48:54 PM---Candice - The permit for Blaze 7.1 is currently on hold. It was agreed that this is the right dire

From: Lance Martin/ChubbMail
To: Candice Merritt/ChubbMail@ChubbMail
Cc: David De Oto/ChubbMail@ChubbMail, Diptesh J Patel/ChubbMail@ChubbMail, H S Srager/ChubbMail@ChubbMail, Peter Davis/ChubbMail@ChubbMail

Date: 10/04/2012 12:48 PM
Subject: Re: Fw: Blaze Advisor 7.1 (finally here!)


Candice - The permit for Blaze 7.1 is currently on hold. It was agreed that this is the right direction to go, but at the review on September 20, Sully had asked for an update from Pete (see note below).

Pete, did this happen?
Contact Patrick Sullivan with details on the migration plan / roadmap for this upgrade across applicable units. Review and approval of the migration plan / roadmap is required for approval to ensure that this request is in compliance with Technical Architecture compliance rule # 3 Software Upgrades.

Permit doc link is here===> <doclink.gif>

Thanks,
_____

_____
Lance Martin | ESS / Enterprise PMO | Chubb Group of Insurance Companies | www.chubb.com
<0.59EC.gif> Phone: 908-903-2209 | Fax: 908-903-3804



Candice Merritt---10/04/2012 12:20:04 PM---Hello Peter, Before I can proceed, I just need confirmation of whether there was officially a sign

From: Candice Merritt/ChubbMail
To: Peter Davis/ChubbMail@ChubbMail, Diptesh J Patel/ChubbMail@ChubbMail
Cc: David De Oto/ChubbMail@ChubbMail, H S Srager/ChubbMail@ChubbMail, Lance Martin/ChubbMail@ChubbMail
Date: 10/04/2012 12:20 PM
Subject: Re: Fw: Blaze Advisor 7.1 (finally here!)


Hello Peter,

Before I can proceed, I just need confirmation of whether there was officially a sign off to Building Permit or Variance for Blaze 7.0.1 according to the CCI Building Permit Blaze 7 upgrade request was denied. I can't make that package available without proper sign off. Based on the Building Permit 16076 -- From an enterprise perspective we are on v6.9 until the v7.1 upgrade q4 2012 - q1 2013.

Please advise if you have something stating that the Chubb-sanctioned version for Blaze is 7.1 and I will look into making the package available or upgrade plans.

If you could also submit a Service Request so I can schedule and prioritize the work accordingly. Please include what application groups or who all of the contacts are that need to be engaged or involved in the upgrade planning.

Thanks
Candice Merritt

Sr. Programmer Analyst, Tool Support, EDI
Enterprise Infrastructure Support & Services
908-903-7863
cmerritt@chubb.com

Peter Davis---10/04/2012 10:09:23 AM---Hi Candice, Diptesh has kindly got the new approved version of FICO Blaze Advisor for us. Maybe you

From: Peter Davis/ChubbMail
To: Candice Merritt/ChubbMail@ChubbMail
Cc: David De Oto/ChubbMail@ChubbMail
Date: 10/04/2012 10:09 AM
Subject: Fw: Blaze Advisor 7.1 (finally here!)


Hi Candice,

Diptesh has kindly got the new approved version of FICO Blaze Advisor for us. Maybe you can copy it over to a "proper" directory on one of your tool support drives?

thanks much!
Pete

<0.756C.gif>
----- Forwarded by Peter Davis/ChubbMail on 10/04/2012 10:07 AM -----

From: Diptesh J Patel/ChubbMail
To: Henry Mirolyuz/ChubbMail@ChubbMail, Peter Davis/ChubbMail@ChubbMail
Date: 10/04/2012 08:14 AM
Subject: Blaze Advisor 7.1 (finally here!)


==**I just placed Blaze Advisor 7.1 (the GA release was on 10/1/12) on \\srefs01\pub\BR COE\Blaze Advisor\BlazeAdvisor7.1**==

Along with the executable and some PDF docs, there is also Eclipse (for those that do not have RAD - Blaze is now a plug-in under Eclipse or RAD).


Thanks,
Diptesh Patel

Diptesh Patel | Sr. Systems Architect | Corporate Business Solutions
Chubb Group of Insurance Companies | 15 Mountain View Road | Warren, NJ 07059
<0.9578.gif> (: 908.903.2827 | *: dpatel@chubb.com

Confidential                                                                                           FED004077_0011