Lexis® Securities Mosaic®

Company: CHUBB CORP

Form Type: 10-K

Filing Date: 2/26/2015

Subdocument: EX-21.1

Copyright © 2017 LexisNexis. All rights reserved.



EXHIBIT 10

FED000059_0001

Exhibit 21.1

# THE CHUBB CORPORATION
## SUBSIDIARIES OF THE REGISTRANT

Significant subsidiaries at December 31, 2014 of The Chubb Corporation, a New Jersey corporation, and their subsidiaries (indented), together with the percentages of ownership, are set forth below.

| Company | Place of Incorporation | Percentage of Securities Owned |
|---|---|---|
| Federal Insurance Company | Indiana | 100% |
|     Pacific Indemnity Company | Wisconsin | 100 |
|         Texas Pacific Indemnity Company | Texas | 100 |
|     Executive Risk Indemnity Inc. | Delaware | 100 |
|         Executive Risk Specialty Insurance Company | Connecticut | 100 |
|     Great Northern Insurance Company | Indiana | 100 |
|     Vigilant Insurance Company | New York | 100 |
|     Chubb Indemnity Insurance Company | New York | 100 |
|     Chubb Custom Insurance Company | New Jersey | 100 |
|     Chubb National Insurance Company | Indiana | 100 |
|     Chubb Insurance Company of New Jersey | New Jersey | 100 |
|     Chubb Investment Holdings Inc. | New Jersey | 100 |
|     Chubb Insurance Investment Holdings Ltd | United Kingdom | 100 |
|         Chubb Insurance Company of Europe SE | United Kingdom | 100 |
|         Chubb Capital Ltd | United Kingdom | 100 |
|     CC Canada Holdings Ltd. | Canada | 100 |
|         Chubb Insurance Company of Canada | Canada | 100 |
|     Chubb Insurance Company of Australia Ltd. | Australia | 100 |
|     Chubb Argentina de Seguros, S.A. | Argentina | 99.9 |
|     Chubb Insurance (China) Company Limited | China | 100 |
| Chubb Atlantic Indemnity Ltd. | Bermuda | 100 |
|     DHC Corporation | Delaware | 100 |
|         Chubb do Brasil Companhia de Seguros | Brazil | 99.9 |
| Bellemead Development Corporation | Delaware | 100 |
| Chubb Financial Solutions, Inc. | Delaware | 100 |

Certain other subsidiaries of Chubb and its consolidated subsidiaries have been omitted since, in the aggregate, they would not constitute a significant subsidiary.

FED000059_0002