UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,   Court File No. 16-cv-1054 (WMW/DTS)

    Plaintiff,

v.   **AFFIDAVIT OF IGOR FRIDKIN**

FEDERAL INSURANCE COMPANY,
an Indiana corporation, and ACE
AMERICAN INSURANCE COMPANY,
a Pennsylvania corporation,

    Defendants.

1. I am the AVP, Financial Lines Lead Architect, Enterprise Architecture for Federal.

2. I submit this Affidavit pursuant to the Court's May 15, 2020 Order to address "whether Federal has any information that the interplay between Blaze Advisor and the EZER application business rules is materially different from the functioning of Blaze Advisor in the other 9 Federal applications that use it." (Dkt. No. 791).

3. To the best of my knowledge, Federal does not have any information that the interplay between Blaze Advisor and the EZER application business rules is materially different from the functioning of Blaze Advisor and the other 9 Federal applications that use it.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: June 15, 2020

                                             _/s/ Igor Fridkin_
                                                Igor Fridkin

1

Subscribed and sworn to before me this
5th day of June, 2020.



Notary Public

My Commission Expires

SUSAN M DEVINO
Notary Public, State of Connecticut
My Commission Expires Mar. 31, 2021

Scanned with CamScanner