UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **AFFIDAVIT OF MIKE HUTCHINSON** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

1. I am the Chubb Global Markets Systems Director for the European Zone ("EUZ") and, in this role, I have become familiar with the EZER application that used Blaze Advisor software.

2. I submit this Affidavit pursuant to the Court's May 15, 2020 Order to address "whether at the time EZER was decommissioned anyone within Federal recognized or suspected the process would make the repository rule files inaccessible." (Dkt. No. 791).

3. To the best of my knowledge, at the time EZER was decommissioned, no one at Federal recognized or suspected that the process would make the repository rule files inaccessible.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: June 18, 2020

*Mike Hutchinson*
Mike Hutchinson (Jun 18, 2020 14:35 GMT+1)

Michael John Hutchinson

1

2

Acknowledged before me by the within named Michael John Hutchinson by video appearance this 18 June 2020, he having solemnly averred the truth of the above statements

Digitally signed by Luis Neil Hyde-Vaamonde
Date: 2020-06-18 14:36:53+01:00

Notary Public

NOTARY PUBLIC
LONDON, ENGLAND
LUIS N. HYDE-VAAMONDE
(My Commission expires with Life)

CHEESWRIGHTS
SCRIVENER NOTARIES | LLP
Bankside House, 107 Leadenhall Street,
London EC3A 4AF
T: +44 (0) 20 7623 9477
www.cheeswrights.com



2