# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTES

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| Plaintiff, | BEFORE: David T. Schultz<br>United States Magistrate Judge |
| v. | Case No.   16-cv-1054 (WMW/DTS)<br>Date:   June 23, 2020 |
| Federal Insurance Company, | Time Commenced:  10:05 am<br>Time Concluded:   10:20 am |
| Defendant | Total Time:   15 min |

APPEARANCES:

    Plaintiff:    Heather Kliebenstein, Allen Hinderaker

    Defendant:    Chris Pham; Terrence Fleming; Leah Janus,

PROCEEDINGS:    Informal conference with counsel.

Date: June 23, 2020                        s/Terianne Bender
                                                   Courtroom Deputy