## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | **NOTICE OF WITHDRAWAL** |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), Nikola L. Datzov has withdrawn as counsel for Federal Insurance Company. Defendant and Counter-Claimant Federal Insurance Company will continue to be represented in the above-entitled action by remaining counsel of record from Fredrikson & Byron, P.A.

Dated:  July 6, 2020    *s/ Nikola L. Datzov*
Nikola L. Datzov(#392144)
ndatzov@fredlaw.com
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan Young (#0397751)
ryoung@fredlaw.com
Christian V. Hokans (#0400377)
chokans@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)