# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

### PLAINTIFF FAIR ISAAC CORPORATION'S MOTION FOR SANCTIONS FOR UNTIMELY SUPPLEMENTATION OF INTERROGATORY ANSWER

Pursuant to Federal Rules of Civil Procedure 37, Plaintiff Fair Isaac Corporation ("FICO") respectfully moves the Court for evidentiary sanctions against Defendants Federal Insurance Company and ACE American Insurance Company, including striking Defendants' Ninth Supplemental Answer to Interrogatory No. 17.  In the alternative, FICO seeks an order requiring Defendants to present a witness or witnesses to explain the methodology used in the untimely supplementation.  FICO further seeks monetary sanctions, including payment of fees related to bringing the motion and fees for the depositions if the Court chooses that sanction.  This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the papers and records on file herein, and on such information and evidence as may be presented at any hearing on this Motion.

2

Dated: October 28, 2020	MERCHANT & GOULD P.C.

/s/Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 398344
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel: (612) 332-5300
Fax: (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*