# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

## PLAINTIFF FAIR ISAAC CORPORATION'S NOTICE OF MOTION FOR SANCTIONS FOR UNTIMELY SUPPLEMENTATION OF INTERROGATORY ANSWER

PLEASE TAKE NOTICE that Plaintiff Fair Isaac Corporation ("FICO") will move this Court, on a date and time to be determined, before the Honorable David T. Schultz, United States Magistrate Judge for the U.S. District Court for the District of Minnesota, via a remote conference, for an order granting Plaintiff's Motion for Sanctions for Untimely Supplementation of Interrogatory Answer. The grounds for this Motion will be set forth and supported in an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the arguments of counsel, and all of the papers and proceedings in this matter.

| | |
|---|---|
| Dated:  October 28, 2020 | MERCHANT & GOULD P.C.<br><br>/s/ Heather Kliebenstein<br>Allen Hinderaker, MN Bar # 45787<br>Heather Kliebenstein, MN Bar # 337419<br>Michael A. Erbele, MN Bar # 393635<br>Joseph W. Dubis, MN Bar # 398344<br>MERCHANT & GOULD P.C.<br>150 South Fifth Street<br>Suite 2200<br>Minneapolis, MN  55402<br>Tel:  (612) 332-5300<br>Fax:  (612) 332-9081<br>ahinderaker@merchantgould.com<br>hkliebenstein@merchantgould.com<br>merbele@merchantgould.com<br>jdubis@merchantgould.com<br><br>*Attorneys for Plaintiff FICO* |