UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

## **LOCAL RULE 7.1(f) CERTIFICATION**

I hereby certify that Plaintiff Fair Isaac Corporation's Memorandum in Support of its Motion for Sanctions for Untimely Supplementation of Interrogatory Answer, filed electronically on October 28, 2020, complies with the word limit imposed by Local Rule 7.1(f), with a total word count of 4,305 words, including headings, footnotes, and quotations.

I further certify that the accompanying document was created in Microsoft® Office Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

2

Dated:  October 28, 2020                    MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 398344
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*