UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**[PROPOSED] ORDER GRANTING PLAINTIFF FAIR ISAAC CORPORATION'S MOTION FOR SANCTIONS FOR UNTIMELY SUPPLEMENTATION OF INTERROGATORY ANSWER**

This matter is before the Court on Plaintiff's Motion for Sanctions for Untimely Supplementation of Interrogatory Answer (Dkt. No. 815). Based upon the parties' submissions and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Sanctions for Untimely Supplementation of Interrogatory Answer is **GRANTED**; and
2. Defendants' Ninth Supplemental Answer to Interrogatory No. 17 is stricken.

SO ORDERED:

Dated: _____

_____
Judge David T. Schultz
Magistrate Judge