# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>         Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>         Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

## PLAINTIFF FAIR ISAAC CORPORATION'S AMENDED NOTICE OF MOTION FOR SANCTIONS FOR UNTIMELY SUPPLEMENTATION OF INTERROGATORY ANSWER

PLEASE TAKE NOTICE that Plaintiff Fair Isaac Corporation ("FICO") will move this Court, on Tuesday, November 24, 2020 at 1:00 p.m., before the Honorable David T. Schultz, United States Magistrate Judge for the U.S. District Court for the District of Minnesota, via a remote conference, for an order granting Plaintiff's Motion for Sanctions for Untimely Supplementation of Interrogatory Answer. The grounds for this Motion will be set forth and supported in an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the arguments of counsel, and all of the papers and proceedings in this matter.

2

Dated: October 29, 2020

MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 398344
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*