# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>    Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br><br><br>**JOINT STIPULATION REGARDING<br>BRIEFING SCHEDULE UNDER<br>LOCAL RULE 7.1 –<br>NONDISPOSITIVE MOTIONS** |

The Parties hereby submit this Joint Stipulation to amend the briefing schedule under Local Rule 7.1 concerning Defendants Federal Insurance Company and ACE American Insurance Company's (collectively, "Federal") Opposition to Plaintiff Fair Isaac Corporation's ("FICO") Motion for Sanctions filed October 28, 2020. (*See* Dkt. Nos. 815-824.)

WHEREAS, the Rules regarding responses to nondispositive motions provide that Federal's Opposition is due on November 4, 2020;

WHEREAS, Federal has requested a one-week extension of this deadline and FICO does not object;

WHEREAS, the hearing on this motion is scheduled to take place on November 24, 2020 at 1:00 pm, which is 13 days after Federal will file its Opposition under the amended briefing schedule (Dkt. No. 824);

Therefore, the Parties hereto stipulate that Defendants Federal Insruance Company and ACE American Insruance Company's Opposition to Plaintiff Fair Isaac Corporation's Motion for Sanctions (Dkt. Nos. 815-824) is due on November 11, 2020.

Respectfully submitted,

November 2, 2020

s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 398344
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402
Tel: (612) 332-5300
Fax: (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*

-AND-

s/ Leah C. Janus
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Christian V. Hokans (#0400377)
chokans@fredlaw.com

**FREDRIKSON & BYRON, P.A.**

200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*