# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>    Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**[PROPOSED] ORDER GRANTING<br>JOINT STIPULATION REGARDING<br>BRIEFING SCHEDULE UNDER<br>LOCAL RULE 7.1 –<br>NONDISPOSITIVE MOTIONS** |

This matter comes before the Court on the parties Joint Stipulation Regarding Briefing Schedule under Local Rule 7.1 – Nondispositive Motions (Dkt. No. 825) in the above reference proceeding.

For the nondispositive motion filed by Plaintiff Fair Isaac Corporation on October 28, 2020 (Dkt. Nos. 815-824), Defendants Federal Insurance Company and ACE American Insurance Company's Opposition shall be due on November 11, 2020.


Dated: _____
                                                    United States Magistrate Judge
                                                    The Honorable David T. Schultz