## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>  Defendants. | Case No. 16-cv-1054 (WMW/DTS)<br><br><br><br>**ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE UNDER LOCAL RULE 7.1 – NONDISPOSITIVE MOTIONS** |

This matter comes before the Court on the parties Joint Stipulation Regarding Briefing Schedule under Local Rule 7.1 – Nondispositive Motions (Dkt. No. 825) in the above reference proceeding.

For the nondispositive motion filed by Plaintiff Fair Isaac Corporation on October 28, 2020 (Dkt. Nos. 815-824), Defendants Federal Insurance Company and ACE American Insurance Company's Opposition shall be due on November 11, 2020.

Dated: November 4, 2020

s/David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge