UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FAIR ISAAC CORPORATION,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
an Indiana corporation, and ACE
AMERICAN INSURANCE COMPANY,
a Pennsylvania corporation,

    Defendants.

Court File No. 16-cv-1054 (WMW/DTS)

**DECLARATION OF
TERRENCE J. FLEMING**

---

I, Terrence J. Fleming, declare as follows:

1. I am a shareholder at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company in this case (collectively referred to as "Federal").

2. Attached as **Exhibit A** is a copy of Federal's Ninth Supplemental Answer to FICO's Interrogatory No. 17 dated September 28, 2020.

3. Attached as **Exhibit B** is a copy of Federal's Answers and Objections to FICO's Second Set of Interrogatories dated January 29, 2018.

4. Attached as **Exhibit C** are excerpts from the Expert Report of W. Christopher Bakewell regarding Damages dated May 17, 2019.

5. Attached as **Exhibit D** are excerpts from the June 28, 2019 deposition of W. Christopher Bakewell.

1

6. Attached as **Exhibit E** is a copy of Federal's Eighth Supplemental Answer to FICO's Interrogatory No. 17 dated June 15, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  November 11, 2020          s/ Terrence J. Fleming
                                                          Terrence J. Fleming