# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY, a<br>Pennsylvania corporation,<br><br>　　　　　Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br><br>**STATEMENT INSTEAD OF<br>REDACTED DOCUMENT** |

Defendants Federal Insurance Company ("Federal") and Ace American Insurance Company ("ACE") (collectively, "Defendants"), in connection with their Memorandum in Opposition to FICO's Motion for Sanctions Striking Federal's Ninth Supplemental Answer to Interrogatory Number 17 filed as Docket No. 828 submit Exhibit D to the Declaration of Terrence J. Fleming in Support of this Motion, filed as Docket No. 832 which contains information designated as "confidential" under the Court's Protective Order [Doc. No. 44].  Defendants now file this Statement Instead of Redacted Document because large portions of these documents are confidential and redaction is impracticable.

Dated:  November 11, 2020

　　　　　　　　　　　　　　　　　*s/Terrence J. Fleming*
　　　　　　　　　　　　　　　　　Terrence J. Fleming (#0128983)
　　　　　　　　　　　　　　　　　tfleming@fredlaw.com
　　　　　　　　　　　　　　　　　Leah C. Janus (#0337365)
　　　　　　　　　　　　　　　　　ljanus@fredlaw.com
　　　　　　　　　　　　　　　　　Christopher D. Pham (#0390165)
　　　　　　　　　　　　　　　　　cpham@fredlaw.com
　　　　　　　　　　　　　　　　　Ryan C. Young (#0397751)
　　　　　　　　　　　　　　　　　ryoung@fredlaw.com
　　　　　　　　　　　　　　　　　Christian V. Hokans (#0400377)
　　　　　　　　　　　　　　　　　chokans@fredlaw.com
　　　　　　　　　　　　　　　　　**FREDRIKSON & BYRON, P.A.**

200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Phone: (612) 492-7000
(612) 492-7077 (fax)

*Attorneys for Defendants*

2