UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation.<br><br>      Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**JOINT MOTION REGARDING CONTINUED SEALING**

  Documents have been filed under temporary seal in connection with the following actions:

  **Plaintiff Fair Isaac Corporation's Motion for Sanctions for Untimely Supplementation of Interrogatory Answer (Dkt. 815)**

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

1

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 817 | 818 | Plaintiff Fair Isaac Corporation's Memorandum in Support of Motion for Sanctions for Untimely Supplementation of Interrogatory Answer | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing |
| 820 | | Exhibit 11 to Declaration of Heather Kliebenstein- Excerpt of Deposition Transcript of C. Chase McCarthy | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing |
| 832 | | Exhibit D to Declaration of Terrance J. Fleming- Excerpt of Deposition Transcript of W. Christopher Bakewell | a) None<br><br>b) The Parties agree the information may be unsealed.<br><br>c) None | | The document should be <u>unsealed</u> because no confidential or business sensitive information exists in the filing |

| | |
|---|---|
| Dated:  November 13, 2020 | /s/ Joseph W. Dubis |
| | Allen Hinderaker, MN Bar # 45787 |
| | Heather Kliebenstein, MN Bar # 337419 |
| | Michael A. Erbele, MN Bar # 393635 |
| | Joseph W. Dubis, MN Bar # 398344 |
| | MERCHANT & GOULD P.C. |
| | 150 South Fifth Street |
| | Suite 2200 |
| | Minneapolis, MN 55402 |
| | Tel: (612) 332-5300 |
| | Fax: (612) 332-9081 |
| | ahinderaker@merchantgould.com |
| | hkliebenstein@merchantgould.com |
| | merbele@merchantgould.com |
| | jdubis@merchantgould.com |

*Attorneys for Plaintiff FICO*

-AND-

/s/ Christian V. Hokans
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Christian V. Hokans (#0400377)
chokans@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*