# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation, | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Federal Insurance Company, *et al.*, | |
| Defendants. | |

This matter is before the Court on the Parties' Joint Motion Regarding Continued Sealing [Docket No. 834] and Minn. Local Rule 5.6(d)(2).

The Joint Motion addresses three documents that were filed under temporary seal in connection with Plaintiff FICO's Motion for Sanctions for Untimely Supplementation of Interrogatory Answer [Docket No. 815]. The parties agree the three documents should be unsealed.

**IT IS HEREBY ORDERED**:

1. The Joint Motion Regarding Continued Sealing [Docket No. 834] is **GRANTED**.

2. The Clerk is directed to **unseal** the following documents: Docket Nos. 817, 820, and 832.

Dated: December 1, 2020

    s/David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge