# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation, | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Federal Insurance Company, *et al.*, | |
| Defendants. | |

This matter is before the Court on the Parties' Joint Motion Regarding Continued Sealing [Docket No. 807] and Minn. Local Rule 5.6(d)(2). The parties filed 34 documents under temporary seal in connection with Plaintiff FICO's Motion for Summary Judgment on Defendants' Statute of Limitations Defense [Docket No. 743] and Defendants' Supplemental Motion for Summary Judgment [Docket No. 750].

**IT IS HEREBY ORDERED**:

1. The Joint Motion Regarding Continued Sealing [Docket No. 807] is GRANTED.

2. The Clerk is directed to keep **sealed** the following documents: Docket Nos. 747-2, 747-8 through 747-10, 778, 782, 785, 785-1, 785-2, 788, 788-1 through 788-7, 796, and 799.

3. The Clerk is directed to **unseal** the following documents: Docket Nos. 744, 747, 747-1, 747-3 through 747-7, 773, 780, 780-1, 781, 781-1, 784, and 784-1.

Dated: December 1, 2020

          s/David T. Schultz
          DAVID T. SCHULTZ
          U.S. Magistrate Judge