UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fair Isaac Corporation,   Case No. 16-cv-1054 (WMW/DTS)

    Plaintiff,

v.   **ORDER**

Federal Insurance Company, *et al.*,

    Defendants.

---

This matter is before the Court on the Parties' Joint Motion Regarding Continued Sealing [Docket No. 794] and Minn. Local Rule 5.6(d)(2). The parties filed 14 documents under temporary seal in connection with Defendants' Motion to Amend Scheduling Order [Docket No 758].

**IT IS HEREBY ORDERED**:

1. The Joint Motion Regarding Continued Sealing [Docket No. 794] is GRANTED.

2. The Clerk is directed to keep **sealed** the following documents: Docket Nos. 766, 766-1 through 766-12.

3. The Clerk is directed to **unseal** the following document: Docket No. 763.

Dated: December 1, 2020

                                                         s/David T. Schultz
                                                         DAVID T. SCHULTZ
                                                         United States Magistrate Judge