UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>           Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>           Defendants. | Case No. 16-cv-1054 (WMW/DTS) |

**[PROPOSED] ORDER GRANTING STIPULATION TO ALLOW FAIR ISAAC CORPORATION TO AMEND INITIAL DISCLOSURES**

This matter is before the Court on Plaintiff Fair Isaac Corporation's and Defendants Federal Insurance Company's and ACE American Insurance Company's Stipulation to Allow Fair Isaac Corporation to Amend Initial Disclosures. (Dkt. No. 841.) Based upon the parties' submissions and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Parties' Stipulation to Allow Fair Isaac Corporation to Amend Initial Disclosures is **GRANTED**;

2. Fair Isaac Corporation may amend its initial disclosures under Federal Rule Civil Procedure 26(a)(1) to name Jean-Luc Marce and Sean Baseman as witnesses consistent with the Parties' stipulation; and

3. FICO will make Jean-Luc Marce and Sean Baseman available for deposition at a mutually agreeable time at the location of the witness or, at Defendants' option, by video if Defendants choose to request such depositions.

SO ORDERED:

Dated:

                                                      Judge David T. Schultz
                                                      Magistrate Judge