# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>Federal Insurance Company, et al.,<br><br>　　Defendants. | Case No. 16-cv-1054 (WMW/DTS)<br><br>**ORDER** |

This matter is before the Court on Plaintiff Fair Isaac Corporation's and Defendants Federal Insurance Company's and ACE American Insurance Company's Stipulation to Allow Fair Isaac Corporation to Amend Initial Disclosures. (Dkt. No. 841) Based upon the parties' submissions and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

　　1.　The Parties' Stipulation to Allow Fair Isaac Corporation to Amend Initial Disclosures is **GRANTED**;

　　2.　Fair Isaac Corporation may amend its initial disclosures under Federal Rule Civil Procedure 26(a)(1) to name Jean-Luc Marce and Sean Baseman as witnesses consistent with the Parties' stipulation; and

　　3.　FICO will make Jean-Luc Marce and Sean Baseman available for deposition at a mutually agreeable time at the location of the witness or, at Defendants' option, by video if Defendants choose to request such depositions.

Dated: June 2, 2021　　　　　　　　　　　　　　　　s/David T. Schultz
　　　　　　　　　　　　　　　　　　　　　　　　　DAVID T. SCHULTZ
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge