# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | **MOTION TO AMEND SCHEDULING ORDER** |
| Defendants. | |

Defendants Federal Insurance Company and ACE American Insurance Company hereby move the Court for an order amending the Sixth Amended Pretrial Scheduling Order (Dkt. 205) to allow Defendants leave to file a non-dispositive motion pursuant to Federal Rule of Civil Procedure 37(c)(1) and a dispositive motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 on Plaintiff Fair Isaac Corporation's remaining copyright claims (Dkt. 132, ¶¶ 54-68 (Counts III-IV)).  This motion is based on Rule 16(b)(4) of the Federal Rules of Civil Procedure, the accompanying memorandum of law to be filed, the supporting declarations and exhibits, the arguments of counsel at the hearing on this Motion, and all of the files, exhibits, records, and proceedings herein.

|  |  |
|---|---|
| Dated:  December 14, 2021 | *s/ Terrence J. Fleming* |

Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Christian V. Hokans (#0400377)
chokans@fredlaw.com

**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Federal Insurance Company and ACE American Insurance Company*