UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | **NOTICE OF HEARING ON MOTION TO AMEND SCHEDULING ORDER** |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants Federal Insurance Company and ACE American Insurance Company will submit their Motion to Amend the Scheduling Order and request that the Motion be decided based upon the motion, memorandum of law, and accompanying declarations and exhibits to be filed with the Court in accordance with Local Rule 7.1 for the District of Minnesota, as well as the arguments of counsel, at a hearing on January 11, 2022 at 1:00 p.m. before the Honorable David T. Schultz, United States Magistrate Judge for the United States District Court for the District of Minnesota, Courtroom 9E, United States District Court, 300 South Fourth Street, Minneapolis, Minnesota 55415. In accordance with the Court's guidance, this hearing will be held in-person unless the Court notifies the parties otherwise.

| | |
|---|---|
| Dated:  December 14, 2021 | *s/ Terrence J. Fleming* <br> Terrence J. Fleming (#0128983) <br> tfleming@fredlaw.com <br> Leah C. Janus (#0337365) <br> ljanus@fredlaw.com <br> Christopher D. Pham (#0390165) <br> cpham@fredlaw.com <br> Ryan C. Young (#0397751) <br> ryoung@fredlaw.com <br> Christian V. Hokans (#0400377) <br> chokans@fredlaw.com <br><br> **FREDRIKSON & BYRON, P.A.** <br> 200 South Sixth Street, Suite 4000 <br> Minneapolis, MN  55402-1425 <br> (612) 492-7000 (tel.) <br> (612) 492-7077 (fax) <br><br> ***Attorneys for Federal Insurance Company and ACE American Insurance Company*** |