# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,

      Plaintiff,

  v.

FEDERAL INSURANCE COMPANY,
an Indiana corporation, and ACE
AMERICAN INSURANCE COMPANY,
a Pennsylvania corporation,

      Defendants.

Court File No.  16-cv-1054 (WMW/DTS)

## JOINT STIPULATION REGARDING BRIEFING SCHEDULE
## UNDER LOCAL RULE 7.1 – NONDISPOSITIVE MOTIONS

WHEREAS, on December 14, 2021, Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Federal") filed their Motion to Amend Scheduling Order (Dkt. 845).

WHEREAS, Federal noticed a hearing on the motion for January 11, 2022 at 1:00 p.m. (Dkt. 846).

WHEREAS, under D. Minn. Local Rule 7.1(b)(1), Federal's memorandum is due 14 days before the hearing making Federal's memorandum due on December 28, 2021.

WHEREAS, under D. Minn. Local Rule 7.1(b)(2), Plaintiff Fair Isaac Corporation's ("FICO") opposition brief is due within 7 days of Federal's filing making FICO's opposition brief due on January 4, 2022.

WHEREAS, the New Year's holiday falls within FICO's response time.

WHEREAS, Federal does not object to a two-day extension of FICO's response deadline due to the intervening New Year's holiday.

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel of record, and subject to approval by the Court, that FICO's response to Federal's Motion to Amend Scheduling Order (Dkt. 845) is due on January 6, 2022.

Respectfully submitted,

Dated: December 20, 2021
/s/ Joseph W. Dubis
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 398344
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402
Tel: (612) 332-5300
Fax: (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*

-AND-

/s/ Christian V. Hokans
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com

Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Christian V. Hokans (#0400377)
chokans@fredlaw.com

**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*