**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE UNDER LOCAL RULE 7.1 – NONDISPOSITIVE MOTIONS**

This matter is before the Court on Plaintiff Fair Isaac Corporation's and

Defendants Federal Insurance Company's and ACE American Insurance Company's

Joint Stipulation Regarding Briefing Schedule Under Local Rule 7.1 – Nondispositive

Motions. (Dkt. No. 847.) Based upon the parties' submissions and all of the files, records

and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Parties' Joint Stipulation Regarding Briefing Schedule Under Local Rule 7.1 – Nondispositive Motions is **GRANTED**; and

2. FICO's response to Federal's Motion to Amend Scheduling Order (Dkt. 845) is due on January 6, 2022.

SO ORDERED:

Dated:                                    _____

                                          Judge David T. Schultz
                                          Magistrate Judge