UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation, *a Delaware corporation*<br><br>Plaintiff,<br><br>v.<br><br>Federal Insurance Company, *an Indian corporation*, and Ace American Insurance Company, *a Pennsylvania corporation*<br><br>Defendants. | Case No. 16-cv-1054 (WMW/DTS)<br><br><br><br>**ORDER** |

This matter is before the Court on Plaintiff Fair Isaac Corporation's and Defendants Federal Insurance Company's and ACE American Insurance Company's Joint Stipulation Regarding Briefing Schedule Under Local Rule 7.1 – Nondispositive Motions. (Dkt. No. 847) Based upon the parties' submissions and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Parties' Joint Stipulation Regarding Briefing Schedule Under Local Rule 7.1 – Nondispositive Motions is **GRANTED**; and

2. Fair Isaac Corporation's response to Federal's Motion to Amend Scheduling Order (Dkt. No. 845) is due on January 6, 2022.

Dated: December 21, 2021

   s/David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge