UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation, | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| Federal Insurance Company, | |
| Defendant. | |

The parties filed a stipulation (Dkt. No. 847) to extend the time for plaintiff to respond to defendant's motion at Docket No. 845. **IT IS HEREBY ORDERED:** Plaintiff shall respond to the motion at Docket No. 845 on or before **January 6, 2022**.

Dated: December 28, 2021                     ___s/David T. Schultz_____
                                              DAVID T. SCHULTZ
                                              U.S. Magistrate Judge