UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | DECLARATION OF TERRENCE J. FLEMING IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER |
| Defendants. | |

I, Terrence J. Fleming, declare as follows:

1.  I am an attorney at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Federal") in this case.

2.  Attached as **Exhibit 1** is a true and correct copy of a screenshot from the website of the United States Copyright Office displaying the search results for copyright registrations associated with Plaintiff Fair Isaac Corporation's ("FICO") Blaze Advisor software.

3.  Attached as **Exhibit 2** is a true and correct copy of FICO's Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1), dated March 17, 2017.

4.  Attached as **Exhibit 3** is a true and correct copy of FICO's Second Supplemental Initial Disclosures, dated February 12, 2018.

1

5. Attached as **Exhibit 4** is a true and correct copy of FICO's Third Supplemental Initial Disclosures, dated February 22, 2019.

6. Attached as **Exhibit 5** is a true and correct copy of Federal's First Set of Interrogatories to Fair Isaac Corporation, dated April 18, 2017.

7. Attached as **Exhibit 6** is a true and correct copy of Federal's First Set of Requests for Production of Documents to Fair Isaac Corporation, dated April 18, 2017.

8. Attached as **Exhibit 7** is a true and correct copy of FICO's Answers to Federal's First Set of Interrogatories, dated May 18, 2017.

9. Attached as **Exhibit 8** is a true and correct copy of FICO's Responses to Federal's Requests for Production of Documents, dated May 18, 2017.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts of the deposition transcript of Jean-Luc Marce, taken on November 11, 2021.

11. Attached as **Exhibit 10** is a true and correct copy of a May 19, 2021 email from Heather Kliebenstein to Terrence Fleming.

12. Attached as **Exhibit 11** is a true and correct copy of a May 24, 2021 email from Terrence Fleming to Heather Kliebenstein and Allen Hinderaker.

13. Attached as **Exhibit 12** is a true and correct copy of an August 12, 2021 letter from Terrence Fleming to Heather Kliebenstein, Allen Hinderaker, and Joseph Dubis regarding scheduling the depositions of Jean-Luc Marce and Sean Baseman in mid-September.

14. Attached as **Exhibit 13** is a true and correct copy of a November 10, 2021 email from Kristin Drieman producing FICO0069787

15. Attached as **Exhibit 14** is a true and correct copy of Jean-Luc Marce's software source code analysis produced by FICO on November 10, 2021 and marked as Deposition Exhibit 609.

16. Attached as **Exhibit 15** is a true and correct copy of a November 11, 2021 email from Heather Kliebenstein producing a replacement copy of FICO0069787.

17. Attached as **Exhibit 16** is a true and correct copy of Jean-Luc Marce's corrected software source code analysis produced by FICO on November 11, 2021 and marked as Deposition Exhibit 610.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  December 28, 2021           *s/ Terrence J. Fleming*
                                    Terrence J. Fleming