# Exhibit 10

**From:** Heather Kliebenstein
**To:** Fleming, Terrence
**Subject:** FICO/Federal
**Date:** Wednesday, May 19, 2021 4:24:03 PM

**[EXTERNAL E-MAIL]**

Terry,

I wanted to touch base with you on a trial witness issue.  Let me know when you have 10 minutes to talk.  I'm at 612-205-4476 for the next half hour.  Tomorrow I am available from 9-10:30 at 612-371-5213, and same on Friday.

Hope you are well.

Best,

Heather

**Heather Kliebenstein**
she/her/hers
Partner
Merchant & Gould P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402-4247
USA

**Telephone** (612) 371-5213
**Fax** (612) 332-9081
**Email** hkliebenstein@merchantgould.com
merchantgould.com

GUARDIANS OF GREAT IDEAS®

Note: This email message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via email to the sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever. Please consider the environment before printing this email. Thank you.

# Exhibit 11

| | |
|---|---|
| **From:** | Fleming, Terrence |
| **To:** | Heather Kliebenstein; Allen Hinderaker |
| **Cc:** | Janus, Leah; Pham, Christopher |
| **Bcc:** | Young, Ryan; Hokans, Christian; Sandra Smalley-Fleming (ssmalleyfleming@fredlaw.com); Fleming, Terrence |
| **Subject:** | FICO request to substitute witnesses |
| **Date:** | Monday, May 24, 2021 12:39:00 PM |

Heather,

We agree that FICO may substitute Fernando Jorge in your initial disclosures with two witnesses – John Marseille and John Baseman – on the condition that we are able to depose them.

**Terry Fleming**
**Fredrikson & Byron, P.A.**
**Cell:  612-205-7590**

# Exhibit 12



August 12, 2021

<u>*Via Email & U.S. Mail*</u>

Heather J. Kliebenstein
Allen W. Hinderaker
Joseph W. Dubis
150 South Fifth Street, Ste. 2200
Minneapolis, MN 55402
jdubis@merchantgould.com
(612) 371-5381

Re:   *Fair Isaac Corp. v. Federal Insurance Co., ACE American Insurance Co.*
         Court File No. 16-cv-1054

Counsel:

I write to request an updated privilege log and to schedule two depositions of FICO's recently disclosed witnesses. Please provide FICO's response to these requests no later than August 20, 2021.

FICO made a supplemental document production on June 23, 2021. The production includes documents that FICO has redacted, presumably on the basis of privilege or work product. (*See, e.g.*, FICO0069156, FICO0069195, FICO0069430.) Please provide a privilege log identifying the basis for all redactions in this June 23, 2021 production.

Second, on June 2, 2021, the Parties stipulated that Federal may depose two new witnesses FICO added to its Initial Disclosures, Jean-Luc Marce and Sean Baseman. We would like to schedule these depositions for dates in mid-September. Please provide us with dates when these witnesses are available. We intend to conduct these depositions remotely unless FICO would prefer to conduct the depositions in person in Minneapolis.

Sincerely,

FREDRIKSON & BYRON, P.A.

*s/ Terrence J. Fleming*

Terrence J. Fleming
**Direct Dial:** 612.492.7496
Email: tfleming@fredlaw.com

Attorneys & Advisors
Main 612.492.7000
Fax 612.492.7077

Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402-1425

USA / China / Mexico
Minnesota, Iowa, North Dakota
fredlaw.com

# Exhibit 13

| | |
|---|---|
| **From:** | Kristin M. Drieman |
| **To:** | Fleming, Terrence; Janus, Leah; Hokans, Christian; Pham, Christopher; Haberman, Brenda; Young, Ryan |
| **Cc:** | Abigail E. Krueger; Allen Hinderaker; Carol A. Nystrom; Heather Kliebenstein; Joe Dubis, Ph.D.; Michael Erbele; Anne-Marie Larkin |
| **Subject:** | RE: FICO v Federal - Document Production |
| **Date:** | Wednesday, November 10, 2021 1:07:14 PM |
| **Attachments:** | FICO0069787.pdf |

**CAUTION: EXTERNAL E-MAIL**

Counsel,

Please find Plaintiff's document production Bates numbered as FICO0069787.

Thank you,

**Kristin M. Drieman**

Litigation Paralegal

Merchant & Gould P.C.

150 South Fifth Street Suite 2200

Minneapolis, MN 55402-4247

USA

**Telephone** (612) 336-4703

**Fax** (612) 332-9081

**merchantgould.com**

GUARDIANS OF GREAT IDEAS®

Note: This email message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via email to the sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever. Please consider the environment before printing this email. Thank you.