# Exhibit 15

| | |
|---|---|
| **From:** | Heather Kliebenstein |
| **To:** | Kristin M. Drieman; Fleming, Terrence; Janus, Leah; Hokans, Christian; Pham, Christopher; Haberman, Brenda; Young, Ryan |
| **Cc:** | Abigail E. Krueger; Allen Hinderaker; Carol A. Nystrom; Joe Dubis, Ph.D.; Michael Erbele; Anne-Marie Larkin |
| **Subject:** | RE: FICO v Federal - Document Production |
| **Date:** | Thursday, November 11, 2021 7:45:54 AM |
| **Attachments:** | FICO0069787.pdf |
| **Importance:** | High |

**CAUTION: EXTERNAL E-MAIL**

Counsel, attached is a replacement copy.  Best,

Heather

**From:** Kristin M. Drieman <KDrieman@merchantgould.com>
**Sent:** Wednesday, November 10, 2021 11:07 AM
**To:** Fleming, Terrence <TFleming@fredlaw.com>; Janus, Leah <LJanus@fredlaw.com>; Hokans, Christian <CHokans@fredlaw.com>; Pham, Christopher <CPham@fredlaw.com>; Haberman, Brenda <BHaberman@fredlaw.com>; ryoung@fredlaw.com
**Cc:** Abigail E. Krueger <AKrueger@MerchantGould.com>; Allen Hinderaker <AHinderaker@merchantgould.com>; Carol A. Nystrom <CNystrom@merchantgould.com>; Heather Kliebenstein <HKliebenstein@merchantgould.com>; Joe Dubis, Ph.D. <JDubis@MerchantGould.com>; Michael Erbele <MErbele@MerchantGould.com>; Anne-Marie Larkin <ALarkin@MerchantGould.com>
**Subject:** RE: FICO v Federal - Document Production

Counsel,

Please find Plaintiff's document production Bates numbered as FICO0069787.

Thank you,

**Kristin M. Drieman**
Litigation Paralegal
Merchant & Gould P.C.
150 South Fifth Street Suite 2200
Minneapolis, MN 55402-4247
USA

**Telephone** (612) 336-4703
**Fax** (612) 332-9081
merchantgould.com

GUARDIANS OF GREAT IDEAS®

Note: This email message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via email to the sender; (2) destroy this communication entirely, including deletion of all associated text files from all

individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever. Please consider the environment before printing this email. Thank you.