# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| | **STATEMENT INSTEAD OF** |
| FEDERAL INSURANCE COMPANY, | **REDACTED DOCUMENT** |
| an Indiana corporation, and ACE | |
| AMERICAN INSURANCE COMPANY, | |
| a Pennsylvania corporation, | |
| Defendants. | |

Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Defendants"), in connection with their Exhibits 9, 14, and 16, filed as Docket Nos. 856, 856-1, and 856-2, in support of their Motion to Amend Scheduling Order, filed as Docket No. 845 contains Plaintiff Fair Isaac Corporation's confidential business information and information designated as "Confidential" and "Attorney's Eyes Only" under the Court's Protective Order [Dkt. 44]. Defendants now file this Statement Instead of Redacted Document because large portions of these documents are confidential and redaction is impracticable.

| | |
|---|---|
| Dated:  December 28, 2021 | *s/ Christian V. Hokans* |
| | Terrence J. Fleming (#0128983) |
| | tfleming@fredlaw.com |
| | Leah C. Janus (#0337365) |
| | ljanus@fredlaw.com |
| | Christopher D. Pham (#0390165) |
| | cpham@fredlaw.com |
| | Ryan C. Young (#0397751) |
| | ryoung@fredlaw.com |
| | Christian V. Hokans (#0400377) |
| | chokans@fredlaw.com |
| | |
| | **FREDRIKSON & BYRON, P.A.** |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN  55402-1425 |
| | (612) 492-7000 (tel.) |
| | (612) 492-7077 (fax) |
| | |
| | *Attorneys for Defendants* |