# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER** |

The above-entitled matter came before the Court on Defendants Federal Insurance Company and ACE American Insurance Company's Motion to Amend the Scheduling Order on January 11, 2022 at 1:00 p.m.  Based upon the parties' submissions, the arguments of counsel, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Amend Scheduling Order is **GRANTED**;

2. Defendants shall file their Motion under Federal Rule of Civil Procedure 37(c)(1) and Motion for Summary Judgment under Federal Rule of Civil Procedure 56 no later than _____, 2022.

**SO ORDERED:**

Dated: _____, 2022      _____
　　　　　　　　　　　　　　　　　　Magistrate Judge David T. Schultz
　　　　　　　　　　　　　　　　　　United States District Court