UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fair Isaac Corporation,

                Plaintiff(s),

vs.                                            Case No. 16-CV-1054 (WMW/DTS)

Federal Insurance Company, an Indiana
Corporation, and ACE American Insurance
Company, a Pennsylvania Corporation,

                Defendants.

## **MEET-AND-CONFER STATEMENT**

I, Terrence J. Fleming, representing the Defendants, hereby certify that:

I met and conferred with the opposing party by:

    Meeting with: Heather Kliebenstein

    On: December 14, 2021

    Discussing the following motion:

    Defendants' Motion to Amend the Scheduling Order.

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

        **X**  Do **not** agree on the resolution of any part of the motion.

        ☐  Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

2

Dated:  December 28, 2021	*s/ Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Christian V. Hokans (#0400377)
chokans@fredlaw.com

**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*