# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation,<br><br>　　　　Defendant. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**FEDERAL INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION** |

To:   Plaintiff and its attorneys, Allen Hinderaker and Michael A. Erbele, Merchant & Gould PC, 3200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402.

Defendant Federal Insurance Company ("Federal"), for its Responses to Plaintiff's First Set of Requests for Admission, states and alleges as follows:

## RESPONSES TO FIRST SET OF REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that prior to January 15, 2016, Federal was a wholly-owned subsidiary of The Chubb Corporation.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 2:** Admit that prior to January 15, 2016, ACE INA Holdings, Inc. was a wholly-owned subsidiary of ACE Limited created for the purpose of effectuating a merger transaction with The Chubb Corporation.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 3:** Admit that effective January 15, 2016, The Chubb Corporation merged with and into ACE INA Holdings, Inc.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 4:** Admit that after the January 15, 2016 merger transaction, ACE Limited changed its name to Chubb Limited.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 5:** Admit that after the January 15, 2016 merger transaction, The Chubb Corporation ceased to exist.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 6:** Admit that after the January 15, 2016 merger transaction, Federal is not a wholly-owned subsidiary of The Chubb Corporation.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 7:** Admit that after the January 15, 2016 merger transaction, Federal is a wholly-owned subsidiary of ACE INA Holdings Inc.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 8:** Admit that Federal has a different parent company as a result of the January 15, 2016 merger transaction.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 9:** Admit that Federal has used the FICO Blaze Advisor® software after March 31, 2016.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 10:** Admit that, as of the date of its response hereto, Federal continues to use the FICO Blaze Advisor® software.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 11:** Admit that Federal did not remove all copies of the FICO Blaze Advisor® software from its computers and systems after March 31, 2016.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 12:** Admit that Federal did not destroy or return all copies of the FICO Blaze Advisor® software to FICO after March 31, 2016.

**RESPONSE:** Admitted.

Respectfully Submitted,

FREDRIKSON & BYRON, P.A.

Dated: May 11, 2017

Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Nikola L. Datzov (#0392144)
ndatzov@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

***Attorneys for Defendant***

61194231_1.docx

3