# Exhibit 12

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation, <br><br> Defendant. | Case No. 16-cv-1054(WMW/DTS) <br><br> **Jury Trial Demanded** |

## PLAINTIFF FAIR ISAAC CORPORATION'S SECOND SET OF INTERROGATORIES TO DEFENDANT FEDERAL INSURANCE COMPANY (15-21)

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Fair Isaac Corporation ("FICO") hereby requests that Defendant Federal Insurance Company ("Federal") answer the following interrogatories, separately and fully, in writing under oath, within thirty days of the date of service of these interrogatories, or at such other time as the parties may agree.

### INSTRUCTIONS AND DEFINITIONS

The Instructions and Definitions from FICO's First Set of Requests for Production of Documents and First Set of Interrogatories are incorporated by reference as if fully set forth herein.

### INTERROGATORIES

**INTERROGATORY NO. 15:**  For all insurance policies in connection with which the Blaze Advisor® software was used, the gross written premium of Federal and the gross written premium of each related company, including the specific identification of each related company, for each year from 2001-2006.  For clarity, this Interrogatory is not seeking investment income, other income, or capital and surplus accounts.

**INTERROGATORY NO. 16:** For all insurance policies in connection with which the Blaze Advisor® software was used, the gross written premium of Federal and the gross written premium of each related company, including the specific identification of each related company, for each year from 2007-2012.  For clarity, this Interrogatory is not seeking investment income, other income, or capital and surplus accounts.

**INTERROGATORY NO. 17:** For all insurance policies in connection with which the Blaze Advisor® software was used, the gross written premium of Federal and the gross written premium of each related company, including the specific identification of each related company, for each quarter from March 30, 2016 to date.  For clarity, this Interrogatory is not seeking investment income, other income, or capital and surplus accounts.

**INTERROGATORY NO. 18:** From the date of first use of the Blaze Advisor® software in the United Kingdom and thereafter by quarter, the gross written premium of each such company, including specific identification of each company, from all insurance policies in connection with which the Software was used.

**INTERROGATORY NO. 19:** From the date of first use of the Blaze Advisor® software in Canada and thereafter by quarter, the gross written premium of each such company, including specific identification of each company, from all insurance policies in connection with which the Software was used.

**INTERROGATORY NO. 20:** From the date of first use of the Blaze Advisor® software in any other country other than the United States, the United Kingdom or Canada, and thereafter by quarter, the gross written premium of each such company, including specific identification of each company, from all insurance policies in connection with which the Software was used.

**INTERROGATORY NO. 21:**  From March 30, 2016 to date, identify and describe each instance in which the Blaze Advisor ® software was modified in any way – whether by Chubb & Son, a division of Federal, Federal, or any other entity or person.

Dated: December 29, 2017

      MERCHANT & GOULD P.C.

      /s/Heather Kliebenstein
      Allen Hinderaker, MN Bar # 45787
      Heather Kliebenstein, MN Bar # 337419
      Michael A. Erbele, MN Bar # 393635
      MERCHANT & GOULD P.C.
      3200 IDS Center
      80 South Eighth Street
      Minneapolis, MN  55402-2215
      Tel:  (612) 332-5300
      Fax:  (612) 332-9081

      *Attorneys for Plaintiff FICO*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 29, 2017, a copy of the foregoing was emailed to the following attorneys of record:

Lora M. Friedemann (#0259615) lfriedemann@fredlaw.com
Nikola L. Datzov (#0392144) ndatzov@fredlaw.com
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425

December 29, 2017                                                                    s/Heather Kliebenstein
                                                                                                           Heather Kliebenstein