UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) Case No. 16-cv-1054 (WMW/DTS) ) |
| Plaintiff, | ) **Jury Trial Demanded** ) |
| v. | ) ) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) ) |
| Defendants. | ) |

## STATEMENT OF NO REDACTION

Pursuant to LR 5.6, Exhibits 2, 4, 7, 9, 10, and 11 to the Declaration of Heather Kliebenstein in Support of Plaintiff's Opposition to Defendants' Motion to Amend Scheduling Order (Dkt. No. 862) have been filed under temporary seal. Exhibits 2, 4, 7, 9, 10, and 11 were not redacted because the entire document is marked "Confidential" or "Confidential – Attorneys' Eyes Only" information under the Protective Order (Dkt. No. 44) entered in the case. Therefore, it is impracticable to redact.

Dated: January 6, 2022

MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
MERCHANT & GOULD P.C.
150 South Fifth Street

Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*

2