# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Fair Isaac Corporation, | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Federal Insurance Company and ACE American Insurance Company, | |
| Defendants. | |

---

Based upon all of the files, records, and proceedings herein, and for the reasons stated on the record at the hearing on January 11, 2022,

**IT IS HEREBY ORDERED** that Defendants' Motion to Amend Scheduling Order [Dkt. No. 845] is DENIED.

Dated: January 12, 2022

      s/David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge