# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

**NOTICE OF INTENT TO REQUEST REDACTION OR NOTICE THAT NO REDACTION IS REQUIRED**

Fair Isaac Corporation,

        Plaintiff(s)        Case No: 16-cv-1054 (WMW/DTS)

v.

Federal Insurance Company, et al.

        Defendant(s)

The undersigned Allen Hinderaker hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts that,

☐ I intend to request redaction of personal identifiers located within the transcript of Motion Hearing held on 1/11/22, filed on 1/14/22 to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

OR

✓ I will not be requesting redaction as no redaction is required.

Dated: 1/20/22    /s/Allen Hinderaker