UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **DEFENDANTS' NOTICE OF NO REDACTION** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The undersigned, Christian V. Hokans, hereby notifies the Court on behalf of Defendants Federal Insurance Company and ACE American Insurance Company ("Defendants"), court reporter/transcriber, and counsel that in accordance with the procedures set forth in Local Rule 5.5, Redaction of Transcripts, that Defendants will not be requesting redaction of the January 11, 2022 hearing transcript as no redaction is required.

| | |
|---|---|
| Dated: January 21, 2022 | *s/ Christian V. Hokans* |
| | Terrence J. Fleming (#0128983) |
| | tfleming@fredlaw.com |
| | Leah C. Janus (#0337365) |
| | ljanus@fredlaw.com |
| | Christopher D. Pham (#0390165) |
| | cpham@fredlaw.com |
| | Ryan C. Young (#0397751) |
| | ryoung@fredlaw.com |
| | Christian V. Hokans (#0400377) |
| | chokans@fredlaw.com |
| | **FREDRIKSON & BYRON, P.A.** |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN  55402-1425 |
| | (612) 492-7000 (tel.) |
| | (612) 492-7077 (fax) |
| | |
| | *Attorneys for Defendants* |