# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,

Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
an Indiana corporation, and ACE
AMERICAN INSURANCE COMPANY,
a Pennsylvania corporation,

Defendants.

Court File No.  16-cv-1054 (WMW/DTS)

**DECLARATION OF CHRISTIAN V.
HOKANS IN SUPPORT OF
OBJECTION TO MAGISTRATE'S
ORDER ON DEFENDANTS'
MOTION TO AMEND
SCHEDULING ORDER**

I, Christian V. Hokans, declare as follows:

1.      I am an attorney at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Federal") in this case.

2.      Attached as **Exhibit 1** is a true and correct copy of excerpts from the January 11, 2022 hearing on Federal's Motion to Amend the Scheduling Order, held before Magistrate Judge David T. Schultz.

3.      Attached as **Exhibit 2** is a true and correct copy of Plaintiff Fair Isaac Corporation's registration certificate with the United States Copyright Office for Blaze Advisor Version 7.2, dated August 2, 2013.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

1

Dated:  January 26, 2022          *s/ Christian V. Hokans*
                                  Christian V. Hokans