**Registration Number**

# TX 7-776-962

**Effective date of registration:**

August 2, 2013

## Title ━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** Blaze Advisor 7.2

**Previous or Alternative Title:** Blaze Advisor

## Completion/Publication ━━━━━━━━━━━━━

**Year of Completion:** 2013

**Date of 1st Publication:** August 2, 2013      **Nation of 1st Publication:** United States

## Author ━━━━━━━━━━━━━━━━━━━━━━

- **Author:** Fair Isaac Corporation

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant ━━━━━━━━━━━━━━

**Copyright Claimant:** Fair Isaac Corporation

181 Metro Drive, Suite 600, San Jose, CA, 95110, United States

## Limitation of copyright claim ━━━━━━━━

**Material excluded from this claim:** Previous version of software

**Previous registration and year:** TX 7-504-713      2012

TX 7-622-556      2013

**New material included in claim:** New programming text

## Rights and Permissions ━━━━━━━━━━━

**Organization Name:** Fair Isaac Corporation

**Address:** 181 Metro Drive

Suite 600

San Jose, CA 95110  United States

## Certification ━━━━━━━━━━━━━━━━━━

**EXHIBIT**

**2**

**Name:**  Jeffrey R. Cadwell, Attorney for Applicant

**Date:**  August 2, 2013

**Applicant's Tracking Number:**  M240155

**Registration #:**  TX0007776962

**Service Request #:**  1-973544592

Dorsey & Whitney LLP, Intellectual Property Department
Jeffrey R Cadwell
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402  United States