UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>      Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**[PROPOSED] ORDER OVERRULING MAGISTRATE'S ORDER ON DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER** |

The above-entitled matter came before the Court on Defendants Federal Insurance Company and ACE American Insurance Company's Objection to Magistrate's Order Denying Defendants' Motion to Amend the Scheduling Order without a hearing. Based upon the parties' submissions, the arguments of counsel, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Objection to Magistrate's Order Denying Motion to Amend Scheduling Order is **GRANTED** and the January 12, 2022 Order Denying Defendants' Motion to Amend is hereby reversed;

2. Defendants shall file their Motion under Federal Rule of Civil Procedure 37(c)(1) and Motion for Summary Judgment under Federal Rule of Civil Procedure 56 no later than _____, 2022.

**SO ORDERED:**

Dated: _____, 2022    _____
                                                         The Honorable Wilhelmina M. Wright
                                                         United States District Court Judge for the District of Minnesota