# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation, | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Federal Insurance Company, *et al.*, | |
| Defendants. | |

This matter is before the Court on the Parties' Joint Motion Regarding Continued Sealing [Dkt. No. 873] and Minn. Local Rule 5.6(d)(2). The parties filed 11 documents under temporary seal in connection with Defendants' Motion to Amend Scheduling Order.

**IT IS HEREBY ORDERED**:

1. The Joint Motion Regarding Continued Sealing [Dkt. No. 873] is **GRANTED**.

2. The Clerk is directed to keep **sealed** the following documents: Dkt. Nos. 856, 856-1, 856-2, 860, 863, and 863-1 through 863-5.

3. The Clerk is directed to **unseal** the following document: Dkt. No. 851.

Dated: April 4, 2022

                                                                        s/David T. Schultz
                                                                        DAVID T. SCHULTZ
                                                                        United States Magistrate Judge