UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br><br>**NOTICE OF WITHDRAWAL OF CHRISTIAN V. HOKANS** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, Christian V. Hokans hereby notifies the Court and counsel of his withdrawal as counsel for Defendants, Federal Insurance Company and Ace American Insurance Company.  Defendants will continue to be represented by counsel from Fredrikson and Byron, P.A.

I respectfully request that I be removed from the Court's Electronic Case Filing Notifications for this matter.

|  |  |
|---|---|
| Dated: May 23, 2022 | *s/ Christian V. Hokans* |
|  | Terrence J. Fleming (#0128983) |
|  | tfleming@fredlaw.com |
|  | Leah C. Janus (#0337365) |
|  | ljanus@fredlaw.com |
|  | Christopher D. Pham (#0390165) |
|  | cpham@fredlaw.com |
|  | Ryan C. Young (#0397751) |
|  | ryoung@fredlaw.com |
|  | Christian V. Hokans (#0400377) |
|  | chokans@fredlaw.com |
|  | |
|  | **FREDRIKSON & BYRON, P.A.** |
|  | 200 South Sixth Street, Suite 4000 |
|  | Minneapolis, MN  55402-1425 |
|  | (612) 492-7000 (tel.) |
|  | (612) 492-7077 (fax) |
|  | |
|  | ***Attorneys for Defendants*** |

76117845 v1