UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation, | Case No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Insurance Company and ACE American Insurance Company, | |
| Defendants. | |

Pursuant to the parties' Joint Consent to proceed before a United States Magistrate Judge, (Dkt. 882), **IT IS HEREBY ORDERED** that this case is **REFERRED** to United States Magistrate Judge David T. Schultz to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Dated:  July 22, 2022

 s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge