## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation, | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Federal Insurance Company, | |
| Defendant. | |

**IT IS HEREBY ORDERED:**

1. An Initial Pre-trial Conference will be held on **November 8, 2022** at **1:00 p.m.** in **Courtroom 9E**, 300 South Fourth Street, Minneapolis.

2. Counsel who will try the case must be present to discuss preliminary matters.

3. A Trial Management Order will issue at a later date.

Dated: August 4, 2022            ___s/David T. Schultz_____
                                 DAVID T. SCHULTZ
                                 U.S. Magistrate Judge