**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No.  16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| | **WORD COUNT COMPLIANCE** |
| FEDERAL INSURANCE COMPANY, | **CERTIFICATE** |
| an Indiana corporation, and ACE | |
| AMERICAN INSURANCE COMPANY, | |
| a Pennsylvania corporation, | |
| Defendants. | |

---

I certify that this brief conforms to the requirements of Local Rule 7.1(f) for a brief produced with proportional font.  The length of this brief is 3,833 words.  This brief was prepared using Microsoft Word and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Dated:  October 25, 2022                *s/ Terrence J. Fleming*
                                                Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#399444)
pvang@fredlaw.com

**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*