UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fair Isaac Corporation,

Plaintiff(s),

vs.                                                            Case No. 16-CV-1054 (WMW/DTS)

Federal Insurance Company, an Indiana
Corporation, and ACE American Insurance
Company, a Pennsylvania Corporation,

Defendants.

## MEET-AND-CONFER STATEMENT

I, Terrence J. Fleming, representing the Defendants, hereby certify that:

I met and conferred with the opposing party by:

Meeting with: Heather Kliebenstein

On: October 21, 2022

Discussing the following motion:

Defendants' Motion for Trial Depositions.

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

> **X**  Do **not** agree on the resolution of any part of the motion.

> Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Dated:  October 25, 2022

*s/ Terrence J. Fleming*

Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#399444)
pvang@fredlaw.com

**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

***Attorneys for Defendants***