# Exhibit B







## Zorica (Zoey) T.

Chief Information Officer

Greater Toronto Area, Canada

977 followers · 500+ connections

Join to connect

 **Aviva Canada**

 **University of Toronto**

## About

Zorica (Zoey) Todorovic is Senior Vice President and Chief Information Officer (CIO) for Aviva Canada Insurance Company. Ms. Todorovic is responsible for a range of operational areas across the Aviva organization including Information Technology, digital, transformation, security, data governance, contingency planning and business continuity.

Prior to joining Aviva in 2021, Ms. Todorovic was Senior Vice President, Chief information Officer for Sagen Insurance Company, which she joined in 2019 from her role as Senior Vice President of Operations and IT for Chubb Insurance Company of Canada. In the latter role, Ms. Todorovic was responsible for the company's Information Technology organization, including supporting Policy Administration systems for the Chubb Insurance Company of Australia, as well as general business




Ms. Todorovic joined Chubb in 1997 as a Junior Developer Trainee. From 2005 to 2008 she was responsible for Commercial Lines and Personal Lines core systems and strategies. From 2008 to 2010, she was the Enterprise Architect and Business Technology Manager across all systems and business units. In 2010, she was appointed the Chief Information Officer for Canada. Prior to joining Chubb, Ms. Todorovic worked in a consulting capacity with a Microsoft Certified Partner, developing custom client solutions, and delivering executive training curriculum.

## Activity



**Satya Nadella faced this in Microsoft's transformation and you will too. Will your people have the skills they need to succeed? Global digital...**
Liked by Zorica (Zoey) T.

**Digital Transformation Is Out. Disruption Is In. by Niel Nickolaisen https://lnkd.in/ezvHVspT #CIO #CDO Heller Search Associates**
Liked by Zorica (Zoey) T.





**Speaking at the recent Dive In Festival Owen Morris, managing director of personal**

**lines at Aviva UK General Insurance, said there are "some...**

Liked by Zorica (Zoey) T.

Join now to see all activity

## Experience

### Chief Information Officer

Aviva Canada

Oct 2021 - Present · 1 year 1 month

Greater Toronto Area, Canada

### SVP - IT, Chief Information Officer (CIO) at Sagen

Sagen

Sep 2019 - Oct 2021 · 2 years 2 months

Reporting to the CEO, in the inaugural CIO role for the organization, led acquisition closing team for IT through OSFI approval in 2019, and subsequent IT Transition programs through the Brookfield acquisition from from March 2020, delivering on schedule and under budget in October 2020. All applications and infrastructure were recreated under new sagen.ca domain and migrated from US Parent Data Center and Global IT organization, to Canadian Managed Services provider and Enterprise Azure Cloud...

Show more

### SVP - IT, Chief Information Officer (CIO) at Genworth Canada

Genworth Canada





## Chubb

22 years 5 months

### Senior Vice President Operations & IT, Chief Information Officer (CIO)

Jan 2016 - Aug 2019 · 3 years 8 months

Toronto, Canada Area

Reporting to the CEO, supporting a Canadian user base of over 600 and a premium volume of over $1.3B, for all aspects of IT and Operations.

Leading Canadian execution of largest M&A in Insurance history between ACE and Chubb, including business transformation for IT and Operations.

Heading Operations for Canada including harmonization of Underwriting Processing Centres, Facilities, and BP Outsourcing Vendor Management, while maintaining 90% engagement scores.

Created...

**Show more**

### Senior Vice President, Chief Information Officer (CIO)

Jun 2010 - Jan 2016 · 5 years 8 months

Toronto, Canada

Reporting to the CEO, supporting a Canadian user base of over 400, and a premium volume of over $650M, as well as a user base of over 80 and a premium volume of over $50M for Australia.

Responsibilities include Enterprise Architecture, Data Architecture, Development, Infrastructure, Project Management, Audit, Strategy, and Budget. Since 2010, responsible for system development and support of Asia-Pacific branches.

• 90% Employee Engagement score, a rise of 22% since 2010.





Show more

### Vice President, Enterprise Architect, Business Technology Manager

Feb 2008 - Jun 2010 · 2 years 5 months

Toronto, Canada

As Business Technology Manager and Enterprise Architect for Canada, with an operating budget of $4M and 24 staff, responsibilities encompassed full authority over Development, Business Analysts, Architecture Strategy, and Budget.

• through operating model transformation process, created a functionally oriented team of pooled staff with shared costs across business units, resulting in a 42% reduction in staff and annual budget savings of $1M.

• outsourced application support to...

Show more

### Assistant Vice President, Core Development Manager

Mar 2003 - Feb 2008 · 5 years

Toronto, Canada

As Core Development Manager for Canada, with an operating budget of $2M and 26 staff, responsibilities encompassed full authority over Software Development, Core Systems Strategy, and Budget, including outsourced ADM.

• lead project to develop new Commercial Policy Admin system, which resulted in an annual ROI of $400K in business process efficiency.

• developed new SDLC process, which incorporated BPM workflow reengineering, and resulted in a 5 year business staff reduction plan...

Show more

### Commercial Lines Team Lead

Apr 1998 - Mar 2003 · 5 years

Toronto, Canada





• designed and developed automated issuance (AI) engine for Commercial Lines systems which resulted in over 60% reduction in processing resources for the Core Commercial business unit.

• trainer and business analyst for Commercial Lines legacy application supporting a single business unit of approximately 40 users across Canada.

