# Exhibit D



**Zorica (Zoey) T. (She/Her)**
Chief Information Officer

OCT 12

**Terrence Fleming** · 1:39 pm
**FICO lawsuit against Federal and Ace America**

Zodica,

Confirming a phone message I just left for you, I represent the Chubb Companies in the lawsuit brought by FICO. We spoke som[e] time ago. Do you have 15 minutes to discuss this matter with me? Let me know. My email is tfleming@fredlaw.com; my phone no. is 612-205-7590.

You haven't received a response yet. Learn more