# Exhibit E

| | |
|---|---|
| **From:** | Fleming, Terrence |
| **To:** | zoeplume@icloud.com |
| **Subject:** | FICO lawsuit against Federal and Ace America |
| **Date:** | Friday, October 21, 2022 9:16:41 AM |

Zorica,

I represent the Chubb Companies in the lawsuit brought by FICO.  We spoke some years ago. Are you available for a short phone call to discuss this matter?  My email is tfleming@fredlaw.com;  my phone number is 612-205-7590.

Terry Fleming



**Terrence J. Fleming**
**Shareholder**

**tfleming@fredlaw.com**
**200 South Sixth Street, Suite 4000**
**Minneapolis, Minnesota**
**612-492-7358** Phone
**612-492-7077** Fax