# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>  Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**NOTICE OF HEARING AND MOTION FOR TRIAL DEPOSITIONS** |

PLEASE TAKE NOTICE that on November 8, 2022, at 1:00 p.m. before the Honorable David T. Schultz, United States Magistrate Judge for the United States District Court for the District of Minnesota, Courtroom 9E, United States District Court, 300 South Fourth Street, Minneapolis, Minnesota 55415, that Defendants Federal Insurance Company and ACE American Insurance Company will move the Court to for leave to allow Defendants to take trial depositions of Mark Berthiaume and Zorica Todorovic.  This motion is based on the accompanying memorandum of law, and declarations and exhibits to be filed with the Court in accordance with Local Rule 7.1 for the District of Minnesota, as well as the arguments of counsel at the time of the hearing, and all of the files, records, and proceedings herein.  In accordance with the Court's guidance, this hearing will be held in-person unless the Court notifies the parties otherwise.

|  |  |
|---|---|
| Dated: October 25, 2022 | *s/ Terrence J. Fleming* |

Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#399444)
pvang@fredlaw.com

**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Federal Insurance Company and ACE American Insurance Company*