# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR TRIAL DEPOSITIONS** |
| Defendants. | |

The above-entitled matter came before the Court on Defendants Federal Insurance Company and ACE American Insurance Company's Motion for Trial Depositions. Based upon the parties' submissions, the arguments of counsel, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Trial Depositions is **GRANTED**.

**SO ORDERED:**

Dated: _____, 2022   _____
                                               Magistrate Judge David T. Schultz
                                               United States District Court