UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | **DECLARATION OF LEAH C. JANUS IN SUPPORT OF MOTION FOR TRIAL DEPOSITIONS** |
| Defendants. | |

I, Leah C. Janus, declare as follows:

1. I am an attorney at Fredrikson & Byron, P.A. and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Federal") in this case.

2. Attached as **Exhibit A** is a true and correct copy of a printout from LinkedIn of Mark Berthiaume's profile accessed on October 19, 2022.

3. Attached as **Exhibit B** is a true and correct copy of the Blaze License Agreement between Federal and Fair Isaac Corporation.

4. I spoke with Mark Berthiaume via telephone on September 15 and 16, 2022. During those conversations Mr. Berthiaume stated that he is not willing to travel to Minnesota to testify at trial. Mr. Berthiaume stated that his spouse has an underlying medical condition that puts her at greater risk from the COVID-19 pandemic.

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  October 25, 2022 　　　　　　　　　*s/ Leah C. Janus*
　　　　　　　　　　　　　　　　　　　　　Leah C. Janus
　　　　　　　　　　　　　　　　　　　　　Hennepin County, Minnesota