# Exhibit A






# Mark Berthiaume

Board Member / Advisor / Coach / InsurTech & Insurance / CIO & CAO / Technology Innovation & Digital Transformation

Greater Hartford

2,840 followers · 500+ connections

Join to connect

 **OWIT Global**

 **Western New England University**

## About

I'm an InsurTech and insurance industry board member, advisor, and former technology/innovation executive. I bring insurance industry, corporate governance, C-level, and technology expertise to the boards I serve on and my advisory clients.

Corporate board roles:

• OWIT Global, Series A InsurTech company (current)
• Mindaro, seed-stage InsurTech company (previous)
• TechCanary, seed-stage, insurance SaaS/Salesforce solution provider (previous)

 

• Accolite Digital, PE owned provider of digital transformation services (current)
• MyCOI, Series A provider of digital certificates of insurance (current)

Nonprofit leadership:

• Member, Board of Trustees, Western New England University (previous)
• Board Member, ACORD, insurance value chain industry association (previous)
• Advisor, NCCI, workers comp data & analytics industry association (previous)

I have 25+ years of technology and innovation leadership experience with US and global, large-cap and mid-cap insurance providers:

• The Hanover Insurance Group (NYSE: THG)
• Chubb Insurance (NYSE: CB)
• Royal & SunAlliance Insurance Group (LSE: RSA)

Most recently, I was EVP & Chief Technology Innovation Officer at the Hanover Insurance Group, a $5 billion, mid-cap U.S. firm. I led a $400+ million technology modernization program that aligned our systems with our market valuation strategy, enabled us to beat 5-year financial goals, and prepared us for a hybrid future-of-work.

In addition, I worked closely with the Hanover's Board and its Audit Committee and made regular Investor Day, institutional investor, and analyst presentations.

Prior to the Hanover, I was at Chubb, a Zurich-headquartered, $20 billion, large-cap insurance provider with operations in 54 countries. I held progressive leadership roles as SVP & Chief Information Officer (CIO) of its International, Commercial Insurance, and Specialty Insurance Divisions. Before Chubb, I was VP & CIO, Specialty Insurance at RSA.

Email: mberth@gmail.com

# Activity




**Photo**
Liked by Mark Berthiaume

I'm happy to share that I'm starting a new position as Chief Underwriting Officer, US and Bermuda at Canopius Group!
Liked by Mark Berthiaume

OWIT is here at Target Markets Program Administrators Association (TMPAA) and ready to meet you! Stop by Table 41 and have an engaging discussion…
Liked by Mark Berthiaume

Join now to see all activity

## Experience

**Board Member**
OWIT Global
2021 - Present · 1 year
Greater Hartford

CASE 0:16-cv-01054-DTS Doc. 891-1 Filed 10/25/22 Page 5 of 13




### Advisor
Accolite Digital

2021 - Present · 1 year

Dallas-Fort Worth Metroplex

PE-owned digital transformation services provider.

### Advisor
myCOI

2021 - Present · 1 year

Indianapolis, Indiana, United States

Series A provider of digital certificates of insurance.

### Board Member
Mindaro

2021 - Aug 2022 · 1 year

Dallas-Fort Worth Metroplex

Seed-stage, InsurTech start-up.

### Board Member
Western New England University

2018 - 2022 · 4 years

Springfield, Massachusetts Metropolitan Area

### Board Member
ACORD

2019 - 2021 · 2 years

New York City Metropolitan Area

Insurance value chain R&D; industry association.

### The Hanover Insurance Group

CASE 0:16-cv-01054-DTS Doc. 891-1 Filed 10/25/22 Page 6 of 13




### EVP & Chief Technology Innovation Officer

2017 - 2021 · 4 years

Greater Boston

The Hanover: $4.8 billion provider of commercial and personal insurance and investment advisory services (NYSE: THG).

Led IT, digital, innovation, and shared services (Six Sigma consulting, facilities/RE, safety) teams. Managed 800-person organization; 8 directs. Worked closely with C-level colleagues and Board. Made investor day, institutional investor, and analyst presentations. Reported to CEO.

• Played key role in 5-year enterprise transformation program (2016-21) that…

Show more

### SVP & Chief Information & Administrative Officer

2014 - 2017 · 3 years

Led IT and shared services organizations (billing, commissions, facilities/RE, field operations, safety, Six Sigma consulting). Managed 700-person team, 6 directs. Reported to CEO.

• Rebuilt IT from a shared services organization into a BU-aligned model that serves commercial, personal, and specialty lines businesses with dedicated delivery capabilities.

• Initiated multi-year infrastructure/staff migration to Cognizant Hybrid Cloud; completed in 2021. Significantly reduced…

Show more

### Advisor

Insurity

2017 - 2021 · 4 years

Greater Hartford

 

### Advisor
NCCI

2017 - 2020 · 3 years

Miami-Fort Lauderdale Area

Workers compensation data & analytics; industry association.

