UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| FEDERAL INSURANCE COMPANY, and ACE American Insurance Company, | |
| Defendants. | |

The undersigned attorney hereby notifies the Court and counsel that Panhia Vang shall appear as counsel of record for Defendant Federal Insurance Company and Defendant ACE American Insurance Company in this case.

Dated:  October 25, 2022

*s/ Panhia Vang*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham ((#0390165)
cpham@fredlaw.com
Ryan Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#399444)
pvang@fredlaw.com
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Defendants*