UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

## LOCAL RULE 7.1(f) CERTIFICATION

I hereby certify that Plaintiff Fair Isaac Corporation's Opposition to Defendants' Motion for Trial Depositions, filed electronically on November 1, 2022, complies with the word limit imposed by Local Rule 7.1(f), with a total word count of 3,633 words, including headings, footnotes, and quotations.

I further certify that the accompanying document was created in Microsoft® 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

2

| | |
|---|---|
| Dated: November 1, 2022 | MERCHANT & GOULD P.C. |
| | /s/ Heather Kliebenstein |
| | Allen Hinderaker, MN Bar # 45787 |
| | Heather Kliebenstein, MN Bar # 337419 |
| | Michael A. Erbele, MN Bar # 393635 |
| | Joseph W. Dubis, MN Bar # 398344 |
| | MERCHANT & GOULD P.C. |
| | 150 South Fifth Street |
| | Suite 2200 |
| | Minneapolis, MN  55402 |
| | Tel:  (612) 332-5300 |
| | Fax:  (612) 332-9081 |
| | ahinderaker@merchantgould.com |
| | hkliebenstein@merchantgould.com |
| | merbele@merchantgould.com |
| | jdubis@merchantgould.com |
| | *Attorneys for Plaintiff FICO* |