UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>        Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>NOTICE OF HEARING ON DEFENDANTS' MOTION FOR BIFURCATION |

PLEASE TAKE NOTICE that on December 13, 2022, at 4:00 p.m. before the Honorable David T. Schultz, United States Magistrate Judge for the United States District Court for the District of Minnesota, Courtroom 9E, United States District Court, 300 South Fourth Street, Minneapolis, MN 55415, that Defendants Federal Insurance Company and ACE American Insurance Company will move the Court for an order granting their Motion to Bifurcate Plaintiff Fair Isaac Corporation's ("FICO") claim for disgorgement of profits from other issues to be decided by the jury.  The grounds for this motion will be set forth and supported in an accompanying memorandum of law, declaration and exhibits to be filed with the Court in accordance with Local Rule 7.1 for the District of Minnesota, as well as the arguments of counsel at the time of the hearing, and all of the files, records, and proceedings herein.

Dated:  November 16, 2022

*s/ Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#0399444)
pvang@fredlaw.com

**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

***Attorneys for Federal Insurance Company and ACE American Insurance Company***