UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fair Isaac Corporation,

        Plaintiff(s),

vs.                                                       Case No. 16-CV-1054 (WMW/DTS)

Federal Insurance Company, an Indiana
Corporation, and ACE American Insurance
Company, a Pennsylvania Corporation,

        Defendants.

## MEET-AND-CONFER STATEMENT

I, Terrence J. Fleming, representing the Defendants, hereby certify that:

I met and conferred with the opposing party by:

    Meeting with: Heather Kliebenstein, and Michael Eberle

    On: November 28, 2022

    Discussing the following motion:

    Defendants' Motion to Bifurcate.

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

        **X**  Do **not** agree on the resolution of any part of the motion.

        ☐  Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

| | |
|---|---|
| Dated:  November 29, 2022 | *s/ Terrence J. Fleming* |

Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#399444)
pvang@fredlaw.com

**Fredrikson & Byron, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

Leah Godesky (Admitted Pro Hac Vice)

**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
lgodesky@omm.com

*Attorneys for Federal Insurance Company and ACE American Insurance Company*