# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>  Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO BIFURCATE** |

The above-entitled matter came before the Court on Defendants Federal Insurance Company and ACE American Insurance Company's Motion to Bifurcate.  Based upon the parties' submissions, the arguments of counsel, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Bifurcate is **GRANTED**.  Consistent with the Court's prior orders, trial will be conducted in two phases: a first phase with the jury's determination of liability and actual damages, and a second phase, if necessary, tried only to the Court on FICO's claim for disgorgement damages.

**SO ORDERED:**

Dated: _____, 2022

_____
Magistrate Judge David T. Schultz
United States District Court