UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendants. | Case No. 16-cv-1054 (DTS) |

## NOTICE OF APPEARANCE

Pursuant to the Local Rules of the United States District Court for the District of Minnesota, please take notice that the undersigned attorney hereby notifies the Court and counsel that Gabrielle L. Kiefer shall appear as counsel of record for Plaintiff, Fair Isaac Corporation in this case.

                MERCHANT & GOULD P.C.

DATE: December 6, 2022      /s/ Gabrielle L. Kiefer
                Allen Hinderaker, MN Bar # 45787
                Heather Kliebenstein, MN Bar # 337419
                Michael A. Erbele, MN Bar # 393635
                Joseph Dubis, MN Bar # 0398344
                Gabrielle L. Kiefer, MN Bar # 0402364
                MERCHANT & GOULD P.C.
                150 South Fifth Street
                Suite 2200
                Minneapolis, MN  55402
                Tel:  (612) 332-5300
                Fax:  (612) 332-9081
                ahinderaker@merchantgould.com

hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com