**EXHIBIT 12**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, and<br>ACE AMERICAN INSURANCE COMPANY<br><br>  Defendants. | Case No. 16-CV-1054(WMW/DTS)<br><br>**SUPPLEMENTAL EXPERT REPORT<br>OF NEIL J. ZOLTOWSKI<br>WITH RESPECT TO DAMAGES** |

Respectfully submitted this 3rd day of August, 2020

_____
Neil J. Zoltowski

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 10.3: Summary of Domestic Gross Written Premiums by Application - Defendants, Subsidiaries and Pooling Entities** (a)

| Application (b) | Mar 31 - Dec 31 2016 (c) | 2017 | 2018 | 2019 | Jan - Jun 2020 (d) | Total |
|---|---|---|---|---|---|---|
| **Commercial Underwriting Workstation (CUW)** | | | | | | |
| Federal, Subsidiaries and Pooling Entities | $ 4,877,345,522 (f) | $ 7,649,062,568 | *n/a* | *n/a* | *n/a* | $ 12,526,408,090 |
| ACE American, Subsidiaries and Pooling Entities | 238,462,381 | 883,090,822 | *n/a* | *n/a* | *n/a* | 1,121,553,203 |
| Defendants, Subsidiaries and Pooling Entities | *n/a* | *n/a* | 6,167,223,112 | 7,496,713,100 | - | 13,663,936,212 |
| Total | $ 5,115,807,902 | $ 8,532,153,390 | $ 6,167,223,112 | $ 7,496,713,100 | $ - | $ 27,311,897,505 |
| CSI eXPRESS (e) | $ 1,008,080,734 (f) | $ 1,358,180,203 | $ 1,241,993,390 | $ 1,277,242,740 | $ 125,825,726 | $ 5,011,322,794 |
| Premium Booking | 380,416,844 | 442,839,932 | 500,850,829 | 426,769,797 | - | 1,750,877,402 |
| Texas Accident Prevention System (TAPS) | 215,420,480 | 252,219,200 | 216,490,943 | 160,175,914 | - | 844,306,538 |
| Cornerstone | 158,202,931 (f) | 248,313,042 | 122,400,980 | (6,469) | - | 528,910,484 |
| Individual Rate Modification Application (IRMA) | 68,975,636 (f) | 89,449,543 | 80,968,955 | 60,922,865 | - | 300,316,999 |
| Decision Point | 2,680,739 | 4,319,856 | 4,779,439 | 5,846,994 | 1,626,488 | 19,253,516 |
| **TOTAL** | $ 6,949,585,266 | $ 10,927,475,167 | $ 8,334,707,649 | $ 9,427,664,942 | $ 127,452,214 | $ 35,766,885,238 |

*Note/Source(s):*

(a) This schedule includes gross written premiums from all writing companies reported per Defendants' interrogatory responses that are the Defendants, subsidiaries of the Defendants and/or participate in a pooling arrangement with the Defendants. I understand the Defendants participated in the same intercompany pool in 2018. (**Schedule 12.0** and **13.2**.)

(b) The CUW application is the only application for which Defendants reported gross written premiums from ACE American subsidiaries. All other domestic applications only report gross written premiums from Federal and subsidiaries. (Harkin Deposition at 19-20.)

(c) I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the domestic applications. I have adjusted the gross written premiums accordingly. (FED004437_0001.)

(d) The Defendant's most recent response to Interrogatory No. 17 was dated in June 2020. Additionally, Defendants identified per its interrogatory response that the Blaze Advisor component was removed from the domestic applications by May 2020. (Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020.)

(e) I understand the gross written premiums reported for CSI eXPRESS includes premiums related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020.)

(f) I understand Chubb Insurance Company of Canada was no longer a subsidiary of Federal by September 30, 2016. Accordingly, 1/2 of the gross written premiums reported for year 2016 were included in this analysis. (Taylor Deposition at 85; FED006483-484; Pandey Deposition at Exhibit 527.)