# **EXHIBIT 13**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, and<br>ACE AMERICAN INSURANCE COMPANY<br><br>　　Defendants. | Case No. 16-CV-1054(WMW/DTS)<br><br>**SECOND SUPPLEMENTAL<br>EXPERT REPORT<br>OF NEIL J. ZOLTOWSKI<br>WITH RESPECT TO DAMAGES** |

Respectfully submitted this 13th day of May, 2021

_____
Neil J. Zoltowski

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 10.3: Summary of Domestic Gross Written Premium by Application - Defendants, Subsidiaries and Pooling Entities** (a)

| Application (b) | Mar 31 - Dec 31 2016 (c) | 2017 | 2018 | 2019 | Jan - Jun 2020 (d) | Total |
|---|---:|---:|---:|---:|---:|---:|
| Commercial Underwriting Workstation (CUW) | | | | | | |
|    Federal, Subsidiaries and Pooling Entities | $ 2,564,138,001 (f) | $ 2,526,036,363 | n/a | n/a | n/a | $ 5,090,174,364 |
|    ACE American, Subsidiaries and Pooling Entities | 238,462,381 | 883,090,822 | n/a | n/a | n/a | 1,121,553,203 |
|    Defendants, Subsidiaries and Pooling Entities | n/a | n/a | 2,882,872,838 | 3,652,792,805 | - | 6,535,665,643 |
|    Total | $ 2,802,600,382 | $ 3,409,127,185 | $ 2,882,872,838 | $ 3,652,792,805 | $ - | $ 12,747,393,210 |
| | | | | | | |
| CSI eXPRESS (e) | $ 1,008,080,734 (f) | $ 1,358,180,203 | $ 1,241,993,390 | $ 1,277,242,740 | $ 125,825,726 | $ 5,011,322,794 |
| Premium Booking | 380,416,844 | 442,839,932 | 500,850,829 | 426,769,797 | - | 1,750,877,402 |
| Texas Accident Prevention System (TAPS) | 215,420,480 | 252,219,200 | 216,490,943 | 160,175,914 | - | 844,306,538 |
| Cornerstone | 158,202,931 (f) | 248,313,042 | 122,400,980 | (6,469) | - | 528,910,484 |
| Individual Rate Modification Application (IRMA) | 68,975,636 (f) | 89,449,543 | 80,968,955 | 60,922,865 | - | 300,316,999 |
| Decision Point | 2,680,739 | 4,319,856 | 4,779,439 | 5,846,994 | 1,626,488 | 19,253,516 |
| **TOTAL** | **$ 4,636,377,746** | **$ 5,804,448,961** | **$ 5,050,357,375** | **$ 5,583,744,647** | **$ 127,452,214** | **$ 21,202,380,943** |

*Note/Source(s):*

(a) This schedule includes gross written premium from all writing companies reported in Defendants' interrogatory responses that are the Defendants, subsidiaries of the Defendants and/or participate in a pooling arrangement with the Defendants. I understand the Defendants participated in the same intercompany pool in 2018. (**Second Supplemental Schedules 12.0** and **13.2**.)

(b) The CUW application is the only application for which Defendants reported gross written premium from ACE American subsidiaries. All other domestic applications only report gross written premium from Federal and subsidiaries. (Harkin Deposition at 19-20.)

(c) I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the domestic applications. I have adjusted the gross written premium accordingly. (FED004437_0001.)

(d) Defendants identified in its interrogatory response that the Blaze Advisor component was removed from the applications used in the United States by May 2020. (Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

(e) I understand the gross written premium reported for CSI eXPRESS includes premium related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

(f) I understand Chubb Insurance Company of Canada was no longer a subsidiary of Federal by September 30, 2016. Accordingly, 1/2 of the gross written premium reported for year 2016 were included in this analysis. (Taylor Deposition at 85; FED006483-484; Pandey Deposition at Exhibit 527.)