# EXHIBIT 16
## (Redacted)



Confidential                    FED000270_0001



Confidential

FED000270_0002



© 2009 Fair Isaac Corporation. Confidential.

Confidential

FED000270_0003



# CoE - Vision and Benefits

**Vision**

- To provide services to the I.T. delivery teams that reduce risk and the cost profile of business rule implementations

**Goals of the Center of Excellence – Business Rules (COE-BR)**

- Provides value to Chubb by providing solutions and support that reduces the overall lifecycle cost of a business rules implementation.
- Provides on-going metrics that provide visibility into its utilization and its ability to reduce overall project risk and cost profiles.
- Develop a overall strategy and approach for business rules solutions within Chubb.
- Engage with Project Teams to support the delivery of projects.

**Benefits & Results**

- Increased business agility through broader rules adoption
- Increase the pace of rules skills development at Chubb while reducing risk to projects
- Increase the return on investment of rules-based implementations

**Failure to leverage Rules technology**

- Increased total cost of ownership of applications portfolio
- Decreased agility and adaptability of the application portfolio

4   © 2009 Fair Isaac Corporation. Confidential

Confidential                                              FED000270_0004

## Business Rules EcoSystem Summary



» Goals
  » Provide a high-level framework to select the "best-fit" rules technology option across the insurance value chain
  » Apply the framework on illustrative scenarios to ascertain the best-fit rule solutions
» Extensive details on the model are provided in the package
  » **Summary Deck : BRCoE - WP - deck v1 5.ppt**
  » **Whitepaper : BRCoE Rules Ecosystem whitepaper**

© 2009 Fair Isaac Corporation. Confidential.

Confidential

FED000270_0005

## BR Foundational Framework



» Business Rules Frameworks

  » Provides a structured process for developing a business rules application from the early planning to the final delivery and maintenance of the application.

  » Create single knowledge repository and provides actionable, distilled insights on 'best practices' for rule-based development.

  » The guidelines and templates included in the framework aims to shorten the learning curve, drive consistencies in processes and reduce effort duplication

  » Helps to determine size, complexity and cost of the project

  » Enables efficiently harvest and analyze business rules by utilizing standard rules templates and guidelines

  » Defines business rules test strategy

© 2009 Fair Isaac Corporation. Confidential.

Confidential



# BR CoE Wikipedia site

| Phases | Scope | Define | Design | Develop | Test | Deploy |
|--------|-------|--------|--------|---------|------|--------|
| Role | Project Manager | Business Analyst | Rule Architect | Rule Writer | Quality Control | |

» All information regarding BR Framework is available on BR CoE Wiki site

» Wiki site URL is
   **http://cbwiki.chubb.com/coe/index.php/Business_Rules_Foundational_Framework**

» Information on each page is organized and can be accessed either by SDLC phase, by individual's role in the project, or combination of both

» Navigation bars on top and bottom of each page as shown on slide allow for easy navigation between the pages

| BR CoE Framework | Phases | | | | | |
|------------------|--------|--------|--------|---------|------|--------|
| Roles | Scope | Define | Design | Develop | Test | Deploy |
| Project Manager | Details | Details | Details | Details | Details | Details |
| Business Analyst | Details | Details | Details | | | |
| Rule Architect | Details | Details | Details | Details | Details | Details |
| Rule Writer/Developer | | | Details | Details | Details | Details |
| Quality Control | | | Details | Details | Details | Details |

7   © 2009 Fair Isaac Corporation. Confidential

© 2009 Fair Isaac Corporation. Confidential.

Confidential

FED000270_0007

# Agenda

» FICO Overview

» Introduction to Decision Management

» Enabling Decision Management

» Improve Agility & Consistency with **Business Rules Management**

» Optional FICO Component Explanations

» Increase Precision with **Predictive Analytics**

» Find the Best Strategy with **Decision Optimization**

» Questions

8 · © 2009 Fair Isaac Corporation. Confidential.

Confidential                    FED000270_0008



Confidential                          FED000270_0009



We occupy a unique position in a growing field, Decision Management.

