UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

## STATEMENT OF NO REDACTION

Pursuant to LR 5.6, Exhibits 3, 6, 8, 9 and 18-23 to the Declaration of Michael A. Erbele in Support of Plaintiff's Memorandum in Opposition to Defendants' Motion to Bifurcate (Dkt. No. 910) have been filed under temporary seal. Exhibits 3, 6, 8, 9 and 18-23 were not redacted because the entire document is marked "Confidential" or "Confidential – Attorneys' Eyes Only" under the Protective Order (Dkt. No. 44) entered in the case. Therefore, it is impracticable to redact.

Dated: December 6, 2022

MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 398344
Gabrielle L. Kiefer, MN Bar # 0402364
MERCHANT & GOULD P.C.

150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com

*Attorneys for Plaintiff FICO*