## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation., | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Federal Ins. Company, et al., | |
| Defendants. | |

This matter is before the Court on the Parties' Joint Motions Regarding Continued Sealing (Dkt. No. 924) and Minn. Local Rule 5.6(d)(2).

The Joint Motions address document(s) that are/were filed under temporary seal in connection with various motion hearings held before the undersigned. Because some of the documents contain sensitive business data and other information that should remain sealed. The parties have filed public, redacted versions of these documents when practicable.

**IT IS HEREBY ORDERED**:

1. The parties' Joint Motion Regarding Continued Sealing (Dkt. No. 924) is **GRANTED**.

2. The Clerk is directed to keep **sealed** the following documents: Dkt. No(s). 900, 903, 910, and 913.

Dated: January 3, 2023

                                                         s/David T. Schultz  
                                              DAVID T. SCHULTZ  
                                              U.S. Magistrate Judge