# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE MINUTES

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| Plaintiff, | BEFORE: David T. Schultz<br>United States Magistrate Judge |
| v. | Case No.   16-cv-1054 (DTS)<br>Date:         January 3, 2023 |
| Federal Insurance Company, | |
| Defendant. | Time Commenced: 4:00 p.m.<br>Time Concluded:  4:48 p.m.<br>Total Time:           48 minutes |

APPEARANCES:

    Plaintiff:    Allen Hinderaker, Heather Kliebenstein

    Defendant:    Leah Godesky, Leah Janus, Terry Fleming

PROCEEDINGS:    Pretrial conference held with attorneys.

s/TJB
Courtroom Deputy