UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | **NOTICE OF WITHDRAWAL OF LORA M. FRIEDEMANN AS COUNSEL FOR DEFENDANTS** |
| Defendants. | |

**PLEASE TAKE NOTICE** that, pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, Lora M. Friedemann hereby notifies the Court and counsel of her withdrawal as counsel for Defendants, Federal Insurance Company and Ace American Insurance Company. The remaining attorneys of record will continue to represent Defendants.

|  |  |
|---|---|
| Dated: January 11, 2023 | *s/ Lora M. Friedemann* |
|  | Terrence J. Fleming (#0128983) |
|  | tfleming@fredlaw.com |
|  | Lora M. Friedemann (#0259615) |
|  | lfriedemann@fredlaw.com |
|  | Leah C. Janus (#0337365) |
|  | ljanus@fredlaw.com |
|  | Christopher D. Pham (#0390165) |
|  | cpham@fredlaw.com |
|  | Ryan C. Young (#0397751) |
|  | ryoung@fredlaw.com |
|  |  |
|  | **FREDRIKSON & BYRON, P.A.** |
|  | 200 South Sixth Street, Suite 4000 |
|  | Minneapolis, MN  55402-1425 |
|  | (612) 492-7000 (tel.) |
|  | (612) 492-7077 (fax) |
|  |  |
|  | ***Attorneys for Defendants*** |