# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendants. | Case No. 16-cv-1054 (DTS) |

## PLAINTIFF FAIR ISAAC CORPORATION'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE CONCERNING A DISPUTE BETWEEN MR. HILLIARD AND VERSATA SOFTWARE, INC.

Pursuant to Federal Rules of Evidence 402 and 403, Plaintiff Fair Isaac Corporation ("FICO") respectfully moves the Court for an Order granting its Motion in Limine (No. 1) to exclude evidence concerning a dispute between Mr. Hilliard and Versata Software, Inc. This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the Declaration of Paige Stradley, the papers and records on file herein, and on such information and evidence as may be presented at any hearing on this Motion.

MERCHANT & GOULD P.C.

DATE: January 13, 2023

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Paige S. Stradley, MN Bar #393432
Michael A. Erbele, MN Bar # 393635

Joseph Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
pstradley@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com