# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　　Defendants. | Case No. 16-cv-1054 (DTS) |

## PLAINTIFF FAIR ISAAC CORPORATION'S NOTICE OF MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE CONCERNING A DISPUTE BETWEEN MR. HILLIARD AND VERSATA SOFTWARE, INC.

PLEASE TAKE NOTICE that Plaintiff Fair Isaac Corporation ("FICO") will move this Court, on February 1, 2023 at 9:00 a.m., before the Honorable David T. Schultz, United States Magistrate Judge for the U.S. District Court for the District of Minnesota, in Courtroom 9E, United States District Court, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for an order granting Plaintiff's Motion in Limine No. 1 to Exclude Evidence Concerning a Dispute Between Mr. Hilliard and Versata Software, Inc. The grounds for this Motion will be set forth and supported in an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the arguments of counsel, and all of the papers and proceedings in this matter.

|  |  |
|---|---|
|  | MERCHANT & GOULD P.C. |
| DATE: January 13, 2023 | /s/ Heather Kliebenstein |

Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Paige S. Stradley, MN Bar #393432
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
pstradley@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com