UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendants. | Case No. 16-cv-1054 (DTS) |

**DECLARATION OF PAIGE STRADLEY IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE CONCERNING A <u>DISPUTE BETWEEN MR. HILLIARD AND VERSATA SOFTWARE, INC.</u>**

I, Paige Stradley, declare as follows:

1. I am a partner with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Memorandum of Law in Support of its Motion in Limine No. 1 to Exclude Evidence Concerning a Dispute Between Mr. Hilliard and Versata Software, Inc.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of an excerpt of the Expert Report of Brooks L. Hilliard, served on May 31, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed on: January 13, 2023         /s/ Paige Stradley
                                      Paige Stradley