## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendants. | Case No. 16-cv-1054 (DTS) |

## **[PROPOSED] ORDER GRANTING**

This matter is before the Court on Plaintiff Fair Isaac Corporation's Motion in Limine No. 1 to Exclude Evidence Concerning a Dispute Between Mr. Hilliard and Versata Software, Inc. (Dkt. No. 936.) Upon consideration of FICO's motion and all of the files, records and proceedings herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. Evidence relating to the dispute between Mr. Hilliard and Versata Software, Inc. is excluded.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        Judge David T. Schultz
                                        Magistrate Judge