UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

**DECLARATION OF PAIGE STRADLEY IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN LIMINE NO. 2 TO EXCLUDE INTRODUCTION OF, OR REFERENCE TO, THE COURT'S SUMMARY JUDGMENT ORDER**

I, Paige Stradley, declare as follows:

1. I am a partner with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Memorandum of Law in Support of its Motion in Limine No. 2 to Exclude Introduction of, or Reference to, the Court's Summary Judgment Order.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of an excerpt of the Manual of Model Civil Jury Instructions for the District Courts of the Eighth Circuit at § 3.04 (2021).

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 13, 2023              /s/ Paige Stradley
                                           Paige Stradley