# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) Case No. 16-cv-1054 (DTS) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## **[PROPOSED] ORDER GRANTING**

This matter is before the Court on Plaintiff Fair Isaac Corporation's Motion in Limine No. 2 to Exclude Introduction of, or Reference to, the Court's Summary Judgment Order (Dkt. No. 942.) Upon consideration of FICO's motion and all of the files, records and proceedings herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. The Summary Judgment Order dated March 23, 2020 is hereby excluded.

**IT IS SO ORDERED.**

Dated: _____

                                                     Judge David T. Schultz
                                                     Magistrate Judge