# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) Case No. 16-cv-1054 (DTS)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

### PLAINTIFF FAIR ISAAC CORPORATION'S MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE CONCERNING THE FICO-ACE AMERICAN LICENSE AGREEMENT

Pursuant to Federal Rules of Evidence 402 and 403, Plaintiff Fair Isaac Corporation ("FICO") respectfully moves the Court for an Order granting its Motion in Limine (No. 3) to Exclude Evidence Concerning the FICO-ACE American License Agreement. This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the Declaration of Paige Stradley, the papers and records on file herein, and on such information and evidence as may be presented at any hearing on this Motion.

|  |  |
|---|---|
|  | MERCHANT & GOULD P.C. |
| DATE: January 13, 2023 | /s/ Heather Kliebenstein<br>Allen Hinderaker, MN Bar # 45787<br>Heather Kliebenstein, MN Bar # 337419<br>Paige S. Stradley, MN Bar #393432<br>Michael A. Erbele, MN Bar # 393635<br>Joseph Dubis, MN Bar # 0398344<br>Gabrielle L. Kiefer, MN Bar # 0402364<br>MERCHANT & GOULD P.C.<br>150 South Fifth Street<br>Suite 2200<br>Minneapolis, MN  55402<br>Tel:  (612) 332-5300<br>Fax:  (612) 332-9081<br>ahinderaker@merchantgould.com<br>hkliebenstein@merchantgould.com<br>pstradley@merchantgould.com<br>merbele@merchantgould.com<br>jdubis@merchantgould.com<br>gkiefer@merchantgould.com |