UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

**DECLARATION OF PAIGE STRADLEY IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE CONCERNING THE <u>FICO-ACE AMERICAN LICENSE AGREEMENT</u>**

I, Paige Stradley, declare as follows:

1.      I am a partner with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation ("FICO") in the above captioned matter.

2.      I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Memorandum of Law in Support of its Motion in Limine No. 3 to Exclude Evidence Concerning the FICO-ACE American License Agreement.

3.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of an agreement between FICO and ACE-American, produced as Bates number FICO0043478-43501. This document is filed UNDER SEAL.

1

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 13, 2023              /s/ Paige Stradley
                                           Paige Stradley