# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,
a Delaware corporation,

                Plaintiff(s),

vs.                                                  Case No. 16-cv-1054 (DTS)

FEDERAL INSURANCE
COMPANY, and ACE AMERICAN
INSURANCE COMPANY,

                Defendant(s).

## MEET-AND-CONFER STATEMENT

I, Paige Stradley, representing the Plaintiff, Fair Isaac Corporation, hereby certify that:

I met and conferred with the opposing party by:

    Meeting with: Roxana Guidero, Anton Metlitsky, Leah Janus and Jordan Ascher
(party/parties or attorney/attorneys you met with)

    On: Thursday, January 12, 2023 (date you met and conferred)

    Discussing the following motion:

    Plaintiff Fair Isaac Corporation's Motion in Limine (No. 3) to Exclude Evidence Concerning the FICO-ACE American License Agreement
(name of motion discussed).

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

    X  Do **not** agree on the resolution of any part of the motion.

    ☐  Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

2

Signed this 13th day of January, 2023.

        Signature of Party  /s/ Paige Stradley

        Mailing Address  MERCHANT & GOULD P.C.
                  150 South Fifth Street
                  Suite 2200
                  Minneapolis, MN  55402

        Telephone Number  (612) 332-5300

Note:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).