# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>        Defendants. | Case No. 16-cv-1054 (DTS) |

## [PROPOSED] ORDER GRANTING

This matter is before the Court on Plaintiff Fair Isaac Corporation's Motion in Limine No. 3 to Exclude Evidence Concerning the FICO-ACE American License Agreement (Dkt. No. 948.) Upon consideration of FICO's motion and all of the files, records and proceedings herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. The FICO-ACE American License Agreement is hereby excluded.

**IT IS SO ORDERED.**

Dated: _____

                                                          Judge David T. Schultz<br>
                                                          Magistrate Judge