UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

**DECLARATION OF PAIGE STRADLEY IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN LIMINE NO. 4 TO EXCLUDE SPECULATIVE EVIDENCE RELATING TO FACTORS, OTHER THAN INFRINGMENT, THAT ALLEGEDLY CONTRIBUTE TO DEFENDANTS' GROSS <u>WRITTEN PREMIUM</u>**

I, Paige Stradley, declare as follows:

1. I am a partner with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Memorandum of Law in Support of its Motion in Limine No. 4 to Exclude Speculative Evidence Relating to Factors, Other than Infringement, that Allegedly Contribute to Defendants' Gross Written Premium.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, served on September 24, 2020.

1

4.	Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19, served on September 24, 2020.

5.	Attached hereto as <u>Exhibit 3</u> is a true and correct copy of an excerpt of the June 28, 2019 deposition of Chris Bakewell. The errata to Mr. Bakewell's transcript in included in Exhibit 3. It has been redacted to only disclose changes relating to the cited pages.

6.	Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the Expert Report of W. Christopher Bakewell Regarding Damages, served on May 17, 2019.

7.	Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the Expert Report of William S. McCarter, served on May 17, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 13, 2023    /s/ Paige Stradley
                                Paige Stradley