# EXHIBIT 3

Page 1

1         UNITED STATES DISTRICT COURT
2            DISTRICT OF MINNESOTA
3
4    CASE NUMBER:  16-cv-1054 (WMW/DTS)
5    ------------------------------------------------
6    Fair Isaac Corporation, a Delaware corporation,
7       Plaintiff,
8    versus
9    Federal Insurance Company, an Indiana corporation,
     and ACE American Insurance Company, a Pennsylvania
10   corporation,
11      Defendants.
     ------------------------------------------------
12
13
14      VIDEOTAPED DEPOSITION OF EXPERT WITNESS
15
16                   CHRIS BAKEWELL
17
18
19
20
21
22
23
24
25   TAKEN:  28 June 2019         BY:  Jackie McKone

Page 2

1  APPEARANCES:
2
3  MERCHANT GOULD
   80 South Eighth Street, Suite 3200
4  Minneapolis, Minnesota 55402
   PHONE:  (612) 332-5300
5  FAX:    (612) 332-9081
   E-MAIL: hkliebenstein@merchantgould.com
6
   BY:  Heather Kliebenstein
7  For the Plaintiff
8
9  FREDRIKSON BYRON
   200 South Sixth Street, Suite 4000
10 Minneapolis, Minnesota 55402
   PHONE:  (612) 492-7000
11 FAX:    (612) 492-7077
   E-MAIL: tfleming@fredlaw.com
12
   BY:  Terrence Fleming
13 For the Defendants
14
15
16 Also present:
17 James Woodward, FICO
18
19
20
21
22 Videographer:  Kyle Peterson, Veritext
23
24
25

Page 3

1              I N D E X
2
3  Examination by Ms. Kliebenstein, Page 5
4
5              E X H I B I T S
6
7  Exhibit 522   Bakewell report, Page 4
8  Exhibit 523   Interrogatory answers, Page 91
9  Exhibit 524   Flash drive, Page 102
10 Exhibit 525   Native file, Page 103
11        FED 017915_0001
12 Exhibit 526   Zoltowski report, Page 140
13
14        PREVIOUSLY MARKED EXHIBITS
15
16 Exhibit 257   Negotiation options, Page 171
17 Exhibit 409   Native file, Page 122
18        FED 017882_0001-0020
19 Exhibit 413   Native file, Page 136
20        FED 017885_0001
21 Exhibit 416   Native file, Page 131
22        FED 17884_0001-0003
23 Exhibit 418   Native file, Page 145
24        FED 017883_0001-0004
25

Page 4

1              P R O C E E D I N G S
2      The following is the videotaped deposition
3  of expert witness Chris Bakewell taken at Merchant
4  Gould, 80 South Eighth Street in Minneapolis,
5  Minnesota commencing at 9:07 a m. on 28 June 2019
6  pursuant to notice.
7                   * * *
8      (Whereupon material was marked for
9  identification as Exhibit 522.)
10     THE VIDEOGRAPHER:  Good morning.  We are
11 now going on the record.  The time is 9:08 a m.
12 Today's date is June 28, 2019.
13     Please note that the microphones are
14 sensitive.  They pick up whispering, private
15 conversations, and cellular interference.  Please
16 turn off all cellphones or place them away from
17 the microphones as they can interfere with the
18 deposition audio.  Audio and video recording will
19 continue to take place unless all parties agree to
20 go off the record.
21     This is Media Unit 1 of the video recorded
22 deposition of Chris Bakewell taken by counsel for
23 the plaintiff in the matter of Fair Isaac
24 Corporation versus Federal Insurance et al. filed
25 in the United States District Court, District of

