# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER GRANTING

This matter is before the Court on Plaintiff Fair Isaac Corporation's Motion in Limine No. 4 to Exclude Speculative Evidence Relating to Factors, Other than Infringement, that Allegedly Contribute to Defendant's Gross Written Premium (Dkt. No. 956.) Upon consideration of FICO's motion and all of the files, records and proceedings herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. Evidence regarding factors that allegedly contribute to the infringing revenue without showing that each factor contributes to the sale of that insurance and without quantification of the extent each matching factor contributes is excluded.

**IT IS SO ORDERED.**

Dated:

_____
Judge David T. Schultz
Magistrate Judge