# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF PAIGE STRADLEY IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN LIMINE NO. 5 TO PRECLUDE DEFENDANTS FROM INTRODUCING TESTIMONY THAT EXCEEDS THE SCOPE OF THAT IDENTIFIED IN FEDERAL'S INITIAL DISCLOSURES OR OTHERWISE <u>DISCLOSED</u>**

I, Paige Stradley, declare as follows:

1.      I am a partner with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2.      I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Memorandum of Law in Support of its Motion in Limine No. 5 to Preclude Defendants from Introducing Testimony that Exceeds the Scope of that Identified in Federal's Initial Disclosures or Otherwise Disclosed.

3.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Federal Insurance

Company's Rule 26(a)(1) Second Supplemental Disclosures, served on March 22, 2019.

4.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Defendants'

Witness List, filed on January 6, 2023.

5.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Federal Insurance

Company's Second Supplemental Answers to Interrogatory Nos. 2, 3, and 4, served on

May 25, 2018.

6.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Federal Insurance

Company's Supplemental Answers to Plaintiff's First Set of Interrogatories, served on

June 15, 2017.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: January 13, 2023              /s/ Paige Stradley
                                           Paige Stradley


2