# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

FAIR ISAAC CORPORATION,  Court File No. 16-cv-1054 (WMW/DTS)

    Plaintiff,

  v.

FEDERAL INSURANCE COMPANY,  **DEFENDANTS' WITNESS LIST**
an Indiana corporation, and ACE
AMERICAN INSURANCE COMPANY,
a Pennsylvania corporation,

    Defendants.

---

Pursuant to the Trial Notice and Final Pretrial Order (ECF No. 923), Defendants Federal Insurance Company and ACE American Insurance Company submit the following witness list:[1]

    A.    **FACT WITNESSES**

Federal and ACE may present testimony from the following fact witnesses:

| Witness Name | Presentation | Summary of Testimony |
|---|---|---|
| Sean Baseman | Live | Sean Baseman is expected to testify about use of Blaze by insurance companies. |
| Mark Berthiaume | Deposition | Mark Berthiaume is expected to testify about software-license agreements, 2006 license negotiations, and the scope and terms of the Enterprise License Agreement[2] and/or other related agreements. |

---

[1] In providing this initial witness list, Federal and ACE do not waive the objections reflected in their anticipated *in limine* motions, or any future objections, regarding the admissibility of certain testimony or exhibits. This initial witness list does not include witnesses that Federal and ACE may call solely (i) for impeachment purposes or in rebuttal, or (ii) to authenticate documents. This initial list does not reflect the order in which witnesses will be called. Federal and ACE reserve the right to (i) call or cross examine any witness on FICO's witness list, and any witnesses necessary for impeachment or rebuttal, and (ii) amend or supplement this initial list, as provided for in the Final Pretrial Order (ECF No. 923).

[2] "Enterprise License Agreement" includes the Software License and Maintenance Agreement dated June 30, 2006, Amendment One dated August 1, 2006, and Amendment Two dated December 28, 2006.

1

| Witness Name | Presentation | Summary of Testimony |
|---|---|---|
| Jim Black | Live | Jim Black is expected to testify about software-license agreements, 2006 license negotiations, and the scope and terms of the Enterprise License Agreement and/or other related agreements. |
| Jandeen Boone | Live | Jandeen Boone is expected to testify about her position as an attorney at FICO and Blaze license negotiations and license agreements, 2006 license negotiations, and the scope and terms of the Enterprise License Agreement and/or other related agreements. |
| Thomas Carretta | Live | Thomas Carretta is expected to testify about Blaze license negotiations and license agreements, Federal's alleged breach of the Enterprise License Agreement, and FICO's response to the merger and its purported termination of the Enterprise License Agreement. |
| Oliver Clark | Deposition | Oliver Clark is expected to testify about use of Blaze in Europe, the scope and terms of the Enterprise License Agreement and/or other related agreements, and FICO's purported termination of the Enterprise License Agreement. |
| Phil Folz | Live | Phil Folz is expected to testify about software-license agreements, 2006 license negotiations, and the scope and terms of the Enterprise License Agreement and/or other related agreements. |
| Ellen Garnes | Live | Ellen Garnes is expected to testify about workflow and use of Blaze. |
| Claudio Ghislanzoni | Live | Claudio Ghislanzoni is expected to testify about software-license agreements, the development of applications, use and replacement of Blaze, and information-technology infrastructure. |
| David Gibbs | Live | David Gibbs is expected to testify about software-license agreements, the scope and terms of the Enterprise License Agreement and/or other related agreements, and the use of Blaze in Europe. |
| Kevin Harkin | Live | Kevin Harkin is expected to testify about Defendants' financials, the factors that contribute to revenue generation and profit, and use of Blaze. |
| Russell Hodey | Live | Russell Hodey is expected to testify about the alleged use of Blaze in Australia. |
| Pamela Lopata | Live | Pamela Lopata is expected to testify about the Defendants' corporate structure, and the Chubb & Son division. |
| Henry Mirolyuz | Live or By Deposition | Henry Mirolyuz will testify about software-license agreements, use of Blaze, and information-technology infrastructure. |

2

| Witness Name | Presentation | Summary of Testimony |
|---|---|---|
| Ramesh Pandey | Live | Ramesh Pandey is expected to testify about software-license agreements, use and replacement of Blaze, and information-technology infrastructure. |
| Tamra Pawloski | Live | Tamra Pawloski is expected to testify about post-merger communications with FICO, use of Blaze, vendor-management processes, and mergers, acquisitions, and other changes in control. |
| Michael Sawyer | Live | Michael Sawyer is expected to testify about Blaze license negotiations and license agreements, the scope and terms of the Enterprise License Agreement and/or other related agreements, his knowledge of the parties' relationship and communications, and FICO's response to the merger and its purported termination of the Enterprise License Agreement. |
| Michael Schraer | Live | Michael Schraer is expected to testify about the use of Blaze and business, sales and underwriting practices, and the factors that contribute to revenue generation and profit. |
| Russell Schreiber | Live | Russell Schreiber is expected to testify about Blaze license negotiations and license agreements, 2006 license negotiations, the scope and terms of the Enterprise License Agreement and/or other related agreements, and FICO's response to the merger and its purported termination of the Enterprise License Agreement. |
| Paul Seeley | Live | Paul Seeley is expected to testify about Federal's information-technology infrastructure and applications used by Defendants. |
| Ewen Setti | Live | Ewen Setti is expected to testify about Blaze use in Europe. |
| Patrick Sullivan | Live | Patrick Sullivan is expected to testify about 2006 license negotiations, the scope and terms of the Enterprise License Agreement and/or other related agreements, and use of Blaze. |
| Jonathan Taylor | Live | Jonathan Taylor is expected to testify about Defendants' and their affiliates' corporate structure and Blaze service and maintenance agreements. |
| Alissa Theberge | Live | Alissa Theberge is expected to testify about the use of Blaze, Defendants' business, sales, and underwriting processes, and the factors that contribute to revenue generation and profit. |
| Zorica Todorovic | Deposition | Zorica Todorovic is expected to testify about global use of software applications, use of Blaze in Canada, and alleged third-party use of Blaze. |

3

| Witness Name | Presentation | Summary of Testimony |
|---|---|---|
| William Waid | Live | William Waid is expected to testify about Blaze license negotiations and license agreements, the scope and terms of the Enterprise License Agreement and/or other related agreements, his knowledge of the parties' relationship and communications, FICO's response to the merger and its purported termination of the Enterprise License Agreement, and FICO's alleged damages. |
| Lawrence Wachs | Deposition | Lawrence Wachs is expected to testify about 2006 license negotiations, and the scope and terms of the Enterprise License Agreement and/or other related agreements. |

B. **EXPERT WITNESSES**

Federal and ACE may present live testimony from the following expert witnesses:

| Witness Name | Presentation | Summary of Testimony |
|---|---|---|
| Christopher Bakewell | Live | Christopher Bakewell is expected to testify about the opinions disclosed in his reports and deposition testimony. |
| Steven Kursh | Live | Steven Kursh is expected to testify about the opinions disclosed in his reports and deposition testimony. |
| William McCarter | Live | William McCarter is expected to testify about the opinions disclosed in his reports and deposition testimony. |

4

Dated: January 6, 2023

*/s/ Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#399444)
pvang@fredlaw.com

**Fredrikson & Byron, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

Leah Godesky (Admitted *Pro Hac Vice*)

**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
lgodesky@omm.com

***Attorneys for Federal Insurance Company and ACE American Insurance Company***