# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,
a Delaware corporation,

                    Plaintiff(s),

vs.                                                      Case No. 16-cv-1054 (DTS)

FEDERAL INSURANCE
COMPANY, and ACE AMERICAN
INSURANCE COMPANY,

                    Defendant(s).

## MEET-AND-CONFER STATEMENT

I, Paige Stradley, representing the Plaintiff, Fair Isaac Corporation, hereby certify that:

I met and conferred with the opposing party by:

    Meeting with: Roxana Guidero, Anton Metlitsky, Leah Janus and Jordan Ascher
    (party/parties or attorney/attorneys you met with)

    On: Thursday, January 12, 2023 (date you met and conferred)

    Discussing the following motion:

    Plaintiff Fair Isaac Corporation's Motion in Limine (No. 5) to Preclude Defendants from Introducing Testimony that Exceeds the Scope of that Identified in Federal's Initial Disclosures or Otherwise Disclosed
    (name of motion discussed).

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

        X    Do **not** agree on the resolution of any part of the motion.

        ☐    Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Signed this 13th day of January, 2023.

|   |   |
|---|---|
| Signature of Party | /s/ Paige Stradley |
| Mailing Address | MERCHANT & GOULD P.C.<br>150 South Fifth Street<br>Suite 2200<br>Minneapolis, MN  55402 |
| Telephone Number | (612) 332-5300 |

Note:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).