UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendants. | Case No. 16-cv-1054 (DTS) |

## [PROPOSED] ORDER GRANTING

This matter is before the Court on Plaintiff Fair Isaac Corporation's Motion in Limine No. 5 to Preclude Defendants from Introducing Testimony that Exceeds the Scope of that Identified in Federal's Initial Disclosures or Otherwise Disclosed (Dkt. No. 962.) Upon consideration of FICO's motion and all of the files, records and proceedings herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. Defendants Federal Insurance Company and ACE American Insurance Company are hereby precluded from relying on testimony that goes beyond the scope of subject matter identified in Federal's Initial Disclosures or otherwise disclosed and which Plaintiff's memorandum of law identified as new subject matter.

**IT IS SO ORDERED.**

Dated: _____

_____
Judge David T. Schultz
Magistrate Judge