# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | **MOTION *IN LIMINE* REGARDING FICO'S PRESENTATION OF EVIDENCE ON ITS ALLEGED ACTUAL DAMAGES** |
| Defendants. | |

Defendants Federal Insurance Company and ACE American Insurance Company move for the Court to exclude certain evidence regarding FICO's presentation of its alleged actual damages. This motion is based on the accompanying memorandum of law, and declarations and exhibits to be filed with the Court in accordance with Local Rule 7.1 for the District of Minnesota and guidance from the Court, as well as the arguments of counsel at the time of the hearing, and all of the files, records, and proceedings herein.

Dated:  January 13, 2023                         *s/ Terrence J. Fleming*
                                                 Terrence J. Fleming (#0128983)
                                                 tfleming@fredlaw.com
                                                 Leah C. Janus (#0337365)
                                                 ljanus@fredlaw.com
                                                 Christopher D. Pham (#0390165)
                                                 cpham@fredlaw.com
                                                 Ryan C. Young (#0397751)
                                                 ryoung@fredlaw.com
                                                 Panhia Vang (#399444)
                                                 pvang@fredlaw.com

                                                 **Fredrikson & Byron, P.A.**
                                                 200 South Sixth Street, Suite 4000
                                                 Minneapolis, MN  55402-1425
                                                 (612) 492-7000 (tel.)
                                                 (612) 492-7077 (fax)

                                                 Leah Godesky (Admitted Pro Hac Vice)

                                                 **O'Melveny & Myers LLP**
                                                 Times Square Tower
                                                 7 Times Square
                                                 New York, NY 10036
                                                 (212) 326-2000
                                                 lgodesky@omm.com

                                                 ***Attorneys for Federal Insurance Company and ACE American Insurance Company***