UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br>       Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY, a<br>Pennsylvania corporation,<br><br>       Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br>**STATEMENT INSTEAD OF REDACTED DOCUMENT** |

Defendants Federal Insurance Company ("Federal") and Ace American Insurance Company ("ACE") (collectively, "Defendants"), in connection with their Memorandum in Support of Defendants' Motion *in limine* Regarding FICO's Presentation of Evidence on Its Alleged Actual Damages submit Exhibits 3-11, and 13-14, to the Declaration of Leah Godesky in Support of this Motion under seal, which contain information designated as "confidential" under the Court's Protective Order [Doc. No. 44]. Defendants now file this Statement Instead of Redacted Document because large portions of these documents are confidential and redaction is impracticable.

| | |
|---|---|
| Dated:  January 13, 2023 | *s/ Terrence J. Fleming* <br> Terrence J. Fleming (#0128983) <br> tfleming@fredlaw.com <br> Leah C. Janus (#0337365) <br> ljanus@fredlaw.com <br> Christopher D. Pham (#0390165) <br> cpham@fredlaw.com <br> Ryan C. Young (#0397751) <br> ryoung@fredlaw.com <br> Panhia Vang (#399444) <br> pvang@fredlaw.com <br><br> **Fredrikson & Byron, P.A.** <br> 200 South Sixth Street, Suite 4000 <br> Minneapolis, MN  55402-1425 <br> (612) 492-7000 (tel.) <br> (612) 492-7077 (fax) <br><br> Leah Godesky (Admitted Pro Hac Vice) <br><br> **O'Melveny & Myers LLP** <br> Times Square Tower <br> 7 Times Square <br> New York, NY 10036 <br> (212) 326-2000 <br> lgodesky@omm.com <br><br> ***Attorneys for Federal Insurance Company and ACE American Insurance Company*** |