UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fair Isaac Corporation,

        Plaintiff(s),

vs.                        Case No. 16-CV-1054 (WMW/DTS)

Federal Insurance Company, an Indiana
Corporation, and ACE American Insurance
Company, a Pennsylvania Corporation,

        Defendants.

## MEET-AND-CONFER STATEMENT

I, Leah C. Janus, representing the Defendants, hereby certify that:

I and my colleagues Roxana Guidero, Jordan Peter Ascher, and Anton Metlitsky met and conferred with the opposing party by: video conference

    Meeting with: Heather Kliebenstein and Paige Stradley

    On: January 12, 2023

    Discussing the following motions:

    Defendants' Motion *in limine* to Regarding FICO's Presentation of Evidence on Its Alleged Actual Damages;
    Defendants' Motion *in limine* to Regarding Neil Zoltowski's Testimony on FICO's Alleged Actual Damages;
    Defendants' Motion *in limine* to Exclude Certain Testimony of Thomas Carretta; and
    Defendants' Motion *in limine* to Preclude Unfairly Prejudicial Arguments and Evidence Regarding Their Status as Insurance Companies

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

      **X**  Do **not** agree on the resolution of any part of the motions.

         Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Dated:  January 13, 2023                    *s/ Leah C. Janus*
                                             Terrence J. Fleming (#0128983)
                                             tfleming@fredlaw.com
                                             Leah C. Janus (#0337365)
                                             ljanus@fredlaw.com
                                             Christopher D. Pham (#0390165)
                                             cpham@fredlaw.com
                                             Ryan C. Young (#0397751)
                                             ryoung@fredlaw.com
                                             Panhia Vang (#399444)
                                             pvang@fredlaw.com

                                             **Fredrikson & Byron, P.A.**
                                             200 South Sixth Street, Suite 4000
                                             Minneapolis, MN  55402-1425
                                             (612) 492-7000 (tel.)
                                             (612) 492-7077 (fax)

                                             Leah Godesky (Admitted Pro Hac Vice)

                                             **O'Melveny & Myers LLP**
                                             Times Square Tower
                                             7 Times Square
                                             New York, NY 10036
                                             (212) 326-2000
                                             lgodesky@omm.com

                                             ***Attorneys for Federal Insurance Company and ACE American Insurance Company***