EXHIBIT 12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,

     Plaintiff,

v.

FEDERAL INSURANCE COMPANY, and
ACE AMERICAN INSURANCE COMPANY

     Defendants.

Case No. 16-CV-1054(WMW/DTS)

**SUPPLEMENTAL EXPERT REPORT
OF NEIL J. ZOLTOWSKI
WITH RESPECT TO DAMAGES**

Respectfully submitted this 3rd day of August, 2020

_____
Neil J. Zoltowski

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT
**12**

## TABLE OF CONTENTS

I.  PRIOR OPINIONS ................................................................................................... 1

II.  BASIS FOR SUPPLEMENTING PRIOR OPINIONS .............................................. 2

III.  SUMMARY OF SUPPLEMENTAL OPINIONS ....................................................... 2

## LIST OF SCHEDULES

| Schedule Number | Description |
|---|---|
| Supplemental 1.0 | Curriculum Vitae of Neil J. Zoltowski |
| Supplemental 2.0 | Documents Considered |
| Supplemental 3.0 | Summary of Opinions |
| Supplemental 8.0 | Summary of Defendants' Domestic Gross Written Premiums |
| Supplemental 8.1 | Defendants' Domestic Gross Written Premiums - Damages Period (March 31, 2016 to December 31, 2016) |
| Supplemental 8.2 | Defendants' Domestic Gross Written Premiums - Damages Period (January 1, 2017 to May 2020) |
| Supplemental 9.0 | Summary of Federal's Foreign Gross Written Premiums |
| Supplemental 10.3 | Summary of Domestic Gross Written Premiums by Application - Defendants, Subsidiaries and Pooling Entities |
| Supplemental 10.4 | Summary of Domestic Gross Written Premiums by Application - Defendants Only |
| Supplemental 10.5 | Summary of Domestic Gross Written Premiums by Application - Defendants and Subsidiaries |
| Supplemental 10.6 | Summary of Domestic Gross Written Premiums by Application - Defendants Pooling Entities Only |
| Supplemental 11.3 | Summary of Foreign Gross Written Premiums by Application - Federal, Subsidiaries and Pooling Entities |
| Supplemental 12.0 | Consolidated Gross Written Premium Detail |
| Supplemental 13.2 | Writing Company Categorization - Defendants, Subsidiaries and Pooling Entities |
| Supplemental 13.3 | Writing Company Categorization - Defendants and Subsidiaries |
| Supplemental 13.4 | Writing Company Categorization - Defendants Pooling Entities Only |

ii

| Schedule Number | Description |
|---|---|
| Supplemental 14.6 | Summary of Post-Acquisition Federal Subsidiaries as of December 31, 2019 |
| Supplemental 15.4 | Summary of Post-Acquisition ACE American Subsidiaries as of December 31, 2019 |
| Supplemental 16.0 | Summary of Defendants' Intercompany Pooling Arrangements |
| Supplemental 19.0 | Comparison of Gross Written Premium Revenue Generated Through Applications Using Blaze Advisor and Chubb Limited Entity (Consolidated) |

**SUPPLEMENTAL EXPERT REPORT OF N. ZOLTOWSKI**          **CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**CASE NO. 16-CV-1054 (WMW/DTS)**

## I.   PRIOR OPINIONS

1.      I previously submitted the Expert Report of Neil J. Zoltowski with Respect to Damages ("Initial Report") in this matter on April 19, 2019, and except as reflected herein, my prior opinions have not changed.  In my Initial Report, I assessed and quantified the economic damages sustained by FICO and the improper economic benefits realized by the Defendants, assuming the Defendants are found liable for the alleged wrongful acts described in, among other things, FICO's Second Amended Complaint, including claims for breach of contract and copyright infringement.

2.      Specifically, I concluded in my Initial Report that FICO has lost deployment license, development seat license, and support and maintenance fees totaling $37.4 million from Defendants' unlicensed and unauthorized use of Blaze Advisor between April 2010 and December 2019.  This includes $16.1 million in fees for Defendants' unauthorized use of Blaze Advisor in the United States and $21.3 million for lost fees in Canada, Australia, the United Kingdom, and certain other countries in the European zone.[1]  I understand the Court issued an Order on March 23, 2020 excluding my opinions related to these actual damages (i.e., lost license fees) suffered by FICO as a result of Defendants' wrongful acts.[2]

3.      I also concluded in my Initial Report that FICO may be entitled to disgorge Defendants' profits for written premiums generated using Blaze Advisor software totaling $30.9 billion from Defendants' unauthorized use, reproduction, and distribution of Blaze Advisor between April 2013 and March 2019.  This includes $28.4 billion of gross written premiums generated in the United States and $2.5 billion of gross written premiums generated by certain foreign entities that used Blaze Advisor in Canada, Australia, the United Kingdom, and certain other countries in the European zone.[3]

4.      Additionally, I previously submitted the Reply Expert Report of Neil J. Zoltowski with Respect to Damages ("Reply Report") on May 31, 2019. In my Reply Report, I reviewed, evaluated and responded to the analyses and opinions set forth by W. Christopher Bakewell, Defendants' damages expert, in his report dated May 17, 2019 ("Bakewell Report"). In my Reply

---

[1] Initial Report at 38-39, par. 110-111 and **Supplemental Schedule 3.0**.

[2] Order, dated March 23, 2020 at 30-32.

[3] Initial Report at 38-39, par. 110-111 and **Supplemental Schedule 3.0**.

**SUPPLEMENTAL EXPERT REPORT OF N. ZOLTOWSKI**          **CONFIDENTIAL – ATTORNEYS' EYES ONLY**
**CASE NO. 16-CV-1054 (WMW/DTS)**

Report, I also reviewed, evaluated, and responded to the analyses and opinions set forth by Steven R. Kursh, Defendants' licensing expert, in his report dated May 17, 2019 ("Kursh Report") that were responsive to my Initial Report.

5.     Furthermore, I provided deposition testimony in this case regarding my opinions with respect to damages on June 14, 2019.

## II.     BASIS FOR SUPPLEMENTING PRIOR OPINIONS

6.     Since the issuance of my Initial Report and Reply Report, I understand Bick Whitener, an insurance industry expert on behalf of FICO, issued a supplemental report dated May 8, 2020.[4]

7.     Recently, I received Defendants' supplemental answers to FICO's interrogatories that were submitted in June 2020 and July 2020, which included updated data related to gross written premiums for each of the Defendants' companies which utilized the Blaze Advisor software in connection with pricing and binding insurance policies.[5]   Specifically, these recently submitted interrogatory responses:  (i) report gross written premiums for the accused domestic applications using Blaze Advisor starting in 2016 and thereafter; (ii) report gross written premiums for the accused applications using Blaze Advisor in Canada, Australia, the United Kingdom, and certain other European countries starting from the date of first use and thereafter; and (iii) identify the removal date of the Blaze Advisor software component from the accused domestic and foreign applications.

8.     My work on this matter is on-going.  This report summarizes my opinions based on the documents produced and testimony given to date in this matter.  If additional information is produced, I may modify or supplement my analyses and opinions.

## III.     SUMMARY OF SUPPLEMENTAL OPINIONS

9.     Based on the additional information described above and produced subsequently to my Initial Report and Reply Report, FICO may be entitled to disgorge Defendant's profits from written

---

[4] Supplemental Expert Report of R. Bickley (Bick) Whitener, dated May 8, 2020.
[5] Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020; Defendants' Sixth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated June 17, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020.

premiums generated using Blaze Advisor.[6]  In addition, I have been asked by counsel to make the following adjustments:

- The calculation of Defendants' profits from using, reproducing, and distributing Blaze Advisor includes written premiums from all entities reported per Defendants' interrogatory responses that are either the Defendants, subsidiaries of the Defendants, and/or participate in a pooling arrangement with the Defendants.

- FICO may be entitled to disgorge the profits from written premiums generated by certain foreign entities that use Blaze Advisor in Canada, Australia, the United Kingdom, and certain other European countries starting in September 6, 2013.  I understand Federal has admitted distribution of Blaze Advisor 7.1 as of September 6, 2013.[7]

- I have added the written premiums generated by the ADAPT application, which uses the Blaze Advisor software in the United Kingdom, for the Chubb Specialty Insurance, Chubb Commercial Insurance and Accident and Health business units.[8]

- I understand the Defendants dispute whether certain applications used the Blaze Advisor software. Accordingly, I have separately identified the disputed applications in my analysis, which shows the extent the written premiums connected to the use of Blaze Advisor is disputed and not disputed.

- Lastly, I have included a comparative analysis of the written premiums generated with the use of Blaze Advisor with the consolidated written premiums reported by Chubb Limited.  (See **Supplemental Schedule 19.0**.)

10.   In summary, FICO may be entitled to disgorge Defendants' profits from written premiums generated using Blaze Advisor software totaling $37.2 billion from Defendants' unauthorized use, reproduction, and distribution of Blaze Advisor.  (See **Supplemental Schedule 3.0**.)  Between

---

[6] I understand based on the Copyright Act (17 U.S.C. § 504(b)) that: "In establishing the infringer's profits, the copyright owner is required to present proof only of the infringer's gross revenue, and the infringer is required to prove his or her deductible expenses and the elements of profit attributable to factors other than the copyrighted work."  As a result, the damages presented related to copyright infringement damages reflect the dollar amounts associated with the gross written premiums through Defendants' allegedly infringing use of Blaze Advisor.

[7] Deposition of Ramesh Pandey, dated January 22, 2019 ("Pandey 1/22/2019 Deposition") at Exhibit 527; Deposition of Henry Mirolyuz, dated January 11, 2019 ("Mirolyuz 1/11/2019 Deposition") at Exhibit 186 (FED008481_0001-FED008482_0001).)

[8] *See*, generally, Supplemental Expert Report of R. Bickley (Bick) Whitener, dated May 8, 2020 at 4-7; Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated January 21, 2019 at 2-4; Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 18, dated December 14, 2018 at 4.

3

March 31, 2016 and May 2020, Defendants generated gross written premiums in the United States totaling $35.8 billion.[9]   (See **Supplemental Schedules 3.0** and **8.0**.)   Additionally, between September 6, 2013 and October 2019, Federal generated gross written premiums through certain foreign entities that used Blaze Advisor in Canada, Australia, the United Kingdom, and certain other countries in the European zone of $1.4 billion.[10]   (See **Supplemental Schedules 3.0** and **9.0**.)

11.     My computations of Federal's and ACE American's gross written premiums are limited to only those reported by the Defendants for the domestic and foreign applications that utilize the Blaze Advisor software in connection with the issuance of insurance policies.

---

[9] I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the domestic applications.  (FED004437_0001.)  Additionally, Defendants identified per its interrogatory responses that the Blaze Advisor software component was removed from the domestic applications by May 2020. (Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020.)

[10] Defendants identified per its interrogatory responses that the Blaze Advisor software component was removed from the applications used in U.K., Canada, Europe, and Australia by October 2019.  (Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020; Defendants' Sixth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated June 17, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020.)

# SCHEDULES



# Neil Zoltowski

## CLP, CPVA, CVA, MAFF

### Partner

T:  +1 415 848 7603
E: nzoltowski@stoneturn.com

**San Francisco**
One Sansome Street
Suite 700
San Francisco, CA 94104

Neil Zoltowski serves as a consulting and testifying financial expert in complex business disputes, intellectual property litigation, and business and intellectual property valuation matters.

He has more than 20 years of experience in the evaluation and quantification of economic damages in intellectual property disputes, including patent, copyright and trademark infringement, trade secret misappropriation, and false advertising and deceptive trade practices under the Lanham Act, as well as commercial disputes such as breach of contract, breach of fiduciary duty, unfair competition, stock valuation / shareholder disputes and diminution of business value claims.

Neil also brings experience in IP and business valuation matters; has designed and executed compliance inspection programs and royalty audits; and has consulted with clients on licensing issues across a broad range of industries, including biotechnology, computer hardware and software, construction, consumer products and services, Internet and e-Commerce, electronics, insurance, life sciences, manufacturing, medical devices, and telecommunications, among others.

Neil's prior consulting experience includes several years at Deloitte, NERA Economic Consulting, and FTI Consulting.

Neil holds the Certified Valuation Analyst and Master Analyst in Financial Forensics designations from the National Association of Certified Valuation Analysts, the Certified Licensing Professional designation from the Licensing Executives Society, and the Certified Patent Valuation Analyst from the Business Development Academy.

### Education

B.A., Economics,
Trinity College (Phi Beta Kappa, Pi Gamma Mu)

### Practice Areas

Intellectual Property

Litigation

StoneTurn.com



**Neil Zoltowski, CLP, CPVA, CVA, MAFF**                                                      **Partner**

| REPRESENTATIVE INDUSTRY EXPERIENCE | | |
|---|---|---|
| Biotechnology / Life Sciences | E-Commerce / Internet | Mobile Devices |
| Computer Hardware | Electronics | Professional Services |
| Computer Software | Insurance | Semiconductor / Memory Devices |
| Construction | Manufacturing | Telecommunications |
| Consumer Products / Services | Medical Devices | Video Games |

## PREVIOUS EXPERIENCE

- FTI Consulting, Inc., San Francisco, CA (2011-2012)
- StoneTurn Group LLP, San Francisco, CA (2004-2006) / Boston, MA (2006-2011)
- Deloitte & Touche LLP, San Francisco, CA (2001-2004)
- Tucker Alan, Inc. (acquired by Navigant Consulting), San Francisco, CA (2000-2001)
- NERA Economic Consulting, Boston, MA (1996-1999)

## PROFESSIONAL AFFILIATIONS / OTHER

- Member – National Association of Certified Valuation Analysts
- Member – Licensing Executives Society (Chair – Valuation & Pricing Committee)
- Member – Intellectual Property Owners Association (Voting Member – Patent Licensing Committee)
- Future Leaders Program – Greater Boston Chamber of Commerce

## DESIGNATIONS AND CERTIFICATIONS

- Certified Valuation Analyst (CVA) – National Association of Certified Valuation Analysts
- Master Analyst in Financial Forensics (MAFF), Business and Intellectual Property Damages – National Association of Certified Valuation Analysts
- Certified Licensing Professional (CLP) – Licensing Executives Society
- Certified Patent Valuation Analyst (CPVA) – Business Development Academy

## PUBLICATIONS

- "Implications of Recent Court Decisions on the Application of the 'Entire Market Value Rule' to Patent Damages Analysis," ABA Section of Litigation – Intellectual Property Roundtable Outline, November 2010.
- "Supreme Court Paves the Way for Changes to Expert Discovery," Forensic Expert Witness Association Newsletter, Fall 2010.
- "An Estimate of Current Universal Service Obligations and the Likely Impact of Federal and State Universal Service Plans," International Communications Forecasting Conference, June 1998.



**Neil Zoltowski, CLP, CPVA, CVA, MAFF**                                                    **Partner**

## EXPERT DESIGNATIONS AND TESTIMONY

- Great American Insurance Co. of New York and Novartis Pharmaceutical Corp. v. <u>TA Operating Corp., et al.</u>, 2008 (S.D.N.Y., Case No. 06-cv-13230 (WHP)(JCF)) – Report and testifying expert at deposition for travel center defendant in breach of contract dispute involving stolen truckload of pharmaceuticals. Case settled.

- DBEST Products, Inc., et al. v. <u>Staples, Inc., et al.</u>, 2008 (C.D. Cal., Case No. 2:07-cv-04895 (ODW) (MANx)) – Report and testifying expert at deposition for office supply defendant in patent infringement dispute involving wheeled storage carts. Case settled.

- Competitive Edge, Inc., et al. v. <u>Staples, Inc., et al.</u> 2009 (N.D. Ill., Case No. 1:08-cv-00956) – Report and testifying expert at deposition for office supply defendant in design patent and trade dress infringement dispute involving novelty and promotional consumer products. Case dismissed.

