EXHIBIT 13

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,

     Plaintiff,

v.

FEDERAL INSURANCE COMPANY, and
ACE AMERICAN INSURANCE COMPANY

     Defendants.

Case No. 16-CV-1054(WMW/DTS)

**SECOND SUPPLEMENTAL
EXPERT REPORT
OF NEIL J. ZOLTOWSKI
WITH RESPECT TO DAMAGES**

Respectfully submitted this 13th day of May, 2021

_____
Neil J. Zoltowski

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT
**13**

# TABLE OF CONTENTS

I.    PRIOR OPINIONS .................................................................................................. 1

II.   BASIS FOR SUPPLEMENTING PRIOR OPINIONS .............................................. 3

III.  SUMMARY OF SUPPLEMENTAL OPINIONS ....................................................... 4

    A.  Accused Domestic Infringement – Incorporating Updated CUW Application  Data .......... 4

    B.  Accused Foreign Unauthorized Use – Incorporating Updated Evolution  Application Data .................................................................................................. 6

    C.  Accused Infringement Supporting Sale of Insurance in Foreign Country –  Incorporating Updated Evolution Application Data ....................................................... 6

i

## LIST OF SCHEDULES

| Second Supplemental Schedule Number | Description |
|---|---|
| 1.0 | Curriculum Vitae of Neil J. Zoltowski |
| 2.0 | Documents Considered |
| 8.0 | Summary of Defendants' Domestic Gross Written Premium |
| 8.1 | Defendants' Domestic Gross Written Premium - Damages Period (March 31, 2016 to December 31, 2016) |
| 8.2 | Defendants' Domestic Gross Written Premium - Damages Period (January 1, 2017 to May 2020) |
| 9.0A | Summary of Gross Written Premium – Accused Foreign Unauthorized Use |
| 9.0B | Summary of Gross Written Premium – Accused Infringement Supporting Sale of Insurance in Foreign Country |
| 10.3 | Summary of Domestic Gross Written Premium by Application - Defendants, Subsidiaries and Pooling Entities |
| 10.4 | Summary of Domestic Gross Written Premium by Application - Defendants Only |
| 10.5 | Summary of Domestic Gross Written Premium by Application - Defendants and Subsidiaries |
| 10.6 | Summary of Domestic Gross Written Premium by Application - Defendants Pooling Entities Only |
| 11.3A | Summary of Gross Written Premium – Accused Foreign Unauthorized Use by Application |
| 11.3B | Summary of Gross Written Premium – Accused Infringement Supporting Sale of Insurance in Foreign Country by Application |
| 12.0 | Consolidated Gross Written Premium Detail |

## I.   PRIOR OPINIONS

1.      I previously submitted the Expert Report of Neil J. Zoltowski with Respect to Damages ("Initial Report") in this matter on April 19, 2019, and except as reflected herein, my prior opinions have not changed.  In my Initial Report, I assessed and quantified the economic damages sustained by FICO and the improper economic benefits realized by the Defendants, assuming the Defendants are found liable for the alleged wrongful acts described in, among other things, FICO's Second Amended Complaint, including claims for breach of contract and copyright infringement.

2.      Specifically, I concluded in my Initial Report that FICO has lost deployment license, development seat license, and support and maintenance fees totaling $37.4 million from Defendants' unlicensed and unauthorized use of Blaze Advisor between April 2010 and December 2019.  This includes $16.1 million in fees for Defendants' unauthorized use of Blaze Advisor in the United States and $21.3 million for lost fees in Canada, Australia, the United Kingdom, and certain other countries in the European zone.[1]  I understand the Court issued an Order on March 23, 2020 excluding my opinions related to these actual damages (i.e., lost license fees) suffered by FICO as a result of Defendants' wrongful acts.[2]

3.      I also concluded in my Initial Report that FICO may be entitled to disgorge Defendants' profits for written premium generated using Blaze Advisor software totaling $30.9 billion from Defendants' unauthorized use, reproduction, and distribution of Blaze Advisor between April 2013 and March 2019.  This includes $28.4 billion of gross written premium generated in the United States and $2.5 billion of gross written premium generated by certain foreign entities that used Blaze Advisor in Canada, Australia, the United Kingdom, and certain other countries in the European zone.[3]

4.      Further, I understand that the Court issued an Order on March 23, 2021, regarding Count II of FICO's Second Amended Complaint so that FICO's disgorgement of profits claim for damages can no longer include any profits generated from the sale of insurance outside the United

---

[1] *See* Initial Report at 38-39, par. 110-111 and **Schedule 3.0**.
[2] Order, dated March 23, 2020 at 30-32.
[3] *See* Initial Report at 38-39, par. 110-111 and **Schedule 3.0**.

States in connection with the use of Blaze Advisor software.[4]  Defendants' interrogatory answers report the total use of Blaze Advisor in connection with the sale of insurance by its foreign insurance companies for the entire period of that use – i.e., gross written premium from April 21, 2010[5] to October 2019.[6]

5.      Defendants' interrogatory answers also report the total use of Blaze Advisor in connection with the sale of insurance within the United States.[7]   The interrogatory answers report the gross written premium for the period after termination of the Agreement (i.e., March 31, 2016) to December 31, 2016, as well as the period January 1, 2017 to end of use.

6.      I previously submitted the Reply Expert Report of Neil J. Zoltowski with Respect to Damages ("Reply Report") on May 31, 2019. In my Reply Report, I reviewed, evaluated, and responded to the analyses and opinions set forth by W. Christopher Bakewell, Defendants' damages expert, in his report dated May 17, 2019 ("Bakewell Report"). In my Reply Report, I also reviewed, evaluated, and responded to the analyses and opinions set forth by Steven R. Kursh,

---

[4] *See*, generally, Order, dated March 23, 2021.

[5] I understand that New York law, which governs the SLM Agreement, a six (6) year statute of limitations applies to breach-of-contract claims. Accordingly, I understand six (6) years before the filing date of the Complaint in this matter (i.e., April 21, 2016) is April 21, 2010. (Order, dated March 23, 2021.)  I understand that Defendants' interrogatory answers reported use of Blaze Advisor in connection with the sale of insurance by Chubb Insurance Company of Australia, Ltd. starting in 2007. All other foreign insurance companies reported use of Blaze Advisor starting in 2010 or at later date. (Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated January 21, 2019; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19, dated September 24, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020.)

[6] Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated January 21, 2019; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19, dated September 24, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020.  Defendants identified in its interrogatory responses that the Blaze Advisor component was removed from the applications used in U.K., Canada and Europe by October 2019.

[7] Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16  and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019; Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020; and Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.  Defendants identified in its interrogatory responses that the Blaze Advisor component was removed from the applications used in the United States by May 2020.

Defendants' licensing expert, in his report dated May 17, 2019 ("Kursh Report") that were responsive to my Initial Report.

7.      I provided deposition testimony in this case regarding my opinions with respect to damages on June 14, 2019.

8.      Additionally, I previously submitted the Supplemental Expert Report of Neil J. Zoltowski with Respect to Damages ("Supplemental Report") in this matter on August 3, 2020, and except as reflected herein, my prior opinions have not changed.  In my Supplemental Report, I revised my calculations related to the improper economic benefits realized by the Defendants, assuming the Defendants are found liable for the alleged wrongful acts described in, among other things, FICO's Second Amended Complaint, including claims for breach of contract and copyright infringement.  These revisions to my calculations were based on Defendants' supplemental answers to FICO's interrogatories that were submitted in June 2020 and July 2020, which included updated data related to gross written premium for each of the Defendants' companies which utilized the Blaze Advisor software in connection with the sale of insurance.[8]

9.      I concluded in my Supplemental Report that FICO may be entitled to disgorge Defendants' profits for written premium generated using Blaze Advisor software totaling $37.2 billion from Defendants' unauthorized use, reproduction, and distribution of Blaze Advisor.[9]  This includes $35.8 billion of gross written premium generated in the United States and $1.4 billion of gross written premium generated by certain foreign entities that used Blaze Advisor in Canada, Australia, the United Kingdom, and certain other countries in the European zone.[10]

## II.      BASIS FOR SUPPLEMENTING PRIOR OPINIONS

10.      I received Defendants' supplemental answers to FICO's interrogatories that were submitted on September 24, 2020, which included updated data related to gross written premium for Defendants' (i) Commercial Underwriting Workstation (CUW) in the United States and (ii) the

---

[8] Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020; Defendants' Sixth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated June 17, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020.

[9] *See* **Supplemental Report Schedule 3.0**.

[10] *See* **Supplemental Report Schedules 3.0**, **8.0**, and **9.0**.

3

Evolution application used by the Personal Risk Services (PRS) business unit in Canada, both of which utilized the Blaze Advisor software in connection with the sale of insurance.[11]

11.     My work on this matter is on-going.  This report summarizes my opinions based on the documents produced and testimony given to date in this matter.  If additional information is produced, I may modify or supplement my analyses and opinions.

## III.     SUMMARY OF SUPPLEMENTAL OPINIONS

12.     Based on the additional information described above and produced subsequently to my Initial Report, Reply Report, and Supplemental Report, FICO may be entitled to disgorge Defendants' profits from written premium generated by the use of Blaze Advisor in connection with the sale of insurance in the United States and Canada.[12]  My analysis and calculations as outlined in this report also state the extent to which Blaze Advisor was deployed in applications used in connection with the sale of insurance both within the United States, as well as outside the United States.

### A.     Accused Domestic Infringement – Incorporating Updated CUW Application Data

13.     With regard to the updated data for the CUW platform[13] that was provided in Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020, I understand this supplemental response is an effort by the Defendants' to include only the policies that are renewed through CUW using Blaze Advisor and, as a result, remove prior transactions involving the same policies that purportedly did not use Blaze Advisor in connection with the sale of these prior insurance policies:[14]

---

[11] Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19, dated September 24, 2020.

[12] I understand based on the Copyright Act (17 U.S.C. § 504(b)) that: "In establishing the infringer's profits, the copyright owner is required to present proof only of the infringer's gross revenue, and the infringer is required to prove his or her deductible expenses and the elements of profit attributable to factors other than the copyrighted work."  As a result, the dollar amounts presented reflect the gross written premium generated through Defendants' allegedly infringing use of Blaze Advisor.

[13] In my Initial Report, I described the CUW platform and its use of Blaze Advisor in its Inventory Management Tool.  (See Initial Report at 27-28.)

[14] Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020 at 6, Footnote 1.

4

> This [CUW] financial information includes policies that were brought in under a system that includes policies that are renewed using Blaze, but automatically at the same time includes the prior transaction involving the same policy regardless whether it uses Blaze. Federal has used reasonable efforts to ***not*** include the prior policy since it results in the financial information having inflated numbers.

14.    I understand that FICO has not yet taken the deposition of C. Chase McCarthy, who I understand is Defendants' representative with personal knowledge of the rationale or analysis that justifies the changes between Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020, and Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.[15]

15.    As part of my analysis, I have included a schedule with this report that sets forth my computation of gross written premium based on Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17.  Between March 31, 2016 and May 2020, Defendants generated gross written premium in the United States totaling $21.2 billion.[16]  (See **Second Supplemental Schedule 8.0**.)

16.    Further, as part of my analysis in my Supplemental Report in this matter submitted on August 3, 2020, I included a schedule that sets forth my computation of gross written premium based on the Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17.  Between March 31,

---

[15] I understand C. Chase McCarthy – IT Lead, North America Commercial Middle Market/Chief Architect, Personal Risk Services – who executed the Verification page for this supplemental response in which he states under oath that: "[H]e is authorized to respond to Plaintiff's Interrogatory No. 17 on behalf of Federal Insurance Company as it relates to the Chubb Commercial Insurance (CCI) business unit; that he has relied on directors, employees, agents, and attorneys to provide information used in formulating the answer to [Interrogatory No. 17]; and that the answer is true and correct to the best of his knowledge."

[16] I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the domestic applications.  (FED004437_0001.)  Additionally, Defendants identified per its interrogatory responses that the Blaze Advisor software component was removed from the domestic applications by May 2020. (Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)  It should be noted that the methodology used in my calculation of gross written premium generated through domestic applications as provided in the schedules attached to my Second Supplemental Report has not changed.

5

2016 and May 2020, Defendants generated gross written premium in the United States totaling $35.8 billion.[17]  (See **Supplemental Schedule 8.0**.)

### B. Accused Foreign Unauthorized Use – Incorporating Updated Evolution Application Data

17.    With regard to the updated data for the Evolution application[18] used by the PRS business unit in Canada that was provided in Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19, dated September 24, 2020, I have been asked by counsel to revise my calculation of gross written premium that was submitted with my Supplemental Report.

18.    Foreign insurance companies used applications deploying Blaze Advisor in connection with the sale of insurance.[19]  Between April 21, 2010 and October 2019, the total amount of gross written premium connected to the use of Blaze Advisor in the sale of insurance by foreign insurance companies totaled $3.1 billion.[20]  (See **Second Supplemental Schedule 9.0A**.)

### C. Accused Infringement Supporting Sale of Insurance in Foreign Country – Incorporating Updated Evolution Application Data

19.    Further, I understand FICO may be entitled to disgorge Defendants' profits from written premium generated by the use of Blaze Advisor in connection with the sale of insurance.  As part

---

[17] I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the domestic applications.  (FED004437_0001.)  Additionally, Defendants identified per its interrogatory responses that the Blaze Advisor software component was removed from the domestic applications by May 2020. (Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020; Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)  It should be noted that the methodology used in my calculation of gross written premium generated through domestic applications as provided in the schedules attached to my Second Supplemental Report has not changed.

[18] In my Initial Report, I described the Evolution application and its integrated policy quoting system, Broker Site. (*See* Initial Report at 34-35.)

[19] *See*, for example, Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated January 21, 2019; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19, dated September 24, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020.

[20] I understand that New York law, which governs the SLM Agreement, a six (6) year statute of limitations applies to breach-of-contract claims. Accordingly, I understand six (6) years before the filing date of the Complaint in this matter (i.e., April 21, 2016) is April 21, 2010. (Order, dated March 23, 2021.)  Defendants identified in its interrogatory responses that the Blaze Advisor software component was removed from the applications used in the U.K., Canada, Europe, and Australia by October 2019.  (Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19, dated September 24, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020.)  It should be noted that the methodology used in my calculation of gross written premium generated through foreign applications as provided in the schedules attached to this Second Supplemental Report has not changed.

of my analysis, I have included a schedule with this report that sets forth my computation of gross written premium in connection with the sale of insurance using Blaze Advisor in the Evolution application as reported in Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19, dated September 24, 2020.

