UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**DECLARATION OF LEAH GODESKY IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE CERTAIN TESTIMONY OF THOMAS CARRETTA** |

I, Leah Godesky, declare as follows:

1. I am an attorney at O'Melveny & Myers LLP and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Federal") in this case.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the Thomas Carretta deposition transcript taken on October 9, 2018.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the Thomas Carretta deposition transcript taken on March 22, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  January 13, 2023              *s/ Leah Godesky*
                                                        Leah Godesky

78097858 v1

1