# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Court File No.  16-cv-1054 (WMW/DTS)<br><br><br><br>**MOTION *IN LIMINE* TO PRECLUDE UNFAIRLY PREJUDICIAL ARGUMENTS AND EVIDENCE REGARDING THEIR STATUS AS INSURANCE COMPANIES** |

Defendants Federal Insurance Company and ACE American Insurance Company move for the Court to exclude unfairly prejudicial arguments and evidence regarding Defendants' status as insurance companies.  This motion is based on the accompanying memorandum of law, and declarations and exhibits to be filed with the Court in accordance with Local Rule 7.1 for the District of Minnesota and guidance from the Court, as well as the arguments of counsel at the time of the hearing, and all of the files, records, and proceedings herein.

| | |
|---|---|
| Dated:  January 13, 2023 | *s/ Terrence J. Fleming* <u>                    </u><br>Terrence J. Fleming (#0128983)<br>tfleming@fredlaw.com<br>Leah C. Janus (#0337365)<br>ljanus@fredlaw.com<br>Christopher D. Pham (#0390165)<br>cpham@fredlaw.com<br>Ryan C. Young (#0397751)<br>ryoung@fredlaw.com<br>Panhia Vang (#399444)<br>pvang@fredlaw.com<br><br>**Fredrikson & Byron, P.A.**<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN  55402-1425<br>(612) 492-7000 (tel.)<br>(612) 492-7077 (fax)<br><br>Leah Godesky (Admitted Pro Hac Vice)<br><br>**O'Melveny & Myers LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000<br>lgodesky@omm.com<br><br>***Attorneys for Federal Insurance Company and ACE American Insurance Company*** |