# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**NOTICE OF INTENT TO REQUEST
REDACTION OR NOTICE THAT
NO REDACTION IS REQUIRED**

Fair Isaac Corporation,

            Plaintiff(s)          Case No: 16-cv-1054 (DTS)

v.

 Federal Insurance Company, et al.,

            Defendant(s)

The undersigned  Joseph Dubis                    hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts that,

☐  I intend to request redaction of personal identifiers located within the transcript of
 Motion Hearing                                   , filed on January 9, 2023
to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

OR

☑  I will not be requesting redaction as no redaction is required.

Dated: 1/17/23       /s/ Joseph Dubis