UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NOTICE THAT NO REDACTION IS REQUIRED**

**Fair Isaac Corporation**

        Plaintiff        Case No: 16-cv-1054 (WMW/DTS)

v.

**Federal Insurance Company, an Indiana corporation, and ACE American Insurance Company, a Pennsylvania corporation,**

        Defendant(s)

---

The undersigned Terrence J. Fleming hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts that, the transcript of the motion hearing filed on January 9, 2023,

☐ I intend to request redaction of personal identifiers located within the transcript of _____, filed on _____ to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

OR

☒ I will not be requesting redaction as no redaction is required.

Dated: <u>1/17/2023</u>                */s Terry J. Fleming*
                                        Terrence J. Fleming