UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

**JOINT STIPULATION REGARDING PLAINTIFF FAIR ISAAC CORPORATION'S PROPOSED SECOND PROTECTIVE ORDER REGARDING DISCLOSURE OF SOURCE CODE AND USE OF SOURCE CODE AT TRIAL**

WHEREAS, testimony and exhibits in this trial are likely to include source code for FICO's Blaze Advisor software product that FICO contends contains confidential, proprietary, and trade secret information.

WHEREAS, FICO has requested and Defendants do not object to the implementation of special protection from unauthorized disclosure and from use for any purpose other than prosecuting this litigation.

WHEREAS, the Court previously entered a protective order on March 13, 2017 (Dkt. No. 44) that the parties seek to supplement.

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel of record, and subject to approval by the Court, that Plaintiff Fair Isaac Corporation's Proposed Second Protective Order Regarding Disclosure of Source

Code and Use of Source Code at Trial be adopted. The parties request that the Court enter an Order accordingly.

Dated: January 19, 2023

                                         MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Paige S. Stradley, MN Bar # 393432
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 398344
Gabrielle L. Kiefer, MN Bar # 0402364
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402
Tel: (612) 332-5300
Fax: (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
pstradley@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com

*Attorneys for Plaintiff Fair Isaac Corporation*

/s/ Ryan Young
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#399444)
pvang@fredlaw.com

2

**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

Leah Godesky (Admitted Pro Hac Vice)
**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
lgodesky@omm.com

*Attorneys for Federal Insurance Company and ACE American Insurance Company*