# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,

          Plaintiff,

     v.

FEDERAL INSURANCE COMPANY,
an Indiana corporation, and ACE
AMERICAN INSURANCE COMPANY, a
Pennsylvania corporation,

          Defendants.

Court File No. 16-cv-1054 (DTS)

**DEFENDANTS' EXHIBIT LIST**

---

## DEFENDANTS' EXHIBIT LIST

Pursuant to the Final Pretrial Order (Dkt. No. 923), Federal Insurance Company and ACE American Insurance Company (collectively, "Defendants") submit the following list of exhibits that they may offer at trial.

Defendants' inclusion of these documents on this exhibit list shall not be construed as a waiver of Defendants' objections to Plaintiff's use of the same documents. Defendants reserve the right to supplement or amend this exhibit list including, but not limited to, in response to the Court's rulings on motions in limine, any stipulations among the parties, other developments in the case, to replace incomplete exhibits, or to provide better copies of exhibits. Defendants also reserve the right to present demonstrative exhibits at trial that are not yet developed or included on this list, as well as use exhibits for impeachment or rebuttal that are not included on this list. Furthermore, Defendants do not intend to waive any objections regarding the admissibility of any evidence, including objections set forth in any motions in limine.

1

| **Presiding Judge:** | **Plaintiff's Attorneys:** | **Defendants' Attorneys:** |
|---|---|---|
| Judge David T. Schultz | MERCHANT & GOULD P.C.<br>Allen Hinderaker<br>Heather Kliebenstein<br>Paige S. Stradley<br>Michael A. Erbele<br>Joseph Dubis<br>Gabrielle L. Kiefer | FREDRIKSON & BYRON, P.A.<br>Terrence J. Fleming<br>Leah C. Janus<br>Christopher D. Pham<br>Ryan C. Young<br>Panhia Vang<br><br>O'MELVENY & MYERS LLP<br>Leah Godesky<br>Anton Metlitsky<br>Daryn Rush<br>Roxana Guidero |
| **Trial Start:**<br><br>February 15, 2023 | **Court Reporter:**<br><br>Renee Rogge | **Courtroom Deputy:**<br><br>Terianne Bender |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| P-0418 | D-0001 | | | | Global Price List | 2003.10.10 | FICO0057386 | FICO0057412 |
| | D-0002 | | | | Baer LinkedIn PageVault | | FED018018_0001 | FED018018_0005 |
| | D-0003 | | | | Email from Christopher LeBaron to Matthew Maza | 2005.03.09 | FICO0062503 | FICO0062503 |
| P-0749 | D-0004 | | | | National City Corporation License Agreement | 2005.09.30 | FICO0044709 | FICO0044726 |
| | D-0005 | | | | Baseman LinkedIn PageVault | | FED018019_0001 | FED018019_0003 |
| P-0484; P-0143; P-0473 | D-0006 | | | | RFI for Maintenance of Renewal Processing Rules | 2006.02.03 | FICO0057280 | FICO0057304 |
| P-0144 | D-0007 | | | | Letter from James Black to Lawrence Raynes | 2006.02.07 | FICO0006676 | FICO0006679 |
| P-0105 | D-0008 | | | | Email from Larry Wachs to Bill Waid and others | 2006.02.22 | FICO0057274 | FICO0057275 |
| P-0106 | D-0009 | | | | Email from Bill Waid to John Haines | 2006.02.22 | FICO0057309 | FICO0057310 |
| P-0329 | D-0010 | | | | Email from Bill Waid to Larry Wachs and others | 2006.02.22 | FICO0057307 | FICO0057308 |
| | D-0011 | | | | Email from William Waid to Marcia Palmer and others | 2006.02.28 | FICO0062149 | FICO0062151 |
| | D-0012 | | | | Email from David Burgess to Dan Foy and others | 2006.03.01 | FICO0062287 | FICO0062288 |
| | D-0013 | | | | Email from William Waid to Mark Layden | 2006.03.01 | FICO0005480 | FICO0005487 |
| | D-0014 | | | | Email from Bill Waid to John Haines | 2006.04.04 | FICO0001927 | FICO0001927 |

