**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

FAIR ISAAC CORPORATION,

       Plaintiff,

    v.

FEDERAL INSURANCE COMPANY,
an Indiana corporation, and ACE
AMERICAN INSURANCE COMPANY, a
Pennsylvania corporation,

       Defendants.

Court File No.  16-cv-1054 (WMW/DTS)

**JOINT LIST OF PARTIES,**
**ATTORNEYS, AND WITNESSES**

---

**JOINT LIST OF PARTIES, ATTORNEYS, AND WITNESSES**

In accordance with the Court's Final Pretrial Order (ECF No. 923), an alphabetized list of the names of all parties, attorneys, and witnesses is below.

**Parties**
- ACE American Insurance Company
- Fair Isaac Corporation
- Federal Insurance Company

**Attorneys**
- Nikola L. Datzov
- Joseph W. Dubis
- Michael A. Erbele
- Terrence J. Fleming
- Lora Mitchell Friedemann
- Leah Godesky
- Roxana Guidero
- Allen W. Hinderaker
- Christian Victor Hokans
- Leah C. Janus
- Gabrielle L. Kiefer
- Heather J. Kliebenstein
- Anton Metlitsky
- Christopher D Pham
- Daryn E. Rush
- Paige S. Stradley

- Panhia Vang
- Ryan Cameron Young

**Witnesses**
- Benjamin Baer
- Christopher Bakewell
- Sean Baseman
- Mark Berthiaume
- Jim Black
- Jandeen Boone
- Thomas Carretta
- Oliver Clark
- Phil Folz
- Ellen Garnes
- Claudio Ghislanzoni
- David Gibbs
- Kevin Harkin
- Brooks Hilliard
- Russell Hodey
- Chris Ivey
- Steven Kursh
- Pamela Lopata
- Jean-Luc Marce
- William McCarter
- Henry Mirolyuz
- Ramesh Pandey
- Tamra Pawloski
- Michael Sawyer
- Michael Schraer
- Russell Schreiber
- Paul Seeley
- Ewen Setti
- Patrick Sullivan
- Jonathan Taylor
- Alissa Theberge
- Zorica Todorovic
- Lawrence Wachs
- William Waid
- R. Bickley ("Bick") Whitener
- Neil Zoltowski

Dated: January 25, 2023

| | |
|---|---|
| /s/ _Joseph W. Dubis_____ | /s/__Terrence J. Fleming_____ |
| Allen Hinderaker, MN Bar # 45787 | Terrence J. Fleming (#0128983) |
| Heather Kliebenstein, MN Bar # 337419 | tfleming@fredlaw.com |
| Paige S. Stradley, MN Bar #393432 | Leah C. Janus (#0337365) |
| Michael A. Erbele, MN Bar # 393635 | ljanus@fredlaw.com |
| Joseph W. Dubis, MN Bar # 398344 | Christopher D. Pham (#0390165) |
| Gabrielle L. Kiefer, MN Bar # 0402364 | cpham@fredlaw.com |
| MERCHANT & GOULD P.C. | Ryan C. Young (#0397751) |
| 150 South Fifth Street | ryoung@fredlaw.com |
| Suite 2200 | Panhia Vang (#399444) |
| Minneapolis, MN 55402 | pvang@fredlaw.com |
| Tel: (612) 332-5300 | **FREDRIKSON & BYRON, P.A.** |
| Fax: (612) 332-9081 | 200 South Sixth Street, Suite 4000 |
| ahinderaker@merchantgould.com | Minneapolis, MN 55402-1425 |
| hkliebenstein@merchantgould.com | (612) 492-7000 (tel.) |
| merbele@merchantgould.com | (612) 492-7077 (fax) |
| jdubis@merchantgould.com | |
| gkiefer@merchantgould.com | |

*Attorneys for Plaintiff Fair Isaac
Corporation*

Leah Godesky (Admitted Pro Hac Vice)
lgodesky@omm.com
Anton Metlitsky (Admitted Pro Hac Vice)
ametlitsky@omm.com
Daryn E. Rush (Admitted Pro Hac Vice)
drush@omm.com
Roxana Guidero (Admitted Pro Hac Vice)
rguidero@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

*Attorneys for Defendants Federal Insurance
Company and ACE American Insurance*