# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>     Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>     Defendants. | Case No. 16-cv-1054 (DTS) |

## **LOCAL RULE 7.1(f) CERTIFICATION**

I hereby certify that Plaintiff Fair Isaac Corporation's Trial Memorandum, filed electronically on January 25, 2023, complies with the word limit imposed by the Court's Trial Notice and Final Pretrial Order (Dkt. No. 923), with a total word count of 9,930 words, including headings, footnotes, and quotations.

I further certify that the accompanying document was created in Microsoft® 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

|  |  |
|---|---|
|  | MERCHANT & GOULD P.C. |
| DATE: January 25, 2023 | /s/ Heather Kliebenstein<br>Allen Hinderaker, MN Bar # 45787<br>Heather Kliebenstein, MN Bar # 337419<br>Paige S. Stradley, MN Bar #393432<br>Michael A. Erbele, MN Bar # 393635<br>Joseph Dubis, MN Bar # 0398344<br>Gabrielle L. Kiefer, MN Bar # 0402364<br>MERCHANT & GOULD P.C.<br>150 South Fifth Street<br>Suite 2200<br>Minneapolis, MN  55402<br>Tel:  (612) 332-5300<br>Fax:  (612) 332-9081<br>ahinderaker@merchantgould.com<br>hkliebenstein@merchantgould.com<br>pstradley@merchantgould.com<br>merbele@merchantgould.com<br>jdubis@merchantgould.com<br>gkiefer@merchantgould.com<br><br>*Attorneys for Plaintiff Fair Isaac Corporation* |