# EXHIBIT G

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY, and
ACE AMERICAN INSURANCE COMPANY

    Defendants.

Case No. 16-CV-1054(WMW/DTS)

**SECOND SUPPLEMENTAL
EXPERT REPORT
OF NEIL J. ZOLTOWSKI
WITH RESPECT TO DAMAGES**

Respectfully submitted this 13th day of May, 2021

_____
Neil J. Zoltowski

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 8.0: Summary of Defendants' Domestic Gross Written Premium**

| Domestic Applications | Defendants Only | Subsidiaries of Defendants | Pooling Entities (Not Subsidiaries) of Defendants | Defendants, Subsidiaries and Pooling Entities (b) |
|---|---|---|---|---|
| **March 31, 2016 to May 2020** (a) | | | | |
| *Undisputed Applications* | | | | |
| Commercial Underwriting Workstation (CUW) | $ 7,656,976,368 | $ 3,663,148,142 | $ 1,427,268,700 | $ 12,747,393,210 |
| CSI eXPRESS (c) | 4,783,945,129 | 132,704,843 | 94,672,823 | 5,011,322,794 |
| Premium Booking | 1,750,877,402 | - | - | 1,750,877,402 |
| Texas Accident Prevention System (TAPS) | 462,805,017 | 270,951,408 | 110,550,113 | 844,306,538 |
| Individual Rate Modification Application (IRMA) | 223,406,656 | 69,554,858 | 7,355,485 | 300,316,999 |
| Decision Point | 18,101,109 | 1,117,772 | 34,636 | 19,253,516 |
| *Disputed Application* | | | | |
| Cornerstone | $ 518,138,795 | $ (3,510,098) | $ 14,281,786 | $ 528,910,484 |
| Undisputed Total | $ 14,896,111,681 | $ 4,137,477,023 | $ 1,639,881,756 | $ 20,673,470,459 |
| Disputed Total | 518,138,795 | (3,510,098) | 14,281,786 | 528,910,484 |
| **TOTAL** | **$ 15,414,250,476** | **$ 4,133,966,925** | **$ 1,654,163,542** | **$ 21,202,380,943** |

*Note/Source(s):*

(a) See **Second Supplemental Schedules 10.3-10.6** and **12.0**. Defendants identified in its interrogatory responses that the Blaze Advisor component was removed from the applications used in the United States by May 2020. (Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

(b) This is equaled to the sum of (i) Defendants Only; (ii) Subsidiaries of Defendants; and (iii) Pooling Entities of Defendants.

(c) I understand the gross written premium reported for CSI eXPRESS includes premium related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2019.)

SECOND SUPPLEMENTAL SCHEDULE 9.0B

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 9.0B: Summary of Gross Written Premium – Accused Infringement Supporting Sale of Insurance in Foreign Country**

| Foreign Applications | Region | Defendants Only | Subsidiaries of Defendants | Pooling Entities (Not Subsidiaries) of Defendants | Defendants, Subsidiaries and Pooling Entities (b) |
|---|---|---|---|---|---|
| *Undisputed Applications* | | | | | |
| Evolution (c) | Canada | $    - | $  154,380,023 | $    - | $  154,380,023 |

*Note/Source(s):*

(a) See **Second Supplemental Schedules 11.3B** and **12.0**. Defendants identified in its interrogatory responses that the Blaze Advisor component was removed from the Evolution application by October 2019. (Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19, dated September 24, 2020.)

(b) This is equaled to the sum of (i) Defendants Only; (ii) Subsidiaries of Defendants; and (iii) Pooling Entities of Defendants.

(c) I understand the Evolution (Canada) and Broker Site (Canada) applications share the same underlying database and therefore report the same gross written premium. (Harkin Deposition at 206-209.) Additionally, I understand Chubb Insurance Company of Canada was no longer a subsidiary of Federal by September 30, 2016. Accordingly, 1/2 of the gross written premium reported for year 2016 were included in this analysis. (Taylor Deposition at 85; FED006483-484; Pandey Deposition at Exhibit 527.)