# **EXHIBIT I**

```
                                                          Page 1

 1                UNITED STATES DISTRICT COURT
 2                    DISTRICT OF MINNESOTA
 3
 4        CASE NUMBER:  16-cv-1054 (WMW/DTS)
 5        ----------------------------------------------------
 6        Fair Isaac Corporation, a Delaware corporation,
 7           Plaintiff,
 8        versus
 9        Federal Insurance Company, an Indiana corporation,
          and ACE American Insurance Company, a Pennsylvania
10        corporation,
11           Defendants.
          ----------------------------------------------------
12
13
14             VIDEOTAPED DEPOSITION OF EXPERT WITNESS
15
16                          CHRIS BAKEWELL
17
18
19
20
21
22
23
24
25        TAKEN:  28 June 2019          BY:  Jackie McKone
```

Page 50

1     What I'm doing here is responding to what
2  Mr. Zoltowski is saying, and he's -- he's assuming
3  I suppose that you're going to prove up every
4  single one of your claims, and I can make that
5  same assumption too and incorporate the same
6  numbers that he does, but there's -- there's
7  evidence, as I understand it, and it wouldn't be
8  the first time I've seen this, where discovery
9  proceeded and it came to light that there are
10 certain applications that don't use Blaze Advisor,
11 or don't infringe, and in that case, they need to
12 be deducted, and there's all kind of, like,
13 combinations of -- of results.  I'm indicating one
14 here in Exhibit 1 for example.
15    It could be that CUW is found by the fact
16 finder not to be something that belongs on the
17 list, and it's easy enough to -- to make that sort
18 of adjustment.  I'm indicating one set of
19 adjustments that I understand applies.
20 Q.  And who provided you with the assumption that the
21 applications with Xs by them on Page 45 do not use
22 Blaze Advisor?
23 A.  Well, not just to me.  It's from deposition
24 testimony of Mr. Harkin and Mr. Pandey.  It's from
25 Fed's answers.  Footnotes -- I've had this all

Page 51

1  documented in Footnotes 224 through 229.
2  Q.  So you have done no independent analyses, separate
3  from reviewing the materials in this lawsuit and
4  speaking with people at Federal, to confirm which
5  applications do or do not use Blaze Advisor?
6  A.  That question doesn't even make sense.  You said I
7  didn't do any independent research except for the
8  independent research that I did?  That doesn't
9  make sense.
10 Q.  Mr. Bakewell, you have not gone into the
11 applications themselves to confirm whether Blaze
12 Advisor is or isn't used in them; correct?
13 A.  Correct.  I'm not a technical expert.
14 Q.  Have you ever seen a demonstration of Blaze
15 Advisor?
16 A.  Yes.
17 Q.  Tell me about that.
18 A.  I've looked at -- there's descriptions in
19 marketing materials.  There's a couple of
20 marketing materials that are very detailed that I
21 think provide a demonstration of Blaze Advisor.
22    I think at different points I went -- sort
23 of did some of my own Internet research and, like,
24 looking at YouTube videos and stuff.  I can't
25 remember specifically what I saw, but I did see

Page 52

1  some reference to Blaze Advisor in doing that sort
2  of general Internet research.  Those would be the
3  places that come to mind.
4  Q.  Did you -- did you see how Blaze Advisor works
5  within Federal?
6  A.  Yes.
7  Q.  Tell me about that.
8  A.  I think there my understanding was developed more
9  from looking at flow charts.  I had already
10 developed an understanding of how the product
11 worked and what the interface looked like from the
12 materials that I described to you a moment ago,
13 and so then when I spoke with, for example, Mr.
14 Pandey, he described thing to me, and then Fed
15 produced those flow charts.  That all kind of fit
16 together and gave me an understanding for how the
17 systems would work at Federal.
18 Q.  Have you reviewed the rules that are within Blaze
19 Advisor at Federal?
20 A.  Some of them.  I'm not a technical expert, but
21 I've seen some information that gave me an
22 understanding of that as a lay person.
23 Q.  And what materials are you referring to?
24 A.  Marketing materials, deposition testimony, and the
25 like.

