

150 S. Fifth Street, Suite 2200
Minneapolis, MN 55402

Allen Hinderaker
612.371.5292
ahinderaker@merchantgould.com

January 25, 2023

**<u>VIA ECF</u>**

Honorable David T. Schultz
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re: ***Fair Isaac Corporation v. Federal Insurance Co. and ACE American Insurance***
   ***Court File No. 16-cv-1054 (DTS)***
   ***M&G No. 15081.0008USZA***

Dear Judge Schultz:

Approximately two weeks after the Court's deadline for identification of exhibits, Defendants Federal Insurance Company and ACE American Insurance Company (collectively "Defendants") identified several new trial exhibits that they intend to rely upon at trial. Plaintiff Fair Isaac Corporation ("FICO") writes to request permission to file an additional motion in limine directed to three of these new trial exhibits. Good cause exists to allow this motion in limine because FICO only learned of Defendants' intention to rely upon and introduce such exhibits after the initial deadline for motions in limine set by this Court.

The Court's Trial Notice and Final Pretrial Order required the parties exchange lists and copies of all exhibits on their respective lists by January 9, 2023. (Dkt. No. 923 ¶ 3.)  That same Order set the deadline to file affirmative motions in limine as January 13, 2023. (*Id.* at ¶ 6.) Both parties exchanged exhibit lists and filed their respective motions limine, but, on Monday January 23, 2023—approximately two weeks after the deadline to identify

and exchange exhibits—Defendants identified a "supplemental exhibit list." (Ex. 1 attached hereto.) That supplemental exhibit list identified as new exhibits, among others, the Complaint, Amended Complaint, and the Second Amended Complaint for these proceedings. (*Id.*)

These pleadings are not proper exhibits; they are not evidence nor is there a witness to lay proper foundation to introduce them.[1] And, they were never previously disclosed as potential exhibits for use at trial. Because Defendants did not identify these documents as trial exhibits by the required deadline of January 9, 2023, the deadline for FICO to file a motion in limine to exclude these documents has passed. Accordingly, FICO respectfully requests the Court either exclude introduction of, or reference to, these three late-disclosed documents by Defendants at trial or allow FICO to file a motion in limine seeking to exclude introduction of, or reference to, these pleadings.

FICO respectfully suggests that it could file its motion in limine seeking to exclude introduction of, or reference to, the Complaint, Amended Complaint, and the Second Amended Complaint by Monday January 30, 2023; Defendants could file their opposition regarding the same by February 6, 2023; and the parties could present their respective arguments to the Court at a time and date convenient for the Court.

Sincerely,

Allen Hinderaker

Allen Hinderaker

cc:     All Counsel of Record (via ECF)

---

[1] FICO has already filed a motion in limine to exclude introduction of, or reference to, the Court's summary judgment Order because, *inter alia*, it is not evidence and would confuse the jury. (Dkt. No. 944.) Many of the same reasons that warrant excluding the Court's summary judgment Order also warrant excluding introduction of, or reference to, the Complaint, Amended Complaint, and Second Amended Complaint.

# EXHIBIT 1

| | |
|---|---|
| **From:** | Guidero, Roxana |
| **To:** | FICO-MGTeam |
| **Cc:** | Godesky, Leah; Rush, Daryn E.; tfleming@fredlaw.com; ljanus@fredlaw.com; ryoung@fredlaw.com; Perez, Sharlean; dnorvold@fredlaw.com |
| **Subject:** | FICO - Defendants" Supplemental Exhibit List |
| **Date:** | Monday, January 23, 2023 5:15:36 PM |
| **Attachments:** | Defs. Supplemental Ex. List.XLSX |

**CAUTION - External.**

Counsel,

Attached is Defendants' supplemental exhibit list.  A link to a secure website from which you can download the exhibits themselves will follow from Sharlean Perez.  As before, while the parties work through their objections and before filing the final exhibit list with the Court, we've assigned each document a temporary control number in lieu of an exhibit number (identified as TC-XXXX).

Defendants' inclusion of these documents on this supplemental exhibit list shall not be construed as a waiver of Defendants' objections to FICO's use of the same documents.  Defendants reserve the right to supplement or amend this exhibit list including, but not limited to, in response to the Court's rulings on motions in limine, any stipulations among the parties, other developments in the case, to replace incomplete exhibits, or to provide better copies of exhibits.  Defendants reserve the right to present demonstrative exhibits at trial that are not yet developed or included on this list, as well as use exhibits for impeachment or rebuttal that are not included on this list.  Furthermore, Defendants do not intend to waive any objections regarding the admissibility of any evidence, including objections set forth in any forthcoming motions in limine.

Best,

## O'Melveny

**Roxana Guidero**
Counsel
rguidero@omm.com
O: +1-310-246-6751

O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA  90067
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

| Defs. Control No. | Date Offered | Marked | Admitted | Date of Document | Begin Bates No. | End Bates No. | Description |
|---|---|---|---|---|---|---|---|
| TC-0353 | | | | 2006.02.24 | FICO0062147 | FICO0062148 | Email from David E. Burgess to Keith Owes and others |
| TC-0354 | | | | 2006.02.28 | FICO0062149 | FICO0062151 | Email from Bill Waid to Marcia M. Palmer and others |
| TC-0355 | | | | 2006.03.01 | FICO0062287 | FICO0062288 | Email from David E. Burgess to Dan Foy and others |
| TC-0356 | | | | 2006.12.28 | FED010117_0001 | FED010119_0001 | Screenshot of Blaze Advisor Software License Contract Data |
| TC-0357 | | | | 2007.02.27 | FICO0063033 | FICO0063034 | Email from Karen Beale to Vincent Gamba and others |
| TC-0358 | | | | 2015.10.23 | FICO0004226 | FICO0004229 | Email from James Chaban to Bill Waid |
| TC-0359 | | | | 2015.11.09 | FICO0004308 | FICO0004311 | Email from Isabel Vives to Tim Giardina and others |
| TC-0360 | | | | 2016.04.21 | | | Complaint |
| TC-0361 | | | | 2017.02.01 | | | Amended Complaint |
| TC-0362 | | | | 2018.02.05 | | | Declaration of William Waid ISO FICO's Opposition to Federal's Motion to Compel |
| TC-0363 | | | | 2018.09.11 | | | Second Amended Complaint |
| TC-0364 | | | | 2021.00.00 | FICO0070549 | FICO0070779 | Chubb Ltd. FY 2021 10-K Filing |
| TC-0365 | | | | 2021.00.00 | FICO0071690 | FICO0071981 | Chubb Ltd. 2021 Annual Report |
| TC-0366 | | | | 2021.00.00 | | | FICO FY 2021 10-K Filing |
| TC-0367 | | | | 2021.00.00 | | | FICO 2021 Annual Report |
| TC-0368 | | | | 2021.00.00 | FICO0081365 | FICO0082072 | Federal Insurance Company 2021 Annual Statement |