UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

### PLAINTIFF FAIR ISAAC CORPORATION'S DEPOSITION DESIGNATIONS RE: TAMARA PAWLOSKI

Plaintiff Fair Isaac Corporation ("FICO"), by and through its undersigned counsel, hereby makes the following designations of deposition testimony from the Deposition of Tamara Pawloski. Defendants' objections to FICO's designations and counter designations, as well as FICO's objections to Defendants' counter designations are also included in the following set forth below. FICO reserves the right to use any deposition testimony, whether designated or not, for purposes of cross-examination, impeachment, and/or rebuttal. FICO reserves the right to designate additional deposition testimony or call any witness for live testimony in response to any of Defendants' deposition designations or for any other reason. FICO's designations include all exhibits that are referenced in the specified pages and lines, whether or not such exhibits are separately

identified. FICO reserves the right to use any deposition testimony designated by Defendants.

| Plaintiff's Deposition Designations – Tamara Pawloski (January 18, 2019) | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections | Plaintiff's Counter-Counter Designations |
|---|---|---|---|---|
| 8:19-9:19 | | | | |
| 12:8-13:15 | | | | |
| 30:21-38:17 | LF, H, R, P, PK | 38:18-39:1 | | |
| 93:7-21 | A, P, LF, H | | | |

Dated: January 27, 2023

                                        MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Paige S. Stradley MN #393432
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 398344
Gabrielle L. Kiefer, MN Bar # 402364

MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
pstradley@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com

*Attorneys for Plaintiff Fair Isaac Corporation*

3