## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (DTS) |
| Plaintiff, | |
| v. | **STIPULATION REGARDING PREJUDICIAL STATEMENTS ABOUT INSURANCE COMPANIES** |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

### STIPULATION REGARDING PREJUDICIAL STATEMENTS ABOUT INSURANCE COMPANIES

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel of record, that Plaintiff Fair Isaac Corporation ("Plaintiff") will refrain from making prejudicial statements about insurance companies' general industry business conduct before the jury in this matter, including the following specific statements or arguments:

1) Insurance companies are less likely than other parties to pay what they owe;

2) Insurance companies are better able than other parties to absorb an adverse judgment;

3) Insurance companies are unsympathetic; and

4) Insurance companies in general tend to conduct business in an unfair or unfavorable manner.

This stipulation resolves the Motion in Limine to Preclude Unfairly Prejudicial Arguments and Evidence Regarding Their Status as Insurance Companies filed by Federal Insurance Company and ACE American Insurance Company (collectively "Defendants") at Dkt. Nos. 985 and 986,

1

which Defendants hereby withdraw. The parties request that the Court enter an Order accordingly.

Dated: January 27, 2023

| | |
|---|---|
| */s/ Paige S. Stradley*<br>Allen Hinderaker, MN Bar # 45787<br>Heather Kliebenstein, MN Bar # 337419<br>Paige S. Stradley, MN Bar #393432<br>Michael A. Erbele, MN Bar # 393635<br>Joseph W. Dubis, MN Bar # 398344<br>Gabrielle L. Kiefer, MN Bar # 0402364<br>MERCHANT & GOULD P.C.<br>150 South Fifth Street<br>Suite 2200<br>Minneapolis, MN 55402<br>Tel: (612) 332-5300<br>Fax: (612) 332-9081<br>ahinderaker@merchantgould.com<br>hkliebenstein@merchantgould.com<br>merbele@merchantgould.com<br>jdubis@merchantgould.com<br>gkiefer@merchantgould.com<br><br>*Attorneys for Plaintiff Fair Isaac Corporation* | */s/ Terrence J. Fleming*<br>Terrence J. Fleming (#0128983)<br>tfleming@fredlaw.com<br>Leah C. Janus (#0337365)<br>ljanus@fredlaw.com<br>Christopher D. Pham (#0390165)<br>cpham@fredlaw.com<br>Ryan C. Young (#0397751)<br>ryoung@fredlaw.com<br>Panhia Vang (#399444)<br>pvang@fredlaw.com<br>**FREDRIKSON & BYRON, P.A.**<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402-1425<br>(612) 492-7000 (tel.)<br>(612) 492-7077 (fax)<br><br>Leah Godesky (Admitted Pro Hac Vice)<br>lgodesky@omm.com<br>Anton Metlitsky (Admitted Pro Hac Vice)<br>ametlitsky@omm.com<br>Daryn E. Rush (Admitted Pro Hac Vice)<br>drush@omm.com<br>Roxana Guidero (Admitted Pro Hac Vice)<br>rguidero@omm.com<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000<br><br>*Attorneys for Defendants Federal Insurance Company and ACE American Insurance* |