UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>  Plaintiff,<br><br>   v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>  Defendants. | Court File No. 16-cv-1054 (DTS)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING PREJUDICIAL STATEMENTS ABOUT INSURANCE COMPANIES** |

**[PROPOSED] ORDER GRANTING STIPULATION REGARDING PREJUDICIAL STATEMENTS ABOUT INSURANCE COMPANIES**

This matter is before the Court on Plaintiff Fair Isaac Corporation's and Defendants Federal Insurance Company's and ACE American Insurance Company's Stipulation Regarding Prejudicial Statements About Insurance Companies.

**IT IS HEREBY ORDERED** that:

1) The Parties' Stipulation Regarding Prejudicial Statements About Insurance Companies is **GRANTED** and Defendants' Motion in Limine to Preclude Unfairly Prejudicial Arguments and Evidence Regarding Their Status as Insurance Companies filed at Dkt. Nos. 985 and 986 is **WITHDRAWN**;

2) Plaintiff will refrain from making prejudicial statements about insurance companies' general industry business conduct before the jury in this matter, including the following specific statements or arguments:

    a) Insurance companies are less likely than other parties to pay what they owe;

1

b) Insurance companies are better able than other parties to absorb an adverse judgment;

c) Insurance companies are unsympathetic; and

d) Insurance companies in general tend to conduct business in an unfair or unfavorable manner.

SO ORDERED:

Dated: _____                       _____
                                               Judge David T. Schultz
                                               Magistrate Judge