## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　Defendants. | Case No. 16-cv-1054 (DTS) |

## STATEMENT OF NO REDACTION

Pursuant to LR 5.6, Exhibits 2-4 to the Declaration of Paige Stradley in Support of Plaintiff Fair Isaac Corporation's Memorandum of Law in Opposition to Defendants' Motion in Limine Regarding FICO's Presentation of Evidence on its Alleged Actual Damages (Dkt. No. 1019) have been filed under temporary seal. Exhibits 2-4 were not redacted because the entire document is marked "Confidential" or "Confidential – Attorneys' Eyes Only" information under the Protective Order (Dkt. No. 44) entered in the case.  Therefore, it is impracticable to redact.

|  |  |
|---|---|
|  | MERCHANT & GOULD P.C. |
| DATE: January 27, 2023 | /s/ Heather Kliebenstein |
|  | Allen Hinderaker, MN Bar # 45787 |
|  | Heather Kliebenstein, MN Bar # 337419 |
|  | Paige S. Stradley, MN Bar #393432 |
|  | Michael A. Erbele, MN Bar # 393635 |
|  | Joseph Dubis, MN Bar # 0398344 |
|  | Gabrielle L. Kiefer, MN Bar # 0402364 |
|  | MERCHANT & GOULD P.C. |
|  | 150 South Fifth Street |
|  | Suite 2200 |
|  | Minneapolis, MN  55402 |
|  | Tel:  (612) 332-5300 |
|  | Fax:  (612) 332-9081 |
|  | ahinderaker@merchantgould.com |
|  | hkliebenstein@merchantgould.com |
|  | pstradley@merchantgould.com |
|  | merbele@merchantgould.com |
|  | jdubis@merchantgould.com |
|  | gkiefer@merchantgould.com |

*Attorneys for Plaintiff Fair Isaac Corporation*