# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

**DECLARATION OF PAIGE STRADLEY IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE REGARDING NEIL ZOLTOWSKI'S TESTIMONY ON FICO'S ALLEGED ACTUAL DAMAGES**

I, Paige Stradley, declare as follows:

1. I am a partner with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Memorandum of Law in Opposition to Defendants' Motion in Limine Regarding Neil Zoltowski's Testimony on FICO's Alleged Actual Damages.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of an excerpt of the April 19, 2019 Expert Report of Neil J. Zoltowski with Respect to Damages. This document is filed UNDER SEAL.

1

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 27, 2023                     /s/ Paige Stradley
                                                  Paige Stradley