# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### DECLARATION OF PAIGE STRADLEY IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE CERTAIN TESTIMONY OF THOMAS CARRETTA

I, Paige Stradley, declare as follows:

1.      I am a partner with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2.      I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Memorandum of Law in Opposition to Defendants' Motion in Limine to Exclude Certain Testimony of Thomas Carretta.

3.      Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of Defendants' Initial Deposition Designations along with excerpts of the highlighted transcript of Michael Sawyer showing Defendants' initial deposition designations for Mr.

1

Sawyer. Defendants' initial deposition designations for Mr. Sawyer are shown in blue. This document is filed UNDER SEAL.

4.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of an excerpt of Defendants' Initial Deposition Designations along with excerpts of the highlighted transcript of Russell Schreiber showing Defendants' initial deposition designations for Mr. Schreiber. Defendants' initial deposition designations for Mr. Schreiber are shown in blue. This document is filed UNDER SEAL.

5.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of an excerpt of the October 9, 2018 deposition of Thomas Carretta. This document is filed UNDER SEAL.

6.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of an excerpt of the March 22, 2019 deposition of Thomas Carretta. This document is filed UNDER SEAL.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: January 27, 2023            /s/ Paige Stradley
                                         Paige Stradley

2