## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>Defendants. | Court File No.  16-cv-1054 (DTS)<br><br><br><br>**DECLARATION OF LEAH<br>GODESKY IN SUPPORT OF<br>DEFENDANTS' MEMORANDUM IN<br>OPPOSITION TO PLAINTIFF'S<br>MOTION IN LIMINE NO. 1** |

I, Leah Godesky, declare as follows:

1. I am an attorney at O'Melveny & Myers LLP and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Federal") in this case.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the May 31, 2019, expert report of Brooks L. Hilliard.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  January 27, 2023          *s/ Leah Godesky*
                                   Leah Godesky

78219593 v1

1