# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>Defendants. | Court File No. 16-cv-1054 (DTS)<br><br><br>**DECLARATION OF LEAH GODESKY IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 4** |

I, Leah Godesky, declare as follows:

1. I am an attorney at O'Melveny & Myers LLP and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Federal") in this case.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the May 17, 2019, expert report of W. Christopher Bakewell regarding damages.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the May 17, 2019, expert report of William S. McCarter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 27, 2023

*s/ Leah Godesky*
Leah Godesky

78194167 v1

1