# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>Defendants. | Court File No.  16-cv-1054 (DTS)<br><br>**WORD COUNT COMPLIANCE<br>CERTIFICATE** |

I certify that this brief conforms to the requirements of Local Rule 7.1(f) for a brief produced with proportional font.  The length of this brief is 2,715 words.  This brief was prepared using Microsoft Word and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

| | |
|---|---|
| Dated:  January 27, 2023 | */Terrence J. Fleming* <br> Terrence J. Fleming (#0128983) <br> tfleming@fredlaw.com <br> Leah C. Janus (#0337365) <br> ljanus@fredlaw.com <br> Christopher D. Pham (#0390165) <br> cpham@fredlaw.com <br> Ryan C. Young (#0397751) <br> ryoung@fredlaw.com <br> Panhia Vang (#399444) <br> pvang@fredlaw.com <br><br> **Fredrikson & Byron, P.A.** <br> 200 South Sixth Street, Suite 4000 <br> Minneapolis, MN  55402-1425 <br> (612) 492-7000 (tel.) <br> (612) 492-7077 (fax) <br><br> Leah Godesky (Admitted Pro Hac Vice) <br> lgodesky@omm.com <br> Anton Metlitsky (Admitted Pro Hac Vice) <br> ametlitsky@omm.com <br> Daryn Rush (Admitted Pro Hac Vice) <br> drush@omm.com <br> Roxana Guidero (Admitted Pro Hac Vice) <br> rguidero@omm.com <br><br> **O'Melveny & Myers LLP** <br> Times Square Tower <br> 7 Times Square <br> New York, NY 10036 <br> (212) 326-2000 <br><br> ***Attorneys for Federal Insurance Company and ACE American Insurance Company*** |