# EXHIBIT 9

*Declaration of Leah Godesky*

| | |
|---|---|
| From: | CN=Hamish Tonkin/OU=EUZ/O=ChubbMail |
| Sent: | Wednesday, March 25, 2015 10:54 AM |
| To: | Oliver Clark <OliverClark@fico.com> |
| Cc: | CN=David F Gibbs/OU=EUZ/O=ChubbMail@chubbmail |
| Subject: | Re: Licenses |

Yes, correct thanks Olly.

If your account exec can back to us ASAP with a pricing model that would be great as we need to seek funding for this. Hint- don't make it too steep day one as it will make the business case in the future for global adoption less appealing ;-)

Cheers

Hamish


Hamish Tonkin

Hamish Tonkin | CAH Global Enterprise Architect / APZ Architecture Authority | Chubb Insurance Company of Europe SE
Cottons Centre, Hays Lane, London, SE1 2QP UK | Direct Line: 0207 895 3435 | Mobile: +44 (0)7500 063178


On 25 Mar 2015, at 12:38, "Oliver Clark" <OliverClark@fico.com> wrote:

Thanks Hamish – I have forwarded this request to the FICO Account Executive for Chubb. I am assuming that this is purely to cover commercial property insurance, on a pan-European basis?


Regards,


Olly


From: htonkin@chubb.com [mailto:htonkin@chubb.com]
Sent: 24 March 2015 16:01
To: Oliver Clark
Cc: davidgibbs@chubb.com
Subject: Re: Licenses


Thanks Olly,

Confidential
D-0115-001

DEFENDANTS' TRIAL EXHIBIT
D-0115
CASE NO. 16 cv-1054-DTS

FED016204_0001

D-0115

The usage would be policy admin system

Cheers

Hamish

Hamish Tonkin

Hamish Tonkin | CAH Global Enterprise Architect / APZ Architecture Authority | Chubb Insurance Company of Europe SE
Cottons Centre, Hays Lane, London, SE1 2QP UK | Direct Line: 0207 895 3435 | Mobile: +44 (0)7500 063178

On 24 Mar 2015, at 16:00, "Oliver Clark" <OliverClark@fico.com> wrote:

Hello Hamish,

Good to meet you again, also.

I don't believe your current licence covers the usage of the Decision Simulator module, but let me check the contracts library. Blaze Advisor licenses are typically scoped by application area – could you please supply me with a description of the application(s) you would like to use this within?

Regards,

Olly

From: htonkin@chubb.com [mailto:htonkin@chubb.com]
Sent: 24 March 2015 09:57
To: Oliver Clark
Cc: davidgibbs@chubb.com
Subject: Licenses

Hi Oli,

good to meet up again.

Would you please be able to chase down whether we have Decision Simulator as part of our license agreement.

If not, can you please provide a high level cost for this component?

Many thanks

Hamish


Hamish Tonkin

Hamish Tonkin  | CAH Global Enterprise Architect / APZ Architecture Authority |
Chubb Insurance Company of Europe SE
Cottons Centre, Hays Lane, London, SE1 2QP UK   | Direct Line: 0207 895 3435 |
 Mobile: +44 (0)7500 063178

P Please consider the environment before printing
Hamish Tonkin
CAH Global Enterprise Architect
Chubb Insurance Company of Europe SE
Cottons Centre, Hays Lane, London, SE1 2QP UK

T: +44 20 78953435 F:
M: +44 (0)7500 063178 W: www.chubb.com/uk Twitter:  @ChubbEurope

Please be advised that with effect from 1 May 2015, Chubb Europe's registered offices and London correspondence address will move to One America Square,17 Crosswall, London, EC3N 2AD. Our switchboard number will remain the same. Outside of London, our correspondence addresses will remain unchanged.

Choose certainty. Choose Chubb.

P Please consider the environment before printing
This email (which includes any attachments) is confidential and intended to be
read only by the person(s) to whom it is addressed. It may also be legally
privileged or exempt from disclosure under applicable law. If you have received
this email in error, do not print it, forward it or disseminate or use it or
its contents. In such an event, please notify the sender by return email (or by
phone at the number shown above) and delete the email file immediately
thereafter. Thank you for your cooperation.
CHUBB INSURANCE COMPANY OF EUROPE SE, a European company incorporated in
England and Wales and registered under Company Number SE13.
CHUBB MANAGING AGENT LTD, a company incorporated in England and Wales and
registered under Company Number 7116876.
The above companies have their Registered Offices at: 106 Fenchurch Street,
London EC3M 5NB, England. Main Number: +44 20 7956 5000. Authorised by the
Prudential Regulation Authority and regulated by the Financial Conduct

Authority and Prudential Regulation Authority. To view a list of all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website: http://www.chubb.com/international/uk/corporate/chubb11572.html

We are now able to offer an encrypted email capability for secure communication purposes. If you wish to take advantage of this service or learn more about it, please email securemyemail@chubb.com

Fair Isaac Services Limited (Co. No. 01998476) and Fair Isaac (Adeptra) Limited (Co. No. 03295455) are registered in England and Wales and have a registered office address of Cottons Centre, 5th Floor, Hays Lane, London, SE1 2QP.

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.

Hamish Tonkin
CAH Global Enterprise Architect
Chubb Insurance Company of Europe SE
Cottons Centre, Hays Lane, London, SE1 2QP UK

T: +44 20 78953435 F:
M: +44 (0)7500 063178 W:  www.chubb.com/uk Twitter:  @ChubbEurope

Please be advised that with effect from 1 May 2015, Chubb Europe's registered offices and London correspondence address will move to One America Square,17 Crosswall, London, EC3N 2AD. Our switchboard number will remain the same. Outside of London, our correspondence addresses will remain unchanged.

Choose certainty. Choose Chubb.

P Please consider the environment before printing
This email (which includes any attachments) is confidential and intended to be read only by the person(s) to whom it is addressed. It may also be legally privileged or exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such an event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.
CHUBB INSURANCE COMPANY OF EUROPE SE, a European company incorporated in England and Wales and registered under Company Number SE13.
CHUBB MANAGING AGENT LTD, a company incorporated in England and Wales and registered under Company Number 7116876.
The above companies have their Registered Offices at: 106 Fenchurch Street, London EC3M 5NB, England. Main Number: +44 20 7956 5000. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and Prudential Regulation Authority. To view a list of all Chubb Group of Insurance Companies operating in the United Kingdom please visit our website: http://www.chubb.com/international/uk/corporate/chubb11572.html

We are now able to offer an encrypted email capability for secure communication purposes. If you wish to take advantage of this service or learn more about it,

please email securemyemail@chubb.com

Fair Isaac Services Limited (Co. No. 01998476) and Fair Isaac (Adeptra) Limited (Co. No. 03295455) are registered in England and Wales and have a registered office address of Cottons Centre, 5th Floor, Hays Lane, London, SE1 2QP.

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.

Hamish Tonkin
CAH Global Enterprise Architect
Chubb Insurance Company of Europe SE
Cottons Centre, Hays Lane, London, SE1 2QP UK

T: +44 20 78953435 F:
M: +44 (0)7500 063178 W: www.chubb.com/uk Twitter: @ChubbEurope

Please be advised that with effect from 1 May 2015, Chubb Europe's registered offices and London correspondence address will move to One America Square, 17 Crosswall, London, EC3N 2AD. Our switchboard number will remain the same. Outside of London, our correspondence addresses will remain unchanged.
P Please consider the environment before printing