# EXHIBIT 10

*Declaration of Leah Godesky*

Calendar Entry
# Notice
This invitation has been accepted

| | |
|---|---|
| **Subject:** | Meeting with Russell Schreiber - FICO Global VP for Insurance |
| **Chair:** | Ewen Setti/EUZ/ChubbMail |
| **Invitees** | |
| **Required (to):** | David F Gibbs/EUZ/ChubbMail@ChubbMail |
| **When** | **Date** Wednesday 12/05/2012<br>**Time** 10:00 AM - 10:30 AM (0 hour 30 minutes) |

David Gibbs ACIB | Commercial Lines IT Manager | Chubb Insurance Company of Europe SE
106 Fenchurch Street, London, EC3M 5NB UK | Direct Line: +44 (0) 207 956 5118 | Fax: n/a | Mobile: +44 7798 640925

P Please consider the environment before printing



Confidential
D-0087-001

FED016291_0001