# EXHIBIT 11

*Declaration of Leah Godesky*

Calendar Entry
# Meeting

| | |
|---|---|
| **Subject:** | Blaze Advisor - For Insurance Rating |
| **Chair:** | Sam Long/EUZ/ChubbMail |
| **Invitees** | |
| **Required (to):** | Ewen Setti/EUZ/ChubbMail@ChubbMail; OliverClark@fico.com |
| **Optional (cc):** | David F Gibbs/EUZ/ChubbMail@ChubbMail; Denise Kirrane/EUZ/ChubbMail@ChubbMail |
| **When** | Time in the Local time zone<br>Start: Mon 03/23/2015 05:00 AM<br>Ends: Mon 03/23/2015 07:00 AM   2 hour |

Hi Olly,

Further to our emails this is the meeting invite for us to discuss how we can use Blaze for product rating/pricing.

Meeting room is on the 6th and same wing as FICO, I can just meet you from outside the lifts.

Thanks

Sam

Sam Long
Business Analyst
Chubb Insurance Company of Europe SE
106 Fenchurch Street, London, EC3M 5NB UK

T: +44 20 7956 5167 F:
M: n/a  W:  www.chubb.com/uk   Twitter: @ChubbEurope

Please be advised that with effect from 1 May 2015, Chubb Europe's registered offices and London correspondence address will move to One America Square, 17 Crosswall, London, EC3N 2AD. Our switchboard number will remain the same. Outside of London, our correspondence addresses will remain unchanged.

P Please consider the environment before printing

Confidential

DEFENDANTS'
TRIAL EXHIBIT
**D-0113**
CASE NO. 16 cv-1054-DTS

FED001491_0001

D-0113-001

D-0113