# EXHIBIT 14

*Declaration of Leah Godesky*

In the Matter Of:

*FAIR ISAAC CORPORATION*

*vs*

*FEDERAL INSURANCE COMPANY, et al.*

*RAMESH PANDEY*

*November 13, 2018*



Page 210

1  Forefront and Forefront 1, Forefront 2, all the
2  versioning --
3       Q.    So, if I could ask you this question.
4  So, if you count all of the variations --
5       A.    Yeah.
6       Q.    -- of the products, you can get to
7  113?
8       A.    Yeah.  So it's 37 is the current rate
9  now you can have bundling and versioning and
10 other...
11      Q.    Okay.
12      A.    By the way, some of them are not --
13 we don't sell anymore.
14      Q.    Understood.  We don't have to go back
15 over that.
16      A.    Yeah.
17      Q.    Okay.  Under "Contribution" -- well,
18 we can read that, "approximately, 1.9 billion
19 including Canada total premium."
20            Do you have an idea of the source
21 from which Duff & Phelps gathered that information?
22            MR. FLEMING:  Foundation, objection.
23      A.    No idea.  They must have collected...
24      Q.    If you don't know it, that's what I
25 asked you.

Page 211

1            And then under the "sunset strategy,"
2  it says "sunset third quarter 2017."
3       A.    Yes.
4       Q.    And do you have an understanding of
5  what that meant?
6       A.    Idea was that it will survive on the
7  merger day one, but you don't have much time left
8  before you have to get it off the system.  So think
9  of this way.  Let's say he calls and he says, I want
10 your insurance.  And you go with 117 apples, so pick
11 one which you want, it looks very bad.
12      Q.    So, I guess, we're in the third
13 quarter of 2018 now.
14            CSI Express is still being used is it
15 not.
16      A.    But it's being replaced now.  Duck
17 Creek is being deployed now.
18      Q.    Okay.
19      A.    It's -- the new business will be on
20 Duck Creek.  The renewal time, it will go on Duck
21 Creek that model.
22      Q.    That's the future plan?
23      A.    That's what's happening now.
24      Q.    Have you completed that -- it's in
25 the process now?

Page 212

1       A.    In process now.
2       Q.    When do you project it will be
3  completed, that transition?
4       A.    If we get the funding that we are
5  getting now, I'll say 18 to 24 month.
6       Q.    From now?
7       A.    Yeah.
8       Q.    Okay.
9       A.    18 months if you ask, just one
10 number, it's 18.
11      Q.    Got it.
12            If we go to reference 17, please.
13      A.    Uh-huh.
14      Q.    And here product names, "CIS Claims"
15 --
16      A.    Okay.  That was --
17      Q.    -- there are the parens.
18      A.    That's the name, actually.  ERCIS is
19 the name.  I don't know why you had all earlier CIS.
20 Because nobody calls CIS.
21      Q.    Don't ask me.  Ask your colleagues,
22 but don't ask me.
23      A.    Later in the description, this is
24 ERCIS.  That's the right way to say that.
25      Q.    Alright, alright.  So the description

Page 213

1  in Exhibit 175 is more -- conforms with your earlier
2  testimony --
3       A.    Yes, exactly.
4       Q.    -- that we talked about?
5       A.    That's what it is.  ERCIS being
6  retired now so...
7       Q.    And ERCIS --
8       A.    Yes.
9       Q.    -- is a function that is tightly
10 integrated with CSI Express?
11      A.    Yes.  It's a part of CSI Express.
12      Q.    And a part of.
13      A.    Yeah, which we are retiring.
14      Q.    And that goes back to what we just
15 talked about, it's in the process?
16      A.    No, ERCIS we are working since the
17 day one.  We said this is the easiest one, cheapest
18 one, let's get it done.
19      Q.    So ERCIS as of today, is that
20 retired?
21      A.    Yeah, I think if not today, in the
22 next few months, something like that.
23      Q.    Somewhere soon?
24      A.    Yeah.
25      Q.    And that's separate from the -- call