# EXHIBIT 16

*Declaration of Leah Godesky*

| | |
|---|---|
| From: | Pandey, Ramesh <rapandey@chubb.com> |
| Sent: | Thursday, March 3, 2016 11:41 AM |
| To: | Ghislanzoni, Claudio <Claudio.Ghislanzoni@Chubb.com> |
| Cc: | Tonkin, Hamish <htonkin@chubb.com>; Brauer, Robert <Robert.Brauer@Chubb.com>; Mirolyuz, Henry <hmirolyuz@chubb.com>; BenkuThomas <bethomas@chubb.com> |
| Subject: | RE: ODM vs Blaze |

Henry will run it from North America side with the oversight from Benku.

**CHUBB**

**Ramesh Pandey**
Chief Architect North America, Enterprise Architecture
15 Mountainview Road, Warren, NJ, 07059, USA
O 908-903-4472   M 732-395-8537
E rapandey@chubb.com

ACE and Chubb are now one.

---

**From:** Ghislanzoni, Claudio [mailto:Claudio.Ghislanzoni@Chubb.com]
**Sent:** Thursday, March 03, 2016 12:23 PM
**To:** Pandey, Ramesh <rapandey@chubb.com>
**Cc:** Tonkin, Hamish <htonkin@chubb.com>; Brauer, Robert <Robert.Brauer@Chubb.com>
**Subject:** ODM vs Blaze

Hi Ramesh,

Who in your team is working on the ODM vs Blaze Rules Engine comparative assessment?

I would like Robert Brauer from my team to join forces for the definition of a global Rules Engine Technology Strategy as discussed before.

Thanks

Claudio

**CHUBB**

**Claudio Ghislanzoni**
VP, Chief Architect, International IT

Ashdown House, 125 High Street, RH10 1DQ, UK
O +441293726358   M +447766994329
E claudio.ghislanzoni@chubb.com

ACE and Chubb are now one.

---

ACE has acquired Chubb, creating a global insurance leader operating under the renowned Chubb name.

ACE European Group Limited registered number 1112892, ACE Europe Life Limited registered number 5936400 and ACE Underwriting Agencies Limited registered number 2287773 are registered in England & Wales (registered office: 100 Leadenhall Street, London EC3A 3BP). ACE European Group Limited and ACE Europe Life Limited also trade as Combined Insurance. Each company is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Full details can be found online at www.fca.org.uk/register

ACE European Group Limited and ACE Europe Life Limited are subsidiaries of a US parent and Chubb Limited (a NYSE listed company). ACE Underwriting Agencies Limited (managing agent for Syndicate 2488) is a subsidiary of Chubb Limited. All three companies are part of the Chubb Group of companies. Consequently, ACE European Group Limited, ACE Europe Life Limited and ACE Underwriting Agencies Limited are subject to certain US laws and regulations in addition to EU, UN and national sanctions restrictions which may prohibit them from providing cover or paying claims to certain individuals or entities, and from insuring certain types of activities in or connected with certain countries and territories such as, but not limited to, Iran, Syria, North Korea, North Sudan, Cuba and Crimea.