# EXHIBIT 17

*Declaration of Leah Godesky*

| | |
|---|---|
| **From:** | Pandey, Ramesh <rapandey@chubb.com> |
| **Sent:** | Thursday, March 3, 2016 12:29 PM |
| **To:** | Bhatta, Varaprasad <pbhatta@chubb.com>; Cherukuri, Padma <pcherukuri@chubb.com>; Mirolyuz, Henry <hmirolyuz@chubb.com>; Davis,Peter <peterdavis@chubb.com> |
| **Subject:** | FW: ODM vs Blaze |
| **Attach:** | CHUBB EA - CRM Customer Engagment Technology Evaluation Tool and Scorecard v0.5.xlsx |

Please follow this template while doing the product compare such as BizTalk vs. WPS.

CHUBB

**Ramesh Pandey**
Chief Architect North America, Enterprise Architecture
15 Mountainview Road, Warren, NJ, 07059, USA
O 908-903-4472   M 732-395-8537
E rapandey@chubb.com

ACE and Chubb are now one.

**From:** Tonkin, Hamish
**Sent:** Thursday, March 03, 2016 1:14 PM
**To:** Pandey, Ramesh <rapandey@chubb.com>; Ghislanzoni, Claudio <Claudio.Ghislanzoni@Chubb.com>
**Subject:** RE: ODM vs Blaze

Please can you disseminate to all to complete. Any questions on how to complete ping me a line.

Cheers

Hamish

**From:** Pandey, Ramesh
**Sent:** 03 March, 2016 17:51
**To:** Tonkin, Hamish <htonkin@chubb.com>; Ghislanzoni, Claudio <Claudio.Ghislanzoni@Chubb.com>
**Subject:** RE: ODM vs Blaze

Agree 110% (extra 10% is for summarizing it at one place☺.)

CHUBB

**Ramesh Pandey**
Chief Architect North America, Enterprise Architecture
15 Mountainview Road, Warren, NJ, 07059, USA
O 908-903-4472   M 732-395-8537
E rapandey@chubb.com

ACE and Chubb are now one.

**From:** Tonkin, Hamish
**Sent:** Thursday, March 03, 2016 12:45 PM
**To:** Pandey, Ramesh <rapandey@chubb.com>; Ghislanzoni, Claudio <Claudio.Ghislanzoni@Chubb.com>
**Subject:** RE: ODM vs Blaze

Guys... this was the agreed list of people....

Prasam and Pushpa – Sentinet versus WSRR
Rob Braur and Lance and Pete Davis – Filenet vs Opentext
Blaze versus ODM Hamanshu and Henry Mirolyuz,
Madhav and Padma Cherukuri on Web portals
Joon Brown and Madhav for Campaigning
Joon Brown and Madhav for Salesforce vs Sugar



Kind regards

Hamish

---

**From:** Pandey, Ramesh
**Sent:** 03 March, 2016 17:41
**To:** Ghislanzoni, Claudio <Claudio.Ghislanzoni@Chubb.com>
**Cc:** Tonkin, Hamish <htonkin@chubb.com>; Brauer, Robert <Robert.Brauer@Chubb.com>; Mirolyuz, Henry <hmirolyuz@chubb.com>; Benku Thomas <bethomas@chubb.com>
**Subject:** RE: ODM vs Blaze

Henry will run it from North America side with the oversight from Benku.

CHUBB

**Ramesh Pandey**
Chief Architect North America, Enterprise Architecture
15 Mountainview Road, Warren, NJ, 07059, USA
O 908-903-4472   M 732-395-8537
E rapandey@chubb.com

ACE and Chubb are now one.

**From:** Ghislanzoni, Claudio [mailto:Claudio.Ghislanzoni@Chubb.com]
**Sent:** Thursday, March 03, 2016 12:23 PM
**To:** Pandey, Ramesh <rapandey@chubb.com>
**Cc:** Tonkin, Hamish <htonkin@chubb.com>; Brauer, Robert <Robert.Brauer@Chubb.com>
**Subject:** ODM vs Blaze

Hi Ramesh,

Who in your team is working on the ODM vs Blaze Rules Engine comparative assessment?

I would like Robert Brauer from my team to join forces for the definition of a global Rules Engine Technology Strategy as discussed before.

Thanks

Claudio

Confidential                                                                                                                                FED000700_0002

CHUBB

**Claudio Ghislanzoni**
VP, Chief Architect, International IT

Ashdown House, 125 High Street, RH10 1DQ, UK
O +441293726358   M +447766994329
E claudio.ghislanzoni@chubb.com

ACE and Chubb are now one.

---

ACE has acquired Chubb, creating a global insurance leader operating under the renowned Chubb name.

ACE European Group Limited registered number 1112892, ACE Europe Life Limited registered number 5936400 and ACE Underwriting Agencies Limited registered number 2287773 are registered in England & Wales (registered office: 100 Leadenhall Street, London EC3A 3BP). ACE European Group Limited and ACE Europe Life Limited also trade as Combined Insurance. Each company is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Full details can be found online at www.fca.org.uk/register

ACE European Group Limited and ACE Europe Life Limited are subsidiaries of a US parent and Chubb Limited (a NYSE listed company). ACE Underwriting Agencies Limited (managing agent for Syndicate 2488) is a subsidiary of Chubb Limited. All three companies are part of the Chubb Group of companies. Consequently, ACE European Group Limited, ACE Europe Life Limited and ACE Underwriting Agencies Limited are subject to certain US laws and regulations in addition to EU, UN and national sanctions restrictions which may prohibit them from providing cover or paying claims to certain individuals or entities, and from insuring certain types of activities in or connected with certain countries and territories such as, but not limited to, Iran, Syria, North Korea, North Sudan, Cuba and Crimea.