# EXHIBIT 18

*Declaration of Leah Godesky*

| | |
|---|---|
| **From:** | Pandey, Ramesh <rapandey@chubb.com> |
| **Sent:** | Monday, April 4, 2016 5:35 AM |
| **To:** | Mccarthy, Cullen C <ccmccarthy@chubb.com> |
| **Subject:** | Re: Urgent - NA Arch |

Also blaze vs IBM ODM

BizTalk va IBM ESB

Sent from my iPhone

On Apr 3, 2016, at 7:54 PM, Mccarthy, Cullen C <ccmccarthy@chubb.com> wrote:

> Ramesh,
> This never happens to me but I've misplaced my notes from our call on Wednesday.
> I have to update the team on NA Architecture tomorrow morning.
>
> I remember the following but ask that you please remind me of the missing points below.  My sincere apologies for this.
>
> <!--[if !supportLists]-->1.   <!--[endif]-->The EA team is evaluating WSSR.
> <!--[if !supportLists]-->2.   <!--[endif]-->The EA team is developing business case for Case Manager as the replacement for Metastorm as the go-forward platform.
> <!--[if !supportLists]-->3.   <!--[endif]-->?
> <!--[if !supportLists]-->4.   <!--[endif]-->?
>
> There were two other topics but I can't recall them.
>
> Regards,
> Chase
>
> CHUBB®
>
> **C. Chase McCarthy**
> Chief Architect North America, Personal Risk Services
> 202 Halls Mill Rd, Whitehouse Station, NJ 08889, USA
> O 908-572-2002
> E ccmccarthy@chubb.com
>
> ACE and Chubb are now one.