# EXHIBIT 19

*Declaration of Leah Godesky*

In the Matter Of:

*FAIR ISAAC CORPORATION*

*vs*

*FEDERAL INSURANCE COMPANY, ET AL.*

---

*TAMRA PAWLOSKI*

*January 18, 2019*

---

HIGHLY CONFIDENTIAL

ATTORNEYS' EYES ONLY



Page 154

1  how it was going to be used within the -- I
2  mean, there were diagrams that were done, and
3  all of that, it was never -- we never talked
4  about the consent part.
5          And the salespeople were trying
6  to sell us to other products.
7     Q    I am handing you what has been
8  marked as Exhibit 253.
9          (The above described document was
10         marked Exhibit 253 for identification as
11         of this date.)
12    Q    Have you seen this e-mail
13 before?
14    A    I have, yes.
15    Q    At the very back there is an
16 e-mail dated February 2, 2016 from Henry
17 Mirolyuz to Mike Sawyer.  Do you see that?
18    A    Yes.
19    Q    It's asking for Mike to copy
20 yourself on future correspondence with vendor
21 management?
22    A    Yes.

Page 155

1     Q    Is that the time you began
2  taking over the discussions?
3     A    It was.
4     Q    Regarding the future between
5  Blaze Advisor and Chubb?
6     A    Yes.
7     Q    At the top of the e-mail it
8  references a meeting between you and Mike
9  Sawyer in early February.  Did that meeting
10 occur?
11    A    It did.
12    Q    What was your recollection from
13 that meeting?
14    A    So myself and Ramesh Pandey were
15 in that meeting, and we were talking about the
16 utilization of the software, and also talking
17 about the new products, like how can we come to
18 an agreement on all of this without involving
19 legal?
20    Q    And what conclusions did you
21 arrive at during the phone call?
22         Did you come up with any action

Page 156

1  items to do next?
2     A    This was actually a
3  face-to-face, although it said "will not be on
4  the phone," mike actually came to our office
5  for that meeting.
6          And we presented how it was
7  going to be used, what products it was going to
8  be used with, kind of like, I remember there
9  being, Ramesh kind of did a whole big
10 presentation on the white board, and then Mike
11 was going to take it back.
12    Q    And what was your recollection
13 of how Blaze Advisor was going to be used by
14 the new company going forward?
15    A    That it could not be used by,
16 any of the applications by ACE, because ACE
17 was -- the way that they underwrote would
18 not -- the Blaze product wouldn't be applicable
19 for it.
20    Q    And so that was right away it
21 was not going to be used?
22    A    Right.

Page 157

1     Q    Because the ACE platform was
2  essentially just different than the Chubb
3  platform, correct?
4     A    That's correct.
5     Q    Did you talk about -- in that
6  conversation, was it stated that the use of
7  Blaze Advisor would never be used by the legacy
8  ACE platforms?
9     A    Yes.
10    Q    So, at the time -- after the
11 merger, after the merger up until you left,
12 were there any discussions about merging the
13 platforms used by legacy ACE and legacy Chubb?
14    A    No.  In fact, many of them were
15 being retired.
16    Q    Many of?
17    A    The applications were being
18 retired.
19    Q    The --
20    A    Legacy Chubb.
21    Q    And what about the legacy ACE
22 applications while you were still at Chubb,