# EXHIBIT 20

*Declaration of Leah Godesky*

Page 1

1                UNITED STATES DISTRICT COURT

2                   DISTRICT OF MINNESOTA

3

4        CASE NUMBER:  16-cv-1054 (WMW/DTS)

5        ----------------------------------------------------

6        Fair Isaac Corporation, a Delaware corporation,

7          Plaintiff,

8        versus

9        Federal Insurance Company, and Indiana

         corporation, and ACE American Insurance Company, a

10       Pennsylvania corporation,

11         Defendants.

         ----------------------------------------------------

12

13

14            VIDEOTAPED DEPOSITION OF EXPERT WITNESS

15

16                      BILLY McCARTER

17

18

19

20

21

22

23

24

25       TAKEN:  5 June 2019          BY:  Jackie McKone

1 Q. You're specifically referring to TAPS; correct?

2 A. I am. I am.

3 Q. Do you know how many -- and TAPS stands for what

4 again?

5 A. Texas Accident Prevention. It's a workers' comp

6 compliance requirement for the state of Texas.

7 Q. And so some insurance applications need to comply

8 with TAPS in Texas; correct?

9 A. Correct.

10 Q. Do you know how many insurance policies that

11 affects every year?

12 A. No I do not.

13 Q. Did you ask anybody?

14 A. It doesn't matter whether it's one or many, but

15 no, I did not.

16 Q. So why do you say that the -- is it your opinion

17 that the features, functionality provided by Blaze

18 within the TAPS application could be done with an

19 Excel spreadsheet; correct?

20 A. That's what I was told. Yes.

21 Q. That's what you were told by whom?

22 A. Helen and Ellen.

23 Q. And did you do anything to independently verify

24 that that statement was true?

25 A. I looked at the descriptions of all the use of

1 TAPS within the depositions and documents that I

2 had, and it would confirm that it's a disclosure

3 type of check the box function that we disclose

4 properly as part of the process. So that's my

5 only verification.

6 Q. And how would you use an Excel spreadsheet instead

7 of Blaze to accomplish the same functionality?

8 A. I have an individual pull up the spreadsheet, go

9 through the list of applications, and see if it

10 complied.

11 Q. But you don't know how many applications that

12 individual would have to look through?

13 A. And according to Ellen, it's a low volume

14 business. So I didn't ask how many policies. Low

15 volume usually means low, not many, and they said

16 that Blaze was used because it was there. It --

17 you know, it wasn't -- not Helen and Ellen didn't

18 say that because they didn't know Blaze existed.

19 Ramesh Pandey basically said they could have

20 easily used Excel as well.

21 Q. Do you know how many people would need to be

22 employed to undertake the same tasks as Blaze

23 Advisor with respect to the TAPS application to

24 perform the same functions using Excel

25 spreadsheet?

1 A. I don't recall the exact number, but they said a

2 small number of people could have done this.

3 Q. How many is a small number of people?

4 A. I don't know. I didn't ask.

5 Q. Over how many years? Do you know?

6 A. No.

7 Q. You don't know how many policies it involved;

8 correct?

9 A. Other than it was a low volume business. Workers'

10 comp in Texas is poor -- is probably a very low

11 volume business.

12 Q. Chubb is one of the largest insurance companies in

13 the world; correct?

14 A. Um-hm.

15 Q. They are one of the largest suppliers of business

16 insurance in the United States; correct?

17 A. Right.

18 Q. So a low volume of business to Chubb could be --

19 strike that. So you don't have an opinion one way

20 or the other as to the cost or expense Chubb would

21 have incurred to use an Excel spreadsheet instead

22 of Blaze Advisor in the TAPS application --

23 A. I do not.

24 Q. And you don't -- you have not undertaken an

25 analysis to determine whether the use of a

1 spreadsheet in the TAPS application instead of

2 Blaze Advisor would yield the same results;

3 correct?

4 A. I -- I'm going by the word, the folks I spoke

5 with, that they could use it that way.

6 Q. Do you know what percent of Federal's business

7 rules were ever implemented into Blaze Advisor?

8 A. I couldn't get a count. So no I do not.

9 Q. What was your methodology then to determine in

10 Paragraph 69 to make the statement, "Only a

11 fraction of Federal's business rules and decisions

12 were ever loaded into Blaze Advisor," -- "Blaze to

13 assist Federal."?

14 A. There's hundreds of thousands of rules that are

15 executed on a daily basis as part of this business

16 activity model, and if you look at the numbers of

17 rules that are loaded -- that are on that Fed

18 17914, it's a small amount compared to the total

19 rules that are being made on a daily basis.

20 Q. Do you know how many -- how many rules decisions

21 are being made at Federal on a daily basis?

22 A. I do not.

23 Q. Did you ask anyone?

24 A. I asked for total rules relative to plays, but I

25 didn't ask them for the total rules across all of