# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

**PLAINTIFF FAIR ISAAC CORPORATION'S MOTION IN LIMINE NO. 6 TO EXCLUDE INTRODUCTION OF, OR REFERENCE TO, PLAINTIFF'S ORIGINAL COMPLAINT, AMENDED COMPLAINT, OR SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 37 and Federal Rules of Evidence 401, 402, and 403, Plaintiff Fair Isaac Corporation ("FICO") respectfully moves the Court for an Order granting its Motion in Limine (No. 6) to Exclude Introduction of, or Reference to, Plaintiff's Original Complaint, Amended Complaint, or Second Amended Complaint. This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the Declaration of Paige Stradley, the papers and records on file herein, and on such information and evidence as may be presented at any hearing on this Motion.

|  |  |
|---|---|
|  | MERCHANT & GOULD P.C. |
| DATE: January 31, 2023 | /s/ Heather Kliebenstein |

Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Paige S. Stradley, MN Bar #393432
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
pstradley@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com