# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendants. | Case No. 16-cv-1054 (DTS) |

**PLAINTIFF FAIR ISAAC CORPORATION'S NOTICE OF MOTION IN LIMINE NO. 6 TO EXCLUDE INTRODUCTION OF, OR REFERENCE TO, PLAINTIFF'S ORIGINAL COMPLAINT, AMENDED COMPLAINT, OR SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff Fair Isaac Corporation ("FICO") will move this Court, on February 3, 2023 at 3:00 p.m., before the Honorable David T. Schultz, United States Magistrate Judge for the U.S. District Court for the District of Minnesota, in Courtroom 14W, United States District Court, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for an order granting Plaintiff's Motion in Limine No. 6 to Exclude Introduction of, or Reference to, Plaintiff's Original Complaint, Amended Complaint, or Second Amended Complaint. The grounds for this Motion will be set forth and supported in an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the arguments of counsel, and all of the papers and proceedings in this matter.

                                        MERCHANT & GOULD P.C.

DATE: January 31, 2023        /s/ Heather Kliebenstein
                                        Allen Hinderaker, MN Bar # 45787
                                        Heather Kliebenstein, MN Bar # 337419
                                        Paige S. Stradley, MN Bar #393432
                                        Michael A. Erbele, MN Bar # 393635
                                        Joseph Dubis, MN Bar # 0398344
                                        Gabrielle L. Kiefer, MN Bar # 0402364
                                        MERCHANT & GOULD P.C.
                                        150 South Fifth Street
                                        Suite 2200
                                        Minneapolis, MN  55402
                                        Tel:  (612) 332-5300
                                        Fax:  (612) 332-9081
                                        ahinderaker@merchantgould.com
                                        hkliebenstein@merchantgould.com
                                        pstradley@merchantgould.com
                                        merbele@merchantgould.com
                                        jdubis@merchantgould.com
                                        gkiefer@merchantgould.com