# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) Case No. 16-cv-1054 (DTS) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF PAIGE STRADLEY IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN LIMINE NO. 6 TO EXCLUDE INTRODUCTION OF, OR REFERENCE TO, PLAINTIFF'S ORIGINAL COMPLAINT, AMENDED COMPLAINT, OR SECOND AMENDED COMPLAINT**

I, Paige Stradley, declare as follows:

1. I am a partner with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation ("FICO") in the above captioned matter.

2. I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Memorandum of Law in Support of its Motion in Limine No. 6 to Exclude Introduction of, or Reference to, Plaintiff's Original Complaint, Amended Complaint, or Second Amended Complaint.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of an email with attachment from counsel for Defendants Roxana Guidero to the FICO trial team dated January 23, 2023.

4.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of an email exchange between counsel for FICO Paige Stradley and counsel for Defendants Roxana Guidero dated January 23, 2023 through January 25, 2023.

5.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of an excerpt of Federal Insurance Company's Supplemental Answers to Plaintiff's First Set of Interrogatories served on June 15, 2017.

6.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Federal Insurance Company's Rule 26(a)(1) Second Supplemental Disclosures served on March 22, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 31, 2023         /s/ Paige Stradley
                                      Paige Stradley