# EXHIBIT 1

| | |
|---|---|
| **From:** | Guidero, Roxana |
| **To:** | FICO-MGTeam |
| **Cc:** | Godesky, Leah; Rush, Daryn E.; tfleming@fredlaw.com; ljanus@fredlaw.com; ryoung@fredlaw.com; Perez, Sharlean; dnorvold@fredlaw.com |
| **Subject:** | FICO - Defendants" Supplemental Exhibit List |
| **Date:** | Monday, January 23, 2023 5:15:36 PM |
| **Attachments:** | Defs. Supplemental Ex. List.XLSX |

**CAUTION - External.**

Counsel,

Attached is Defendants' supplemental exhibit list.  A link to a secure website from which you can download the exhibits themselves will follow from Sharlean Perez.  As before, while the parties work through their objections and before filing the final exhibit list with the Court, we've assigned each document a temporary control number in lieu of an exhibit number (identified as TC-XXXX).

Defendants' inclusion of these documents on this supplemental exhibit list shall not be construed as a waiver of Defendants' objections to FICO's use of the same documents.  Defendants reserve the right to supplement or amend this exhibit list including, but not limited to, in response to the Court's rulings on motions in limine, any stipulations among the parties, other developments in the case, to replace incomplete exhibits, or to provide better copies of exhibits.  Defendants reserve the right to present demonstrative exhibits at trial that are not yet developed or included on this list, as well as use exhibits for impeachment or rebuttal that are not included on this list.  Furthermore, Defendants do not intend to waive any objections regarding the admissibility of any evidence, including objections set forth in any forthcoming motions in limine.

Best,

# O'Melveny

**Roxana Guidero**
Counsel
rguidero@omm.com
O: +1-310-246-6751

O'Melveny & Myers LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA  90067
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

| Defs. Control No. | Date Offered | Marked | Admitted | Date of Document | Begin Bates No. | End Bates No. | Description |
|---|---|---|---|---|---|---|---|
| TC-0353 | | | | 2006.02.24 | FICO0062147 | FICO0062148 | Email from David E. Burgess to Keith Owes and others |
| TC-0354 | | | | 2006.02.28 | FICO0062149 | FICO0062151 | Email from Bill Waid to Marcia M. Palmer and others |
| TC-0355 | | | | 2006.03.01 | FICO0062287 | FICO0062288 | Email from David E. Burgess to Dan Foy and others |
| TC-0356 | | | | 2006.12.28 | FED010117_0001 | FED010119_0001 | Screenshot of Blaze Advisor Software License Contract Data |
| TC-0357 | | | | 2007.02.27 | FICO0063033 | FICO0063034 | Email from Karen Beale to Vincent Gamba and others |
| TC-0358 | | | | 2015.10.23 | FICO0004226 | FICO0004229 | Email from James Chaban to Bill Waid |
| TC-0359 | | | | 2015.11.09 | FICO0004308 | FICO0004311 | Email from Isabel Vives to Tim Giardina and others |
| TC-0360 | | | | 2016.04.21 | | | Complaint |
| TC-0361 | | | | 2017.02.01 | | | Amended Complaint |
| TC-0362 | | | | 2018.02.05 | | | Declaration of William Waid ISO FICO's Opposition to Federal's Motion to Compel |
| TC-0363 | | | | 2018.09.11 | | | Second Amended Complaint |
| TC-0364 | | | | 2021.00.00 | FICO0070549 | FICO0070779 | Chubb Ltd. FY 2021 10-K Filing |
| TC-0365 | | | | 2021.00.00 | FICO0071690 | FICO0071981 | Chubb Ltd. 2021 Annual Report |
| TC-0366 | | | | 2021.00.00 | | | FICO FY 2021 10-K Filing |
| TC-0367 | | | | 2021.00.00 | | | FICO 2021 Annual Report |
| TC-0368 | | | | 2021.00.00 | FICO0081365 | FICO0082072 | Federal Insurance Company 2021 Annual Statement |