# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

## [PROPOSED] ORDER GRANTING

This matter is before the Court on Plaintiff Fair Isaac Corporation's Motion in Limine No. 6 to Exclude Introduction of, or Reference to, Plaintiff's Original Complaint, Amended Complaint, or Second Amended Complaint. (Dkt. No. 1044.) Upon consideration of FICO's motion and all of the files, records and proceedings herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. Defendants Federal Insurance Company and ACE American Insurance Company are hereby precluded from introducing or referring to Plaintiff's original Complaint, Amended Complaint, or Second Amended Complaint and the allegations contained therein.

**IT IS SO ORDERED.**

Dated: _____

                                                                                      _____
                                                                                      Judge David T. Schultz
                                                                                      Magistrate Judge