## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF JOSEPH DUBIS IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S UNOPPOSED MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO REDACT DECEMBER 13, 2022 BIFURCATION HEARING TRANSCRIPT

I, Joseph Dubis, declare as follows:

1.　　I am an attorney with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2.　　I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Unopposed Memorandum of Law in Support of its Motion to Redact December 13, 2022 Bifurcation Hearing Transcript.

3.　　Attached hereto as Exhibit A is a true and correct copy of the December 13, 2022 hearing transcript with the proposed redactions FICO seeks by way of the instant motion.

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed on: February 1, 2023          /s/ Joseph Dubis
                                       Joseph Dubis