UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

**[PROPOSED] ORDER GRANTING**

This matter is before the Court on Plaintiff Fair Isaac Corporation's Unopposed Motion to Redact December 13, 2022 Bifurcation Hearing Transcript (Dkt. No. 1051.) Upon consideration of FICO's motion and all of the files, records and proceedings herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. FICO is allowed to submit a redacted transcript of the December 13, 2022 bifurcation hearing transcript to the Court Reporter, Paula K. Richter; and

2. Paula K. Richter shall docket only the redacted transcript.

**IT IS SO ORDERED.**

Dated: _____

                                                              Judge David T. Schultz
                                                              Magistrate Judge