UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>　　　　Defendants. | Court File No.  16-cv-1054 (DTS)<br><br><br>**DEFENDANTS' ADDITIONAL INFORMATION IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 3 [DKT. NO. 1033]** |

---

As discussed at the Final Pre-Trial Conference on February 3, 2023, Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Defendants") direct the Court's attention to the following portions of deposition testimony:

- <u>Michael Sawyer</u>: 117:12-119:7 (excerpt of testimony attached hereto as **Exhibit A**).

- <u>Russell Schreiber</u>: 241:22-243:4 (excerpt of testimony attached hereto as **Exhibit B**).

Dated:  February 3, 2023 */s/ Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#399444)
pvang@fredlaw.com

**Fredrikson & Byron, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

Leah Godesky (Admitted Pro Hac Vice)
lgodesky@omm.com
Anton Metlitsky (Admitted Pro Hac Vice)
ametlitsky@omm.com
Daryn Rush (Admitted Pro Hac Vice)
drush@omm.com
Roxana Guidero (Admitted Pro Hac Vice)
rguidero@omm.com

**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

***Attorneys for Federal Insurance Company and ACE American Insurance Company***