UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

### PLAINTIFF FAIR ISAAC CORPORATION'S DEPOSITION DESIGNATIONS RE: JOHN TAYLOR

Plaintiff Fair Isaac Corporation ("FICO"), by and through its undersigned counsel, hereby makes the following designations of deposition testimony from the Deposition of John Taylor. Defendants' objections to FICO's designations and counter designations, as well as FICO's objections to Defendants' counter designations are also included in the following set forth below.  FICO makes these disclosures without prejudice to amending or supplementing the disclosures in the future, if necessary, including but not limited to further reducing the designations set forth below. FICO reserves the right to use any deposition testimony, whether designated or not, for purposes of cross-examination, impeachment, and/or rebuttal. FICO reserves the right to designate additional deposition testimony or call any witness for live testimony in response to any of Defendants' deposition designations or for any other reason. FICO's designations include all exhibits

that are referenced in the specified pages and lines, whether or not such exhibits are separately identified. FICO reserves the right to use any deposition testimony designated by Defendants.

| Plaintiff's Deposition Designations – John Taylor (August 2, 2018) | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections | Plaintiff's Counter-Counter Designations |
|---|---|---|---|---|
| 9:13-14 | | | | |
| 12:6-14:5 | | 14:6-15 | | |
| 14:16-18 | | | | |
| 14:22-15:12 | | | | |
| 16:8-16:25 | | | | |
| 17:3-17:22 | | 17:23-18:11 | | |
| 18:12-20 | | | | |
| 18:24-19:5 | | | | |
| 19:9-19:18 | | | | |
| 19:25-20:16 | | | | |
| 20:21-21:3 | | | | |
| 21:15-22:13 | | 22:14-23 | | |
| 24:5-26:9 | | | | |
| 34:9-34:14 | | | | |
| 34:19-34:22 | | | | |
| 34:25 | | | | |
| 35:7-35:19 | | | | |
| 35:23-36:11 | | | | |
| 37:5-37:17 | | 37:18-22 | | |
| 37:23-38:5 | | | | |
| 38:8-17 | | 38:18-39:1 | | |
| 39:7-39:14 | | 39:4-6 | | |
| 39:22-40:10 | | | | |
| 40:17-40:20 | | | | |
| 40:23-40:25 | | | | |
| 41:16-42:2 | | 41:10-14 | | |
| 43:9-44:5 | | | | |
| 44:17-44:25 | | | | |
| 46:23-48:1 | | | | |
| 48:8-48:17 | | | | |
| 48:21-49:8 | | 49:11-14 | | |
| 49:15-49:16 | | | | |
| 49:18 | | 49:19-21 | | |
| 49:22-50:3 | | 50:4-5 | | |

| Plaintiff's Deposition Designations – John Taylor (August 2, 2018) | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections | Plaintiff's Counter-Counter Designations |
|---|---|---|---|---|
| 50:6-50:10 | | | | |
| 51:1-51:11 | | | | |
| 51:20-52:1 | | 52:20-53:7 | | |
| 53:9 | | 53:10-12 | | |
| 53:13-54:7 | | | | |
| 54:17-54:23 | | 54:24-55:2 | | |
| 55:3-56:2 | | 56:3-5 | | |
| 56:6-57:15 | | 57:16-18 | | |
| 57:19-58:13 | | 58:14-16 | | |
| 58:17-59:13 | | 59:14-16 | | |
| 59:17-60:16 | | 60:17-19 | | |
| 60:20-61:14 | | 61:15-17 | | |
| 61:18-62:12 | | 62:13-14 | | |
| 62:15-62:23 | | | | |
| 63:11-63:14 | | | | |
| 65:7-65:12 | | 65:13-16 | | |
| 65:17-65:23 | | | | |
| 66:6 | | 66:7-9 | | |
| 66:12-67:21 | | 67:22-24 | | |
| 67:25-68:1 | | | | |
| 68:5-68:16 | | 68:17-69:1 | | |
| 69:5-69:7 | | 69:8-9 | | |
| 69:10-69:13 | | 69:14-16 | | |
| 69:17-70:6 | | | | |
| 70:11-18 | | | | |
| 70:20 | | 70:21-23 | | |
| 70:24-72:11 | | | | 72:25-73:6 |
| 73:7-73:25 | Incomplete | | | |
| 74:20-75:5 | | | | |
| 75:12-25 | | | | |
| 76:1-3 | Other: Outside of 30(b)(6) Scope | | | |
| 76:13-76:17 | | | | |
| 76:20-76:22 | | | | |
| 78:16-78:19 | Other: Outside of 30(b)(6) Scope | | | |
| 78:21 | Other: Outside of 30(b)(6) Scope | | | |
| 78:22-24 | | | | |
| 79:2-79:16 | | 79:17-23 | | |

