**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**JURY TRIAL MINUTES**

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| Plaintiff, | BEFORE: DAVID T. SCHULTZ |
| | U.S. Magistrate Judge |
| v. | Case No.: 16-cv-1054 (DTS) |
| | Date: February 15, 2023 |
| Federal Insurance Company, | Court Reporter: Maria Weinbeck, |
| ACE American Insurance Company, | Paula Richter |
| | Location: Minneapolis, 14W |
| Defendants. | Time Commenced:   9:04am; 1:45pm |
| | Time Concluded:    12:19pm; 3:45pm |
| | Total Time: 5 hours, 15 minutes |

**APPEARANCES**:

For the Plaintiff:

    Joseph W. Dubis
    Michael A. Erbele
    Allen W. Hinderaker
    Heather J. Kliebenstein
    Gabrielle L. Kiefer
    Paige S. Stradley

Corporate representatives:
Jim Woodward and Bill Waid

For the Defendants:

    Terrence J. Fleming
    Leah Godesky
    Roxana Guidero
    Leah C. Janus
    Anton Metlitsky
    Daryn E. Rush
    Panhia Vang
    Ryan Cameron Young

Corporate representatives:
Claudio Ghislanzoni and Max Bryer

**PROCEEDINGS**:

X    Voir dire/jury selection held.
X    Jury was impaneled.
X    Preliminary jury instructions given.
X    Jury trial to begin Thursday, February 16, 2023, at 9:00am in Courtroom 14W.

    s/ms
    *Law Clerk*