# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

**NOTICE OF INTENT TO REQUEST REDACTION OR NOTICE THAT NO REDACTION IS REQUIRED**

Fair Isaac Corporation,

　　　　　　Plaintiff(s)　　　　　　Case No: 16-cv-1054 (DTS)

v.

Federal Insurance Company, et al.

　　　　　　Defendant(s)

The undersigned Allen Hinderaker hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts that,

☐ I intend to request redaction of personal identifiers located within the transcript of Final Pretrial Conference held on 2/3/23, filed on 2/8/2023 to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

OR

☑ I will not be requesting redaction as no redaction is required.

Dated: 2/15/23　　　/s/Allen Hinderaker