## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

**NOTICE THAT NO REDACTION IS REQUIRED**

**Fair Isaac Corporation**

       Plaintiff            Case No: 16-cv-1054 (DTS)

v.

**Federal Insurance Company, an Indiana corporation, and ACE American Insurance Company, a Pennsylvania corporation,**

       Defendant(s)

---

The undersigned Terrence J. Fleming hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts that, the transcript of the motion hearing and Final Pretrial Conference filed on February 8, 2023,

☐ I intend to request redaction of personal identifiers located within the transcript of _____, filed on _____ to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

OR

☒ I will not be requesting redaction as no redaction is required.

Dated: 2/15/2023                                */s Terrence J. Fleming*
                                                          Terrence J. Fleming