# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## JURY TRIAL MINUTES

Fair Isaac Corporation,

    Plaintiff,

v.

Federal Insurance Company,
ACE American Insurance Company,

    Defendants.

**COURT MINUTES**
BEFORE: DAVID T. SCHULTZ
U.S. Magistrate Judge

Case No.: 16-cv-1054 (DTS)
Date: February 16, 2023
Court Reporters:
Maria Weinbeck, Paula Richter
Location: Minneapolis, 14W
Time Commenced:   9:12am; 1:00pm
Time Concluded:   12:06pm  4:55pm
Total Time:   6 hours, 49 minutes

**APPEARANCES**:

For the Plaintiff:

    Joseph W. Dubis
    Michael A. Erbele
    Allen W. Hinderaker
    Heather J. Kliebenstein
    Gabrielle L. Kiefer
    Paige S. Stradley

    Corporate representatives:
    Bill Waid, Jim Woodward

For the Defendants:

    Nikola L. Datzov
    Terrence J. Fleming
    Leah Godesky
    Roxana Guidero
    Christian Victor Hokans
    Leah C. Janus
    Anton Metlitsky
    Christopher D Pham
    Daryn E. Rush
    Panhia Vang
    Ryan Cameron Young

    Corporate representatives:
    Claudio Ghislanzoni, Max Bryer

**PROCEEDINGS**:

| | |
|---|---|
| X | Jury Trial Held |
| X | Opening statements |
| X | Plaintiff's witnesses:<br>Sean Baseman<br>Jean-Luc Marce |
| X | Jury trial continued to Friday, February 17, 2023 at 9:00am in Courtroom 14W. |

s/   MS
*Law Clerk*
