**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**JURY TRIAL MINUTES**

| | |
|---|---|
| Fair Isaac Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Federal Insurance Company,<br>ACE American Insurance Company,<br><br>　　　　Defendants. | **COURT MINUTES**<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No.: 16-cv-1054 (DTS)<br>Date: February 17, 2023<br>Court Reporter:<br>　　Maria Weinbeck,<br>　　Renee Rogge<br>Location: Minneapolis, 14W<br>Time Commenced: 8:40am; 1:10pm<br>Time Concluded: 12:05pm; 5:12pm<br>Total Time:7 hours, 27 minutes |

**APPEARANCES**:

For the Plaintiff:

　　Joseph W. Dubis
　　Michael A. Erbele
　　Allen W. Hinderaker
　　Heather J. Kliebenstein
　　Gabrielle L. Kiefer
　　Paige S. Stradley

　　Corporate representatives:
　　Bill Waid, Jim Woodward

For the Defendants:

　　Nikola L. Datzov
　　Terrence J. Fleming
　　Leah Godesky
　　Roxana Guidero
　　Christian Victor Hokans
　　Leah C. Janus
　　Anton Metlitsky
　　Christopher D Pham
　　Daryn E. Rush
　　Panhia Vang
　　Ryan Cameron Young

　　Corporate representatives:
　　Claudio Ghislanzoni, Max Bryer

**PROCEEDINGS**:

X       Jury Trial Held

X       Plaintiff's witnesses:
        Jean-Luc Marce
        Benjamin Baer
        Russell Schreiber (via deposition)
        Jandeen Boone

X       Defendants' witnesses
        Russell Schreiber (via deposition)

X       Jury trial continued to February 21, 2023 at 9:00am in Courtroom 14W.

                                                                    s/MS
                                                                *Law Clerk*