UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

**JOINT STIPULATION REGARDING INADMISSIBILITY**

Plaintiff Fair Isaac Corporation ("FICO") and Defendants Federal Insurance Company ("Federal") and ACE American Insurance Company ("ACE American") (collectively, "Defendants") hereby stipulate to the following:

1. Documents and communications relating to negotiations between FICO and Federal, Chubb & Son (a division of Federal), and/or Chubb, or done in furtherance of those negotiations, dated February 27, 2016 through March 29, 2016 are inadmissible for any purpose and may not be introduced, discussed, or admitted at trial (hereinafter, collectively the "Negotiation Materials"). Such Negotiation Materials include but are not limited to the following documents: P-0097, P-0256, P-0257, P-0614, P-0139, P- 0232, P-0258, P-0259, P-0689, P-0261, P-0141, P-0262, P-0419, P-0233, P-0265, P-0266, P-0083, P-0099, P-615, P-0234, P-0100, P-0853, P-0101, P-0263, P-0854, P-0933, P-0852, P- 0102, P-0142, P-0066, P-0098, P-0068, P-0084, P-0235, P-0140, P-0260. As part of

this agreement, the parties have also agreed that D-0160 will not be introduced, discussed, or admitted at trial. This exclusion includes documents and communications internal to the respective Parties but which relate to, or were done in furtherance of, negotiations between FICO and Federal, Chubb & Son (a division of Federal), and/or Chubb taking place between February 27, 2016 through March 29, 2016.

    2.    Testimony from any Party relating to negotiations between FICO and Federal, Chubb & Son (a division of Federal), and/or Chubb, or done in furtherance of such negotiations, dated February 27, 2016 through March 29, 2016 is inadmissible for any purpose. This exclusion includes discussion of the content of Negotiation Materials dated February 27, 2016 through March 29, 2016.

    3.    FICO's termination letter dated March 30, 2016 (P-0103) is admissible.

The Parties request that the Court enter the proposed Order filed concurrently herewith.

                          MERCHANT & GOULD P.C.

DATE: February 20, 2023        /s/ Paige S. Stradley
                                      Allen Hinderaker, MN Bar # 45787
                                      Heather Kliebenstein, MN Bar # 337419
                                      Paige S. Stradley, MN Bar #393432
                                      Michael A. Erbele, MN Bar # 393635
                                      Joseph W. Dubis, MN Bar # 0398344
                                      Gabrielle L. Kiefer, MN Bar # 0402364
                                      MERCHANT & GOULD P.C.
                                      150 South Fifth Street, Suite 2200
                                      Minneapolis, MN  55402
                                      Tel:  (612) 332-5300
                                      Fax:  (612) 332-9081
                                      ahinderaker@merchantgould.com
                                      hkliebenstein@merchantgould.com
                                      pstradley@merchantgould.com

merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com

*Attorneys for Plaintiff FICO*

-AND-

s/ Roxana Guidero
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#399444)
pvang@fredlaw.com

**Fredrikson & Byron, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

Leah Godesky (Admitted Pro Hac Vice)
lgodesky@omm.com
Anton Metlitsky (Admitted Pro Hac Vice)
ametlitsky@omm.com
Daryn Rush (Admitted Pro Hac Vice)
drush@omm.com
Roxana Guidero (Admitted Pro Hac Vice)
rguidero@omm.com

**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

*Attorneys for Federal Insurance Company and ACE American Insurance Company*

3