# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation, | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Federal Ins. Co., et al., | |
| Defendants. | |

Plaintiff Fair Isaac Corporation's ("FICO") and Defendants Federal Insurance Company's ("Federal") and ACE American Insurance Company's ("ACE American") entered a Joint Stipulation on Inadmissibility. [Dkt. No. 1092]. Upon consideration of the Parties' Joint Stipulation on Inadmissibility and all of the files, records, and proceedings herein, the stipulation is **GRANTED**.

**IT IS HEREBY ORDERED** that:

1. Documents and communications relating to negotiations between FICO and Federal, Chubb & Son (a division of Federal), and/or Chubb, or done in furtherance of those negotiations, dated February 27, 2016 through March 29, 2016 are inadmissible for any purpose and may not be introduced, discussed, or admitted at trial (hereinafter, collectively the "Negotiation Materials"). Such Negotiation Materials include but are not limited to the following documents: P-0097, P-0256, P-0257, P-0614, P-0139, P-0232, P-0258, P-0259, P-0689, P-0261, P-0141, P-0262, P-0419, P-0233, P-0265, P-0266, P-0083, P-0099, P-615, P-0234, P-0100, P-0853, P-0101, P-0263, P-0854, P-0933, P-0852, P-0102, P-0142, P-0066, P-0098, P-0068, P-0084, P-0235, P-

0140, P-0260. D-0160 also will not be introduced, discussed, or admitted at trial. This exclusion includes documents and communications internal to the respective Parties but which relate to, or were done in furtherance of, negotiations between FICO and Federal, Chubb & Son (a division of Federal), and/or Chubb taking place between February 27, 2016 through March 29, 2016.

2. Testimony from any Party relating to negotiations between FICO and Federal, Chubb & Son (a division of Federal), and/or Chubb, or done in furtherance of such negotiations, dated February 27, 2016 through March 29, 2016 is inadmissible for any purpose. This exclusion includes discussion of the content of Negotiation Materials dated February 27, 2016 through March 29, 2016.

3. FICO's termination letter dated March 30, 2016 (P-0103) is admissible.

**IT IS SO ORDERED.**

Dated: February 21, 2023                    s/ David T. Schultz
                                            David T. Schultz
                                            U.S. Magistrate Judge