# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## JURY TRIAL MINUTES

| | |
|---|---|
| Fair Isaac Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Federal Insurance Company,<br>ACE American Insurance Company,<br><br>    Defendants. | **COURT MINUTES**<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No.: 16-cv-1054 (DTS)<br>Date: February 21, 2023<br>Court Reporter:<br>Kristine Mousseau, Renee Rogge<br>Location: Minneapolis, 14W<br>Time Commenced: 8:55am; 1:30pm<br>Time Concluded: 12:00pm; 4:44<br>Total Time: 6 hours, 19 minutes |

**APPEARANCES**:

For the Plaintiff:

    Joseph W. Dubis
    Michael A. Erbele
    Allen W. Hinderaker
    Heather J. Kliebenstein
    Gabrielle L. Kiefer
    Paige S. Stradley

    Corporate representatives:
    Bill Waid, Jim Woodward

For the Defendants:

    Nikola L. Datzov
    Terrence J. Fleming
    Leah Godesky
    Roxana Guidero
    Christian Victor Hokans
    Leah C. Janus
    Anton Metlitsky
    Christopher D Pham
    Daryn E. Rush
    Panhia Vang
    Ryan Cameron Young

    Corporate representatives:
    Claudio Ghislanzoni, Max Bryer

**PROCEEDINGS**:
X	Jury Trial Held

X	Plaintiff's witnesses:
	Jandeen Boone
	Chris Ivey
	Ramesh Pandey

X	Jury trial continued to Friday, February 24, 2023 in Courtroom 14W.

									s/ms
									*Law Clerk*