**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

**JURY TRIAL MINUTES**

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | U.S. Magistrate Judge |
| | |
| v. | Case No.: 16-cv-1054 (DTS) |
| | Date: February 24, 2023 |
| Federal Insurance Company, | Court Reporter: Kristine Mouseau, |
| ACE American Insurance Company, | Renee Rogge |
| | Location: Minneapolis, 14W |
| Defendants. | Time Commenced: 9:00am; 1:35pm |
| | Time Concluded: 12:40; 5:00pm |
| | Total Time: 7 hours, 5 minutes |

**APPEARANCES**:

For the Plaintiff:

    Joseph W. Dubis
    Michael A. Erbele
    Allen W. Hinderaker
    Heather J. Kliebenstein
    Gabrielle L. Kiefer
    Paige S. Stradley

    Corporate representatives:
    Bill Waid, Jim Woodward

For the Defendants:

    Nikola L. Datzov
    Terrence J. Fleming
    Leah Godesky
    Roxana Guidero
    Christian Victor Hokans
    Leah C. Janus
    Anton Metlitsky
    Christopher D Pham
    Daryn E. Rush
    Panhia Vang
    Ryan Cameron Young

    Corporate representatives:
    Claudio Ghislanzoni, Max Bryer

**PROCEEDINGS**:

X       Jury Trial Held

X       Plaintiff's witnesses:
        Larry Wachs (via deposition)
        Thomas Carretta

X       Jury trial continued to Monday, February 27, 2023 at 9:00am in Courtroom 14W.

s/ms<br><i>Law Clerk</i>