# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) | Case No. 16-cv-1054 (DTS) |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STATEMENT OF NO REDACTION

Pursuant to LR 5.6, Exhibits 1-6 to the Letter to Judge Schultz regarding Exhibits

P-0016A, P-0016, P-0900, P-1060, and P-1061 (Dkt. No. 1109-01) have been filed under

temporary seal. Exhibits 1-6 were not redacted because the entire document is marked

"Confidential" or "Confidential – Attorneys' Eyes Only" information under the

Protective Order (Dkt. No. 44) entered in the case.  Therefore, it is impracticable to

redact.

<div style="margin-left: 40%;">

MERCHANT & GOULD P.C.

</div>

DATE: February 26, 2023

<div style="margin-left: 40%;">

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Paige S. Stradley, MN Bar #393432
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364

</div>

MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
pstradley@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com

*Attorneys for Plaintiff Fair Isaac Corporation*

2