**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

**JURY TRIAL MINUTES**

| | |
|---|---|
| Fair Isaac Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Federal Insurance Company,<br>ACE American Insurance Company,<br><br>    Defendants. | **COURT MINUTES**<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No.: 16-cv-1054 (DTS)<br>Date: February 27, 2023<br>Court Reporter: Kristine Mousseau,<br>Renee Rogge<br>Location: Minneapolis, 14W<br>Time Commenced: 9:00am; 1:05pm<br>Time Concluded:    12:05pm; 5:02pm<br>Total Time:    7 hours, 2 minutes |

**APPEARANCES**:

For the Plaintiff:

    Joseph W. Dubis
    Michael A. Erbele
    Allen W. Hinderaker
    Heather J. Kliebenstein
    Gabrielle L. Kiefer
    Paige S. Stradley

    Corporate representatives:
    Bill Waid, Jim Woodward

For the Defendants:

    Nikola L. Datzov
    Terrence J. Fleming
    Leah Godesky
    Roxana Guidero
    Christian Victor Hokans
    Leah C. Janus
    Anton Metlitsky
    Christopher D Pham
    Daryn E. Rush
    Panhia Vang
    Ryan Cameron Young

    Corporate representatives:
    Claudio Ghislanzoni, Max Bryer

**PROCEEDINGS**:

X    Jury Trial Held

X    Plaintiff's witnesses:
        Henry Mirolyuz (via deposition)
        Claudio Ghislanzoni
        John Taylor (via deposition)

X    Jury trial continued to Tuesday, February 28, 2023 at 9:00am in Courtroom 14W.

                          s/ms
                         *Law Clerk*