# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation, | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Federal Ins. Co., et al., | |
| Defendants. | |

The Court held a hearing on Defendants' Motion to Bifurcate [Dkt. No. 899] on December 13, 2022. Defendants requested a transcript of the hearing, which was filed under seal on January 9, 2023 (Dkt. No. 931) with instructions that "Parties have 7 days to file a *Notice of Intent to Request Redaction.*" Both parties filed "NOTICE THAT NO REDACTION IS REQUIRED" (Dkt. Nos. 988, 992). Plaintiff has now filed a motion to redact the transcript at Docket Number 931.

After review of the motion and memorandum and because the motion is unopposed; **IT IS HEREBY ORDERED:** The transcript at Docket Number 931 is to remain sealed and a redacted transcript shall be made public.

Dated: February 28, 2023

                                                                                                 s/David T. Schultz
                                                                                                 DAVID T. SCHULTZ
                                                                                                 U.S. Magistrate Judge