**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**JURY TRIAL MINUTES**

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | U.S. Magistrate Judge |
| | |
| v. | Case No.: 16-cv-1054 (DTS) |
| | Date: February 28, 2023 |
| Federal Insurance Company, | Court Reporter: Kristine Mousseau, |
| ACE American Insurance Company, | Paula Richter |
| | Location: Minneapolis, 14W |
| Defendants. | Time Commenced:   8:50am; 1:00pm |
| | Time Concluded:    12:00pm; 5:02pm |
| | Total Time:              7 hours, 12 minutes |

**APPEARANCES**:

For the Plaintiff:

    Joseph W. Dubis
    Michael A. Erbele
    Allen W. Hinderaker
    Heather J. Kliebenstein
    Gabrielle L. Kiefer
    Paige S. Stradley

    Corporate representatives:
    Bill Waid, Jim Woodward

For the Defendants:

    Nikola L. Datzov
    Terrence J. Fleming
    Leah Godesky
    Roxana Guidero
    Christian Victor Hokans
    Leah C. Janus
    Anton Metlitsky
    Christopher D Pham
    Daryn E. Rush
    Panhia Vang
    Ryan Cameron Young

    Corporate representatives:
    Claudio Ghislanzoni, Max Bryer

**PROCEEDINGS**:

X    Jury Trial Held

X    Plaintiff's witnesses:
        John Taylor (via deposition)
        Neil Zoltowski
        Randolph "Bick" Whitener

X    Jury trial continued to Wednesday, March 1, 2023 at 9:00am in Courtroom 14W.

                                        s/ms
                                        *Law Clerk*