**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**JURY TRIAL MINUTES**

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | U.S. Magistrate Judge |
| | |
| v. | Case No.: 16-cv-1054 (DTS) |
| | Date: March 1, 2023 |
| Federal Insurance Company, | Court Reporter: Kristine Mouseau, |
| ACE American Insurance Company, | Renee Rogge |
| | Location: Minneapolis, 14W |
| Defendants. | Time Commenced: 9:00; 12:50pm |
| | Time Concluded: 12:30pm 5:00pm |
| | Total Time:7 hours, 40 minutes |

**APPEARANCES**:

For the Plaintiff:

    Joseph W. Dubis
    Michael A. Erbele
    Allen W. Hinderaker
    Heather J. Kliebenstein
    Gabrielle L. Kiefer
    Paige S. Stradley

    Corporate representatives:
    Bill Waid, Jim Woodward

For the Defendants:

    Nikola L. Datzov
    Terrence J. Fleming
    Leah Godesky
    Roxana Guidero
    Christian Victor Hokans
    Leah C. Janus
    Anton Metlitsky
    Christopher D Pham
    Daryn E. Rush
    Panhia Vang
    Ryan Cameron Young

    Corporate representatives:
    Claudio Ghislanzoni, Max Bryer

**PROCEEDINGS**:

X    Jury Trial Held

X    Plaintiff's witnesses:
        Randolph "Bick" Whitener
        William Waid

X    Jury trial continued to Thursday, March 2, 2023 at 9:00am in Courtroom 14W.

s/ms<br>
<em>Law Clerk</em>