# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　Defendants. | Court File No.  16-cv-1054 (DTS)<br><br><br><br><br>**MOTION AND NOTICE OF MOTION FOR JUDGMENT AS A MATTER OF LAW** |

　　Defendants Federal Insurance Company and ACE American Insurance Company move for the Court for judgment as a matter of law on Plaintiff Fair Isaac Corporation's ("FICO") claim that use of Blaze Advisor by Federal's foreign Affiliates and third-party consultants was a breach of the License Agreement.  This motion is based on the accompanying memorandum of law, and declarations and exhibits to be filed with the Court in accordance with Local Rule 7.1 for the District of Minnesota and guidance from the Court, as well as the arguments of counsel at the time of the hearing, and all of the files, records, and proceedings herein.

Dated:  March 2, 2023

*s/ Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#399444)
pvang@fredlaw.com

**Fredrikson & Byron, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

Leah Godesky (Admitted Pro Hac Vice)

**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
lgodesky@omm.com

***Attorneys for Federal Insurance Company and ACE American Insurance Company***