UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**DECLARATION OF LEAH GODESKY IN SUPPORT OF DEFENDANTS' MEMORANDUM IN IN SUPPORT OF THEIR MOTION FOR JUDGMENT AS A MATTER OF LAW** |

I, Leah Godesky, declare as follows:

1. I am an attorney at O'Melveny & Myers LLP and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Federal") in this case.

2. Attached as **Exhibit 1** is a true and correct copy of Joint Trial exhibit J-001.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the Trial transcript.

4. Attached as **Exhibit 3** is a true and correct copy of Plaintiff's Trial exhibit P-0330.

5. Attached as **Exhibit 4** is a true and correct copy of Plaintiff's Trial exhibit P-0116.

1

6. Attached as **Exhibit 5** is a true and correct copy of Plaintiff's Trial exhibit P-1114.

7. Attached as **Exhibit 6** is a true and correct copy of Plaintiff's Trial exhibit P-1113.

8. Attached as **Exhibit 7** is a true and correct copy of Plaintiff's Trial exhibit P-1112.

9. Attached as **Exhibit 8** is a true and correct copy of Plaintiff's Trial exhibit P-0147A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 2, 2023          */s/ Leah Godesky*
                              Leah Godesky

78501610 v1