UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br>     Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY, a<br>Pennsylvania corporation,<br><br>     Defendants. | Court File No.  16-cv-1054 (DTS)<br><br><br>**STATEMENT INSTEAD OF<br>REDACTED DOCUMENT** |

Defendants Federal Insurance Company ("Federal") and Ace American Insurance Company ("ACE") (collectively, "Defendants"), in connection with their Motion for Judgment as a Matter of Law, filed as Docket No. 1128 submit the attached exhibits to the Letter under seal, filed as Docket No. 1132 which contain information designated as "confidential" under the Court's Protective Order [Doc. No. 44].  Defendants now file this Statement Instead of Redacted Document because large portions of these documents are confidential and redaction is impracticable.

| | |
|---|---|
| Dated:  March 2, 2023 | */s Leah Godesky*<br>Terrence J. Fleming (#0128983)<br>tfleming@fredlaw.com<br>Leah C. Janus (#0337365)<br>ljanus@fredlaw.com<br>Christopher D. Pham (#0390165)<br>cpham@fredlaw.com<br>Ryan C. Young (#0397751)<br>ryoung@fredlaw.com<br>Panhia Vang (#399444)<br>pvang@fredlaw.com<br><br>**Fredrikson & Byron, P.A.**<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN  55402-1425<br>(612) 492-7000 (tel.)<br>(612) 492-7077 (fax)<br><br>Leah Godesky (Admitted Pro Hac Vice)<br>lgodesky@omm.com<br>Anton Metlitsky (Admitted Pro Hac Vice)<br>ametlitsky@omm.com<br>Daryn Rush (Admitted Pro Hac Vice)<br>drush@omm.com<br>Roxana Guidero (Admitted Pro Hac Vice)<br>rguidero@omm.com<br><br>**O'Melveny & Myers LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000<br><br>***Attorneys for Federal Insurance Company and ACE American Insurance Company*** |