# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Court File No. 16-cv-1054 (DTS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW** |

The above-entitled matter came before the Court on Defendants Federal Insurance Company and ACE American Insurance Company's Motion for Judgment as a Matter of Law. Based upon the parties' submissions, the arguments of counsel, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Judgment as a Matter of Law is **GRANTED**. Plaintiff's claim that Defendant Federal Insurance Company breached its obligations under paragraphs 10.8, 3.1 and 9.3 of the Software License and Maintenance Agreement, COUNT I, is hereby dismissed, **with prejudice**.

**SO ORDERED:**

Dated: _____, 2023

_____
Magistrate Judge David T. Schultz
United States District Court