UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (DTS) |
| Plaintiff, | |
| v. | |
| | **WORD COUNT COMPLIANCE** |
| FEDERAL INSURANCE COMPANY, | **CERTIFICATE** |
| an Indiana corporation, and ACE | |
| AMERICAN INSURANCE COMPANY, | |
| a Pennsylvania corporation, | |
| Defendants. | |

I certify that this brief conforms to the requirements of Local Rule 7.1(f) for a brief produced with proportional font.  The length of this brief is 4,666 words.  This brief was prepared using Microsoft Word and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Dated:  March 2, 2023

*/s Terrence J. Fleming*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#399444)
pvang@fredlaw.com

**Fredrikson & Byron, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

Leah Godesky (Admitted Pro Hac Vice)
lgodesky@omm.com
Anton Metlitsky (Admitted Pro Hac Vice)
ametlitsky@omm.com
Daryn Rush (Admitted Pro Hac Vice)
drush@omm.com
Roxana Guidero (Admitted Pro Hac Vice)
rguidero@omm.com

**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

***Attorneys for Federal Insurance Company and ACE American Insurance Company***