UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (WMW/DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | DECLARATION OF LEAH GODESKY IN SUPPORT OF DEFENDANTS' MEMORANDUM IN IN SUPPORT OF THEIR MOTION FOR JUDGMENT |
| Defendants. | |

I, Leah Godesky, declare as follows:

1. I am an attorney at O'Melveny & Myers LLP and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Federal") in this case.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the Trial transcript.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 2, 2023                 /s/ Leah Godesky
                                      Leah Godesky

78501443 v1

1