**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No.  16-cv-1054 (DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT** |
| Defendants. | |

---

The above-entitled matter came before the Court on Defendants Federal Insurance Company and ACE American Insurance Company's Motion for Judgment.  Based upon the parties' submissions, the arguments of counsel, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Judgment is **GRANTED**.   Plaintiff's claim for disgorgement damages is dismissed, with prejudice.

**SO ORDERED:**

Dated: _____, 2023     _____

Magistrate Judge David T. Schultz
United States District Court