## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br>          Plaintiff, | Court File No.  16-cv-1054 (DTS) |
| v. | |
| FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY, a<br>Pennsylvania corporation, | **STATEMENT INSTEAD OF<br>REDACTED DOCUMENT** |
|          Defendants. | |

Defendants Federal Insurance Company ("Federal") and Ace American Insurance Company ("ACE") (collectively, "Defendants"), in connection with their Letter Regarding Materiality, filed as Docket No. 1141, submit the attached exhibits to the Letter under seal, filed as Docket No. 1142, which contain information designated as "confidential" under the Court's Protective Order [Doc. No. 44].  Defendants now file this Statement Instead of Redacted Document because large portions of these documents are confidential and redaction is impracticable or the documents are confidential in their entirety.

Dated:  March 5, 2023

*/s Leah Godesky*
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#399444)
pvang@fredlaw.com

**Fredrikson & Byron, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

Leah Godesky (Admitted Pro Hac Vice)
lgodesky@omm.com
Anton Metlitsky (Admitted Pro Hac Vice)
ametlitsky@omm.com
Daryn Rush (Admitted Pro Hac Vice)
drush@omm.com
Roxana Guidero (Admitted Pro Hac Vice)
rguidero@omm.com

**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

***Attorneys for Federal Insurance Company
and ACE American Insurance Company***