UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

## OMNIBUS DECLARATION OF PAIGE STRADLEY

I, Paige Stradley, declare as follows:

1. I am a partner with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation ("FICO") in the above captioned matter. I make this Declaration on my own information, knowledge, and belief in support of (1) Plaintiff Fair Isaac Corporation's Memorandum of Law in Opposition to Defendants' Motion for Judgment as a Matter of Law (Dkt. 1129) and in Support of Plaintiff's Cross Motion for Judgment as a Matter of Law; and (2) Plaintiff Fair Isaac Corporation's Memorandum of Law in Opposition to Defendants' Motion for Judgment (Dkt. 1136).

1. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Trial exhibit P-0091.

2. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's Trial exhibit P-0094.

1

3. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Plaintiff's Trial exhibit P-0017.

4. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Plaintiff's Trial exhibit P-0956.

5. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Joint Trial exhibit J-001.

6. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of Plaintiff's Trial exhibit P-0019.

7. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of Plaintiff's Trial exhibit P-0020.

8. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of Plaintiff's Trial exhibit P-0021.

9. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of excerpts of the Trial Transcripts.

10. <u>Attached hereto as Exhibit 10</u> is a true and correct copy of Plaintiff's Trial exhibit P-1007A.

11. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of Plaintiff's Trial exhibit P-0018.

12. <u>Exhibit 12</u> has been intentionally left blank.

13. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of Plaintiff's Trial exhibit P-0336.

14. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of Plaintiff's Trial exhibit P-0144.

15. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of Plaintiff's Trial exhibit P-0194.

16. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of Plaintiff's Trial exhibit P-0518.

17. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of Plaintiff's Trial exhibit P-0147A.

18. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of Plaintiff's Trial exhibit P-1112.

19. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of Plaintiff's Trial exhibit P-1114.

20. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of Plaintiff's Trial exhibit P-1113.

21. Attached hereto as <u>Exhibit 21</u> is a true and correct copy of Plaintiff's Trial exhibit P-1116.

22. Attached hereto as <u>Exhibit 22</u> is a true and correct copy of Plaintiff's Trial exhibit P-0526.

23. Attached hereto as <u>Exhibit 23</u> is a true and correct copy of Plaintiff's Trial exhibit P-0307.

24. Attached hereto as <u>Exhibit 24</u> is a true and correct copy of Plaintiff's Trial exhibit P-0309.

25. Attached hereto as Exhibit 25 is a true and correct copy of Plaintiff's Trial exhibit P-0310.

26. Attached hereto as Exhibit 26 is a true and correct copy of Plaintiff's Trial exhibit P-0311.

27. Attached hereto as Exhibit 27 is a true and correct copy of Plaintiff's Trial exhibit P-0156.

28. Attached hereto as Exhibit 28 is a true and correct copy of Plaintiff's Trial exhibit P-0576.

29. Attached hereto as Exhibit 29 is a true and correct copy of Plaintiff's Trial exhibit P-0341.

30. Attached hereto as Exhibit 30 is a true and correct copy of Plaintiff's Trial exhibit P-0882.

31. Attached hereto as Exhibit 31 is a true and correct copy of Plaintiff's Trial exhibit P-0376.

32. Attached hereto as Exhibit 32 is a true and correct copy of Plaintiff's Trial exhibit P-0103.

33. Attached hereto as Exhibit 33 is a true and correct copy of *Derr v. Footlocker, Inc.*, 2006 U.S. Dist. LEXIS 15317, (C.D. Cal. Mar. 9, 2006).

34. Attached hereto as Exhibit 34 is a true and correct copy of *Frank Felix Assocs. v. Austin Drugs*, No. 96-7604, 1997 U.S. App. LEXIS 19795 (2d Cir. Apr. 10, 1997).

35. Attached hereto as <u>Exhibit 35</u> is a true and correct copy of *MVP Health Plan v. Optuminsight, Inc.*, No. 1:13-CV-1578, 2016 U.S. Dist. LEXIS 189263 (N.D.N.Y. Sept. 30, 2016).

36. Attached hereto as <u>Exhibit 36</u> is a true and correct copy of *Paris Partners, L.P. v. Russo*, 94 Civ. 5684 (PKL), 1995 U.S. Dist. LEXIS 18648 (S.D.N.Y. Dec. 14, 1995).

37. Attached hereto as <u>Exhibit 37</u> is a true and correct copy of *Peter J. Solomon Co., L.P. v. ADC Prods. (UK)*, No. 14CV4086-LTS, 2016 U.S. Dist. LEXIS 42537 (S.D.N.Y. Mar. 30, 2016).

38. Attached hereto as <u>Exhibit 38</u> is a true and correct copy of Plaintiff's Trial exhibit P-1004A.

39. Attached hereto as <u>Exhibit 39</u> is a true and correct copy of Plaintiff's Trial exhibit P-1008A.

40. Attached hereto as <u>Exhibit 40</u> is a true and correct copy of Plaintiff's Trial exhibit P-1007A.

41. Attached hereto as <u>Exhibit 41</u> is a true and correct copy of Joint Trial exhibit J-002.

42. Attached hereto as <u>Exhibit 42</u> is a true and correct copy of excerpts from Plaintiff's Trial exhibit P-0958.

43. Attached hereto as <u>Exhibit 43</u> is a true and correct copy of Plaintiff's Trial exhibit P-1171A.

44. Attached hereto as <u>Exhibit 44</u> is a true and correct copy of Plaintiff's Trial exhibit P-1172A.

45. Attached hereto as <u>Exhibit 45</u> is a true and correct copy of Plaintiff's Trial exhibit P-1174A.

46. Attached hereto as <u>Exhibit 46</u> is a true and correct copy of Plaintiff's Trial exhibit P-0192.

47. Attached hereto as <u>Exhibit 47</u> is a true and correct copy of Plaintiff's Trial exhibit P-0194.

48. Attached hereto as <u>Exhibit 48</u> is a true and correct copy of Plaintiff's Trial exhibit P-0195.

49. Attached hereto as <u>Exhibit 49</u> is a true and correct copy of Plaintiff's Trial exhibit P-0186.

50. Attached hereto as <u>Exhibit 50</u> is a true and correct copy of Plaintiff's Trial exhibit P-0193.

51. Attached hereto as <u>Exhibit 51</u> is a true and correct copy of Plaintiff's Trial exhibit P-0191.

52. Attached hereto as <u>Exhibit 52</u> is a true and correct copy of Plaintiff's Trial exhibit P-0175.

53. Attached hereto as <u>Exhibit 53</u> is a true and correct copy of Plaintiff's Trial exhibit P-0176.

54. Attached hereto as <u>Exhibit 54</u> is a true and correct copy of Plaintiff's Trial exhibit P-0510.

55. Attached hereto as <u>Exhibit 55</u> is a true and correct copy of Plaintiff's Trial exhibit P-0511.

56. Attached hereto as <u>Exhibit 56</u> is a true and correct copy of *Honeywell Int'l Inc. v. ICM Controls Corp.*, No. 11-cv-569, 2017 U.S. Dist. LEXIS 11692, at *12, 15-16 (D. Minn. Jan. 26, 2017).

57. Attached hereto as <u>Exhibit 57</u> is a true and correct copy of *Oracle Am., Inc. v. Google Inc.*, 2016 U.S. Dist. LEXIS 58819, at *23-24 (N.D. Cal. May 3, 2016).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 5, 2023             /s/ Paige Stradley
                                       Paige Stradley