**EXHIBIT 1**

CHUBB
436 Walnut Street
Philadelphia, PA 19106
USA

T: 1-215-640-4018
F: 1-215-640-4070
E: andrew.hopp@chubb.com
www.new.chubb.com

February 17, 2016

CHUBB

**VIA OVERNIGHT MAIL**

Thomas F. Carretta
Associate General Counsel
Fair Isaac Corporation
3661 Valley Centre Drive
San Diego, California 92130

*RE: Software License and Maintenance Agreement (Blaze Advisor) dated June 30, 2006, as amended, by and between Fair Isaac Corporation ("FICO") and Chubb & Son, a division of Federal Insurance Company ("Chubb & Son") (FI LR #30073) (the "Agreement")*

Dear Mr. Carretta,

We are in receipt of your letter dated January 27, 2016, which alleges that a transfer and assignment of the above-referenced Agreement occurred as a result of the acquisition of The Chubb Corporation (the former parent entity of Chubb & Son) by ACE Limited, and that The Chubb Corporation failed to obtain FICO's consent to such alleged transfer and assignment in contravention of Section 10.8 of the Agreement. Notwithstanding the acquisition, Chubb & Son, the contracting party to the Agreement, remains a viable legal entity within the Chubb Group of Insurance Companies' corporate structure and the contracting party to the Agreement. In short, Chubb & Son is still FICO's "Client" as such term is defined in the Agreement and it is our position that no transfer and assignment of the Agreement has occurred.

However, we are in the process of evaluating Chubb & Son's use of the Blaze Advisor Software application-based enterprise license. While we continue to evaluate our use and needs, our initial findings indicate that the applications that have been utilizing the Blaze Advisor Software since 2006 are currently running in the exact same fashion as prior to the merger transaction. Please be advised that our IT Software Compliance Department has been fully engaged to oversee this evaluation process carefully and is committed to working with FICO to gather the necessary information to understand the full implication of our plans moving forward and to determine Chubb & Son's future licensing needs.

As you may know, our organization is contemplating a potential purchase of new FICO products and professional services in connection with our Claims Department's predictive modeling efforts and our Commercial Insurance Department's predictive modeling and underwriting guidance efforts. I understand that we are currently evaluating FICO's products and capabilities and that authorized business representatives of both organizations have been in discussions concerning such evaluation and potential additional purchases. Given the highly technical and sophisticated nature of FICO's software programs, I suggest that we allow the business representatives to continue their commercial discussions with one another without legal intrusion.



Confidential

U.S. DIST COURT – MN
PLAINTIFF EXHIBIT
**P-0091**
Case No. 16-cv-1054-DTS

FED000050_0001

We are very mindful of the long-standing business relationship between the organizations and we are committed to working in the spirit of good partnership with FICO moving forward.

Very truly yours,

Andrew D. Hopp, Esq.
Deputy General Counsel

CHUBB

Confidential

FED000050_0002

P-0091-002