**EXHIBIT 4**



THE CHUBB CORPORATION
Annual Review 2014

U.S. DIST COURT – MN
PLAINTIFF EXHIBIT
**P-0956**
Case No. 16-cv-1054-DTS

FICO0056279

# The Chubb Corporation

## About Chubb



In 1882, Thomas Caldecot Chubb and his son Percy opened a marine underwriting business in the seaport district of New York City. The Chubbs were adept at turning risk transfer into business success, often by helping policyholders prevent losses before they occurred. Chubb also established strong relationships with the insurance agents and brokers who placed their clients' business with Chubb underwriters.

"Never compromise integrity," a Chubb slogan, captures the spirit of our company. Each of our 10,200 employees in North America, South America, Europe, Asia and Australia works toward the goal of satisfying customers by bringing professional excellence and fairness to each transaction.

Today, Chubb stands among the largest property and casualty insurers in the world. The principles of financial strength, expert underwriting, conservative investment and excellent service, executed by our market-leading employees, have been the mainstays of our organization for 132 years.

## About the Cover

Chubb customers Mike and Leslie Meyers talk about their experience with Chubb after their suburban New York home suffered severe hurricane damage:

**Leslie:** The Chubb people were great. They understood that we wanted our house to be as it was before.

**Mike:** A few phone calls, and swat teams came in and everything was done.

**Leslie:** Our experience with Chubb was excellent. They handled everything very professionally and quickly and couldn't have done any more to make it any better.

**Mike:** Our level of satisfaction is at the top. It was completely hassle-free.

**Leslie:** It's a stressful situation, but the insurance piece was not stressful. Chubb is used to dealing with clients who demand a level of quality, and that's what they deliver on.

## Note

Some of the statements in this Review may be considered forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995. Please refer to the "Safe Harbor" Statement on the inside back cover of this Review.

This Review discusses operating income and certain other measures that are "non-GAAP financial measures" (as defined by the Securities and Exchange Commission). For additional information, please refer to "Explanation of Non-GAAP and Other Financial Measures" on the inside back cover of this Review.

# CEO Report



*John D. Finnegan, Chairman, President and Chief Executive Officer*

Chubb had another very successful year in 2014 as we attained the second-highest operating and net income per share of any year in our history. Our results reflected the quality of our employees, who did a skillful job of underwriting and taking care of customers' claims; our independent agents and brokers, who placed their best customers with us; and our customers, who demonstrated their high regard for our products, services and financial strength by insuring with us.

Our business grew nicely in 2014 as a result of higher renewal rates, excellent retention of existing accounts and increased new business writings. Net written premiums increased 3% to $12.6 billion. Excluding the effect of foreign currency translation—caused by the strengthening of the U.S. dollar against the foreign currencies in which we do business—net written premiums were up 4%.

Underwriting results were excellent: The combined loss and expense ratio was 88.3%. Excluding the impact of catastrophe losses, the combined ratio was 84.7%. Underwriting income before tax was $1.4 billion.

Property and casualty investment income was $1.3 billion before tax and $1.1 billion after tax. As in the past several years, investment income was adversely impacted by the low interest rate environment.



*Paul J. Krump, President of Personal Lines and Claims*



*Harold L. Morrison, Jr., Chief Global Field Officer and Chief Administrative Officer*

## Combined Loss & Expense Ratios

Percentage of premium dollars spent on claims and expenses



| Year | Ratio |
|---|---|
| 2002 | 106.7% |
| 2003 | 98.0% |
| 2004 | 92.3% |
| 2005 | 92.3% |
| 2006 | 84.2% |
| 2007 | 82.9% |
| 2008 | 88.7% |
| 2009 | 86.0% |
| 2010 | 89.3% |
| 2011 | 95.3% |
| 2012 | 95.3% |
| 2013 | 86.1% |
| 2014 | 88.3% |

The bottom line: Net income was $2.1 billion, and net income per share was $8.62. Operating income, which we define as net income excluding after-tax realized investment gains and losses, was $1.9 billion; operating income per share was $7.63.

Return on shareholders' equity was 12.9%. Book value per share increased 8% to $70.12. At the close of 2014, the price of Chubb common stock was $103.47 per share, up from $96.63 a year earlier.

Total shareholder return for the year was 9.4%, including market price appreciation and reinvested dividends. Over the past ten years, the compound average



*Dino E. Robusto, President of Commercial and Specialty Lines*



*Richard G. Spiro, Chief Financial Officer*

annual total return to Chubb shareholders was 13.0%, which is 5.4 percentage points higher than the S&P 500 Index and 6.7 points higher than the S&P Property & Casualty Insurance Index.

## Capital Management

Each year we evaluate the level of capital needed to run and grow the business profitably. When we have more capital than we think we can deploy in our business with an expectation of adequate returns, we return capital to shareholders. During 2014, we returned a total of over $2 billion to shareholders through $482 million in dividends

### Net Income per Share



| Year | Net Income per Share |
|---|---|
| 2002 | $0.64 |
| 2003 | $2.23 |
| 2004 | $4.01 |
| 2005 | $4.47 |
| 2006 | $5.98 |
| 2007 | $7.01 |
| 2008 | $4.92 |
| 2009 | $6.18 |
| 2010 | $6.76 |
| 2011 | $5.76 |
| 2012 | $5.69 |
| 2013 | $9.04 |
| 2014 | $8.62 |

P-0956-005    FICO0056283



2014 Business Mix by Net Written Premiums
($ in billions)

Specialty Insurance $2.7 — 21%
Personal Insurance $4.5 — 36%
Commercial Insurance $5.4 — 43%

Outside the United States $3.1 — 24%
United States $9.5 — 76%

and $1.6 billion in share repurchases; we purchased 16.9 million shares at an average cost of $92.05 per share. Since our share repurchase program began in 2005, we have returned $17.7 billion to shareholders through $4.2 billion of dividends and $13.5 billion of share repurchases at an average cost of $58.82 per share.

