# EXHIBIT 19

Message

| | |
|---|---|
| **From:** | Paul Swyny [paulswyny@fico.com] |
| **Sent:** | 3/24/2016 1:24:49 AM |
| **To:** | Russ Schreiber [RussSchreiber@fico.com]; Mike Sawyer [MikeSawyer@ficorp.onmicrosoft.com] |
| **CC:** | Erwan Layman [ErwanLayman@fico.com]; Jeremy Chen [jeremychen@fico.com]; Vrinda Raizada [VrindaRaizada@fico.com]; Pradeep Ballal [PradeepBallal@fico.com]; Bill Waid [BillWaid@fico.com] |
| **Subject:** | RE: Blaze Advisor - help with trial license issue |

Here's what I have so far:

Contact name: Shaikh Imran Aziz

Contact Title: Mr.

Contact email address: imran.aziz@dws.com.au, iaziz@chubb.com

Contact Mobile Phone Number: +61422678419

Contact Office Phone Number:

Office Address: Level 8, 146 Arthur St North Sydney NSW 2060

Blaze version deployed: 7.1 (Don't know precise version)

Date Blaze version acquired

License details (if known)

Description of Solution built using Blaze

Regards,

Paul Swyny
Client Partner



U.S. DIST COURT – MN
PLAINTIFF EXHIBIT
**P-1114**
Case No. 16-cv-1054-DTS

Confidential - Attorneys' Eyes Only



Mobile +61 44 888 6825
www.fico.com

**From:** Russ Schreiber
**Sent:** Thursday, 24 March 2016 3:17 PM
**To:** Mike Sawyer; Paul Swyny
**Cc:** Erwan Layman; Jeremy Chen; Vrinda Raizada; Pradeep Ballal; Bill Waid
**Subject:** RE: Blaze Advisor - help with trial license issue

Paul, please forward contact info to Mike Sawyer and me. Hard to say what will happen next but I expect it all to be sorted in the next week or so. More to come as we have info.

Russ
m 917.214.2614

On Wed, Mar 23, 2016 at 9:11 PM -0700, "Paul Swyny" <paulswyny@fico.com> wrote:

I have his name and contact details but not title and project. I have asked but he seems to have gone quiet after being very vocal earlier today.

Regards,

Paul Swyny
FICO - Client Partner
Ph +61 04 4888 6825

**From:** Russ Schreiber
**Sent:** 24/03/2016 3:09 PM
**To:** Mike Sawyer; Paul Swyny
**Cc:** Erwan Layman; Jeremy Chen; Vrinda Raizada; Pradeep Ballal; Bill Waid
**Subject:** RE: Blaze Advisor - help with trial license issue

Paul, did you get the persons name, contact info and project name? Apologies if you've already provided this.

Thank you.

Russ
m 917.214.2614

On Wed, Mar 23, 2016 at 8:04 PM -0700, "Paul Swyny" <paulswyny@fico.com> wrote:

Thanks Mike,

We were contacted out of the blue by someone claiming to be from or represent Chubb in Australia and demanding help with their Blaze project. We've been as accommodating as we can and will continue to support, but the chap we are in contact with is 'challenging' to say the least.

I will try and find out more info from him, but I have found him to be very cagey so far.

Regards,

Paul Swyny
Client Partner



Mobile +61 44 888 6825
www.fico.com

**From:** Mike Sawyer
**Sent:** Thursday, 24 March 2016 1:26 AM
**To:** Paul Swyny
**Cc:** Pradeep Ballal; Vrinda Raizada; Erwan Layman; Jeremy Chen; Vrinda Raizada; Bill Waid; Russ Schreiber
**Subject:** RE: Blaze Advisor - help with trial license issue

Paul and Team –

Chubb's Blaze License was limited to the United States only.  They did not have rights to use it outside of that territory so they did not have rights to use the product in Canada.  As I shared yesterday, there are currently very sensitive high

P-1114-003

level (Will Lansing level) negotiations on going between Chubb and FICO regarding their compliance with their Blaze Advisor license. I expect to be in position to share more information early next week. In the meantime, please continue to be responsive to DWS but do not make any statements regarding Chubb's rights to use the software.

