# EXHIBIT 21

More questions in FICO® Blaze Advisor® User Forum

Log in to create and rate content, and to follow, bookmark, and share content with other members.


ANSWERED

# repository

Question asked by imran.aziz@dws.com.au on Mar 1, 2016
Latest reply on Mar 31, 2016 by imran.aziz@dws.com.au

Like • 0     Comment • 17

Hi All,

I am new to Blaze Advisor. Can someone please let me know what is the concept of repositories in Blaze Advisor? Why do we need a repository? And why cant we create project without any repository?

The other question is how do I open/import an old Blaze project in my current eclipse workspace?

Thanks



Jeremy Chen
Mar 3, 2016 5:37 PM

★ Correct Answer

The repository is the central place where you store all of your decision entities. The IDE, the RMA and the deployment all connect to the repository to update/retrieve the decision entities. This means you have a single source of truth. However, it is common for users to have several repos, one for each environment based on the release process.

Before you import a Blaze adv project into your eclipse workspace, you'll want to create a repository first using the commands in the repository menu. You can then use the "import..." command to import your Blaze project into the repository.

See the reply in context

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FICO0005906

U.S. DIST COURT – MN
PLAINTIFF EXHIBIT
P-1116
Case No. 16-cv-1054-DTS

No one else had this question

OUTCOMES

Helpful(3)

Visibility: FICO® Blaze Advisor® User Forum • 1841 Views

Last modified on Mar 1, 2016 2:36 AM

Tags: blaze advisor

 0

20 Replies

### Jeremy Chen 📣
Mar 3, 2016 5:37 PM

The repository is the central place where you store all of your decision entities. The IDE, the RMA and the deployment all connect to the repository to update/retrieve the decision entities. This means you have a single source of truth. However, it is common for users to have several repos, one for each environment based on the release process.

Before you import a Blaze adv project into your eclipse workspace, you'll want to create a repository first using the commands in the repository menu. You can then use the "import..." command to import your Blaze project into the repository.

1 person found this helpful

✪ Actions ▾                                                        👍 Like • 0


**imran.aziz@dws.com.au**
@ Jeremy Chen on Mar 3, 2016 11:16 PM

Hi Jeremy,

Thanks for the reply. I really appreciate your devotion towards keeping this community live.

There are couple of things I have tried on Blaze which are strange to me and for them I need the answers.

There are different scenarios of creating and importing the projects (say like Java projects using Eclipse IDE):

- Create the project first and then make a repository on that project's containing folder
- Create the project first and then put it into some existing repository
- Creating the project by importing it directly from the existing repository

**Question: Please let me know on which above scenarios Blaze Advisor works?**

Furthermore...

I am having an existing old Blaze project checked out into my SVN repo.
I want to import it into Blaze Advisor.

Following are the scenarios I have done but all not working:

**Scenario1**

- I created the new repo from Blaze Advisor by selecting the File repo.
- Blaze created some system files in the location I provided (say like c:\BlazeRepo).
- Pasted the whole old Blaze project from svn repo into this newly created Blaze File repo.
- Tried to import the project in Blaze Advisor Eclipse IDE but the project is not coming up under the selected repo.

**Scenario2**

- I created a new repo from Blaze Advisor by selecting the SVN shared repo and pointed my old Blaze project repo in the URL section. This is the URL where we put our company projects (say like http://somesvnrepolocation). Its a company repository.
- Blaze Adviror created the new folder inside that old Blaze project on the URL I provided and checked in dozens of files automatically. (That was very strange to me because I was expecting Blaze Advisor to **get** files from that location).

**Question: Please let me know if I am doing wrong in both of the above scenarios.**

Furthermore....

What you said is not clear to me. **You said to create a new repo and then import the project**. Please elaborate it further keeping in mind that I have to import an old Blaze Project into Blaze Advisor.

Your early response would be highly appreciated.

