# EXHIBIT 39

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,

              Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
an Indiana corporation, and ACE
AMERICAN INSURANCE COMPANY,
a Pennsylvania corporation,

              Defendants.

Court File No.  16-cv-1054 (WMW/DTS)

**DEFENDANTS' SEVENTH
SUPPLEMENTAL ANSWER TO
PLAINTIFF'S INTERROGATORY
NO. 19**

To:    Plaintiff and its attorneys, Allen Hinderaker, Heather Kliebenstein, Michael A.
Erbele, and Joseph W. Dubis, Merchant & Gould P.C., 3200 IDS Center, 80 South
Eighth Street, Minneapolis, MN  55402.

       Defendants Federal Insurance Company and ACE American Insurance Company

(collectively, "Federal"), for their Seventh Supplemental Answer to Plaintiff's

Interrogatory No. 19, state and allege as follows:



U.S. DIST COURT - MN
PLAINTIFF EXHIBIT

**P-1008A**

Case No. 16-cv-1054-DTS



## SEVENTH SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 19

**INTERROGATORY NO. 19:** From the date of first use of the Blaze Advisor software in Canada and thereafter by quarter, the gross written premium of each such company, including specific identification of each company, from all insurance policies in connection with which the Software was used.

**ANSWER:**



2

███████████████████████████████████████████████

███████████████████████████ Federal states the following:

- For the Personal Risk Services (PRS) business unit in Canada, the following application used Blaze Advisor as a component software piece: Evolution. The approximate gross written premiums, policy counts, and identification of the insurance writing company that issued insurance policies that used that application, in connection with which Blaze Advisor was used, is provided in the chart below for the years requested.

| Year | Gross Written Premium | Policy Count (Approx.) | Writing Company |
|------|----------------------|------------------------|-----------------|
| 2019 | $278,538,528.00 | 80,000 | Chubb Insurance Company of Canada |
| 2018 | $337,972,007.00 | 95,000 | Chubb Insurance Company of Canada |
| 2017 | $319,812,199.00 | 93,000 | Chubb Insurance Company of Canada |
| 2016 | $306,522,654.00 | 92,000 | Chubb Insurance Company of Canada |

███████████████████████████████████████████████

- The Blaze Advisor software component was removed from the Evolution application described above on or about September 27, 2019. The data found in the Evolution and the Broker Site charts in this Response are, thus, current as of September 30, 2019 because this is the most exact data that is available covering the 2019 time period in which Evolution used the Blaze component.

- The PRS Business Unit in Canada does not use the ADAPT application at all, and therefore, because that application has not been installed, it is impossible to run any query through that application search for gross written premiums and policy counts. Accordingly, there is no policy county, gross written premium, or writing company to be produced for the Adapt application in the PRS business unit in Canada.

3

- The Broker Site application is a front-end quoting system with an integrated database with Evolution. The Broker Site application does *not* use the Work Manager component, which is the *only* component of the Evolution application that uses Blaze Advisor. Accordingly, there are no policies issued or gross written premium generated by the Broker Site application in the PRS business unit in Canada. However, as ordered by the Court, below are the approximate gross written premiums, policy counts, and identification of the insurance writing company that issued insurance policies that may have used the application Broker Site, which is identical to the chart above for Evolution:

| Year | Gross Written Premium | Policy Count (Approx.) | Writing Company |
|------|----------------------|------------------------|-----------------|
| 2019 | $278,538,528.00 | 80,000 | Chubb Insurance Company of Canada |
| 2018 | $337,972,007.00 | 95,000 | Chubb Insurance Company of Canada |
| 2017 | $319,812,199.00 | 93,000 | Chubb Insurance Company of Canada |
| 2016 | $306,522,654.00 | 92,000 | Chubb Insurance Company of Canada |

Dated: September 24, 2020

s/Terrence J. Fleming
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Christian V. Hokans (#0400377)
chokans@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Federal Insurance Company and ACE American Insurance Company*

4

## VERIFICATION

Randy Alexander states under oath that he is Chief Information Officer, Chubb Insurance Company of Canada; that he is authorized to respond to Plaintiff's Interrogatory No. 19 on behalf of Defendants; that he has relied on directors, employees, agents, and attorneys to provide information used in formulating the answer to the above interrogatory; and that the answer is true and correct to the best of his knowledge.

Randy Alexander

Subscribed and sworn to before me
this _25ᵀʰ_ day of September, 2020.

Notary Public

Laila Brabander
Law Society No. 46806N

5