EXHIBIT 45




# Repeatable Solution: Insurance Underwriting

## Elevator Pitch

FICO Insurance Underwriting Solution helps you manage effectively across all of the silos that exist in insurance. We enable you to get your models, your strategies into an engine that allows you to make rule changes in an effective way. With FICO, your TCO will come down, your business agility will improve and you will be able to adapt and respond to market conditions much faster.

| Market Problem | Target Audience | Benefits |
| --- | --- | --- |
| The worldwide insurance market is an enormous industry vertical to engage and sell into. In 2013, insurance companies wrote $4.6 trillion dollars worth of gross premiums worldwide. In the United States alone, $1.274 trillion dollars worth of premiums were written in 2013, representing approx. 27% of the worldwide market.<br><br>Cap Gemini Research shows that:<br><br>- Digital maturity is strongly correlated to profitability and efficiency and 1/3 of all insurance business will be generated through digital channels in the next 5 years.<br>- Customers with a positive experience are more likely to refer friends or buy additional products, yet only 32% of insurance customers say that they have had a positive experience.<br>- 70% of insurance customers are at risk of switching to a new insurance carrier.<br><br>With these market dynamics, underwriters are challenged to achieve:<br><br>- Faster time to value<br>- Retained and enhanced business user control<br>- Expanded business insight<br>- Improved customer experience<br><br>There is a significant opportunity to leverage predictive analytics to provide value across multiple LoBs including: auto, property, workers' comp and life insurance. | In a $250m insurance company (FICO sweet spot) we should target the following:<br><br>- CIO / CTO<br>- SVP / VP of Insurance Operations<br>- SVP / VP / Dir. at LoB level (Auto, Fire, Home etc)<br>- Global Chief architects<br>- IT / Dir Underwriting Systems / VP / Dir App Dev<br>- CEO / COO<br><br>Key business drivers to look for are:<br><br>- Expanding to new states or Geos<br>- Rising Loss Ratios<br>- Regulatory compliance Issues<br>- Recent competitive challenges<br>- Mergers & Acquisitions (M&A)<br>- Stated portfolio growth goals<br>- New product introduction<br><br>In summary, the insurance industry offers a ripe opportunity for FICO to sell DMS into. Underwriting is a natural starting point to engage since it directly impacts their growth, revenues and Loss Ratios. Insurance companies are under tremendous pressure to "get closer" to their customers as evidenced by the Cap Gemini report. This is a perfect inflection point for FICO as these Insurance companies will need to integrate underwriting automation out to multi-channels and directly through to POS. | The Decision Management Suite is a complete platform for managing the decision processes and logic used throughout multiple applications and systems. It gives you a centralized development and deployment framework that supports the types of iterative, frequent changes that business units request. It lets you work with your data, your applications, and your business and technical systems in a consistent, manageable fashion.<br><br>With FICO® Decision Management Suite, insurance underwriting clients can achieve:<br><br>- Increased processing on a new Insurance policy from 22 days down to 4 minutes<br>- Transition from a manual underwriting process to 99% automated<br>- Reduced decisioning time by 85%<br>- 5-10% increase in application volume capacity<br>- Reduced process time by 65%<br>- Double volume annually for 3 yrs.<br>- Reduced cost by $1.2M<br>- Increased revenues by 47%<br>- Lowered combined ratio by 8 points in 1 year |

## Features & Modules

The Decision Management Suite comprises 12+ different component tools and functionality, the five components that are of most interest to Insurance Underwriting are:

- **Application Studio:** An integrated platform for leveraging, orchestrating, creating and publishing automated decision-powered applications – for enterprise and/or consumer use.
- **Decision Modeler:** A comprehensive decision rules creation, execution and lifecycle management solution for cloud or on-premises implementation
- **Model Executor(s):** Translate and execute virtually any analytic model regardless of authoring tool. Support includes SAS, PMML or R.
- **Analytic Modeler:** Set of fully featured, powerful analytic modeling tools to

© 2015 Fair Isaac Corporation. All rights reserved.   CONFIDENTIAL – INTERNAL USE ONLY   October 18, 2015

Confidential - Attorneys' Eyes Only   FICO0005315

create advanced scorecards, decision trees, text models, or leverage a complete R environment.
- **Model Central:** A solution for centralized model lifecycle management to ensure analytic models are created, deployed, monitored and improved for maximum impact on operational decisions.

Other components include:
- **Decision Management Platform**: Built on open standards and using published APIs, the DMP provides infrastructure and capabilities for extensibility, customization and delivery of services and applications developed on DM Suite.
- **Data Management Integration Platform (FICO DMIP):** A data ingestion, correlation and analytic platform that helps users create, manage and execute on high velocity streaming or at rest data from a variety of sources and apply rules, analytics and or optimization.
- **Visual Insights Studio:** A data visualization and reporting tool that provides tools and capabilities for sorting, mapping and visualizing data for identifying and reporting trends.
- **Optimization Modeler:** Analytic tool purpose built to provide optimization solutions and execution – includes tuned engines for pricing, marketing and collections optimization out of the box.
- **FICO Data Orchestrator:** A data retrieval and mapping solution that can access, gather and transform data from corporate or public facing information services, such as credit reference agencies or asset value data providers.
- **Big Data Analyzer**: An analytics environment for business users, analysts and data scientists to gain valuable insights from the exploration and analysis of any type and size of data on Hadoop. Making Big Data accessible while masking Hadoop complexity, it allows all users to drive business value from any data

