# EXHIBIT 54

**From:** Chiang, Miranda <mchiang@chubb.com>
**Sent:** Thursday, April 14, 2016 10:35 AM
**To:** Mirolyuz, Henry <hmirolyuz@chubb.com>
**Subject:** Global: path to unified technologies
**Attach:** Technology Tool Due Diligence and Recommendation_V_0.9.pptx

See attached..........technology of choice for business rules = BLAZE! ☺

CHUBB

**Miranda Chiang**
Technology and Architecture, NA Claims
*Quality and Agility from Ideation through Delivery*

15 Mountain View Road, Warren, NJ 07059, US
O 908-903-2077   M 732-570-3881
E mchiang@chubb.com

ACE and Chubb are now one.

---

**From:** Chiang, Miranda
**Sent:** Thursday, April 14, 2016 11:34 AM
**To:** Thomas, Benku <bethomas@chubb.com>
**Subject:** FYI: Global: path to unified technologies

See attachment..........very interesting!

CHUBB

**Miranda Chiang**
Technology and Architecture, NA Claims
*Quality and Agility from Ideation through Delivery*

15 Mountain View Road, Warren, NJ 07059, US
O 908-903-2077   M 732-570-3881
E mchiang@chubb.com

ACE and Chubb are now one.

---

**From:** Tonkin, Hamish
**Sent:** Thursday, April 14, 2016 10:12 AM
**To:** Pandey, Ramesh <rapandey@chubb.com>; Tribulski, Peter <ptribulski@chubb.com>; Sarnese, John <jsarnese@chubb.com>; Martin, Lance <lancemartin@chubb.com>; Kebbekus, James R <jkebbekus@chubb.com>; Greenberger, Nathan S <sgreenberger@chubb.com>; Ghislanzoni, Claudio <Claudio.Ghislanzoni@Chubb.com>; Leibowitz, Heidi <Heidi.Leibowitz@chubb.com>; Granto, Carmen R <Carmen.Granto@Chubb.com>; Hoffman, Mike <Mike.Hoffman@Chubb.com>; Pancharatnam, Giri <Giri.Pancharatnam@Chubb.com>; Rowlands, David <David.Rowlands@Chubb.com>; Sivakumar, Kott <Kott.Sivakumar@Chubb.com>; Chiang, Miranda <mchiang@chubb.com>; Stoyko, Tatyana <tstoyko@chubb.com>; Rosenberg, Andy M <Andy.Rosenberg@chubb.com>; Sharma, Shailesh <shaileshsharma@chubb.com>; Pillutla, Madhava <Madhava.Pillutla@Chubb.com>
**Cc:** Mccarthy, Cullen C <ccmccarthy@chubb.com>; Shina, Raminder <Raminder.Shina@Chubb.com>; Meyer, Michael G

Confidential   FED000893_0001

<michaelmeyer@chubb.com>; Greig, Gary A <Gary.Greig@chubb.com>; Burson, Gloria <Gloria.Burson@Chubb.com>; Purkis, Danette <dpurkis@chubb.com>
**Subject:** RE: Cross Divisional TDA

Hi everyone,

Please find attached today's agenda:
1. EA governance process – CDF + SAS
2. Technology tool due diligence update (see attached slides)

Kind regards

Hamish

-----Original Appointment-----
**From:** Hamish Tonkin
**Sent:** 10 January, 2016 02:31
**To:** Hamish Tonkin; Pandey, Ramesh; Tribulski, Peter; Sarnese, John; Martin, Lance; Kebbekus, James R; Greenberger, Nathan S; Ghislanzoni, Claudio; Proodian, Heidi; Granto, Carmen R; Hoffman, Mike; Pancharatnam, Giri; Rowlands, David; Sivakumar, Kott; Chiang, Miranda; Stoyko, Tatyana; Rosenberg, Andy M; Sharma, Shailesh; Pillutla, Madhava
**Cc:** Cullen C Mccarthy; Shina, Raminder; Meyer, Michael G; Greig, Gary A; Burson, Gloria; Purkis, Danette
**Subject:** Cross Divisional TDA
**When:** 14 April, 2016 16:00-16:50 (UTC) Dublin, Edinburgh, Lisbon, London.
**Where:** Conference number - 940 110 0528

Weekly Cross-Divisional TDA for Integration to cover off the following topics:
- Application roadmaps
- Changes to applications (International relevance) – SAS walkthrough
- Impact assess and approval
- Approve technology tools

Thanks

Hamish


United Kingdom, All Cities : 08445718973
United States, All Cities : +1 2244446664

Conference code:
940 110 0528
Leader PIN:
3974

Confidential    FED000893_0002

P-0510-002