**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF PAIGE STRADLEY IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW THAT ACE AMERICAN HAS INFRINGED FICO'S COPYRIGHTS**

I, Paige Stradley, declare as follows:

1.      I am a partner with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation ("FICO") in the above captioned matter. I make this Declaration on my own information, knowledge, and belief in support of Plaintiff's Memorandum of Law Support of its Motion for Judgment as a Matter of Law that ACE American has Infringed FICO's Copyrights.

1.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Trial exhibit P-0091.

2.      Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's Trial exhibit P-0002.

1

3.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of excerpts of the Trial Transcripts.

4.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Plaintiff's Trial exhibit P-1007A.

5.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Joint Trial exhibit J-001.

6.      Attached hereto as <u>Exhibit 6</u> is a true and correct copy of Plaintiff's Trial exhibit P-0090.

7.      Attached hereto as <u>Exhibit 7</u> is a true and correct copy of Plaintiff's Trial exhibit P-0038.

8.      Attached hereto as <u>Exhibit 8</u> is a true and correct copy of *Garrett v. Albright*, No. 4:06-CV-4137-NKL, 2008 U.S. Dist. LEXIS 142196 (W.D. Mo. Feb. 11, 2008).

9.      Attached hereto as <u>Exhibit 9</u> is a true and correct copy of *Garcia v. Monument Mgmt. Grp., L.L.C.*, No. 4:05 CV 3139, 2006 U.S. Dist. LEXIS 48532 (D. Neb. July 17, 2006).

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: March 6, 2023                    <u>/s/ Paige Stradley</u>
                                                Paige Stradley

2