# EXHIBIT 2

Alias: hmirolyuz@chubb.com ▪ Ext: 860-408-2428

# Henry Mirolyuz

## Accomplishments

- Four years of IT Architecture experience in the area of Decision Management and Business Rules.
- Provided both strategic and day to day support for Business Rules CoE
- Developed, researched, and delivered on time framework for implementing business rules
- Guest speaker on multiples FICO World and Business Rules Forum conferences
- Co-organizer of Northeast Decision Management User Group which in addition to Chubb staff also included representatives from 10+ insurance companies in NE region

## Professional Experience

**Senior Technical Analyst** – Development Services Organization, Simsbury, CT ▪ July 2011– Present
- Participated in development and approval process of High Level Design documents for Business Rules services
- Working with EA on defining roadmap for future Decision Management technologies, including improving analytics, incorporating Big Data and improving overall DM lifecycle.
- Developed best practices for Blaze Advisor upgrade to version 7.1.2, completed upgrade of CSI services and worked with multiple teams across DSO to assist with implementation of the upgrade.
- Provided SME support to CAZ and EUZ CSI teams on implementing projects in Blaze Advisor including design review.
- Facilitated presentations and training for groups across multiple disciplines including BAs, EA and DSO
- Coordinated efforts across enterprise on Rules Development to promote cross-team collaboration and knowledge sharing
- Maintain information on BR CoE wiki site up to date based on developers feedback

**Technical Analyst** – Business Rules CoE, Simsbury, CT ▪ December, 2008 – July 2011
- Led Blaze Advisor POC for Premium booking team which led to approval of implementing business rules as core foundation of PARS modernization project
- Lead design effort for CSI WebQuote project
- Provided Business Rules Architectural support to Surety's Cornerstone project, PARS Modernizations project, ARP2 and PI projects at CSI, renewal validation project for EUZ
- Led conversion effort of Blaze Advisor rule engine version 6.5 to version 6.9
- Hosted Blaze Advisor training sessions for members of PARS, Surety, CSI, CPI, EUZ teams
- Member of Building Permit team
- Reviewed and provided recommendations for all Statement of Work signed with FICO .
- Negotiated Retainer Hours Agreement with FICO for 2010
- Involved in defining of a framework for Enterprise print re-architecture solution
- Conducted several Tech-talk and ask the expert sessions
- Facilitated cross-team collaboration for CPI print re-architecture, Surety Cornerstone, CSI WebQuote projects



EXHIBIT 2
7/31/18  L. ABATE, CCR, RPR



U.S. DIST COURT – MN
PLAINTIFF EXHIBIT
**P-0002**
Case No. 16-cv-1054-DTS

Confidential

FED002105_0001

Alias: hmirolyuz@chubb.com ▪ Ext: 860-408-2428

**Technical Analyst** – Chubb Specialty Insurance, Simsbury, CT ▪ 2006 – December, 2008
- Designed custom providers for Rule Maintenance Application (RMA) for Automated Renewal Process 1 (ARP1) project
- Enhanced and improve performance of the RMA
- Converted Blaze Advisor rule engine used in ARP1 from version 6.1 to version 6.5
- Designed validation logic for Renewal by Endorsement project
- Presently providing Business Rules architectural support to PARS Modernization, Automated Renewal Process 2, Profitability Indicator projects
- Presently involved as technical lead in the Business Rules Foundational Framework engagement for Business Rules COE
- Blaze Advisor Subject Mater Expert for CSI IT.

**Senior Application Specialist** – Selective Insurance Company, Glastonbury, CT ▪ 2000 - 2006
- Led the team of developers in designing and implementing first company-wide browser-based system for processing Insurance Forms for "CLAS" (VB 6.0, VI 6.0)
- As a member of Architectural Team was responsible for designing and implementation of programming guidelines for conversion of Commercial Lines Automated System "CLAS" from client-server application into browser-based 3-tier application
- Created a process for storing and passing the session data between different ASP pages using SQL Server 2000 (ADO)
- Implemented "Remote Access" components for accessing and processing data on application servers using RDO and XMLHTTP
- Developed application for creating Adobe PDF files dynamically based on the user's input utilizing ActivePDF components. This application is currently being used in various applications throughout the company.
- Participated in creating client-side and server-side shared UI components for ASP pages using VB 6.0 and JavaScript
- Led conversion of Personal Lines system from mainframe COBOL-based application into browser-based system.
- As technical lead was responsible for integrating new Personal Lines system with Agency management systems (IVANS, AMS, SeaPass) using Microsoft BizTalk Server 2004.

**Programmer/Analyst** – Programming Resources Company, East Hartford, CT▪ 1995 – 1997

- Maintenance and Enhancement of kernel modules of automated commercial lines rating/issuing system "Gen-a-rate" (Visual Basic for Dos)
- Design and maintenance of various Lines of Business for automated commercial lines rating/issuing system "Gen-a-rate", including Auto, General Liability, and Property. (IBM Basic, Visual Basic for DOS)
- Development and maintenance of database update utilities. (IBM Basic)
- Design and implementation of various programming tools for maintaining, testing and correcting workflow of the system
- Conversion of tools package for automated commercial lines rating/issuing system "Gen-a-rate" to Visual Basic for Windows 4.0
- Conversion of programs from IBM Basic to Visual Basic for DOS.

**Computer Programmer** – AJJDC, Kiev-Ukraine Branch, Kiev, Ukraine ▪ 1992 – 1994

- Development and maintenance of the countrywide network for automating distribution of humanitarian aid; analysis of the data report system, troubleshooting.
- Analysis, design and implementation of the informational database
- Design an interface for the data processing system using Visual Basic for DOS
- Consulting various organizations in software procurement, evaluation, installation, testing.

Confidential

FED002105_0002

P-0002-002

**Alias: hmirolyuz@chubb.com ▪ Ext: 860-408-2428**

## Programming and Software Skills

Blaze Advisor, J2EE, Visual Basic.NET, Visual Basic 6.0, Visual C++ 6.0, ASP, JavaScript, VbScript, Informix, SQL Server 2000, .Net Framework 3.5, COM+, XML, XMLHTTP.

## Education

M.S. Degree in Computer Science – Kiev Polytechnic University, Kiev, Ukraine, 1989 - 1994

Confidential

FED002105_0003