# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Court File No. 16-cv-1054 (WMW/DTS)<br><br>**DEFENDANTS' NINTH SUPPLEMENTAL ANSWER TO PLAINTIFF'S INTERROGATORY NO. 17** |

To:   Plaintiff and its attorneys, Allen Hinderaker, Heather Kliebenstein, Michael A. Erbele, and Joseph W. Dubis, Merchant & Gould P.C., 3200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402.

Defendants Federal Insurance Company and ACE American Insurance Company ("Federal"), for their Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, state and allege as follows:



1





### NINTH SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 17

**INTERROGATORY NO. 17**: For all insurance policies in connection with which the Blaze Advisor software was used, the gross written premium of Defendants and the gross written premium of each related company, including the specific identification of each related company, for each quarter from March 30, 2016 to date. For clarity, this Interrogatory is not seeking investment income, other income, or capital and surplus accounts.

**SUPPLEMENTAL ANSWER**:



Federal states the following:

- For the Financial Lines Unit (post-merger) for the years identified below, the following applications used Blaze Advisor® software: CSI Express, Decision Point, Automated Renewal Process, Profitability Indicator, and Defined Book Run. The approximate gross

2

written premiums, policy counts, and identification of the insurance writing companies that issued insurance policies that used these applications, in connection with which the Blaze Advisor software was used, is provided in the charts below for the years requested.

- **For Decision Point (DP)**:

| Year / Writing Company | Gross Written Premium | Policy Count |
|---|---:|---:|
| **2020** | **$1,631,043.00** | **582** |
| CICNJ | $61,931.00 | 18 |
| ERII | $4,555.00 | 1 |
| FIC-D | $1,564,557.00 | 563 |
| **2019** | **$5,870,061.48** | **2082** |
| CICNJ | $357,809.00 | 85 |
| ERII | $23,067 | 3 |
| FIC-D | $5,489,185.48 | 1994 |
| **2018** | **$4,814,337.77** | **1697.00** |
| CICNJ | $236,749.00 | 71.00 |
| ERII | $34,899.00 | 5.00 |
| FIC-D | $4,542,689.77 | 1621.00 |
| **2017** | **$4,319,855.92** | **1447.00** |
| CICNJ | $319,436.68 | 82.00 |
| ERII | $34,636.00 | 3.00 |
| FIC-D | $3,965,783.24 | 1362.00 |
| **2016** | **$3,547,608.80** | **1162.00** |
| CICNJ | $182,249.80 | 43.00 |
| ERII | $5,465.00 | 1.00 |
| FIC-D | $3,359,894.00 | 1118.00 |

- The Blaze Advisor component was removed from the version of Decision Point used by the Financial Lines Unit on or about April 10, 2020.

- **For CSI eXPRESS (CSIX), Automated Renewal Process (ARP), Profitability Indicator (PI), and Defined Book Run (DBR)**:

| Year / Writing Company | Gross Written Premium | Policy Count |
|---|---:|---:|
| **2016** | **$1,526,511,534.36** | **90555** |
| **CSIX/ARP/PI** | **$1,444,514,455.23** | **82191** |
| CICNJ | $21,543,942.90 | 1893 |
| ERII | $74,655,072.17 | 5326 |
| ERSIC | $31,403,417.00 | 1466 |
| FIC-D | $1,210,424,578.61 | 68552 |
| PACIFICPI | $150,747.00 | 64 |
| VIG-D | $7,425,581.00 | 98 |
| CICC-CN | $98,911,116.55 | 4792 |
| **New Business PI excluding DP** | **$81,997,079.13** | **8364** |
| CICNJ | $2,212,095.00 | 268 |

