# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Motion for Judgment as a Matter of Law that ACE American has Infringed FICO's Copyrights (Dkt. No. 1148.) Upon consideration of FICO's motion and all of the files, records and proceedings herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. FICO's Motion for Judgment as a Matter of Law that ACE American has Infringed FICO's Copyrights is **GRANTED.**

**IT IS SO ORDERED.**

Dated: _____

_____
Judge David T. Schultz
Magistrate Judge