# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## JURY TRIAL MINUTES

| | |
|---|---|
| Fair Isaac Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Federal Insurance Company,<br>ACE American Insurance Company,<br><br>　　　　Defendants. | **COURT MINUTES**<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No.: 16-cv-1054 (DTS)<br>Date: March 6, 2023<br>Court Reporter: Kristine Mousseau,<br>Renee Rogge<br>Location: Minneapolis, 14W<br>Time Commenced: 9:00am; 1:00pm<br>Time Concluded: 12:15pm; 2:01pm<br>Total Time: 4 hours, 16 minutes |

**APPEARANCES**:

For the Plaintiff:

　　Joseph W. Dubis
　　Michael A. Erbele
　　Allen W. Hinderaker
　　Heather J. Kliebenstein
　　Gabrielle L. Kiefer
　　Paige S. Stradley

　　Corporate representatives:
　　Bill Waid, Jim Woodward

For the Defendants:

　　Nikola L. Datzov
　　Terrence J. Fleming
　　Leah Godesky
　　Roxana Guidero
　　Christian Victor Hokans
　　Leah C. Janus
　　Anton Metlitsky
　　Christopher D Pham
　　Daryn E. Rush
　　Panhia Vang
　　Ryan Cameron Young

　　Corporate representatives:
　　Claudio Ghislanzoni, Max Bryer

**PROCEEDINGS**:
X       Jury Trial Held

X       Defendants' Witnesses
        Michael Schraer
        Alissa Theberge
        Oliver Clark (via deposition)


X       Jury trial continued to Monday, March 7, 2023 at 9:00am in Courtroom 14W.


                                          s/ms
                                          *Law Clerk*