UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendants. | Case No. 16-cv-1054 (DTS) |

**DECLARATION OF HEATHER KLIEBENSTEIN IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MOTION FOR DISMISSAL OF <u>FEDERAL'S COUNTERCLAIMS AS A MATTER OF LAW</u>**

I, Heather Kliebenstein, declare as follows:

1. I am a shareholder with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Motion for Dismissal of Federal's Counterclaims as a Matter of Law.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Federal Insurance Company's Answers to Plaintiff's First Set of Interrogatories dated May 11, 2017, which is Plaintiff's Trial Exhibit P-964.

1

4. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Federal Insurance company's Supplemental Answers to Plaintiff's First Set of Interrogatories dated June 15, 2017, which is Plaintiff's Trial Exhibit P-0146.

5. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Federal's Rule 26(a)(1) Disclosures dated March 17, 2017.

6. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Federal Insurance Company's Rule 26(a)(1) Supplemental Disclosures dated January 28, 2019.

7. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Federal Insurance Company's Rule 26(a)(1) Second Supplemental Disclosures dated March 22, 2019, which is Plaintiff's Trial Exhibit P-501.

8. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of excerpts of the Trial Transcripts.

9. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the Pre-Trial Conference transcript dated February 3, 2023.

10. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17 dated September 24, 2020, which is Plaintiff's Trial Exhibit P-1007A.

11. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of Defendants' Seventh Supplemental Answer to Plaintiff's Interrogatory No. 19 dated September 24, 2020, which is Plaintiff's Trial Exhibit P-1008A.

12. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of *Garrett v. Albright*, 2008 U.S. Dist. LEXIS 142196.

13. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of *Garcia v. Monument Mgmt. Group L.L.C.*, 2006 U.S. Dist. LEXIS 48532.

14. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of *Geelan v. Mark Travel Inc.*, 2006 U.S. Dist. LEXIS 89863.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: March 6, 2023                              /s/Heather Kliebenstein
                                                  Heather Kliebenstein