# Exhibit 3

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

FAIR ISAAC CORPORATION,

      Plaintiff,

     v.

FEDERAL INSURANCE COMPANY,

      Defendant.

Court File No.  16-cv-1054 (WMW/DTS)

**FEDERAL'S RULE 26(a)(1)
DISCLOSURES**

---

Federal Insurance Company ("Federal") makes the following disclosures under Federal Rule of Civil Procedure 26(a)(1). These initial disclosures are based on the information reasonably available to Federal.  Federal reserves the right to supplement or amend these initial disclosures in accordance with the Federal Rules of Civil Procedure.

**A.** **The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

**RESPONSE:**

The following individuals are likely to have discoverable information that Federal may use to support its claims and defenses:

| NAME AND ADDRESS | SUBJECTS OF INFORMATION |
|---|---|
| Tamra Pawloski<br>Vice President, Global IT Vendor Management - Software and Compliance<br><br>Contact through counsel for Federal | Ms. Pawloski has knowledge regarding meetings and communications between the parties, Federal's use of the Blaze Advisor software, and the Scope of Work agreement for installation and use of the Blaze Advisor in the United Kingdom. |

| NAME AND ADDRESS | SUBJECTS OF INFORMATION |
|---|---|
| Henry Mirolyuz<br>Senior Systems Architect<br><br>Contact through counsel for Federal | Mr. Mirolyuz has knowledge regarding Federal's use of the licensed software, communications between the parties, and a request made by a third party consultant to FICO regarding the Blaze Advisor software. |
| Pamela Lopata<br>Assistant Counsel<br><br>Contact through counsel for Federal | Ms. Lopata has knowledge regarding communications between the parties. |
| Ramesh Pandey<br>Enterprise Architect Practice<br><br>Contact through counsel for Federal | Mr. Pandey has knowledge regarding Federal's use of the licensed software and communications between the parties. |
| Thomas F. Carretta<br>Associate General Counsel<br>Fair Isaac Corporation<br>3661 Valley Centre Drive<br>San Diego, CA  92130 | Mr. Carretta has knowledge regarding a letter sent to Joseph F. Wayland dated January 27, 2016. |

**B.      A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

**RESPONSE:**

1.      Software License and Maintenance Agreement and Amendments.

2.      Communications between the parties relating to the Software License and Maintenance Agreement.

3.      Documents reflecting Federal's use of the licensed software before and after Federal's parent company, The Chubb Corporation, merged with ACE INA Holdings, Inc.

4.      Scope of work agreement and related documents concerning Federal's use of the licensed software in the United Kingdom.


**C.      A computation of each category of damages claimed by the disclosing party— who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

<u>**RESPONSE**</u>:

Federal is seeking damages based on FICO's breach of contract and violation of the implied covenant of good faith and fair dealing.  Federal's damages include the attorney's fees, costs and expenses incurred in this lawsuit, and continue to accrue.  Federal also seeks an award of full costs, including attorney's fees under 15 U.S.C. § 505.


**D.      For inspection and copying under Rule 34 any insurance agreement under which an insurance business may be liable to satisfy part or all of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

<u>**RESPONSE**</u>:

Not applicable.

Dated:  March 17, 2017

/s/ Lora M. Friedemann
Lora M. Friedemann (#0259615)
lfriedemann@fredlaw.com
Nikola L. Datzov (#0392144)
ndatzov@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

***Attorneys for Defendant***

60980907