UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Federal Insurance Company,<br>ACE American Insurance Company,<br><br>    Defendants, Counter Claimants,<br><br>v.<br><br>Fair Isaac Corporation,<br><br>    Counter Defendant. | Case No. 16-cv-1054 (DTS)<br><br>**VERDICT FORM** |

# Part I: FICO's Claims Against Federal

1. Did FICO prove that Federal breached Section 3.1 of the License Agreement before March 30, 2016?

    ☐ Yes (*finding for FICO*)

    ☐ No (*finding for Federal*)

2. Did FICO prove that Federal breached Section 10.8 of the License Agreement before March 30, 2016?

    ☐ Yes (*finding for FICO*)

    ☐ No (*finding for Federal*)

**INSTRUCTION: IF YOU FIND IN FAVOR OF FEDERAL ON BOTH QUESTIONS 1 AND 2, SKIP THE REMAINDER OF PART I AND GO TO** *PART II: FICO'S CLAIMS AGAINST ACE AMERICAN*. **OTHERWISE, ANSWER THE REMAINDER OF PART I, AS INSTRUCTED BELOW.**

3. Did FICO properly terminate the License Agreement on March 30, 2016?

    ☐ Yes (*finding for FICO*)

    ☐ No (*finding for Federal*)

4. If you find that FICO properly terminated the License Agreement, please enter the amount of damages FICO incurred as a result of Federal's breach of the License Agreement prior to March 31, 2016.

    $_____

5. Did FICO prove that Federal infringed FICO's copyright by use of Blaze Advisor after March 31, 2016?

    ☐ Yes (*finding for FICO*)

    ☐ No (*finding for Federal*)

6. If you have found that Federal infringed FICO's copyright, please enter the amount of Actual Damages FICO suffered as a result of Federal's infringement.

    $_____

# Part II: FICO's Claims Against ACE American

7. Did FICO prove that ACE American infringed FICO's copyright by use of Blaze Advisor?

    ☐ Yes (*finding for FICO*)

    ☐ No (*finding for ACE American*)

8. If you have found that ACE American infringed FICO's copyright, please enter the amount of Actual Damages FICO suffered as a result of ACE American's infringement of its copyright.

    $_____

# PART III: Profits

9. If you have found that either defendant infringed FICO's copyright did FICO prove that this infringing use contributed, at least in part, to the ***revenues*** of the infringer?

    ☐ Yes (*finding for FICO*)

    ☐ No (*finding for Federal and Ace American*)

10. If you answered yes to Question 9, enter the amount of revenue to which the use of Blaze Advisor directly contributed.

    $_____

11. Enter the amount of ***profits***, if any, that reflect Blaze Advisor's contribution to revenue that are not taken into account by computing FICO's Actual Damages in your answers to Question 6.

    $_____

# Part IV: Federal's Claims Against FICO

12. Did Federal prove that FICO breached Section 9.2 of the Licensing Agreement by terminating the Agreement?

    ☐ Yes (*finding for Federal*)

    ☐ No (*finding for FICO*)

13. Did Federal prove that FICO breached the implied covenant of good faith and fair dealing?

    ☐ Yes (*finding for Federal*)

    ☐ No (*finding for FICO*)

14. If you have found that FICO breached the contract or the implied covenant in answer to either Question 11 or 12 above, please enter the amount of damages, if any, that Federal incurred as a result of FICO's breach.

    $_____

Date _____        _____
                                 Signature of Foreperson