# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## JURY TRIAL MINUTES

| | |
|---|---|
| Fair Isaac Corporation, | **COURT MINUTES** |
| | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No.: 16-cv-1054 (DTS) |
| | Date: March 8, 2023 |
| Federal Insurance Company, | Court Reporter: Kristine Mousseau, |
| ACE American Insurance Company, | Renee Rogge |
| | Location: Minneapolis, 14W |
| Defendants. | Time Commenced: 9:00am |
| | Time Concluded:    4:50pm |
| | Total Time: 4 hours, 34 minutes |

**APPEARANCES**:

For the Plaintiff:

- Joseph W. Dubis
- Michael A. Erbele
- Allen W. Hinderaker
- Heather J. Kliebenstein
- Gabrielle L. Kiefer
- Paige S. Stradley

Corporate representatives:
Bill Waid, Jim Woodward

For the Defendants:

- Nikola L. Datzov
- Terrence J. Fleming
- Leah Godesky
- Roxana Guidero
- Christian Victor Hokans
- Leah C. Janus
- Anton Metlitsky
- Christopher D Pham
- Daryn E. Rush
- Panhia Vang
- Ryan Cameron Young

Corporate representatives:
Claudio Ghislanzoni, Max Bryer

**PROCEEDINGS**:

X     Jury Trial Held

X     Closing arguments by Leah Godesky and Allen Hinderaker

X     Jury charged

X     Jury received the case at 1:21pm

X     Jury questions 1 and 2. *Answers provided on the record to the parties. Written answers given to the Jury. Jury questions were received at 3:15pm.*

X     Jury trial continued to Thursday, March 9, 2023 at 9:00am in Courtroom 14W.

s/ms
*Law Clerk*