```
 1                      UNITED STATES DISTRICT COURT
                           DISTRICT OF MINNESOTA
 2
    ---------------------------------------------------------------
 3                                     )
     Fair Isaac Corporation,           ) File No. 16-cv-1054(DTS)
 4   a Delaware Corporation,           )
                                       )
 5           Plaintiff,                )
                                       )
 6   v.                                )
                                       )
 7   Federal Insurance Company,        ) Courtroom 14W
     an Indiana corporation,           ) Minneapolis, Minnesota
 8   and ACE American Insurance        ) Thursday, March 9, 2023
     Company, a Pennsylvania           ) 2:55 p.m.
 9   Corporation,                      )
                                       )
10           Defendants.               )
                                       )
11  ---------------------------------------------------------------

12

13

14          BEFORE THE HONORABLE DAVID T. SCHULTZ
         UNITED STATES DISTRICT COURT MAGISTRATE JUDGE
15

16      **(JURY TRIAL PROCEEDINGS - VOLUME XIV - VERDICT)**

17

18

19

20

21

22     Proceedings recorded by mechanical stenography;
    transcript produced by computer.
23
                           *   *   *
24

25
```

```
 1    APPEARANCES:

 2      For Plaintiff:         MERCHANT & GOULD P.C.
                               BY:  ALLEN W. HINDERAKER
 3                                  HEATHER J. KLIEBENSTEIN
                                    PAIGE S. STRADLEY
 4                                  MICHAEL A. ERBELE
                                    JOSEPH W. DUBIS
 5                                  GABRIELLE L. KIEFER
                               150 South Fifth Street, #2200
 6                             Minneapolis, Minnesota 55402

 7      For Defendants:        FREDRIKSON & BYRON
                               BY:  TERRENCE J. FLEMING
 8                                  LEAH C. JANUS
                                    CHRISTOPHER D. PHAM
 9                                  RYAN C. YOUNG
                                    PANHIA VANG
10                             200 South Sixth Street, #4000
                               Minneapolis, Minnesota 55402
11
                               O'MELVENY & MYERS LLP
12                             BY:  LEAH GODESKY
                                    ANTON METLITSKY
13                                  DARYN E. RUSH
                                    ROXANA GUIDERO
14                             Times Square Tower
                               7 Times Square
15                             New York, New York 10036

16      Court Reporter:        KRISTINE MOUSSEAU, CRR-RPR
                               United States District Courthouse
17                             300 South Fourth Street, Box 1005
                               Minneapolis, Minnesota 55415
18

19                                  *   *   *

20

21

22

23

24

25
```

```
1    March 9, 2023                                    2:55 P.M.
2
3              (In open court without the Jury present.)
4              THE COURT:  Good afternoon.  Please be seated.
5              Is everyone ready to proceed?
6              MS. GODESKY:  Yes, Your Honor.
7              THE COURT:  All right.  Let's bring in the jury.
8              THE CLERK:  Please rise for the jury.
9                           (Jury enters.)
10
11              (In open court with the Jury present.)
12              THE COURT:  Be seated.  Members of the Jury, have
13   you reached a verdict in this case?
14              THE JURY:  Yes.
15              THE COURT:  All right. Court security officer,
16   if you would bring the verdict up, please.  Thank you.
17              All right.  I will now read the verdict aloud as
18   it will appear on the docket for this case.
19              Question 1.  Did FICO prove that Federal breached
20   Section 3.1 of the license agreement by allowing
21   third-party consultants DWS and/or AppCentrica to use Blaze
22   Advisor?  Answer:  No.
23              Question 2.  Did FICO prove that Federal breached
24   Section 10.8 of the license agreement?  Answer:  Yes.
25              Question 3.  Did FICO properly terminate the
```

```
 1   license agreement on March 30th, 2016?  Answer:  Yes.
 2              Question 4.  If you find that FICO properly
 3   terminated the license agreement, please enter the amount
 4   of damages FICO incurred as a result of Federal's use of
 5   Blaze Advisor after March 31, 2016.  Answer:  4.3 million.
 6              Question 5.  Did FICO prove that Federal
 7   infringed FICO's copyright by use of Blaze Advisor after
 8   March 31, 2016?  Answer:  Yes.
 9              Question 6.  If you have found that Federal
10   infringed FICO's copyright, please enter the amount of
11   actual damages FICO suffered as a result of Federal's
12   infringement.  Answer:  4.3 million dollars.
13              Question 7.  Did FICO prove that ACE American
14   infringed FICO's copyright by use of Blaze Advisor?
15   Answer:  Yes.
16              Question 8.  If you have found that ACE American
17   infringed FICO's copyright, please enter the amount of
18   actual damages FICO suffered as a result of ACE American's
19   infringement of the copyright?  Answer:  $35,700,000.
20              Question 9.  If you have found that either
21   defendant infringed FICO's copyright, did FICO prove that
22   this infringing use contributed to the revenues of the
23   infringer?  Answer:  No.
24              Question 10.  If you answered yes to question 9,
25   enter the amount of revenue to which the use of Blaze
```

