1                      UNITED STATES DISTRICT COURT
                            DISTRICT OF MINNESOTA
2
      ------------------------------------------------------------
3                                    )
      Fair Isaac Corporation,        )  File No. 16-cv-1054(DTS)
4     a Delaware Corporation,        )
                                     )
5              Plaintiff,            )
                                     )
6     v.                             )
                                     )
7     Federal Insurance Company,     )  Courtroom 14W
      an Indiana corporation,        )  Minneapolis, Minnesota
8     and ACE American Insurance     )  Friday, March 10, 2023
      Company, a Pennsylvania        )  9:08 a.m.
9     Corporation,                   )
                                     )
10             Defendants.           )
                                     )
11    ------------------------------------------------------------

12

13

14             BEFORE THE HONORABLE DAVID T. SCHULTZ
          UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

15

16               **(JURY TRIAL PROCEEDINGS - VOLUME XV)**
                    **(CONFERENCE WITH ATTORNEYS)**

17

18

19

20

21

22       Proceedings recorded by mechanical stenography;
      transcript produced by computer.
23
                          *   *   *
24

25

                      RENEE A. ROGGE, RMR-CRR
                         (612)664-5107

```
 1    APPEARANCES:

 2     For Plaintiff:          MERCHANT & GOULD P.C.
                               BY:  ALLEN W. HINDERAKER
 3                                  HEATHER J. KLIEBENSTEIN
                                    PAIGE S. STRADLEY
 4                                  MICHAEL A. ERBELE
                                    JOSEPH W. DUBIS
 5                                  GABRIELLE L. KIEFER
                               150 South Fifth Street, #2200
 6                             Minneapolis, Minnesota 55402

 7     For Defendants:         FREDRIKSON & BYRON
                               BY:  TERRENCE J. FLEMING
 8                                  LEAH C. JANUS
                                    CHRISTOPHER D. PHAM
 9                                  RYAN C. YOUNG
                                    PANHIA VANG
10                             200 South Sixth Street, #4000
                               Minneapolis, Minnesota 55402
11
                               O'MELVENY & MYERS LLP
12                             BY:  LEAH GODESKY
                                    ANTON METLITSKY
13                                  DARYN E. RUSH
                                    ROXANA GUIDERO
14                             Times Square Tower
                               7 Times Square
15                             New York, New York 10036

16     Court Reporter:         RENEE A. ROGGE, RMR-CRR
                               United States District Courthouse
17                             300 South Fourth Street, Box 1005
                               Minneapolis, Minnesota 55415
18

19                                 *    *    *

20

21

22

23

24

25
```

RENEE A. ROGGE, RMR-CRR
(612)664-5107

**P R O C E E D I N G S**

**IN OPEN COURT**

1
2
3                THE COURT:  Good morning, everyone.  Please be
4     seated.
5                All right.  We are on the record in the matter of
6     FICO versus Federal, et al., Civil Number 16-1054.
7                Counsel for the plaintiff, if you will note your
8     appearances, please.
9                MR. HINDERAKER:  Your Honor, Allen Hinderaker and
10    Heather Kliebenstein from Merchant & Gould and Jim Woodward
11    from FICO.
12               THE COURT:  All right.  Good morning to all of
13    you.
14               Counsel for Federal, if you will note your
15    appearances.
16               MS. GODESKY:  Good morning, Your Honor.  Leah
17    Godesky from O'Melveny for the defendants.
18               MS. JANUS:  Leah Janus and Terry Fleming from
19    Fredrikson & Byron for the defendants.
20               THE COURT:  All right.  Thank you.  Good morning
21    to the three of you and people in the gallery.
22               Thanks for coming here this morning.  I wanted to
23    let you know what I was going to do.
24               I am going to accept the verdict on disgorgement
25    and enter judgment on the verdict today.  That will begin

2750

1          the clock for post-trial motions, et cetera.

2                    I told you that I would exercise my own

3          independent judgment on the issue of disgorgement, and I

4          have.  I have been considering the issue, well, simply

5          stated, since the motion to strike the jury, but then more

6          intensively since the motion to bifurcate and certainly with

7          the JMOL and hearing the evidence.

8                    I, nonetheless, wanted the jury's input so that I

9          could certainly reexamine my own decision, should that be

10         necessary; but I'm persuaded and I was persuaded based on

11         the law and the evidence at trial that this is not only a

12         proper result, I am persuaded that it is the proper result.

13                   So that's what I'm going to do.  I don't want to

14         spend time and resources of the parties having you

15         extensively brief an issue that I know how I will rule on it

16         anyway.  So that's why I called you in here this morning.

17         That's what I'm going to do.  And that will, as I said,

18         start your clock running.

19                   While you're all here, I also want to put this out

20         there for your consideration.  Sometimes parties obviously

21         negotiate potential settlements after a trial.  If the

22         parties decide they want to do that, and if the parties

23         decide they want to utilize the services of a magistrate

24         judge here, I will facilitate that happening.  It wouldn't

25         be me; but if the parties met and decided they thought a

1    particular magistrate judge in this district would be well

2    suited to that, we would make sure you got in front of that

3    magistrate judge.  But, of course, you know, that's all

4    entirely up to the parties.

5              So with that, I'll just ask if there are any

6    questions.  Mr. Hinderaker?

7              MR. HINDERAKER:  No questions from the plaintiff,

8    Your Honor.

9              THE COURT:  All right.  Well, maybe there is one.

10             MR. HINDERAKER:  Actually, with the judgment

11   entered and the clock running, you know, obviously there

12   will be the briefing that follows from that, and I think the

13   particular issue that I was just alerted to will be included

14   in that, in that briefing.  So for today and we understand

15   your decision --

16             THE COURT:  Understood.

17             MR. HINDERAKER:  -- I don't think there's anything

18   to be brought up now.

19             THE COURT:  Okay.  Very well.  Thank you.

20             Ms. Godesky, any questions or needed

21   clarification?

22             MS. GODESKY:  The only question we have at this

23   point, Your Honor, would be whether we could get a modest

24   extension of the deadline for a JNOV motion.

25             THE COURT:  What amount of time are you seeking?

1          MS. GODESKY:  An extra two weeks.

2          THE COURT:  I will, yes, give both parties an

3    extra two weeks.

4          MS. GODESKY:  Okay.  Thank you.

5          THE COURT:  So that would be 42 days, correct?

6    That's my calculation.

7          MS. GODESKY:  I think that's right, mm-hmm.

8          THE COURT:  Okay.  I will put something on the

9    record or on the ECF setting a deadline by which you should

10   file any such motions.

11          Yes, Mr. Hinderaker.

12          MR. HINDERAKER:  And then with respect to

13   attorneys fees, prejudgment interest and so forth, you know,

14   I think the rule is a 14-day clock.  If there's an extension

15   on this, can we get those dates extended as well?

16          THE COURT:  Yes.  We'll make them all 42 days, and

17   we'll go from there.  Okay?

18          MR. HINDERAKER:  Very good.

19          THE COURT:  Okay.  Thank you, everyone.

20          MR. HINDERAKER:  Thank you.

21          MS. GODESKY:  Thank you.

22          (Court adjourned at 9:14 a.m., 03-10-2023.)

23          I, Renee A. Rogge, certify that the foregoing is a
     correct transcript from the record of proceedings in the
24   above-entitled matter.
                         Certified by:  /s/Renee A. Rogge
25                                      Renee A. Rogge, RMR-CRR