# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**NOTICE OF INTENT TO REQUEST REDACTION OR NOTICE THAT NO REDACTION IS REQUIRED**

Fair Isaac Corporation,

       Plaintiff(s)       Case No: 16-cv-1054 (DTS)

v.

Federal Insurance Company, et al.,

       Defendant(s)

The undersigned Heather Kliebenstein hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts that,

[✓] I intend to request redaction of personal identifiers located within the transcript of Transcript of Jury Trial (Part III) held on 2/17/23, filed on March 14, 2023 to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

OR

[ ] I will not be requesting redaction as no redaction is required.

Dated: 3/21/23    /s/Heather Kliebenstein