# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

**NOTICE OF INTENT TO REQUEST REDACTION OR NOTICE THAT NO REDACTION IS REQUIRED**

Fair Isaac Corporation,

          Plaintiff(s)            Case No: Case No: 16-cv-1054 (DTS)

v.

Federal Insurance Company, et al.,

          Defendant(s)

---

The undersigned Heather Kliebenstein hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts that,

☑ I intend to request redaction of personal identifiers located within the transcript of Transcript of Jury Trial (Part VII) held on 2/28/23, filed on March 14, 2023 to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

OR

☐ I will not be requesting redaction as no redaction is required.

Dated: 3/21/23      /s/Heather Kliebenstein