# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Fair Isaac Corporation,

          Plaintiff(s)

v.

Federal Insurance Company, et al.,

          Defendant(s)

**NOTICE OF INTENT TO REQUEST REDACTION OR NOTICE THAT NO REDACTION IS REQUIRED**

Case No: Case No: 16-cv-1054 (DTS)

The undersigned Heather Kliebenstein hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts that,

☐ I intend to request redaction of personal identifiers located within the transcript of Jury Trial (Voir Dire, Part I, VI, XII, XIV, and XV), filed on March 14, 2023 to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

OR

☑ I will not be requesting redaction as no redaction is required.

Dated: 3/21/23          /s/Heather Kliebenstein