UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

### DECLARATION OF PAIGE STRADLEY WITH PROPOSED REDACTIONS

I, Paige Stradley, declare as follows:

1. I am an attorney with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this Declaration on my own information, knowledge, and belief.

3. Attached hereto as Exhibit A is a true and correct copy of the December 13, 2022 hearing transcript with proposed redactions. Pursuant to the Court's text Order Dkt. 1170, Plaintiff is filing these proposed redactions. These redactions were previously filed at Dkt. 1054-1 as part of FICO's Unopposed Motion to Redact December 13, 2022 Bifurcation Hearing Transcript (Dkt. 1051; Dkt. 1053; Dkt. 1054). The Court subsequently granted that motion at Dkt. 1118.

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed on: March 28, 2023 /s/Paige Stradley
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Paige S. Stradley, MN Bar #393432
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel: (612) 332-5300
Fax: (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
pstradley@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com