## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

FAIR ISAAC CORPORATION,

        Plaintiff,

    v.

FEDERAL INSURANCE COMPANY,
an Indiana corporation, and ACE
AMERICAN INSURANCE COMPANY,
a Pennsylvania corporation,

        Defendants.

Court File No. 16-cv-1054 (DTS)

**DEFENDANTS' FINAL
EXHIBIT LIST**

---

| Presiding Judge: | Plaintiff's Attorneys: | Defendants' Attorneys: |
|---|---|---|
| Judge David T. Schultz | MERCHANT & GOULD P.C.<br>Allen Hinderaker<br>Heather Kliebenstein<br>Paige S. Stradley<br>Michael A. Erbele<br>Joseph Dubis<br>Gabrielle L. Kiefer | FREDRIKSON & BYRON, P.A.<br>Terrence J. Fleming<br>Leah C. Janus<br>Christopher D. Pham<br>Ryan C. Young<br>Panhia Vang<br><br>O'MELVENY & MYERS LLP<br>Leah Godesky<br>Anton Metlitsky<br>Daryn Rush<br>Roxana Guidero |
| Trial Dates: | Court Reporter: | Courtroom Deputy: |
| February 15 to March 9, 2023 | Renee Rogge<br>Kristine Mousseau<br>Maria Weinbeck<br>Paula Richter | Terianne Bender |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0001 | | | Global Price List | FICO0057386 | FICO0057412 | 2003.10.10 |
| D-0002 | | | Baer LinkedIn PageVault | FED018018_0001 | FED018018_0005 | |
| D-0003 | | | Email from Christopher LeBaron to Matthew Maza | FICO0062503 | FICO0062503 | 2005.03.09 |
| D-0004 | 2023.02.24 | X | National City Corporation License Agreement | FICO0044709 | FICO0044726 | 2005.09.30 |
| D-0005 | | | Baseman LinkedIn PageVault | FED018019_0001 | FED018019_0003 | |
| D-0006 | | | RFI for Maintenance of Renewal Processing Rules | FICO0057280 | FICO0057304 | 2006.02.03 |
| D-0007 | | | Letter from James Black to Lawrence Raynes | FICO0006676 | FICO0006679 | 2006.02.07 |
| D-0008 | | | Email from Larry Wachs to Bill Waid and others | FICO0057274 | FICO0057275 | 2006.02.22 |
| D-0009 | | | Email from Bill Waid to John Haines | FICO0057309 | FICO0057310 | 2006.02.22 |
| D-0010 | | | Email from Bill Waid to Larry Wachs and others | FICO0057307 | FICO0057308 | 2006.02.22 |
| D-0011 | | | Email from William Waid to Marcia Palmer and others | FICO0062149 | FICO0062151 | 2006.02.28 |
| D-0012 | 2023.03.02 | X | Email from David Burgess to Dan Foy and others | FICO0062287 | FICO0062288 | 2006.03.01 |
| D-0013 | | | Email from William Waid to Mark Layden | FICO0005480 | FICO0005487 | 2006.03.01 |
| D-0014 | 2023.03.02 | X | Email from Bill Waid to John Haines | FICO0001927 | FICO0001927 | 2006.04.04 |
| D-0015 | | | Email from John Haines to Bill Waid | FICO0057305 | FICO0057306 | 2006.04.04 |
| D-0016 | | | Email from Michael Gordon to John Haines and others | FICO0001794 | FICO0001795 | 2006.05.05 |
| D-0017 | 2023.02.24 | X | Humana Inc. License Agreement | FICO0041472 | FICO0041491 | 2006.05.23 |
| D-0018 | | | Email from Jandeen Boone to Jim Black and others | FICO0000165 | FICO0000192 | 2006.06.06 |
| D-0019 | | | Email from Jandeen Boone to Jim Black | FICO0006080 | FICO0006081 | 2006.06.08 |
| D-0020 | | | Email from Jandeen Boone to Jim Black | FICO0006082 | FICO0006091 | 2006.06.08 |
| D-0021 | | | Email from Jim Black to Jandeen Boone | FICO0006025 | FICO0006037 | 2006.06.08 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0022 | | | Email from Jim Black to Jandeen Boone | FICO0006038 | FICO0006050 | 2006.06.08 |
| D-0023 | | | Appendix A-20 (SOW) to Master Services Agreement | FICO0028700 | FICO0028705 | 2006.06.09 |
| D-0024 | | | Master Services Agreement | FICO0021678 | FICO0021686 | 2006.06.09 |
| D-0025 | | | Boone LinkedIn PageVault | FED018020_0001 | FED018020_0006 | |
| D-0026 | | | Email from Catherine Anderson to Jim Black | FICO0006100 | FICO0006136 | 2006.06.09 |
| D-0027 | | | Appendix A-2 (SOW) to Master Services Agreement | FICO0021659 | FICO0021666 | 2006.06.12 |
| D-0028 | | | Appendix A-1 (SOW) to Master Service Agreement | FICO0021669 | FICO0021677 | 2006.06.12 |
| D-0029 | | | Email from Mark Layden to Bill Waid | FICO0001792 | FICO0001793 | 2006.06.16 |
| D-0030 | 2023.03.02 | X | Email from John Haines to Bill Waid and others | FICO0001895 | FICO0001898 | 2006.06.16 |
| D-0031 | | | Email from John Haines to Bill Waid and others | FICO0057276 | FICO0057277 | 2006.06.16 |
| D-0032 | | | Email from Bill Waid to John Haines | FICO0001920 | FICO0001922 | 2006.06.21 |
| D-0033 | | | Email from John Haines to Bill Waid | FICO0001903 | FICO0001909 | 2006.06.22 |
| D-0034 | | | Email from Jim Black to Jandeen Boone | FICO0000148 | FICO0000149 | 2006.06.26 |
| D-0035 | | | Email from John Haines to Bill Waid | FICO0001893 | FICO0001894 | 2006.06.27 |
| D-0036 | | | Email from Jandeen Boone to Jim Black and others | FICO0000131 | FICO0000132 | 2006.06.27 |
| D-0037 | | | Email from Jandeen Boone to Jim Black and others | FICO0006220 | FICO0006236 | 2006.06.29 |
| D-0038 | | | Email from Jandeen Boone to Jim Black | FICO0006202 | FICO0006219 | 2006.06.29 |
| D-0039 | 2023.02.27 | X | ACE American Insurance Company License Agreement | FICO0043478 | FICO0043501 | 2006.06.29 |
| D-0040 | | | Blaze Advisor License Agreement - June 2006 | FICO0001702 | FICO0001717 | 2006.06.30 |
| D-0041 | | | Blaze Advisor License Agreement - Full | FICO0002276 | FICO0002296 | 2006.06.30 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0042 | | | Carretta LinkedIn PageVault | FED018021_0001 | FED018021_0004 | |
