UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION, a
Delaware corporation,

      Plaintiff,                              Case No:  16-cv-1054 (DTS)

**CORRECTED**
v.                                      **STATEMENT OF REDACTION**

FEDERAL INSURANCE COMPANY,
an Indiana corporation and ACE
AMERICAN INSURANCE COMPANY,
a Pennsylvania corporation,

      Defendants.

In accordance with Local Rule 5.5, I have reviewed the transcripts of Jury Trial Proceedings (Parts II, III, IV, V, VII, VIII, IX, X, XI, XIII) filed on March 14, 2023 in the above-captioned matter; filed a timely Notice of Intent to Request Redaction; and located personal identifiers (PIs) or other information in the transcript that must be redacted under Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

I hereby request the court reporter to redact the following PIs or other information in the transcript.

| Description of PI to be Redacted | Page and Line Number of PI to be Redacted | Redacted PI to Read As (e.g. XXX-XX-1234) |
|---|---|---|
| *See attached chart* | | |
| | | |

I understand that the redacted version of the transcript will be filed within 31 days of the date that the original transcript was filed but that the court reporter will not provide me a copy of the redacted transcript. I understand that if I purchased a copy of the transcript from the court reporter, I may remotely access the electronic version of the redacted transcript on CM/ECF, and that PACER fees will apply if I access the transcript electronically. I also understand that after the 90-day restriction period, the redacted version of the transcript may be made available to the public on PACER.

|  |  |
|---|---|
|  | MERCHANT & GOULD P.C. |
| DATE: April 5, 2023 | /s/ Heather Kliebenstein <br> Allen Hinderaker, MN Bar # 45787 <br> Heather Kliebenstein, MN Bar # 337419 <br> Paige S. Stradley, MN Bar #393432 <br> Michael A. Erbele, MN Bar # 393635 <br> Joseph Dubis, MN Bar # 0398344 <br> Gabrielle L. Kiefer, MN Bar # 0402364 <br> MERCHANT & GOULD P.C. <br> 150 South Fifth Street <br> Suite 2200 <br> Minneapolis, MN  55402 <br> Tel:  (612) 332-5300 <br> Fax:  (612) 332-9081 <br> ahinderaker@merchantgould.com <br> hkliebenstein@merchantgould.com <br> pstradley@merchantgould.com <br> merbele@merchantgould.com <br> jdubis@merchantgould.com <br> gkiefer@merchantgould.com |

| Volume # (Trial Tr.) | Page, Line | Description of Redaction |
| --- | --- | --- |
| 2 | 98:12-13 | Identification of FICO client |
| 2 | 230:24; 231:22-232:1 | Identification of technical characteristics of trade secret source code. |
| 3 | 273:9 | Identification of FICO client |
| 3 | 298:6, 7, 15; 301:23; 302:1, 12 | Identification of FICO client |
| 4 | 530:13 | Identification of FICO client |
| 4 | 530:17 | Identification of FICO client |
| 4 | 532:12 | Identification of FICO client |
| 4 | 532:21-22 | Description of the scope of license of a FICO client |
| 4 | 533:8 | Description of the scope of license of a FICO client |
| 4 | 533:11, 14 | Description of the pricing of a license of a FICO client |
| 4 | 533:20-534:1 | Provision in a FICO client license |
| 4 | 534:21-535:5 | Provision in a FICO client license |
| 4 | 535:9 | Identification of FICO client |
| 4 | 536:4-13 | Provision in a FICO client license |
| 4 | 536:16 | Identification of FICO client |
| 4 | 536:23 | Provision in a FICO client license |
| 4 | 537:1 | Provision in a FICO client license |
| 4 | 537:5 | Identification of FICO client |
| 4 | 551:10, 12-14, 17-18, 22; 552:5, 7, 15, 16 | Identification of FICO client |
| 4 | 557:24; 558:7-8 | Identification of FICO pricing practices |
| 4 | 578:2-3; 605:11 | Identification of FICO client |
| 5 | 917:18, 21 | Identification of FICO client |
| 5 | 918:8 | Identification of FICO client |
| 5 | 918:19-21 | Provision in a FICO client license |
| 5 | 919:2-7 | Provision in a FICO client license |
| 5 | 920:21, 25 | Identification of FICO client |
| 5 | 921:13-19 | Provision in a FICO client license |
| 5 | 922:2-16 | Provision in a FICO client license |
| 5 | 945:9-10, 14 | Identification of FICO client |
| 5 | 946:3, 5-7 | Provision in a FICO client license |
| 5 | 946:12 | Identification of FICO client |
| 5 | 946:18, 25 | Identification of FICO client |
| 5 | 947:14, 19, 21 | Identification of FICO client |
| 8 | 1651:7, 13 | Identification of FICO pricing practices |
| 8 | 1688:12, 14, 24 | Identification of FICO pricing practices |
| 8 | 1690:6-11 | Identification of FICO pricing practices |

