# EXHIBIT 1

| | |
|---|---|
| **From:** | Terianne Bender |
| **Sent:** | Tuesday, March 14, 2023 9:47 AM |
| **To:** | Allen Hinderaker; ametlitsky@omm.com; cpham@fredlaw.com; drush@omm.com; Gabrielle L. Kiefer; Heather Kliebenstein; Joe Dubis, Ph.D.; lgodesky@omm.com; ljanus@fredlaw.com; Michael Erbele; Paige Stradley; pvang@fredlaw.com; rguidero@omm.com; ryoung@fredlaw.com; tfleming@fredlaw.com |
| **Subject:** | 0:16-cv-01054-DTS Fair Isaac Corporation v. Federal Insurance Company |

**CAUTION - External.**

Good morning –

This is just a clarification email.  The actual judgment does not get entered until after your JNOV motions are filed and decided.
Your briefing schedule has already been given at docket Number 1175.  If you have any questions, please let me know.

Regards,
Terianne Bender
Courtroom Deputy to
Hon. David T. Schultz
612-664-5460

1