## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF PAIGE STRADLEY IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM IN SUPPORT OF ITS RULE 52(b) MOTION FOR ADDITIONAL FINDINGS AND CONCLUSIONS**

I, Paige Stradley, declare as follows:

1.      I am an attorney with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2.      I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Memorandum in Support of its Rule 52(b) Motion for Additional Findings and Conclusions.

3.      Attached hereto as Exhibit 1 is a true and correct copy of Defendants' Eighth Supplemental Answer to Plaintiff's Interrogatory No. 17 dated June 15, 2020, with redactions which is Plaintiff's Trial Exhibit P-1004A.

1

4.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17 dated September 24, 2020, with redactions which is Plaintiff's Trial Exhibit P-1007A.

5.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of excerpts of the Trial Transcripts.

6.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of an e-mail from Terianne Bender to all counsel of record dated March 14, 2023, with Ms. Bender's e-mail address redacted.

7.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0192.

8.      Attached hereto as <u>Exhibit 6</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0195.

9.      Attached hereto as <u>Exhibit 7</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0193.

10.     Attached hereto as <u>Exhibit 8</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0518.

11.     Attached hereto as <u>Exhibit 9</u> is a true and correct copy of *Kuzminskas v. Patterson*, No. 03-916 (DSD/JGL), 2005 U.S. Dist. LEXIS 55308 (D. Minn. Oct. 6, 2005).

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: April 7, 2023

/s/Paige Stradley
Paige Stradley