# EXHIBIT 8

| Application | Blaze Rule Capability | Complexity / # of rules | Real-time transactions | | Batch Transactions - Run Frequency |
|---|---|---|---|---|---|
| | | | Average # per month | Average # per Day | |
| CSI Express | Predictive Modeling - policy scoring | High 8300 | 750,000 - 1,000,000 | 45,500 | On average – twice per week |
| | Underwriting guidance | High 12800 | Service is disabled | | |
| Decision Point | Rate tables and Pricing Calculations | High 2250 | 10000 | 455 | N/A |
| | Eligibility determination | | 50000 | 2,300 | |
| | Endorsement generation | | 30000 | 1,400 | |
| | Data Normalization | | 50000 | 2,300 | |
| Automated Renewal Process | ARP1 - renewal categorization | High 3410 | N/A | N/A | Monthly |
| | ARP2 - Policy renewal automation, including endorsement generation | | | | Daily |
| CUW | Inventory Management & Workflow routing, assignments, scoring | Medium | 1.22 million per month | 55,000 | Nightly |
| | | 1502 | | 2,000 | |
| IRMA (Individual Rate Modification Application) | Rate tables and Pricing Calculations | Medium 622 | 184,072 | 8,350 | |
| TAPS (Texas Accident Prevention System) | Accident Prevention Compliance | Low 76 | N/A | N/A | Monthly |
| Premium Booking | Validation Rules for PARS | High 3120 | N/A | N/A | Daily |
| Evolution | Underwriting guidance for Canada | Medium 350 | N/A | N/A | Daily-Once |
| Adapt-ABL | Underwriting guidance for EUZ and Australia | Medium 1720 | N/A | N/A | Daily-Twice |
| EZER (Comm'l PAS in EUZ) | Renewal Policy categorization | Medium 910 | N/A | N/A | Daily-Once |



EXHIBIT 553
VERITEXT GHISLANZONI
Date:3/12/2020
Reported by:
Merlee Johnson, RDR, CRR, CRC, RSA



U.S. DIST COURT – MN
PLAINTIFF EXHIBIT
**P-0518**
Case No. 16-cv-1054-DTS

Confidential - Attorneys' Eyes Only

FED017914_0001