# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,
a Delaware corporation,

       Plaintiff(s),

vs.               Case No. 16-cv-1054 (DTS)

FEDERAL INSURANCE
COMPANY, and ACE AMERICAN
INSURANCE COMPANY,

       Defendant(s).

## MEET-AND-CONFER STATEMENT

I, Paige Stradley, representing the Plaintiff, Fair Isaac Corporation, hereby certify that:

I met and conferred with the opposing party by:

  Meeting with: Roxana Guidero
  (party/parties or attorney/attorneys you met with)

  On: April 4-5, 2023 (date you met and conferred)

  Discussing the following motion:

  Plaintiff Fair Isaac Corporation's Rule 52(b) Motion for Additional Findings and Conclusions

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

    ☐ Do **not** agree on the resolution of any part of the motion.

    X  Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

2

Signed this 7th day of April, 2023.

                Signature of Party    /s/ Paige Stradley

                Mailing Address    MERCHANT & GOULD P.C.
                                              150 South Fifth Street
                                              Suite 2200
                                              Minneapolis, MN  55402

                Telephone Number    (612) 332-5300

Note:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).