UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff Fair Isaac Corporation's Rule 52(b) Motion for Additional Findings and Conclusions (Dkt. No. 1204.) Upon consideration of FICO's motion and all of the files, records and proceedings herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. Plaintiff Fair Isaac Corporation's Rule 52(b) Motion for Additional Findings and Conclusions is **GRANTED.**

**IT IS SO ORDERED.**

Dated: _____

_____
Judge David T. Schultz
Magistrate Judge