# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Fair Isaac Corporation,

                  *Plaintiff(s)*,

v.                                                Case No. 0:16–cv–01054–DTS

Federal Insurance Company, ACE
American Insurance Company,

                  *Defendant(s)*.

## NOTICE OF NONCOMPLIANT STATEMENT OF REDACTION

A party has filed a Statement of Redaction that does not comply with the relevant rules. Under Local Rule 5.5, Fed. R. Civ. P. 5.2, and Fed. R. Crim. P. 49.1, only specific personal identifiers may be redacted without court approval. Those identifiers, and the forms in which they must be redacted, are as follows:

| Personal identifier | Redacted form shows only |
|---|---|
| Social–security number | Last 4 digits |
| Taxpayer–identification number | Last 4 digits |
| Date of birth | Year |
| Name of minor child | Initials |
| Financial–account number | Last 4 digits |
| Home address (criminal cases only) | City and state |

A party who seeks to redact anything *other than* these personal identifiers must first secure court approval under Fed. R. Civ. P. 5(e)(1) or Fed. R. Crim. P. 49.1(e)(1). For more information, review Local Rule 5.5 and the Court's Policy for Electronic Access to Transcripts of Court Proceedings in CM/ECF and PACER.

**Within 48 hours of receiving this notice, the party that filed the noncompliant Statement of Redaction MUST do one of the following:**

1. If the party seeks redaction only of material that requires court approval, file a letter withdrawing the Statement of Redaction.
2. If the party seeks redaction *both* of material that requires court approval *and* of personal identifiers listed above, file an amended Statement of Redaction that seeks redaction only of personal identifiers listed above.
3. Move for permission to redact information other than personal identifiers listed above. Or
4. Move to restrict electronic access to the transcript.

**If the filing party fails to respond to this notice, the Court may order the party to show cause why it failed to comply with Local Rule 5.5 and with this notice.**

Date:    April 12, 2023                                                                     s/  Renee Rogge
                                                                                                           *Official Court Reporter*

Renee Rogge
Diana E. Murphy U.S. Courthouse
300 South Fourth Street
Minnneapolis, MN 55415
(612) 664–5107
Renee_Rogge@mnd.uscourts.gov