UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

**PLAINTIFF FAIR ISAAC CORPORATION'S MOTION TO REDACT SELECT PORTIONS OF TRIAL TRANSCRIPTS**

Pursuant to Rule 5.2(e) of the Federal Rules of Civil Procedure and Local Rules 5.5(e) and 7.1, Plaintiff Fair Isaac Corporation ("FICO") moves to redact select portions of the trial transcripts referencing FICO's proprietary pricing information, FICO's clients' identifications, and provisions of FICO license agreements with non-parties. This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, proposed redacted transcripts, a certification that the parties met and conferred, and on such information and evidence as may be presented at any hearing on this Motion.

2

Dated:  April 14, 2023                                    MERCHANT & GOULD P.C.

/s/ Joseph W. Dubis
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Paige S. Stradley, MN Bar #393432
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
pstradley@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com

*Attorneys for Plaintiff FICO*

2