# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

## PLAINTIFF FAIR ISAAC CORPORATION'S NOTICE OF MOTION TO REDACT SELECT PORTIONS OF TRIAL TRANSCRIPTS

PLEASE TAKE NOTICE that Plaintiff Fair Isaac Corporation ("FICO") will move this Court, on a date and time to be determined, before the Honorable David T. Schultz, United States Magistrate Judge for the U.S. District Court for the District of Minnesota, for an order granting Plaintiff's Motion to Redact Select Portions of Trial Transcripts. The grounds for this Motion will be set forth and supported in an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the arguments of counsel, and all of the papers and proceedings in this matter.

|  |  |
|---|---|
|  | MERCHANT & GOULD P.C. |
| DATE: April 14, 2023 | /s/ Joseph W. Dubis |
|  | Allen Hinderaker, MN Bar # 45787 |
|  | Heather Kliebenstein, MN Bar # 337419 |
|  | Paige S. Stradley, MN Bar #393432 |
|  | Michael A. Erbele, MN Bar # 393635 |
|  | Joseph Dubis, MN Bar # 0398344 |
|  | Gabrielle L. Kiefer, MN Bar # 0402364 |
|  | MERCHANT & GOULD P.C. |
|  | 150 South Fifth Street |
|  | Suite 2200 |
|  | Minneapolis, MN  55402 |
|  | Tel:  (612) 332-5300 |
|  | Fax:  (612) 332-9081 |
|  | ahinderaker@merchantgould.com |
|  | hkliebenstein@merchantgould.com |
|  | pstradley@merchantgould.com |
|  | merbele@merchantgould.com |
|  | jdubis@merchantgould.com |
|  | gkiefer@merchantgould.com |