UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>               Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>               Defendants. | Case No. 16-cv-1054 (DTS) |

**DECLARATION OF JOSEPH DUBIS IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MOTION TO REDACT SELECT PORTIONS OF <u>TRIAL TRANSCRIPTS</u>**

I, Joseph Dubis, declare as follows:

1. I am an attorney with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Motion to Redact Select Portions of Trial Transcripts.

3. Attached hereto as Exhibit A is a true and correct copy of the Volume II of the trial transcript with the proposed redactions FICO seeks by way of the instant motion.

4. Attached hereto as Exhibit B is a true and correct copy of the Volume III of the trial transcript with the proposed redactions FICO seeks by way of the instant motion.

1

5. Attached hereto as Exhibit C is a true and correct copy of the Volume IV of the trial transcript with the proposed redactions FICO seeks by way of the instant motion.

6. Attached hereto as Exhibit D is a true and correct copy of the Volume V of the trial transcript with the proposed redactions FICO seeks by way of the instant motion.

7. Attached hereto as Exhibit E is a true and correct copy of the Volume VIII of the trial transcript with the proposed redactions FICO seeks by way of the instant motion.

8. Attached hereto as Exhibit F is a true and correct copy of the Volume IX of the trial transcript with the proposed redactions FICO seeks by way of the instant motion.

9. Attached hereto as Exhibit G is a true and correct copy of the Volume XI of the trial transcript with the proposed redactions FICO seeks by way of the instant motion.

10. Attached hereto as Exhibit H is a true and correct copy of the Volume XIII of the trial transcript with the proposed redactions FICO seeks by way of the instant motion.

11. Attached as Exhibit I is a table identifying the requested redactions in Trial Transcript Volumes II, III, IV, V, VIII, IX, XI, and XIII as shown in Exhibits A-H.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 14, 2023               /s/ Joseph Dubis
                                          Joseph Dubis