# EXHIBIT I

| Volume # (Trial Tr.) | Page, Line | Description of Redaction |
|---|---|---|
| 2 | 98:12-13 | Identification of FICO client |
| 2 | 230:24; 231:22-232:1 | Identification of technical characteristics of trade secret source code. |
| 3 | 273:9 | Identification of FICO client |
| 3 | 298:6, 7, 15; 301:23; 302:1,12 | Identification of FICO client |
| 4 | 530:13 | Identification of FICO client |
| 4 | 530:17 | Identification of FICO client |
| 4 | 532:12 | Identification of FICO client |
| 4 | 532:21-22 | Description of the scope of license of a FICO client |
| 4 | 533:8 | Description of the scope of license of a FICO client |
| 4 | 533:11, 14 | Description of the pricing of a license of a FICO client |
| 4 | 533:20-534:1 | Provision in a FICO client license |
| 4 | 534:21-535:5 | Provision in a FICO client license |
| 4 | 535:9 | Identification of FICO client |
| 4 | 536:4-13 | Provision in a FICO client license |
| 4 | 536:16 | Identification of FICO client |
| 4 | 536:23 | Provision in a FICO client license |
| 4 | 537:1 | Provision in a FICO client license |
| 4 | 537:5 | Identification of FICO client |
| 4 | 551:10, 12-14, 17-18, 22; 552:5, 7, 15, 16 | Identification of FICO client |
| 4 | 557:24; 558:7-8 | Identification of FICO pricing practices |
| 4 | 578:2-3; 605:11 | Identification of FICO client |
| 5 | 917:18, 21 | Identification of FICO client |
| 5 | 918:8 | Identification of FICO client |
| 5 | 918:19-21 | Provision in a FICO client license |
| 5 | 919:2-7 | Provision in a FICO client license |
| 5 | 920:21, 25 | Identification of FICO client |
| 5 | 921:13-19 | Provision in a FICO client license |
| 5 | 922:2-16 | Provision in a FICO client license |
| 5 | 945:9-10, 14 | Identification of FICO client |
| 5 | 946:3, 5-7 | Provision in a FICO client license |
| 5 | 946:12 | Identification of FICO client |
| 5 | 946:18,25 | Identification of FICO client |
| 5 | 947:14, 19, 21 | Identification of FICO client |
| 8 | 1651:7, 13 | Identification of FICO pricing practices |
| 8 | 1688:12, 14, 24 | Identification of FICO pricing practices |
| 8 | 1690:6-11 | Identification of FICO pricing practices |

| Volume # (Trial Tr.) | Page, Line | Description of Redaction |
|---|---|---|
| 8 | 1691:15-16 | Identification of FICO pricing practices |
| 8 | 1695:17-18 | Identification of FICO pricing practices |
| 8 | 1697:8-9 | Identification of FICO pricing practices |
| 8 | 1698:5-8, 24 | Identification of FICO pricing practices |
| 8 | 1698:13, 15-16 | Identification of FICO pricing practices |
| 9 | 1715:13, 22-24 | Identification of FICO pricing practices |
| 9 | 1716:1-4, 6-9, 19-20 | Identification of FICO pricing practices |
| 9 | 1717:6-8, 15-19, 21, 23-24 | Identification of FICO pricing practices |
| 9 | 1718:6, 10-14, 16-23 | Identification of FICO pricing practices |
| 9 | 1719:11 | Identification of FICO pricing practices |
| 9 | 1720:6, 12, 16-19, 22-24 | Identification of FICO pricing practices |
| 9 | 1721:10, 14, 19, 21-22 | Identification of FICO pricing practices |
| 9 | 1722:1-3, 11-12 | Identification of FICO pricing practices |
| 9 | 1722:21-24 | Identification of FICO pricing practices |
| 9 | 1723:1-10, 15-16 | Identification of FICO pricing practices |
| 9 | 1724:9-12 | Identification of FICO pricing practices |
| 9 | 1725:13-14, 16-17, 21-22, 25 | Identification of FICO pricing practices |
| 9 | 1726:2, 6, 13-15, 17-19, 21-24 | Identification of FICO pricing practices |
| 9 | 1727:1-2, 5-8 | Identification of FICO pricing practices |
| 9 | 1728:1-6, 8-12, 14, 16-23 | Identification of FICO pricing practices |
| 9 | 1732:3-9, 11-14, 18-19 | Identification of FICO pricing practices |
| 9 | 1733:2-6, 8, 10 | Identification of FICO pricing practices |
| 9 | 1734:4, 6, 9, 24-25 | Identification of FICO pricing practices |
| 9 | 1735:7 | Identification of FICO pricing practices |
| 9 | 1739:12-14, 19-20 | Identification of FICO pricing practices |
| 9 | 1740:1, 3, 6, 8-9, 18-19 | Identification of FICO pricing practices |
| 9 | 1743:23-24 | Identification of FICO pricing practices |
| 9 | 1744:2-4, 6, 8-9 | Identification of FICO pricing practices |
| 9 | 1747:2, 5 | Identification of FICO pricing practices |
| 9 | 1756:9 | Identification of FICO client |
| 9 | 1756:17, 19 | Identification of scope of FICO license with FICO client |

