UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER GRANTING**

This matter is before the Court on Plaintiff Fair Isaac Corporation's Motion to Redact Select Portions of Trial Transcripts (Dkt. No. 1213.) Upon consideration of FICO's motion and all of the files, records and proceedings herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. FICO is allowed to submit a redacted trial transcript of Volumes II, III, IV, V, VIII, IX, XI, XIII to the Court Reporter, Renee Rogge; and

2. Renee Rogge shall docket only the redacted transcripts.

**IT IS SO ORDERED.**

Dated: _____

Judge David T. Schultz
Magistrate Judge