UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

## PLAINTIFF FAIR ISAAC CORPORATION'S MOTION FOR ENTITLEMENT TO ATTORNEYS' FEES

Pursuant to Federal Rule of Civil Procedure 54(d) and 17 U.S.C. § 505, Plaintiff Fair Isaac Corporation ("FICO") respectfully moves the Court for an Order granting its Motion for Entitlement to Attorneys' Fees. This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the Declaration of Paige Stradley, the papers and records on file herein, and on such information and evidence as may be presented at any hearing on this Motion.

MERCHANT & GOULD P.C.

DATE: April 21, 2023

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Paige S. Stradley, MN Bar #393432
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364

        MERCHANT & GOULD P.C.
        150 South Fifth Street
        Suite 2200
        Minneapolis, MN  55402
        Tel:  (612) 332-5300
        Fax:  (612) 332-9081
        ahinderaker@merchantgould.com
        hkliebenstein@merchantgould.com
        pstradley@merchantgould.com
        merbele@merchantgould.com
        jdubis@merchantgould.com
        gkiefer@merchantgould.com