**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

**PLAINTIFF FAIR ISAAC CORPORATION'S NOTICE OF MOTION FOR ENTITLEMENT TO ATTORNEYS' FEES**

PLEASE TAKE NOTICE that Plaintiff Fair Isaac Corporation ("FICO") will move this Court, on May 24, 2023 at 4:00 p.m., before the Honorable David T. Schultz, United States Magistrate Judge for the U.S. District Court for the District of Minnesota, in Courtroom 9E, United States District Court, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for an order granting Plaintiff's Motion for Entitlement to Attorneys' Fees. The grounds for this Motion will be set forth and supported in an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the arguments of counsel, and all of the papers and proceedings in this matter.

                                            MERCHANT & GOULD P.C.

DATE: April 21, 2023         /s/ Heather Kliebenstein
                                           Allen Hinderaker, MN Bar # 45787
                                           Heather Kliebenstein, MN Bar # 337419
                                           Paige S. Stradley, MN Bar #393432
                                           Michael A. Erbele, MN Bar # 393635
                                           Joseph Dubis, MN Bar # 0398344
                                           Gabrielle L. Kiefer, MN Bar # 0402364
                                           MERCHANT & GOULD P.C.
                                           150 South Fifth Street
                                           Suite 2200
                                           Minneapolis, MN  55402
                                           Tel:  (612) 332-5300
                                           Fax:  (612) 332-9081
                                           ahinderaker@merchantgould.com
                                           hkliebenstein@merchantgould.com
                                           pstradley@merchantgould.com
                                           merbele@merchantgould.com
                                           jdubis@merchantgould.com
                                           gkiefer@merchantgould.com