## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, ) ) ) | Case No. 16-cv-1054 (DTS) |
| Plaintiff, ) ) | |
| v. ) ) | |
| FEDERAL INSURANCE COMPANY, ) an Indiana corporation and ACE ) AMERICAN INSURANCE COMPANY, ) a Pennsylvania corporation, ) ) | |
| Defendants. ) ) | |

## **LOCAL RULE 7.1(f) CERTIFICATION**

I hereby certify that Plaintiff Fair Isaac Corporation's Memorandum in Support of its Motion for Entitlement to Attorneys' Fees, filed electronically on April 21, 2023, complies with the word limit imposed by Local Rule 7.1(f), with a total word count of 7,163 words, including headings, footnotes, and quotations.

I further certify that the accompanying document was created in Microsoft® 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

|  |  |
|---|---|
|  | MERCHANT & GOULD P.C. |
| DATE: April 21, 2023 | /s/ Heather Kliebenstein |

Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Paige S. Stradley, MN Bar #393432
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
ahinderaker@merchantgould.com
hkliebenstein@merchantgould.com
pstradley@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com