# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF PAIGE STRADLEY IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR ENTITLEMENT TO ATTORNEYS' FEES**

I, Paige Stradley, declare as follows:

1.     I am an attorney with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2.     I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Memorandum in Support of its Motion for Entitlement to Attorneys' Fees.

3.     Attached hereto as <u>Exhibit 1</u> is a true and correct copy of excerpts of the Trial Transcripts.

4.     Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Joint Trial Exhibit J-001.

1

5.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0121.

6.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0090.

7.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0103.

8.      Attached hereto as <u>Exhibit 6</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0091.

9.      Attached hereto as <u>Exhibit 7</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0094.

10.     Attached hereto as <u>Exhibit 8</u> is a true and correct copy of Schedules 8.0, 8.1 and 8.2 from the Second Supplemental Expert Report of Neil J. Zoltowski with Respect to Damages.

11.     Attached hereto as <u>Exhibit 9</u> is a true and correct copy of an email dated August 20, 2018, from Heather Kliebenstein to Magistrate Judge Schultz.

12.     Attached hereto as <u>Exhibit 10</u> is a true and correct copy of excerpts of the December 17, 2018, Motions Hearing Transcript.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: April 21, 2023                    /s/Paige Stradley
                                         Paige Stradley