# EXHIBIT 8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, and<br>ACE AMERICAN INSURANCE COMPANY<br><br>　　Defendants. | Case No. 16-CV-1054(WMW/DTS)<br><br>**SECOND SUPPLEMENTAL<br>EXPERT REPORT<br>OF NEIL J. ZOLTOWSKI<br>WITH RESPECT TO DAMAGES** |

Respectfully submitted this 13th day of May, 2021

_____
Neil J. Zoltowski

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

SECOND SUPPLEMENTAL SCHEDULE 8.0

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 8.0: Summary of Defendants' Domestic Gross Written Premium**

| Domestic Applications | Defendants Only | Subsidiaries of Defendants | Pooling Entities (Not Subsidiaries) of Defendants | Defendants, Subsidiaries and Pooling Entities (b) |
|---|---|---|---|---|
| *Undisputed Applications* | | | | |
| Commercial Underwriting Workstation (CUW) | $ 7,656,976,368 | $ 3,663,148,142 | $ 1,427,268,700 | $ 12,747,393,210 |
| CSI eXPRESS (c) | 4,783,945,129 | 132,704,843 | 94,672,823 | 5,011,322,794 |
| Premium Booking | 1,750,877,402 | - | - | 1,750,877,402 |
| Texas Accident Prevention System (TAPS) | 462,805,017 | 270,951,408 | 110,550,113 | 844,306,538 |
| Individual Rate Modification Application (IRMA) | 223,406,656 | 69,554,858 | 7,355,485 | 300,316,999 |
| Decision Point | 18,101,109 | 1,117,772 | 34,636 | 19,253,516 |
| *Disputed Application* | | | | |
| Cornerstone | $ 518,138,795 | $ (3,510,098) | $ 14,281,786 | $ 528,910,484 |
| Undisputed Total | $ 14,896,111,681 | $ 4,137,477,023 | $ 1,639,881,756 | $ 20,673,470,459 |
| Disputed Total | 518,138,795 | (3,510,098) | 14,281,786 | 528,910,484 |
| **TOTAL** | $ 15,414,250,476 | $ 4,133,966,925 | $ 1,654,163,542 | $ 21,202,380,943 |

Column group header: *March 31, 2016 to May 2020* (a)

*Note/Source(s):*

(a) See **Second Supplemental Schedules 10.3-10.6** and **12.0**. Defendants identified in its interrogatory responses that the Blaze Advisor component was removed from the applications used in the United States by May 2020. (Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

(b) This is equaled to the sum of (i) Defendants Only; (ii) Subsidiaries of Defendants; and (iii) Pooling Entities of Defendants.

(c) I understand the gross written premium reported for CSI eXPRESS includes premium related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2019.)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*
**SECOND SUPPLEMENTAL SCHEDULE 8.1: Defendants' Domestic Gross Written Premium - Damages Period (March 31, 2016 to December 31, 2016)**

| Domestic Applications | Defendants Only | Subsidiaries of Defendants | Pooling Entities (Not Subsidiaries) of Defendants | Defendants, Subsidiaries and Pooling Entities (b) |
|---|---:|---:|---:|---:|
| *Undisputed Applications* | | | | |
| Commercial Underwriting Workstation (CUW) | $ 2,022,459,201 | $ 686,129,673 | $ 94,011,508 | $ 2,802,600,382 |
| CSI eXPRESS (c) | 971,764,605 | 36,316,129 | - | 1,008,080,734 |
| Premium Booking | 380,416,844 | - | - | 380,416,844 |
| Texas Accident Prevention System (TAPS) | 108,529,977 | 106,890,502 | - | 215,420,480 |
| Individual Rate Modification Application (IRMA) | 51,946,495 | 17,029,141 | - | 68,975,636 |
| Decision Point | 2,538,893 | 141,846 | - | 2,680,739 |
| *Disputed Application* | | | | |
| Cornerstone | $ 166,701,803 | $ (8,498,873) | $ - | $ 158,202,931 |
| Undisputed Total | $ 3,537,656,016 | $ 846,507,291 | $ 94,011,508 | $ 4,478,174,815 |
| Disputed Total | 166,701,803 | (8,498,873) | - | 158,202,931 |
| **TOTAL** | **$ 3,704,357,819** | **$ 838,008,419** | **$ 94,011,508** | **$ 4,636,377,746** |

Column header date range: *March 31, 2016 to December 31, 2016* (a)

*Note/Source(s):*
(a) See **Second Supplemental Schedules 10.3-10.6** and **12.0**.
(b) This is equaled to the sum of (i) Defendants Only; (ii) Subsidiaries of Defendants; and (iii) Pooling Entities of Defendants.
(c) I understand the gross written premium reported for CSI eXPRESS includes premium related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2019.)

*Fair Isaac Corporation v. Federal Insurance Company and ACE American Insurance Company*

**SECOND SUPPLEMENTAL SCHEDULE 8.2: Defendants' Domestic Gross Written Premium - Damages Period (January 1, 2017 to May 2020)**

| Domestic Applications | Defendants Only | Subsidiaries of Defendants | Pooling Entities (Not Subsidiaries) of Defendants | Defendants, Subsidiaries and Pooling Entities (b) |
|---|---:|---:|---:|---:|
| *Undisputed Applications* | | | | |
| Commercial Underwriting Workstation (CUW) | $ 5,634,517,167 | $ 2,977,018,469 | $ 1,333,257,192 | $ 9,944,792,828 |
| CSI eXPRESS (c) | 3,812,180,524 | 96,388,713 | 94,672,823 | 4,003,242,060 |
| Premium Booking | 1,370,460,558 | - | - | 1,370,460,558 |
| Texas Accident Prevention System (TAPS) | 354,275,039 | 164,060,906 | 110,550,113 | 628,886,058 |
| Individual Rate Modification Application (IRMA) | 171,460,161 | 52,525,717 | 7,355,485 | 231,341,363 |
| Decision Point | 15,562,215 | 975,926 | 34,636 | 16,572,777 |
| *Disputed Application* | | | | |
| Cornerstone | $ 351,436,992 | $ 4,988,775 | $ 14,281,786 | $ 370,707,553 |
| Undisputed Total | $ 11,358,455,665 | $ 3,290,969,731 | $ 1,545,870,248 | $ 16,195,295,644 |
| Disputed Total | 351,436,992 | 4,988,775 | 14,281,786 | 370,707,553 |
| **TOTAL** | **$ 11,709,892,657** | **$ 3,295,958,506** | **$ 1,560,152,034** | **$ 16,566,003,197** |

All values are for January 1, 2017 to May 2020 (a).

*Note/Source(s):*

(a) See **Second Supplemental Schedules 10.3-10.6** and **12.0**. Defendants identified in its interrogatory responses that the Blaze Advisor component was removed from the applications used in the United States by May 2020. (Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)

(b) This is equaled to the sum of (i) Defendants Only; (ii) Subsidiaries of Defendants; and (iii) Pooling Entities of Defendants.

(c) I understand the gross written premium reported for CSI eXPRESS includes premium related to the Automated Renewals Process and Profitability Indicator applications. Further, CSI eXPRESS, Automated Renewals Process and Profitability Indicator are all used in connection with the same gross written premium policies. (Harkin Deposition at 72-74; Federal Insurance Company's Fifth Supplemental Answer to Plaintiff's Interrogatory No. 16 and Sixth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated March 21, 2019 at 3-5, 11-13; Defendants' Ninth Supplemental Answer to Plaintiff's Interrogatory No. 17, dated September 24, 2020.)