### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### [PROPOSED] ORDER

This matter is before the Court on Plaintiff Fair Isaac Corporation's Motion for Entitlement to Attorneys' Fees (Dkt. No. 1220.) Upon consideration of FICO's motion and all of the files, records and proceedings herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. Plaintiff Fair Isaac Corporation's Motion for Entitlement to Attorneys' Fees is **GRANTED.**

2. Following entry of judgment, a briefing schedule for submission of supporting documentation will be issued.

**IT IS SO ORDERED.**

Dated: _____

_____
Judge David T. Schultz
Magistrate Judge