# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE<br>COMPANY, a Pennsylvania<br>corporation,<br><br>　　　　　Defendants. | Court File No. 16-cv-1054 (DTS)<br><br><br><br>**NOTICE OF HEARING AND<br>MOTION FOR A NEW TRIAL ON<br>ACTUAL DAMAGES** |

PLEASE TAKE NOTICE that on May 24, 2023, at 4:00 p.m. before the Honorable David T. Schultz, United States Magistrate Judge for the United States District Court for the District of Minnesota, Courtroom 9E, United States District Court, 300 South Fourth Street, Minneapolis, Minnesota 55415, that Defendants Federal Insurance Company and ACE American Insurance Company will move the Court for a new trial on actual damages.  This motion is based on the accompanying memorandum of law, and declarations and exhibits to be filed with the Court in accordance with Local Rule 7.1 for the District of Minnesota, as well as the arguments of counsel at the time of the hearing, and all of the files, records, and proceedings herein.  In accordance with the Court's guidance, this hearing will be held in-person unless the Court notifies the parties otherwise.

| | |
|---|---|
| Dated:  April 21, 2023 | *s/ Leah Godesky* |
| | Terrence J. Fleming (#0128983) |
| | tfleming@fredlaw.com |
| | Leah C. Janus (#0337365) |
| | ljanus@fredlaw.com |
| | Christopher D. Pham (#0390165) |
| | cpham@fredlaw.com |
| | Ryan C. Young (#0397751) |
| | ryoung@fredlaw.com |
| | Panhia Vang (#399444) |
| | pvang@fredlaw.com |
| | |
| | **Fredrikson & Byron, P.A.** |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN  55402-1425 |
| | (612) 492-7000 (tel.) |
| | (612) 492-7077 (fax) |
| | |
| | Leah Godesky (Admitted Pro Hac Vice) |
| | lgodesky@omm.com |
| | Anton Metlitsky (Admitted Pro Hac Vice) |
| | ametlitsky@omm.com |
| | Daryn Rush (Admitted Pro Hac Vice) |
| | drush@omm.com |
| | Roxana Guidero (Admitted Pro Hac Vice) |
| | rguidero@omm.com |
| | |
| | **O'Melveny & Myers LLP** |
| | Times Square Tower |
| | 7 Times Square |
| | New York, NY 10036 |
| | (212) 326-2000 |
| | |
| | *Attorneys for Federal Insurance Company and ACE American Insurance Company* |