# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　Defendants. | Court File No.  16-cv-1054 (DTS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A NEW TRIAL ON ACTUAL DAMAGES** |

　　　The above-entitled matter came before the Court on Defendants Federal Insurance Company and ACE American Insurance Company's Motion for a New Trial on Actual Damages.  Based upon the parties' submissions, the arguments of counsel, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for a New Trial on Actual Damages is **GRANTED**.  A new trial on actual damages will be held.

**SO ORDERED:**

Dated: _____, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge David T. Schultz
　　　　　　　　　　　　　　　　　　　　　　United States District Court