UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF FAIR ISAAC CORPORATION'S MOTION FOR PREJUDGMENT INTEREST AND POST-JUDGMENT INTEREST**

Pursuant to Federal Rule of Civil Procedure 59(e) and 28 U.S.C. § 1961, Plaintiff Fair Isaac Corporation ("FICO") respectfully moves the Court for an Order granting its Motion for Prejudgment Interest and Post-Judgment Interest. This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the Declaration of Paige Stradley, the papers and records on file herein, and on such information and evidence as may be presented at any hearing on this Motion.

MERCHANT & GOULD P.C.

DATE: April 21, 2023

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Paige S. Stradley, MN Bar #393432
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364

          MERCHANT & GOULD P.C.
          150 South Fifth Street
          Suite 2200
          Minneapolis, MN  55402
          Tel:  (612) 332-5300
          Fax:  (612) 332-9081
          ahinderaker@merchantgould.com
          hkliebenstein@merchantgould.com
          pstradley@merchantgould.com
          merbele@merchantgould.com
          jdubis@merchantgould.com
          gkiefer@merchantgould.com