# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

## PLAINTIFF FAIR ISAAC CORPORATION'S NOTICE OF MOTION FOR PREJUDGMENT INTEREST AND POST-JUDGMENT INTEREST

PLEASE TAKE NOTICE that Plaintiff Fair Isaac Corporation ("FICO") will move this Court, on May 24, 2023 at 4:00 p.m., before the Honorable David T. Schultz, United States Magistrate Judge for the U.S. District Court for the District of Minnesota, in Courtroom 9E, United States District Court, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for an order granting Plaintiff's Motion for Prejudgment Interest and Post-Judgment Interest. The grounds for this Motion will be set forth and supported in an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the arguments of counsel, and all of the papers and proceedings in this matter.

|  |  |
|---|---|
|  | MERCHANT & GOULD P.C. |
| DATE: April 21, 2023 | /s/ Heather Kliebenstein <br> Allen Hinderaker, MN Bar # 45787 <br> Heather Kliebenstein, MN Bar # 337419 <br> Paige S. Stradley, MN Bar #393432 <br> Michael A. Erbele, MN Bar # 393635 <br> Joseph Dubis, MN Bar # 0398344 <br> Gabrielle L. Kiefer, MN Bar # 0402364 <br> MERCHANT & GOULD P.C. <br> 150 South Fifth Street <br> Suite 2200 <br> Minneapolis, MN  55402 <br> Tel:  (612) 332-5300 <br> Fax:  (612) 332-9081 <br> ahinderaker@merchantgould.com <br> hkliebenstein@merchantgould.com <br> pstradley@merchantgould.com <br> merbele@merchantgould.com <br> jdubis@merchantgould.com <br> gkiefer@merchantgould.com |