UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | **DECLARATION OF LEAH GODESKY IN SUPPORT OF DEFENDANTS' MOTION FOR A NEW TRIAL ON ACTUAL DAMAGES** |
| Defendants. | |

I, Leah Godesky, declare as follows:

1. I am an attorney at O'Melveny & Myers LLP and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company in this case.

2. Attached as **Exhibit 1** is a true and correct copy of an excerpt of the Neil Zoltowski deposition transcript taken on June 14, 2019.

3. Attached as **Exhibit 2** is a true and correct copy of an excerpt of the May 31, 2019, Reply Expert Report of Neil J. Zoltowski with Respect to Damages.

4. Attached as **Exhibit 3** is a true and correct copy of Fact Witness Presentation of Bill Waid.

5. Attached as **Exhibit D-0004** is a true and correct copy of Defendants Trial exhibit D-0004.

1

6. Attached as **Exhibit D-0012** is a true and correct copy of Defendants Trial exhibit D-0012.

7. Attached as **Exhibit D-0172** is a true and correct copy of Defendants Trial exhibit D-0172.

8. Attached as **Exhibit D-0276** is a true and correct copy of Defendants Trial exhibit D-0276.

9. Attached as **Exhibit D-0283** is a true and correct copy of Defendants Trial exhibit D-0283.

10. Attached as **Exhibit D-0284** is a true and correct copy of Defendants Trial exhibit D-0284.

11. Attached as **Exhibit D-0293** is a true and correct copy of Defendants Trial exhibit D-0293.

12. Attached as **Exhibit D-0343** is a true and correct copy of Defendants Trial exhibit D-0343.

13. Attached as **Exhibit J-001** is a true and correct copy of Joint Trial exhibit J-001.

14. Attached as **Exhibit P-0133** is a true and correct copy of Plaintiff's Trial exhibit P-0133.

15. Attached as **Exhibit P-0418** is a true and correct copy of Plaintiff's Trial exhibit P-0418.

16. Attached as **Exhibit P-0517** is a true and correct copy of Plaintiff's Trial exhibit P-0517.

17. Attached as **Exhibit P-0518** is a true and correct copy of Plaintiff's Trial exhibit P-0518.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 21, 2023    */s/ Leah Godesky*
                         Leah Godesky