## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendants. | Case No. 16-cv-1054 (DTS) |

## **LOCAL RULE 7.1(f) CERTIFICATION**

I hereby certify that Plaintiff Fair Isaac Corporation's Memorandum in Support of its Motion for Prejudgment Interest and Post-Judgment Interest, filed electronically on April 21, 2023, complies with the word limit imposed by Local Rule 7.1(f), with a total word count of 4,277 words, including headings, footnotes, and quotations.

I further certify that the accompanying document was created in Microsoft® 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

|  |  |
|---|---|
|  | MERCHANT & GOULD P.C. |
| DATE: April 21, 2023 | /s/ Heather Kliebenstein </br>Allen Hinderaker, MN Bar # 45787 </br>Heather Kliebenstein, MN Bar # 337419 </br>Paige S. Stradley, MN Bar #393432 </br>Michael A. Erbele, MN Bar # 393635 </br>Joseph Dubis, MN Bar # 0398344 </br>Gabrielle L. Kiefer, MN Bar # 0402364 </br>MERCHANT & GOULD P.C. </br>150 South Fifth Street </br>Suite 2200 </br>Minneapolis, MN  55402 </br>Tel:  (612) 332-5300 </br>Fax:  (612) 332-9081 </br>ahinderaker@merchantgould.com </br>hkliebenstein@merchantgould.com </br>pstradley@merchantgould.com </br>merbele@merchantgould.com </br>jdubis@merchantgould.com </br>gkiefer@merchantgould.com |