UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) Case No. 16-cv-1054 (DTS) |
| Plaintiff, | ) |
| v. | ) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) |
| Defendants. | ) |

**DECLARATION OF PAIGE STRADLEY IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR PREJUDGMENT INTEREST AND POST-JUDGMENT INTEREST**

I, Paige Stradley, declare as follows:

1. I am an attorney with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Memorandum in Support of its Motion for Prejudgment Interest and Post-Judgment Interest.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0121.

4. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0090.

1

5. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0103.

6. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Joint Trial Exhibit J-001.

7. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0091.

8. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0094.

9. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of excerpts of the Trial Transcripts.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: April 21, 2023                    /s/Paige Stradley
                                         Paige Stradley