# EXHIBIT 1

Message

---

**From:** Russ Schreiber [RussSchreiber@fico.com]
**Sent:** 7/1/2015 10:43:09 AM
**To:** Mike Sawyer [MikeSawyer@fico.com]
**Subject:** Re: Ace to Buy Chubb for $28.3 Billion With Greenberg in Charge - July 1, 2015

That said, driving costs out will be interesting and there may be a major license transfer

Russ

m 917.214.2614
Sent from my phone

On Jul 1, 2015, at 11:39 AM, Mike Sawyer <MikeSawyer@fico.com> wrote:

Wow...Not good.

**Mike Sawyer**
Client Partner, Insurance & Healthcare

**FICO**
Boston, MA

T  508 530 3116
C  617 401 1380
mikesawyer@fico.com
www.fico.com

**From:** Russ Schreiber
**Sent:** Wednesday, July 01, 2015 11:38 AM
**To:** Lamont Boyd
**Cc:** Joanne Gaskin; Vance Gudmundsen; Mike Sawyer
**Subject:** Re: Ace to Buy Chubb for $28.3 Billion With Greenberg in Charge - July 1, 2015

Holy cow

Russ

m 917.214.2614
Sent from my phone

On Jul 1, 2015, at 11:33 AM, Lamont Boyd <LamontBoyd@fico.com> wrote:

Having just started integration of the acquired Fireman's Fund personal lines book, ACE pulls off another, much larger acquisition.

Chubb has always steered clear of credit-based insurance scores (because their affluent clients are "special"), but ACE is a strong believer in credit.  This could be another "backdoor win" for FICO CBIS.....

Lamont



U.S. DIST COURT – MN
PLAINTIFF EXHIBIT
**P-0121**
Case No. 16-cv-1054-DTS

Confidential - Attorneys' Eyes Only

FICO0001747

http://www.bloomberg.com/news/articles/2015-07-01/ace-to-purchase-chubb-for-28-3-billion-with-greenberg-in-charge

Confidential - Attorneys' Eyes Only     P-0121-002     FICO0001748