UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　　Defendants. | Case No. 16-cv-1054 (DTS) |

### [PROPOSED] ORDER

This matter is before the Court on Plaintiff Fair Isaac Corporation's Motion for Prejudgment Interest and Post-Judgment Interest (Dkt. No. 1231.) Upon consideration of FICO's motion and all of the files, records and proceedings herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. Plaintiff Fair Isaac Corporation's Motion for Prejudgment Interest and Post-Judgment Interest is **GRANTED.**

**IT IS SO ORDERED.**

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Judge David T. Schultz
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge