UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fair Isaac Corporation,

                Plaintiff(s),

vs.                                           Case No. 16-CV-1054 (DTS)

Federal Insurance Company, an Indiana
Corporation, and ACE American Insurance
Company, a Pennsylvania Corporation,

                Defendants.

## **MEET-AND-CONFER STATEMENT**

I, Roxana Guidero, representing the Defendants, hereby certify that:

I met and conferred with the opposing party by: Email

    Meeting with: Paige Stradley

    On: April 19, 2023

    Discussing the following motions:

    Defendants' Motion For a New Trial on Actual Damages

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

        **X**  Do **not** agree on the resolution of any part of the motions.

Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

| | |
|---|---|
| Dated: April 21, 2023 | *s/ Roxana Guidero* |
| | Terrence J. Fleming (#0128983) |
| | tfleming@fredlaw.com |
| | Leah C. Janus (#0337365) |
| | ljanus@fredlaw.com |
| | Christopher D. Pham (#0390165) |
| | cpham@fredlaw.com |
| | Ryan C. Young (#0397751) |
| | ryoung@fredlaw.com |
| | Panhia Vang (#399444) |
| | pvang@fredlaw.com |
| | |
| | **Fredrikson & Byron, P.A.** |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN  55402-1425 |
| | (612) 492-7000 (tel.) |
| | (612) 492-7077 (fax) |
| | |
| | Leah Godesky (Admitted Pro Hac Vice) |
| | Anton Metlitsky (Admitted Pro Hac Vice) |
| | ametlitsky@omm.com |
| | Daryn Rush (Admitted Pro Hac Vice) |
| | drush@omm.com |
| | Roxana Guidero (Admitted Pro Hac Vice) |
| | rguidero@omm.com |
| | |
| | **O'Melveny & Myers LLP** |
| | Times Square Tower |
| | 7 Times Square |
| | New York, NY 10036 |
| | (212) 326-2000 |
| | lgodesky@omm.com |
| | |
| | ***Attorneys for Federal Insurance Company and ACE American Insurance Company*** |