UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) ) ) | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF PAIGE STRADLEY IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

I, Paige Stradley, declare as follows:

1. I am an attorney with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Memorandum of Law in Support of its Renewed Motion for Judgment as a Matter of Law.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Trial Transcripts.

4. Attached hereto as Exhibit 2 is a true and correct copy of Joint Trial Exhibit J-001.

1

5. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0094.

6. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0156.

7. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0517.

8. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0341.

9. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0882.

10. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0376.

11. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0147A.

12. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of Plaintiff's Trial Exhibit P-1112.

13. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of Plaintiff's Trial Exhibit P-1114.

14. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of Plaintiff's Trial Exhibit P-1113.

15. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of Plaintiff's Trial Exhibit P-1116.

16. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0526.

17. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0307.

18. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0309.

19. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0310.

20. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0311.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: April 21, 2023                    /s/Paige Stradley
                                          Paige Stradley