# EXHIBIT 4

| | |
|---|---|
| **From:** | Martin, Lance <lancemartin@chubb.com> |
| **Sent:** | Thursday, January 28, 2016 10:03 AM |
| **To:** | Pandey, Ramesh <rapandey@chubb.com> |
| **Subject:** | ChEAR application and technology stack summary |
| **Attach:** | Legacy Chubb Application Summary_January 2016.xlsx |

Ramesh –

Spreadsheet tabs are sorted by owning unit, business application and IT application. I've also embedded explanatory comments in row 1 for several columns.

Tab 1 covers the application summary with some extra data on whether the application is "in house", "hosted" or "commercial product" that I had originally put together for the valuation analysis late last year.

Tab 2 identifies which applications are hosted or vendor developed / purchased (along with the vendor names).

Tab 3 is the technology mapping breakout for each application in ChEAR.

If you have questions or need additional or different information, please let me know.

Thanks,

CHUBB

**Lance Martin**
Sr. Process Manager, Chubb Personal Risk Services

15 Mountain View Road, Warren, NJ 07059, USA
O 908 903 2209    M 908 938 1198    F 908 903 3804
E lancemartin@chubb.com

ACE and Chubb are now one.



U.S. DIST COURT – MN
PLAINTIFF EXHIBIT
**P-0156**
Case No. 16-cv-1054-DTS



EXHIBIT
156
11/13/18

DOCUMENT PRODUCED AS NATIVE

| Owning Business Unit/Zone | Business Application Name | IT Application Name | Technology Name | Technology Usage Class | Version | Version Phase |
|---|---|---|---|---|---|---|
| APZ | APZ EUF | APZ EUF | Apache Commons | Preferred-Primary | 9 | Leverage |
| APZ | APZ EUF | APZ EUF | JDK | Preferred-Primary | 1.7.x | Leverage |
| APZ | APZ EUF | APZ EUF | Log4J | Contained-Declining | 1.2x | Run Off |
| APZ | APZ EUF | APZ EUF | Rational Application Developer | Preferred-Primary | 8.x | Run Off |
| APZ | APZ EUF | APZ EUF | Tortoise SVN | Contained-Niche | 1.8 x | Leverage |
| APZ | APZ EUF | APZ EUF | Visual Studio | Preferred-Primary | 2010 | Run Off |
| APZ | APZ EUF | APZ EUF | Websphere Application Server (WAS) | Preferred-Primary | 8.5 | Leverage |
| APZ | APZ EUF | APZ EUF | Xythos Drive 64 | Preferred-Alternate | 1.6.x | Leverage |
| APZ | APZ EUF | APZ EUF | Xythos/WebDav | Preferred-Primary | 7.2.x | Leverage |
| APZ | APZ Kaizen Tools | APZ Kaizen Tools | Excel | Preferred-Primary | 2010 | Leverage |
| APZ | APZ Kaizen Tools | APZ Kaizen Tools | SQL Server | Preferred-Alternate | 2008 | Eliminate |
| APZ | APZ Kaizen Tools | APZ Kaizen Tools - Gen 3 | Excel | Preferred-Primary | 2010 | Leverage |
| APZ | APZ Kaizen Tools | APZ Kaizen Tools - Gen 3 | SQL Server | Preferred-Alternate | 2008 | Eliminate |
| APZ | APZ Management Information Reporting and Analysis | APZ Management Information Reporting and Analysis - Core | Cognos Framework Manager | Preferred-Primary | 10.1 | Run Off |
| APZ | APZ Management Information Reporting and Analysis | APZ Management Information Reporting and Analysis - Core | Cognos PowerPlay Transformer | Contained-Declining | 10.1 | Run Off |
| APZ | APZ Management Information Reporting and Analysis | APZ Management Information Reporting and Analysis - Core | Erwin | Preferred-Primary | 9.5 | Leverage |
| APZ | APZ Management Information Reporting and Analysis | APZ Management Information Reporting and Analysis - Core | Excel | Preferred-Primary | 2010 | Leverage |
| APZ | APZ Management Information Reporting and Analysis | APZ Management Information Reporting and Analysis - Core | Informatica PowerCenter | Preferred-Primary | 9.x | Leverage |
| APZ | APZ Management Information Reporting and Analysis | APZ Management Information Reporting and Analysis - Core | InfoSphere Change Data Capture | Contained-Niche | 6.x | Leverage |
| APZ | APZ Management Information Reporting and Analysis | APZ Management Information Reporting and Analysis - Core | Internet Explorer | Preferred-Primary | 11 | Leverage |
| APZ | APZ Management Information Reporting and Analysis | APZ Management Information Reporting and Analysis - Core | IIS | Preferred-Primary | 7.0 | Run Off |
| APZ | APZ Management Information Reporting and Analysis | APZ Management Information Reporting and Analysis - Core | MS Access | Preferred-Primary | 2010 | Leverage |
| APZ | APZ Management Information Reporting and Analysis | APZ Management Information Reporting and Analysis - Core | SQL Client | Preferred-Alternate | 2008 | Eliminate |
| APZ | APZ Management Information Reporting and Analysis | APZ Management Information Reporting and Analysis - Core | SQL Server | Preferred-Alternate | 2008 | Eliminate |
| APZ | APZ Management Information Reporting and Analysis | APZ Management Information Reporting and Analysis - Core | Visio | Preferred-Primary | 2010 | Leverage |
| APZ | APZ Management Information Reporting and Analysis | APZ Management Information Reporting and Analysis - Core | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| APZ | APZ Management Information Reporting and Analysis | APZ Management Information Reporting and Analysis - Core | Windows OS Server | Preferred-Primary | 2008 | Run Off |
| APZ | APZ Management Information Reporting and Analysis | ODS Web Services | Apache Commons | Preferred-Primary | 9 | Leverage |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAH | ABL Travel Accident Insurance Certificate Issuance System | MIRUS Product | Subversion | Contained-Niche | 1.8.x | Run Off |
| CAH | ABL Travel Accident Insurance Certificate Issuance System | MIRUS Product | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| CAH | ABL Travel Accident Insurance Certificate Issuance System | MIRUS Product | WinSQL | Preferred-Alternate | 9.x | Leverage |
| CAH | ABL Travel Accident Insurance Certificate Issuance System | MIRUS Product | Xythos/WebDav | Preferred-Primary | 7.2.x | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | xPression | Preferred-Primary | 4.1 | Run Off |
| CAH | Accident and Health Insurance | Adapt - ABL | Ant | Preferred-Primary | 1.x | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | Axis | Retire-Obsolete | 1.x | Eliminate |
| CAH | Accident and Health Insurance | Adapt - ABL | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | Castor | Contained-Niche | 1.x | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | Easy PDF SDK | Contained-Niche | 6.x | Run Off |
| CAH | Accident and Health Insurance | Adapt - ABL | GetAccess | Preferred-Primary | 8.1 | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | Internet Explorer | Preferred-Primary | 11 | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | J-Integra COM | Retire-Obsolete | 2.x | |
| CAH | Accident and Health Insurance | Adapt - ABL | Jenkins | Contained-Niche | 1.x | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | Junit | Preferred-Primary | 4.x | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | JDK | Preferred-Primary | 1.6.x | Run Off |
| CAH | Accident and Health Insurance | Adapt - ABL | Liquibase | Contained-Niche | 2.0.x | Run Off |
| CAH | Accident and Health Insurance | Adapt - ABL | Log4J | Contained-Declining | 1.2x | Run Off |
| CAH | Accident and Health Insurance | Adapt - ABL | LDAP | Preferred-Primary | 7.x | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | Maven | Preferred-Alternate | 3.x | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | Oracle Database | Preferred-Primary | 11g | Run Off |
| CAH | Accident and Health Insurance | Adapt - ABL | Postcode Anywhere | Contained-Niche | Enterprise | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | Quick Test Pro | Preferred-Primary | 10 | Eliminate |
| CAH | Accident and Health Insurance | Adapt - ABL | RACF | Preferred-Primary | 1.13 | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | Subversion | Contained-Niche | 1.6.x | Run Off |
| CAH | Accident and Health Insurance | Adapt - ABL | Websphere Process Server | Preferred-Primary | 7.x | Run Off |
| CAH | Accident and Health Insurance | Adapt - ABL | WebSphere MQ Client | Preferred-Primary | 7.1 | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | Windows OS Desktop | Preferred-Primary | 7 SP1 | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | WinZip | Preferred-Primary | 17.5 | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | Xythos Drive 64 | Preferred-Alternate | 1.6.x | Leverage |
