# EXHIBIT 10

No image available for this record.



U.S. DIST COURT – MN
PLAINTIFF EXHIBIT
**P-1112**
Case No. 16-cv-1054-DTS

Confidential - Attorneys' Eyes Only

FICO0000197

| Case Number | Subject | Description | Case Owner | Date/Time Opened | Account Name | Installed Product: Installed Product Name | Contact Name | Contact: Email | |
|---|---|---|---|---|---|---|---|---|---|
| 00319049 | BA Blazed Advisor 7.1 to 7.3 Upgrade | Hi Product support team, Below is an issue faced by a consultant whose client is Chubb. Chubb seems to be an existing BA user. He has been struggling to upgrade the Blaze project on his own and he needs assistance with it. As quoted by the client: The problem is, I am experiencing all the project files in read only mode after importing them in Blaze Advisor 7.3. Below are the steps: I have checked out an old Blaze Advisor 7.1 project from svn repo and saved it somewhere on my C drive. Say it xyz folder. Later on after having import instructions from Jeremy, I imported the project by selecting Rule project from the import wizard, creating a new connection by pointing it to that xyz folder, and importing the Blaze project from that xyz location. At the time of importing the project... I got three options: 1. Upgrade system folder to 7.3 and checkin 2. Upgrade to 7.3 without checkin 2. Dont upgrade. I select upgrade without checking in. Now I get my every project file in read only mode. Here are the details of the lead. First Name: Shaikh Imran Last Name: Aziz Email Address: imran.aziz@dws.com.au<mailto:imran.aziz@dws.com.au> Title: IT Consultant Company: DWS Phone: +61422678419 Extension: 123 Country: Australia State: Industry: Banking - Mortgage Nature of Inquiry: Platform,FICO Products Thank you. Regards, Vrinda Raizada Lead Development Specialist Asia Pacific [cid:image013.png@01D18449.C99A80C0]<http://www.fico.com/> Office +65 64227704 Mobile +65 91517014 www.fico.com<http://www.fico.com/> [http://www.fico.com/en/ficoworld/wp-content/uploads/2015/11/FW16-signature_01.jpg]<http://www.fico.com/en/ficoworld/> [http://www.fico.com/en/ficoworld/wp-content/uploads/2015/11/FW16-signature_02.jpg]<http://www.fico.com/en/ficoworld/> | Akanksha Rajput | 03/21/2016 23:47 | Chubb & Son | Blaze Advisor - Site & Enterprise 7.0 | Shaikh Imran Aziz | imran.aziz@dws.com.au | Australia |
| 00296206 | Blaze Advisor for .NET product download question | Hello, I am trying to download .Net version of Blaze Advisor but the only product available for me to download is a Java version. Our license covers both .NET and Java versions of the product. Please let me know how .net version can be downloaded. Thanks, Henry Henry Mirolyuz Senior Systems Architect Enterprise Architecture Chubb & Son, a division of Federal Insurance Company 82 Hopmeadow Street Simsbury, CT 06070 Phone: 860-408-2428 | Cell: 860-294-6866 | hmirolyuz@chubb.com This email (which includes any attachments) is intended to be read only by the person(s) to whom it is addressed. This email may contain confidential, proprietary information and may be a confidential attorney-client communication, exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation. | Cecille Schutzmann-Barraca | 08/28/2015 13:19 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 7.2 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00266679 | Blaze advisor rules engine configuration help | Query: They would want to use the Blaze Advisor Rules Engine to configure for an insurance rating project. They would need help on configuring it. Their engineer in their company is on leave now so they need help from someone in FICO. Caller: David Gibbs Product: Blaze Advisor Rules Engine ORG: Chubb Insurance Company Location: Europe, London Phone: +44 207-956-5118 Email: davidgibbs@chubb.com | Piao Wang | 03/03/2015 1:46 | Chubb Insurance | Blaze Advisor - Deployment - Perpetual License 6.1 sp7.1 | David Gibbs | davidgibbs@chubb.com | United Kingdom |

