# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION,
a Delaware corporation,

                Plaintiff(s),

vs.                                                Case No. 16-cv-1054 (DTS)

FEDERAL INSURANCE
COMPANY, and ACE AMERICAN
INSURANCE COMPANY,

                Defendant(s).

**MEET-AND-CONFER STATEMENT**

I, <u>Paige Stradley</u>, representing the Plaintiff, Fair Isaac Corporation, hereby certify that:

I met and conferred with the opposing party by:

      Meeting with: <u>Roxana Guidero</u>
      (party/parties or attorney/attorneys you met with)

      On: <u>April 18-19, 2023</u> (date you met and conferred)

      Discussing the following motion:

      <u>Plaintiff Fair Isaac Corporation's Renewed Motion for Judgment as a Matter of Law</u>

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

          X   Do **not** agree on the resolution of any part of the motion.

          ☐   Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

2

Signed this 21st day of April, 2023.

|  |  |
|---|---|
| Signature of Party | /s/ Paige Stradley |
| Mailing Address | MERCHANT & GOULD P.C.<br>150 South Fifth Street<br>Suite 2200<br>Minneapolis, MN  55402 |
| Telephone Number | (612) 332-5300 |

Note:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).