UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff Fair Isaac Corporation's Renewed Motion for Judgment as a Matter of Law (Dkt. No. 1240.) Upon consideration of FICO's motion and all of the files, records and proceedings herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. Plaintiff Fair Isaac Corporation's Renewed Motion for Judgment as a Matter of Law is **GRANTED.**

**IT IS SO ORDERED.**

Dated: _____        _____
                                    Judge David T. Schultz
                                    Magistrate Judge