UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (DTS) |
| Plaintiff, | |
| v. | |
| | **WORD COUNT COMPLIANCE** |
| FEDERAL INSURANCE COMPANY, | **CERTIFICATE** |
| an Indiana corporation, and ACE | |
| AMERICAN INSURANCE COMPANY, | |
| a Pennsylvania corporation, | |
| Defendants. | |

I certify that this brief conforms to the requirements of Local Rule 7.1(f) for a brief produced with proportional font. The length of this brief is 1,063 words. This brief was prepared using Microsoft Word and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

| | |
|---|---|
| Dated:  May 1, 2023 | */s Leah Godesky* |
| | Terrence J. Fleming (#0128983) |
| | tfleming@fredlaw.com |
| | Leah C. Janus (#0337365) |
| | ljanus@fredlaw.com |
| | Christopher D. Pham (#0390165) |
| | cpham@fredlaw.com |
| | Ryan C. Young (#0397751) |
| | ryoung@fredlaw.com |
| | Panhia Vang (#399444) |
| | pvang@fredlaw.com |
| | |
| | **Fredrikson & Byron, P.A.** |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN  55402-1425 |
| | (612) 492-7000 (tel.) |
| | (612) 492-7077 (fax) |
| | |
| | Leah Godesky (Admitted Pro Hac Vice) |
| | lgodesky@omm.com |
| | Anton Metlitsky (Admitted Pro Hac Vice) |
| | ametlitsky@omm.com |
| | Daryn Rush (Admitted Pro Hac Vice) |
| | drush@omm.com |
| | Roxana Guidero (Admitted Pro Hac Vice) |
| | rguidero@omm.com |
| | |
| | **O'Melveny & Myers LLP** |
| | Times Square Tower |
| | 7 Times Square |
| | New York, NY 10036 |
| | (212) 326-2000 |
| | |
| | *Attorneys for Federal Insurance Company and ACE American Insurance Company* |