UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | Court File No. 16-cv-1054 (DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | **DECLARATION OF LEAH GODESKY IN OPPOSITION TO FICO'S MOTION FOR ATTORNEYS' FEES** |
| Defendants. | |

I, Leah Godesky, declare as follows:

1. I am an attorney at O'Melveny & Myers LLP and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company (collectively, "Federal") in this case.

2. Attached as **Exhibit D-0077** is a true and correct copy of Defendants Trial exhibit D-0077.

3. Attached as **Exhibit P-0091** is a true and correct copy of Plaintiff's Trial exhibit P-0091.

4. Attached as **Exhibit P-0094** is a true and correct copy of Plaintiff's Trial exhibit P-0094.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

1

2

Dated:  May 19, 2023  /s/ Leah Godesky
Leah Godesky

79164976 v1