UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>Defendants. | Court File No. 16-cv-1054 (DTS)<br><br><br>**DECLARATION OF LEAH GODESKY IN OPPOSITON TO FICO'S MOTION FOR JUDGMENT AS A MATTER OF LAW** |

I, Leah Godesky, declare as follows:

1. I am an attorney at O'Melveny & Myers LLP and am one of the attorneys representing Defendants Federal Insurance Company and ACE American Insurance Company in this case.

2. Attached as **Exhibit J-001** is a true and correct copy of Joint Trial exhibit J-001.

3. Attached as **Exhibit P-0147A** is a true and correct copy of Plaintiff's Trial exhibit P-0147A.

4. Attached as **Exhibit P-1112** is a true and correct copy of Plaintiff's Trial exhibit P-1112.

5. Attached as **Exhibit P-1113** is a true and correct copy of Plaintiff's Trial exhibit P-1113.

1

6. Attached as **Exhibit P-1114** is a true and correct copy of Plaintiff's Trial exhibit P-1114.

7. Attached as **Exhibit P-1116** is a true and correct copy of Plaintiff's Trial exhibit P-1116.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 19, 2023        /s/ *Leah Godesky*
                            Leah Godesky

79165148 v1