UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

**DECLARATION OF PAIGE STRADLEY IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR A NEW TRIAL ON ACTUAL DAMAGES**

I, Paige Stradley, declare as follows:

1. I am an attorney with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Memorandum of Law in Opposition to Defendants' Motion for a New Trial on Actual Damages.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of excerpts of the transcript from the Final Pretrial Conference Hearing held on February 3, 2023.

4. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of excerpts of the Voir Dire Transcript and Trial Transcripts.

1

5. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Joint Trial Exhibit J-001.

6. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0518.

7. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0517.

8. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0147A.

9. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of excerpts from Plaintiff's Trial Exhibit P-0576. The Excel file was filtered to identify rows with Blaze Advisory as Technology Name.

10. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of Plaintiff's Trial Exhibit P-094.

11. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0175.

12. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0192.

13. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0195.

14. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of Joint Trial Exhibit J-002.

15. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of excerpts from Plaintiff's Trial Exhibit P-0958.

16. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0194.

17. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of Plaintiff's Trial Exhibit P-1007A.

18. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0418. This document is filed UNDER SEAL.

19. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of Defendants' Trial Exhibit D-0172. This document is filed UNDER SEAL.

20. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of Defendants' Trial Exhibit D-0004. This document is filed UNDER SEAL.

21. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of Defendants' Trial Exhibit D-0284. This document is filed UNDER SEAL.

22. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of Defendants' Trial Exhibit D-0283. This document is filed UNDER SEAL.

23. Attached hereto as <u>Exhibit 21</u> is a true and correct copy of Defendants' Trial Exhibit D-0293. This document is filed UNDER SEAL.

24. Attached hereto as <u>Exhibit 22</u> is a true and correct copy of Defendants' Trial Exhibit D-0276. This document is filed UNDER SEAL.

25. Attached hereto as <u>Exhibit 23</u> is a true and correct copy of Defendants' Trial Exhibit D-0343. This document is filed UNDER SEAL.

26. Attached hereto as <u>Exhibit 24</u> is a true and correct copy of Defendants' Trial Exhibit D-0012. This document is filed UNDER SEAL.

27. Attached hereto as <u>Exhibit 25</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0527.

28. Attached hereto as <u>Exhibit 26</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0510.

29. Attached hereto as <u>Exhibit 27</u> is a true and correct copy of Plaintiff's Trial Exhibit P-0511.

30. Attached hereto as <u>Exhibit 28</u> is a true and correct copy of Plaintiff Fair Isaac Corporation's Fourth Set of Requests for Production of Documents to Defendants Federal Insurance Company and ACE American Insurance Company served on December 28, 2018.

31. Attached hereto as <u>Exhibit 29</u> is a true and correct copy of an email dated April 16, 2019 from Christian Hokans to attorneys at Merchant & Gould producing FED017914_0001 (P-0518).

32. Attached hereto as <u>Exhibit 30</u> is a true and correct copy of *Standard Havens Prods. v. Gencor Indus., Inc.*, No. 88-1209-CV-W-3, 1989 U.S. Dist. LEXIS 10333 (W.D. Mo. Aug. 30, 1989).

33. Attached hereto as <u>Exhibit 31</u> is a true and correct copy of Plaintiff's Trial Exhibit P-1090, converted to native Excel to pdf format. This document is filed UNDER SEAL.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: May 19, 2023　　　　　　　　　　　　/s/Paige Stradley
　　　　　　　　　　　　　　　　　　　　　Paige Stradley