# EXHIBIT 5

| SBU | Application | Application Status | Country(ies) supported | L. Ace/L.Chubb business support | # of users Business | # of users Technical | Complexity / # of rules | # of decision services | # of entry points per service | # of RMA(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| Commercial / Financial | CSI Express | Not Retiring | USA | L. Chubb | 500 | 3 | High 8300 | 1 | 1 | 0 |
| | | | | | Service is disabled | | High 12800 | 2 | 2 | 1 |
| | Decision Point | Not Retiring | USA | L.Chubb | 1200 1200 1200 1200 | 5 5 5 5 | High 2000-2500 | 1 2 1 1 | 3 6 3 3 | 1 |
| | Automated Renewal Process | Not Retiring | USA | L.Chubb | N/A - batch process | 5 5 | High 3410 | 1 3 | 1 2 | 1 0 |
| Commercial / MMI | CUW | Not Retiring | USA | L. Chubb | 3197 | 60 | Low 680 | 2 | 3 | 0 |
| | IRMA (Individual Rate Modification Application) | Not Retiring | USA | L.Chubb | 434 | 2 | Low 460 | 1 | 2 | 0 |
| | TAPS (Texas Accident Prevention System) | Not Retiring | USA | L.Chubb | N/A - batch process | 2 | Low 270 | 1 | 1 | 0 |
| Corp. Systems | Premium Booking | Retiring but no ETA; | USA, Canada | L.Chubb | N/A - batch process | 10 | High 5460 | 1 | 2 | 1 |
| Canada/CAH | Evolution | Not Retiring | Canada | L.Chubb | 350 | 3 | Medium 1000-1500 | 2 | 2 | 0 |
| COG/EUZ | Adapt-ABL | Retiring in 12/2018 | Europe/Australia | L.Chubb | 525 | 5 | Medium 1720 | 2 | 1 | 0 |
| | EZER (Comm'l PAS in EUZ) | Retiring in 6/2019 | Europe | L.Chubb | 300 | 3 | Medium 910 | 1 | 2 | 0 |



U.S. DIST COURT – MN
PLAINTIFF EXHIBIT
P-0517
Case No. 16-cv-1054-DTS



EXHIBIT 552
VERITEXT GHISLANZONI
Reported by: Date:3/12/2020
Merilee Johnson, RDR, CRR, CRC, RSA

| SBU | Transaction processing | | Real-time transactions | | | Batch transactions | | | Transactional payload | | # of sandboxes needed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Batch / Real-time | Overlap if both | Average # per month | Max # of concurrent trans. | Max processing time | # of transaction per job | Time window | Run frequency | Type | approximate # of attributes | |
| Commercial / Financial | Both | Yes | 750,000 - 1,000,000 | 100 | 5s | 100 – 50,000 | Varies from 20 mins – multiple days | Multiple type of batches. On average – twice per week | Java | 140 | 1 |
| | Service is disabled | | | | | | | | | 120 | |
| | RT | N/A | 10000 | 3-5 | 10s | | N/A | | Java | 120 | 1 |
| | RT | | 50000 | 3-5 | 2s | | | | | 140 | |
| | RT | | 30000 | 3-5 | 2s | | | | | 60 | |
| | RT | | 50000 | 3-5 | 5s | | | | | 250 | |
| | Batch | N/A | N/A | | | 10000 | Runs at night for 4-6 hours | Monthly | Java | 140 | 1 |
| | Batch | | | | | 500-1000 | Runs at night 30m-1 hr | Daily | | 120 | |
| Commercial / MMI | Both | No | 1.22 million per month | Not restricted | Longest recorded was 37 seconds | 32000 | 2:30am thru 4:30am | Nightly | Java | 125 | 1 |
| | RT | N/A | 184,072 | Not restricted | 1.794 | | N/A | | Java | 60 | |
| | Batch | N/A | N/A | | | 8456 | 14:02-14:28 | Monthly | Java | 60 | |
| Corp. Systems | Batch | N/A | N/A | | | 482 | Overnight | Daily | Java | 300 | 1 |
| Canada/CAH | Batch | N/A | N/A | | | Based on renewals | Overnight | Daily-Once | Java | 120 | 1 |
| COG/EUZ | Batch | N/A | N/A | | | Based on renewals | Early Morning for EU Overnight for AUS | Daily-Twice | Java | 140 | 1 |
| | Batch | N/A | N/A | | | Based on renewals | Overnight | Daily-Once | Java | 140 | 1 |