# EXHIBIT 7

DOCUMENT PRODUCED AS NATIVE



| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Owning Business Unit / Zone | Business Application Name | IT Application Name | Technology Name | Technology Usage Class | Version | Version Phase |
| 174 | CAH | Accident and Health Insurance | Adapt - ABL | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| 297 | CAZ | Broker Site | Broker Site | Blaze Advisor | Preferred-Primary | 6.9 | Eliminate |
| 343 | CAZ | Evolution | Evolution | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| 1856 | CBS | Premium Booking Services | Premium Booking Related Services | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| 2509 | CCI | ATD (Applied Technology Department aka Machinery Breakdown) | IRMAApp | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| 3221 | CCI | CUW (Commercial Underwriting Workstation) | CUW Thin Client | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| 3736 | CCI | Loss Control | Texas Accident Prevention Services | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| 4692 | Claim IT | CIS Claims | CIS (Claims) | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| 6857 | CSI | CSI eXPRESS | CSI eXPRESS | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| 6897 | CSI | CSI eXPRESS | CSI eXPRESS Renewal Rules Maintenance Center | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| 6910 | CSI | CSI eXPRESS | CSI eXPRESS Renewal What If Simulation Tool | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| 7024 | CSI | DecisionPoint | DecisionPoint | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| 7129 | CSI | Profitability Indicator | CSI eXPRESS PI | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| 7969 | EUZ | EZER | EZER | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |
| 8534 | Surety | Surety Cornerstone | Surety Cornerstone Bond Services | Blaze Advisor | Preferred-Primary | 7.1 | Leverage |