# EXHIBIT 8

> # Redacted

**From:** "Pawloski, Tamra A" <tpawloski@chubb.com>
**Date:** February 25, 2016 at 2:06:36 PM EST
**To:** Mike Sawyer <MikeSawyer@fico.com>
**Cc:** Russ Schreiber <RussSchreiber@fico.com>
**Subject: RE: FICO Blaze Software Matter**

Mike and Russ,

I know my GC reached out to yours but got an out of office due to illness. I wanted to share with you that his communication was for us to work through a commercial proposal. I have attached that for your review and comment. I am pretty open tomorrow if you would like to discuss.

Thank you,

CHUBB

**Tamra Pawloski**
VP of Software Compliance and Optimization, Global Vendor Services Organization

15 Mountain View Road, Warren, NJ 07059, USA
O 908.903.2054   M 908.307.7480   F 908.903.2008
E tpawloski@chubb.com

ACE and Chubb are now one.
please delete it immediately.

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

EXHIBIT 94  10-9-18 Capp #9

U.S. DIST COURT – MN
PLAINTIFF EXHIBIT
**P-0094**
Case No. 16-cv-1054-DTS

Confidential                                                    FICO0001358

# FICO Proposal
## February 25, 2016

Although Chubb strongly disagrees with FICO's stated position, in a good faith effort to move the relationship forward, Chubb proposes that the parties renegotiate Chubb's current perpetual, unlimited, application-based enterprise license to downgrade and limit use of Blaze Advisor Development and Deployment to reflect Chubb's actual usage of fifteen (15) named applications of Blaze Advisor Deployment and one-hundred (100) seats of Blaze Advisor Development at no additional cost to Chubb (credit being given for all prior fees paid). All usage now and going forward does not and will not change from that permitted under the current license agreement and all usage remains with the same named applications. The contracting party to the license agreement is and remains Chubb & Son, a division of Federal Insurance Company. Under this proposal, Chubb will continue to pay for maintenance at the current cost of $237,028 per year in accordance with the terms of the parties' current agreement.

### Utilization of Blaze Advisor Deployment - named applications

The applications listed below are those applications that currently utilize the Blaze Advisor software (these are the same applications utilizing the software both prior to and after the merger). Under the above proposal, Chubb shall have the right to change the applications utilizing the Blaze Advisor software at any time in its sole discretion without FICO's consent so long as the named applications do not exceed an amount of fifteen (15).

- CSI Express
- Decision Point
- Automated Renewal Process
- CUW
- IRMA (Individual Rate Modification Application)
- TAPS (Texas Accident Prevention System)
- Premium Booking
- CIS Claims
- Cornerstone
- Adapt -ABL
- Evolution
- EZER
- Commercial PAS in EUZ
- ClaimsConnect
- Small Commercial

Upon mutual agreement, the above terms will be incorporated into an amended version of the original license agreement in a form acceptable to both parties.