# EXHIBIT 14



## Message

| | |
|---|---|
| **From:** | hmirolyuz@chubb.com [hmirolyuz@chubb.com] |
| **Sent:** | 5/27/2015 2:51:57 PM |
| **To:** | Mike Sawyer [MikeSawyer@fico.com] |
| **Subject:** | Updated slide |
| **Attachments:** | FICO Corporate Overview 05-21-15 v4.pptx |

**Henry Mirolyuz**
Senior Systems Architect
Enterprise Architecture

**Chubb & Son, a division of Federal Insurance Company**
82 Hopmeadow Street Simsbury, CT 06070
Phone: 860-408-2428 | Cell: 860-294-6866 | hmirolyuz@chubb.com

*This email (which includes any attachments) is intended to be read only by the person(s) to whom it is addressed. This email may contain confidential, proprietary information and may be a confidential attorney-client communication, exempt from disclosure under applicable law. If you have received this email in error, do not print it, forward it or disseminate or use it or its contents. In such event, please notify the sender by return email (or by phone at the number shown above) and delete the email file immediately thereafter. Thank you for your cooperation.*

U.S. DIST COURT – MN
PLAINTIFF EXHIBIT
**P-0194**
Case No. 16-cv-1054-DTS



Confidential

FICO0057262



Confidential

FICO0057263



Confidential

**FICO**

FICO is the leader in Decision Management —
transforming business by making every decision count

*We take a systematic approach to decisions…*

## Automate

**complex decisions
in real time**

Increase consistency

Reduce manual reviews

Increase speed to market

## Improve

**decision quality
with analytics**

» Reduce fraud and
claims losses

» Optimize underwriting
and reserving

## Connect

**decisions across the
enterprise**

» Manage across product
lines and business silos

» Execute coordinated
customer-level strategies

Confidential

FICO0057265

# FICO Overview
## Committed to the Insurance Industry

**We have provided services and technologies to companies in multiple industry sectors, including personal lines, life & health, commercial, and brokerage.**

      

### Plus over 350 other insurers worldwide, including:

| | | |
|---|---|---|
| Aetna | Great American Insurance | Peerless Insurance Company |
| Ace | Guardian Life Insurance | Prudential Insurance |
| Amerigroup Corporation | Kemper National Insurance | Safeco |
| Amica Mutual Insurance Co. | Liberty Mutual Insurance | Travelers |
| Atlantic Mutual Insurance | Mercury Insurance | Unitrin |
| American Family Insurance | Missouri Employers Mutual | Utica National |
| Arbella | Mutual Of Enumclaw Insurance | VHI |
| Aviva | Nationwide Mutual Insurance | Westfield Insurance |
| Co-Op Network | New York Life | Zurich Insurance Company |
| Farmers Insurance Group | Norwich Union | |
| Fireman's Fund Insurance Co. | OH Bureau Of Workers' Comp | |

5   © 2014 Fair Isaac Corporation. Confidential.

**FICO**

# FICO Decision Management
## Across the Insurance Value Chain

**Illustrative Insurance Value Chain**

Manage Company Infrastructure, Financials and Resources

Research & Analyze Market → Develop & Maintain Product → Administer Insurance Policies → Manage Customer → Manage Claims → Manage Distribution Channels

## Analytical Decisioning

Risk appetite evaluation
Underwriting evaluation
**Risk scoring**
Producer evaluation
Submission rating
**Renewal rating**
Catastrophe modeling
Fraud risk
Compensation models

Coverage analysis
Reserve estimation
Cross sell opportunities
Propensity to purchase
Customer portfolio management
Subrogation potential
Salvage potential
Injury and Property estimates

## Business Rule Decisioning

Portal access management
Quote validation
Automatic endorsement
Product evaluation
Eligibility/ Suitability
Underwriter approval
**Job and task assignment**
**Underwriting guidance**
Exception / Escalation
Risk reservation
**Forms selection**

Claim strategy
FNOL processing
Claim workplan
Payment validation
Financial approvals
Claim closing
**Data validation**
Billing processing and calculations
Binding / Issuance
Call center scripting

6   © 2014 Fair Isaac Corporation. Confidential.

**FICO**

Confidential

FICO0057267

P-0194-007

# Case Study – Portal Content Management



**success story:**
**decision management tools**

## Mutual of Omaha improves flexibility, security of portal environment

| | |
|---|---|
| **Client** | Mutual of Omaha, a full-service, multi-line provider of insurance and financial products for individuals, businesses and groups throughout the United States. |
| **Challenge** | Provide a flexible yet secure means to control application authorization and dynamic content for internal and external users of its Portal resources. |
| **Solution** | FICO™ Blaze Advisor® business rules management system. |
| **Results** | Provided a more controlled and secure environment for its rules maintenance administration (RMA) environment, as well as access to the Portal environment. |
| | Reduced the maintenance expense to manage LDAP groups and group membership. |
| | Supported financial objective of increased ROI through reusability of the solution. |

**Mutual of Omaha**

*"We would have had to employ additional developers to support and maintain this system were it not for the ease of modification that Blaze Adviser allows. That alone is an annual savings of at least $100,000."*

— *George Royce*
*Vice President of Enterprise Architecture and Security, Mutual of Omaha*

**FICO**

7    © 2014 Fair Isaac Corporation. Confidential.



