# EXHIBIT 19
# [REDACTED]

| Fair Isaac Order Form | | Page 1 of 14 |
|---|---|---|
| FI Contract Number: | | FI LR#32856 |

## Fair Isaac Order Form

### Blaze Advisor

This Order Form, effective as of ~~January~~ February 8, 2007 ("**Effective Date**"), is entered into by Fair Isaac Corporation ("**Fair Isaac**") and Target Corporation ("**Client**"), and is subject to the Master License and Maintenance Services Agreement between the parties dated ~~January~~ Feb 8, 2007 ("**MLMSA**"). Capitalized terms used in this Order Form that are defined in the MLMSA have the meanings given those terms in the MLMSA.

**1. Definitions.** In this Order Form:

"**Agreement**" means the MLMSA and this Order Form, which also includes all exhibits and other attachments, as it and they may be amended from time to time.

"**CPU**" means a single core central processing unit. For multi-core central processing units, each core will count as one "CPU."

"**Services**" means the Support and Maintenance Services as further described below.

"**Term**" means the term of the license(s) granted in this Order Form, as set forth in Exhibit B.

**2. License Grants and Restrictions**

2.1    License to Fair Isaac Product(s). Fair Isaac hereby grants to Client a non-exclusive, non-transferable, non-sublicensable, irrevocable (except as set forth in Section 8.2 of the MLMSA) limited license to use the Fair Isaac software product(s) listed on Exhibit B (each a "**Fair Isaac Product**"), but only in the Territory, during the Term, for Client's internal business purposes, and subject to the additional terms and limitations set forth below and/or listed in Exhibit B.

2.2    License to Documentation. Fair Isaac hereby grants to Client a non-exclusive, non-transferable, non-sublicensable, irrevocable (except as set forth in Section 8.2 of the MLMSA) limited license to use the standard user documentation that is listed in Exhibit B and provided with the Fair Isaac Product(s) ("**Documentation**"), but only in the Territory, during the Term, for Client's internal business purposes, and only in accordance with Client's permitted use of the Fair Isaac Product(s). Client shall not modify the Documentation, combine the Documentation with other works, or create derivative works from the Documentation without Fair Isaac's written permission. If Fair Isaac does give such permission, any such modifications, combinations, or derivatives that include or are based on the Documentation will become Fair Isaac's Intellectual Property and may be used only in support of Client's permitted use of the applicable Fair Isaac Product(s).

2.3    Permission for Back-Up Copy. Client may reproduce the object code of the Fair Isaac Product(s) and the Documentation for the purpose of exercising the license rights granted under this Agreement on a backup CPU in the event of a malfunction that renders the primary CPU inoperable. This license is effective only for the period of such inoperability or the expiration or termination of the primary license to the Fair Isaac Product(s), whichever first occurs.

2.4    Notice Reproduction. To the extent Client is given rights to reproduce any Fair Isaac materials, Client must reproduce on each copy of the Fair Isaac Product(s), Deliverables, and Documentation any copyright, patent, or trademark notice, and any other proprietary legends that were contained in the originals.

*Fair Isaac Confidential*                                                                 Qshift Doc.

Confidential - Attorneys' Eyes Only



DEFENDANTS'
TRIAL EXHIBIT
**D-0284**
CASE NO. 16 CV-1054-DTS

FICO0045930

D-0284-001

| Fair Isaac Order Form | Page 2 of 14 |
|---|---|
| FI Contract Number: | FI LR#32856 |

2.5     General License Restrictions. All licenses granted to Client are subject to the terms of this Agreement, including the restrictions set forth in Exhibit B. With respect to the Fair Isaac Product(s) and Documentation, Client and its employees, representatives, and/or agents shall not: (a) use them for any purpose other than the internal business operations of Client or in any other manner that exceeds the scope of any license granted under this Agreement or that otherwise constitutes a breach of this Agreement; (b) in any way modify, adapt, translate, or make derivative works from them; (c) reverse engineer, decompile, disassemble, or otherwise attempt to reduce any object code to human perceivable form or permit others to do so; (d) disclose them to, or permit the use or access of them by, any third party; (e) assign, sublicense, lease, transfer, or distribute them; (f) operate any Fair Isaac Product for timesharing, rental, outsourcing, or service bureau operations (or otherwise for the benefit of any party other than Client); or (g) disclose or publish performance benchmark results for them without Fair Isaac's prior written consent.

## 3.  Services

3.1     Support and Maintenance Services. Subject to the payment of the applicable Support and Maintenance Fees described in Exhibit B, Fair Isaac will provide Client with the support and maintenance Services under its standard Software Support and Maintenance Policy. A copy of the current version of this policy is attached as Exhibit C.

## 4.  Representations and Warranties

4.1     Conformity to Specifications – Fair Isaac Product(s). Fair Isaac warrants that each Fair Isaac Product will conform in all material respects to its Documentation for a period of 90 days from the initial date of delivery. Fair Isaac shall, at its own expense and as its sole obligation and Client's exclusive remedy for any breach of this warranty that is reported to Fair Isaac by Client in writing (along with all information available to Client that is relevant to verifying, diagnosing, or correcting the error) within the warranty period, either (i) correct any reproducible error in the Fair Isaac Product reported to Fair Isaac or (ii) replace the Fair Isaac Product.

4.2     Operation with Hardware, Software, Systems, or Data.    Fair Isaac warrants that the Fair Isaac Product will operate with the following hardware, software, systems, or data:  There is no additional warranty other than as set forth in Section 4.1.

## 5.  Miscellaneous

5.1     Notices. If the address or facsimile number for written notices for either party under this Order Form is different from that stated in the MLMSA, it will be set forth under "Instructions and Contact Information" in Exhibit A. Either party may change its address or facsimile number for notices at any time by giving written notice to the other party.

5.2     Entire Agreement; Order of Precedence. This Order Form, together with the MLMSA, represents the complete agreement of the parties and supersedes all prior or contemporaneous agreements, proposals, understandings, representations, conditions, and communications (oral or written), as well as the terms of all existing or future purchase orders and acknowledgments. In the case of any conflict between the provisions of this Order Form and the MLMSA, the provisions of this Order Form control. Any other terms, conditions, supplements, modifications, or amendments to this Order Form will not be binding upon either party unless expressly set forth in a writing signed by authorized representatives of Client and Fair Isaac.

*Fair Isaac Confidential*                                                                                 Qshift Doc.

Confidential - Attorneys' Eyes Only                                                      FICO0045931

| Fair Isaac Order Form | Page 3 of 14 |
|---|---|
| FI Contract Number: | FI LR#32856 |

5.3    Counterparts. This Order Form may be executed on separate counterparts or signature pages, which will be considered the same as if a single document had been executed. This Order Form will become binding when one or more of such counterparts or signature pages has been executed by each of the parties and delivered (including by facsimile transmission) to the other party. Each counterpart of this document containing the valid signatures (including those delivered by facsimile) of each of the parties will be deemed an original, and all such counterparts and signature pages, taken together, will be considered a single document.

**Signature Page Follows.**

*Fair Isaac Confidential*

Qshift Doc.

Confidential - Attorneys' Eyes Only

FICO0045932

| Fair Isaac Order Form | | Page 4 of 14 |
|---|---|---|
| FI Contract Number: | | FI LR#32856 |

Signed by authorized representatives of Fair Isaac and Client as of the Effective Date.

| Fair Isaac Corporation | Target Corporation |
|---|---|
| By: | By: |
| Printed Name: Daniel S. Chelew | Printed Name: Patrick Mullarkey |
| Title: Vice President Financial Planning & Analysis | Title: Vice President, IT Services |
| Date Signed: 2/8/07 | Date Signed: 1/15/07 |

| Fair Isaac Use Only: | Created by: J. Boone | On: December 1, 2006 |
|---|---|---|
| Short Name: | Client #: | Acct. Exec: |
| OE Order #: | System #: | Royal Blue #: |
| Sales Approval: | | |
| Notes: | | |

The following Exhibits are a part of this Order Form:

**Exhibit A - Instructions and Contact Information**

**Exhibit B - Products, Fees, Payments, and Additional Terms**

**Exhibit C - Support and Maintenance Policy**

**Exhibit D - Statement of Work for Other Services**

**Please complete the information and review the instructions on the following page.**

*Fair Isaac Confidential*

Qshift Doc.



Confidential - Attorneys' Eyes Only

FICO0045933

D-0284-004

| Fair Isaac Order Form | Page 5 of 14 |
|---|---|
| FI Contract Number: | FI LR#32856 |

## EXHIBIT A - Instructions and Contact Information

Instructions to Client:

1. Appropriate corporate officer should execute 2 copies of the document.

2. Complete all requested information below:

| Information For Notices: | For Client: | For Fair Isaac: |
|---|---|---|
| Address: | 33 South 6th St. | 3661 Valley Centre Drive |
|  | CC-1370 | Reference LR 32856 |
| City/State: | Minneapolis, MN | San Diego, CA |
| Zip/Code: | 55402 | 92130 |
| Country: | USA | USA |
| Attention: | Contracts Administrator | Contracts Administrator |
| Fax: | 612-304-5635 | 858-523-4450 |

3. Complete information below if different from above:

| | Return executed contract to Client at: | Client's billing information: | Deliver Software to: |
|---|---|---|---|
| Address: | | | |
| | | | |
| City/State: | | | |
| Zip/Code: | | | |
| Country: | | | |
| Attention: | | | |
| Phone: | | | |
| Fax (optional): | | | |
| Email: | | | |
| (If applicable) | Client's VAT No: | | |

4. If you wish to receive an original copy for your records, please return 2 completed and executed copies of the entire document to:

Fair Isaac Contracts Administration
3661 Valley Centre Drive
San Diego, CA 92130
USA

To expedite, please fax a completed and executed copy to: **858-523-4450**

Questions? Call: 858-369-8259

*Fair Isaac Confidential*                                                Qshift Doc.

Confidential - Attorneys' Eyes Only                                    FICO0045934

| Fair Isaac Order Form | Page 6 of 14 |
|---|---|
| FI Contract Number: | FI LR#32856 |

### EXHIBIT B - PRODUCTS, FEES, PAYMENTS, AND ADDITIONAL TERMS

**Blaze Advisor**

### 1. FAIR ISAAC PRODUCT DESCRIPTION

"**Fair Isaac Products**" means the Blaze Advisor products listed below. The Blaze Advisor Development product allows a developer to utilize design and testing tools and to run a non-production deployment environment for testing use only. The Blaze Advisor Deployment product consists of the Blaze Advisor Rule Server and Engine and allows the software to be run on a system handling production-level processing.

### 2. LICENSE AND SUPPORT AND MAINTENANCE FEES

| Product | Item # | Term (Perpetual or No. of Years) | Scope/Quantity | Price | Total |
|---|---|---|---|---|---|
| Blaze Advisor Development Version: 6.1 Platform: Java and .Net | 280-DVLI-03 | Perpetual | For use solely within Client's pharmacy line of business | $ | $ |
| Blaze Advisor Development Version: 6.1 Platform: Java and .Net | 280-DVLI-03 | Perpetual | 2 Seats for any use by Client | Included in license fees listed above | Included in license fees listed above |
| Blaze Advisor Deployment Version: 6.1 Platform: Java and .Net | 280-DPLI-03 | Perpetual | For use solely within Client's pharmacy line of business | Included in license fees listed above | Included in license fees listed above |
| Documentation for Blaze Advisor: User guide (available in HTML or PDF) | N/A | Perpetual | 1 set | Electronic copy included with software license | Included in license fees listed above |
| Support and Maintenance Fee for Blaze Advisor Software: | 280-OOMN-08 | Initial Term: One year | 1 | I▇% per year of Total License Fees for all licenses listed above | ▇Year One (Annual fee thereafter - subject to annual adjustment) |
| **TOTAL LICENSE AND FIRST YEAR SUPPORT AND MAINTENANCE FEES – (US Dollars)** | | | | | $▇ |

### 3. PAYMENT OF FEES AND EXPENSES

3.1     License Fees. Client agrees to pay the license fees described above upon Client's execution of this Order Form.

3.2     Support and Maintenance Fees. Client agrees to pay the Support and Maintenance Fees for the first year upon Client's execution of this Order Form, and annually thereafter in advance while support and maintenance is in effect. The Support and Maintenance Fees set forth above cover only the licenses to the Fair Isaac Products set forth in this Order Form and do not cover any other licenses granted to Client

*Fair Isaac Confidential*                                                                 Qshift Doc.

Confidential - Attorneys' Eyes Only                                                        FICO0045935

| Fair Isaac Order Form | | Page 7 of 14 |
|---|---|---|
| FI Contract Number: | | FI LR#32856 |

under any other agreement. The total Support and Maintenance Fees for the Fair Isaac Products for future years will be calculated based on the total license fees paid by Client for the Fair Isaac Products under this Order Form and all other agreements.

## 4. ADDITIONAL TERMS

4.1    Client's licenses to the Fair Isaac Products are limited as follows:

> **Line of Business:** With respect to any license set forth above with a "Scope/Quantity" of "Line of Business", Client's "Line of Business" is defined as Client's pharmacy line of business. The Fair Isaac Products may not be used with any other line of business or with any application outside of the pharmacy.

4.2    Platforms/Options. Client's license to the Fair Isaac Products includes the right to use only the version of the Fair Isaac Products for the specific supported platform(s) that are noted above in this Exhibit B (i.e., Java, COBOL or .NET). If no platform is noted, Client has the right to use the Fair Isaac Products only for the supported platform(s) that is(are) initially delivered to Client. If Client desires versions of the Fair Isaac Products for additional supported platforms, an additional fee applies. Unless specifically noted as being purchased in this Exhibit B, Client does not obtain any right to options or additional related products (e.g., Compiled Sequential, SmartForms) by virtue of its purchase of a license to the Fair Isaac Products.

4.3    Seat License. If the "Scope/Quantity" of the license for any Fair Isaac Product is designated in this Exhibit B as limited to a specified number of "Seats", then Client shall not use such Fair Isaac Product for more than the specified number of Seats. "**Seat**" means an identified individual user on a single personal computer or workstation.

4.4    Line of Business License. If the "Scope/Quantity" of the license for any Fair Isaac Product is designated in this Exhibit B as "Line of Business", Client may use such Fair Isaac Product for any application or use within the designated Line of Business only.

4.5    Enterprise-Wide License. If the "Scope/Quantity" of the license for any Fair Isaac Product is designated in Section 2 of this Exhibit B as "Enterprise-Wide", then Client may use such Fair Isaac Product on an unlimited number of Seats, with an unlimited number of Lines of Business; provided, however, that such use is for Client's and its Subsidiaries' use only and not for use by any other entity. Client's Subsidiaries may use the Fair Isaac Product only so long as they remain Subsidiaries of Client, as defined in the MLMSA. Client shall remain liable for its Subsidiaries' use of the Fair Isaac Product.

## 5. BLAZE ADVISOR LICENSE OPTIONS

5.1    Additional Licenses. Client may license additional Fair Isaac Product under a "Line of Business" license. A "Line of Business" license will allow Client to use the Fair Isaac Product within a line of business without any additional limitations.    Areas where Client may wish to license additional Fair Isaac Products include, but are not limited to:

- Distribution & Transportation, including Distribution Center, Warehouse Management, Global Trade and Customs Management, and Import and Domestic Transportation
- Assets Protection, including Corporate Communications, Corporate Security, Distribution Center Security, Financial Investigation Services, and Merchandise Protection

*Fair Isaac Confidential*                                                          Qshift Doc.

