# EXHIBIT 24
# [REDACTED]

Message
---

**From:** Burgess, David E [/O=FAIRISAAC/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DBURGESS]
**Sent:** 3/1/2006 8:31:36 AM
**To:** Foy, Dan [dan.foy@capitalone.com]; Creighton, Rasheeda [Rasheeda.Creighton@capitalone.com]; Waid, William P (Bill) [BillWaid@fairisaac.com]
**CC:** Fine, Michael J (Mike) [MikeFine@fairisaac.com]
**Subject:** This Quarter Only Fair Isaac Corporate offer of a Blaze Advisor ELA to Capital One

Hi Dan and Rasheeda,

We appreciate getting a chance to meet in person and having scheduled a meeting so quickly.

I wanted to re-iterate our offer for a Blaze Advisor ELA this quarter in this email

Why are we offering this pricing? With the acquisition and incorporation of RulesPower technology in Blaze Advisor over the past five months, Blaze Advisor is now clearly the fastest rules engine product in the market. There is no horse race. Depth and richness of our product has been known for years. Fair Isaac has decided that now is the time to clearly establish itself as the all around market leader in terms of depth and richness, speed, licenses, and revenue.

With this said, our product management team has determined that the Blaze Advisor ELA value for Capital One is [REDACTED]

We are offering Capital One a Blaze Advisor ELA for [REDACTED] if executed on or before the end of this quarter.



[REDACTED] License Credit for entire Blaze Advisor Purchase History

[REDACTED] ELA Offer (This Quarter Only)

As you can tell from the 60% discount and [REDACTED] license credit, we are serious about our goals for the quarter and offering great value to our customer base.

We will not be wasting your time on price negotiations. Annual maintenance is in addition to the license price and required for the first year.

The good news is an ELA exists for COAF, credited in the license credit, that should shorten the contractual and legal process for execution.

Please let me know if Capital One is interested in benefiting from this unique offer.

Thanks

David

THIS EMAIL CONTAINS CONFIDENTIAL INFORMATION AND IS ONLY FOR THE BENEFIT OF CAPITAL ONE AND FAIR ISAAC CORPORATION.

---
David Burgess, Account Executive, EDM Technologies
11307 Geddys Court, Reston, VA 20191
703.318.3132
703.626.1216 cell
858.523.4447 fax

Mike Fine, Regional Systems Engineer
804.364.6333
804.986.9986 cell

Confidential

DEFENDANTS TRIAL EXHIBIT
D-0012
CASE NO 16 cv-1054-D S

D-0012-001

FICO0062287

MikeFine@FairIsaac.com

FAIR ISAAC CORPORATION
www.FairIsaac.com/Rules - Blaze Advisor for Enterprise Rules Management
www.FairIsaac.com/EDM - Enterprise Decision Management Technologies

Confidential                                                                                                                          FICO0062288