UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

## STATEMENT OF NO REDACTION

Pursuant to LR 5.6, Exhibits 16 and 31 to the Declaration of Paige Stradley in Support of Plaintiff Fair Isaac Corporation's Memorandum of Law in Opposition to Defendants' Motion for a New Trial on Actual Damages (Dkt. 1261) has been filed under temporary seal. Exhibit 16 was not redacted because the entire document is marked "Confidential" or "Confidential – Attorneys' Eyes Only" information under the Protective Order (Dkt. No. 44) entered in the case and is impracticable to redact.

MERCHANT & GOULD P.C.

DATE: May 19, 2023

/s/ Heather Kliebenstein
Allen Hinderaker, MN Bar # 45787
Heather Kliebenstein, MN Bar # 337419
Paige S. Stradley, MN Bar #393432
Michael A. Erbele, MN Bar # 393635
Joseph Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364

          MERCHANT & GOULD P.C.
          150 South Fifth Street
          Suite 2200
          Minneapolis, MN  55402
          Tel:  (612) 332-5300
          Fax:  (612) 332-9081
          ahinderaker@merchantgould.com
          hkliebenstein@merchantgould.com
          pstradley@merchantgould.com
          merbele@merchantgould.com
          jdubis@merchantgould.com
          gkiefer@merchantgould.com

          *Attorneys for Plaintiff Fair Isaac Corporation*