# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**NOTICE OF INTENT TO REQUEST REDACTION OR NOTICE THAT NO REDACTION IS REQUIRED**

Fair Isaac Corporation,

       Plaintiff(s)　　　　　　Case No: 16-cv-1054 (DTS)

v.

Federal Insurance Company, et al.,

       Defendant(s)

The undersigned Joseph Dubis hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts that,

☐ I intend to request redaction of personal identifiers located within the transcript of Motion Hearing held on May 24, 2023, filed on June 8, 2023 to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

OR

☑ I will not be requesting redaction as no redaction is required.

Dated: 6/15/23　　　/s/ Joseph Dubis