# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

## PLAINTIFF FAIR ISAAC CORPORATION'S MOTION TO REDACT MAY 24, 2023 POST-TRIAL MOTIONS HEARING TRANSCRIPT

Pursuant to Rule 5.2(e) of the Federal Rules of Civil Procedure and Local Rules 5.5(e) and 7.1, Plaintiff Fair Isaac Corporation ("FICO") moves to redact select portions of the May 24, 2023 post-trial motions hearing transcript referencing FICO's proprietary pricing information, FICO's clients' identifications, and provisions of FICO license agreements with non-parties. This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, proposed redacted transcripts, a certification that the parties met and conferred, and on such information and evidence as may be presented at any hearing on this Motion.

| | |
|---|---|
| Dated:  June 20, 2023 | MERCHANT & GOULD P.C.<br><br>/s/ Joseph W. Dubis<br>Allen Hinderaker, MN Bar # 45787<br>Heather Kliebenstein, MN Bar # 337419<br>Paige S. Stradley, MN Bar #393432<br>Michael A. Erbele, MN Bar # 393635<br>Joseph W. Dubis, MN Bar # 0398344<br>Gabrielle L. Kiefer, MN Bar # 0402364<br>MERCHANT & GOULD P.C.<br>150 South Fifth Street<br>Suite 2200<br>Minneapolis, MN  55402<br>Tel:  (612) 332-5300<br>Fax:  (612) 332-9081<br>ahinderaker@merchantgould.com<br>hkliebenstein@merchantgould.com<br>pstradley@merchantgould.com<br>merbele@merchantgould.com<br>jdubis@merchantgould.com<br>gkiefer@merchantgould.com<br><br>*Attorneys for Plaintiff FICO* |