# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) Case No. 16-cv-1054 (DTS) |
| Plaintiff, | ) |
| v. | ) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) |
| Defendants. | ) |

## DECLARATION OF JOSEPH DUBIS IN SUPPORT OF PLAINTIFF FAIR ISAAC CORPORATION'S MOTION TO REDACT MAY 24, 2023 POST-TRIAL MOTIONS HEARING TRANSCRIPT

I, Joseph Dubis, declare as follows:

1. I am an attorney with Merchant & Gould P.C., and I am one of the attorneys of record for Plaintiff Fair Isaac Corporation in the above captioned matter.

2. I make this Declaration on my own information, knowledge, and belief in support of Plaintiff Fair Isaac Corporation's Motion to Redact May 24, 2023 Post-Trial Motions Hearing Transcript.

3. Attached hereto as Exhibit A is a true and correct copy of the May 24, 2023 hearing transcript with the proposed redactions FICO seeks by way of the instant motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 20, 2023         /s/ Joseph Dubis
                                    Joseph Dubis