UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY,<br>an Indiana corporation, and ACE<br>AMERICAN INSURANCE COMPANY,<br>a Pennsylvania corporation,<br><br>  Defendants. | No. 16-cv-1054 (DTS)<br><br>**DEFENDANTS' RESPONSE IN OPPOSITION TO FICO'S MOTION TO PARTIALLY REDACT THE POST-TRIAL HEARING TRANSCRIPT (DKT. 1268)** |

Defendants Federal Insurance Company and ACE American Insurance Company oppose Fair Isaac Corporation's ("FICO") request to redact portions of the post-trial hearing transcript (Dkt. 1268) for the same reasons stated in Defendants' Memorandum in Response to FICO's Motion to Partially Redact the Trial Transcript, at Dkt. 1219.

Dated: June 21, 2023

/s/ *Leah Godesky*_____
Terrence J. Fleming (#0128983)
tfleming@fredlaw.com
Leah C. Janus (#0337365)
ljanus@fredlaw.com
Christopher D. Pham (#0390165)
cpham@fredlaw.com
Ryan C. Young (#0397751)
ryoung@fredlaw.com
Panhia Vang (#399444)
pvang@fredlaw.com

**Fredrikson & Byron, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
(612) 492-7000 (tel.)
(612) 492-7077 (fax)

Leah Godesky (Admitted Pro Hac Vice)
lgodesky@omm.com
Anton Metlitsky (Admitted Pro Hac Vice)
ametlitsky@omm.com
Daryn Rush (Admitted Pro Hac Vice)
drush@omm.com
Roxana Guidero (Admitted Pro Hac Vice)
rguidero@omm.com

**O'Melveny & Myers LLP**
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

*Attorneys for Federal Insurance Company and ACE American Insurance Company*