UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendants. | Case No. 16-cv-1054 (DTS) |

## NOTICE OF WITHDRAWAL FOR ALLEN HINDERAKER

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, please take notice that Allen Hinderaker hereby withdraws as counsel for Plaintiff Fair Isaac Corporation. All other counsel of record from Merchant & Gould P.C. will continue to represent Fair Isaac Corporation.

MERCHANT & GOULD P.C.

DATE: September 12, 2023

/s/ Heather Kliebenstein
Heather Kliebenstein, MN Bar # 337419
Paige S. Stradley, MN Bar #393432
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364
MERCHANT & GOULD P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
hkliebenstein@merchantgould.com
pstradley@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com