UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants. | Case No. 16-cv-1054 (DTS) |

**NOTICE OF APPEARANCE FOR RACHEL SCOBIE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff Fair Isaac Corporation and requests that her name be placed on the Court's CM/ECF mailing matrix.

MERCHANT & GOULD P.C.

DATE: September 12, 2023

*/s/ Rachel Scobie*
Heather Kliebenstein, MN Bar # 337419
Rachel Scobie, MN Bar #314171
Paige S. Stradley, MN Bar #393432
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364
MERCHANT & GOULD P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN  55402
Tel: (612) 332-5300
Fax: (612) 332-9081
hkliebenstein@merchantgould.com
rscobie@merchantgould.com
pstradley@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com