## UNITED STATES DISTRICT COURT

### District of Minnesota

Fair Isaac Corporation

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 16-cv-1054 (DTS)

Federal Insurance Company,
ACE American Insurance Company

Defendants/

Counter Claimants

v.

Fair Isaac Corporation

Counter
Defendant.

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment be entered in accordance with the jury's verdict (Dkt. No. 1173) and the Court's Findings of Fact and Conclusions of Law (Dkt. No. 1282).

Judgment is entered in favor of Fair Isaac Corporation and against Federal Insurance Company and ACE American Insurance Company.

Date: 9/12/2023

KATE M. FOGARTY, CLERK

  s/David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge