**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Fair Isaac Corp.,                                        Case No. 16-cv-1054 (DTS)

      Plaintiffs,

                                        **ORDER**

v.

Federal Insurance Co., et al.,

      Defendants.

---

Fair Isaac Corporation moved for attorneys' fees in post-trial proceedings in this matter. In light of the Court's conditional grant of a new trial [Dkt. No. 1284] FICO's motion is no longer ripe, and accordingly IT IS HEREBY ORDERED:

FICO's Motion for Attorneys' Fees [Dkt. No. 1220] is **DENIED WITHOUT PREJUDICE**.

Dated: September 13, 2023                             s/David T. Schultz
                                                                       David T. Schultz
                                                                       U.S. Magistrate Judge