**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Fair Isaac Corp., | Case No. 16-cv-1054 (DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| Federal Insurance Co., et al., | |
| Defendants. | |

---

Fair Isaac Corporation moved for pre- and post-judgment interest in post-trial proceedings in this matter. In light of the Court's conditional grant of a new trial [Dkt. No. 1284] FICO's motion is no longer ripe, and accordingly IT IS HEREBY ORDERED:

FICO's Motion for Attorneys' Fees [Dkt. No. 1231] is **DENIED WITHOUT PREJUDICE**.

Dated: September 13, 2023

        s/David T. Schultz
David T. Schultz
U.S. Magistrate Judge