**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Fair Isaac Corp.,

     Plaintiff,

v.

Federal Insurance Company, et al.,

     Defendant.

Case No. 16-cv-1054 (DTS)

**ORDER**

---

As stated on the record on September 15, 2023, **IT IS HEREBY ORDERED** that the following deadlines govern future proceedings in this matter:

1.     Plaintiff FICO shall file a notice of its decision to accept or reject the remittitur [Dkt. No. 1284] no later than Friday, October 13, 2023.

2.     If FICO rejects the remittitur, the new trial in this matter is scheduled to begin June 3, 2024.

3.     The parties shall file a proposed schedule for pretrial filings no later than February 2, 2024.

4.     The Final Pretrial Conference shall occur on May 3, 2024 at the Minneapolis courthouse. Time and courtroom to be determined.


Dated: September 15, 2023

                                  s/ David T. Schultz
                                  DAVID T. SCHULTZ
                                  United States Magistrate Judge