# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Fair Isaac Corp., | Case No. 16-cv-1054 (DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| Federal Insurance Co., et al., | |
| Defendants. | |

Plaintiff Fair Isaac Corporation moved to redact portions of the trial transcript in this matter, as well as portions of transcript from the post-trial motions hearing. Dkt. Nos. 1213, 1268. Based upon the parties' submissions and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. FICO's motions [Dkt. Nos. 1213 and 1268] are **GRANTED IN PART** and **DENIED IN PART.** Third-party information, including third-party identifications, may be redacted. All other information shall remain public.

2. The Clerk of Court shall seal the following Transcript entries on the docket: 1178, 1179, 1180, 1181, 1184, 1185, 1187, 1189, and 1266.

3. FICO shall submit a request for redaction to the Court Reporter in accordance with this Order.

Dated: September 15, 2023

s/ David T. Schultz
David T. Schultz
U.S. Magistrate Judge