UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

**PLAINTIFF FAIR ISAAC CORPORATION'S MOTION
TO AMEND OR MODIFY JUDGMENT UNDER FED. R. CIV. P. 59(E)**

Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, Plaintiff Fair Isaac Corporation moves to amend or modify the remittitur in the Court's September 13, 2023 Order granting Defendant Federal Insurance Company's ("Federal") and Defendant ACE American Insurance Company's ("ACE") (together, "Defendants") motion for a new trial pending FICO's rejection of the remittitur. This Motion is supported by an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the Declaration of Heather Kliebenstein, the papers and record on file herein, and on such information and evidence as may be presented at any hearing on this Motion.

MERCHANT & GOULD P.C.

DATE: October 9, 2023

/s/ Heather Kliebenstein
Heather Kliebenstein, MN Bar # 337419
Rachel Scobie, MN Bar # 314171
Paige S. Stradley, MN Bar # 393432
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364
MERCHANT & GOULD P.C.
150 South Fifth Street, Suite 2200

Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
hkliebenstein@merchantgould.com
rscobie@merchantgould.com
pstradley@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com