# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | Case No. 16-cv-1054 (DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

## PLAINTIFF FAIR ISAAC CORPORATION'S NOTICE OF MOTION TO AMEND OR MODIFY JUDGMENT UNDER FED. R. CIV. P. 59(E)

PLEASE TAKE NOTICE that Plaintiff Fair Isaac Corporation ("FICO") will move this Court, on a date and time to be determined, before the Honorable David T. Schultz, United States Magistrate Judge for the U.S. District Court for the District of Minnesota, in Courtroom 14W, United States District Court, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for an order granting Plaintiff's Motion to Amend or Modify Judgment Under Fed. R. Civ. P. 59(e).  The grounds for this Motion will be set forth and supported in an accompanying Memorandum of Law to be filed in compliance with Local Rule 7.1, the arguments of counsel, and all of the papers and proceedings in this matter.

MERCHANT & GOULD P.C.

DATE: October 9, 2023

/s/ Heather Kliebenstein
Heather Kliebenstein, MN Bar # 337419
Rachel Scobie, MN Bar # 314171
Paige S. Stradley, MN Bar # 393432
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364
MERCHANT & GOULD P.C.
150 South Fifth Street, Suite 2200

Minneapolis, MN  55402  
Tel:  (612) 332-5300  
Fax:  (612) 332-9081  
hkliebenstein@merchantgould.com  
rscobie@merchantgould.com  
pstradley@merchantgould.com  
merbele@merchantgould.com  
jdubis@merchantgould.com  
gkiefer@merchantgould.com  
