**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) | Case No. 16-cv-1054 (DTS) |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF HEATHER KLIEBENSTEIN IN SUPPORT OF PLAINTIFF**
**FAIR ISAAC CORPORATION'S MOTION TO AMEND OR MODIFY**
**JUDGMENT UNDER FED. R. CIV. P. 59(E)**

I, Heather Kliebenstein, hereby declare as follows:

1.    I am a shareholder with the law firm of Merchant & Gould P.C., counsel for Plaintiff Fair Isaac Corporation ("FICO") in this litigation. I submit this declaration in support of FICO's Motion to Amend or Modify Judgment Under Fed. R. Civ. P. 59(e). I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently hereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy of Trial Exhibit D-0208. (FILED UNDER SEAL)

3.    Attached hereto as Exhibit 2 is a true and correct copy of Trial Exhibit P-0418. (FILED UNDER SEAL)

4.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Trial Exhibit J-001. (FILED UNDER SEAL)

5.      Attached her to as <u>Exhibit 4</u> is a true and correct copy of the demonstrative used and relied on by Christopher Patrick Ivey at trial. (FILED UNDER SEAL)

6.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Trial Exhibit P-0218. (FILED UNDER SEAL)

7.      Attached her to as <u>Exhibit 6</u> is a true and correct copy of Trial Exhibit P-0151. (FILED UNDER SEAL)

8.      Attached her to as <u>Exhibit 7</u> is a true and correct copy of Trial Exhibit P-0175. (FILED UNDER SEAL)

9.      Attached hereto as <u>Exhibit 8</u> is a true and correct copy of Trial Exhibit P-1112. (FILED UNDER SEAL)

10.    Attached hereto as <u>Exhibit 9</u> is a true and correct copy of Trial Exhibit P-0094. (FILED UNDER SEAL)

11.    Attached hereto as <u>Exhibit 10</u> is a true and correct copy of *Live Face on Web, LLC v. Borges*, No. CV 15-9928-GHK (RAOx), 2016 U.S. Dist. LEXIS 73443, at *7 (C.D. Cal. June 3, 2016).

12.    Attached hereto as <u>Exhibit 11</u> is a true and correct copy of *Int'l. Decisions Sys. v. Genpact Int'l., Inc.*, No. 27-CV-17-11626, 2018 Minn. Dist. LEXIS 478 at *33-34 (July 25, 2018).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: October 9, 2023                                        By:  /s/Heather Kliebenstein
                                                                  Heather Kliebenstein