UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　Defendants. | Case No. 16-cv-1054 (DTS) |

## STATEMENT OF NO REDACTION

Pursuant to LR 5.6, Exhibits 1-9 to the Declaration of Heather Kliebenstein in Support of Plaintiff Fair Isaac Corporation's Memorandum of Law in Support of its Motion to Amend or Modify Judgment Under Fed. R. Civ. P. 59(e) (Dkt. 1300) have been filed under temporary seal. Exhibits 1-9 were not redacted because the entire document is marked "Confidential" or "Confidential – Attorneys' Eyes Only" information under the Protective Order (Dkt. No. 44) entered in the case and is impracticable to redact.

DATE: October 9, 2023

MERCHANT & GOULD P.C.

/s/ Heather Kliebenstein
Heather Kliebenstein, MN Bar # 337419
Rachel Scobie, MN Bar # 314171
Paige S. Stradley, MN Bar # 393432
Michael A. Erbele, MN Bar # 393635

Joseph Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364
MERCHANT & GOULD P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN  55402
Tel:  (612) 332-5300
Fax:  (612) 332-9081
hkliebenstein@merchantgould.com
rscobie@merchantgould.com
pstradley@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com

*Attorneys for Plaintiff Fair Isaac Corporation*