# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, a Delaware corporation, | ) Case No. 16-cv-1054 (DTS) |
| Plaintiff, | ) |
| v. | ) |
| FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

This matter comes before the Court on Plaintiff Fair Isaac Corporation's Motion to Amend or Modify Judgment Under Fed. R. Civ. P. 59(e) (Dkt. No. 1296). Upon consideration of FICO's motion and all of the files, records and proceedings herein, good cause exists to GRANT FICO's motion.

**IT IS HEREBY ORDERED** that:

1. Plaintiff Fair Isaac Corporation's Motion to Amend or Modify Judgment Under Fed. R. Civ. P. 59(e) is **GRANTED.**

**IT IS SO ORDERED.**

Dated:

_____
Judge David T. Schultz
Magistrate Judge