# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FAIR ISAAC CORPORATION, a Delaware corporation,

      Plaintiff,

v.

FEDERAL INSURANCE COMPANY, an Indiana corporation and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania Corporation,

      Defendants.

Case No:  16-cv-1054 (DTS)

**STATEMENT OF REDACTION**

In accordance with Local Rule 5.5, I have reviewed the transcripts of the Jury Trial Proceedings (Parts II, III, IV, V, VII, VIII, IX, X, XI, XIII) filed on March 14, 2023 in the above-captioned matter; filed a timely Notice of Intent to Request Redaction; and located personal identifiers (PIs) or other information in the transcript that must be redacted under Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1 and the Court's Order (Dkt. 1291).

I hereby request the court reporter to redact the following PIs or other information in the transcripts.

| Description of Redaction | Vol. | Page, Line | Redacted PI or other information to Read As (e.g. XXX-XX-1234) |
|---|---|---|---|
| Identification of FICO client | 2 | 98:12-13 | A. Sure. So XXXXX would be one. XXXXXXX would be another. XXX, XXXX, XXXXXXX XXXXX out of the United |
| Identification of FICO client | 3 | 273:9 | like XXXXXXXX XXXXXXXX, which uses it through their XXX, to |
| Identification of FICO client | 3 | 298:6-7 | A. XXXXXXXXX XXXXXXXX.<br>Q. XXXXXXXXX XXXXXXXX. Now, why didn't you identify that |
| Identification of FICO client | 3 | 298:15 | conversations with XXXXXXXXX, our software has nothing to do |
| Identification of FICO client | 3 | 301:23 | Q. And Mr. Fleming brought up XXXXXXXXX XXXXXXXX. What is |
| Identification of FICO client | 3 | 302:1 | specifically to XXXXXXXXX XXXXXXXX' use, but I do know that |
| Identification of FICO client | 3 | 302:12 | benefit -- or the issues with XXXXXXXXX? |

| Description of Redaction | Vol. | Page, Line | Redacted PI or other information to Read As (e.g. XXX-XX-1234) |
|---|---|---|---|
| Identification of FICO client | 4 | 530:13 | "XXXXXXXX." And I don't want to publish this to the jury |
| Identification of FICO client | 4 | 530:17 | and another customer called XXXXXXXX, correct? |
| Identification of FICO client | 4 | 532:12 | company called XXXXXXXXXX, correct? |
| Identification of FICO client | 4 | 535:9 | would evaluate at least with regard to XXXXXXXXXX whether |
| Identification of FICO client | 4 | 536:16 | Q. So this assignment provision in the XXXXXXXXXX contract |
| Identification of FICO client | 4 | 537:5 | Q. It just says that FICO and XXXXXXXXXX agree to negotiate |
| Identification of FICO client | 4 | 551:10 | ago, was with the XXXXXXXX XXXXXXX XXXXXXX. And we – they |
| Identification of FICO client | 4 | 551:17 | eight or nine auditors with the XXX, and then they would sit |
| Identification of FICO client | 4 | 552:15 | the XXX. And the result was that they actually were then |
| Identification of FICO client | 4 | 578:2-3 | set up a Center of Excellence, at the XXX, again, back to my prior example, but at the XXX we also kind of helped set |
| Identification of FICO client | 4 | 605:11 | Q. You talked on direct about your XXX project. That has |
| Identification of FICO client | 5 | 917:18 | XXXXXX XXXXXXXXX XXXXX, correct? |
| Identification of FICO client | 5 | 917:21 | FICO and XXXXXX XXXXXXXXX going off those -- |
| Identification of FICO client | 5 | 918:8 | was signed by FICO and XXXXXX XXXXXXXXX, correct? |
| Identification of FICO client | 5 | 920:21 | between FICO and a company called XXXXXXXX XXXX XXXXXXXXXXX, |
| Identification of FICO client | 5 | 920:25 | signed by FICO and XXXXXXXX XXXX XXXX. |
| Identification of FICO client | 5 | 945:9-10 | This is a license agreement between FICO and XXXXX XXXX XXXX, dated June 30, 2006; is that correct? |
| Identification of FICO client | 5 | 945:14 | A. Yes, I have it. XXXXX XXXX. |
| Identification of FICO client | 5 | 946:5 | XXXXX XXXX says, everything is the same except it says, ? |
| Identification of FICO client | 5 | 946:12 | everything else in 8.3 of the XXXXX XXXX agreement is the |

