# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FAIR ISAAC CORPORATION, | No. 16-cv-1054 (DTS) |
| Plaintiff, | |
| v. | |
| FEDERAL INSURANCE COMPANY, an Indiana corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | **DEFENDANTS' NOTICE OF APPEAL** |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Federal Insurance Company and ACE American Insurance Company, by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Eighth Circuit the Final Judgment dated January 21, 2025.  *See* ECF No. 1594.  This notice of appeal is taken pursuant to 28 U.S.C. § 1291 and is timely pursuant to Federal Rule of Appellate Procedure 4(a)(3).

Dated:  March 4, 2025

| | |
|---|---|
| Terrence J. Fleming (#0128983)<br>tfleming@fredlaw.com<br>Leah C. Janus (#0337365)<br>ljanus@fredlaw.com<br>Christopher D. Pham (#0390165)<br>cpham@fredlaw.com<br>Ryan C. Young (#0397751)<br>ryoung@fredlaw.com<br>Panhia Vang (#399444)<br>pvang@fredlaw.com<br>**FREDRIKSON & BYRON, P.A.**<br>60 South Sixth Street, Suite 1500<br>Minneapolis, MN  55402-4400<br>(612) 492-7000 (tel.)<br>(612) 492-7077 (fax) | */s/ Anton Metlitsky*<br>Anton Metlitsky (Admitted Pro Hac Vice)<br>ametlitsky@omm.com<br>Leah Godesky (Admitted Pro Hac Vice)<br>lgodesky@omm.com<br>**O'MELVENY & MYERS LLP**<br>1301 Avenue of the Americas<br>Suite 1700<br>New York, NY 10019<br>(212) 326-2000<br><br>Zachary Dekel (Admitted Pro Hac Vice)<br>zdekel@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles, CA 900<br><br>***Attorneys for Federal Insurance Company and ACE American Insurance Company*** |