

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

## TRANSMITTAL OF APPEAL

Date:   March 5, 2025

To:     U.S. COURT OF APPEALS, 8TH CIRCUIT

From:   Amy, U.S. District Court-Minnesota

In Re:  District Court Case No. 16-cv-1054 DTS
        Eighth Circuit Case No.:  Not yet assigned
        Case Title:  Fair Isaac Corporation v. Federal Insurance Company

The statutory filing fee has:
  ☒ been paid, receipt number: AMNDC-11717863
  ☐ not been paid as of
        IFP    ☐ is    ☐ is not pending
  ☐ been waived because:
        ☐ Application for IFP granted   ☐ USA filed appeal

Length of Trial:  14 days for first trial. The trial was reset and lasted 6 days

Was a court reporter utilized?   ☒ Yes   ☐ No
        If yes, please identify the court reporter:
        Lori Simpson: 612-664-5104
        Renee Rogge: 612-664-5107
        Maria Weinbeck: 612-664-5109
        Deb Beauvais: courtreportercoordinator@mnd.uscourts.gov
        Kristine Mousseau: courtreportercoordinator@mnd.uscourts.gov
        Erin Drost: 651-848-1227
        Paula Richter: 612-664-5162