### Junior Developer, Trainee

Apr 1997 - Apr 1998 · 1 year 1 month

Toronto, Canada

Hired as a developer, specializing in relational database design and OLE automation, to redesign the Commercial Lines system print engine and manage the Personal Lines system Appraisal component with a user base of 80+ users and book of business over $300MM.

• redesigned and developed new print engine which resulted in a reduction of print errors from over 70% to under 6%.

### Consultant and Trainer

Skillset Softworks

Mar 1995 - Apr 1997 · 2 years 2 months

Various locations across Ontario, Canada

• worked with clients on development projects using Microsoft Access and Visual Basic to implement customized solutions such as inventory tracking for a small parts manufacturer, applicant registration and search system for an employment agency using OCR technology, and employee system for a human resources department.

• taught classes of up to 15 people in corporate training sessions.

• Microsoft Access Certified Developer.

# Education

### University of Toronto





### University of Phoenix

Master of Business Administration · Technology Management

2007 - 2010

---

# More activity by Zorica (Zoey)

**Today on #AdaLovelaceDay we celebrate the achievements of women in science, technology, engineering and maths. Here's to a future where women are...**

Liked by Zorica (Zoey) T.

**Photo**

Liked by Zorica (Zoey) T.

**Next generation of home #design creates a symbiosis with #nature Would you like to live in this house? #innovation #tech**





**An ongoing topic of discussion with leaders.**

Liked by Zorica (Zoey) T.

**Happy #CustomerServiceWeek! 💛 This week, Paul Angelucci, our National Catastrophe Lead talks about the crucial role our front-line staff play in...**

Liked by Zorica (Zoey) T.

**We're thrilled to see our Group CEO Amanda Blanc, once again making the Fortune's 2022 Most Powerful Women in Business.   Congratulations Amanda and...**

Liked by Zorica (Zoey) T.

**This is a brilliant program, stolen with pride from our Aviva Investors colleagues ...**





**Great to be at the launch of the #Stratos CEO Club. Developed after months of hard work by the wonderful Nishma Gosrani OBE, it's a space to bring...**

Liked by Zorica (Zoey) T.

**On this day of National Truth and Reconciliation, please take the time to reflect and educate yourself on the ongoing struggles that face indigenous...**

Liked by Zorica (Zoey) T.

**Why Small Teams Win Metcalfe's law says that every time you add a new user to a network, the number of connections increases proportionally to the...**

Liked by Zorica (Zoey) T.




workplace. Author Ruchika Tulshyan recommends six interpersonal...

Liked by Zorica (Zoey) T.

Being willing to ask for help and act despite our fears separates dreamers from doers Do you agree? #inspiration #leadership #management

Liked by Zorica (Zoey) T.

Very proud to work for an organisation that understands the importance of underpinning values with tangible actions like these. What might seem...

Liked by Zorica (Zoey) T.

Remember that computers have no common sense. For example, a computer could easily misconstrue the fact that people wake up in the morning and then...

Liked by Zorica (Zoey) T.





See who you know in common

Get introduced

Contact Zorica (Zoey) directly

**Join to view full profile**

# People also viewed

**Greg Somerville**
President and CEO at Aviva Canada
Toronto, ON

**Elan Satov**
Vice President Specialty Insurance
Greater Toronto Area, Canada

**Sydonie Lennard**
AVP Platforms at Aviva Canada
Canada

**Arlynne Fantauzzi**
VP, Distribution Transformation
Canada

**Debbie Vitiello**
Project Management | Business Analysis
Toronto, ON

**Mahesh Ballani**
Enterprise Architect at Aviva Canada
Greater Toronto Area, Canada

**Aruna (Iyer) Mavinkurve**
AVP Strategy & Transformation @ Aviva Canada
Greater Toronto Area, Canada

**Nicole Brouillard**
Retired CIO, Team & Transformation mentor
Greater Toronto Area, Canada



Greater Toronto Area, Canada

**Colin Simpson**
CFO
Greater Toronto Area, Canada

Show more profiles ⌄

# Articles you may like


**How to Highlight Your Transferable Skills When Switching Careers**
Get Ahead by LinkedIn News · 1mo


**7 Medical Jobs That Don't Require College Degrees**
Get Hired by LinkedIn News · 1mo

**How to Protect Your Ideas During the Interview Process**
Get Ahead by LinkedIn News · 3mo

**How To Write Thank-you Emails and Notes After an Interview**
Get Hired by LinkedIn News · 2mo

**What Is a Job Referral? How Do You Get One?**
Get Hired by LinkedIn News · 4mo

**How to Write a Networking Email That Works**
Get Ahead by LinkedIn News · 2mo

**What Are General Education Requirements?**
Get Ahead by LinkedIn News · 1mo

**How To Address Gender Discrimination in the Workplace**
Get Ahead by LinkedIn News · 2mo

**How To File Small Business Taxes as an Owner**
Get Ahead by LinkedIn News · 2mo





### Looking for career advice?

Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

## Add new skills with these courses

**Succeeding as a First-Time Tech Manager**

**Implementing an Information Security Program**

**Cybersecurity Outsourcing: Vendor Selection and Management**

See all courses

## Zorica (Zoey)'s public profile badge

Include this LinkedIn profile on other websites

**Zorica (Zoey) T.**
Chief Information Officer

Chief Information Officer at Aviva Canada

University of Toronto

View profile

View profile badges



Privacy Policy　　　　　　　　　　　Cookie Policy

Copyright Policy　　　　　　　　　　Brand Policy

Guest Controls　　　　　　　　　　　Community Guidelines

Language