### Advisor
TechCanary

2018 - 2019 · 1 year

Greater Milwaukee

Seed-stage, insurance industry SaaS/Salesforce solution provider.

## Chubb Insurance
13 years

### SVP & Chief Information Officer, International

2014 - 2014 · less than a year

New York City Metropolitan Area

Chubb: $20 billion (2014), Zurich-headquartered, global provider of P&C, accident & health, and life insurance with operations in 54 countries (NYSE: CB).

### SVP & Chief Information Officer, Commercial Insurance

2009 - 2014 · 5 years

### SVP/VP & Chief Information & Operations Officer, Specialty Insurance

2001 - 2009 · 8 years

### Vice President CIO, Specialty Insurance
RSA

1995 - 2001 · 6 years

Charlotte Metro

RSA: $8.8 billion, London-headquartered general insurance company with operations in 100 countries (LSE:RSA).




## Education

### Western New England University
Bachelor of Science - BS · Business (with honors)

## Recommendations received

**LinkedIn User**

"Mark is an accomplished leader in his industry and he fits the true definition of a leader in that 'a true leader is the one that is willing to develops others. Mark has been a mentor to me for over two years and I have gained tremendous amount of knowledge and insight from him on what it takes to be a leader. His skills are a high demand in the industry and he continues to be rewarded with higher responsibilities and recognition."

1 person has recommended Mark

Join now to view

## More activity by Mark

**While it's great to give feedback to a young professional -- do this more, do this less -- it's even more helpful to introduce them to someone you…**

Liked by Mark Berthiaume




Good morning Everyone, I'm making added progress with a few additional employee referrals in process for available roles. While this activity seems…
Liked by Mark Berthiaume

"Does my network really matter and how do I build it?" These are questions I am asked often, especially by early and midcareer professionals. ✅ YES,…
Liked by Mark Berthiaume

Excited to see Tokio Marine Group's investment in bolttech, the leader in digital and embedded solutions for the global insurance community. Rob…
Liked by Mark Berthiaume

***LIMITED TIME SPECIAL OFFER*** Join the waitlist for the InsurTech Hartford Symposium 2023 to get the guaranteed lowest price! Click here to join…
Liked by Mark Berthiaume




For an author there is nothing quite like seeing, holding and leafing through your just published book! I had that joy today. The official book…

Liked by Mark Berthiaume

Thank you to CrowdStrike for its sponsorship of the Tribe Academy 2022 Diversity & Career Conference. It was great to learn about the many…

Liked by Mark Berthiaume

Looking forward to hosting the TSX Life Sciences Investor Day on October 25 with a fantastic lineup of companies! Register today:…

Liked by Mark Berthiaume

We are days away from Target Markets Program Administrators Association (TMPAA)! Stop by Table 41 and connect with Mark Roth and Sheila Blythe, API







## View Mark's full profile

- See who you know in common
- Get introduced
- Contact Mark directly

Join to view full profile

## Articles you may like


**How Hard is it to Find a Job After College?**
Get Hired by LinkedIn News · 2mo


**How to Break Into the Music Industry**
Get Ahead by LinkedIn News · 1mo


**What if an Employer Tells You That You're Overqualified for a Job?**
Get Hired by LinkedIn News · 3mo


**What is the Average Salary in the UK vs. the US?**
Get Ahead by LinkedIn News · 2mo


**Mentoring in the Workplace**
Get Ahead by LinkedIn News · 4mo


**What Is Change Management?**
Get Ahead by LinkedIn News · 2mo


**How To Save Money on a Tight Budget**
Get Ahead by LinkedIn News · 1mo





### How To Explore and Move Into a Career in Clean Energy
Get Ahead by LinkedIn News · 1mo


### A hope for 2022: Diversity in the workplace will become multi-dimensional
Caroline Fairchild · 10mo

---

**Looking for career advice?**

Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

---

## Others named **Mark Berthiaume**

### Mark Berthiaume
System Administrator in the greater Seattle area
Auburn, WA

### Mark Berthiaume
CEO Austingardenpros.com
Austin, TX

### Mark Berthiaume
Shareholder at Greenberg Traurig
Boston, MA

### Mark B.
Senior Software Engineer at US Bank
Greater Minneapolis-St. Paul Area

16 others named Mark Berthiaume are on LinkedIn

See others named **Mark Berthiaume**

## Add new skills with these courses

### CMO Foundations: Working with Leadership and Board-of-Directors




Mergers & Acquisitions

See all courses

# Mark's public profile badge

Include this LinkedIn profile on other websites

### Mark Berthiaume

Board Member / Advisor / Coach / InsurTech & Insurance / CIO & CAO / Technology Innovation & Digital Transformation

Board Member at OWIT Global

Western New England University

View profile

View profile badges

© 2022

| | |
|---|---|
| Accessibility | About |
| Privacy Policy | User Agreement |
| Copyright Policy | Cookie Policy |
| Guest Controls | Brand Policy |
| Language | Community Guidelines |