Confidential                                    FED000270_0010



## We Work with Leaders Around the World

FICO

| | | |
|---|---|---|
| Financial Services | Origination<br>Risk Management<br>Marketing<br>Fraud<br>Collections & Recovery | BBVA Bancomer, BARCLAYS, Millennium bcp, Wells Fargo, HSBC The world's local bank, GMAC, Lloyds TSB, DISCOVER Financial Services, ICICI Bank, Deutsche Bank, Bank of Scotland, 三井住友銀行 |
| Insurance | Underwriting<br>Claims Management<br>Fraud<br>Marketing | AAA, AIG, New York Life, Kemper, GEICO Direct, Zurich, Chubb, Norwich Union |
| Retail | Marketing & Merchandising<br>Credit Management<br>Fraud | Walgreens, Sam's Club, Best Buy, Coca-Cola, neckermann, Target Corporation, ConAgra Foods, Marks & Spencer |
| Healthcare | Revenue Cycle Management<br>Fraud<br>Marketing | Merck, Bristol-Myers Squibb, EDS, Healthways, Pfizer, Novartis, McKesson, GEHA |

11 © 2009 Fair Isaac Corporation. Confidential

© 2009 Fair Isaac Corporation. Confidential.

## What is Decision Management?
*FICO's Point of View*



**Decision Management (DM) is an approach to improve, automate and connect organizational decisions to enhance business performance through the application of a number of key technologies**

| DIMENSIONS OF DECISION MANAGEMENT |
| --- |

**Precision:** accurate predictions permit more accurate actions and treatments allowing better management of risk, costs, losses, etc.

**Consistency:** consistent decisions and customer treatment, driving a consistent customer experience regardless of contact or request

**Agility:** flexible decisions and processes enables faster responses to changes in customer behavior, economic drivers, competition, regulation

**Speed:** at the core of improvements in automated processes is the need to make decisions in real time

**Cost:** control of decision unit and business costs improves overall business performance driving profitability

| DECISION MANAGEMENT ENABLING TECHNOLOGIES |
| --- |

**Decision Control:** Business Rules Management (Blaze Advisor)

**Analytics:** Predictive Modeling and Strategy Optimization

**Data:** Access, Delivery and Transaction Processing

12    © 2009 Fair Isaac Corporation. Confidential.

Confidential                    FED000270_0012



# FICO View on Decision Management in Insurance

## *Enable Effective and Efficient Decisions*

***Multiple, data-rich, interlocking processes, where thousands of complex rules and analytically-based decisions are made provide the ideal environment for Decision Management.***

- Combine ***best-of-breed analytics, decision management technology, information strategy, and business control*** to enable
  - Smarter ***targeting. Acquisitions and retention*** of customers in online, direct, and intermediary environments
  - Profit-optimised ***underwriting, tiering, and pricing***, deployed at the point of sale
  - ***Automation*** of new business, policy changes and renewal process
  - Improved ***claims management consistency, accuracy and speed*** via ***straight through processing*** and enhanced decisioning
  - Precise ***fraud detection*** and ***automated action***
- Give ***business users control over operational decision strategies*** and help them utilise information and data more effectively
- Give ***technical users tools*** to quickly manage ***analytics and rules*** across environments
- Enable consistent, enterprise-class platform for ***rules management across functional areas***

13 © 2009 Fair Isaac Corporation. Confidential

© 2009 Fair Isaac Corporation. Confidential.



Our solutions are based on three core technologies. Any ONE of these technologies can deliver outstanding results – our sweet spot is integrating them to transform the way our clients make decisions.

© 2009 Fair Isaac Corporation. Confidential.

Confidential



# FICO Offers an Integrated Suite of Decision Management Applications

**FICO.**

| Model Builder | Decision Optimizer | Blaze Advisor | Decision Simulator |
|---|---|---|---|
| Develop Predictive Models and Compute Scores | Simulate Customer Decisions | Import Rules and Implement | Simulate Rules and Improve |

**Internal Data**

**External Data**

- » Define key characteristics by modeling customer risk / profits, elasticity and competitive pricing
- » Pricing model – develop the based on claims experience
- » Elasticity model – at what prices will the specific customer segment buy insurance

- » Iteratively identify the appropriate treatments for the identified customer segments
- » For example, customer segment A and B have the same risk profile
  - » Segment A is extremely price sensitive and should receive price X
  - » Segment B is not as price sensitive and could receive X + 10%

- » Decision Optimizer identifies the appropriate treatment, which is implemented into production through Blaze Advisor
- » Business users can update the rules appropriately to meet regional needs
- » Measure the impacts in production and adjust

- » Run "what if" analysis for rule changes utilizing historical data
- » Business users can update the rules based on simulations to ensure desired outcomes are obtained

15   © 2009 Fair Isaac Corporation. Confidential.