Page 5

1  Minnesota.  This deposition is being held at
2  Merchant and Gould PC located at 80 South Eighth
3  Street, Suite 3200, in Minneapolis, Minnesota
4  55402.
5      My name is Kyle Peterson of Veritext Legal
6  Solutions.  I'm the videographer.  The court
7  reporter is Jackie McKone from the firm Veritext
8  Legal Solutions.  I am not authorized to
9  administer an oath.  I am not related to any party
10 in this action or am I financially interested in
11 the outcome.
12     Counsel, will you please identify
13 yourselves, and the parties you represent.
14     MS. KLIEBENSTEIN:  Heather Kliebenstein
15 from Merchant and Gould from the plaintiff FICO.
16     MR. FLEMING:  Terry Fleming of the
17 Fredrikson law firm representing defendants.
18     THE VIDEOGRAPHER:  Will the reporter please
19 swear in the witness, and we can proceed.
20                   * * *
21            CHRIS BAKEWELL
22 after having been duly sworn deposes and says
23       under oath as follows.
24                   * * *
25            EXAMINATION

Page 50

1     What I'm doing here is responding to what
2  Mr. Zoltowski is saying, and he's -- he's assuming
3  I suppose that you're going to prove up every
4  single one of your claims, and I can make that
5  same assumption too and incorporate the same
6  numbers that he does, but there's -- there's
7  evidence, as I understand it, and it wouldn't be
8  the first time I've seen this, where discovery
9  proceeded and it came to light that there are
10 certain applications that don't use Blaze Advisor,
11 or don't infringe, and in that case, they need to
12 be deducted, and there's all kind of, like,
13 combinations of -- of results. I'm indicating one
14 here in Exhibit 1 for example.
15     It could be that CUW is found by the fact
16 finder not to be something that belongs on the
17 list, and it's easy enough to -- to make that sort
18 of adjustment. I'm indicating one set of
19 adjustments that I understand applies.
20 Q. And who provided you with the assumption that the
21 applications with Xs by them on Page 45 do not use
22 Blaze Advisor?
23 A. Well, not just to me. It's from deposition
24 testimony of Mr. Harkin and Mr. Pandey. It's from
25 Fed's answers. Footnotes -- I've had this all

Page 51

1  documented in Footnotes 224 through 229.
2  Q. So you have done no independent analyses, separate
3  from reviewing the materials in this lawsuit and
4  speaking with people at Federal, to confirm which
5  applications do or do not use Blaze Advisor?
6  A. That question doesn't even make sense. You said I
7  didn't do any independent research except for the
8  independent research that I did? That doesn't
9  make sense.
10 Q. Mr. Bakewell, you have not gone into the
11 applications themselves to confirm whether Blaze
12 Advisor is or isn't used in them; correct?
13 A. Correct. I'm not a technical expert.
14 Q. Have you ever seen a demonstration of Blaze
15 Advisor?
16 A. Yes.
17 Q. Tell me about that.
18 A. I've looked at -- there's descriptions in
19 marketing materials. There's a couple of
20 marketing materials that are very detailed that I
21 think provide a demonstration of Blaze Advisor.
22     I think at different points I went -- sort
23 of did some of my own Internet research and, like,
24 looking at YouTube videos and stuff. I can't
25 remember specifically what I saw, but I did see

Page 52

1  some reference to Blaze Advisor in doing that sort
2  of general Internet research. Those would be the
3  places that come to mind.
4  Q. Did you -- did you see how Blaze Advisor works
5  within Federal?
6  A. Yes.
7  Q. Tell me about that.
8  A. I think there my understanding was developed more
9  from looking at flow charts. I had already
10 developed an understanding of how the product
11 worked and what the interface looked like from the
12 materials that I described to you a moment ago,
13 and so then when I spoke with, for example, Mr.
14 Pandey, he described thing to me, and then Fed
15 produced those flow charts. That all kind of fit
16 together and gave me an understanding for how the
17 systems would work at Federal.
18 Q. Have you reviewed the rules that are within Blaze
19 Advisor at Federal?
20 A. Some of them. I'm not a technical expert, but
21 I've seen some information that gave me an
22 understanding of that as a lay person.
23 Q. And what materials are you referring to?
24 A. Marketing materials, deposition testimony, and the
25 like.