- <u>Personnel Department, Inc.</u> v. CareerBuilder, LLC, 2009 (D. Vt., Case No. 2:08-cv-59) – Report and testifying expert at deposition for staffing services plaintiff in trade secret misappropriation dispute involving web-based computer software architecture for the creation of résumés. Case settled.

- Lon Sherman, et al. v. <u>Mark G. Shub, et al.</u>, 2009 (Mass. Superior Court, Case No. 07-2547-BLS) – Expert disclosure for attorney defendant in professional malpractice dispute concerning estate and gift taxes. Case dismissed.

- <u>EMC Corporation</u> v. Proview Technology (Shenzhen) Co., Ltd., et al., 2009 (D. Mass., Case No. 09-40062-FDS) – Report for computer storage hardware plaintiff in tortious interference and unfair competition dispute involving the wrongful use of the plaintiff's trade name. Case settled.

- <u>HTC Sweden AB</u> v. Innovatech Products and Equipment Co., 2009 (E.D. Tenn., Case No. No. 3:07-cv-232 (VARLAN/SHIRLEY)) – Reports for plaintiff in patent infringement dispute involving floor grinding technology and products. Case settled.

- The Associated Press v. <u>One 3 Two, Inc. (d/b/a Obey Clothing)</u>, Shepard Fairey, et al., 2010 (S.D.N.Y., Case No. 1:09-cv-01123 (AKH)) – Report and testifying expert at deposition for co-defendant in copyright infringement involving use of a photograph to create a derivative work for apparel and promotional materials/merchandise. Case settled.

- <u>Fitness Gaming Corporation</u> v. ICON Health & Fitness, Inc., 2011 (E.D. Va., Case No. 1:11-cv-00200 (CMH/IDD)) – Report and testifying expert at deposition for plaintiff in patent infringement dispute involving gaming entertainment and exercise equipment. Case dismissed.



**Neil Zoltowski, CLP, CPVA, CVA, MAFF**                                      **Partner**

---

- Achates Reference Publishing, Inc. v. **Symantec Corporation**, et al., 2013 (E.D. Tex., Case No. 2:11-cv-00294 (JRG-RSP)) – Report for defendant in patent infringement dispute involving software activation technology. Case settled.

- Digital Reg of Texas, LLC v. **Symantec Corporation**, et al., 2014 (N.D. Cal., Case No. 12-cv-01971-CW) – Report and testifying expert at deposition for defendant in patent infringement dispute involving software activation technology. Case settled.

- **Minitab, Inc.** v. EngineRoom, LLC, 2014 (M.D. Pa., Case No. 4:12-cv-02170-JEJ) – Report and testifying expert at deposition on behalf of counterclaim defendant in patent infringement dispute involving statistical analysis software. Case dismissed.

- English & Sons, Inc., et al. v. **Straw Hat Restaurants, Inc., et al.**, 2016 (N.D. Cal., Case No. 3:15-cv-01382-LB) – Report on behalf of counterclaim defendant in Lanham Act dispute involving pizza franchises. Case settled.

- **Top Agent Network, Inc.** v. Zillow, Inc., 2016 (N.D. Cal., Case No. 3:14-cv-04769-RS) – Report on behalf of plaintiff in trade secret misappropriation dispute involving online real estate marketplaces. Case settled.

- Adobe Systems, Incorporated v. **A & S Electronics, Inc., et al.**, 2016 (N.D. Cal., Case No. 4:15-cv-02288 SBA (EDL)) – Report on behalf of defendant in trademark and copyright infringement dispute involving the resale of Adobe software products. Case settled.

- Fusilamp, LLC, et al. v. **Littelfuse, Inc.**, 2017 (American Arbitration Association, Case No. 13-20-1200-2324) – Report and testifying expert at arbitration on behalf of defendant in patent infringement dispute involving blade fuses used in automotive applications. Case adjudicated.

- **Smartling, Inc.** v. Easyling LLC and Skawa Innovation Ltd., 2017 (D. Mass., Case No. 1:14-cv-13106-ADB) – Report and testifying expert at trial on behalf of plaintiff in Lanham Act and unfair competition dispute involving language translation software solutions and services. Case pending.

- **Brooks Automation, Inc.** v. PTB Sales, Inc., 2018 (C.D. Cal., Case No. 2:17-cv-03880-PA-AFM) – Reports on behalf of plaintiff in copyright infringement, trademark infringement, unfair competition, misappropriation of trade secrets, and conversion dispute involving cryogenic technology in the semiconductor manufacturing industry. Case settled.

- Kangaroo Manufacturing, Inc. v. **Amazon.com, Inc.**, 2018 (D. Ariz., Case No. 2:17-cv-01806-SPL) – Report and testifying expert at deposition on behalf of defendant in copyright and trademark infringement dispute related to online retail. Case pending.



SUPPLEMENTAL SCHEDULE 1.0

## Neil Zoltowski, CLP, CPVA, CVA, MAFF                                    Partner

- <u>Positron Systems, Inc.</u> v. Wyle Laboratories, Inc., 2018 (Cal. Super., Case No. BC595462) – Report and testifying expert at deposition and trial on behalf of plaintiff in unfair competition, misappropriation of trade secrets, and breach of contract dispute involving non-destructive testing technology. Case pending.

- Pennies2Platinum, Inc., f/k/a Yagoozon, Inc. v. <u>Amazon, Inc., Amazon Services, LLC, and Amazon Payments, Inc.</u>, 2018 (American Arbitration Association, Case No. 01-17-6003-2625) – Report on behalf of defendant in copyright and trademark infringement dispute related to online retail. Case pending.

- <u>Gavrieli Brands, LLC</u> v. Soto Massini (USA) Corp., et al., 2019 (D. Del., Case No. 18-462-GMS) – Report and testifying expert at trial on behalf of plaintiff in design patent infringement, trade dress infringement, false advertising, and unfair competition dispute involving ballet flat footwear.  Case pending.

- <u>Fair Isaac Corporation</u> v. Federal Insurance Compnay and ACE American Insurance Company, 2019 (D. MN., Case No. 16-cv-1054(WMW/DTS) – Reports and deposition testimony on behalf of plaintiff in breach of contract and copyright infringement dispute involving decision management software

- <u>Modular Security Systems, Inc.</u> v. www.Turnstiles.US Inc., 2019 (D. Ariz., Case No. 2:16-cv-00455-DJH) – Report on behalf of plaintiff in patent infringement dispute involving portable turnstile access control systems.

- Facet Technologies, LLC v. Cilag GmbH International and <u>LifeScan, Inc.</u>, 2019 (JAMS Arbitration, Ref. No. 14252028986) – Testifying expert at arbitration on behalf of defendant in breach of contract and breach of implied covenant of good faith and fair dealing dispute involving lancing devices and lancets used to obtain samples of blood for glucose testing.



SUPPLEMENTAL SCHEDULE 2.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SUPPLEMENTAL SCHEDULE 2.0: Documents Considered

| Bates | Begin | End | Bates | Begin | End | Bates | Begin | End |
|-------|-------|-----|-------|-------|-----|-------|-------|-----|
| FED | 000046_0001 | 000046_0016 | FED | 000347_0001 | 000347_0001 | FED | 003261_0001 | 003261_0001 |
| FED | 000049_0001 | 000049_0002 | FED | 000348_0001 | 000348_0001 | FED | 003339_0001 | 003339_0001 |
| FED | 000050_0001 | 000050_0002 | FED | 000350_0001 | 000350_0001 | FED | 003989_0001 | 003989_0020 |
| FED | 000051_0001 | 000051_0022 | FED | 000351_0001 | 000351_0001 | FED | 004079_0001 | 004079_0027 |
| FED | 000058_0001 | 000058_0012 | FED | 000352_0001 | 000352_0002 | FED | 004100_0001 | 004100_0003 |
| FED | 000059_0001 | 000059_0002 | FED | 000353_0001 | 000353_0001 | FED | 004431_0001 | 004431_0003 |
| FED | 000060_0001 | 000060_0002 | FED | 000360_0001 | 000360_0002 | FED | 004434_0001 | 004434_0003 |
| FED | 000064_0001 | 000064_0030 | FED | 000361_0001 | 000361_0010 | FED | 004435_0001 | 004435_0009 |
| FED | 000068_0001 | 000068_0028 | FED | 000362_0001 | 000362_0004 | FED | 004436_0001 | 004436_0003 |
| FED | 000112_0001 | 000112_0068 | FED | 000420_0001 | 000420_0001 | FED | 004437_0001 | 004437_0001 |
| FED | 000122_0001 | 000122_0029 | FED | 000514_0001 | 000514_0001 | FED | 004458_0001 | 004458_0002 |
| FED | 000127_0001 | 000127_0004 | FED | 000588_0001 | 000588_0001 | FED | 004506_0001 | 004506_0004 |
| FED | 000141_0001 | 000141_0004 | FED | 000589_0001 | 000589_0001 | FED | 004524_0001 | 004524_0001 |
| FED | 000143_0001 | 000143_0006 | FED | 000594_0001 | 000594_0002 | FED | 004525_0001 | 004525_0016 |
| FED | 000152_0001 | 000152_0009 | FED | 000700_0001 | 000700_0003 | FED | 004526_0001 | 004526_0007 |
| FED | 000171_0001 | 000171_0028 | FED | 000703_0001 | 000703_0003 | FED | 004527_0001 | 004527_0003 |
| FED | 000185_0001 | 000185_0007 | FED | 000713_0001 | 000713_0005 | FED | 004531_0001 | 004531_0002 |
| FED | 000190_0001 | 000190_0009 | FED | 000718_0001 | 000718_0001 | FED | 004533_0001 | 004533_0004 |
| FED | 000195_0001 | 000195_0002 | FED | 000755_0001 | 000755_0001 | FED | 004534_0001 | 004534_0001 |
| FED | 000205_0001 | 000205_0259 | FED | 001016_0001 | 001016_0001 | FED | 004535_0001 | 004535_0010 |
| FED | 000243_0001 | 000243_0024 | FED | 001020_0001 | 001020_0001 | FED | 004537_0001 | 004537_0002 |
| FED | 000252_0001 | 000252_0015 | FED | 001083_0001 | 001083_0001 | FED | 004538_0001 | 004538_0001 |
| FED | 000255_0001 | 000255_0034 | FED | 001084_0001 | 001084_0002 | FED | 004549_0001 | 004549_0002 |
| FED | 000259_0001 | 000259_0026 | FED | 001101_0001 | 001101_0002 | FED | 004550_0001 | 004550_0003 |
| FED | 000270_0001 | 000270_0065 | FED | 001104_0001 | 001104_0018 | FED | 004571_0001 | 004571_0001 |
| FED | 000270-0001 | 000270-0065 | FED | 001148_0001 | 001148_0002 | FED | 004587_0001 | 004587_0002 |
| FED | 000275_0001 | 000275_0016 | FED | 001150_0001 | 001150_0001 | FED | 004603_0001 | 004603_0002 |
| FED | 000278_0001 | 000278_0153 | FED | 001151_0001 | 001151_0002 | FED | 004604_0001 | 004604_0001 |
| FED | 000280_0001 | 000280_0016 | FED | 001164_0001 | 001164_0002 | FED | 004617_0001 | 004617_0001 |
| FED | 000287_0001 | 000287_0019 | FED | 001180_0001 | 001180_0002 | FED | 004625_0001 | 004625_0001 |
| FED | 000289_0001 | 000289_0024 | FED | 001289_0001 | 001289_0004 | FED | 004628_0001 | 004628_0001 |
| FED | 000294_0001 | 000294_0021 | FED | 001311_0001 | 001311_0028 | FED | 004629_0001 | 004629_0002 |
| FED | 000305_0001 | 000305_0042 | FED | 001312_0001 | 001312_0021 | FED | 004635_0001 | 004635_0001 |
| FED | 000305-0001 | 000305-0042 | FED | 001314_0001 | 001314_0021 | FED | 004636_0001 | 004636_0001 |
| FED | 000340_0001 | 000340_0001 | FED | 001320_0001 | 001320_0028 | FED | 004637_0001 | 004637_0001 |
| FED | 000342_0001 | 000342_0003 | FED | 003112_0001 | 003112_0009 | FED | 004736_0001 | 004736_0003 |

SUPPLEMENTAL SCHEDULE 2.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SUPPLEMENTAL SCHEDULE 2.0: Documents Considered

| Bates | Begin | End | Bates | Begin | End | Bates | Begin | End |
|---|---|---|---|---|---|---|---|---|
| FED | 004790_0001 | 004790_0021 | FED | 008352_0001 | 008352_0002 | FED | 013528_0001 | 013528_0289 |
| FED | 004839_0001 | 004839_0022 | FED | 008403_0001 | 008403_0027 | FED | 013529_0001 | 013529_0153 |
| FED | 004844_0001 | 004844_0040 | FED | 008454_0001 | 008454_0009 | FED | 013530_0001 | 013530_0224 |
| FED | 004896_0001 | 004896_0002 | FED | 008555_0001 | 008555_0005 | FED | 013531_0001 | 013531_0173 |
| FED | 004946_0001 | 004946_0007 | FED | 008650_0001 | 008650_0014 | FED | 013532_0001 | 013532_0247 |
| FED | 005053_0001 | 005053_0002 | FED | 008759_0001 | 008759_0001 | FED | 013533_0001 | 013533_0330 |
| FED | 005090_0001 | 005090_0002 | FED | 008760_0001 | 008760_0003 | FED | 013534_0001 | 013534_0425 |
| FED | 005190_0001 | 005190_0011 | FED | 009056_0001 | 009056_0033 | FED | 013535_0001 | 013535_0313 |
| FED | 005204_0001 | 005204_0012 | FED | 009281_0001 | 009281_0013 | FED | 013536_0001 | 013536_0260 |
| FED | 005214_0001 | 005214_0012 | FED | 009624_0001 | 009624_0006 | FED | 013537_0001 | 013537_0292 |
| FED | 005221_0001 | 005221_0012 | FED | 009625_0001 | 009625_0001 | FED | 013557_0001 | 013557_0065 |
| FED | 005307_0001 | 005307_0056 | FED | 009630_0001 | 009630_0002 | FED | 013558_0001 | 013558_0062 |
| FED | 005476_0001 | 005476_0016 | FED | 009631_0001 | 009631_0001 | FED | 013839_0001 | 013839_0018 |
| FED | 005942_0001 | 005942_0050 | FED | 009894_0001 | 009894_0004 | FED | 014390_0001 | 014390_0014 |
| FED | 006068_0001 | 006068_0006 | FED | 010033_0001 | 010033_0001 | FED | 014415_0001 | 014415_0003 |
| FED | 006173_0001 | 006173_0009 | FED | 010034_0001 | 010034_0001 | FED | 015545_0001 | 015545_0028 |
| FED | 006228_0001 | 006228_0013 | FED | 010117_0001 | 010117_0017 | FED | 016469_0001 | 016469_0046 |
| FED | 006246_0001 | 006246_0027 | FED | 010839_0001 | 010839_0026 | FED | 016590_0001 | 016590_0002 |
| FED | 006248_0001 | 006248_0013 | FED | 010861_0001 | 010861_0007 | FED | 016599_0001 | 016599_0008 |
| FED | 006252_0001 | 006252_0108 | FED | 011560_0001 | 011560_0042 | FED | 016602_0001 | 016602_0013 |
| FED | 006288_0001 | 006288_0001 | FED | 012128_0001 | 012128_0014 | FED | 016653_0001 | 016653_0015 |
| FED | 006483_0001 | 006483_0003 | FED | 012130_0001 | 012130_0021 | FED | 016737_0001 | 016737_0003 |
| FED | 006484_0001 | 006484_0001 | FED | 013479_0001 | 013479_0034 | FED | 017176_0001 | 017176_0011 |
| FED | 006504_0001 | 006504_0013 | FED | 013515_0001 | 013515_0213 | FED | 017202_0001 | 017202_0001 |
| FED | 006662_0001 | 006662_0032 | FED | 013516_0001 | 013516_0199 | FED | 017203_0001 | 017203_0001 |
| FED | 006784_0001 | 006784_0038 | FED | 013517_0001 | 013517_0195 | FED | 017204_0001 | 017204_0005 |
| FED | 006837_0001 | 006837_0018 | FED | 013518_0001 | 013518_0194 | FED | 017205_0001 | 017205_0010 |
| FED | 006995_0001 | 006995_0024 | FED | 013519_0001 | 013519_0124 | FED | 017206_0001 | 017206_0010 |
| FED | 007235_0001 | 007235_0032 | FED | 013520_0001 | 013520_0343 | FED | 017207_0001 | 017207_0012 |
| FED | 007789_0001 | 007789_0002 | FED | 013521_0001 | 013521_0225 | FED | 017208_0001 | 017208_0005 |
| FED | 007797_0001 | 007797_0001 | FED | 013522_0001 | 013522_0214 | FED | 017209_0001 | 017209_0010 |
| FED | 007821_0001 | 007821_0015 | FED | 013523_0001 | 013523_0193 | FED | 017210_0001 | 017210_0010 |
| FED | 007858_0001 | 007858_0013 | FED | 013524_0001 | 013524_0190 | FED | 017211_0001 | 017211_0010 |
| FED | 008095_0001 | 008095_0131 | FED | 013525_0001 | 013525_0133 | FED | 017212_0001 | 017212_0005 |
| FED | 008145_0001 | 008145_0011 | FED | 013526_0001 | 013526_0147 | FED | 017213_0001 | 017213_0010 |
| FED | 008281_0001 | 008281_0042 | FED | 013527_0001 | 013527_0296 | FED | 017214_0001 | 017214_0010 |