20.     Between March 31, 2016 and September 30, 2016, Chubb Insurance Company of Canada, as a wholly-owned subsidiary of Federal, generated gross written premium in connection with the sale of insurance using Blaze Advisor in the Evolution application in the amount of $154.4 million.[21]  (See **Second Supplemental Schedule 9.0B**.)

---

[21] I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the foreign applications.  (FED004437_0001.)  Additionally, I understand Chubb Insurance Company of Canada was no longer a subsidiary of Federal by September 30, 2016. Taylor Deposition at 85; FED006483-484; Pandey Deposition at Exhibit 527.)  It should be noted that the methodology used in my calculation of gross written premium generated through foreign applications as provided in the schedules attached to this Second Supplemental Report has not changed.

# SCHEDULES



# Neil Zoltowski

## CLP, CPVA, CVA, MAFF

Partner

T:  +1 415 848 7603
E: nzoltowski@stoneturn.com

**San Francisco**
One Sansome Street
Suite 700
San Francisco, CA 94104

Neil Zoltowski serves as a consulting and testifying financial expert in complex business disputes, intellectual property litigation, and business and intellectual property valuation matters.

He has more than 20 years of experience in the evaluation and quantification of economic damages in intellectual property disputes, including patent, copyright and trademark infringement, trade secret misappropriation, and false advertising and deceptive trade practices under the Lanham Act, as well as commercial disputes such as breach of contract, breach of fiduciary duty, unfair competition, stock valuation / shareholder disputes and diminution of business value claims.

Neil also brings experience in IP and business valuation matters; has designed and executed compliance inspection programs and royalty audits; and has consulted with clients on licensing issues across a broad range of industries, including biotechnology, computer hardware and software, construction, consumer products and services, Internet and e-Commerce, electronics, insurance, life sciences, manufacturing, medical devices, and telecommunications, among others.

Neil's prior consulting experience includes several years at Deloitte, NERA Economic Consulting, and FTI Consulting.

Neil holds the Certified Valuation Analyst and Master Analyst in Financial Forensics designations from the National Association of Certified Valuation Analysts, the Certified Licensing Professional designation from the Licensing Executives Society, and the Certified Patent Valuation Analyst from the Business Development Academy.

**Education**

B.A., Economics,
Trinity College (Phi Beta
Kappa, Pi Gamma Mu)

**Practice Areas**

Intellectual Property

Litigation

| SELECT INDUSTRY EXPERIENCE | | |
|---|---|---|
| Biotechnology / Life Sciences | Electronics | Pay Television |
| Computer Hardware | Insurance | Professional Services |
| Construction | Manufacturing | Semiconductor / Memory Devices |
| Consumer Products / Services | Medical Devices | Software |
| E-Commerce / Internet | Mobile Devices | Telecommunications |

## PREVIOUS EXPERIENCE

- FTI Consulting, Inc., San Francisco, CA (2011-2012)
- StoneTurn Group LLP, San Francisco, CA (2004-2006) / Boston, MA (2006-2011)
- Deloitte & Touche LLP, San Francisco, CA (2001-2004)
- Tucker Alan, Inc. (acquired by Navigant Consulting), San Francisco, CA (2000-2001)
- NERA Economic Consulting, Boston, MA (1996-1999)

## PROFESSIONAL AFFILIATIONS / OTHER

- Member – National Association of Certified Valuation Analysts
- Member – Licensing Executives Society (Chair – Valuation & Pricing Committee)
- Member – Intellectual Property Owners Association (Voting Member – Patent Licensing Committee)
- Future Leaders Program – Greater Boston Chamber of Commerce

## DESIGNATIONS AND CERTIFICATIONS

- Certified Valuation Analyst (CVA) – National Association of Certified Valuation Analysts
- Master Analyst in Financial Forensics (MAFF), Business and Intellectual Property Damages – National Association of Certified Valuation Analysts
- Certified Licensing Professional (CLP) – Licensing Executives Society
- Certified Patent Valuation Analyst (CPVA) – Business Development Academy

## PUBLICATIONS

- "Implications of Recent Court Decisions on the Application of the 'Entire Market Value Rule' to Patent Damages Analysis," ABA Section of Litigation – Intellectual Property Roundtable Outline, November 2010.
- "Supreme Court Paves the Way for Changes to Expert Discovery," Forensic Expert Witness Association Newsletter, Fall 2010.
- "An Estimate of Current Universal Service Obligations and the Likely Impact of Federal and State Universal Service Plans," International Communications Forecasting Conference, June 1998.

## EXPERT DESIGNATIONS AND TESTIMONY

- Great American Insurance Co. of New York and Novartis Pharmaceutical Corp. v. TA Operating Corp., et al., 2008 (S.D.N.Y., Case No. 06-cv-13230 (WHP)(JCF)) – Report and testifying expert at deposition for travel center defendant in breach of contract dispute involving stolen truckload of pharmaceuticals. Case settled.

- DBEST Products, Inc., et al. v. Staples, Inc., et al., 2008 (C.D. Cal., Case No. 2:07-cv-04895 (ODW) (MANx)) – Report and testifying expert at deposition for office supply defendant in patent infringement dispute involving wheeled storage carts. Case settled.

- Competitive Edge, Inc., et al. v. Staples, Inc., et al. 2009 (N.D. Ill., Case No. 1:08-cv-00956) – Report and testifying expert at deposition for office supply defendant in design patent infringement and trade dress infringement dispute involving novelty and promotional consumer products. Case dismissed.

- Personnel Department, Inc. v. CareerBuilder, LLC, 2009 (D. Vt., Case No. 2:08-cv-59) – Report and testifying expert at deposition for staffing services plaintiff in trade secret misappropriation dispute involving web-based computer software architecture for the creation of résumés. Case settled.

- Lon Sherman, et al. v. Mark G. Shub, et al., 2009 (Mass. Superior Court, Case No. 07-2547-BLS) – Expert disclosure for attorney defendant in professional malpractice dispute concerning estate and gift taxes. Case dismissed.

- EMC Corporation v. Proview Technology (Shenzhen) Co., Ltd., et al., 2009 (D. Mass., Case No. 09-40062-FDS) – Report for computer storage hardware plaintiff in tortious interference and unfair competition dispute involving the wrongful use of the plaintiff's trade name. Case settled.

- HTC Sweden AB v. Innovatech Products and Equipment Co., 2009 (E.D. Tenn., Case No. No. 3:07-cv-232 (VARLAN/SHIRLEY)) – Reports for plaintiff in patent infringement dispute involving floor grinding technology and products. Case settled.

- The Associated Press v. One 3 Two, Inc. (d/b/a Obey Clothing), Shepard Fairey, et al., 2010 (S.D.N.Y., Case No. 1:09-cv-01123 (AKH)) – Report and testifying expert at deposition for co-defendant in copyright infringement dispute involving use of a photograph to create a derivative work for apparel and promotional materials and merchandise. Case settled.

- Fitness Gaming Corporation v. ICON Health & Fitness, Inc., 2011 (E.D. Va., Case No. 1:11-cv-00200 (CMH/IDD)) – Report and testifying expert at deposition for plaintiff in patent infringement dispute involving gaming entertainment and exercise equipment. Case dismissed.

- Achates Reference Publishing, Inc. v. **Symantec Corporation**, et al., 2013 (E.D. Tex., Case No. 2:11-cv-00294 (JRG-RSP)) – Report for defendant in patent infringement dispute involving software activation technology. Case settled.

- Digital Reg of Texas, LLC v. **Symantec Corporation**, et al., 2014 (N.D. Cal., Case No. 12-cv-01971-CW) – Report and testifying expert at deposition for defendant in patent infringement dispute involving software activation technology. Case settled.

- **Minitab, Inc.** v. EngineRoom, LLC, 2014 (M.D. Pa., Case No. 4:12-cv-02170-JEJ) – Report and testifying expert at deposition on behalf of counterclaim defendant in patent infringement dispute involving statistical analysis software. Case dismissed.

- English & Sons, Inc., et al. v. **Straw Hat Restaurants, Inc., et al.**, 2016 (N.D. Cal., Case No. 3:15-cv-01382-LB) – Report on behalf of counterclaim defendant in trademark infringement, false advertising, and breach of contract dispute involving pizza franchises. Case settled.

- **Top Agent Network, Inc.** v. Zillow, Inc., 2016 (N.D. Cal., Case No. 3:14-cv-04769-RS) – Report on behalf of plaintiff in trade secret misappropriation dispute involving online real estate marketplaces. Case settled.

- Adobe Systems, Incorporated v. **A & S Electronics, Inc., et al.**, 2016 (N.D. Cal., Case No. 4:15-cv-02288 SBA (EDL)) – Report on behalf of defendant in copying infringement and trademark infringement dispute involving the resale of Adobe software products. Case settled.

- Fusilamp, LLC, et al. v. **Littelfuse, Inc.**, 2017 (American Arbitration Association, Case No. 13-20-1200-2324) – Report and testifying expert at arbitration on behalf of defendant in patent infringement dispute involving blade fuses used in automotive applications. Case adjudicated.

- **Smartling, Inc.** v. Easyling LLC and Skawa Innovation Ltd., 2017 (D. Mass., Case No. 1:14-cv-13106-ADB) – Report and testifying expert at trial on behalf of plaintiff in trade dress infringement and unfair competition dispute involving language translation software solutions and services. Case adjudicated.

- **Brooks Automation, Inc.** v. PTB Sales, Inc., 2018 (C.D. Cal., Case No. 2:17-cv-03880-PA-AFM) – Reports on behalf of plaintiff in copyright infringement, trademark infringement, unfair competition, and misappropriation of trade secrets dispute involving cryogenic technology in the semiconductor manufacturing industry. Case settled.

- Kangaroo Manufacturing, Inc. v. **Amazon.com, Inc.**, 2018 (D. Ariz., Case No. 2:17-cv-01806-SPL) – Report and testifying expert at deposition on behalf of defendant in copyright infringement and trademark infringement dispute related to online retail. Case settled.

- **Positron Systems, Inc.** v. Wyle Laboratories, Inc., 2018 (Cal. Super., Case No. BC595462) – Report and testifying expert at deposition and trial on behalf of plaintiff in unfair competition, misappropriation of trade secrets, and breach of contract dispute involving non-destructive testing technology. Case adjudicated.

- Pennies2Platinum, Inc., f/k/a Yagoozon, Inc. v. **Amazon, Inc., Amazon Services, LLC, and Amazon Payments, Inc.**, 2018 (American Arbitration Association, Case No. 01-17-6003-2625) – Report on behalf of defendant in copyright infringement and trademark infringement dispute related to online retail. Case pending.

- **Gavrieli Brands, LLC** v. Soto Massini (USA) Corp., et al., 2019 (D. Del., Case No. 18-462-GMS) – Report and testifying expert at trial on behalf of plaintiff in design patent infringement, trade dress infringement, false advertising, and unfair competition dispute involving ballet flat footwear. Case adjudicated.

- **Fair Isaac Corporation** v. Federal Insurance Company and ACE American Insurance Company, 2019 (D. MN., Case No. 16-cv-1054(WMW/DTS) – Reports and deposition testimony on behalf of plaintiff in breach of contract and copyright infringement dispute involving decision management software. Case pending.

- **Modular Security Systems, Inc.** v. www.Turnstiles.US Inc., 2019 (D. Ariz., Case No. 2:16-cv-00455-DJH) – Report on behalf of plaintiff in patent infringement dispute involving portable turnstile access control systems. Case settled.

- Facet Technologies, LLC v. Cilag GmbH International and **LifeScan, Inc.**, 2019 (JAMS Arbitration, Ref. No. 14252028986) – Testifying expert at arbitration on behalf of defendant in breach of contract and breach of implied covenant of good faith and fair dealing dispute involving lancing devices and lancets used to obtain samples of blood for glucose testing. Case adjudicated.

- Orgain, Inc. v. **Iovate Health Sciences International Inc., et al.**, 2020 (C.D. Cal., Case No. 8:18-cv-01253 JLS (ADSx)) – Declaration and report on behalf of defendant in trademark infringement, trade dress infringement, false advertising, and unfair competition dispute involving organic protein products. Case pending.

- Nirvana LLC v. **Marc Jacobs International LLC**, et al., 2020 (C.D. Cal., Case No. 2:18-cv-10743-JAK-SK) – Report and deposition testimony on behalf of defendant in copyright infringement, trademark infringement, and unfair competition dispute involving retail apparel. Case pending.

- **EDAG Engineering GmbH** v. BYTON North America Corporation, 2020 (JAMS Reference No. 1100107291) – Report and arbitration testimony on behalf of claimant in breach of contract and breach of implied covenant of good faith and fair dealing dispute involving engineering services in the automotive industry. Case pending.