3

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| P-0330 | D-0015 | | | | Email from John Haines to Bill Waid | 2006.04.04 | FICO0057305 | FICO0057306 |
| | D-0016 | | | | Email from Michael Gordon to John Haines and others | 2006.05.05 | FICO0001794 | FICO0001795 |
| P-0089 | D-0017 | | | | Humana Inc. License Agreement | 2006.05.23 | FICO0041472 | FICO0041491 |
| P-0104; P-0303 | D-0018 | | | | Email from Jandeen Boone to Jim Black and others | 2006.06.06 | FICO0000165 | FICO0000192 |
| P-0327 | D-0019 | | | | Email from Jandeen Boone to Jim Black | 2006.06.08 | FICO0006080 | FICO0006081 |
| P-0306 | D-0020 | | | | Email from Jandeen Boone to Jim Black | 2006.06.08 | FICO0006082 | FICO0006091 |
| P-0304 | D-0021 | | | | Email from Jim Black to Jandeen Boone | 2006.06.08 | FICO0006025 | FICO0006037 |
| P-0305 | D-0022 | | | | Email from Jim Black to Jandeen Boone | 2006.06.08 | FICO0006038 | FICO0006050 |
| P-0356 | D-0023 | | | | Appendix A-20 (SOW) to Master Services Agreement | 2006.06.09 | FICO0028700 | FICO0028705 |
| P-0336 | D-0024 | | | | Master Services Agreement | 2006.06.09 | FICO0021678 | FICO0021686 |
| | D-0025 | | | | Boone LinkedIn PageVault | | FED018020_0001 | FED018020_0006 |
| P-0317 | D-0026 | | | | Email from Catherine Anderson to Jim Black | 2006.06.09 | FICO0006100 | FICO0006136 |
| P-0870 | D-0027 | | | | Appendix A-2 (SOW) to Master Services Agreement | 2006.06.12 | FICO0021659 | FICO0021666 |
| P-0337 | D-0028 | | | | Appendix A-1 (SOW) to Master Service Agreement | 2006.06.12 | FICO0021669 | FICO0021677 |
| P-0226 | D-0029 | | | | Email from Mark Layden to Bill Waid | 2006.06.16 | FICO0001792 | FICO0001793 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| P-0225 | D-0030 | | | | Email from John Haines to Bill Waid and others | 2006.06.16 | FICO0001895 | FICO0001898 |
| P-0108 | D-0031 | | | | Email from John Haines to Bill Waid and others | 2006.06.16 | FICO0057276 | FICO0057277 |
| P-0107 | D-0032 | | | | Email from Bill Waid to John Haines | 2006.06.21 | FICO0001920 | FICO0001922 |
| P-0331 | D-0033 | | | | Email from John Haines to Bill Waid | 2006.06.22 | FICO0001903 | FICO0001909 |
| P-0307 | D-0034 | | | | Email from Jim Black to Jandeen Boone | 2006.06.26 | FICO0000148 | FICO0000149 0021 |
| P-0332 | D-0035 | | | | Email from John Haines to Bill Waid | 2006.06.27 | FICO0001893 | FICO0001894 |
| P-0309 | D-0036 | | | | Email from Jandeen Boone to Jim Black and others | 2006.06.27 | FICO0000131 | FICO0000132 0017 |
| P-0311 | D-0037 | | | | Email from Jandeen Boone to Jim Black and others | 2006.06.29 | FICO0006220 | FICO0006236 |
| P-0310 | D-0038 | | | | Email from Jandeen Boone to Jim Black | 2006.06.29 | FICO0006202 | FICO0006219 |
| | D-0039 | | | | ACE American Insurance Company License Agreement | 2006.06.29 | FICO0043478 | FICO0043501 |
| P-0240; also within P-0110 | D-0040 | | | | Blaze Advisor License Agreement - June 2006 | 2006.06.30 | FICO0001702 | FICO0001717 |
| P-0312 | D-0041 | | | | Blaze Advisor License Agreement - Full | 2006.06.30 | FICO0002276 | FICO0002296 |
| | D-0042 | | | | Carretta LinkedIn PageVault | | FED018021_0001 | FED018021_0004 |
| P-0333 | D-0043 | | | | Email from Lawrence Wachs to Bill Waid and others | 2006.07.10 | FICO0001902 | FICO0001902 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| P-0319 | D-0044 | | | | Email from Jim Black to Jandeen Boone | 2006.07.24 | FICO0000089 | FICO0000091 |
| P-0318 | D-0045 | | | | Email from Jandeen Boone to Jim Black | 2006.07.24 | FICO0006658 | FICO0006675 |
| P-0320 | D-0046 | | | | Email from Jim Black to Jandeen Boone | 2006.07.25 | FICO0000080 | FICO0000083 |
| P-0321 | D-0047 | | | | Email from Jim Black to Jandeen Boone | 2006.07.27 | FICO0006271 | FICO0006271 |
| P-0322 | D-0048 | | | | Email from Jim Black to Jandeen Boone | 2006.07.27 | FICO0006253 | FICO0006270 |
| P-0323 | D-0049 | | | | Email from Jandeen Boone to Jim Black and others | 2006.07.27 | FICO0006272 | FICO0006289 |
| P-0685 | D-0050 | | | | Blaze Advisor License Agreement Amendment One | 2006.08.01 | FICO0002118 | FICO0002119 |
| P-0189 | D-0051 | | | | CSI IT Summit Slides | 2006.08.16 | FED012136_0001 | FED012136_0020 |
| | D-0052 | | | | Email from James Chaban to Debbie Kraus | 2006.09.21 | FICO0062204 | FICO0062204 |
| P-0669 | D-0053 | | | | Order on Cross Motions for Summary Judgment (Dkt. No. 731) | 2020.03.23 | | |
| P-0228 | D-0054 | | | | Email from John Haines to Bill Waid | 2006.11.27 | FICO0001943 | FICO0001945 |
| P-0111 | D-0055 | | | | Email from Sally Holt to Bill Waid | 2006.12.01 | FICO0005621 | FICO0005872 |
| P-0113 | D-0056 | | | | Email from Larry Wachs to Mark Layden and others | 2006.12.12 | FICO0001803 | FICO0001804 |
| P-0112 | D-0057 | | | | Email from Russell Schreiber to Mike Gordon and others | 2006.12.12 | FICO0001799 | FICO0001802 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| P-1085 | D-0058 | | | | Email from Mark Berthiaume to Management Team | 2006.12.21 | FED017902_0001 | FED017902_0001 |