Page 53

1  Q.  But not the rules themselves that are in Blaze
2  Advisor today?
3  A.  I may have.  I can't remember if I've seen that
4  type of stuff specifically from -- from Federal,
5  or if that's the understanding that I gained is
6  from combining general rules descriptions that
7  I've seen with testimony and other documents and
8  diagrams.  I don't have -- I'd have to have my
9  memory refreshed.
10 Q.  Moving to Paragraph 44.
11 A.  Okay.
12 Q.  The last sentence says, "Annual sales activity is
13 principally driven by customer renewals of
14 existing policies."
15 A.  Correct.  That's one of the things I was referring
16 to earlier.
17 Q.  Do you know what percent of Federal's revenues in
18 any given year are from customer renewals of
19 existing policies?
20 A.  I've seen that, but I don't have a number
21 memorized.
22 Q.  And is this sentence true -- you know, I see that
23 it's from a general industry publication.  Is that
24 true at Federal?
25 A.  Definitely.

Page 54

1  Q.  And how do you know that?
2  A.  Because the businesses that comprise Federal are
3      some of the oldest and most established businesses
4      in the country. In addition to seeing more
5      specific information and testimony.
6  Q.  Is it your opinion in your report that Federal's
7      existing customer relationships drive revenue?
8  A.  Yes.
9  Q.  And do you know what percent of Federal's revenue
10     existing customer relationships drive?
11 A.  I don't think I can give you a specific number,
12     but it's very high.
13 Q.  And what's your -- what's your support for that?
14 A.  Same things we just discussed.
15 Q.  Which are -- just so I've got it right, why don't
16     you recap those, that support for me.
17 A.  Sure. Just broadly, we talked about how this
18     industry works, property and casualty insurance,
19     and the cites that you asked me about in
20     Paragraphs 44 and I think 43. We talked about the
21     Federal businesses and their long history. This
22     is also explained in annual reports of Chubb, and
23     then I referred to deposition testimony and other
24     documents that describe how Chubb's business works
25     fundamentally, and ACE, and Federal.

Page 55

1  Q.  But you haven't seen a marketing survey or
2      anything like that that says existing customer
3      relationships drive 33 percent of revenues?
4      Nothing that specific; is that correct?
5  A.  There's nothing that is -- has a number like 33
6      percent in response to a question like you just
7      provided that I've seen. The information that
8      I've seen is more fundamental than that, and
9      pervasive.
10 Q.  I also saw you mention strong management team
11     throughout your report. Do you believe that
12     Federal's revenues are generated by a strong
13     management team as well?
14 A.  I do.
15 Q.  And can you identify a percent for me?
16 A.  I can't give you a percentage for that.
17 Q.  And is your support for that opinion the same
18     types of information we just discussed?
19 A.  Yes.
20 Q.  The next is know-how of Federal's workforce. Is
21     it your opinion that the know-how of Federal's
22     workforce contributes to revenues at Federal?
23 A.  Absolutely.
24 Q.  And do you know a percent?
25 A.  No.

Page 56

1  Q.  And what is your support for that statement?
2  A.  Which statement? No or yes?
3  Q.  Your -- the support for your statement that
4      know-how of the workforce at Federal attributes --
5      attributes or contributes to revenue?
6  A.  It comes from gaining an understanding of the
7      business and the industry that it operates in. It
8      comes from financial statements and annual
9      reports. It comes from documents prepared in the
10     ordinary course of business as well as deposition
11     testimony. Those would be some examples and not
12     an exhaustive list.
13 Q.  I'm going to try to ask this generally. Maybe we
14     can, maybe we can't.
15 A.  Let's try.
16 Q.  I have a few -- I have about ten other things on
17     my list that I want to ask you the same questions
18     about the percentage -- the percentage of revenue
19     that is attributable to these different factors
20     and then your support for that. So I'll -- I'll
21     list them, and if we have to go through them one
22     at a time, let me know; brand recognition, ability
23     to maintain strong financial ratings, underwriting
24     expertise, business infrastructure, global
25     presence, price, product offerings, scope and type

Page 57

1      of distribution system, customer service quality,
2      and use of technology.
3          So for that -- that bucket of factors, can
4      you tell me what percent of Federal's revenues are
5      attributable to those different elements?
6  A.  I don't think I have a specific percentage for
7      each of those.
8  Q.  Do you have a specific percentage for any of them?
9  A.  Not committed to memory. There might be a
10     document somewhere that measures something like
11     that, but I can't give you anything off the top of
12     my head.
13 Q.  Do you believe those things, those aspects of
14     Federal's business attribute to the revenue?
15 A.  I don't understand your question. What do you
16     mean attribute to?
17 Q.  Is Federal's revenue -- couldn't identify a
18     percentage, but is Federal's revenue in general
19     attributed to all of those factors I just listed?
20 A.  I don't know what you mean by attributed to there.
21     That sounds like an easy enough word, but that can
22     be, like, a term of art in my field. So it's --
23     it would be easier if you use a different word for
24     me.
25 Q.  Why don't we try just one and see if we can work