3

| Plaintiff's Deposition Designations – John Taylor (August 2, 2018) | Defendants' Objections | Defendants' Counter Designations | Plaintiff's Objections | Plaintiff's Counter-Counter Designations |
|---|---|---|---|---|
| 79:24-80:11 | | | | |
| 80:21 | | 80:22-23 | | |
| 80:24-81:5 | | 81:6 | | |
| 81:7-81:12 | | 81:13 | | |
| 81:14-82:5 | | | | |
| 82:6-19 | PK | 82:20-21 | | |
| 82:22-25 | | | | |
| 83:1-7 | PK | 83:9-10 | | 83:11-15 |
| 83:23-84:3 | | 83:16-22 | | |
| 84:15-22 | PK | | | |
| 84:23-85:8 | PK | | | |
| 85:9-19 | PK | 85:20-21 | | |
| 85:22-25 | PK | 86:1-2 | | |
| 86:3-7 | PK | | | |
| 86:16-20 | | | | 86:8-15 |
| 86:21-87:12 | | | | |
| 87:15 | | 87:16 | | |
| 87:17-88:2 | | 88:3 | | |
| 88:4-88:18 | | | | |
| 88:25 | | 89:1-4 | | |
| 89:7-89:25 | | | | |
| 90:24-91:1 | | | | |
| 91:4-6 | | | | |
| 92:13-92:15 | | | | |
| 92:18-92:19 | | | | |
| 92:25-93:17 | | 93:18 | | |
| 94:2-94:7 | | | | |
| 94:17 | | 94:18-95:6 | | |
| 96:10-96:13 | | | | |
| 96:15-97:9 | | | | |
| 97:18-98:12 | | | | |
| 99:13 | | 99:14-15 | | |
| 100:1-100:6 | | 100:7-11 | | |
| 100:12-100:19 | | 100:20-24<br>101:14-23 | | |
| 102:10-102:22 | | 102:5-9 | | |
| 102:25-103:6 | | 102:23-24<br>103:11-104:5 | O (incomplete) | |
| 105:12-105:18 | | | | |
| 109:20-109:21 | | | | |

4

Dated: February 10, 2023　　　　　　　　　MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 398344
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402
Tel: (612) 332-5300
Fax: (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com

*Attorneys for Plaintiff FICO*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, I served the foregoing document on counsel for Defendants, Federal Insurance Company and Ace American Insurance Company:

**Via Email:**
Terrence J. Fleming (tfleming@fredlaw.com)
Leah C. Janus (ljanus@fredlaw.com)
Christopher D. Pham (cpham@fredlaw.com)
Ryan C. Young (ryoung@fredlaw.com)
Panhia Vang (pvang@fredlaw.com)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425

**Via Email:**
Leah Godesky (lgodesky@omm.com)
Anton Metlitsky (ametlitsky@omm.com)
Daryn Earl Rush (drush@omm.com)
Roxana Guidero (rguidero@omm.com)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036


Dated: February 10, 2023                /s/ *Abigail Krueger*
                                           Abigail Krueger