In 2014, our Board of Directors increased the common stock dividend for the 32nd consecutive year, assuring our continued inclusion in Standard & Poor's prestigious Dividend Aristocrats list of companies that have increased their dividends each year for at least 25 years.

In January 2015, our Board authorized a new $1.3 billion share repurchase program. Subject to market and other conditions, we expect to complete the new program by the end of January 2016, as we continue to return excess capital to our shareholders.

## Underwriting

In the insurance marketplace, agents and brokers regard Chubb as the quintessential underwriter. Underwriting has all the complexity of any time-honored profession, but at its very basic level it involves selecting the right risks where we understand the exposures, setting the appropriate terms and conditions, and quoting a price that is appropriate for the risks while being competitive enough to win the business. Today at Chubb, the traditional art of underwriting has been augmented by market segmentation and mix management, specialization in selected niche markets, and predictive analytics to improve pricing sophistication and reduce costs.

During 2014 we continued to achieve average renewal rate increases in the United States in all our business units. Although the magnitude of commercial and specialty

•••••••••••••••••

Over the past ten years, the compound average annual total return to Chubb shareholders was 13.0%, which is 5.4 percentage points higher than the S&P 500 Index and 6.7 points higher than the S&P Property & Casualty Insurance Index.

•••••••••••••••••

> In the insurance marketplace, agents and brokers regard Chubb as the quintessential underwriter. Today at Chubb, the traditional art of underwriting has been augmented by market segmentation and mix management, specialization in selected niche markets, and predictive analytics to improve pricing sophistication and reduce costs.

insurance rate increases moderated during the course of the year, we remained solidly profitable, and we are optimistic about the underwriting environment going forward.

Our competitive advantages of quality products, underwriting expertise, and outstanding claim and loss control services have also enabled us to achieve excellent renewal retention rates in all three business units and to produce attractive underwriting results. This value proposition has also enabled us to secure desirable new business that satisfied our return targets. Contributing to the uptick in new business was the improvement in the U.S. economy over the past year, in terms of both gross domestic product and employment levels.

## Investments

From an investment income perspective, the environment in 2014 for fixed income investors continued to be challenging. Ever since the financial collapse of 2008 and ensuing recession, central bankers around the world have attempted to stimulate economic recovery, primarily through artificially low interest rates. This has had a significant adverse impact on insurers, who are among the largest investors in corporate and municipal debt.

In the case of Chubb, we have seen a steady erosion of property and casualty investment income. Every time a bond matures, we need to reinvest the proceeds, and we are doing so at a lower rate of interest than that of the maturing bond. The result: Our annual property and casualty investment income after tax has declined about $200 million since 2008 as the average yield on our fixed maturity investments has continued to decline.



*"Insurance Against Regret"™ is the theme of Chubb's new corporate advertising campaign. To view the television commercial and print advertisements, go to http://www.chubb.com/corporate/chubb11885.html*

P-0956-007    FICO0056285



Market Value per Share

December 31

At Chubb, conservative investing is in our DNA as much as underwriting discipline, and we do not plan to relax our investment standards or substantially change our portfolio allocations. In fact, Chubb's investment discipline is a key selling point with many of our commercial and personal lines customers, who appreciate the fact that we take seriously our responsibility as stewards of their premiums. For that reason, we carefully cultivate a rock-solid balance sheet, with much lower levels of leverage than many others in the industry. This enables our customers—and us—to sleep better at night as we earn excellent ratings for financial strength from the leading rating agencies.

## Global Distribution System

Our customers generally do not purchase a Chubb insurance policy directly from Chubb; they buy it through one of our thousands of independent agents and brokers. We are firmly committed to this distribution system, which has served us well. Our quality coverages and empathetic claim service have attracted the best agents and brokers in the business to Chubb, and we have established special relationships with many of them. While they represent other insurers as well, for many of our producers we are the carrier of choice and they present their best risks to us.

Our producers look to us for thought leadership and appreciate our expertise and consistency, our clearly articulated underwriting appetite, and our industry-leading loss control and appraisal services.

They also appreciate our global footprint. In today's global marketplace, where even medium- and small-sized companies sell their products and source their materials outside the United States, our offices throughout Canada, Latin America, Europe, Asia and Australia deliver insurance solutions to our customers wherever they do business.

The vast majority of our international network has been built organically. Our empowered branch network is staffed by the most talented local insurance professionals, who are Chubb-trained experts in underwriting, claims, loss control and appraisal, which gives us the opportunity

• • • • • • • • • • • • • • • • •

Our competitive advantages of quality products, underwriting expertise, and outstanding claim and loss control services have enabled us to achieve excellent renewal retention rates and to secure desirable new business that satisfied our return targets.

• • • • • • • • • • • • • • • • •

P-0956-008                                                                    FICO0056286

> ••••••••••••••••
> Chubb's investment discipline is a key selling point with many of our commercial and personal lines customers, who appreciate the fact that we take seriously our responsibility as stewards of their premiums. We carefully cultivate a rock-solid balance sheet, with much lower levels of leverage than many others in the industry.
> ••••••••••••••••

to select the best accounts in 25 countries rather than being confined to just one country.

## Operating Performance

All three of our strategic business units performed well in 2014.