Since ACE acquired Chubb in January and branded the new company as Chubb, do you know if the folks you are engaged with are working on behalf of a legacy Chubb organization or a legacy ACE organization?

Please share any additional information you learn about Chubb's usage of Blaze in Canada or Australia with Bill Waid and I.

Thank you,

**Mike Sawyer**
Client Partner, Insurance & Healthcare

## FICO

Boston, MA

T 508 530 3116

C 617 401 1380

mikesawyer@fico.com

www.fico.com

**From:** Paul Swyny
**Sent:** Wednesday, March 23, 2016 4:03 AM
**To:** Vrinda Raizada; Erwan Layman; Jeremy Chen; Vrinda Raizada; Mike Sawyer
**Cc:** Pradeep Ballal
**Subject:** RE: Blaze Advisor - help with trial license issue

Hi all,

I had a chat with Imran at DWS today and I think I am now getting to the bottom of what is going on there. The situation as I understand it is below (I managed to tease this out of Imran so I may not havd the whole story).

Chubb in Australia want to evaluate a solution built by Chubb Canada, which has been developed on Blaze 7.1 and they have chosen a 3rd party based in Melbourne - DWS - to help get the evaluation up and running

As Chubb Australia have no Blaze license, Imran has downloaded a trial license - version 7.3 - from our website, with the intent of upgrading the original Chubb Canada solution to 7.3

Imran has run into several issues during the upgrade process and has reached out to us for help.

The above raises several questions...

- Do Chub Canada have a global / enterprise license for Blaze or will they be purchasing more licenses from FICO. This assumes Chubb Canada have a direct agreement with us rather than a partner such as Software AG.

- Assuming we are open to continue helping Imran - I assume we all want to extend Blaze usage if it makes commercial sense - would it be best to provide Blaze 7.1 to get round the upgrade issues
- If 7.1 is sunset and we must provide 7.3, can we / should we be doing this without a formal agreement in place. I think we (ie me) maybe should be talking to Chubb Australia to get some kind of formal agreement in place but seeing as we offer 90day trial licenses directly from the web this may not be appropriate.
- if we provide 7.3 and Imran needs to upgrade someone will need to spend time handholding him as I suspect his Blaze knowledge is minimal. I can foresee we might spend quite a bit of time here.

I'm not sure where we go from here technically or commercially given the discussions we are having with Chubb in USA, assuming that Chubb Canada and Australia are part of the same organisation.

Thoughts?

Regards,

Paul Swyny
FICO Client Partner
Ph +61 448 886825

Sent from mobile device, please excuse spelling mistakes and abbreviations

On Mon, Mar 21, 2016 at 11:21 PM -0700, "Vrinda Raizada" <VrindaRaizada@fico.com> wrote:

Hi Erwan,

Noted. Thanks for the update.

Regards,

Vrinda

**From:** Erwan Layman
**Sent:** Tuesday, March 22, 2016 1:35 PM
**To:** Jeremy Chen; Vrinda Raizada
**Cc:** Pradeep Ballal; Paul Swyny
**Subject:** RE: Blaze Advisor - help with trial license issue

Hi Jeremy,

Thanks for your suggestion.

Hi Vrinda,

I understand from Pradeep that Imran is contacting you simulataneously on this issue. Given that Chubb is an existing Blaze Advisor customer, this issue should be referred to Product Support. Can you forward Imran's request to support@fico.com (with the subject line, "blaze advisor 7.1 to 7.3 upgrade") and inform him that the support team will log this case and provide Chubb with the necessary assistance to upgrade the Blaze Advisor 7.1 repository to 7.3. The Product Support team will also be able to provide Imran with the older version of Blaze Advisor 7.1 to correct any

inconsistencies with the rule repository. Currently, neither Pradeep nor myself have access to these old versions of Blaze Advisor.

Thanks,

erwan

**From:** Jeremy Chen
**Sent:** Tuesday, March 22, 2016 12:53 PM
**To:** Erwan Layman
**Cc:** Pradeep Ballal; Paul Swyny
**Subject:** Re: Blaze Advisor - help with trial license issue

Erwan and Pradeep,

Thanks for your investigation of this case and your assistance with Imran. I think it is now clear that he's working on a project that is in some fashion related to Chubb. This means that he's entitled to maintenance support. I suggest that you advise him to contact Product Support. If needed, we'll provide the BA7.1 installer via Support.