Thanks and Regards
Imran

  Actions ▼                                                                                             Like • 0

---



Jeremy Chen 📢
@ imran.aziz@dws.com.au on Mar 3, 2016 11:36 PM

Hi. When you use Blaze in Eclipse, there are two projects you work with. There is the actual Blaze Advisor project that is stored in a repository. Then there is the Eclipse project that contains a reference to the actual Blaze project. So the usual steps for creating a new Blaze project is to first create a repository if you don't already have one using the Repository menu, then create a new Blaze project menu in Eclipse and select the existing repository for the to be created project. When this is done, you will have a new repository, a blaze project in the repository, and an Eclipse project that links to the Blaze project.

If you already have a Blaze repo and a Blaze project, you use the Eclipse Import command to bring the Blaze project into Eclipse. This creates the wrapper Eclipse project for you.

Now in your specific use case, what is the format of the Blaze project? Is it a set of 3 or 4 files that include an adv file (.adv), or a repository with a number of files? If the former, you use the Import Advisor project option of the Import command in Eclipse. If it is the latter, you simply connect to the repo when using the Import command and then select a project in the repo and import into Eclipse.

Please take a look at the documentation.

In your scenario 1, you need to use the import command to import into your new repo. Copy and Paste does not work.

In your scenario 2, you created a new repo in the url specified, thus you saw a few new files checked in there. But you still need to import the project into this repository. Again based on the type of projects you have you'll want to choose the corresponding import option.

1 person found this helpful

  Actions ▼                                                                                             Like • 0

---



imran.aziz@dws.com.au
@ Jeremy Chen on Mar 4, 2016 1:36 AM

Hi Jeremy,

https://community.fico.com/message/69435?commentID=69435#comment-69435                                                          4/13

Confidential                                                   P-1116-004                                                FICO0005909

Thanks for the reply.

Ok....Lets make it simple and give it one another try.

I am having a folder called xyz.
I don't have any .adv file in this folder.
People say that its a full working Blaze project.

What I do to open the contents of that folder in Eclipse?
Can you please provide me the steps.


Thanks
Imran

 Actions ▾      Like • 0

### Jeremy Chen 📢

@ imran.aziz@dws.com.au on Mar 4, 2016 4:22 PM

From Eclipse, choose import , the blaze advisor project.
You will be asked to select a repository connection. But you don't have one. So choose "new connection". Then point to your folder xyz.
Next you will see the new connection to xyz available in the list of repository connections choose your new connection
Next you will see one or more projects listed in the repository you just connected to.
Choose the one you want to import.

That should do it!

1 person found this helpful

 Actions ▾      Like • 0

### imran.aziz@dws.com.au

Mar 7, 2016 1:44 AM

Hi Jeremy,

Thanks for the reply.

Following your steps, I imported the project. Blaze Advisor showed me the upgrade msg from 7.1.1 to 7.3. Means my old Blaze project is made on 7.1.1 and system wants me to upgrade the project's 'system' folder to 7.3

If I upgrade the project to 7.3 ... Blaze Advisor gives me dozens of errors. But I don't get any errors if I don't upgrade it and I can also generate the RMA as well.

Please let me know... in my scenario.... do I really need to upgrade the project? Is there any valuable thing I can miss in 7.1.1 which is available in 7.3?

Thanks for the help. Its imported at last 

Regards
Imran

✿ Actions ▾　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　👍 Like • 0



imran.aziz@dws.com.au
@ imran.aziz@dws.com.au on Mar 18, 2016 3:45 AM

Hi ▣Jeremy,

Trust you are doing well.

Without upgrading the project to 7.3.... I saw that all the functionalities of the rules, rules sets are disabled. I though thats because of I didnt upgrade the project to 7.3. Have done the import again and this time I upgraded the project to 7.3

Still I am having the same issues. I cannot change anything in any of my existing files. Not even rename the ruleset.

Please let me know why it is behaving like this and what is the resolution.