| Competition | Strengths | Weaknesses |
|---|---|---|
| Pegasystems | • Pega does well by engaging and selling to IT versus the business side of the house | • Pegasystems sales play in the Underwriting automation space is they've built out templates and frameworks that suggest that they can spin you up 60% - 80% of the way very quickly. But completion of the other 20-40% of the implementation will be complex, time consuming and costly. |
| Internal build | • This is FICO's biggest competitor | • Companies that decide to develop an internal build may be looking for a change as Loss Ratios have increased; their business portfolio is increasing and jobs are on the line as they have waited too long. |
| Guidewire | • They incorporate all of the policy management functionality. It is well integrated with all of the other functionality of writing and managing a policy.<br>• It is an enterprise wide system | • Implementations are lengthy and can take anywhere from 9-24 months for BoB Tier 3 and up |
| Policy Mgmt. Systems | • Same as above | • Most Policy Management Systems (Guidewire or Homegrown) have some rudimentary, inflexible underwriting automation capabilities.<br>• IT has to make any policy or rule changes and this may take months whilst FICOs DM Suite takes hours<br>• They do not allow for automating underwriting through POS, FICO does. |

© 2015 Fair Isaac Corporation. All rights reserved.   CONFIDENTIAL — INTERNAL USE ONLY   October 18, 2015

Confidential - Attorneys' Eyes Only   P-1174-002   FICO0005316

## Repeatable Solution: Insurance Underwriting

| Objection Handling: What You Will Hear | Objection Handling: What You Should Say |
|---|---|
| **We don't need all of what's in the DM Suite:** We only need an analytic tool or a decisioning solution. Do we have to buy it all? | With the Decision Management Platform as the foundation, you can buy and utilize only the components necessary to build your application. Further, as your application demands more capabilities, you can easily add new components and be assured they will integrate seamlessly without any version incompatibilities. |
| **We already have a solution that overlaps / competes with a component in the DM Suite:** Does the DM Suite integrate with these investments or will it be a "rip and replace?" | No need to rip and replace at all. The Decision Management Suite was designed to seamlessly integrate and augment existing solutions. FICO has added specialized functionality to interoperate with SAS or PMML predictive models. The DM Suite was also built leverage industry standards to ensure interoperability wherever possible. |
| **We have competing priorities** | We can deploy some of this in the cloud and not only make it easier to access, but our cloud option will also require fewer internal resources. |

| Why We Win | Key Contacts |
|---|---|
| • **Connect to and leverage Big Data to determine the best decisions:** Our technology enables organizations across the entire insurance lifecycle to better understand the customer, what they want and what they are going to buy. Our primary capability and value add is helping our clients take data and turn it into information they can rapidly use to interact with customers, so ultimately the customers buys what they want and in the way they want<br>• **Faster and easier time-to-value:** Being able to rapidly change rules and policies. Quickly and consistently implement business decisions based on customer insight and rapidly changing market and business conditions.<br>• **Lower costs and reduce barriers to implementation for predictive analytics and decision management solutions development:** Regardless of business industry, size or location, it's easier, faster and more cost effective than ever to use the industry's leading decision management solutions. We enable you to get your models, strategies into an engine that allows you to make model / rule changes in an effective way. We alleviate the burden from IT. Your business user can change a rule / mode, a rate or eligibility criteria without having to go through IT.<br>• **Readily integrate FICO and third party apps and tools on a single platform:** More easily share and leverage data, data models and decision management across all solutions/tools.<br>• **Reduce risk and increase ROI for the ultimate in optimized business decision infrastructure: a web-based, PaaS offering provides the customizable, easy-to-use tools for any business to get started today and realize benefits in hours.** – With FICO, you have the ability to underwrite and make consistent decisions with speed reliability and consistency (same decision whether web, smart phones or call ctr). We drive out significant costs (huge headcount reduction needed for manual uw). We drive up revenue without taking on additional costs or headcount.<br>• **Connect analytics and business strategies across organizations for best practices and consistency:** Adopt a common means of applying data analytics and decision management across auto, property, workers' comp and life insurance in order to consistently improve decision performance and help drive regulatory compliance.<br>• **Measure impact of changes before they happen:** Immediately visualize business impacts of decision components, and simulate candidate changes to decision components before they go into production. | **Product Management:**<br>David Lightfoot<br>Fernando Jorge<br><br>**Marketing:**<br>Benjamin Baer<br>Lauren Dettloff<br><br>**Regional Sales Contacts:**<br>NorAm: Jamie Chaban, Scott Horwitz<br>LAC: Thiago Da Costa, Fabio<br>EMEA: Larry Jacobson, Ross Smith<br>APAC: Erwan Layman |

© 2015 Fair Isaac Corporation. All rights reserved.   CONFIDENTIAL — INTERNAL USE ONLY   October 18, 2015

Confidential - Attorneys' Eyes Only          P-1174-003                              FICO0005317