3

| Year / Writing Company | Gross Written Premium | Policy Count |
|---|---:|---:|
| ERII | $492,570.48 | 52 |
| ERSIC | $1,026,440.46 | 72 |
| FIC-D | $75,579,124.19 | 7694 |
| PACIFICPI | $206,637.00 | 34 |
| CICC-CN | $2,480,212.00 | 244 |
| **2017** | **$1,462,910,856.49** | **91631** |
| **CSIX/ARP/PI** | **$1,351,871,992.43** | **82188** |
| CICNJ | $20,940,256.13 | 1999 |
| ERII | $62,459,326.84 | 4808 |
| ERSIC | $28,856,329.46 | 1389 |
| FIC-D | $1,132,709,567.53 | 69042 |
| PACIFICPI | $331,853.03 | 86 |
| VIG-D | $6,697,327.00 | 71 |
| CICC-CN | $99,877,332.44 | 4793 |
| **New Business PI excluding DP** | **$111,038,864.06** | **9443** |
| CICNJ | $2,916,920.00 | 250 |
| ERII | $441,480.80 | 23 |
| ERSIC | $1,256,712.58 | 93 |
| FIC-D | $101,305,050.77 | 8483 |
| PACIFICPI | $262,033.00 | 44 |
| VIG-D | $3,346.00 | 1 |
| CICC-CN | $4,853,320.91 | 549 |
| **2018** | **$1,406,041,567.67** | **93653** |
| **CSIX/ARP/PI** | **$1,268,911,770.98** | **82523** |
| CCIC | $3,309,818.00 | 195 |
| CICNJ | $22,833,376.00 | 2098 |
| ERII | $49,158,127.00 | 4254 |
| ERSIC | $11,370,649.00 | 797 |
| FIC-D | $1,084,053,466.78 | 70090 |
| PACIFICPI | $384,509.00 | 55 |
| VIG-D | $5,071,070.00 | 53 |
| CICC-CN | $92,730,755.20 | 4981 |
| **New Business PI excluding DP** | **$137,129,796.69** | **11130** |
| CCIC | $1,210,985.00 | 46 |
| CICNJ | $3,180,349.00 | 376 |
| ERII | $10,429.00 | 4 |
| ERSIC | $1,377,654.00 | 100 |
| FIC-D | $126,368,941.69 | 10050 |
| PACIFICPI | $101,678.00 | 21 |
| CICC-CN | $4,879,760.00 | 533 |
| **2019** | **$1,427,189,814.44** | **94528** |
| **CSIX/ARP/PI** | **$1,283,423,271.03** | **83501** |
| CCIC | $12,910,102.00 | 793 |
| CICNJ | $24,847,861.00 | 2227 |

| Year / Writing Company | Gross Written Premium | Policy Count |
|---|---|---|
| ERII | $39,894,505.00 | 3485 |
| FIC-D | $1,110,317,333.03 | 71862 |
| PACIFICPI | $359,714.00 | 56 |
| VIG-D | $3,071,878.00 | 41 |
| CICC-CN | $92,021,878.00 | 5037 |
| **New Business PI excluding DP** | **$143,766,543.41** | **11027** |
| CCIC | $1,231,538.00 | 103 |
| CICNJ | $3,382,816.29 | 337 |
| ERII | $23,920.00 | 3 |
| FIC-D | $135,056,689.12 | 10158 |
| PACIFICPI | $171,583.00 | 9 |
| VIG-D | $34,866.00 | 3 |
| CICC-CN | $3,865,131.00 | 414 |
| **2020** | **$137,268,314.00** | **15781** |
| **CSIX/ARP/PI** | **$128,756,002.00** | **15170** |
| CCIC | $1,270,989.00 | 105 |
| CICNJ | $2,595,663.00 | 342 |
| ERII | $4,529,483.00 | 575 |
| FIC-D | $114,743,527.00 | 13476 |
| PACIFICPI | $ 47,603.00 | 10 |
| VIG-D | $159,503.00 | 8 |
| CICC-CN | $5,409,234.00 | 654 |
| **New Business PI excluding DP** | **$8,512,312.00** | **611** |
| CCIC | $191,378.00 | 9 |
| CICNJ | $653,482.00 | 29 |
| FIC-D | $7,625,948.00 | 566 |
| CICC-CN | $41,504.00 | 7 |

- CSI eXPRESS, Automated Renewal Process, and Profitability Indicator are combined all together in one chart because creating a separate chart for each application would result in triple-counting of the policy counts and gross written premiums. In other words, policies and premiums that go through one of these applications goes through the other two applications as well. The Blaze Advisor component was removed from the version of CSI eXPRESS, Automated Renewal Process, and Profitability Indicator used by the Financial Lines Unit on or about January 17, 2020.

- Defined Book Run, a process within CSI eXPRESS, is used to generate profitability analyses for informational purposes. The DBR process has been used on policies that do not reside within CSI eXPRESS and are not included in the premium and writing company information above. For these policies outside CSI eXPRESS, the writing company names are not captured, and the premiums actually charged are not required to be and were generally not specified, and therefore, are generally not available.