1        Advisor contributed.  Not applicable.
2                 Question 11.  Answer the amount of profits that
3        are not taken into account by computing FICO's actual
4        damages in your answers to questions 6 and 8.  Answer:
5        Zero dollars.
6                 And as to Questions 12, 13 and 14, as instructed
7        by the Court given the answer to question 3, the jury did
8        not answer part IV of the verdict form.
9                 Signed and dated by Jeffrey Filipek, March 9,
10       2023.
11                I will now poll the jury to make sure that this
12       is your verdict.
13                Mr. Rynda, is this your verdict?
14                JUROR RYNDA:  Yes.
15                THE COURT:  Mr. Thunborg, is this your verdict?
16                JUROR THUNBORG:  Yes.
17                THE COURT:  Mr. Filipek, is this your verdict?
18                JUROR FILIPEK:  Yes.
19                THE COURT:  Mr. Kittams, is this your verdict?
20                JUROR KITTAMS:  Yes.
21                THE COURT:  Mr. Gabbert, is this your verdict?
22                JUROR GABBERT:  Yeah.
23                THE COURT:  Ms. Eisenhut, is this your verdict?
24                JUROR EISENHUT:  Yes.
25                THE COURT:  Ms. Horton, is this your verdict?

1    JUROR HORTON:  Yes.
2    THE COURT:  Ms. Wright, is this your verdict?
3    JUROR WRIGHT:  Yes.
4    THE COURT:  Sorry.  Ms. Mohr, is this your
5    verdict?
6    JUROR MOHR:  Yes.
7    THE COURT:  Mr. Blackmon -- Ms. Dungan, is this
8    your verdict?
9    JUROR DUNGAN:  Yes.
10   THE COURT:  Mr. Blackmon, is this your verdict?
11   JUROR BLACKMON:  Yes.
12   THE COURT:  All right.  Members of the Jury, I
13   want to thank you on behalf of the parties and the Court
14   for your service in this matter.  Everybody knows that this
15   was a long trial.  You have been very attentive and patient
16   throughout.
17   You dealt with a snowstorm.  You dealt with
18   several snow storms, one blizzard that closed the
19   courthouse for two days, and then you were blessed with
20   some tropical heat.
21   And we appreciate how attentive and thoughtful
22   you were and your service.  I can tell you that I'm sure
23   all the lawyers feel this way.  We, on our side of things,
24   devote our careers to practicing law and to being a judge,
25   and we believe firmly in the rule of law.

1           And the only thing that really safeguards the
2   rule of law in day-to-day work is the wisdom and patience
3   and diligence of our juries. So we thank you. It's very
4   important, and you have done us all a great service by your
5   sacrifice.
6           So thank you.
7           With that, you are excused from jury service.
8   You are free to talk about this case with anyone as you
9   wish or no one if you prefer. Before you leave, you will
10  return to the jury room in order that we may collect the
11  lanyards, give you your phones back.
12          And also I will come into the jury room for those
13  of you who wish to stay. I will be happy to answer any
14  questions that you might have. Thank you again.
15          THE CLERK: All rise for the jury.
16                      **(Jury exits.)**
17
18          **(In open court without the Jury present.)**
19          THE COURT: All right. Be seated, everyone.
20          So let me just ask the lawyers if there is
21  anything that needs to be taken up now.
22          Mr. Hinderaker?
23          MR. HINDERAKER: Not for the plaintiff, Your
24  Honor.
25          THE COURT: All right. Thank you.

```
 1              MS. GODESKY:  Not for the defendant.  Thank you.
 2              THE COURT:  All right.  Let me just say to all of
 3   the lawyers here that I appreciate all your hard work and
 4   all your patience with all the things that we had to go
 5   through.  This was a very well-tried case, and the jury has
 6   spoken.
 7              MS. GODESKY:  Thank you.
 8              THE COURT:  Thank you, everyone.  We're in
 9   recess.
10              MR. HINDERAKER:  I'm sorry, Your Honor.  Just one
11   point with the disgorgement being for the Court.  Are you
12   going to issue any briefing schedule with respect to that?
13              THE COURT:  I will do that.  Yes.
14              MR. HINDERAKER:  Thank you.
15              THE COURT:  All right.  Thank you.
16                       **(Court was adjourned.)**
17                         *         *         *
18              I, Kristine Mousseau, certify that the foregoing
19   is a correct transcript from the record of proceedings in
20   the above-entitled matter.
21
22
23        Certified by:  s/  *Kristine Mousseau, CRR-RPR*
                               Kristine Mousseau, CRR-RPR
24
25
```