| D-0043 | | | Email from Lawrence Wachs to Bill Waid and others | FICO0001902 | FICO0001902 | 2006.07.10 |
| D-0044 | | | Email from Jim Black to Jandeen Boone | FICO0000089 | FICO0000091 | 2006.07.24 |
| D-0045 | | | Email from Jandeen Boone to Jim Black | FICO0006658 | FICO0006675 | 2006.07.24 |
| D-0046 | | | Email from Jim Black to Jandeen Boone | FICO0000080 | FICO0000083 | 2006.07.25 |
| D-0047 | | | Email from Jim Black to Jandeen Boone | FICO0006271 | FICO0006271 | 2006.07.27 |
| D-0048 | | | Email from Jim Black to Jandeen Boone | FICO0006253 | FICO0006270 | 2006.07.27 |
| D-0049 | | | Email from Jandeen Boone to Jim Black and others | FICO0006272 | FICO0006289 | 2006.07.27 |
| D-0050 | | | Blaze Advisor License Agreement Amendment One | FICO0002118 | FICO0002119 | 2006.08.01 |
| D-0051 | | | CSI IT Summit Slides | FED012136_0001 | FED012136_0020 | 2006.08.16 |
| D-0052 | | | Email from James Chaban to Debbie Kraus | FICO0062204 | FICO0062204 | 2006.09.21 |
| D-0053 | | | INTENTIONALLY LEFT BLANK | | | |
| D-0054 | | | Email from John Haines to Bill Waid | FICO0001943 | FICO0001945 | 2006.11.27 |
| D-0055 | | | Email from Sally Holt to Bill Waid | FICO0005621 | FICO0005872 | 2006.12.01 |
| D-0056 | | | Email from Larry Wachs to Mark Layden and others | FICO0001803 | FICO0001804 | 2006.12.12 |
| D-0057 | | | Email from Russell Schreiber to Mike Gordon and others | FICO0001799 | FICO0001802 | 2006.12.12 |
| D-0058 | 2023.03.07 | X | Email from Mark Berthiaume to Management Team | FED017902_0001 | FED017902_0001 | 2006.12.21 |
| D-0059 | | | Blaze Advisor License Agreement - Amendment Two | FICO0000226 | FICO0000228 | 2006.12.28 |
| D-0060 | | | Email from Karen Beale to Vincent Gamba and others | FICO0063033 | FICO0063034 | 2007.02.27 |
| D-0061 | | | Email from Ewen Setti to Patrick Sullivan | FED015308_0001 | FED015308_0002 | 2007.09.12 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0062 | | | Email from Robin Green to Greg Wills | FICO0062968 | FICO0062974 | 2007.09.13 |
| D-0063 | | | Email from Hugh Pollington to Russell Hodey | FED014223_0001 | FED014224_0001 | 2008.04.09 |
| D-0064 | | | Email from Don Griest to Bill Waid | FICO0005465 | FICO0005479 | 2008.04.10 |
| D-0065 | | | Email from Mike Sawyer to Ian Brodie and others | FICO0002275 | FICO0002447 | 2008.11.14 |
| D-0066 | | | Email from Larry Wachs to Russ Schreiber | FICO0002448 | FICO0002449 | 2008.11.26 |
| D-0067 | 2023.03.07 | X | Email from Philip Folz to Knight Direct Reports | FED007758_0001 | FED007759_0003 | 2009.03.10 |
| D-0068 | | | Safeco License Agreement | FICO0028919 | FICO0028923 | 2009.04.06 |
| D-0069 | | | Email from Patrick Sullivan to Russell Hodey and others | FED013936_0001 | FED013936_0001 | 2009.05.21 |
| D-0070 | | | Email from Tamra Pawloski to Patrick Sullivan and others | FED011790_0001 | FED011791_0004 | 2009.05.21 |
| D-0071 | | | Email from Russell Hodey to Henry Mirolyuz and others | FED014355_0001 | FED014355_0004 | 2009.05.28 |
| D-0072 | | | Email from Russell Schreiber to David Taylor | FICO0003146 | FICO0003147 | 2009.06.03 |
| D-0073 | | | Email from Mike Sawyer to Henry Mirolyuz | FED008759_0001 | FED008759_0001 | 2009.07.22 |
| D-0074 | | | Email from Thomas Bradley to Ian Brodie and others | FICO0002452 | FICO0002453 | 2009.08.31 |
| D-0075 | | | Email from Michael Small to Brigitte Carrabin | FICO0057206 | FICO0057222 | 2009.09.16 |
| D-0076 | | | Chubb Surety Cornerstone Program Update Slides | FED007858_0001 | FED007858_0013 | 2009.10.00 |
| D-0077 | 2023.03.02 | X | Seabright License Agreement | FICO0049718 | FICO0049743 | 2010.11.29 |
| D-0078 | | | FICO Insurance Forum Slides | FED006784_0001 | FED006784_0038 | 2011.00.00 |
| D-0079 | | | Press Release: FICO Insurance Forum | FED018026_0001 | FED018026_0001 | 2011.10.19 |
| D-0080 | | | Email from Patrick Sullivan to Henry Mirolyuz | FED004062_0001 | FED004062_0002 | 2011.11.23 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0081 | | | Email from Peter Tribulski to Tamra Pawloski | FED011885_0001 | FED011885_0001 | 2012.03.09 |
| D-0082 | | | Email from Mike Sawyer to Russell Schreiber | FICO0003148 | FICO0003153 | 2012.03.29 |
| D-0083 | | | Email from Mike Sawyer to Russell Schreiber | FICO0003248 | FICO0003254 | 2012.06.14 |
| D-0084 | | | Email from Mike Sawyer to Henry Mirolyuz | FED0009106_0001 | FED0009106_0001 | 2012.07.10 |
| D-0085 | | | Email from Mike Sawyer to Richard Hill and others | FICO0003278 | FICO0003279 | 2012.08.14 |
| D-0086 | | | Email from Mike Sawyer to Russell Schreiber | FICO0003729 | FICO0003729 | 2012.11.20 |
| D-0087 | | | Calendar Invite | FED016291_0001 | FED016291_0001 | 2012.12.05 |
| D-0088 | | | Email from Ewen Setti to Russell Schreiber. | FED004808_0001 | FED004808_0007 | 2012.12.14 |
| D-0089 | | | Email from Henry Mirolyuz to Tony Zhang | FED009153_0001 | FED009153_0004 | 2013.06.07 |
| D-0090 | | | Email from Henry Mirolyuz to Mike Sawyer | FED009157_0001 | FED009157_0003 | 2013.08.26 |
| D-0091 | | | Email from Henry Mirolyuz to Zorica Todorovic | FED006530_0001 | FED006530_0003 | 2013.08.26 |
| D-0092 | 2023.03.06 | X | Email from Oliver Clark to Richard Hill | FICO0002027 | FICO0002028 | 2013.08.28 |