| Volume # (Trial Tr.) | Page, Line | Description of Redaction |
|---|---|---|
| 8 | 1691:15-16 | Identification of FICO pricing practices |
| 8 | 1695:17-18 | Identification of FICO pricing practices |
| 8 | 1697:8-9 | Identification of FICO pricing practices |
| 8 | 1697:5-8, 24 | Identification of FICO pricing practices |
| 8 | 1698:13, 15-16 | Identification of FICO pricing practices |
| 9 | 1715:13, 22-24 | Identification of FICO pricing practices |
| 9 | 1716:1-4, 6-9, 19-20 | Identification of FICO pricing practices |
| 9 | 1717:6-8, 15-19, 21, 23-24 | Identification of FICO pricing practices |
| 9 | 1718:6, 10-14, 16-23 | Identification of FICO pricing practices |
| 9 | 1719:11 | Identification of FICO pricing practices |
| 9 | 1720:6, 12, 16-19, 22-24 | Identification of FICO pricing practices |
| 9 | 1721:10, 14, 19, 21-22 | Identification of FICO pricing practices |
| 9 | 1722:1-3, 11-12 | Identification of FICO pricing practices |
| 9 | 1722:21-24 | Identification of FICO pricing practices |
| 9 | 1723:1-10, 15-16 | Identification of FICO pricing practices |
| 9 | 1724:9-12 | Identification of FICO pricing practices |
| 9 | 1725:13-14, 16-17, 21-22, 25 | Identification of FICO pricing practices |
| 9 | 1726:2, 6, 13-15, 17-19, 21-24 | Identification of FICO pricing practices |
| 9 | 1727:1-2, 5-8 | Identification of FICO pricing practices |
| 9 | 1728:1-6, 10-12, 14, 16-23 | Identification of FICO pricing practices |
| 9 | 1732:3-9, 11-14, 18-19 | Identification of FICO pricing practices |
| 9 | 1733:2-6, 8, 10 | Identification of FICO pricing practices |
| 9 | 1734:4, 6, 9, 24-25 | Identification of FICO pricing practices |
| 9 | 1735:7 | Identification of FICO pricing practices |
| 9 | 1739:12-14, 19-20 | Identification of FICO pricing practices |
| 9 | 1740:1, 3, 6, 8-9, 18-19 | Identification of FICO pricing practices |
| 9 | 1743:23-24 | Identification of FICO pricing practices |
| 9 | 1744:2-4, 6, 8-9 | Identification of FICO pricing practices |
| 9 | 1747:2, 5 | Identification of FICO pricing practices |
| 9 | 1756:9 | Identification of FICO client |
| 9 | 1756:17, 19 | Identification of scope of FICO license with FICO client |

| Volume # (Trial Tr.) | Page, Line | Description of Redaction |
|---|---|---|
| 9 | 1757:10-15, 19-20, 23-24 | Provision in a FICO client license |
| 9 | 1758:3-6, 8-18 | Provision in a FICO client license |
| 9 | 1759:4 | Provision in a FICO client license |
| 9 | 1774:25 | Identification of FICO pricing practices |
| 9 | 1775:1, 3-6 | Identification of FICO pricing practices |
| 9 | 1777:22-25 | Identification of FICO pricing practices |
| 9 | 1780:22 | Identification of FICO pricing practices |
| 9 | 1781:1-2, 5-6, 8, 10, 13-17, 19-22, 25 | Identification of FICO pricing practices |
| 9 | 1782:1, 3, 5-6, 8-9, 13-15 | Identification of FICO pricing practices |
| 9 | 1783:1-2, 5, 8, 13, 16, 19, 23-24 | Identification of FICO pricing practices |
| 9 | 1784:4-5, 7-8 | Identification of FICO pricing practices |
| 9 | 1785:18-19 | Identification of FICO pricing practices |
| 9 | 1786:7, 13 | Identification of FICO pricing practices |
| 9 | 1787:7-13, 21 | Identification of FICO pricing practices |
| 9 | 1788:3, 7, 10, 13 | Identification of FICO pricing practices |
| 9 | 1811:25 | Identification of FICO client |
| 9 | 1812:2, 5, 11, 14-17, 22-23 | Identification of FICO client; Identification of scope and pricing of license with FICO client |
| 9 | 1813:7-8, 12, 15, 18-19 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1814:5, 13-15, 20, 22, 24 | Identification of FICO client; Identification of scope and pricing of license with FICO client |
| 9 | 1815:3, 7, 21, 23 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1816:2, 4, 14, 21-23 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1817:2-3, 8, 10, 12, 13, 19, 25 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1818:1, 13, 19 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1819:2, 11, 22-23, 25 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1820:2-3, 7, 13, 18, 22 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1821:6, 8-15, 17-19 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1822:13-14 | Identification of FICO client |
| 9 | 1828:1-3 | Identification of FICO client |

| Volume # (Trial Tr.) | Page, Line | Description of Redaction |
|---|---|---|
| 9 | 1829:13-16, 19-20 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1830:4, 10, 19 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1831:3, 5, 6, 16, 18-19 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1832:3, 6, 14, 17, 19-20, 24 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1836:7, 12 | Identification of pricing of license with FICO client |
| 9 | 1837:2-7 | Identification of FICO client; Identification of pricing of license with FICO client |
| 11 | 2342:15-16, 19, 21-25 | Identification of FICO pricing practices |
| 11 | 2343:1, 3-4, 6 | Identification of FICO pricing practices |
| 11 | 2372:19; 2374:17 | Identification of FICO client |
| 13 | 2624:14 | Identification of FICO client |
| 13 | 2627:23-24 | Identification of FICO client |
| 13 | 2628:5, 7 | Identification of FICO client; Identification of provision of license with FICO client |
| 13 | 2631:22—2632:1 | Identification of FICO client; Identification of provision of license with FICO client |
| 13 | 2652:14-19 | Identification of FICO pricing practices |
| 13 | 2653:5-8 | Identification of FICO pricing practices |
| 13 | 2655:8-9, 12, 14 | Identification of FICO client; Identification of pricing of license with FICO client |
| 13 | 2715:25; 2716:6, 8-10, 13 | Identification of FICO client; Identification of pricing of license with FICO client |
| 13 | 2716:21 | Identification of FICO pricing practices |