| Volume # (Trial Tr.) | Page, Line | Description of Redaction |
|---|---|---|
| 9 | 1757:10-15, 19-20, 23-24 | Provision in a FICO client license |
| 9 | 1758:3-6, 8-18 | Provision in a FICO client license |
| 9 | 1759:4 | Provision in a FICO client license |
| 9 | 1774:25 | Identification of FICO pricing practices |
| 9 | 1775:1, 3-6 | Identification of FICO pricing practices |
| 9 | 1777:22-25 | Identification of FICO pricing practices |
| 9 | 1780:22 | Identification of FICO pricing practices |
| 9 | 1781:1-2, 5-6, 8, 10, 13-17, 19-22, 25 | Identification of FICO pricing practices |
| 9 | 1782:1, 3, 5-6, 8-9, 12-15 | Identification of FICO pricing practices |
| 9 | 1783:1-2, 5, 8, 13, 16, 19, 23-24 | Identification of FICO pricing practices |
| 9 | 1784:4-5, 7-8 | Identification of FICO pricing practices |
| 9 | 1785:18-19 | Identification of FICO pricing practices |
| 9 | 1786:7, 13 | Identification of FICO pricing practices |
| 9 | 1787:7-13, 21 | Identification of FICO pricing practices |
| 9 | 1788:3, 7, 10, 13 | Identification of FICO pricing practices |
| 9 | 1811:25 | Identification of FICO client |
| 9 | 1812:2, 5, 11, 14-17, 22-23 | Identification of FICO client; Identification of scope and pricing of license with FICO client |
| 9 | 1813:7-8, 11-13, 15, 18-19 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1814:5, 13-15, 20, 22, 24 | Identification of FICO client; Identification of scope and pricing of license with FICO client |
| 9 | 1815:3, 7, 21, 23 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1816:2, 4, 14, 21-23 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1817:2-3, 8, 10, 12, 13, 19, 25 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1818:1, 13, 19 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1819:2, 11, 22-23, 25 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1820:2-3, 7, 13, 18, 22 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1821:6, 8-15, 17-19 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1822:13-14 | Identification of FICO client |
| 9 | 1828:1-3 | Identification of FICO client |

| Volume # (Trial Tr.) | Page, Line | Description of Redaction |
|---|---|---|
| 9 | 1829:13-16, 19-20 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1830:4, 10, 19 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1831:3, 5, 6, 16, 18-19 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1832:3, 6, 14, 17, 19-20, 24 | Identification of FICO client; Identification of pricing of license with FICO client |
| 9 | 1836:7, 12 | Identification of pricing of license with FICO client |
| 9 | 1837:2-7 | Identification of FICO client; Identification of pricing of license with FICO client |
| 11 | 2342:15-16, 19, 21-25 | Identification of FICO pricing practices |
| 11 | 2343:1, 3-4, 6 | Identification of FICO pricing practices |
| 11 | 2372:19; 2374:17 | Identification of FICO client |
| 13 | 2624:14 | Identification of FICO client |
| 13 | 2627:23-24 | Identification of FICO client |
| 13 | 2628:5, 7 | Identification of FICO client; Identification of provision of license with FICO client |
| 13 | 2631:22—2632:1 | Identification of FICO client; Identification of provision of license with FICO client |
| 13 | 2652:14-19 | Identification of FICO pricing practices |
| 13 | 2653:5-8 | Identification of FICO pricing practices |
| 13 | 2655:8-9, 12, 14 | Identification of FICO client; Identification of pricing of license with FICO client |
| 13 | 2715:25; 2716:6, 8-10, 13 | Identification of FICO client; Identification of pricing of license with FICO client |
| 13 | 2716:21 | Identification of FICO pricing practices |