| CAH | Accident and Health Insurance | Adapt - ABL | Xythos/WebDav | Preferred-Primary | 7.2.x | Leverage |
| CAH | Accident and Health Insurance | Arctic Consumer Portal | jQuery | Preferred-Primary | 1.x | Leverage |
| CAH | Accident and Health Insurance | Arctic Consumer Portal | Axis | Retire-Obsolete | 1.x | Eliminate |
| CAH | Accident and Health Insurance | Arctic Consumer Portal | Dojo Toolkit | Preferred-Primary | 1.x | Leverage |
| CAH | Accident and Health Insurance | Arctic Consumer Portal | Dozer | Contained-Niche | 5.x | Leverage |
| CAH | Accident and Health Insurance | Arctic Consumer Portal | JDK | Preferred-Primary | 1.7.x | Leverage |
| CAH | Accident and Health Insurance | Arctic Consumer Portal | JPA | Preferred-Primary | 2.x | Leverage |
| CAH | Accident and Health Insurance | Arctic Consumer Portal | Log4J | Contained-Declining | 1.2x | Run Off |
| CAH | Accident and Health Insurance | Arctic Consumer Portal | LDAP | Preferred-Primary | 7.x | Leverage |
| CAH | Accident and Health Insurance | Arctic Consumer Portal | Maven | Preferred-Alternate | 3.x | Leverage |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAZ | Broker Site | Broker Site | .Net Framework | Preferred-Primary | 2.x | Run Off |
| CAZ | Broker Site | Broker Site | communic8EDI | Contained-Niche | 3.0 | Leverage |
| CAZ | Broker Site | Broker Site | Acrobat Distiller | Preferred-Primary | 10.x | Leverage |
| CAZ | Broker Site | Broker Site | Acrobat Reader | Preferred-Primary | 10.x | Leverage |
| CAZ | Broker Site | Broker Site | Blaze Advisor | Preferred-Primary | 6.9 | Eliminate |
| CAZ | Broker Site | Broker Site | C#.net | Preferred-Alternate | 3.0 | Run Off |
| CAZ | Broker Site | Broker Site | Domino SMTP Mail Server | Retire-Non-Strategic | 8.5x | Run Off |
| CAZ | Broker Site | Broker Site | Internet Explorer | Preferred-Primary | 11 | Leverage |
| CAZ | Broker Site | Broker Site | IIS | Preferred-Primary | 6.0 | Run Off |
| CAZ | Broker Site | Broker Site | Log4Net | Contained-Niche | 1.2x | Leverage |
| CAZ | Broker Site | Broker Site | Rational Application Developer | Preferred-Primary | 7.x | Eliminate |
| CAZ | Broker Site | Broker Site | StarTeam | Retire-Obsolete | 2008 | |
| CAZ | Broker Site | Broker Site | SQL Server | Preferred-Alternate | 2008 | Eliminate |
| CAZ | Broker Site | Broker Site | Visio | Preferred-Primary | 2010 | Leverage |
| CAZ | Broker Site | Broker Site | Visual Studio | Preferred-Primary | 2008 | Run Off |
| CAZ | Broker Site | Broker Site | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| CAZ | Broker Site | Broker Site | Windows OS Desktop | Preferred-Primary | 7 SP1 | Leverage |
| CAZ | Broker Site | Broker Site | Windows OS Server | Preferred-Primary | 2003 | Run Off |
| CAZ | Broker Site | Broker Site | Word | Preferred-Primary | 2010 | Leverage |
| CAZ | Broker Site | Property on-line | .Net Framework | Preferred-Primary | 2.x | Run Off |
| CAZ | Broker Site | Property on-line | Acrobat Distiller | Preferred-Primary | 10.x | Leverage |
| CAZ | Broker Site | Property on-line | Acrobat Reader | Preferred-Primary | 10.x | Leverage |
| CAZ | Broker Site | Property on-line | C#.net | Preferred-Alternate | 3.0 | Run Off |
| CAZ | Broker Site | Property on-line | Domino SMTP Mail Server | Retire-Non-Strategic | 8.5x | Run Off |
| CAZ | Broker Site | Property on-line | Internet Explorer | Preferred-Primary | 11 | Leverage |
| CAZ | Broker Site | Property on-line | IIS | Preferred-Primary | 6.0 | Run Off |
| CAZ | Broker Site | Property on-line | JDK | Preferred-Primary | 1.6.x | Run Off |
| CAZ | Broker Site | Property on-line | Log4Net | Contained-Niche | 1.2x | Leverage |
| CAZ | Broker Site | Property on-line | Rational Application Developer | Preferred-Primary | 7.x | Eliminate |
| CAZ | Broker Site | Property on-line | StarTeam | Retire-Obsolete | 2008 | |
| CAZ | Broker Site | Property on-line | SQL Server | Preferred-Alternate | 2005 | Eliminate |
| CAZ | Broker Site | Property on-line | Visio | Preferred-Primary | 2010 | Leverage |
| CAZ | Broker Site | Property on-line | Visual Studio | Preferred-Primary | 2008 | Run Off |
| CAZ | Broker Site | Property on-line | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| CAZ | Broker Site | Property on-line | Windows OS Server | Preferred-Primary | 2003 | Run Off |
| CAZ | Broker Site | Property on-line | Word | Preferred-Primary | 2010 | Leverage |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | .Net Framework | Preferred-Primary | 3.5 | Leverage |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | Acrobat Reader | Preferred-Primary | 10.x | Leverage |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | C#.net | Preferred-Alternate | 3.0 | Run Off |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | Internet Explorer | Preferred-Primary | 11 | Leverage |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | IIS | Preferred-Primary | 6.0 | Run Off |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | Log4Net | Contained-Niche | 1.2x | Leverage |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | NovaView | Contained-Niche | 6.2.x | Run Off |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | SQL Server | Preferred-Alternate | 2008 | Eliminate |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | Visual Studio | Preferred-Primary | 2008 | Run Off |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | Windows OS Desktop | Preferred-Primary | 7 SP1 | Leverage |
| CAZ | Business Intelligence - Broker Peak Measurement System | ScorePoint | Windows OS Server | Preferred-Primary | 2003 | Run Off |
| CAZ | Evolution | Evolution | .Net Framework | Preferred-Primary | 4.x | Production Prep |
| CAZ | Evolution | Evolution | jQuery | Preferred-Primary | 1.x | Leverage |
| CAZ | Evolution | Evolution | Acrobat Reader | Preferred-Primary | 10.x | Leverage |
| CAZ | Evolution | Evolution | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| CAZ | Evolution | Evolution | C#.net | Preferred-Alternate | 3.0 | Run Off |
| CAZ | Evolution | Evolution | Domino SMTP Mail Server | Retire-Non-Strategic | 8.5x | Run Off |
| CAZ | Evolution | Evolution | GetAccess | Preferred-Primary | 8.1 | Leverage |
| CAZ | Evolution | Evolution | Internet Explorer | Preferred-Primary | 11 | Leverage |
| CAZ | Evolution | Evolution | IIS | Preferred-Primary | 7.0 | Run Off |
| CAZ | Evolution | Evolution | JavaScript | Preferred-Primary | 1.x | Leverage |
| CAZ | Evolution | Evolution | JAX-WS | Preferred-Primary | 2.x | Leverage |
| CAZ | Evolution | Evolution | JAXB | Preferred-Primary | 2.x | Leverage |
| CAZ | Evolution | Evolution | JDK | Preferred-Primary | 1.6.x | Run Off |
| CAZ | Evolution | Evolution | JPA | Preferred-Primary | 2.x | Leverage |
| CAZ | Evolution | Evolution | Log4Net | Contained-Niche | 1.2x | Leverage |
| CAZ | Evolution | Evolution | Nmock | Preferred-Primary | 2.0 | Run Off |
| CAZ | Evolution | Evolution | Nunit | Preferred-Primary | 2.6.x | Leverage |
| CAZ | Evolution | Evolution | Prince XML | Contained-Niche | 6.x | Run Off |
| CAZ | Evolution | Evolution | Rational Application Developer | Preferred-Primary | 8.x | Run Off |
| CAZ | Evolution | Evolution | StarTeam | Retire-Obsolete | 2008 | |
| CAZ | Evolution | Evolution | SQL Server | Preferred-Alternate | 2008 | Eliminate |
| CAZ | Evolution | Evolution | SQL Server | Preferred-Alternate | 2012 | Leverage |
| CAZ | Evolution | Evolution | Visio | Preferred-Primary | 2010 | Leverage |
| CAZ | Evolution | Evolution | Visual Studio | Preferred-Primary | 2010 | Run Off |
| CAZ | Evolution | Evolution | Websphere Application Server (WAS) | Preferred-Primary | 8.5 | Leverage |
| CAZ | Evolution | Evolution | Windows OS Desktop | Preferred-Primary | 7 SP1 | Leverage |
| CAZ | Evolution | Evolution | Windows OS Server | Preferred-Primary | 2012 | Leverage |
| CAZ | Evolution | Evolution | Windows OS Server | Preferred-Primary | 2003 | Run Off |
| CAZ | Evolution | Evolution | Wink | Preferred-Primary | 1.x | Leverage |
| CAZ | Evolution | Evolution | Word | Preferred-Primary | 2010 | Leverage |
| CAZ | Evolution | Evolution | Xythos/WebDav | Preferred-Primary | 7.2.x | Leverage |