| ID | Title | Description | Submitter | Date | Company | Product | Contact | Email | Country |
|---|---|---|---|---|---|---|---|---|---|
| 00217242 | Ruleset runtime error flagging a different ruleset. | This issue involves ruleset RS_ValidateRateModification. When we run our BrUnit test function, RS_ValidateRateModification_Ruleset_Test, we receive the following error for test case _17 : Running: RS_ValidateRateModification_17 [+] [->] com.blazesoft.engines.rules.NdEvaluationException: Evaluation error java.lang.NullPointerException while evaluating "$0.initialStateModificationsTO.size()" in ruleset RS_ValidateRateModification [+] [->] com.blazesoft.engines.rules.NdEvaluationException: Call to 'assertTrue' failed Failed: Trace log does not contain the number of rules expected while evaluating "assert().assertTrue("Failed: Trace log does not contain the number of rules expected", (aRateModificationTO.traceLog.size() = 3))" in function RS_ValidateRateModification_17 [+] [->] com.blazesoft.engines.rules.NdEvaluationException: Evaluation error java.lang.NullPointerException while evaluating "$0.initialStateModificationsTO.size()" in function RS_ValidateRateModification_17 Finished in 0.032 seconds This error directs us to the Decision table DT_ResetRule10JustificationOnEndorsement. And we discovered that it finds an issue with the SRL Template, Cond_NoRule10Endorsement. In particular it finds fault with "rateModificationTO.initialStateModificationsTO.size() > 0". If we code this as "rateModificationTO.initialStateModificationsTO <> null and rateModificationTO.initialStateModificationsTO.size() > 0" it will work successful. But the question is when running test cases for RS_ValidateRateModification why does an error get flagged for the ruleset of DT_ResetRule10JustificationOnEndorsement. These rulesets are mutually exclusive. See attachments for rule service. We are using Blaze Version 7.1.2. | Karen Yue | 04/15/2014 11:39 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 7.1.1 | Terry Sass | tsass@chubb.com | United States |
| 00217240 | Additional rule for a decision table is not executing. | This issue is in the Decision table DT_DetermineStateEligibility. For this ruleset we have an additional rule included as DT_DetermineStateEligibility_7. This rule should fire and execute each time the DT_DetermineStateEligibility ruleset is called. But in our BrUnit test case (see test case DT_DetermineStateEligibility_1) this rule does not execute. In this test case we should see _7 & _1 execute but we only will see _1 execute. Although, in our RuleFlow test case we will see _7 & _1 execute, see RF_Rule10ServiceRuleflow_3. This behavior for the BrUnit test case and the RuleFlow test case is inconsistent. See attachments for rule service. We are using Blaze Version: 7.1.2000. | Karen Yue | 04/15/2014 11:27 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 7.1.1 | Terry Sass | tsass@chubb.com | United States |
| 00206860 | How to programmatically create a workspace of BVS repository | I am looking for direction or examples on how to programmatically create a workspace of BVS repository, I looked through Blaze documentation and there are examples on how to create it by using NdRomAdminUtil utility but I could not find anything that tells me how to implement it directly in Java. The goal is to create a process which will: 1. Check if workspace exists and if not then create a workspace 2. If repository already exists then update it 3. Execute rules service Normally we deploy rules services as adb file but in this case we would like to be able do execute rules as soon as user checks-in the RMA. Please let me know if you need any additional information. | Karen Yue | 03/12/2014 12:07 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 7.1.1 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00201343 | DT instances not loading after migrating to 7.2 ] com.blazesoft.template.engine.NdValuedInstance cannot be cast to com.blazesoft.template.engine.NdInstantiationList | Hi Roger, I was able to find 6.9 version of Decision Point repository and Mark will FTP it to you later today. I also included both 6.9 and 7.1 version of the repository for a different project, ARP2. This project was converted at the same time as Decision Point and there is an issue opening the existing instances of Decision Tables. It looks similar to the original issue and hopefully will give you more information. If you open TermsAndCondsAdminDeployment project in ARP2 repository, there are 3 instance file under TermsAndCondsBuisnessLibrary. I cannot open neither of them, however if I create new instances for the same template it works fine. Please let me know if you have any question. Thanks, Henry Henry Mirolyuz ● Senior Technical Analyst ● Chubb Specialty Insurance ● Chubb Group of Insurance Companies 82 Hopmeadow Rd • Simsbury, CT 06070 • Phone:(860) 408-2428 • Cell:(860) 294-6866 • * hmirolyuz@chubb.com This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately. | Roger Price | 02/07/2014 13:28 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 7.1.1 | Mark Ruscitto | mruscitto@chubb.com | United States |
| 00200451 | Migrated DTs do not compile in 7.1.1 | Existing projects using existing code templates are generating extra quotiions around string values causing issues with the interpretation of strings as srl. this project is 3 years old and in production and compiled correctly with Blaze 6.9 we did have this issue until project was upgraded to Blaze 7.1 Please contact me Mark Ruscitto at mruscitto@chubb.com Thanks for your help | Roger Price | 01/31/2014 11:05 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 7.1.1 | Mark Ruscitto | mruscitto@chubb.com | United States |
| 00199767 | BA - Exception while checking in using CVS repository | Customer has converted the file based repo to CVS based repo and trying to check in but that is failing. | Emma Prentice | 01/24/2014 8:04 | Chubb & Son | Blaze Advisor - Site & Enterprise 7.0 | Robert Dorobis | rdorobis@chubb.com | United States |
| 00194153 | Blaze Advisor - I have CLASSPATH questions when migrating from Blaze IDE to Eclipse based IDE | The blaze rules use a caching framework that is comprised of a set of jars. In Blaze 6 and prior all the required cache jars where just added to the setenv file. When running BRUnit tests, the cache would get properly initialized. When we migrated to Blaze 7 using the Blaze perspective inside of RAD we added all of the jars to the Blaze Advisor classpath inside of RAD (window->preferences->blaze advisor). All the rules built successfully, but when we ran the BRUnit tests, the JPA implementation classes responsible for loading the cache could not be found even though we included the com.ibm.ws.jpa.thinclient_7.0.0.jar on the Blaze Advisor classpath. The solution we found for BRUnit to find the JPA implementation classes was to add the com.ibm.ws.jpa.thinclient_7.0.0.jar to the Bundle-ClassPath in the manifest.mf file located in the <RAD INSTALL>\dropins\com.fairisaac.eclipse.extensions\META-INF directory. Additionally, we also had to add the javax.persistence package to the Export-Package directory. Further, we also had to add the caching jars and export the entities in the manifest file so that the file looks as follows: Manifest-Version: 1.0 Export-Package: javax.persistence,com.chubb.pvds.cache.entities Bundle-Vendor: FICO Bundle-ActivationPolicy: lazy Bundle-ClassPath: .,com.ibm.ws.jpa.thinclient_7.0.0.jar,pvdscache_v42.jar,db2jcc.jar,db2jcc_license_cisuz.jar Bundle-Version: 7.1.0.v7503 Bundle-Name: %Bundle-Name Bundle-ManifestVersion: 2 Bundle-SymbolicName: com.fairisaac.eclipse.extensions Bundle-RequiredExecutionEnvironment: JavaSE-1.6 Questions: 1. Why couldn't the com.ibm.ws.jpa.thinclient_7.0.0.jar be found when running BRUnit tests when it was on the blaze advisor classpath inside of RAD? 2. We had to export the entities in the manifest file to resolve a class cast exception, why is that? 3. When do you need to add packages to the Export-Package line? 4. Can you please shed some light on how the 2 classpaths are used | Vidya Chava | 12/13/2013 9:03 | Chubb & Son | Blaze Advisor - Site & Enterprise 7.0 | Mark Brehm | mbrehm@chubb.com | United States |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00190723 | Inference mode unsuccessful for Decision Table | I am working with Blaze Advisor version 7.1.1001 and I have a decision table of 7 columns and 12 rows along with 5 coded SRL rules. When I run my brUnit test cases that should execute a rule from the decision table, it will only get executed when using the execution mode of Sequential. When I run in Inference (The mode we want to use) with these same brUnit test cases it ignores the decision table and only executes the one expected SRL rule. The SRL rule that is executed performs no action since the condition tested will fail as expected. There are no data changes with these rules that would impact any other rule. Inference is the project properties default setting for a Decision Table. | Rajitha Godthi | 11/20/2013 6:37 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 7.1.1 | Terry Sass | tsass@chubb.com | |
| 00189983 | Product Support - Customer Portal Registration | | Sudeepthi Behara | 11/14/2013 8:47 | Chubb & Son | FISupport FISupport | Terry Sass | tsass@chubb.com | |
| 00184166 | Client Contact is not satisfied with the product support received for FICO Network HOSTED | This is an automated message from the Vovici Customer Survey software with a request for the Support Team Manager of FICO Network HOSTED to contact one of their customers. Please open a new case for this issue under Oracle ID 7004 and assign it to the Support Team Manager of FICO Network HOSTED.  The manager needs to contact Susan Chubbs regarding the following statement: for the product support received on case number 182572 Overall you were satisfied with the service you received on this specific Case - Strongly Disagree SR Support Engineer is Ervin Pearson. Client Comments (if any) are listed below: I had a new person that needed the emails for mailbox ge9212 and rp9212 be sent to her. Currently she is getting all emails even for mailbox fd9212. This is not correct. Additional data regarding this case: Survey sent - 10/21/2013 You were able to reach support when you needed help - No Opinion You were satisfied with the initial response received when you reported this case - Agree The severity assigned to this case was appropriate based on its impact to your business - Agree Your support engineer was knowledgeable and able to assist you - Disagree The engineer assigned to your case was courteous and professional in their communications - Agree The engineer assigned to your Service Request was responsive and provided timely status updates regarding your issue - Disagree This case was resolved in an acceptable timeframe - Strongly Disagree This case was resolved to your satisfaction -  Strongly Disagree You are satisfied with our Product Support in general, beyond this specific case - Strongly Disagree Thanks, Gary Fronczak Product Support – Lead Engineer    This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately. | Burt Morrow | 10/22/2013 12:12 | Fair, Isaac | DPS (Debt Placement Service) - Perpetual ASP | Gary Fronczak | garyfronczak@fico.com | Not Chubb |
| 00182588 | Console messages from custom java provider are being suppressed. | In our projects we have several custom java providers which are used to connect to external data source. Currently all console messages which are generated by these providers seems to being suppressed by Blaze Advisor IDE which makes troubleshooting of any provider issue difficult and time consuming. In Blaze Advisor 6.9 messages were displayed in command windows. Please let me know if there is a way to enable displaying of the console messages from custom providers in Blaze IDE | Roger Price | 10/16/2013 13:56 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 7.1.1 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00173510 | Error when attempting to generate adb file from RMA | Hello, I am getting the following error when trying to generate adb file from the RMA: Failed to load the server configuration from the file 'C:\RMA\DP\rma\Risk_FFP30_Eligibility_DL\adb\dp4.server'. Could not set 'password' to a non password credentials"com.blazesoft.server.local.NdLocalServerException: Server 'C:\RMA\DP\rma\Risk_FFP30_Eligibility_DL\adb\dp4.server' on host 'CBWMJDBCPM'. Failed to load the server configuration from the file 'C:\RMA\DP\rma\Risk_FFP30_Eligibility_DL\adb\dp4.server'. Attaching log and .server files Thanks, Henry | Karen Yue | 08/20/2013 11:12 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 7.1.1 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |

| 00173136 | ClassCast Exception in Blaze 7.1 | We recently utried to upgrade from BA6.10.2 to BA 7.1. In the IDE (RAD 8.0.4), we see the following error for ALL rulesets, when I try to open a ruleset. "java.lang.ClassCastException: org.apache.xml.dtm.ref.DTMManagerDefault incompatible with org.apache.xml.dtm.DTMManager" We do not see the error in Blaze 6.10.2 with identical rules and application jars. The class that has the ClassCast exception is not in any of the application jars. We do not see | Roger Price | 08/16/2013 13:01 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 7.1.1 | Diptesh Patel | dpatel@chubb.com | United States |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 00165135 | Unable to update instances with the template changes | New value holder was added to the template. When developer opens an instance file Blaze displays the message: "The template for this file has changed, requiring the following correction" However when option "Apply those correction" is selected, nothing happens and developer is still presented with the same screen, the only way to advance to the next screen is to select "Do not apply them" | Karen Yue | 07/02/2013 12:16 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 7.1.1 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00162489 | missing IB for BA 7.1 | Fulfillment, Please create an IB for Blaze Advisor 7.1 for the client Chubb & Son so that I can link my support case with the correct IB. Thanks, Karen This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it | Sudeepthi Behara | 06/18/2013 14:27 | Fair, Isaac | FISupport FFCSupport | Jiayuan Yue | karenyue@fico.com | |
| 00162454 | Unhandled event loop exception creating a ruleset | In a new Eclipse workspace with a new simple non-versioning file repository, in a new project, the workbench throws an Unhandled event loop exception when trying to lunch the New Ruleset wizard. eclipse.buildId=M20120208-0800 java.version=1.6.0_23 java.vendor=Sun Microsystems Inc. BootLoader constants: OS=win32, ARCH=x86_64, WS=win32, NL=en_US Framework arguments: -showlocation Command-line arguments: -os win32 -ws win32 -arch x86_64 -showlocation Error Tue Jun 18 12:57:36 EDT 2013 Unhandled event loop exception java.lang.NullPointerException at com.fairisaac.eclipse.builder.integration.wizards.NdEclNewEntityWizard.bkCZyNtS(:136) at com.fairisaac.eclipse.builder.integration.wizards.NdEclNewEntityWizard.bkCZyNuT(:147) at com.fairisaac.eclipse.builder.integration.commands.NdEclNewWizardCommand.bkCZyvGL(:78) at com.fairisaac.eclipse.builder.integration.commands.NdEclNewWizardCommand.execute(:51) at org.eclipse.ui.internal.handlers.HandlerProxy.execute(HandlerProxy.java:293) at org.eclipse.core.commands.Command.executeWithChecks(Command.java:476) at org.eclipse.core.commands.ParameterizedCommand.executeWithChecks(ParameterizedCommand.java:508) at org.eclipse.ui.internal.handlers.HandlerService.executeCommand(HandlerService.java:169) at org.eclipse.ui.internal.handlers.SlaveHandlerService.executeCommand(SlaveHandlerService.java:241) at org.eclipse.ui.internal.handlers.SlaveHandlerService.executeCommand(SlaveHandlerService.java:241) at org.eclipse.ui.menus.CommandContributionItem.handleWidgetSelection | Karen Yue | 06/18/2013 10:37 | Chubb & Son | Blaze Advisor - Site & Enterprise 7.0 | Peter Davis | peterdavis@chubb.com | United States |

| 00161429 | Blaze Advisor 7.1 - Unable to access Informix database using Db provider | User is getting the following SQL exception when trying to open instance of the decision table which is using database provider for one of the value holders. *********** com.blazesoft.template.metaphor.NdMetaphorModelException: Errors were encountered while generating default value for template '/Technical Library/Risk_Common_TL/Providers/Decision Table Template1.Cell Template' Error at node 'parameter1_Equal_to.value' [0] Message text will be provided in later releases java.lang.NullPointerException java.lang.NullPointerException at com.blazesoft.template.metaphor.dectable.WjJiyCR.WjJiykN(Unknown Source) at com.blazesoft.template.metaphor.dectable.NdDecTableInstanceModel.WjJcqWH(Unknown Source) at com.blazesoft.template.metaphor.dectable.NdDecTableInstanceModel.WjJiuWC(Unknown Source) at com.blazesoft.template.metaphor.dectable.NdDecTableInstanceModel.WjJlmFBO(Unknown Source) at com.blazesoft.template.metaphor.dectable.NdDecTableInstanceModel.WjJlmFaP(Unknown Source) at com.blazesoft.template.metaphor.dectable.NdDecTableInstanceModel.setMetaphorInstance(Unknown Source) at com.blazesoft.template.metaphor.dectable.NdDecTableModelFactory.setDecTableInstance(Unknown Source) at com.blazesoft.devtools.dectable.NdDevDecTableInstanceResourceEditor.setEditedResource(Unknown Source) at com.blazesoft.devtools.rules.NdDevEditManager.WjICVZT(Unknown Source) at com.blazesoft.devtools.rules.NdDevEditManager.WjIJjkHX(Unknown Source) at com.blazesoft.devtools.rules.NdDevEditManager.WiJLiOG(Unknown | Karen Yue | 06/11/2013 13:22 | Chubb & Son | Blaze Advisor - Site & Enterprise 7.0 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
|---|---|---|---|---|---|---|---|---|---|
| 00161408 | Unable to access support site | Hello, I was trying to reset my password for the support site, however I did not received the email with the reset instructions. Please let me know how the password can be reset. My email address is hmirolyuz@chubb.com Thanks, Henry Henry Mirolyuz ● Senior Technical Analyst ● Chubb Specialty Insurance ● Chubb Group of Insurance Companies 82 Hopmeadow Rd ● Simsbury, CT 06070 ● Phone:(860) 408-2428 ● Cell:(860) 294-6866 ● * hmirolyuz@chubb.com This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately. | Aileen DeCoy | 06/11/2013 12:25 | Chubb & Son | FISupport FISupport | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00156718 | DB2 Provider errors in Blaze 7.1 | Hi Vidya. I am working with Peter Davis on Rule project migration. We are currently using DB2 providers in the coding of our templates. The connection to DB2 is not working and I receive the following error message when I try to generate a new instance of the table which uses the DB2 provider. Additionally, on existing templates the drop down does not get populated from the table and list is empty. I am attaching the snagit of the jar file class path to the DB2 drivers and the provider details. Are there any changes to how to use the DB2 providers in Advisor 7.1? Error in Advisor 71: Provider Detail: Classpath to the driver: Thanks, Amna This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately. | Vidya Chava | 05/10/2013 7:21 | Chubb & Son | Blaze Advisor - Site & Enterprise 7.0 | Amna Quraishi | aquraishi@chubb.com | United States |