# Case Study - Automated Underwriting

**FICO**

success story:
business rules management

## Kemper increases insurance applications processed while reducing underwriting risk

**Client** — Kemper, A Unitrin Business, is a leading provider of personal lines of property and casualty insurance with a written premium of approximately $994 million

**Challenge** — Replace a cumbersome, paper-based manual underwriting processing system with a more efficient, streamlined and consistent underwriting approach for auto and home

**Solution** — FICO™ Blaze Advisor® business rules management system for insurance

**Results** — Real-time underwriting of new business, delivering a lowered combined ratio, reduced underwriting losses and improved targeting of new business

**Kemper**
A Unitrin Business

*"Speed to market was one reason we chose FICO. We got the Unitrin Kemper Decision Support System up and running quickly, and were pleased with the positive effects."*

*—Patrick J. Madigan,
Asst. Vice President, Underwriting,
Kemper, A Unitrin Business*

8  © 2014 Fair Isaac Corporation. Confidential.

**FICO**

Confidential

FICO0057269



## Executive Summary - Project on a page
# Profitability Indicator

### Initiative

**Project Overview:**
Profitability Indicator tool is essentially a statistical model to assist underwriters in predicting the future behavior of our current and potential customers. It allows underwriters to make an objective decision about the potential profitability of a risk based on internal and external factors

**Objectives/Benefits:**
- ▶ Move more of the right business into automated renewal
- ▶ Increase retention on best accounts and more readily identify potentially less profitable accounts
- ▶ Create greater efficiency for underwriters and continued efficiency for agents, who will have fewer policies to handle and fewer questions to address
- ▶ Expand USB's and SAFE's capacity for additional policies in other lines.
- ▶ Easily update underwriting rules as business needs change

**Current Phase:** Completed

**Implemented Models in Blaze:**
- ▶ EPL
- ▶ Fiduciary
- ▶ D&O
- ▶ Crime

### Current/Future Releases

| | 2014 In-flight & Upcoming PI Releases | Target Deployment Date |
|---|---|---|
| 1 | PI Interim data load | Q1 2014 |
| 2 | PI Pending Renewals for Private Commercial Model Recalibration – Phase 2 (CCR2 & CCR3) | Q4 2013 (Continue in 2014) |
| 4 | PI CRIME Defined Book Run | Q2 2014 |
| 3 | PI Private Commercial Model Recalibration | Q3 2014 (Planning underway) |
| 5 | PI Interim data load | Q3 2014 |
| 6 | PI Tier / JAG changes (2014) | Q4 2014 |
| | 2015  Upcoming PI Releases | Target Deployment Date |
| 7 | PI Fiduciary New and Renewal Model Implementation | 2015 |
| 8 | NFP Model Recalibration | 2015 |

### Plus/Delta

**Plus**
- ▶ The defined business benefit was realized
- ▶ People understood the benefit of the project
- ▶ Excellent service performance at the run-time
- ▶ New model can be added fairly quickly (2 weeks)
- ▶ Can be leveraged across projects

**Delta**
- ▶ Lack of experienced Blaze resources
- ▶ Limited debugging capabilities in Blaze Advisor
- ▶ New models have to be coded manually

### Technology

**Development Tools**
- ▶ IBM Websphere Application Developer
- ▶ Microsoft Visual Basic .NET (1.1 Framework)
- ▶ Blaze Advisor

**Database**
- ▶ Informix

**Clients**
- ▶ CSI eXPRESS Rating
- ▶ Renewal Batch
- ▶ Decision Point
- ▶ DBR

10   © 2014 Fair Isaac Corporation. Confidential.

**FICO**

# Decision Point

## Initiative

**Project Overview:**
External facing application which provides on-line quoting capabilities to Chubb producers for small business (ex 500 or less employees, up to $250 M revenues)

**Objectives/Benefits:**
► Producer can obtain real-time quotes and a bind-able quote letter
► Enhances producers' productivity and client service
► Improved underwriters' responsiveness to producers
► Allows Underwriters to concentrate on business that requires true underwriting expertise

**Current Phase:** Completed

**Blaze Services:**
► Eligibility : Validates if risk can be processed through Decision Point
► Pricing: Calculates risk's premiums
► Endorsement: Determines list of applicable endorsements and supporting fill-in data
► Normalization: Transforms data during pdf upload process

## Current/Future Enhancements

**STP Stream 1** - added the capability for agents to upload a completed eApplication into DecisionPoint. Eliminates double entry of information. Will accept Chubb apps, ACORD apps and certain competitor apps.

**STP Future streams** - Will provide the capability to automatically Rate, Book, Bind and Issue DecisionPoint submissions in CSI eXPPRESS – for true Straight-Through Processing

## Plus/Delta

**Plus**
► The defined business benefit was realized
► Good teamwork under aggressive timeframe
► Moves business logic out of the code
► Services can be leveraged across projects
► Decision modeling allowed for clear articulation of the underwriting thought process thus resulting in improved business rules requirements
► Rule changes are implemented quickly when needed
► EPL JAG – 7 business day SLA (350+ rules)

**Delta**
► Lack of experienced Blaze resources in all disciplines
► Limited debugging capabilities in Blaze Advisor

## Technology

**Development Tools**
► IBM Websphere Application Developer
► Blaze Advisor

**Methodologies for Business Rules**
► Decision Requirement Analysis
► Rules Harvesting and documenting

11   © 2014 Fair Isaac Corporation. Confidential.

**FICO**

FICO0057272



FICO0057273