Confidential - Attorneys' Eyes Only

| Fair Isaac Order Form | | Page 8 of 14 |
|---|---|---|
| FI Contract Number: | | FI LR#32856 |

- Finance, including Accounts Payable, External Financial Reporting, Inventory Accounting, Property Accounting, Merchandise Finance, Capital Finance, Expense Planning, Financial Operations, and Indirect Procurement
- Human Resources, including Recruitment, Workforce Administration and Development, Regulatory Compliance, Benefits Administration, Leave Management, and Payroll
- Marketing, including Marketing Planning, events, Community Relations, Interactive Marketing, Creative Departments, and Marketing Operations
- Merchandising Product Design and Development
- Merchandising Space Planning – Micro and Macro
- Merchandising Pricing
- Property Development, including Real Estate, Store Design, Construction, Building Services, and Operations
- Stores Pharmacy
- Stores Point of Sale
- Stores Gift Registry
- TGT.com, including related Merchandising, Merchandise Planning, Operations, Site Marketing, Business Operations, Finance, and Target Team Recognition
- Target Financial Services, including TFS Financial Product Analysis, TFS Financial Planning, and TFS Strategic Analysis
- Technology Services – for any use within TTS, except for development and deployment to other Lines of Business as identified above

If Client elects to license additional Fair Isaac Products, the parties will execute a mutually agreed to Order Form, subject to the MLMSA, documenting the terms and conditions of such additional license, which will be substantially similar to the terms and conditions set forth herein.

5.2     Prior to entering in a full license, each Line of Business may request an evaluation license for up to 10 Seats of the Fair Isaac Product. The parties shall execute an amendment to the Evaluation Agreement dated on or about November 30, 2006 to address the evaluation usage of such Line of Business.

*Fair Isaac Confidential*                                                        Qshift Doc.

Confidential - Attorneys' Eyes Only                                    FICO0045937

| Fair Isaac Order Form | Page 9 of 14 |
|---|---|
| FI Contract Number: | FI LR#32856 |

5.3 <u>Pricing for Additional Blaze Advisor Licenses</u>: Client may license additional Fair Isaac Products on a "Line of Business" basis, at the following prices, which shall be effective as of the Effective Date of this Order Form through December 31, 2008. A 20% discount applies to the license fee for the first additional Blaze Advisor license Client purchases pursuant to this section.

| Product | Item # | Term (Perpetual or No. of Years) | Scope/Quantity | Price | Total |
|---|---|---|---|---|---|
| Blaze Advisor Development Version: Platform:.Net and Java | 280-DVLI-03 | Perpetual | For use solely within Client's _____ line of business | $████ | $████ |
| Blaze Advisor Deployment Version: Platform:.Net and Java | 280-DPLI-03 | Perpetual | For use solely within Client's _____ line of business | Included in license fees listed above | Included in license fees listed above |
| Documentation for Blaze Advisor: User guide (available in HTML or PDF) | N/A | Perpetual | 1 set | Electronic copy included with software license | Included in license fees listed above |
| Support and Maintenance Fee for Blaze Advisor Software: | 280-OOMN-08 | Initial Term: One year | 1 | ████ per year of Total License Fees | ████ Year One (Annual fee thereafter - subject to annual adjustment) |
| **TOTAL LICENSE AND FIRST YEAR SUPPORT AND MAINTENANCE FEES – (US Dollars)** | | | | | |

5.4 <u>Enterprise License Option</u>. Client shall have two options to convert the license granted in Article 2 of this Exhibit B to an Enterprise-Wide license. If either option outlined below is exercised, Fair Isaac and Client shall enter into an amendment documenting the conversion and the applicable terms and conditions. These options are as follows:

(a) If, from the Effective Date of this Order Form through December 31, 2008, Client licenses additional copies of the Fair Isaac Products, and all licenses for the Fair Isaac Products (including the license granted herein) total a net license fee of $████ or more, then all such licenses shall be converted to an Enterprise-Wide license at no additional fee. Support and maintenance on the Enterprise-Wide license shall be ████ of ████); or

(b) If Client does not reach the license fee threshold set forth in section (a) above, then Client shall have the option of converting its existing license agreement(s) for the Fair Isaac Products to an Enterprise-Wide license for ████ ████ ████ ████) (the "Enterprise License Fee"); provided, however, that all license fees paid by Client for the Fair Isaac Products up to the date of the conversion to an Enterprise-Wide license shall be credited ████ against the Enterprise-Wide License Fee. Support and maintenance for the Enterprise-Wide license shall be ██% of $████. The option set forth in this section (b) shall be available to Client until December 31, 2008.

*Fair Isaac Confidential*                                                                                     Qshift Doc.

Confidential - Attorneys' Eyes Only                                          FICO0045938

| Fair Isaac Order Form | | Page 10 of 14 |
|---|---|---|
| FI Contract Number: | | FI LR#32856 |

## EXHIBIT C - FAIR ISAAC SOFTWARE SUPPORT AND MAINTENANCE POLICY

### 1. DEFINITIONS

"**Client**" means Target Corporation.

"**Fair Isaac**" means Fair Isaac Corporation and its subsidiaries.

"**Errors**" means persistent malfunctions, inherent within the Software, that prevent the Software from operating according to its technical documentation.

"**Maintenance Fees**" means the support and maintenance fees applicable to the Software licensed by Client. In the case of software licensed on a subscription basis, the Maintenance Fees are included in the applicable subscription fees.

"**Product Support Hours**" – are 6:00 a.m. to 5:00 p.m. Pacific Time, Monday through Friday, excluding holidays observed by Fair Isaac in the United States. Support services will be provided from the United States.

"**Software**" means the following Fair Isaac software product(s) licensed by Client:   Blaze Advisor Development and Blaze Advisor Deployment.

### 2. SUPPORT AND MAINTENANCE SERVICES GENERALLY

2.1     Subject to payment of the appropriate Maintenance Fees by Client, and compliance by Client with the terms of this policy and the applicable license agreement, Fair Isaac shall provide Client with support and maintenance services for the Software as set forth in this policy.

2.2     Fair Isaac provides support and maintenance services for licensed Software during both implementation and production use when operated on supported platforms installed on designated or approved equipment, as set forth in the technical documentation for the Software. Support is currently provided in the English language only.

2.3     Subject to Article 5 (Exclusions), maintenance includes any standard Software versions and releases generally made available to Fair Isaac's customers that are current on Maintenance Fees. Those versions and releases will be provided to Client under this policy on a when-and-if-available basis.

### 3. TECHNICAL SUPPORT

3.1     Fair Isaac will make commercially reasonable efforts, during Product Support Hours, to address Client's questions about the Software, to resolve operating problems that are attributable to the Software, and to resolve verified, reproducible Errors in the Software.

3.2     Client agrees: (a) to set up primary and secondary liaisons who have been trained on the Software; (b) that all support requests will be centralized through the primary and secondary liaisons; (c) to submit support requests to Fair Isaac Product Support; (d) to comply with the attached guidelines for submitting support requests; (e) to use commercially reasonable efforts to diagnose and resolve problems in the operation of the Software prior to contacting Fair Isaac for support; and (f) to use commercially reasonable efforts to verify that reported problems are due to a malfunction of the Software, and not due to the operating system, hardware, data, interfaces, or improper use of the Software, prior to contacting Fair Isaac for support.

*Fair Isaac Confidential*                                                                        Qshift Doc.

Confidential - Attorneys' Eyes Only                                                                        FICO0045939

| Fair Isaac Order Form | | Page 11 of 14 |
|---|---|---|
| FI Contract Number: | | FI LR#32856 |

## 4. TERM; TERMINATION; REINSTATEMENT

4.1    Fair Isaac's support and maintenance obligations under this policy commence upon shipment of the Software and will continue for an initial term of one year. Fair Isaac shall notify Client in writing sixty (60) days prior to the expiration of Client's then-current maintenance term.  If Client elects to renew maintenance and support for the upcoming annual term, Client shall pay the invoice for support and maintenance fees included with the notification.  If Client fails to pay the support and maintenance invoice within thirty (30) days of the start of the new support and maintenance term, support and maintenance shall be terminated and Fair Isaac shall have no further support and maintenance obligations unless Client reinstates maintenance pursuant to Section 4.3.     For as long as Fair Isaac makes maintenance for the Software generally available to all of its customers,   support and maintenance services will be made available to Client.   Support and maintenance during renewal terms will be subject to the Support and Maintenance Policy in effect for the Software at the time of renewal. Maintenance Fees applicable to renewal terms may be increased by Fair Isaac, but no increase may exceed the most recently available annual change in the CPI. "CPI" means the Consumer Price Index for All Urban Consumers (CPI-U) for the U.S. City Average for All Items, 1982-84=100, as published by the US Bureau of Labor Statistics. Upon Client's request, Fair Isaac will provide supporting documentation reflecting the CPI used for determining the increase.

4.2    Fair Isaac may terminate support and maintenance services under this policy upon at least 30 days' written notice if Client is in breach under this policy or any license agreement relating to the Software and does not cure the breach before the end of the notice period. Fair Isaac will have no obligation to resume support and maintenance services following a termination for cause under this section.

4.3    Fair Isaac may, at its sole discretion, reinstate lapsed or terminated support and maintenance services, in accordance with its then-current policies, upon payment by Client of the applicable reinstatement fee.

## 5. EXCLUSIONS

5.1    Services outside the scope of this policy are subject to availability of resources and will be charged for separately at Fair Isaac's then-current rates for those services. The following are outside the scope of this policy:

(a)    Support services provided outside of Product Support Hours or any other hours as are provided for in Section 6 (Severity Levels and Response Times).

(b)    Support service that becomes necessary due to failure of computer hardware, equipment or programs not provided by Fair Isaac; negligence of Client or any third party; operator error; improper use of hardware or software (including the Software); any problem or loss not solely attributable to the Software; problems stemming from Client not applying all required maintenance releases; or problems due to unauthorized modification or adaptation of the Software by Client.

(c)    Development, customization, coding, installation, integration, consulting and training.

(d)    Optional, separately-priced Software features that may, from time to time, be made available by Fair Isaac with new versions or releases of the Software.

*Fair Isaac Confidential*                                                                                        Qshift Doc.

Confidential - Attorneys' Eyes Only                                                                      FICO0045940

| Fair Isaac Order Form | Page 12 of 14 |
|---|---|
| FI Contract Number: | FI LR#32856 |

5.2    Unless otherwise indicated in the applicable Order Form or license agreement, Fair Isaac has no obligation to provide support or maintenance services for other than (a) the current release of the Software and (b) two prior releases of the Software.

*Fair Isaac Confidential*

Qshift Doc.

Confidential - Attorneys' Eyes Only

FICO0045941

| Fair Isaac Order Form | Page 13 of 14 |
|---|---|
| FI Contract Number: | FI LR#32856 |

**6.     SEVERITY LEVELS AND RESPONSE TIMES**. Upon Client's report of a problem with the Software, a Fair Isaac representative will acknowledge the report by issuing a confirmation to Client, either by phone or email, and Fair Isaac will assign a Severity Level to the problem based on the type of issue reported, according to the following schedule:

| Severity | Condition | Response Time/Action |
|---|---|---|
| 1 | **Production Down Emergency: An Error in the production environment that inhibits all or substantially all of the Software from functioning in accordance with its documentation. A severity "one" problem is both severe and mission-critical.:** | Provide:<br>(a) a phone response within 1 hour during Fair Isaac's Product Support Hours and |
| | | (b) an action plan within 4 hours for the development of a patch or a bypass for the Error. |
| | | Following the development of the patch or bypass, Fair Isaac will notify Client of inclusion of the patch or a solution in a revision of the Software. |
| | | Once identified and logged, Fair Isaac will provide all necessary services to resolve a Severity-One condition on a diligent-efforts priority basis seven days per week until that condition has been patched or bypassed. |
| 2 | **Production Impaired: An Error in the production environment where major functionality of the Software is inhibited, but the Error does not materially disrupt Client's business** | Provide:<br>(a) a written or phone response within 4 hours during Fair Isaac's Product Support Hours and |
| | | (b) an action plan within 2 business days for a bypass for the Error or |
| | | (c) an action plan within 5 business days for developing a patch for the Error. |
| | | Following the development of the patch or bypass, Fair Isaac will notify Client of inclusion of the patch or a solution in a revision of the Software. |
| | | Fair Isaac will work on the Error during Product Support Hours. |
| 3 | **Production Inhibited: An Error in the production environment where a feature of the Software is inhibited, but the Error does not materially disrupt Client's business** | Provide:<br>(a) a written or phone response within one business day and |
| | | (b) Consider for correction or inclusion in the next revision of the Software. |
| 4 | **General Assistance: A "how to" question; an Error that is minor or cosmetic in nature; or an enhancement request to be considered for a future revision of the Software** | Provide:<br>(a) a written or phone response within 2 business days and |
| | | (b) Consider for correction or inclusion in the next revision of the Software. |

*Fair Isaac Confidential*

Qshift Doc.

Confidential - Attorneys' Eyes Only

FICO0045942

| Fair Isaac Order Form | | Page 14 of 14 |
|---|---|---|
| FI Contract Number: | | FI LR#32856 |

## Fair Isaac Product Support

### Problem Submission Guidelines

We encourage customers to first consult the appropriate documentation for the product they are using (installation guides, reference manuals, user guides, product release notes, etc.). Release notes will typically include contents of the release, installation/license information, known limitations, product support, and compatibility information. Other reference materials should also be consulted as needed for related components such as database management systems, compilers, operating systems, etc. For Fair Isaac products with web-based self-service, visit the support web site to search for known questions, solutions and technical notes.

If you've completed this initial research and are still unable to resolve your problem, the next step is to contact Product Support. The following information is critical to resolving a problem:

• Your Customer ID (a 4-digit number communicated to you either by your Engagement Manager or during your first contact with Product Support) or license number (if applicable).
• Your phone number and email address
• The name and version of the Fair Isaac software to which the issue pertains. For incidents submitted via email, please be sure to include the product name on the subject line of the email.
• The name and version of the operating system and database.
• The environment in which the error is occurring (development, test or production).
• Both a general statement and a detailed description of the problem, including any relevant error messages.
• Frequency with which the condition occurs and at what intervals.
• Can the problem be replicated, and if so, the steps taken to recreate the problem.
• Any changes to the Fair Isaac application, including new configuration or software upgrades.
• Copies of the Fair Isaac product log files, configuration files, and screen prints of errors.

### Troubleshooting Tips:

• Isolate the problem as precisely as possible using debugging facilities and error logs as appropriate, and try to find a consistent way to reproduce it.
• Whenever possible, modify a Fair Isaac provided example or test case to cause the same problem.
• If the problem is not consistently reproducible, check whether it may be related to insufficient memory, memory leaks, search paths, or files that may be missing from certain directories or the class path.
• Verify that the versions of the database, compilers, operating system, browser, drivers, etc. that are in use are certified and supported by Fair Isaac.
• Identify any other changes that may have occurred in your environment that may have an impact on the Fair Isaac solution (for example, database maintenance, service pack deployment, upgrade of a system component, operating system patches, etc.)
• Try to reproduce the problem on another platform or test system.
• If applicable, try to isolate various components of your solution to simplify the troubleshooting (for example, pull out a subset of rules or code from the bulk of your application). Support can assist you best if we get a small sample of your application to work with. If possible send us a small test case with instructions, so we can run the test case.
• Any changes that may have been made to the environment (for example, maintenance work that may have been performed or any hardware/software changes made to the server, workstation, operating system, or data feed).