| Description of Redaction | Vol. | Page, Line | Redacted PI or other information to Read As (e.g. XXX-XX-1234) |
|---|---|---|---|
| Identification of FICO client | 5 | 946:18 | Q. This one is with XXXXXX, XXXX? |
| Identification of FICO client | 5 | 946:25 | Q. So on the XXXXXX agreement, why don't we look at |
| Identification of FICO client | 5 | 946:5 | XXXXX XXXX says, everything is the same except it says, |
| Identification of FICO client | 5 | 947:14 | there's any difference in the XXXXXX 12.8 to the Chubb & Son |
| Identification of FICO client | 5 | 947:19 | Q. So with the XXXXXX, the "shall not be unreasonably |
| Identification of FICO client | 5 | 947:21 | present in the XXXXXX agreement. |
| Identification of FICO client | 9 | 1756:9 | license agreement between FICO and XXXXXXXXX XXXXXXXX, |
| Identification of FICO client | 9 | 1811:25 | FICO entered with a company called XXXXXXXX XXXX, and this |
| Identification of FICO client | 9 | 1812:2 | Do you know, Mr. Waid, XXXXXXXX XXXX is a bank |
| Identification of FICO client | 9 | 1812:5 | Q. And they were acquired by XXX XXXX? |
| Identification of FICO client | 9 | 1812:11 | that FICO executed with XXXXXXXX XXXX in 2005, correct? |
| Identification of FICO client | 9 | 1812:22-23 | look at Exhibit A, we can see that FICO charged XXXXXXXX XX XXXX XXXX one million dollars for a perpetual |
| Identification of FICO client | 9 | 1813:7 | Q. Does it sound right, Mr. Waid, that XXXXXXXX XXXX had 9 |
| Identification of FICO client | 9 | 1813:12 | Q. So you will concede that XXXXXXXX XXXX had about 9 |
| Identification of FICO client | 9 | 1813:18-19 | a Blaze license agreement that FICO entered with XXXXXX, and XXXXXX is a large department store chain that we all |
| Identification of FICO client | 9 | 1814:20 | the ultimate total price that XXXXXX would pay for an |
| Identification of FICO client | 9 | 1814:24 | Q. And does it sound right to you that XXXXXX had more |
| Identification of FICO client | 9 | 1815:3 | contract with XXXXX. |
| Identification of FICO client | 9 | 1815:7 | scope and price of the original agreement with XXXXX, |
| Identification of FICO client | 9 | 1815:23 | Q. And then there was a credit to XXXXX for prior license |

| Description of Redaction | Vol. | Page, Line | Redacted PI or other information to Read As (e.g. XXX-XX-1234) |
|---|---|---|---|
| Identification of FICO client | 9 | 1816:4 | Q. Does it sound right to you that XXXXX's revenue around |
| Identification of FICO client | 9 | 1816:14 | XXXXX's -- |
| Identification of FICO client | 9 | 1816:21-22 | Q. Next I want to look at XXX. This is Defendants' Exhibit 293, and XXX we all know it's a big national |
| Identification of FICO client | 9 | 1817:8 | Q. And does it sound right that XXX had tens of billions |
| Identification of FICO client | 9 | 1817:10 | A. XXX did, yes. |
| Identification of FICO client | 9 | 1817:12-13 | Your Honor, defendants do offer D293, which is the XXX license agreement, and D283, the XXXXX agreement in |
| Identification of FICO client | 9 | 1817:19 | MS. GODESKY: I will add 284 for XXXXXX. |
| Identification of FICO client | 9 | 1817:25 | Exhibit 276, which is a license agreement with XXXXXXX, the |
| Identification of FICO client | 9 | 1818:19 | XXXXXXX XXXXX Blaze ELA pricing proposal. Do you see that, |
| Identification of FICO client | 9 | 1819:2 | Q. And it's sent to Mr. Vincent Gamba at XXXXXXX XXXXX, |
| Identification of FICO client | 9 | 1819:11 | XXXXXXX XXXXX X XXXXXXXX XXXX, to be executed March 26th, |
| Identification of FICO client | 9 | 1820:3 | XXXXXXX XXXXX, right? |
| Identification of FICO client | 9 | 1820:13 | company XXXXXXX XXX, Mr. Waid? |
| Identification of FICO client | 9 | 1820:18 | Burgess to XXX XXX, correct? |
| Identification of FICO client | 9 | 1820:22 | Q. And he's e-mailing XXX XXX at XXXXXXX XXX? |
| Identification of FICO client | 9 | 1821:6 | Blaze Advisor ELA value for XXXXXXX XXX is a little over 9 |
| Identification of FICO client | 9 | 1821:19 | for an enterprise license for XXXXXXX XXX? |
| Identification of FICO client | 9 | 1822:13-14 | Q. We walked through a few of them, XXXXXX, XXXXXXX XXX, XXX and other big companies, right? |
| Identification of FICO client | 9 | 1828:1-3 | licenses that we saw for XXX and XXXXXX and XXXXX and what was offered to XXXXXXX XXXXX and what was offered to XXXXXXX XXX, correct? |