Confidential                    FED000270_0015

## FICO Technologies Help Insurers Achieve the Competitive Advantage of Connected Decisions

**FICO.**

| FICO Decision Management Solutions | Key Benefits to the New Business Process |
|---|---|
| **FICO Blaze Advisor Business Rules Management** | » Automates the underwriting process by incorporating a carrier's underwriting guidelines within the rules repository |
| | » Improves the agility of new business and product development processes by giving business managers more control |
| | » Allows for consistent decision making across the underwriting decision lifecycle |
| | » Allows carrier's to scale their business without the need to add additional underwriting staff |
| **FICO Predictive Analytics** | » Improves the precision of existing rating methodologies; assists existing underwriting systems to make more accurate decisions |
| | » Improves a carrier's ability to predict or anticipate a customer's reaction to discrete offers |
| *(Industry-Standard Scores and Custom models)* | » Allows carriers to analyze customer acquisition and attrition patterns and make predictions based on those patterns to acquire and retain customers |
| **FICO Decision Optimization** | » Improves a carrier's ability to develop business strategies based on an optimized view of business objectives and associated constraints |
| | » In some cases allows carriers to incorporate strategies real-time |

16    © 2009 Fair Isaac Corporation. Confidential.

Confidential



© 2009 Fair Isaac Corporation. Confidential.

Confidential

FED000270_0017



Confidential                    FED000270_0018



Confidential        FED000270_0019



Confidential                    FED000270_0020



Confidential

FED000270_0021



## The Basic Process

FICO

- » Identify Decisions
- » Integrate Decision Services
- » Automate the decision with business rules
- » Empower the business to manage the rules
- » Analytically improve the rules
- » Add predictive insight
- » Optimize and adapt

- » While
    - » Using your software development lifecycle
    - » Building a single repository
    - » Managing testing and debugging

23   © 2009 Fair Isaac Corporation. Confidential.

**Empower content authors with templates**

Provide flexible levels of control over content authoring

Create complex templates by combining simpler templates

Define templates once and re-use everywhere

**Auto-generate content authoring environment from templates**

Rule Maintenance Application Generator automatically generates complete authoring applications from templates

Confidential                        FED000270_0023

Blaze Advisor is the leading Rules management technology for managing and automating business decision separate the business rules from the complex programming code of their systems that control other aspects factors and reduce total cost of ownership in day to day operations.

Automating decisions is the idea of consistently applying the same business practicies under the same cond

Confidential                                    FED000270_0024



Confidential                                        FED000270_0025



Business processes are multi-step and often complex

As an example of a complex business process – consider the pricing of insurance. Several steps are involved in coming up with a single number

Blaze Advisor handles rulebases of this level of complexity and much more.

Being able to define a process flow for rules is key. You must be able to define a sequence, drill down into more detail and specify the rules for each step to support not just business process automation (doing the same thing consistently, time and again), but "business process personalization" where the process can adjust to unique factors in individual situations.

Ruleflows are designed in Blaze Adviso. This layout is actually interpreted by the development environment and used to control the flow of execution. Ruleflows can include conditional branching to choose the next step, they can incorporate looping conditions to repeat steps until parameters are satisfied, and they can include calls to external functions or to other ruleflows, for complex functionality expressed in easy to interpret layers.

In the development environment, the ruleflow also acts as an entry point to the rulesets and their rules, by letting you click on a step to edit the underlying components.

Confidential                           FED000270_0026

What Rules Look Like in Blaze Advisor — FICO

If customer's debt exceeds customer's assets
then set the approval_status of customer's application to Declined

If order's purchaseDate is earlier than January 1, 2008
then print("Your purchase is no longer eligible for return").