Page 53

1  Q. But not the rules themselves that are in Blaze
2  Advisor today?
3  A. I may have. I can't remember if I've seen that
4  type of stuff specifically from -- from Federal,
5  or if that's the understanding that I gained is
6  from combining general rules descriptions that
7  I've seen with testimony and other documents and
8  diagrams. I don't have -- I'd have to have my
9  memory refreshed.
10 Q. Moving to Paragraph 44.
11 A. Okay.
12 Q. The last sentence says, "Annual sales activity is
13 principally driven by customer renewals of
14 existing policies."
15 A. Correct. That's one of the things I was referring
16 to earlier.
17 Q. Do you know what percent of Federal's revenues in
18 any given year are from customer renewals of
19 existing policies?
20 A. I've seen that, but I don't have a number
21 memorized.
22 Q. And is this sentence true -- you know, I see that
23 it's from a general industry publication. Is that
24 true at Federal?
25 A. Definitely.

Page 54
1 Q. And how do you know that?
2 A. Because the businesses that comprise Federal are
3    some of the oldest and most established businesses
4    in the country. In addition to seeing more
5    specific information and testimony.
6 Q. Is it your opinion in your report that Federal's
7    existing customer relationships drive revenue?
8 A. Yes.
9 Q. And do you know what percent of Federal's revenue
10    existing customer relationships drive?
11 A. I don't think I can give you a specific number,
12    but it's very high.
13 Q. And what's your -- what's your support for that?
14 A. Same things we just discussed.
15 Q. Which are -- just so I've got it right, why don't
16    you recap those, that support for me.
17 A. Sure. Just broadly, we talked about how this
18    industry works, property and casualty insurance,
19    and the cites that you asked me about in
20    Paragraphs 44 and I think 43. We talked about the
21    Federal businesses and their long history. This
22    is also explained in annual reports of Chubb, and
23    then I referred to deposition testimony and other
24    documents that describe how Chubb's business works
25    fundamentally, and ACE, and Federal.

Page 55
1 Q. But you haven't seen a marketing survey or
2    anything like that that says existing customer
3    relationships drive 33 percent of revenues?
4    Nothing that specific; is that correct?
5 A. There's nothing that is -- has a number like 33
6    percent in response to a question like you just
7    provided that I've seen. The information that
8    I've seen is more fundamental than that, and
9    pervasive.
10 Q. I also saw you mention strong management team
11    throughout your report. Do you believe that
12    Federal's revenues are generated by a strong
13    management team as well?
14 A. I do.
15 Q. And can you identify a percent for me?
16 A. I can't give you a percentage for that.
17 Q. And is your support for that opinion the same
18    types of information we just discussed?
19 A. Yes.
20 Q. The next is know-how of Federal's workforce. Is
21    it your opinion that the know-how of Federal's
22    workforce contributes to revenues at Federal?
23 A. Absolutely.
24 Q. And do you know a percent?
25 A. No.

Page 56
1 Q. And what is your support for that statement?
2 A. Which statement? No or yes?
3 Q. Your -- the support for your statement that
4    know-how of the workforce at Federal attributes --
5    attributes or contributes to revenue?
6 A. It comes from gaining an understanding of the
7    business and the industry that it operates in. It
8    comes from financial statements and annual
9    reports. It comes from documents prepared in the
10    ordinary course of business as well as deposition
11    testimony. Those would be some examples and not
12    an exhaustive list.
13 Q. I'm going to try to ask this generally. Maybe we
14    can, maybe we can't.
15 A. Let's try.
16 Q. I have a few -- I have about ten other things on
17    my list that I want to ask you the same questions
18    about the percentage -- the percentage of revenue
19    that is attributable to these different factors
20    and then your support for that. So I'll -- I'll
21    list them, and if we have to go through them one
22    at a time, let me know; brand recognition, ability
23    to maintain strong financial ratings, underwriting
24    expertise, business infrastructure, global
25    presence, price, product offerings, scope and type