SUPPLEMENTAL SCHEDULE 2.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 2.0: Documents Considered**

| Bates | Begin | End | Bates | Begin | End | Bates | Begin | End |
|-------|-------|-----|-------|-------|-----|-------|-------|-----|
| FED | 017215_0001 | 017215_0010 | FED | 017473_0001 | 017473_0001 | FICO | 0000859 | 0000861 |
| FED | 017216_0001 | 017216_0005 | FED | 017882_0001 | 017882_0021 | FICO | 0000885 | 0000887 |
| FED | 017217_0001 | 017217_0010 | FED | 017883_0001 | 017883_0004 | FICO | 0000926 | 0000927 |
| FED | 017218_0001 | 017218_0010 | FED | 017884_0001 | 017884_0003 | FICO | 0000929 | 0000932 |
| FED | 017219_0001 | 017219_0010 | FED | 017885_0001 | 017885_0001 | FICO | 0000939 | 0000942 |
| FED | 017220_0001 | 017220_0005 | FED | 017886_0001 | 017886_0001 | FICO | 0000971 | 0000971 |
| FED | 017221_0001 | 017221_0010 | FED | 017912_0001 | 017912_0001 | FICO | 0001381 | 0001381 |
| FED | 017222_0001 | 017222_0010 | FED | 017913_0001 | 017913_0002 | FICO | 0001424 | 0001425 |
| FED | 017223_0001 | 017223_0010 | FED | 017914_0001 | 017914_0001 | FICO | 0001576 | 0001577 |
| FED | 017224_0001 | 017224_0005 | FED | 017915_0001 | 017915_0001 | FICO | 0001792 | 0001793 |
| FED | 017225_0001 | 017225_0010 | FED | 17882_0001 | 17882_0021 | FICO | 0001882 | 0001882 |
| FED | 017226_0001 | 017226_0010 | FED | 17883_0001 | 17883_0004 | FICO | 0001883 | 0001883 |
| FED | 017227_0001 | 017227_0010 | FED | 17884_0001 | 17884_0001 | FICO | 0001895 | 0001898 |
| FED | 017228_0001 | 017228_0005 | FED | 17885_0001 | 17885_0001 | FICO | 0001903 | 0001909 |
| FED | 017229_0001 | 017229_0010 | FED | 17886_0001 | 17886_0001 | FICO | 0001916 | 0001918 |
| FED | 017230_0001 | 017230_0010 | FICO | 0000003 | 0000004 | FICO | 0001923 | 0001924 |
| FED | 017231_0001 | 017231_0010 | FICO | 0000005 | 0000005 | FICO | 0002036 | 0002057 |
| FED | 017232_0001 | 017232_0005 | FICO | 0000055 | 0000055 | FICO | 0002804 | 0002804 |
| FED | 017233_0001 | 017233_0010 | FICO | 0000057 | 0000058 | FICO | 0002842 | 0002846 |
| FED | 017234_0001 | 017234_0010 | FICO | 0000060 | 0000061 | FICO | 0002965 | 0002965 |
| FED | 017235_0001 | 017235_0010 | FICO | 0000193 | 0000194 | FICO | 0004443 | 0004445 |
| FED | 017236_0001 | 017236_0005 | FICO | 0000198 | 0000199 | FICO | 0004656 | 0004658 |
| FED | 017237_0001 | 017237_0010 | FICO | 0000259 | 0000261 | FICO | 0005981 | 0005982 |
| FED | 017238_0001 | 017238_0010 | FICO | 0000275 | 0000278 | FICO | 0052649 | 0052796 |
| FED | 017239_0001 | 017239_0010 | FICO | 0000307 | 0000324 | FICO | 0052797 | 0052932 |
| FED | 017240_0001 | 017240_0005 | FICO | 0000381 | 0000381 | FICO | 0052933 | 0053075 |
| FED | 017241_0001 | 017241_0010 | FICO | 0000461 | 0000462 | FICO | 0053076 | 0053224 |
| FED | 017242_0001 | 017242_0010 | FICO | 0000645 | 0000647 | FICO | 0053225 | 0053371 |
| FED | 017243_0001 | 017243_0010 | FICO | 0000657 | 0000659 | FICO | 0053372 | 0053521 |
| FED | 017354_0001 | 017354_0001 | FICO | 0000700 | 0000700 | FICO | 0053522 | 0053662 |
| FED | 017355_0001 | 017355_0002 | FICO | 0000734 | 0000734 | FICO | 0053663 | 0053811 |
| FED | 017356_0001 | 017356_0002 | FICO | 0000735 | 0000736 | FICO | 0053812 | 0053959 |
| FED | 017357_0001 | 017357_0002 | FICO | 0000767 | 0000767 | FICO | 0053960 | 0054091 |
| FED | 017358_0001 | 017358_0001 | FICO | 0000828 | 0000829 | FICO | 0054092 | 0054227 |
| FED | 017471_0001 | 017471_0001 | FICO | 0000831 | 0000836 | FICO | 0054228 | 0054368 |
| FED | 017472_0001 | 017472_0001 | FICO | 0000852 | 0000854 | FICO | 0054369 | 0054511 |

SUPPLEMENTAL SCHEDULE 2.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SUPPLEMENTAL SCHEDULE 2.0: Documents Considered

| Bates | Begin | End | Bates | Begin | End |
|-------|-------|-----|-------|-------|-----|
| FICO | 0054512 | 0054653 | FICO | 0057306 | 0057306 |
| FICO | 0054654 | 0054951 | FICO | 0057309 | 0057310 |
| FICO | 0054952 | 0055171 | FICO | 0062065 | 0062073 |
| FICO | 0055172 | 0055400 | | | |
| FICO | 0055401 | 0055484 | | | |
| FICO | 0055485 | 0055611 | | | |
| FICO | 0055612 | 0055742 | | | |
| FICO | 0055743 | 0055882 | | | |
| FICO | 0055883 | 0056031 | | | |
| FICO | 0056032 | 0056182 | | | |
| FICO | 0056183 | 0056198 | | | |
| FICO | 0056199 | 0056214 | | | |
| FICO | 0056215 | 0056230 | | | |
| FICO | 0056231 | 0056246 | | | |
| FICO | 0056247 | 0056262 | | | |
| FICO | 0056263 | 0056278 | | | |
| FICO | 0056279 | 0056294 | | | |
| FICO | 0056295 | 0056556 | | | |
| FICO | 0056557 | 0056860 | | | |
| FICO | 0056861 | 0057179 | | | |
| FICO | 0057181 | 0057181 | | | |
| FICO | 0057182 | 0057196 | | | |
| FICO | 0057197 | 0057198 | | | |
| FICO | 0057199 | 0057205 | | | |
| FICO | 0057206 | 0057206 | | | |
| FICO | 0057207 | 0057222 | | | |
| FICO | 0057223 | 0057224 | | | |
| FICO | 0057225 | 0057227 | | | |
| FICO | 0057228 | 0057231 | | | |
| FICO | 0057232 | 0057243 | | | |
| FICO | 0057244 | 0057248 | | | |
| FICO | 0057249 | 0057260 | | | |
| FICO | 0057261 | 0057261 | | | |
| FICO | 0057262 | 0057273 | | | |
| FICO | 0057280 | 0057304 | | | |
| FICO | 0057305 | 0057305 | | | |

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 2.0: Documents Considered**

**Legal Filings**

Complaint Jury Trial Demanded and Related Exhibits, dated April 21, 2016
Amended Complaint Jury Trial Demanded, dated February 1, 2017
Second Amended Complaint Jury Trial Demanded, dated September 11, 2018
Plaintiff Fair Isaac Corporation's First Set of Requests for Production of Documents to Defendant Federal Insurance Company, dated April 11, 2017
Plaintiff Fair Isaac Corporation's First Set of Interrogatories to Defendant Federal Insurance Company, dated April 11, 2017
Plaintiff Fair Isaac Corporation's First Set of Requests for Admission to Defendant Federal Insurance Company, dated April 11, 2017
Plaintiff Fair Isaac Corporation's Responses to Defendant's Requests for Production of Documents, dated May 18, 2017
Plaintiff Fair Isaac Corporation's Answers to Defendant's First Set of Interrogatories, dated May 19, 2017
Plaintiff Fair Isaac Corporation's Answers to Defendant's First Set of Interrogatories, dated August 16, 2017
Plaintiff Fair Isaac Corporation's Second Set of Requests for Admission to Defendant Federal Insurance Company, dated December 29, 2017
Plaintiff Fair Isaac Corporation's Second Set of Requests for Production of Documents to Defendant Federal Insurance Company, dated December 29, 2017
Plaintiff Fair Isaac Corporation's Second Set of Interrogatories to Defendant Federal Insurance Company (15-21), dated December 29, 2017
Declaration of William Waid in Support of Fair Isaac Corporation's Opposition to Federal Insurance Company's Motion to Compel, dated February 5, 2018
Defendants' Response to Plaintiff's Second Set of Requests for Admission, dated January 29, 2018
Defendant's Answers to Plaintiff's Second Set of Interrogatories (15-21), dated January 29, 2018
Defendant's Response to Plaintiff's Second Set of Requests for Admission, dated January 29, 2018
Defendant's Response to Plaintiff's Second Set of Requests for Production of Documents, dated January 29, 2018
Defendants' Supplemental Responses to Plaintiff's Fourth Set of Requests for Production of Documents, dated March 4, 2019
Federal Insurance Company's Response to Plaintiff's First Set of Requests for Admission, dated May 11, 2017
Federal Insurance Company's Answers to Plaintiff's First Set of Interrogatories, dated May 11, 2017
Federal Insurance Company's Response to Plaintiff's First Set of Requests for Production of Documents, dated May 11, 2017
Federal Insurance Company's Supplemental Answers to Plaintiff's First Set of Interrogatories, dated June 15, 2017
Federal Insurance Company's Second Supplemental Answer to Interrogatory No. 6 and Supplemental Answer to Interrogatory No. 21, dated June 7, 2018
Federal Insurance Company's Second Supplemental Answers to Interrogatory Nos. 2, 3, and 4, dated June 21, 2018
Federal Insurance Company's Second Supplemental Answer to Interrogatory No. 6 and Supplemental Answer to Interrogatory No. 21, dated July 30, 2018
Federal Insurance Company's Supplemental Answer to Interrogatory No. 20, dated October 24, 2018
Federal Insurance Company's Supplemental Answer to Interrogatory No. 17, dated October 26, 2018
Federal Insurance Company's Supplemental Answer to Interrogatory No. 18, dated October 26, 2018
Federal Insurance Company's Supplemental Answer to Interrogatory No. 19, dated October 26, 2018
Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 18, dated December 14, 2018
Federal Insurance Company's Second Supplemental Answer to Plaintiff's Interrogatory No. 16, dated January 21, 2019
Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 17, dated January 21, 2019
Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated January 21, 2019
Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 19, dated January 21, 2019
Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 20, dated January 21, 2019

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 2.0: Documents Considered**

**Legal Filings** *(Continued)*

Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 16 and Fourth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated Febraury 28, 2019

Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated February 28, 2019

Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated February 28, 2019

Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 20, dated February 28, 2019

Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated March 2, 2019

Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Fifth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 2, 2019

Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019

Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 20, dated March 21, 2019

Federal Insurance Company's Sixth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated March 21, 2019

Letter from Christopher D. Pham, dated December 31, 2018

Federal Insurance Company's Seventh Supplemental Answer to Palintiff's Interrogatory No. 17, dated July 16, 2019

Memorandum in Support of Defendants' Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski, dated July 26, 2019

Plaintiff Fair Isaac Corporation's Memorandum in Support of Motion to Exclude Testimony of W. Christopher Bakewell, dated July 26, 2019

Declaration of Heather J. Kliebenstein in Support of Plaintiff Fair Isaac Corporation's Memorandum in Support of Motion to Exclude Testimony of W. Christopher Bakewell and Related Exhibits, dated July 26, 2019

Order, dated March 23, 2020

Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020

Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020

Defendants' Sixth Supplemental Answer to Plaintiff's Interrogatory No. 19,  dated June 17, 2020

Defendants' Sixth Supplemental Answer to Plaintiff's Interrogatory No. 20, dated June 18, 2020

Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020

**Depositions**

*Chubb Personnel*

Deposition of Henry Mirolyuz and Related Exhibits, dated July 31, 2018

Deposition of John Taylor and Related Exhibits, dated August 2, 2018

Deposition of Ramesh Pandey and Related Exhibits, dated November 13, 2018

Deposition of Henry Mirolyuz and Related Exhibits, dated January 11, 2019

Deposition of Tamra Pawloski and Related Exhibits, dated January 18, 2019

Deposition of Ramesh Pandey and Related Exhibits, dated January 22, 2019

Deposition of Claudio Ghislanzoni, dated March 12, 2020

Deposition of Kevin Harkin and Related Exhibits, dated March 25, 2019

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 2.0: Documents Considered**

**Depositions** *(Continued)*

*FICO Personnel*

Deposition of Oliver Clark and Related Exhibits, dated September 11, 2018
Deposition of Michael Sawyer and Related Exhibits, dated October 2, 2018
Deposition of Thomas Caretta and Related Exhibits, dated October 9, 2018
Deposition of Russell Schreiber and Related Exhibits, dated October 24, 2018
Deposition of William Waid and Related Exhibits, dated January 16, 2019
Deposition of Benjamin Baer and Related Exhibits, dated January 29, 2019
Deposition of Chris Ivey and Related Exhibits, dated January 30, 2019
Deposition of Jandeen Boone and Related Exhibits, dated February 6, 2019
Deposition of Lawrence Wachs and Related Exhibits, dated February 26, 2019
Deposition of Chris Ivey and Related Exhibits, dated March 14, 2019
Deposition of William Waid and Related Exhibits, dated April 2, 2019

**Financial Filings**

2016 Federal NAIC Annual Statement, dated December 31, 2016
Accountants' Letter of Qualifications, dated May 30, 2017
ACE Limited Annual Report, dated December 31, 2013
ACE Limited Annual Report, dated December 31, 2014
ACE American Insurance Company Annual Statement, dated December 31, 2017
ACE American Insurance Company Annual Statement, dated December 31, 2018
ACE American Insurance Company Annual Statement, dated December 31, 2019
The Chubb Corporation U.S. Property and Casualty Insurance Group Audited Consolidated Financial Statements, dated May 21, 2015
Chubb Insurance Company of Europe SE Solvency and Financial Condition Report, dated December 31, 2016
Chubb U.S. Group of Insurance Best's Credit Ratings for Group Members, dated December 13, 2018
Federal Insurance Company and its U.S. Subsidiaries Management's Discussion & Analysis Statutory Basis, dated December 31, 2016
Federal Insurance Company Reinsurance Attestation Supplement for the Year 2016, dated December 31, 2016
Federal Insurance Company Investment Annual Statement, dated February 28, 2017
Federal Insurance Company and its U.S. Insurance Subsidiaries Audited Consolidated Financial Statements, dated May 30, 2017
Federal Insurance Company Combined Statutory Financial Statements, dated June 1, 2018
Federal Insurance Company Annual Statement, dated December 31, 2017
Federal Insurance Company Annual Statement, dated December 31, 2018
Federal Insurance Company Annual Statement, dated December 31, 2019
INA Holdings Combined Statutory Financial Statements, dated May 23, 2016
INA Holdings Combined Statutory Financial Statements, dated May 25, 2017
INA Holdings Combined Statutory Financial Statements, dated May 24, 2018
Statement of Actuarial Opinion, dated February 27, 2017

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 2.0: Documents Considered**

**Other**

26 U.S. Code Subchapter A – IRC § 1501 Privilege to File Consolidated Returns

26 U.S. Code Subchapter A – IRC § 1503 Computation and Payment of Tax

26 U.S. Code Subchapter A – IRC § 1504 Definition

26 U.S. Code Subchapter A – IRC § 1552 Earnings and Profits

Copyright Act (17 U.S.C. § 504(b))

FASB Accounting Standards Codification 810 – Consolidated Financial Statement Scope and Scope Exceptions 810-10-15-8

A.M. Best Methodology, "Rating Members of Insurance Groups," December 15, 2014

A.M. Best, "YE 2015 Federal Insurance Company (002084) Best's Credit Report Archive, Business Profile for Chubb Corp

Best's Credit Ratings for Group Members, Chubb U.S. Group of Ins Cos (000012)

*Calculating Intellectual Property Infringement Damages* , AICPA Practice Aid, 3rd Ed. (2012); and 17 U.S.C § 504(b).