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 2.0: Documents Considered**

| Bates | Begin | End | Bates | Begin | End | Bates | Begin | End |
|-------|-------|-----|-------|-------|-----|-------|-------|-----|
| FED | 000046_0001 | 000046_0016 | FED | 000347_0001 | 000347_0001 | FED | 003261_0001 | 003261_0001 |
| FED | 000049_0001 | 000049_0002 | FED | 000348_0001 | 000348_0001 | FED | 003339_0001 | 003339_0001 |
| FED | 000050_0001 | 000050_0002 | FED | 000350_0001 | 000350_0001 | FED | 003989_0001 | 003989_0020 |
| FED | 000051_0001 | 000051_0022 | FED | 000351_0001 | 000351_0001 | FED | 004079_0001 | 004079_0027 |
| FED | 000058_0001 | 000058_0012 | FED | 000352_0001 | 000352_0002 | FED | 004100_0001 | 004100_0003 |
| FED | 000059_0001 | 000059_0002 | FED | 000353_0001 | 000353_0001 | FED | 004431_0001 | 004431_0003 |
| FED | 000060_0001 | 000060_0002 | FED | 000360_0001 | 000360_0002 | FED | 004434_0001 | 004434_0003 |
| FED | 000064_0001 | 000064_0030 | FED | 000361_0001 | 000361_0010 | FED | 004435_0001 | 004435_0009 |
| FED | 000068_0001 | 000068_0028 | FED | 000362_0001 | 000362_0004 | FED | 004436_0001 | 004436_0003 |
| FED | 000112_0001 | 000112_0068 | FED | 000420_0001 | 000420_0001 | FED | 004437_0001 | 004437_0001 |
| FED | 000122_0001 | 000122_0029 | FED | 000514_0001 | 000514_0001 | FED | 004458_0001 | 004458_0002 |
| FED | 000127_0001 | 000127_0004 | FED | 000588_0001 | 000588_0001 | FED | 004506_0001 | 004506_0004 |
| FED | 000141_0001 | 000141_0004 | FED | 000589_0001 | 000589_0001 | FED | 004524_0001 | 004524_0001 |
| FED | 000143_0001 | 000143_0006 | FED | 000594_0001 | 000594_0002 | FED | 004525_0001 | 004525_0016 |
| FED | 000152_0001 | 000152_0009 | FED | 000700_0001 | 000700_0003 | FED | 004526_0001 | 004526_0007 |
| FED | 000171_0001 | 000171_0028 | FED | 000703_0001 | 000703_0003 | FED | 004527_0001 | 004527_0003 |
| FED | 000185_0001 | 000185_0007 | FED | 000713_0001 | 000713_0005 | FED | 004531_0001 | 004531_0002 |
| FED | 000190_0001 | 000190_0009 | FED | 000718_0001 | 000718_0001 | FED | 004533_0001 | 004533_0004 |
| FED | 000195_0001 | 000195_0002 | FED | 000755_0001 | 000755_0001 | FED | 004534_0001 | 004534_0001 |
| FED | 000205_0001 | 000205_0259 | FED | 001016_0001 | 001016_0001 | FED | 004535_0001 | 004535_0010 |
| FED | 000243_0001 | 000243_0024 | FED | 001020_0001 | 001020_0001 | FED | 004537_0001 | 004537_0002 |
| FED | 000252_0001 | 000252_0015 | FED | 001083_0001 | 001083_0001 | FED | 004538_0001 | 004538_0001 |
| FED | 000255_0001 | 000255_0034 | FED | 001084_0001 | 001084_0002 | FED | 004549_0001 | 004549_0002 |
| FED | 000259_0001 | 000259_0026 | FED | 001101_0001 | 001101_0002 | FED | 004550_0001 | 004550_0003 |
| FED | 000270_0001 | 000270_0065 | FED | 001104_0001 | 001104_0018 | FED | 004571_0001 | 004571_0001 |
| FED | 000270-0001 | 000270-0065 | FED | 001148_0001 | 001148_0002 | FED | 004587_0001 | 004587_0002 |
| FED | 000275_0001 | 000275_0016 | FED | 001150_0001 | 001150_0001 | FED | 004603_0001 | 004603_0002 |
| FED | 000278_0001 | 000278_0153 | FED | 001151_0001 | 001151_0002 | FED | 004604_0001 | 004604_0001 |
| FED | 000280_0001 | 000280_0016 | FED | 001164_0001 | 001164_0002 | FED | 004617_0001 | 004617_0001 |
| FED | 000287_0001 | 000287_0019 | FED | 001180_0001 | 001180_0002 | FED | 004625_0001 | 004625_0001 |
| FED | 000289_0001 | 000289_0024 | FED | 001289_0001 | 001289_0004 | FED | 004628_0001 | 004628_0001 |
| FED | 000294_0001 | 000294_0021 | FED | 001311_0001 | 001311_0028 | FED | 004629_0001 | 004629_0002 |
| FED | 000305_0001 | 000305_0042 | FED | 001312_0001 | 001312_0021 | FED | 004635_0001 | 004635_0001 |
| FED | 000305-0001 | 000305-0042 | FED | 001314_0001 | 001314_0021 | FED | 004636_0001 | 004636_0001 |
| FED | 000340_0001 | 000340_0001 | FED | 001320_0001 | 001320_0028 | FED | 004637_0001 | 004637_0001 |
| FED | 000342_0001 | 000342_0003 | FED | 003112_0001 | 003112_0009 | FED | 004736_0001 | 004736_0003 |

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SECOND SUPPLEMENTAL SCHEDULE 2.0: Documents Considered

| Bates | Begin | End | Bates | Begin | End | Bates | Begin | End |
|---|---|---|---|---|---|---|---|---|
| FED | 004790_0001 | 004790_0021 | FED | 008352_0001 | 008352_0002 | FED | 013528_0001 | 013528_0289 |
| FED | 004839_0001 | 004839_0022 | FED | 008403_0001 | 008403_0027 | FED | 013529_0001 | 013529_0153 |
| FED | 004844_0001 | 004844_0040 | FED | 008454_0001 | 008454_0009 | FED | 013530_0001 | 013530_0224 |
| FED | 004896_0001 | 004896_0002 | FED | 008555_0001 | 008555_0005 | FED | 013531_0001 | 013531_0173 |
| FED | 004946_0001 | 004946_0007 | FED | 008650_0001 | 008650_0014 | FED | 013532_0001 | 013532_0247 |
| FED | 005053_0001 | 005053_0002 | FED | 008759_0001 | 008759_0001 | FED | 013533_0001 | 013533_0330 |
| FED | 005090_0001 | 005090_0002 | FED | 008760_0001 | 008760_0003 | FED | 013534_0001 | 013534_0425 |
| FED | 005190_0001 | 005190_0011 | FED | 009056_0001 | 009056_0033 | FED | 013535_0001 | 013535_0313 |
| FED | 005204_0001 | 005204_0012 | FED | 009281_0001 | 009281_0013 | FED | 013536_0001 | 013536_0260 |
| FED | 005214_0001 | 005214_0012 | FED | 009624_0001 | 009624_0006 | FED | 013537_0001 | 013537_0292 |
| FED | 005221_0001 | 005221_0012 | FED | 009625_0001 | 009625_0001 | FED | 013557_0001 | 013557_0065 |
| FED | 005307_0001 | 005307_0056 | FED | 009630_0001 | 009630_0002 | FED | 013558_0001 | 013558_0062 |
| FED | 005476_0001 | 005476_0016 | FED | 009631_0001 | 009631_0001 | FED | 013839_0001 | 013839_0018 |
| FED | 005942_0001 | 005942_0050 | FED | 009894_0001 | 009894_0004 | FED | 014390_0001 | 014390_0014 |
| FED | 006068_0001 | 006068_0006 | FED | 010033_0001 | 010033_0001 | FED | 014415_0001 | 014415_0003 |
| FED | 006173_0001 | 006173_0009 | FED | 010034_0001 | 010034_0001 | FED | 015545_0001 | 015545_0028 |
| FED | 006228_0001 | 006228_0013 | FED | 010117_0001 | 010117_0017 | FED | 016469_0001 | 016469_0046 |
| FED | 006246_0001 | 006246_0027 | FED | 010839_0001 | 010839_0026 | FED | 016590_0001 | 016590_0002 |
| FED | 006248_0001 | 006248_0013 | FED | 010861_0001 | 010861_0007 | FED | 016599_0001 | 016599_0008 |
| FED | 006252_0001 | 006252_0108 | FED | 011560_0001 | 011560_0042 | FED | 016602_0001 | 016602_0013 |
| FED | 006288_0001 | 006288_0001 | FED | 012128_0001 | 012128_0014 | FED | 016653_0001 | 016653_0015 |
| FED | 006483_0001 | 006483_0003 | FED | 012130_0001 | 012130_0021 | FED | 016737_0001 | 016737_0003 |
| FED | 006484_0001 | 006484_0001 | FED | 013479_0001 | 013479_0034 | FED | 017176_0001 | 017176_0011 |
| FED | 006504_0001 | 006504_0013 | FED | 013515_0001 | 013515_0213 | FED | 017202_0001 | 017202_0001 |
| FED | 006662_0001 | 006662_0032 | FED | 013516_0001 | 013516_0199 | FED | 017203_0001 | 017203_0001 |
| FED | 006784_0001 | 006784_0038 | FED | 013517_0001 | 013517_0195 | FED | 017204_0001 | 017204_0005 |
| FED | 006837_0001 | 006837_0018 | FED | 013518_0001 | 013518_0194 | FED | 017205_0001 | 017205_0010 |
| FED | 006995_0001 | 006995_0024 | FED | 013519_0001 | 013519_0124 | FED | 017206_0001 | 017206_0010 |
| FED | 007235_0001 | 007235_0032 | FED | 013520_0001 | 013520_0343 | FED | 017207_0001 | 017207_0012 |
| FED | 007789_0001 | 007789_0002 | FED | 013521_0001 | 013521_0225 | FED | 017208_0001 | 017208_0005 |
| FED | 007797_0001 | 007797_0001 | FED | 013522_0001 | 013522_0214 | FED | 017209_0001 | 017209_0010 |
| FED | 007821_0001 | 007821_0015 | FED | 013523_0001 | 013523_0193 | FED | 017210_0001 | 017210_0010 |
| FED | 007858_0001 | 007858_0013 | FED | 013524_0001 | 013524_0190 | FED | 017211_0001 | 017211_0010 |
| FED | 008095_0001 | 008095_0131 | FED | 013525_0001 | 013525_0133 | FED | 017212_0001 | 017212_0005 |
| FED | 008145_0001 | 008145_0011 | FED | 013526_0001 | 013526_0147 | FED | 017213_0001 | 017213_0010 |
| FED | 008281_0001 | 008281_0042 | FED | 013527_0001 | 013527_0296 | FED | 017214_0001 | 017214_0010 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
CASE NO. 16-CV-1054 (WMW/DTS)

SECOND SUPPLEMENTAL SCHEDULE 2.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SECOND SUPPLEMENTAL SCHEDULE 2.0: Documents Considered

| Bates | Begin | End | Bates | Begin | End | Bates | Begin | End |
|-------|-------|-----|-------|-------|-----|-------|-------|-----|
| FED | 017215_0001 | 017215_0010 | FED | 017473_0001 | 017473_0001 | FICO | 0000859 | 0000861 |
| FED | 017216_0001 | 017216_0005 | FED | 017882_0001 | 017882_0021 | FICO | 0000885 | 0000887 |
| FED | 017217_0001 | 017217_0010 | FED | 017883_0001 | 017883_0004 | FICO | 0000926 | 0000927 |
| FED | 017218_0001 | 017218_0010 | FED | 017884_0001 | 017884_0003 | FICO | 0000929 | 0000932 |
| FED | 017219_0001 | 017219_0010 | FED | 017885_0001 | 017885_0001 | FICO | 0000939 | 0000942 |
| FED | 017220_0001 | 017220_0005 | FED | 017886_0001 | 017886_0001 | FICO | 0000971 | 0000971 |
| FED | 017221_0001 | 017221_0010 | FED | 017912_0001 | 017912_0001 | FICO | 0001381 | 0001381 |
| FED | 017222_0001 | 017222_0010 | FED | 017913_0001 | 017913_0002 | FICO | 0001424 | 0001425 |
| FED | 017223_0001 | 017223_0010 | FED | 017914_0001 | 017914_0001 | FICO | 0001576 | 0001577 |
| FED | 017224_0001 | 017224_0005 | FED | 017915_0001 | 017915_0001 | FICO | 0001792 | 0001793 |
| FED | 017225_0001 | 017225_0010 | FED | 17882_0001 | 17882_0021 | FICO | 0001882 | 0001882 |
| FED | 017226_0001 | 017226_0010 | FED | 17883_0001 | 17883_0004 | FICO | 0001883 | 0001883 |
| FED | 017227_0001 | 017227_0010 | FED | 17884_0001 | 17884_0001 | FICO | 0001895 | 0001898 |
| FED | 017228_0001 | 017228_0005 | FED | 17885_0001 | 17885_0001 | FICO | 0001903 | 0001909 |
| FED | 017229_0001 | 017229_0010 | FED | 17886_0001 | 17886_0001 | FICO | 0001916 | 0001918 |
| FED | 017230_0001 | 017230_0010 | FICO | 0000003 | 0000004 | FICO | 0001923 | 0001924 |
| FED | 017231_0001 | 017231_0010 | FICO | 0000005 | 0000005 | FICO | 0002036 | 0002057 |
| FED | 017232_0001 | 017232_0005 | FICO | 0000055 | 0000055 | FICO | 0002804 | 0002804 |
| FED | 017233_0001 | 017233_0010 | FICO | 0000057 | 0000058 | FICO | 0002842 | 0002846 |
| FED | 017234_0001 | 017234_0010 | FICO | 0000060 | 0000061 | FICO | 0002965 | 0002965 |
| FED | 017235_0001 | 017235_0010 | FICO | 0000193 | 0000194 | FICO | 0004443 | 0004445 |
| FED | 017236_0001 | 017236_0005 | FICO | 0000198 | 0000199 | FICO | 0004656 | 0004658 |
| FED | 017237_0001 | 017237_0010 | FICO | 0000259 | 0000261 | FICO | 0005981 | 0005982 |
| FED | 017238_0001 | 017238_0010 | FICO | 0000275 | 0000278 | FICO | 0052649 | 0052796 |
| FED | 017239_0001 | 017239_0010 | FICO | 0000307 | 0000324 | FICO | 0052797 | 0052932 |
| FED | 017240_0001 | 017240_0005 | FICO | 0000381 | 0000381 | FICO | 0052933 | 0053075 |
| FED | 017241_0001 | 017241_0010 | FICO | 0000461 | 0000462 | FICO | 0053076 | 0053224 |
| FED | 017242_0001 | 017242_0010 | FICO | 0000645 | 0000647 | FICO | 0053225 | 0053371 |
| FED | 017243_0001 | 017243_0010 | FICO | 0000657 | 0000659 | FICO | 0053372 | 0053521 |
| FED | 017354_0001 | 017354_0001 | FICO | 0000700 | 0000700 | FICO | 0053522 | 0053662 |
| FED | 017355_0001 | 017355_0002 | FICO | 0000734 | 0000734 | FICO | 0053663 | 0053811 |
| FED | 017356_0001 | 017356_0002 | FICO | 0000735 | 0000736 | FICO | 0053812 | 0053959 |
| FED | 017357_0001 | 017357_0002 | FICO | 0000767 | 0000767 | FICO | 0053960 | 0054091 |
| FED | 017358_0001 | 017358_0001 | FICO | 0000828 | 0000829 | FICO | 0054092 | 0054227 |
| FED | 017471_0001 | 017471_0001 | FICO | 0000831 | 0000836 | FICO | 0054228 | 0054368 |
| FED | 017472_0001 | 017472_0001 | FICO | 0000852 | 0000854 | FICO | 0054369 | 0054511 |