| P-0686 | D-0059 | | | | Blaze Advisor License Agreement - Amendment Two | 2006.12.28 | FICO0000226 | FICO0000228 |
| | D-0060 | | | | Email from Karen Beale to Vincent Gamba and others | 2007.02.27 | FICO0063033 | FICO0063034 |
| | D-0061 | | | | Email from Ewen Setti to Patrick Sullivan | 2007.09.12 | FED015308_0001 | FED015308_0002 |
| | D-0062 | | | | Email from Robin Green to Greg Wills | 2007.09.13 | FICO0062968 | FICO0062974 |
| P-0184 | D-0063 | | | | Email from Hugh Pollington to Russell Hodey | 2008.04.09 | FED014223_0001 | FED014224_0001 |
| P-0231 | D-0064 | | | | Email from Don Griest to Bill Waid | 2008.04.10 | FICO0005465 | FICO0005479 |
| P-0073 | D-0065 | | | | Email from Mike Sawyer to Ian Brodie and others | 2008.11.14 | FICO0002275 | FICO0002447 |
| P-0116 | D-0066 | | | | Email from Larry Wachs to Russ Schreiber | 2008.11.26 | FICO0002448 | FICO0002449 |
| | D-0067 | | | | Email from Philip Folz to Knight Direct Reports | 2009.03.10 | FED007758_0001 | FED007759_0003 |
| P-0429; P-0765 | D-0068 | | | | Safeco License Agreement | 2009.04.06 | FICO0028919 | FICO0028923 |
| P-0180 | D-0069 | | | | Email from Patrick Sullivan to Russell Hodey and others | 2009.05.21 | FED013936_0001 | FED013936_0001 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| P-0242 | D-0070 | | | | Email from Tamra Pawloski to Patrick Sullivan and others | 2009.05.21 | FED011790_0001 | FED011791_0004 |
| P-0182 | D-0071 | | | | Email from Russell Hodey to Henry Mirolyuz and others | 2009.05.28 | FED014355_0001 | FED014355_0004 |
| P-0117 | D-0072 | | | | Email from Russell Schreiber to David Taylor | 2009.06.03 | FICO0003146 | FICO0003147 |
| P-0074 | D-0073 | | | | Email from Mike Sawyer to Henry Mirolyuz | 2009.07.22 | FED008759_0001 | FED008759_0001 |
| P-0075 | D-0074 | | | | Email from Thomas Bradley to Ian Brodie and others | 2009.08.31 | FICO0002452 | FICO0002453 |
| P-0192; P-0479 (attach-ment) | D-0075 | | | | Email from Michael Small to Brigitte Carrabin | 2009.09.16 | FICO0057206 | FICO0057222 |
| P-0208 | D-0076 | | | | Chubb Surety Cornerstone Program Update Slides | 2009.10.00 | FED007858_0001 | FED007858_0013 |
| | D-0077 | | | | Seabright License Agreement | 2010.11.29 | FICO0049718 | FICO0049743 |
| P-0486 | D-0078 | | | | FICO Insurance Forum Slides | 2011.00.00 | FED006784_0001 | FED006784_0038 |
| | D-0079 | | | | Press Release: FICO Insurance Forum | 2011.10.19 | FED018026_0001 | FED018026_0001 |
| P-0393 | D-0080 | | | | Email from Patrick Sullivan to Henry Mirolyuz | 2011.11.23 | FED004062_0001 | FED004062_0002 |
| P-0246 | D-0081 | | | | Email from Peter Tribulski to Tamra Pawloski | 2012.03.09 | FED011885_0001 | FED011885_0001 |
| P-0076 | D-0082 | | | | Email from Mike Sawyer to Russell Schreiber | 2012.03.29 | FICO0003148 | FICO0003153 |
| P-0077 | D-0083 | | | | Email from Mike Sawyer to Russell Schreiber | 2012.06.14 | FICO0003248 | FICO0003254 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| P-0394 | D-0084 | | | | Email from Mike Sawyer to Henry Mirolyuz | 2012.07.10 | FED0009106_0001 | FED0009106_0001 |
| P-0047 | D-0085 | | | | Email from Mike Sawyer to Richard Hill and others | 2012.08.14 | FICO0003278 | FICO0003279 |
| P-0078 | D-0086 | | | | Email from Mike Sawyer to Russell Schreiber | 2012.11.20 | FICO0003729 | FICO0003729 |
| | D-0087 | | | | Calendar Invite | 2012.12.05 | FED016291_0001 | FED016291_0001 |
| P-0118 | D-0088 | | | | Email from Ewen Setti to Russell Schreiber. | 2012.12.14 | FED004808_0001 | FED004808_0007 |
| P-0012 | D-0089 | | | | Email from Henry Mirolyuz to Tony Zhang | 2013.06.07 | FED009153_0001 | FED009153_0004 |
| P-0395 | D-0090 | | | | Email from Henry Mirolyuz to Mike Sawyer | 2013.08.26 | FED009157_0001 | FED009157_0003 |
| P-0396 | D-0091 | | | | Email from Henry Mirolyuz to Zorica Todorovic | 2013.08.26 | FED006530_0001 | FED006530_0003 |
| P-0048 | D-0092 | | | | Email from Oliver Clark to Richard Hill | 2013.08.28 | FICO0002027 | FICO0002028 |
| | D-0093 | | | | Email from Henry Mirolyuz to Mike Sawyer | 2013.09.03 | FED008847_0001 | FED008847_0002 |
| | D-0094 | | | | Calendar Invite | 2013.09.04 | FED001537_0001 | FED001537_0001 |
| | D-0095 | | | | Calendar Notice | 2013.09.04 | FED009164_0001 | FED009164_0002 |
| P-0049 | D-0096 | | | | Calendar Invite | 2013.09.10 | FED001498_0001 | FED001498_0001 |
| P-0050 | D-0097 | | | | Email from Dermot McCarthy to Richard Hill and others | 2013.09.10 | FICO0002023 | FICO0002026 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| | D-0098 | | | | Email from Darren Luckhurst to Ewen Setti and others | 2013.09.12 | FED015869_0001 | FED015869_0002 |
| P-0051 | D-0099 | | | | Email from Ewen Setti to Oliver Clark | 2013.10.25 | FED004809_0001 | FED004809_0005 |