15 (Pages 54 - 57)

Page 58

1    through it. So brand recognition.
2  A. Yes.
3  Q. Do you believe that any of Federal's revenue is
4     attributed to brand recognition?
5  A. Attributable to? Toward it? What do you mean?
6     Why did you say attributed to in the past tense?
7     That's a weird -- that's weird to me.
8  Q. I can use attributable.
9  A. Okay.
10 Q. Brand recognition. Are any of Federal's revenues
11    attributable to brand recognition?
12 A. Yes.
13 Q. And do you know a specific percent?
14 A. I can't tell you a specific number.
15 Q. And what is your support for your opinion that
16    Federal -- Federal's revenues are attributable to
17    brand recognition?
18 A. Well, there's two things fundamentally. First
19    that Chubb and ACE are two very highly regarded
20    brands, and my experience is that in a field like
21    this that you can -- it's possible to identify a
22    specific value that's attributable to a brand, or
23    to brands like those, and second, Chubb just went
24    through a re-branding effort, and I just read
25    about it recently where Chubb's management talked

Page 59

1     about the value expects to create from that brand
2     and the refinement on the Chubb side, and the
3     integration of the ACE business, and the reasons
4     why it -- it did that relate to revenues, and
5     that's described at length in documents that I've
6     seen.
7  Q. So the next subject is the ability to maintain
8     strong financial ratings. Is it your opinion that
9     Federal's revenues are attributable to the ability
10    to maintain strong financial ratings?
11 A. Yes.
12 Q. Do you have a percentage?
13 A. No. I can't give you a percentage. Not right --
14    sitting right here. If I was tasked with doing
15    that, I might be able to.
16 Q. And what is your support for that opinion, that
17    Federal's revenues are attributable to the ability
18    to maintain strong financial ratings?
19 A. Well, it's how the business works, and I think
20    that there's some examples from my experience
21    where if you're an insured you can be required to
22    obtain insurance from a company that has a certain
23    rating. That wouldn't be unusual for me to see in
24    a contract, and that's consistent with how Federal
25    describes its business in a variety of places that

Page 60

1     I've seen.
2  Q. The next is underwriting expertise. Are Federal's
3     revenues attributable to underwriting expertise?
4  A. Yes.
5  Q. Do you have a percent?
6  A. No.
7  Q. And what is your support for that opinion?
8  A. It's from understanding how the business works
9     fundamentally is -- and the different sources that
10    I gave you for each of the other categories would
11    probably apply to this category as well.
12 Q. If you were tasked with trying to figure out a
13    percentage of the revenues that were attributable
14    to underwriting expertise, how would you go about
15    doing that?
16 A. At the highest level, I would use the tools that I
17    have in my -- my toolbox as a valuation expert,
18    and those -- in the toolbox, there's three big
19    bins that I put the tools into.
20        One would be what I'll call income
21    approach, that bin. The other one would be the
22    cost approach, and the -- the third would be the
23    market approach, and I would think about what
24    tools are available under each of those bins.
25        Under the income approach, I would -- I'm

Page 61

1     inclined to say that's probably going to be the
2     best fit here, and surveys would be -- would be
3     one way to do it. I think I could do some
4     comparisons using statistics between companies
5     that have different ratings and see if there's a
6     correlation between ratings changes and revenues.
7         That's just off the top of my head how I
8     would go about doing -- solving that problem.
9  Q. Business infrastructure. Is it your opinion that
10    Federal's business structure -- strike that. Let
11    me ask it again. Are Federal's revenues
12    attributable to its business structure?
13 A. You said business infrastructure, and then you
14    said business structure. Which one do you mean?
15 Q. I mean infrastructure. I get so flummoxed trying
16    to say attributable that I can't say it. Go
17    ahead.
18 A. I don't understand your question. I don't think
19    that was a question.
20 Q. Are Federal's revenues attributable to business
21    infrastructure?
22 A. Maybe.
23 Q. Are Federal's revenues attributable to its global
24    presence?
25 A. Yes.