**Chubb Personal Insurance (CPI)**, which accounted for 36% of Chubb's total net written premiums in 2014, serves primarily the high-net-worth market with the broad coverages of our *Masterpiece*® policies. We insure fine homes, luxury and collector cars, yachts, jewelry, art and antiques, and we provide personal liability coverage, both primary and excess, to protect policyholders' assets. CPI also includes our global accident and health business.

In 2014, CPI's net written premiums increased 4% to $4.5 billion. CPI's combined ratio was 90.9%, including a 5.5 percentage point impact of catastrophes.

**Chubb Commercial Insurance (CCI)**, which accounted for 43% of Chubb's total net written premiums in 2014, offers a broad range of standard commercial insurance products. CCI focuses on specific industry segments and niches, and much of its customer base consists of mid-sized commercial entities. We provide such coverages as property, marine, general liability, commercial auto, workers' compensation, excess/umbrella and multiple peril insurance.

In 2014, CCI's net written premiums worldwide were up 2% to $5.4 billion. CCI's combined ratio was 89.9%, including a 3.8 percentage point impact of catastrophes.

**Chubb Specialty Insurance (CSI)**, which accounted for 21% of Chubb's total net written premiums in 2014, provides a wide variety of specialized Professional Liability insurance products for publicly traded and privately held companies, financial institutions, professional firms, and healthcare and not-for-profit organizations. Professional Liability's lines include directors & officers, errors &

### Total Return to Shareholders



Value of $10,000 invested on December 31, 2002 in Chubb common stock, S&P 500 Index and S&P Property & Casualty Index, including share price appreciation and reinvested dividends. Past results are no guarantee of future returns.

omissions, employment practices liability, fiduciary, and commercial and financial fidelity. CSI also provides Surety products.

In 2014, CSI's net written premiums increased 2% to $2.7 billion, and the combined ratio was 80.5%.

## The Outlook for 2015

I offer a few observations about 2015 and our prospects for the year:

- With a stable insurance market environment and a book of business the quality of which has been improved by several years of culling and rate increases, we should be able to continue our successful efforts to retain our most profitable accounts and win attractively priced new business.
- A strengthening U.S. economy should bode well for insurable exposure increases for insurers as commercial customers grow their sales and payrolls and personal customers increase their purchases of primary and vacation homes, high-end cars and collectibles. It would be even better if the U.S. economic recovery spread to the rest of the developed world, which as of this writing has shown no signs of emerging from its stagnation.
- What would surely have been a destabilizing influence on the U.S. economy and our industry has been successfully addressed. Although the U.S. Congress failed to act before the Terrorism Risk Insurance Act expired at the end of 2014, we were pleased that at the beginning of 2015 Congress passed (and the President signed) a six-year extension.
- Because about a quarter of our premiums are written outside the United States, our results are sensitive to currency fluctuation. Further strengthening of the U.S. dollar against the other currencies in which we do business would negatively affect our consolidated underwriting and investment results. Continuing low interest rates around the world will also adversely affect our investment results.
- As we face the future, we are encouraged by the strength of our underwriting, claim service, distribution relationships and global reach. Although we always face uncertainties regarding future economic conditions, interest rates and currency fluctuation, one constant at Chubb is our adaptability. Having nimbly weathered a host of macroeconomic environments and insurance industry conditions over our 132-year history, we look forward with confidence to another successful year in 2015.

I am grateful to our customers, employees, agents and brokers for helping make 2014 another outstanding year for Chubb.

*John D. Finnegan*

John D. Finnegan
Chairman, President and Chief Executive Officer
February 26, 2015

P-0956-010

FICO0056288

# Seamless Global Service



**UNITED STATES**
Worldwide Headquarters: Warren, NJ

*Eastern Territory*

**Atlanta Region**
Atlanta, GA
Birmingham, AL
Nashville, TN
Tampa, FL

**Boston Region**
Boston, MA
New Haven, CT
Portsmouth, NH
Simsbury, CT

**New York Region**
New Jersey
New York, NY
Whitehouse Station, NJ

**Philadelphia Region**
Harrisburg, PA
Philadelphia, PA
Pittsburgh, PA

**Washington, DC Region**
Baltimore, MD
Charlotte, NC
Chesapeake, VA
Columbia, SC
Raleigh, NC
Richmond, VA
Washington, DC

**Westchester Region**
Long Island, NY
Rochester, NY
Westchester, NY

*Western Territory*

**Chicago Region**
Chicago, IL
Grand Rapids, MI
Itasca, IL
Milwaukee, WI
Troy, MI

**Cincinnati Region**
Cincinnati, OH
Cleveland, OH
Columbus, OH
Indianapolis, IN
Louisville, KY

**Dallas Region**
Austin, TX
Dallas, TX
Houston, TX
Tulsa, OK

**Denver Region**
Denver, CO
Phoenix, AZ
Portland, OR
Seattle, WA

**Los Angeles Region**
Los Angeles, CA
Newport Beach, CA
Northern California
San Francisco, CA

**Minneapolis Region**
Des Moines, IA
Kansas City, MO
Minneapolis, MN
St. Louis, MO

**CANADA**
Calgary, AB
Montréal, QC
Toronto, ON
Vancouver, BC

**BERMUDA**
Hamilton

**LATIN AMERICA**
Argentina
  Buenos Aires

Brazil
  Belo Horizonte
  Brasilia
  Curitiba
  Porto Alegre
  Rio de Janeiro
  São Paulo