Thanks

Jeremy

**From:** Erwan Layman <ErwanLayman@fico.com>
**Date:** Monday, March 21, 2016 at 9:21 PM
**To:** Jeremy Chen <JeremyChen@fico.com>
**Cc:** Pradeep Ballal <PradeepBallal@fico.com>, Paul Swyny <paulswyny@fico.com>
**Subject:** RE: Blaze Advisor - help with trial license issue

Hi Jeremy,

Pradeep and I had a Webex with Imran of DWS today to help him upgrade his BA 7.1 repository to BA 7.3, however, there are a whole bunch of system files that were not successfully upgraded because they were checked out in the previous workspace. The approach that you described in the message board was also not working due to the same issue.

The only other approach we can think of now is to have the repository workspace exported as a ZIP from BA 7.1, and then re-imported into a fresh repository created in BA 7.3. To do this, we will need BA 7.1 installer. Is it possible for you to upload the BA 7.1 installer to Box so that we can send the link to Imran of DWS?

Hi Paul,

It looks like this is taking longer than we like, and Imran is quite a hot-tempered person. Let's just say Pradeep and I had to endure a fair bit of shouting. We've suggested PS engagement, but he insists we sort this out. I'm thinking of passing this on to Product Support.

Confidential - Attorneys' Eyes Only

FICO0000491

Thank you,

erwan

**From:** Pradeep Ballal
**Sent:** Monday, March 21, 2016 1:26 PM
**To:** Paul Swyny; Erwan Layman
**Subject:** RE: Blaze Advisor - help with trial license issue

Hi Erwan, Paul,

I had a quick call with Imran just now.

Basically, he has a Blaze repository that was created with 7.1 and he is trying to open in 7.3. After import, all the artifacts are locked and readonly. That is the main issue.

However, when I quizzed him about the rationale behind using 7.3, he is not sure of the reasons. It appears that he just wanted to use the latest and greatest and probably was under the impression that a newer version of Blaze will be fully backward compatible with an older version of software in deployment (like opening a word document created in Office 2010 in Office 2007 ☺).

I have advised him that a newer version of software should be used as a formal upgrade process and if there is no upgrade initiative, he should be using the software version that Chubb also has running in production to prevent side effects and unknown issues. He is going to be checking about that and let us know tomorrow.

Looks like they can do with some PS help. He requested a WebEx call at 2:00 PM Sydney time tomorrow. Erwan – are you OK with that time?

Thank you,

Pradeep

**From:** Paul Swyny
**Sent:** Monday, March 21, 2016 11:17 AM
**To:** Pradeep Ballal; Erwan Layman
**Subject:** RE: Blaze Advisor - help with trial license issue

Thanks guys. Just be mindful you are not spending too much time on supporting someone who maybe should go via the support desk. Also, do Chubb have a global license etc

Confidential - Attorneys' Eyes Only          P-1114-007          FICO0000492

Regards,

Paul Swyny
FICO - Client Partner
Ph +61 04 4888 6825

---

**From:** Pradeep Ballal
**Sent:** 21/03/2016 1:58 PM
**To:** Erwan Layman; Paul Swyny
**Subject:** RE: Blaze Advisor - help with trial license issue

Thanks Erwan.

I can call Imran on his cell phone today and we can follow that up with a WebEx tomorrow. Let me call him within the next couple of hours and try to get some more information and we can follow that up with a WebEx session tomorrow.

Thank you,

Pradeep

**From:** Erwan Layman
**Sent:** Monday, March 21, 2016 10:56 AM
**To:** Paul Swyny; Pradeep Ballal
**Subject:** RE: Blaze Advisor - help with trial license issue

Hi Paul,

If I recall correctly, Chubb (in the US) is an existing BA user. In any case, a trial licence can be had from the FICO web site as part of the evaluation programme.

On this client's issue, today is a full day for me. I can offer tomorrow 1pm (SG) for a Webex if it's not too late.

e.

**From:** Paul Swyny
**Sent:** Monday, March 21, 2016 10:46 AM
**To:** Pradeep Ballal; Erwan Layman
**Subject:** RE: Blaze Advisor - help with trial license issue

Thanks, but are either of you two able to give Imran a call to see if or how we can help?