Note: None of the files are read only ticked in the properties. Though its still showing [Read Only]. Why?

Attaching the screenshot.



Regards

 Actions ▾ 👍 Like • 0



@ imran.aziz@dws.com.au on Mar 18, 2016 3:34 PM

Hi Shaikh, I think it would be easier to chat about this through a webex session. I'm going to refer you to our technical field team in APAC and they'll reach out to you soon.
Jeremy

 Actions ▾ 👍 Like • 0



@ imran.aziz@dws.com.au on Mar 20, 2016 10:21 PM

Hi 🔲Jeremy

Thanks for the reply and forwarding my query to the concerned team.

I will wait for the call in Sydney, Australia time zone 10 am to 4 PM.

Thanks
Imran

https://community.fico.com/message/69435?commentID=69435#comment-69435

Confidential    P-1116-007    FICO0005912

 Like · 0

 Actions ▾

---

 imran.aziz@dws.com.au
@ imran.aziz@dws.com.au on Mar 20, 2016 10:52 PM

Hi 📧Jeremy

I just had a call from someone in Fico Sydney office. He will pass my query to Singapore and see if we can get any call from them soon.

While browsing on google, I got a document link https://www.google.com.au/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&ved=0ahUKEwilrra-q9DLAhXBKaYKHcF0CwAQFggcMAA&url=https%3A%2F%2Fwebmethodsgossips.files.wordpress.com%2F2014%2F04%2Fblaze-advisor.docx&usg=AFQjCNHFnSldzEPXkSjhOiJUZCG7lf0whw&cad=rja 🔗

saying that **"When viewing an instance, if it is not checked out of a versioned repository or is not in Edit mode, the words [Read-Only] appear on the Instance Editor Toolbar."**

As you know that I checked out the old Blaze Advisor project on xyz location and then imported that project into Eclipse by creating a new connection on the same xyz location.

Means my all project files are checked out and they don't have any lock neither they are in read only mode. So I believe that this cannot be the issue; (just wanted to let you know about it as well).

Thanks
Imran

 Actions ▾      Like · 0

---

 Jeremy Chen 📢
@ imran.aziz@dws.com.au on Mar 21, 2016 2:28 AM

Ok, let me know if you don't receive anything within 24 hours.
Thanks
Jeremy

✪ Actions ▾     👍 Like · 0

---

 imran.aziz@dws.com.au
@ Jeremy Chen on Mar 23, 2016 3:15 AM

Hi Jeremy

Your product support team in Singapore had a webex session with me yesterday. Though it was pretty unsuccessful one but they have proposed me below solution to get rid of [Read Only] labels.

1. Download Blaze Advisor 7.1*
2. Open my old project in 7.1
3. Export it to .zip file
4. Import in into 7.3

\* They told me that they will send me the link to download Blaze Advisor 7.1 but I haven't received any email nor any call from them.

Kindly provide me your email address. I will cc you too in the proceedings ahead.

Thanks
Imran

Actions  Like · 0

 Jeremy Chen
@ imran.aziz@dws.com.au on Mar 23, 2016 11:05 PM

Hi. Our support team will reach out to you and provide instructions on how to download BA7.1. Thanks

 Actions  Like · 0

 imran.aziz@dws.com.au
@ Jeremy Chen on Mar 24, 2016 6:20 AM

Hi Jeremy

Though I haven't heard anything from the Singapore support today as well. But I have tried some hack which are not working too.

1. Create a copy of every working folder and renamed the original one.
    a. Created a new rule template, instance, ruleset, rule, rule flow.
    b. Create a new task and assign above ruleset to that task.
    c. Inject that new task into a copied rule flow.
        RESULT: Blaze was pointing to the old renamed folder and several errors thrown from the compile.

2. Created a new non-versioned repo and copied all the existing folder hierarchy in it.
    RESULT: Blaze was unable to link instance file to the template model.

Any possible solution you have in your mind to work with the situation?

I asked you originally that what if i upgrade the systems folder to 7.3 and check in. Should it be able to get rid of [Read Only] label from all the files?

Please let me know.

Regards
Imran

 Actions ▾     Like • 0

---

 **imran.aziz@dws.com.au**
@ Jeremy Chen on Mar 31, 2016 4:33 AM

Hi Jeremy,

Support team had a webex with me.

My original issue was resolved at the end of that webex session. i.e. How to remove [Read Only] label.

The resolution was unexpected to me as no one expects to checkout file of an already checked out project. That was pretty annoying behavior of Blaze to be honest.

Right now I am quite confuse because we are using IBM JDK 1.7 for our whole project. Where as BA 7.3 wants Oracle's JDK 1.8. So what would be the implications when I would do some changes to the project and try to do the deployment?

Theoretically.... it would mess up. What do you say about it?

 Actions ▾    Like • 0



Jeremy Chen 📣
@ imran.aziz@dws.com.au on Mar 31, 2016 4:46 PM

Imran,

IBM JVM1.7 is supported. Please refer to the install guide that is in the docs folder of your Blaze install to get more information. I also suggest going through a few tutorials. FICO provides a Fundamentals class that you may find helpful as well. You can check out the schedule of our training classes at http://www.fico.com/en/product-training

Cheers
Jeremy

 Actions ▾    Like • 0



imran.aziz@dws.com.au
@ Jeremy Chen on Mar 31, 2016 10:22 PM

Hi 🖼Jeremy,

Thanks for the reply.

It is written in the docs that for development following versions of Eclipse and JDK are supported.

**System Requirements for Developing Blaze Advisor Applications**

Confidential    P-1116-011    FICO0005916

| Platforms (Both 32-bit and 64-bit) | Supported JVMs and JREs (Both 32-bit and 64-bit) |
|---|---|
| Microsoft Windows 8.1<br>Microsoft Windows 7 | Oracle Java Development Kit (JDK) or Java Runtime Environment (JRE) Java SE 6 through Java SE 8. |

Blaze Advisor supports the following versions of Eclipse:

- Eclipse Luna SR2 (4.4.2) with Oracle JDK 8
  32-bit Eclipse with a 32-bit JVM

- Eclipse Luna SR2 (4.4.2) with Oracle JDK 8
  64-bit Eclipse with a 64-bit JVM

- Eclipse Kepler (4.3.2) with Oracle JDK 7
  32-bit Eclipse with a 32-bit JVM

- Eclipse Kepler (4.3.2) with Oracle JDK 7
  64-bit Eclipse with a 64-bit JVM

Other versions of Eclipse are not supported.

**System Requirements for Deploying Blaze Advisor Applications**

| Platforms | Supported JVMs* |
|---|---|
| Microsoft Windows 8.1 (32-bit and 64-bit) | Oracle Java Development Kit (JDK) or Runtime Environment (JRE): SE 6 through Java SE 8.<br>IBM SDK 1.6 through 1.7. (For SDK 1.6.0, only SR10 and higher versions are supported.) |
| Microsoft Windows 7 (32-bit and 64-bit) | |
| Microsoft Windows Server 2012 R2 (32-bit and 64-bit) | |
| Microsoft Windows Server 2008 R2 (32-bit and 64-bit) | |

It is clearly written then we can only use Oracle's JDK for development. Please let me know about it.

Yes I will soon try to get the training and going through the tutorials.

Thanks
Imran

⚙ Actions ▼  👍 Like • 0

### Recommended Content

- 📄 Tutorial #5: Machine Learning with HELOC Data
- 📄 Xpress - APP
- 📄 FICO Xpress Mosel mathematical modelling and optimization language
- 📄 FICO Xpress Insight Product Overview
- ▶ Quick overview of FICO Xpress Mosel and IVE for mathematical modeling and optimization

Home | Top of page | Help

© 2017 Jive Software | Powered by 

Confidential    P-1116-013    FICO0005918