5

- For Corporate Business Systems (CBS), which is not a strategic business unit (SBU), the following application uses Blaze Advisor software: Premium Booking. The approximate gross written premiums and policy counts that used these applications, in connection with which the Blaze Advisor software was used, is provided in the charts below for the years requested. Discovery is continuing.

| Year | Gross Written Premium | Policy Count |
|---|---|---|
| 2019 | $426,769,796.93 | 344,101 |
| 2018 | $500,850,828.90 | 57,023 |
| 2017 | $442,839,931.87 | 60,142 |
| 2016 | $503,432,073.43 | 57,219 |

- The data for Premium Booking is extracted from a mainframe DB2 table that is specifically tracking the policies that passed through the Premium Booking "rules" as constructed in/using the Blaze Advisor tool. This table does not include writing company and that information could not be correlated to the policy count/gross written premium values being provided.

- The Blaze Advisor component was removed from the version of Premium Booking used by Corporate Business Systems on or about April 17, 2020.

- For the Chubb Commercial Insurance (CCI) business unit for the years identified below (post-merger), the following applications use Blaze Advisor software: CUW-IM, TAPS, and IRMA. The approximate gross written premiums, policy counts, and identification of the insurance writing companies that issued insurance policies that used these applications, in connection with which the Blaze Advisor software was used, is provided in the charts below for the years requested. Discovery is continuing.

- **For CUW-IM**:[1]

| YEAR | WRITING COMPANY | POLICY COUNT | WRITTEN PREMIUM |
|---|---|---|---|
| 2016 | CHUBB CUSTOM INSURANCE COMPANY | 2,139 | $78,726,313.00 |
|  | CHUBB DE MEXICO COMPANIA DE SEGUROS, S.A. | 8 | $15,358.00 |
|  | CHUBB EUROPEAN GROUP SE | 44 | $154,603.00 |
|  | CHUBB INDEMNITY INSURANCE COMPANY | 4,550 | $238,730,739.00 |
|  | CHUBB INSURANCE AUSTRALIA LIMITED | 6 | $58,977.00 |
|  | CHUBB INSURANCE COMPANY LIMITED | 4 | $52,541.00 |
|  | CHUBB INSURANCE COMPANY OF CANADA | 6 | $125,228.00 |
|  | CHUBB INSURANCE COMPANY OF NEW JERSEY | 3,792 | $44,501,973.00 |
|  | CHUBB NATIONAL INSURANCE COMPANY | 1,268 | $29,181,294.00 |
|  | CHUBB SEGUROS BRASIL, S.A. | 2 | $27,605.00 |

---

[1] This financial information includes policies that were brought in under a system that includes policies that are renewed using Blaze, but automatically at the same time includes the prior transaction involving the same policy regardless whether it uses Blaze. Federal has used reasonable efforts to *not* include the prior policy since it results in the financial information having inflated numbers.

| YEAR | WRITING COMPANY | POLICY COUNT | WRITTEN PREMIUM |
|---|---|---|---|
| | EXECUTIVE RISK INDEMNITY INC. | 13 | $2,534,222.00 |
| | EXECUTIVE RISK SPECIALTY INSURANCE COMPANY | 29 | $1,821,133.00 |
| | FEDERAL INSURANCE COMPANY | 146,689 | $2,567,477,880.00 |
| | GREAT NORTHERN INSURANCE COMPANY | 31,416 | $492,561,623.00 |
| | PACIFIC INDEMNITY COMPANY | 4,692 | $198,358,535.00 |
| | VIGILANT INSURANCE COMPANY | 6,647 | $164,280,405.00 |
| | ACE AMERICAN INSURANCE CO | 2,890 | $108,983,074.00 |
| | ACE FIRE UNDERWRITERS INS | 38 | $1,092,991.00 |
| | ACE PROPERTY AND CASUALTY | 768 | $106,304,730.00 |
| | ILLINOIS UNION INSURANCE | 1,183 | $81,709,115.00 |
| | INDEMNITY INSURANCE CO OF | 97 | $17,014,247.06 |
| | PACIFIC EMPLOYERS INSURAN | 6 | $469,700.00 |
| | WESTCHESTER SURPLUS LINES | 132 | $12,587,416.00 |
| | WESTCHESTER FIRE INSURANCE COMPANY | 1,010 | $31,266,954.00 |
| 2017 | CHUBB CUSTOM INSURANCE COMPANY | 1,138 | $23,609,062.00 |
| | CHUBB DE MEXICO COMPANIA DE SEGUROS, S.A. | 2 | $16,435.00 |
| | CHUBB EUROPEAN GROUP SE | 48 | $62,376.00 |
| | CHUBB INDEMNITY INSURANCE COMPANY | 6,269 | $182,692,863.00 |
| | CHUBB INSURANCE AUSTRALIA LIMITED | 3 | $0.00 |
| | CHUBB INSURANCE COMPANY LIMITED | 3 | $6,136.00 |
| | CHUBB INSURANCE COMPANY OF CANADA | 2 | $6,754.00 |
| | CHUBB INSURANCE COMPANY OF NEW JERSEY | 3,590 | $20,305,777.00 |
| | CHUBB NATIONAL INSURANCE COMPANY | 1,970 | $29,482,878.00 |
| | CHUBB SEGUROS BRASIL, S.A. | 2 | $643.00 |
| | EXECUTIVE RISK INDEMNITY INC. | 12 | $185,443.00 |
| | EXECUTIVE RISK SPECIALTY INSURANCE COMPANY | 11 | $117,904.00 |
| | FEDERAL INSURANCE COMPANY | 155,496 | $1,637,912,514.00 |
| | GREAT NORTHERN INSURANCE COMPANY | 32,597 | $361,198,461.00 |
| | PACIFIC INDEMNITY COMPANY | 4,930 | $164,186,063.00 |
| | VIGILANT INSURANCE COMPANY | 6,629 | $106,322,827.00 |
| | ACE AMERICAN INSURANCE CO | 8,243 | $354,885,927.00 |
| | ACE FIRE UNDERWRITERS INS | 53 | $1,722,590.00 |
| | ACE PROPERTY AND CASUALTY | 2,413 | $248,919,844.00 |
| | ILLINOIS UNION INSURANCE | 3,444 | $255,341,641.00 |
| | INDEMNITY INSURANCE CO OF | 281 | $21,351,439.00 |
| | PACIFIC EMPLOYERS INSURAN | 21 | $869,381.00 |
| | WESTCHESTER SURPLUS LINES | 476 | $45,285,709.00 |
| | WESTCHESTER FIRE INSURANCE COMPANY | 2,246 | $67,191,783.00 |
| 2018 | CHUBB CUSTOM INSURANCE COMPANY | 731 | $22,013,565.00 |
| | CHUBB DE MEXICO COMPANIA DE SEGUROS, S.A. | 3 | $0.00 |
| | CHUBB EUROPEAN GROUP SE | 26 | $0.00 |
| | CHUBB INDEMNITY INSURANCE COMPANY | 6,400 | $128,841,814.00 |
| | CHUBB INSURANCE AUSTRALIA LIMITED | 1 | $0.00 |
| | CHUBB INSURANCE COMPANY LIMITED | 1 | $0.00 |

| YEAR | WRITING COMPANY | POLICY COUNT | WRITTEN PREMIUM |
|---|---|---|---|
| | CHUBB INSURANCE COMPANY OF CANADA | 1 | $0.00 |
| | CHUBB INSURANCE COMPANY OF NEW JERSEY | 3,420 | $20,310,216.00 |
| | CHUBB NATIONAL INSURANCE COMPANY | 2,027 | $28,061,704.00 |
| | CHUBB SEGUROS BRASIL, S.A. | 2 | $0.00 |
| | EXECUTIVE RISK INDEMNITY INC. | 8 | $1,661,561.00 |
| | EXECUTIVE RISK SPECIALTY INSURANCE COMPANY | 3 | $2,928.00 |
| | FEDERAL INSURANCE COMPANY | 145,259 | $1,404,328,456.00 |
| | GREAT NORTHERN INSURANCE COMPANY | 31,212 | $343,254,047.00 |
| | PACIFIC INDEMNITY COMPANY | 4,488 | $116,800,656.00 |
| | VIGILANT INSURANCE COMPANY | 5,996 | $83,645,205.00 |
| | ACE AMERICAN INSURANCE CO | 6,740 | $274,751,661.00 |
| | ACE FIRE UNDERWRITERS INS | 38 | $1,498,240.00 |
| | ACE PROPERTY AND CASUALTY | 1,971 | $191,070,156.00 |
| | ILLINOIS UNION INSURANCE | 3,372 | $240,820,970.00 |
| | INDEMNITY INSURANCE CO OF | 175 | $13,196,308.00 |
| | PACIFIC EMPLOYERS INSURAN | 14 | $51,084.00 |
| | WESTCHESTER SURPLUS LINES | 602 | $49,388,448.00 |
| | WESTCHESTER FIRE INSURANCE COMPANY | 1,273 | $36,242,321.00 |
| 2019 | BANKERS STANDARD INSURANCE COMPANY | 12 | $1,155,451.00 |
| | CHUBB CUSTOM INSURANCE COMPANY | 300 | $26,686,556.00 |
| | CHUBB DE MEXICO COMPANIA DE SEGUROS, S.A. | 0 | $0.00 |
| | CHUBB EUROPEAN GROUP SE | 0 | $0.00 |
| | CHUBB INDEMNITY INSURANCE COMPANY | 2,145 | $116,078,768.00 |
| | CHUBB INSURANCE AUSTRALIA LIMITED | 0 | $0.00 |
| | CHUBB INSURANCE COMPANY LIMITED | 0 | $0.00 |
| | CHUBB INSURANCE COMPANY OF CANADA | 0 | $0.00 |
| | CHUBB INSURANCE COMPANY OF NEW JERSEY | 1,779 | $21,523,091.00 |
| | CHUBB NATIONAL INSURANCE COMPANY | 1,047 | $35,216,014.00 |
| | CHUBB SEGUROS BRASIL, S.A. | 0 | $0.00 |
| | EXECUTIVE RISK INDEMNITY INC. | 100 | $5,404,511.00 |
| | EXECUTIVE RISK SPECIALTY INSURANCE COMPANY | 1 | $2,928.00 |
| | FEDERAL INSURANCE COMPANY | 74,792 | $1,541,359,386.00 |
| | GREAT NORTHERN INSURANCE COMPANY | 16,003 | $406,873,922.00 |
| | PACIFIC INDEMNITY COMPANY | 2,075 | $101,793,938.00 |
| | VIGILANT INSURANCE COMPANY | 3,019 | $111,400,555.00 |
| | ACE AMERICAN INSURANCE CO | 10,025 | $421,279,223.00 |
| | ACE FIRE UNDERWRITERS INS | 58 | $1,963,803.00 |
| | ACE PROPERTY AND CASUALTY | 2,787 | $337,956,699.00 |
| | ILLINOIS UNION INSURANCE | 4,560 | $421,234,166.00 |
| | INDEMNITY INSURANCE CO OF | 340 | $27,030,784.00 |
| | PACIFIC EMPLOYERS INSURAN | 32 | $736,532.00 |
| | WESTCHESTER SURPLUS LINES | 879 | $93,856,583.00 |
| | WESTCHESTER FIRE INSURANCE COMPANY | 2,587 | $107,190,473.00 |

- The Blaze Advisor component was removed from the version of CUW-IM used by the Chubb Commercial Insurance (CCI) business unit in early November 2019.

- **For TAPS**:

| YEAR | WRITING COMPANY | POLICY COUNT | WRITTEN PREMIUM |
|---|---|---|---|
| 2016 | CHUBB INDEMNITY INSURANCE COMPANY | 207 | $73,264,108.51 |
|  | CHUBB NATIONAL INSURANCE COMPANY | 7 | $561,041.00 |
|  | FEDERAL INSURANCE COMPANY | 536 | $143,625,269.12 |
|  | GREAT NORTHERN INSURANCE COMPANY | 20 | $8,309,789.00 |
|  | PACIFIC INDEMNITY COMPANY | 79 | $42,217,709.72 |
|  | VIGILANT INSURANCE COMPANY | 47 | $17,102,989.00 |
| 2017 | CHUBB INDEMNITY INSURANCE COMPANY | 239 | $45,571,577.11 |
|  | CHUBB NATIONAL INSURANCE COMPANY | 10 | $1,864,828.00 |
|  | FEDERAL INSURANCE COMPANY | 496 | $144,179,731.68 |
|  | GREAT NORTHERN INSURANCE COMPANY | 14 | $5,976,054.00 |
|  | PACIFIC INDEMNITY COMPANY | 88 | $45,768,062.54 |
|  | VIGILANT INSURANCE COMPANY | 34 | $8,858,947.00 |
| 2018 | CHUBB INDEMNITY INSURANCE COMPANY | 248 | $39,388,714.07 |
|  | CHUBB NATIONAL INSURANCE COMPANY | 23 | $5,073,844.00 |
|  | FEDERAL INSURANCE COMPANY | 484 | $123,103,492.27 |
|  | GREAT NORTHERN INSURANCE COMPANY | 18 | $5,192,985.00 |
|  | PACIFIC INDEMNITY COMPANY | 78 | $37,960,159.00 |
|  | VIGILANT INSURANCE COMPANY | 19 | $5,771,749.00 |
| 2019 | CHUBB INDEMNITY INSURANCE COMPANY | 135 | $36,199,611.00 |
|  | CHUBB NATIONAL INSURANCE COMPANY | 40 | $2,431,048.00 |
|  | EXECUTIVE RISK INDEMNITY INC. | 29 | $17,004.00 |
|  | FEDERAL INSURANCE COMPANY | 363 | $86,991,815.49 |
|  | GREAT NORTHERN INSURANCE COMPANY | 8 | $2,819,686.00 |
|  | PACIFIC INDEMNITY COMPANY | 58 | $26,821,891.00 |
|  | VIGILANT INSURANCE COMPANY | 19 | $4,911,863.00 |

- The Blaze Advisor component was removed from the version of TAPS used by the Chubb Commercial Insurance (CCI) business unit in late-third quarter or early-fourth quarter in 2019.

- **For IRMA**:

| YEAR | WRITING COMPANY | POLICY COUNT | WRITTEN PREMIUM |
|---|---|---|---|
| 2016 | ALBANY INSURANCE COMPANY | 1 | $7,252.00 |
|  | CHUBB CUSTOM INSURANCE COMPANY | 92 | $615,040.00 |
|  | CHUBB DE MEXICO | 2 | $19,419.68 |
|  | CHUBB DE MEXICO COMPANIA DE SEGUROS, S.A. | 4 | $5,451.43 |
|  | CHUBB INSURANCE AUSTRALIA LIMITED | 7 | $33,636.74 |
|  | CHUBB INSURANCE COMPANY LIMITED | 6 | $3,758.22 |
|  | CHUBB INSURANCE COMPANY OF CANADA | 1815 | $10,045,178.53 |
|  | CHUBB INSURANCE COMPANY OF NEW JERSEY | 253 | $1,108,829.00 |

9

P-1007A-009

| YEAR | WRITING COMPANY | POLICY COUNT | WRITTEN PREMIUM |
|------|-----------------|--------------|-----------------|
|      | FEDERAL INSURANCE COMPANY | 11876 | $68,744,410.52 |
|      | GREAT NORTHERN INSURANCE COMPANY | 3839 | $17,031,473.49 |
|      | PACIFIC INDEMNITY COMPANY | 459 | $3,894,125.04 |
|      | SELF-INSURED RETENTION | 1 | $750.00 |
|      | VIGILANT INSURANCE COMPANY | 714 | $3,757,327.16 |
| 2017 | CHUBB CUSTOM INSURANCE COMPANY | 6 | $13,803.00 |
|      | CHUBB DE MEXICO | 1 | $7,175.34 |
|      | CHUBB DE MEXICO COMPANIA DE SEGUROS, S.A. | 2 | $4,582.26 |
|      | CHUBB EUROPEAN GROUP SE | 1 | $32,575.09 |
|      | CHUBB INSURANCE AUSTRALIA LIMITED | 2 | $10,500.40 |
|      | CHUBB INSURANCE COMPANY LIMITED | 4 | $15,067.52 |
|      | CHUBB INSURANCE COMPANY OF CANADA | 1863 | $10,196,153.18 |
|      | CHUBB INSURANCE COMPANY OF NEW JERSEY | 248 | $889,740.00 |
|      | FEDERAL INSURANCE COMPANY | 11534 | $66,294,342.58 |
|      | GREAT NORTHERN INSURANCE COMPANY | 3723 | $16,015,552.22 |
|      | PACIFIC INDEMNITY COMPANY | 420 | $2,860,462.66 |
|      | VIGILANT INSURANCE COMPANY | 684 | $3,348,817.42 |
| 2018 | CHUBB CUSTOM INSURANCE COMPANY | 2 | $4,782.00 |
|      | CHUBB INSURANCE COMPANY OF CANADA | 1831 | $11,668,247.00 |
|      | CHUBB INSURANCE COMPANY OF NEW JERSEY | 217 | $966,870.00 |
|      | FEDERAL INSURANCE COMPANY | 10318 | $59,180,523.71 |
|      | GREAT NORTHERN INSURANCE COMPANY | 3444 | $15,149,787.68 |
|      | PACIFIC INDEMNITY COMPANY | 388 | $2,586,049.98 |
|      | VIGILANT INSURANCE COMPANY | 644 | $3,085,724.04 |
| 2019 | CHUBB INSURANCE COMPANY OF CANADA | 241 | $4,104,241.34 |
|      | CHUBB INSURANCE COMPANY OF NEW JERSEY | 122 | $728,557.00 |
|      | FEDERAL INSURANCE COMPANY | 7099 | $45,985,294.89 |
|      | GREAT NORTHERN INSURANCE COMPANY | 2434 | $10,741,052.59 |
|      | PACIFIC INDEMNITY COMPANY | 280 | $1,895,169.55 |
|      | VIGILANT INSURANCE COMPANY | 457 | $1,572,790.83 |

- The Blaze Advisor component was removed from the version of IRMA used by the Chubb Commercial Insurance (CCI) business unit in either the summer or early fall of 2019.

- ERCIS Claims is a claims system (not a policy system), and therefore, there is no gross written premium or policy count associated with the application.

- For the Surety business unit for the years identified below (post-merger), the following application does not use Blaze Advisor software: Cornerstone. However, as ordered by the Court, below are the approximate gross written premiums, policy counts, and identification of the insurance writing company that issued insurance policies that used Cornerstone:

| Year/Writing Company | Policy Count | Gross Written Premium |
|----------------------|--------------|-----------------------|
| 2016 | 324291 | $237,436,826 |
| Chubb Ins Co of Canada | 13961 | $7,408,108 |

10

| Year/Writing Company | Policy Count | Gross Written Premium |
|---|---|---|
| Federal Ins Co - Canada | 10 | $0 |
| Federal Insurance Co | 285113 | $220,608,093 |
| Great Northern Insurance Co | 18 | $0 |
| Pacific Indemnity Co | 7427 | $5,000,954 |
| Vigilant Insurance Co | 17762 | $4,419,671 |
| **2017** | **318828** | **$259,641,111** |
| Chubb Ins Co of Canada | 13966 | $11,328,070 |
| Federal Insurance Co | 280763 | $235,297,734 |
| Great Northern Insurance Co | 20 | $670 |
| Pacific Indemnity Co | 7309 | $9,784,435 |
| Vigilant Insurance Co | 16770 | $3,230,203 |
| **2018** | **303229** | **$137,058,165** |
| Chubb Ins Co of Canada | 21276 | $14,657,186 |
| Federal Insurance Co | 261448 | $116,145,727 |
| Great Northern Insurance Co | 37 | $1,205 |
| Pacific Indemnity Co | 6540 | $4,497,351 |
| Vigilant Insurance Co | 13928 | $1,756,697 |
| **2019** | **88360** | **$–6,469** |
| Federal Insurance Co | 82075 | $–6,469 |
| Great Northern Insurance Co | 11 | 0 |
| Pacific Indemnity Co | 1601 | 0 |
| Vigilant Insurance Co | 4673 | 0 |
| **2020** | **8002** | **0** |
| Federal Insurance Co. | 7323 | 0 |
| Pacific Indemnity Co. | 112 | 0 |
| Vigilant Insurance Co. | 567 | 0 |

11

Dated: September 24, 2020

/s/ Terrence J. Fleming
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Christian V. Hokans (#0400377)
chokans@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

*Attorneys for Federal Insurance Company and ACE American Insurance Company*

## VERIFICATION

C. Chase McCarthy states under oath that he is IT Lead, North America Commercial Middle Market/Chief Architect, Personal Risk Services; that he is authorized to respond to Plaintiff's Interrogatory No. 17 on behalf of Federal Insurance Company as it relates to the Chubb Commercial Insurance (CCI) business unit; that he has relied on directors, employees, agents, and attorneys to provide information used in formulating the answer to the above interrogatory; and that the answer is true and correct to the best of his knowledge.

_____
C. Chase McCarthy

Subscribed and sworn to before me
this __28__ day of September, 2020.

_____
Notary Public



OFFICIAL SEAL
OLIVIA M KIM
NOTARY PUBLIC - NEW JERSEY
My Comm. Expires May 10, 2024

13