| D-0093 | | | Email from Henry Mirolyuz to Mike Sawyer | FED008847_0001 | FED008847_0002 | 2013.09.03 |
| D-0094 | | | Calendar Invite | FED001537_0001 | FED001537_0001 | 2013.09.04 |
| D-0095 | | | Calendar Notice | FED009164_0001 | FED009164_0002 | 2013.09.04 |
| D-0096 | 2023.03.06 | X | Calendar Invite | FED001498_0001 | FED001498_0001 | 2013.09.10 |
| D-0097 | 2023.03.06 | X | Email from Dermot McCarthy to Richard Hill and others | FICO0002023 | FICO0002026 | 2013.09.10 |
| D-0098 | | | Email from Darren Luckhurst to Ewen Setti and others | FED015869_0001 | FED015869_0002 | 2013.09.12 |
| D-0099 | 2023.03.06 | X | Email from Ewen Setti to Oliver Clark | FED004809_0001 | FED004809_0005 | 2013.10.25 |
| D-0100 | | | FY2014 FICO Sales Incentive Plan | FICO0057314 | FICO0057317 | 2013.12.26 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0101 | | | Accepted FY2014 Sales Incentive Plan Participant Agreement | FICO0057364 | FICO0057367 | 2014.03.25 |
| D-0102 | | | Email from Russel Schreiber to Marlene Mae Zimmerling and others | FICO0057223 | FICO0057227 | 2014.04.14 |
| D-0103 | | | Email from Cristian Vasilache to Alexander Pavlenko | FED003522_0001 | FED003523_0001 | 2014.07.07 |
| D-0104 | | | Accepted FICO FY2015 Sales Incentive Plan Participant Agreement | FICO0057368 | FICO0057372 | 2014.12.19 |
| D-0105 | | | Accepted FY2015 Sales Incentive Plan Participant Agreement | FICO0057341 | FICO0057351 | 2015.01.17 |
| D-0106 | | | Email from Glenn Feldman to David Gibbs | FED016140_0001 | FED016140_0003 | 2015.02.09 |
| D-0107 | | | The Chubb Corporation Subsidiaries of the Registrant List | FED000059_0001 | FED000059_0002 | 2015.02.26 |
| D-0108 | 2023.03.06 | X | Email from Oliver Clark to Jeremy Chen and others | FICO0001965 | FICO0001967 | 2015.02.27 |
| D-0109 | 2023.03.03 | X | Email from Oliver Clark to Mike Sawyer and others | FICO0001758 | FICO0001759 | 2015.03.11 |
| D-0110 | 2023.03.06 | X | Email from Hamish Tonkin to Denise Kirrane and others | FED009351_0001 | FED009351_0006 | 2015.03.12 |
| D-0111 | | | Email from Chris Brown to Denise Kirrane | FED016186_0001 | FED016186_0008 | 2015.03.12 |
| D-0112 | | | Email from FICO Product Support to David Gibbs | FED016337_0001 | FED016337_0001 | 2015.03.17 |
| D-0113 | 2023.03.06 | X | Email from Sam Long to Oliver Clark and others | FED001491_0001 | FED001491_0001 | 2015.03.23 |
| D-0114 | 2023.03.06 | X | Email from Oliver Clark to Andy Moffat | FICO0001971 | FICO0001972 | 2015.03.24 |
| D-0115 | | | Email from Hamish Tonkin to Oliver Clark | FED016204_0001 | FED016204_0005 | 2015.03.25 |
| D-0116 | 2023.03.06 | X | Email from Oliver Clark to Natalie Gundy | FICO0001975 | FICO0001981 | 2015.03.26 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0117 | | | Email from Russ Schreiber to Andy Moffat and others | FICO0001769 | FICO0001775 | 2015.03.26 |
| D-0118 | 2023.03.06 | X | Email from Oliver Clark to Richard Lagerweij | FICO0001982 | FICO0001988 | 2015.03.29 |
| D-0119 | | | Email from Russel Schreiber to James Chaban | FICO0001781 | FICO0001784 | 2015.03.31 |
| D-0120 | | | Email from Oliver Clark to Richard Lagerweij | FICO0001996 | FICO0001998 | 2015.04.01 |
| D-0121 | | | Email from Hamish Tonkin to David Gibbs and others | FED016214_0001 | FED016214_0002 | 2015.04.01 |
| D-0122 | | | Email from David Burgess to Dave Woods and others | FICO0001752 | FICO0001757 | 2015.05.20 |
| D-0123 | | | Email from Mike Sawyer to Henry Mirolyuz | FED005224_0001 | FED005225_0007 | 2015.05.27 |
| D-0124 | | | Email from FICO Product Support to David Gibbs | FED016345_0001 | FED016345_0001 | 2015.06.01 |
| D-0125 | 2023.03.06 | X | Email from Darcy Sullivan to Oliver Clark and others | FICO0002454 | FICO0002455 | 2015.06.03 |
| D-0126 | | | Email from Russ Schreiber to Mike Sawyer | FICO0001747 | FICO0001748 | 2015.07.01 |
| D-0127 | | | Email from Mike Sawyer to Dave Woods | FICO0003899 | FICO0003904 | 2015.07.06 |
| D-0128 | | | All Portfolio Overview Slides | FED006248_0001 | FED006248_0013 | 2015.07.09 |
| D-0129 | | | Email from Bill Stickle to Maureen Brundage and others | FED010898_0001 | FED010899_0001 | 2015.07.13 |
| D-0130 | | | Specialty Lines System Integration Roadmap Slides | FED009664_0001 | FED009664_0017 | 2015.09.00 |
| D-0131 | | | Email from Mike Sawyer to Russell Schreiber | FICO0002507 | FICO0002508 | 2015.10.07 |
| D-0132 | | | Email from Mike Sawyer to Russell Schreiber | FICO0001729 | FICO0001730 | 2015.10.07 |
| D-0133 | | | Email from Mike Sawyer to Russ Schreiber | FICO0001698 | FICO0001722 | 2015.10.07 |
| D-0134 | | | Chubb Architecture Council September 2016 Slides | FED010209_0001 | FED010209_0046 | 2016.09.08 |
| D-0135 | | | Email from Mike Sawyer to Henry Mirolyuz and others | FED010479_0001 | FED010480_0012 | 2015.10.08 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0136 | | | Canada Insurance & Retail Territory | FICO005129 | FICO005129 | 2015.10.15 |
| D-0137 | | | Email from Russell Schreiber to Natasha Fowlin | FICO0000980 | FICO0000980 | 2015.11.13 |
| D-0138 | | | Email from Natasha Fowlin to Mike Sawyer | FICO0000974 | FICO0000976 | 2015.11.13 |
| D-0139 | | | Email from Mike Sawyer to Clayton Dukes | FICO0005450 | FICO0005453 | 2015.12.01 |
| D-0140 | | | Email from Mike Sawyer to Dave Woods | FICO0002654 | FICO0002655 | 2015.12.16 |
| D-0141 | | | 2016-2018 Chart of Gross-Net-Reins EX CCI-D&H-Surety & POL Risk-CICE-Federal | FED017885_0001 | FED017885_0001 | 2016.00.00 |
| D-0142 | | | Chubb Insurance Company of Canada Consolidated Assets Q1 2016 | FED013556_0001 | FED013556_0073 | 2016.00.00 |
| D-0143 | | | Email from Mike Sawyer to Elie Merheb | FICO0003090 | FICO0003092 | 2016.01.08 |
| D-0144 | | | Email from Clayton Dukes to Russ Schreiber and others | FICO0000970 | FICO0000971 | 2016.01.14 |
| D-0145 | | | Email from Russ Schreiber to Mike Sawyer | FICO0000966 | FICO0000967 | 2016.01.15 |
| D-0146 | | | Email from Mike Sawyer to Dave Woods and others | FICO0001537 | FICO0001539 | 2016.01.21 |
| D-0147 | | | Signed FY2016 Base and Bonus Incentive Plan | FICO0057352 | FICO0057363 | 2016.01.25 |
| D-0148 | | | Email from Russ Schreiber to Mike Sawyer | FICO0000961 | FICO0000961 | 2016.01.27 |
| D-0149 | | | Calendar Invite | FED000566_0001 | FED000566_0002 | 2016.01.28 |
| D-0150 | | | Email from Mike Sawyer to Henry Mirolyuz and others | FED004475_0001 | FED004476_0003 | 2016.01.28 |
| D-0151 | | | INTENTIONALLY LEFT BLANK | | | |
| D-0152 | | | Email from Tamra Pawloski and others | FICO0000939 | FICO0000942 | 2016.02.04 |
| D-0153 | | | Email from Mike Sawyer to Russ Schreiber | FICO0001424 | FICO0001425 | 2016.02.05 |
| D-0154 | | | INTENTIONALLY LEFT BLANK | | | |
| D-0155 | 2023.03.03 | X | Email from Oliver Clark to Mike Sawyer | FICO0000929 | FICO0000932 | 2016.02.08 |
| D-0156 | 2023.03.06 | X | Email from Mike Sawyer to Oliver Clark | FICO0001408 | FICO0001408 | 2016.02.11 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0157 | | | Email from William Grady to Tamra Pawloski and others | FED001150_0001 | FED001151_0002 | 2016.02.22 |
| D-0158 | | | Accepted FICO FY2016 Sales Incentive Plan Participant Agreement | FICO0057325 | FICO0057336 | 2016.02.24 |
| D-0159 | | | Email from Bill Waid to Mike Sawyer and others | FICO0000828 | FICO0000830 | 2016.03.01 |
| D-0160 | | | Email from Mike Sawyer to Bill Waid and others | FICO0005167 | FICO0005168 | 2016.03.09 |
| D-0161 | | | Cross Divisional TDA Meeting Minutes | FED001105_0001 | FED001105_0003 | 2016.03.10 |
| D-0162 | | | Email from Jeremy Chen to Mike Sawyer | FICO0000619 | FICO0000626 | 2016.03.23 |
| D-0163 | | | Underwriting Attestation Tool Roadmap Slides | FED001103_0001 | FED001103_0008 | 2016.03.30 |
| D-0164 | | | Accepted FICO FY2016 Sales Incentive Plan Participant Agreement | FICO0057373 | FICO0057384 | 2016.05.31 |
| D-0165 | | | Operational Decision Manager Slides | FED010205_0001 | FED010205_0029 | 2016.09.00 |
| D-0166 | | | Email from Ramesh Pandey to Claudio Ghislanzoni | FED0101206_0001 | FED0101207_0004 | 2016.09.07 |
| D-0167 | | | Email from Dan Tedeschi to Tamra Pawloski and others | FED010146_0001 | FED010146_0001 | 2017.05.12 |
| D-0168 | | | Henry Mirolyuz CV/Resume | FED002105_0001 | FED002105_0003 | 2018.07.31 |
| D-0169 | 2023.03.02 | X | Screenshots of Mike Sawyer's LinkedIn page | | | 2018.09.30 |
| D-0170 | | | Detailed Payment History by Supplier | FED017887_0001 | FED017887_0038 | 2019.03.11 |
| D-0171 | | | FICO's Written Answers to Questions from the 30(b)(6) Deposition of William Waid | | | 2019.06.13 |
| D-0172 | 2023.03.02 | X | RGA Technologies License Agreement | FICO0067097 | FICO0067123 | 2019.07.01 |
| D-0173 | | | Blaze Advisor Usage Diagrams | FED017917_0001 | FED017917_0007 | 2019.07.26 |
| D-0174 | | | INTENTIONALLY LEFT BLANK | FED017914_0001 | FED017914_0001 | 2019.08.26 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0175 | | | INTENTIONALLY LEFT BLANK | | | 2020.03.12 |
| D-0176 | | | Case Report List | FICO0000197 | FICO0000197 | 2020.05.27 |
| D-0177 | | | Business Lines and Applications Chart | | | |
| D-0178 | | | Master Services Agreement | FICO0005929 | FICO0005948 | 2009.08.17 |
| D-0179 | | | Chubb Corp. FY 2004 10-K Filing | FED017971_0001 | FED017971_0145 | 2004.00.00 |
| D-0180 | | | Chubb Corp. FY 2005 10-K Filing | FED017972_0001 | FED017972_0131 | 2005.00.00 |
| D-0181 | | | Chubb Corp. FY 2006 10-K Filing | FED017973_0001 | FED017973_0130 | 2006.00.00 |
| D-0182 | | | Chubb Corp. FY 2007 10-K Filing | FED017974_0001 | FED017974_0129 | 2007.00.00 |
| D-0183 | | | Chubb Corp. FY 2008 10-K Filing | FED017975_0001 | FED017975_0163 | 2008.00.00 |
| D-0184 | | | Chubb Corp. FY 2009 10-K Filing | FED017976_0001 | FED017976_0158 | 2009.00.00 |
| D-0185 | | | Chubb Corp. FY 2010 10-K Filing | FED017977_0001 | FED017977_0146 | 2010.00.00 |
| D-0186 | | | Chubb Corp. FY 2011 10-K Filing | FED017978_0001 | FED017978_0135 | 2011.00.00 |
| D-0187 | | | Chubb Corp. FY 2012 10-K Filing | FED017979_0001 | FED017979_0132 | 2012.00.00 |
| D-0188 | | | Chubb Corp. FY 2013 10-K Filing | FICO0054369 | FICO0054511 | 2013.00.00 |
| D-0189 | | | Chubb Corp. FY 2014 10-K Filing | FED017981_0001 | FED017981_0097 | 2014.00.00 |
| D-0190 | | | Chubb Ltd. FY 2015 10-K Filing | FED017992_0001 | FED017992_0223 | 2015.00.00 |
| D-0191 | | | Chubb Ltd. FY 2016 10-K Filing | FED017993_0001 | FED017993_0376 | 2016.00.00 |
| D-0192 | | | Chubb Ltd. FY 2017 10-K Filing | FED017994_0001 | FED017994_0506 | 2017.00.00 |
| D-0193 | | | Chubb Ltd. FY 2018 10-K Filing | FED017995_0001 | FED017995_0250 | 2018.00.00 |
| D-0194 | | | Chubb Ltd. FY 2019 10-K Filing | FED017996_0001 | FED017996_0260 | 2019.00.00 |
| D-0195 | | | Chubb Ltd. FY 2020 10-K Filing | FED017997_0001 | FED017997_0290 | 2020.00.00 |
| D-0196 | 2023.03.02 | X | Chubb Corp. 2004 Annual Report | FED018011_0001 | FED018011_0131 | 2004.00.00 |
| D-0197 | | | Chubb Corp. 2005 Annual Report | FED017982_0001 | FED017982_0140 | 2005.00.00 |
| D-0198 | | | Chubb Corp. 2006 Annual Report | FED017983_0001 | FED017983_0149 | 2006.00.00 |
| D-0199 | 2023.03.02 | X | Chubb Corp. 2007 Annual Report | FED017984_0001 | FED017984_0151 | 2007.00.00 |
| D-0200 | 2023.03.02 | X | Chubb Corp. 2008 Annual Report | FED017985_0001 | FED017985_0016 | 2008.00.00 |
| D-0201 | | | Chubb Corp. 2009 Annual Report | FED017986_0001 | FED017986_0016 | 2009.00.00 |
| D-0202 | 2023.03.02 | X | Chubb Corp. 2010 Annual Report | FED017987_0001 | FED017987_0016 | 2010.00.00 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0203 | | | Chubb Corp. 2011 Annual Report | FED017988_0001 | FED017988_0016 | 2011.00.00 |
| D-0204 | | | Chubb Corp. 2012 Annual Report | FED017989_0001 | FED017989_0016 | 2012.00.00 |
| D-0205 | | | Chubb Corp. 2013 Annual Report | FED017990_0001 | FED017990_0016 | 2013.00.00 |
| D-0206 | | | Chubb Corp. 2014 Annual Report | FED017991_0001 | FED017991_0016 | 2014.00.00 |
| D-0207 | 2023.03.02 | X | Chubb Ltd. 2015 Annual Report | FED017998_0001 | FED017998_0262 | 2015.00.00 |
| D-0208 | 2023.03.02 | X | Chubb Ltd. 2016 Annual Report | FED017999_0001 | FED017999_0304 | 2016.00.00 |
| D-0209 | 2023.03.02 | X | Chubb Ltd. 2017 Annual Report | FED018012_0001 | FED018012_0320 | 2017.00.00 |
| D-0210 | 2023.03.02 | X | Chubb Ltd. 2018 Annual Report | FED018013_0001 | FED018013_0312 | 2018.00.00 |
| D-0211 | 2023.03.02 | X | Chubb Ltd. 2019 Annual Report | FED018014_0001 | FED018014_0312 | 2019.00.00 |
| D-0212 | 2023.03.02 | X | Chubb Ltd. 2020 Annual Report | FED018015_0001 | FED018015_0286 | 2020.00.00 |
| D-0213 | | | FICO FY 2004 10-K Filing | FED017937_0001 | FED017937_0118 | 2004.00.00 |
| D-0214 | | | FICO FY 2005 10-K Filing | FED017939_0001 | FED017939_0135 | 2005.00.00 |
| D-0215 | | | FICO FY 2006 10-K Filing | FED017941_0001 | FED017941_0125 | 2006.00.00 |
| D-0216 | | | FICO FY 2007 10-K Filing | FED017943_0001 | FED017943_0140 | 2007.00.00 |
| D-0217 | | | FICO FY 2008 10-K Filing | FED017945_0001 | FED017945_0196 | 2008.00.00 |
| D-0218 | | | FICO FY 2009 10-K Filing | FED017947_0001 | FED017947_0114 | 2009.00.00 |
| D-0219 | | | FICO FY 2010 10-K Filing | FED017949_0001 | FED017949_0136 | 2010.00.00 |
| D-0220 | | | FICO FY 2011 10-K Filing | FED017951_0001 | FED017951_0112 | 2011.00.00 |
| D-0221 | | | FICO FY 2012 10-K Filing | FED017953_0001 | FED017953_0140 | 2012.00.00 |
| D-0222 | | | FICO FY 2013 10-K Filing | FED017955_0001 | FED017955_0113 | 2013.00.00 |
| D-0223 | | | FICO FY 2014 10-K Filing | FED017957_0001 | FED017957_0099 | 2014.00.00 |
| D-0224 | | | FICO FY 2015 10-K Filing | FED017959_0001 | FED017959_0107 | 2015.00.00 |
| D-0225 | | | FICO FY 2016 10-K Filing | FED017961_0001 | FED017961_0100 | 2016.00.00 |
| D-0226 | | | FICO FY 2017 10-K Filing | FED017963_0001 | FED017963_0100 | 2017.00.00 |
| D-0227 | | | FICO FY 2018 10-K Filing | FED017965_0001 | FED017965_0124 | 2018.00.00 |
| D-0228 | | | FICO FY 2019 10-K Filing | FED017967_0001 | FED017967_0116 | 2019.00.00 |
| D-0229 | | | FICO FY 2020 10-K Filing | FED017969_0001 | FED017969_0135 | 2020.00.00 |
| D-0230 | | | FICO 2004 Annual Report | FED017938_0001 | FED017938_0112 | 2004.00.00 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0231 | | | FICO 2005 Annual Report | FED017940_0001 | FED017940_0129 | 2005.00.00 |
| D-0232 | | | FICO 2006 Annual Report | FED017942_0001 | FED017942_0116 | 2006.00.00 |
| D-0233 | | | FICO 2007 Annual Report | FED017944_0001 | FED017944_0104 | 2007.00.00 |
| D-0234 | | | FICO 2008 Annual Report | FED017946_0001 | FED017946_0103 | 2008.00.00 |
| D-0235 | | | FICO 2009 Annual Report | FED017948_0001 | FED017948_0106 | 2009.00.00 |
| D-0236 | | | FICO 2010 Annual Report | FED017950_0001 | FED017950_0106 | 2010.00.00 |
| D-0237 | | | FICO 2011 Annual Report | FED017952_0001 | FED017952_0108 | 2011.00.00 |
| D-0238 | | | FICO 2012 Annual Report | FED017954_0001 | FED017954_0114 | 2012.00.00 |
| D-0239 | | | FICO 2013 Annual Report | FED017956_0001 | FED017956_0109 | 2013.00.00 |
| D-0240 | | | FICO 2014 Annual Report | FED017958_0001 | FED017958_0102 | 2014.00.00 |
| D-0241 | | | FICO 2015 Annual Report | FED017960_0001 | FED017960_0105 | 2015.00.00 |
| D-0242 | | | FICO 2016 Annual Report | FED017962_0001 | FED017962_0112 | 2016.00.00 |
| D-0243 | | | FICO 2017 Annual Report | FED017964_0001 | FED017964_0113 | 2017.00.00 |
| D-0244 | | | FICO 2018 Annual Report | FED017966_0001 | FED017966_0116 | 2018.00.00 |
| D-0245 | | | FICO 2019 Annual Report | FED017968_0001 | FED017968_0116 | 2019.00.00 |
| D-0246 | | | FICO 2020 Annual Report | FED017970_0001 | FED017970_0120 | 2020.00.00 |
| D-0247 | | | Federal Insurance Company 2014 Annual Statement | FICO0072417 | FICO0072921 | 2014.00.00 |
| D-0248 | | | Federal Insurance Company 2015 Annual Statement | FICO0072922 | FICO0073406 | 2015.00.00 |
| D-0249 | | | Federal Insurance Company 2017 Annual Statement | FICO0074805 | FICO0075229 | 2017.00.00 |
| D-0250 | | | Federal Insurance Company 2018 Annual Statement | FICO0076629 | FICO0076706 | 2018.00.00 |
| D-0251 | | | Federal Insurance Company 2019 Annual Statement | FICO0077991 | FICO0078062 | 2019.00.00 |
| D-0252 | | | Federal Insurance Company 2020 Annual Statement | FICO0079415 | FICO0080133 | 2020.00.00 |
| D-0253 | | | RedHat PageVault | FED018007_0001 | FED018007_0005 | |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0254 | | | InRule PageVault | FED018005_0001 | FED018005_0006 | |
| D-0255 | | | SAS PageVault | FED018008_0001 | FED018008_0006 | |
| D-0256 | | | Pega PageVault | FED018006_0001 | FED018006_0006 | |
| D-0257 | | | CNS-Inc. PageVault | FED018000_0001 | FED018000_0005 | |
| D-0258 | | | Hyperon PageVault | FED018002_0001 | FED018002_0007 | |
| D-0259 | | | Infor PageVault | FED018004_0001 | FED018004_0007 | |
| D-0260 | | | Decision Rules PageVault | FED018001_0001 | FED018001_0005 | |
| D-0261 | | | IBM PageVault | FED018003_0001 | FED018003_0007 | |
| D-0262 | | | FICO Answers to First Set of Interrogatories | FED017929_0001 | FED017929_0009 | 2017.05.18 |
| D-0263A | 2023.03.06 | X | FICO First Supplemental Answers to First Set of Interrogatories – Redacted Version | FED017930_0001 | FED017930_0012 | 2017.08.16 |
| D-0264 | | | FICO Second Supplemental Answers to Interrogatories #6-9 | FED017931_0001 | FED017931_0020 | 2018.04.23 |
| D-0265 | | | FICO Answers to Second Set of Interrogatories | FED017932_0001 | FED017932_0011 | 2019.01.28 |
| D-0266 | | | FICO Answers to Third Set of Interrogatories | FED017933_0001 | FED017933_0011 | 2019.03.22 |
| D-0267 | | | FICO First Supplemental Answer to Interrogatory #20 | FED017934_0001 | FED017934_0006 | 2019.04.01 |
| D-0268 | | | FICO First Supplemental Answers to Interrogatories #14-15 | FED017935_0001 | FED017935_0010 | 2019.08.19 |
| D-0269 | | | FICO Third Supplemental Answers to Interrogatories #6-9 | FED017936_0001 | FED017936_0016 | 2020.08.14 |
| D-0270 | | | Q3 2006 FICO Earnings Conference Call Transcript | FED018009_0001 | FED018009_0013 | 2006.07.26 |
| D-0271 | | | Kursh Updated CV | FED018016_0001 | FED018016_0016 | |
| D-0272 | | | Bakewell Updated CV | FED018010_0001 | FED018010_0005 | |
| D-0273 | | | McCarter Updated CV | FED018017_0001 | FED018017_0003 | |
| D-0274 | | | Citibank License Agreement | FICO0044699 | FICO0044708 | 2005.03.30 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0275 | | | Citibank License Agreement Omnibus Amendment | FICO0007374 | FICO0007389 | 2014.02.28 |
| D-0276 | 2023.03.02 | X | Expedia License Agreement | FICO0061251 | FICO0061273 | 2010.11.11 |
| D-0277 | | | American Express Travel Related Services License Agreement | FICO0043142 | FICO0043171 | 2005.09.30 |
| D-0278 | | | ABN AMRO Bank N.V. License Agreement | FICO0043261 | FICO0043269 | 2006.08.17 |
| D-0279 | | | Everbank License Agreement | FICO0045645 | FICO0045658 | 2005.09.30 |
| D-0280 | 2023.02.21 | X | Healthways, Inc. License Agreement | FICO0046573 | FICO0046590 | 2007.06.30 |
| D-0281 | | | Wells Fargo License Agreement | FICO0009196 | FICO0009220 | 2014.09.26 |
| D-0282 | 2023.02.24 | X | Alpha Bank License Agreement | FICO0043545 | FICO0043560 | 2006.06.30 |
| D-0283 | 2023.03.02 | X | Avnet, Inc. License Agreement, Amendment One, Addendum One and Two | FICO0041645 FICO0041637 FICO0010991 FICO0041639 | FICO0041673 FICO0041638 FICO0010992 FICO0041644 | 2005.05.12 |
| D-0284 | 2023.03.02 | X | Target Corporation License Agreement and Order Forms | FICO0045930 FICO0046415 FICO0047148 FICO0050987 | FICO0045943 FICO0046430 FICO0047157 FICO0051000 | 2007.02.08 |
| D-0285 | | | Email from Henry Mirolyuz to Mikhail Grachev and others | FED008694_0001 | FED008694_0009 | 2014.03.27 |
| D-0286 | | | Email from Henry Mirolyuz to Mike Sawyer | FED012639_0001 | FED012639_0003 | 2013.07.15 |
| D-0287 | | | Email from Henry Mirolyuz to Mike Sawyer | FED008841_0001 | FED008841_0001 | 2013.08.06 |
| D-0288 | | | Email from Henry Mirolyuz to Mike Sawyer | FED008854_0001 | FED008854_0002 | 2014.01.15 |
| D-0289 | | | Email from Henry Mirolyuz to Jean-Luc Marce and others | FED008864_0001 | FED008864_0005 | 2014.02.20 |
| D-0290 | | | Email from Henry Mirolyuz to Mike Sawyer | FED009205_0001 | FED009205_0008 | 2014.01.15 |
| D-0291 | | | Humana Inc. License Agreement Exhibit A-4 | FICO0048996 | FICO0048997 | 2010.03.29 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0292 | | | Email from Charles Nicklas to Ewen Setti and others | FED010275_0001 | FED010275_0003 | 2007.09.07 |
| D-0293 | 2023.03.02 | X | CVS License Agreement | FICO0048229 | FICO0048272 | 2008.12.31 |
| D-0294 | | | Letter from Tom Carretta to Joseph Wayland | FED000049_0001 | FED000049_0002 | 2016.01.27 |
| D-0295 | | | Email from Mike Sawyer to Elie Merheb and others | FICO0001497 | FICO0001501 | 2016.01.27 |
| D-0296 | | | Email from Mike Sawyer to Tamra Pawloski | FED004592_0001 | FED004592_0003 | 2016.02.11 |
| D-0297 | | | Letter from Andrew Hopp to Thomas Carretta | FED000050_0001 | FED000050_0002 | 2016.02.17 |
| D-0298 | | | Email from Mike Sawyer to Tamra Pawloski | FED004593_0001 | FED004593_0001 | 2016.02.21 |
| D-0299 | | | Email from Mike Sawyer to Tamra Pawloski | FED004595_0001 | FED004595_0002 | 2016.02.22 |
| D-0300 | | | Letter from Tom Carretta to Andrew Hopp | FED004600_0001 | FED004601_0009 | 2016.02.22 |
| D-0301 | | | Email from Tamra Pawloski to Mike Sawyer and others | FICO0001358 | FICO0001359 | 2016.02.25 |
| D-0302 | | | Email from Tom Carretta to Russ Schreiber and others | FICO0000852 | FICO0000854 | 2016.02.26 |
| D-0303 | | | Sun Microsystems License Agreement | FICO0061404 | FICO0061430 | 2004.12.24 |
| D-0304 | 2023.02.24 | X | Grange Insurance Group License Agreement | FICO0043066 | FICO0043090 | 2004.12.31 |
| D-0305 | | | Ivey LinkedIn PageVault | FED018022_0001 | FED018022_0004 | |
| D-0306 | | | Marce LinkedIn PageVault | FED018023_0001 | FED018023_0004 | |
| D-0307 | | | Waid LinkedIn PageVault | FED018024_0001 | FED018024_0004 | |
| D-0308 | | | Drools PageVault | FED018025_0001 | FED018025_0005 | |
| D-0309 | 2023.03.02 | X | Avnet Inc. FY 2006 10-K Filing | FED018027_0001 | FED018027_0097 | 2006.00.00 |
| D-0310 | | | CVS Health Corp. FY 2007 10-K Filing | FED018028_0001 | FED018028_0095 | 2007.00.00 |
| D-0311 | | | Humana Inc. FY 2009 10-K Filing | FED018040_0001 | FED018040_0119 | 2009.00.00 |
| D-0312 | | | National City Corp. FY 2004 10-K Filing | FED018041_0001 | FED018041_0165 | 2004.00.00 |
| D-0313 | | | Target Corp. FY 2006 10-K Filing | FED018042_0001 | FED018042_0066 | 2006.00.00 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0314 | | | Federal Insurance Company 2004 Annual Statement | FED018029_0001 | FED018029_0040 | 2004.00.00 |
| D-0315 | | | Federal Insurance Company 2005 Annual Statement | FED018030_0001 | FED018030_0043 | 2005.00.00 |
| D-0316 | | | Federal Insurance Company 2006 Annual Statement | FED018031_0001 | FED018031_0043 | 2006.00.00 |
| D-0317 | | | Federal Insurance Company 2007 Annual Statement | FED018032_0001 | FED018032_0046 | 2007.00.00 |
| D-0318 | | | Federal Insurance Company 2008 Annual Statement | FED018033_0001 | FED018033_0043 | 2008.00.00 |
| D-0319 | | | Federal Insurance Company 2009 Annual Statement | FED018034_0001 | FED018034_0046 | 2009.00.00 |
| D-0320 | | | Federal Insurance Company 2010 Annual Statement | FED018035_0001 | FED018035_0047 | 2010.00.00 |
| D-0321 | | | Federal Insurance Company 2011 Annual Statement | FED018036_0001 | FED018036_0053 | 2011.00.00 |
| D-0322 | | | Federal Insurance Company 2012 Annual Statement | FED018037_0001 | FED018037_0052 | 2012.00.00 |
| D-0323 | | | Federal Insurance Company 2013 Annual Statement | FED018038_0001 | FED018038_0035 | 2013.00.00 |
| D-0324 | | | Federal Insurance Company 2016 Annual Statement | FED018039_0001 | FED018039_0072 | 2016.00.00 |
| D-0325 | | | Email from Kristen San Giacomo to Mark Berthiaume and others | FED007245_0001 | FED007246_0006 | 2010.01.08 |
| D-0326 | | | Statement of Work | FICO0057453 | FICO0057458 | 2010.01.11 |
| D-0327 | | | Email from David E. Burgess to Keith Owes and others | FICO0062147 | FICO0062148 | 2006.02.24 |
| D-0328 | 2023.03.07 | X | Screenshot of Blaze Advisor Software License Contract Data | FED010117_0001 | FED010119_0001 | 2006.12.28 |
| D-0329 | | | Email from James Chaban to Bill Waid | FICO0004226 | FICO0004229 | 2015.10.23 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0330 | 2023.03.02 | X | Email from Isabel Vives to Tim Giardina and others | FICO0004308 | FICO0004311 | 2015.11.09 |
| D-0331 | | | INTENTIONALLY LEFT BLANK | | | |
| D-0332 | | | INTENTIONALLY LEFT BLANK | | | |
| D-0333 | | | INTENTIONALLY LEFT BLANK | | | |
| D-0334 | | | INTENTIONALLY LEFT BLANK | | | |
| D-0335 | | | Chubb Ltd. FY 2021 10-K Filing | FICO0070549 | FICO0070779 | 2021.00.00 |
| D-0336 | | | Chubb Ltd. 2021 Annual Report | FICO0071690 | FICO0071981 | 2021.00.00 |
| D-0337 | | | FICO FY 2021 10-K Filing | | | 2021.00.00 |
| D-0338 | | | FICO 2021 Annual Report | | | 2021.00.00 |
| D-0339 | | | Federal Insurance Company 2021 Annual Statement | FICO0081365 | FICO0082072 | 2021.00.00 |
| D-0340 | | | FICO Invoices | FICO0057563 | FICO0057763 | |
| D-0341 | | | Chubb BA Rev Reconciliation | FICO0057764 | FICO0057764 | |
| D-0342 | | | Chubb and Son 17998 Account Details | FICO0057562 | FICO0057562 | |
| D-0343 | 2023.03.02 | X | Email from Karen Beale to Vincent Gamba and others | FICO0063033 | FICO0063034 | |
| D-0344 | | | INTENTIONALLY LEFT BLANK | | | |
| D-0345 | | | FICO for business tab.pdf | | | 2022.12.22 |
| D-0346 | | | INTENTIONALLY LEFT BLANK | | | |
| D-0347 | | | INTENTIONALLY LEFT BLANK | | | |
| D-0348 | | | INTENTIONALLY LEFT BLANK | | | |
| D-0349 | | | Email from Henry Mirolyuz to Tony Zhang | FED007128_0001 | FED007129_0259 | 2011.06.07 |
| D-0350 | | | Email from H. Tonkin to R. Pandey | FED013881_0001 | FED013881_0004 | 2016.05.03 |
| D-0351 | | | Email from Emily Gillett to Russell Hodey | FED015044_0001 | FED015044_0002 | 2016.05.29 |
| D-0352 | | | Email from Emily Gillett to Tamra Pawloski | FED009955_0001 | FED009955_0005 | 2016.05.02 |
| D-0353 | | | Email from H. Tonkin to R. Hodey and others | FED013893_0001 | FED013893_0003 | 2016.05.12 |
| D-0354 | | | Email from Mike Sawyer to Henry Mirolyuz and others | FED004475_0001 | FED004475_0003 | 2016.01.28 |

| Def. Ex. No. | Date Offered | Admitted | Description | Begin Bates No. | End Bates No. | Date of Document |
|---|---|---|---|---|---|---|
| D-0355 | 2023.03.02 | X | 1006 Summary: Chubb Corp. NWP | | | |
| D-0356 | 2023.03.02 | X | 1006 Summary: Commercial Lines NWP | | | |
| D-0357 | 2023.03.02 | X | 1006 Summary: Specialty Lines NWP | | | |
| D-0358 | 2023.03.02 | X | 1006 Summary: Chubb Ltd. NWP | | | |
| D-0359 | 2023.03.02 | X | 1006 Summary: Chubb Corp. CCI Combined Ratio | | | |
| D-0360 | 2023.03.02 | X | 1006 Summary: Chubb Corp. CSI Combined Ratio | | | |
| D-0361 | 2023.03.02 | X | 1006 Summary: Chubb Corp. Combined Ratio | | | |
| D-0362 | 2023.03.02 | X | 1006 Summary: Chubb Ltd. Combined Ratio | | | |
| J-001 | 2023.02.16 | X | Blaze Advisor License Agreement - Full | FICO0002276 | FICO0002296 | 2006.06.30 |
| J-002 | 2023.02.16 | X | RFI for Maintenance of Renewal Processing Rules | FICO0057280 | FICO0057304 | 2006.02.03 |
| J-003 | 2023.03.08 | X | Joint Statement of Uncontested Facts | | | |

Dated: March 31, 2023

/s/__*Terrence J. Fleming*_____

Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#399444)
pvang@fredlaw.com
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

Leah Godesky (Admitted Pro Hac Vice)
lgodesky@omm.com
Anton Metlitsky (Admitted Pro Hac Vice)
ametlitsky@omm.com
Daryn E. Rush (Admitted Pro Hac Vice)
drush@omm.com
Roxana Guidero (Admitted Pro Hac Vice)
rguidero@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

*Attorneys for Defendants Federal Insurance*
*Company and ACE American Insurance*