4.

| | | | | | | |
|---|---|---|---|---|---|---|
| CBS | PAW/PARIS | PARIS/PAW Reporting Applications | WebFOCUS | Preferred-Primary | 7.7.x | Run Off |
| CBS | PAW/PARIS | PASC Research Tool | DB2 Utilities Suite | Preferred-Primary | 8.x | Leverage |
| CBS | PAW/PARIS | PASC Research Tool | DB2/ZOS | Preferred-Primary | 10 | Run Off |
| CBS | PAW/PARIS | PASC Research Tool | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| CBS | PAW/PARIS | PASC Research Tool | WebFOCUS | Preferred-Primary | 7.7.x | Run Off |
| CBS | PAW/PARIS | PASC Research Tool | ZEKE | Preferred-Primary | 6.1 | Leverage |
| CBS | PAW/PARIS | PAW | Abend Aid | Preferred-Primary | 12.x | Leverage |
| CBS | PAW/PARIS | PAW | Corporate Tables (E1T) | Preferred-Primary | unknown | Leverage |
| CBS | PAW/PARIS | PAW | COBOL | Preferred-Primary | 4.x | Leverage |
| CBS | PAW/PARIS | PAW | CVS | Contained-Niche | 1.x | Leverage |
| CBS | PAW/PARIS | PAW | DB2 Client | Preferred-Primary | 9.x | Leverage |
| CBS | PAW/PARIS | PAW | DB2 Connect Gateway | Preferred-Primary | 9.x | Eliminate |
| CBS | PAW/PARIS | PAW | DB2 Utilities Suite | Preferred-Primary | 8.x | Leverage |
| CBS | PAW/PARIS | PAW | DB2/ZOS | Preferred-Primary | 10 | Run Off |
| CBS | PAW/PARIS | PAW | Excel | Preferred-Primary | 2010 | Leverage |
| CBS | PAW/PARIS | PAW | File-AID/MVS | Preferred-Primary | 9.x | Leverage |
| CBS | PAW/PARIS | PAW | Internet Explorer | Preferred-Primary | 11 | Leverage |
| CBS | PAW/PARIS | PAW | IMS/DC | Contained-Declining | 13.1 | Leverage |
| CBS | PAW/PARIS | PAW | ISPF | Preferred-Primary | 6.x | Leverage |
| CBS | PAW/PARIS | PAW | JCLPrep | Preferred-Primary | 7.x | Leverage |
| CBS | PAW/PARIS | PAW | JES3 | Preferred-Primary | z/os | Leverage |
| CBS | PAW/PARIS | PAW | Lotus API Toolkit | Retire-Non-Strategic | 4.61 | Run Off |
| CBS | PAW/PARIS | PAW | LDAP | Preferred-Primary | 7.x | Leverage |
| CBS | PAW/PARIS | PAW | Outbound | Preferred-Primary | 6 | Leverage |
| CBS | PAW/PARIS | PAW | Partition Database | Preferred-Primary | 3.4.x | Leverage |
| CBS | PAW/PARIS | PAW | RACF | Preferred-Primary | 1.13 | Leverage |
| CBS | PAW/PARIS | PAW | RMDS | Preferred-Primary | 4.x | Leverage |
| CBS | PAW/PARIS | PAW | TSO | Preferred-Primary | z/os | Leverage |
| CBS | PAW/PARIS | PAW | Visual Studio | Preferred-Primary | 2008 | Run Off |
| CBS | PAW/PARIS | PAW | VSAM | Preferred-Primary | z/os | Leverage |
| CBS | PAW/PARIS | PAW | WebFOCUS | Preferred-Primary | 7.7.x | Run Off |
| CBS | PAW/PARIS | PAW | WebSphere MQServer | Preferred-Primary | 7.x | Run Off |
| CBS | PAW/PARIS | PAW | Windows OS Desktop | Preferred-Primary | 7 SP1 | Leverage |
| CBS | PAW/PARIS | PAW | Word | Preferred-Primary | 2010 | Leverage |
| CBS | PAW/PARIS | PAW | Z/OS | Preferred-Primary | 1.13 | Leverage |
| CBS | PAW/PARIS | PAW | ZEKE | Preferred-Primary | 6.1 | Leverage |
| CBS | Premium Booking Services | Premium Booking Related Services | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| CBS | Premium Booking Services | Premium Booking Related Services | CVS | Contained-Niche | 1.x | Leverage |
| CBS | Premium Booking Services | Premium Booking Related Services | DB2/ZOS | Preferred-Primary | 10 | Run Off |
| CBS | Premium Booking Services | Premium Booking Related Services | JDK | Preferred-Primary | 1.6.x | Run Off |
| CBS | Premium Booking Services | Premium Booking Related Services | Rational Application Developer | Preferred-Primary | 7.x | Eliminate |
| CBS | Premium Booking Services | Premium Booking Related Services | RACF | Preferred-Primary | 1.13 | Leverage |
| CBS | Premium Booking Services | Premium Booking Related Services | WebSphere Integration Developer (WID) | Preferred-Primary | 7.0 | Run Off |

5.

| | | | | | | |
|---|---|---|---|---|---|---|
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD (Applied Technology Department) | Tables/AS (Application Systems) | Retire-Non-Strategic | 5.1 | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD (Applied Technology Department) | Telon | Contained-Declining | 2.4 | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD (Applied Technology Department) | TSO | Preferred-Primary | z/os | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD (Applied Technology Department) | VSAM | Preferred-Primary | z/os | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD (Applied Technology Department) | Websphere Process Server | Preferred-Primary | 7.x | Run Off |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD (Applied Technology Department) | WebSphere MQServer | Preferred-Primary | 7.x | Run Off |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD (Applied Technology Department) | Z/OS | Preferred-Primary | 1.13 | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD (Applied Technology Department) | ZEKE | Preferred-Primary | 6.1 | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD Bookit | Corporate Tables (TOT) | Contained-Declining | unknown | Run Off |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD Bookit | Datavantage | Preferred-Primary | 6.x | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD Bookit | DB2 Client | Preferred-Primary | 9.x | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD Bookit | DB2 LUW | Contained-Declining | 9.x | Eliminate |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD Bookit | File-AID/DB2 | Preferred-Primary | 6.x | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD Bookit | File-AID/MVS | Preferred-Primary | 9.x | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD Bookit | Hummingbird HostExplorer | Preferred-Primary | 14 | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD Bookit | IMS/DB | Contained-Declining | 13.1 | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD Bookit | RAND | Retire-Non-Strategic | unknown | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD Bookit | SQL Anywhere | Contained-Niche | unknown | |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD Bookit | Tables/AS (Application Systems) | Retire-Non-Strategic | 5.1 | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD Bookit | Telon | Contained-Declining | 2.4 | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | ATD Bookit | VSAM | Preferred-Primary | z/os | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | IRMAApp | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | IRMAApp | Internet Explorer | Preferred-Primary | 11 | Leverage |
| CCI | ATD (Applied Technology Department aka Machinery Breakdown) | IRMAApp | JPA | Preferred-Primary | 2.x | Leverage |

6.

| | | | | | | |
|---|---|---|---|---|---|---|
| CCI | CUW (Commercial Underwriting Workstation) | CUW Integration | VisualAge Smalltalk | Retire-Obsolete | 8.x | Eliminate |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Integration | VMWare ESX | Preferred-Primary | 5.x | Leverage |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Integration | WebSphere MQ Client | Preferred-Primary | 7.01 | Eliminate |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Integration | WebSphere MQServer | Preferred-Primary | 7.x | Run Off |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Integration | Windows OS Server | Preferred-Primary | 2003 R2 | Run Off |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Integration | Xythos/WebDav | Preferred-Primary | 7.2.x | Leverage |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Integration | Z/OS | Preferred-Primary | 1.13 | Leverage |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | Acrobat Standard | Preferred-Primary | 10.x | Leverage |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | ACL Desktop Edition | Contained-Niche | 9.x | Leverage |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | CVS | Contained-Niche | 1.x | Leverage |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | DB2 Client | Preferred-Primary | 9.x | Leverage |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | DB2 LUW | Contained-Declining | 9.x | Eliminate |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | Excel | Preferred-Primary | 2010 | Leverage |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | Fax2Mail | Preferred-Primary | Hosted | Leverage |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | File-AID/DB2 | Preferred-Primary | 6.x | Leverage |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | JAXB | Preferred-Primary | 1.x | Eliminate |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | JDK | Preferred-Primary | 1.6.x | Run Off |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | JSP | Preferred-Alternate | 2.x | Leverage |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | Log4J | Contained-Declining | 1.2x | Run Off |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | Metastorm BPM | Retire-Non-Strategic | 9.x | Run Off |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | Oracle Database | Preferred-Primary | 11g | Run Off |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | Performance Center | Preferred-Primary | 11.5 | Leverage |
| CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | Rational Application Developer | Preferred-Primary | 8.x | Run Off |

7.

| | | | | | | |
|---|---|---|---|---|---|---|
| CCI | Loss Control | GuidePoint | DB2/ZOS | Preferred-Primary | 10 | Run Off |
| CCI | Loss Control | GuidePoint | Informatica PowerCenter | Preferred-Primary | 9.x | Leverage |
| CCI | Loss Control | GuidePoint | Oracle Database | Preferred-Primary | 11g | Run Off |
| CCI | Loss Control | GuidePoint | Outbound | Preferred-Primary | 6 | Leverage |
| CCI | Loss Control | GuidePoint | Presidio PGP | Preferred-Primary | Model 4563 | Leverage |
| CCI | Loss Control | GuidePoint | Rational Application Developer | Preferred-Primary | 8.x | Run Off |
| CCI | Loss Control | GuidePoint | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| CCI | Loss Control | Texas Accident Prevention Services | Autosys | Preferred-Primary | 11.x | Leverage |
| CCI | Loss Control | Texas Accident Prevention Services | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| CCI | Loss Control | Texas Accident Prevention Services | Informatica PowerCenter | Preferred-Primary | 9.x | Leverage |
| CCI | Loss Control | Texas Accident Prevention Services | Oracle Database | Preferred-Primary | 11g | Run Off |
| CCI | Loss Control | Texas Accident Prevention Services | Rational Application Developer | Preferred-Primary | 8.x | Run Off |
| CCI | Loss Control | Texas Accident Prevention Services | WebFOCUS | Preferred-Primary | 7.7.x | Run Off |
| CCI | Loss Control Resource Utilization Application | Loss Control Resource Utilization Application | Informatica PowerCenter | Preferred-Primary | 9.x | Leverage |
| CCI | Loss Control Resource Utilization Application | Loss Control Resource Utilization Application | WebFOCUS | Preferred-Primary | 7.7.x | Run Off |
| CCI | Loss of Rents | Loss of Rents | MS Access | Preferred-Primary | 2002 | Eliminate |
| CCI | Loss of Rents | Loss of Rents | Windows OS Desktop | Preferred-Primary | 7 SP1 | Leverage |
| CCI | Loss of Rents | Loss of Rents | Word | Preferred-Primary | 2010 | Leverage |
| CCI | MACC (Major Account Communication and Collaboration) | MACC (Major Account Communication and Collaboration) | Excel | Preferred-Primary | 2010 | Leverage |
| CCI | MACC (Major Account Communication and Collaboration) | MACC (Major Account Communication and Collaboration) | Lotus API Toolkit | Retire-Non-Strategic | 4.61 | Run Off |
| CCI | MACC (Major Account Communication and Collaboration) | MACC (Major Account Communication and Collaboration) | Lotus Domino Designer | Retire-Non-Strategic | 8.5x | Run Off |
| CCI | MAPS (Multinational Account Placement system) | MAPS (Multinational Account Placement system) | DB2/ZOS | Preferred-Primary | 10 | Run Off |
| CCI | MAPS (Multinational Account Placement system) | MAPS (Multinational Account Placement system) | Excel | Preferred-Primary | 2010 | Leverage |
| CCI | MAPS (Multinational Account Placement system) | MAPS (Multinational Account Placement system) | MS Access | Preferred-Primary | 2010 | Leverage |
| CCI | MAPS (Multinational Account Placement system) | MAPS (Multinational Account Placement system) | Toplink | Preferred-Alternate | Smalltalk 4.02 | Eliminate |
| CCI | MAPS (Multinational Account Placement system) | MAPS (Multinational Account Placement system) | VisualAge Smalltalk | Retire-Obsolete | 8.x | Eliminate |
| CCI | MAPS (Multinational Account Placement system) | MAPS (Multinational Account Placement system) | Websphere Process Server | Preferred-Primary | 7.x | Run Off |
| CCI | MAPS (Multinational Account Placement system) | MAPS (Multinational Account Placement system) | Windows OS Server | Preferred-Primary | 2003 | Run Off |
| CCI | MAPS (Multinational Account Placement system) | MAPS (Multinational Account Placement system) | Word | Preferred-Primary | 2010 | Leverage |
| CCI | MAPS (Multinational Account Placement system) | MAPS Reporting | Acrobat Distiller | Preferred-Primary | 10.x | Leverage |
| CCI | MAPS (Multinational Account Placement system) | MAPS Reporting | DameWare | Preferred-Alternate | 6.x | Run Off |

| | | | | | | |
|---|---|---|---|---|---|---|
| CCI | XDOX | CDPC (Commercial Lines Document Processing Component) | Word | Preferred-Primary | 2010 | Leverage |
| CCI | XDOX | CDPC (Commercial Lines Document Processing Component) | XML Spy | Preferred-Primary | Professional | Leverage |
| CCI | XDOX | XDOX | .Net Framework | Preferred-Primary | 1.1 | Run Off |
| CCI | XDOX | XDOX | Visual Source Safe | Retire-Non-Strategic | 6.0 | Eliminate |
| CCI | XDOX | XDOX | Visual Studio | Preferred-Primary | 2003 | Eliminate |
| CCI | XDOX | XDOX | Windows OS Desktop | Preferred-Primary | 7 SP1 | Leverage |
| CCI | XDOX | XDOX | Word | Preferred-Primary | 2010 | Leverage |
| CCI | XDOX | XDOX | XML Spy | Preferred-Primary | Professional | Leverage |
| Claim IT | CIS Claims | CIS (Claims) | .Net Framework | Preferred-Primary | 2.x | Run Off |
| Claim IT | CIS Claims | CIS (Claims) | AIX | Preferred-Primary | 7.1 | Leverage |
| Claim IT | CIS Claims | CIS (Claims) | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| Claim IT | CIS Claims | CIS (Claims) | Citrix XenApp | Preferred-Alternate | 6.x | Leverage |
| Claim IT | CIS Claims | CIS (Claims) | Crystal Reports | Contained-Niche | 10.0 | Eliminate |
| Claim IT | CIS Claims | CIS (Claims) | Excel | Preferred-Primary | 2010 | Leverage |
| Claim IT | CIS Claims | CIS (Claims) | Informix | Contained-Declining | 11.x | Run Off |
| Claim IT | CIS Claims | CIS (Claims) | Internet Explorer | Preferred-Primary | 11 | Leverage |
| Claim IT | CIS Claims | CIS (Claims) | Rational Application Developer | Preferred-Primary | 8.x | Run Off |
| Claim IT | CIS Claims | CIS (Claims) | Rational ClearCase | Preferred-Alternate | LT7 | Run Off |
| Claim IT | CIS Claims | CIS (Claims) | Toplink | Preferred-Alternate | 3.5 | Eliminate |
| Claim IT | CIS Claims | CIS (Claims) | Visual Studio | Preferred-Primary | 2005 | Eliminate |
| Claim IT | CIS Claims | CIS (Claims) | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| Claim IT | CIS Claims | CIS (Claims) | WebSphere MQ Client | Preferred-Primary | 7.1 | Leverage |
| Claim IT | CIS Claims | CIS (Claims) | Windows OS Desktop | Preferred-Primary | 7 SP1 | Leverage |
| Claim IT | CIS Claims | CIS (Claims) | Word | Preferred-Primary | 2010 | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | Abend Aid | Preferred-Primary | 12.x | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | Abend Aid for CICS | Preferred-Primary | 11.x | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | Corporate Tables (E1T) | Preferred-Primary | unknown | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | CICS TS FOR Z/OS | Preferred-Primary | 3.2 | Run Off |
| Claim IT | Claim Agent/Insured Services | Agent EDI | COBOL | Preferred-Primary | 4.x | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | File-AID/DB2 | Preferred-Primary | 6.x | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | File-AID/MVS | Preferred-Primary | 9.x | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | Hummingbird HostExplorer | Preferred-Primary | 14 | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | IMS/DB | Contained-Declining | 13.1 | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | ISPF | Preferred-Primary | 6.x | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | JCL | Preferred-Primary | z/os | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | Panvalet | Preferred-Primary | 14.x | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | QuickRef | Preferred-Primary | 7.x | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | RACF | Preferred-Primary | 1.13 | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | REXX | Preferred-Alternate | z/os | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | Strobe | Preferred-Primary | 4.x | Leverage |
| Claim IT | Claim Agent/Insured Services | Agent EDI | Syncsort | Preferred-Primary | 2.1.x | Leverage |

| | | | | | | |
|---|---|---|---|---|---|---|
| CSI | CSI eXPRESS | Automated Endorsement Request (AER) | Rational Application Developer | Preferred-Primary | 8.x | Run Off |
| CSI | CSI eXPRESS | Automated Endorsement Request (AER) | Toplink | Preferred-Alternate | 10g | Leverage |
| CSI | CSI eXPRESS | Automated Endorsement Request (AER) | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| CSI | CSI eXPRESS | Automated Print System (APS) | .Net Framework | Preferred-Primary | 2.x | Run Off |
| CSI | CSI eXPRESS | Automated Print System (APS) | Acrobat Distiller | Preferred-Primary | 10.x | Leverage |
| CSI | CSI eXPRESS | Automated Print System (APS) | Acrobat Standard | Preferred-Primary | 10.x | Leverage |
| CSI | CSI eXPRESS | Automated Print System (APS) | Acrobat SDK | Preferred-Alternate | 4 | Eliminate |
| CSI | CSI eXPRESS | Automated Print System (APS) | AIX | Preferred-Primary | 7.1 | Leverage |
| CSI | CSI eXPRESS | Automated Print System (APS) | Crystal Reports | Contained-Niche | 10.0 | Eliminate |
| CSI | CSI eXPRESS | Automated Print System (APS) | Informix | Contained-Declining | 11.x | Run Off |
| CSI | CSI eXPRESS | Automated Print System (APS) | Rational ClearCase | Preferred-Alternate | LT7 | Run Off |
| CSI | CSI eXPRESS | Automated Print System (APS) | Visual Studio | Preferred-Primary | 2005 | Eliminate |
| CSI | CSI eXPRESS | Automated Print System (APS) | Windows OS Desktop | Preferred-Primary | 7 SP1 | Leverage |
| CSI | CSI eXPRESS | Automated Print System (APS) | Word | Preferred-Primary | 2010 | Leverage |
| CSI | CSI eXPRESS | Automated Print System (APS) | 3270-PC file transfer program | Preferred-Primary | z/os | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | .Net Framework | Preferred-Primary | 2.x | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS | Acrobat Distiller | Preferred-Primary | 10.x | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | Acrobat Standard | Preferred-Primary | 10.x | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | Ant | Preferred-Primary | 1.x | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | Citrix XenApp | Preferred-Alternate | 6.x | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | Corporate Tables (E1T) | Preferred-Primary | unknown | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | Crystal Reports | Contained-Niche | 10.0 | Eliminate |
| CSI | CSI eXPRESS | CSI eXPRESS | Domino SMTP Mail Server | Retire-Non-Strategic | 8.5x | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS | Excel | Preferred-Primary | 2010 | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | Informix | Contained-Declining | 11.x | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS | Internet Explorer | Preferred-Primary | 11 | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | Junit | Preferred-Primary | 4.x | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | JDK | Preferred-Primary | 1.6.x | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS | Nunit | Preferred-Primary | 2.6.x | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | Performance Center | Preferred-Primary | 11.5 | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | Rational Application Developer | Preferred-Primary | 8.x | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS | Rational ClearCase | Preferred-Alternate | LT7 | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS | RACF | Preferred-Primary | 1.13 | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | SUSE Linux Enterprise Server | Preferred-Primary | 11.x | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | TestDriven.Net | Preferred-Primary | 2.x | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS | Toplink | Preferred-Alternate | 10g | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | Visual Studio | Preferred-Primary | 2005 | Eliminate |
| CSI | CSI eXPRESS | CSI eXPRESS | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS | Websphere Process Server | Preferred-Primary | 7.x | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS | WebSphere Integration Developer (WID) | Preferred-Primary | 7.0 | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS | WebSphere MQ Client | Preferred-Primary | 7.1 | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS | Windows OS Desktop | Preferred-Primary | 7 SP1 | Leverage |

| CSI | CSI eXPRESS | CSI eXPRESS | Word | Preferred-Primary | 2010 | Leverage |
|---|---|---|---|---|---|---|
| CSI | CSI eXPRESS | CSI eXPRESS | Word Interop Assemblies | Preferred-Alternate | 10 | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Rating | Castor | Contained-Niche | 1.x | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Rating | Duck Creek Author | Preferred-Alternate | 3.5 | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Rating | Duck Creek Server | Preferred-Alternate | 3.5 | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Rating | Informix | Contained-Declining | 11.x | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS Rating | JavaScript | Preferred-Primary | 1.x | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Rating | Junit | Preferred-Primary | 4.x | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Rating | JDK | Preferred-Primary | 1.6.x | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS Rating | JSP | Preferred-Alternate | 2.x | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Rating | Rational Application Developer | Preferred-Primary | 8.x | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS Rating | Rational ClearCase | Preferred-Alternate | LT7 | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS Rating | SUSE Linux Enterprise Server | Preferred-Primary | 11.x | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Rating | Toplink | Preferred-Alternate | 10g | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Rating | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal Rules Maintenance Center | Ant | Preferred-Primary | 1.x | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal Rules Maintenance Center | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal Rules Maintenance Center | DB2 LUW | Contained-Declining | 9.x | Eliminate |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal Rules Maintenance Center | Informix | Contained-Declining | 11.x | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal Rules Maintenance Center | Internet Explorer | Preferred-Primary | 11 | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal Rules Maintenance Center | JDK | Preferred-Primary | 1.6.x | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal Rules Maintenance Center | Rational Application Developer | Preferred-Primary | 8.x | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal Rules Maintenance Center | Rational ClearCase | Preferred-Alternate | LT7 | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal Rules Maintenance Center | SUSE Linux Enterprise Server | Preferred-Primary | 11.x | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal Rules Maintenance Center | Toplink | Preferred-Alternate | 10g | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal Rules Maintenance Center | Visual Studio | Preferred-Primary | 2005 | Eliminate |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal Rules Maintenance Center | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal Rules Maintenance Center | WebSphere MQ Client | Preferred-Primary | 7.1 | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal What If Simulation Tool | Ant | Preferred-Primary | 1.x | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal What If Simulation Tool | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| CSI | CSI eXPRESS | CSI eXPRESS Renewal What If Simulation Tool | DB2 LUW | Contained-Declining | 9.x | Eliminate |

P-0156-013

| | | | | | | |
|---|---|---|---|---|---|---|
| CSI | DecisionPoint | DecisionPoint | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| CSI | DecisionPoint | DecisionPoint | DB2 LUW | Contained-Declining | 9.x | Eliminate |
| CSI | DecisionPoint | DecisionPoint | GetAccess | Preferred-Primary | 8.1 | Leverage |
| CSI | DecisionPoint | DecisionPoint | Informix | Contained-Declining | 11.x | Run Off |
| CSI | DecisionPoint | DecisionPoint | Internet Explorer | Preferred-Primary | 11 | Leverage |
| CSI | DecisionPoint | DecisionPoint | JavaScript | Preferred-Primary | 1.x | Leverage |
| CSI | DecisionPoint | DecisionPoint | Rational Application Developer | Preferred-Primary | 8.x | Run Off |
| CSI | DecisionPoint | DecisionPoint | Rational ClearCase | Preferred-Alternate | LT7 | Run Off |
| CSI | DecisionPoint | DecisionPoint | SUSE Linux Enterprise Server | Preferred-Primary | 11.x | Leverage |
| CSI | DecisionPoint | DecisionPoint | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| CSI | DFI Reporting | DFI BenchMarking | Corporate Tables (TOT) | Contained-Declining | unknown | Run Off |
| CSI | DFI Reporting | DFI BenchMarking | COBOL | Preferred-Primary | 4.x | Leverage |
| CSI | DFI Reporting | DFI BenchMarking | File-AID/DB2 | Preferred-Primary | 6.x | Leverage |
| CSI | DFI Reporting | DFI BenchMarking | File-AID/MVS | Preferred-Primary | 9.x | Leverage |
| CSI | DFI Reporting | DFI BenchMarking | FOCUS | Preferred-Primary | 7.6.x | Leverage |
| CSI | DFI Reporting | DFI BenchMarking | IMS/DB | Contained-Declining | 13.1 | Leverage |
| CSI | DFI Reporting | DFI BenchMarking | ISPF | Preferred-Primary | 6.x | Leverage |
| CSI | DFI Reporting | DFI BenchMarking | Outbound | Preferred-Primary | 6 | Leverage |
| CSI | DFI Reporting | DFI BenchMarking | Panvalet | Preferred-Primary | 14.x | Leverage |
| CSI | DFI Reporting | DFI BenchMarking | RACF | Preferred-Primary | 1.13 | Leverage |
| CSI | DFI Reporting | DFI BenchMarking | RAND | Retire-Non-Strategic | unknown | Leverage |
| CSI | DFI Reporting | DFI BenchMarking | Telon | Contained-Declining | 2.4 | Leverage |
| CSI | DFI Reporting | DFI BenchMarking | TMF | Retire-Obsolete | unknown | Run Off |
| CSI | DFI Reporting | DFI BenchMarking | WebFOCUS | Preferred-Primary | 7.7.x | Run Off |
| CSI | DFI Reporting | DFI BenchMarking | WebSphere MQServer | Preferred-Primary | 7.x | Run Off |
| CSI | DFI Reporting | DFI BenchMarking | ZEKE | Preferred-Primary | 6.1 | Leverage |
| CSI | DFI Reporting | DFI Monthly/Quarterly reports | Abend Aid | Preferred-Primary | 12.x | Leverage |
| CSI | DFI Reporting | DFI Monthly/Quarterly reports | Corporate Tables (E1T) | Preferred-Primary | unknown | Leverage |
| CSI | DFI Reporting | DFI Monthly/Quarterly reports | DB2 LUW | Contained-Declining | 9.x | Eliminate |
| CSI | DFI Reporting | DFI Monthly/Quarterly reports | Excel | Preferred-Primary | 2010 | Leverage |
| CSI | DFI Reporting | DFI Monthly/Quarterly reports | FOCUS | Preferred-Primary | 7.6.x | Leverage |
| CSI | DFI Reporting | DFI Monthly/Quarterly reports | Internet Explorer | Preferred-Primary | 11 | Leverage |
| CSI | DFI Reporting | DFI Monthly/Quarterly reports | ISPF | Preferred-Primary | 6.x | Leverage |
| CSI | DFI Reporting | DFI Monthly/Quarterly reports | MS Access | Preferred-Primary | 2010 | Leverage |
| CSI | DFI Reporting | DFI Monthly/Quarterly reports | Outbound | Preferred-Primary | 6 | Leverage |
| CSI | DFI Reporting | DFI Monthly/Quarterly reports | RACF | Preferred-Primary | 1.13 | Leverage |
| CSI | DFI Reporting | DFI Monthly/Quarterly reports | TSO | Preferred-Primary | z/os | Leverage |
| CSI | DFI Reporting | DFI Monthly/Quarterly reports | VFE | Contained-Niche | 7.1 | Leverage |
| CSI | DFI Reporting | DFI Monthly/Quarterly reports | Word | Preferred-Primary | 2010 | Leverage |
| CSI | DFI Reporting | DFI Monthly/Quarterly reports | ZEKE | Preferred-Primary | 6.1 | Leverage |
| CSI | DFI Reporting | DFI Monthly/Quarterly reports | 3270-PC file transfer program | Preferred-Primary | z/os | Leverage |
| CSI | Exr - Professional Liability | EXR Inquiry | DB2 LUW | Contained-Declining | 9.x | Eliminate |
| CSI | Exr - Professional Liability | EXR Inquiry | Excel | Preferred-Primary | 2010 | Leverage |

12

| | | | | | | |
|---|---|---|---|---|---|---|
| CSI | Marketing Web Station | MWS (Marketing Web Station) | DB2 Utilities Suite | Preferred-Primary | 8.x | Leverage |
| CSI | Marketing Web Station | MWS (Marketing Web Station) | File-AID/DB2 | Preferred-Primary | 6.x | Leverage |
| CSI | Marketing Web Station | MWS (Marketing Web Station) | File-AID/MVS | Preferred-Primary | 9.x | Leverage |
| CSI | Marketing Web Station | MWS (Marketing Web Station) | FOCUS | Preferred-Primary | 7.6.x | Leverage |
| CSI | Marketing Web Station | MWS (Marketing Web Station) | Tables/AS (Application Systems) | Retire-Non-Strategic | 5.1 | Leverage |
| CSI | Marketing Web Station | MWS (Marketing Web Station) | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| CSI | Marketing Web Station | MWS (Marketing Web Station) | WebFOCUS | Preferred-Primary | 7.7.x | Run Off |
| CSI | Marketing Web Station | MWS (Marketing Web Station) | XPEDITER/TSO | Preferred-Primary | 9.x | Leverage |
| CSI | Marketing Web Station | MWS (Marketing Web Station) | ZEKE | Preferred-Primary | 6.1 | Leverage |
| CSI | My Loss Scenario | My Loss Scenarios | .Net Framework | Preferred-Primary | 2.x | Run Off |
| CSI | My Loss Scenario | My Loss Scenarios | GetAccess | Preferred-Primary | 8.1 | Leverage |
| CSI | My Loss Scenario | My Loss Scenarios | Internet Explorer | Preferred-Primary | 11 | Leverage |
| CSI | My Loss Scenario | My Loss Scenarios | SQL Server | Preferred-Alternate | 2008 | Eliminate |
| CSI | My Risk Analyzer | My Risk Analyzer | .Net Framework | Preferred-Primary | 2.x | Run Off |
| CSI | My Risk Analyzer | My Risk Analyzer | GetAccess | Preferred-Primary | 8.1 | Leverage |
| CSI | My Risk Analyzer | My Risk Analyzer | Internet Explorer | Preferred-Primary | 11 | Leverage |
| CSI | My Risk Analyzer | My Risk Analyzer | SQL Server | Preferred-Alternate | 2008 | Eliminate |
| CSI | Profitability Indicator | CSI eXPRESS PI | .Net Framework | Preferred-Primary | 2.x | Run Off |
| CSI | Profitability Indicator | CSI eXPRESS PI | Ant | Preferred-Primary | 1.x | Leverage |
| CSI | Profitability Indicator | CSI eXPRESS PI | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| CSI | Profitability Indicator | CSI eXPRESS PI | DB2 LUW | Contained-Declining | 9.x | Eliminate |
| CSI | Profitability Indicator | CSI eXPRESS PI | Informatica PowerCenter | Preferred-Primary | 9.x | Leverage |
| CSI | Profitability Indicator | CSI eXPRESS PI | Informix | Contained-Declining | 11.x | Run Off |
| CSI | Profitability Indicator | CSI eXPRESS PI | JavaScript | Preferred-Primary | 1.x | Leverage |
| CSI | Profitability Indicator | CSI eXPRESS PI | JDK | Preferred-Primary | 1.6.x | Run Off |
| CSI | Profitability Indicator | CSI eXPRESS PI | JSP | Preferred-Alternate | 2.x | Leverage |
| CSI | Profitability Indicator | CSI eXPRESS PI | Rational Application Developer | Preferred-Primary | 8.x | Run Off |
| CSI | Profitability Indicator | CSI eXPRESS PI | Rational ClearCase | Preferred-Alternate | LT7 | Run Off |
| CSI | Profitability Indicator | CSI eXPRESS PI | Rational ClearQuest | Preferred-Alternate | 7.x | Run Off |
| CSI | Profitability Indicator | CSI eXPRESS PI | SUSE Linux Enterprise Server | Preferred-Primary | 11.x | Leverage |
| CSI | Profitability Indicator | CSI eXPRESS PI | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| CSI | Profitability Indicator | CSI eXPRESS PI | Websphere Process Server | Preferred-Primary | 7.x | Run Off |
| CSI | Profitability Indicator | DBR - Defined Run Book | Domino SMTP Mail Server | Retire-Non-Strategic | 8.5x | Run Off |
| CSI | Profitability Indicator | DBR - Defined Run Book | Internet Explorer | Preferred-Primary | 11 | Leverage |
| CSI | Profitability Indicator | DBR - Defined Run Book | JSF | Preferred-Primary | 1.x | Eliminate |
| CSI | Profitability Indicator | DBR - Defined Run Book | PMF | Preferred-Primary | 1.x | Leverage |
| CSI | Profitability Indicator | DBR - Defined Run Book | Rational Application Developer | Preferred-Primary | 7.x | Eliminate |
| CSI | Profitability Indicator | DBR - Defined Run Book | SQL Server | Preferred-Alternate | 2005 | Eliminate |
| CSI | Profitability Indicator | DBR - Defined Run Book | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| CSI | Prospecting | BI/CPSS GPRD (Generic Prospect Reporting System) | Acrobat Reader | Preferred-Primary | 8 | Eliminate |
| CSI | Prospecting | BI/CPSS GPRD (Generic Prospect Reporting System) | Cognos Framework Manager | Preferred-Primary | 10.1 | Run Off |

13.

| | | | | | | |
|---|---|---|---|---|---|---|
| EUZ | EMIR | EMIR | | Cognos PowerPlay Studio | Contained-Declining | 10.1 | Run Off |
| EUZ | EMIR | EMIR | | Cognos Report Studio | Preferred-Primary | 10.1 | Run Off |
| EUZ | EMIR | EMIR | | Excel | Preferred-Primary | 2010 | Leverage |
| EUZ | EMIR | EMIR | | Informatica PowerCenter | Preferred-Primary | 9.x | Leverage |
| EUZ | EMIR | EMIR | | Internet Explorer | Preferred-Primary | 11 | Leverage |
| EUZ | EMIR | EMIR | | Oracle Client | Preferred-Primary | 11g | Run Off |
| EUZ | EMIR | EMIR | | Oracle Database | Preferred-Primary | 11g | Run Off |
| EUZ | EMIR | EMIR | | Performance Center | Preferred-Primary | 11.5 | Leverage |
| EUZ | EMIR | EMIR | | Quality Center | Preferred-Primary | 11 | Leverage |
| EUZ | EMIR | EMIR | | Subversion | Contained-Niche | 1.8.x | Run Off |
| EUZ | EMIR | EMIR | | Tortoise SVN | Contained-Niche | 1.8 x | Leverage |
| EUZ | EUZ IRIS | EUZ IRIS | | AS400 / iSeries | Contained-Niche | 6.x | Leverage |
| EUZ | EUZ IRIS | EUZ IRIS | | Excel | Preferred-Primary | 2010 | Leverage |
| EUZ | EUZ IRIS | EUZ IRIS | | Internet Explorer | Preferred-Primary | 11 | Leverage |
| EUZ | EZER | EZER | | Ant | Preferred-Primary | 1.x | Leverage |
| EUZ | EZER | EZER | | Apache Commons | Preferred-Primary | 9 | Leverage |
| EUZ | EZER | EZER | | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| EUZ | EZER | EZER | | Corporate Tables (E1T) | Preferred-Primary | unknown | Leverage |
| EUZ | EZER | EZER | | Direct Web Remoting | Contained-Niche | 2.x | Run Off |
| EUZ | EZER | EZER | | Domino SMTP Mail Server | Retire-Non-Strategic | 8.5x | Run Off |
| EUZ | EZER | EZER | | Easy PDF SDK | Contained-Niche | 7.x | Leverage |
| EUZ | EZER | EZER | | Eclipse IDE | Contained-Niche | 3.x | Run Off |
| EUZ | EZER | EZER | | Eclipse SWT Library | Contained-Niche | 3.2 | Run Off |
| EUZ | EZER | EZER | | EclipseLink | Contained-Niche | 2.x | Run Off |
| EUZ | EZER | EZER | | Excel | Preferred-Primary | 2010 | Leverage |
| EUZ | EZER | EZER | | GetAccess | Preferred-Primary | 8.1 | Leverage |
| EUZ | EZER | EZER | | Internet Explorer | Preferred-Primary | 11 | Leverage |
| EUZ | EZER | EZER | | JAX-WS | Preferred-Primary | 2.x | Leverage |
| EUZ | EZER | EZER | | JAXB | Preferred-Primary | 2.x | Leverage |
| EUZ | EZER | EZER | | JDK | Preferred-Primary | 1.7.x | Leverage |
| EUZ | EZER | EZER | | JDO SolarMetric Kodo | Retire-Obsolete | 4.x | Run Off |
| EUZ | EZER | EZER | | JSP | Preferred-Alternate | 2.x | Leverage |
| EUZ | EZER | EZER | | Log4J | Contained-Declining | 1.2x | Run Off |
| EUZ | EZER | EZER | | Lotus Notes Client 8 (standard) | Retire-Non-Strategic | 8.x | Run Off |
| EUZ | EZER | EZER | | LDAP | Preferred-Primary | 7.x | Leverage |
| EUZ | EZER | EZER | | Maven | Preferred-Alternate | 3.x | Leverage |
| EUZ | EZER | EZER | | Oracle Client | Preferred-Primary | 11g | Run Off |
| EUZ | EZER | EZER | | Oracle Database | Preferred-Primary | 11g | Run Off |
| EUZ | EZER | EZER | | Postcode Anywhere | Contained-Niche | Enterprise | Leverage |
| EUZ | EZER | EZER | | Powerbuilder | Retire-Obsolete | 12.x | Run Off |
| EUZ | EZER | EZER | | Prince XML | Contained-Niche | 5.1 | Run Off |
| EUZ | EZER | EZER | | Quality Center | Preferred-Primary | 11 | Leverage |
| EUZ | EZER | EZER | | Quick Test Pro | Preferred-Primary | 11 | Run Off |

14

| | | | | | | |
|---|---|---|---|---|---|---|
| Surety | Surety BluPrint System | BluPrint on-line | KnowledgeSync | Contained-Niche | 2000.8x | Leverage |
| Surety | Surety BluPrint System | BluPrint on-line | LinkPoint Connect | Preferred-Primary | 5.x | Leverage |
| Surety | Surety BluPrint System | BluPrint on-line | MS Access | Preferred-Primary | 2010 | Leverage |
| Surety | Surety BluPrint System | BluPrint on-line | Oracle Client | Preferred-Primary | 11g | Run Off |
| Surety | Surety BluPrint System | BluPrint on-line | Oracle Database | Preferred-Primary | 11g | Run Off |
| Surety | Surety BluPrint System | BluPrint on-line | Paribus | Contained-Niche | 1.x | Leverage |
| Surety | Surety BluPrint System | BluPrint on-line | Saleslogix Administrator | Contained-Niche | 8.x | Leverage |
| Surety | Surety BluPrint System | BluPrint on-line | Saleslogix Architect | Contained-Niche | 8.x | Leverage |
| Surety | Surety BluPrint System | BluPrint on-line | Scribe Workbench | Contained-Niche | 7.6 | Leverage |
| Surety | Surety BluPrint System | BluPrint on-line | SQL Server | Preferred-Alternate | 2008 | Eliminate |
| Surety | Surety BluPrint System | BluPrint on-line | Visual Studio | Preferred-Primary | 2008 | Run Off |
| Surety | Surety BluPrint System | BluPrint on-line | Windows OS Server | Preferred-Primary | 2008 | Run Off |
| Surety | Surety BluPrint System | BluPrint staging load / batch | COBOL | Preferred-Primary | 4.x | Leverage |
| Surety | Surety BluPrint System | BluPrint staging load / batch | DB2 LUW | Contained-Declining | 9.x | Eliminate |
| Surety | Surety BluPrint System | BluPrint staging load / batch | WebSphere MQServer | Preferred-Primary | 7.x | Run Off |
| Surety | Surety BluPrint System | BluPrint staging load / batch | XPEDITER/TSO | Preferred-Primary | 9.x | Leverage |
| Surety | Surety BluPrint System | BluPrint staging load / batch | Z/OS | Preferred-Primary | 1.13 | Leverage |
| Surety | Surety BluPrint System | BluPrint staging load / batch | ZEKE | Preferred-Primary | 6.1 | Leverage |
| Surety | Surety Calculator | Calculator | Lotus Notes Client 8 (standard) | Retire-Non-Strategic | 8.x | Run Off |
| Surety | Surety Calculator | Calculator | MS Access | Preferred-Primary | 2010 | Leverage |
| Surety | Surety Calculator | Calculator | Word | Preferred-Primary | 2010 | Leverage |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | Adobe PDF Library | Preferred-Alternate | 9.x | Eliminate |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | CICS TS FOR Z/OS | Preferred-Primary | 5.2 | Leverage |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | COBOL | Preferred-Primary | 4.x | Leverage |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | CVS | Contained-Niche | 1.x | Leverage |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | DB2/ZOS | Preferred-Primary | 10 | Run Off |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | Internet Explorer | Preferred-Primary | 11 | Leverage |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | IMS/DB | Contained-Declining | 13.1 | Leverage |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | JDK | Preferred-Primary | 1.6.x | Run Off |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | JPA | Preferred-Primary | 2.x | Leverage |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | JSF | Preferred-Primary | 1.x | Eliminate |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | LDAP | Preferred-Primary | 7.x | Leverage |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | Metastorm BPM | Retire-Non-Strategic | 9.x | Run Off |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | Rational Application Developer | Preferred-Primary | 8.x | Run Off |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | WebSphere MQServer | Preferred-Primary | 7.x | Run Off |
| Surety | Surety Cornerstone | Surety Cornerstone Bond Services | ZEKE | Preferred-Primary | 6.1 | Leverage |
| Surety | Surety Electronic Bond Filing | Surety Electronic Bond Filing | Adobe PDF Library | Preferred-Alternate | 9.x | Eliminate |
| Surety | Surety Electronic Bond Filing | Surety Electronic Bond Filing | LDAP | Preferred-Primary | 7.x | Leverage |
| Surety | Surety Electronic Bond Filing | Surety Electronic Bond Filing | Rational Application Developer | Preferred-Primary | 8.x | Run Off |
| Surety | Surety Electronic Bond Filing | Surety Electronic Bond Filing | Websphere Application Server (WAS) | Preferred-Primary | 7.0 | Run Off |
| Surety | Surety Electronic Bond Filing | Surety Electronic Bond Filing | Xythos/WebDav | Preferred-Primary | 7.2.x | Leverage |