| 00155063 | Error migrating Rule Project from 6.9 to 7.1 | Good Morning, I have a Rule Project in a BVS Private repository which is at version 6.9. After creating a version 7.1 CVS Repository and Workspace and importing the 6.9 project into it, I get the following error displayed on the Eclipse Problems view. The Project in the Project Explorer view is decorated with a "Red X": Description Resource Path Location Type Internal compiler error:java.lang.ClassCastException: com.blazesoft.template.repository.objects.NdPromProvider incompatible with com.blazesoft.template.repository.objects.NdPromTemplate Service Authorization Business Project [SuretyRuleRepository] Unknown Blaze Advisor Compilation Problem The complete repository contains about 20 Rule Projects but only 2 have this error. The other 18 have migrated successfully. thanks, Pete This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately. | Vidya Chava | 04/29/2013 8:52 | Chubb & Son | Blaze Advisor - Site & Enterprise 7.0 | Peter Davis | peterdavis@chubb.com | United States |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 00155061 | Requesting FICO Online Support Credentials | Good morning, Please send credentials for accessing the Online Support portal for Blaze Advisor. Chubb's Advisor Developer/Deployer Licences are: 11-1-1-0-ASKIKZHZUUCFC-3662-inf 12-1-1-0-ATSGMHH31K4ND-936-inf Thank you, Pete Davis This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately. | Sudeepthi Behara | 04/29/2013 8:48 | Chubb & Son | FISupport FISupport | Peter Davis | peterdavis@chubb.com | United States |
| 00152084 | FTS - Chubb and Son BA - request to add FICO user to existing folder | From: Welker, Irwin E Sent: Thursday, April 04, 2013 6:17 PM To: Hollick, Andrew (Andy) Cc: Mangan, Joan; Berkland, Keith Subject: FTS account setup request Hi Andy, I hope all is going well. Are you still the contact person for setting up new FTS accounts for customers and/or changing other privileges? I have two requests that have just come in today. Keith Berkland of FICO needs access to the Chubb folder (he's doing work for them) so he can upload a repository of 14MB. The Chubb folder already exists. This is for SR # 143861. Alternately, if there is a separate location Keith can upload the file to as a FICO employee, where I can see it, that would be fine, too. Keith does see the following folders when he logs in, so maybe that's sufficient for him, though I don't see any individual FICO employee folders on my side in order to download them: | Peter Watkins | 04/05/2013 0:51 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.9.1 | Irwin Welker | irwinwelker@fico.com | United States |
| 00149019 | Re: Service Request #901125 Client ID 17998 Blaze Advisor Fulfillment | I need to obtain the following Blaze Advisor Fix download. Please advise how I can proceed. Thanks Candice Merritt Sr. Programmer Analyst, Tool Support, EDI Enterprise Infrastructure Support & Services 908-903-7863 cmerritt@chubb.com | Cecille Schutzmann-Barraca | 03/07/2013 10:40 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 7.1.1 | Candice Merritt | cmerritt@chubb.com | United States |
| 00147767 | Blaze Advisor: Chubb: The RMA workspace is read-only when deployed in WebSphere v7. | Hi Please find the details of the Blaze and the deployment environment below. Client: Chubb Blaze Advisor version: 7.1 JRE version: 1.6_06 AppServer: Websphere Application Server v7.0 RMA Customizations: Yes I am currently working for Chubb, using Blaze Advisor 7.1, whose requirement is connect to multiple repositories through a single RMA. We have written a custom init repository handler to handle this case. When we deploy the EAR with this customization in WebSphere 7.1, we encounter a peculiar behavior. When a user first connects to RMA, the workspace is created properly and the user is able to perform his operations normally. However, if the WAS is restarted and the EAR redeployed, the same user is logged in read-only mode and is unable to perform any versioning operations. PFA the custom Init handler which we use to connect to the repositories. Thanks and Regards Vamsee Voleti Solution Integration Consultant - I Global Delivery Center<http://cic-consulting/sites/gdc/default.aspx> FICO (O) +91-80-41371573 (C) +91-9008066071 vamseevoleti@fico.com<mailto:vamseevoleti@fico.com> I www.fico.com<http://www.fico.com/> This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately. | Vidya Chava | 02/25/2013 4:05 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 7.0.1 | Diptesh Patel | dpatel@chubb.com | United States |

| ID | Subject | Description | Contact | Date | Account | Product | Owner | Email | Country |
|---|---|---|---|---|---|---|---|---|---|
| 00146258 | I need a Blaze Advisor version 7.1.1 IP for account Chubb & Son | Thanks, Roger Price Product Support - Lead Engineer FICO T 209.627.8766 (Pacific Time Zone) This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately. | Aileen DeCoy | 02/06/2013 16:41 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.9.1 | Roger Price | rogerprice@fico.com | |
| 00145649 | BA - Sequential Decision Tables not executing as expected. | My application is currently running Blaze 6.7 (no RMA). I migrated to v7.0 and used an automated test harness to verify that all rules behaved as they did in v6.7. I then migrated from v7.0 to v7.1.1. Automated testing uncovered 2 rule sets (Decision Tables) that are not behaving as expected. Both are defined as having an execution mode of Sequential, but in verifying the rules that executed, they are behaving as if their execution mode is RETE. What information do you need to begin your | Vidya Chava | 01/31/2013 5:30 | Chubb & Son | Blaze Advisor - Site & Enterprise 7.0 | David Deoto | ddeoto@chubb.com | United States |
| 00145497 | Product Support - Customer Portal Registration | The user name and password I used last year for Blaze support no longer work. What do I need to do to have them activated? | Chabi Anand | 01/29/2013 11:52 | Chubb & Son | FISupport FISupport | David Deoto | ddeoto@chubb.com | United States |
| 00143922 | FW: Overzicht werkorder 211-1353148577181 van 17-11-2012 | -----Original Message----- From: Beddenreus Helmond [mailto:filiaal.helmond@beddenreus.nl] Sent: Tuesday, January 15, 2013 3:38 AM To: Info@fairisaac.com Subject: FW: Overzicht werkorder 211-1353148577181 van 17-11-2012 m.v.g. Cindy van Hees Beddenreus Helmond filiaal.helmond@beddenreus.nl 0031 492 56 40 15 Nijverheidsweg 10, 5705 BN HELMOND www.beddenreus.nl   -----Oorspronkelijk bericht----- Van: noreply@ajaxchubbvarel.nl [mailto:noreply@ajaxchubbvarel.nl] Verzonden: zaterdag 17 november 2012 12:50 Aan: Beddenreus Helmond Onderwerp: Overzicht werkorder 211-1353148577181 van 17-11-2012 Geachte relatie, Bijgaand ontvangt u de werkorder van onze serviceafdeling. Wij vertrouwen er op dat alle werkzaamheden naar uw tevredenheid zijn uitgevoerd. Mocht u nog vragen hebben dan kunt u contact opnemen met de Centrale Serviceorganisatie, bereikbaar op telefoonnummer 0900-2802028 (10 eurocent p/min.) en per e-mail service@ajaxchubbvarel.nl. Het is helaas niet mogelijk om uw eventuele reactie op deze e-mail te ontvangen en beantwoorden. Indien u per e-mail wenst te communiceren kunt u bovenstaand e-mailadres hanteren. Met vriendelijke groet, Centrale Serviceorganisatie Ajax Chubb Varel This message has been scanned for malware by Websense. www.websense.com This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately. | Product Support Unclaimed Queue | 01/15/2013 13:26 | Unidentified Client | LC-Con-All | | | Not Chubb? |
| 00142651 | Blaze Advisor: Incompatible JVM error when I try to logon to 7.1 RMA in WAS | Hi I am trying to upgrade the RMA at Chubb to use Blaze Advisor 7.1. The following are the details of my environment: Blaze Advisor : 7.1.0 RAD : 8.0.4.1 WAS: 7.0.0.13 Jre : The one which is shipped with 8.0.4.1 - IBM SDK SR10. I get the following error when I try to run the web application. It tells me that the current JVM running is IBM SDK SR8. Could you please help me diagnose this problem? [cid:image001.gif@01CDEA79.2FCBA4F0] Thanks and Regards Vamsee Voleti Solution Integration Consultant - I Global Delivery Center<http://cic-consulting/sites/gdc/default.aspx> FICO (O) +91-80-41371573 (C) +91-9008066071 vamseevoleti@fico.com<mailto:vamseevoleti@fico.com> I www.fico.com<http://www.fico.com/> This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately. | Vidya Chava | 01/04/2013 9:50 | Fair, Isaac | Blaze Advisor - Deployment - Perpetual License 7.1 | Vamsee Voleti | vamseevoleti@fico.com | United States |

| 00137490 | Blaze Advisor 7.1 and IBM JRE 1.6.0 SR9 | Hello, I am on a client site (Chubb Specialty Insurance) that is using RAD 8.5 (Eclipse 6 Helios) and IBM JRE 1.6.0 SR9. After installing the BA eclipse plugin and eclipse restarts they get the below error message. The alarming part is: This Java virtual machine is not supported for use with Blaze Advisor because the implementation of java.beans.Introspector failed to pass validation. According to the BA 7.1 installation guide SR9 is not one of the supported versions however the client cannot just upgrade JVM versions since it is a corporate enterprise policy. Any recommendations? Is there a workaround? Thanks Daniel J. Gaughan Senior Consultant FICO T 708 226 9937 C 708 606 9814 DanGaughan@fico.com<mailto:DanGaughan@fico.com> www.fico.com<../docs/fico/www.fico.com> From: hmirolyuz@chubb.com [mailto:hmirolyuz@chubb.com] Sent: Wednesday, November 14, 2012 2:39 PM To: Gaughan, Daniel John (Dan) Subject: IBM JDK Issue An internal error occurred during: "Loading the connection for the Blaze Advisor Admin Repository.". Failed loading repository configuration from 'C:\Blaze\Advisor71\lib\Admin Repository\com_blazesoft_repository_config.cfg'. This Java virtual machine is not supported for use with Blaze Advisor because the implementation of java.beans.Introspector failed to pass validation. Contact Blaze Advisor technical support for information about alternative supported versions of this Java virtual machine. The current Java virtual machine vendor is IBM Corporation and its version is 1.6.0. Java virtual machine detailed version information: JRE 1.6.0 IBM J9 2.4 Windows 7 x86-32 jvmwi3260sr9-20110726_87724 (JIT enabled, AOT enabled) J9VM - 20110726_087724 JIT - r9_20101028_17488ifx17 GC - 20101027_AA [cid:_1_0D9A9C200D9A95F800715D9085257AB6] This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately | Igor Maler | 11/14/2012 12:55 | Fair, Isaac | Blaze Advisor - Site & Enterprise 7.0 | Dan Gaughan | dangaughan@fico.com | United States |
| 00134136 | CHUBB: Error while opening the Blaze perspective in RAD | Hi Please find below the information regarding the issue I am facing. Client : CHUBB Environment : Blaze Advisor 7.1, Java Version - 1.6, RAD IDE Description : I have installed Blaze Advisor 7.1 as a plugin in RAD. When I try to open the Blaze perspective to connect to my repository, I get the following error. problems opening perspective com.fairisaac.eclipse.advisorPerspective I have tried uninstalling and installing the plugin but the same problem persists. Thanks and Regards Vamsee Voleti Solution Integration Consultant - I Global Delivery Center<http://cic-consulting/sites/gdc/default.aspx> FICO (O) +91-80-41371573 (C) +91-9008066071 vamseevoleti@fico.com<mailto:vamseevoleti@fico.com> I www.fico.com<http://www.fico.com/> This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately. | Rajitha Godthi | 10/11/2012 8:12 | Chubb & Son | Blaze Advisor - Site & Enterprise 7.0 | Vamsee Voleti | vamseevoleti@fico.com | United States |
| 00133173 | Fulfillment: Blaze Advisor 7.1 for Chubb & Son | FICO Fulfillment: Please make Blaze Advisor 7.1 available for download by Henry Mirolyuz and Diptesh Patel from Chubb & Son. Thank you! Mike Sawyer Client Partner - Insurance & Healthcare FICO Boston, MA T 617 589 4651 C 617 401 1380 mikesawyer@fico.com<mailto:mikesawyer@fico.com> www.fico.com<http://www.fico.com> This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received | Cecille Schutzmann-Barraca | 10/03/2012 8:18 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 7.0.1 | Michael L (Mike) Sawyer | mikesawyer@fico.com | United States |

| 00131871 | BA - Display format of the decision table is not getting resolved properly | Hi Team, Client: Chubb Environment: Blaze Advisor 6.10 Java version, Issue : The display format in the decision table is not getting resolved when the value holder has count as "1 or more". Description Step1: create a single axis decision table with condition column as some integer property and add some action column. Step2: Go to the >= code template(auto-generated) of the decision table. In the display format of this code template a hardcoded symbol ">=" is present as a prefix to the placeholder. It will look like this [cid:image001.png@01CD9803.890F2F50] Step3: Generate the instance of the Decision Table. Add some value for this code template. It will look like this [cid:image002.png@01CD9803.890F2F50] Please notice the symbol appearing before the value entered. Step5: Got to the same code template and change the count of the value holder to "1 or more". And also put a loop in the SRL content to avoid any compilation error. It will look like this [cid:image003.png@01CD9803.B7CFB8A0] Now again generate the instance of the table and add some value for the >= code template. It will look something like this. [cid:image004.png@01CD9804.60E69DF0] NOTICE that there is no symbol before the values entered. The symbol should at least come for the first value entered. Now this can very well create a confusion in the mind of the user that the value is compared with which operator. Please note that none of the html tags gets resolved in this case.(case of "1 or more") Please let me know how can this issue be resolved. Thanks, Abhinav Ranjan Solution Integration-Consultant I abhinavranjan@fico.com<mailto:abhinavranjan@fico.com> Work-+91-80-413-71887 Global Deilvery Centre This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately. | Emma Prentice | 09/21/2012 1:55 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.10.2 | Abhinav Ranjan | abhinavranjan@fico.com | |
| 00131543 | MB7.3 Scorecard Disabled | Hello, After trying to generate population stability for a demonstration for Chubb. To do that, I want to build a quick scorecard. Now, in 7.3, regardless of the dataset that I select, I get the screen below. License keys look good through Dec. Any ideas? [cid:image001.png@01CD9644.D0DF2580] Mac Belniak Principal Consultant - Model Builder 847.873.3633 This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received | Nhieu Lam | 09/19/2012 7:01 | Fair, Isaac | Model Builder - Annual License 7.2.1 | MacGregor Belniak | macbelniak@fico.com | Not Chubb |

| ID | Title | Description | Submitter | Date | Company | Product | Contact | Email | Country |
|---|---|---|---|---|---|---|---|---|---|
| 00128173 | Blaze 6.10 decision simulator runs out of permgen space | Hi, When I run my simulation 3 or 4 times from the IDE, I get an error that I run out of perm gen space. Sometimes I have to wait until after the simulation hangs for a while before the message appears, but the problem can also be identified when the simulation stops processing increasing the % finished for more than a minute. At that point it is hung and the message should appear. Customer : Internal (Blaze SE for demo) Contact: George LeBlanc Phone:267-980-7063 eMail: georgeleblanc@fico.com<mailto:georgeleblanc@fico.com> windows7 64 bit java 1.6.0_33 blaze 6.10.2 I have placed the appropriate items required to reproduce this in \\Stpfile01\DM_PROD1\TEAMS\TEAMS\SHARE\LeBlanc\Decision_Simulator_for_Support<file://\\Stpfile01\DM_PROD1\TEAMS\TEAMS\SHARE\LeBlanc\Decision_Simulator_for_Support> 1. Double click the jar file to start the installer. DO NOT UNPACK THE JAR 2. On the three tabs in the installer, enter the directory where you want the project installed, your java sdk home, and your blaze home 3. In the <where you installed>\version1\bin directory double click startDBserver.bat (note this is the database and needs to be running whenever running the simulation) 4. Double click on launchBuilder.bat 5. Connect to the repository at \version1\workspaces\sharedWorkspace with admin/admin as credentials 6. Open the Model Test Simulation project 7. Hit the run button to execute the simulation 8. Repeat 7 until permgen space error. [cid:image001.jpg@01CD7C86.7DB813D0] This email and any files transmitted with it are confidential, proprietary and intended solely for the individual or entity to whom they are addressed. If you have received this email in error please delete it immediately. | Roger Price | 08/17/2012 12:27 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.10.2 | George R LeBlanc | georgeleblanc@fico.com | United States |
| 00125689 | RMA Performance Issues | We have been having RMA performance issues. Our environment is as follows: Blaze Advisor 6.10.2.1 Next Generation RMA Websphere 7 CVS for SCM As per Jeremy Chen, I am opening an SR. We tried 6.10.2.2 (which was supposed to have performance improvements), but we did not experience any improvements. I have uploaded our Blaze repository (and several associated jars) to the FICO FTS site (/Chubb and Son 17998 BA/ToFICO/PVDS_CodeBase.zip) | Rajitha Godthi | 07/26/2012 7:01 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.10.2 | Diptesh Patel | dpatel@chubb.com | United States |
| 00122470 | Product Support - Customer Portal Registration | I used to have an account with the old FICO Support Site. (Account number 17998). | Petra Shea | 07/10/2012 12:33 | Chubb & Son | FISupport FISupport | Diptesh Patel | dpatel@chubb.com | United States |
| 00110250 | BA - TEST - Check out from CVS branch locks same item on CVS Head | | Karen Yue | 11/10/2011 14:21 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.10.2 | Diptesh Patel | dpatel@chubb.com | United States |
| 00110245 | FOS - Request access to support portal | | Aileen DeCoy | 09/01/2011 9:15 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.10.2 | Diptesh Patel | dpatel@chubb.com | United States |
| 00110243 | BA - login issue with CVS repository | | Karen Yue | 08/18/2011 16:27 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.10.2 | Diptesh Patel | dpatel@chubb.com | United States |
| 00109886 | BA - DEV - Unsynchronized use of provider | | Karen Yue | 09/06/2011 14:35 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.9.3 | Sat Varre | svarre@chubb.com | United States |
| 00109838 | Blaze Advisor - exception during pre-compilation | | Karen Yue | 09/08/2007 6:52 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Peter Davis | peterdavis@chubb.com | United States |
| 00109176 | Blaze Advisor - migration issue | | Karen Yue | 09/08/2007 1:09 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Peter Davis | peterdavis@chubb.com | United States |
| 00108980 | Blaze Advisor - example on BOSS website | | Karen Yue | 09/08/2007 6:52 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Gerard A Baksys | gbaksys@chubb.com | United States |
| 00108943 | BA - Chubb PVDS Instance validation Error and RMA performance issue | | Karen Yue | 07/12/2011 10:35 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.9.3 | Xun Shao | xunshao@fico.com | United States |
| 00108929 | FOS - FICO Online Support (FI Support) user called and needs access to FI Support | | Petra Shea | 08/23/2011 9:25 | Chubb & Son | FISupport FISupport | Jim Alfano | jalfano@chubb.com | United States |

| ID | Subject | | Requester | Date | Account | Product | Assignee | Email | Country |
|---|---|---|---|---|---|---|---|---|---|
| 00108633 | BA - DEV - user wants to know the new blaze also supports | | Karen Yue | 11/17/2011 13:02 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.7 | Tony Zhang | tonyzhang@chubb.com | Canada |
| 00108000 | BA - Blaze Advisor Request for instructions for downloading Blaze Advisor 7 (Java) | | Petra Shea | 11/07/2011 11:41 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.7 | Diptesh Patel | dpatel@chubb.com | United States |
| 00107071 | BA - Excluded folder still show in NGRMA | | Karen Yue | 08/19/2011 10:20 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.10.2 | Diptesh Patel | dpatel@chubb.com | United States |
| 00107070 | BA - issue with deleting first 5 rules | | Karen Yue | 08/19/2011 8:59 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.10.2 | Diptesh Patel | dpatel@chubb.com | United States |
| 00107069 | BA - NGRMA logon button not available in Chrome or Safari browsers | | Karen Yue | 08/18/2011 16:49 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.10.2 | Diptesh Patel | dpatel@chubb.com | United States |
| 00106994 | BA-v6.10.1 .Net Upgrade Release | | Petra Shea | 04/15/2011 7:53 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.10.1 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00106763 | Class names are truncated if relative path is used | | Karen Yue | 02/03/2009 8:07 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00106641 | BA - Chubb&Son reported RMA responsiveness query | | Karen Yue | 05/19/2011 11:47 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.9.3 | Jim Alfano | jalfano@chubb.com | United States |
| 00106557 | Blaze- Blaze Advisor 6.10 Java now available | | Petra Shea | 01/11/2011 7:12 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.9.2 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00106537 | Blaze Advisor - experiencing problem with loading the page containing large number of rules | | Karen Yue | 09/08/2007 6:52 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00106277 | BA - DEV - Unable to edit 2nd checkout Decision Table | | Karen Yue | 02/22/2012 13:29 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.9.1 | Eric Gottmann | gottmane@chubb.com | United States |
| 00106009 | BA - TEST - having a problem installing BA7 | | Karen Yue | 11/15/2011 13:12 | Chubb & Son | Blaze Advisor - Site & Enterprise 7.0 | Pete Davis | pdavis@chubb.com | United States |
| 00104936 | BA - DEV - Need assistance upgrading the version from 6.7 to 7.0 | | Steven Pratt | 05/21/2012 5:43 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.7 | David Deoto | ddeoto@chubb.com | United States |
| 00094658 | Please provide the information to download Advisor 6.5.2. Thank You | | Cecille Schutzmann-Barraca | 08/16/2007 5:31 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5.2 | Gerard A Baksys | gbaksys@chubb.com | United States |
| 00093247 | BA - Blaze Advisor v7.0.1 Java Upgrade | | Haleema Sadiya | 02/10/2012 8:15 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.10.2 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00091524 | FI Support: FICO Online Support Request | | Cecille Schutzmann-Barraca | 11/12/2009 9:50 | Chubb & Son | FISupport FISupport | Robert Dorobis | rdorobis@chubb.com | United States |
| 00090839 | Blaze Advisor - Client requesting to receive a download email for Blaze Advisor version 6.7 | | Cecille Schutzmann-Barraca | 03/25/2009 14:40 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00090469 | Please provide the information to download Advisor 6.5.5 | | Cecille Schutzmann-Barraca | 03/28/2008 7:54 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00090119 | Blaze : Client is having issues with Blaze Java 6.5.3 that they are using | | Cecille Schutzmann-Barraca | 11/10/2008 10:35 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Mitchell Ross | mitchellross@chubb.com | United States |
| 00089747 | BA Java 617 Wants the newer version download file for Blaze Advisor | | Cecille Schutzmann-Barraca | 06/20/2007 6:52 | Chubb & Son | Blaze Advisor - Development - Perpetual License 6.1.7 | Scott Kliment | skliment@chubb.com | United States |
| 00088622 | BA - Client is requesting provide instructions on how to download 6.9 for .NET | | Cecille Schutzmann-Barraca | 09/02/2010 11:52 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.9.2 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |

| ID | Subject | | Requester | Date | Company | Product | Contact | Email | Country |
|---|---|---|---|---|---|---|---|---|---|
| 00087574 | Blaze Advisor Fullfillment | | Cecille Schutzmann-Barraca | 08/14/2007 9:41 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5.2 | Candice Merritt | cmerritt@chubb.com | United States |
| 00087401 | BA - Client is unable to login to the fair isaac website he gets an error stating login failed ,please check the user name / password | | Cecille Schutzmann-Barraca | 02/02/2009 14:27 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00087317 | Please reset password for Blaze Advisor download site | | Cecille Schutzmann-Barraca | 06/08/2010 10:28 | Chubb & Son | FISupport FISupport | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00082462 | Chubb Needs the key to the blaze upgrade | | Gary Fronczak | 09/27/2007 10:58 | Chubb & Son | Blaze Advisor - Development - Perpetual License 6.5 | Yujing Li | jenniferli@fico.com | |
| 00079173 | Blaze Advisor - Client wants Blaze Advisor Release 6.9 Available for Download | | Gary Fronczak | 04/23/2010 7:04 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.9 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00076105 | BA - Client's request to have access to the resource on the day of the test to answer any questions as needed | | Roger Price | 09/21/2010 10:32 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.9.1 | Jeanne Kirk | jkirk@chubb.com | United States |
| 00076104 | RMA Error logging in multiple users NdExpressionEvaluatorException com.blazesoft.template.engine.WjIcynD.WjIcym | | Roger Price | 08/17/2010 9:03 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.9.1 | Kavish Agarwal | kagarwal@chubb.com | United States |
| 00075582 | BA-Vovici Customer Survey request | | Irwin Welker | 11/15/2010 12:10 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.7 | Samuel Raj | samuel.raj@acs-inc.com | United States |
| 00075206 | NdRepositoryException: is not the owner of the workspace | | Roger Price | 04/21/2009 13:35 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Robert Dorobis | rdorobis@chubb.com | United States |
| 00075205 | BA - No status to show checked out items | | Roger Price | 04/14/2009 11:58 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Karen Xie | xxie@chubb.com | |
| 00075137 | java.util.zip.ZipException: duplicate entry: CCI upon export of project | | Roger Price | 10/10/2008 7:49 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Irene Wong-Bushby | iwongbushby@chubb.com | United States |
| 00074262 | Missing files in CVS repository or workspace | | Roger Price | 08/26/2008 13:51 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Irene Wong-Bushby | iwongbushby@chubb.com | United States |
| 00074105 | Creating CVS Branches for Blaze Advisor 6.5.3 | | Roger Price | 05/21/2009 11:47 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.5.2 | Irene Wong-Bushby | iwongbushby@chubb.com | United States |
| 00072160 | Blaze Advisor - CVS Client | | Vidya Chava | 09/08/2007 8:15 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Peter Davis | peterdavis@chubb.com | United States |
| 00069857 | Problem deploying rule service | | Vidya Chava | 05/28/2009 15:45 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.5.5 | Arjun Banerjee | arjun.banerjee@accenture.com | United States |
| 00069544 | BA - EOL for 653 | | Vidya Chava | 05/15/2009 7:33 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.5.2 | Peter Davis | peterdavis@chubb.com | United States |
| 00068569 | After upgrade from Blaze 6.1 to Blaze 6.5 error handling behaving inconsistently | | Vidya Chava | 03/31/2008 7:43 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00065076 | BA - TEST - Compare feature in Next Gen RMA creates files in /tmp directoy | | Vidya Chava | 01/20/2012 6:10 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.9.3 | Mark Brehm | mbrehm@chubb.com | United States |
| 00061604 | Obtaining a download of Blaze Advisor | | Richard Witzel | 06/09/2010 14:19 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.9 | Candice Merritt | cmerritt@chubb.com | United States |
| 00061603 | Please provide information on how to download SP1 version of Blaze Advisor 6.9 | | Richard Witzel | 06/08/2010 10:31 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.9 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00059078 | - Chubb PARS POC repository with bug | | Igor Maler | 10/29/2008 16:18 | Fair, Isaac | Blaze Advisor - Site & Enterprise 6.9.1 | Xun Shao | xunshao@fico.com | United States |
| 00058555 | Java exception while starting Blaze IDE | | Igor Maler | 03/02/2011 14:11 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.9.1 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00057777 | connecting to a Blaze repository with CVS versioning I open a project | | Igor Maler | 04/28/2010 15:49 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.7 | Robert Dorobis | rdorobis@chubb.com | United States |
| 00056549 | ScoreModel construct | | Igor Maler | 08/20/2008 6:16 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00055956 | 6.8 or 6.9 64bit compatible? | | Igor Maler | 06/30/2010 11:01 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.9.1 | Candice Merritt | cmerritt@chubb.com | United States |
| 00055472 | BA - DEV - Generic JVM Parm | | Igor Maler | 10/31/2011 10:59 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.7 | Sat Varre | svarre@chubb.com | United States |
| 00054661 | Blaze Advisor- Clients wants to check the versions that work on Windows 7 | | Igor Maler | 05/19/2010 12:03 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Tanya Filstein | tfilstein@chubb.com | United States |
| 00051910 | Blaze Advisor 6.9 64bit compatible? supported for OS Windows 7 ? | | Igor Maler | 06/09/2010 14:13 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.9.1 | Candice Merritt | cmerritt@chubb.com | United States |
| 00050277 | BA-Client's request to have access to the resource on the day of the test to answer any questions as needed | | Igor Maler | 11/10/2010 10:39 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.9.1 | Jeanne Kirk | jkirk@chubb.com | United States |
| 00049614 | BA - Needs upgrade to newest version | | Charlotte Plummer | 06/30/2011 6:57 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.10.2 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00048053 | Blaze Advisor version 6.9.1 OS supported | | Michael Flores | 11/08/2010 12:57 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.9.1 | Samuel Raj | samuel.raj@acs-inc.com | United States |
| 00048033 | BA - TEST - Problem compling to .adb files for WebSphere WAS V7 deployment | | Eddie Wood | 10/12/2011 9:21 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.10.2 | Robert Dorobis | rdorobis@chubb.com | United States |
| 00048018 | FISupport - Access requested | | Charlotte Plummer | 03/25/2008 6:40 | Chubb & Son | FISupport FISupport | Gerard A Baksys | gbaksys@chubb.com | United States |
| 00047582 | Blaze Advisor - ndconfig.server env var ejb deployment description usage guidance | | Eddie Wood | 09/08/2007 6:52 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Eileen Curcio | ecurcio@chubb.com | |
| 00047473 | BA - Client wants to know if 6.7 is supported/certified on Windows 7 and Websphere 7? | | Eddie Wood | 09/22/2010 8:50 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.9.1 | Jeanne Kirk | jkirk@chubb.com | United States |
| 00047383 | 1510395 Blaze Advisor 6.9.3 In researching custom providers I noticed that the same methods are being called on different instances of the same | | Eddie Wood | 12/03/2010 14:47 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.9.3 | R Baird | rbaird@chubb.com | United States |
| 00047038 | Blaze Advisor crashes if using IBM JDK 1.6 | | Eddie Wood | 01/28/2010 8:06 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.7 | Henry Mirolyuz | hmirolyuz@chubb.com | United States |
| 00046695 | BA - DEV - Function call cannot resolve the BOM passed into it | | Rajitha Godthi | 05/29/2012 4:33 | Chubb & Son | Blaze Advisor - Site & Enterprise 7.0 | David Deoto | ddeoto@chubb.com | United States |
| 00046033 | BA - DEV - Upgrading from Blaze 6.7 to 7.0, Blaze thinks an artifact has been checked out | | Rajitha Godthi | 05/29/2012 4:55 | Chubb & Son | Blaze Advisor - Site & Enterprise 7.0 | David Deoto | ddeoto@chubb.com | United States |
| 00045937 | Is there a limitation in loading the ADB file in the AIX environment | | Rajitha Godthi | 06/03/2009 13:20 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Arjun Banerjee | arjun.banerjee@accenture.com | United States |
| 00045855 | 1122767 Blaze Advisor 653 java 150 Access Authorization Manager from initRepository.jsp | | Michael Flores | 04/21/2008 15:24 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Tanya Filstein | tfilstein@chubb.com | United States |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00045540 | Not able to open rule instance using ClassicRMA(Blaze 6.9.1) deployed on WAS 6.0 | | Eddie Wood | 06/23/2010 14:06 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.9 | Kavish Agarwal | kagarwal@chubb.com | United States |
| 00045522 | BA 6.9.3 IE8 compatibility mode with next Gen RMA fails to display all projects | | Michael Flores | 09/20/2010 9:26 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.9.3 | R Baird | rbaird@chubb.com | United States |
| 00044838 | URGENT ** ADB file Issue | | Rajitha Godthi | 05/27/2009 11:28 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Arjun Banerjee | arjun.banerjee@accenture.com | United States |
| 00044690 | Blaze Advisor - NdPromEntityContentExtractionException Fail load proj | | Michael Flores | 09/08/2007 6:52 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Peter Davis | peterdavis@chubb.com | United States |
| 00044380 | BA - TEST - Unsynchronization Exception from RMA out of box API on Deleting a condition | | Sriharsha Chigurupati | 10/18/2011 12:41 | Chubb & Son | Blaze Advisor - Site & Enterprise 6.9.3 | Sat Varre | svarre@chubb.com | United States |
| 00039585 | How to show fully qualified folder names in Blaze Advisor 6.5.3 in Project View | | Prathibha Puttiah | 09/04/2008 12:35 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Irene Wong-Bushby | iwongbushby@chubb.com | United States |
| 00039582 | BA: Advisor.log error upon local cvs repository "Status Check / Update" | | Prathibha Puttiah | 08/26/2008 14:01 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Irene Wong-Bushby | iwongbushby@chubb.com | United States |
| 00037209 | Blaze Advisor 6.5.3 Changes | | Prathibha Puttiah | 07/28/2008 6:51 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Irene Wong-Bushby | iwongbushby@chubb.com | United States |
| 00035344 | Upgrade to 6.5.3 from 6.5.0 - CVS Repository Impact | | Prathibha Puttiah | 07/28/2008 6:44 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Irene Wong-Bushby | iwongbushby@chubb.com | United States |
| 00024451 | Blaze Advisor - Usage questions on Blaze | | Rajesh Chopra | 09/08/2007 7:59 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Robert Dorobis | rdorobis@chubb.com | United States |
| 00023052 | Blaze Advisor - Programmatically updating the contents of an instance file | | Rajesh Chopra | 09/08/2007 8:23 | Chubb & Son | Blaze Advisor - Deployment - Perpetual License 6.5 | Gerard A Baksys | gbaksys@chubb.com | United States |
| 00013590 | Unable to create service request for Blaze Advisor 6.9 | | Product Support - No Owner | 04/28/2010 14:36 | Chubb & Son | FISupport FISupport | Henry Mirolyuz | hmirolyuz@chubb.com | United States |