*Fair Isaac Confidential*

Qshift Doc.

Confidential - Attorneys' Eyes Only

FICO0045943

| Fair Isaac Order Form | Page 1 of 16 |
| --- | --- |
| FI Contract Number: | FI LR#~~35918~~ |

*~~36592~~*
*35918*

### Fair Isaac Order Form
### Blaze Advisor and Dash

This Order Form, effective as of June 19 , 2007 ("**Effective Date**"), is entered into by Fair Isaac Corporation ("**Fair Isaac**") and Target Corporation ("**Client**"), and is subject to the Master License and Maintenance Services Agreement between the parties dated January 25, 2007 ("**MLMSA**"). Capitalized terms used in this Order Form that are defined in the MLMSA have the meanings given those terms in the MLMSA.

**1.   Definitions.** In this Order Form:

"**Agreement**" means the MLMSA and this Order Form, which also includes all exhibits and other attachments, as it and they may be amended from time to time.

"**CPU**" means a single core central processing unit. For multi-core central processing units, each core will count as one "CPU."

"**Dash Product(s)**" means the software products described in Exhibit B developed by Dash Optimization, Inc. for which Fair Isaac is an authorized reseller under an agreement between Dash Optimization, Inc. and Fair Isaac.

"**Services**" means the Support and Maintenance Services as further described below.

"**Term**" means the term of the license(s) granted in this Order Form, as set forth in Exhibit B.

**2.   License Grants and Restrictions**

2.1     License to Fair Isaac Product(s) and Dash Products. Fair Isaac hereby grants to Client a non-exclusive, non-transferable, non-sublicensable, irrevocable (except as set forth in Section 8.2 of the MLMSA) limited license to use the Fair Isaac software product(s) listed on Exhibit B (each a "**Fair Isaac Product**"), and the Dash software product(s) listed on Exhibit B (each a "**Dash Product**") but only in the Territory, during the Term, for Client's internal business purposes, and subject to the additional terms and limitations set forth below and/or listed in Exhibit B.

2.2     License to Documentation. Fair Isaac hereby grants to Client a non-exclusive, non-transferable, non-sublicensable, irrevocable (except as set forth in Section 8.2 of the MLMSA) limited license to use the standard user documentation that is listed in Exhibit B and provided with the Fair Isaac Product(s) and the Dash Product(s) ("**Documentation**"), but only in the Territory, during the Term, for Client's internal business purposes, and only in accordance with Client's permitted use of the Fair Isaac Product(s) and the Dash Product(s). Client shall not modify the Documentation, combine the Documentation with other works, or create derivative works from the Documentation without Fair Isaac's written permission. If Fair Isaac does give such permission, any such modifications, combinations, or derivatives that include or are based on the Fair Isaac Product Documentation will become Fair Isaac's Intellectual Property and may be used only in support of Client's permitted use of the applicable Fair Isaac Product(s).

2.3     Permission for Back-Up Copy. Client may reproduce the object code of the Fair Isaac Product(s) and the Dash Product(s) and the Documentation for the purpose of exercising the license rights granted under this Agreement on a backup CPU in the event of a malfunction that renders the primary CPU inoperable. This license is effective only for the period of such inoperability or the expiration or termination of the primary license to the Fair Isaac Product(s) or Dash Product(s), whichever first occurs.

*Fair Isaac Confidential*                                                                                     Qshift Doc.

Confidential - Attorneys' Eyes Only                                                           FICO0046415

| Fair Isaac Order Form | Page 2 of 16 |
|---|---|
| FI Contract Number: | FI LR#35918 |

2.4     Notice Reproduction. To the extent Client is given reproduction rights Client must reproduce on each copy of the Fair Isaac Product(s) or Dash Product(s), Deliverables, and Documentation any copyright, patent, or trademark notice, and any other proprietary legends that were contained in the originals.

2.5     General License Restrictions. All licenses granted to Client are subject to the terms of this Agreement, including the restrictions set forth in Exhibit B. With respect to the Fair Isaac Product(s), the Dash Product(s), and Documentation, Client and its employees, representatives, and/or agents shall not: (a) use them for any purpose other than their internal business operations of Client or in any other manner that exceeds the scope of any license granted under this Agreement or that otherwise constitutes a breach of this Agreement; (b) in any way modify, adapt, translate, or make derivative works from them; (c) reverse engineer, decompile, disassemble, or otherwise attempt to reduce any object code to human perceivable form or permit others to do so; (d) disclose them to, or permit the use or access of them by, any third party; (e) assign, sublicense, lease, transfer, or distribute them; (f) operate any Fair Isaac Product or Dash Product for timesharing, rental, outsourcing, or service bureau operations (or otherwise for the benefit of any party other than Client); or (g) disclose or publish performance benchmark results for them without Fair Isaac's prior written consent.   The Fair Isaac Products, the Dash Products, and the Documentation are considered Confidential Information of Fair Isaac.

## 3.  Services

3.1     Support and Maintenance Services. Subject to the payment of the applicable Support and Maintenance Fees described in Exhibit B, Fair Isaac will provide Client with the support and maintenance Services under its standard Software Support and Maintenance Policy. A copy of the current version of this policy is attached as Exhibit C.  Support and Maintenance for the Dash Products will be subject to Exhibit C with the exception of the severity levels and response times, which are set forth in Section 7 of Exhibit C.

## 4.  Representations and Warranties

4.1     Conformity to Specifications – Fair Isaac Product(s) and Dash Product(s). Fair Isaac warrants that each Fair Isaac Product and each Dash Product will conform in all material respects to their respective Documentation for a period of 90 days from the initial date of delivery. Fair Isaac shall, at its own expense and as its sole obligation and Client's exclusive remedy for any breach of this warranty that is reported to Fair Isaac by Client in writing (along with all information available to Client that is relevant to verifying, diagnosing, or correcting the error) within the warranty period, either (i) correct any reproducible error in the Fair Isaac Product or the Dash Product, as the case may be, reported to Fair Isaac or (ii) replace the Fair Isaac Product or the Dash Product, as the case may be.

4.2     Operation with Hardware, Software, Systems, or Data.   Fair Isaac warrants that the Fair Isaac Product and the Dash Product will operate with the following hardware, software, systems, or data:  There is no additional warranty other than as set forth in Section 4.1.

## 5.  Miscellaneous

5.1     Notices. If the address or facsimile number for written notices for either party under this Order Form is different from that stated in the MLMSA, it will be set forth under "Instructions and Contact Information" in Exhibit A. Either party may change its address or facsimile number for notices at any time by giving written notice to the other party.

*Fair Isaac Confidential*                                                                                  Qshift Doc.

Confidential - Attorneys' Eyes Only                                                                  FICO0046416

| Fair Isaac Order Form | Page 3 of 16 |
|---|---|
| FI Contract Number: | FI LR#~~35918~~ 36392 |

5.2    Entire Agreement; Order of Precedence. This Order Form, together with the MLMSA, represents the complete agreement of the parties and supersedes all prior or contemporaneous agreements, proposals, understandings, representations, conditions, and communications (oral or written), as well as the terms of all existing or future purchase orders and acknowledgments. In the case of any conflict between the provisions of this Order Form and the MLMSA, the provisions of this Order Form control. Any other terms, conditions, supplements, modifications, or amendments to this Order Form will not be binding upon either party unless expressly set forth in a writing signed by authorized representatives of Client and Fair Isaac.

5.3    Counterparts. This Order Form may be executed on separate counterparts or signature pages, which will be considered the same as if a single document had been executed. This Order Form will become binding when one or more of such counterparts or signature pages has been executed by each of the parties and delivered (including by facsimile transmission) to the other party. Each counterpart of this document containing the valid signatures (including those delivered by facsimile) of each of the parties will be deemed an original, and all such counterparts and signature pages, taken together, will be considered a single document.

**Signature Page Follows.**

*Fair Isaac Confidential*                                                                Qshift Doc.

Confidential - Attorneys' Eyes Only

| Fair Isaac Order Form | Page 4 of 16 |
|---|---|
| FI Contract Number: | FI LR#35918 |

Signed by authorized representatives of Fair Isaac and Client as of the Effective Date.

| Fair Isaac Corporation | Target Corporation |
|---|---|
| By: | By: |
| Printed Name: **Robert Ron** | Printed Name: **Patrick Mullarkey** |
| Title: **Senior Director** **Financial Planning & Analysis** | Title: **Vice President, IT Services** |
| Date Signed: 6/30/07 | Date Signed: 6/19/07 |

| Fair Isaac Use Only: | Created by: J. Boone | On: May 18, 2007 |
|---|---|---|
| Short Name: | Client #: | Acct. Exec: |
| OE Order #: | System #: | Royal Blue #: |
| Sales Approval: | | |
| Notes: | | |

The following Exhibits are a part of this Order Form:

**Exhibit A - Instructions and Contact Information**

**Exhibit B - Products, Fees, Payments, and Additional Terms**

**Exhibit C - Support and Maintenance Policy**

**Exhibit D - Statement of Work for Other Services**

**Please complete the information and review the instructions on the following page.**



*Fair Isaac Confidential*                                        Qshift Doc.

Confidential - Attorneys' Eyes Only

**D-0284-018**

| Fair Isaac Order Form | | Page 5 of 16 |
|---|---|---|
| FI Contract Number: | | FI LR#~~35918~~ |

*36392*

## EXHIBIT A - Instructions and Contact Information

Instructions to Client:

1. Appropriate corporate officer should execute 2 copies of the document.

2. Complete all requested information below:

| Information For Notices: | For Client: | For Fair Isaac: |
|---|---|---|
| Address: | | 3661 Valley Centre Drive |
| | | Reference LR 35918 |
| City/State: | | San Diego, CA |
| Zip/Code: | | 92130 |
| Country: | | USA |
| Attention: | | Contracts Administrator |
| Fax: | | 858-523-4450 |

3. Complete information below if different from above:

| | Return executed contract to Client at: | Client's billing information: | Deliver Software to: |
|---|---|---|---|
| Address: | | | |
| | | | |
| City/State: | | | |
| Zip/Code: | | | |
| Country: | | | |
| Attention: | | | |
| Phone: | | | |
| Fax (optional): | | | |
| Email: | | | |
| (If applicable) | Client's VAT No: | | |

4. If you wish to receive an original copy for your records, please return 2 completed and executed copies of the entire document to:

Fair Isaac Contracts Administration
3661 Valley Centre Drive
San Diego, CA 92130
USA

To expedite, please fax a completed and executed copy to: **858-523-4450**

Questions? Call: 858-369-8259

*Fair Isaac Confidential*                                                      Qshift Doc.

Confidential - Attorneys' Eyes Only                                                      FICO0046419

| Fair Isaac Order Form | | Page 6 of 16 |
|---|---|---|
| FI Contract Number: | | FI LR#35918 |

## EXHIBIT B - PRODUCTS, FEES, PAYMENTS, AND ADDITIONAL TERMS

### Blaze Advisor and Dash

### 1.  FAIR ISAAC PRODUCT DESCRIPTION

"**Fair Isaac Products**" means the Blaze Advisor products listed below. The Blaze Advisor Development product allows a developer to utilize design and testing tools and to run a non-production deployment environment for testing use only. The Blaze Advisor Deployment product consists of the Blaze Advisor Rule Server and Engine and allows the software to be run on a system handling production-level processing.

"**Dash Products**" means the Dash Optimization products listed below, for which Fair Isaac is an authorized reseller.

### 2.  LICENSE AND SUPPORT AND MAINTENANCE FEES

| Product | Item # | Term (Perpetual or No. of Years) | Scope/Quantity | Price | Total |
|---|---|---|---|---|---|
| Blaze Advisor Development Version: Current Version Platform: Java and .Net | 280-DVLI-03 | Perpetual | For use solely within Client's space planning Line of Business | $▊0 | $▊0 |
| Blaze Advisor Deployment Version: Current Version Platform: Java and .Net | 280-DPLI-03 | Perpetual | For use solely within Client's space planning Line of Business | Included in license fees listed above | Included in license fees listed above |
| Documentation for Blaze Advisor: User guide (available in HTML or PDF) | N/A | Perpetual | 1 set | Electronic copy included with software license | Included in license fees listed above |
| Dash Products: Xpress-Mosel, Xpress-Optimizer, Xpress-Application Developer, and Xpress-IVE Version: 2007 | N/A | Perpetual | For use solely within Client's space planning Line of Business | $▊0 | $▊0 |
| Documentation for Dash Products | N/A | Perpetual | 1 set | Electronic copy included with software license | Included in license fees above |
| Dash Products: Xpress-Mosel, Xpress-Optimizer, Xpress-Application Developer, and Xpress-IVE Development Version: 2007 | N/A | Perpetual | 2 Seats for any use by Client | Included in Dash Products license fees listed above | Included in Dash Products license fees listed above |
| | | | | Total License Fees: | $▊0 |
| | | | | Less Discount of ▊ | <$▊> |
| | | | | Total Net License Fees: | $▊0 |
| Support and Maintenance Fee for Blaze Advisor Software: | 280-OOMN-08 | Initial Term: One year | 1 | ▊ per year of Total Net License Fees for all licenses | $▊0 Year One (Annual fee thereafter - subject to |

*Fair Isaac Confidential*

Qshift Doc.

Confidential - Attorneys' Eyes Only

**D-0284-020**

| Fair Isaac Order Form | | | | | Page 7 of 16 |
| FI Contract Number: | | | | | FI LR#~~35918~~ |

| | | | | listed above | annual adjustment) |
|---|---|---|---|---|---|
| Support and Maintenance Fee for Dash Products: | N/A | Initial Term: One year | 1 | ▮ per year of Total Net License Fees for all licenses listed above | ▮8 Year One (Annual fee thereafter - subject to annual adjustment) |
| **TOTAL LICENSE AND FIRST YEAR SUPPORT AND MAINTENANCE FEES – (US Dollars)** | | | | | $▮ |

## 3.  PAYMENT OF FEES AND EXPENSES

3.1     License Fees. Client agrees to pay the license fees described above upon Client's execution of this Order Form.

3.2     Support and Maintenance Fees. Client agrees to pay the Support and Maintenance Fees for the first year upon Client's execution of this Order Form, and annually thereafter in advance while support and maintenance is in effect. The Support and Maintenance Fees set forth above cover only the licenses to the Fair Isaac Products and the Dash Products set forth in this Order Form and do not cover any other licenses granted to Client under any other agreement. The total Support and Maintenance Fees for the Fair Isaac Products and the Dash Products for future years will be calculated based on the total license fees paid by Client for the Fair Isaac Products and Dash Products under this Order Form and all other agreements.

\*The support and maintenance fees for the Dash Products licensed under this Order Form are starting at 20.9% to cover the two development Seats being provided for general use purposes for no additional license fee.

## 4.  ADDITIONAL TERMS

4.1     Client's licenses to the Fair Isaac Products and Dash Products are limited as follows:

**Line of Business:** Client is only permitted to use the Fair Isaac Products and Dash Products within Client's space planning line of business. The Fair Isaac Products and Dash Products may not be used with any other line of business or with any application outside of space planning.

4.2     Platforms/Options. Client's license to the Fair Isaac Products and the Dash Products includes the right to use only the version of the Fair Isaac Products and the Dash Products for the specific supported platform(s) that are noted above in this Exhibit B (i.e., Java, COBOL or .NET). If no platform is noted, Client has the right to use the Fair Isaac Products and the Dash Products only for the supported platform(s) that is (are) initially delivered to Client. If Client desires versions of the Fair Isaac Products or Dash Products for additional supported platforms, an additional fee applies. Unless specifically noted as being purchased in this Exhibit B, Client does not obtain any right to options or additional related products (e.g., Compiled Sequential, SmartForms) by virtue of its purchase of a license to the Fair Isaac Products and Dash Products.

4.3     Seat License. If the "Scope/Quantity" of the license for any Fair Isaac Product or Dash Product is designated in this Exhibit B as limited to a specified number of "Seats", then Client shall not use such

*Fair Isaac Confidential*                                                                                       Qshift Doc.

Confidential - Attorneys' Eyes Only                                                                       FICO0046421

| Fair Isaac Order Form | Page 8 of 16 |
|---|---|
| FI Contract Number: | FI LR#35918 |

Fair Isaac Product or Dash Product for more than the specified number of Seats. "**Seat**" means an identified individual user on a single personal computer or workstation.

4.4    Line of Business License.  If the "Scope/Quantity" of the license for any Fair Isaac Product or Dash Product is designated in this Exhibit B as "Line of Business", Client may use such Fair Isaac Product and Dash Product for any application or use within the designated Line of Business only.

4.5    Enterprise-Wide License.  If the "Scope/Quantity" of the license for any Fair Isaac Product or Dash Product is designated in Section 2 of this Exhibit B as "Enterprise-Wide", then Client may use such Fair Isaac Product or Dash Product on an unlimited number of Seats, with an unlimited number of Lines of Business; provided, however, that such use is for Client's and its Subsidiaries' use only and not for use by any other entity.  Client's Subsidiaries may use the Fair Isaac Product and Dash Product only so long as they remain Subsidiaries of Client, as defined in the MLMSA.  Client shall remain liable for its Subsidiaries' use of the Fair Isaac Product and Dash Product.

## 5.  DASH PRODUCT LICENSE OPTIONS

5.1    Additional Licenses.  Subject to the terms of Section 5.2 below, Client may purchase licenses to use the Dash Product for additional "Lines of Businesses".  A "Line of Business" license will allow Client to use the Dash Product within a line of business without any additional limitations.   Areas where Client may wish to license additional Dash Products include, but are not limited to:

- Distribution & Transportation, including Distribution Center, Warehouse Management, Global Trade and Customs Management, and Import and Domestic Transportation
- Assets Protection, including Corporate Communications, Corporate Security, Distribution Center Security, Financial Investigation Services, and Merchandise Protection
- Finance, including Accounts Payable, External Financial Reporting, Inventory Accounting, Property Accounting, Merchandise Finance, Capital Finance, Expense Planning, Financial Operations, and Indirect Procurement
- Human Resources, including Recruitment, Workforce Administration and Development, Regulatory Compliance, Benefits Administration, Leave Management, and Payroll
- Marketing, including Marketing Planning, events, Community Relations, Interactive Marketing, Creative Departments, and Marketing Operations
- Merchandising Product Design and Development
- Merchandising Space Planning – Micro and Macro
- Merchandising Pricing
- Property Development, including Real Estate, Store Design, Construction, Building Services, and Operations
- Stores Pharmacy
- Stores Point of Sale
- Stores Gift Registry
- TGT.com, including related Merchandising, Merchandise Planning, Operations, Site Marketing, Business Operations, Finance, and Target Team Recognition
- Target Financial Services, including TFS Financial Product Analysis, TFS Financial Planning, and TFS Strategic Analysis
- Technology Services – for any use within TTS, except for development and deployment to other Lines of Business as identified above

If Client elects to purchase additional licenses to the Dash Products, the parties will execute a mutually agreed to Order Form, subject to the MLMSA, documenting the terms and conditions of such additional

*Fair Isaac Confidential*                                                        Qshift Doc.

Confidential - Attorneys' Eyes Only                                                        FICO0046422

license (including the agreed upon definition of the Line of Business), which will be substantially similar to the terms and conditions set forth herein.

5.2     Pricing for Additional Dash Product Licenses:

(a)     Client may purchase additional licenses to the Dash Products on a "Line of Business" basis, at the following prices, which shall be effective as of the Effective Date of this Order Form through December 31, 2008.

| Product | Item # | Term (Perpetual or No. of Years) | Scope/Quantity | Price | Total |
|---|---|---|---|---|---|
| Dash Products: Xpress-Mosel, Xpress-Optimizer, Xpress-Application Developer, and Xpress-IVE | N/A | Perpetual | For use solely within Client's _____ Line of Business | $■■■0 | $■■■0 |
| Documentation for Dash Products | N/A | Perpetual | 1 set | Electronic copy included with software license | Included in license fees listed above |
| Support and Maintenance Fee for Dash Products | N/A | Initial Term: One year | 1 | ■■ per year of Total License Fees | $■■0 Year One (Annual fee thereafter - subject to annual adjustment) |
| TOTAL LICENSE AND FIRST YEAR SUPPORT AND MAINTENANCE FEES – (US Dollars) | | | | | $■■0 |

(b)     Client may license additional bundles of the Fair Isaac Products and the Dash Products on a "Line of Business" basis, at the following prices, which shall be effective as of the Effective Date of this Order Form through December 31, 2008.

| Product | Item # | Term (Perpetual or No. of Years) | Scope/Quantity | Price | Total |
|---|---|---|---|---|---|
| Blaze Advisor Development Version: Current Version Platform: Java and .Net | 280-DVLI-03 | Perpetual | For use solely within Client's _____ Line of Business | $■■) | $■■0 |
| Blaze Advisor Deployment Version: Current Version Platform: Java and .Net | 280-DPLI-03 | Perpetual | For use solely within Client's _____ Line of Business | Included in license fees listed above | Included in license fees listed above |
| Documentation for Blaze Advisor: User guide (available in HTML or PDF) | N/A | Perpetual | 1 set | Electronic copy included with software license | Included in license fees listed above |
| Dash Products: Xpress-Mosel, Xpress-Optimizer, Xpress-Application Developer, and Xpress-IVE | N/A | Perpetual | For use solely within Client's _____ line of business | $■■0 | $■■0 |

*Fair Isaac Confidential*                                                                                     Qshift Doc.

Confidential - Attorneys' Eyes Only

| Fair Isaac Order Form | Page 10 of 16 |
|---|---|
| FI Contract Number: | FI LR#35918 |

| Documentation for Dash Products | N/A | Perpetual | 1 set | Electronic copy included with software license | Included in license fees above |
|---|---|---|---|---|---|
| Support and Maintenance Fee for Blaze Advisor Software and Dash Products: | 280-OOMN-08 | Initial Term: One year | 1 | ██ per year of Total Net License Fees for all licenses listed above | $████ Year One (Annual fee thereafter - subject to annual adjustment) |
| **TOTAL LICENSE AND FIRST YEAR SUPPORT AND MAINTENANCE FEES – (US Dollars)** | | | | | $████ |

5.3     Enterprise License Option.  Client shall have three options to convert the Dash Products license granted in Article 2 of this Exhibit B to an Enterprise-Wide license.  If any of the options outlined below is exercised, Fair Isaac and Client shall enter into an amendment documenting the conversion and the applicable terms and conditions.  These options are as follows:

(a)     If, from the Effective Date of this Order Form through December 31, 2008, Client licenses additional copies of the Dash Products from Fair Isaac, and all licenses for the Dash Products (including the license granted herein) total a net license fee of $████ or more, then all such licenses for the Dash Products shall be converted to an Enterprise-Wide license at no additional fee.   Support and maintenance on the Enterprise-Wide license shall be ██ of $████; or

(b)     If Client does not reach the license fee threshold set forth in section (a) above, then Client shall have the option of converting its existing license agreement(s) for the Dash Products to an Enterprise-Wide license for ███ ███████████ d ████ ███████) (the "Enterprise License Fee"); provided, however, that all license fees paid by Client to Fair Isaac for the Dash Products up to the date of the conversion to an Enterprise-Wide license shall be credited ███ against the Enterprise-Wide License Fee.  Support and maintenance for the Enterprise-Wide license shall be ██ of $████.  The option set forth in this section (b) shall be available to Client until December 31, 2008; or

(c)     If, from the Effective Date of this Order Form through December 31, 2008, Client licenses any combination of the Fair Isaac Products and the Dash Products and all license fees paid to Fair Isaac for the Fair Isaac Products and the Dash Products total a net license fee of ████0 or more, then all licenses granted for the Fair Isaac Products and the Dash Products shall be converted to Enterprise-Wide licenses at no additional fee.  Support and maintenance on the Enterprise-Wide license shall be 18% of $████.

*Fair Isaac Confidential*

Qshift Doc.

Confidential - Attorneys' Eyes Only

FICO0046424

| Fair Isaac Order Form | | Page 11 of 16 |
|---|---|---|
| FI Contract Number: | | FI LR#~~35918~~ 36392 |

## EXHIBIT C - FAIR ISAAC AND DASH SOFTWARE SUPPORT AND MAINTENANCE POLICY

### 1. DEFINITIONS

"**Client**" means Target Corporation.

"**Dash Product(s)**" means the Dash products licensed by Client pursuant to <u>Exhibit B</u>.

"**Errors**" means persistent malfunctions, inherent within the Software, that prevent the Software from operating according to their respective technical documentation.

"**Fair Isaac**" means Fair Isaac Corporation and its subsidiaries.

"**Fair Isaac Products**" means the Blaze Advisor Development and Blaze Advisor Deployment products licensed by Client pursuant to <u>Exhibit B</u>.

"**Maintenance Fees**" means the support and maintenance fees applicable to the Software licensed by Client. In the case of software licensed on a subscription basis, the Maintenance Fees are included in the applicable subscription fees.

"**Product Support Hours**" – are 6:00 a.m. to 5:00 p.m. Pacific Time, Monday through Friday, excluding holidays observed by Fair Isaac in the United States. Support services will be provided from the United States.

"**Software**" means collectively the Dash Products and the Fair Isaac Products.

### 2. SUPPORT AND MAINTENANCE SERVICES GENERALLY

2.1     Subject to payment of the appropriate Maintenance Fees by Client, and compliance by Client with the terms of this policy and the applicable license agreement, Fair Isaac shall provide Client with support and maintenance services for the Software as set forth in this policy.

2.2     Fair Isaac provides support and maintenance services for licensed Software during both implementation and production use when operated on supported platforms installed on designated or approved equipment, as set forth in the technical documentation for the Software. Support is currently provided in the English language only.

2.3     Subject to Article 5 (Exclusions), maintenance includes any standard Software versions and releases generally made available to customers that are current on Maintenance Fees. Those versions and releases will be provided to Client under this policy on a when-and-if-available basis.

### 3. TECHNICAL SUPPORT

3.1     Fair Isaac will make commercially reasonable efforts, during Product Support Hours, to address Client's questions about the Software, to resolve operating problems that are attributable to the Software, and to resolve verified, reproducible Errors in the Software.  Fair Isaac will receive initial calls for support and maintenance and will determine whether the Error is attributable to the Fair Isaac Products or the Dash Products.  If Fair Isaac determines the Error is attributable to the Dash Products, Dash Optimization will contact Client directly to resolve the Error.  Support and maintenance for the Dash Products will be provided in accordance with the response times set forth in Section 7.

*Fair Isaac Confidential*                                                                 Qshift Doc.

Confidential - Attorneys' Eyes Only                                                                 FICO0046425

**D-0284-025**

| Fair Isaac Order Form | Page 12 of 16 |
|---|---|
| FI Contract Number: | FI LR#35918 |

3.2 Client agrees: (a) to set up primary and secondary liaisons who have been trained on the Software; (b) that all support requests will be centralized through the primary and secondary liaisons; (c) to submit support requests to Fair Isaac Product Support; (d) to comply with the attached guidelines for submitting support requests; (e) to use commercially reasonable efforts to diagnose and resolve problems in the operation of the Software prior to contacting Fair Isaac for support; and (f) to use commercially reasonable efforts to verify that reported problems are due to a malfunction of the Software, and not due to the operating system, hardware, data, interfaces, or improper use of the Software, prior to contacting Fair Isaac for support.

## 4. TERM; TERMINATION; REINSTATEMENT

4.1 Fair Isaac's support and maintenance obligations under this policy commence upon shipment of the Software and will continue for an initial term of one year. Fair Isaac shall notify Client in writing sixty (60) days prior to the expiration of Client's then-current maintenance term. If Client elects to renew maintenance and support for the upcoming annual term, Client shall pay the invoice for support and maintenance fees included with the notification. If Client fails to pay the support and maintenance invoice within thirty (30) days of the start of the new support and maintenance term, support and maintenance shall be terminated and Fair Isaac shall have no further support and maintenance obligations unless Client reinstates maintenance pursuant to Section 4.3. For as long as Fair Isaac makes maintenance for the Software generally available to all of its customers, support and maintenance services will be made available to Client. Support and maintenance during renewal terms will be subject to the Support and Maintenance Policy in effect for the Software at the time of renewal. Maintenance Fees applicable to renewal terms may be increased by Fair Isaac, but no increase may exceed the most recently available annual change in the CPI. "CPI" means the Consumer Price Index for All Urban Consumers (CPI-U) for the U.S. City Average for All Items, 1982-84=100, as published by the US Bureau of Labor Statistics. Upon Client's request, Fair Isaac will provide supporting documentation reflecting the CPI used for determining the increase.

4.2 Fair Isaac may terminate support and maintenance services under this policy upon at least 30 days' written notice if Client is in breach under this policy or any license agreement relating to the Software and does not cure the breach before the end of the notice period. Fair Isaac will have no obligation to resume support and maintenance services following a termination for cause under this section.

4.3 Fair Isaac may, at its sole discretion, reinstate lapsed or terminated support and maintenance services, in accordance with its then-current policies, upon payment by Client of the applicable reinstatement fee.

## 5. EXCLUSIONS

5.1 Services outside the scope of this policy are subject to availability of resources and will be charged for separately at Fair Isaac's then-current rates for those services. The following are outside the scope of this policy:

(a) Support services provided outside of Product Support Hours or any other hours as are provided for in Sections 6 and 7 (Severity Levels and Response Times).

(b) Support service that becomes necessary due to failure of computer hardware, equipment or programs not provided by Fair Isaac; negligence of Client or any third party; operator error; improper use of hardware or software (including the Software); any problem or loss not solely attributable

*Fair Isaac Confidential*                                                                    Qshift Doc.

| Fair Isaac Order Form | Page 13 of 16 |
|---|---|
| FI Contract Number: | FI LR#~~35918~~ ~~36392~~ |

to the Software; problems stemming from Client not applying all required maintenance releases; or problems due to unauthorized modification or adaptation of the Software by Client.

      (c)     Development, customization, coding, installation, integration, consulting and training.

      (d)     Optional, separately-priced Software features that may, from time to time, be made available by Fair Isaac with new versions or releases of the Software.

5.2    Unless otherwise indicated in the applicable Order Form or license agreement, Fair Isaac has no obligation to provide support or maintenance services for other than (a) the current release of the Software and (b) two prior releases of the Software. If, in accordance with this Section, Fair Isaac elects to de-support a release of the Fair Isaac Product that Client is using, Fair Isaac will provide Client with written notice that the release is going to be de-supported at least six (6) months prior to the de-support taking effect.

*Fair Isaac Confidential*

Qshift Doc.

Confidential - Attorneys' Eyes Only

FICO0046427

| Fair Isaac Order Form | Page 14 of 16 |
|---|---|
| FI Contract Number: | FI LR#35918 |

**6.     SEVERITY LEVELS AND RESPONSE TIMES – FAIR ISAAC PRODUCTS.** Upon Client's report of a problem with the Software, a Fair Isaac representative will acknowledge the report by issuing a confirmation to Client, either by phone or email, and Fair Isaac will assign a Severity Level to the problem based on the type of issue reported, according to the following schedule:

| Severity | Condition | Response Time/Action |
|---|---|---|
| 1 | **(1) Production Down Emergency: An Error in the production environment that inhibits all or substantially all of the Software from functioning in accordance with its documentation. A severity "one" problem is both severe and mission-critical; (2) Critical Development: Progress on a critical path task on a business critical development project is halted.** | Provide:<br>(a) a phone response within 1 hour during Fair Isaac's Product Support Hours and |
| | | (b) an action plan within 4 hours for the development of a patch or a bypass for the Error. |
| | | Following the development of the patch or bypass, Fair Isaac will notify Client of inclusion of the patch or a solution in a revision of the Software. |
| | | Once identified and logged, Fair Isaac will provide all necessary services to resolve a Severity-One condition on a diligent-efforts priority basis seven days per week until that condition has been patched or bypassed. |
| 2 | **(1) Production Impaired: An Error in the production environment where major functionality of the Software is inhibited, but the Error does not materially disrupt Client's business; (2) Critical Development: there are significant problems with development on a critical path task on a business critical project.** | Provide:<br>(a) a written or phone response within 4 hours during Fair Isaac's Product Support Hours and |
| | | (b) an action plan within 2 business days for a bypass for the Error or |
| | | (c) an action plan within 5 business days for developing a patch for the Error. |
| | | Following the development of the patch or bypass, Fair Isaac will notify Client of inclusion of the patch or a solution in a revision of the Software. |
| | | Fair Isaac will work on the Error during Product Support Hours. |
| 3 | **Production Inhibited: An Error in the production environment where a feature of the Software is inhibited, but the Error does not materially disrupt Client's business** | Provide:<br>(a) a written or phone response within one business day and |
| | | (b) Consider for correction or inclusion in the next revision of the Software. |
| 4 | **General Assistance: A "how to" question; an Error that is minor or cosmetic in nature; or an enhancement request to be considered for a future revision of the Software** | Provide:<br>(a) a written or phone response within 2 business days and |
| | | (b) Consider for correction or inclusion in the next revision of the Software. |

*Fair Isaac Confidential*                                                                                          Qshift Doc.

Confidential - Attorneys' Eyes Only                                                                          FICO0046428

**D-0284-028**

| Fair Isaac Order Form | | Page 15 of 16 |
|---|---|---|
| FI Contract Number: | | FI LR#~~35918~~ |

*(handwritten: 36372)*

**7.     SEVERITY LEVELS AND RESPONSE TIMES – DASH PRODUCTS.** If Fair Isaac determines the Error is attributable to the Dash Products, Fair Isaac will notify Dash and Dash will assign a Severity Level to the problem based on the type of issue reported and will work with Client directly. Severity Levels and response times are as follows:

| Severity | Condition | Response Time/Action |
|---|---|---|
| 1 | As a result of an Error in the Dash Products:<br>• **An essential business application has stopped working; or**<br>• **Progress on a business critical development project has ceased** | Provide:<br>(a) a response within 4 hour during Product Support Hours and (b) provide a resolution within 2 business days during Product Support Hours; and (c) a fix time of 10 business days |
| 2 | As a result of an Error in the Dash Products:<br><br>• **there are problems with an essential business software application**<br>• **an important business application has stopped working**<br>• **there are problems with a business critical development project**<br>• **progress on an important development project has ceased** | Provide:<br>(a) a response within 4 business hours during Product Support Hours and (b) provide a resolution within 4 business days for a bypass or 4 business days for a patch; and (c) a fix time of 20 business days |
| 3 | As a result of an Error within the Dash Products:<br><br>• **there are problems with an important business application**<br>• **there are problems with an important development project** | Provide:<br>(a) a response within 1 business day and (b) provide a resolution within 10 business days; and (c) a fix time of 30 business days |
| 4 | As a result of an Error within the Dash Products:<br><br>• **there are problems with non-important business applications and/or development projects**<br>• **or Client has an enhancement request to be considered for a future revision of the Dash Products** | Provide:<br>(a)   a response within 1 business day and (b) provide a resolution within 15 business days; and (c) a fix time of 45 business days; and<br>(b)   for enhancement requests, consider for correction or inclusion in the next revision of the Dash Products. |

Definitions

- Response time means the amount of time, beginning upon such notification to support of the Error, to respond to Client by e-mail with an acknowledgement of the issue and tracking number associated with the issue submitted to Dash Optimization. Dash aims to meet the target in 95% of calls.
- Resolution time means the amount of time, beginning upon initial notification to support of the Error, until Dash Optimization conveys a workaround to the Error or closes it. Dash aims to meet the target in 90% of calls.
- Fix time means the amount of time, beginning upon initial notification to support of the Error, until Dash Optimization issues a permanent correction to the Error. Dash aims to meet the target in 80% of calls.

Confidential - Attorneys' Eyes Only                                                                 FICO0046429

| Fair Isaac Order Form | | Page 16 of 16 |
|---|---|---|
| FI Contract Number: | | FI LR#35918 |

## Fair Isaac Product Support

### Problem Submission Guidelines

We encourage customers to first consult the appropriate documentation for the product they are using (installation guides, reference manuals, user guides, product release notes, etc.). Release notes will typically include contents of the release, installation/license information, known limitations, product support, and compatibility information. Other reference materials should also be consulted as needed for related components such as database management systems, compilers, operating systems, etc. For Fair Isaac products with web-based self-service, visit the support web site to search for known questions, solutions and technical notes.

If you've completed this initial research and are still unable to resolve your problem, the next step is to contact Product Support. The following information is critical to resolving a problem:

• Your Customer ID (a 4-digit number communicated to you either by your Engagement Manager or during your first contact with Product Support) or license number (if applicable).
• Your phone number and email address
• The name and version of the Fair Isaac software to which the issue pertains. For incidents submitted via email, please be sure to include the product name on the subject line of the email.
• The name and version of the operating system and database.
• The environment in which the error is occurring (development, test or production).
• Both a general statement and a detailed description of the problem, including any relevant error messages.
• Frequency with which the condition occurs and at what intervals.
• Can the problem be replicated, and if so, the steps taken to recreate the problem.
• Any changes to the Fair Isaac application, including new configuration or software upgrades.
• Copies of the Fair Isaac product log files, configuration files, and screen prints of errors.

### Troubleshooting Tips:

• Isolate the problem as precisely as possible using debugging facilities and error logs as appropriate, and try to find a consistent way to reproduce it.
• Whenever possible, modify a Fair Isaac provided example or test case to cause the same problem.
• If the problem is not consistently reproducible, check whether it may be related to insufficient memory, memory leaks, search paths, or files that may be missing from certain directories or the class path.
• Verify that the versions of the database, compilers, operating system, browser, drivers, etc. that are in use are certified and supported by Fair Isaac.
• Identify any other changes that may have occurred in your environment that may have an impact on the Fair Isaac solution (for example, database maintenance, service pack deployment, upgrade of a system component, operating system patches, etc.)
• Try to reproduce the problem on another platform or test system.
• If applicable, try to isolate various components of your solution to simplify the troubleshooting (for example, pull out a subset of rules or code from the bulk of your application). Support can assist you best if we get a small sample of your application to work with. If possible send us a small test case with instructions, so we can run the test case.
• Any changes that may have been made to the environment (for example, maintenance work that may have been performed or any hardware/software changes made to the server, workstation, operating system, or data feed).

*Fair Isaac Confidential*

Qshift Doc.

Confidential - Attorneys' Eyes Only

FICO0046430

D-0284-030

| Fair Isaac Order Form | | | | Page 1 of 10 |
|---|---|---|---|---|
| FI Contract Number: | | | | FI LR#37112 |

## Fair Isaac Order Form

### Blaze Advisor

This Order Form, effective as of December 21, 2007 ("**Effective Date**"), is entered into by Fair Isaac Corporation ("**Fair Isaac**") and Target Corporation ("**Client**"), and is subject to the Master License and Maintenance Services Agreement between the parties dated ~~January 25, 2007~~ ("**MLMSA**"). Capitalized terms used in this Order Form that are defined in the MLMSA have the meanings given those terms in the MLMSA. *12/8/07*

1.   **Definitions.** In this Order Form:

"**Agreement**" means the MLMSA and this Order Form, which also includes all exhibits and other attachments, as it and they may be amended from time to time.

"**CPU**" means a single core central processing unit. For multi-core central processing units, each core will count as one "CPU."

"**Services**" means the Support and Maintenance Services as further described below.

"**Term**" means the term of the license(s) granted in this Order Form, as set forth in Exhibit B.

2.   **License Grants and Restrictions**

2.1      License to Fair Isaac Product(s). Fair Isaac hereby grants to Client a non-exclusive, non-transferable, non-sublicensable, irrevocable (except as set forth in Section 8.2 of the MLMSA) limited license to use the Fair Isaac software product(s) listed on Exhibit B (each a "**Fair Isaac Product**"), but only in the Territory, during the Term, for Client's internal business purposes, and subject to the additional terms and limitations set forth below and/or listed in Exhibit B.

2.2      License to Documentation. Fair Isaac hereby grants to Client a non-exclusive, non-transferable, non-sublicensable, irrevocable (except as set forth in Section 8.2 of the MLMSA) limited license to use the standard user documentation that is listed in Exhibit B and provided with the Fair Isaac Product(s) ("**Documentation**"), but only in the Territory, during the Term, for Client's internal business purposes, and only in accordance with Client's permitted use of the Fair Isaac Product(s). Client shall not modify the Documentation, combine the Documentation with other works, or create derivative works from the Documentation without Fair Isaac's written permission. If Fair Isaac does give such permission, any such modifications, combinations, or derivatives that include or are based on the Documentation will become Fair Isaac's Intellectual Property and may be used only in support of Client's permitted use of the applicable Fair Isaac Product(s).

2.3      Permission for Back-Up Copy. Client may reproduce the object code of the Fair Isaac Product(s) and the Documentation for the purpose of exercising the license rights granted under this Agreement on a backup CPU in the event of a malfunction that renders the primary CPU inoperable. This license is effective only for the period of such inoperability or the expiration or termination of the primary license to the Fair Isaac Product(s), whichever first occurs.

2.4      Notice Reproduction. To the extent Client is given rights to reproduce any Fair Isaac materials, Client must reproduce on each copy of the Fair Isaac Product(s), Deliverables, and Documentation any copyright, patent, or trademark notice, and any other proprietary legends that were contained in the originals.

*Fair Isaac Confidential*                                                                               Qshift Doc.

Confidential - Attorneys' Eyes Only                                                          FICO0047148

| Fair Isaac Order Form | Page 2 of 10 |
|---|---|
| FI Contract Number: | FI LR#37112 |

2.5   General License Restrictions. All licenses granted to Client are subject to the terms of this Agreement, including the restrictions set forth in Exhibit B. With respect to the Fair Isaac Product(s) and Documentation, Client and its employees, representatives, and/or agents shall not: (a) use them for any purpose other than the internal business operations of Client or in any other manner that exceeds the scope of any license granted under this Agreement or that otherwise constitutes a breach of this Agreement; (b) in any way modify, adapt, translate, or make derivative works from them; (c) reverse engineer, decompile, disassemble, or otherwise attempt to reduce any object code to human perceivable form or permit others to do so; (d) disclose them to, or permit the use or access of them by, any third party; (e) assign, sublicense, lease, transfer, or distribute them; (f) operate any Fair Isaac Product for timesharing, rental, outsourcing, or service bureau operations (or otherwise for the benefit of any party other than Client); or (g) disclose or publish performance benchmark results for them without Fair Isaac's prior written consent.

## 3.   Services

3.1   Support and Maintenance Services. Subject to the payment of the applicable Support and Maintenance Fees described in Exhibit B, Fair Isaac will provide Client with the support and maintenance Services under its standard Software Support and Maintenance Policy. A copy of the current version of this policy is attached as Exhibit C.

## 4.   Representations and Warranties

4.1   Conformity to Specifications – Fair Isaac Product(s). Fair Isaac warrants that each Fair Isaac Product will conform in all material respects to its Documentation for a period of 90 days from the initial date of delivery. Fair Isaac shall, at its own expense and as its sole obligation and Client's exclusive remedy for any breach of this warranty that is reported to Fair Isaac by Client in writing (along with all information available to Client that is relevant to verifying, diagnosing, or correcting the error) within the warranty period, either (i) correct any reproducible error in the Fair Isaac Product reported to Fair Isaac or (ii) replace the Fair Isaac Product.

4.2   Operation with Hardware, Software, Systems, or Data.   Fair Isaac warrants that the Fair Isaac Product will operate with the following hardware, software, systems, or data:  There is no additional warranty other than as set forth in Section 4.1.

## 5.   Miscellaneous

5.1   Notices. If the address or facsimile number for written notices for either party under this Order Form is different from that stated in the MLMSA, it will be set forth under "Instructions and Contact Information" in Exhibit A. Either party may change its address or facsimile number for notices at any time by giving written notice to the other party.

5.2   Entire Agreement; Order of Precedence. This Order Form, together with the MLMSA, represents the complete agreement of the parties and supersedes all prior or contemporaneous agreements, proposals, understandings, representations, conditions, and communications (oral or written), as well as the terms of all existing or future purchase orders and acknowledgments. In the case of any conflict between the provisions of this Order Form and the MLMSA, the provisions of this Order Form control. Any other terms, conditions, supplements, modifications, or amendments to this Order Form will not be binding upon either party unless expressly set forth in a writing signed by authorized representatives of Client and Fair Isaac.

*Fair Isaac Confidential*                                                                 Qshift Doc.

Confidential - Attorneys' Eyes Only                                                        FICO0047149

| Fair Isaac Order Form | Page 3 of 10 |
|---|---|
| FI Contract Number: | FI LR#37112 |

5.3    Counterparts. This Order Form may be executed on separate counterparts or signature pages, which will be considered the same as if a single document had been executed. This Order Form will become binding when one or more of such counterparts or signature pages has been executed by each of the parties and delivered (including by facsimile transmission) to the other party. Each counterpart of this document containing the valid signatures (including those delivered by facsimile) of each of the parties will be deemed an original, and all such counterparts and signature pages, taken together, will be considered a single document.

Signed by authorized representatives of Fair Isaac and Client as of the Effective Date.

| Fair Isaac Corporation | Target Corporation |
|---|---|
| By: | By: Ann Marie Jantre |
| Printed Name: Robert Ron Senior Director Financial Planning & Analysis | Printed Name: Ann Marie Jantre |
| Title: | Title: VP, TTS Guest Systems |
| Date Signed: 12/19/07 | Date Signed: Dec. 19, 2007 |

| Fair Isaac Use Only: | Created by: J. Boone | On: August 27, 2007 |
|---|---|---|
| Short Name: | Client #: | Acct. Exec: |
| OE Order #: | System #: | Royal Blue #: |
| Sales Approval: | | |
| Notes: | | |

The following Exhibits are a part of this Order Form:

    **Exhibit A - Instructions and Contact Information**

    **Exhibit B - Products, Fees, Payments, and Additional Terms**

    **Exhibit C - Support and Maintenance Policy**

    **Please complete the information and review the instructions on the following page.**

*Fair Isaac Confidential*



Qshift Doc.

Confidential - Attorneys' Eyes Only

FICO0047150

| Fair Isaac Order Form | | Page 4 of 10 |
|---|---|---|
| FI Contract Number: | | FI LR#37112 |

### EXHIBIT A – Instructions and Contact Information

Instructions to Client:

1. Appropriate corporate officer should execute 2 copies of the document.

2. Complete all requested information below:

| Information For Notices: | For Client: | For Fair Isaac: |
|---|---|---|
| Address: | | 3661 Valley Centre Drive |
| | | Reference LR 37112 |
| City/State: | | San Diego, CA |
| Zip/Code: | | 92130 |
| Country: | | USA |
| Attention: | | Contracts Administrator |
| Fax: | | 858-523-4450 |

3. Complete information below if different from above:

| | Return executed contract to Client at: | Client's billing information: | Deliver Software to: |
|---|---|---|---|
| Address: | | | |
| City/State: | | | |
| Zip/Code: | | | |
| Country: | | | |
| Attention: | | | |
| Phone: | | | |
| Fax (optional): | | | |
| Email: | | | |
| (if applicable) | Client's VAT No: | | |

4. If you wish to receive an original copy for your records, please return 2 completed and executed copies of the entire document to:

Fair Isaac Contracts Administration
3661 Valley Centre Drive
San Diego, CA 92130
USA

To expedite, please fax a completed and executed copy to: **858-523-4450**

Questions? Call: 858-369-8259

*Fair Isaac Confidential*                                                    Qshift Doc.

Confidential - Attorneys' Eyes Only                                    FICO0047151

| Fair Isaac Order Form | Page 5 of 10 |
|---|---|
| FI Contract Number: | FILR#37112 |

## EXHIBIT B - PRODUCTS, FEES, PAYMENTS, AND ADDITIONAL TERMS

### Blaze Advisor

### 1. FAIR ISAAC PRODUCT DESCRIPTION

"**Fair Isaac Products**" means the Blaze Advisor products listed below. The Blaze Advisor Development product allows a developer to utilize design and testing tools and to run a non-production deployment environment for testing use only. The Blaze Advisor Deployment product consists of the Blaze Advisor Rule Server and Engine and allows the software to be run on a system handling production-level processing.

### 2. LICENSE AND SUPPORT AND MAINTENANCE FEES

| Product | Item # | Term (Perpetual or No. of Years) | Scope/Quantity | Price | Total |
|---|---|---|---|---|---|
| Blaze Advisor Development Version: Current Version Platform: Java and .Net | 280-DVLI-03 | Perpetual | For use solely within Client's stores point of sale line of business | $⬛ | $⬛ |
| Blaze Advisor Deployment Version: Current Version Platform: Java and .Net | 280-DPLI-03 | Perpetual | For use solely within Client's stores point of sale line of business | Included in license fees listed above | Included in license fees listed above |
| Documentation for Blaze Advisor: User guide (available in HTML or PDF) | N/A | Perpetual | 1 set | Electronic copy included with software license | Included in license fees listed above |
| Support and Maintenance Fee for Blaze Advisor Software: | 280-OOMN-08 | Initial Term: One year | 1 | % per year of Total License Fees for all licenses listed above | $⬛ (Annual fee thereafter - subject to annual adjustment) |
| **TOTAL LICENSE AND FIRST YEAR SUPPORT AND MAINTENANCE FEES – (US Dollars)** | | | | | $⬛ |

### 3. PAYMENT OF FEES AND EXPENSES

3.1     License Fees. Client agrees to pay the license fees described above upon Client's execution of this Order Form.

3.2     Support and Maintenance Fees. Client agrees to pay the Support and Maintenance Fees for the first year upon Client's execution of this Order Form, and annually thereafter in advance while support and maintenance is in effect. The Support and Maintenance Fees set forth above cover only the licenses to the Fair Isaac Products set forth in this Order Form and do not cover any other licenses granted to Client under any other agreement. The total Support and Maintenance Fees for the Fair Isaac Products for future years will be calculated based on the total license fees paid by Client for the Fair Isaac Products under this Order Form and all other agreements.

*Fair Isaac Confidential*                                                              Qshift Doc.

Confidential - Attorneys' Eyes Only                                                              FICO0047152

**D-0284-035**

| Fair Isaac Order Form | | | Page 6 of 10 |
| FI Contract Number: | | | FI LR#37112 |

## 4. ADDITIONAL TERMS

4.1     Client's licenses to the Fair Isaac Products are limited as follows:

> **Line of Business:** With respect to any license set forth above with a
> "Scope/Quantity" of "Line of Business", Client's "Line of Business" is defined
> as Client's stores point of sale line of business. The Fair Isaac Products may not be used
> with any other line of business or with any application outside of the stores point of sale
> line of business.

4.2     Platforms/Options. Client's license to the Fair Isaac Products includes the right to use only the
version of the Fair Isaac Products for the specific supported platform(s) that are noted above in this
Exhibit B (i.e., Java, COBOL or .NET). If no platform is noted, Client has the right to use the Fair Isaac
Products only for the supported platform(s) that is(are) initially delivered to Client. If Client desires
versions of the Fair Isaac Products for additional supported platforms, an additional fee applies. Unless
specifically noted as being purchased in this Exhibit B, Client does not obtain any right to options or
additional related products (e.g., Compiled Sequential, SmartForms) by virtue of its purchase of a license
to the Fair Isaac Products.

4.3     Seat License. If the "Scope/Quantity" of the license for any Fair Isaac Product is designated in
this Exhibit B as limited to a specified number of "Seats", then Client shall not use such Fair Isaac
Product for more than the specified number of Seats. "Seat" means an identified individual user on a
single personal computer or workstation.

4.4     Line of Business License.  If the "Scope/Quantity" of the license for any Fair Isaac Product is
designated in this Exhibit B as "Line of Business", Client may use such Fair Isaac Product for any
application or use within the designated Line of Business only.

4.5     Enterprise-Wide License.  If the "Scope/Quantity" of the license for any Fair Isaac Product is
designated in Section 2 of this Exhibit B as "Enterprise-Wide", then Client may use such Fair Isaac
Product on an unlimited number of Seats, with an unlimited number of Lines of Business; provided,
however, that such use is for Client's and its Subsidiaries' use only and not for use by any other entity.
Client's Subsidiaries may use the Fair Isaac Product only so long as they remain Subsidiaries of Client, as
defined in the MLMSA. Client shall remain liable for its Subsidiaries' use of the Fair Isaac Product.

*Fair Isaac Confidential*                                                              Qshift Doc.

Confidential - Attorneys' Eyes Only                                                    FICO0047153

| Fair Isaac Order Form | | | Page 7 of 10 |
|---|---|---|---|
| FI Contract Number: | | | FI LR#37112 |

## EXHIBIT C - FAIR ISAAC SOFTWARE SUPPORT AND MAINTENANCE POLICY

### 1. DEFINITIONS

"**Client**" means Target Corporation.

"**Fair Isaac**" means Fair Isaac Corporation and its subsidiaries.

"**Errors**" means persistent malfunctions, inherent within the Software, that prevent the Software from operating according to its technical documentation.

"**Maintenance Fees**" means the support and maintenance fees applicable to the Software licensed by Client. In the case of software licensed on a subscription basis, the Maintenance Fees are included in the applicable subscription fees.

"**Product Support Hours**" – are 6:00 a.m. to 5:00 p.m. Pacific Time, Monday through Friday, excluding holidays observed by Fair Isaac in the United States.

"**Software**" means the following Fair Isaac software product(s) licensed by Client: Blaze Advisor Development and Blaze Advisor Deployment.

### 2. SUPPORT AND MAINTENANCE SERVICES GENERALLY

2.1    Subject to payment of the appropriate Maintenance Fees by Client, and compliance by Client with the terms of this policy and the applicable license agreement, Fair Isaac shall provide Client with support and maintenance services for the Software as set forth in this policy.

2.2    Fair Isaac provides support and maintenance services for licensed Software during both implementation and production use when operated on supported platforms installed on designated or approved equipment, as set forth in the technical documentation for the Software. Support is currently provided in the English language only.

2.3    Subject to Article 5 (Exclusions), maintenance includes any standard Software versions and releases generally made available to Fair Isaac's customers that are current on Maintenance Fees. Those versions and releases will be provided to Client under this policy on a when-and-if-available basis.

### 3. TECHNICAL SUPPORT

3.1    Fair Isaac will make commercially reasonable efforts, during Product Support Hours, to address Client's questions about the Software, to resolve operating problems that are attributable to the Software, and to resolve verified, reproducible Errors in the Software.

3.2    Client agrees: (a) to set up primary and secondary liaisons who have been trained on the Software; (b) that all support requests will be centralized through the primary and secondary liaisons; (c) to submit support requests to Fair Isaac Product Support; (d) to comply with the attached guidelines for submitting support requests; (e) to use commercially reasonable efforts to diagnose and resolve problems in the operation of the Software prior to contacting Fair Isaac for support; and (f) to use commercially reasonable efforts to verify that reported problems are due to a malfunction of the Software, and not due to the operating system, hardware, data, interfaces, or improper use of the Software, prior to contacting Fair Isaac for support.

*Fair Isaac Confidential*                                                          Qshift Doc.

Confidential - Attorneys' Eyes Only                                    FICO0047154

| Fair Isaac Order Form | Page 8 of 10 |
|---|---|
| FI Contract Number: | FI LR#37112 |

## 4. TERM; TERMINATION; REINSTATEMENT

4.1     Fair Isaac's support and maintenance obligations under this policy commence upon shipment of the Software and will continue for an initial term of one year. Fair Isaac shall notify Client in writing sixty (60) days prior to the expiration of Client's then-current maintenance term.  If Client elects to renew maintenance and support for the upcoming annual term, Client shall pay the invoice for support and maintenance fees included with the notification.  If Client fails to pay the support and maintenance invoice within thirty (30) days of the start of the new support and maintenance term, support and maintenance shall be terminated and Fair Isaac shall have no further support and maintenance obligations unless Client reinstates maintenance pursuant to Section 4.3.    For as long as Fair Isaac makes maintenance for the Software generally available to all of its customers, support and maintenance services will be made available to Client.  Support and maintenance during renewal terms will be subject to the Support and Maintenance Policy in effect for the Software at the time of renewal. Maintenance Fees applicable to renewal terms may be increased by Fair Isaac, but no increase may exceed the most recently available annual change in the CPI. "CPI" means the Consumer Price Index for All Urban Consumers (CPI-U) for the U.S. City Average for All Items, 1982-84=100, as published by the US Bureau of Labor Statistics. Upon Client's request, Fair Isaac will provide supporting documentation reflecting the CPI used for determining the increase.

4.2     Fair Isaac may terminate support and maintenance services under this policy upon at least 30 days' written notice if Client is in breach under this policy or any license agreement relating to the Software and does not cure the breach before the end of the notice period. Fair Isaac will have no obligation to resume support and maintenance services following a termination for cause under this section.

4.3     Fair Isaac may, at its sole discretion, reinstate lapsed or terminated support and maintenance services, in accordance with its then-current policies, upon payment by Client of the applicable reinstatement fee.

## 5. EXCLUSIONS

5.1     Services outside the scope of this policy are subject to availability of resources and will be charged for separately at Fair Isaac's then-current rates for those services. The following are outside the scope of this policy:

(a)     Support services provided outside of Product Support Hours or any other hours as are provided for in Section 6 (Severity Levels and Response Times).

(b)     Support service that becomes necessary due to failure of computer hardware, equipment or programs not provided by Fair Isaac; negligence of Client or any third party; operator error; improper use of hardware or software (including the Software); any problem or loss not solely attributable to the Software; problems stemming from Client not applying all required maintenance releases; or problems due to unauthorized modification or adaptation of the Software by Client.

(c)     Development, customization, coding, installation, integration, consulting and training.

(d)     Optional, separately-priced Software features that may, from time to time, be made available by Fair Isaac with new versions or releases of the Software.

5.2     Unless otherwise indicated in the applicable Order Form or license agreement, Fair Isaac has no obligation to provide support or maintenance services for other than (a) the current release of the Software

*Fair Isaac Confidential*                                                      Qshift Doc.

Confidential - Attorneys' Eyes Only                                    FICO0047155

| Fair Isaac Order Form | | Page 9 of 10 |
|---|---|---|
| FI Contract Number: | | FI LR#37112 |

and (b) two prior releases of the Software. If, in accordance with this Section, Fair Isaac elects to de-support a release of the Fair Isaac Product that Client is using, Fair Isaac will provide Client with written notice that the release is going to be de-supported at least six (6) months prior to the de-support taking effect.

**6.     SEVERITY LEVELS AND RESPONSE TIMES.** Upon Client's report of a problem with the Software, a Fair Isaac representative will acknowledge the report by issuing a confirmation to Client, either by phone or email, and Fair Isaac will assign a Severity Level to the problem based on the type of issue reported, according to the following schedule:

| Severity | Condition | Response Time/Action |
|---|---|---|
| 1 | **Production Down Emergency: An Error in the production environment that inhibits all or substantially all of the Software from functioning in accordance with its documentation. A severity "one" problem is both severe and mission-critical; (2) Critical Development: Progress on a critical path task on a business critical development project is halted.** | Provide: (a) a phone response within 1 hour during Fair Isaac's Product Support Hours and |
| | | (b) an action plan within 4 hours for the development of a patch or a bypass for the Error. |
| | | Following the development of the patch or bypass, Fair Isaac will notify Client of inclusion of the patch or a solution in a revision of the Software. |
| | | Once identified and logged, Fair Isaac will provide all necessary services to resolve a Severity-One condition on a diligent-efforts priority basis seven days per week until that condition has been patched or bypassed. |
| 2 | **Production Impaired: An Error in the production environment where major functionality of the Software is inhibited, but the Error does not materially disrupt Client's business; (2) Critical Development: there are significant problems with development on a critical path task on a business critical project.** | Provide: (a) a written or phone response within 4 hours during Fair Isaac's Product Support Hours and |
| | | (b) an action plan within 2 business days for a bypass for the Error or |
| | | (c) an action plan within 5 business days for developing a patch for the Error. |
| | | Following the development of the patch or bypass, Fair Isaac will notify Client of inclusion of the patch or a solution in a revision of the Software. |
| | | Fair Isaac will work on the Error during Product Support Hours. |
| 3 | **Production Inhibited: An Error in the production environment where a feature of the Software is inhibited, but the Error does not materially disrupt Client's business** | Provide: (a) a written or phone response within one business day and |
| | | (b) Consider for correction or inclusion in the next revision of the Software. |
| 4 | **General Assistance: A "how to" question; an Error that is minor or cosmetic in nature; or an enhancement request to be considered for a future revision of the Software** | Provide: (a) a written or phone response within 2 business days and |
| | | (b) Consider for correction or inclusion in the next revision of the Software. |

*Fair Isaac Confidential*                                            Qshift Doc.

Confidential - Attorneys' Eyes Only                                    FICO0047156

| Fair Isaac Order Form | Page 10 of 10 |
|---|---|
| FI Contract Number: | FI LR#37112 |

**Fair Isaac Product Support**

**Problem Submission Guidelines**

We encourage customers to first consult the appropriate documentation for the product they are using (installation guides, reference manuals, user guides, product release notes, etc.). Release notes will typically include contents of the release, installation/license information, known limitations, product support, and compatibility information. Other reference materials should also be consulted as needed for related components such as database management systems, compilers, operating systems, etc. For Fair Isaac products with web-based self-service, visit the support web site to search for known questions, solutions and technical notes.

If you've completed this initial research and are still unable to resolve your problem, the next step is to contact Product Support. The following information is critical to resolving a problem:

• Your Customer ID (a 4-digit number communicated to you either by your Engagement Manager or during your first contact with Product Support) or license number (if applicable).
• Your phone number and email address
• The name and version of the Fair Isaac software to which the issue pertains. For incidents submitted via email, please be sure to include the product name on the subject line of the email.
• The name and version of the operating system and database.
• The environment in which the error is occurring (development, test or production).
• Both a general statement and a detailed description of the problem, including any relevant error messages.
• Frequency with which the condition occurs and at what intervals.
• Can the problem be replicated, and if so, the steps taken to recreate the problem.
• Any changes to the Fair Isaac application, including new configuration or software upgrades.
• Copies of the Fair Isaac product log files, configuration files, and screen prints of errors.

**Troubleshooting Tips:**

• Isolate the problem as precisely as possible using debugging facilities and error logs as appropriate, and try to find a consistent way to reproduce it.
• Whenever possible, modify a Fair Isaac provided example or test case to cause the same problem.
• If the problem is not consistently reproducible, check whether it may be related to insufficient memory, memory leaks, search paths, or files that may be missing from certain directories or the class path.
• Verify that the versions of the database, compilers, operating system, browser, drivers, etc. that are in use are certified and supported by Fair Isaac.
• Identify any other changes that may have occurred in your environment that may have an impact on the Fair Isaac solution (for example, database maintenance, service pack deployment, upgrade of a system component, operating system patches, etc.)
• Try to reproduce the problem on another platform or test system.
• If applicable, try to isolate various components of your solution to simplify the troubleshooting (for example, pull out a subset of rules or code from the bulk of your application). Support can assist you best if we get a small sample of your application to work with. If possible send us a small test case with instructions, so we can run the test case.
• Any changes that may have been made to the environment (for example, maintenance work that may have been performed or any hardware/software changes made to the server, workstation, operating system, or data feed).

*Fair Isaac Confidential*                                                          Qshift Doc.

Confidential - Attorneys' Eyes Only                                          FICO0047157

Fair Isaac Order Form

Blaze Advisor

This Order Form, effective as of June 28, 2012 ("**Effective Date**"), is entered into by Fair Isaac Corporation ("**Fair Isaac**") and Target Corporation ("**Client**"), and is subject to the Master License and Maintenance Services Agreement between the parties dated January 25, 2007 ("**MLMSA**"). Capitalized terms used in this Order Form that are defined in the MLMSA have the meanings given those terms in the MLMSA.

1. **Definitions.** In this Order Form:

"**Agreement**" means the MLMSA and this Order Form, which also includes all exhibits and other attachments, as it and they may be amended from time to time.

"**Named Application**" If the "Scope/Quantity" of the license for any Fair Isaac Product is designated in Exhibit B as "Named Application", then, Client may use such Fair Isaac Product only in connection with the particular Named Application of Client that is defined in Exhibit B. Under no circumstances may Client use such Fair Isaac Product on a stand-alone basis or in connection with any other application.

""**Services**" means the Support and Maintenance Services as further described below.

"**Term**" means the term of the license(s) granted in this Order Form, as set forth in Exhibit B.

2. **License Grants and Restrictions**

2.1    License to Fair Isaac Product(s). Fair Isaac hereby grants to Client a non-exclusive, non-transferable, non-sublicensable, irrevocable (except as set forth in Section 8.2 of the MLMSA) limited license to use the Fair Isaac software product(s) listed on Exhibit B (each a "**Fair Isaac Product**"), but only in the Territory, during the Term, for Client's internal business purposes, and subject to the additional terms and limitations set forth below and/or listed in Exhibit B.

2.2    License to Documentation. Fair Isaac hereby grants to Client a non-exclusive, non-transferable, non-sublicensable, irrevocable (except as set forth in Section 8.2 of the MLMSA) limited license to use the standard user documentation that is listed in Exhibit B and provided with the Fair Isaac Product(s) but only in the Territory, during the Term, for Client's internal business purposes, and only in accordance with Client's permitted use of the Fair Isaac Product(s). Client shall not modify the Documentation, combine the Documentation with other works, or create derivative works from the Documentation without Fair Isaac's written permission. If Fair Isaac does give such permission, any such modifications, combinations, or derivatives that include or are based on the Fair Isaac Product Documentation will become Fair Isaac's Intellectual Property and may be used only in support of Client's permitted use of the applicable Fair Isaac Product(s).

2.3    Permission for Back-Up Copy. Client may reproduce the object code of the Fair Isaac Product(s) and the Documentation for the purpose of exercising the license rights granted under this Agreement on a backup CPU in the event of a malfunction that renders the primary CPU inoperable. This license is effective only for the period of such inoperability or the expiration or termination of the primary license to the Fair Isaac Product(s), whichever first occurs.

2.4    Notice Reproduction. To the extent Client is given reproduction rights Client must reproduce on each copy of the Fair Isaac Product(s), Deliverables, and Documentation any copyright, patent, or trademark notice, and any other proprietary legends that were contained in the originals.

LR 1900795

Confidential - Attorneys' Eyes Only                                    FICO0050987

1900795

2.5     General License Restrictions. All licenses granted to Client are subject to the terms of this Agreement, including the restrictions set forth in Exhibit B. With respect to the Fair Isaac Product(s), and Documentation, Client and its employees, representatives, and/or agents shall not: (a) use them for any purpose other than the internal business operations of Client or in any other manner that exceeds the scope of any license granted under this Agreement or that otherwise constitutes a breach of this Agreement; (b) in any way modify, adapt, translate, or make derivative works from them; (c) reverse engineer, decompile, disassemble, or otherwise attempt to reduce any object code to human perceivable form or permit others to do so; (d) disclose them to, or permit the use or access of them by, any third party; (e) assign, sublicense, lease, transfer, or distribute them; (f) operate any Fair Isaac Product timesharing, rental, outsourcing, or service bureau operations (or otherwise for the benefit of any party other than Client); or (g) disclose or publish performance benchmark results for them without Fair Isaac's prior written consent.  The Fair Isaac Products and the Documentation are considered Confidential Information of Fair Isaac.

3.  Services

3.1     Support and Maintenance Services. Subject to the payment of the applicable Support and Maintenance Fees described in Exhibit B, Fair Isaac will provide Client with the support and maintenance Services under its standard Software Support and Maintenance Policy. A copy of the current version of this policy is attached as Exhibit C, Support and Maintenance.

4.      Representations and Warranties

4.1     Conformity to Specifications – Fair Isaac Product(s). Fair Isaac warrants that each Fair Isaac Product will conform in all material respects to their respective Documentation for a period of 90 days from the initial date of delivery. Fair Isaac shall, at its own expense and as its sole obligation and Client's exclusive remedy for any breach of this warranty that is reported to Fair Isaac by Client in writing (along with all information available to Client that is relevant to verifying, diagnosing, or correcting the error) within the warranty period, either (i) correct any reproducible error in the Fair Isaac Product reported to Fair Isaac or (ii) replace the Fair Isaac Product.

5.      Miscellaneous

5.1     Notices. If the address or facsimile number for written notices for either party under this Order Form is different from that stated in the MLMSA, it will be set forth under "Instructions and Contact Information" in Exhibit A. Either party may change its address or facsimile number for notices at any time by giving written notice to the other party.

5.2     Entire Agreement; Order of Precedence. This Order Form, together with the MLMSA, represents the complete agreement of the parties and supersedes all prior or contemporaneous agreements, proposals, understandings, representations, conditions, and communications (oral or written), as well as the terms of all existing or future purchase orders and acknowledgments. In the case of any conflict between the provisions of this Order Form and the MLMSA, the provisions of this Order Form control. Any other terms, conditions, supplements, modifications, or amendments to this Order Form will not be binding upon either party unless expressly set forth in a writing signed by authorized representatives of Client and Fair Isaac.

5.3     Counterparts. This Order Form may be executed on separate counterparts or signature pages, which will be considered the same as if a single document had been executed. This Order Form will become binding when one or more of such counterparts or signature pages has been executed by each of the parties and delivered (including by facsimile transmission) to the other party. Each counterpart of this document containing the valid signatures (including those delivered by facsimile) of each of the parties will be deemed an original, and all such counterparts and signature pages, taken together, will be considered a single document.

1900795

Signed by authorized representatives of Fair Isaac and Client as of the Effective Date.

| Fair Isaac Corporation | Target Corporation |
|---|---|
| By: | By: _Tim A Kiley_ |
| Printed Name: Aaron Jaeger Senior Director | Printed Name: Lori H. Riley |
| Title: Financial Planning & Analysis | Title: VP, Corp. Systems, P.TT |
| Date Signed: 6/28/12 | Date Signed: 6/25/12 |

| Fair Isaac Use Only: | Created by: J. Boone | On: May 18, 2007 |
|---|---|---|
| Short Name: | Client #: | Acct. Exec: |
| OE Order #: | System #: | Royal Blue #: |
| Sales Approval: | | |
| Notes: | | |

The following Exhibits are a part of this Order Form:

      **Exhibit A - Instructions and Contact Information**

      **Exhibit B - Products, Fees, Payments, and Additional Terms**

      **Exhibit C - Support and Maintenance Policy**

      **Please complete the information and review the instructions on the following page.**



Confidential - Attorneys' Eyes Only

1900795

## EXHIBIT A - Instructions and Contact Information

Instructions to Client:

1. Appropriate corporate officer should execute 2 copies of the document.

2. Complete all requested information below:

| Information For Notices: | For Client: | For Fair Isaac: |
|---|---|---|
| Address: | | 3661 Valley Centre Drive |
| | | Reference LR |
| City/State: | | San Diego, CA |
| Zip/Code: | | 92130 |
| Country: | | USA |
| Attention: | | Contracts Administrator |
| Fax: | | 858-523-4450 |

3. Complete information below if different from above:

| | Return executed contract to Client at: | Client's billing information: | Deliver Software to: |
|---|---|---|---|
| Address: | | | |
| | | | |
| City/State: | | | |
| Zip/Code: | | | |
| Country: | | | |
| Attention: | | | |
| Phone: | | | |
| Fax (optional): | | | |
| Email: | | | |
| (If applicable) | Client's VAT No: | | |

4. If you wish to receive an original copy for your records, please return 2 completed and executed copies of the entire document to:

Fair Isaac Contracts Administration
3661 Valley Centre Drive
San Diego, CA 92130
USA

To expedite, please fax a completed and executed copy to: **858-523-4450**

Questions? Call: 858-369-8259

Confidential - Attorneys' Eyes Only

1900795

## EXHIBIT B - PRODUCTS, FEES, PAYMENTS, AND ADDITIONAL TERMS

### Blaze Advisor

### FAIR ISAAC PRODUCT DESCRIPTION

"**Fair Isaac Products**". The Blaze Advisor Deployment product consists of the Blaze Advisor Rule Server and Engine and allows the software to be run on a system handling production-level processing.

### 1. "LICENSE AND SUPPORT AND MAINTENANCE FEES

| Product | Item # | Term | Scope/Quantity | Price | Total |
|---------|--------|------|----------------|-------|-------|
| Blaze Advisor Deployment Version: Current Version Platform: Java | 280-DPL1-03 | Perpetual | Named Application<br><br>For use solely in connection with the Named Application | ▮▮ | ▮▮ |
| Documentation for Blaze Advisor: User guide (available in HTML or PDF) | N/A | Perpetual | 1 set | Electronic copy included with software license | Included in license fees listed above |
| Standard Support and Maintenance Fee for Blaze Advisor Software: | 280-STBA-OM (Blaze) | Initial Term: 1 Year | As specified in Exhibit C | Per Year: ▮ of Total License Fee | S▮▮ Annual fee thereafter - subject to annual adjustment as set forth in Exhibit C) |
| **Total License And First Year Support And Maintenance Fees – (Us Dollars)** | | | | | **$295,000** |

### 2.   FEES FOR OTHER SERVICES

| Product | Item # | Quantity | Price | Total |
|---------|--------|----------|-------|-------|
| Professional Services: Block of 200 hours | 280-OOCN-02 | 120 hour s | ▮▮▮ r | S2▮ |
| Training Classes: Fair Isaac to provide the following classes: Blaze Fundamentals – 5 day class as specified in section 5 below. | 280-OOTR-06 | 1 Classes to be held at Client's site. Price is per class and includes up to twelve (12) students. Course described in Exhibit D | S▮▮ | S▮ |
| | | | Less training discount | ▮▮ |
| **TOTAL TRAINING AND PROFESSIONAL SERVICES FEES – United States Dollars** | | | | ▮▮▮ |

Confidential - Attorneys' Eyes Only                    FICO0050991

1900795

3.   PAYMENT OF FEES AND EXPENSES

3.1   <u>License Fees</u>. Client agrees to pay the license fees described above upon Client's execution of this Order Form.

3.2   <u>Support and Maintenance Fees</u>. Client agrees to pay the Support and Maintenance Fees for the first year upon Client's execution of this Order Form, and annually thereafter in advance while support and maintenance is in effect. The Support and Maintenance Fees set forth above cover only the licenses to the Fair Isaac Products set forth in this Order Form and do not cover any other licenses granted to Client under any other agreement. The total Support and Maintenance Fees for the Fair Isaac Products for future years will be calculated based on the total license fees paid by Client for the Fair Isaac Products under this Order Form and all other agreements.

3.3   <u>Professional Services Fees</u>. Fair Isaac will provide professional services as specified in the applicable SOW and Client will pay such services in accordance with the payment terms specified in the Agreement.

3.4   <u>Training Fees</u>. Training Fees do not include instructor's travel and travel related expenses and virtual training fees (if applicable). Unless otherwise provided, Training fees will be invoiced following completion of the training. Client agrees to reimburse Fair Isaac for any travel and travel related expenses provided such are in compliance with Target's travel policies.

4.   ADDITIONAL LICENSE TERMS

4.1   Client's licenses to the Fair Isaac Product(s) are limited as follows:

(a)   **Territory:** Worldwide, excluding the following list of countries, which may be updated by Fair Isaac: Cuba; Iran; North Korea; Syria; Sudan.

(b)   **Named Application:** With respect to any license set forth above with a "Scope/Quantity" of "Named Application", Client's "Named Application" is defined as follows: Corporate and Store Waste Management Policy Application which excludes Hazardous Waste which Client to process business rules for the automation of Client's own internal core data processing activities related to the governance of waste management policies from stores and corporate facilities.

(c)   **License Substitution.** For a period of 24 months from the Effective Date of this Order Form, Client may substitute the pharmacy line of business license which was licensed by Client on February 08, 2007, LR32856 for a Named Application License for its Hazardous Waste Application, provided, Client notifies Fair Isaac 30 days prior to such substitution and Client ceases the use of the software for the pharmacy line of business.

4.2   <u>Platforms/Options</u>. Client's license to the Fair Isaac Product includes the right to use only the version of the Fair Isaac Product for the specific supported platform(s) that are noted above in this Exhibit B (i.e., Java, COBOL or .NET). If no platform is noted, Client has the right to use the Fair Isaac Product only for the supported platform(s) that is(are) initially delivered to Client. If Client desires versions of the Fair Isaac Product for additional supported platforms, an additional fee applies. Unless specifically noted as being purchased in this Exhibit B, Client does not obtain any right to options or additional related products (e.g., Compiled Sequential,) by virtue of its purchase of a license to the Fair Isaac Product.

Confidential - Attorneys' Eyes Only

FICO0050992

1900795

## EXHIBIT C - FAIR ISAAC SOFTWARE SUPPORT AND MAINTENANCE

This Support and Maintenance Policy describes the support and maintenance services Fair Isaac provides for its generally available software products.

### 1.  DEFINITIONS

| | |
|---|---|
| Agreement | The order form or agreement under which Client has licensed generally available software from Fair Isaac. |
| Application Software | Software designated by Fair Isaac as an application product on the Support Site. |
| Business Day | A calendar day Monday through Friday, excluding holidays observed by Fair Isaac. |
| Bypass | One or more procedures recommended by Fair Isaac to avoid an Error or to mitigate the impact of an Error on the Client's business operations, including backing out to a previous Release or rebooting systems, SQL scripts, configuration changes and/or implementing a specific release of a third party software product. |
| Client | The Fair Isaac client identified in the Agreement. |
| CPI | The Consumer Price Index for All Urban Consumers (CPI-U) for the U.S. City Average for All Items, 1982-84=100, as published by the US Bureau of Labor Statistics. |
| End of Life (EOL) | The date upon which Fair Isaac no longer generally provides Support and Maintenance of the Software. |
| End of Release (EOR) | The date upon which Fair Isaac no longer generally provides Support and Maintenance of a specific Release of the Software. |
| End of Version (EOV) | The date upon which Fair Isaac no longer generally provides Support and Maintenance of a specific Version of the Software (including all Releases to that Version). |
| Error | A persistent malfunction, inherent within the Software, that prevents the Software from operating according to its standard technical documentation. |
| Extended Support | Entitles Client, for an increased fee, to Support for a Release that has been designated as EOR or Version that has been designated as EOV. |
| Fair Isaac | Fair Isaac Corporation and its subsidiaries. |
| Maintenance | Entitles Client to standard Versions, Releases and Service Releases in accordance with this policy when and if made generally available by Fair Isaac to its clients that are current on support and maintenance fees. |
| Patch | A programmatic correction to the Software, targeted to address a specific Error that has undergone limited or no regression testing. |
| Release | An update to the Software designated by Fair Isaac as "right of dot" (i.e., X.y.z where y is the Release number). A Release will generally include minor improvements, functionality modifications, or Error corrections developed since the previous Release. |
| Service Release | An update to the Software designated by Fair Isaac as "right of the second decimal" i.e., X.y.z where z is the Service Release number).  A Service |

FICO0050993

1900795

| | Release will generally contain one or more fixes for recognized Errors. |
|---|---|
| Severity Level | A number assigned by Fair Isaac in accordance with Section 3.8 to a Client-reported Error with the Software. |
| Software | The generally available Fair Isaac software product licensed by Client under the Agreement. |
| Support | Entitles Client to submit questions about the Software to Fair Isaac Product Support, in order for Fair Isaac to use commercially reasonable efforts to resolve operating Errors that are attributable to the Software, and to resolve verified and reproducible Errors in the Software. |
| Support and Maintenance Fees | Fees for Support and Maintenance applicable to the Software, including any Extended Support fees. |
| Support Hours | Hours Fair Isaac is available to provide Support, as specified in Section 3.7. |
| Support Site | Fair Isaac's public website located at http://www.fico.com, or a successor URL designated by Fair Isaac. |
| Tool Software | Software designated by Fair Isaac as a tool product on the Support Site. |
| Version | An update to the Software designated by Fair Isaac as "left of dot" (i.e., Version X.y.z where X is the Version number). A new Version of the Software will generally include significant additional features, functionality, performance improvements, simplifications or improvements to the operator interfaces, and/or load capacity. |

## 2. MAINTENANCE

2.1.    Subject to payment of the applicable Support and Maintenance Fees and compliance by Client with the terms of this policy and the Agreement, Fair Isaac will provide Maintenance for the Software as set forth in this policy.

2.2.    Service Releases are made available for the most current Release. If a Client Error is discovered on a previous Release and that Error has been resolved in a subsequent Release (or Service Release to that subsequent Release), the Client will be advised to install the most current Release and, if applicable, Service Release.

## 3. SUPPORT

3.1.    Subject to payment of the applicable Support and Maintenance Fees and compliance by Client with the terms of this policy and the Agreement, Fair Isaac will provide Support for the Software as set forth in this policy.

3.2.    To receive Support Client must:

(a) designate primary and secondary liaisons that have been sufficiently trained on the Software, and ensure Client's support requests are centralized through these Client liaisons;

(b) use reasonable efforts, including consulting Fair Isaac-supplied documentation, to verify that reported Errors are due to a malfunction of the Software, and not due to the operating system, hardware, data, interfaces, or improper use of the Software, prior to contacting Fair Isaac for Support; and

Confidential - Attorneys' Eyes Only

FICO0050994

1900795

(c) notify Fair Isaac of any Error with the Software in a timely manner (in no event later than 30 days) after becoming aware of an Error with the Software; and

(d) provide all supporting information as requested by Fair Isaac and available to Client, that is relevant to verifying, diagnosing, or correcting the Error, including but not limited to product log files, configuration files, screen prints and information regarding any changes made to the Software configuration or third-party platforms and components.

3.3. Fair Isaac will only be obligated to provide Support when the Software is operated on or in connection with supported third-party platforms and components installed on designated equipment, as stated in the technical documentation for the Software. If third-party support is retired or discontinued for such third-party platforms or components, Client may be required by Fair Isaac to upgrade to the third-party platforms or components currently supported in order to continue receiving Support.

3.4. Unless otherwise agreed in writing, Support is provided in the English language only.

3.5 As part of its product lifecycle, Fair Isaac may designate on the Support Site:

(a) a Release of Software as EOR, for which Extended Support may be available;

(b) a Version of Software as EOV, for which Extended Support may be available; and

(c) the Software as EOL.

3.6 Unless otherwise designated by Fair Isaac on the Support Site:

(a) For Application Software, Fair Isaac will provide Support for the current Version (which includes, only for purposes of this section 3.6(a), all Releases to that Version) of the Software and the prior Version, but only for a maximum of 12 months after release of the current Version. For example, assuming Versions 7.0 and 8.0 exist, as Fair Isaac announces Version 9.0, Fair Isaac would designate Version 7.0 EOV, at which time Extended Support, if available, would apply to Version 7.0; and

(b) For Tool Software, Fair Isaac will provide Support for the current Release of the Software and the prior Release, but only for a maximum of 12 months after release of the current Release. For example, assuming Releases 5.0 and 5.1 exist, as Fair Isaac announces its latest Release, 5.2, Fair Isaac would designate Release 5.0 as EOR, at which time Extended Support, if available, would apply to Release 5.0.

3.7 Unless otherwise designated by Fair Isaac on the Support Site:

(a) for Software to be installed at locations in North America, Asia, and South America, "Support Hours" are 6:00 a.m. to 5:00 p.m. Pacific Time, Monday through Friday, excluding holidays observed by Fair Isaac in the United States; and

(b) for Software to be installed at locations in Europe, Middle East, and Africa, "Support Hours" are 8:30 a.m. to 5:00 p.m. UK Time, Monday through Friday, excluding holidays observed by Fair Isaac in the United Kingdom.

3.8 Upon Client's report of an Error, a Fair Isaac representative will acknowledge the Error report by issuing a confirmation to Client, either by phone or email, and Fair Isaac will assign a Severity Level to the Error based on the type of issue reported, according to the following schedule:

Confidential - Attorneys' Eyes Only

FICO0050995

1900795

| Severity Level | Condition | Service Hours | Initial Response | Communication /Status Updates | Action Plan |
|---|---|---|---|---|---|
| 1 | **Production Down Emergency:** An Error in the production environment that inhibits all or substantially all of the Software from functioning in accordance with its documentation. A severity "one" Error is both severe and mission-critical. | Client must report Severity Level 1 Errors by phone. Once the Error is identified and logged, Fair Isaac will provide services to resolve the Error on a diligent-efforts priority basis seven days per week until the Error has been resolved, received a Patch, resulted in a Bypass, or downgraded to a lower priority or Severity Level. | Provide a phone response within 1 hour during Support Hours. | Provide subsequent updates every 2 hours thereafter, or as mutually agreed with Client. | Provide action plan within 4 hours for the development of a Patch or Bypass. After development of the Patch or Bypass (if applicable), Fair Isaac will notify Client of inclusion of the Patch or a solution in a Service Release. |
| 2 | **Production Impaired:** An Error that causes major functionality of Software to be inhibited, but the Error does not materially disrupt Client's business. | Error will be worked on during Support Hours. | Provide a written or phone response within 4 hours during Support Hours. | Provide subsequent updates every 4 hours thereafter during Support Hours or as mutually agreed with Client. | Provide an action plan within 2 Business Days for a Bypass. If resolution requires a Patch, Fair Isaac will notify the Client of inclusion of the Patch or a solution in a Service Release. |
| 3 | **Production Inhibited:** An Error that inhibits a feature of the Software, but the Error does not materially disrupt Client's business. | Error will be worked on during Support Hours. | Provide a written or phone response within 1 Business Day. | Provide subsequent updates as mutually agreed with Client. | Consider for correction or inclusion in the next Release. |

Confidential - Attorneys' Eyes Only

1900795

| 4 | General Assistance: A "how to" question or an Error that is minor or cosmetic in nature or an enhancement to be considered for a future Release. | Error will be worked on during Support Hours. | Provide a written or phone response within 2 Business Days. | Provide subsequent updates as mutually agreed with Client. | Consider for correction or inclusion in the next Release. |

## 4.  TERM, TERMINATION, REINSTATEMENT

4.1.   Fair Isaac's Support and Maintenance obligations under this policy for the Software licensed under the Agreement begin on the Effective Date of such Agreement, and will continue for an initial term of one year.

4.2.   Support and Maintenance will automatically renew for consecutive one-year terms unless the Client gives Fair Isaac 30 days' written notice, prior to the end of the current term, of its intent not to renew, or Fair Isaac designates the Software as EOL.

4.3.   Support and Maintenance during renewal terms will be subject to Fair Isaac's Support and Maintenance Policy in effect for the Software at the time of such renewal.

4.4.   Support and Maintenance Fees applicable to renewal terms may be increased by Fair Isaac, but no increase may exceed the most recently available annual change in CPI.

4.5.   Support and Maintenance Fees will be invoiced in advance on an annual basis.

4.6.   Fair Isaac may suspend Support and Maintenance under this policy with at least 10 days' notice (via mail, fax, or electronic mail) if Client fails to make timely payment of Support and Maintenance Fees and does not cure the breach before the end of the notice period. Fair Isaac may terminate Support and Maintenance under this policy with at least 30 days' written notice if the Client is in breach under this policy or the Agreement and does not cure the breach before the end of the notice period. Fair Isaac will have no obligation to resume Support and Maintenance following a termination for cause.

4.7.   Fair Isaac may, at its sole discretion, reinstate lapsed or terminated Support and Maintenance, in accordance with its then-current policies, upon payment by the Client of the applicable reinstatement fee.

## 5.  EXCLUSIONS

Services outside the scope of this policy are subject to availability of resources and will be charged for separately at Fair Isaac's then-current rates for those services. The following are outside the scope of this policy:

(a) Support provided outside of the Support Hours;

1900795

(b) customization; installation of any software or product, Patch (including for a Bypass), Service Release, Release, or Version; integration; consulting; and training;

(c) optional, separately-priced, or separately licensed Software features made generally available by Fair Isaac to its clients;

(d) any problem resulting from the following: operator error; a problem or loss not attributable to the Software; third-party components no longer supported by the third party; negligence of Client or any third party; or a problem resulting from a use or modification of the Software not authorized or approved by Fair Isaac in writing, or that could have been avoided by the Client applying all required Patches or installing the latest Service Release or Release; and

(e) Support or Maintenance for any software (including any custom software) other than Software.

Confidential - Attorneys' Eyes Only

FICO0050998

1900795

## EXHIBIT D – Training

Blaze Advisor 6.x Fundamentals Java for Developers

| | |
|---|---|
| **Course Name** | Blaze Advisor™ Fundamentals for Developers |
| **Version** | 6.x |
| **Duration** | 4 days |
| **Delivery Method** | Classroom. The course consists of a combination of lecture, hands-on labs and group discussions. |
| **Materials** | FICO will provide at, one   hard copy of the manual related to such course to each student. Such manuals are copyrighted and may not be copied. |
| **Audience** | Developers responsible for creating and maintaining rule projects in the Builder IDE. |
| **Prerequisites** | None |
| **Required Skills** | Some Java programming background and familiarity with object oriented concepts is a must. |

### Course Description

This class provides students with a solid foundation for developing their first Blaze Advisor™ system enabled application.    Included within this class are sections devoted to rule writing, rule authoring, and rule deployment. Students will write rules within the Integrated Development Environment, create easy-to-use templates that allow non-technical business users to create new, or modify existing rules. And finally, the students will have an introductory lesson on deploying the rule project as a rule service.

Topics

- Blaze Advisor overview
- Business rule repository and repository best practices
- Business object model
- Rules and rule sets
- Introduction to rule writing
- Advanced rule writing I – quantified conditions
- Advanced rule writing II – patterns
- Best practices
- brUnit
- Decision metaphors
  - Decision table and Decision tree
  - Score model
  - Decision graph
- Ruleflow
- Rule engine modes
- Functions
- Verification Services
- Debugging and performance tracking
- Introduction to rule maintenance application
- Management properties, queries, project comparison queries and filters
- Introduction to Lifecycle Management
- XML and JDBC business object models
- Introduction to Advisor rule service deployment
- PMML Import

Confidential - Attorneys' Eyes Only

FICO0050999

| Fair Isaac Order Form | Page 14 of 14 |
|---|---|
| FI Contract Number: | FI LR# |

*Fair Isaac Confidential*

Qshift Doc.

Confidential - Attorneys' Eyes Only

FICO0051000