| Description of Redaction | Vol. | Page, Line | Redacted PI or other information to Read As (e.g. XXX-XX-1234) |
|---|---|---|---|
| Identification of FICO client | 9 | 1829:13 | Q. And what is the total fee that XXX licensed Blaze |
| Identification of FICO client | 9 | 1830:10 | XXXXXXX. |
| Identification of FICO client | 9 | 1830:19 | the pricing of this license with XXXXXXX? |
| Identification of FICO client | 9 | 1831:16 | license with XXX? |
| Identification of FICO client | 9 | 1831:18-19 | corporate group of XXX.<br>Q. So not all of XXX? |
| Identification of FICO client | 9 | 1832:3 | Q. Okay. And you were involved in the pricing of XXX? |
| Identification of FICO client | 9 | 1832:6 | inconsistent between the pricing for XXX given the scope of |
| Identification of FICO client | 9 | 1832:14 | XXXXXXX XXX of 2006. |
| Identification of FICO client | 9 | 1837:3 | Q. So not the whole of XXXXXX? |
| Identification of FICO client | 11 | 2372:19 | And in the subject line it reads, "Chubb and XXX |
| Identification of FICO client | 11 | 2374:17 | is managed from the U.S., but XXX isn't? |
| Identification of FICO client | 13 | 2624:14 | XXXXXX XXXXXXXXX XXXXXXX. |
| Identification of FICO client | 13 | 2627:23-24 | right now. This is a Blaze agreement with XXXXXXXXX XXXXXXXXX, which specifically talks about renegotiating |
| Identification of FICO client | 13 | 2628:5 | called XXXXXXXXXX. It talks about how if annual gross |
| Identification of FICO client | 13 | 2631:22-23 | Here's that contract with XXXXXXXXXX. Look what it says about a merger and acquisition. It says XXXXXXXXXX |
| Identification of FICO client | 13 | 2655:8-9 | even the biggest companies in the world, XXXXXX, XXXXXXX,<br>XXX. None of them has paid anywhere near the tens of |
| Identification of FICO client | 13 | 2655:12 | $2.5 million fee paid by XXX. |
| Identification of FICO client | 13 | 2715:25 | to the 2016 time frame is this one in 2019. The XXX |
| Identification of FICO client | 13 | 2716:6 | dollars. Well, what's XXX license agreement? Well, the |
| Identification of FICO client | 13 | 2716:10 | What was the term of XXX? Five years. If you |

| Description of Redaction | Vol. | Page, Line | Redacted PI or other information to Read As (e.g. XXX-XX-1234) |
|---|---|---|---|
| Identification of FICO client | 13 | 2716:13 | standard pricing, it's the XXX one. |

I understand that the redacted version of the transcript will be filed within 31 days of the date that the original transcript was filed but that the court reporter will not provide me a copy of the redacted transcript. I understand that if I purchased a copy of the transcript from the court reporter, I may remotely access the electronic version of the redacted transcript on CM/ECF, and that PACER fees will apply if I access the transcript electronically. I also understand that after the 90-day restriction period, the redacted version of the transcript may be made available to the public on PACER.

MERCHANT & GOULD P.C.

DATE: October 11, 2023

/s/ Joseph W. Dubis
Heather Kliebenstein, MN Bar # 337419
Rachel Scobie, MN Bar # 314171
Paige S. Stradley, MN Bar # 393432
Michael A. Erbele, MN Bar # 393635
Joseph W. Dubis, MN Bar # 0398344
Gabrielle L. Kiefer, MN Bar # 0402364
MERCHANT & GOULD P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN  55402
Tel: (612) 332-5300
Fax: (612) 332-9081
hkliebenstein@merchantgould.com
rscobie@merchantgould.com
pstradley@merchantgould.com
merbele@merchantgould.com
jdubis@merchantgould.com
gkiefer@merchantgould.com