If (vehicle's age is between 0 years and 8 years)
    and (policyholder's age is between 21 years and 60 years)
    and (policyholder's number_of_claims does not exceed 3)
Then set policyholder's case to "STANDARD"

If (plan's startDate is earlier than 6 months)
    and (customer's ytdAverageMinutes is greater than plan's minutes)
then set customer's handsetMessage to "You are eligible for a new rate plan".

Business rules are simply statements of the way you want to conduct business
under different circumstances. Here are some examples, expressed in actual
Blaze Advisor structured rule language - SRL… the "programming code"
Blaze Advisor uses to write rules. Also, rules may be expressed in a number
of other ways, many of which are graphical in nature. I'll show you these ways
in the next few slides. You'll see that most rules have an "if x is true – then do
y" structure to them. This is a natural way to think about business… "Under
certain conditions, take an appropriate action." There are also "whenever x
happens - then do y" type rules… these are useful for monitoring events and
taking an action when something changes or passes a particular threshold.
Take a look at the third example – this is an actual business rule being used
by a Blaze Advisor customer in Malaysia.

Confidential                                   FED000270_0027

## The Rule Syntax Has Power

**FICO**

If **at least** 2 children <u>satisfy</u> age < 8
then set discount to 0.25.

If Product's ID **does not start with** "SPX"
then the PromotionStatus of the Product is False.

If the name of the customer is **unknown**
then print("Please enter your name").

If order's purchaseDate **is earlier than** 'January 1, 2004'
then print("Your purchase is no longer eligible for return").

SeniorMale **is any** customer **such that** (age > 65 and gender is Male).

If the **max** of the weight **of every** bag is less than 100
then the status of the cargo is "OK"

28    © 2009 Fair Isaac Corporation. Confidential

---

Confidential                    FED000270_0028



### Which Would You Rather Maintain?                        **FICO**

**If customer is GoldCustomer**
**and Home_ Equity_Loan_Value is more than $100,000**
**then special_loan_discount = 0.5%**

```
public class Application {
    private Customer customers[];
    private Customer goldCustomers[];
    ...
    public void checkOrder() {
        for (int i = 0; i < numCustomers; i++) {
            Customer aCustomer = customers[i];
            if (aCustomer.checkIfGold()) {
                numGoldCustomers++;
                goldCustomers[numGoldCustomers] = aCustomer;
                if (aCustomer.getCurrentOrder().getAmount() > 100000)
                    aCustomer.setSpecialDiscount (0.005);
            }
        }
    }
}
```

29   © 2009 Fair Isaac Corporation. Confidential.

Confidential



Confidential

FED000270_0030

## Flexible Authoring:
### For True Business Rule Management



» Centralized and consistent rules management across platforms
  » Author platform independent rules
  » Deploy decision services to any platform from a single definition

» Simplified authoring for subject matter expert
  » Shield authors from OM concepts and programming structures
  » Auto-generate content authoring environment
  » Model business processes graphically

» Complete set of validation tools
  » Full set of tools to graphically explore relationships between rules and data
  » Automatically generated reports for conflicts, performance, and project contents
  » Search repository using metadata and custom criteria

» Governed rule access
  » Read/Write privileges by role
  » Limit content views by user

31   © 2009 Fair Isaac Corporation. Confidential.

© 2009 Fair Isaac Corporation. Confidential.

Confidential

FED000270_0031

CASE 0:16-cv-01054-DTS   Doc. 912-12   Filed 12/06/22   Page 33 of 66

# Auto Generated Rule Authoring Environment

**FICO.**



Confidential                           FED000270_0032



# If/Then Rules

FICO

- English rule authoring
  - Predefined choices
  - Free-Form text entry
  - Auto Complete
- Formula Builder

 © 2009 Fair Isaac Corporation. Confidential.

© 2009 Fair Isaac Corporation. Confidential.

Confidential

## Decision Tables

**FICO.**

» Charts and lookups

» Match business processes
  and existing methods

» Easy definition and
  maintenance

» Reduce numbers of
  independent business
  rules

» Applications such as
  shipping fees, actuarial
  tables, etc.

» Filters to control display

» Visual table comparison



© 2009 Fair Isaac Corporation. Confidential.

Page 34

Confidential

FED000270_0034



## Scorecards for Additive Models

» Easy to deploy analytic models

» Expose to business users to view and/or maintain models

| Characteristic | | | Baseline Score | | | Description | |
|---|---|---|---|---|---|---|---|
| netFractionInstallment | | | -13 | | | Net Fractional Installment | |
| percentLinesNeverDelq | | | 19 | | | Percent Trade Lines Never Delq | |

| Bins | Range | Description | Score | Unexpected | Reason Code | Reason Message |
|---|---|---|---|---|---|---|
| 0-64 | 0 <= .. < 64 | 0-64 | 4 | ☐ | TL | Percent Trade Lines Never Delq |
| 65-74 | 65 <= .. < 74 | 65-74 | 18 | ☐ | TL | Percent Trade Lines Never Delq |
| 75-79 | 75 <= .. < 79 | 75-79 | 18 | ☐ | TL | Percent Trade Lines Never Delq |
| 80-84 | 80 <= .. < 84 | 80-84 | 20 | ☐ | TL | Percent Trade Lines Never Delq |
| 85-89 | 85 <= .. < 89 | 85-89 | 24 | ☐ | TL | Percent Trade Lines Never Delq |
| 90-94 | 90 <= .. < 94 | 90-94 | 26 | ☐ | TL | Percent Trade Lines Never Delq |
| 95-99 | 95 <= .. < 99 | 95-99 | 26 | ☐ | TL | Percent Trade Lines Never Delq |
| 100 | 100 | 100 | 26 | ☐ | TL | Percent Trade Lines Never Delq |
| All Other | | | 19 | ☑ | TL | Percent Trade Lines Never Delq |

| | | |
|---|---|---|
| numOpenLinesWithBal | 14 | Num New/Open Trade Lines With Balance |
| avgMonthsInFile | 45 | Average Months In File |
| numTradesHigh | 21 | Num BkNatl Trades wBal 75% High Credit |
| numLinesOpenedLast12 | 11 | Num Trade Lines Opened in Last 12 Mos |
| numInquiriesLast7 | 15 | Num Inquiries 0-5 Excluding Last 7 Days |
| netFractionRevolving | 19 | Net Fraction Revolving Burden |
| monthsSinceLastDelq | 12 | Months Since Most Recent Delq |
| numTL60_Last12 | 22 | Num TL 60+ Ever & Derog Pub Rec |

35   © 2009 Fair Isaac Corporation. Confidential.



Confidential                    FED000270_0036

## Decision Trees

**FICO.**

» Conditions on branches,
  Actions on nodes

» Uses business terminology to
  define conditions, actions

» Graphical point-and-click
  development and maintenance

» Visual difference comparison

» Wizard-based set-up

» Rule Maintenance Application
  support using applet technology



Auto-scaling UI always shows
full sub-tree, regardless of scale

© 2009 Fair Isaac Corporation. Confidential.

Confidential



## Proper Structuring:
*Promotes Enterprise Use of Rules*



» Make business rules available throughout the enterprise
  » Proper repository organization drives reuse, access control, enterprise adoption

» Reuse business rules and components to quickly address new business areas
  » Reuse enables corporations to rapidly address new opportunities by leveraging existing logic (new product definition, marketing campaign, LOB)

» Keep a complete history and audit log of all changes to rules
  » Version control enables support for roll-back and audit trails on changes

» Provide content authoring to a broad audience
  » Access control safely allows content owners from across the corporation to access rules

» Support staging and release management requirements
  » Stage and release decision services using standard SDLC processes

39   © 2009 Fair Isaac Corporation. Confidential.

© 2009 Fair Isaac Corporation. Confidential.

Confidential

FED000270_0039



## Scalable Multiplatform Deployment:
### Decision Services for the Enterprise

**FICO.**

» Deploy multiple decision services and manage them centrally

  » Multiple decision services controlled through single deployment manager

  » Deployment manager detects rule updates and deploys changes automatically

» Deploy decision services across all platforms and architectures from a single source

  » Re-use decision service definitions across J2EE, .NET, COBOL

» Mission critical decision services supported with 24x7 services

  » Deployment manager provides control and management of rules in the production system.

40   © 2009 Fair Isaac Corporation. Confidential

Confidential                    FED000270_0040



The second scenario is when business users configure and run test cases from the RMA. This serves two purposes: we can be sure the changes made by a business user did not break any test; and it gives business users the ability to configure tests to check if a new situation behaves as expected, in consequence of a rule's change.

© 2009 Fair Isaac Corporation. Confidential.

Confidential

FED000270_0041

## Rule Verification Service

**FICO**

### Validate the rule logic by patented analysis tool to check the rule conditions and actions

#### Testing the Conditions

» Redundant constructs
  » Unused variables, properties, functional parameters and patterns
  » Always true test conditions
  » Always false test conditions
  » Equivalent rule premises
  » Equivalent rule flow branches and rule flows
  » Subsumed rule premises (by less specific conditions)

» Missing constructs
  » Missing rules (when testing ranges and enumerations)
  » Missing rule flow branches (testing ranges of flow variables)

#### Testing the Actions

» Malformed constructs
  » Potentially un-initialized variables and properties
  » Self-contradicting test conditions

» Looping constructs
  » Infinite procedural loops
  » Redundant procedural loops
  » Rule firing cycles

» Other
  » Extremely complex rule premise
  » Semantic errors

42    © 2008 Fair Isaac Corporation. Confidential.

Confidential                              FED000270_0042

## Blaze Advisor 6.7
## Graphical Diff Tool

**FICO.**

» Graphical Diff applied to Decision Tree



Confidential



The unique architecture of the BOMA allows:

- The development environment to treat all classes equally, using a consistent approach

- The runtime system accesses objects directly for performance

•No duplication

•No mapping

•No additional complexity.

Designers can design against any object without having to worry where it came from the applications (rule maintenance or production) can access these objects in the most optimal way for high-performance.

© 2009 Fair Isaac Corporation. Confidential.

Confidential

## SmartForms:
*Building data-driven intelligent forms*

**FICO.**

» Object Model-driven

» Validation rules
  » Required fields
  » Single field
  » Field correlation

» Trigger actions
  » Set default value
  » Invoke Web Service

» Ensures collected data is valid



45   © 2009 Fair Isaac Corporation. Confidential.

Confidential                    FED000270_0045



## Why Do I Need Simulation?

FICO

*Before deploying their rules, business users want to…*

- Validate that their business logic produces the expected business results
- Analyze results to identify risks and opportunities to improve strategies
- Compare alternative strategies to see which best achieves business goals
- Create reports for coworkers and managers to accelerate approval process

© 2009 Fair Isaac Corporation. Confidential.

Confidential

## Simulate to Analyze Business Impact
*Blaze Advisor Decision Simulator*

**FICO.**

Reduce risk & improve decisions before deployment



| Sum | Development | Production |
|---|---|---|
| Description | | |
| Projected Revenue | 1276714.00 | 1209886.00 |
| Marketing Cost | 848250.00 | 843950.00 |
| Expected Profit | 428464.00 | 365936.00 |

**Expected Profit Comparison between Champion and Challenger Strategies**

» Understand business impact before deploying new or updated strategies

» Avoid costly errors in strategies that might otherwise be missed

» Use actual rule results to estimate outcomes & identify opportunities for improvement

» Include simulation results within approval process to reduce time to Production

47   © 2009 Fair Isaac Corporation. Confidential.

Confidential

FED000270_0047

## Key Benefits of Decision Simulator

**FICO**

» Understand business impact before deploying new or updated strategies

» Avoid costly errors in strategies that might otherwise be missed

» Use actual rule results to estimate outcomes & identify opportunities for improvement

» Include simulation results within approval process to reduce time to Production

*Reduce risk & improve strategies before deploying business rules*

48   © 2009 Fair Isaac Corporation. Confidential.

Confidential                    FED000270_0048

## What Makes Blaze Advisor Unique?

**FICO.**

» Interface designed for business user control
  » Allows business users to own rule authoring and maintenance
  » Patented, Industry-Leading Rule Verification- most comprehensive
  » brUnit for Unit Testing and Regression Testing

» Analytic integration into Decision Management Suite
  » Importing analytics via PMML, Java

» True multi-platform support
  » Single Repository supports .NET, Java and COBOL
  » Rule authoring and maintenance is done once, deployed anywhere

» Developed for complex real world applications
  » Proven deployments in large enterprise applications
  » Rete III – unparalleled performance
  » Complete Lifecycle Management with IT Governance

49   © 2009 Fair Isaac Corporation. Confidential

There are many features that make Blaze Advisor unique but these are some of the key ones.

Confidential

FED000270_0049

Interfaces designed for business user control
>> Automatically generate complete Web-based rule maintenance applications

Product maturity and technical innovation
>> 18 years in rules-based technology. Blaze Advisor on 18th release in 6 years.
>> First to market with Decision Trees, Web-based rule maintenance, Ruleflows…

Agility in process management
>> Change rule logic at any time without interrupting production operations
>> Automatically incorporate rule changes in all running systems

Developed for complex real world applications
>> Manage complexity needed for multi-step decision processes
>> High performance and full testing and performance monitoring

Proven deployments in large enterprise applications

© 2009 Fair Isaac Corporation. Confidential.

Confidential

## Blaze Advisor Has a Track Record You Can Trust 

- » 20+ years experience using rules management technology

- » Mature and stable: Release 6.7

- » Established: 500+ Blaze Advisor customers worldwide

- » A strong commitment to standards & an open technology
  - » WebSphere, WebLogic, Sun ONE, Oracle, JBoss app servers
  - » Ant build files
  - » EJB/J2EE, .NET, MTS/COM+, COBOL
  - » SQL databases, XML schemas/documents
  - » Service Oriented Architecture (SOA)
  - » BPM Integrations – FileNet, Lombardi, Metastorm, DST, webMethods, Savvion, Fujitsu, Oracle BPEL…

50   © 2008 Fair Isaac Corporation. Confidential.

Confidential                    FED000270_0051



Confidential

FED000270_0052



Confidential                                    FED000270_0053



Confidential

FED000270_0054



Enabling Decision Management

» Increase Precision with Predictive Analytics



Predictive Modeling analyzes historic data in order to predict how likely it is that a customer will exhibit a specific behavior in the future. Predictive models are frequently used to boil down a large quantity of data about an individual into one number. The predictions coming out of the models are commonly used as input to decisions.

Confidential                                   FED000270_0056





**Delivering Analytics swiftly is complicated by many different factors including the data analysis, including transparency for regulatory compliance, implementing the model in production to standard IT development and testing and degrading performance of models overtime. Fair Isaac understands these challenges and has focused on helping clients deliver analytics quicker.**

Confidential                    FED000270_0058



Model BuilderSE is comprehensive software tool that manages the entire modeling lifecycle with capabilities to access production data sources, view and analyze data, create variables, build and evaluate models, generate scores and deploy the models into production. Model Builder provides a comprehensive set of predictive modeling capabilities. By better predicting behaviors (e.g., marketing response, loan repayment, insurance losses, fraudulent transactions), leading corporations can increase the precision of their data-driven decision applications. The result can be a substantial impact on the bottom line.

In addition to facilitating the entire modeling lifecycle, Model Builder allows organizations to beneift from some of Fair Isaac's analytic innovations that include Segmentation ART™ and Data Spiders

SEGMENTATION ART: Adaptive Random Trees (ART) is a tool to help analysts find the best way to segment a population for the development of scorecards

DATA Spiders: Automatically searches through data to find metrics that can help predict people's future behavior

Confidential                    FED000270_0059



Another key enhancement found in MB 3.5 is its new ability to export a rich model export bundle in PMML format. MB has always had the ability to deploys its models as compiled Java JAR files, and as you saw this morning, this sets up neatly in Blaze Advisor for a "black box" rule service.

With MB 3.5 and (upcoming) BA 6.5, we provide the "white box" deployment of predictive models.

Confidential                                              FED000270_0060



Confidential

FED000270_0061



Once you have a set of predictive models the next step in the progression is to develop optimal strategies based on business objectives and constraints to develop the best rules to drive business results.

Confidential                              FED000270_0062



Decision Optimizer lets you optimise business actions based on resource constraints, behavioural and economic measures, and business objectives. Decision Optimizer incorporates uncertainties and risk to design a single best strategy for achieving your business goals

© 2009 Fair Isaac Corporation. Confidential.

Confidential



# Efficient Frontiers

*Visibility to Business' Key Metrics*

FICO

© 2009 Fair Isaac Corporation. Confidential.

Confidential



Confidential                              FED000270_0065