Page 57
1    of distribution system, customer service quality,
2    and use of technology.
3        So for that -- that bucket of factors, can
4    you tell me what percent of Federal's revenues are
5    attributable to those different elements?
6 A. I don't think I have a specific percentage for
7    each of those.
8 Q. Do you have a specific percentage for any of them?
9 A. Not committed to memory. There might be a
10    document somewhere that measures something like
11    that, but I can't give you anything off the top of
12    my head.
13 Q. Do you believe those things, those aspects of
14    Federal's business attribute to the revenue?
15 A. I don't understand your question. What do you
16    mean attribute to?
17 Q. Is Federal's revenue -- couldn't identify a
18    percentage, but is Federal's revenue in general
19    attributed to all of those factors I just listed?
20 A. I don't know what you mean by attributed to there.
21    That sounds like an easy enough word, but that can
22    be, like, a term of art in my field. So it's --
23    it would be easier if you use a different word for
24    me.
25 Q. Why don't we try just one and see if we can work

Page 58

1 through it. So brand recognition.
2 A. Yes.
3 Q. Do you believe that any of Federal's revenue is
4   attributed to brand recognition?
5 A. Attributable to? Toward it? What do you mean?
6   Why did you say attributed to in the past tense?
7   That's a weird -- that's weird to me.
8 Q. I can use attributable.
9 A. Okay.
10 Q. Brand recognition. Are any of Federal's revenues
11   attributable to brand recognition?
12 A. Yes.
13 Q. And do you know a specific percent?
14 A. I can't tell you a specific number.
15 Q. And what is your support for your opinion that
16   Federal -- Federal's revenues are attributable to
17   brand recognition?
18 A. Well, there's two things fundamentally. First
19   that Chubb and ACE are two very highly regarded
20   brands, and my experience is that in a field like
21   this that you can -- it's possible to identify a
22   specific value that's attributable to a brand, or
23   to brands like those, and second, Chubb just went
24   through a re-branding effort, and I just read
25   about it recently where Chubb's management talked

Page 59

1   about the value expects to create from that brand
2   and the refinement on the Chubb side, and the
3   integration of the ACE business, and the reasons
4   why it -- it did that relate to revenues, and
5   that's described at length in documents that I've
6   seen.
7 Q. So the next subject is the ability to maintain
8   strong financial ratings. Is it your opinion that
9   Federal's revenues are attributable to the ability
10   to maintain strong financial ratings?
11 A. Yes.
12 Q. Do you have a percentage?
13 A. No. I can't give you a percentage. Not right --
14   sitting right here. If I was tasked with doing
15   that, I might be able to.
16 Q. And what is your support for that opinion, that
17   Federal's revenues are attributable to the ability
18   to maintain strong financial ratings?
19 A. Well, it's how the business works, and I think
20   that there's some examples from my experience
21   where if you're an insured you can be required to
22   obtain insurance from a company that has a certain
23   rating. That wouldn't be unusual for me to see in
24   a contract, and that's consistent with how Federal
25   describes its business in a variety of places that

Page 60

1   I've seen.
2 Q. The next is underwriting expertise. Are Federal's
3   revenues attributable to underwriting expertise?
4 A. Yes.
5 Q. Do you have a percent?
6 A. No.
7 Q. And what is your support for that opinion?
8 A. It's from understanding how the business works
9   fundamentally is -- and the different sources that
10   I gave you for each of the other categories would
11   probably apply to this category as well.
12 Q. If you were tasked with trying to figure out a
13   percentage of the revenues that were attributable
14   to underwriting expertise, how would you go about
15   doing that?
16 A. At the highest level, I would use the tools that I
17   have in my -- my toolbox as a valuation expert,
18   and those -- in the toolbox, there's three big
19   bins that I put the tools into.
20     One would be what I'll call income
21   approach, that bin. The other one would be the
22   cost approach, and the -- the third would be the
23   market approach, and I would think about what
24   tools are available under each of those bins.
25     Under the income approach, I would -- I'm

Page 61

1   inclined to say that's probably going to be the
2   best fit here, and surveys would be -- would be
3   one way to do it. I think I could do some
4   comparisons using statistics between companies
5   that have different ratings and see if there's a
6   correlation between ratings changes and revenues.
7     That's just off the top of my head how I
8   would go about doing -- solving that problem.
9 Q. Business infrastructure. Is it your opinion that
10   Federal's business structure -- strike that. Let
11   me ask it again. Are Federal's revenues
12   attributable to its business structure?
13 A. You said business infrastructure, and then you
14   said business structure. Which one do you mean?
15 Q. I mean infrastructure. I get so flummoxed trying
16   to say attributable that I can't say it. Go
17   ahead.
18 A. I don't understand your question. I don't think
19   that was a question.
20 Q. Are Federal's revenues attributable to business
21   infrastructure?
22 A. Maybe.
23 Q. Are Federal's revenues attributable to its global
24   presence?
25 A. Yes.

16 (Pages 58 - 61)

Page 62

1  Q.  And can you identify the percent of Federal's
2      revenues that are attributable to its global
3      presence?
4  A.  I can't give you a specific number as I sit here
5      right now.
6  Q.  If you were asked to try to come up with a
7      specific number, how would you go about doing
8      that?
9  A.  I'd get my toolbox out that I just described for
10     you, has three big compartments in it, and then
11     think about what specific tools within each
12     compartment or which compartment I would try to
13     use and.
14 Q.  And what is your support for your opinion that
15     Federal's revenues are attributable to its global
16     presence?
17 A.  Because there are businesses that operate globally
18     and they require global insurance companies,
19     global coverage, and I think that if somehow
20     Federal artificially -- this is very artificial by
21     the way in the case of Federal and its companies,
22     was only able to operate in one geography, then
23     there would be -- I'd have to do some thinking
24     about what the impact is of that, and my
25     experience is that having worked for a global

Page 63

1      company and observed the globalization trends,
2      particularly as they affect the United States,
3      that's a consideration in the real world.
4  Q.  And price and product offerings; do you have an
5      opinion as to whether Federal's revenues are
6      attributable to prices and product offerings?
7  A.  Yes.
8  Q.  And can you identify a percentage of Federal's
9      revenues that are attributable to price and
10     product offerings?
11 A.  Not that broadly as I sit here right now.
12 Q.  If you were tasked with figuring out a percentage,
13     how would you go about doing that?
14 A.  I would get out the toolbox and think about the
15     tools in each compartment that I would use.
16 Q.  And what is your support for your opinion that
17     Federal's revenues are attributable to its product
18     offerings and their prices?
19 A.  Well, let's address each one.  The first one,
20     product offerings, your -- it's such a circular --
21     what's the word?  It's self-referencing or
22     tautology.  If you -- you need product offerings
23     to generate revenues.  So that's the first one,
24     and then the second one, pricing, that's an issue
25     that I'm always interested in studying.  Price

Page 64

1      elasticity and demand is, like, one of the
2      fundamental considerations as a -- as a
3      financial/economic expert that I -- I'm interested
4      in understanding anytime I assess a business and
5      measuring when it's appropriate.
6  Q.  Thinking about the insurance industry
7      specifically, is there anything -- anything else
8      that -- beyond the fact that you need products to
9      sell to make money?  Is there any other support
10     for your opinion that Federal's product offerings
11     the revenues are attributable to Federal's product
12     offerings?
13 A.  Sure.
14 Q.  And what's that?
15 A.  Well, another thing that comes to mind is I can
16     draw on my own experience when I was in industry
17     one of the things I was responsible for was
18     managing and procuring property casualty --
19     property and casualty insurance, and I -- I can
20     remember that figuring out the different vendors
21     and their relationships with brokers and how
22     things were underwritten was an important part of
23     that decision-making process, and I actually -- I
24     can remember taking -- I actually took a week once
25     to take a deep dive and learn all about that

Page 65

1      stuff.  I went to the Lloyd's Market in London,
2      and toured that, and interviewed people, and tried
3      to learn as much as I could because it was an
4      important part of our business.  So I have a very
5      good understanding I think of how that -- how that
6      works.
7          The product offerings and mix, and having a
8      different sources for different products can be
9      important.  Sometimes it would make sense to have
10     multiple services and products purchased from one
11     underwriter and broker, and sometimes it would
12     make sense to -- to split that stuff up.  That's
13     important.
14 Q.  So you mentioned a trip to Lloyd's in London; is
15     that right?
16 A.  Sure.  Yeah.  I did.  I mentioned that.
17 Q.  For what purpose?
18 A.  I was trying to give some color to my answer and
19     what I was remembering about how I learned that
20     products -- different products are important.
21 Q.  And -- and what was the purpose of this trip?
22 A.  To learn how -- I mean, that's a market that's
23     been around for literally centuries, and to learn
24     how the industry has developed over the years.
25 Q.  And was there a particular -- was there a

Page 210

```
 1       DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
 2
     ASSIGNMENT REFERENCE NO: 3404762
 3   CASE NAME: Fair Isaac Corporation v. Federal Insurance Company
     DATE OF DEPOSITION: 6/28/2019
 4   WITNESS' NAME: Chris Bakewell
 5       In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
 6   my testimony or it has been read to me.
 7       I have made no changes to the testimony
     as transcribed by the court reporter.
 8
         07/26/19                WCBakewell
 9   Date           Chris Bakewell
10       Sworn to and subscribed before me, a
     Notary Public in and for the State and County,
11   the referenced witness did personally appear
     and acknowledge that:
12
         They have read the transcript;
13       They signed the foregoing Sworn
             Statement; and
14       Their execution of this Statement is of
             their free act and deed.
15
         I have affixed my name and official seal
16
     this  26th  day of  July        , 20 19 .
17
              Michelle L. Norman
18   Notary Public
19       02/29/20
     Commission Expiration Date
20
21
22
23                  MICHELLE L. NORMAN
24                  Notary Public State of Texas
25                  Comm. Expires 02 29 2020
                    Notary ID 126430548
```

Page 211

```
 1       DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
 2
     ASSIGNMENT REFERENCE NO: 3404762
 3   CASE NAME: Fair Isaac Corporation v. Federal Insurance Company
     DATE OF DEPOSITION: 6/28/2019
 4   WITNESS' NAME: Chris Bakewell
 5       In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
 6   my testimony or it has been read to me.
 7       I have listed my changes on the attached
     Errata Sheet, listing page and line numbers as
 8   well as the reason(s) for the change(s).
 9       I request that these changes be entered
     as part of the record of my testimony.
10
         I have executed the Errata Sheet, as well
11   as this Certificate, and request and authorize
     that both be appended to the transcript of my
12   testimony and be incorporated therein.
13   07/26/19                  WCBakewell
     Date            Chris Bakewell
14
         Sworn to and subscribed before me, a
15   Notary Public in and for the State and County,
     the referenced witness did personally appear
16   and acknowledge that:
17       They have read the transcript;
         They have listed all of their corrections
18           in the appended Errata Sheet;
         They signed the foregoing Sworn
19           Statement; and
         Their execution of this Statement is of
20           their free act and deed.
21       I have affixed my name and official seal
22   this  26th  day of  July       , 20 19 .
23           Michelle L. Norman
     Notary Public
24
         02/29/20
25   Commission Expiration Date
```

Page 212

```
 1                  ERRATA SHEET
         VERITEXT LEGAL SOLUTIONS MIDWEST
 2       ASSIGNMENT NO: 3404762
 3   PAGE/LINE(S) /   CHANGE      /REASON
 4   _____
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____

20   Date            Chris Bakewell
21   SUBSCRIBED AND SWORN TO BEFORE ME THIS ____
22   DAY OF _____, 20____ .
23   _____
         Notary Public
24
     _____
25       Commission Expiration Date
```

Deposition of W  Christopher Bakewell, June 28, 2019

**Corrections and Clarifications to Deposition**

| Location | Original | Corrected |
| --- | --- | --- |
| 53:5 | the understanding that I gained is | the understanding that I gained |
| 59:1 | about the value expects to create | about the value it expects to create |
| 62:10 | you, has three big compartments in it | you, which has three big compartments in it |
| 62:19 | global coverage, | to offer global coverage, |

*HIGHLY CONFIDENTIAL OUTSIDE ATTORNEYS EYES ONLY*