Supplemental Expert Report of R. Bickley (Bick) Whitener, dated May 8, 2020

https://www.fico.com

https://www.investopedia.com

https://www.tdi.texas.gov

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 3.0: Summary of Opinions**

| | Premiums from Copyright Infringement | | |
|---|---|---|---|
| Domestic | *Schedule 8.0* | $ | 35,766,885,238 |
| Foreign | *Schedule 9.0* | | 1,386,096,275 |
| **TOTAL** | | **$** | **37,152,981,513** |

SUPPLEMENTAL SCHEDULE 8.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SUPPLEMENTAL SCHEDULE 8.0: Summary of Defendants' Domestic Gross Written Premiums

| Domestic Applications | *March 31, 2016 to May 2020* (a) | | | |
|---|---|---|---|---|
| | Defendants Only | Subsidiaries of Defendants | Pooling Entities (Not Subsidiaries) of Defendants | Defendants, Subsidiaries and Pooling Entities (b) |
| *Undisputed Applications* | | | | |
| Commercial Underwriting Workstation (CUW) | $ 17,770,685,198 | $ 7,106,307,449 | $ 2,434,904,857 | $ 27,311,897,505 |
| CSI eXPRESS (c) | 4,783,945,129 | 132,704,843 | 94,672,823 | 5,011,322,794 |
| Premium Booking | 1,750,877,402 | - | - | 1,750,877,402 |
| Texas Accident Prevention System (TAPS) | 462,805,017 | 270,951,408 | 110,550,113 | 844,306,538 |
| Individual Rate Modification Application (IRMA) | 223,406,656 | 69,554,858 | 7,355,485 | 300,316,999 |
| Decision Point | 18,101,109 | 1,117,772 | 34,636 | 19,253,516 |
| *Disputed Application* | | | | |
| Cornerstone | $ 518,138,795 | $ (3,510,098) | $ 14,281,786 | $ 528,910,484 |
| Undisputed Total | $ 25,009,820,511 | $ 7,580,636,330 | $ 2,647,517,914 | $ 35,237,974,754 |
| Disputed Total | 518,138,795 | (3,510,098) | 14,281,786 | 528,910,484 |
| **TOTAL** | **$ 25,527,959,306** | **$ 7,577,126,232** | **$ 2,661,799,700** | **$ 35,766,885,238** |

*Note/Source(s):*

(a) See **Schedules 10.3-10.5** and **12.0**. Defendants identified per its interrogatory responses that the Blaze Advisor component was removed from the domestic applications by May 2020. (Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020.)

(b) This is equaled to the sum of (i) Defendants Only; (ii) Subsidiaries of Defendants; and (iii) Pooling Entities of Defendants.

(c) I understand the gross written premiums reported for CSI eXPRESS includes premiums related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Federal Insurance Company's Seventh Supplemental Answer to Plaintiff's Interrogatory No. 17, dated July 16, 2019 at 2-9.)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 8.1: Defendants' Domestic Gross Written Premiums – Damages Period (March 31, 2016 to December 31, 2016)**

| Domestic Applications | Defendants Only | Subsidiaries of Defendants | Pooling Entities (Not Subsidiaries) of Defendants | Defendants, Subsidiaries and Pooling Entities (b) |
|---|---|---|---|---|
| | *March 31, 2016 to December 31, 2016* (a) | | | |
| *Undisputed Applications* | | | | |
| Commercial Underwriting Workstation (CUW) | $ 3,709,869,388 | $ 1,311,927,006 | $ 94,011,508 | $ 5,115,807,902 |
| CSI eXPRESS (c) | 971,764,605 | 36,316,129 | - | 1,008,080,734 |
| Premium Booking | 380,416,844 | - | - | 380,416,844 |
| Texas Accident Prevention System (TAPS) | 108,529,977 | 106,890,502 | - | 215,420,480 |
| Individual Rate Modification Application (IRMA) | 51,946,495 | 17,029,141 | - | 68,975,636 |
| Decision Point | 2,538,893 | 141,846 | - | 2,680,739 |
| *Disputed Application* | | | | |
| Cornerstone | $ 166,701,803 | $ (8,498,873) | $ - | $ 158,202,931 |
| Undisputed Total | $ 5,225,066,203 | $ 1,472,304,625 | $ 94,011,508 | $ 6,791,382,335 |
| Disputed Total | 166,701,803 | (8,498,873) | - | 158,202,931 |
| **TOTAL** | **$ 5,391,768,006** | **$ 1,463,805,752** | **$ 94,011,508** | **$ 6,949,585,266** |

*Note/Source(s):*

(a) See **Schedules 10.3-10.5** and **12.0**.

(b) This is equaled to the sum of (i) Defendants Only; (ii) Subsidiaries of Defendants; and (iii) Pooling Entities of Defendants.

(c) I understand the gross written premiums reported for CSI eXPRESS includes premiums related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Federal Insurance Company's Seventh Supplemental Answer to Plaintiff's Interrogatory No. 17, dated July 16, 2019 at 2-9.)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 8.2: Defendants' Domestic Gross Written Premiums – Damages Period (January 1, 2017 to May 2020)**

| Domestic Applications | *January 1, 2017 to May 2020* (a) | | | |
|---|---|---|---|---|
| | Defendants Only | Subsidiaries of Defendants | Pooling Entities (Not Subsidiaries) of Defendants | Defendants, Subsidiaries and Pooling Entities (b) |
| *Undisputed Applications* | | | | |
| Commercial Underwriting Workstation (CUW) | $ 14,060,815,810 | $ 5,794,380,443 | $ 2,340,893,349 | $ 22,196,089,602 |
| CSI eXPRESS (c) | 3,812,180,524 | 96,388,713 | 94,672,823 | 4,003,242,060 |
| Premium Booking | 1,370,460,558 | - | - | 1,370,460,558 |
| Texas Accident Prevention System (TAPS) | 354,275,039 | 164,060,906 | 110,550,113 | 628,886,058 |
| Individual Rate Modification Application (IRMA) | 171,460,161 | 52,525,717 | 7,355,485 | 231,341,363 |
| Decision Point | 15,562,215 | 975,926 | 34,636 | 16,572,777 |
| *Disputed Application* | | | | |
| Cornerstone | $ 351,436,992 | $ 4,988,775 | $ 14,281,786 | $ 370,707,553 |
| Undisputed Total | $ 19,784,754,308 | $ 6,108,331,705 | $ 2,553,506,406 | $ 28,446,592,419 |
| Disputed Total | 351,436,992 | 4,988,775 | 14,281,786 | 370,707,553 |
| **TOTAL** | **$ 20,136,191,300** | **$ 6,113,320,480** | **$ 2,567,788,192** | **$ 28,817,299,972** |

*Note/Source(s):*

(a) See **Schedules 10.3-10.5** and **12.0**. Defendants identified per its interrogatory responses that the Blaze Advisor component was removed from the domestic applications by May 2020. (Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020.)

(b) This is equaled to the sum of (i) Defendants Only; (ii) Subsidiaries of Defendants; and (iii) Pooling Entities of Defendants.

(c) I understand the gross written premiums reported for CSI eXPRESS includes premiums related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Federal Insurance Company's Seventh Supplemental Answer to Plaintiff's Interrogatory No. 17, dated July 16, 2019 at 2-9.)

CONFIDENTIAL-ATTORNEYS' EYES ONLY

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 9.0: Summary of Federal's Foreign Gross Written Premiums**

| Foreign Applications | Region | *September 6, 2013 to October 2019* (a) | | | |
|---|---|---|---|---|---|
| | | Defendants Only | Subsidiaries of Defendants | Pooling Entities (Not Subsidiaries) of Defendants | Defendants, Subsidiaries and Pooling Entities (b) |
| *Undisputed Applications* | | | | | |
| ADAPT (c) | Australia | $          - | $    55,927,212 | $          - | $    55,927,212 |
| ADAPT (d) | Europe | - | 189,574,167 | - | 189,574,167 |
| ADAPT (e) | U.K. | 159,203,181 | - | - | 159,203,181 |
| Evolution (f) | Canada | - | 384,741,628 | - | 384,741,628 |
| EZER (d) | Europe | - | 596,634,611 | - | 596,634,611 |
| EZER (g) | U.K. | 15,477 | - | - | 15,477 |
| **TOTAL** | | **$  159,218,658** | **$ 1,226,877,617** | **$          -** | **$ 1,386,096,275** |

*Note/Source(s):*

(a) See **Schedules 11.3-11.5** and **12.0**. Defendants identified per its interrogatory responses that the Blaze Advisor component was removed from the applications used in U.K., Canada and Europe by October 2019. (Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020; Defendants' Sixth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated June 17, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020.)

(b) This is equaled to the sum of (i) Defendants Only; (ii) Subsidiaries of Defendants; and (iii) Pooling Entities of Defendants.

(c) I understand Chubb Insurance Company of Australia Ltd. was no longer a subsidiary of Federal by April 1, 2016 and accordingly, 1/4 of the gross written premiums reported for year 2016 were included in this analysis. (Taylor Deposition at 85-86.)

(d) I understand Chubb Insurance Company of Europe SE was no longer a subsidiary of Federal sometime in Q4 2016 and accordingly, gross written premiums reported in year 2017 and afterwards were excluded in this analysis. (Taylor Deposition at 84-85.) Additionally, I

(e) *See*, generally, Supplemental Expert Report of R. Bickley (Bick) Whitener, dated May 8, 2020 at 4-7; Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated January 21, 2019 at 2-4; Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 18, dated December 14, 2018 at 4. These interrogatory responses do not identify the writing company for ADAPT (U.K.) gross written premiums and additionally, all subsequent interrogatory responses to No. 18 have omitted the gross written premiums for ADAPT (U.K.). Accordingly, I have assumed that the writing company for ADAPT (U.K.) gross written premiums is U.K. Federal, which is the U.K. branch of Federal. Further, I understand that Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020, acknowledges that the gross written premiums reported for ADAPT (Europe) includes ADAPT (U.K.). However, this reported gross written premium for ADAPT (Europe) is the same as the reported gross written premiums for ADAPT (Europe) alone in Defendants' Fourth, Fifth and Sixth Supplemental Answers to Plaintiff's Interrogatory No. 20, dated February 28, 2019, March 21, 2019 and June 18, 2020, respectively.

(f) I understand the Evolution (Canada) and Broker Site (Canada) applications share the same underlying database and therefore report the same gross written premiums. (Harkin Deposition at 206-209.) Additionally, I understand Chubb Insurance Company of Canada was no longer a subsidiary of Federal by September 30, 2016. Accordingly, 3/4 of the gross written premiums reported for year 2016 were included in this analysis. (Taylor Deposition at 85; FED006483-484; Pandey Deposition at Exhibit 527.)

(g) I understand the writing company for EZER (U.K.) is U.K. Federal, which is the U.K. branch of Federal, and has reported gross written premiums through year 2018. (Harkin Deposition at 153-155.)

SUPPLEMENTAL SCHEDULE 10.3

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SUPPLEMENTAL SCHEDULE 10.3: Summary of Domestic Gross Written Premiums by Application - Defendants, Subsidiaries and Pooling Entities (a)

| Application (b) | Mar 31 - Dec 31 2016 (c) | 2017 | 2018 | 2019 | Jan - Jun 2020 (d) | Total |
|---|---|---|---|---|---|---|
| Commercial Underwriting Workstation (CUW) | | | | | | |
| Federal, Subsidiaries and Pooling Entities | $ 4,877,345,522 (f) $ | 7,649,062,568 | *n/a* | *n/a* | *n/a* $ | 12,526,408,090 |
| ACE American, Subsidiaries and Pooling Entities | 238,462,381 | 883,090,822 | *n/a* | *n/a* | *n/a* | 1,121,553,203 |
| Defendants, Subsidiaries and Pooling Entities | *n/a* | *n/a* | 6,167,223,112 | 7,496,713,100 | - | 13,663,936,212 |
| Total | $ 5,115,807,902 | $ 8,532,153,390 | $ 6,167,223,112 | $ 7,496,713,100 | $ - $ | 27,311,897,505 |
| | | | | | | |
| CSI eXPRESS (e) | $ 1,008,080,734 (f) $ | 1,358,180,203 | $ 1,241,993,390 $ | 1,277,242,740 $ | 125,825,726 $ | 5,011,322,794 |
| Premium Booking | 380,416,844 | 442,839,932 | 500,850,829 | 426,769,797 | - | 1,750,877,402 |
| Texas Accident Prevention System (TAPS) | 215,420,480 | 252,219,200 | 216,490,943 | 160,175,914 | - | 844,306,538 |
| Cornerstone | 158,202,931 (f) | 248,313,042 | 122,400,980 | (6,469) | - | 528,910,484 |
| Individual Rate Modification Application (IRMA) | 68,975,636 (f) | 89,449,543 | 80,968,955 | 60,922,865 | - | 300,316,999 |
| Decision Point | 2,680,739 | 4,319,856 | 4,779,439 | 5,846,994 | 1,626,488 | 19,253,516 |
| **TOTAL** | $ 6,949,585,266 | $ 10,927,475,167 $ | 8,334,707,649 $ | 9,427,664,942 $ | 127,452,214 $ | 35,766,885,238 |

Note/Source(s):

(a) This schedule includes gross written premiums from all writing companies reported per Defendants' interrogatory responses that are the Defendants, subsidiaries of the Defendants and/or participate in a pooling arrangement with the Defendants. I understand the Defendants participated in the same intercompany pool in 2018. (**Schedule 12.0** and **13.2**.)

(b) The CUW application is the only application for which Defendants reported gross written premiums from ACE American subsidiaries. All other domestic applications only report gross written premiums from Federal and subsidiaries. (Harkin Deposition at 19-20.)

(c) I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the domestic applications. I have adjusted the gross written premiums accordingly. (FED004437_0001.)

(d) The Defendant's most recent response to Interrogatory No. 17 was dated in June 2020. Additionally, Defendants identified per its interrogatory response that the Blaze Advisor component was removed from the domestic applications by May 2020. (Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020.)

(e) I understand the gross written premiums reported for CSI eXPRESS includes premiums related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020.)

(f) I understand Chubb Insurance Company of Canada was no longer a subsidiary of Federal by September 30, 2016. Accordingly, 1/2 of the gross written premiums reported for year 2016 were included in this analysis. (Taylor Deposition at 85; FED006483-484; Pandey Deposition at Exhibit 527.)

CONFIDENTIAL-ATTORNEYS' EYES ONLY

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 10.4: Summary of Domestic Gross Written Premiums by Application - Defendants Only** (a)

| Application (b) | Mar 31 - Dec 31 2016 (c) | 2017 | 2018 | 2019 | Jan - Jun 2020 (d) | Total |
|---|---|---|---|---|---|---|
| Commercial Underwriting Workstation (CUW) | | | | | | |
| Federal | $ 3,627,516,675 | $ 5,098,833,242 | $ 3,559,391,728 | $ 4,351,674,030 | $ - | $ 16,637,415,674 |
| ACE American | 82,352,713 | 354,885,927 | 274,751,661 | 421,279,223 | - | 1,133,269,524 |
| Total | $ 3,709,869,388 | $ 5,453,719,169 | $ 3,834,143,389 | $ 4,772,953,253 | | $ 17,770,685,198 |
| | | | | | | |
| CSI eXPRESS (e) | $ 971,764,605 | $ 1,234,014,618 | $ 1,210,422,408 | $ 1,245,374,022 | $ 122,369,475 | $ 4,783,945,129 |
| Premium Booking | 380,416,844 | 442,839,932 | 500,850,829 | 426,769,797 | - | 1,750,877,402 |
| Texas Accident Prevention System (TAPS) | 108,529,977 | 144,179,732 | 123,103,492 | 86,991,815 | - | 462,805,017 |
| Cornerstone | 166,701,803 | 235,297,734 | 116,145,727 | (6,469) | - | 518,138,795 |
| Individual Rate Modification Application (IRMA) | 51,946,495 | 66,294,343 | 59,180,524 | 45,985,295 | - | 223,406,656 |
| Decision Point | 2,538,893 | 3,965,783 | 4,542,690 | 5,489,185 | 1,564,557 | 18,101,109 |
| **TOTAL** | **$ 5,391,768,006** | **$ 7,580,311,311** | **$ 5,848,389,059** | **$ 6,583,556,899** | **$ 123,934,032** | **$ 25,527,959,306** |

*Note/Source(s):*

(a)  This schedule includes gross written premiums from the Defendants per Defendants' interrogatory responses. (See **Schedule 12.0**.)

(b)  The CUW application is the only application for which Defendants reported gross written premiums from ACE American subsidiaries. All other domestic applications only report gross written premiums from Federal and subsidiaries. (Harkin Deposition at 19-20.)

(c)  I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the domestic applications. I have adjusted the gross written premiums accordingly. (FED004437_0001.)

(d)  The Defendant's most recent response to Interrogatory No. 17 was dated in June 2020. Additionally, Defendants identified per its interrogatory response that the Blaze Advisor component was removed from the domestic applications by May 2020. (Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020.)

(e)  I understand the gross written premiums reported for CSI eXPRESS includes premiums related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020.)

CONFIDENTIAL-ATTORNEYS' EYES ONLY

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 10.5: Summary of Domestic Gross Written Premiums by Application - Defendants and Subsidiaries** (a)

| Application (b) | Mar 31 - Dec 31 2016 (c) | 2017 | 2018 | 2019 | Jan - Jun 2020 (d) | Total |
|---|---|---|---|---|---|---|
| Commercial Underwriting Workstation (CUW) | | | | | | |
| Federal | $ 4,877,345,522 (f) $ | 7,051,702,403 $ | 5,039,597,166 $ | 5,732,347,569 $ | - $ | 22,700,992,659 |
| ACE American | 144,450,873 | 632,448,388 | 528,820,023 | 870,280,705 | - | 2,175,999,989 |
| Total | $ 5,021,796,395 $ | 7,684,150,791 $ | 5,568,417,189 $ | 6,602,628,274 | | $ 24,876,992,648 |
| | | | | | | |
| CSI eXPRESS (e) | $ 1,008,080,734 (f) $ | 1,264,572,467 $ | 1,241,507,203 $ | 1,276,711,443 $ | 125,778,123 $ | 4,916,649,972 |
| Premium Booking | 380,416,844 | 442,839,932 | 500,850,829 | 426,769,797 | - | 1,750,877,402 |
| Texas Accident Prevention System (TAPS) | 215,420,480 | 206,451,138 | 178,530,784 | 133,354,023 | - | 733,756,425 |
| Cornerstone | 158,202,931 (f) | 238,528,607 | 117,903,629 | (6,469) | - | 514,628,698 |
| Individual Rate Modification Application (IRMA) | 68,975,636 (f) | 86,575,277 | 78,382,905 | 59,027,695 | - | 292,961,514 |
| Decision Point | 2,680,739 | 4,285,220 | 4,779,439 | 5,846,994 | 1,626,488 | 19,218,880 |
| **TOTAL** | $ **6,855,573,758** $ | **9,927,403,432** $ | **7,690,371,979** $ | **8,504,331,758** $ | **127,404,611** $ | **33,105,085,538** |

*Note/Source(s):*

(a)  This schedule includes gross written premiums from all writing companies reported per Defendants' interrogatory responses that are the Defendants and/or subsidiaries of the Defendants. (See **Schedules 12.0** and **13.3**.)

(b)  The CUW application is the only application for which Defendants reported gross written premiums from ACE American subsidiaries. All other domestic applications only report gross written premiums from Federal and subsidiaries. (Harkin Deposition at 19-20.)

(c)  I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the domestic applications. I have adjusted the gross written premiums accordingly. (FED004437_0001.)

(d)  The Defendant's most recent response to Interrogatory No. 17 was dated in June 2020. Additionally, Defendants identified per its interrogatory response that the Blaze Advisor component was removed from the domestic applications by May 2020. (Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020.)

(e)  I understand the gross written premiums reported for CSI eXPRESS includes premiums related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020.)

(f)  I understand Chubb Insurance Company of Canada was no longer a subsidiary of Federal by September 30, 2016. Accordingly, 1/2 of the gross written premiums reported for year 2016 were included in this analysis. (Taylor Deposition at 85; FED006483-484; Pandey Deposition at Exhibit 527.)

SUPPLEMENTAL SCHEDULE 10.6

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 10.6: Summary of Domestic Gross Written Premiums by Application - Defendants Pooling Entities Only** (a)

| Application (b) | Mar 31 - Dec 31 2016 (c) | 2017 | 2018 | 2019 | Jan - Jun 2020 (d) | Total |
|---|---|---|---|---|---|---|
| Commercial Underwriting Workstation (CUW) | | | | | | |
| Federal | $ - | $ 597,360,166 | *n/a* | *n/a* | *n/a* | $ 597,360,166 |
| ACE American | 94,011,508 | 250,642,434 | *n/a* | *n/a* | *n/a* | 344,653,942 |
| Defendants | *n/a* | *n/a* | 598,805,923 | 894,084,826 | - | 1,492,890,750 |
| Total | $ 94,011,508 | $ 848,002,600 | $ 598,805,923 | $ 894,084,826 | $ - | $ 2,434,904,857 |
| | | | | | | |
| CSI eXPRESS (e) | $ - | $ 93,607,736 | $ 486,187 | $ 531,297 | $ 47,603 | $ 94,672,823 |
| Premium Booking | - | - | - | - | - | - |
| Texas Accident Prevention System (TAPS) | - | 45,768,063 | 37,960,159 | 26,821,891 | - | 110,550,113 |
| Cornerstone | - | 9,784,435 | 4,497,351 | - | - | 14,281,786 |
| Individual Rate Modification Application (IRMA) | - | 2,874,266 | 2,586,050 | 1,895,170 | - | 7,355,485 |
| Decision Point | - | 34,636 | - | - | - | 34,636 |
| **TOTAL** | $ 94,011,508 | $ 1,000,071,735 | $ 644,335,670 | $ 923,333,184 | $ 47,603 | $ 2,661,799,700 |

*Note/Source(s):*

(a) This schedule includes gross written premiums from all writing companies reported per Defendants' interrogatory responses that participate in a pooling arrangement with the Defendants, but are not subsidiaries of the Defendants. (See **Schedules 12.0** and **13.4**.)

(b) The CUW application is the only application for which Defendants reported gross written premiums from ACE American subsidiaries. All other domestic applications only report gross written premiums from Federal and subsidiaries. (Harkin Deposition at 19-20.)

(c) I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the domestic applications. I have adjusted the gross written premiums accordingly. (FED004437_0001.)

(d) The Defendant's most recent response to Interrogatory No. 17 was dated in June 2020. Additionally, Defendants identified per its interrogatory response that the Blaze Advisor component was removed from the domestic applications by May 2020. (Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020.)

(e) I understand the gross written premiums reported for CSI eXPRESS includes premiums related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020.)

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 11.3: Summary of Foreign Gross Written Premiums by Application - Federal, Subsidiaries and Pooling Entities** (a)

| Application | Region | Sep 6 - Dec 31 2013 (b) | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | Jan - Jun 2020 (c) | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| ADAPT | Australia | $ 8,355,080 | $ 24,070,834 | $ 19,344,525 | $ 4,156,773 (e) | $ - | $ - | $ - | $ - | $ 55,927,212 |
| ADAPT | Europe | 20,309,729 | 60,130,370 | 61,438,935 | 47,695,132 | - | - | - | - | 189,574,167 |
| ADAPT | U.K. | 11,408,181 | 36,339,000 | 40,371,000 | 30,991,000 | 29,812,000 | 10,282,000 | - | - | 159,203,181 |
| Evolution (d) | Canada | - | - | 156,897,626 | 227,844,002 (f) | - | - | - | - | 384,741,628 |
| EZER | Europe | 64,243,299 | 196,353,338 | 179,188,308 | 156,849,666 | - | - | - | - | 596,634,611 |
| EZER | U.K. | - | 7,833 | 3,515 | 4,130 | - | - | - | - | 15,477 |
| **TOTAL** | | $ 104,316,288 | $ 316,901,374 | $ 457,243,909 | $ 467,540,703 | $ 29,812,000 | $ 10,282,000 | $ - | $ - | $ 1,386,096,275 |

*Note/Source(s):*

(a) This schedule includes gross written premiums from all writing companies reported per Defendants' interrogatory responses that is Federal, subsidiaries of Federal and/or participate in a pooling arrangement with Federal. Further, I understand ACE American and subsidiaries do not report gross written premiums for foreign applications. (Harkin Deposition at 19-20; **Schedules 12.0** and **13.2**.)

(b) I understand Federal has admitted distribution of Blaze Advisor 7.1 as of September 6, 2013. I have adjusted the gross written premiums accordingly. (Pandey Deposition at Exhibit 527; Mirolyuz Deposition at Exhibit 186.)

(c) The Defendant's most recent responses to Interrogatory Nos. 18-20 were dated in June 2020 and July 2020. Additionally, Defendants identified per its interrogatory responses that the Blaze Advisor component was removed from the applications used in U.K., Canada, Europe and Australia by October 2019. (Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020; Defendants' Sixth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated June 17, 2020; Defendants' Seenth Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020.)

(d) Defendants reported that the Evolution (Canada) and Broker Site (Canada) applications share the same underlying database and therefore report the same gross written premiums. (Harkin Deposition at 206-209.)

(e) I understand Chubb Insurance Company of Australia Ltd. was no longer a subsidiary of Federal by April 1, 2016 and accordingly, 1/4 of the gross written premiums reported for year 2016 were included in this analysis. (Taylor Deposition at 85-86.)

(f) I understand Chubb Insurance Company of Canada was no longer a subsidiary of Federal by September 30, 2016. Accordingly, 3/4 of the gross written premiums reported for year 2016 were included in this analysis. (Taylor Deposition at 85; FED006483-484; Pandey Deposition at Exhibit 527.)

SUPPLEMENTAL SCHEDULE 12.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) | |
|---|---|---|---|---|---|
| ADAPT (Australia) | Foreign | 2013 | $ 26,082,845 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Australia) | Foreign | 2014 | $ 24,070,834 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Australia) | Foreign | 2015 | $ 19,344,525 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Australia) | Foreign | 2016 | $ 16,627,093 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Australia) | Foreign | 2017 | $ 5,758,309 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Australia) | Foreign | 2018 | $ 3,039,423 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Australia) | Foreign | 2019 | $ 130,271 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Europe) | Foreign | 2013 | $ 63,402,809 | Chubb Insurance Company of Europe SE | (c) |
| ADAPT (Europe) | Foreign | 2014 | $ 60,130,370 | Chubb Insurance Company of Europe SE | (c) |
| ADAPT (Europe) | Foreign | 2015 | $ 61,438,935 | Chubb Insurance Company of Europe SE | (c) |
| ADAPT (Europe) | Foreign | 2016 | $ 47,695,132 | Chubb Insurance Company of Europe SE | (c) |
| ADAPT (Europe) | Foreign | 2017 | $ 40,226,219 | Chubb European Group, SE | |
| ADAPT (Europe) | Foreign | 2018 | $ 11,278,716 | Chubb European Group, SE | |
| ADAPT (Europe) | Foreign | 2019 | $ 101,788 | Chubb European Group, SE | |
| ADAPT (Europe) | Foreign | 2020 | $ - | Chubb European Group, SE | |
| ADAPT (UK) | Foreign | 2013 | $ 35,614,000 | Federal Insurance Company | (g) |
| ADAPT (UK) | Foreign | 2014 | $ 36,339,000 | Federal Insurance Company | (g) |
| ADAPT (UK) | Foreign | 2015 | $ 40,371,000 | Federal Insurance Company | (g) |
| ADAPT (UK) | Foreign | 2016 | $ 30,991,000 | Federal Insurance Company | (g) |
| ADAPT (UK) | Foreign | 2017 | $ 29,812,000 | Federal Insurance Company | (g) |
| ADAPT (UK) | Foreign | 2018 | $ 10,282,000 | Federal Insurance Company | (g) |
| Broker Site (Canada) | Foreign | 2015 | $ 156,897,626 | Chubb Insurance Company of Canada | |
| Broker Site (Canada) | Foreign | 2016 | $ 303,792,002 | Chubb Insurance Company of Canada | |
| Broker Site (Canada) | Foreign | 2017 | $ 316,557,226 | Chubb Insurance Company of Canada | |
| Broker Site (Canada) | Foreign | 2018 | $ 335,516,265 | Chubb Insurance Company of Canada | |
| Broker Site (Canada) | Foreign | 2019 | $ 278,742,859 | Chubb Insurance Company of Canada | |
| Cornerstone | Domestic | 2016 | $ 7,408,108 | Chubb Insurance Company of Canada | |
| Cornerstone | Domestic | 2016 | $ - | Federal Insurance Company | |
| Cornerstone | Domestic | 2016 | $ 220,608,093 | Federal Insurance Company | |
| Cornerstone | Domestic | 2016 | $ - | Great Northern Insurance Company | |
| Cornerstone | Domestic | 2016 | $ 5,000,954 | Pacific Indemnity Company | |
| Cornerstone | Domestic | 2016 | $ 4,419,671 | Vigilant Insurance Company | |
| Cornerstone | Domestic | 2017 | $ 11,328,070 | Chubb Insurance Company of Canada | |
| Cornerstone | Domestic | 2017 | $ 235,297,734 | Federal Insurance Company | |
| Cornerstone | Domestic | 2017 | $ 670 | Great Northern Insurance Company | |
| Cornerstone | Domestic | 2017 | $ 9,784,435 | Pacific Indemnity Company | |
| Cornerstone | Domestic | 2017 | $ 3,230,203 | Vigilant Insurance Company | |
| Cornerstone | Domestic | 2018 | $ 14,657,186 | Chubb Insurance Company of Canada | |
| Cornerstone | Domestic | 2018 | $ 116,145,727 | Federal Insurance Company | |

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) |
|---|---|---|---|---|
| Cornerstone | Domestic | 2018 | $ 1,205 | Great Northern Insurance Company |
| Cornerstone | Domestic | 2018 | $ 4,497,351 | Pacific Indemnity Company |
| Cornerstone | Domestic | 2018 | $ 1,756,697 | Vigilant Insurance Company |
| Cornerstone | Domestic | 2019 | $ (6,469) | Federal Insurance Company |
| Cornerstone | Domestic | 2019 | $ - | Great Northern Insurance Company |
| Cornerstone | Domestic | 2019 | $ - | Pacific Indemnity Company |
| Cornerstone | Domestic | 2019 | $ - | Vigilant Insurance Company |
| Cornerstone | Domestic | 2020 | $ - | Federal Insurance Company |
| Cornerstone | Domestic | 2020 | $ - | Pacific Indemnity Company |
| Cornerstone | Domestic | 2020 | $ - | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2016 | $ 98,911,117 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2016 | $ 2,480,212 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2016 | $ 21,543,943 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2016 | $ 2,212,095 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2016 | $ 74,655,072 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2016 | $ 492,570 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2016 | $ 31,403,417 | Executive Risk Specialty Insurance Company |
| CSI eXPRESS | Domestic | 2016 | $ 1,026,440 | Executive Risk Specialty Insurance Company |
| CSI eXPRESS | Domestic | 2016 | $ 1,210,424,579 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2016 | $ 75,579,124 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2016 | $ 150,747 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2016 | $ 206,637 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2016 | $ 7,425,581 | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2017 | $ 99,877,332 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2017 | $ 4,853,321 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2017 | $ 20,940,256 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2017 | $ 2,916,920 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2017 | $ 62,459,327 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2017 | $ 441,481 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2017 | $ 28,856,329 | Executive Risk Specialty Insurance Company |
| CSI eXPRESS | Domestic | 2017 | $ 1,256,713 | Executive Risk Specialty Insurance Company |
| CSI eXPRESS | Domestic | 2017 | $ 1,132,709,568 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2017 | $ 101,305,051 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2017 | $ 331,853 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2017 | $ 262,033 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2017 | $ 6,697,327 | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2017 | $ 3,346 | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2018 | $ 3,309,818 | Chubb Custom Insurance Company |
| CSI eXPRESS | Domestic | 2018 | $ 1,210,985 | Chubb Custom Insurance Company |

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail** (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) |
|---|---|---|---|---|
| CSI eXPRESS | Domestic | 2018 | $ 92,730,755 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2018 | $ 4,879,760 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2018 | $ 22,833,376 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2018 | $ 3,180,349 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2018 | $ 49,158,127 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2018 | $ 10,429 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2018 | $ 11,370,649 | Executive Risk Specialty Insurance Company |
| CSI eXPRESS | Domestic | 2018 | $ 1,377,654 | Executive Risk Specialty Insurance Company |
| CSI eXPRESS | Domestic | 2018 | $ 1,084,053,467 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2018 | $ 126,368,942 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2018 | $ 384,509 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2018 | $ 101,678 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2018 | $ 5,071,070 | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2019 | $ 12,910,102 | Chubb Custom Insurance Company |
| CSI eXPRESS | Domestic | 2019 | $ 1,231,538 | Chubb Custom Insurance Company |
| CSI eXPRESS | Domestic | 2019 | $ 92,021,878 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2019 | $ 3,865,131 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2019 | $ 24,847,861 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2019 | $ 3,382,816 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2019 | $ 39,894,505 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2019 | $ 1,110,317,333 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2019 | $ 135,056,689 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2019 | $ 359,714 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2019 | $ 171,583 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2019 | $ 3,071,878 | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2019 | $ 23,920 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2019 | $ 34,866 | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2020 | $ 1,270,989 | Chubb Custom Insurance Company |
| CSI eXPRESS | Domestic | 2020 | $ 2,595,663 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2020 | $ 4,529,483 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2020 | $ 114,743,527 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2020 | $ 47,603 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2020 | $ 159,503 | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2020 | $ 5,409,234 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2020 | $ 191,378 | Chubb Custom Insurance Company |
| CSI eXPRESS | Domestic | 2020 | $ 653,482 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2020 | $ 7,625,948 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2020 | $ 41,504 | Chubb Insurance Company of Canada |
| CUW | Domestic | 2016 | $ 108,983,074 | ACE American Insurance Company |

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail** (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) |
|---|---|---|---|---|
| CUW | Domestic | 2016 | $ 1,092,991 | ACE Fire Underwriters Insurance Company |
| CUW | Domestic | 2016 | $ 106,304,730 | ACE Property and Casualty Insurance Company |
| CUW | Domestic | 2016 | $ 217,444,132 | Chubb Custom Insurance Company |
| CUW | Domestic | 2016 | $ 41,811 | Chubb de Mexico Compania de Seguros, S.A. de C.V. |
| CUW | Domestic | 2016 | $ 515,778,122 | Chubb Indemnity Insurance Company |
| CUW | Domestic | 2016 | $ 223,982 | Chubb Insurance Australia Limited |
| CUW | Domestic | 2016 | $ 10,686 | Chubb Insurance Company Limited |
| CUW | Domestic | 2016 | $ 173,353 | Chubb Insurance Company of Canada |
| CUW | Domestic | 2016 | $ 260,360 | Chubb European Group, SE |
| CUW | Domestic | 2016 | $ 69,278,562 | Chubb Insurance Company of New Jersey |
| CUW | Domestic | 2016 | $ 50,975,438 | Chubb National Insurance Company |
| CUW | Domestic | 2016 | $ 4,281 | Chubb Seguros Brasil S.A. |
| CUW | Domestic | 2016 | $ 2,167,006 | Executive Risk Indemnity Inc. |
| CUW | Domestic | 2016 | $ 4,528,627 | Executive Risk Specialty Insurance Company |
| CUW | Domestic | 2016 | $ 4,800,545,165 | Federal Insurance Company |
| CUW | Domestic | 2016 | $ 868,809,232 | Great Northern Insurance Company |
| CUW | Domestic | 2016 | $ 81,709,115 | Illinois Union Insurance Company |
| CUW | Domestic | 2016 | $ 17,014,247 | Indemnity Insurance Company of North America |
| CUW | Domestic | 2016 | $ 469,700 | Pacific Employers Insurance Company |
| CUW | Domestic | 2016 | $ 426,214,815 | Pacific Indemnity Company |
| CUW | Domestic | 2016 | $ 307,080,047 | Vigilant Insurance Company |
| CUW | Domestic | 2016 | $ 31,266,954 | Westchester Fire Insurance Company |
| CUW | Domestic | 2016 | $ 12,587,416 | Westchester Surplus Lines Insurance Company |
| CUW | Domestic | 2017 | $ 354,885,927 | ACE American Insurance Company |
| CUW | Domestic | 2017 | $ 1,722,590 | ACE Fire Underwriters Insurance Company |
| CUW | Domestic | 2017 | $ 248,919,844 | ACE Property and Casualty Insurance Company |
| CUW | Domestic | 2017 | $ 125,050,560 | Chubb Custom Insurance Company |
| CUW | Domestic | 2017 | $ 12,404 | Chubb de Mexico Compania de Seguros, S.A. de C.V. |
| CUW | Domestic | 2017 | $ 368,955 | Chubb European Group, SE |
| CUW | Domestic | 2017 | $ 581,425,853 | Chubb Indemnity Insurance Company |
| CUW | Domestic | 2017 | $ 5,555 | Chubb Insurance Australia Limited |
| CUW | Domestic | 2017 | $ 7,913 | Chubb Insurance Company Limited |
| CUW | Domestic | 2017 | $ 14,184 | Chubb Insurance Company of Canada |
| CUW | Domestic | 2017 | $ 65,809,698 | Chubb Insurance Company of New Jersey |
| CUW | Domestic | 2017 | $ 68,554,767 | Chubb National Insurance Company |
| CUW | Domestic | 2017 | $ 16,298 | Chubb Seguros Brasil S.A. |
| CUW | Domestic | 2017 | $ 2,732,882 | Executive Risk Indemnity Inc. |
| CUW | Domestic | 2017 | $ 1,102,030 | Executive Risk Specialty Insurance Company |
| CUW | Domestic | 2017 | $ 5,098,833,242 | Federal Insurance Company |

CONFIDENTIAL-ATTORNEYS' EYES ONLY

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail** (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) |
|---|---|---|---|---|
| CUW | Domestic | 2017 | $ 912,720,320 | Great Northern Insurance Company |
| CUW | Domestic | 2017 | $ 255,341,641 | Illinois Union Insurance Company |
| CUW | Domestic | 2017 | $ 21,351,439 | Indemnity Insurance Company of North America |
| CUW | Domestic | 2017 | $ 869,381 | Pacific Employers Insurance Company |
| CUW | Domestic | 2017 | $ 468,474,694 | Pacific Indemnity Company |
| CUW | Domestic | 2017 | $ 324,338,205 | Vigilant Insurance Company |
| CUW | Domestic | 2017 | $ 67,191,783 | Westchester Fire Insurance Company |
| CUW | Domestic | 2017 | $ 45,285,709 | Westchester Surplus Lines Insurance Company |
| CUW | Domestic | 2018 | $ 274,751,661 | ACE American Insurance Company |
| CUW | Domestic | 2018 | $ 1,498,240 | ACE Fire Underwriters Insurance Company |
| CUW | Domestic | 2018 | $ 191,070,156 | ACE Property and Casualty Insurance Company |
| CUW | Domestic | 2018 | $ 68,563,377 | Chubb Custom Insurance Company |
| CUW | Domestic | 2018 | $ 16,435 | Chubb de Mexico Compania de Seguros, S.A. de C.V. |
| CUW | Domestic | 2018 | $ 85,624 | Chubb European Group, SE |
| CUW | Domestic | 2018 | $ 443,033,893 | Chubb Indemnity Insurance Company |
| CUW | Domestic | 2018 | $ 25,208 | Chubb Insurance Australia Limited |
| CUW | Domestic | 2018 | $ 6,136 | Chubb Insurance Company Limited |
| CUW | Domestic | 2018 | $ 6,754 | Chubb Insurance Company of Canada |
| CUW | Domestic | 2018 | $ 32,946,513 | Chubb Insurance Company of New Jersey |
| CUW | Domestic | 2018 | $ 66,309,956 | Chubb National Insurance Company |
| CUW | Domestic | 2018 | $ 643 | Chubb Seguros Brasil S.A. |
| CUW | Domestic | 2018 | $ 1,661,561 | Executive Risk Indemnity Inc. |
| CUW | Domestic | 2018 | $ 213,165 | Executive Risk Specialty Insurance Company |
| CUW | Domestic | 2018 | $ 3,559,391,728 | Federal Insurance Company |
| CUW | Domestic | 2018 | $ 710,269,800 | Great Northern Insurance Company |
| CUW | Domestic | 2018 | $ 240,820,970 | Illinois Union Insurance Company |
| CUW | Domestic | 2018 | $ 13,196,308 | Indemnity Insurance Company of North America |
| CUW | Domestic | 2018 | $ 51,084 | Pacific Employers Insurance Company |
| CUW | Domestic | 2018 | $ 369,995,206 | Pacific Indemnity Company |
| CUW | Domestic | 2018 | $ 227,639,141 | Vigilant Insurance Company |
| CUW | Domestic | 2018 | $ 36,242,321 | Westchester Fire Insurance Company |
| CUW | Domestic | 2018 | $ 49,388,448 | Westchester Surplus Lines Insurance Company |
| CUW | Domestic | 2019 | $ 421,279,223 | ACE American Insurance Company |
| CUW | Domestic | 2019 | $ 1,963,803 | ACE Fire Underwriters Insurance Company |
| CUW | Domestic | 2019 | $ 337,956,699 | ACE Property and Casualty Insurance Company |
| CUW | Domestic | 2019 | $ 79,478,654 | Chubb Custom Insurance Company |
| CUW | Domestic | 2019 | $ 33,298,799 | Chubb Indemnity Insurance Company |
| CUW | Domestic | 2019 | $ 44,839,601 | Chubb Insurance Company of New Jersey |
| CUW | Domestic | 2019 | $ 16,466 | Chubb de Mexico Compania de Seguros, S.A. de C.V. |

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail** (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) |
|---|---|---|---|---|
| CUW | Domestic | 2019 | $ 83,822 | Chubb European Group, SE |
| CUW | Domestic | 2019 | $ 24,383 | Chubb Insurance Australia Limited |
| CUW | Domestic | 2019 | $ 6,005 | Chubb Insurance Company Limited |
| CUW | Domestic | 2019 | $ 4,458 | Chubb Insurance Company of Canada |
| CUW | Domestic | 2019 | $ 88,253,078 | Chubb National Insurance Company |
| CUW | Domestic | 2019 | $ 607 | Chubb Seguros Brasil S.A. |
| CUW | Domestic | 2019 | $ 2,339,425 | Executive Risk Indemnity Inc. |
| CUW | Domestic | 2019 | $ 251,939 | Executive Risk Specialty Insurance Company |
| CUW | Domestic | 2019 | $ 4,351,674,030 | Federal Insurance Company |
| CUW | Domestic | 2019 | $ 917,988,715 | Great Northern Insurance Company |
| CUW | Domestic | 2019 | $ 421,234,166 | Illinois Union Insurance Company |
| CUW | Domestic | 2019 | $ 27,030,784 | Indemnity Insurance Company of North America |
| CUW | Domestic | 2019 | $ 446,973,851 | Pacific Indemnity Company |
| CUW | Domestic | 2019 | $ 296,287,341 | Vigilant Insurance Company |
| CUW | Domestic | 2019 | $ 736,532 | Pacific Employers Insurance Company |
| CUW | Domestic | 2019 | $ 107,190,473 | Westchester Fire Insurance Company |
| CUW | Domestic | 2019 | $ 93,856,583 | Westchester Surplus Lines Insurance Company |
| Decision Point | Domestic | 2016 | $ 182,250 | Chubb Insurance Company of New Jersey |
| Decision Point | Domestic | 2016 | $ 5,465 | Executive Risk Indemnity Inc. |
| Decision Point | Domestic | 2016 | $ 3,359,894 | Federal Insurance Company |
| Decision Point | Domestic | 2017 | $ 319,437 | Chubb Insurance Company of New Jersey |
| Decision Point | Domestic | 2017 | $ 34,636 | Executive Risk Indemnity Inc. |
| Decision Point | Domestic | 2017 | $ 3,965,783 | Federal Insurance Company |
| Decision Point | Domestic | 2018 | $ 236,749 | Chubb Insurance Company of New Jersey |
| Decision Point | Domestic | 2018 | $ 34,899 | Executive Risk Indemnity Inc. |
| Decision Point | Domestic | 2018 | $ 4,542,690 | Federal Insurance Company |
| Decision Point | Domestic | 2019 | $ 357,809 | Chubb Insurance Company of New Jersey |
| Decision Point | Domestic | 2019 | $ 23,067 | Executive Risk Indemnity Inc. |
| Decision Point | Domestic | 2019 | $ 5,489,185 | Federal Insurance Company |
| Decision Point | Domestic | 2020 | $ 61,931 | Chubb Insurance Company of New Jersey |
| Decision Point | Domestic | 2020 | $ 4,555 | Executive Risk Indemnity Inc. |
| Decision Point | Domestic | 2020 | $ 1,564,557 | Federal Insurance Company |
| Evolution (Australia) | Foreign | 2017 | $ 745,194 | Chubb Insurance Company of Australia Ltd. |
| Evolution (Australia) | Foreign | 2018 | $ 46,013,916 | Chubb Insurance Company of Australia Ltd. |
| Evolution (Australia) | Foreign | 2019 | $ 63,731,033 | Chubb Insurance Company of Australia Ltd. |
| Evolution (Canada) | Foreign | 2015 | $ 156,897,626 | Chubb Insurance Company of Canada |
| Evolution (Canada) | Foreign | 2016 | $ 303,792,002 | Chubb Insurance Company of Canada |
| Evolution (Canada) | Foreign | 2017 | $ 316,557,226 | Chubb Insurance Company of Canada |
| Evolution (Canada) | Foreign | 2018 | $ 335,516,265 | Chubb Insurance Company of Canada |

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail** (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) | |
|---|---|---|---|---|---|
| Evolution (Canada) | Foreign | 2019 | $ 278,742,589 | Chubb Insurance Company of Canada | |
| EZER (Europe) | Foreign | 2013 | $ 200,554,401 | Chubb Insurance Company of Europe SE | (c) |
| EZER (Europe) | Foreign | 2014 | $ 196,353,338 | Chubb Insurance Company of Europe SE | (c) |
| EZER (Europe) | Foreign | 2015 | $ 179,188,308 | Chubb Insurance Company of Europe SE | (c) |
| EZER (Europe) | Foreign | 2016 | $ 156,849,666 | Chubb Insurance Company of Europe SE | (c) |
| EZER (Europe) | Foreign | 2017 | $ 109,376,325 | Chubb European Group, SE | |
| EZER (Europe) | Foreign | 2018 | $ 4,438,273 | Chubb European Group, SE | |
| EZER (Europe) | Foreign | 2019 | $ 207,603 | Chubb European Group, SE | |
| EZER (Europe) | Foreign | 2020 | $ - | Chubb European Group, SE | |
| EZER (UK) | Foreign | 2013 | $ - | Federal Insurance Company | (d) |
| EZER (UK) | Foreign | 2014 | $ 7,833 | Federal Insurance Company | (d) |
| EZER (UK) | Foreign | 2015 | $ 3,515 | Federal Insurance Company | (d) |
| EZER (UK) | Foreign | 2016 | $ 4,130 | Federal Insurance Company | (d) |
| EZER (UK) | Foreign | 2017 | $ - | Federal Insurance Company | (d) |
| EZER (UK) | Foreign | 2018 | $ - | Federal Insurance Company | (d) |
| EZER (UK) | Foreign | 2019 | $ - | Federal Insurance Company | (d) |
| EZER (UK) | Foreign | 2020 | $ - | Federal Insurance Company | (d) |
| IRMA | Domestic | 2016 | $ 7,252 | Albany Insurance Company | |
| IRMA | Domestic | 2016 | $ 615,040 | Chubb Custom Insurance Company | |
| IRMA | Domestic | 2016 | $ 19,420 | Chubb de Mexico Compania Afianzadora, S.A. de C.V. | (e) |
| IRMA | Domestic | 2016 | $ 5,451 | Chubb de Mexico Compania de Seguros, S.A. de C.V. | |
| IRMA | Domestic | 2016 | $ 33,637 | Chubb Insurance Australia Limited | |
| IRMA | Domestic | 2016 | $ 3,758 | Chubb Insurance Company Limited | |
| IRMA | Domestic | 2016 | $ 10,045,179 | Chubb Insurance Company of Canada | |
| IRMA | Domestic | 2016 | $ 1,108,829 | Chubb Insurance Company of New Jersey | |
| IRMA | Domestic | 2016 | $ 68,744,411 | Federal Insurance Company | |
| IRMA | Domestic | 2016 | $ 17,031,473 | Great Northern Insurance Company | |
| IRMA | Domestic | 2016 | $ 3,894,125 | Pacific Indemnity Company | |
| IRMA | Domestic | 2016 | $ 750 | Self-Insured Retention | |
| IRMA | Domestic | 2016 | $ 3,757,327 | Vigilant Insurance Company | |
| IRMA | Domestic | 2017 | $ 13,803 | Chubb Custom Insurance Company | |
| IRMA | Domestic | 2017 | $ 7,175 | Chubb de Mexico Compania Afianzadora, S.A. de C.V. | (e) |
| IRMA | Domestic | 2017 | $ 4,582 | Chubb de Mexico Compania de Seguros, S.A. de C.V. | |
| IRMA | Domestic | 2017 | $ 32,575 | Chubb European Group, SE | |
| IRMA | Domestic | 2017 | $ 10,500 | Chubb Insurance Australia Limited | |
| IRMA | Domestic | 2017 | $ 15,068 | Chubb Insurance Company Limited | |
| IRMA | Domestic | 2017 | $ 10,196,153 | Chubb Insurance Company of Canada | |
| IRMA | Domestic | 2017 | $ 889,740 | Chubb Insurance Company of New Jersey | |
| IRMA | Domestic | 2017 | $ 66,294,343 | Federal Insurance Company | |

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail** (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) | |
|---|---|---|---|---|---|
| IRMA | Domestic | 2017 | $ 16,015,552 | Great Northern Insurance Company | |
| IRMA | Domestic | 2017 | $ 2,860,463 | Pacific Indemnity Company | |
| IRMA | Domestic | 2017 | $ 3,348,817 | Vigilant Insurance Company | |
| IRMA | Domestic | 2018 | $ 4,782 | Chubb Custom Insurance Company | |
| IRMA | Domestic | 2018 | $ 11,668,247 | Chubb Insurance Company of Canada | |
| IRMA | Domestic | 2018 | $ 966,870 | Chubb Insurance Company of New Jersey | |
| IRMA | Domestic | 2018 | $ 59,180,524 | Federal Insurance Company | |
| IRMA | Domestic | 2018 | $ 15,149,788 | Great Northern Insurance Company | |
| IRMA | Domestic | 2018 | $ 2,586,050 | Pacific Indemnity Company | |
| IRMA | Domestic | 2018 | $ 3,085,724 | Vigilant Insurance Company | |
| IRMA | Domestic | 2019 | $ 4,104,241 | Chubb Insurance Company of Canada | |
| IRMA | Domestic | 2019 | $ 728,557 | Chubb Insurance Company of New Jersey | |
| IRMA | Domestic | 2019 | $ 45,985,295 | Federal Insurance Company | |
| IRMA | Domestic | 2019 | $ 10,741,053 | Great Northern Insurance Company | |
| IRMA | Domestic | 2019 | $ 1,895,170 | Pacific Indemnity Company | |
| IRMA | Domestic | 2019 | $ 1,572,791 | Vigilant Insurance Company | |
| Premium Booking | Domestic | 2016 | $ 503,432,073 | Federal Insurance Company | (f) |
| Premium Booking | Domestic | 2017 | $ 442,839,932 | Federal Insurance Company | (f) |
| Premium Booking | Domestic | 2018 | $ 500,850,829 | Federal Insurance Company | (f) |
| Premium Booking | Domestic | 2019 | $ 426,769,797 | Federal Insurance Company | (f) |
| TAPS | Domestic | 2016 | $ 73,264,109 | Chubb Indemnity Insurance Company | |
| TAPS | Domestic | 2016 | $ 561,041 | Chubb National Insurance Company | |
| TAPS | Domestic | 2016 | $ 143,625,269 | Federal Insurance Company | |
| TAPS | Domestic | 2016 | $ 8,309,789 | Great Northern Insurance Company | |
| TAPS | Domestic | 2016 | $ 42,217,710 | Pacific Indemnity Company | |
| TAPS | Domestic | 2016 | $ 17,102,989 | Vigilant Insurance Company | |
| TAPS | Domestic | 2017 | $ 45,571,577 | Chubb Indemnity Insurance Company | |
| TAPS | Domestic | 2017 | $ 1,864,828 | Chubb National Insurance Company | |
| TAPS | Domestic | 2017 | $ 144,179,732 | Federal Insurance Company | |
| TAPS | Domestic | 2017 | $ 5,976,054 | Great Northern Insurance Company | |
| TAPS | Domestic | 2017 | $ 45,768,063 | Pacific Indemnity Company | |
| TAPS | Domestic | 2017 | $ 8,858,947 | Vigilant Insurance Company | |
| TAPS | Domestic | 2018 | $ 39,388,714 | Chubb Indemnity Insurance Company | |
| TAPS | Domestic | 2018 | $ 5,073,844 | Chubb National Insurance Company | |
| TAPS | Domestic | 2018 | $ 123,103,492 | Federal Insurance Company | |
| TAPS | Domestic | 2018 | $ 5,192,985 | Great Northern Insurance Company | |
| TAPS | Domestic | 2018 | $ 37,960,159 | Pacific Indemnity Company | |
| TAPS | Domestic | 2018 | $ 5,771,749 | Vigilant Insurance Company | |
| TAPS | Domestic | 2019 | $ 36,199,611 | Chubb Indemnity Insurance Company | |

SUPPLEMENTAL SCHEDULE 12.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) |
|---|---|---|---|---|
| TAPS | Domestic | 2019 | $ 2,431,048 | Chubb National Insurance Company |
| TAPS | Domestic | 2019 | $ 17,004 | Executive Risk Indemnity Inc. |
| TAPS | Domestic | 2019 | $ 86,991,815 | Federal Insurance Company |
| TAPS | Domestic | 2019 | $ 2,819,686 | Great Northern Insurance Company |
| TAPS | Domestic | 2019 | $ 26,821,891 | Pacific Indemnity Company |
| TAPS | Domestic | 2019 | $ 4,911,863 | Vigilant Insurance Company |

*Note/Source(s):*

(a) Gross Written Premiums were excluded for years prior to 2016 for domestic applications. Additionally, Gross Written Premiums were excluded for years prior to 2013 for foreign applications. (Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-19; Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020; Defendants' Sixth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated June 17, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020.)

(b) The Writing Company entities were reported inconsistently between the interrogatory responses, and accordingly, the entities have been standardized for purposes were this schedule.

(c) I understand the writing companies for years 2012-2016 was Chubb Insurance Company of Europe SE. (Harkin Deposition at 177-178.)

(d) I understand U.K. Federal Writing Company is the U.K. branch of Federal. (Harkin Deposition at 153-155.)

(e) Defendants did not provide enough information to identify the writing company. The Writing Company is assumed to be Chubb de Mexico Compania Afianzadora, S.A. de C.V.

(f) Defendants did not identify a unique writing company for the gross written premiums reported by the Premium Booking application. I understand that Premium Booking application was used by most of the writing companies that are subsidiaries of Federal. (Mirolyuz 1/11/2019 Deposition at 63-64, 80-81.)

(g) *See* , generally, Supplemental Expert Report of R. Bickley (Bick) Whitener, dated May 8, 2020 at 4-7; Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated January 21, 2019 at 2-4; Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 18, dated December 14, 2018 at 4. These interrogatory responses do not identify the writing company for ADAPT (U.K.) gross written premiums reported for Q1 2012 through Q3 2018. Additionally, all subsequent interrogatory responses to No. 18 have omitted the gross written premiums for ADAPT (U.K.). Accordingly, I have assumed that the writing company for ADAPT (U.K.) gross written premiums is U.K. Federal, which is the U.K. branch of Federal. Further, I understand that Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020, acknowledges that the gross written premiums reported for ADAPT (Europe) includes ADAPT (U.K.). However, this reported gross written premium for ADAPT (Europe) is the same as the reported gross written premiums for ADAPT (Europe) alone in Defendants' Fourth, Fifth and Sixth Supplemental Answers to Plaintiff's Interrogatory No. 20, dated February 28, 2019, March 21, 2019 and June 18, 2020, respectively.

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 13.2: Writing Company Categorization - Defendants, Subsidiaries and Pooling Entities** (a)

| ST Writing Company (b) | Federal | | | | | ACE American | | Defendants (c) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2013 | 2014 | 2015 (d) | 2016 | 2017 | 2016 | 2017 | 2018 | 2019 | 2020 (e) |
| ACE American Insurance Company | | | | | | X | X | X | X | X |
| ACE Fire Underwriters Insurance Company | | | | | | X | X | X | X | X |
| ACE Property and Casualty Insurance Company | | | | | | X | X | X | X | X |
| Albany Insurance Company | | | | | | | | | | |
| Chubb Custom Insurance Company | X | X | X | X | X | | | | | |
| Chubb de Mexico Compania Afianzadora, S.A. de C.V. (f) | | | | X | X | | | | | |
| Chubb de Mexico Compania de Seguros, S.A. de C.V. (f) | | | | X | X | | | | | |
| Chubb European Group, SE | | | | | | | | | | |
| Chubb Indemnity Insurance Company | X | X | X | X | X | | | X | X | X |
| Chubb Insurance Australia Limited | | | | | | | | | | |
| Chubb Insurance Company Limited | | | | X | X | | | X | X | X |
| Chubb Insurance Company of Australia Ltd. (g) | X | X | X | 1/4 X | | | | | | |
| Chubb Insurance Company of Canada (h) | X | X | X | 3/4 X | | | | | | |
| Chubb Insurance Company of Europe SE (i) | X | X | X | X | | | | | | |
| Chubb Insurance Company of New Jersey | X | X | X | X | X | | | X | X | X |
| Chubb National Insurance Company | X | X | X | X | X | | | X | X | X |
| Chubb Seguros Brasil S.A. | | | | | | | | | | |
| Executive Risk Indemnity Inc. | X | X | X | X | X | | | | | |
| Executive Risk Specialty Insurance Company | X | X | X | X | X | | | | | |
| Federal Insurance Company | X | X | X | X | X | | | X | X | X |
| Great Northern Insurance Company | X | X | X | X | X | | | X | X | X |
| Illinois Union Insurance Company | | | | | | X | X | X | X | X |
| Indemnity Insurance Company of North America | | | | | | X | X | X | X | X |
| Pacific Employers Insurance Company | | | | | | X | X | X | X | X |
| Pacific Indemnity Company | X | X | X | X | X | | | X | X | X |
| Self-Insured Retention | | | | | | | | | | |
| Vigilant Insurance Company | X | X | X | X | X | | | X | X | X |
| Westchester Fire Insurance Company | | | | | | | | X | X | X |
| Westchester Surplus Lines Insurance Company | | | | | | | | | | |

*Note/Source(s):*

(a)  Identifies whether the Writing Company is a Defendant, subsidiary of the Defendants, and/or participates in a pooling arrangement with the Defendants. See **Schedules 14.1-14.6, 15.1-15.4**, and **16.0**.

(b)  See **Schedule 12.0**.

(c)  I understand the Defendants participated in the same intercompany pool in years 2018 and 2019. Additionally, Defendants' intercompany pooling arrangements for year 2019 were used as a proxy for year 2020. See **Schedule 16.0**.

(d)  The Chubb Corporation subsidiary list for 2015 is not available, and accordingly, I have relied on the 2014 list.

(e)  The Chubb Limited subsidiary list for 2020 is not available, and accordingly, I have relied on the 2019 list.

(f)  I understand Chubb de Mexico Compania Afianzadora, S.A. de C.V. and Chubb de Mexico Compania de Seguros, S.A. de C.V. was no longer a subsidiary of Federal by January 1, 2018. (Federal Insurance Company Annual Statement, December 31, 2018 at 14.10; Federal Insurance Company Annual Statement, December 31, 2019 at 14.10.)

(g)  I understand Chubb Insurance Company of Australia Ltd. was no longer a subsidiary of Federal by April 1, 2016. (Taylor Deposition at 85-86.)

(h)  I understand Chubb Insurance Company of Canada was no longer a subsidiary of Federal by September 30, 2016. (Taylor Deposition at 85.)

(i)  I understand Chubb Insurance Company of Europe SE was no longer a subsidiary of Federal sometime in Q4 2016. (Taylor Deposition at 84-85.)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SUPPLEMENTAL SCHEDULE 13.3: Writing Company Categorization - Defendants and Subsidiaries (a)

| ST Writing Company (b) | | Federal | | | | | | | | ACE American | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2013 | 2014 | 2015 (c) | 2016 | 2017 | 2018 | 2019 | 2020 (d) | 2016 | 2017 | 2018 | 2019 | 2020 (d) |
| ACE American Insurance Company | | | | | | | | | | X | X | X | X | X |
| ACE Fire Underwriters Insurance Company | | | | | | | | | | | | | | |
| ACE Property and Casualty Insurance Company | | | | | | | | | | | | | | |
| Albany Insurance Company | | | | | | | | | | | | | | |
| Chubb Custom Insurance Company | | X | X | X | X | | | | | | | | | |
| Chubb de Mexico Compania Afianzadora, S.A. de C.V. | (e) | | | | X | X | | | | | | | | |
| Chubb de Mexico Compania de Seguros, S.A. de C.V. | (e) | | | | X | X | | | | | | | | |
| Chubb European Group, SE | | | | | | | | | | | | | | |
| Chubb Indemnity Insurance Company | | X | X | X | X | X | X | X | X | | | | | |
| Chubb Insurance Australia Limited | | | | | | | | | | | | | | |
| Chubb Insurance Company Limited | | | | | X | X | X | X | X | | | | | |
| Chubb Insurance Company of Australia Ltd. | (f) | X | X | X | 1/4 X | | | | | | | | | |
| Chubb Insurance Company of Canada | (g) | X | X | X | 3/4 X | | | | | | | | | |
| Chubb Insurance Company of Europe SE | (h) | X | X | X | X | | | | | | | | | |
| Chubb Insurance Company of New Jersey | | X | X | X | X | X | X | X | X | | | | | |
| Chubb National Insurance Company | | X | X | X | X | X | X | X | X | | | | | |
| Chubb Seguros Brasil S.A. | | | | | | | | | | | | | | |
| Executive Risk Indemnity Inc. | | X | X | X | X | | | | | | | | | |
| Executive Risk Specialty Insurance Company | | X | X | X | X | | | | | | | | | |
| Federal Insurance Company | | X | X | X | X | X | X | X | X | | | | | |
| Great Northern Insurance Company | | X | X | X | X | X | X | X | X | | | | | |
| Illinois Union Insurance Company | | | | | | | | | | X | X | X | X | X |
| Indemnity Insurance Company of North America | | | | | | | | | | | X | X | X | X |
| Pacific Employers Insurance Company | | | | | | | | | | X | X | X | X | X |
| Pacific Indemnity Company | | X | X | X | X | | | | | | | | | |
| Self-Insured Retention | | | | | | | | | | | | | | |
| Vigilant Insurance Company | | X | X | X | X | X | X | X | X | | | | | |
| Westchester Fire Insurance Company | | | | | | | | | | | | | | |
| Westchester Surplus Lines Insurance Company | | | | | | | | | | | | | | |

*Note/Source(s):*

(a)  Identifies whether the Writing Company is a Defendant. See **Schedules 14.1-14.6, 15.1-15.4.**

(b)  See **Schedule 12.0**.

(c)  The Chubb Corporation subsidiary list for 2015 is not available, and accordingly, I have relied on the 2014 list.

(d)  The Chubb Limited subsidiary list for 2020 is not available, and accordingly, I have relied on the 2019 list.

(e)  I understand Chubb de Mexico Compania Afianzadora, S.A. de C.V. and Chubb de Mexico Compania de Seguros, S.A. de C.V. was no longer a subsidiary of Federal by January 1, 2018. (Federal Insurance Company Annual Statement, December 31, 2018 at 14.10; Federal Insurance Company Annual Statement, December 31, 2019 at 14.10.)

(f)  I understand Chubb Insurance Company of Australia Ltd. was no longer a subsidiary of Federal by April 1, 2016. (Taylor Deposition at 85-86.)

(g)  I understand Chubb Insurance Company of Canada was no longer a subsidiary of Federal by September 30, 2016. (Taylor Deposition at 85.)

(h)  I understand Chubb Insurance Company of Europe SE was no longer a subsidiary of Federal sometime in Q4 2016. (Taylor Deposition at 84-85.)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 13.4: Writing Company Categorization - Defendants Pooling Entities Only** (a)

| ST Writing Company (b) | Defendants (Pooling Entities Only) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 (c) |
| ACE American Insurance Company | | | | | | | | |
| ACE Fire Underwriters Insurance Company | | | | X | X | X | X | X |
| ACE Property and Casualty Insurance Company | | | | X | X | X | X | X |
| Albany Insurance Company | | | | | | | | |
| Chubb Custom Insurance Company | | | | | X | | | |
| Chubb de Mexico Compania Afianzadora, S.A. de C.V. | | | | | | | | |
| Chubb de Mexico Compania de Seguros, S.A. de C.V. | | | | | | | | |
| Chubb European Group, SE | | | | | | | | |
| Chubb Indemnity Insurance Company | | | | | | | | |
| Chubb Insurance Australia Limited | | | | | | | | |
| Chubb Insurance Company Limited | | | | | | | | |
| Chubb Insurance Company of Australia Ltd. | | | | | | | | |
| Chubb Insurance Company of Canada | | | | | | | | |
| Chubb Insurance Company of Europe SE | | | | | | | | |
| Chubb Insurance Company of New Jersey | | | | | | | | |
| Chubb National Insurance Company | | | | | | | | |
| Chubb Seguros Brasil S.A. | | | | | | | | |
| Executive Risk Indemnity Inc. | | | | | X | | | |
| Executive Risk Specialty Insurance Company | | | | | X | | | |
| Federal Insurance Company | | | | | | | | |
| Great Northern Insurance Company | | | | | | | | |
| Illinois Union Insurance Company | | | | | | | | |
| Indemnity Insurance Company of North America | | | | X | | | | |
| Pacific Employers Insurance Company | | | | | | | | |
| Pacific Indemnity Company | | | | | X | X | X | X |
| Self-Insured Retention | | | | | | | | |
| Vigilant Insurance Company | | | | | | | | |
| Westchester Fire Insurance Company | | | | | | X | X | X |
| Westchester Surplus Lines Insurance Company | | | | | | | | |

*Note/Source(s):*

(a)  Identifies whether the Writing Company is a Defendant. See **Schedules 14.1-14.6**, **15.1-15.4** and **16.0**.

(b)  See **Schedule 12.0**.

(c)  The Defendants' intercompany pooling arrangements for year 2019 were used as a proxy for year 2020.

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 14.6: Summary of Post-Acquisition Federal Subsidiaries as of December 31, 2019**

| Entity (a) | Category | Jurisdiction of Organization | Percentage Ownership | Writing Company (b) |
|---|---|---|---|---|
| Federal Insurance Company | Domestic | U.S. (Indiana) | 100% | *Yes* |
| Chubb European Investment Holdings, SLP | Foreign | Scotland | 100% | No |
| Chubb Europe Finance Ltd. | Foreign | England & Wales | 100% | No |
| Chubb Financial Solutions (Bermuda) Ltd. | Foreign | Bermuda | 100% | No |
| Chubb Lloyds Insurance Company of Texas | Domestic | U.S. (Texas) | 100% | No |
| Chubb Indemnity Insurance Company | Domestic | U.S. (New York) | 100% | *Yes* |
| Chubb Insurance Company Limited | Foreign | China | 100% | *Yes* |
| Chubb Insurance Company of New Jersey | Domestic | U.S. (New Jersey) | 100% | *Yes* |
| Chubb National Insurance Company | Domestic | U.S. (Indiana) | 100% | *Yes* |
| Federal Insurance Company Escritorio de Representacao No Brasil Ltd. | Foreign | Brazil | 99.99% | No |
| Great Northern Insurance Company | Domestic | U.S. (Indiana) | 100% | *Yes* |
| Vigilant Insurance Company | Domestic | U.S. (New York) | 100% | *Yes* |

*Note/Source(s):*

(a)  Chubb Limited 2019 Form 10-K Exhibit 21.1 at 4-5.

(b)  Writing Company identifies whether or not Defendants reported that Blaze Adviser was used to generate gross written premiums for the parent or subsidiary. I understand Defendants reported gross written premiums for certain Writing Companies in its interrogatory responses. See **Schedule 12.0**.

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 15.4: Summary of Post-Acquisition ACE American Subsidiaries as of December 31, 2019**

| Entity (a) | Category | Jurisdiction of Organization | Percentage Ownership | Writing Company (b) |
|---|---|---|---|---|
| ACE American Insurance Company | Domestic | U.S. (Pennsylvania) | 100% | *Yes* |
| Bankers Standard Insurance Company | Domestic | U.S. (Pennsylvania) | 100% | No |
| Indemnity Insurance Company of North America | Domestic | U.S. (Pennsylvania) | 100% | *Yes* |
| Pacific Employers Insurance Company | Domestic | U.S. (Pennsylvania) | 100% | *Yes* |
| Illinois Union Insurance Company | Domestic | U.S. (Illinois) | 100% | *Yes* |
| Penn Millers Holding Corporation | Domestic | U.S. (Pennsylvania) | 100% | No |
| PMMHC Corp. | Domestic | U.S. (Pennsylvania) | 100% | No |
| Penn Millers Insurance Company | Domestic | U.S. (Pennsylvania) | 100% | No |
| Penn Millers Agency, Inc. | Domestic | U.S. (Pennsylvania) | 100% | No |
| Rain and Hail Insurance Services, Inc. | Domestic | U.S. (Iowa) | 100% | No |
| Agri General Insurance Company | Domestic | U.S. (Iowa) | 100% | No |
| Rain and Hail L.L.C. | Domestic | U.S. (Iowa) | 100% | No |
| Agri General Insurance Service, Inc. | Domestic | U.S. (Iowa) | 100% | No |
| Rain and Hail Financial Inc. | Domestic | U.S. (Iowa) | 100% | No |
| Rain and Hail Insurance Service International, Inc. | Domestic | U.S. (Iowa) | 100% | No |
| Rain and Hail Insurance Service, Ltd. | Foreign | Canada | 100% | No |
| Rain and Hail Insurance Service de Mexico, S.A. de C.V. | Foreign | Mexico | 100% | No |

*Note/Source(s):*

(a) Chubb Limited 2019 Form 10-K Exhibit 21.1 at 7.

(b) Writing Company identifies whether or not Defendants reported that Blaze Adviser was used to generate gross written premiums for the parent or subsidiary. I understand Defendants reported gross written premiums for certain Writing Companies in its interrogatory responses. See **Schedule 12.0**.

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 16.0: Summary of Defendants' Intercompany Pooling Arrangements**

| **Federal Pool Entities** (a) | **ACE American Underwriting Pool Entities** (b) | **Chubb INA Pool Entities** (c) |
|---|---|---|
| *Years 2013 - 2017* | *Years 2016 - 2017* | *Year 2018 - 2019* |
| Chubb Custom Insurance Company | ACE American Insurance Company | ACE American Insurance Company |
| Chubb Indemnity Insurance Company | ACE Fire Underwriters Insurance Company | ACE Fire Underwriters Insurance Company |
| Chubb National Insurance Company | ACE Property & Casualty Insurance Company | ACE Insurance Company of the Midwest |
| Executive Risk Indemnity Inc. | Bankers Standard Insurance Company | ACE Property & Casualty Insurance Company |
| Executive Risk Specialty Insurance Company | Indemnity Insurance Company of North America | Atlantic Employers Insurance Company |
| Federal Insurance Company | Insurance Company of North America | Bankers Standard Insurance Company |
| Great Northern Insurance Company | Pacific Employers Insurance Company | Chubb Insurance Company of New Jersey |
| Pacific Indemnity Company | | Chubb National Insurance Company |
| Vigilant Insurance Company | | Executive Risk Indemnity Company |
| | | Federal Insurance Company |
| | | Great Northern Insurance Company |
| | | Indemnity Insurance Company of North America |
| | | Insurance Company of North America |
| | | Pacific Employers Insurance Company |
| | | Pacific Indemnity Company |
| | | Penn Millers Insurance Company |
| | | Westchester Fire Insurance Company |

*Note/Source(s):*

(a) The Chubb Corporation U.S. Property and Casualty Insurance Group Audited Consolidated Financial Statement, December 31, 2014 and December 31, 2013 at 25; Taylor Deposition Exhibit 41 (Federal Insurance Company Audited Consolidated Financial Statement, December 31, 2016 and December 31, 2015 at 22); Taylor Deposition at Exhibit 42 (Federal Insurance Company Combined Statutory Financial Statements, December 31, 2017 and December 31, 2016 at 27).

(b) INA Holdings Combined Statutory Financial Statements, December 31, 2016 and December 31, 2015 at 30; INA Holdings Combined Statutory Financial Statements, December 31, 2017 and December 31, 2016 at 30; ACE American Insurance Company Annual Statement, December 31, 2017 at 14.34.

(c) Federal Insurance Company Annual Statement, December 31, 2018 at 14.33; ACE American Insurance Company Annual Statement, December 31, 2018 at 14.38; Federal Insurance Company Annual Statement, December 31, 2019 at 14.29; ACE American Insurance Company Annual Statement, December 31, 2019 at 14.39.

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SUPPLEMENTAL SCHEDULE 19.0: Comparison of Gross Written Premium Revenue Generated Through Applications Using Blaze Advisor and Chubb Limited Entity (Consolidated)**

| | 2016 | 2017 | 2018 | 2019 | Jan - Jun 2020 (a) | Total |
|---|---|---|---|---|---|---|
| Defendants' Domestic Gross Written Premiums (b) | $ 6,949,585,266 (c) | $ 10,927,475,167 | $ 8,334,707,649 | $ 9,427,664,942 | $ 127,452,214 | $ 35,766,885,238 |
| Defendants' Foreign Gross Written Premiums (b) | 467,540,703 | 29,812,000 | 10,282,000 | - | - | 507,634,703 |
| Defendants' Total Disgorgement Claim | $ 7,417,125,969 | $ 10,957,287,167 | $ 8,344,989,649 | $ 9,427,664,942 | $ 127,452,214 | $ 36,274,519,940 |
| Chubb Limited Consolidated Gross Written Premiums (d) | $ 34,983,000,000 | $ 36,376,000,000 | $ 37,968,000,000 | $ 40,124,000,000 | $ 9,752,000,000 | $ 159,203,000,000 |
| *Disgorgement Claim as a Percent of Chubb Limited* | *21.2%* | *30.1%* | *22.0%* | *23.5%* | *1.3%* | *22.8%* |

*Note/Source(s):*

(a)  The Defendant's most recent responses to Interrogatory Nos. 17-20 were in June 2020 and July 2020. Additionally, Defendants identified per its interrogatory response that the Blaze Advisor component was removed from the domestic applications by May 2020 and removed from the applications used in the U.K., Canada, Europe and Australia by October 2019. (Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020; Defendants' Sixth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated June 17, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020.)

(b)  See **Schedule 10.3** and **Schedule 11.3**. This schedule includes gross written premiums from all writing companies reported per Defendants' interrogatory responses that are Defendants, subsidiaries of the Defendants and/or participate in a pooling agreement with the Defendants.

(c)  I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the domestic applications. I have adjusted the gross written premiums accordingl (FED004437_0001.)

(d)  This represents worldwide consolidated gross written premiums reported by Chubb Limited. Additionally, only gross written premiums reported for January - March 2020 are included in this Schedule. (Chubb Limited Annual Report 2016 at 1; Chubb Limited Annual Report 2017 at 1; Chubb Limited Annual Report 2018 at 1; Chubb Limited Annual Report 2019 at 1; Chubb Limited 1Q 2020 Press Release at 12.)

CONFIDENTIAL-ATTORNEYS' EYES ONLY