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 2.0: Documents Considered**

| Bates | Begin | End | Bates | Begin | End |
|-------|-------|-----|-------|-------|-----|
| FICO | 0054512 | 0054653 | FICO | 0057306 | 0057306 |
| FICO | 0054654 | 0054951 | FICO | 0057309 | 0057310 |
| FICO | 0054952 | 0055171 | FICO | 0062065 | 0062073 |
| FICO | 0055172 | 0055400 | | | |
| FICO | 0055401 | 0055484 | | | |
| FICO | 0055485 | 0055611 | | | |
| FICO | 0055612 | 0055742 | | | |
| FICO | 0055743 | 0055882 | | | |
| FICO | 0055883 | 0056031 | | | |
| FICO | 0056032 | 0056182 | | | |
| FICO | 0056183 | 0056198 | | | |
| FICO | 0056199 | 0056214 | | | |
| FICO | 0056215 | 0056230 | | | |
| FICO | 0056231 | 0056246 | | | |
| FICO | 0056247 | 0056262 | | | |
| FICO | 0056263 | 0056278 | | | |
| FICO | 0056279 | 0056294 | | | |
| FICO | 0056295 | 0056556 | | | |
| FICO | 0056557 | 0056860 | | | |
| FICO | 0056861 | 0057179 | | | |
| FICO | 0057181 | 0057181 | | | |
| FICO | 0057182 | 0057196 | | | |
| FICO | 0057197 | 0057198 | | | |
| FICO | 0057199 | 0057205 | | | |
| FICO | 0057206 | 0057206 | | | |
| FICO | 0057207 | 0057222 | | | |
| FICO | 0057223 | 0057224 | | | |
| FICO | 0057225 | 0057227 | | | |
| FICO | 0057228 | 0057231 | | | |
| FICO | 0057232 | 0057243 | | | |
| FICO | 0057244 | 0057248 | | | |
| FICO | 0057249 | 0057260 | | | |
| FICO | 0057261 | 0057261 | | | |
| FICO | 0057262 | 0057273 | | | |
| FICO | 0057280 | 0057304 | | | |
| FICO | 0057305 | 0057305 | | | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
CASE NO. 16-CV-1054 (WMW/DTS)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 2.0: Documents Considered**

**Legal Filings**

Complaint Jury Trial Demanded and Related Exhibits, dated April 21, 2016

Amended Complaint Jury Trial Demanded, dated February 1, 2017

Second Amended Complaint Jury Trial Demanded, dated September 11, 2018

Plaintiff Fair Isaac Corporation's First Set of Requests for Production of Documents to Defendant Federal Insurance Company, dated April 11, 2017

Plaintiff Fair Isaac Corporation's First Set of Interrogatories to Defendant Federal Insurance Company, dated April 11, 2017

Plaintiff Fair Isaac Corporation's First Set of Requests for Admission to Defendant Federal Insurance Company, dated April 11, 2017

Plaintiff Fair Isaac Corporation's Responses to Defendant's Requests for Production of Documents, dated May 18, 2017

Plaintiff Fair Isaac Corporation's Answers to Defendant's First Set of Interrogatories, dated May 19, 2017

Plaintiff Fair Isaac Corporation's Answers to Defendant's First Set of Interrogatories, dated August 16, 2017

Plaintiff Fair Isaac Corporation's Second Set of Requests for Admission to Defendant Federal Insurance Company, dated December 29, 2017

Plaintiff Fair Isaac Corporation's Second Set of Requests for Production of Documents to Defendant Federal Insurance Company, dated December 29, 2017

Plaintiff Fair Isaac Corporation's Second Set of Interrogatories to Defendant Federal Insurance Company (15-21), dated December 29, 2017

Declaration of William Waid in Support of Fair Isaac Corporation's Opposition to Federal Insurance Company's Motion to Compel, dated February 5, 2018

Defendants' Response to Plaintiff's Second Set of Requests for Admission, dated January 29, 2018

Defendant's Answers to Plaintiff's Second Set of Interrogatories (15-21), dated January 29, 2018

Defendant's Response to Plaintiff's Second Set of Requests for Admission, dated January 29, 2018

Defendant's Response to Plaintiff's Second Set of Requests for Production of Documents, dated January 29, 2018

Defendants' Supplemental Responses to Plaintiff's Fourth Set of Requests for Production of Documents, dated March 4, 2019

Federal Insurance Company's Response to Plaintiff's First Set of Requests for Admission, dated May 11, 2017

Federal Insurance Company's Answers to Plaintiff's First Set of Interrogatories, dated May 11, 2017

Federal Insurance Company's Response to Plaintiff's First Set of Requests for Production of Documents, dated May 11, 2017

Federal Insurance Company's Supplemental Answers to Plaintiff's First Set of Interrogatories, dated June 15, 2017

Federal Insurance Company's Second Supplemental Answer to Interrogatory No. 6 and Supplemental Answer to Interrogatory No. 21, dated June 7, 2018

Federal Insurance Company's Second Supplemental Answers to Interrogatory Nos. 2, 3, and 4, dated June 21, 2018

Federal Insurance Company's Second Supplemental Answer to Interrogatory No. 6 and Supplemental Answer to Interrogatory No. 21, dated July 30, 2018

Federal Insurance Company's Supplemental Answer to Interrogatory No. 20, dated October 24, 2018

Federal Insurance Company's Supplemental Answer to Interrogatory No. 17, dated October 26, 2018

Federal Insurance Company's Supplemental Answer to Interrogatory No. 18, dated October 26, 2018

Federal Insurance Company's Supplemental Answer to Interrogatory No. 19, dated October 26, 2018

Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 18, dated December 14, 2018

Federal Insurance Company's Second Supplemental Answer to Plaintiff's Interrogatory No. 16, dated January 21, 2019

Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 17, dated January 21, 2019

Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated January 21, 2019

Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 19, dated January 21, 2019

Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 20, dated January 21, 2019

CONFIDENTIAL – ATTORNEYS' EYES ONLY
CASE NO. 16-CV-1054 (WMW/DTS)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 2.0: Documents Considered**

**Legal Filings** *(Continued)*

Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 16 and Fourth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated #####

Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated February 28, 2019

Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated February 28, 2019

Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 20, dated February 28, 2019

Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated March 2, 2019

Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Fifth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 2, 2019

Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019

Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 20, dated March 21, 2019

Federal Insurance Company's Sixth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated March 21, 2019

Letter from Christopher D. Pham, dated December 31, 2018

Federal Insurance Company's Seventh Supplemental Answer to Plaintiff's Interrogatory No. 17, dated July 16, 2019

Memorandum in Support of Defendants' Motion to Exclude Expert Report and Testimony of Neil J. Zoltowski, dated July 26, 2019

Plaintiff Fair Isaac Corporation's Memorandum in Support of Motion to Exclude Testimony of W. Christopher Bakewell, dated July 26, 2019

Declaration of Heather J. Kliebenstein in Support of Plaintiff Fair Isaac Corporation's Memorandum in Support of Motion to Exclude Testimony of W. Christopher Bakewell and Related Exhibits, dated July 26, 2019

Order, dated March 23, 2020

Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated June 15, 2020

Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020

Defendants' Sixth Supplemental Answer to Plaintiff's Interrogatory No. 19, dated June 17, 2020

Defendants' Sixth Supplemental Answer to Plaintiff's Interrogatory No. 20, dated June 18, 2020

Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020

Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020

Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19, dated September 24, 2020

Order, dated March 23, 2021

**Depositions**

*Chubb Personnel*

Deposition of Henry Mirolyuz and Related Exhibits, dated July 31, 2018

Deposition of John Taylor and Related Exhibits, dated August 2, 2018

Deposition of Ramesh Pandey and Related Exhibits, dated November 13, 2018

Deposition of Henry Mirolyuz and Related Exhibits, dated January 11, 2019

Deposition of Tamra Pawloski and Related Exhibits, dated January 18, 2019

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 2.0: Documents Considered**

**Depositions** *(Continued)*
Deposition of Ramesh Pandey and Related Exhibits, dated January 22, 2019
Deposition of Claudio Ghislanzoni, dated March 12, 2020
Deposition of Kevin Harkin and Related Exhibits, dated March 25, 2019

*FICO Personnel*
Deposition of Oliver Clark and Related Exhibits, dated September 11, 2018
Deposition of Michael Sawyer and Related Exhibits, dated October 2, 2018
Deposition of Thomas Caretta and Related Exhibits, dated October 9, 2018
Deposition of Russell Schreiber and Related Exhibits, dated October 24, 2018
Deposition of William Waid and Related Exhibits, dated January 16, 2019
Deposition of Benjamin Baer and Related Exhibits, dated January 29, 2019
Deposition of Chris Ivey and Related Exhibits, dated January 30, 2019
Deposition of Jandeen Boone and Related Exhibits, dated February 6, 2019
Deposition of Lawrence Wachs and Related Exhibits, dated February 26, 2019
Deposition of Chris Ivey and Related Exhibits, dated March 14, 2019
Deposition of William Waid and Related Exhibits, dated April 2, 2019

**Financial Filings**
2016 Federal NAIC Annual Statement, dated December 31, 2016
Accountants' Letter of Qualifications, dated May 30, 2017
ACE Limited Annual Report, dated December 31, 2013
ACE Limited Annual Report, dated December 31, 2014
ACE American Insurance Company Annual Statement, dated December 31, 2017
ACE American Insurance Company Annual Statement, dated December 31, 2018
ACE American Insurance Company Annual Statement, dated December 31, 2019
The Chubb Corporation U.S. Property and Casualty Insurance Group Audited Consolidated Financial Statements, dated May 21, 2015
Chubb Insurance Company of Europe SE Solvency and Financial Condition Report, dated December 31, 2016
Chubb U.S. Group of Insurance Best's Credit Ratings for Group Members, dated December 13, 2018
Federal Insurance Company and its U.S. Subsidiaries Management's Discussion & Analysis Statutory Basis, dated December 31, 2016
Federal Insurance Company Reinsurance Attestation Supplement for the Year 2016, dated December 31, 2016
Federal Insurance Company Investment Annual Statement, dated February 28, 2017
Federal Insurance Company and its U.S. Insurance Subsidiaries Audited Consolidated Financial Statements, dated May 30, 2017
Federal Insurance Company Combined Statutory Financial Statements, dated June 1, 2018
Federal Insurance Company Annual Statement, dated December 31, 2017
Federal Insurance Company Annual Statement, dated December 31, 2018
Federal Insurance Company Annual Statement, dated December 31, 2019

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 2.0: Documents Considered**

**Financial Filings** *(Continued)*
INA Holdings Combined Statutory Financial Statements, dated May 23, 2016
INA Holdings Combined Statutory Financial Statements, dated May 25, 2017
INA Holdings Combined Statutory Financial Statements, dated May 24, 2018
Statement of Actuarial Opinion, dated February 27, 2017

**Other**

26 U.S. Code Subchapter A – IRC § 1501 Privilege to File Consolidated Returns
26 U.S. Code Subchapter A – IRC § 1503 Computation and Payment of Tax
26 U.S. Code Subchapter A – IRC § 1504 Definition
26 U.S. Code Subchapter A – IRC § 1552 Earnings and Profits
Copyright Act (17 U.S.C. § 504(b))
FASB Accounting Standards Codification 810 – Consolidated Financial Statement Scope and Scope Exceptions 810-10-15-8
A.M. Best Methodology, "Rating Members of Insurance Groups," December 15, 2014
A.M. Best, "YE 2015 Federal Insurance Company (002084) Best's Credit Report Archive, Business Profile for Chubb Corp
Best's Credit Ratings for Group Members, Chubb U.S. Group of Ins Cos (000012)
*Calculating Intellectual Property Infringement Damages* , AICPA Practice Aid, 3rd Ed. (2012); and 17 U.S.C § 504(b).
Supplemental Expert Report of R. Bickley (Bick) Whitener, dated May 8, 2020
https://www.fico.com
https://www.investopedia.com
https://www.tdi.texas.gov

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 8.0: Summary of Defendants' Domestic Gross Written Premium**

| Domestic Applications | March 31, 2016 to May 2020 (a) | | | |
| --- | --- | --- | --- | --- |
| | Defendants Only | Subsidiaries of Defendants | Pooling Entities (Not Subsidiaries) of Defendants | Defendants, Subsidiaries and Pooling Entities (b) |
| *Undisputed Applications* | | | | |
| Commercial Underwriting Workstation (CUW) | $ 7,656,976,368 | $ 3,663,148,142 | $ 1,427,268,700 | $ 12,747,393,210 |
| CSI eXPRESS (c) | 4,783,945,129 | 132,704,843 | 94,672,823 | 5,011,322,794 |
| Premium Booking | 1,750,877,402 | - | - | 1,750,877,402 |
| Texas Accident Prevention System (TAPS) | 462,805,017 | 270,951,408 | 110,550,113 | 844,306,538 |
| Individual Rate Modification Application (IRMA) | 223,406,656 | 69,554,858 | 7,355,485 | 300,316,999 |
| Decision Point | 18,101,109 | 1,117,772 | 34,636 | 19,253,516 |
| *Disputed Application* | | | | |
| Cornerstone | $ 518,138,795 | $ (3,510,098) | $ 14,281,786 | $ 528,910,484 |
| Undisputed Total | $ 14,896,111,681 | $ 4,137,477,023 | $ 1,639,881,756 | $ 20,673,470,459 |
| Disputed Total | 518,138,795 | (3,510,098) | 14,281,786 | 528,910,484 |
| **TOTAL** | **$ 15,414,250,476** | **$ 4,133,966,925** | **$ 1,654,163,542** | **$ 21,202,380,943** |

*Note/Source(s):*

(a)  See **Second Supplemental Schedules 10.3-10.6** and **12.0**. Defendants identified in its interrogatory responses that the Blaze Advisor component was removed from the applications used in the United States by May 2020. (Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

(b)  This is equaled to the sum of (i) Defendants Only; (ii) Subsidiaries of Defendants; and (iii) Pooling Entities of Defendants.

(c)  I understand the gross written premium reported for CSI eXPRESS includes premium related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2019.)

CONFIDENTIAL – ATTORNEYS' EYES ONLY
CASE NO. 16-CV-1054 (WMW/DTS)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 8.1: Defendants' Domestic Gross Written Premium - Damages Period (March 31, 2016 to December 31, 2016)**

| Domestic Applications | *March 31, 2016 to December 31, 2016* (a) | | | |
|---|---|---|---|---|
| | Defendants Only | Subsidiaries of Defendants | Pooling Entities (Not Subsidiaries) of Defendants | Defendants, Subsidiaries and Pooling Entities (b) |
| *Undisputed Applications* | | | | |
| Commercial Underwriting Workstation (CUW) | $ 2,022,459,201 | $ 686,129,673 | $ 94,011,508 | $ 2,802,600,382 |
| CSI eXPRESS (c) | 971,764,605 | 36,316,129 | - | 1,008,080,734 |
| Premium Booking | 380,416,844 | - | - | 380,416,844 |
| Texas Accident Prevention System (TAPS) | 108,529,977 | 106,890,502 | - | 215,420,480 |
| Individual Rate Modification Application (IRMA) | 51,946,495 | 17,029,141 | - | 68,975,636 |
| Decision Point | 2,538,893 | 141,846 | - | 2,680,739 |
| *Disputed Application* | | | | |
| Cornerstone | $ 166,701,803 | $ (8,498,873) | $ - | $ 158,202,931 |
| Undisputed Total | $ 3,537,656,016 | $ 846,507,291 | $ 94,011,508 | $ 4,478,174,815 |
| Disputed Total | 166,701,803 | (8,498,873) | - | 158,202,931 |
| **TOTAL** | **$ 3,704,357,819** | **$ 838,008,419** | **$ 94,011,508** | **$ 4,636,377,746** |

*Note/Source(s):*

(a)  See **Second Supplemental Schedules 10.3-10.6** and **12.0.**

(b)  This is equaled to the sum of (i) Defendants Only; (ii) Subsidiaries of Defendants; and (iii) Pooling Entities of Defendants.

(c)  I understand the gross written premium reported for CSI eXPRESS includes premium related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2019.)

SECOND SUPPLEMENTAL SCHEDULE 8.2

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SECOND SUPPLEMENTAL SCHEDULE 8.2: Defendants' Domestic Gross Written Premium - Damages Period (January 1, 2017 to May 2020)

| Domestic Applications | January 1, 2017 to May 2020 (a) | | | |
|---|---|---|---|---|
| | Defendants Only | Subsidiaries of Defendants | Pooling Entities (Not Subsidiaries) of Defendants | Defendants, Subsidiaries and Pooling Entities (b) |
| *Undisputed Applications* | | | | |
| Commercial Underwriting Workstation (CUW) | $    5,634,517,167 | $    2,977,018,469 | $    1,333,257,192 | $    9,944,792,828 |
| CSI eXPRESS (c) | 3,812,180,524 | 96,388,713 | 94,672,823 | 4,003,242,060 |
| Premium Booking | 1,370,460,558 | - | - | 1,370,460,558 |
| Texas Accident Prevention System (TAPS) | 354,275,039 | 164,060,906 | 110,550,113 | 628,886,058 |
| Individual Rate Modification Application (IRMA) | 171,460,161 | 52,525,717 | 7,355,485 | 231,341,363 |
| Decision Point | 15,562,215 | 975,926 | 34,636 | 16,572,777 |
| *Disputed Application* | | | | |
| Cornerstone | $       351,436,992 | $       4,988,775 | $     14,281,786 | $     370,707,553 |
| Undisputed Total | $  11,358,455,665 | $    3,290,969,731 | $    1,545,870,248 | $  16,195,295,644 |
| Disputed Total | 351,436,992 | 4,988,775 | 14,281,786 | 370,707,553 |
| **TOTAL** | **$  11,709,892,657** | **$    3,295,958,506** | **$    1,560,152,034** | **$  16,566,003,197** |

*Note/Source(s):*

(a)  See **Second Supplemental Schedules 10.3-10.6** and **12.0**. Defendants identified in its interrogatory responses that the Blaze Advisor component was removed from the applications used in the United States by May 2020. (Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

(b)  This is equaled to the sum of (i) Defendants Only; (ii) Subsidiaries of Defendants; and (iii) Pooling Entities of Defendants.

(c)  I understand the gross written premium reported for CSI eXPRESS includes premium related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

CONFIDENTIAL – ATTORNEYS' EYES ONLY
CASE NO. 16-CV-1054 (WMW/DTS)

SECOND SUPPLEMENTAL SCHEDULE 9.0A

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SECOND SUPPLEMENTAL SCHEDULE 9.0A: Summary of Gross Written Premium – Accused Foreign Unauthorized Use

| *April 21, 2010 to October 2019* (a) | | |
|---|---|---|
| Foreign Applications | Region | Total Gross Written Premium by Foreign Insurance Companies |
| *Undisputed Applications* | | |
| ADAPT | Australia | $ 165,689,299 |
| ADAPT | Europe | 326,366,368 |
| ADAPT (b) | U.K. | 205,090,000 |
| Evolution (c) | Canada | 1,401,176,065 |
| EZER | Europe | 1,049,110,261 |
| EZER (d) | U.K. | 15,477 |
| **TOTAL** | | **$ 3,147,447,470** |

*Note/Source(s):*

(a) See **Second Supplemental Schedules 11.3** and **12.0**. I have calculated the total gross written premium connected to the use of Blaze Advisor in the sale of insurance by foreign insurance companies starting at six (6) years before the filing date of April 21, 2016 (i.e., April 21, 2010). (Order, dated March 23, 2021.) Additionally, Defendants identified in its interrogatory responses that the Blaze Advisor component was removed from the applications used in U.K., Canada and Europe by October 2019. (Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19, dated September 24, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020.)

(b) *See* , generally, Supplemental Expert Report of R. Bickley (Bick) Whitener, dated May 8, 2020 at 4-7; Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated January 21, 2019 at 2-4; Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 18, dated December 14, 2018 at 4. These interrogatory responses do not identify the writing company for ADAPT (U.K.) gross written premium and additionally, all subsequent interrogatory responses to No. 18 have omitted the gross written premium for ADAPT (U.K.). Accordingly, I have assumed that the writing company for ADAPT (U.K.) gross written premium is U.K. Federal, which is the U.K. branch of Federal. Further, I understand that Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020, acknowledges that the gross written premium reported for ADAPT (Europe) includes ADAPT (U.K.). However, this reported gross written premium for ADAPT (Europe) is the same as the reported gross written premium for ADAPT (Europe) alone in Defendants' Fourth, Fifth and Sixth Supplemental Answers to Plaintiff's Interrogatory No. 20, dated February 28, 2019, March 21, 2019 and June 18, 2020, respectively.

(c) I understand the Evolution (Canada) and Broker Site (Canada) applications share the same underlying database and therefore report the same gross written premium. (Harkin Deposition at 206-209.)

(d) I understand the writing company for EZER (U.K.) is U.K. Federal, which is the U.K. branch of Federal, and has reported gross written premium through year 2018. (Harkin Deposition at 153-155.)

CONFIDENTIAL – ATTORNEYS' EYES ONLY
CASE NO. 16-CV-1054 (WMW/DTS)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 9.0B: Summary of Gross Written Premium – Accused Infringement Supporting Sale of Insurance in Foreign Country**

| Foreign Applications | Region | | | *March 31, 2016 to September 30, 2019* (a) | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Defendants Only | | Subsidiaries of Defendants | Pooling Entities (Not Subsidiaries) of Defendants | Defendants, Subsidiaries and Pooling Entities (b) |
| *Undisputed Applications* | | | | | | |
| Evolution (c) | Canada | $ | - | $    154,380,023 | $                    - | $       154,380,023 |

*Note/Source(s):*

(a)  See **Second Supplemental Schedules 11.3B** and **12.0**. Defendants identified in its interrogatory responses that the Blaze Advisor component was removed from the Evolution application by October 2019. (Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19, dated September 24, 2020.)

(b)  This is equaled to the sum of (i) Defendants Only; (ii) Subsidiaries of Defendants; and (iii) Pooling Entities of Defendants.

(c)  I understand the Evolution (Canada) and Broker Site (Canada) applications share the same underlying database and therefore report the same gross written premium. (Harkin Deposition at 206-209.) Additionally, I understand Chubb Insurance Company of Canada was no longer a subsidiary of Federal by September 30, 2016. Accordingly, 1/2 of the gross written premium reported for year 2016 were included in this analysis. (Taylor Deposition at 85; FED006483-484; Pandey Deposition at Exhibit 527.)

CONFIDENTIAL – ATTORNEYS' EYES ONLY
CASE NO. 16-CV-1054 (WMW/DTS)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 10.3: Summary of Domestic Gross Written Premium by Application - Defendants, Subsidiaries and Pooling Entities** (a)

| Application (b) | Mar 31 - Dec 31 2016 (c) | | 2017 | 2018 | 2019 | Jan - Jun 2020 (d) | Total |
|---|---|---|---|---|---|---|---|
| Commercial Underwriting Workstation (CUW) | | | | | | | |
| Federal, Subsidiaries and Pooling Entities | $ 2,564,138,001 | (f) $ | 2,526,036,363 | *n/a* | *n/a* | *n/a* $ | 5,090,174,364 |
| ACE American, Subsidiaries and Pooling Entities | 238,462,381 | | 883,090,822 | *n/a* | *n/a* | *n/a* | 1,121,553,203 |
| Defendants, Subsidiaries and Pooling Entities | *n/a* | | *n/a* | 2,882,872,838 | 3,652,792,805 | - | 6,535,665,643 |
| Total | $ 2,802,600,382 | $ | 3,409,127,185 $ | 2,882,872,838 $ | 3,652,792,805 $ | - $ | 12,747,393,210 |
| | | | | | | | |
| CSI eXPRESS (e) | $ 1,008,080,734 | (f) $ | 1,358,180,203 $ | 1,241,993,390 $ | 1,277,242,740 $ | 125,825,726 $ | 5,011,322,794 |
| Premium Booking | 380,416,844 | | 442,839,932 | 500,850,829 | 426,769,797 | - | 1,750,877,402 |
| Texas Accident Prevention System (TAPS) | 215,420,480 | | 252,219,200 | 216,490,943 | 160,175,914 | - | 844,306,538 |
| Cornerstone | 158,202,931 | (f) | 248,313,042 | 122,400,980 | (6,469) | - | 528,910,484 |
| Individual Rate Modification Application (IRMA) | 68,975,636 | (f) | 89,449,543 | 80,968,955 | 60,922,865 | - | 300,316,999 |
| Decision Point | 2,680,739 | | 4,319,856 | 4,779,439 | 5,846,994 | 1,626,488 | 19,253,516 |
| **TOTAL** | **$ 4,636,377,746** | **$** | **5,804,448,961 $** | **5,050,357,375 $** | **5,583,744,647 $** | **127,452,214 $** | **21,202,380,943** |

Note/Source(s):

(a) This schedule includes gross written premium from all writing companies reported in Defendants' interrogatory responses that are the Defendants, subsidiaries of the Defendants and/or participate in a pooling arrangement with the Defendants. I understand the Defendants participated in the same intercompany pool in 2018. (**Second Supplemental Schedules 12.0** and **13.2**.)

(b) The CUW application is the only application for which Defendants reported gross written premium from ACE American subsidiaries. All other domestic applications only report gross written premium from Federal and subsidiaries. (Harkin Deposition at 19-20.)

(c) I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the domestic applications. I have adjusted the gross written premium accordingly. (FED004437_0001.)

(d) Defendants identified in its interrogatory response that the Blaze Advisor component was removed from the applications used in the United States by May 2020. (Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

(e) I understand the gross written premium reported for CSI eXPRESS includes premium related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

(f) I understand Chubb Insurance Company of Canada was no longer a subsidiary of Federal by September 30, 2016. Accordingly, 1/2 of the gross written premium reported for year 2016 were included in this analysis. (Taylor Deposition at 85; FED006483-484; Pandey Deposition at Exhibit 527.)

SECOND SUPPLEMENTAL SCHEDULE 10.4

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 10.4: Summary of Domestic Gross Written Premium by Application - Defendants Only** (a)

| Application (b) | Mar 31 - Dec 31 2016 (c) | 2017 | 2018 | 2019 | Jan - Jun 2020 (d) | Total |
|---|---|---|---|---|---|---|
| Commercial Underwriting Workstation (CUW) | | | | | | |
| Federal | $ 1,940,106,488 | $ 1,637,912,514 | $ 1,404,328,456 | $ 1,541,359,386 | $ - | $ 6,523,706,844 |
| ACE American | 82,352,713 | 354,885,927 | 274,751,661 | 421,279,223 | - | 1,133,269,524 |
| Total | $ 2,022,459,201 | $ 1,992,798,441 | $ 1,679,080,117 | $ 1,962,638,609 | | $ 7,656,976,368 |
| | | | | | | |
| CSI eXPRESS (e) | $ 971,764,605 | $ 1,234,014,618 | $ 1,210,422,408 | $ 1,245,374,022 | $ 122,369,475 | $ 4,783,945,129 |
| Premium Booking | 380,416,844 | 442,839,932 | 500,850,829 | 426,769,797 | - | 1,750,877,402 |
| Texas Accident Prevention System (TAPS) | 108,529,977 | 144,179,732 | 123,103,492 | 86,991,815 | - | 462,805,017 |
| Cornerstone | 166,701,803 | 235,297,734 | 116,145,727 | (6,469) | - | 518,138,795 |
| Individual Rate Modification Application (IRMA) | 51,946,495 | 66,294,343 | 59,180,524 | 45,985,295 | - | 223,406,656 |
| Decision Point | 2,538,893 | 3,965,783 | 4,542,690 | 5,489,185 | 1,564,557 | 18,101,109 |
| **TOTAL** | $ 3,704,357,819 | $ 4,119,390,583 | $ 3,693,325,787 | $ 3,773,242,255 | $ 123,934,032 | $ 15,414,250,476 |

*Note/Source(s):*

(a) This schedule includes gross written premium from the Defendants reported in Defendants' interrogatory responses. (See **Second Supplemental Schedule 12.0**.)

(b) The CUW application is the only application for which Defendants reported gross written premium from ACE American subsidiaries. All other domestic applications only report gross written premium from Federal and subsidiaries. (Harkin Deposition at 19-20.)

(c) I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the domestic applications. I have adjusted the gross written premium accordingly. (FED004437_0001.)

(d) Defendants identified in its interrogatory response that the Blaze Advisor component was removed from applications used in the United States by May 2020. (Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

(e) I understand the gross written premium reported for CSI eXPRESS includes premium related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 10.5: Summary of Domestic Gross Written Premium by Application - Defendants and Subsidiaries** (a)

| Application (b) | Mar 31 - Dec 31 2016 (c) | 2017 | 2018 | 2019 | Jan - Jun 2020 (d) | Total |
|---|---|---|---|---|---|---|
| Commercial Underwriting Workstation (CUW) | | | | | | |
| Federal | $ 2,564,138,001 (f) | $ 2,337,937,891 | $ 2,008,441,442 | $ 2,232,451,736 | $ - | $ 9,142,969,070 |
| ACE American | 144,450,873 | 632,448,388 | 528,820,023 | 871,436,156 | - | 2,177,155,440 |
| Total | $ 2,708,588,874 | $ 2,970,386,279 | $ 2,537,261,465 | $ 3,103,887,892 | | $ 11,320,124,510 |
| | | | | | | |
| CSI eXPRESS (e) | $ 1,008,080,734 (f) | $ 1,264,572,467 | $ 1,241,507,203 | $ 1,276,711,443 | $ 125,778,123 | $ 4,916,649,972 |
| Premium Booking | 380,416,844 | 442,839,932 | 500,850,829 | 426,769,797 | - | 1,750,877,402 |
| Texas Accident Prevention System (TAPS) | 215,420,480 | 206,451,138 | 178,530,784 | 133,354,023 | - | 733,756,425 |
| Cornerstone | 158,202,931 (f) | 238,528,607 | 117,903,629 | (6,469) | - | 514,628,698 |
| Individual Rate Modification Application (IRMA) | 68,975,636 (f) | 86,575,277 | 78,382,905 | 59,027,695 | - | 292,961,514 |
| Decision Point | 2,680,739 | 4,285,220 | 4,779,439 | 5,846,994 | 1,626,488 | 19,218,880 |
| **TOTAL** | $ 4,542,366,238 | $ 5,213,638,920 | $ 4,659,216,255 | $ 5,005,591,377 | $ 127,404,611 | $ 19,548,217,401 |

*Note/Source(s):*

(a)  This schedule includes gross written premium from all writing companies reported in Defendants' interrogatory responses that are the Defendants and/or subsidiaries of the Defendants. (See **Second Supplemental Schedule 12.0** and **Supplemental Schedule 13.3**.)

(b)  The CUW application is the only application for which Defendants reported gross written premium from ACE American subsidiaries. All other domestic applications only report gross written premium from Federal and subsidiaries. (Harkin Deposition at 19-20.)

(c)  I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the domestic applications. I have adjusted the gross written premium accordingly. (FED004437_0001.)

(d)  Defendants identified in its interrogatory response that the Blaze Advisor component was removed from applications used in the United States by May 2020. (Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

(e)  I understand the gross written premium reported for CSI eXPRESS includes premium related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

(f)  I understand Chubb Insurance Company of Canada was no longer a subsidiary of Federal by September 30, 2016. Accordingly, 1/2 of the gross written premium reported for year 2016 were included in this analysis. (Taylor Deposition at 85; FED006483-484; Pandey Deposition at Exhibit 527.)

CONFIDENTIAL – ATTORNEYS' EYES ONLY
CASE NO. 16-CV-1054 (WMW/DTS)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 10.6: Summary of Domestic Gross Written Premium by Application - Defendants Pooling Entities Only** (a)

| Application (b) | Mar 31 - Dec 31 2016 (c) | 2017 | 2018 | 2019 | Jan - Jun 2020 (d) | Total |
|---|---|---|---|---|---|---|
| Commercial Underwriting Workstation (CUW) | | | | | | |
| Federal | $ - | $ 188,098,472 | n/a | n/a | n/a | $ 188,098,472 |
| ACE American | 94,011,508 | 250,642,434 | n/a | n/a | n/a | 344,653,942 |
| Defendants | n/a | n/a | 345,611,373 | 548,904,913 | - | 894,516,286 |
| Total | $ 94,011,508 | $ 438,740,906 | $ 345,611,373 | $ 548,904,913 | $ - | $ 1,427,268,700 |
| | | | | | | |
| CSI eXPRESS (e) | $ - | $ 93,607,736 | $ 486,187 | $ 531,297 | $ 47,603 | $ 94,672,823 |
| Premium Booking | - | | - | - | - | - |
| Texas Accident Prevention System (TAPS) | - | 45,768,063 | 37,960,159 | 26,821,891 | - | 110,550,113 |
| Cornerstone | - | 9,784,435 | 4,497,351 | - | - | 14,281,786 |
| Individual Rate Modification Application (IRMA) | - | 2,874,266 | 2,586,050 | 1,895,170 | - | 7,355,485 |
| Decision Point | - | 34,636 | - | - | - | 34,636 |
| **TOTAL** | $ 94,011,508 | $ 590,810,041 | $ 391,141,120 | $ 578,153,271 | $ 47,603 | $ 1,654,163,542 |

*Note/Source(s):*

(a) This schedule includes gross written premium from all writing companies reported in Defendants' interrogatory responses that participate in a pooling arrangement with the Defendants, but are not subsidiaries of the Defendants. (See **Second Supplemental Schedule 12.0** and **Supplemental Schedule 13.4**.)

(b) The CUW application is the only application for which Defendants reported gross written premium from ACE American subsidiaries. All other domestic applications only report gross written premium from Federal and subsidiaries. (Harkin Deposition at 19-20.)

(c) I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the domestic applications. I have adjusted the gross written premium accordingly. (FED004437_0001.)

(d) Defendants identified in its interrogatory response that the Blaze Advisor component was removed from applications used in the United States by May 2020. (Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

(e) I understand the gross written premium reported for CSI eXPRESS includes premium related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

SECOND SUPPLEMENTAL SCHEDULE 11.3A

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SECOND SUPPLEMENTAL SCHEDULE 11.3A: Summary of Gross Written Premium – Accused Foreign Unauthorized Use by Application (a)

| Application | Region | Apr 21 - Dec 31 2010 (b) | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | Jan - Jun 2020 (c) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADAPT | Australia | $ 15,715,220 | $ 27,290,943 | $ 27,629,836 | $ 26,082,845 | $ 24,070,834 | $ 19,344,525 | $ 16,627,093 | $ 5,758,309 | $ 3,039,423 | $ 130,271 | - | $ 165,689,299 |
| ADAPT | Europe | - | - | 42,092,398 | 63,402,809 | 60,130,370 | 61,438,935 | 47,695,132 | 40,226,219 | 11,278,716 | 101,788 | - | 326,366,368 |
| ADAPT (d) | U.K. | - | - | 21,681,000 | 35,614,000 | 36,339,000 | 40,371,000 | 30,991,000 | 29,812,000 | 10,282,000 | - | - | 205,090,000 |
| Evolution (e) | Canada | - | - | - | - | - | 158,330,677 | 306,522,654 | 319,812,199 | 337,972,007 | 278,538,528 | - | 1,401,176,065 |
| EZER | Europe | - | - | 202,142,348 | 200,554,401 | 196,353,338 | 179,188,308 | 156,849,666 | 109,376,325 | 4,438,273 | 207,603 | - | 1,049,110,261 |
| EZER | U.K. | - | - | - | - | 7,833 | 3,515 | 4,130 | - | - | - | - | 15,477 |
| **TOTAL** | | $ 15,715,220 | $ 27,290,943 | $ 293,545,582 | $ 325,654,054 | $ 316,901,374 | $ 458,676,960 | $ 558,689,675 | $ 504,985,052 | $ 367,010,419 | $ 278,978,189 | - | $ 3,147,447,470 |

Note/Source(s):

(a)   This schedule includes gross written premium in connection with the sale of insurance by its foreign insurance companies reported in Defendants' interrogatory responses. (**Second Supplemental Schedules 12.0.**)

(b)   I have calculated the total gross written premium connected to the use of Blaze Advisor in the sale of insurance by foreign insurance companies starting at six (6) years before the filing date of April 21, 2016 (i.e., April 21, 2010). (Order, dated March 23, 2021.)

(c)   Defendants identified in its interrogatory responses that the Blaze Advisor component was removed from the applications used in U.K., Canada, Europe and Australia by October 2019. (Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19, dated September 24, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020.)

(d)   *See* , generally, Supplemental Expert Report of R. Bickley (Bick) Whitener, dated May 8, 2020 at 4-7; Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated January 21, 2019 at 2-4; Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 18, dated December 14, 2018 at 4. These interrogatory responses do not identify the writing company for ADAPT (U.K.) and additionally, all subsequent interrogatory responses to No. 18 have omitted the gross written premium for ADAPT (U.K.). Accordingly, I have assumed that the writing company for ADAPT (U.K.) gross written premium is U.K. Federal, which is the U.K. branch of Federal. Further, I understand that Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020, acknowledges that the gross written premium reported for ADAPT (Europe) includes ADAPT (U.K.). However, this reported gross written premium for ADAPT (Europe) is the same as the reported gross written premium for ADAPT (Europe) alone in Defendants' Fourth, Fifth and Sixth Supplemental Answers to Plaintiff's Interrogatory No. 20, dated February 28, 2019, March 21, 2019 and June 18, 2020, respectively.

(e)   Defendants reported that the Evolution (Canada) and Broker Site (Canada) applications share the same underlying database and therefore report the same gross written premium. (Harkin Deposition at 206-209.)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 11.3B: Summary of Gross Written Premium – Accused Infringement Supporting Sale of Insurance in Foreign Country by Application** (a)

| Application | Region | Mar 31 - Dec 31 2016 (b) | 2017 | 2018 | 2019 | Jan - Jun 2020 (c) | Total |
|---|---|---|---|---|---|---|---|
| Evolution (d) | Canada | $  154,380,023 | $        - | $        - | $        - | $        - | $  154,380,023 |

*Note/Source(s):*

(a) This schedule includes gross written premium from all writing companies reported per Defendants' interrogatory responses that is Federal, subsidiaries of Federal and/or participate in a pooling arrangement with Federal. Further, I understand ACE American and subsidiaries do not report gross written premium for foreign applications. (Harkin Deposition at 19-20; **Second Supplemental Schedule 12.0** and **Supplemental Schedule 13.2**.)

(b) I understand that copyright remedies start at the termination date of the SLM Agreement (i.e., March 31, 2016) for the foreign applications. I have adjusted the gross written premium accordingly (FED004437_0001.)

(c) Defendants identified in its interrogatory responses that the Blaze Advisor component was removed from the Evolution application by October 2019. (Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19, dated September 24, 2020.)

(d) Defendants reported that the Evolution (Canada) and Broker Site (Canada) applications share the same underlying database and therefore report the same gross written premium. (Harkin Deposition at 206-209.) I understand Chubb Insurance Company of Canada was no longer a subsidiary of Federal by September 30, 2016. Accordingly, 1/2 of the gross written premium reported for year 2016 were included in this analysis. (Taylor Deposition at 85; FED006483-484; Pandey Deposition at Exhibit 527.)

CONFIDENTIAL – ATTORNEYS' EYES ONLY
CASE NO. 16-CV-1054 (WMW/DTS)

SECOND SUPPLEMENTAL SCHEDULE 12.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail** (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) | |
|---|---|---|---|---|---|
| ADAPT (Australia) | Foreign | 2010 | $ 22,509,741 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Australia) | Foreign | 2011 | $ 27,290,943 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Australia) | Foreign | 2012 | $ 27,629,836 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Australia) | Foreign | 2013 | $ 26,082,845 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Australia) | Foreign | 2014 | $ 24,070,834 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Australia) | Foreign | 2015 | $ 19,344,525 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Australia) | Foreign | 2016 | $ 16,627,093 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Australia) | Foreign | 2017 | $ 5,758,309 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Australia) | Foreign | 2018 | $ 3,039,423 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Australia) | Foreign | 2019 | $ 130,271 | Chubb Insurance Company of Australia Ltd. | |
| ADAPT (Europe) | Foreign | 2012 | $ 42,092,398 | Chubb Insurance Company of Europe SE | (c) |
| ADAPT (Europe) | Foreign | 2013 | $ 63,402,809 | Chubb Insurance Company of Europe SE | (c) |
| ADAPT (Europe) | Foreign | 2014 | $ 60,130,370 | Chubb Insurance Company of Europe SE | (c) |
| ADAPT (Europe) | Foreign | 2015 | $ 61,438,935 | Chubb Insurance Company of Europe SE | (c) |
| ADAPT (Europe) | Foreign | 2016 | $ 47,695,132 | Chubb Insurance Company of Europe SE | (c) |
| ADAPT (Europe) | Foreign | 2017 | $ 40,226,219 | Chubb European Group, SE | |
| ADAPT (Europe) | Foreign | 2018 | $ 11,278,716 | Chubb European Group, SE | |
| ADAPT (Europe) | Foreign | 2019 | $ 101,788 | Chubb European Group, SE | |
| ADAPT (Europe) | Foreign | 2020 | $ - | Chubb European Group, SE | |
| ADAPT (UK) | Foreign | 2012 | $ 21,681,000 | Federal Insurance Company | (g) |
| ADAPT (UK) | Foreign | 2013 | $ 35,614,000 | Federal Insurance Company | (g) |
| ADAPT (UK) | Foreign | 2014 | $ 36,339,000 | Federal Insurance Company | (g) |
| ADAPT (UK) | Foreign | 2015 | $ 40,371,000 | Federal Insurance Company | (g) |
| ADAPT (UK) | Foreign | 2016 | $ 30,991,000 | Federal Insurance Company | (g) |
| ADAPT (UK) | Foreign | 2017 | $ 29,812,000 | Federal Insurance Company | (g) |
| ADAPT (UK) | Foreign | 2018 | $ 10,282,000 | Federal Insurance Company | (g) |
| Broker Site (Canada) | Foreign | 2015 | $ 158,330,677 | Chubb Insurance Company of Canada | |
| Broker Site (Canada) | Foreign | 2016 | $ 306,522,654 | Chubb Insurance Company of Canada | |
| Broker Site (Canada) | Foreign | 2017 | $ 319,812,199 | Chubb Insurance Company of Canada | |
| Broker Site (Canada) | Foreign | 2018 | $ 337,972,007 | Chubb Insurance Company of Canada | |
| Broker Site (Canada) | Foreign | 2019 | $ 278,538,528 | Chubb Insurance Company of Canada | |
| Cornerstone | Domestic | 2016 | $ 7,408,108 | Chubb Insurance Company of Canada | |
| Cornerstone | Domestic | 2016 | $ - | Federal Insurance Company | |
| Cornerstone | Domestic | 2016 | $ 220,608,093 | Federal Insurance Company | |
| Cornerstone | Domestic | 2016 | $ - | Great Northern Insurance Company | |
| Cornerstone | Domestic | 2016 | $ 5,000,954 | Pacific Indemnity Company | |
| Cornerstone | Domestic | 2016 | $ 4,419,671 | Vigilant Insurance Company | |
| Cornerstone | Domestic | 2017 | $ 11,328,070 | Chubb Insurance Company of Canada | |
| Cornerstone | Domestic | 2017 | $ 235,297,734 | Federal Insurance Company | |

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail** (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) |
|---|---|---|---|---|
| Cornerstone | Domestic | 2017 | $ 670 | Great Northern Insurance Company |
| Cornerstone | Domestic | 2017 | $ 9,784,435 | Pacific Indemnity Company |
| Cornerstone | Domestic | 2017 | $ 3,230,203 | Vigilant Insurance Company |
| Cornerstone | Domestic | 2018 | $ 14,657,186 | Chubb Insurance Company of Canada |
| Cornerstone | Domestic | 2018 | $ 116,145,727 | Federal Insurance Company |
| Cornerstone | Domestic | 2018 | $ 1,205 | Great Northern Insurance Company |
| Cornerstone | Domestic | 2018 | $ 4,497,351 | Pacific Indemnity Company |
| Cornerstone | Domestic | 2018 | $ 1,756,697 | Vigilant Insurance Company |
| Cornerstone | Domestic | 2019 | $ (6,469) | Federal Insurance Company |
| Cornerstone | Domestic | 2019 | $ - | Great Northern Insurance Company |
| Cornerstone | Domestic | 2019 | $ - | Pacific Indemnity Company |
| Cornerstone | Domestic | 2019 | $ - | Vigilant Insurance Company |
| Cornerstone | Domestic | 2020 | $ - | Federal Insurance Company |
| Cornerstone | Domestic | 2020 | $ - | Pacific Indemnity Company |
| Cornerstone | Domestic | 2020 | $ - | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2016 | $ 98,911,117 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2016 | $ 2,480,212 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2016 | $ 21,543,943 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2016 | $ 2,212,095 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2016 | $ 74,655,072 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2016 | $ 492,570 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2016 | $ 31,403,417 | Executive Risk Specialty Insurance Company |
| CSI eXPRESS | Domestic | 2016 | $ 1,026,440 | Executive Risk Specialty Insurance Company |
| CSI eXPRESS | Domestic | 2016 | $ 1,210,424,579 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2016 | $ 75,579,124 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2016 | $ 150,747 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2016 | $ 206,637 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2016 | $ 7,425,581 | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2017 | $ 99,877,332 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2017 | $ 4,853,321 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2017 | $ 20,940,256 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2017 | $ 2,916,920 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2017 | $ 62,459,327 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2017 | $ 441,481 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2017 | $ 28,856,329 | Executive Risk Specialty Insurance Company |
| CSI eXPRESS | Domestic | 2017 | $ 1,256,713 | Executive Risk Specialty Insurance Company |
| CSI eXPRESS | Domestic | 2017 | $ 1,132,709,568 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2017 | $ 101,305,051 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2017 | $ 331,853 | Pacific Indemnity Company |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
CASE NO. 16-CV-1054 (WMW/DTS)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail** (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) |
|---|---|---|---|---|
| CSI eXPRESS | Domestic | 2017 | $ 262,033 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2017 | $ 6,697,327 | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2017 | $ 3,346 | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2018 | $ 3,309,818 | Chubb Custom Insurance Company |
| CSI eXPRESS | Domestic | 2018 | $ 1,210,985 | Chubb Custom Insurance Company |
| CSI eXPRESS | Domestic | 2018 | $ 92,730,755 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2018 | $ 4,879,760 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2018 | $ 22,833,376 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2018 | $ 3,180,349 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2018 | $ 49,158,127 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2018 | $ 10,429 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2018 | $ 11,370,649 | Executive Risk Specialty Insurance Company |
| CSI eXPRESS | Domestic | 2018 | $ 1,377,654 | Executive Risk Specialty Insurance Company |
| CSI eXPRESS | Domestic | 2018 | $ 1,084,053,467 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2018 | $ 126,368,942 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2018 | $ 384,509 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2018 | $ 101,678 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2018 | $ 5,071,070 | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2019 | $ 12,910,102 | Chubb Custom Insurance Company |
| CSI eXPRESS | Domestic | 2019 | $ 1,231,538 | Chubb Custom Insurance Company |
| CSI eXPRESS | Domestic | 2019 | $ 92,021,878 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2019 | $ 3,865,131 | Chubb Insurance Company of Canada |
| CSI eXPRESS | Domestic | 2019 | $ 24,847,861 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2019 | $ 3,382,816 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2019 | $ 39,894,505 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2019 | $ 1,110,317,333 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2019 | $ 135,056,689 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2019 | $ 359,714 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2019 | $ 171,583 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2019 | $ 3,071,878 | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2019 | $ 23,920 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2019 | $ 34,866 | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2020 | $ 1,270,989 | Chubb Custom Insurance Company |
| CSI eXPRESS | Domestic | 2020 | $ 2,595,663 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2020 | $ 4,529,483 | Executive Risk Indemnity Inc. |
| CSI eXPRESS | Domestic | 2020 | $ 114,743,527 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2020 | $ 47,603 | Pacific Indemnity Company |
| CSI eXPRESS | Domestic | 2020 | $ 159,503 | Vigilant Insurance Company |
| CSI eXPRESS | Domestic | 2020 | $ 5,409,234 | Chubb Insurance Company of Canada |

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail** (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) |
|---|---|---|---|---|
| CSI eXPRESS | Domestic | 2020 | $ 191,378 | Chubb Custom Insurance Company |
| CSI eXPRESS | Domestic | 2020 | $ 653,482 | Chubb Insurance Company of New Jersey |
| CSI eXPRESS | Domestic | 2020 | $ 7,625,948 | Federal Insurance Company |
| CSI eXPRESS | Domestic | 2020 | $ 41,504 | Chubb Insurance Company of Canada |
| CUW | Domestic | 2016 | $ 108,983,074 | ACE American Insurance Company |
| CUW | Domestic | 2016 | $ 1,092,991 | ACE Fire Underwriters Insurance Company |
| CUW | Domestic | 2016 | $ 106,304,730 | ACE Property and Casualty Insurance Company |
| CUW | Domestic | 2016 | $ 78,726,313 | Chubb Custom Insurance Company |
| CUW | Domestic | 2016 | $ 15,358 | Chubb de Mexico Compania de Seguros, S.A. de C.V. |
| CUW | Domestic | 2016 | $ 238,730,739 | Chubb Indemnity Insurance Company |
| CUW | Domestic | 2016 | $ 58,977 | Chubb Insurance Australia Limited |
| CUW | Domestic | 2016 | $ 52,541 | Chubb Insurance Company Limited |
| CUW | Domestic | 2016 | $ 125,228 | Chubb Insurance Company of Canada |
| CUW | Domestic | 2016 | $ 154,603 | Chubb European Group, SE |
| CUW | Domestic | 2016 | $ 44,501,973 | Chubb Insurance Company of New Jersey |
| CUW | Domestic | 2016 | $ 29,181,294 | Chubb National Insurance Company |
| CUW | Domestic | 2016 | $ 27,605 | Chubb Seguros Brasil S.A. |
| CUW | Domestic | 2016 | $ 2,534,222 | Executive Risk Indemnity Inc. |
| CUW | Domestic | 2016 | $ 1,821,133 | Executive Risk Specialty Insurance Company |
| CUW | Domestic | 2016 | $ 2,567,477,880 | Federal Insurance Company |
| CUW | Domestic | 2016 | $ 492,561,623 | Great Northern Insurance Company |
| CUW | Domestic | 2016 | $ 81,709,115 | Illinois Union Insurance Company |
| CUW | Domestic | 2016 | $ 17,014,247 | Indemnity Insurance Company of North America |
| CUW | Domestic | 2016 | $ 469,700 | Pacific Employers Insurance Company |
| CUW | Domestic | 2016 | $ 198,358,535 | Pacific Indemnity Company |
| CUW | Domestic | 2016 | $ 164,280,405 | Vigilant Insurance Company |
| CUW | Domestic | 2016 | $ 31,266,954 | Westchester Fire Insurance Company |
| CUW | Domestic | 2016 | $ 12,587,416 | Westchester Surplus Lines Insurance Company |
| CUW | Domestic | 2017 | $ 354,885,927 | ACE American Insurance Company |
| CUW | Domestic | 2017 | $ 1,722,590 | ACE Fire Underwriters Insurance Company |
| CUW | Domestic | 2017 | $ 248,919,844 | ACE Property and Casualty Insurance Company |
| CUW | Domestic | 2017 | $ 23,609,062 | Chubb Custom Insurance Company |
| CUW | Domestic | 2017 | $ 16,435 | Chubb de Mexico Compania de Seguros, S.A. de C.V. |
| CUW | Domestic | 2017 | $ 62,376 | Chubb European Group, SE |
| CUW | Domestic | 2017 | $ 182,692,863 | Chubb Indemnity Insurance Company |
| CUW | Domestic | 2017 | $ - | Chubb Insurance Australia Limited |
| CUW | Domestic | 2017 | $ 6,136 | Chubb Insurance Company Limited |
| CUW | Domestic | 2017 | $ 6,754 | Chubb Insurance Company of Canada |
| CUW | Domestic | 2017 | $ 20,305,777 | Chubb Insurance Company of New Jersey |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
CASE NO. 16-CV-1054 (WMW/DTS)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail** (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) |
|---|---|---|---|---|
| CUW | Domestic | 2017 | $ 29,482,878 | Chubb National Insurance Company |
| CUW | Domestic | 2017 | $ 643 | Chubb Seguros Brasil S.A. |
| CUW | Domestic | 2017 | $ 185,443 | Executive Risk Indemnity Inc. |
| CUW | Domestic | 2017 | $ 117,904 | Executive Risk Specialty Insurance Company |
| CUW | Domestic | 2017 | $ 1,637,912,514 | Federal Insurance Company |
| CUW | Domestic | 2017 | $ 361,198,461 | Great Northern Insurance Company |
| CUW | Domestic | 2017 | $ 255,341,641 | Illinois Union Insurance Company |
| CUW | Domestic | 2017 | $ 21,351,439 | Indemnity Insurance Company of North America |
| CUW | Domestic | 2017 | $ 869,381 | Pacific Employers Insurance Company |
| CUW | Domestic | 2017 | $ 164,186,063 | Pacific Indemnity Company |
| CUW | Domestic | 2017 | $ 106,322,827 | Vigilant Insurance Company |
| CUW | Domestic | 2017 | $ 67,191,783 | Westchester Fire Insurance Company |
| CUW | Domestic | 2017 | $ 45,285,709 | Westchester Surplus Lines Insurance Company |
| CUW | Domestic | 2018 | $ 274,751,661 | ACE American Insurance Company |
| CUW | Domestic | 2018 | $ 1,498,240 | ACE Fire Underwriters Insurance Company |
| CUW | Domestic | 2018 | $ 191,070,156 | ACE Property and Casualty Insurance Company |
| CUW | Domestic | 2018 | $ 22,013,565 | Chubb Custom Insurance Company |
| CUW | Domestic | 2018 | $ - | Chubb de Mexico Compania de Seguros, S.A. de C.V. |
| CUW | Domestic | 2018 | $ - | Chubb European Group, SE |
| CUW | Domestic | 2018 | $ 128,841,814 | Chubb Indemnity Insurance Company |
| CUW | Domestic | 2018 | $ - | Chubb Insurance Australia Limited |
| CUW | Domestic | 2018 | $ - | Chubb Insurance Company Limited |
| CUW | Domestic | 2018 | $ - | Chubb Insurance Company of Canada |
| CUW | Domestic | 2018 | $ 20,310,216 | Chubb Insurance Company of New Jersey |
| CUW | Domestic | 2018 | $ 28,061,704 | Chubb National Insurance Company |
| CUW | Domestic | 2018 | $ - | Chubb Seguros Brasil S.A. |
| CUW | Domestic | 2018 | $ 1,661,561 | Executive Risk Indemnity Inc. |
| CUW | Domestic | 2018 | $ 2,928 | Executive Risk Specialty Insurance Company |
| CUW | Domestic | 2018 | $ 1,404,328,456 | Federal Insurance Company |
| CUW | Domestic | 2018 | $ 343,254,047 | Great Northern Insurance Company |
| CUW | Domestic | 2018 | $ 240,820,970 | Illinois Union Insurance Company |
| CUW | Domestic | 2018 | $ 13,196,308 | Indemnity Insurance Company of North America |
| CUW | Domestic | 2018 | $ 51,084 | Pacific Employers Insurance Company |
| CUW | Domestic | 2018 | $ 116,800,656 | Pacific Indemnity Company |
| CUW | Domestic | 2018 | $ 83,645,205 | Vigilant Insurance Company |
| CUW | Domestic | 2018 | $ 36,242,321 | Westchester Fire Insurance Company |
| CUW | Domestic | 2018 | $ 49,388,448 | Westchester Surplus Lines Insurance Company |
| CUW | Domestic | 2019 | $ 421,279,223 | ACE American Insurance Company |
| CUW | Domestic | 2019 | $ 1,963,803 | ACE Fire Underwriters Insurance Company |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
CASE NO. 16-CV-1054 (WMW/DTS)

SECOND SUPPLEMENTAL SCHEDULE 12.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail** (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) |
|---|---|---|---|---|
| CUW | Domestic | 2019 | $ 337,956,699 | ACE Property and Casualty Insurance Company |
| CUW | Domestic | 2019 | $ 1,155,451 | Bankers Standard Insurance Company |
| CUW | Domestic | 2019 | $ 26,686,556 | Chubb Custom Insurance Company |
| CUW | Domestic | 2019 | $ 116,078,768 | Chubb Indemnity Insurance Company |
| CUW | Domestic | 2019 | $ 21,523,091 | Chubb Insurance Company of New Jersey |
| CUW | Domestic | 2019 | $ - | Chubb de Mexico Compania de Seguros, S.A. de C.V. |
| CUW | Domestic | 2019 | $ - | Chubb European Group, SE |
| CUW | Domestic | 2019 | $ - | Chubb Insurance Australia Limited |
| CUW | Domestic | 2019 | $ - | Chubb Insurance Company Limited |
| CUW | Domestic | 2019 | $ - | Chubb Insurance Company of Canada |
| CUW | Domestic | 2019 | $ 35,216,014 | Chubb National Insurance Company |
| CUW | Domestic | 2019 | $ - | Chubb Seguros Brasil S.A. |
| CUW | Domestic | 2019 | $ 5,404,511 | Executive Risk Indemnity Inc. |
| CUW | Domestic | 2019 | $ 2,928 | Executive Risk Specialty Insurance Company |
| CUW | Domestic | 2019 | $ 1,541,359,386 | Federal Insurance Company |
| CUW | Domestic | 2019 | $ 406,873,922 | Great Northern Insurance Company |
| CUW | Domestic | 2019 | $ 421,234,166 | Illinois Union Insurance Company |
| CUW | Domestic | 2019 | $ 27,030,784 | Indemnity Insurance Company of North America |
| CUW | Domestic | 2019 | $ 101,793,938 | Pacific Indemnity Company |
| CUW | Domestic | 2019 | $ 111,400,555 | Vigilant Insurance Company |
| CUW | Domestic | 2019 | $ 736,532 | Pacific Employers Insurance Company |
| CUW | Domestic | 2019 | $ 107,190,473 | Westchester Fire Insurance Company |
| CUW | Domestic | 2019 | $ 93,856,583 | Westchester Surplus Lines Insurance Company |
| Decision Point | Domestic | 2016 | $ 182,250 | Chubb Insurance Company of New Jersey |
| Decision Point | Domestic | 2016 | $ 5,465 | Executive Risk Indemnity Inc. |
| Decision Point | Domestic | 2016 | $ 3,359,894 | Federal Insurance Company |
| Decision Point | Domestic | 2017 | $ 319,437 | Chubb Insurance Company of New Jersey |
| Decision Point | Domestic | 2017 | $ 34,636 | Executive Risk Indemnity Inc. |
| Decision Point | Domestic | 2017 | $ 3,965,783 | Federal Insurance Company |
| Decision Point | Domestic | 2018 | $ 236,749 | Chubb Insurance Company of New Jersey |
| Decision Point | Domestic | 2018 | $ 34,899 | Executive Risk Indemnity Inc. |
| Decision Point | Domestic | 2018 | $ 4,542,690 | Federal Insurance Company |
| Decision Point | Domestic | 2019 | $ 357,809 | Chubb Insurance Company of New Jersey |
| Decision Point | Domestic | 2019 | $ 23,067 | Executive Risk Indemnity Inc. |
| Decision Point | Domestic | 2019 | $ 5,489,185 | Federal Insurance Company |
| Decision Point | Domestic | 2020 | $ 61,931 | Chubb Insurance Company of New Jersey |
| Decision Point | Domestic | 2020 | $ 4,555 | Executive Risk Indemnity Inc. |
| Decision Point | Domestic | 2020 | $ 1,564,557 | Federal Insurance Company |
| Evolution (Australia) | Foreign | 2017 | $ 745,194 | Chubb Insurance Company of Australia Ltd. |

SECOND SUPPLEMENTAL SCHEDULE 12.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail** (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) | |
|---|---|---|---|---|---|
| Evolution (Australia) | Foreign | 2018 | $ 46,013,916 | Chubb Insurance Company of Australia Ltd. | |
| Evolution (Australia) | Foreign | 2019 | $ 63,731,033 | Chubb Insurance Company of Australia Ltd. | |
| Evolution (Canada) | Foreign | 2015 | $ 158,330,677 | Chubb Insurance Company of Canada | |
| Evolution (Canada) | Foreign | 2016 | $ 306,522,654 | Chubb Insurance Company of Canada | |
| Evolution (Canada) | Foreign | 2017 | $ 319,812,199 | Chubb Insurance Company of Canada | |
| Evolution (Canada) | Foreign | 2018 | $ 337,972,007 | Chubb Insurance Company of Canada | |
| Evolution (Canada) | Foreign | 2019 | $ 278,538,528 | Chubb Insurance Company of Canada | |
| EZER (Europe) | Foreign | 2012 | $ 202,142,348 | Chubb Insurance Company of Europe SE | (c) |
| EZER (Europe) | Foreign | 2013 | $ 200,554,401 | Chubb Insurance Company of Europe SE | (c) |
| EZER (Europe) | Foreign | 2014 | $ 196,353,338 | Chubb Insurance Company of Europe SE | (c) |
| EZER (Europe) | Foreign | 2015 | $ 179,188,308 | Chubb Insurance Company of Europe SE | (c) |
| EZER (Europe) | Foreign | 2016 | $ 156,849,666 | Chubb Insurance Company of Europe SE | (c) |
| EZER (Europe) | Foreign | 2017 | $ 109,376,325 | Chubb European Group, SE | |
| EZER (Europe) | Foreign | 2018 | $ 4,438,273 | Chubb European Group, SE | |
| EZER (Europe) | Foreign | 2019 | $ 207,603 | Chubb European Group, SE | |
| EZER (Europe) | Foreign | 2020 | $ - | Chubb European Group, SE | |
| EZER (UK) | Foreign | 2012 | $ - | Federal Insurance Company | (d) |
| EZER (UK) | Foreign | 2013 | $ - | Federal Insurance Company | (d) |
| EZER (UK) | Foreign | 2014 | $ 7,833 | Federal Insurance Company | (d) |
| EZER (UK) | Foreign | 2015 | $ 3,515 | Federal Insurance Company | (d) |
| EZER (UK) | Foreign | 2016 | $ 4,130 | Federal Insurance Company | (d) |
| EZER (UK) | Foreign | 2017 | $ - | Federal Insurance Company | (d) |
| EZER (UK) | Foreign | 2018 | $ - | Federal Insurance Company | (d) |
| EZER (UK) | Foreign | 2019 | $ - | Federal Insurance Company | (d) |
| EZER (UK) | Foreign | 2020 | $ - | Federal Insurance Company | (d) |
| IRMA | Domestic | 2016 | $ 7,252 | Albany Insurance Company | |
| IRMA | Domestic | 2016 | $ 615,040 | Chubb Custom Insurance Company | |
| IRMA | Domestic | 2016 | $ 19,420 | Chubb de Mexico Compania Afianzadora, S.A. de C.V. | (e) |
| IRMA | Domestic | 2016 | $ 5,451 | Chubb de Mexico Compania de Seguros, S.A. de C.V. | |
| IRMA | Domestic | 2016 | $ 33,637 | Chubb Insurance Australia Limited | |
| IRMA | Domestic | 2016 | $ 3,758 | Chubb Insurance Company Limited | |
| IRMA | Domestic | 2016 | $ 10,045,179 | Chubb Insurance Company of Canada | |
| IRMA | Domestic | 2016 | $ 1,108,829 | Chubb Insurance Company of New Jersey | |
| IRMA | Domestic | 2016 | $ 68,744,411 | Federal Insurance Company | |
| IRMA | Domestic | 2016 | $ 17,031,473 | Great Northern Insurance Company | |
| IRMA | Domestic | 2016 | $ 3,894,125 | Pacific Indemnity Company | |
| IRMA | Domestic | 2016 | $ 750 | Self-Insured Retention | |
| IRMA | Domestic | 2016 | $ 3,757,327 | Vigilant Insurance Company | |
| IRMA | Domestic | 2017 | $ 13,803 | Chubb Custom Insurance Company | |

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

SECOND SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) | |
|---|---|---|---|---|---|
| IRMA | Domestic | 2017 | $ 7,175 | Chubb de Mexico Compania Afianzadora, S.A. de C.V. | (e) |
| IRMA | Domestic | 2017 | $ 4,582 | Chubb de Mexico Compania de Seguros, S.A. de C.V. | |
| IRMA | Domestic | 2017 | $ 32,575 | Chubb European Group, SE | |
| IRMA | Domestic | 2017 | $ 10,500 | Chubb Insurance Australia Limited | |
| IRMA | Domestic | 2017 | $ 15,068 | Chubb Insurance Company Limited | |
| IRMA | Domestic | 2017 | $ 10,196,153 | Chubb Insurance Company of Canada | |
| IRMA | Domestic | 2017 | $ 889,740 | Chubb Insurance Company of New Jersey | |
| IRMA | Domestic | 2017 | $ 66,294,343 | Federal Insurance Company | |
| IRMA | Domestic | 2017 | $ 16,015,552 | Great Northern Insurance Company | |
| IRMA | Domestic | 2017 | $ 2,860,463 | Pacific Indemnity Company | |
| IRMA | Domestic | 2017 | $ 3,348,817 | Vigilant Insurance Company | |
| IRMA | Domestic | 2018 | $ 4,782 | Chubb Custom Insurance Company | |
| IRMA | Domestic | 2018 | $ 11,668,247 | Chubb Insurance Company of Canada | |
| IRMA | Domestic | 2018 | $ 966,870 | Chubb Insurance Company of New Jersey | |
| IRMA | Domestic | 2018 | $ 59,180,524 | Federal Insurance Company | |
| IRMA | Domestic | 2018 | $ 15,149,788 | Great Northern Insurance Company | |
| IRMA | Domestic | 2018 | $ 2,586,050 | Pacific Indemnity Company | |
| IRMA | Domestic | 2018 | $ 3,085,724 | Vigilant Insurance Company | |
| IRMA | Domestic | 2019 | $ 4,104,241 | Chubb Insurance Company of Canada | |
| IRMA | Domestic | 2019 | $ 728,557 | Chubb Insurance Company of New Jersey | |
| IRMA | Domestic | 2019 | $ 45,985,295 | Federal Insurance Company | |
| IRMA | Domestic | 2019 | $ 10,741,053 | Great Northern Insurance Company | |
| IRMA | Domestic | 2019 | $ 1,895,170 | Pacific Indemnity Company | |
| IRMA | Domestic | 2019 | $ 1,572,791 | Vigilant Insurance Company | |
| Premium Booking | Domestic | 2016 | $ 503,432,073 | Federal Insurance Company | (f) |
| Premium Booking | Domestic | 2017 | $ 442,839,932 | Federal Insurance Company | (f) |
| Premium Booking | Domestic | 2018 | $ 500,850,829 | Federal Insurance Company | (f) |
| Premium Booking | Domestic | 2019 | $ 426,769,797 | Federal Insurance Company | (f) |
| TAPS | Domestic | 2016 | $ 73,264,109 | Chubb Indemnity Insurance Company | |
| TAPS | Domestic | 2016 | $ 561,041 | Chubb National Insurance Company | |
| TAPS | Domestic | 2016 | $ 143,625,269 | Federal Insurance Company | |
| TAPS | Domestic | 2016 | $ 8,309,789 | Great Northern Insurance Company | |
| TAPS | Domestic | 2016 | $ 42,217,710 | Pacific Indemnity Company | |
| TAPS | Domestic | 2016 | $ 17,102,989 | Vigilant Insurance Company | |
| TAPS | Domestic | 2017 | $ 45,571,577 | Chubb Indemnity Insurance Company | |
| TAPS | Domestic | 2017 | $ 1,864,828 | Chubb National Insurance Company | |
| TAPS | Domestic | 2017 | $ 144,179,732 | Federal Insurance Company | |
| TAPS | Domestic | 2017 | $ 5,976,054 | Great Northern Insurance Company | |
| TAPS | Domestic | 2017 | $ 45,768,063 | Pacific Indemnity Company | |

SECOND SUPPLEMENTAL SCHEDULE 12.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 12.0: Consolidated Gross Written Premium Detail** (a)

| Application | Foreign/ Domestic | Year | Gross Written Premium | StoneTurn Writing Company (b) |
|---|---|---|---|---|
| TAPS | Domestic | 2017 | $ 8,858,947 | Vigilant Insurance Company |
| TAPS | Domestic | 2018 | $ 39,388,714 | Chubb Indemnity Insurance Company |
| TAPS | Domestic | 2018 | $ 5,073,844 | Chubb National Insurance Company |
| TAPS | Domestic | 2018 | $ 123,103,492 | Federal Insurance Company |
| TAPS | Domestic | 2018 | $ 5,192,985 | Great Northern Insurance Company |
| TAPS | Domestic | 2018 | $ 37,960,159 | Pacific Indemnity Company |
| TAPS | Domestic | 2018 | $ 5,771,749 | Vigilant Insurance Company |
| TAPS | Domestic | 2019 | $ 36,199,611 | Chubb Indemnity Insurance Company |
| TAPS | Domestic | 2019 | $ 2,431,048 | Chubb National Insurance Company |
| TAPS | Domestic | 2019 | $ 17,004 | Executive Risk Indemnity Inc. |
| TAPS | Domestic | 2019 | $ 86,991,815 | Federal Insurance Company |
| TAPS | Domestic | 2019 | $ 2,819,686 | Great Northern Insurance Company |
| TAPS | Domestic | 2019 | $ 26,821,891 | Pacific Indemnity Company |
| TAPS | Domestic | 2019 | $ 4,911,863 | Vigilant Insurance Company |

*Note/Source(s):*

(a) Gross Written Premium were excluded for years prior to 2016 for domestic applications. Additionally, Gross Written Premium were excluded for years prior to 2010 for foreign applications. (Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-19; Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 18, dated June 18, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19,  dated September 24, 2020; Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020.)

(b) The Writing Company entities were reported inconsistently between the interrogatory responses, and accordingly, the entities have been standardized for purposes of this schedule.

(c) I understand the writing companies for years 2012-2016 was Chubb Insurance Company of Europe SE. (Harkin Deposition at 177-178.)

(d) I understand U.K. Federal Writing Company is the U.K. branch of Federal. (Harkin Deposition at 153-155.)

(e) Defendants did not provide enough information to identify the writing company. The Writing Company is assumed to be Chubb de Mexico Compania Afianzadora, S.A. de C.V.

(f) Defendants did not identify a unique writing company for the gross written premium reported by the Premium Booking application. I understand that Premium Booking application was used by most of the writing companies that are subsidiaries of Federal. (Mirolyuz 1/11/2019 Deposition at 63-64, 80-81.)

(g) *See* , generally, Supplemental Expert Report of R. Bickley (Bick) Whitener, dated May 8, 2020 at 4-7; Federal Insurance Company's Fourth Supplemental Answer to Plaintiff's Interrogatory No. 18, dated January 21, 2019 at 2-4; Federal Insurance Company's Third Supplemental Answer to Plaintiff's Interrogatory No. 18, dated December 14, 2018 at 4. These interrogatory responses do not identify the writing company for ADAPT (U.K.) gross written premium reported for Q1 2012 through Q3 2018. Additionally, all subsequent interrogatory responses to No. 18 have omitted the gross written premium for ADAPT (U.K.). Accordingly, I have assumed that the writing company for ADAPT (U.K.) gross written premium is U.K. Federal, which is the U.K. branch of Federal. Further, I understand that Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 20, dated July 17, 2020, acknowledges that the gross written premium reported for ADAPT (Europe) includes ADAPT (U.K.). However, this reported gross written premium for ADAPT (Europe) is the same as the reported gross written premium for ADAPT (Europe) alone in Defendants' Fourth, Fifth and Sixth Supplemental Answers to Plaintiff's Interrogatory No. 20, dated February 28, 2019, March 21, 2019 and June 18, 2020, respectively.