| P-0382 | D-0100 | | | | FY2014 FICO Sales Incentive Plan | 2013.12.26 | FICO0057314 | FICO0057317 |
| P-0386 | D-0101 | | | | Accepted FY2014 Sales Incentive Plan Participant Agreement | 2014.03.25 | FICO0057364 | FICO0057367 |
| P-0120 | D-0102 | | | | Email from Russel Schreiber to Marlene Mae Zimmerling and others | 2014.04.14 | FICO0057223 | FICO0057227 |
| P-0216; P-0160 | D-0103 | | | | Email from Cristian Vasilache to Alexander Pavlenko | 2014.07.07 | FED003522_0001 | FED003523_0001 |
| P-0387 | D-0104 | | | | Accepted FICO FY2015 Sales Incentive Plan Participant Agreement | 2014.12.19 | FICO0057368 | FICO0057372 |
| P-0384 | D-0105 | | | | Accepted FY2015 Sales Incentive Plan Participant Agreement | 2015.01.17 | FICO0057341 | FICO0057351 |
| | D-0106 | | | | Email from Glenn Feldman to David Gibbs | 2015.02.09 | FED016140_0001 | FED016140_0003 |
| P-0035 | D-0107 | | | | The Chubb Corporation Subsidiaries of the Registrant List | 2015.02.26 | FED000059_0001 | FED000059_0002 |
| P-0052 | D-0108 | | | | Email from Oliver Clark to Jeremy Chen and others | 2015.02.27 | FICO0001965 | FICO0001967 |
| P-0054 | D-0109 | | | | Email from Oliver Clark to Mike Sawyer and others | 2015.03.11 | FICO0001758 | FICO0001759 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| P-053 | D-0110 | | | | Email from Hamish Tonkin to Denise Kirrane and others | 2015.03.12 | FED009351_0001 | FED009351_0006 |
| | D-0111 | | | | Email from Chris Brown to Denise Kirrane | 2015.03.12 | FED016186_0001 | FED016186_0008 |
| P-0300 | D-0112 | | | | Email from FICO Product Support to David Gibbs | 2015.03.17 | FED016337_0001 | FED016337_0001 |
| P-0055 | D-0113 | | | | Email from Sam Long to Oliver Clark and others | 2015.03.23 | FED001491_0001 | FED001491_0001 |
| P-0056 | D-0114 | | | | Email from Oliver Clark to Andy Moffat | 2015.03.24 | FICO0001971 | FICO0001972 |
| | D-0115 | | | | Email from Hamish Tonkin to Oliver Clark | 2015.03.25 | FED016204_0001 | FED016204_0005 |
| P-0058 | D-0116 | | | | Email from Oliver Clark to Natalie Gundy | 2015.03.26 | FICO0001975 | FICO0001981 |
| P-0057 | D-0117 | | | | Email from Russ Schreiber to Andy Moffat and others | 2015.03.26 | FICO0001769 | FICO0001775 |
| P-0059 | D-0118 | | | | Email from Oliver Clark to Richard Lagerweij | 2015.03.29 | FICO0001982 | FICO0001988 |
| P-0119 | D-0119 | | | | Email from Russel Schreiber to James Chaban | 2015.03.31 | FICO0001781 | FICO0001784 |
| P-0060 | D-0120 | | | | Email from Oliver Clark to Richard Lagerweij | 2015.04.01 | FICO0001996 | FICO0001998 |
| | D-0121 | | | | Email from Hamish Tonkin to David Gibbs and others | 2015.04.01 | FED016214_0001 | FED016214_0002 |
| P-1040 | D-0122 | | | | Email from David Burgess to Dave Woods and others | 2015.05.20 | FICO0001752 | FICO0001757 |
| P-1042 | D-0123 | | | | Email from Mike Sawyer to Henry Mirolyuz | 2015.05.27 | FED005224_0001 | FED005225_0007 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| P-0301 | D-0124 | | | | Email from FICO Product Support to David Gibbs | 2015.06.01 | FED016345_0001 | FED016345_0001 |
| P-0062 | D-0125 | | | | Email from Darcy Sullivan to Oliver Clark and others | 2015.06.03 | FICO0002454 | FICO0002455 |
| P-0121; P-0079 | D-0126 | | | | Email from Russ Schreiber to Mike Sawyer | 2015.07.01 | FICO0001747 | FICO0001748 |
| P-1041 | D-0127 | | | | Email from Mike Sawyer to Dave Woods | 2015.07.06 | FICO0003899 | FICO0003904 |
| P-0621 | D-0128 | | | | All Portfolio Overview Slides | 2015.07.09 | FED006248_0001 | FED006248_0013 |
| P-0248 | D-0129 | | | | Email from Bill Stickle to Maureen Brundage and others | 2015.07.13 | FED010898_0001 | FED010899_0001 |
| P-0149 | D-0130 | | | | Specialty Lines System Integration Roadmap Slides | 2015.09.00 | FED009664_0001 | FED009664_0017 |
| P-0124 | D-0131 | | | | Email from Mike Sawyer to Russell Schreiber | 2015.10.07 | FICO0002507 | FICO0002508 |
| P-0122 | D-0132 | | | | Email from Mike Sawyer to Russell Schreiber | 2015.10.07 | FICO0001729 | FICO0001730 |
| P-0080; P-0123 | D-0133 | | | | Email from Mike Sawyer to Russ Schreiber | 2015.10.07 | FICO0001698 | FICO0001722 |
| P-0523 | D-0134 | | | | Chubb Architecture Council September 2016 Slides | 2016.09.08 | FED010209_0001 | FED010209_0046 |
| P-1044 | D-0135 | | | | Email from Mike Sawyer to Henry Mirolyuz and others | 2015.10.08 | FED010479_0001 | FED010480_0012 |
| | D-0136 | | | | Canada Insurance & Retail Territory | 2015.10.15 | FICO005129 | FICO005129 |
| P-0125 | D-0137 | | | | Email from Russell Schreiber to Natasha Fowlin | 2015.11.13 | FICO0000980 | FICO0000980 |
| P-0081 | D-0138 | | | | Email from Natasha Fowlin to Mike Sawyer | 2015.11.13 | FICO0000974 | FICO0000976 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
|  | D-0139 |  |  |  | Email from Mike Sawyer to Clayton Dukes | 2015.12.01 | FICO0005450 | FICO0005453 |
| P-0126 | D-0140 |  |  |  | Email from Mike Sawyer to Dave Woods | 2015.12.16 | FICO0002654 | FICO0002655 |
| P-0410 | D-0141 |  |  |  | 2016-2018 Chart of Gross-Net-Reins EX CCI-D&H-Surety & POL Risk-CICE-Federal | 2016.00.00 | FED017885_0001 | FED017885_0001 |
| P-0045 | D-0142 |  |  |  | Chubb Insurance Company of Canada Consolidated Assets Q1 2016 | 2016.00.00 | FED013556_0001 | FED013556_0073 |
| P-0127; P-0065 | D-0143 |  |  |  | Email from Mike Sawyer to Elie Merheb | 2016.01.08 | FICO0003090 | FICO0003092 |
| P-0128; P-0610 (attach-ment) | D-0144 |  |  |  | Email from Clayton Dukes to Russ Schreiber and others | 2016.01.14 | FICO0000970 | FICO0000971 |
| P-0129 | D-0145 |  |  |  | Email from Russ Schreiber to Mike Sawyer | 2016.01.15 | FICO0000966 | FICO0000967 |
| P-0130 | D-0146 |  |  |  | Email from Mike Sawyer to Dave Woods and others | 2016.01.21 | FICO0001537 | FICO0001539 |
| P-0385 | D-0147 |  |  |  | Signed FY2016 Base and Bonus Incentive Plan | 2016.01.25 | FICO0057352 | FICO0057363 |
| P-0132 | D-0148 |  |  |  | Email from Russ Schreiber to Mike Sawyer | 2016.01.27 | FICO0000961 | FICO0000961 |
| P-1038 | D-0149 |  |  |  | Calendar Invite | 2016.01.28 | FED000566_0001 | FED000566_0002 |
|  | D-0150 |  |  |  | Email from Mike Sawyer to Henry Mirolyuz and others | 2016.01.28 | FED004475_0001 | FED004476_0003 |
| P-0148; P-0188 | D-0151 |  |  |  | Email from Henry Mirolyuz to Benku Thomas and others | 2016.02.02 | FED000588_0001 | FED000589_0001 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| P-0253 | D-0152 | | | | Email from Tamra Pawloski and others | 2016.02.04 | FICO0000939 | FICO0000942 |
| P-0133 | D-0153 | | | | Email from Mike Sawyer to Russ Schreiber | 2016.02.05 | FICO0001424 | FICO0001425 |
| P-0255 | D-0154 | | | | Email from Tamra Pawloski to Henry Mirolyuz | 2016.02.08 | FED000594_0001 | FED000594_0002 |
| P-0063 | D-0155 | | | | Email from Oliver Clark to Mike Sawyer | 2016.02.08 | FICO0000929 | FICO0000932 |
| P-0064 | D-0156 | | | | Email from Mike Sawyer to Oliver Clark | 2016.02.11 | FICO0001408 | FICO0001408 |
| P-0267 | D-0157 | | | | Email from William Grady to Tamra Pawloski and others | 2016.02.22 | FED001150_0001 | FED001151_0002 |
| P-0389 | D-0158 | | | | Accepted FICO FY2016 Sales Incentive Plan Participant Agreement | 2016.02.24 | FICO0057325 | FICO0057336 |
| P-0082 | D-0159 | | | | Email from Bill Waid to Mike Sawyer and others | 2016.03.01 | FICO0000828 | FICO0000830 |
| | D-0160 | | | | Email from Mike Sawyer to Bill Waid and others | 2016.03.09 | FICO0005167 | FICO0005168 |
| P-0516 | D-0161 | | | | Cross Divisional TDA Meeting Minutes | 2016.03.10 | FED001105_0001 | FED001105_0003 |
| | D-0162 | | | | Email from Jeremy Chen to Mike Sawyer | 2016.03.23 | FICO0000619 | FICO0000626 |
| P-0515 | D-0163 | | | | Underwriting Attestation Tool Roadmap Slides | 2016.03.30 | FED001103_0001 | FED001103_0008 |
| P-0388 | D-0164 | | | | Accepted FICO FY2016 Sales Incentive Plan Participant Agreement | 2016.05.31 | FICO0057373 | FICO0057384 |
| P-0288 | D-0165 | | | | Operational Decision Manager Slides | 2016.09.00 | FED010205_0001 | FED010205_0029 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| P-0520 (cover e-mail); P-0521 (attach-ment) | D-0166 | | | | Email from Ramesh Pandey to Claudio Ghislanzoni | 2016.09.07 | FED0101206_0001 | FED0101207_0004 |
| P-0270 | D-0167 | | | | Email from Dan Tedeschi to Tamra Pawloski and others | 2017.05.12 | FED010146_0001 | FED010146_0001 |
| P-0002 | D-0168 | | | | Henry Mirolyuz CV/Resume | 2018.07.31 | FED002105_0001 | FED002105_0003 |
| P-0072 | D-0169 | | | | Screenshots of Mike Sawyer's LinkedIn page | 2018.09.30 | | |
| P-0378; P-0687 | D-0170 | | | | Detailed Payment History by Supplier | 2019.03.11 | FED017887_0001 | FED017887_0038 |
| | D-0171 | | | | FICO's Written Answers to Questions from the 30(b)(6) Deposition of William Waid | 2019.06.13 | | |
| | D-0172 | | | | RGA Technologies License Agreement | 2019.07.01 | FICO0067097 | FICO0067123 |
| P-1106 | D-0173 | | | | Blaze Advisor Usage Diagrams | 2019.07.26 | FED017917_0001 | FED017917_0007 |
| P-0450; P-0518 | D-0174 | | | | Applications Chart | 2019.08.26 | FED017914_0001 | FED017914_0001 |
| P-0517 | D-0175 | | | | Applications Chart | 2020.03.12 | | |
| | D-0176 | | | | Case Report List | 2020.05.27 | FICO0000197 | FICO0000197 |
| P-0405 | D-0177 | | | | Business Lines and Applications Chart | | | |
| P-0361; P-1030 | D-0178 | | | | Master Services Agreement | 2009.08.17 | FICO0005929 | FICO0005948 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| | D-0179 | | | | Chubb Corp. FY 2004 10-K Filing | 2004.00.00 | FED017971_0001 | FED017971_0145 |
| | D-0180 | | | | Chubb Corp. FY 2005 10-K Filing | 2005.00.00 | FED017972_0001 | FED017972_0131 |
| | D-0181 | | | | Chubb Corp. FY 2006 10-K Filing | 2006.00.00 | FED017973_0001 | FED017973_0130 |
| | D-0182 | | | | Chubb Corp. FY 2007 10-K Filing | 2007.00.00 | FED017974_0001 | FED017974_0129 |
| | D-0183 | | | | Chubb Corp. FY 2008 10-K Filing | 2008.00.00 | FED017975_0001 | FED017975_0163 |
| | D-0184 | | | | Chubb Corp. FY 2009 10-K Filing | 2009.00.00 | FED017976_0001 | FED017976_0158 |
| | D-0185 | | | | Chubb Corp. FY 2010 10-K Filing | 2010.00.00 | FED017977_0001 | FED017977_0146 |
| | D-0186 | | | | Chubb Corp. FY 2011 10-K Filing | 2011.00.00 | FED017978_0001 | FED017978_0135 |
| | D-0187 | | | | Chubb Corp. FY 2012 10-K Filing | 2012.00.00 | FED017979_0001 | FED017979_0132 |
| P-0948 | D-0188 | | | | Chubb Corp. FY 2013 10-K Filing | 2013.00.00 | FICO0054369 | FICO0054511 |
| P-0017; P-0949 | D-0189 | | | | Chubb Corp. FY 2014 10-K Filing | 2014.00.00 | FED017981_0001 | FED017981_0097 |
| | D-0190 | | | | Chubb Ltd. FY 2015 10-K Filing | 2015.00.00 | FED017992_0001 | FED017992_0223 |
| P-0036 | D-0191 | | | | Chubb Ltd. FY 2016 10-K Filing | 2016.00.00 | FED017993_0001 | FED017993_0376 |
| P-0039 | D-0192 | | | | Chubb Ltd. FY 2017 10-K Filing | 2017.00.00 | FED017994_0001 | FED017994_0506 |
| P-0952 | D-0193 | | | | Chubb Ltd. FY 2018 10-K Filing | 2018.00.00 | FED017995_0001 | FED017995_0250 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| | D-0194 | | | | Chubb Ltd. FY 2019 10-K Filing | 2019.00.00 | FED017996_0001 | FED017996_0260 |
| P-0954 | D-0195 | | | | Chubb Ltd. FY 2020 10-K Filing | 2020.00.00 | FED017997_0001 | FED017997_0290 |
| P-1087 | D-0196 | | | | Chubb Corp. 2004 Annual Report | 2004.00.00 | FED018011_0001 | FED018011_0131 |
| P-0227 | D-0197 | | | | Chubb Corp. 2005 Annual Report | 2005.00.00 | FED017982_0001 | FED017982_0140 |
| P-1088 | D-0198 | | | | Chubb Corp. 2006 Annual Report | 2006.00.00 | FED017983_0001 | FED017983_0149 |
| P-0598 | D-0199 | | | | Chubb Corp. 2007 Annual Report | 2007.00.00 | FED017984_0001 | FED017984_0151 |
| P-1089 | D-0200 | | | | Chubb Corp. 2008 Annual Report | 2008.00.00 | FED017985_0001 | FED017985_0016 |
| | D-0201 | | | | Chubb Corp. 2009 Annual Report | 2009.00.00 | FED017986_0001 | FED017986_0016 |
| | D-0202 | | | | Chubb Corp. 2010 Annual Report | 2010.00.00 | FED017987_0001 | FED017987_0016 |
| | D-0203 | | | | Chubb Corp. 2011 Annual Report | 2011.00.00 | FED017988_0001 | FED017988_0016 |
| | D-0204 | | | | Chubb Corp. 2012 Annual Report | 2012.00.00 | FED017989_0001 | FED017989_0016 |
| P-0597 | D-0205 | | | | Chubb Corp. 2013 Annual Report | 2013.00.00 | FED017990_0001 | FED017990_0016 |
| P-0956 | D-0206 | | | | Chubb Corp. 2014 Annual Report | 2014.00.00 | FED017991_0001 | FED017991_0016 |
| P-0957 | D-0207 | | | | Chubb Ltd. 2015 Annual Report | 2015.00.00 | FED017998_0001 | FED017998_0262 |
| P-0958 | D-0208 | | | | Chubb Ltd. 2016 Annual Report | 2016.00.00 | FED017999_0001 | FED017999_0304 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| P-0959 | D-0209 | | | | Chubb Ltd. 2017 Annual Report | 2017.00.00 | FED018012_0001 | FED018012_0320 |
| P-0446 | D-0210 | | | | Chubb Ltd. 2018 Annual Report | 2018.00.00 | FED018013_0001 | FED018013_0312 |
| P-0961 | D-0211 | | | | Chubb Ltd. 2019 Annual Report | 2019.00.00 | FED018014_0001 | FED018014_0312 |
| P-0962 | D-0212 | | | | Chubb Ltd. 2020 Annual Report | 2020.00.00 | FED018015_0001 | FED018015_0286 |
| | D-0213 | | | | FICO FY 2004 10-K Filing | 2004.00.00 | FED017937_0001 | FED017937_0118 |
| | D-0214 | | | | FICO FY 2005 10-K Filing | 2005.00.00 | FED017939_0001 | FED017939_0135 |
| | D-0215 | | | | FICO FY 2006 10-K Filing | 2006.00.00 | FED017941_0001 | FED017941_0125 |
| | D-0216 | | | | FICO FY 2007 10-K Filing | 2007.00.00 | FED017943_0001 | FED017943_0140 |
| | D-0217 | | | | FICO FY 2008 10-K Filing | 2008.00.00 | FED017945_0001 | FED017945_0196 |
| | D-0218 | | | | FICO FY 2009 10-K Filing | 2009.00.00 | FED017947_0001 | FED017947_0114 |
| | D-0219 | | | | FICO FY 2010 10-K Filing | 2010.00.00 | FED017949_0001 | FED017949_0136 |
| | D-0220 | | | | FICO FY 2011 10-K Filing | 2011.00.00 | FED017951_0001 | FED017951_0112 |
| | D-0221 | | | | FICO FY 2012 10-K Filing | 2012.00.00 | FED017953_0001 | FED017953_0140 |
| | D-0222 | | | | FICO FY 2013 10-K Filing | 2013.00.00 | FED017955_0001 | FED017955_0113 |
| | D-0223 | | | | FICO FY 2014 10-K Filing | 2014.00.00 | FED017957_0001 | FED017957_0099 |
| | D-0224 | | | | FICO FY 2015 10-K Filing | 2015.00.00 | FED017959_0001 | FED017959_0107 |
| | D-0225 | | | | FICO FY 2016 10-K Filing | 2016.00.00 | FED017961_0001 | FED017961_0100 |
| P-0671 | D-0226 | | | | FICO FY 2017 10-K Filing | 2017.00.00 | FED017963_0001 | FED017963_0100 |
| | D-0227 | | | | FICO FY 2018 10-K Filing | 2018.00.00 | FED017965_0001 | FED017965_0124 |
| | D-0228 | | | | FICO FY 2019 10-K Filing | 2019.00.00 | FED017967_0001 | FED017967_0116 |
| | D-0229 | | | | FICO FY 2020 10-K Filing | 2020.00.00 | FED017969_0001 | FED017969_0135 |
| | D-0230 | | | | FICO 2004 Annual Report | 2004.00.00 | FED017938_0001 | FED017938_0112 |
| | D-0231 | | | | FICO 2005 Annual Report | 2005.00.00 | FED017940_0001 | FED017940_0129 |
| | D-0232 | | | | FICO 2006 Annual Report | 2006.00.00 | FED017942_0001 | FED017942_0116 |
| | D-0233 | | | | FICO 2007 Annual Report | 2007.00.00 | FED017944_0001 | FED017944_0104 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| | D-0234 | | | | FICO 2008 Annual Report | 2008.00.00 | FED017946_0001 | FED017946_0103 |
| | D-0235 | | | | FICO 2009 Annual Report | 2009.00.00 | FED017948_0001 | FED017948_0106 |
| | D-0236 | | | | FICO 2010 Annual Report | 2010.00.00 | FED017950_0001 | FED017950_0106 |
| | D-0237 | | | | FICO 2011 Annual Report | 2011.00.00 | FED017952_0001 | FED017952_0108 |
| | D-0238 | | | | FICO 2012 Annual Report | 2012.00.00 | FED017954_0001 | FED017954_0114 |
| | D-0239 | | | | FICO 2013 Annual Report | 2013.00.00 | FED017956_0001 | FED017956_0109 |
| | D-0240 | | | | FICO 2014 Annual Report | 2014.00.00 | FED017958_0001 | FED017958_0102 |
| | D-0241 | | | | FICO 2015 Annual Report | 2015.00.00 | FED017960_0001 | FED017960_0105 |
| | D-0242 | | | | FICO 2016 Annual Report | 2016.00.00 | FED017962_0001 | FED017962_0112 |
| | D-0243 | | | | FICO 2017 Annual Report | 2017.00.00 | FED017964_0001 | FED017964_0113 |
| P-0620 | D-0244 | | | | FICO 2018 Annual Report | 2018.00.00 | FED017966_0001 | FED017966_0116 |
| | D-0245 | | | | FICO 2019 Annual Report | 2019.00.00 | FED017968_0001 | FED017968_0116 |
| | D-0246 | | | | FICO 2020 Annual Report | 2020.00.00 | FED017970_0001 | FED017970_0120 |
| P-0934 | D-0247 | | | | Federal Insurance Company 2014 Annual Statement | 2014.00.00 | FICO0072417 | FICO0072921 |
| P-0935 | D-0248 | | | | Federal Insurance Company 2015 Annual Statement | 2015.00.00 | FICO0072922 | FICO0073406 |
| P-0937 | D-0249 | | | | Federal Insurance Company 2017 Annual Statement | 2017.00.00 | FICO0074805 | FICO0075229 |
| P-0938 | D-0250 | | | | Federal Insurance Company 2018 Annual Statement | 2018.00.00 | FICO0076629 | FICO0076706 |
| P-0939; P-0635 | D-0251 | | | | Federal Insurance Company 2019 Annual Statement | 2019.00.00 | FICO0077991 | FICO0078062 |
| P-0940 | D-0252 | | | | Federal Insurance Company 2020 Annual Statement | 2020.00.00 | FICO0079415 | FICO0080133 |
| | D-0253 | | | | RedHat PageVault | | FED018007_0001 | FED018007_0005 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| | D-0254 | | | | InRule PageVault | | FED018005_0001 | FED018005_0006 |
| | D-0255 | | | | SAS PageVault | | FED018008_0001 | FED018008_0006 |
| | D-0256 | | | | Pega PageVault | | FED018006_0001 | FED018006_0006 |
| | D-0257 | | | | CNS-Inc. PageVault | | FED018000_0001 | FED018000_0005 |
| | D-0258 | | | | Hyperon PageVault | | FED018002_0001 | FED018002_0007 |
| | D-0259 | | | | Infor PageVault | | FED018004_0001 | FED018004_0007 |
| | D-0260 | | | | Decision Rules PageVault | | FED018001_0001 | FED018001_0005 |
| | D-0261 | | | | IBM PageVault | | FED018003_0001 | FED018003_0007 |
| Within P-0229 | D-0262 | | | | FICO Answers to First Set of Interrogatories | 2017.05.18 | FED017929_0001 | FED017929_0009 |
| Within P-0229 | D-0263 | | | | FICO First Supplemental Answers to First Set of Interrogatories | 2017.08.16 | FED017930_0001 | FED017930_0012 |
| Within P-0229 | D-0264 | | | | FICO Second Supplemental Answers to Interrogatories #6-9 | 2018.04.23 | FED017931_0001 | FED017931_0020 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| P-0420 | D-0265 | | | | FICO Answers to Second Set of Interrogatories | 2019.01.28 | FED017932_0001 | FED017932_0011 |
| P-0422 | D-0266 | | | | FICO Answers to Third Set of Interrogatories | 2019.03.22 | FED017933_0001 | FED017933_0011 |
| P-0423; P-0998 | D-0267 | | | | FICO First Supplemental Answer to Interrogatory #20 | 2019.04.01 | FED017934_0001 | FED017934_0006 |
| P-1000 | D-0268 | | | | FICO First Supplemental Answers to Interrogatories #14-15 | 2019.08.19 | FED017935_0001 | FED017935_0010 |
| P-1006 | D-0269 | | | | FICO Third Supplemental Answers to Interrogatories #6-9 | 2020.08.14 | FED017936_0001 | FED017936_0016 |
| | D-0270 | | | | Q3 2006 FICO Earnings Conference Call Transcript | 2006.07.26 | FED018009_0001 | FED018009_0013 |
| | D-0271 | | | | Kursh Updated CV | | FED018016_0001 | FED018016_0016 |
| | D-0272 | | | | Bakewell Updated CV | | FED018010_0001 | FED018010_0005 |
| | D-0273 | | | | McCarter Updated CV | | FED018017_0001 | FED018017_0003 |
| | D-0274 | | | | Citibank License Agreement | 2005.03.30 | FICO0044699 | FICO0044708 |
| P-0834 | D-0275 | | | | Citibank License Agreement Omnibus Amendment | 2014.02.28 | FICO0007374 | FICO0007389 |
| P-0777 | D-0276 | | | | Expedia License Agreement | 2010.11.11 | FICO0061251 | FICO0061273 |
| P-0748 | D-0277 | | | | American Express Travel Related Services License Agreement | 2005.09.30 | FICO0043142 | FICO0043171 |

21

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| | D-0278 | | | | ABN AMRO Bank N.V. License Agreement | 2006.08.17 | FICO0043261 | FICO0043269 |
| | D-0279 | | | | Everbank License Agreement | 2005.09.30 | FICO0045645 | FICO0045658 |
| | D-0280 | | | | Healthways, Inc. License Agreement | 2007.06.30 | FICO0046573 | FICO0046590 |
| | D-0281 | | | | Wells Fargo License Agreement | 2014.09.26 | FICO0009196 | FICO0009220 |
| | D-0282 | | | | Alpha Bank License Agreement | 2006.06.30 | FICO0043545 | FICO0043560 |
| | D-0283 | | | | Avnet, Inc. License Agreement, Amendment One, Addendum One and Two | 2005.05.12 | FICO0041645 FICO0041637 FICO0010991 FICO0041639 | FICO0041673 FICO0041638 FICO0010992 FICO0041644 |
| | D-0284 | | | | Target Corporation License Agreement and Order Forms | 2007.02.08 | FICO0045930 FICO0046415 FICO0047148 FICO0050987 | FICO0045943 FICO0046430 FICO0047157 FICO0051000 |
| | D-0285 | | | | Email from Henry Mirolyuz to Mikhail Grachev and others | 2014.03.27 | FED008694_0001 | FED008694_0009 |
| | D-0286 | | | | Email from Henry Mirolyuz to Mike Sawyer | 2013.07.15 | FED012639_0001 | FED012639_0003 |
| | D-0287 | | | | Email from Henry Mirolyuz to Mike Sawyer | 2013.08.06 | FED008841_0001 | FED008841_0001 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| | D-0288 | | | | Email from Henry Mirolyuz to Mike Sawyer | 2014.01.15 | FED008854_0001 | FED008854_0002 |
| | D-0289 | | | | Email from Henry Mirolyuz to Jean-Luc Marce and others | 2014.02.20 | FED008864_0001 | FED008864_0005 |
| | D-0290 | | | | Email from Henry Mirolyuz to Mike Sawyer | 2014.01.15 | FED009205_0001 | FED009205_0008 |
| | D-0291 | | | | Humana Inc. License Agreement Exhibit A-4 | 2010.03.29 | FICO0048996 | FICO0048997 |
| | D-0292 | | | | Email from Charles Nicklas to Ewen Setti and others | 2007.09.07 | FED010275_0001 | FED010275_0003 |
| P-0763 | D-0293 | | | | CVS License Agreement | 2008.12.31 | FICO0048229 | FICO0048272 |
| P-0090; P-0611 | D-0294 | | | | Letter from Tom Carretta to Joseph Wayland | 2016.01.27 | FED000049_0001 | FED000049_0002 |
| P-0131 | D-0295 | | | | Email from Mike Sawyer to Elie Merheb and others | 2016.01.27 | FICO0001497 | FICO0001501 |
| P-0134 | D-0296 | | | | Email from Mike Sawyer to Tamra Pawloski | 2016.02.11 | FED004592_0001 | FED004592_0003 |
| P-0091 | D-0297 | | | | Letter from Andrew Hopp to Thomas Carretta | 2016.02.17 | FED000050_0001 | FED000050_0002 |
| P-0135 | D-0298 | | | | Email from Mike Sawyer to Tamra Pawloski | 2016.02.21 | FED004593_0001 | FED004593_0001 |
| P-0136 | D-0299 | | | | Email from Mike Sawyer to Tamra Pawloski | 2016.02.22 | FED004595_0001 | FED004595_0002 |
| P-0092 | D-0300 | | | | Letter from Tom Carretta to Andrew Hopp | 2016.02.22 | FED004600_0001 | FED004601_0009 |
| P-0094; P-0472; | D-0301 | | | | Email from Tamra Pawloski to Mike Sawyer and others | 2016.02.25 | FICO0001358 | FICO0001359 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| P-0608 (attach-ment) | | | | | | | | |
| P-0095 | D-0302 | | | | Email from Tom Carretta to Russ Schreiber and others | 2016.02.26 | FICO0000852 | FICO0000854 |
| P-0691; P-0706 | D-0303 | | | | Sun Microsystems License Agreement | 2004.12.24 | FICO0061404 | FICO0061430 |
| | D-0304 | | | | Grange Insurance Group License Agreement | 2004.12.31 | FICO0043066 | FICO0043090 |
| | D-0305 | | | | Ivey LinkedIn PageVault | | FED018022_0001 | FED018022_0004 |
| | D-0306 | | | | Marce LinkedIn PageVault | | FED018023_0001 | FED018023_0004 |
| | D-0307 | | | | Waid LinkedIn PageVault | | FED018024_0001 | FED018024_0004 |
| | D-0308 | | | | Drools PageVault | | FED018025_0001 | FED018025_0005 |
| | D-0309 | | | | Avnet Inc. FY 2006 10-K Filing | 2006.00.00 | FED018027_0001 | FED018027_0097 |
| | D-0310 | | | | CVS Health Corp. FY 2007 10-K Filing | 2007.00.00 | FED018028_0001 | FED018028_0095 |
| | D-0311 | | | | Humana Inc. FY 2009 10-K Filing | 2009.00.00 | FED018040_0001 | FED018040_0119 |
| | D-0312 | | | | National City Corp. FY 2004 10-K Filing | 2004.00.00 | FED018041_0001 | FED018041_0165 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| | D-0313 | | | | Target Corp. FY 2006 10-K Filing | 2006.00.00 | FED018042_0001 | FED018042_0066 |
| | D-0314 | | | | Federal Insurance Company 2004 Annual Statement | 2004.00.00 | FED018029_0001 | FED018029_0040 |
| | D-0315 | | | | Federal Insurance Company 2005 Annual Statement | 2005.00.00 | FED018030_0001 | FED018030_0043 |
| | D-0316 | | | | Federal Insurance Company 2006 Annual Statement | 2006.00.00 | FED018031_0001 | FED018031_0043 |
| | D-0317 | | | | Federal Insurance Company 2007 Annual Statement | 2007.00.00 | FED018032_0001 | FED018032_0046 |
| | D-0318 | | | | Federal Insurance Company 2008 Annual Statement | 2008.00.00 | FED018033_0001 | FED018033_0043 |
| | D-0319 | | | | Federal Insurance Company 2009 Annual Statement | 2009.00.00 | FED018034_0001 | FED018034_0046 |
| | D-0320 | | | | Federal Insurance Company 2010 Annual Statement | 2010.00.00 | FED018035_0001 | FED018035_0047 |
| | D-0321 | | | | Federal Insurance Company 2011 Annual Statement | 2011.00.00 | FED018036_0001 | FED018036_0053 |
| | D-0322 | | | | Federal Insurance Company 2012 Annual Statement | 2012.00.00 | FED018037_0001 | FED018037_0052 |
| | D-0323 | | | | Federal Insurance Company 2013 Annual Statement | 2013.00.00 | FED018038_0001 | FED018038_0035 |
| P-0936 | D-0324 | | | | Federal Insurance Company 2016 Annual Statement | 2016.00.00 | FED018039_0001 | FED018039_0072 |
| | D-0325 | | | | Email from Kristen San Giacomo to Mark Berthiaume and others | 2010.01.08 | FED007245_0001 | FED007246_0006 |
| P-0883 | D-0326 | | | | Statement of Work | 2010.01.11 | FICO0057453 | FICO0057458 |
| | D-0327 | | | | Email from David E. Burgess to Keith Owes and others | 2006.02.24 | FICO0062147 | FICO0062148 |

| Pl. Ex. No. | Def. Ex. No. | Date Offered | Marked | Admitted | Description | Date | Begin Bates No. | End Bates No. |
|---|---|---|---|---|---|---|---|---|
| | D-0328 | | | | Screenshot of Blaze Advisor Software License Contract Data | 2006.12.28 | FED010117_0001 | FED010119_0001 |
| | D-0329 | | | | Email from James Chaban to Bill Waid | 2015.10.23 | FICO0004226 | FICO0004229 |
| | D-0330 | | | | Email from Isabel Vives to Tim Giardina and others | 2015.11.09 | FICO0004308 | FICO0004311 |
| P-0391 | D-0331 | | | | Complaint | 2016.04.21 | | |
| P-0398 | D-0332 | | | | Amended Complaint | 2017.02.01 | | |
| P-0417 | D-0333 | | | | Declaration of William Waid ISO FICO's Opposition to Federal's Motion to Compel | 2018.02.05 | | |
| P-0399 | D-0334 | | | | Second Amended Complaint | 2018.09.11 | | |
| P-0955 | D-0335 | | | | Chubb Ltd. FY 2021 10-K Filing | 2021.00.00 | FICO0070549 | FICO0070779 |
| P-0963 | D-0336 | | | | Chubb Ltd. 2021 Annual Report | 2021.00.00 | FICO0071690 | FICO0071981 |
| | D-0337 | | | | FICO FY 2021 10-K Filing | 2021.00.00 | | |
| | D-0338 | | | | FICO 2021 Annual Report | 2021.00.00 | | |
| P-0947 | D-0339 | | | | Federal Insurance Company 2021 Annual Statement | 2021.00.00 | FICO0081365 | FICO0082072 |

Dated: January 25, 2023

/s/   *Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#399444)
pvang@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)


Leah Godesky (Admitted Pro Hac Vice)
lgodesky@omm.com
Anton Metlitsky (Admitted Pro Hac Vice)
ametlitsky@omm.com
Daryn E. Rush (Admitted Pro Hac Vice)
drush@omm.com
Roxana Guidero (Admitted Pro Hac Vice)
rguidero@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

*Attorneys for Defendants Federal Insurance*
*Company and ACE American Insurance*