16 (Pages 58 - 61)

|  | Page 62 |  | Page 64 |
|---|---|---|---|
| 1 | Q. And can you identify the percent of Federal's | 1 | elasticity and demand is, like, one of the |
| 2 | revenues that are attributable to its global | 2 | fundamental considerations as a -- as a |
| 3 | presence? | 3 | financial/economic expert that I -- I'm interested |
| 4 | A. I can't give you a specific number as I sit here | 4 | in understanding anytime I assess a business and |
| 5 | right now. | 5 | measuring when it's appropriate. |
| 6 | Q. If you were asked to try to come up with a | 6 | Q. Thinking about the insurance industry |
| 7 | specific number, how would you go about doing | 7 | specifically, is there anything -- anything else |
| 8 | that? | 8 | that -- beyond the fact that you need products to |
| 9 | A. I'd get my toolbox out that I just described for | 9 | sell to make money? Is there any other support |
| 10 | you, has three big compartments in it, and then | 10 | for your opinion that Federal's product offerings |
| 11 | think about what specific tools within each | 11 | the revenues are attributable to Federal's product |
| 12 | compartment or which compartment I would try to | 12 | offerings? |
| 13 | use and. | 13 | A. Sure. |
| 14 | Q. And what is your support for your opinion that | 14 | Q. And what's that? |
| 15 | Federal's revenues are attributable to its global | 15 | A. Well, another thing that comes to mind is I can |
| 16 | presence? | 16 | draw on my own experience when I was in industry |
| 17 | A. Because there are businesses that operate globally | 17 | one of the things I was responsible for was |
| 18 | and they require global insurance companies, | 18 | managing and procuring property casualty -- |
| 19 | global coverage, and I think that if somehow | 19 | property and casualty insurance, and I -- I can |
| 20 | Federal artificially -- this is very artificial by | 20 | remember that figuring out the different vendors |
| 21 | the way in the case of Federal and its companies, | 21 | and their relationships with brokers and how |
| 22 | was only able to operate in one geography, then | 22 | things were underwritten was an important part of |
| 23 | there would be -- I'd have to do some thinking | 23 | that decision-making process, and I actually -- I |
| 24 | about what the impact is of that, and my | 24 | can remember taking -- I actually took a week once |
| 25 | experience is that having worked for a global | 25 | to take a deep dive and learn all about that |

|  | Page 63 |  | Page 65 |
|---|---|---|---|
| 1 | company and observed the globalization trends, | 1 | stuff. I went to the Lloyd's Market in London, |
| 2 | particularly as they affect the United States, | 2 | and toured that, and interviewed people, and tried |
| 3 | that's a consideration in the real world. | 3 | to learn as much as I could because it was an |
| 4 | Q. And price and product offerings; do you have an | 4 | important part of our business. So I have a very |
| 5 | opinion as to whether Federal's revenues are | 5 | good understanding I think of how that -- how that |
| 6 | attributable to prices and product offerings? | 6 | works. |
| 7 | A. Yes. | 7 | The product offerings and mix, and having a |
| 8 | Q. And can you identify a percentage of Federal's | 8 | different sources for different products can be |
| 9 | revenues that are attributable to price and | 9 | important. Sometimes it would make sense to have |
| 10 | product offerings? | 10 | multiple services and products purchased from one |
| 11 | A. Not that broadly as I sit here right now. | 11 | underwriter and broker, and sometimes it would |
| 12 | Q. If you were tasked with figuring out a percentage, | 12 | make sense to -- to split that stuff up. That's |
| 13 | how would you go about doing that? | 13 | important. |
| 14 | A. I would get out the toolbox and think about the | 14 | Q. So you mentioned a trip to Lloyd's in London; is |
| 15 | tools in each compartment that I would use. | 15 | that right? |
| 16 | Q. And what is your support for your opinion that | 16 | A. Sure. Yeah. I did. I mentioned that. |
| 17 | Federal's revenues are attributable to its product | 17 | Q. For what purpose? |
| 18 | offerings and their prices? | 18 | A. I was trying to give some color to my answer and |
| 19 | A. Well, let's address each one. The first one, | 19 | what I was remembering about how I learned that |
| 20 | product offerings, your -- it's such a circular -- | 20 | products -- different products are important. |
| 21 | what's the word? It's self-referencing or | 21 | Q. And -- and what was the purpose of this trip? |
| 22 | tautology. If you -- you need product offerings | 22 | A. To learn how -- I mean, that's a market that's |
| 23 | to generate revenues. So that's the first one, | 23 | been around for literally centuries, and to learn |
| 24 | and then the second one, pricing, that's an issue | 24 | how the industry has developed over the years. |
| 25 | that I'm always interested in studying. Price | 25 | Q. And was there a particular -- was there a |