Chile
  Santiago

Colombia
  Barranquilla
  Bogotá
  Cali
  Medellín

México
  Guadalajara
  México City
  Monterrey

**EUROPE**
Austria
  Vienna

Denmark
  Copenhagen

France
  Lille
  Lyon
  Nantes
  Paris
  Strasbourg

Germany
  Düsseldorf
  Hamburg
  Munich

Ireland
  Dublin

Italy
  Milan

Netherlands
  Amsterdam

Spain
  Barcelona
  Madrid

Sweden
  Stockholm

Switzerland
  Zurich

United Kingdom
  Birmingham
  Glasgow
  Leeds
  London
  Manchester

**ASIA/PACIFIC**
Australia
  Brisbane
  Melbourne
  Perth
  Sydney

China
  Hong Kong
  Nanjing
  Shanghai

Japan
  Tokyo

Korea
  Seoul

Malaysia
  Labuan

Singapore

# The Chubb Corporation

## Officers

*Chairman, President and Chief Executive Officer*
John D. Finnegan

*Executive Committee*
John D. Finnegan
Paul J. Krump
Harold L. Morrison, Jr.
Dino E. Robusto
Richard G. Spiro

*Executive Vice Presidents*
Ned I. Gerstman
Paul J. Krump
Harold L. Morrison, Jr.
Dino E. Robusto
Robert M. Witkoff

*Executive Vice President and Chief Financial Officer*
Richard G. Spiro

*Executive Vice President, General Counsel and Secretary*
Maureen A. Brundage

*Senior Vice Presidents*
Daniel J. Conway
Paul R. Geyer
Mark E. Greenberg
Glenn A. Montgomery
Andrew B. Sanford
Steven M. Versaggi

*Senior Vice President and Chief Accounting Officer*
John J. Kennedy

*Vice Presidents*
Johanna F. Chanin
Stephen A. Fuller
Thomas J. Ganter

Marc R. Hachey
Marylu Korkuch
Thomas J. Swartz, III
Thomas J. Walsh, Jr.

*Vice President and Treasurer*
Douglas A. Nordstrom

# Chubb & Son, a division of Federal Insurance Company

## Officers

*President of Commercial and Specialty Lines*
Dino E. Robusto

*President of Personal Lines and Claims*
Paul J. Krump

*Executive Vice President, Chief Global Field Officer and Chief Administrative Officer*
Harold L. Morrison, Jr.

*Executive Vice President and Chief Financial Officer*
Richard G. Spiro

*Executive Vice President, General Counsel and Secretary*
Maureen A. Brundage

*Executive Vice Presidents*
Gerard M. Butler
Robert C. Cox
Christopher J. Giles
Meghan A. Henson
James P. Knight
Mark P. Korsgaard
Gary C. Petrosino
Steven R. Pozzi
Kathleen M. Tierney

*Senior Vice Presidents*
Ronald J. Arigo
William D. Arrighi
Achiles I. Barbatsoulis
Richard W. Barnett
Upendra Belhe
Jon C. Bidwell
Peter G. Boccher
James P. Bronner
Timothy D. Buckley
John F. Casella
Michael J. Casella
Michael A. Chang
Richard A. Ciullo
Raymond L. Crisci, Jr.
Gardner R. Cunningham, Jr.
David S. Dalton
James A. Darling
Gary R. Delong
Joseph F. Delucco
Brian J. Douglas
Kathleen M. Dubia
James P. Ekdahl
Mary M. Elliott
Kathleen S. Ellis
Thomas J. Fazio
Michael Feighan
Amy L. Feller
Michele N. Fincher
Philip W. Fiscus
James A. Fiske
Thomas V. Fitzpatrick
Philip G. Folz
Jill A. Francis
Paul W. Franklin
Stephen A. Fuller
Anthony S. Galban
Trevor S. Gandy
Thomas J. Ganter
John C. Gibson, Jr.
Mark E. Greenberg
Charles S. Gunter
Marc R. Hachey
Lorraine C. Heinen

Raymond Hendrickson
Steven D. Hernandez
Jeffrey Hoffman
Kevin G. Hogan
Kim D. Hogrefe
Patricia A. Hurley
Anthony Iovine
Gerald A. Ippolito
Mark S. James
Hope Jarvis
Latrell Johnson
Bettina F. Kelly
Amy F. Kendall
John J. Kennedy
Caroline King
Ulli Krell
James V. Lalor
Kathleen S. Langner
Paul A. Larson
Kevin J. Leidwinger
Paul L. Lewis
Matthew E. Lubin
Beverly J. Luehs
Michael J. Maloney
John C. Marques
Preston McGowan
David P. Mc Keon
Michelle McLaughlin
Michelle D. Middleton
Robert P. Midwood
Jeffrey J. Miller
John J. Mizzi
Ellen J. Moore
Frances D. O'Brien
Stephen S. Oh
Kelly P. O'Leary
Michael W. O'Malley
Rolando A. Orama
Daniel A. Pacicco
Catherine M. Padalino
Anthony F. Perrone
Jane M. Peterson
Jeffrey B. Peterson
William J. Puleo
Edward J. Radzinski
Michael K. Reicher, II
Christoph C. Ritterson
Eric M. Rivera
Anne Rocco
Benjamin J. Rockwell
Marylou Rodden
Jody E. Rollins
Evan J. Rosenberg
Judith A. Sammarco
Barbara N. Sandelands
Franklin D. Sanders, Jr.
Eric D. Schall
Michael A. Schraer
Timothy M. Shannahan
Leigh A. Sherman
Michael A. Slor
Joseph R. Smith
Kevin G. Smith
Veronica Somarriba
Scott R. Spencer
Ronald E. St. Clair
Kurt R. Stemmler
Kenneth I. Stephens
Julie A. Stephenson
Lloyd J. Stoik
Patrick F. Sullivan
John M. Swords
Joel M. Tealer
Dan Tedeschi
Scott B. Teller
Audrey Testerman

Gregory Teusch
Clifton E. Thomas
Bruce W. Thorne
Joel S. Townsend
Gary Trust
Peter J. Tucker
William C. Turnbull, Jr.
Michele E. Twyman
Jeffrey A. Updyke
Susan M. Vella
Bennett C. Verniero
James P. Villa
Tracey A. Vispoli
Peter H. Vogt, II
Charles J. Walkonis
Susan C. Waltermire
Ryan L. Watson
Susan Watts
Carole J. Weber
James L. West
Jeremy N.R. Winter
Barbara A. Wittick
Jack S. Zacharias

*Senior Vice President and Chief Actuary*
W. Brian Barnes

*Senior Vice Presidents and Actuaries*
Peter V. Burchett
Scott E. Henck
Robert J. Hopper
Alexander Kogan
Shu C. Lin
Kraig P. Peterson
Keith R. Spalding

*Senior Vice President and Deputy General Counsel*
Judith A. Heim

*Senior Vice Presidents and Associate General Counsels*
Matthew Campbell
Kirk J. Raslowsky
Linda F. Walker

*Senior Vice President and Associate Counsel*
James Sharkey

*Senior Vice President and Coverage Counsel*
Louis Nagy

*Senior Vice President and Treasurer*
Douglas A. Nordstrom

*Vice Presidents*
Jill A. Abere
William M. Adams
Michael K. Adkins
Charul G. Agarwal
Punit Agarwal
Mary Albanese
Brenda I. Albiar
Christie S. Alderman
Cindy S. Alexander
George N. Allport
Amy B. Ambrose
Christina M. Anderson
Brendan Arnott
Sharon R. Ashton
Jason G. Athanas

Silvia J. Bach
Dorothy M. Badger
Sybil O. Baffoe
Kirk O. Bailey
Stephen F. Ballinger
Brent A. Banchansky
Andrew T. Barber
David A. Barclay
Frances M. Barfoot
Jeffrey A. Barton
Karen T. Bartosik
Deanna M. Beacham
Christopher M. Beck
William R. Bell, III
Gilma Bellofatto
Christopher J. Bender
Gwendolyn J. Bennett
Tyrone A. Bennett
Oded Berson
R. Kerry Besnia
Nancy A. Birkenstock
David H. Bissell
Patricia L. Bligh
Justin M. Boardman
Julie Bond
Odette M. Bonvouloir
Daniel J. Bosold
Dennis L. Bostedo, Jr.
Rebecca A. Braitling
Michael J. Bronzino, Sr.
Jeffrey M. Brown
Jeff H. Brundrett
Dekker M. Buckley
Sabine B. Cain
Walter K. Cain
Ronald Calavano
Richard Cantor
Alan M. Carlson
James M. Carson
James C. Cash, III
Bernard Castillo
John C. Cavanaugh
Barnes L. Chatelain
Evelyn C. Chen
Thomas Chisari
Kenneth Chung
Thomas C. Clansen
Christopher J. Cocca
Arthur W. Cohen
Richard N. Consoli
Kimberly D. Coran
Suzanne M. Covelli
Claudia M. Cox
Edwin E. Creter
William S. Crowley
Tyrus R. Czeschin
Timothy E. Dadik
Michael D. Daugherty
Carl V. Davidson
Christophe R. Davila
Mark W. Davis
Andrew H. Dawson
Johann C. D'Costa
Janet Decostro
David S. Deets
Carol A. DeFrance
Richard T. Delaney
Judith A. Delarosa
Susan Devries Amelang
Colleen A. Dey
James S. Dobson
Catherine A. Donahue
Benjamin D. Dowd
Wendy J. Dowd
Leslie L. Edsall
Richard J. Edsall

Patricia J. Eggleston
Timothy G. Ehrhart
Robert C. Ellis, Jr.
Nilo S. Enriquez
Victoria S. Esposito
Craig M. Farina
Drew A. Feldman
Andrew M. Femia
Roberta L. Ferrante
Alison M. Ferrell
Karen E. Feuerherm
Jeffrey B. Fischer
Brian J. Flynn
Ryan W. France
Angela M. Frederiksen
Timothy C. Furey
Roopa Gandhi
Queenie B. Gandy
Donald M. Garvey, Jr.
Mark D. Gatliff
Irene T. Gaughan
Dominick J. Genoese
Jennifer P. Gentry
Patrick Gerrity
Ned I. Gerstman
Holly F. Giordano
Karen R. Gladden
Carrie Goesel
Kenneth T. Goldstein
Stephen P. Goldstein
Christine Gomes
Frank E. Goudsmit
Bryce E. Graham
John A. Griffin
Kevin J. Guinan
James W. Gunson
William C. Haigh
Patricia L. Hall
Noel P. Hannon
Patricia F. Harris
Stephen B. Harris
William R. Harrison
Serena S. Hecker-Battles
Michael W. Heembrock
Randolph L. Hein
Richard D. Hesselman
Steven M. Hill
Harold B. Himes
Debra Ann Hochron
Michael G. Hoeschen
Hilary R. Hoffman
Dennis Holinka
Peter J. Hollingsworth
Amit Honwad
Adam A. Hoover
Seth Hopkins
Chris Howard
Joaquin O. Hoyos
Neil A. Huber
Amy M. Ingram
Robert A. Iskols
Michael E. Jackson
Kathleen B. Jewell
Maria L. Johnson
George B. Jones, IV
Kenneth C. Jones
John J. Juarez, Jr.
Celine E. Kacmarek
Aaron J. Kalisher
Brendan R. Kelley
Timothy J. Kelly
Carolyn Kennedy
Debra W. Kestenbaum
Edward G. Kinzer
Jeanne M. Kirk
Peter S. Koeniger

Inna Kogan
Joseph M. Korkuch
Dieter W. Korte
Joseph E. Kozlowski
Steven Krempasky
Edgar Kroeze
Mark D. Kurland
Melissa B. Lalka
Troy Landry
Barbara J. Langione
Terri L. Lathan
James W. Lenz
Peggy A. Leslie
Denise L. Lewis
Kelly Lewis
Robert A. Lippert
Mark A. Locke
Murad M. Lodhi
Richard P. Luongo
Michael L. Machin
David E. Mack
Michael G. MacMullin
Richard M. Manel
Leona E. Mantie
Keith D. Marks
Alison L. Martin
James Martuscelli
Brock P. Masterson
Richard D. Mauk
Paul T. Maurer
Holly J. Mayer
Gwynne E. Mayo
Matthew J. McCaffrey
Anthony McCuller
Kathleen M. Mc Donough
Stephen McGuinness
Timothy J. McGuire
Monique L. McKeon
Edward J. McLoughlin, Jr.
Christopher J. McMillin
Diane R. McNally
Amy E. McNeece
Neil W. McPherson
Cary A. Melton
Robert Meola
Allison W. Meta
Ann M. Minzner Conley
Joseph D. Miskell
Natali Mohanty
Andrea M. Mollica
Kelley A. Moloney
Gregory E. Monroe
Paul N. Morrissette
Danielle Moss
Debra L. Mullikin
Laurie A. Munson
Raman Murali
Brian C. Murphy
Patrick P. Murphy
Gerald Myers
Jennifer M. Naughton
Jennifer K. Newsom
Catherine J. Nikoden
Daniel Nocera
David B. Norris, Jr.
Dee A. Nunley
Kevin J. O'Brien
Brian M. O'Connell
Paul V. O'Donnell
Thomas P. Olson
Ryan M. Oosterheert
Robert Opitz
Michael D. Oppe
Kathleen Overlin
Carla D. Owens
Michael Palumbo

P-0956-012

FICO0056290

## Chubb & Son, a division of Federal Insurance Company (continued)

### Officers

Ramesh Pandey
Shweta Pandey
Robert F. Parham, Jr.
Christopher Parker
Mary Parsons
Louise T. Patregnani
Tamra A. Pawloski
Jonathan L. Pensa
Irene D. Petillo
Maureen Phair
Soraya C. Pickett
Joseph Pillion III
Mary Beth Pittinger
Stephen M. Plocher
Kristen E. Poplar
Donna M. Powers
Ramona D. Pringle
Jennifer L. Proce
James H. Proferes
David L. Pych
Robert S. Rafferty
Paul B. Rambo
Richard P. Reed

Robert Reedy
Ryan W. Reeves
James L. Rhyner
Jennifer M. Riley
Ionel Rizea
Nicholas Rizzi
Mark J. Robinson
Edward F. Rochford
Frank L. Rockett
Thomas J. Roessel
Jorge A. Rosas
Dana Rose
June A. Rose
Victoria S. Rossetti
Jeffrey W. Ryan
Liam T. Ryan
Ruth M. Ryan
Kimberly Y. Sandifer
Kristen A. San Giacomo
Anthony V. Santamaria
Hemant Sarma
John Sarnese
Debra S. Sawicki
Melissa P. Scheffler

Jeffrey S. Schell
Russell J. Schuren
Mark L. Schussel
Kristie Sells
Camila Serna
Mary T. Sheridan
Kristine A. Shields
Anthony W. Shine
Donald L. Siegrist, Jr.
Stacey L. Silipo
Michael D. Silver
Jason Skrant
Scott E. Smith
Victor J. Sordillo
Gopalakrishnan Srinivasan
Christine M. Staron
William J. Stickle
Leverett S. Stocking, III
Beth A. Strapp
Barry M. Tarnef
Robert E. Tarozzi
Jay L. Taylor
James S. Thieringer
Jonathan Thomas

Mark L. Thompson
Dionysia G. Toregas
Richard E. Towle
Kristin A. Towse
Peter Tribulski
Joyce M. Trimuel
Thomas Trotter
J. Tracy Tucker
Eric M. Turner
Roy C. Tyson, III
Richard L. Ughetta
Paula C. Umreiko
J. Scott Usilton
Louise Van Dyck
Nivaldo Venturini
Gonzalo Videla
John A. Villas
John T. Volanski
Wendy K. Von Wald
Kevin M. Waldron
Christina R. Warner
Christine Wartella
Walter B. Washington
Maureen B. Waterbury

Bradley J. Watson
Janece E. White
James M. Wikoff
Carla Williams
David B. Williams
Michael A. Williams
Mary P. Wilson
Suzanne L. Witt
Gary C. Woodring
Sharra L. Woodward
Steven Yacik
Jeffrey B. Yao
Dawna A. Yont
Regina York
Brian J. Young
Cynthia Zegel
Yelena Zeltser
Dominick Zenzola
Michael Zeoli
Donald J. Ziemann

*Vice Presidents and Actuaries*
Jason R. Abrams

Peter Attanasio
Dwane Gossai
James R. Healey
Kevin A. Kesby
Alden L. Penn
Ju-Young Suh
Hui Wang

*Vice Presidents and Associate Counsels*
Frances A. Adkins
Gail Arkin
Douglas E. Arone
Carolyn G. Boris
Maura M. Caliendo
Kelly P. Daly
Albina M. Domingues
Dawn G. Hearne
Arthur M. Nalbandian
Colette Perri
Wendy Taylor
Robert F. Tuohy

## Federal Insurance Company

### Officers

*Chairman, President and Chief Executive Officer*
Paul J. Krump

*Vice Chairman and Chief Operating Officer*
Dino E. Robusto

*Senior Vice President and Chief Global Field Officer*
Harold L. Morrison, Jr.

*Senior Vice President and Chief Financial Officer*
Richard G. Spiro

*Senior Vice President, General Counsel and Secretary*
Maureen A. Brundage

*Senior Vice Presidents*
James P. Bronner
Bay Hon Chin
Jonathan P. Doherty
Matthew T. Doquile
Paul V. D'Souza
Shasi Gangadharan
Christopher J. Giles
Jason Howard
Christopher R. Lees
Mark T. Lingafelter
Swee Keong Mah

Matthew J. Pasterfield
Gary C. Petrosino
Elisabeth N. Rees
Nivaldo Venturini

*Vice Presidents*
Richard W. Barnett
Phillip Brain
Harald Braun
Dekker M. Buckley
Michael J. Casella
Julie Ann Chalmers
Richard A. Ciullo
William C. Clarkson
Ann Maree Cook
Stephen De Gruchy

Melissa R. Dean
Gregory D. Dodds
David J. Foote
Tin Yau Fung
Thomas J. Ganter
Ned I. Gerstman
Paul R. Geyer
Andrew R. Gourley
Benjamin J. Hastie
Gregory L. Hicks
Mark S. James
Kurt Han Kuk Jang
John J. Kennedy
Sang Kyoun Kim
Helen Koustas
Matthew E. Lubin

Beverly J. Luehs
Fergus F. Marshall
David P. Mc Keon
Glenn A. Montgomery
David B. Norris, Jr.
Rolando A. Orama
Steven J. Ord
Emma Osborne
Alison J. Percival
Michael D. Phipps
Michael Resnikoff
Jorge A. Rosas
Andrew Russell
Leo A. Schmidt
Scott L. Simpson
John X. Stabelos

Kevin M. Stevens
Leo Takagi
Francis Tan
Noel Tan Haung Nging
Dan Tedeschi
Graham Turnock
Steven M. Versaggi
Robert M. Witkoff
Aaron Yip Yan Wing

*Vice President and Actuary*
W. Brian Barnes

*Vice President and Treasurer*
Douglas A. Nordstrom

## Chubb Insurance Company of Canada

### Officers

*Chairman*
Richard G. Spiro

*President and Chief Executive Officer*
Ellen J. Moore

*Senior Vice President and Chief Financial Officer*
Grant S. McEwen

*Senior Vice President, General Counsel and Secretary*
John F. Cairns

*Senior Vice President and Actuary*
Philip Jeffery

*Senior Vice Presidents*
Jean Bertrand
Giovanni Damiano

Patricia Ewen
Paul A. Johnstone
Ana Robic
Cameron Rose
Michel Rousseau
Zorica Todorovic

*Vice Presidents*
Anne Barnes
Barry Blackburn
LeeAnn Boyd
Robert Boyle
Laila Brabander
Tanya Eyram

Colin Laird
Jeffrey Marit
David McKeen
Jo-Anne Polidoro
Tara Saunders
Lisa Telford
Tim Usher-Jones

## Chubb Insurance Company of Europe SE

### Officers

*President and Chief Executive Officer*
Jalil Ur Rehman

*Senior Vice Presidents*
Jan Auerbach
Lynn George
Christopher J. Giles
Marta Gomez-Llorente
Julie Marcello
Carlos Merino
Jeremy Miles

Simon Mobey
Fred Shurbaji
Lisa Skeels
Lynn Twinn
Bernardus Van Der Vossen

*Senior Vice President and Chief Financial Officer*
Simon Wood

*Senior Vice President, General Counsel and Secretary*
Ranald T.I. Munro

*Senior Vice President and Actuary*
Tim Saltmarsh

*Vice Presidents*
Ron Bakker
Mona Barnes
Paul Barnett
Chris Brown
Bijan Daftari
Paul Davenport
Guillaume Deal

Kevin Docherty
Mark Edmondson
Richard Eveleigh
Andrew Francis
David Gibbs
Brian Hardwick
Gwenael Herve
Isabelle Hilaire
Jose David Jimenez
Jamie Keaney
Katerina Kikillou
Monique Kooijman

Richard Lambert
Neil Lee-Amies
Graham Medcalf
Miguel Molina
Tom Newark
Rene Nieuwland
Jonathan Nottingham
Tara Parchment
Stuart Payne
Lisa Payne-Lawrey
Carlos Pena
Bjorn Petersen

Bruce Robertson
Feliciano Ruiz
Henrik Schwiening
Covington Shackleford
Chris Tait
Michael Thyssen
Sophie Van Til Leedham
Brian Vosloh
Bernd Wiemann
Nigel Williams
David Woolard
Alison Zobel

P-0956-013    FICO0056291

# The Chubb Corporation

## Directors


Zoë Baird Budinger
*CEO and President*
The Markle Foundation


Karen M. Hoguet
*Chief Financial Officer*
Macy's, Inc.


Daniel E. Somers
*Retired Vice Chairman*
Blaylock and Partners LP


Sheila P. Burke
*Research Faculty*
J.F. Kennedy School of Government,
Harvard University


Lawrence W. Kellner
*President*
Emerald Creek Group


William C. Weldon
*Retired Chairman and Chief Executive Officer*
Johnson & Johnson


James I. Cash, Ph.D.
*Professor Emeritus*
Harvard Business School


Martin G. McGuinn
*Retired Chairman and Chief Executive Officer*
Mellon Financial Corp.


James M. Zimmerman
*Lead Director*
The Chubb Corporation
*Retired Chairman and Chief Executive Officer*
Federated Dept. Stores, Inc.


John D. Finnegan
*Chairman, President and Chief Executive Officer*
The Chubb Corporation


Lawrence M. Small
*Former Secretary*
Smithsonian Institution


Alfred W. Zollar
*Former General Manager*
Tivoli Software
IBM Corporation


Timothy P. Flynn
*Retired Chairman and Chief Executive Officer*
KPMG


Jess Søderberg
*Retired Partner and Group CEO*
A.P. Moller-Maersk

## Committees of the Board

**Audit Committee**
Lawrence W. Kellner (Chair)
Timothy P. Flynn
Karen M. Hoguet
Martin G. McGuinn
Jess Søderberg
Alfred W. Zollar

**Organization & Compensation Committee**
William C. Weldon (Chair)
Sheila P. Burke
James I. Cash, Ph.D.
Martin G. McGuinn
James M. Zimmerman
Alfred W. Zollar

**Executive Committee**
John D. Finnegan (Chair)
Sheila P. Burke
Lawrence W. Kellner
Daniel E. Somers
William C. Weldon
James M. Zimmerman

**Finance Committee**
Daniel E. Somers (Chair)
Zoë Baird Budinger
Timothy P. Flynn
Karen M. Hoguet
Lawrence W. Kellner
Lawrence M. Small
Jess Søderberg

**Corporate Governance & Nominating Committee**
Sheila P. Burke (Chair)
Zoë Baird Budinger
James I. Cash, Ph.D.
Lawrence M. Small
Daniel E. Somers
William C. Weldon

CASE 0:16-cv-01054-DTS   Doc. 1146-4   Filed 03/05/23   Page 15 of 17

P-0956-014

FICO0056292

## "Safe Harbor" Statement

Some of the statements in this Review may be considered forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995 (PSLRA). These forward-looking statements are made pursuant to the safe harbor provisions of the PSLRA and include statements regarding our share repurchase program, pricing, rates and the underwriting environment, investment income and our investment portfolio, the low interest rate environment, currency fluctuations, the impact of the U.S. economy on our business and industry, global economic conditions and our relationships with our customers and independent agents and brokers. Such statements speak only as of the date of the Review and are not guarantees of future performance. Various risks and uncertainties may cause actual results to differ materially. These risks and uncertainties include those discussed in the filings we make with the Securities and Exchange Commission. We assume no obligation to update such forward-looking statements.

## Explanation of Non-GAAP and Other Financial Measures

Operating income, a non-GAAP financial measure, is net income excluding after-tax realized investment gains and losses. Management uses operating income, among other measures, to evaluate its performance because the realization of investment gains and losses in any given period is largely discretionary as to timing and can fluctuate significantly, which could distort the analysis of trends.

Property & casualty investment income after income tax is a non-GAAP financial measure that management uses to evaluate its investment results because it reflects the impact of any change in the proportion of tax exempt investment income to total investment income and is therefore more meaningful for analysis purposes than investment income before income tax.

The combined loss and expense ratio (or combined ratio), expressed as a percentage, is the key measure of underwriting profitability. Management uses the combined loss and expense ratio calculated in accordance with statutory accounting principles applicable to property & casualty insurance companies to evaluate the performance of the underwriting operations. It is the sum of the ratio of losses and loss expenses to premiums earned (loss ratio) and the ratio of statutory underwriting expenses to premiums written (expense ratio) after reducing both premium amounts by dividends to policyholders. Statutory accounting principles applicable to property & casualty insurance companies differ in certain respects from generally accepted accounting principles. Under statutory accounting principles, policy acquisition and other underwriting expenses are recognized immediately, not at the time premiums are earned.

Return on equity is the ratio of net income divided by average shareholders' equity. Average shareholders' equity is the average of the beginning and all quarter-end balances within the period.

Management uses growth in net premiums written excluding the effect of foreign currency translation, a non-GAAP financial measure, to evaluate the trends in net premiums written, exclusive of the effect of fluctuations in exchange rates between the U.S. dollar and the foreign currencies in which business is transacted. The impact of foreign currency translation is excluded as exchange rates may fluctuate significantly and the effect of fluctuations could distort the analysis of trends. When excluding the effect of foreign currency translation on growth, management uses the current period average exchange rates to translate both the current period and the prior period foreign currency denominated net premiums written amounts.

## The Chubb Corporation

15 Mountain View Road
Warren, New Jersey 07059
Telephone: (908) 903-2000
www.chubb.com

## Stock Listing

The common stock of the Corporation is traded on the New York Stock Exchange under the symbol CB.

## Dividend Agent, Transfer Agent and Registrar

Broadridge Corporate Issuer Solutions
P.O. Box 1342
Brentwood, NY 11717
Telephone: (866) 232-3039
Fax: (215) 553-5402
Email: Shareholder@broadridge.com

Photography: Peter Vidor



THE CHUBB CORPORATION
15 Mountain View Road, Warren, New Jersey 07059
Telephone (908) 903-2000 • www.chubb.com