I'm not sure where Chubb got their Blaze license, but it may be via Software AG – I don't know for sure as they are not my account.

Regards,

Paul Swyny
Client Partner



Mobile +61 44 888 6825
www.fico.com

**From:** Pradeep Ballal
**Sent:** Monday, 21 March 2016 1:40 PM
**To:** Paul Swyny
**Cc:** Erwan Layman
**Subject:** Re: Blaze Advisor - help with trial license issue

As far as I can remember Blaze license is not tied to a version, at least for the perpetual ones. That's why the Yarra Valley issue also got resolved the moment we used the old license with the new software. Unless things have changed or we have a different agreement with software ag. Erwan any thought or comments on this?

Thx

Pradeep

Sent from my iPhone

On 21 Mar 2016, at 10:34 AM, Paul Swyny <paulswyny@fico.com> wrote:

Pradeep, Erwan, anything on this?

**From:** Paul Swyny
**Sent:** Monday, 21 March 2016 9:38 AM

**To:** Pradeep Ballal; Erwan Layman
**Subject:** Blaze Advisor - help with trial license issue

Hi Pradeep, Erwan,

I contacted Imran today (on +61422678419) – he works for a medium sized consulting/software firm called DWS based here in Melbourne. It appears that he has an evaluation license for Blaze 7.3 (a 90 trial) and is trying to upgrade an earlier Blaze project to 7.3 but has run into some problems which I was unable to help with.

I'm not sure how he came across the trial license (can this be downloaded by anyone without getting their contact details?) but he's after some help from us and apparently we (via Jeremy) have suggested a webinar to help him with whatever he's trying to do.

Would either of you be able to contact him today to try and find out exactly what he's up to and what they are using Blaze for – I'm not sure if he was being secretive or just didn't really know as he was a techie.

Happy to discuss further if you'd like.

Regards,

Paul Swyny
Client Partner

<image001.png>

Mobile +61 44 888 6825
www.fico.com

**From:** Pradeep Ballal
**Sent:** Saturday, 19 March 2016 2:43 AM
**To:** Peter Burns; Paul Swyny
**Cc:** Erwan Layman
**Subject:** Fwd: FICO Analytic Cloud Contact Submission

Hi Peter, Paul,

Confidential - Attorneys' Eyes Only    P-1114-010    FICO0000495

FYI, are you aware of this existing customer trying out our cloud?

Thx

Pradeep

Sent from my iPhone

Begin forwarded message:

**From:** Jeremy Chen <jeremychen@fico.com>
**Date:** 18 March 2016 at 11:38:32 PM SGT
**To:** Erwan Layman <ErwanLayman@fico.com>, Pradeep Ballal <PradeepBallal@fico.com>
**Subject: FW: FICO Analytic Cloud Contact Submission**

Erwan, Pradeep,

This person has been trying to upgrade a Blaze project on his own and has been struggling. I came to know this through his posts on our community site at https://community.fico.com/message/69415. He says that they are a potential buyer, but he seems to have an existing project that he's trying to upgrade.

Could you please reach out to him to find out what is going on?

Thanks

Jeremy

**From:** "imran.aziz@dws.com.au" <imran.aziz@dws.com.au>
**Date:** Thursday, March 17, 2016 at 9:07 PM
**To:** ML_FAC_Platform <ML_FAC_Platform@fico.com>, ML_FAC_Products <ML_FAC_Products@fico.com>
**Subject:** FICO Analytic Cloud Contact Submission

First Name: Shaikh Imran
Last Name: Aziz
Email Address: imran.aziz@dws.com.au
Title: IT Consultant
Company: DWS
Phone: +61422678419
Extension: 123
Country: Australia
State:
Industry: Banking - Mortgage
Nature of Inquiry: Platform,FICO Products

Brief Description of request: Hi There, There are multiple question I need to ask on the community. How can I speed up the process. We are potential buyer of this product, hence need proper proper attention towards our issues. Please call me up on my cell and connect me to some of your technical person. I believe we might have to go through the webex meeting. Thanks Imran

This e-mail was sent from the Contact Us form on FICO Analytic Cloud.

This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately.